# EXHIBIT
# 24

```
 1              UNITED STATE DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2                    -   -   -

 3   IN RE:                    :
                              :
 4   TERRORIST ATTACKS ON      :
     SEPTEMBER 11, 2001        :   03 MDL 1570 (RCC)(FM)
 5   _____:

 6             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 7
                              :
 8   In re Terrorist Attacks on :
     September 11, 2001        :
 9                            :   03 MDL 1570 (RCC) ECF
     _____:   Case
10
             UNITED STATES DISTRICT COURT
11        FOR THE SOUTHERN DISTRICT OF NEW YORK

12   THOMAS E. BURNETT, SR., in :
     his own right as the father :
13   of THOMAS E. BURNETT, JR., :
     Deceased, et al.,          :
14              Plaintiffs,     :
                              :
15        vs.                  :
                              :
16   AL BARAKA INVESTMENT AND   :
     DEVELOPMENT CORPORATION,   :
17   a/k/a AL BARAKA BANK a/k/a  :
     DALLAH ALBARAKA GROUP, LLC, :
18   et al.,                   :
                Defendants.     :
19
                    -   -   -
20        TUESDAY, NOVEMBER 15, 2007
                CONFIDENTIAL
21                  -   -   -

22           MAGNA LEGAL SERVICES
             2 Penn Center Plaza
23                 Suite 910
        Philadelphia, Pennsylvania  19102
24              (866) 624-6221
```

1            Videotape deposition of PHILIP GRIFFIN,

2    taken pursuant to notice, was held at the law

3    offices of JONES DAY, 51 Louisiana Avenue N.W.,

4    Washington, D.C., commencing at 11:00 a.m., on the

5    above date, before Deborah A. Brazukas, a Registered

6    Professional Reporter, Certified Shorthand Reporter

7    of New Jersey, License No. XI 01938, and Notary

8    Public.

9

10   APPEARANCES:

11

         MOTLEY RICE LLC
12       BY:  ROBERT T. HAEFELE, ESQUIRE
         28 Bridgeside Boulevard
13       P.O. Box 1792
         Mt. Pleasant, South Carolina  29465
14       843.216.9184
             Counsel for the Burnett Plaintiffs
15

16       COZEN O'CONNOR
         BY:  SEAN P. CARTER, ESQUIRE
17       1900 Market Street
         Philadelphia, Pennsylvania  19103-3508
18       215.665.2105
             Counsel for the Federal Insurance
19           Plaintiffs

20

21       JONES DAY
         BY:  JAMES E. GAUCH, ESQUIRE
22           THOMAS A. BEDNAR, ESQUIRE
         51 Louisiana Avenue, N.W.
23       Washington, D.C.  20001-2113
         202.879.3939
24           Counsel for the Defendant SBG

1      A.      Correct -- no.  Excuse me, 1992.

2      Q.      1992.  When in 1992?

3      A.      July.

4      Q.      July.

5              What did you do in July of 1992?

6      A.      I retired from the foreign service at

7   Jeddah.  In other words, my travel, when I left

8   Jeddah, I was -- I was a retiree.  There was some

9   financial benefits to doing it that way rather

10  than coming back here and retiring.

11             But I retired there and came back

12  here and moved back into our residence in

13  suburban Maryland.

14     Q.      And then what did you do for work?

15     A.      I had been approached by Saudi

16  Binladin Group before I left Jeddah as to the

17  possibility of representing them in -- in the

18  U.S.  And I did not commit myself.  I -- it was

19  an interesting proposition.  And it was along the

20  lines of what I envisioned I might do in

21  retirement, drawing on my experience and language

22  qualification -- area -- language and area

23  qualifications in Europe and the Middle East.  So

24  I undertook to look at the -- look at the idea

```
 1   and explore possibilities of doing such

 2   representation in the Washington, D.C. area.  And

 3   I -- I didn't -- sign on and do anything for

 4   several months until we got ourselves

 5   reconstituted, re -- reestablished in our

 6   residence.  And so that -- I think I answered

 7   your question.

 8        Q.    How long did you work in Saudi

 9   Arabia?

10        A.    How long did I work in Saudi Arabia?

11        Q.    Yes.  Was it that '89 to '92 time

12   period?

13        A.    No, I worked previously in Saudi

14   Arabia.

15        Q.    And what had you done previously in

16   Saudi Arabia?

17        A.    I was a commercial economic officer

18   in Dhahran, D-H-A-H-R-A-N, Dhahran, from 1965 to

19   '68, 1965 to 1968.

20        Q.    And --

21        A.    Oh, excuse me.  Later for -- I had a

22   short tour in Saudi Arabia in -- at -- in Dhahran

23   in '71 -- '71, '72.

24        Q.    Doing what?
```

```
 1   secretary of state.  But I had met him originally
 2   back when -- at the time when I opened the
 3   embassy in Abu Dhabi, he was, I think, deputy
 4   assistant or assistant secretary of defense at
 5   the Pentagon.
 6                    And then, when I met him again
 7   after that, in the -- I would say in the period
 8   around 2000 -- excuse me, 1995, '96, he was -- he
 9   had a consulting firm on Wilson Boulevard here in
10   the Washington area.  And I had -- I'm -- I'm
11   trying to recollect.  I had gotten to know one of
12   his assistants in the -- in the consulting firm
13   and had mentioned that Hasan Binladin, who was
14   the -- my boss in the Saudi Binladin Group, was
15   coming to Washington on a scheduled visit, and
16   would it be convenient for me to bring him around
17   and meet you, Mr. Armitage.  And he said of
18   course.  And -- and we did that.
19                    I had no other -- I had contact
20   with one -- one person in particular in his
21   office after that, but no direct contact with him
22   in his later positions.
23      Q.    Could that -- I'm sorry, could that
24   visit have been as late as 1999?
```

1    no.

2         Q.      What would you call him?

3         A.      A consultant.

4         Q.      Of what kind?

5         A.      Political, economic, commercial

6    information that would be valuable to a client.

7         Q.      And would --

8         A.      Let me -- let me clarify.  My

9    relationship with Armitage and Associates was

10   very narrow in scope.  It -- it only really

11   involved my relationship with Lincoln Blumfield.

12   And that was very limited, too.  I mean, it would

13   be months go by that I didn't talk with Lincoln.

14   And we'd see each other at a commercial

15   conference or Chamber of Commerce meeting here

16   in -- in town.  And we would -- we would say,

17   what's -- what's happening, what's happened since

18   we last talked.

19                 And -- and it's possible in 1999,

20   in the earlier part of that period, that I -- I

21   may have had conversations with him on -- on

22   something or the other but I don't recall what

23   that was.

24        Q.      And during the time period, during

Page 56

1  Monroe Street, and then 1700 Rockville Pike?

2       A.      Suite 400.

3       Q.      Suite 400.

4               All right.  Why did -- why did SBG

5  open a U.S. office?

6       A.      To -- one reason was to have the

7  company better known in the United States among

8  possible business partners or business clients.

9  Let -- let me explain that for a minute.  The

10 company -- the group was well known in the Middle

11 East for their construction activities and

12 certain other activities they had.  It was not

13 well known in the United States except by some

14 specific companies like GE and York Air

15 Conditioning and a few others.  So they -- they

16 wanted to become better known.

17              And the second -- the related

18 second reason for the office was to have someone

19 on the ground here who could follow up -- who

20 could become knowledgeable about possible

21 projects that would be of interest to the mother

22 company, to the wholly owned company, and to

23 follow up on such activities, such leads; have --

24 have somebody on the ground, which they didn't

Page 59

```
 1        wouldn't use it.  This calls for speculation.
 2                THE WITNESS:  I would want to have
 3        the definition, clarification of dispense
 4        service is.  That's a very good question.
 5        Because I -- I didn't envision myself as
 6        someone who would be traipsing down to the
 7        airport to meet every brother who came to town.
 8                MR. HAEFELE:  Can we have this
 9        marked, please.
10                (Whereupon, Exhibit No. Griffin-1
11                 was marked for identification.)
12  BY MR. HAEFELE:
13        Q.    Sir, I'm showing you an item that's
14  been marked as Griffin-1 for identification.  Can
15  you just take a look at this document and tell us
16  if you recognize that document.
17                MR. GAUCH:  Do you have copies?
18                MR. HAEFELE:  I wish I did.  I think
19        I do.  Oh, I do.  There you go.
20                MR. GAUCH:  Sean, do you need a
21        break?  We can get extras if you need one.
22                MR. CARTER:  No.  It's okay.  I'll
23        just look over someone's shoulder.
24                MR. GAUCH:  I'm sorry, what was the
```

Page 66

1    very seldom got a yes or no, follow up on it or

2    don't follow up on it.  I generally didn't hear

3    anything about it.  So after a while, I took that

4    to mean that they weren't interested.

5         Q.     Was it your job to facilitate

6    business with -- between SBG and other U.S.

7    businesses?

8         A.     To the extent that that was necessary

9    and that I was requested specifically to do

10   such -- such service.

11        Q.     And did that happen?

12        A.     It happened occasionally.

13        Q.     Was it to promote U.S. business?

14        A.     Always.

15               MR. GAUCH:  Object to the form.

16   BY MR. HAEFELE:

17        Q.     Always?

18        A.     Always to promote U.S. business.

19        Q.     Always?

20        A.     Yes, that was the purpose -- the

21   purpose that I was in the job.

22        Q.     Was it to -- to continue to foster

23   existing U.S. business relations?

24               MR. GAUCH:  Object to the form.

```
1    some of them.  Most of them were -- were not

2    firms that we'd ever heard of before.  That's not

3    the case with K&M.

4         Q.     How were you paid for your work at

5    SBG?

6         A.     Excuse me?

7         Q.     How were you paid?  How much?

8         A.     I was paid $10,000 a month.

9         Q.     And did that money come from SBG?

10        A.     Came -- came from SBG.

11        Q.     And the documents that SBG produced

12   to us in discovery in the litigation, they show a

13   whole bunch of expenses for the U.S. office.  Did

14   SBG cover all those expenses as well?

15        A.     They -- they covered --

16               MR. GAUCH:  Object to the form.

17               THE WITNESS:  -- all -- all those

18        expenses through budgets that I submitted

19        originally every quarter.  But that -- it was

20        considered too quick, too -- it was not enough

21        time to turn around quarterly budgets.

22   BY MR. HAEFELE:

23        Q.     But SBG had to approve all those

24   budgets, right?
```

Page 70

1      A.      SBG had to approve it all.  I laid it

2   out and -- anyway, it -- we settled -- we settled

3   on budgetary submissions every six months.

4      Q.      And any money that SBG, your -- the

5   office that you were in, had -- came from SBG

6   Saudi Arabia, correct?

7      A.      Correct.

8      Q.      And you didn't have any independent

9   source of income in your office, correct?

10     A.      Didn't have what?

11     Q.      Any independent source of income,

12  other than SBG.

13     A.      No, I did not have.

14     Q.      The business that you did didn't

15  generate any income for the US office; it

16  generated income for --

17     A.      No.  No.  No, not at all.  I wish it

18  had, but it -- it didn't.

19     Q.      And when the U.S. office shut down,

20  it had some money left, right?

21     A.      A little bit of money, yes.

22     Q.      About 900 and some dollars?

23     A.      That sounds about right.

24     Q.      And that money got sent back to --

1    sometimes it wouldn't be anything serious in two

2    months.

3         Q.    And is that something that you faxed

4    or something that you sent by mail?

5         A.    Both.  Sense -- sensitive things

6    would always -- most always be sent by letter.

7         Q.    Okay.  And how -- during your six and

8    a half years, how many times would you estimate

9    that you've sent such proposals?

10        A.    They weren't always proposals.  They

11   were informational material that if they wanted

12   to follow up further or were interested in

13   another vain, they could -- they could inform me.

14                  Oh, I don't know, a hundred or so.

15        Q.    Okay.  Would that be in a format of

16   a -- of a memo or a letter or what?

17        A.    It would be in the format of a memo.

18        Q.    Okay.  Earlier today you mentioned

19   that you had made -- or I'm sorry, that -- that

20   there -- the family had made some efforts to get

21   Osama Binladin back into the fold by -- by

22   engaging him economically in the company.  Is

23   that fair?

24        A.    That's what I understood, yes.

```
 1        A.      I don't know what -- I don't know

 2   what -- they -- they probably had some

 3   rudimentary computer system.  But I -- I didn't

 4   share it and what they -- if they shared it with

 5   anyone, I'm not -- I'm not knowledgeable about

 6   it.

 7        Q.      I'll bypass the notion that a company

 8   called Techmaster had rudimentary computer

 9   systems.

10                Who was Mr. McBride's successor?

11        A.      A gentleman by the name of -- come

12   on.

13        Q.      Was his name Akeil?

14        A.      It's -- it's one of these instant

15   words that flipped -- flipped right out of my

16   head.  It's a Polish name.

17        Q.      All right.  Well, if you should think

18   about it, please let me know.

19        A.      He was -- yes, he was the successor

20   of Mr. McBride.

21        Q.      Was it Hasan Binladin that directed

22   your work?

23        A.      Yes.

24        Q.      And you considered him to be your
```

1    boss, right?

2         A.      Right.

3         Q.      You reported directly to him?

4         A.      Reported directly to him.

5         Q.      And how often did SBG employees come

6    to the U.S.?  And by employees, that would

7    include the officers, the directors, all the SBG

8    individuals from Saudi Arabia.  How often did

9    they come to the U.S.?

10        A.      How -- how often did they come to the

11   U.S --

12        Q.      Yes.

13        A.      -- or how often did they come to SBG

14   (USA)?

15        Q.      Well, you said earlier you didn't

16   want to be a travel agent.

17        A.      Right.

18        Q.      And I'm assuming that was because

19   that had started to occur at some point, and you

20   wanted to make it clear that that's not what

21   you're -- you saw your job as.

22                MR. GAUCH:  Object to the form.

23                THE WITNESS:  Well, I -- I did enough

24        of it -- I did enough of it in the foreign

```
 1    their dealings with Iridium; although I did

 2    attend two or three quarterly board meetings.

 3         Q.     Okay.  During --

 4         A.     As -- as an observer.

 5         Q.     During the time period between early

 6    January '97 through the end of '99, you made a

 7    number of calls to Iridium.  What would those

 8    calls have been for?

 9         A.     Generally to find out information

10    about the upcoming board meetings.  I had no --

11    no other function.

12         Q.     What board meetings?

13         A.     Board meetings of Iridium.

14         Q.     And what was your involvement with

15    the board meeting of Iridium?

16         A.     I was -- I asked Sheikh Hasan --

17    since I didn't know anything about Iridium when

18    it first was being formulated and -- and put

19    together, I said I -- I received some calls from

20    telecommunications companies wanting to --

21    assuming -- who got my number and wanted to

22    know -- have information about Iridium and -- and

23    what SBG's role was or S -- and I didn't know.  I

24    didn't know anything about Iridium.  So I -- he
```

1   said, well, why don't you attend the -- the board

2   meeting just as an observer.  And I thought that

3   was a good idea.  And I did that on two or three

4   occasions.

5        Q.    And did you ever -- you're aware that

6   Iridium had an office that opened up in -- in

7   Georgetown in May of '97, right?

8        A.    Yes.

9        Q.    And did you go to that office on

10  occasion?

11       A.    Never went to that office but talked

12  with the people staffing it.  There were two

13  gentleman as I recall.

14       Q.    Who staffed it?

15       A.    They were Arab-Americans.

16       Q.    Do you remember who the name -- who

17  they were?

18       A.    I don't -- I don't remember the

19  names.  I had...

20       Q.    All right.

21       A.    I had some occasional phone contacts

22  with them.  They knew who I was.

23       Q.    And the office was particularly

24  Middle East Iridium, right?

1      A.      That's correct.

2      Q.      And so it was particularly the office

3   that -- that SBG was involved in, correct?

4                   MR. GAUCH:  Object to the form.

5                   THE WITNESS:  Correct.

6                         Excuse me, let me -- let me

7        amplify.  I'm giving you a lot of

8        background, which I don't know.  SBG was

9        hesitant or maybe financially strapped to

10       make a full participatory share.  And in the

11       beginning, they had the participate --

12       participatory responsibility for the Middle

13       East.  They eventually shared that with a --

14       with another middle eastern company, a

15       Beirut Saudi bin -- Saudi-Lebanese company,

16       so that they split the participatory amount

17       in -- in half.

18                         And I don't remember

19       what -- what the Saudi -- other Saudi

20       participant was, but --

21   BY MR. HAEFELE:

22      Q.      Who -- who opened the -- the Middle

23   East Iridium office in -- in Georgetown?

24      A.      These two fellows that -- that I

1  directly, there was -- I had no successor in the

2  position.  They -- SBG decided to close the

3  office and not to appoint a successor or -- or to

4  rent any other space in -- somewhere else in the

5  Washington -- Washington Metropolitan area.

6      Q.     I'm not asking you --

7      A.     There -- there was some --

8      Q.     Sir, I'm not asking you whether or

9  not anybody continued to have an office in

10 Washington or -- or anything along those lines.

11             I'm asking you, the chores that

12 you did to service SBG with its U.S. business

13 relations, they continued to be performed by

14 someone, correct?

15     A.     I -- I think most of them dropped by

16 the wayside.

17     Q.     Well, does -- does the company still

18 service its contacts with -- with GE?

19     A.     Yeah, but I wasn't -- they didn't --

20 GE didn't -- I didn't deal with GE.  Yes, they

21 deal with GE, to the extent that the major

22 projects are still unfinished.

23     Q.     Sir, while -- while you were with

24 SBG, was it involved with a number of different

1  organizations that were business-promoting

2  organizations?

3      A.     Business-promoting organizations?

4      Q.     For -- for example --

5      A.     Oh, yes.  You mean like Chamber of

6  Commerce?

7      Q.     The Chamber of Commerce, correct.

8      A.     Yeah, I -- I was a member of the

9  Arab-American Chamber of Commerce here in

10  Washington, D.C.

11     Q.     And wasn't SBG also a member of the

12  Middle East Policy Council?

13     A.     Which is more of a think tank.  It

14  was not a -- they -- I mean, they enhanced

15  business activities as well, but --

16     Q.     They -- they were part of that,

17  correct?

18     A.     They were a different type of

19  organization.  But they -- yes, they -- Binladin

20  was -- had a board member on -- on that

21  organization.

22     Q.     And they continue to have a board

23  member on that, right?

24     A.     Huh?

1      Q.      And they continue to have a board

2  member on that, correct?

3      A.      I think they continue to have.

4      Q.      Right.

5              And they continue -- and that --

6  what's the purpose of Middle East Policy Council?

7      A.      To enhance an understanding in all

8  areas with Arab countries in the Middle East and

9  the United States.

10     Q.      And SBG was involved with the

11 National U.S. Arab Chamber of Commerce, right?

12     A.      That's correct.

13     Q.      And they were involved with the

14 Middle East Institute, right?

15     A.      Yes, I'm a long-time member.

16     Q.      And they were involved with the World

17 Affairs Council of Washington, D.C., right?

18     A.      World Affairs Council?  I know what

19 it is.  I -- I don't think I was -- other than

20 going to a couple of their meetings, I was not a

21 member, as I recall.

22              MR. HAEFELE:  Do we need to break?  I

23         have a -- I have a few more questions, but I

24         don't want to --

1                    MR. GAUCH:  Do you want to go off the

2        record for a second?

3                    MR. HAEFELE:  Yeah.  Yeah.

4                    THE VIDEOTAPE OPERATOR:  We're going

5        off the record.  The time is 1:46.

6                    (Whereupon, there was a discussion

7            held off the record.)

8                    THE VIDEOTAPE OPERATOR:  We're going

9        back on the record.  The time is 1:48.

10   BY MR. HAEFELE:

11        Q.    Sir, there's also an entity called

12   U.S. Saudi Arabian Business Council in

13   Washington, D.C., right?  You were -- was SBG

14   involved with that?

15        A.    I was involved in it to the extent

16   that they had meetings or seminars from time to

17   time.  But I was not a member of it.

18        Q.    Okay.  Is SBG still involved with the

19   U.S. Arab Chamber of Commerce?

20        A.    I doubt it.  I don't know.

21        Q.    They are still involved --

22        A.    I doubt it because I don't know who

23   would -- who would do that function.

24        Q.    They're still involved with the

1    Middle East Policy Council you said, correct?

2         A.      Yes, they are.

3         Q.      And SBG has also sponsored events

4    like conferences in the U.S. to foster U.S. Saudi

5    business relations, right?

6         A.      Repeat that, please.

7         Q.      SBG has also sponsored events like

8    conferences in the U.S. to foster U.S. and Saudi

9    business relations, right?

10                    MR. GAUCH:   Object to the form and

11            foundation.

12                    THE WITNESS:   I think -- I think they

13            have.   I was not involved in any such, but I

14            think they have done so.

15    BY MR. HAEFELE:

16         Q.      Do you know what conferences they --

17    they sponsored?

18         A.      No, I don't know specifically.   It

19    was -- it probably -- to the extent they did, it

20    was probably after I closed the office.

21         Q.      Did you attend the International

22    Franchise Expo in Washington, D.C. in 2001?

23         A.      I did indeed.

24         Q.      And you were obviously no longer with

1   the -- with SBG at the time, right?

2       A.      Well, wait a minute.  In -- in '01?

3       Q.      In 2001.

4       A.      I'm sorry, I -- the time frame.  I

5   had -- had attended some of their annual

6   meetings, their franchise organization, at annual

7   meetings in Washington, and enhancing new

8   franchises and so forth.  I attended at least two

9   of those when I was still with the company.  I

10  did not attend in '01 because I wasn't with the

11  company any longer.

12      Q.      Okay.  Do you know whether or not SBG

13  continued to be involved with the International

14  Franchise Expo?

15      A.      I do not know that.  There were --

16  there were several -- from the -- from the

17  conferences that I attended, prior to the end of

18  '99, there were several opportunities that I

19  thought might be attractive.  And I sent them --

20  sent information to Sheikh Hasan about them.  And

21  they may have followed up on one or more of

22  those.

23      Q.      What role does Mr. Rihani play on

24  behalf of SBG presently?

1       A.      Presently, he's a part-time advisor,

2  counselor, and -- to Sheikh -- Sheikh Bakr, and

3  follows up on business relationships that need

4  some nurturing and -- and assistance from time to

5  time.

6       Q.      And in fact, he's the member that

7  the -- that's the representative member for SBG

8  on the Middle East Policy Council; hasn't he

9  been?

10      A.      That's right.  That's right.  He's a

11 very trusted advisor, and he works part-time,

12 and -- at least he has been working part-time.

13 He goes back and forth between his home in

14 Carolina and -- and New Jersey -- and Jeddah.

15      Q.      Did you speak with the press on --

16 after 9/11 regarding the Saudi Binladin Group?

17      A.      Did I speak to the press?

18      Q.      Yes.

19      A.      I think I did.  I think I spoke with

20 somebody from -- maybe from New York Times and

21 the Washington Post.

22      Q.      Were you authorized by the family to

23 speak on behalf of SBG?

24      A.      I was not authorized by the family.