# EXHIBIT 26



مجموعة بن لادن السعودية
SAUDI BINLADIN GROUP

December 04, 1996

Senator George McGovern
President
The Middle East Policy Council
1730 M Street, N.W.
Suite 512
Washington, D.C. 20036-4505

Tel:   1-202-296-6767
Fax:   1-202-296-5791

Dear Senator McGovern:

We are aware of the need of the Middle East Policy Council to revise and update the Arab World Notebook, and of its importance to the education of the U.S. High School students about the Arab World and Islam. In support of this worthwhile effort, we present the Council with Check no. 566975 for US$ 40,000.00 as our special contribution to this special effort.

We trust that the Council will take the effort to review the Notebook manuscript thoroughly and to ensure that its contents and production are subjected to the Council's rigorous standards for scholarly, objective and unbiased work.

We wish you and the Council continued success in this worthwhile effort.

YAHIA M. BINLADIN
Deputy Chairman of the Board
Saudi Binladin Group

شركة توصية بسيطة س . ت : ٦٨٢٨٤ – ص . ب ٨٩١٨ جدة ٢١٤٩٢ – المملكة العربية السعودية تليفون : ٦٦٩٢٦٦٦ / ٦٦٩٦٧٤٩ فاكس : ٦٦٩٧٢٢١ / ٦٦٩٦٧٤٩ تلكس : ٦٠٧٤٣٨ / ٦٠٧٤٣٩ أس جي
C.R. No. 68284, P.O. Box : 8918, Jeddah 21492, Saudi Arabia , · Tel. : 6692666 / 6696749 - Fax : 6697221 / 6696749 - Tlx. : 607438 / 607439 S.B.G. SJ

MEPC004494