# EXHIBIT 27

| | |
|---|---|
| From: | Jon Roth |
| To: | 'SBG' |
| Sent: | 11/8/2008 8:39:56 AM |
| Subject: | RE: .MALAYSIAN CONTRIBUTION . OMAR KADER VISIT. |

Dear Fuad:

Thank you for the email. I will relay Sheikh Bakr's message to Amb. Freeman re: Malaysia.

Omar Kader will be in the Kingdom the last week of November, expecting to be in Jeddah on the 29th or 30th – whichever day is best for Sheikh Yahia.

All the best,
-Jon

---

**From:** SBG [mailto:farihani@sbg.com.sa]
**Sent:** Saturday, November 08, 2008 8:36 AM
**To:** Jon Roth
**Cc:** Rihani Fuad
**Subject:** .MALAYSIAN CONTRIBUTION . OMAR KADER VISIT.

**November 8, 2008**

**To: Jon Roth**

Greetings!

Sheikh Bakr does not see anything wrong with MEPC accepting contributions from Malaysia. Please convey this message to Amb. Freeman.

As to Omar Kader visit to the region, I wil be very happy to communicate with Sheikh Yahia and arrange for a meeting. However we need his exact dates in Jeddah to find if Sheikh Yahia is available and to help in hosting him while he is there.

Let me know.

Regards,

**Fuad Rihani**

..

MEPC003829