# EXHIBIT 28

```
            ************************
            ***   TX REPORT   ***
            ************************

    TRANSMISSION OK

    TX/RX NO              0141
    CONNECTION TEL                011966626642987
    SUBADDRESS
    CONNECTION ID
    ST. TIME              03/30 12:40
    USAGE T               04'42
    PGS. SENT             20
    RESULT                OK
```

# INTERNATIONAL ROAD FEDERATION
**WASHINGTON**     **GENEVA**



1010 Massachusetts Ave., N.W., Suite 410, Washington, D.C. 20001
Telephone: +1 202 371 5544   Fax: +1 202 371 5565   Website: www.irfnet.org
Email: info@internationalroadfederation.org

March 30, 2004

Dr. Fuad Rihani
Director
Saudi Binladin Group
Prince Abdullah Street, Al-Rawdah District
PO Box 8918
21492 Jeddah
SAUDI ARABIA
Fax: 011-966-2-664-2987

Greeting from Washington !

Dear Dr. Rihani:

Reference to your fax dated March 28, 2004 regarding requesting some information from the IRF, per your request, I am pleased to send you all information that you needed.

1. The year The Saudi Binladin Group joined IRF **was January 17, 1984**
2. The year Eng. Bakr Binladin was elected to the Board for the first time **was 1988**
3. An up-to-date IRF Mission of Statement; and a Listing of the all the IRF Boards of Directors (in DC, Geneva, etc.) is **ATTACHED**

Should you have any questions, please contact me, looking forward to seeing you again in April, have a safe trip !