# EXHIBIT 33



SBG0002524

MR-ARA207286