# EXHIBIT 34

| To | : | Said Ghachem |
|---|---|---|
| From | : | Johann de Villiers |
| Tel | : | (619) 459-1928 |
| Toll free | : | (800) 424-6533 |
| Fax | : | (619) 459-5513 |
| E-mail | : | johann@globaldiamond.com |
| Date | : | October 29, 1998 |
| Pages | : | 1 including this page. |



Global Diamond Resources, Inc.



This message is intended to be received only by the individual or entity to whom or to which it is addressed and may contain information that is confidential and/or privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately if you have received this communication in error (by calling (800) 424-6533) so that we can arrange for its return at our expense. Thank you for your assistance and cooperation.

**Subject: Funding**

I spoke with Abu Bakr today and he is working with a potential investor for our group. He is anticipating meeting with the investor in London on November 4, 1998.

He would like both of us to make <u>tentative</u> arrangements to be in London on November 3, 1998 to prepare for the meeting. He will confirm whether we should come by Saturday.

I am preparing a package for him and will send it to his hotel before he leaves the US.

I look forward to speaking with you shortly.

Regards

SBG0002617