# EXHIBIT 2



AMENDED ARTICLES OF INCORPORATION
OF
CALDWELL CORPORATION
CHANGING ITS NAME TO:
SHG (USA), INC.

APPROVED AND RECEIVED FOR RECORD BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND  JUNE  30, 1993 AT  10:21  O'CLOCK  A.M. AS IN CONFORMITY WITH LAW AND ORDERED RECORDED.

ORGANIZATION AND CAPITALIZATION FEE PAID    RECORDING FEE PAID  $20.00    SPECIAL FEE PAID

03670259

IT IS HEREBY CERTIFIED, THAT THE WITHIN INSTRUMENT, TOGETHER WITH ALL INDORSEMENTS THEREON, HAS BEEN RECEIVED, APPROVED AND RECORDED BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND.

RETURN TO:
THE PRENTICE-HALL CORPORATION
SYSTEMS- MARYLAND
11 E. CHASE ST.
BALTIMORE        MD 21202

A 426947

APPROVED BY THE DIRECTOR OF THE
STATE DEPARTMENT OF ASSESSMENTS
AND TAXATION OF MARYLAND

3528/1

SBG0002436