# EXHIBIT

# 7

## Part 2



[redacted]

[redacted] As of March 2004, AL-AQIL, and his deputy Mansour Al-Kadi, were identified as board members of AHF in The Netherlands, according to diplomatic reporting. [Source: THE HAGUE 000771, Exhibit 108]

(U) IRAQ and SOMALIA

[redacted]

---

[8] (U) AHF's Bosnia office was designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24]

[9] (U) Subsequent to the designation of AHF in Bosnia, it reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

TOP SECRET

TOP SECRET

7

0006475

TOP SECRET



(U) IRAN

(U) UNITED STATES

On the U.S. AFH's tax form 990 for 2001 filed with the IRS, AL-AQIL is identified as the President, Al-Kadi as the Vice President, Al-Buthe as the Treasurer, and Seda as the Secretary. [Source: AHF Tax Form 990, 2001, Exhibit 39] The U.S. AHF branch's Articles of Incorporation and application to the IRS for tax-exempt status also list AL-AQIL and Al-Kadi as members of the board of directors. [United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(TS

On February 18, 2004, Federal law enforcement authorities executed a search warrant against property purchased on behalf of AHF in Ashland, Oregon. The search was conducted pursuant to a criminal investigation into possible

---

[11] (U) This is corroborated by a May 26, 2003 interview Seda gave to the St. Louis Post-Dispatch.

TOP SECRET

8

0006476

TOP SECRET ▓▓▓▓▓▓▓▓

violations of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. In a separate administrative action, OFAC blocked pending investigation AHF accounts and real property in the U.S. to ensure the preservation of AHF assets pending further investigation. [Source: U.S. Department of Treasury, Press Room, February 19, 2004, Exhibit 94; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]

(U) ALBANIA AND KOSOVO



In 1998, the head of Egyptian Islamic Jihad (EIJ) in Albania was reportedly also the "accountant" for AHF in Albania, according to a French news report. [Source: FBIS, Paris Le Figaro in French, September 30, 1998, Exhibit 91] This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and Al Qaida's terrorist attacks against the U.S. Embassies in Tanzania and Kenya, according to Agence France Presse. [Source: Agence France Presse, February 1, 1999, Exhibit 93]

---

[12] (U) The National Liberation Army is designated pursuant to the authorities of E.O. 13304.

TOP SECRET ▓▓▓▓▓▓▓▓                                        9

0006477

TOP SECRET



(U) OTHER PARTS OF THE WORLD

(TS         ) AHF should be determined to be subject to Executive Order 13224 for the following reasons:

- AHF is owned or controlled by, or acts for or on behalf of, or is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, or is associated with Al Qaida.
- By providing instructions and support to AHF in Bosnia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Bosnia.
- By providing instructions to AHF in Somalia, AHF is assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of AHF in Somalia.

(U) Aqeel Abdelaziz AL-AQIL



The New York Times,

TOP SECRET

10

0006478