# EXHIBIT

# 7

Part 1

TOP SECRET 



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220



(U) MEMORANDUM FOR R. RICHARD NEWCOMB
　　　　　　　　　　　DIRECTOR
　　　　　　　　　　　OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH:　　　Mark D. Roberts　6/1/04
　　　　　　　　　　Chief, Foreign Terrorist Programs Division

(U) FROM:　　　　　Foreign Terrorist Programs Division Officer

(U) SUBJECT:　　　Designation of AL-HARAMAIN FOUNDATION (AHF) branches in Afghanistan, Albania, Bangladesh, Ethiopia, and The Netherlands, and AHF's leader AL-AQIL pursuant to the authorities of E.O. 13224

(U) ENTITIES:

(U) AL-HARAMAIN FOUNATION Afghanistan Branch:
Afghanistan [Source: www.arriyadh.com, accessed on 12/23/2003, Exhibit 52]

(S) AL-HARAMAIN FOUNDATION Albania branch:
Irfan Tomini Street, #58, Tirana, Albania

(S) AL-HARAMAIN FOUNDATION Bangladesh branch:
House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh [Source: STATE 089240, Exhibit 107]
(declassified)

(S) AL-HARAMAIN FOUDATION Ethiopia branch:
Woreda District 24, Kebele Section 13, Addis Ababa, Ethiopia

Derived from: multiple sources
Declassify on:

TOP SECRET

0006469

TOP SECRET 

(S) AL-HARAMAIN FOUNDATION The Netherlands branch
(a.k.a. STICHTING AL HARAMAIN HUMANITARIAN AID):
Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [Source: STATE 089240, Exhibit 107; THE HAGUE 000771, Exhibit 108][1] (declassified)

(U) INDIVIDUAL:

(U)         Aqeel Abdelaziz AL-AQIL
(S)         DOB: 1949
            [Source: ▓▓▓▓▓ Exhibit 33] (declassified)

(U) INTRODUCTION:

(U) President Bush issued Executive Order 13224 (E.O.) on September 23, 2001 declaring a national emergency to address grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the September 11, 2001 terrorist attacks in New York, Pennsylvania,

---

[1] (U) The above entities are proposed for designation. Additional AHF entities, including its Headquarters, are identified below. (As discussed in the evidentiary below, some AHF entities have already been designated, or in the case of the U.S. AHF entities, blocked pending investigation. These entities are in bold and italics respectively.)



(U) P.O. Box 69606
Riyadh, Saudi Arabia 11557
[Source: www.arriyadh.com, accessed on 12/23/2003, Exhibit 52]



(U) In the United States, AHF is located or maintains a mailing address at the following locations:

(U) *1257 Siskiyou Blvd.*
*Ashland, OR 97520*

(U) *3800 Highway 99 S, Ashland, OR 97520-8718*
[Source: Exhibit 88]

(U) *2151 E Division St.,*
*Springfield, MO 65803*
[Source: Exhibit 87; United States District Court, District of Oregon, Affidavit in Support of an Application for search Warrant, Exhibit 95]



TOP SECRET ▓▓▓▓▓           2

0006470

and the Pentagon. The E.O. authorizes the Secretary of the Treasury, in consultation with the Secretaries of State and Homeland Security,[2] and the Attorney General, to designate those persons determined to be:

1) (U) owned or controlled by, or to act for or on behalf of those persons listed in the Annex to the E.O., or those determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of the E.O.;
2) (U) assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to E.O. 13224 or determined to be subject to the E.O.; or
3) (U) associated with those persons listed in the Annex, or those persons determined to be subject to subsection 1(b),1(c), or 1(d)(i) of the E.O.

(U) The following evidence in the files of the Office of Foreign Assets Control provides reason to believe that the above-named entities and individual satisfy the criteria for designation pursuant to Executive Order 13224, "Blocking Property and Prohibiting Transactions With Persons Who Commit, Threaten to Commit, or Support Terrorism."

(U) OVERVIEW

(U) AL-HARAMAIN FOUNDATION (AHF)[3]

(S███) The Al Qaida-affiliated AHF offices in Bosnia and Somalia were designated on March 11, 2002 pursuant to the authorities of E.O. 13224. [Source: U.S. Department of Treasury, Press Room, March 11, 2002, Exhibit 24][4] At the time, the Saudi Arabia-based headquarters of the organization and other branch offices were not identified publicly as supporting terrorist activity; ███████████████████████████████████████████



Following about a year of consultations between the United States and ██████ the United States and designated additional AHF offices in Indonesia, Kenya, Tanzania and Pakistan pursuant to the authorities of E.O. 13224. This action was based on evidence that these branches provided support to Specially Designated Global Terrorist organizations including Al Qaida, Jemaah Islamiyah, Al-Ittihad al-Islaymiya and others. [Source: U.S. Department of Treasury, Press Room, January 22, 2004, Exhibit 99] The administrative records supporting these designations are incorporated into this document by this reference.

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[2] (U) E.O. 13224 was amended by E.O. 13284 (January 23, 2003) by adding the Secretary of Homeland Security to the consultative process.

[3] (U) AHF is headquartered in Saudi Arabia and has maintained over fifty other offices throughout the world. The legal basis for OFAC to designate and block the assets of AHF in Afghanistan, Albania, Bangladesh, Ethiopia, and The Netherlands, rests on evidence providing reason to believe that the entire AHF organization, including the activities of AHF in the locations above, meet criteria for designation pursuant to the authorities of E.O. 13224.

[4] (U) Subsequent to the designation, AHF in Bosnia reopened under the name Vazir. On December 22, 2003, Vazir was designated pursuant to the authorities of E.O. 13224. Saudi Arabia joined the U.S. to request that the UN 1267 Sanctions Committee also list Vazir. [Source: U.S. Department of Treasury, Press Room, December 22, 2003, Exhibit 98]

0006471

TOP SECRET



(U) AHF HEADQUARTERS CONTROL OF ORGANIZATION

TOP SECRET

4

0006472

TOP SECRET ▮▮▮

▮▮▮

(TS) ▮▮▮ Yet according to a Saudi news report, AL-AQIL reportedly stated, "I resigned willingly. I wanted to give new blood a chance to assume the responsibilities, since I have personal business that I need to attend to. I have not left the organization, I have just resigned as General Manager. I will stay on as an active member and as an advisor," according to diplomatic reporting. ▮▮▮ RIYADH 000164, Exhibit 72; ▮▮▮ Exhibit 97; See also FBIS, London Al-Hayah in Arabic, January 8, 2004, Exhibit 104]

(TS)(U) Among the reasons for AL-AQIL's removal was his "absolute centralization" of AHF, according to a Saudi news report. [Source: FBIS, London Al-Hayah in Arabic, January 8, 2004, Exhibit 104] Mansour Al-Kadi, ▮▮▮ cited AL-AQIL's "autocratic and centralist governance" of AHF as the main reason for his resignation, according to an Arabic language posting on an Internet forum. ▮▮▮ Al-Kadi's purported posting on the Internet identifies AL-AQIL as the "only individual with final decision making on spending...and the one with the authority to hire employees, even if it is just a janitor..." [Source: http://alsaha.fares.net/, Exhibit 106] As set forth below, the AHF headquarters, under Al-Aqil's leadership, provided funding and instructions that governed the activities of AHF throughout the world including in Bosnia, Albania, Iraq, the United States, and elsewhere.

▮▮▮



[5] (TS) ▮▮▮
[6] [Source: ▮▮▮ RIYADH 001094, Exhibit 47; AHF Tax Form 990, 2001, Exhibit 39; ▮▮▮

TOP SECRET ▮▮▮                                                                 5

0006473