# EXHIBIT 11

Part 1

# EXHIBIT 11



## Key Issues

**PROTECTING CHARITABLE ORGANIZATIONS**

< BACK

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

Complete List of Designations

**Additional Background Information on Charities Designated Under Executive Order 13224**

A | B | C, D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**A**

**Afghan Support Committee**

**U.S. Designation Date:** January 9, 2002

**UN Designation Date:** January 11, 2002

**Background:** The Afghan Support Committee (ASC) is a non-governmental organization (NGO) established by Usama bin Laden, based in Afghanistan, and affiliated with the Revival of Islamic Heritage Society (RIHS). Abu Bakr Al-Jaziri, the finance chief of ASC, also served as the head of organized fundraising for UBL. Al-Jaziri collected funds for al Qaida in Jalalabad through the ASC. He also collected money for al Qaida from local Arab NGOs by claiming the funds were for orphans and widows. Al-Jaziri then turned the funds over to al Qaida's finance committee. In 2000, he moved from Jalalabad to Pakistan where he continued to raise and transfer funds for al Qaida.

**AKAs:** Ahya Ul Turas
Jamiat Ayat-Ur-Rhas Al Islamia
Jamiat Ihya Ul Turath Ul Turath Al Islamia
Lajnat Ul Masa Eidatul Afghani

For Additional Information: http://www.treas.gov/press/releases/po910.htm

**Aid Organization of the Ulema**

**U.S. Designation Date:** April 19, 2002

**UN Designation Date:** April 24, 2002

**Background:** The Aid Organization of the Ulema (AOU) is based in Pakistan and is a successor organization to Al Rashid Trust, listed by the UN as a financial facilitator of terrorists in September 2001, under UNSCR 1333. Al Rashid Trust was among the first organizations designated as a terrorist financier and facilitator. Al Rashid Trust changed its name to AOU and remains active. AOU is headquartered in Pakistan, and continues to operate offices there. AOU has been raising funds for the Taliban since 1999, and officers of the organization are reported to be representatives and key leaders of al Qaida. This designation captures the re-named office and identifies additional locations of other branch offices in Pakistan.

**AKAs:** Al Rashid Trust Al Rushed Trust Al-Rushed Trust Al-Rashid Trust

For Additional Information: http://www.treas.gov/press/releases/po3014.htm



**Al Akhtar Trust**

**U.S. Designation Date:** October 14, 2003

**Background:** Al Akhtar Trust is known to have provided support to al Qaida fighters in Afghanistan. Al Akhtar Trust is carrying on the activities of the previously designated Al Rashid Trust (designated September 23, 2001) and is linked to the Taliban and Al Qaida. An associate of Al Akhtar Trust has attempted to raise funds to finance obligatory jihad in Iraq, and it has been reported that a financier of Al Akhtar Trust has been linked to the kidnapping and murder of the Wall Street Journal's South Asia Bureau Chief, Daniel Pearl. The group leader of the terrorist group Jadish-e-Mohammed, Mastoid Zahra, set up two organizations registered in Pakistan as humanitarian aid agencies: Al Akhtar Trust and Elkhart Trust. Jadish-e-Mohammed hoped to give the impression that the two new organizations were separate entities and sought to use them as a way to deliver arms and ammunition to their members under the guise of providing humanitarian aid to refugees and other needy groups. Pakistani newspaper reporting in November 2000 indicated that Al Akhtar Trust was established under the supervision of prominent religious scholars for the purpose of providing financial assistance for mujahideen, financial support to the Taliban and food, clothes, and education to orphans of martyrs. The Chairman and Chief Executive Officer of Al Akhtar Trust is Hakeen Muhammad Akhtar, a Pakistani citizen, who stated that their services for the Taliban and Mullah Omar were known to the world. Al Akhtar Trust was providing a wide range of support to Al-Qaida and Pakistani-based sectarian and jihadi groups, specifically Lashkar-e-Tayyiba, Lashkar-I-Jhangvi, and Jaish-e-Mohammed. All three of these organizations have been designated by the U.S. These efforts included providing financial and logistical support as well as arranging travel for Islamic extremists. This designation covers operations of Al Akhtar Trust through offices and individuals operating outside of Pakistan.

In June 2008, the United States identified new aliases Al Akhtar used to circumvent sanctions so that it could continue to support al Qaida.

**AKAs:** Al Akhtar Trust
Al-Akhtar Trust International
Akhtarabad Medical Camp
Akhtar Medical Centre
Pakistan Relief Foundation
Pakistani Relief Foundation
Azmat-e-Pakistan Trust
Azmat Pakistan Trust

For Additional Information: http://www.treas.gov/press/releases/js899.htm

For Additional Information about New Aliases:
http://www.ustreas.gov/press/releases/hp1065.htm


**Al Aqsa Foundation**

**U.S. Designation Date:** May 29, 2003

**Background:** Al Aqsa Foundation (AAF) is a critical part of the HAMAS terrorist support infrastructure. Through its headquarters in Germany and branch offices in the Netherlands, Denmark, Belgium, Sweden, Pakistan, South Africa, Yemen and elsewhere, AAF funnels money collected for charitable purposes to HAMAS terrorists. Like other HAMAS-affiliated charities, AAF uses humanitarian relief as cover to provide support to the HAMAS terrorist organization. Mahmoud Amr, the Director of AAF in Germany, is an active figure in HAMAS. AAF offices are included in lists of organizations that contributed to the HAMAS-affiliated Charity Coalition in 2001 and 2002. Pursuant to a July 31, 2002 administrative order, German authorities closed AAF in Germany for supporting HAMAS. In April 2003, Dutch authorities blocked AAF assets in The Netherlands based on information that funds were provided to organizations supporting terrorism in the Middle East. Criminal charges against some AAF officials were also filed. On January 1, 2003, the Danish government charged three AAF officials in Denmark for supporting terrorism. Also, the head of the Yemeni branch of AAF, Shaykh Muhammad Ali Hassan Al-Muayad, was arrested for providing support to terrorist organizations, including Al-Qaida and HAMAS, in January 2003 by German authorities. In Scandinavia, the Oslo, Norway-based Islamic League used the AAF in Sweden to channel funds from some members of the Islamic community in Oslo, Norway to HAMAS. Al-Muayad has also allegedly provided money, arms, recruits and communication equipment for Al-Qaida. At least until Al-Muayad's arrest, Ali Muqbil, the General Manager of AAF in Yemen and a HAMAS official, transferred funds on Al-Muayad's orders to HAMAS, PIJ or other Palestinian organizations assisting "Palestinian fighters." The disbursements were recorded as contributions for charitable projects. Also, several officials and active supporters of al Qaida and Asbat Al-Ansar (designated under EO 13224 as a



specially designated global terrorist) are leaders of some branches of the AAF.

**AKAs:** Al-Aqsa International Foundation Al-Aqsa Charitable Foundation Sanabil al-Aqsa Charitable Foundation Al-Aqsa Sinabil Establishment Al-Aqsa Charitable Organization Charitable Al-Aqsa Establishment Mu'assa al-Aqsa al-Khayriyya Mu'assa Sanabil Al-Aqsa al- Khayriyya Aqsa Society. Al-Aqsa Islamic Charitable Society Islamic Charitable Society for al-Aqsa Charitable Society to Help the Noble al-Aqsa Nusrat al-Aqsa al-Sharif

For Additional Information: http://www.treas.gov/press/releases/js439.htm

### Al Furqan

**U.S. Designation Date:** May 6, 2004

**UN Designation Date:** May 11, 2004

**Background:** Information shows this non-governmental organization was associated with al Qaida, having close ties and sharing an office with the Global Relief Foundation (GRF), and was chiefly sponsored by the Bosnian branch of the Al Haramain Islamic Foundation, with whom it jointly conducted many activities in Bosnia. Individuals working for Al Furqan have been involved in multiple instances of suspicious activity, including surveillance of the U.S. Embassy and UN buildings in Sarajevo. One former Al Furqan employee also has ties to the Algerian Armed Islamic Group (GIA). Although Al Furqan ostensibly ceased operations in 2002, two successor organizations, Sirat and Istikamet, continue to act on behalf of Al Furqan in Bosnia.

**AKAs:** Dzemilijati Furkan Dzem'ijjetul Furqan Association for Citizens Rights and Resistance to Lies Dzemijetul Furkan Association of Citizens for the Support of Truth and Suppression of Lies Sirat Association for Education Culture and Building Society-Sirat Association for Education Cultural and to Create Society-Sirat Istikamet In Siratel

For Additional Information: http://www.treas.gov/press/releases/js1527.htm

### Al-Haramain & Al Masjed Al-Aqsa Charity Foundation

**U.S. Designation Date:** May 6, 2004

**UN Designation Date:** June 28, 2004

**Background:** The Al-Haramain & Al Masjed Al-Aqsa Charity Foundation (AHAMAA) has significant financial ties to the Bosnia-based NGO Al Furqan, and al Qaida financier Wa'el Hamza Julaidan, who was designated by the Treasury Department on September 6, 2002. Wa'el Hamza Julaidan, a Saudi citizen, is a close associate of Usama bin Laden. Julaidan fought with bin Laden in Afghanistan in the 1980s. Bin Laden himself acknowledged his close ties to Julaidan during a 1999 interview with al-Jazeera TV. As a member of the Board of Directors for AHAMAA, Julaidan opened three bank accounts on behalf of the NGO between 1997 and 2001 and continued to have authorization to handle two of their accounts as a signatory on two the NGO's Bosnian accounts.

**AKAs:** Al Haramain Al Masjed Al Aqsa Al Haramayn Al Masjid Al Aqsa Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation

For Additional Information: http://www.treas.gov/press/releases/js1527.htm

### Al Haramain Islamic Foundation-related Designations:

- Al Haramain Islamic Foundation (general background information)
- Al Haramain Islamic Foundation -- All Offices
- Afghanistan
- Albania
- Bangladesh
- Bosnia
- Comoros Islands
- Ethiopia
- Indonesia
- Kenya
- The Netherlands



- Pakistan
- Somalia
- Tanzania
- United States

**Al Haramain Islamic Foundation**

**General Background:** Al-Haramain Islamic Foundation (AHF) represents itself as a private, charitable and educational organization dedicated to promoting Islamic teaching throughout the world. It is one of the principal Islamic non-governmental organizations active throughout the world. Funding generally comes from grants from other countries, individual Muslim benefactors, and special campaigns, which selectively target Muslim-owned business entities around the world as sources of donations.

There is evidence that field offices and representatives operating throughout Africa, Asia and Europe have provided financial and logistical support to the al Qaida network and other terrorist organizations designated by the United States, and, in some cases, included on the UN 1267 Committee's consolidated list of individuals/entities subject to Security Council Sanctions. Some of these organizations include the Egyptian Islamic Jihad (EIJ), Jemaah Islamiyah, Al-Ittihad Al-Islamiya (AIAI), Lashkar E-Taibah, and HAMAS – all of which are designated terrorist organizations and all of which have received funds from AHF, its branches, or local intermediaries.

**Al Haramain - Afghanistan**

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

**Background:** In Afghanistan prior to the removal of the Taliban from power, AHF supported the cause of Jihad and was linked to the UBL financed Makhtab al-Khidemat (MK), a pre-cursor organization of al Qaida and a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224.

Following the September 11, 2001 terrorist attacks, AHF activities supporting terrorism in Afghanistan continued. In 2002, activities included involvement with a group of persons trained to attack foreigners in Afghanistan. A journalist suspected of meeting with al Qaida and Taliban members in Afghanistan was reportedly transferring funds on behalf of the al Qaida-affiliated AHF and forwarding videotapes from al Qaida leaders to an Arabic language TV network for broadcast.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

**Al Haramain - Albania**

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

The U.S. has information that indicates UBL may have financed the establishment of AHF in Albania, which has been used as cover for terrorist activity in Albania and in Europe. In late 2000, a close associate of a UBL operative moved to Albania and was running an unnamed AHF subsidiary. In 1998, the head of Egyptian Islamic Jihad in Albania was reportedly also a financial official for AHF in Albania. This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and al Qaida's August 1998 terrorist attacks against the U.S. embassies in Kenya and Tanzania.

Salih Tivari, a senior official of the moderate Albanian Muslim community, was murdered in January 2002. Ermir Gjinishi, who had been supported by AHF, was detained in connection with the murder, but no charges were filed; he was later released by Albanian authorities. Just prior to being murdered, Tivari informed the AHF-affiliated Gjinishi that he intended to reduce "foreign Islamic influence" in the Albanian Muslim community.

Prior to his murder, Tivari controlled finances, personnel decisions, and donations within the Albanian Muslim community. This provided him significant power, enabling him to survive several attempts by extremists trained overseas to replace him or usurp his power.