# EXHIBIT 11

Part 2



As of late 2003, AHF was paying for, through a HAMAS member with close ties to AHF in Albania, security personnel to guard the AHF building in Albania, which had been shut down earlier in 2003.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain - Bangladesh

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

**Background:** Information available to the U.S. shows that a senior AHF official deployed a Bangladeshi national to conduct surveillance on U.S. consulates in India for potential terrorist attacks. The Bangladeshi national was arrested in early 1999 in India, reportedly carrying four pounds of explosives and five detonators. The terrorist suspect told police that he intended to attack U.S. diplomatic missions in India. The suspect reportedly confessed to training in al Qaida terrorist camps in Afghanistan, where he met personally with Usama bin Laden in 1994. The suspect first heard of plans for these attacks at the AHF office in Bangladesh.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation (Vazir a/k/a) - Bosnia

**Saudi/U.S. Designation Date:** March 11, 2002
Amended December 22, 2003

**UN Designation Date:** March 13, 2002
Amended December 26, 2003

**Background:** The Bosnia office of Al Haramain is linked to Al-Gama'at al-Islamiyya, an Egyptian terrorist group (designated under Executive Order 13224 on October 31, 2001) that was a signatory to UBL's February 23, 1998 fatwa against the United States. After the Bosnia branch of Al Haramain was designated in March 2002, Al Haramain officials closed its Bosnian operations. Officials in Bosnia then persuaded senior Al Haramain officials to reopen the organization under a different name in Travnik, Bosnia. The new non-governmental organization, Vazir, was founded in May 2003 and established its headquarters in a business space formerly used by Al Haramain. The Ministry of Justice and Administration for the Central Bosnian canton registered Vazir on June 11, 2003, as an association for sport, culture, and education. The office opened under the name Vazir in early August 2003. The original designation of the Bosnian branch of Al Haramain was amended to add the aka, "Vazir," resulting in the formal designation of Vazir on December 22, 2003.

For Additional Information: http://www.treas.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation – Comoros Islands

**U.S. Designation Date:** September 9, 2004

**UN Designation Date:** September 28, 2004

**Background:** Al Haramain had operations throughout the Union of the Comoros, and information shows that associates of AHF Comoros are linked to al Qaida. According to the transcript of U.S. v. Bin Laden, the Union of the Comoros was used as a staging area and exfiltration route for the perpetrators of the 1998 bombings of the U.S. embassies in Kenya and Tanzania. The AHF branches in Kenya and Tanzania have been previously designated for providing financial and other operational support to these terrorist attacks.

For Additional Information: http://www.treas.gov/press/releases/js1895.htm

### Al Haramain - Ethiopia

**Saudi/U.S. Designation Date:** June 2, 2004



**UN Designation Date:** June 6, 2004

**Background:** Information available to the U.S. shows that AHF in Ethiopia has provided support to Al-Ittihad Al-Islamiya (AIAI). In Ethiopia, AIAI has engaged in attacks against Ethiopian defense forces. AIAI has been designated both by the U.S. Government and by the UN 1267 Sanctions Committee. Ethiopia is one of the countries where AHF's website states that they have operations, but there does not appear to be a formal branch office. As part of our efforts to designate this branch, we have asked that action be taken to ensure that individuals cannot use the name of AHF or act under its auspices within, or in connection with services provided in, Ethiopia.

For Additional Information  http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation - Indonesia

**U.S. Designation Date:** January 22, 2004

**UN Designation Date:** January 26, 2004

**Background:** In 2002, money purportedly donated by the Al Haramain Islamic Foundation (AHF) for humanitarian purposes to non-profit organizations in Indonesia was possibly diverted for weapons procurement, with the full knowledge of AHF in Indonesia. Using a variety of means, AHF has provided financial support to al Qaida operatives in Indonesia and to the terrorist group Jemaah Islamiyah (JI). According to Omar al-Faruq, a senior al Qaida official apprehended in Southeast Asia, AHF was one of the primary sources of funding for al Qaida network activities in the region. The U.S. has designated JI, and the 1267 Committee has included it on its list, because of its ties to al Qaida. JI has committed a series of terrorist attacks, including the bombing of a nightclub in Bali on October 12, 2002 that killed 202 people and wounded over 300 additional people.

**AKA:** Yayasan Al-Manahil-Indonesia

For Additional Information: http://www.treas.gov/press/releases/js1108.htm

### Al Haramain Islamic Foundation - Kenya and Tanzania

**U.S. Designation Date:** January 22, 2004

**UN Designation Date:** January 26, 2004

**Background:** Al Haramain Islamic Foundation offices in Kenya and Tanzania provide support, or act for or on behalf of, Al-Ittihaad al-Islamiya (AIAI) and al Qaida. AIAI shares ideological, financial and training links with al Qaida and financial links with several NGOs and companies, including AHF, which is used to transfer funds. AIAI also has invested in the "legitimate" business activities of AHF

As early as 1997, U.S. and other friendly authorities were informed that the Kenyan branch of AHF was involved in plotting terrorist attacks against Americans. As a result, a number of individuals connected to AHF in Kenya were arrested and later deported by Kenyan authorities. In August 1997, an AHF employee indicated that the planned attack against the U.S. Embassy in Nairobi would be a suicide bombing carried out by crashing a vehicle into the gate at the Embassy. A wealthy AHF official outside East Africa agreed to provide the necessary funds. Also in 1997, AHF senior leaders in Nairobi decided to alter their (then) previous plans to bomb the U.S. Embassy in Nairobi and instead sought to assassinate U.S. citizens. During this time period, an AHF official indicated he had obtained five hand grenades and seven "bazookas" from a source in Somalia. According to information available to the U.S., these weapons were to be used in a possible assassination attempt against a U.S. official. A former Tanzanian AHF Director was believed to be associated with UBL and was responsible for making preparations for the advance party that planned the August 7, 1998, bombings of the U.S. Embassies in Dar Es Salaam, Tanzania, and Nairobi, Kenya. As a result of these attacks, 224 people were killed.

Shortly before the dual-Embassy bombing attacks in Kenya and Tanzania, a former AHF official in Tanzania met with another conspirator to the attacks and cautioned the individual against disclosing knowledge of preparations for the attacks. Around the same time, four individuals led by an AHF official were arrested in Europe. At that time, they admitted maintaining close ties with two terrorist groups, Egyptian Islamic Jihad (EIJ) and Gamma Islamiyah. In early 2003, individuals affiliated with AHF in Tanzania discussed the status of



plans for an attack against several hotels in Zanzibar. The scheduled attacks did not take place due to increased security by local authorities, but planning for the attacks remained active.

For Additional Information: http://www.treas.gov/press/releases/js1108.htm

### Al Haramain - The Netherlands

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

**Background:** Since 2001, Dutch officials have confirmed that the Al Haramain Humanitarian Aid Foundation located in Amsterdam is part of the larger Al Haramain Islamic Foundation network and that Aqeel Abdul Aziz Al-Aqil, who has also been designated by the United States and the UN 1267 Sanctions Committee because of AHF's support for al Qaida while under his oversight, is chairman of this foundation's board of directors. As noted elsewhere in this document, AHF was the founder and leader of AHF and was responsible for all of its activities including its support of terrorism.

**AKA:** Stichting Al Haramain Humanitarian Aid

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation - Pakistan

**Saudi/U.S. Designation Date:** March 11, 2002

**UN Designation Date:** March 13, 2002

**Background:** Before the removal of the Taliban from power in Afghanistan, the Al Haramain Islamic Foundation in Pakistan (AHF-Pakistan) supported the Taliban and other groups. AHF-Pakistan is also linked to the UBL-financed and designated terrorist organization, Makhtab al-Khidemat (MK). At least two former AHF-Pakistan employees are suspected of having al Qaida ties, and another AHF-Pakistan employee is suspected of financing al Qaida operations. Another former AHF employee in Islamabad was identified as an alleged al-Qaida member who reportedly planned to carry out several devastating terrorist operations in the United States. In January 2001, extremists with ties to individuals associated with a fugitive UBL lieutenant were indirectly involved with AHF-Pakistan. As of late 2002 a senior member of AHF in Pakistan, who has also been identified as a "bin Laden facilitator," reportedly operated a human smuggling ring to facilitate travel of al Qaida members and their families out of Afghanistan to various other countries. AHF in Pakistan also supports the designated terrorist organization, Lashkar E-Taibah (LET). Some time in 2000, an AHF representative in Karachi, Pakistan met with Zelinkhan Yandarbiev. The U.S. has designated Yandarbiev, and the UN 1267 Committee has included him on its list because of his connections to al Qaida. The AHF representative and Yandarbiev reportedly resolved the issue of delivery to Chechnya of Zenit missiles, sting anti-aircraft missiles, and hand-held anti-tank weapons.

For Additional Information: http://www.treasury.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation - Somalia

**Saudi/U.S. Designation Date:** March 11, 2002

**UN Designation Date:** March 13, 2002

**Background:** The Saudi-based Al Haramain Islamic Foundation is a private, charitable and educational organization dedicated to promoting Islamic teachings throughout the world. The Somalia office, however is linked to Usama bin Laden's al Qaida network and Al-Itihaad al-Islamiyya (AIAI), a Somali terrorist group (designated under Executive Order 13224 on September 23, 2001). Al Haramain Somalia employed AIAI members and provided them with salaries through al Barakaat Bank (designated under Executive Order 13224 on November 7, 2001), which was a primary source of terrorist funding. Al Haramain Somalia continued to provide material and financial support for AIAI even after the group's designation under E.O. 13224 and UNSCR 1333. Money was funneled to AIAI by disguising funds as if they were intended for orphanage projects or Islamic schools.



For Additional Information: http://www.treas.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation - United States

**U.S. Designation Date:** September 9, 2004

**UN Designation Date:** September 28, 2004

The U.S.-based branch of AHF was formally established in 1997. Documents naming Suliman Al-Buthe as the organization's attorney and providing him with broad legal authority were signed by Aqeel Abdul Aziz Al-Aqil, the former director of AHF. Aqil has been designated by the United States and the UN 1267 Sanctions Committee because of AHF's support for al Qaida while under his oversight, and Al-Buthe has also been designated by the United States and the UN 1267 Sanctions Committee. The assets of the U.S. AHF branch, which is headquartered in Oregon, were originally blocked pending investigation on February 19, 2004. An affidavit in support of a search warrant by other federal agencies also alleged that the U.S. branch of AHF criminally violated tax laws and engaged in other money laundering offenses. Information showed that individuals associated with the branch tried to conceal the movement of funds intended for Chechnya by omitting them from tax returns and mischaracterizing their use, which they claimed was for the purchase of a prayer house in Springfield, Missouri. The U.S.-based branch of AHF was fully designated under E.O. 13224 on September 9, 2004, and under UNSCR 1267 on September 28, 2004.

For Additional Information: http://www.treas.gov/press/releases/js1895.htm

### Al Haramain Islamic Foundation – All Offices

**U.S. Designation Date:** June 19, 2008

**General Background:** Evidence demonstrates that the AHF organization was involved in providing financial and logistical support to the al Qaida network and other terrorist organizations designated by the United States and the United Nations. Between 2002-2004, the United States designated thirteen AHF branch offices operating in Afghanistan, Albania, Bangladesh, Bosnia & Herzegovina, Comoros Islands, Ethiopia, Indonesia, Kenya, Netherlands, Pakistan, Somalia, Tanzania, and the United States. The Kingdom of Saudi Arabia joined the United States in designating several branch offices of AHF and, due to actions by Saudi authorities, AHF has largely been precluded from operating in its own name. Despite these efforts, AHF leadership has attempted to reconstitute the operations of the organization, and parts of the organization have continued to operate. In 2008, the U.S. Government designated the entirety of the AHF organization, including its headquarters in Saudi Arabia.

**For Additional Information:** http://www.ustreas.gov/press/releases/hp1043.htm

### Al Rashid Trust

**U.S. Designation Date:** September 23, 2001

**UN Designation Date:** October 6, 2001

**Background:** When President Bush initiated the financial war on terrorism in September 2001, the Al Rashid Trust was among the first organizations named as a financial facilitator of terrorists. This organization had been raising funds for the Taliban since 1999. The Al Rashid Trust is a group that funded al Qaida and the Taliban and is also closely linked to the al Qaida-associated Jaish Mohammed terrorist group. Al Rashid has been directly linked to the January 2002 abduction and subsequent murder of Wall Street Journal reporter Daniel Pearl in Pakistan. Al Rashid and other fronts and groups have used a British internet site called the Global Jihad Fund, which openly associates itself with Usama bin Laden, to publish bank account information and solicit support to facilitate the growth of various jihad movements around the world by supplying them with funds to purchase their weapons. See also Aid Organization of the Ulema.
In July 2008, the United States identified new aliases Al Rashid used to circumvent sanctions so that it could continue to support al Qaida.

**AKAs:** Al Amin Welfare Trust
Al Amin Trust
Al Ameen Trust
Al-Ameen Trust
Al Madina Trust
Al-Madina Trust



For Additional Information: http://www.whitehouse.gov/news/releases/2001/09/20010924-1.html

For Additional Information about New Aliases:
http://www.ustreas.gov/press/releases/np1065.htm

**Al Salah Society (Palestinian territories)**

**U.S. Designation Date:** August 7, 2007

**Background:** Al-Salah Society is one of the largest and best-funded Hamas charitable organizations in the Palestinian territories. Al-Salah Society's director, Ahmad Al-Kurd, was also designated on this date. The Al-Salah Society supported Hamas-affiliated combatants during the first Intifada and recruited and indoctrinated youth to support Hamas's activities. The Al-Salah Society has received substantial funding from Persian Gulf countries including at least hundreds of thousands of dollars from Kuwaiti donors, and it has employed a number of Hamas military wing members. The Al Salah Society was included on a list of suspected Hamas and Palestinian Islamic Jihad-affiliated NGOs whose accounts were frozen by the Palestinian Authority as of late August 2003. After freezing the bank accounts, PA officials confirmed that the Al-Salah Society was a front for Hamas.

**AKAs:**
Al-Salah Association
Al-Salah Islamic Foundation
Al-Salah
Al-Salah Islamic Society
Al-Salah Islamic Association
Al-Salah Islamic Committee
Al-Salah Organization
Islamic Salah Foundation
Islamic Salah Society
Islamic Salvation Society
Islamic Righteous Society
Islamic Al-Salah Society
Jamiat Al-Salah Society
Jamiat al-Salah al-Islamiya
Jami'at al-Salah al-Islami
Jami'a al-Salah
Jammeat El-Salah
Salah Islamic Association
Salah Welfare Organization
Salah Charitable Association

For Addition information: http://www.treas.gov/press/releases/hp531.htm

Last Updated July 17, 2008