# EXHIBIT 13

# Business Registry Business Name Search

New Search | Business Entity Data | 10-16-2009 09:32

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 600623-88 | ABN | INA | | 10-22-1997 | | 10-22-2003 |

**Entity Name** AL HARAMAIN FOUNDATION
**Foreign Name**
**Affidavit?** N

New Search

## Associated Names

**Type** PPB PRINCIPAL PLACE OF BUSINESS
**Addr 1** 1257 SISKIYOU BLVD #224
**Addr 2**
**CSZ** ASHLAND   OR  97520    **Country** UNITED STATES OF AMERICA

The Authorized Representative address is the mailing address for this business.

**Type** REP AUTHORIZED REPRESENTATIVE    **Start Date** 10-22-1997    **Resign Date**
**Name** PETE         SEDA
**Addr 1** 1257 SISKIYOU BLVD #224
**Addr 2**
**CSZ** ASHLAND   OR  97520    **Country** UNITED STATES OF AMERICA

**Type** REG REGISTRANT
**Name** PETE         SEDA
**Addr 1** 1257 SISKIYOU BLVD #224
**Addr 2**
**CSZ** ASHLAND   OR  97520    **Country** UNITED STATES OF AMERICA

**Type** REG REGISTRANT
**Name** SOLIMAN        H   ALBUT'HE
**Addr 1** 1257 SISKIYOU BLVD #224
**Addr 2**
**CSZ** ASHLAND   OR  97520    **Country** UNITED STATES OF AMERICA

New Search

# Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| AL HARAMAIN FOUNDATION | EN | CUR | 10-22-1997 | |

Please read before ordering Copies.

New Search

## Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 11-06-2003 | FAILURE TO RENEW | 10-23-2003 | | SYS | | |
| 10-15-2001 | RENEWAL PAYMENT | 10-15-2001 | | SYS | | |
| 10-27-1999 | CHANGED RENEWAL | 10-27-1999 | | FI | | |
| 10-21-1999 | STRAIGHT RENEWAL | 10-18-1999 | | FI | | |
| 10-22-1997 | NEW FILING | 10-22-1997 | | FI | | |

New Search

## Counties

**Counties Filed**
Jackson

**Counties Not Filed** (but not necessarily available)
Baker, Benton, Clackamas, Clatsop, Columbia, Coos, Crook, Curry, Deschutes, Douglas, Gilliam, Grant, Harney, Hood River, Jefferson, Josephine, Klamath, Lake, Lane, Lincoln, Linn, Malheur, Marion, Morrow, Multnomah, Polk, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Washington, Wheeler, Yamhill

© 2009 Oregon Secretary of State. All Rights Reserved.