# EXHIBIT 17

- **Establishing correct Islamic doctrines** deeply in the individual and developing a unified Muslim personality or character.
- **Trying to direct Islamic communities** to submit to the law of God and to judge from His Law only.
- **Renewing scientific and propagational awareness** as well as uplifting the educational and ideological level among Muslims.
- **Educating new generations** according to Islamic doctrines and in accordance with Islamic norms and moral standards.
- **Confronting** ideological and atheistic invasion.
- **Calling non-Muslims to Islam** and propagating it among them.
- **Educating and Guiding** Muslim Women.
- **Cooperating with Islamic organizations,** calling propagational groups and striving to unify the Islamic communities according to the authentic law of Islam.

In order to realize these goals the foundation connected with scholars to insure that its work would be in accordance with clear Islamic vision and on a clear salafi methodology according to the way of the best generation of Muslims.

Those responsible for the foundation referred to the scholars regarding all the problems it faced in matters of dawah or relief assistance and it came with work, Alhamdulillah, seeking the guidance and direction of these learned scholars. Due to that the foundation earned acclaim from the Muslims who contributed to it with their wealth and selves.

 ## Foundation Administration

The superintendent of all Foundation activities is the honorable **Shaykh Saleh Ibn Abdul-'Azeez Aali Shaykh,** Minister of Islamic Affairs, Endowments, Call and Guidance. He is the chairman of the administrative board which follows the activities of the Foundation. The members of this board are a select number of outstanding scholars, students of knowledge and those involved in da'wah to Allah The director of Al Haramain Foundation is **Sh. 'Aqeel 'Abdul-'Azeez Al-'Aqeel**

## New Administrative Board for Al-Haramain Charitable Foundation

Among the steps towards advancement of the work of Al-Haramain Charitable Foundation is the establishment of an Administrative Board which held its first meeting on Tuesday 24 of Dhul-Hijjah in the office of his eminence the Minister of Islamic Affairs, Endowments, Call and Guidance and the General Supervisor of the Foundation and under his chairmanship. This was announced by the Foundation Director General, Sh. 'Aqeel Al-'Aqeel.

This Administrative Board is comprised of the following persons:

**Dr. Ali Ibn Murshid Al-Murshid, Board Chairman**
1. **Dr. Tawfeeq Ibn 'Abdul-Azeez As-Sudairy**
2. **Dr. Sauod Ibrahim Ash-Shuraim**
3. **Dr. 'Abdul-Baari Ibn Iwadh Ath-Thubaity**
4. **Dr. Dr. Sa'd Ibn Naasir Ash-Shithary**
5. **Dr. Naasir Ibn Abdul-Kareem Al-'Aql**
6. **Shaykh 'Abdul-Muhsin Ibn 'Abdul-'Azeez Aalish-Shaykh**
7. **Saalih Ibn Muhammad Adh-Dhayf**
8. **Shaykh 'Abdullah Ibn Saalih Al-'Uthaim**
9. **Zaid Ibn Muhammad Ash-Shareef**
10. **Shaykh 'Abdus-Salaam Ibn Saalih Ar-Raajihi**
11. **Dr. 'Abdur-Rahman Ibn Hasan Al-Husaini**
12. **Yoosuf Ibn 'Uthmaan Al-Hazeem**
13. **Shaykh Aqeel Ibn 'Abdul-'Azeez Al-'Aqeel**
14. **Mansour Ibn 'Abdur-Rahman al-Qaadi**
15. **Shaykh 'Abdul-Malik Ibn Muhammad Al-Qaasim**

Al-Haramain Charitable Foundation Director Al-'Aqeel mentioned the hopes and expectations attached to the Board due to its extensive qualifications as well as experience and knowledge of sharia, organization and administration which would be reflected upon the work of the Foundation by Allah's Will, along with increasing its output and attraction of good contributors to its work. Sh. 'Aqeel concluded his announcement by asking The Most High Provider, exalted be He, to make firm the General Supervisor, the Chairman and the remaining members for their acceptance to participate as

members and their contribution to encouraging and supporting this Foundation and its charitable work.

**Muharram 1424**

 ## Doors Of Good

Among the most important and beneficial sadaqah and the greatest in reward is that which enables the relieving the distress of those in trouble or undergoing disasters and afflictions and that which reaches most of the numbers of those in need and helps in lifting the suffering from those who are deprived. Every beneficial running sadaqah that continuously gives has the greatest reward. Indeed such are the best of righteous deeds that are most beloved to Allah as we were informed b the Prophet (sallallahu 'alaihi wa sallam): The most beloved of deeds to Allah are those which are constant even if they be small. [mutafaqun 'alaih]

The Noble Qur'aan also encourages us to undertake doing good deeds and acts of obedience and to undertake all that is goodness, righteousness and kindness. Allah, subhaanahu wa ta'aala, praises those who rush to do good in His statement:

*And those foremost in performing righteous deeds will be foremost*
*These will be the nearest to Allah.* [Al-Waaqi'ah 10 -11]

And His saying:

*And whatever you put forth for yourselves of good you will find it with Allah and that is the Best and Greatest of rewards.* [Al-Muzzammil 20]

Of the means of cooperation in doing good are the building masaajid (mosques), providing for orphans, hospitals, institutes of learning, relief to those is distress, helping the disabled, providing aid to them and easing the hardships of the suffering. The Prophet (sallallahu 'alaihi wa sallam) stated: **The believer to another believer is like a structure, one part strengthening the other - and he intertwined his fingers.** [mutafaqun'alaih]

Undoubtedly the spread of Islamic knowledge is a weighty in benefit and great value and it is of the greatest or accepted charitable gifts that has is reward with Allah the Mighty and Majestic. Every one of us, whether learned or learning is able to share in the spread of knowledge either through knowledge or wealth or both. We ask Allah to recompense us with good for what you spend to reward you with the best of rewards for what you give in the way of Islam and the Muslims.

*Wa Salaamu 'Alaikum Wa Rahmatullahi wa Barakaatuhu*