# EXHIBIT

# 18



