# EXHIBIT 19

5/28/1999

*Bismillahir Rahmanir Rahim*

*Asalamualaikum-Warahmatullahhe-Wabarakatu*

# A Proposal to Help Albanian Refugees:
# <u>Urgent</u> Response Requested

Assalaamu 'Alaykum wa Rahmatullah wa Barakatuhu, Brother Soliman and all of our dear Brothers in Saudi Arabia. We sincerely hope that you are all in the best of *Iman* and health, *InshaAllah*. May Allah be Pleased with you for your willingness to help us to teach His True Religion to the Albanian refugees who are badly in need of Islamic knowledge.

As you know, Brothers, many years of Communist rule successfully eradicated knowledge of Islam in the majority of Albanians who had lived in Kosova. Reliable sources have informed us that the horror stories we all hear about their lack of Islamic knowledge are true. Fifty-year old Albanian men do not even know how to make *wudu,* many Albanians do not know what to say when making *salat,* and even fewer know what the Arabic words mean. And now they are amongst the Christian missionaries and temptations of the West.

Christian missionaries are hard at work and well-funded in the United States, trying to make the Kosovar Albanians disbelieve in the Oneness of Allah. The refugees' translators are not even Muslim, making it even more difficult for them to maintain their faith.

Brothers, it is our intention to bring the Albanian refugees back to the Straight Path, and to knowledge of Allah's Religion, *InshaAllah*. First we will discuss ways that we can quickly provide the refugees with knowledge about Islam.

The Kosovar Albanians urgently need basic to moderate Islamic literature in the Albanian language. We also immediately need to print business cards in the Albanian language so that they can contact the Ashland Office. These cards can have the Alharamain Islamic Foundation, USA contact information on one side in English, and the other side can be in Albanian and include an 800 number which they can use to contact our Albanian Refugee Crisis Hotline (ARCH) at any time.

Brothers, *InshaAllah,* we need to establish this 24-hour emergency helpline so we can help the Albanian refugees with placement, Islamic questions, any abuses they are suffering through, or

AHIF 000178

4984

medical and humanitarian needs. We will act as a broker, Brothers, not necessarily providing these services but putting them in touch with the right Islamic organizations, or putting the organization in touch with them with their permission.

Also, Brothers, we must immediately move to become the State Department's Islamic organization contact, with your approval. This means we will be contacted at any time that any refugees enter the United States, so that we can offer Islamic assistance to them. The card is very important, Brothers. It needs to be available to Ft. Dix's Chaplain Khan immediately, as he requested it when I spoke with him on the phone this morning.

Brothers, *InshaAllah,* we need your approval, advice and immediate support on these goals and ambitions, and to give them future backing. Thus, when the State Department contacts us with refugees we can be an informational religious networking center. Brothers, we do not want calls or requests to go unanswered beyond 24 hours.

Upon your approval, we will immediately write the text for the front and back of the card, register an 800 number, and send you the wording of the back of the card. Then, *InshaAllah,* you can find somebody to translate the back of the card into Albanian and send it back to us through the Internet. Then we can put together the card and hire somebody in Ft. Dix to print and deliver it, with an initial print run of about 7,000. We will also need to hire two full-time practicing Muslim Albanians who will stay in our Center and man the hotline.

Also, *InshaAllah,* we need you to airmail us very urgently basic Islamic literature. If you can DHL or email us a high-quality master we can print it here and have it available for distribution at Ft. Dix within 72 hours, *InshaAllah.*

I will personally design a database to keep track of Albanian refugees in the US so that we can help to keep them on the Straight Path. This database will need to be updated as the refugees change locations, *InshaAllah.*

As for long-term plans, Brothers, we need to establish a newsletter in the Albanian language that can serve a dual purpose. This newsletter will both educate Albanians about religious, political and cultural issues affecting their lives, and can also serve as an effective tool to teach and promote the Islamic faith, *InshaAllah.*

We need to establish this newsletter as a credible source of news so that Albanians will want to read it, and eagerly await the next issue, *InshaAllah.* Topics we plan to cover include conditions of Albanian refugee camps throughout the world (such as Fort Dix in New Jersey),

**AHIF 000179**

the policies that Slobodan Milosevic's genocidal government is pursuing, and to serve as a networking tool to reunite Albanian families. But the main function of the newsletter will be to promote correct Islamic practice and *Aqeedah*.

Initially, *InshaAllah*, we will have some Islamic trappings on this newsletter. And then, as time passes and our readers become more educated and trusting, we will *InshaAllah* emphasize the faith and devote more time and space to teaching Albanians about Islam. Thus the newsletter, in addition to providing information relevant to Albanian refugees, can teach the truth of our beautiful *deen*.

To successfully launch this newsletter, *InshaAllah*, we will need to hire a number of translators so that we can publish in the Albanian language. Additionally, we need to hire the best and most credible journalists who can provide more than just the basic stories we see on CNN. We want reporters who can dig into the story and find the confirmed truth (we do not want people who will just shoot from the hip and later discredit us), and then report it in graphic details, *InshaAllah*. We envision this newspaper beginning as a biweekly publication, and finally publishing every week to provide the most timely information, *InshaAllah*.

When Kosova becomes a country again, *InshaAllah*, we may be able to sell the newsletter as a business venture if it is managed well and gains credibility. Thus, we hope that in the long run the newsletter will be able to make more money for the Alharamain Islamic Foundation's mission of educating people worldwide about Islam, *InshaAllah*.

We hope that this proposal for helping to teach Islam to our Albanian Brothers and Sisters in faith finds your pleasure, Brothers. May Allah Bless you. We are excited about teaching His True Religion to these Brothers and Sisters who so desperately need this knowledge.

Your Brother in Islam,

Pirouz Sedaghaty
Ashland Office of Alharamain Islamic Foundation, U.S.A.

AHIF 000180