# EXHIBIT 26



**AL HARAMAIN**
**F O U N D A T I O N**
An Non-profit Islamic Educational
& Humanitarian Organization

www.alharamain.org   E-mail:a@qf.org
E-mail:haramain@alharamain.org   1
Tel:(541)482-1116  Fax:(541)482-1117
1257 Siskiyou Blvd. #212 Ashland OR 97520 USA

5/5/1999

*Bismillahir Rahmanir Rahim*

*Asalamualaikum-Warahmatullahhe-Wabarakatu*

## Emergency Proposal Regarding Repairs to the Electrical System in the Ashland Office's Masjid

Dear Brothers at Alharamain Islamic Foundation,
Your brothers in Islam at your Ashland Office hope this proposal finds you in the best of health and *Iman, InshaAllah.*

Dear Brothers, the purpose of this proposal is to update you on the cost of repairing the electrical system in the *Masala* at the Ashland Office, *InshaAllah*. Further funds to cover these expenses have become necessary, as an inspection by a professional electrician revealed that we had a very dangerous and inadequate system that was extremely perilous to the safety of the building and its occupants. Please verify these electrical anomalies with reports from Dawood Rodgers.

The electrician's inspection suggested eight areas of improvement for our electrical system. First, the main panel was over-taxed and ungrounded, with thin circuit breakers. He recommended its removal, and replacement with an adequate and properly grounded panel. Second, the downstairs range wiring was undersized, and he recommended a replacement. Third, one circuit was supplying all the outlets and lights in the downstairs bedrooms, living area and basement. He recommended adding a new panel in the basement and adding new circuits, replacing wiring where accessible. Fourth, there were not enough circuits supplying the main floor bedrooms and office to adequately run portable heaters. The voltage drop throughout the whole center was a huge problem, and presented a fire hazard. He recommended adding new circuits to the existing wire. Fifth, the in-wall heaters in the main bathroom and master bathroom needed to be placed on their own circuits. Sixth, due to the assets we kept outside the center, we decided to add new lights to ensure the safety of our possessions. Seventh, G.F.C.I. receptacles need to be installed in both kitchens, all bathrooms and outdoor outlets to protect against electrical shock. The law mandates this change. Eighth, the meter box needs to be replaced because of stress and downward pressure being applied to the wire coming from the underground power supply by the settling of the earth and failure of the block foundation wall.

**AHIF 000825**

**5003**



**AL HARAMAIN**
**F O U N D A T I O N**
An Non-profit Islamic Educational
& Humanitarian Organization

www.alharamain.org   E-mail:a@qf.org
E-mail:haramain@alharamain.org   2
Tel:(541)482-1116  Fax:(541)482-1117
1257 Siskiyou Blvd. #212 Ashland OR 97520 USA

Once we started on the above-described work, it was discovered that many of the boxes containing switches and outlets were improperly wired, and obvious overheating had taken place in a few of these boxes. The poor electrical system represented a fire hazard, and the faulty wiring that we found during repairs was extremely dangerous. Photos regarding the matter were provided to Brother Soliman. We apologize for adding these costs, but it was an urgent matter.

| | |
|---|---|
| **Estimated cost of labor:** | $3,300 |
| **Estimated cost of parts:** | $6,550 |
| **Estimated total cost:** | $9,850 |

Thank you very much, dear Brothers, for taking time from your busy schedules to consider this latest proposal. Your expedient attention to this matter is appreciated so that we can continue with our business, as these unexpected costs have strained our finances. May Allah Reward you for your efforts to spread his faith and to help your Muslim Brothers throughout the world.

All praise belongs to Glorious Allah, may His Last Prophet be Blessed with the greatest blessings.

*As-Salaamu Alaikum wa Rahmatullah.*
Sincerely, Ashland Office staff.

Abu Yunus—Director, Ashland Office of Alharamain Islamic Foundation, U.S.A.

AHIF 000826