# EXHIBIT 27

# Al Haramain Islamic Foundation   U.S.A.

From: 1257 Siskiyou Blvd. #212
Ashland, OR 97520 U.S.A.          www.alharamain.org
Ph: (541) 482-1116; Fax: (541) 482-1117;
E-mail: peteseda@hotmail.com

*In the Name of Allah, The Most Gracious, The Most Merciful*

Re: Expanding Da'wa Efforts                                    21 of Sha'ban, 1423

To: The USA Committee in Riyadh                    Nov 26th

As Salaamu Alaikum

My dear brothers, May Allah Reward you the best for [...] you are in doing the work of the prophets.

My dear brothers, we must spend the most entrusted M[...] hand for the most noble cause of Da'wa in a country that has [...] Robertsons and Jerry Fallwells and many before and many after. If we do not confront this jahiliya here and now, it will chase us to the dark side of the moon. It is time to use Tawheed, the modern day pen, and reason. My dear brothers in faith I strongly urge you all not to despair and to offer your full support so the field would not get abandoned. Throw the truth at the falsehood and falsehood will vanish.

When the Prophet Muhammad (peace be upon him) was in Mecca and was relentlessly giving Da'wa, he faced the secret assassination, but in the U.S. according to the constitution Islam is protected by the law of the land, Alhamdulillah. To timidly withdraw and lose momentum for the education of our faith to the American people at this time and place would put in the mind of the people that Islam is a failure, which I will not accept. All the Prophets of Allah were rejected by the majority of the people but they did not scale down. If we do not do the work of Allah, like the Sunnah of the Prophets while in the face of persecution, prosecution, and opposition, Allah will replace us with someone who will.

Alhamdulillah, there are many good people in America. I love my God, and I am willing to serve Him by serving and educating the people of my country about Islam. When there is someone hungry and we have food, no matter how they feel about us, we owe it to Allah to share with them the food that Allah has given us. We should always show kindness and set examples. When someone is sick, no matter how much they hate us, we should visit them and show them the beautiful Sunnah. Remember the Prophet's neighbor who threw garbage on him every day. When someone is ignorant or being misguided we should share with them Tawheed and the Sunnah. It is not our job to change the hearts of mankind, but it is our job to convey the message accurately and beautifully with best of manners and to present the Deen with ihsan, InshaAllah. Remember when the Rasulullah (Sallallahu Alaihi Wa Sallam) was stoned at Taif and an angel came to him. He chose da'wa and said that if they do not believe my message the following generation may.

Rather than slowing the da'wa efforts, I believe we should scale up our efforts significantly. I believe that during this needed time we should be spending a minimum of half a million dollars on Da'wa and in the following 6 months another half million

AHIF 001667

dollars. (Please see the attached on plan, cost, and time schedule) The events after 9-11 are partially our fault. If we had been more vigilant and outspoken against mass murderers, maybe we wouldn't be in the position we are in now.

Alhamdulillah, you brothers and sheikhs have approved many great projects. May Allah reward you. You have done many wonderful da'wa projects and humanitarian efforts. You approved half a million dollars to be taken to Afghani refugees on the Iranian side of the border with Afghanistan; unfortunately I was not able to get approval from the U.S. Government. You also approved half a million dollars to be taken to the refugees in Palestine which the Israeli Government did not allow. You have spent hundreds of thousands of dollars in the U.S. for purchasing buildings, salaries for da'ees, shipping books, food for Ramadhan and many other honorable projects. May Allah reward you the best.

Now I am asking for the same half million dollars for next 6 months to be spent for the propagation of the Deen of Allah in a more dynamic approach.

After the date the office was opened I requested that we incrementally increase our da'wa budget. Alhamdulillah, my request was rejected and replaced with an office keeping and book shipping policy. Allah knows the best. I proposed to advertise Al Haramain's phone numbers in all 14 western states only in phone books that no other Islamic organization was advertising. This meant advertising for the cities that people had no other source of reaching out toward Islam and for Islamic education, Alhamdulillah, this proposal was rejected.

Extraordinary times like now take extraordinary measures. Never before in the history of America has educating people about Islam been more critical or difficult than now. In the past people were more neutral about Islam and even welcoming at times, but now they are angry, asking how a religion can support mass murderers.

For doing Da'wa work this is my proposal in black and white:

Step 1: SPREADING THE SEEDS

Regarding mailing copies of the revised edition of Islam Is...[1] (which needs more input from Muslim scholars to improve its substance, and more art work to add to its flavor) my proposal is to print a total of 1.5 million copies of Islam Is... for free distribution. I already have the money for printing 300,000 copies of the book which has already been given to the printer. (see the attachment)

InshaAllah, the additional 1.2 million copies of the book are going to be mailed individually to Libraries, Churches and Synagogues, Religious Schools, Law Enforcement, College Faculty, College Professors, Deans, and Administrators related to the subject of teaching religion, Hospitals, News Agencies, Non Profits, and High School Teachers.

Knowing the importance of this project, I already applied and went through the process to receive Non-Profit bulk mailing rate, which finally resulted in an approval permit. For sending out the above list, the total cost would be $350,000 including the bulk mail rate, the total postage, handling, and printing.[2]

---

[1] We are already moving forward for the printing process. However, before we push the button for printing the 300,000, I need a clear and unambiguous response regarding my proposal.

[2] Please see the attached letters of recommendation regarding this book. One of the nicest things about this book is that it is very short, and it takes approximately one hour to read the whole book. Also, producing this book is

AHIF 001668

Step 2: LIGHTING THE CANDLES

For enabling the Daees that are currently volunteering or working for the cause of Allah, (the majority of whom are spending the very little pocket money that they have to do a better job of Da'wa) I propose to produce a multimedia DVD/CD that is designed with multiple Tawheed based Islamic presentations of varying length and substance, depending on time, audiences, and occasions. These daees that I am speaking of have been so relieved to see some da'wa material like Islam Is... being provided to them. The daees need to be enabled with free material and training so when they go out in everyday life and make presentations for different occasions, they can do the best targeted job possible. The goal is basically to get one active Muslim per city which would be approximately 10,000 Muslims, then educate, train, and equip them so they can do the work while we keep re-supplying them with much focused Da'wa material. InshaAllah, for this proposal, the cost analysis will take about two months to compile before I can send the report to you. Before there is any need for further research, phase one should be well under way.

My dear brothers, if you and I don't do this job, then who will? And if not now, when?

May Allah Guide us all and Reward you for your sacrifice for His cause. This matter is important and urgent. InshaAllah, please respond expediently.

Jazakullahu Khairan
As Salamu Alaikum
Abu Yunus
Director, Al Haramain Foundation USA

---

very cheap and costs approximately .13 cents for each book. This book also addresses the most commonly asked questions today and the issues that are in the minds of westerners about Islam.

AHIF 001669