# EXHIBIT 28

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref. : _____

Date : _____

بسم الله الرحمن الرحيم

مؤسسة الحرمين الخيرية
المكتب الرئيس - الرياض

الرقم : _____

التاريخ : _____

---

11/23/1998    *Bismillahir Rahmanir Rahim*

*Asalmualakum warahmatullahhe wabarakatu*

## Proposal Regarding Permanent Establishment of the *Dawah* Tent at the Ashland Office

Dear brothers:
We, at the Ashland Office of the *Alharmain Islamic Foundation U.S.A.*, hope that this proposal finds each of you vigorously healthy, and zealously religious. May Allah Help you all on the only Straight Path.

Our dear brethren in Islam: *Alhamdu-Lilah*, the wonderful authentic wool Arabian tent has arrived at the Ashland Office. May Glorious Allah Reward those whose strenuous efforts and conspicuous dedication to the Cause of elevating His Word to *Its just status* helped make possible the purchase and shipment of this beautiful tent. It but remains for us to erect it in a manner complementary to its inherent appeal, and, also, in a comfortable, secure, and sturdy fashion.

Dear brothers-to protect the valuable investment that this tent represents from the tremendous amounts of rain and occasional snow that are a part of every winter in this northern climate, a sheltering roof is essential. The most diligent and thorough waterproofing will not suffice.

We propose to erect a low profile, long lasting metal roof over the tent. This will allow the tent to remain standing year-round without danger from the elements, and thereby perform its *dawah* function continuously-without compromising its aesthetic or authentic value.
**Estimated cost of roof construction: $5,700.00**

To provide the tent a sturdy and permanent foundation, we propose to lay a concrete slab, replete with water drainage accommodation. This should provide the stable and durable platform its incessant use requires, and prevent damaging water accumulation.
**Estimated cost of placement of concrete slab: $2,100.00**

Dear brothers, to provide the tent's guests a warm and comfortable environment despite the chill of the seasons, we propose to install an invisible floor heating system. This method will retain the authentic atmosphere of the tent due to its in-obtrusiveness, and forestall the development of mold that constantly damp conditions encourage.
**Estimated cost of installing floor heating system: 1,850.00**

**Total estimated cost: $9,650.00**

Dear brothers in Islam, thank you for studying and considering this proposal. Thank you for the assistance and support you provide the Ashland Office of *Alharamain Islamic Foundation*.

May Allah Allow us all, and Grant us the ability, to struggle in His Way unto our departure from this life.

Sallaam Alaikum wa Rahmatullah.
Sincerely, Ashland Office staff.

Abu Yunus-Director, Ashland Office, *Alharamain Islamic Foundation, U.S.A.*

AHO100

4917                    AHIF 000615

