# EXHIBIT 30

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref.: 1550-18-2
Date: 22-10-1997



مـؤسسة الحرمـين الخـيرية
المكتب الرئيسي — الرياض

الرقم: ٥٥٠/١٨/٢ ح
التاريخ: ٢١/٦/١٤١٨هـ

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS

That <u>Alharamain Foundation</u>, with headquarters in the <u>Kingdom Of Saudi Arabia, Riyadh</u>, do by these presents hereby make, constitute and appoint <u>Mr. Soliman H.S. Al-Buthe</u> of the country of the <u>Kingdom Of Saudi Arabia, Riyadh</u>, true and lawful attorney for and in <u>Alharamain Foundation's</u> name, place and stead, <u>to purchase, lease or procure any and all property (real estate, rental etc.), equipment, materials, personnel, assistance or otherwise as deemed necessary by him for the express purpose of support and maintenance of the goals and objectives of Alharamain Foundation activities in the United States Of America, and to appoint and authorize such persons as indicated by him to do so on behalf of Alharamain Foundation.</u>

Granting and giving unto said attorney in fact full authority and power to do and perform any and all other acts necessary of incident to the performance and execution of the powers herein expressly granted, with the power to do and perform all acts authorized hereby, as fully to all intents and purposes as the grantor might or could do if personally present, with full power of substitution.

In testimony whereof <u>Aqeel Bin Abdel-Aziz Al-Aqeel</u> have hereunto set <u>my</u> hand <u>and official seal</u> this <u>22nd</u> day of <u>October, 1997</u>.

*[signature]*

*[seal: AL-HARAMAIN ISLAMIC FDN. Riyadh 11433 - P.O. Box 10406]*

P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908 - Fax: 4623306

AHIF 000914