# EXHIBIT 34

12/07/1998  13:46    4821117                           AL

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh



مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

Ref. : _____                           الرقم : _____

Date : _____                           التاريخ : _____

---

*Bismillahir Rahmanir Rahim*

11/30/1998

*As-salamualaikum warahmatullahe wabarakatu*

## Camel Shelter Proposal

Dear brothers and co-workers of *Alharamain Islamic Foundation*:

We, the Ashland Office staff, pray that this proposal finds each of you in possession of strong *iman* and vigorous health. May Allah Reward everyone of you according to the very best of your deeds, glorified be He. May He Strengthen all of you on the path illuminated by His Last Messenger, Muhammad, peace and blessings be upon him.

Dear co-workers in the effort to make our Merciful Lord's Word supreme-we need a shelter for the camel who is in our care at the Ashland Center. *Alhamdu-Lilah*, the winter weather here is severe with its large amounts of rain; we also receive snow every winter, though the amount varies from year to year. Cold temperatures accompany the wet conditions.

As this continually wet environment differs considerably from the camel's native habitat, we are concerned lest he should sicken. Currently, he's soaking wet much of the time, with no refuge from the incessant rainfall. His health and comfort is our responsibility, as Allah Orders us to be kind to His creatures.

The estimated cost of materials for a simple, yet adequate shelter: $700.
*Insha*-Allah, we will provide the necessary labor.

Dear brothers, please consider this proposal, and inform this Office of your decision as soon as possible.

May The Most Gracious Allah Forgive us, and accept our worship of Him.

*Sallaam Alaikum wa Rahmatulah.*
Sincerely, Ashland Office staff.

Abu Yunus-Director, Ashland Office, *Alharamain Islamic Foundation, U.S.A.*

*Pete, for the 2nd time, please examine and correct.*
*Peace & Love   RL Brown*

P. O. Box 69606 Riyadh 11557 · Saudi Arabia · Tel.: 4652210 - 4634414 - 4624908  Fax : 4623306

AHIF 001833