# EXHIBIT 35

**BASSIM A. ALIM, Esq.**

Date: 27/05/2004 AD
Ref.: 14274/01/01

## TRANSLATION

This document was translated for official use.

This document consists of (3) pages as per the following sequence: -

- This cover.
2- The translation        (English).
3- The translated page/s  (Arabic).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.



Bassim A. Alim, Esq.

27-5-2009

This translation consists of (3) pages including this first page bearing the office seal as per page numbering

D1/G1/14274/ORD/1251, 270504AD/AM

page -1

PUBLIC-AR0408

## AFFIDAVIT OF AL HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques) take the following steps:-

    a. To issue a receipt voucher to the donor.

    b. Deposited all fundraise (Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

    c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and followup the relief and humanitarian works accordingly.

3. In March 2000 our Cashier received an amount of (SR 703,514.00) in cash from Soliman Bin Hamad Al Buthi, which is the total fundraise collected by Al-Haramain U.S. office for relief of Muslims in Chechnya.

4. Accordingly, we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May, 2004, in the Kingdom of Saudi Arabia.

---

Khalid Bin Obaid Azzahri

In his official capacity as the Financial & Administrative Manager

01/701/:4274/J80-25F 170504AD/AM

page -2-

PUBLIC-AR0409

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref.

Date:

مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

الرقم

التاريخ:

<u>إفادة من مؤسسة الحرمين الخيرية</u>

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:
   أ- تحرير سند قبض للمتبرع باستلام المبلغ.
   ب- تودع المبالغ النقدية والشيكات في الحسابات الخاصة بالمؤسسة في شركة الراجحي المصرفية للاستثمار.
   ت- تسلم مستندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسة للتدقيق والمتابعة، وتبلغ اللجان العاملة بتلك لتنفيذ ومتابعة الأعمال الإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٤م استلم الصندوق من سليمان بن حمد البطحي مناولة مبلغ نقدي قدره (٧٠٣٥١٤ ريال) عبارة عن إجمالي قيمة التبرعات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض برقم (٢٦٢٧٤٠) ورقم (٢٦٢٨٦٧). وقد صرف المبلغ المذكور في الأعمال الإغاثية والإنسانية للاجئين الشيشانيين.

٥. حرر في يوم الأحد الموافق ٢ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية




P. O. Box 69606 Riyadh 11557 - Saudi Arabia · Tel.: 4652210 - 4834919 - 4524906  Fax: 4623306

PUBLIC-AR0410