# EXHIBIT 38

*Bismillahir Rahmanir Rahim*

5/21/1998

*Asalamualaikum-Warahmatullahhe-Wabarakatu*

# A Letter for Assisting the Muslim Refugees in the United States

Assalaamu 'alaikum, Brother Soliman and all of our Brothers in Saudi Arabia. I hope that this note finds you and your families in the best of *Iman* and health, *InshaAllah*. May Allah Reward all of you wonderful Brothers *Firdos* for your dedication to spreading His True Religion and helping your Albanian Brothers during their time of need.

Earlier you told us to check into the situation of Albanian refugees in the United States. We have looked into it, Brothers, and we are going to tell you how you can help.

We must say that their circumstances are not good in the US. We received reports that the Muslim refugees being kept at Fort Dix in New Jersey are being denied their Islamic rights and subjected to missionaries who are hard at work trying to convert them to anything except Islam.

A Muslim U.S. Army sergeant at Fort Dix shockingly reported that on Tuesday night, a nephew of one of the refugees came from far away to the "village" (area reserved for the refugees) to see his uncle, but was turned away and sent home. Although a number of workers at Fort Dix attempted to unite uncle with nephew, their superiors told them that "things had changed," and the nephew could not even wave to his uncle over the fence.

The Muslim sergeant at Fort Dix was told on Thursday by his superiors that all of the badges providing access to the refugee camp that had previously been issued were going to be canceled, except for fourteen. He was told that his badge would be taken, and that he could no longer enter the camp site where the Muslims are being "detained."

Denial of their right to see their families is not the only trial that the Albanian refugees in the US face. Recently the US government decided to allow the *kuffaar* to adopt Muslim children, even though thousands of Muslim families are eager to embrace these children with open arms. As you know, this is completely against Islam. Furthermore, many Albanian refugees are ignorant about their own religion and do not have Islamic reading material of any quality in their own language to educate themselves.

It is our hope that all of us can earn Allah's pleasure by helping our Albanian Brothers and Sisters, *InshaAllah*. They are fleeing a landscape of wrecked, burning buildings, ruined crops, and slaughtered livestock produced by months of Serbian attacks. Many Albanians fleeing the country were forced to sign their property over to the Serbian army before they fled. They should be welcomed with open arms in the United States, and provided all the materials and support they need to learn more about Islam.

We are asking you, Brothers, to immediately provide us with funding and high-quality Islamically-correct literature in the Albanian language that can be air-mailed as soon as possible, *InshaAllah*. We need to hire a

AHIF 001831

group of Albanians who are good practicing Muslims and working in regular jobs to become translators and teachers for the refugees in the United States. Translators are vital because many non-native English-speakers in the US run into danger without translators to look out for their welfare.

Furthermore, dear Brothers, we need to rent a local resort to house hundreds of refugees, to teach them about Allah's *deen* and provide the services that they need. We need to give them an alternative to their children (*yateems*) being adopted by the *kuffaar* and taught the manners and morals of *Shaytan, InshaAllah*. These Muslim children being taken away from the *deen*, raised as *kuffaar* and *mushrikun*, with their loose sexual morals and eating the meat of swine, would be an even greater insult to the *deen* than the killing of their parents. We owe it to Allah and his *Ummah*. May Allah Guide us and make us worthy of His Cause.

We are also requesting a couple of new full-time employees to coordinate practicing Muslim families to become full-time stewards for these refugees.

Finally, we would appreciate irrefutable evidence from the Qur'an and the Sunnah to use in court to counter these dreadful adoption practices. *InshaAllah*, we need this evidence as soon as possible because we need to initiate serious and immediate legal action against this un-Islamic practice.

We are doing all that we can to combat this terrible situation that is against Allah's laws. We are working with a Muslim chaplain, and we have contacted CNN and all other major national newspapers and news shows to attempt to expose these evils. We also have found a great American attorney who will take our case forward.

We need to have Senators and Congressmen on our side for sure. Through that and pressure by attorneys, we need to make the US government cooperative, *InshaAllah*.

I know that we ask for a lot, Brothers, but you know as well as we do that the Albanian refugees need all the help they can get. May we all earn Allah's Pleasure by acting on this vital issue.

May Allah Reward you, Brothers. Thank you for considering this proposal. All of the Brothers in Ashland hope that it is to your liking.

Brothers, your immediate financial appropriation is needed, *InshaAllah*. Even a phone call or an email telling us the amount of your financial support will give us an indication of the amplitude of your interest in this matter. We will tailor our plans and send back to you an email, to consult with you about ways and means to fulfill our mission.

Your brother in Islam,

Pirouz Sedaghaty

AHIF 001832