# EXHIBIT 39

**Brother Abu Yunus**
Assalamu Alaikkum Warahmatullah.

Alhamdu Lillah I am in good health and seek the same for you from Allah.

Your message raised 2 questions on the center's accounts.
1. Payments made during the current period for an event in the previous period.

    Let us take some specific instances. All transactions for the year 1999 should be shown separately, because they belong to a period when brother Soliman was handling the affairs of the center.

    Any cheque drawn during 1999, but realized in year 2000, belongs to 1999. These amounts should have been shown in 1999 when the cheque was drawn. You can **HIGHLIGHT** these payments on the bank statement for year 2000. <u>This will enable us to reconcile the bank statement with your accounts.</u>

    Any cheque drawn during year 2000 for an event relating to year 1999. This amount should be informed to brother Soliman, so that he would know about it. The accounts for 1999 will be adjusted accordingly to give a true picture of 1999 activities. As for the money involved, we will either reimburse this amount separately if necessary or adjust the year 2000 accounts to eliminate the expense. Please advice immediately, if there are any payments due for 1999 activities.

2. The miscellaneous expenses, you have raised are valid. We have discussed and have the following suggestions:

    - **Repairs:**

        *Minor Repairs* are already provided for, in the budget under Utilities.
        *Major Repairs*, You should provide cost involved, and obtain prior approval. We will provide the funds when needed.
        As for the repairs for the accommodation, please provide the cost involved, the period involved, so that it may be presented to those interested here.
    - The IRS payment expected to be minimal, and we are proceeding with the appeal to exempt us from Tax. However, until such time you can give us an estimate and when a payment is made, please show them under Utilities category.
    - **Legal Fees:** When you have such expenses, please provide details and instances. We will arrange with you for such situation.
    - Please provide a list of the county charges and Taxes we should pay every year. We estimate them to be minimal, and can be shown under Utilities too.
    - What is the **accountant fee** you have indicated? What is the amount involved?
    - **Donation of $1,200/-**, we will check-up with Brother Soliman.

3. You have shown $5,000/- as merchant account in February 2000. Please provide details of these expenses, the nature of expenses etc.,

**5014**

AHIF 000420

4. Whenever you have an expense not provided in the budget, please show them below the Total as you have shown in February Report. This will enable us to concentrate on these new expenses. Later, when we get your clarification, we will advise you where to show them.
5. Please fax the Bank Statements for the months ending Jan/Feb/Mar.2000.

Please answer all our questions so we can get the clear picture.

Please let me know if you have any question or clarification.

*Your brother in Islam*
*Abdulaziz. S Al-Shoumar*
*USA Dawah Group*

ROSE
BOYE.
NUKUNNEHR
AFROZE

AHIF 000421