# EXHIBIT 40

## The ARBORIST

**To:** abdulaziz alshoumar
**Subject:** RE: Jan, Feb, Mar. Financial


Monthly summary report For Jan....

As Salamu Alaikum

Dear Brother Abdulaziz
These are the answers to your questions:

1- About $2290.44 of checks in January statement was drawn in December 99.

2- The repair costs involved for the accommodation, for January 2000 is $1598.67 and for February 2000 is $520.41. For this time we put it under Utilities.

3- Legal Fees: $10 For State of Oregon
$ 825 Jackson county property Tax
For Internal Revenue Service: Unknown

4- Accountant Fee: For Accountant that actually deal with IRS with legal means, and tax exemption.

5- The fees for this accountant were $300 for January and $600 for February. Which we put it under utilities.

6- Merchant Account fee was for $5000, was one time charge, and the purpose for that was for opening credit card account, so people can donate with their credit card.

7- Total of 3 checks was for $488.73 and was donated for Muslims in our community.

8- In these reports Repairs and Legal fees are under Utilities.
Please see attachment for financial reports.

As Salamu Alaikum Wa Rahmatullah
Abu Yunus

AHIF 000417

AH050