# EXHIBIT 45

# Business Registry Business Name Search

## Business Entity Data

New Search                                                                    10-16-2009 09:49

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 170551-87 | DNP | INA | OREGON | 09-05-1989 | | 09-05-2004 |

**Entity Name** QUR'AN FOUNDATION

**Foreign Name**

**Non Profit Type** RELIGIOUS WITH MEMBERS

## Associated Names

New Search

| Type | PPB | PRINCIPAL PLACE OF BUSINESS |
|---|---|---|
| Addr 1 | 1257 SISKIYOU BLVD #224 | |
| Addr 2 | | |
| CSZ | ASHLAND  OR  97520 | **Country** UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT REGISTERED AGENT | **Start Date** 08-12-1996 | **Resign Date** |
|---|---|---|---|
| Name | P.SADA          GHATY | | |
| Addr 1 | 1257 SISKIYOU BLVD #224 | | |
| Addr 2 | | | |
| CSZ | ASHLAND  OR  97520 | **Country** UNITED STATES OF AMERICA | |

| Type | PRE PRESIDENT | **Resign Date** |
|---|---|---|
| Name | P.SADA          GHATY | |
| Addr 1 | 1257 SISKIYOU BLVD #224 | |
| Addr 2 | | |
| CSZ | ASHLAND  OR  97520 | **Country** UNITED STATES OF AMERICA |

| Type | SEC SECRETARY | **Resign Date** |
|---|---|---|
| Name | DAVID          RODGERS | |
| Addr 1 | PO BOX 871 | |
| Addr 2 | | |
| CSZ | ASHLAND  OR  97520 | **Country** UNITED STATES OF AMERICA |

## Name History

New Search

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| QUR'AN FOUNDATION | EN | CUR | 09-05-1989 | |

Please read before ordering Copies.

New Search

## Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 11-05-2004 | ADMINISTRATIVE DISSOLUTION | 11-05-2004 | | SYS | | |
| 09-10-2004 | NOTICE LATE ANNUAL | 09-10-2004 | | SYS | | |
| 10-23-2003 | ANNUAL REPORT PAYMENT | 10-23-2003 | | SYS | | |
| 09-12-2003 | NOTICE LATE ANNUAL | 09-12-2003 | | SYS | | |
| 08-13-2002 | ANNUAL REPORT PAYMENT | 08-13-2002 | | SYS | | |
| 08-17-2001 | ANNUAL REPORT PAYMENT | 08-17-2001 | | SYS | | |
| 08-17-2000 | STRAIGHT RENEWAL | 08-17-2000 | | FI | | |
| 08-25-1999 | STRAIGHT RENEWAL | 08-18-1999 | | FI | | |
| 10-14-1998 | STRAIGHT RENEWAL | 10-14-1998 | | FI | | |
| 09-11-1998 | NOTICE | 09-14-1998 | | SYS | | |
| 08-19-1997 | STRAIGHT RENEWAL | 08-19-1997 | | FI | | |
| 08-12-1996 | AMENDED RENEWAL | 08-12-1996 | | FI | | |
| 08-12-1996 | AGENT/AUTH REP CHNG | 08-12-1996 | | FI | | |
| 08-08-1995 | STRAIGHT RENEWAL | 08-08-1995 | | FI | | |
| 08-08-1994 | STRAIGHT RENEWAL | 07-26-1994 | | FI | | |
| 08-02-1993 | STRAIGHT RENEWAL | 07-27-1993 | | FI | | |
| 12-01-1992 | REINSTATEMENT | 12-01-1992 | | FI | | |
| 11-13-1992 | INVOL DISSOLUTION | 10-30-1992 | | SYS | | |
| 09-11-1992 | NOTICE | 09-15-1992 | | SYS | | |

| | | | |
|---|---|---|---|
| 08-16-1991 | STRAIGHT RENEWAL | 08-09-1991 | FI |
| 01-24-1991 | REINSTATEMENT | 01-24-1991 | FI |
| 12-28-1990 | INVOL DISSOLUTION | 12-20-1990 | SYS |
| 09-14-1990 | NOTICE | 09-18-1990 | SYS |
| 09-05-1989 | NEW FILING | 09-05-1989 | FI |

© 2009 Oregon Secretary of State. All Rights Reserved.