# EXHIBIT 47

**From:** haramain <haramain@alharamain.org>
**To:** RAMMAHA@aol.com <RAMMAHA@aol.com>
**Cc:** alharamain-ashland <alharamain@qf.org>
**Date:** Wednesday, June 30, 1999 10:06 PM
**Subject:** Re: Kosovo

RECEIVED
JUN 3 0 1999

Al Salam Alykuim!

Please contact our office at Ashland, Oregon

Phone: 541-4821116
Fax: 541-4821117

Jazaka-Allah-Khair,

The Book Council

*********************************************************************
*********************
Get your own Free Noble Qur'an
Visit: http://www.alharamain.org
*********************************************************************
*********************
" ... But if they seek your Aid in Religion, It is your Duty to Help them
... " [Surah 8: 72]
Help Your Brother and Sister in Need , Join the "Alharamain Kosovo Fund"
Visit for more details : http://www.alharamain.org
*********************************************************************
*********************

----- Original Message -----
From: <RAMMAHA@aol.com>
To: <haramain@alharamain.org>
Sent: Sunday, June 27, 1999 05:59 ã
Subject: Kosovo

> Al Salam Alykuim: My name is Bassam Rammaha. We recevied over 120
Muhajereen
> from Kosovo in the last 3 weeks in St. Louis "Missouri." The community
helped
> the refuges to settle them in their homes and provide them with food,
cloth,
> furniture, medical, and household items. We would like to get your help in
> receiving some books and information in their language. I also, would like
to
> receive the photos you have in your web page to help us in our Fund Rasing

6/30/99

AHIF 000038