# EXHIBIT 48

**AL HARAMAIN FOUNDATION**
An Non-profit Islamic Educational & Humanitarian Organization
www.alharamain.org  E-mail:a@qf.org
E-mail:haramain@alharamain.org
Tel:(541)482-1116  Fax:(541)482-1117
1257 Siskiyou Blvd. #212 Ashland OR 97520 USA

New Kosova card1.p65    5/31/99, 12:41 AM

AHIF 000824