# EXHIBIT
# 49

**From:**   Alharamain <alharamain@qf.org>
**To:**   Shaheed@unb.ca <Shaheed@unb.ca>
**Date:**   Saturday, July 03, 1999 11:01 AM
**Subject:** Re: 1-800 number

Asalaamu 'alaikum!

Dear Brother Shaheed Khan,

Insha-Allah this e-mail reaches you in the best of health and faith.  Please note that in the shipment of Albanian language books I included a number of business cards with the 1-800 number on them.  In addition each book was stamped with the same information inside the front cover.  Insha-Allah please let me know when you have received the shipment.

Here is the information which you have requested:

## Al Haramain Foundation
a Non-profit Islamic Educational and Humanitarian Organization
www.alharamain.org   e-mail: a@qf.org   e-mail: haramain@alharamain.org
Tel:(541)482-1118  Fax:(541)482-1117
This Toll Free # is for Kosovar Refugees ONLY! 1-800 580-4547
1257 Siskiyou Blvd. #212 Ashland, OR 97520 USA

This 1-800 number is answered by brothers from The Albanian Islamic Culteral Center in Staten Island, NY.  I am also including their address and phone number for you.

ALBANIAN ISLAMIC CULTERAL CENTER
307 Victory Blvd.
Staten Island, NY 10301
(718) 816-9865

If, Insha-Allah, there is anything else we can help you with, please contact us here in Ashland Oregon by phone or e-mail.

Asalaamu 'alaikum

AHIF 000851

7/3/99