# EXHIBIT 50

# SA'D BIN ABI WAQQAS

Translated By

Aamaal Khattaab



**AlHaramain Islamic Foundation**
Head Office - Riyadh
P.O. Box - 69606 Riyadh 11557
Kingdom Of Saudi Arabia
Phone : 966-1-4652210   Fax : 966-1-4623306
E-mail : haramain @ alharamain.org

**AlHaramain Educational Center USA**
1257 Siskiyou Bl.No.212 Ashland , Oregon , 97520 USA
Phone : 1541-4821116   Fax : 1541-4821117
E-mail : ashland @ alharamain . org
Website : http ://www.alharamain .org

*DAR TAIBA PRESS*
*KSA RIYADH TEL: 4261840*

ISBN: 9960-9235-0-9