# EXHIBIT 51



REVISED EDITION

PROPHET MUHAMMAD
ﷺ

A Blessing for Mankind

النبي ﷺ محمد
نعمة
على البشرية

الدار العالمية للكتاب الإسلامي
International Islamic Publishing House
IIPH



AlHaramain Islamic Foundation

Head Office - Riyadh

P.O.Box : 69606 Riyadh 11557
Kingdom of Saudi Arabia
Phone: 966-1-4652210 Fax: 966-1-4623306

E-mail: haramain@alharamain.org

AlHaramain Educational center USA

1257 Siskiyou Bl. No.212 Ashland, Oregon, 97520 USA

Phone: 1541-4821116   Fax: 1541-4821117

E-mail: ashland@alharamain.org

Website: http:// www.alharamain.org

0052002101