# EXHIBIT 55

# A CALL TO THE REAL SALVATION

By

Soliman H. Albuthi



AlHaramain Islamic Foundation
Head Office - Riyadh
P.O. Box: 69606 Riyadh 11663
Kingdom Of Saudi Arabia
Phone: 966-1-4562210  Fax: 966-1-4565813
E-mail: haramain@alharamain.org

AlHaramain Educational center  USA
1257 Siskiyou Bl. No.212 Ashland, Oregon, 97520 USA
Phone: 1541-4821116  Fax: 1541-4821117
E-mail: ashland@alharamain.org

Website: http://www.alharamain.org

ISBN: 9960-34-905-5