# EXHIBIT 56



## TABLE OF CONTENTS

| # Topic | Page # |
|---|---|
| 1. Foreword | 1 |
| 2. What is Islam? | 1 |
| 3. Monotheism | 1 |
| 4. The Oneness of God in His Lordship | 2 |
| 5. The Devotion of all Worship to The One God Alone | 2 |
| 6. The Uniqueness and Oneness of God in His Names and Attributes | 3 |
| 7. The Six Articles of Faith | 4 |
| 8. Belief in God | 4 |
| 9. Belief in His Angels | 5 |
| 10. Belief in His Books | 5 |
| 11. Belief in His Prophets and Messengers | 5 |
| 12. Belief in the Day of Judgment | 6 |
| 13. Belief in Divine Decree | 7 |
| 14. The Free Will of the Human Being | 7 |
| 15. There is No Compulsion in Religion | 8 |
| 16. The Five Pillars of Islam | 8 |
| 17. The Declaration of Faith *(Shahada)* | 8 |
| 18. Praying Five Times a Day *(Salat)* | 9 |
| 19. Paying the Yearly Alms *(Zakat)* | 9 |
| 20. Fasting During Ramadhan *(Sawm)* | 10 |
| 21. Making a Pilgrimage to Makka (Mecca) *(Hajj)* | 10 |
| 22. The Qur'ān | 10 |
| 23. The *Sunnah* of Prophet Muhammad (Peace be upon him) | 12 |
| 24. The Story of Adam and Eve | 12 |
| 25. Jesus (Peace be upon him) | 14 |
| 26. Sin and Repentance | 14 |
| 27. Organizational Structure of Islam | 15 |
| 28. Islamic Law | 16 |
| 29. The Islamic Dress Code | 17 |
| 30. Women in Islam | 17 |
| 31. Male Chauvinism and the Muslim World | 18 |
| 32. Islam, Warfare, and *Jihād* | 19 |
| 33. Science and Technology | 21 |
| 34. The Dangers of Innovations in Islam *(Bid'ah)* | 22 |
| 35. Fundamentalism and Terrorism | 23 |
| 36. Conclusion | 24 |
| 37. Editor's Note | 25 |

### ISLAM IS... ISBN 0-9719158-0-6

Copyright © 2002 Pete Seda  *All rights reserved.*          Cover design by Pete Seda
This book is copyrighted. Any or all parts of this book may be used for educational purposes as long as the information used is not in any way quoted out of context or used for profit. First Printing 2/02  www.islam-is.com
*Please contact us for printed copies or download of this book.*

*Al Haramain Foundation,* An Islamic Non-Profit Organization
www.alharamain.org   haramain@alharamain.org        1257 Siskiyou Blvd. # 212  Ashland, OR  97520  U.S.A.
PO Box 69606, Riyadh 11557 K.S.A.                   PH: (541) 482-1116   FX: (541) 482-1117
PH: (966-1) 465-2210  FX: (966-1) 462-3306