# EXHIBIT 57





P.O. Box: 92684 Riyadh 11663 Saudi Arabia
966 1 4652210    966 1 4623306
haramain@alharamain.org

1257 Siskiyou Blvd. No. 212 Ashland Oregon 97520 USA
1 (541) 482-1116    1 (541) 482-1119
ashland@alharamain.org

http://www.alharamain.org