# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*THOMAS E. BURNETT, SR., ET AL. VS. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., ET AL.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

### SUPPLEMENTAL DECLARATION OF ROBERT T. HAEFELE

I, Robert T. Haefele declare under penalty of perjury:

1. I am attorney admitted to practice *pro hac vice* before this Court and an attorney at the firm of MOTLEY RICE LLC, counsel for Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action Nos. 03 CV 9849 and 03 CV 5738. I submit this supplemental declaration to identify the exhibits referenced in Plaintiffs' letter dated January 5, 2010 in further support of Plaintiffs' request for the Court's assistance in compelling discovery from defendant Al Haramain Islamic Foundation, the Ashland, Oregon branch of the worldwide Al Haramain network.

2. Exhibits 1 through 60 are attached to my Declaration dated November 30, 2009.

3. Attached as Exhibit 61 is a true and accurate copy of the U.S. Dep't of Treasury Press Release HP-1043, "Treasury Designates Al Haramain Islamic Foundation," released June 19, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2010.

_____
ROBERT T. HAEFELE

Sworn before me, this 5th day of January, 2010

_____

My commission expires,

My Commission Expires
October 20, 2019