

# MEMO ENDORSED

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax 215.701.2467
starbutton@cozen.com

December 8, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/10

**VIA FACSIMILE**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

_____
Frank Maas, USMJ
12/8/10

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

Your Honor has received on this date Plaintiffs' letter application requesting that the Court strike Defendant Jamal Barzinji's Objections to the Plaintiffs' First Set of Requests for Production of Documents and further enter an Order, pursuant to F.R.C.P. 37(a), compelling Dr. Barzinji to provide full and complete responses to Plaintiffs' discovery requests. As a point of clarification, the parties entered into an agreement whereby Dr. Barzinji will file his opposition to Plaintiffs' motion on December 13, 2010. We therefore respectfully request that the Court refrain from considering Plaintiffs' application until that date. Should you have any questions, please do not hesitate to contact me directly.

Respectfully,

COZEN O'CONNOR

By: J. Scott Tarbutton

JST