```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

                                                      :        **ORDER**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                       :        03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        As directed during the telephone conference held on December 2, 2010, it is hereby ORDERED that:

1. On December 17, 2010, at 11:30 a.m., in Courtroom 20A, the Court shall hear the motion filed by defendant Dr. Jamal Barzinji and his counsel, Nancy Luque, Esq., to quash and modify plaintiffs' subpoena.

2. By December 29, 2010, any motions to compel warranted by the present status of discovery shall be filed. Any papers in opposition to these motions shall be filed by January 10, 2011.

3. By January 7, 2011, both defendant Al-Haramain Islamic Foundation, Inc. (USA) and defendant Al-Haramain Islamic Foundation (Saudi Arabia) shall respond to plaintiffs' document requests.

4. By January 10, 2011, the parties shall submit to the Court a joint letter identifying the issues they wish to discuss at the next discovery conference, which is scheduled for January 14, 2011, at 10 a.m., and setting forth each side's position regarding each such issue.

5. The parties are directed to agree on a schedule with respect to discovery disputes arising after January 14, 2011, which will permit: (a) any party seeking to compel discovery to propose a draft letter to the Court; (b) the parties to confer regarding the dispute; and (c) the party opposing discovery to prepare a written response, so that both sides' positions may be presented to the Court, in writing, at least

five business days before the discovery conference at which the dispute will be heard.

SO ORDERED.

Dated:   New York, New York
         December 10, 2010

_____
FRANK MAAS
United States Magistrate Judge


Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF