USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/10



**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION

**MEMO ENDORSED**

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

Sean P. Carter
Direct Phone  215.665.2105
Direct Fax    215.701.2105
scarter@cozen.com

December 14, 2010

**VIA FACSIMILE**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Adjourned to 1/7/11 at 2pm.
/s/ Maas, USMJ
12/14/10

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

As Your Honor is aware, oral argument is presently scheduled for December 17, 2010, relative to the Motion to Quash of Dr. Jamal Barzinji and his counsel, Nancy Luque, and Plaintiffs' Motion to Compel as to Dr. Barzinji. On behalf of all parties to those disputes, we respectfully request an adjournment of that hearing to January 7, 2011, in the event the Court has time available on its schedule on that date.

I thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

BY: *Sean P. Carter/bdw*
     SEAN P. CARTER

SPC/bdw
cc:   Nancy Luque, Esquire
      Steven Barentzen, Esquire
      Robert Haefele, Esquire
      Andrew Maloney, Esquire
      Jerry Goldman, Esquire
      Alan Kabat, Esquire