UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

*This document relates to:*

*Ashton v. Al Qaeda*, No. 02-CV-6977 (GBD)
*Burnett v. Al Baraka*, No. 03-CV-9849 (GBD)
*Continental Casualty v. Al Qaeda*, No. 04-CV-5970 (GBD)
*Euro Brokers v. Al Baraka*, No. 04-CV-7279 (GBD)
*Federal Insurance v. Al Qaida*, No. 03-CV-6978 (GBD)
*New York Marine v. Al Qaida*, No. 04-CV-6105 (GBD)
*World Trade Center v. Al Baraka*, No. 04-CV-7280 (GBD)

## SUPPLEMENTAL AFFIDAVIT OF JAMES E. GAUCH

1. I am a partner in the law firm of Jones Day, counsel for Defendant Saudi Binladin Group ("SBG"). I respectfully submit this Affidavit as an attachment to SBG's Reply Brief in support of SBG's renewed motion to dismiss this action. This Affidavit is based upon personal knowledge of the facts set forth herein and information derived from a review of the exhibits hereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Robert T. Haefele to Hon. George B. Daniels dated December 28, 2007.

3. Attached as Exhibit 2 is a copy of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬, which was previously filed under seal in this litigation on January 28, 2008, pursuant to the Stipulation Regarding Confidential Information entered between the *Burnett*

Plaintiffs and SBG on August 2, 2005, and the Protective Order signed by Judge Casey on October 3, 2006.

    4.    Attached as Exhibit 3 is a copy of Plaintiffs' Memorandum of Law in Opposition to the Aviation Defendants' 9/11 Commission Motion, filed on June 17, 2008, in the case *In re Sept. 11 Litigation*, 21-MC-101 (AKH) (June 17, 2008) (Dkt. #489).

    5.    Attached as Exhibit 4 is a copy of an excerpt from Lawrence Wright, *The Looming Tower* (Vintage 2006).

    6.    Attached as Exhibit 5 is a copy of excerpts from the deposition testimony of Dr. Fuad Rihani taken in this litigation on April 22, 2008.

District of Columbia : ss

_____
James E. Gauch

Sworn to me this 20th day of Dec, 2010

_____
Notary Public

My Commission Expires 10/31/2011

GLENDA L. DICKONSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2011