# EXHIBIT 2

**RESTRICTED**