# EXHIBIT 5

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK


    IN RE:   TERRORIST ATTACKS ON SEPTEMBER 11, 2001

                                    03-MDL-1570 (GBD) (FM)
    _____

    BURNETT, ET AL.,

            Plaintiffs,

    v.                                  03-CV-5738 (GBD) (FM)

    AL BARAKA INVESTMENT AND
    DEVELOPMENT AND CORP., ET AL.,

            Defendants.
    _____ )
    ASHTON, ET AL,

            Plaintiffs,

    v.                                  02-CV-6977 (GBD) (FM)

    AL QAEDA ISLAMIC ARMY,

            Defendant.
    _____ )


              VIDEOTAPED DEPOSITION OF FUAD RIHANI
                     New York, New York
                   Tuesday, April 22, 2008
```

```
    Reported by: CAPRICE LATHE
    Job No.:   10523
```

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2        A     I have my U.S. driver's license and I have

3   my Saudi driver's license.  And I have now residency

4   papers in the Kingdom of Saudi Arabia.

5        Q     And do any of your documents, either

6   your -- well, do any of the documents used for

7   identification purpose when you travel indicate your

8   travel on them, when you come and go from a country?

9        A     My passport is stamped, normally, when I

10  enter any country and when I leave it.

11       Q     And is that so when you enter or leave the

12  Kingdom of Saudi Arabia?

13       A     Yes.

14       Q     And that's something you obviously used

15  recently when you came back from Saudi Arabia?

16       A     Yes, sir.

17       Q     Sir, would you have a problem with

18  producing your passport for inspection purposes for

19  us to look at in this litigation?  It may not be

20  today, but at some point.

21       A     Yes, sir.  I would be very happy to.

22       Q     Do you have it with you today, sir?

23       A     I have it at the hotel.

24       Q     You have it at the hotel.  Okay.

25                    Sir, I understand we have been

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2      referring to you as Dr. Rihani; that means you have

3      a doctorate, I take it?

4           A     I have a doctorate in civil engineering in

5      transportation.

6           Q     Civil engineering in transportation?

7           A     Yes.

8           Q     Where did you go to school, sir?

9           A     Undergraduate at the American University

10     of Beirut.  Master's -- I have a Ph.D -- at North

11     Carolina State University.

12          Q     Are you fluent in Arabic, sir?

13          A     Yes.

14          Q     What is your native language?

15          A     My native language?

16          Q     Yes, your first language.

17          A     Arabic.

18          Q     Are you related in any way to the Binladin

19     family, sir?

20          A     No.

21          Q     How long did you know the Binladin family?

22          A     My first encounter was with the father in

23     1966.

24          Q     When you say "the father," what was his

25     name?

01385149-72b3-49ec-9962-bda3e258fadd

1                           F. RIHANI

2    King Abdullah that he enjoyed with King Fahd?

3         A     I really don't know.

4         Q     Sir, you have served in directorship roles

5    with various organizations, right?

6         A     Again, please.

7         Q     You have served in directorship roles in

8    various organizations, correct?

9         A     The only private company I worked for is

10   the Saudi Binladin Organization, and the Mohammed

11   Binladin Organization, and the Saudi Binladin Group.

12        Q     I am talking about other organizations

13   that you were not employed by, but you served in

14   directorship roles.

15        A     I taught at the North Carolina State

16   University.  I worked for the North Carolina

17   Department of Transportation.  And I worked for the

18   City of Amman in Jordan.

19        Q     What was the city, Amman?

20        A     The capital city, Amman, A-M-M-A-N.

21        Q     Sir, are you familiar with an entity known

22   as the International Road Federation?

23        A     Yes, I do.  I am.

24        Q     The short for that is IRF?

25        A     IRF, correct.

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2      from the Greater Middle East area.

3           Q     Have you made business contacts through

4      your affiliation with either IRF or IREF, sir?

5           A     No.

6           Q     Has the Saudi Binladin Group done business

7      work with Caterpillar?

8           A     We buy their equipment, but we deal with

9      the agent in Saudi Arabia.

10          Q     Are any of the other representatives

11     from -- are any of the other companies that are

12     members of the IRF or IREF any entities that SBG has

13     done business with in the past?

14          A     No.

15          Q     There's nobody else that's on IRF or on

16     IREF that SBG has had any business dealings with,

17     sir?

18          A     No, not directly.  I mean, we buy

19     Caterpillar, when we buy 3M products, but we buy

20     them through the dealers in the Kingdom.

21          Q     Any other entities that are members of the

22     IRF, sir?

23          A     Not to my knowledge, no.

24          Q     Are you familiar with an entity known as

25     the Middle East Policy Council?

01385149-72b3-49ec-9962-bda3e258fadd

1                        F. RIHANI

2        A      Recent.

3        Q      Do you know whether it was as recent as

4     2002?

5        A      I would think so, yeah.

6        Q      I notice that the website indicates "All

7     Rights Reserved - 2002."   Do you know whether that's

8     when they started having a website, sir?

9        A      I think so.

10        Q      Were you the director of research and

11     development at SBG in 2002, sir?

12        A      No.

13        Q      Do you know why they would put you down as

14     being the director of research and development at

15     SBG in 2002, sir?

16        A      I don't know.  They must have taken an old

17     description of my position and put it in the

18     records.

19        Q      Are you aware whether the Middle East

20     Policy Council website still identifies you as

21     director of research and development for the Saudi

22     Binladin Group?

23        A      No.  They know I am a consultant, advisor

24     for research and development for the Saudi Binladin

25     Group.

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

Page 52

1                              F. RIHANI

2          Q     Why do you say they know that, sir?

3          A     Because I -- we have been talking about

4    it, talking about my activities -- on the phone, I

5    have talked about activities and what I am doing and

6    I mentioned it more than once that I am a

7    consultant, advisor for research and development.

8          Q     When did you mention that, sir?

9          A     For the last ten years.

10         Q     Do you know that the website apparently,

11   as of today, lists you as a consultant for research

12   and development for the Saudi Binladin Group?

13         A     I don't know.

14         Q     If you could take a look at what has been

15   marked as Exhibit 2.  I believe that is a printout

16   from the Middle East Policy website printed just

17   yesterday and I note that it now lists you as being

18   a consultant for research and development for the

19   Saudi Binladin Group.

20               Are you aware of the change, sir?

21         A     No.

22         Q     Do you know how that change was

23   instigated, sir?

24         A     They must have caught up with the error in

25   the old website and they corrected it.

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

Page 60

1                          F. RIHANI

2   consult, provided to now?

3        A     I would like you to repeat it.

4        Q     Sure.  What kind of research is it that

5   you currently provide advice, that you consult to

6   SBG about now?

7        A     Renewable energy project.

8        Q     Is it the development of that project that

9   you consult on, as well; in other words, what kind

10  of development do you do now?

11       A     There's no development.  The

12  development -- research and development as used in

13  my activities is basically development of

14  presentations and results of the feasibility

15  studies.  I don't get involved in any execution of

16  the concepts or the projects I work on.

17       Q     When did the change in your title that you

18  testified about, when would you say that came about?

19       A     It is -- my work relationship with the

20  Saudi Binladin Group changed over the years from

21  full-time, half-time, on call basis, since 1990.

22  And in that vein, the tasks I was given were

23  confined to feasibility studies, concept

24  development, and the amount of work I did was

25  proportional to the workload that they were giving

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

Page 61

1                              F. RIHANI

2    to me, so...

3         Q    Sir, when did your title change from the

4    title that is represented on the websites, the

5    director of research and development, to the title

6    you told us it changed to today, which is

7    consultant?

8         A    Research, it was ten years ago.

9         Q    Ten years ago, sir?

10        A    Yes.

11        Q    Other than the change in title, was there

12   any shift that happened at that time that was

13   particular to that time, sir?

14        A    No.  It is as a result of my desire to be

15   back with my family and their desire for me to

16   continue working for them on important feasibility

17   studies.  So from the time SBG was established until

18   now, my work was, in a technical term, on call

19   basis.  It is things they could not forecast in

20   advance.

21                  And when the workload went down, my

22   involvement was done and I was spending more time

23   with my family in the United States.

24        Q    Over the past ten years, how much time

25   have you spent in the United States per year?

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2   Educational Foundation?

3       A     Yes, they do.  Again, the IREF meetings

4   are always with IRF meetings.  The differentiation

5   between the two for reimbursement is not an issue.

6       Q     Sir, you know Phillip Griffin, correct?

7       A     I do.

8       Q     And Mr. Griffin, when we met with him and

9   spoke to him, he told us that you are an advisor to

10  Bakr Binladin.  Is that correct, sir?

11      A     Correct.

12      Q     Do you advise Mr. Binladin in the capacity

13  as an employee of SBG or separately?

14      A     Again, please.

15      Q     Are you compensated separately for

16  advising Mr. Binladin or is that part of your role

17  with SBG?

18      A     He is my immediate boss.

19      Q     What do you advise Mr. Binladin about?

20      A     About the results of my work.  I receive

21  instructions of studies and the tasks I am supposed

22  to do and I report to him the results.

23      Q     And what tasks have you been asked to do?

24      A     Feasibility studies.  Concept development

25  for projects.  And research -- basic research.

01385149-72b3-49ec-9962-bda3e258fadd

1                      F. RIHANI

2       Q     What kind of research?

3       A     A question came up by the higher-ups

4  whether they could air-condition the open court of

5  the Grand Mosque in Mecca.  And I did the research

6  and outsourced to the U.S. and other entities

7  consultants, and carried the research, and presented

8  the results.

9       Q     Sir, how are you paid by the Saudi

10 Binladin Group; is it a salary or is it hourly or

11 how?

12      A     It has fluctuated over the years and it is

13 a monthly compensation depending on the load of work

14 assigned to me.

15      Q     How often does it fluctuate?

16      A     How often?

17      Q     Yes, sir.  How often does it fluctuate?

18      A     It fluctuated at least once every five,

19 six years in the last 30 some years.

20      Q     I didn't hear the last part.

21      A     In the last 30 years, I have been working

22 with them, with the Mohammed Binladin Organization.

23 I rejoined them in 1978.  Resigned in 1982.  And

24 then went back as a freelance consultant for

25 studies.  And then I joined the Saudi Binladin Group

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2             MR. HAEFELE:  Your Honor, in the

3      transcript --

4             THE COURT:  Just rephrase the question.

5      Q     All right.  What business relationships

6  did you follow up on that needed nurturing for SBG?

7      A     I never did.

8      Q     Do you know why Mr. Griffin would have

9  told us that you followed up on business relations

10  for SBG?

11     A     I don't.

12     Q     Did you have any contact with any SBG

13  clients here in the United States?

14                  Or let me rephrase that.

15                  Did you have any contact or

16  communication with any SBG business relations in the

17  United States?

18     A     No.  Except for my visit in New York to

19  Turner Construction International.  It was a

20  courtesy call and Turner helps SBG in construction

21  management of large projects.

22     Q     Did you have any contact or communication

23  with General Electric, sir?

24     A     No.  Except due to the visit of Mr. Jack

25  Welch to Jeddah, I attended a dinner for him.

01385149-72b3-49ec-9962-bda3e258fadd

1                           F. RIHANI

2        A     At SBG.  And before, with Mohammed

3   Binladin Organization.

4        Q     And what hat were you wearing when you

5   were that; in other words, was that in your position

6   as director of research and development or was it in

7   your position as a consultant for the company, or

8   was it some other position?

9        A     Consultant, and someone with experience of

10  past attempts.  I am one of the longest-serving

11  members of the team.

12       Q     And did that process take from 1998

13  through 2004?

14       A     I think -- yeah.

15       Q     At some point while you were working for

16  SBG, you also lived in Alexandria, Virginia,

17  correct?

18       A     Correct.

19       Q     When was that, sir?

20       A     I think we moved in the year 2000 and we

21  left Alexandria in 2002.

22       Q     While you were in Alexandria, Virginia,

23  did you have an office in your home there?

24       A     I always -- in my home, I always had a

25  personal office and a library and my music system.

01385149-72b3-49ec-9962-bda3e258fadd

1                            F. RIHANI

2       Q     What happened in the late 90's that caused

3  you to begin telecommuting?  I'll put the quotes

4  around "telecommuting."

5       A     Between Hickory and Jeddah, Saudi Arabia?

6       Q     Yes, sir.

7       A     What do you mean by telecommuting?

8       Q     Where you began working from here at times

9  and sending work over there.

10      A     I have been doing this for the last 32

11  years, not only from Hickory and Washington, D.C.,

12  but from hotels, Amman and London, and Chifkert

13  (phonetic).  All my work has been telecommunicating.

14      Q     Has SBG provided you with equipment in the

15  way of computers, faxes or telephone lines, or

16  reimbursed you for such items?

17      A     They -- yes, they have.

18      Q     What did they reimburse you for, to your

19  recollection?

20      A     I have a work number, different number

21  than the family number, and they reimburse me for

22  that.  They reimburse me for the fax machine and for

23  the photocopier.  Anything related directly to my

24  work in Saudi Arabia that I need to use anywhere in

25  the world, I am reimbursed for it.

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd

1                           F. RIHANI

2          Q     What was the work phone number that they

3     provided you with or reimbursed you for?

4          A     (828) 327-7704.

5          Q     Was that a voice line as well as a fax

6     line?

7          A     No.  It is a voice line.

8          Q     What was the fax line, if you recall?

9          A     It is (828) 327-2305.

10         Q     Were there any particular personal reasons

11    or health reasons that caused you to spend any

12    changed amount of time telecommuting in or around

13    1997?

14         A     The workload was very low and this was

15    part of the period I was on half-time assignment and

16    I spent half of my time in the United States with

17    the family and telecommunicated with them whenever

18    it is needed.

19         Q     Can you tell me why U.S. citizens in Saudi

20    Arabia experienced a difficult security environment

21    during that time period?

22         A     Yes.

23         Q     Why?

24         A     I think it started with terrorist

25    activities, I don't remember the years, but that was

01385149-72b3-49ec-9962-bda3e258fadd

1                          F. RIHANI

2     the typical standard employment contract.  I am not

3     an employee of SBG.

4          Q     Who are you an employee of, then, sir?

5          A     I am a freelance consultant that -- I had

6     the chance to do no work except for SBG for the

7     last -- since 1989.

8          Q     And there's no corporate entity that you

9     work for other than the work that you perform for

10    SBG, correct?

11         A     The only example I gave you is on the

12    board of SL in Germany.

13         Q     And when SBG hired you to perform the work

14    that they hired you to perform -- is there any

15    written contract that you have with SBG?

16         A     No, I don't.

17         Q     It is only an oral contract?

18         A     Yes.

19         Q     And you get paid based on what you do for

20    them monthly, correct?

21         A     Yes.

22         Q     The exhibits that we have marked as

23    Exhibit 7 and 8 --

24         A     Yes.

25         Q     -- does this refresh your recollection as

Magna Legal Services

01385149-72b3-49ec-9962-bda3e258fadd