**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br>ECF Case |

*This document relates to: All Actions*

### PLAINTIFFS' AMENDED INITIAL DISCLOSURES

Plaintiffs in all actions in this MDL submit the following Amended Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1). Plaintiffs make these disclosures based on information currently available to them. Plaintiffs reserve their right, under the Federal Rules of Civil Procedure, to supplement these disclosures as further information becomes known. Furthermore, Plaintiffs specifically reserve their right to assert the attorney-client privilege, the work product doctrine, or any other applicable privilege relating to any document identified within these Initial Disclosures. By identifying documents herein, Plaintiffs do not waive the attorney-client privilege, the work product doctrine, or any other applicable privilege. Moreover, by referring to or producing documents in the Initial Disclosure process, Plaintiffs make no representations or concessions regarding the relevancy or appropriateness of any particular documents or types of documents.

**I.      INDIVIDUALS WITH RELEVANT DISCOVERABLE INFORMATION**

Plaintiffs in these consolidated proceedings identify the following individuals as those who may have discoverable information with respect to Plaintiffs' claims. Plaintiffs do not

consent to or authorize any communication prohibited by any applicable rule of professional

conduct.

A.   All individuals named as defendants in Plaintiffs' operative Complaints.  Individuals
     include, but are not limited to:

1.   Osama bin Laden
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Ayman al Zawahiri
     Address:  Unknown
     Subject:  *Id.*

3.   Khalid Sheikh Mohammed
     Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     Subject:  *Id.*

4.   Abu Zubaydah
     Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     Subject:  *Id.*

5.   Ramzi Binalshibh
     Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     Subject:  *Id.*

6.   Wa'el Hamza Jelaidan
     Address:  Unknown
     Subject:  *Id.*

7.   Sheikh Safer al Hawali
     Address:  Unknown
     Subject:  *Id.*

8.   Saleh al Hussayen
     Address:  Unknown
     Subject:  *Id.*

9. Sheikh Salman al Oadah
Address: Unknown
Subject: *Id.*

10. Ibn al Shaykh al Libi
Address: Unknown
Subject: *Id.*

11. Bakr bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

12. Abdullah bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

13. Omar bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

14. Tariq bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

15. Yeslam bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

16. Abdulrahman Bin Mahfouz
Address: Unknown
Subject: *Id.*

17. Yassin al Kadi
Address: Unknown
Subject: *Id.*

18. Yousef Jameel
    Address:  Unknown
    Subject:  *Id.*

19. Suleiman al Rajhi
    Address:  Unknown
    Subject:  *Id.*

20. Abdullah al Rajhi
    Address:  Unknown
    Subject:  *Id.*

21. Saleh Abdulaziz al Rajhi
    Address:  Unknown
    Subject:  *Id.*

22. Shahir A. Batterjee
    Address:  Unknown
    Subject:  *Id.*

23. Abdullah bin Saleh al Obaid
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject:  *Id.*

24. Abdul Rahman al Swailem
    Address:  Unknown
    Subject:  *Id.*

25. Abdullah Muhsen al Turki
    Address:  Unknown
    Subject:  *Id.*

26. Abdullah Omar Naseef
    Address:  Unknown
    Subject:  *Id.*

27. Sulaiman al Ali
    Address:  Unknown
    Subject:  *Id.*

28. Sami Omar al Hussayen
    Address:  Unknown
    Subject:  *Id.*

29. Adnan Basha
    Address:  Upon information and belief, the individual can be contacted through

the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

30.   Perouz Sedaghaty
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the United States and can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
      <u>Subject</u>: *Id.*

31.   Soliman al Buthe
      <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
      <u>Subject</u>: *Id.*

32.   Aqeel Abdulaziz al Aqil
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

33.   Mansour al Kadi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

34.   Talal M. Badkook
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

35.   Mohammed Ali Sayed Mushayt
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

36.   Samir Salah
      <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
      <u>Subject</u>: *Id.*

37.   Ahmed Totonji
      <u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
      <u>Subject</u>: *Id.*

38.   Mohammed Jaghlit
      Address:  Upon information and belief, the individual resides in the United States.
      Subject: *Id.*

39.   M. Omar Ashraf
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

40.   Muhammed Ashraf
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

41.   Iqbal Yunus
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

42.   M. Yaqub Mirza
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

43.   Jamal Barzinji
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

44.   Ahmed Idris Nasreddin
      Address:  Unknown
      Subject: *Id.*

45.   Youssef M. Nada
      Address:  Unknown
      Subject: *Id.*

46.   Chafiq bin Muhammad Ayadi
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

47.   Wadih El Hage
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

48.   Bensayah Belkacem
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>: *Id.*

49.   Sabar Lamar
      <u>Address</u>:  Upon information and belief, the individual resides in France.
      <u>Subject</u>: *Id.*

50.   Wali Khan Amin Shah
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

51.   Enaam M. Arnanout
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

52.   Abdulrahman Alamoudi
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

53.   Ahmed Ressam
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>: *Id.*

54.   Abdul Aziz bin Ibrahim al Ibrahim
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

55.   Muhammad Atif
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

56.   Sayf al Adl
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

57.   Abu Hafs the Mauritanian
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

58.   Abd al Hadi al Iraqi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

59.   Thirwat Salah Shihata
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

60.   Tariq Anwar al Sayyid Ahmad
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

61.   Muhammad Salah
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

62.   Nurjaman Riduan Ismuddin
      <u>Address</u>:   United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

63.   Mohammed Iqbal Abdurrahman
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

64.   Mounir El Motassadeq
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

65.   Said Bahaji
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

66.   Adel Ben Soltane
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

67.  Nabil Benattia
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

68.  Yassine Chekkouri
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

69.  Riadh Jelassi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

70.  Mendi Kammoun
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

71.  Samir Kishk
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

72.  Tarek Ben Habib Maaroufi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

73.  Abdelhalim Remadna
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

74.  Mansour Thaer
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

75.  Lazhar Ben Mohammed Tlili
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

76.  Habib Waddani
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

77.  Abdelkadir Mahmoud Es Sayed
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

78.  Khalid al Fawaz
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

79. Abu Hamza al Masri
    Address: Unknown
    Subject: *Id.*

80. Mohamed Ben Belgacem Aouadi
    Address: Unknown
    Subject: *Id.*

81. Mokhtar Boughougha
    Address: Unknown
    Subject: *Id.*

82. Tarek Charaabi
    Address: Unknown
    Subject: *Id.*

83. Sami Ben Khemais Essid
    Address: Unknown
    Subject: *Id.*

84. Lased Ben Heni
    Address: Unknown
    Subject: *Id.*

85. Bashir Ud Din Mahmood
    Address: Unknown
    Subject: *Id.*

86. Abdul Majeed
    Address: Unknown
    Subject: *Id.*

87. S.M. Tufail
    Address: Unknown
    Subject: *Id.*

88. Hussein Mahmud Abdullkadir
    Address: Unknown
    Subject: *Id.*

89. Abdirasik Aden
    Address: Unknown
    Subject: *Id.*

90. Abbas Abdi Ali
    Address: Unknown
    Subject: *Id.*

91. Abdi Adulaziz Ali
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

92. Yusaf Ahmed Ali
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

93. Ali Ghaleb Himmat
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

94. Albert Fredrich Armand Huber
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

95. Liban Hussein
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

96. Abdullahi Hussein Kahie
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

97. Mohammed Mansour
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

98. Zeinab Mansour Fattah
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

99. Abdullah Ahmed Abdullah
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

100. Haji Abdul Manan Agha
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

101. Muhammad al Hamati
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

102. Amin al Haq
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

103.    Saqar al Sadawi
        Address:  Unknown
        Subject: *Id.*

104.    Ahmad Sa'Id al Kadr
        Address:  Unknown
        Subject: *Id.*

105.    Anas al Liby
        Address:  Unknown
        Subject: *Id.*

106.    Ahmad Ibrahim al Mughassil
        Address:  Unknown
        Subject: *Id.*

107.    Abdelkarim Hussein Mohamed al Nasser
        Address:  Unknown
        Subject: *Id.*

108.    Sa'D al Sharif
        Address:  Unknown
        Subject: *Id.*

109.    Ibrahim Salih Mohammed al Yacoub
        Address:  Unknown
        Subject: *Id.*

110.    Ahmed Mohammed Hamed Ali
        Address:  Unknown
        Subject: *Id.*

111.    Ali Atwa
        Address:  Unknown
        Subject: *Id.*

112.    Bilal bin Marwan
        Address:  Unknown
        Subject: *Id.*

113.    Mamoun Darkazanli
        Address:  Unknown
        Subject: *Id.*

114.    Ali Saed Bin Ali El Hoorie
        Address:  Unknown
        Subject: *Id.*

115.   Mustafa Mohamed Fadhil
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

116.   Ahmed Khalfan Ghailani
       <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
       United States and can be contacted through the Department of Justice and/or the
       Federal Bureau of Prisons.
       <u>Subject</u>: *Id.*

117.   Riad Hijazi
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

118.   Hasan Izz al Din
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

119.   Mufti Rashid Ahmad Ladehyanoy
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

120.   Fazul Abdullah Mohammed
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

121.   Fahid Mohammed Ally Msalam
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

122.   Youssef Abdaoui
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

123.   Mohammed Amine Akli
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

124.   Mohrez Amdouni
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

125.   Chiheb Ben Mohamed Ayari
       <u>Address</u>:  Unknown
       <u>Subject</u>: *Id.*

126.   Mondher Baazaoui
       Address:  Unknown
       Subject: *Id.*

127.   Lionel Dumont
       Address:  Unknown
       Subject: *Id.*

128.   Moussa Ben Amor Essaadi
       Address:  Unknown
       Subject: *Id.*

129.   Rachid Fehar
       Address:  Unknown
       Subject: *Id.*

130.   Brahim Ben Hedili Hamami
       Address:  Unknown
       Subject: *Id.*

131.   Khalil Jarraya
       Address:  Unknown
       Subject: *Id.*

132.   Mounir Ben Habib Jerraya
       Address:  Unknown
       Subject: *Id.*

133.   Fouzi Jendoubi
       Address:  Unknown
       Subject: *Id.*

134.   Fethi Ben Rebai Masri
       Address:  Unknown
       Subject: *Id.*

135.   Najib Ouaz
       Address:  Unknown
       Subject: *Id.*

136.   Ahmed Hasni Rarrbo
       Address:  Unknown
       Subject: *Id.*

137.   Nedal Saleh
       Address:  Unknown
       Subject: *Id.*

138. Abdelghani Mzoudi
     Address:  Unknown
     Subject: *Id.*

139. Gulbuddin Hekmatyar
     Address:  Unknown
     Subject: *Id.*

140. Imad Mughniyeh
     Address:  Unknown
     Subject: *Id.*

141. Muhammad Omar
     Address:  Unknown
     Subject: *Id.*

142. Osama Bassnan
     Address:  Unknown
     Subject: *Id.*

143. Fahad al Thumairy
     Address:  Unknown
     Subject: *Id.*

144. Sheikh Ahmed Salim Swedan
     Address:  Unknown
     Subject: *Id.*

145. Muhammad Abu Islam
     Address:  Unknown
     Subject: *Id.*

146. Abdullah Qassim
     Address:  Unknown
     Subject: *Id.*

147. Hashim Abdulrahman
     Address:  Unknown
     Subject: *Id.*

148. Jamal al Badawi
     Address:  Unknown
     Subject: *Id.*

149. Mohammed Omar al Harazi
     Address:  Unknown
     Subject: *Id.*

150.   Walid al Sourouri
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

151.   Fatha Adbul Rahman
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

152.   Yasser al Azzani
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

153.   Jamal Ba Khorsh
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

154.   Ahmad al Shinni
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

155.   Jamil Qasim Saeed
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

156.   Mohammed Loay Bayazid
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

157.   Sheikh Omar Bakri Muhammad
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

158.   Abdul Fattah Zammar
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

159.   Ghasoub al Abrash Ghalyoun
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

160.   Zacarias Moussaoui
       <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
       United States and can be contacted through the Department of Justice and/or the
       Federal Bureau of Prisons.
       <u>Subject</u>:  *Id.*

161.   The Taliban
       Address:  Unknown
       Subject:  *Id.*

162.   Abdel Hussein
       Address:  Unknown
       Subject:  *Id.*

163.   Hassan al Turabi
       Address:  Unknown
       Subject:  *Id.*

164.   Abd Al Mushin al Libi
       Address:  Unknown
       Subject:  *Id.*

165.   Abdul Rahman Yasin
       Address:  Unknown
       Subject:  *Id.*

166.   Prince Naif bin Abdulaziz al Saud
       Address:  Upon information and belief, the individual resides in Saudi Arabia.
       Subject:  *Id.*

167.   Prince Sultan bin Abdulaziz al Saud
       Address:  Upon information and belief, the individual resides in Saudi Arabia.
       Subject:  *Id.*

168.   Prince Mohammed Al Faisal al Saud
       Address:  Upon information and belief, the individual resides in Saudi Arabia.
       Subject:  *Id.*

169.   Prince Turki Al Faisal al Saud
       Address:  Upon information and belief, the individual resides in Saudi Arabia.
       Subject:  *Id.*

170.   Prince Salman Bin Abdul Aziz al Saud
       Address:  Upon information and belief, the individual resides in Saudi Arabia.
       Subject:  *Id.*

171.   Rabih Haddah
       Address:  Unknown
       Subject:  *Id.*

172.   Sheikh Abu Bdul Aziz Nagi
       Address:  Unknown
       Subject:  *Id.*

173.   Wadi al Aqiq
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

174.   Al Shaykh al Iraqi
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

175.   Abu Hajer al Iraqi
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

176.   Saleh Abdullah Kamel
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

177.   Mohammad S. Mohammad
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

178.   Mustasim Abdel Rahim
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

179.   Mohamed Sadeek Odeh
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

180.   Mahdi Chamran Savehi
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

181.   Mohammed Sarkawi
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

182.   Haji Mohamad Akram
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

183.   Abdallah Omar
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

184.   Umar Faruq
       <u>Address</u>:  Unknown
       <u>Subject</u>:  *Id.*

185. Abd al Rahim al Nashiri
    Address:  Unknown
    Subject:  *Id.*

186. Muhammed Galeb Kalaje Zoaaydi
    Address:  Unknown
    Subject:  *Id.*

187. Mullah Kakshar
    Address:  Unknown
    Subject:  *Id.*

188. Arafat El Asahi
    Address:  Unknown
    Subject:  *Id.*

189. Abdul Aziz Al Ibrahim
    Address:  Unknown
    Subject:  *Id.*

190. Mohammed Bahareth
    Address:  Unknown
    Subject:  *Id.*

191. Dr. Mohaman Ali Elgari
    Address:  Unknown
    Subject:  *Id.*

192. Salim bin Mahfouz
    Address:  Unknown
    Subject:  *Id.*

193. Saif al Islam El Masry
    Address:  Unknown
    Subject:  *Id.*

194. Syed Suleman Ahmer
    Address:  Unknown
    Subject:  *Id.*

195. Mazin M.H. Bahareth
    Address:  Unknown
    Subject:  *Id.*

196. Zahir H. Kazmi
    Address:  Unknown
    Subject:  *Id.*

197.  Muzaffar Khan
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

198.  Jamal Nyrabeh
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

199.  Ahmad Ajaj
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

200.  Mohammed Omeish
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

201.  Mahmoud Jaballah
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

202.  Arafat El Ashi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

203.  Jamal Ahmed Mohammed
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

204.  Mohammed Khatib
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

205.  Tarik Hamdi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

206.  Fazeh Ahed
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

207.  Khaled Nouri
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

208.  Abdullah M. al Mahdi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

209.    Tareq M. al Swaidan
        Address:  Unknown
        Subject: *Id.*

210.    Abdul al Moslah
        Address:  Unknown
        Subject: *Id.*

211.    Salah Badahdh
        Address:  Unknown
        Subject: *Id.*

212.    Hassan A.A. Bahafzallah
        Address:  Unknown
        Subject: *Id.*

213.    Ihab Ali
        Address:  Unknown
        Subject: *Id.*

214.    Ibrahim Hassabella
        Address:  Unknown
        Subject: *Id.*

215.    Hisham al Talib
        Address:  Unknown
        Subject: *Id.*

216.    Cherif Sedky
        Address:  Unknown
        Subject: *Id.*

217.    Omar Al Bayoumi
        Address:  Unknown
        Subject: *Id.*

218.    Adel Muhammad Sadiq Bin Kazem
        Address:  Unknown
        Subject: *Id.*

219.    Zeinab Mansour-Fattouh
        Address:  Unknown
        Subject: *Id.*

220.    Mohammed Chehade
        Address:  Unknown
        Subject: *Id.*

221. Hazem Ragab
Address:  Unknown
Subject: *Id.*

222. Mustafa al Kadir
Address:  Unknown
Subject: *Id.*

223. Abu al Maid
Address:  Unknown
Subject: *Id.*

224. Taha Jaber al Alwani
Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
Subject: *Id.*

225. Ibrahim S. Abdullah
Address:  Unknown
Subject: *Id.*

226. Dr. Mahmoud Dakhil
Address:  Unknown
Subject: *Id.*

227. Ghasoub al Abrash
Address:  Unknown
Subject: *Id.*

228. Mustafa Ahmed al Hisawi
Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

229. Imad Eddin Barakat Yarkas
Address:  Unknown
Subject: *Id.*

230. Muhammed Galeb Kalaje Zuoyadi
Address:  Unknown
Subject: *Id.*

231. Bassam Dalati Satut
Address:  Unknown
Subject: *Id.*

232. Abdalrahman Alarnout Abu Aljer
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

233. Mohammed Khair al Saqqa
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

234. Ghasoub al Abrash Ghalyoun
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

235. Abu Qatada al Filistini
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

236. Yassir al Sirri
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

237. Mohammed al Massari
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

238. Ziyad Khaleel
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

239. Mamdouh Mahmud Salim
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

240. Abdullah Samil Bahmadan
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

241. Essam al Ridi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

242. Omar Abu Omar
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

243. Mohammed Ali Hasan al Moayad
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

244. Ibrahim Muhammed Afandi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

245. Abdulrahman Hassan Sharbatly
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

246. Mohammed al Issai
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

247. Ahmed Brahim
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

248. Abu Ibrahim al Masri
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

249. Salman al Ouda
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

250. Muhammed J. Fakihi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

251. Agus Budiman
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

252. Said Bahaji
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

253. Zakariya Essabar
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

B.  All individuals affiliated with the entities named as defendants in Plaintiffs' operative
Complaints, including without limitation, all current or former officers, directors,
trustees, employees, attorneys, consultants, accountants, agents, or representatives
associated with the entity defendant.  Individuals include, but are not limited to:

1. Bakr bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through
the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,

Jeddah Saudi Arabia.

<u>Subject</u>:   Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Abdullah bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

3.   Omar bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

4.   Tariq bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

5.   Yeslam bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

6.   Ghalib bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

7.   Haidar Mohammed bin Laden
<u>Address</u>:  Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
<u>Subject</u>: *Id.*

8.      Enaam M. Arnanout
        Address:  Upon information and belief, the individual is incarcerated in the
        United States and can be contacted through the Department of Justice and/or the
        Federal Bureau of Prisons.
        Subject:  *Id.*

9.      Mohammed Loay Bayazid
        Address:  Unknown
        Subject:  *Id.*

10.     Arafat El Asahi
        Address:  Unknown
        Subject:  *Id.*

11.     Wa'el Hamza Jelaidan
        Address:  Unknown
        Subject:  *Id.*

12.     Ihab Ali
        Address:  Unknown
        Subject:  *Id.*

13.     Wadih El Hage
        Address:  Upon information and belief, the individual is incarcerated in the
        United States and can be contacted through the Department of Justice and/or the
        Federal Bureau of Prisons.
        Subject:  *Id.*

14.     Adel Muhammad Sadi bin Kazam
        Address:  Unknown
        Subject:  *Id.*

15.     Abdullah bin Saleh al Obaid
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
        Suite 900, Washington, D.C. 20036.
        Subject:  *Id.*

16.     Abd al Hamid Sulaiman al Mujil
        Address:  Unknown
        Subject:  *Id.*

17.     Muhammad Sa'd Darwish al Shazy
        Address:  Unknown
        Subject:  *Id.*

18.     Sayed Abu Nesir
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

19.     Shaykh Ahmed al Gamdin
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

20.     Abdel Aziz Zaher
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

21.     Jamal al Jibouri
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

22.     Mahmoud Jaballah
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

23.     Nazir Qureshi
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

24.     Mohammed Ayyub Thukar
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

25.     Gulbadin Hekmatyar
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

26.     Ahmed Ajaj
        <u>Address</u>:  Unknown
        <u>Subject</u>: *Id.*

27.     Abdullah Bin Laden
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
Jeddah Saudi Arabia.
        <u>Subject</u>: *Id.*

28.     Omar bin Laden
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
Jeddah Saudi Arabia.
        <u>Subject</u>: *Id.*

29.  Shahir A. Batterjee
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

30.  Saleh al Hussayen
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

31.  Abdul Rahman al Swailem
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

32.  Abdullah Muhsen al Turki
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

33.  Abdullah Omar Naseef
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

34.  Sami Omar al Hussayen
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

35.  Adnan Basha
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
     Suite 900, Washington, D.C. 20036.
     <u>Subject</u>:  *Id.*

36.  Perouz Sedaghaty
     <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
     United States and can be contacted through the attorneys at Bernabei & Wachtel,
     1775 T Street, N.W., Washington, D.C. 20009.
     <u>Subject</u>:  *Id.*

37.  Soliman al Buthe
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
     20009.
     <u>Subject</u>:  *Id.*

38.  Aqeel Abdulaziz al Aqil
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

39. Mansour al Kadi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

40. Sheikh Muhmad al Tujri
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

41. Omar al Faruq
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

42. Ayman al Zawahiri
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

43. Abu Rida
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

44. Boumediene Lakhdar
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

45. Nechle Mohammed
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

46. Yassin al Kadi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

47. Abdulrahman bin Mahfouz
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

48. Suleiman al Rajhi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

49. Abdullah al Rajhi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

50. Saleh Abdulaziz al Rajhi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

51.   Ahmed Totonji
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

52.   Mohammed Jaghlit
      Address:  Upon information and belief, the individual resides in the United States.
      Subject: *Id.*

53.   M. Omar Ashraf
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

54.   Muhammed Ashraf
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

55.   Iqbal Yunus
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

56.   M. Yaqub Mirza
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

57.   Jamal Barzinji
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
      D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
      300, Washington, D.C. 20005.
      Subject: *Id.*

58.  Akberali Mohammed Ali Moawalla
     Address:  Unknown
     Subject:  *Id.*

59.  Mohammed Nour Rahimi
     Address:  Unknown
     Subject:  *Id.*

60.  Khalaf Ahmad Ashour
     Address:  Unknown
     Subject:  *Id.*

61.  Malik M. Sharif
     Address:  Unknown
     Subject:  *Id.*

62.  Khaled S. al Dawood
     Address:  Unknown
     Subject:  *Id.*

63.  Abdul Rahman Nematallah
     Address:  Unknown
     Subject:  *Id.*

64.  Muhamad Salem Ali Yaf'ei
     Address:  Unknown
     Subject:  *Id.*

C.   All individuals identified in all other pleadings and submissions in this MDL (i.e., RICO
     Statements, More Definite Statements, etc.).  Individuals include, but are not limited to:

1.   Dr. Maneh al Jahari
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Amir Khattab
     Address:  Unknown
     Subject:  *Id.*

3.    Farooq Ahmed
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

4.    Mohammed Maqbool
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

5.    Ali Ahmed Ali Hamad
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

6.    Abdul Hadi al Gahtani
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

7.    Ahmed Zuhair Handala
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

8.    Dr. Abu Hazifa
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

9.    Muhammed Ali Sayed
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

10.   Bashir Barbar Qadim
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

11.   Adel Muhammad Sadi Bin Kazarn
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

12.   M. Claude Nicati
      <u>Address</u>:  Unknown
      <u>Subject</u>: *Id.*

13.   Philip C. Wilcox, Jr.
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the Foundation for Middle East Peace, 1761 N Street, N.W., Washington, D.C.
      20036.
      <u>Subject</u>: *Id.*

14. Ayman Awad
Address: Unknown
Subject: *Id.*

15. Mohamed al Ali al Qari bin Eid
Address: Unknown
Subject: *Id.*

16. Dr. Abdul Latif Saleh
Address: Unknown
Subject: *Id.*

17. Amir Mehdi
Address: Unknown
Subject: *Id.*

18. Jamal al Fadl
Address: Unknown
Subject: *Id.*

19. Abdelaziz Zaher
Address: Unknown
Subject: *Id.*

20. Jamal al Jibouri
Address: Unknown
Subject: *Id.*

D. All individuals identified on the U.S. Department of the Treasury Office of Foreign
Assets Control's Specially Designated Nationals and Blocked Persons list, including
without limitation, all individuals designated as Specially Designated Global Terrorists
("SDGT") pursuant to E.O. 13224. Individuals include, but are not limited to:

1. Osama bin Laden
Address: Unknown
Subject: Individual has information regarding a number of subject matters
relative to Plaintiffs' claims, including without limitation: (i) the origins of al
Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
(iii) al Qaeda's funding, including support from purported Islamic charitable
organizations, Islamic financial institutions, and foreign states such as Saudi
Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
and participation in other regional jihad campaigns; and (vi) al Qaeda's
association with related terrorist organizations.

2. Khalid Sheikh Mohammed
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

3.    Abu Zubaydah
<u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
<u>Subject</u>: *Id.*

4.    Wa'el Hamza Jelaidan
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

5.    Yassin al Kadi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

6.    Abd al Hamid Sulaiman al Mujil
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

7.    Aqeel Abdulaziz al Aqil
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

8.    Soliman al Buthe
<u>Address</u>:  Upon information and belief, the individual can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
<u>Subject</u>: *Id.*

9.    Muhammad Atif
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

10.    Sayf al Adl
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

11.    Abu Hafs the Mauritanian
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

12.    Ibn al Shaykh al Libi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

13.    Abd al Hadi al Iraqi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

14.   Ayman al Zawahiri
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

15.   Thirwat Salah Shihata
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

16.   Tariq Anwar al Sayyid Ahmad
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

17.   Muhammad Salah
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

18.   Nurjaman Riduan Ismuddin
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

19.   Mohammed Iqbal Abdurrahman
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

20.   Mounir El Motassadeq
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

21.   Ramzi Binalshibh
      <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      <u>Subject</u>:  *Id.*

22.   Zakarya Essabar
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

23.   Said Bahaji
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

24.   Adel Ben Soltane
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

25.   Nabil Benattia
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

26.   Yassine Chekkouri
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

27.   Riadh Jelassi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

28.   Mendi Kammoun
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

29.   Samir Kishk
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

30.   Tarek Ben Habib Maaroufi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

31.   Abdelhalim Remadna
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

32.   Mansour Thaer
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

33.   Lazhar Ben Mohammed Tlili
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

34.   Habib Waddani
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

35.   Ahmed Idris Nasreddin
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

36.   Youssef Nada
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

37.   Abdelkadir Mahmoud Es Sayed
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

38. Khalid al Fawaz
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

39. Abu Hamza al Masri
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

40. Mohamed Ben Belgacem Aouadi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

41. Mokhtar Boughougha
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

42. Tarek Charaabi
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

43. Sami Ben Khemais Essid
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

44. Lased Ben Heni
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

45. Bashir Ud Din Mahmood
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

46. Abdul Majeed
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

47. S.M. Tufail
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

48. Youssef M. Nada
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

49. Hussein Mahmud Abdullkadir
    <u>Address</u>:  Unknown
    <u>Subject</u>: *Id.*

50.    Abdirasik Aden
       Address:  Unknown
       Subject: *Id.*

51.    Abbas Abdi Ali
       Address:  Unknown
       Subject: *Id.*

52.    Abdi Adulaziz Ali
       Address:  Unknown
       Subject: *Id.*

53.    Yusaf Ahmed Ali
       Address:  Unknown
       Subject: *Id.*

54.    Ali Ghaleb Himmat
       Address:  Unknown
       Subject: *Id.*

55.    Albert Fredrich Armand Huber
       Address:  Unknown
       Subject: *Id.*

56.    Liban Hussein
       Address:  Unknown
       Subject: *Id.*

57.    Abdullahi Hussein Kahie
       Address:  Unknown
       Subject: *Id.*

58.    Mohammed Mansour
       Address:  Unknown
       Subject: *Id.*

59.    Zeinab Mansour-Fattah
       Address:  Unknown
       Subject: *Id.*

60.    Abdullah Ahmed Abdullah
       Address:  Unknown
       Subject: *Id.*

61.    Haji Abdul Manan Agha
       Address:  Unknown
       Subject: *Id.*

62.   Muhammad al Hamati
      Address:  Unknown
      Subject: *Id.*

63.   Amin al Haq
      Address:  Unknown
      Subject: *Id.*

64.   Saqar al Sadawi
      Address:  Unknown
      Subject: *Id.*

65.   Ahmad Sa'Id Al-Kadr
      Address:  Unknown
      Subject: *Id.*

66.   Anas al Liby
      Address:  Unknown
      Subject: *Id.*

67.   Ahmad Ibrahim al Mughassil
      Address:  Unknown
      Subject: *Id.*

68.   Abdelkarim Hussein Mohamed al Nasser
      Address:  Unknown
      Subject: *Id.*

69.   Sa'D al Sharif
      Address:  Unknown
      Subject: *Id.*

70.   Ibrahim Salih Mohammed al Yacoub
      Address:  Unknown
      Subject: *Id.*

71.   Ahmed Mohammed Hamed Ali
      Address:  Unknown
      Subject: *Id.*

72.   Ali Atwa
      Address:  Unknown
      Subject: *Id.*

73.   Bilal bin Marwan
      Address:  Unknown
      Subject: *Id.*

74.   Chafiq Bin Muhammad Ayadi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

75.   Mamoun Darkazanli
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

76.   Ali Saed Bin Ali El Hoorie
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

77.   Mustafa Mohamed Fadhil
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

78.   Ahmed Khalfan Ghailani
      <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      <u>Subject</u>:  *Id.*

79.   Riad Hijazi
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

80.   Hasan Izz al Din
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

81.   Mufti Rashid Ahmad Ladehyanoy
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

82.   Fazul Abdullah Mohammed
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

83.   Fahid Mohammed Ally Msalam
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

84.   Youssef Abdaoui
      <u>Address</u>:  Unknown
      <u>Subject</u>:  *Id.*

85.  Mohammed Amine Akli
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

86.  Mohrez Amdouni
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

87.  Chiheb Ben Mohamed Ayari
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

88.  Mondher Baazaoui
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

89.  Lionel Dumont
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

90.  Moussa Ben Amor Essaadi
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

91.  Rachid Fehar
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

92.  Brahim Ben Hedili Hamami
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

93.  Khalil Jarraya
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

94.  Mounir Ben Habib Jerraya
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

95.  Fouzi Jendoubi
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

96.  Fethi Ben Rebai Masri
     <u>Address</u>:  Unknown
     <u>Subject</u>: *Id.*

97. Najib Ouaz
    Address:  Unknown
    Subject:  *Id.*

98. Ahmed Hasni Rarrbo
    Address:  Unknown
    Subject:  *Id.*

99. Nedal Saleh
    Address:  Unknown
    Subject:  *Id.*

100. Abdelghani Mzoudi
    Address:  Unknown
    Subject:  *Id.*

101. Gulbuddin Hekmatyar
    Address:  Unknown
    Subject:  *Id.*

102. Imad Mughniyeh
    Address:  Unknown
    Subject:  *Id.*

103. Muhammad Omar
    Address:  Unknown
    Subject:  *Id.*

E.   Current or former U.S. Government officials participating or involved in the E.O. 13224
     designation process.  Individuals include, but are not limited to:

1.   Stuart A. Levey
     Address:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   R. Richard Newcomb
     Address:  Upon information and belief, the individual can be contacted through
     DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
     Subject:  *Id.*

42

3.    Mark D. Roberts
Address:  Upon information and belief, the individual resides in the United States
and can be contacted through the Department of the Treasury.
Subject:  *Id.*

4.    Barbara C. Hammerle
Address:  Upon information and belief, the individual resides in the United States
and can be contacted through the Department of the Treasury.
Subject:  *Id.*

5.    Matthew A. Levitt
Address:  Upon information and belief, the individual can be contacted through
the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050
Washington D.C. 20036.
Subject:  *Id.*

6.    David D. Aufhauser
Address:  Upon information and belief, the individual can be contacted through
Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. 20005.
Subject:  *Id.*

F.    Members, staffers, investigators, and other individuals associated with the United Nations
Security Council's al Qaida and Taliban Sanctions Committee, established pursuant to
Resolution 1267, including without limitation, all individuals who were interviewed by
the United National Committee and/or who provided sworn testimony or statements to
the United National Committee.  Individuals include, but are not limited to:

1.    Thomas Mayr Harting
Address:  Upon information and belief, the individuals associated with the United
Nations Security Council's al Qaida and Taliban Sanctions Committee can be
contacted through the United Nations Headquarters at 760 United Nations Plaza,
New York, New York 10017.  Additionally, individuals may be contacted through
the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject:  Individual has information regarding a number of subject matters
relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
(iii) al Qaeda's funding, including support from purported Islamic charitable
organizations, Islamic financial institutions, and foreign states such as Saudi
Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
and participation in other regional jihad campaigns; and (vi) al Qaeda's
association with related terrorist organizations.

2.    Richard Barrett
Address:  Upon information and belief, the individuals associated with the United
Nations Security Council's al Qaida and Taliban Sanctions Committee can be
contacted through the United Nations Headquarters at 760 United Nations Plaza,

New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

3.     Heraldo Munoz
       Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
       Subject: *Id.*

4.     Alfonso Valdivieso
       Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
       Subject: *Id.*

5.     Michael Chander
       Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
       Subject: *Id.*

6.     Philippe Graver
       Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
       Subject: *Id.*

7.     Hassan H. Ali Abaza
       Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as

well as through the Committee's Monitoring Team at 1267mt@un.org.
Subject: *Id.*

8.   Surendra Bahadur Shah
     Address:  Upon information and belief, the individuals associated with the United
     Nations Security Council's al Qaida and Taliban Sanctions Committee can be
     contacted through the United Nations Headquarters at 760 United Nations Plaza,
     New York, New York 10017.  Additionally, individuals may be contacted through
     the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
     well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject: *Id.*

9.   Michael D. Langan
     Address:  Upon information and belief, the individuals associated with the United
     Nations Security Council's al Qaida and Taliban Sanctions Committee can be
     contacted through the United Nations Headquarters at 760 United Nations Plaza,
     New York, New York 10017.  Additionally, individuals may be contacted through
     the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
     well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject: *Id.*

10.  Haile Menkerios
     Address:  Upon information and belief, the individuals associated with the United
     Nations Security Council's al Qaida and Taliban Sanctions Committee can be
     contacted through the United Nations Headquarters at 760 United Nations Plaza,
     New York, New York 10017.  Additionally, individuals may be contacted through
     the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
     well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject: *Id.*

11.  Reynaldo O. Arcilla
     Address:  Upon information and belief, the individuals associated with the United
     Nations Security Council's al Qaida and Taliban Sanctions Committee can be
     contacted through the United Nations Headquarters at 760 United Nations Plaza,
     New York, New York 10017.  Additionally, individuals may be contacted through
     the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
     well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject: *Id.*

12.  Michael E. G. Chandler
     Address:  Upon information and belief, the individuals associated with the United
     Nations Security Council's al Qaida and Taliban Sanctions Committee can be
     contacted through the United Nations Headquarters at 760 United Nations Plaza,
     New York, New York 10017.  Additionally, individuals may be contacted through
     the Secretariat of the Committee via email at SC-1267-Committee@un.org, as
     well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject: *Id.*

13.  Mahmoud Kassem
     Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject:  *Id.*

14.  Atilio N. Molteni
     Address:  Upon information and belief, the individuals associated with the United Nations Security Council's al Qaida and Taliban Sanctions Committee can be contacted through the United Nations Headquarters at 760 United Nations Plaza, New York, New York 10017.  Additionally, individuals may be contacted through the Secretariat of the Committee via email at SC-1267-Committee@un.org, as well as through the Committee's Monitoring Team at 1267mt@un.org.
     Subject:  *Id.*

G.   All current or former members and/or associates of the al Qaeda terrorist organization. Individuals include, but are not limited to:

1.  Osama bin Laden
    Address:  Unknown
    Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.  Ayman al Zawahiri
    Address:  Unknown
    Subject:  *Id.*

3.  Khalid Sheikh Mohammed
    Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject:  *Id.*

4.  Abu Zubaydah
    Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject:  *Id.*

5.  Ramzi Binalshibh
    Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
    Subject:  *Id.*

6.   Wa'el Hamza Jelaidan
     Address:  Unknown
     Subject:  *Id.*

H.   All current or former members and/or associates of the <u>Abu Sayyaf Group</u> terrorist
     organization.  Individuals include, but are not limited to:

1.   Madhatta Asagal Haipe
     Address:  Unknown
     Subject:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Gumbahali Jumdail
     Address:  Unknown
     Subject:  *Id.*

3.   Jhon Buhari Jamiri
     Address:  Unknown
     Subject:  *Id.*

4.   Adjik Halik
     Address:  Unknown
     Subject:  *Id.*

5.   Jainal Antel Sali, Jr.
     Address:  Unknown
     Subject:  *Id.*

6.   Radulan Sahiron
     Address:  Unknown
     Subject:  *Id.*

7.   Isnilon Totoni Hapilon
     Address:  Unknown
     Subject:  *Id.*

8.   Noor Umog
     Address:  Unknown
     Subject:  *Id.*

9.    Mohammad Saleh
   Address: Unknown
   Subject: *Id.*

10.    Abdullah Nasser Alarifi
    Address: Unknown
    Subject: *Id.*

11.    Abdulraheem Hamad al Talhi
    Address: Uknown
    Subject: *Id.*

12.    Burhan Mundos
    Address: Unknown
    Subject: *Id.*

13.    Mahmoud Afif
    Address: Unknown
    Subject: *Id.*

14.    Khair Mundos
    Address: Unknown
    Subject: *Id.*

I.    All current or former members and/or associates of the <u>Jemaah Islamiyah</u> terrorist organization.  Individuals include, but are not limited to:

1.    Yassin Sywal
   Address: Unknown
   Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Mukhlis Yunos
   Address: Unknown
   Subject: *Id.*

3.    Imam Samudra
   Address: Unknown
   Subject: *Id.*

4.   Huda bin Abdul Haq
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

5.   Parlindungan Siregar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

6.   Julkipli Salim Y Salamuddin
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

7.   Aris Munandar
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

8.   Fathur Rohman al Ghozi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

9.   Agus Dwikarna
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

10.  Abdul Hakim Murad
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

11.  Abu Rusdan
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

12.  Zulkarnaen
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

13.  Joko Pitono
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

14.  Abu Bakar Ba'asyir
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

15.  Gun Gun Rusman Gunawan
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

16.   Taufik Rifki
Address:  Unknown
Subject:  *Id.*

17.   Abdullah Anshori
Address:  Unknown
Subject:  *Id.*

18.   Nurjaman Riduan Isamuddin
Address:  Unknown
Subject:  *Id.*

19.   Mohamad Iqbal Abdurrahman
Address:  Unknown
Subject:  *Id.*

J.    All current or former members and/or associates of the al Gama'a al Islamiyya terrorist organization.  Individuals include, but are not limited to:

1.    Sheikh Omar Abdel Rahman
Address:  Unknown
Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Najeh Ibrahim
Address:  Unknown
Subject:  *Id.*

3.    Mohammad Hasan Khalil al Hakim
Address:  Unknown
Subject:  *Id.*

4.    Sheikh Abdel Akhar Hammad
Address:  Unknown
Subject:  *Id.*

5.    Taha Musa
Address:  Unknown
Subject:  *Id.*

K.    All current or former members and/or associates of the Egyptian Islamic Jihad terrorist organization.  Individuals include, but are not limited to:

1.  Ayman al Zawahiri
    Address:  Unknown
    Subject:  Individual has information regarding a number of subject matters
    relative to Plaintiffs' claims, including without limitation: (i) the origins of al
    Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
    (iii) al Qaeda's funding, including support from purported Islamic charitable
    organizations, Islamic financial institutions, and foreign states such as Saudi
    Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
    and participation in other regional jihad campaigns; and (vi) al Qaeda's
    association with related terrorist organizations.

2.  Sayyed Imam al Sharif
    Address:  Unknown
    Subject:  *Id.*

3.  Hani al Sibai
    Address:  Unknown
    Subject:  *Id.*

4.  Ali Abdul Saoud Mohamed
    Address:  Unknown
    Subject:  *Id.*

L.  All current or former members and/or associates of the Moro Islamic Liberation Front
    terrorist organization.  Individuals include, but are not limited to:

    1.  Mohagher Iqbal
        Address:  Unknown
        Subject:  Individual has information regarding a number of subject matters
        relative to Plaintiffs' claims, including without limitation: (i) the origins of al
        Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
        (iii) al Qaeda's funding, including support from purported Islamic charitable
        organizations, Islamic financial institutions, and foreign states such as Saudi
        Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
        and participation in other regional jihad campaigns; and (vi) al Qaeda's
        association with related terrorist organizations.

    2.  Mukhlis Yunos
        Address:  Unknown
        Subject:  *Id.*

M.  All current or former members and/or associates of the Asbat al Ansar terrorist
    organization.  Individuals include, but are not limited to:

    1.  Ahmed al Karim al Saadi
        Address:  Unknown
        Subject:  Individual has information regarding a number of subject matters
        relative to Plaintiffs' claims, including without limitation:  (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Haytham Abd al Karim al Saadi
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

3.   Sulayman Khalid Darwish
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

4.   Mahir al Sa'di
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

N.   All current or former members and/or associates of the <u>Hezbollah</u> terrorist organization. Individuals include, but are not limited to:

1.   Ali Mussa Daqduq
     <u>Address</u>:  Unknown
     <u>Subject</u>:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Sheikh Naim Qassem
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

3.   Ali Atwa
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

4.   Hasan Izz al Din
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

5.   Mohammed Hussein al Husseini
     <u>Address</u>:  Unknown
     <u>Subject</u>:  *Id.*

6.    Ibrahim Mousawi
      Address:  Unknown
      Subject: *Id.*

7.    Hussein Naboulsi
      Address:  Unknown
      Subject: *Id.*

O.   All current or former members and/or associates of the <u>HAMAS</u> terrorist organization.
     Individuals include, but are not limited to:

1.    Sheikh Ahmed Yassin
      Address:  Unknown
      Subject:  Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
      Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
      (iii) al Qaeda's funding, including support from purported Islamic charitable
      organizations, Islamic financial institutions, and foreign states such as Saudi
      Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
      and participation in other regional jihad campaigns; and (vi) al Qaeda's
      association with related terrorist organizations.

2.    Imad Khalil al Alami
      Address:  Unknown
      Subject: *Id.*

3.    Usama Hamdan
      Address:  Unknown
      Subject: *Id.*

4.    Khalid Mishaal
      Address:  Unknown
      Subject: *Id.*

5.    Musa Abu Marzook
      Address:  Unknown
      Subject: *Id.*

6.    Andel Aziz Rantisi
      Address:  Unknown
      Subject: *Id.*

P.   All current or former members and/or associates of the <u>Palestinian Islamic Jihad</u> terrorist
     organization.  Individuals include, but are not limited to:

1.    Ramadan Abdallah Shallah
      Address:  Unknown
      Subject:  Individual has information regarding a number of subject matters

relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.  Sami Amin al Arian
    Address: Unknown
    Subject: *Id.*

3.  Ramadan Abdullah Shallah
    Address: Unknown
    Subject: *Id.*

4.  Bashir Musa Mohammed Nafi
    Address: Unknown
    Subject: *Id.*

5.  Sameeh Hammoudeh
    Address: Unknown
    Subject: *Id.*

6.  Muhammed Tasir Hassan al Khatib
    Address: Unknown
    Subject: *Id.*

7.  Abd al Aziz Awda
    Address: Unknown
    Subject: *Id.*

8.  Ghassan Zayed Ballut
    Address: Unknown
    Subject: *Id.*

9.  Hatim Naji Fariz
    Address: Unknown
    Subject: *Id.*

10. Mazen al Najjar
    Address: Unknown
    Subject: *Id.*

Q.  All current or former members and/or associates of the al Aqsa Martyrs Brigade terrorist organization. Individuals include, but are not limited to:

1.    Zakaria Zubeidi
      Address: Unknown
      Subject: Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation: (i) the origins of al
      Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
      (iii) al Qaeda's funding, including support from purported Islamic charitable
      organizations, Islamic financial institutions, and foreign states such as Saudi
      Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
      and participation in other regional jihad campaigns; and (vi) al Qaeda's
      association with related terrorist organizations.

2.    Salim Thabit
      Address: Unknown
      Subject: *Id.*

3.    Taufik Tirawi
      Address: Unknown
      Subject: *Id.*

4.    Marwan Barghouti
      Address: Unknown
      Subject: *Id.*

R.    All current or former members and/or associates of the <u>Jaish e Mohammed</u> terrorist
      organization. Individuals include, but are not limited to:

1.    Mohammed Masood Azhar Alvi
      Address: Unknown
      Subject: Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation: (i) the origins of al
      Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
      (iii) al Qaeda's funding, including support from purported Islamic charitable
      organizations, Islamic financial institutions, and foreign states such as Saudi
      Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
      and participation in other regional jihad campaigns; and (vi) al Qaeda's
      association with related terrorist organizations.

2.    Maulana Massod Azhar
      Address: Unknown
      Subject: *Id.*

S.    All current or former members and/or associates of the <u>Lashkar e Tayyiba</u> terrorist
      organization. Individuals include, but are not limited to:

1.    Azam Cheema
      Address: Unknown
      Subject: Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation: (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Hafiz Abdul Rahman Makki
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

3.    Fazeel A Tul Shaykh Abu Mohammed Ameen al Peshawari
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

4.    Arif Qasmani
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

5.    Mohammed Yahya Mujahid
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

6.    Nasir Javaid
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

7.    Hafiz Abdur Rauf
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

8.    Mian Abdullah
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

9.    Mohammad Naushad Alam Khan
      <u>Address</u>: Unknown
      <u>Subject</u>: *Id.*

T.    All current or former members and/or associates of the <u>Lashkar e Jhangvi</u> terrorist organization. Individuals include, but are not limited to:

1.    Ziauddin Mehsud
      <u>Address</u>: Unknown
      <u>Subject</u>: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable

organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Munir Chandio
     Address: Unknown
     Subject: *Id.*

3.   Rizwan Muqaddam
     Address: Unknown
     Subject: *Id.*

4.   Qari Zafar
     Address: Unknown
     Subject: *Id.*

5.   Rizwan Ahmad
     Address: Unknown
     Subject: *Id.*

6.   Shafiqur Rehman
     Address: Unknown
     Subject: *Id.*

U.   All current or former members and/or associates of the <u>Armed Islamic Group</u> terrorist organization.  Individuals include, but are not limited to:

1.   Antar Zouabri
     Address: Unknown
     Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Ahmed Ressam
     Address: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
     Subject: *Id.*

V.   All current or former members and/or associates of the <u>Salafist Group for Call and Combat</u> terrorist organization.  Individuals include, but are not limited to:

1. Mokhtar Belmokhtar
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. Mustapha Nasir Ait El Hadi
   Address: Unknown
   Subject: *Id.*

3. Djamel Lounici
   Address: Unknown
   Subject: *Id.*

4. Mohamed Ben Belgacem Aouadi
   Address: Unknown
   Subject: *Id.*

5. Mokhtar Bouchoucha
   Address: Unknown
   Subject: *Id.*

6. Tarek Charaabi
   Address: Unknown
   Subject: *Id.*

7. Sami Ben Khemais Essid
   Address: Unknown
   Subject: *Id.*

W. All current or former members and/or associates of the Harakat al Shabaab al Mujahideen terrorist organization. Individuals include, but are not limited to:

1. Sheikh Moktar ali Zubeyr
   Address: Unknown
   Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Sheikh Mukhtar Robow
      Address:  Unknown
      Subject: *Id.*

3.    Fazul Abdullah Mohammed
      Address:  Unknown
      Subject: *Id.*

4.    Sheikh Muhammad Abu Fa'id
      Address:  Unknown
      Subject: *Id.*

5.    Abu Sulayman al Bandari
      Address:  Unknown
      Subject: *Id.*

6.    Abu Musa Mombasa
      Address:  Unknown
      Subject: *Id.*

7.    Abu Mansoor al Amriki
      Address:  Unknown
      Subject: *Id.*

8.    Mahmud Mujajir
      Address:  Unknown
      Subject: *Id.*

9.    Abdifatah Aweys Abu Hamza
      Address:  Unknown
      Subject: *Id.*

10.   Sheikh Xasan Xuseen
      Address:  Unknown
      Subject: *Id.*

X.    Members, staffers, investigators, and other individuals associated with the National
      Commission on Terrorist Attacks Upon the United States (the "9-11 Commission"),
      including without limitation, all individuals who were interviewed by the 9-11
      Commission and/or who provided sworn testimony or statements to the 9-11
      Commission.  Individuals include, but are not limited to:

1.    Thomas H. Kean
      Address:  Upon information and belief, the individual can be contacted through
      the Partnership For a Secure America, 2000 P Street, N.W., Suite 505,
      Washington, D.C. 20036.
      Subject:  Individual has information regarding a number of subject matters
      relative to Plaintiffs' claims, including without limitation:  (i) the origins of al

Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Lee H. Hamilton
     Address:  Upon information and belief, the individual can be contacted through the Woodrow Wilson International Center for Scholars, Ronald Reagan Building and International Trade Center, One Woodrow Wilson Plaza, 1300 Pennsylvania Ave., N.W., Washington, DC 20004-3027.
     Subject:  Id.

3.   Richard Ben-Veniste
     Address:  Upon information and belief, the individual can be contacted through Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006-1101.
     Subject:  Id.

4.   Fred F. Fielding
     Address:  Upon information and belief, the individual can be contacted through Morgan Lewis & Bockius LLP, 1111 Pennsylvania Ave., N.W., Washington, D.C. 20004-2541.
     Subject:  Id.

5.   Jamie S. Gorelick
     Address:  Upon information and belief, the individual can be contacted through Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006.
     Subject:  Id.

6.   Slade Gorton
     Address:  Upon information and belief, the individual can be contacted through the Partnership For a Secure America, 2000 P Street, N.W., Suite 505, Washington, D.C. 20036.
     Subject:  Id.

7.   Bob Kerrey
     Address:  Upon information and belief, the individual can be contacted through The New School, 66 West 12th Street, New York, New York 10011.
     Subject:  Id.

8.   John F. Lehman
     Address:  Upon information and belief, the individual can be contacted through J.F. Lehman & Company, 450 Park Avenue, 6th Floor, New York, New York 10022, or 2001 Jefferson Davis Highway, Suite 607, Arlington, VA 22202.
     Subject:  Id.

9.    Timothy J. Roemer
Address:  Upon information and belief, the individual can be contacted through the office of the U.S. Ambassador to the Republic of India.
Subject: *Id.*

10.    James R. Thompson
Address:  Upon information and belief, the individual resides in the United States.
Subject: *Id.*

11.    Philip D. Zelikow
Address:  Upon information and belief, the individual can be contacted through the University of Virginia, Corcoran Department of History, P.O. Box 400180, Charlottesville, VA 22904.
Subject: *Id.*

12.    Chris Kojm
Address:  Upon information and belief, the individual can be contacted through the National Intelligence Council, c/o the Office of the Director of National Intelligence, Washington, D.C. 20511.
Subject: *Id.*

13.    Daniel Marcus
Address:  Upon information and belief, the individual can be contacted through the American University Washington College of Law, 4801 Massachusetts Avenue, N.W., Washington, D.C. 20016.
Subject: *Id.*

14.    John Roth
Address:  Upon information and belief, the individual resides in the United States.
Subject: *Id.*

15.    Douglas Greenburg
Address:  Upon information and belief, the individual can be contacted through Latham & Watkins LLP, 555 Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304.
Subject: *Id.*

16.    Serena Wille
Address:  Upon information and belief, the individual can be contacted through Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006.
Subject: *Id.*

17.    Thomas R. Eldridge
Address:  Upon information and belief, the individual resides in the United States.
Subject: *Id.*

18.     Susan Ginsburg
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
        the Migration Policy Institute, 1400 16th Street, N.W., Suite 300, Washington,
        D.C. 20036.
        <u>Subject</u>:  *Id.*

19.     Walter T. Hempel II
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
        Centra Technology Inc., 25 Burlington Mall Road, Burlington, MA 01803.
        <u>Subject</u>:  *Id.*

20.     Janice L. Kephart
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
        The Heritage Foundation, 214 Massachusetts Avenue, N.E., Washington, D.C.
        20002.
        <u>Subject</u>:  *Id.*

21.     Kelly Moore
        <u>Address</u>:  Upon information and belief, the individual can be contacted through
        her webpage at http://www.whatthekel.com.
        <u>Subject</u>:  *Id.*

Y.      Members, staffers, investigators, and other individuals associated with the Joint Inquiry
        into the Terrorist Attacks of September 11, 2001, by the House Permanent Select
        Committee on Intelligence and the Senate Select Committee on Intelligence, including
        without limitation, all individuals who were interviewed by the Congressional Joint
        Inquiry and/or who provided sworn testimony or statements to the Congressional Joint
        Inquiry.  Individuals include, but are not limited to:

1.      Bob Graham
        <u>Address</u>:  Upon information and belief, the individual resides in the United States.
        <u>Subject</u>:  Individual has information regarding a number of subject matters
        relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
        Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
        (iii) al Qaeda's funding, including support from purported Islamic charitable
        organizations, Islamic financial institutions, and foreign states such as Saudi
        Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
        and participation in other regional jihad campaigns; and (vi) al Qaeda's
        association with related terrorist organizations.

2.      Richard C. Shelby
        <u>Address</u>:  Upon information and belief, the individual resides in the United States
        and can be contacted through his Congressional office.
        <u>Subject</u>:  *Id.*

3.      Carl Levin
        <u>Address</u>:  Upon information and belief, the individual resides in the United States

and can be contacted through his Congressional office.
<u>Subject</u>: *Id.*

4.   John D. Rockefeller
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through his Congressional office.
     <u>Subject</u>: *Id.*

5.   Dianne Feinstein
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through her Congressional office.
     <u>Subject</u>: *Id.*

6.   Ron Wyden
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through his Congressional office.
     <u>Subject</u>: *Id.*

7.   Richard J. Durbin
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through his Congressional office.
     <u>Subject</u>: *Id.*

8.   Evan Bayh
     <u>Address</u>:  Upon information and belief, the individual resides in the United States.
     <u>Subject</u>: *Id.*

9.   John Edwards
     <u>Address</u>:  Upon information and belief, the individual resides in the United States.
     <u>Subject</u>: *Id.*

10.  Barbara Mikulski
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through her Congressional office.
     <u>Subject</u>: *Id.*

11.  Jon Kyl
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through his Congressional office.
     <u>Subject</u>: *Id.*

12.  James M. Inhofe
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through his Congressional office.
     <u>Subject</u>: *Id.*

13.  Orrin Hatch
     <u>Address</u>:  Upon information and belief, the individual resides in the United States

and can be contacted through his Congressional office.
Subject: *Id.*

14.    Pat Roberts
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    Subject: *Id.*

15.    Mike DeWine
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through the Ohio Attorney General's office.
    Subject: *Id.*

16.    Fred Thompson
    Address: Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

17.    Richard Lugar
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    Subject: *Id.*

18.    Porter J. Goss
    Address: Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

19.    Nancy Pelosi
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through her Congressional office.
    Subject: *Id.*

20.    Doug Bereuter
    Address: Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

21.    Michael N. Castle
    Address: Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

22.    Sherwood L. Boehlert
    Address: Upon information and belief, the individual resides in the United States.
    Subject: *Id.*

23.    Jim Gibbons
    Address: Upon information and belief, the individual resides in the United States
    and can be contacted through the Nevada Governor's office.
    Subject: *Id.*

24. Ray LaHood
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through the office of the United States Secretary of
    Transportation.
    <u>Subject</u>:  *Id.*

25. Randy "Duke" Cunningham
    <u>Address</u>:  Upon information and belief, the individual is incarcerated in the
    United States and can be contacted through the Department of Justice and/or the
    Federal Bureau of Prisons.
    <u>Subject</u>:  *Id.*

26. Peter Hoekstra
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    <u>Subject</u>:  *Id.*

27. Richard Burr
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    <u>Subject</u>:  *Id.*

28. Saxby Chambliss
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    <u>Subject</u>:  *Id.*

29. Terry Everett
    <u>Address</u>:  Upon information and belief, the individual resides in the United States.
    <u>Subject</u>:  *Id.*

30. Sanford D. Bishop
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    <u>Subject</u>:  *Id.*

31. Jane Harman
    <u>Address</u>:  Upon information and belief, the individual resides in the United States
    and can be contacted through his Congressional office.
    <u>Subject</u>:  *Id.*

32. Gary A. Condit
    <u>Address</u>:  Upon information and belief, the individual resides in the United States.
    <u>Subject</u>:  *Id.*

33. Tim Roemer
    <u>Address</u>:  Upon information and belief, the individual can be contacted through

the office of the U.S. Ambassador to the Republic of India.
Subject: *Id.*

34.    Silvestre Reyes
Address: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
Subject: *Id.*

35.    Leonard L. Boswell
Address: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
Subject: *Id.*

36.    Collin C. Peterson
Address: Upon information and belief, the individual resides in the United States and can be contacted through his Congressional office.
Subject: *Id.*

37.    Bud Cramer
Address: Upon information and belief, the individual resides in the United States.
Subject: *Id.*

Z.    All individuals who have appeared as witnesses in hearings before the U.S. House of Representatives or U.S. Senate and provided sworn testimony and/or statements regarding terrorism-related issues, including without limitation, testimony and/or statements regarding Osama bin Laden, al Qaeda and other terrorist organizations, terrorist plots and/or attacks conducted by al Qaeda or associated terrorist groups, terrorism financing, and the role of purported Islamic charitable organizations and Islamic financial institutions in the al Qaeda terrorism network. Individuals include, but are not limited to:

1.    Stuart A. Levey
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.    Matthew A. Levitt
Address: Upon information and belief, the individual can be contacted through the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050

Washington D.C. 20036.
Subject: *Id.*

3. Lee S. Wolosky
Address: Upon information and belief, the individual can be contacted through Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, New York 10022.
Subject: *Id.*

4. Robert S. Mueller III
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Federal Bureau of Investigation.
Subject: *Id.*

5. R. Richard Newcomb
Address: Upon information and belief, the individual can be contacted through DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
Subject: *Id.*

AA. Current or former counter-terrorism officials and advisors from U.S. Government departments and agencies, including without limitation: Department of State; Department of the Treasury; Department of Homeland Security; Department of Justice; Department of Defense; Central Intelligence Agency; Federal Bureau of Investigation; Defense Intelligence Agency; National Security Agency; and the Office of the Director of National Intelligence. Individuals include, but are not limited to:

1. Stuart A. Levey
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2. R. Richard Newcomb
Address: Upon information and belief, the individual can be contacted through DLA Piper, 500 Eighth Street, N.W., Washington D.C. 20004.
Subject: *Id.*

3. Mark D. Roberts
Address: Upon information and belief, the individual resides in the United States and can be contacted through the Department of the Treasury.
Subject: *Id.*

4.    Barbara C. Hammerle
      Address:  Upon information and belief, the individual resides in the United States
      and can be contacted through the Department of the Treasury.
      Subject:  *Id.*

5.    Matthew A. Levitt
      Address:  Upon information and belief, the individual can be contacted through
      the Washington Institute for Near East Policy, 1828 L Street N.W., Suite 1050
      Washington D.C. 20036.
      Subject:  *Id.*

6.    Ambassador James B. Foley
      Address:  Upon information and belief, the individual can be contacted through
      the office of the U.S. Ambassador to the Republic of Croatia.
      Subject:  *Id.*

7.    David D. Aufhauser
      Address:  Upon information and belief, the individual can be contacted through
      Williams & Connolly, 725 Twelfth Street, N.W., Washington, D.C. 20005.
      Subject:  *Id.*

8.    George B. Wolfe
      Address:  Upon information and belief, the individual can be contacted through
      Nelson Mullins Riley & Scarborough LLP, Meridian, 17th Floor, 1320 Main
      Street, Columbia, South Carolina 29201.
      Subject:  *Id.*

9.    Patrick J. Fitzgerald
      Address:  Upon information and belief, the individual can be contacted through
      the office of the United States Attorney for the Northern District of Illinois, 219 S.
      Dearborn St., 5th Floor, Chicago, IL 60604.
      Subject:  *Id.*

10.   Philip C. Wilcox, Jr.
      Address:  Upon information and belief, the individual can be contacted through
      the Foundation for Middle East Peace, 1761 N Street, N.W., Washington, D.C.
      20036.
      Subject:  *Id.*

11.   R. James Woolsey, Jr.
      Address:  Upon information and belief, the individual can be contacted through
      Booz Allen Hamilton, 901 15th Street, N.W., Suite 900, Washington, D.C. 20005.
      Subject:  *Id.*

12.   George J. Tenet
      Address:  Upon information and belief, the individual can be contacted through
      Allen & Company LLC, 711 Fifth Avenue, New York, New York.
      Subject:  *Id.*

13. Robert S. Mueller III
    <u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Federal Bureau of Investigation.
    <u>Subject</u>:  *Id.*

14. Louis J. Freeh
    <u>Address</u>:  Upon information and belief, the individual can be contacted through Freeh Group International Solutions LLC, 500 Delaware Avenue, Suite 710, Wilmington, Delaware 19801.
    <u>Subject</u>:  *Id.*

15. William S. Sessions
    <u>Address</u>:  Upon information and belief, the individual can be contacted through Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006.
    <u>Subject</u>:  *Id.*

BB. Former members of the Arab mujahideen that were involved in, and/or associated with, regional jihad campaigns occurring around the globe following the Soviet-Afghan conflict, including without limitation:  Bosnia, Chechnya, Kosovo, Sudan, Kashmir, Pakistan, Afghanistan, Iraq, Turkey, Indonesia, Malaysia, Algeria, the Philippines, Somalia, Palestine, Yemen, Kenya, Tanzania, and Egypt.  Individuals include, but are not limited to those persons identified in **<u>Attachment A</u>**, which includes last known addresses.  Individuals have information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

CC.   All individuals that were involved in, and/or associated with, any al Qaeda-related terrorist attack or plot.  Individuals include, but are not limited to:

    1.   Osama bin Laden
       Address:  Unknown
       Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

    2.   Ayman al Zawahiri
       Address:  Unknown
       Subject: *Id.*

    3.   Khalid Sheikh Mohammed
       Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
       Subject: *Id.*

    4.   Abu Zubaydah
       Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
       Subject: *Id.*

    5.   Ramzi Binalshibh
       Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
       Subject: *Id.*

DD.   Federal Bureau of Investigation 302 Cooperating Witnesses.  Individuals include, but are not limited to:

    1.   Jamal Ahmad al Fadl
       Address:  Upon information and belief, al Fadl is in the protective custody of the United States.
       Subject:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

EE.   Individuals detained by the United States Government following the September 11, 2001 terrorist attacks and who are currently, or were previously, incarcerated at the U.S. Naval Base at Guantanamo Bay, Cuba.  Individuals include, but are not limited to:

1.   Khalid Sheikh Mohammed
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>:  Individual has information regarding a number of subject matters
     relative to Plaintiffs' claims, including without limitation:  (i) the origins of al
     Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda;
     (iii) al Qaeda's funding, including support from purported Islamic charitable
     organizations, Islamic financial institutions, and foreign states such as Saudi
     Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion
     and participation in other regional jihad campaigns; and (vi) al Qaeda's
     association with related terrorist organizations.

2.   Ramzi bin al Shibh
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

3.   Abu Zubaydah
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

4.   Ali Abdul Aziz Ali
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

5.   Abu Faraj al Libi
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

6.   Mohd Farik bin Amin (a/k/a Zubair)
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

7.   Walid bin Attash
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

8.   Abd al Rahim al Nashiri
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

9.   Majid Khan
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

10.  Mohammed Nazir bin Lep (a/k/a Lillie)
     <u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
     <u>Subject</u>: *Id.*

11.   Mustafa Ahmad al Hawsawi
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject: *Id.*

12.   Riduan bin Isomuddin (a/k/a Hambali)
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject: *Id.*

13.   Ahmed Khalfan Ghailani
      Address:  Upon information and belief, the individual is incarcerated in the
      United States and can be contacted through the Department of Justice and/or the
      Federal Bureau of Prisons.
      Subject: *Id.*

14.   Gouled Hassan Dourad
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject: *Id.*

15.   Samir N. al Hasan
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject:  International Islamic Relief Organization's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

16.   Zaid Muhamamd Sa'ad al Husayn
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on November 9, 2007.
      Subject:  Al Haramain Islamic Foundation's provision of material and financial
      support to Osama bin Laden and the al Qaeda terrorist organization.

17.   Abdel Hadi Mohammed Badan al Sebaii Sebaii
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on May 18, 2006.
      Subject: *Id.*

18.   Omar Rajab Amin
      Address:  Upon information and belief, the individual was transferred to Kuwait
      on September 14, 2006.
      Subject: *Id.*

19.   Saed Khatem al Malki
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on May 18, 2006.
      Subject: *Id.*

20.   Abdul Rahman Owaid Mohammad al Juaid
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on July 15, 2007.
      Subject: *Id.*

21.   Turki Mash Awi Zayid al Asiri
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on November 9, 2007.
      Subject:  Al Rajhi Bank's and SAAR Network's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

22.   Rashed Awad Khalaf Balkhair
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on February 20, 2007.
      Subject:  International Islamic Relief Organization's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

23.   Yunis Abdurrahman Shokuri
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject:  Saudi charity's provision of material and financial support to Osama bin
      Laden and the al Qaeda terrorist organization.

24.   Said Muhammad Husayn Qahtani
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject:  International Islamic Relief Organization's and Al Haramain Islamic
      Foundation's provision of material and financial support to Osama bin Laden and
      the al Qaeda terrorist organization.

25.   Fahd Muhammed Abdullah al Fouzan
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on September 5, 2007.
      Subject:  Al Haramain Islamic Foundation's provision of material and financial
      support to Osama bin Laden and the al Qaeda terrorist organization.

26.   Anwar Hamden Muhammed al Nur
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on December 13, 2006.
      Subject:  International Islamic Relief Organization's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

27.   Sawad al Madani
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject: *Id.*

28.   Fadil Husayn Salih Hintif
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject:  Saudi Red Crescent's provision of material and financial support to
      Osama bin Laden and the al Qaeda terrorist organization.

29.   Abdul Aziz Abdul Rahman Abdul Aziz al Baddah
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on June 24, 2006.

<u>Subject</u>: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

30.   Abd al Aziz Muhammad Ibrahim al Nasir
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on December 13, 2006.
      <u>Subject</u>: *Id.*

31.   Mohamed Atiq Awayd al Harbi
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on November 9, 2007.
      <u>Subject</u>: Saudi Red Crescent's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

32.   Wasm Awwad Umar al Wasim
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on June 24, 2006.
      <u>Subject</u>: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

33.   Abdallah Ibrahim al Rushaydan
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on May 18, 2006.
      <u>Subject</u>: International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

34.   Rashid Abd al Muslih Qa Id al Qa Id
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on June 24, 2006.
      <u>Subject</u>: *Id.*

35.   Sami al Haj
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on April 30, 2008.
      <u>Subject</u>: Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

36.   Said Ali al Shihri
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on November 9, 2007, but escaped to join al Qaeda in Yemen.
      <u>Subject</u>: Saudi Red Crescent's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

37.   Ghanim Abdul Rahman al Harbi
      <u>Address</u>: Upon information and belief, the individual was transferred to Saudi Arabia on July 15, 2007.
      <u>Subject</u>: International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

38.   Tariq Mahmoud Ahmed al Sawah
      Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
      Subject:  *Id.*

39.   Jamal Muhammed Alwai
      Address:  Upon information and belief, the individual was transferred to Yemen
      on December 19, 2009.
      Subject:  Al Haramain Islamic Foundation's provision of material and financial
      support to Osama bin Laden and the al Qaeda terrorist organization.

40.   Khalid Mahomoud Abdul Wahab al Asmr
      Address:  Upon information and belief, the individual was transferred to Jordan
      on July 19, 2005.
      Subject:  *Id.*

41.   Ahmed Hassan Jamil Suleyman
      Address:  Upon information and belief, the individual was transferred to Jordan
      on November 2, 2007.
      Subject:  International Islamic Relief Organization's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

42.   Ahmed Zeid Salem Zohair
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on June 12, 2007.
      Subject:  Al Haramain Islamic Foundation's provision of material and financial
      support to Osama bin Laden and the al Qaeda terrorist organization.

43.   Mohammed Hussein Abdallah
      Address:  Upon information and belief, the individual was transferred to Saudi
      Arabia on November 4, 2008.
      Subject:  International Islamic Relief Organization's and Saudi Red Crescent's
      provision of material and financial support to Osama bin Laden and the al Qaeda
      terrorist organization.

44.   Mustafa Ahmed Hamlily
      Address:  Upon information and belief, the individual was transferred to Algeria
      on July 2, 2008.
      Subject:  International Islamic Relief Organization's provision of material and
      financial support to Osama bin Laden and the al Qaeda terrorist organization.

45.   Salim Mahmoud Adem Mohammed Bani Amir
      Address:  Upon information and belief, the individual was transferred to Sudan on
      December 12, 2007.
      Subject:  Al Haramain Islamic Foundation's provision of material and financial
      support to Osama bin Laden and the al Qaeda terrorist organization.

46.   Abbas Habid Rumi al Naely
      Address:  Upon information and belief, the individual was transferred to Iraq on

July 17, 2009.
<u>Subject</u>:  International Islamic Relief Organization's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

47.   Abdul Latif Elbanna
<u>Address</u>:  Upon information and belief, the individual was transferred to the United Kingdom on December 19, 2007.
<u>Subject</u>: *Id.*

48.   Mammar Ameur
<u>Address</u>:  Upon information and belief, the individual was transferred to Algeria on October 6, 2008.
<u>Subject</u>:  World Assembly of Muslim Youth's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

49.   Adel Hassan Hamed
<u>Address</u>:  Upon information and belief, the individual was transferred to Sudan on December 12, 2007.
<u>Subject</u>: *Id.*

50.   Abdul al Salam al Hilal
<u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
<u>Subject</u>:  Al Haramain Islamic Foundation's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

51.   Bensayah Belkacem
<u>Address</u>:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
<u>Subject</u>:  Saudi High Commission's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

52.   Saber Mahfouz Lahmar
<u>Address</u>:  Upon information and belief, the individual was transferred to France on November 30, 2009.
<u>Subject</u>: *Id.*

53.   Mohammed Nechle
<u>Address</u>:  Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
<u>Subject</u>: *Id.*

54.   Mustafa Ait Idr
<u>Address</u>:  Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
<u>Subject</u>: *Id.*

55.   Lakhdar Boumediene
<u>Address</u>:  Upon information and belief, the individual was transferred to France

on May 15, 2009.
Subject: *Id.*

56.     Boudella al Hajj
        Address: Upon information and belief, the individual was transferred to Bosnia-Herzegovina on December 16, 2008.
        Subject: *Id.*

FF.     All individuals associated with the Dar al Imam al Shaif'i terrorist training school in the Philippines, including without limitation, school administrators or officials, teachers, religious leaders, graduates, or former students. Individuals include, but are not limited to:

1.      Mohammed Jamal Khalifa
        Address: Unknown
        Subject: *Id.*

2.      Abduragak Janjalani
        Address: Unknown
        Subject: *Id.*

GG.     Department of Justice representatives involved in the prosecutions of the following individuals, including without limitation:  Muhammad Atef; Wadih el Hage; Fazul Abdullah Mohammed; Mohamed Sadeek Odeh; Mohamed Rashed Daoud al Owhali; Ahmed Khalfan Ghailani; Ahmed Ressam; Abdelmajid Dahoumane; Zacarias Moussaoui; Richard Reid; Perouz Sedaghaty; Ahmed Ibrahim al Muhgassil; Mohammed Salameh; Nidal Ayyad; Mahmud Abouhalima; Ahmad Ajaj; Sheikh Omar Abdel Rahman; Ey Sayyid Nosair; Ibrahim A. El Gabrowny; Siddig Ibrahim Siddig Ali; Clement Hampton El; Amir Abdelghani; Fares Khallafalla; Tarig Elhassan; Fadil Abdelghani; Mohammed Saleh; Victor Alvarez; Matarawy Mohammed Said Saleh; Mustafa Kamel Mustafa; Oussama Abdullah Kassir; Haroon Rashid Aswat; Mohammed Ali Hassan al Moayad; Mohammed Mohsen Yahya Zayed; Mohammad Salman Farooq Qureshi; Muhammad Salah; Abdel Haleem al Ashqar; Mousa Abu Marzook; Mohammed Hussein; Umar Farouk Abdulmutallab; Jamal Ahmed Mohammed Ali al Badawi; Fahd al Quso; Iyman Faris; Enaam Arnaout; Abdulrahman Alamoudi; Oussama Ziade; Buford George Peterson; Najibullah Zazi, Mohamad Wali Zazi; Ahmad Afzali; Aafia Siddiqui; Adnan Shukrijumah; Jose Padilla; Adham Hassoun, Mohamed Hesham Youssef; Kifah Jayyousi; Ahmed Omar Abu Ali; Ali Salah Khalah al Marri; Khalid Sheikh Mohammed; Ali Abd al Aziz Ali; Ramzi bin al Shibh; Abu Zubaydah; Mustafa Ahmed al Hawsawi; Abu Faraj al Libi; Abd al Rahim al Nashiri; Majod Khan; Mohammed Nazir bin Lep; Riduan bin Isomuddin (a/k/a "Hambali"); Mohd Farik bin Amin (a/k/a "Zubair"); Walid bin Attash; Gouled Hassan Dourad; Ramzi Ahmed Yousef; Abdul Hakim Murad; and Wali Khan Amin Shah. Individuals include, but are not limited to:

1.      Patrick J. Fitzgerald
        Address: Upon information and belief, the individual can be contacted through the office of the United States Attorney for the Northern District of Illinois, 219 S.

Dearborn St., 5th Floor, Chicago, IL 60604.

<u>Subject</u>:  Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation:  (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; and (vi) al Qaeda's association with related terrorist organizations.

2.   Deborah L. Steiner
<u>Address</u>:  Upon information and belief, the individual can be contacted through Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago IL 60606.
<u>Subject</u>: *Id.*

3.   John C. Kocoras
<u>Address</u>:  Upon information and belief, the individual can be contacted through McDermott, Will & Emery, 227 West Monroe Street, Chicago, IL 60606.
<u>Subject</u>: *Id.*

4.   Marcos Daniel Jimenez
<u>Address</u>:  Upon information and belief, the individual can be contacted through Kasowitz Benson Torres & Friedman LLP, The Four Seasons Tower 1441 Brickell Avenue Suite 1420, Miami, FL 33131.
<u>Subject</u>: *Id.*

5.   Russell R. Killinger
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
<u>Subject</u>: *Id.*

6.   Preet Bharara
<u>Address</u>:  Upon information and belief, the individual can be contacted through the office of the United States Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007.
<u>Subject</u>: *Id.*

7.   Michael Farbiarz
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
<u>Subject</u>: *Id.*

8.   Harry A. Chernoff
<u>Address</u>:  Upon information and belief, the individual resides in the United States and can be contacted through the Department of Justice.
<u>Subject</u>: *Id.*

9.   Nicholas Lewin
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     <u>Subject</u>: *Id.*

10.  Sean S. Buckley
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     <u>Subject</u>: *Id.*

11.  Paul J. McNulty
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     Baker & McKenzie LLP, 815 Connecticut Avenue, N.W., Washington, DC
     20006.
     <u>Subject</u>: *Id.*

12.  Mary Jo White
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     Debevoise & Plimpton, 919 Third Avenue, New York, NY 10022.
     <u>Subject</u>: *Id.*

13.  Gordon D. Kromberg
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     <u>Subject</u>: *Id.*

14.  Steven P. Ward
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     <u>Subject</u>: *Id.*

15.  Christopher A. Wray
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     King & Spalding, 1700 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C.
     20006.
     <u>Subject</u>: *Id.*

16.  Andrew C. McCarthy
     <u>Address</u>:  Upon information and belief, the individual can be contacted through
     The Foundation for Defense of Democracies, P.O. Box 33249, Washington, D.C.
     20033.
     <u>Subject</u>: *Id.*

17.  Katrina C. Pflaumer
     <u>Address</u>:  Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of Justice.
     <u>Subject</u>: *Id.*

18. Andrew R. Hamilton
Address:  Upon information and belief, the individual resides in the United States
and can be contacted through the Department of Justice.
Subject:  *Id.*

19. The Honorable Steven C. Gonzalez
Address:  Upon information and belief, the individual can be contacted through
the King County Superior Court, 516 3rd Ave, Rm C-203, Seattle, WA 98104.
Subject:  *Id.*

HH. Individuals identified in the defendants' Initial Disclosures, including but not limited to:

1. Osama bin Laden
Address:  Unknown
Subject:  Information relating to Plaintiffs' claims against Dubai Islamic Bank.

2. Mustafa Ahmed al Hisawi
Address:  United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject:  *Id.*

3. Abdulla Saeed Ahmed al Sharif
Address:  Upon information and belief, the individual can be contacted through
the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
York 10019-6131.
Subject:  *Id.*

4. Mohamed Ghayyath
Address:  Unknown
Subject:  *Id.*

5. Mohammed Ayoub Mohammed
Address:  Unknown
Subject:  *Id.*

6. Zohari Saeed al Rabii
Address:  Upon information and belief, the individual can be contacted through
the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
York 10019-6131.
Subject:  *Id.*

7. Taymerz Zendaki
Address:  Upon information and belief, the individual can be contacted through
the attorneys at Clifford Chance U.S. LLP, 31 West 52nd Street, New York, New
York 10019-6131.
Subject:  *Id.*

8.  Current or former government officials
    Address:  Unknown
    Subject:  *Id.*

9.  James Risen
    Address:  Upon information and belief, the individual resides in the United States.
    Subject:  *Id.*

10. Benjamin Weiser
    Address:  Upon information and belief, the individual resides in the United States.
    Subject:  *Id.*

11. Other Journalists
    Address:  Unknown
    Subject:  *Id.*

12. Current or former employees of financial institutions
    Address:  Unknown
    Subject:  *Id.*

13. Dr. Abdelmoniem El Hillali
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
    Subject:  Information relating to Plaintiffs' claims against Sana Bell, Inc. and Sanabel al Kheer, Inc.

14. Gregory Brown
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
    Subject:  *Id.*

15. M. Yaqub Mirza
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject:  *Id.*

16. Henry Hassan
    Address:  6404 Seven Corners Place #N, Falls Church, VA 22044
    Subject:  *Id.*

17. Current or former officials with BMI, Inc.
    Address:  Unknown
    Subject:  *Id.*

18.   Sameer al Radhi
      <u>Address</u>:  Mecca, Saudi Arabia.  Upon information and belief, the individual can
      be contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      <u>Subject</u>:   Information relating to Plaintiffs' claims against the Muslim World
      League.

19.   Ahmed Thomson, Esq.
      <u>Address</u>:  Wynn Chambers, Winchester House 259-269 Old Marylebone Road,
      NW1 5RA London, United Kingdom.  Upon information and belief, the
      individual can be contacted through the attorneys at Martin F. McMahon &
      Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

20.   Ahmed Makdom
      <u>Address</u>:  46 Google St. London, W1T 4LU, United Kingdom.  Upon information
      and belief, the individual can be contacted through the attorneys at Martin F.
      McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington,
      D.C. 20036.
      <u>Subject</u>: *Id.*

21.   Saud Algrean
      <u>Address</u>:  Madrid, Spain.  Upon information and belief, the individual can be
      contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

22.   Abdul Rahman al Qasimi al Bakali
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

23.   Mohamed al Hasani
      <u>Address</u>:  P.O. Box 537, Makka, Saudi Arabia.  Upon information and belief, the
      individual can be contacted through the attorneys at Martin F. McMahon &
      Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

24.   Fahad bin Sand al Harbi
      <u>Address</u>:  Jalan Raya Cipinang Jaya No. 90, Jakarta Timur 13410, P.O. Box 4563,
      Jakarta 12045 Indonesia
      <u>Subject</u>: *Id.*

25.   Saeed Nowefae al Hamzi
      <u>Address</u>:  MWL office, Balai Islam, First Floor, No. 250-D Jalan IPOH 51200
      Kuala Lumpur, Malaysia.  Upon information and belief, the individual can be

contacted through the attorneys at Martin F. McMahon & Associates, 1150
Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

26. Hussein Daifallah al Malki
<u>Address</u>: P.O. Box 811811, Amman, Jordan. Upon information and belief, the
individual can be contacted through the attorneys at Martin F. McMahon &
Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

27. Fadel Khloud
<u>Address</u>: MWL office, P.O. Box 8570 Wuse Abuja, Nigeria. Upon information
and belief, the individual can be contacted through the attorneys at Martin F.
McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington,
D.C. 20036.
<u>Subject</u>: *Id.*

28. Ismail Dream
<u>Address</u>: Bureau de la League Islamique Mondiale, Rue Beranger Ferraud X
Masclary 1-E Etage Dakar, P.O. Box 3860. Upon information and belief, the
individual can be contacted through the attorneys at Martin F. McMahon &
Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

29. Abdulaziz Mohamed Salem Kamis
<u>Address</u>: Liaison office, South Africa Region, P.O. Box 4406, Randburg 2125
Johannesburg, South Africa. Upon information and belief, the individual can be
contacted through the attorneys at Martin F. McMahon & Associates, 1150
Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

30. Sami Al Harbi
<u>Address</u>: MWL office, Waiyaki Way Road, West Land Area, P.O. Box 52871,
Nairobi, Kenya. Upon information and belief, the individual can be contacted
through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut
Ave., N.W., Suite 900, Washington, D.C. 20036.
<u>Subject</u>: *Id.*

31. Farid Alkotani
<u>Address</u>: Viale Della Moschea 85, 00197 Roma, Italy. Upon information and
belief, the individual can be contacted through the attorneys at Martin F.
McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington,
D.C. 20036.
<u>Subject</u>: *Id.*

32. Hashem Almahrogi
<u>Address</u>: MWL office, AM Bruckhaufen 3, A-1210 Vienna, Austria. Upon

information and belief, the individual can be contacted through the attorneys at
Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900,
Washington, D.C. 20036.
Subject: *Id.*

33.   Abdul Rahim Kortic
      Address: MWL office, Vodroffsvej 8, 1900 Frederickseberg, Kobenhaven,
      Denmark.  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

34.   Dr. Ahmad H. Sakr
      Address: P.O. Box 140, Lombard, Ill. 60148
      Subject: *Id.*

35.   Dr. Vagar A. Hamdani
      Address: 635 East 14th Street, New York, New York, 10009
      Subject: *Id.*

36.   Dawud Assad
      Address: 99 Woodview Drive, Old Bridge, New Jersey
      Subject: *Id.*

37.   Dr. Muzamil H. Siddiqi
      Address: 5 Peabody Terrace, #22, Cambridge, Mass. 02138
      Subject: *Id.*

38.   Dr. Osman Ahmed
      Address: 190 Sherman Avenue, Glen Ridge, New Jersey 07028
      Subject: *Id.*

39.   Dr. Omar Z. Ghobashy
      Address: 85 Wildwood Road, New Rochelle, New York 10804
      Subject: *Id.*

40.   Amir al Islam
      Address: 44 South Munn Avenue, East Orange, New Jersey 07018
      Subject: *Id.*

41.   El Ayouty
      Address: P.O. Box 780, Jeddah 21241.  Upon information and belief, the
      individual can be contacted through the attorneys at Martin F. McMahon &
      Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

42.   Rahmatulah Enayatullah Ahmed
      Address: Upon information and belief, the individual can be contacted through

the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

43.   Mahmud Said
      Address:  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

44.   Ali al Thaqafi
      Address:  P.O. Box 537, Makkah, SA.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

45.   Ahmad Qurban
      Address:  P.O. Box 537, Makkah, SA.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

46.   Musa al Mogasme
      Address:  P.O. Box 537, Makkah, SA.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

47.   Dr. Adnan Basha
      Address:  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:   Information relating to Plaintiffs' claims against the International Islamic Relief Organization.

48.   Ahmed Thomson, Esq.
      Address:  Wynn Chambers, Winchester House 259-269 Old Marylebone Road, NW1 5RA London, United Kingdom.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

49.   Sameer al Radhi
      Address:  Mecca, Saudi Arabia.  Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject: *Id.*

50.   Mahmud Said
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

51.   Faiz Wardy
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

52.   Hamdoun Muhsin Ben Abdel Rahman
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

53.   Kuswanto Abdul Rahman
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

54.   Fahmi Abu Bakr Bin Sinker
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

55.   Aidarous Rafik
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

56.   Hamdoun Sharif Hidayet
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

57.   Ashraf Abdul Hakeem Mogahed
      Address:  Cairo, Egypt.  Upon information and belief, the individual can be
      contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

58.   Ali al Geries
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

59.   Fahd bin Muhammad Sanad al Harbi
      Address:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

60.   Abdul Kareem Khalil Othman al Mousa
      Address:  IIRO office, Jordan.  Upon information and belief, the individual can be
      contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

61.   Abdul Rauf Khalaf al Sharman
      Address:  IIRO office, Bosnia.  Upon information and belief, the individual can be
      contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

62.   Mangom Ceesay
      Address:  IIRO office, Senegal.  Upon information and belief, the individual can
      be contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

63.   Ismail Isaac Haron
      Address:  IIRO office, Nigeria.  Upon information and belief, the individual can
      be contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

64.   Saleh al Dhebiani
      Address:  IIRO office, Ethiopia.  Upon information and belief, the individual can
      be contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

65.   Ismat al Bahiti
      Address:  IIRO office, Balkan.  Upon information and belief, the individual can
      be contacted through the attorneys at Martin F. McMahon & Associates, 1150
      Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
      Subject:  *Id.*

66.   Marco Rochat
      <u>Address</u>:  3, Qual du Mont Blanc, P.O. Box 1494-1211 Geneva 1, Switzerland
      <u>Subject</u>:   Information relating to Plaintiffs' claims against Wa'el Hamza Jelaidan.

67.   Alexander Theocharides
      <u>Address</u>:  3, Qual du Mont Blanc, P.O. Box 1494-1211 Geneva 1, Switzerland
      <u>Subject</u>: *Id.*

68.   Jamal Ahmad Khashoggi
      <u>Address</u>:  Jeddah, Saudi Arabia
      <u>Subject</u>: *Id.*

69.   Badr Almotawa
      <u>Address</u>:  Jeddah, Saudi Arabia
      <u>Subject</u>: *Id.*

70.   Faculty for Soil Science Courses at Eastern Kentucky University
      <u>Address</u>:  521 Lancaster Avenue, Richmond, Kentucky 40475
      <u>Subject</u>: *Id.*

71.   Faculty for Range Management Courses at University of Arizona, Tucson
      <u>Address</u>:  The University of Arizona, Tucson, AZ 85721
      <u>Subject</u>: *Id.*

72.   General Parvez Musharaff
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

73.   H.R.H. Prince Talal bin Abdul Aziz al Saud
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

74.   H.E. Abdullah bin Saleh al Obaid
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

75.   Shaukat Aziz
      <u>Address</u>:  Upon information and belief, the individual can be contacted through
      the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
      Suite 900, Washington, D.C. 20036.
      <u>Subject</u>: *Id.*

76. Lt. Gen. Moin-ud Din Halder
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

77. Lt. Gen. Muhammad Safdar
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

78. Air Marshal Azim Jasim al Hill
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

79. H.E. Dr. Adnan Khalil Basha
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

80. H.E. Dr. Abdual Malik al Hamar
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

81. H.E. Al Sheik Hamad al Zamil
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

82. Abdul Moshin al Idris
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

83. Majid Nizani
    Address:  Upon information and belief, the individual can be contacted through
    the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
    Suite 900, Washington, D.C. 20036.
    Subject: *Id.*

84. Taha al Alwani
    Address:  Upon information and belief, the individual can be contacted through his attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject:   Information relating to Plaintiffs' claims against Jamal Barzinji.

85. Muhammad Ashraf
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: Id.

86. M. Omar Ashraf
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: Id.

87. M. Yaqub Mirza
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: Id.

88. Samir Salah
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: Id.

89. Ahmed Totonji
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
    Subject: Id.

90. Iqbal Unus
    Address:  Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite

300, Washington, D.C. 20005.
Subject: *Id.*

91.   Yousef Nada
       Address:  Unknown
       Subject: *Id.*

92.   Cherif Sedky
       Address:  Upon information and belief, the individual resides in the United States.
       Subject: *Id.*

93.   Sulaiman al Rajhi
       Address:  Unknown
       Subject: *Id.*

94.   Saleh al Wohaibi
       Address:  Unknown
       Subject:   Information relating to Plaintiffs' claims against the World Assembly of
       Muslim Youth.

95.   Dr. Manih ibn Hammad al Junahi
       Address:  Saudi Arabia
       Subject: *Id.*

96.   Dr. Tawfeeq ibn Ahmed al Qusayyer
       Address:  Unknown
       Subject: *Id.*

97.   Dr. Ahmad Abdul Qadir Bahafidhallah
       Address:  Unknown
       Subject: *Id.*

98.   Dr. Abdul Hameed Abu Soliman
       Address:  Unknown
       Subject: *Id.*

99.   Fadel Soliman
       Address:  Jeddah Saudi Arabia
       Subject: *Id.*

100.  Ibrahim Abdullah
       Address:  Egypt
       Subject: *Id.*

101.  Anwar Hajjaj
       Address:  Unknown
       Subject: *Id.*

102. Abdullah bin Laden
Address: Upon information and belief, the individual can be contacted through the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332, Jeddah Saudi Arabia.
Subject: *Id.*

103. Perouz Sedaghaty
Address: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
Subject: Information relating to Plaintiffs' claims against the Al Haramain Islamic Foundation.

104. Soliman al Buthe
Address: Upon information and belief, the individual can be contacted through the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C. 20009.
Subject: *Id.*

II. Individuals associated with the Dubai Islamic Bank. Individuals include, but are not limited to:

1. Osama bin Laden
Address: Unknown
Subject: Individual has information regarding a number of subject matters relative to Plaintiffs' claims, including without limitation: (i) the origins of al Qaeda; (ii) the financial and logistical infrastructure created to support al Qaeda; (iii) al Qaeda's funding, including support from purported Islamic charitable organizations, Islamic financial institutions, and foreign states such as Saudi Arabia; (iv) al Qaeda's-related terrorist attacks or plots; (v) al Qaeda's expansion and participation in other regional jihad campaigns; (vi) al Qaeda's association with related terrorist organizations; and (vii) Dubai Islamic Bank's provision of material and financial support to terrorist organizations such as al Qaeda.

2. Mustafa Ahmed al Hisawi
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

3. Ali Abdul Aziz Ali
Address: United States Naval Station Guantanamo Bay, Guantanamo Bay, Cuba.
Subject: *Id.*

4. Saidi Madani al Tayyib
Address: Unknown
Subject: *Id.*

5. Sheikh Mohammed bin Rashid Al Maktoum
Address: Unknown

<u>Subject</u>: Dubai Islamic Bank's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

6.   Saeed Ahmad Lootah
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

7.   Sheikh Yousef al Qaradawi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

8.   Dr. Hussain Hamid Hassan
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

9.   Dr. Ajeel Jassem Nashmi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

10.  Sheikh Mohammed Abdul Razak Alsidiq
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

11.  Sheikh Ali Muhssein al Din Qaradaghi
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

12.  Dr. Mohammed Abdul Hakim Zoeir
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

13.  Muhammad Azeem Memon
     <u>Address</u>: Unknown
     <u>Subject</u>: *Id.*

14.  Ambassador James Foley
     <u>Address</u>: Upon information and belief, the individual can be contacted through the office of the U.S. Ambassador to the Republic of Croatia.
     <u>Subject</u>: *Id.*

15.  George J. Tenet
     <u>Address</u>: Upon information and belief, the individual can be contacted through Allen & Company LLC, 711 Fifth Avenue, New York, New York.
     <u>Subject</u>: *Id.*

16.  Madeline K. Albright
     <u>Address</u>: Upon information and belief, the individual can be contacted through the Partnership For a Secure America, 2000 P Street, N.W., Suite 505,

Washington, D.C. 20036.
Subject: *Id.*

JJ.   Individuals associated with the Muslin World League.  Individuals include, but are not limited to:

1.   Dr. Abdullah bin Abdul Mohsen al Turki
Address: Unknown
Subject: Muslim World League's provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

2.   Dr. Abdullah bin Saleh al Obaid
Address: Upon information and belief, the individual can be contacted through the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036.
Subject: *Id.*

3.   Dr. Hassan A.A. Bahafzallah
Address: Unknown
Subject: *Id.*

4.   Wa'el Hamza Jelaidan
Address: Unknown
Subject: *Id.*

5.   M. Yaqub Mirza
Address: Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
Subject: *Id.*

6.   Arafat El Asahi
Address: Unknown
Subject: *Id.*

7.   Ihab Ali
Address: Unknown
Subject: *Id.*

8.   Wadih El Hage
Address: Upon information and belief, the individual is incarcerated in the United States and can be contacted through the Department of Justice and/or the Federal Bureau of Prisons.
Subject: *Id.*

9.   Stuart A. Levey
Address: Upon information and belief, the individual resides in the United States

and can be contacted through the Department of the Treasury.
<u>Subject</u>: *Id.*

KK.   Individuals associated with the International Islamic Relief Organization.  Individuals
include, but are not limited to:

1.   Adnan Basha
<u>Address</u>:  Upon information and belief, the individual can be contacted through
the attorneys at Martin F. McMahon & Associates, 1150 Connecticut Ave., N.W.,
Suite 900, Washington, D.C. 20036.
<u>Subject</u>:  International Islamic Relief Organization's provision of material and
financial support to Osama bin Laden and the al Qaeda terrorist organization.

2.   Mohammed Jamal Khalifa
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

3.   Abd al Hamid Sulaiman al Mujil
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

4.   Wa'el Hamza Jelaidan
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

5.   Abu Hamman al Saudi
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

6.   Shaykh Ahmed al Gamdin
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

7.   Abdel Aziz Zaher
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

8.   Jamal al Jibouri
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

9.   Mahmoud Jaballah
<u>Address</u>:  Unknown
<u>Subject</u>: *Id.*

10.  Sayed Abu Nesir
<u>Address</u>:  Unknown
<u>Subject</u>:

11.     Muhammad Sa'd Darwish al Shazy
        Address:  Unknown
        Subject:  *Id.*

12.     Stuart A. Levey
        Address:  Upon information and belief, the individual resides in the United States
        and can be contacted through the Department of the Treasury.
        Subject:  *Id.*

LL.   Individuals associated with the World Assembly of Muslim Youth.  Individuals include,
      but are not limited to:

1.      Adel Batterjee
        Address:  Unknown
        Subject:  World Assembly of Muslim Youth's provision of material and financial
        support to Osama bin Laden and the al Qaeda terrorist organization.

2.      Amir Khattab
        Address:  Unknown
        Subject:  *Id.*

3.      Dr. Maneh al Jahari
        Address:  Unknown
        Subject:  *Id.*

4.      Ahmed Ajaj
        Address:  Unknown
        Subject:  *Id.*

5.      Abdullah bin Laden
        Address:  Upon information and belief, the individual can be contacted through
        the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
        Jeddah Saudi Arabia.
        Subject:  *Id.*

6.      Omar bin Laden
        Address:  Upon information and belief, the individual can be contacted through
        the Saudi Binladin Group, Prince Abdullah Street, P.O. Box 122962, 21332,
        Jeddah Saudi Arabia.
        Subject:  *Id.*

7.      Nazir Qureshi
        Address:  Unknown
        Subject:  *Id.*

8.      Sayed Ali Shah Geelani
        Address:  Unknown
        Subject:  *Id.*

9.   Dr. Mohammed Ayyub Thukar
     Address: Unknown
     Subject: *Id.*

10.  Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     Subject: *Id.*

MM.   Individuals associated with the Al Haramain Islamic Foundation. Individuals include,
      but are not limited to:

1.   Aqeel Abdulaziz al Aqil
     Address: Unknown
     Subject: Al Haramain Islamic Foundation's provision of material and financial
     support to Osama bin Laden and the al Qaeda terrorist organization.

2.   Soliman al Buthe
     Address: Upon information and belief, the individual can be contacted through
     the attorneys at Bernabei & Wachtel, 1775 T Street, N.W., Washington, D.C.
     20009.
     Subject: *Id.*

3.   Perouz Sedaghaty
     Address: Upon information and belief, the individual is incarcerated in the
     United States and can be contacted through the attorneys at Bernabei & Wachtel,
     1775 T Street, N.W., Washington, D.C. 20009.
     Subject: *Id.*

4.   Mansour al Kadi
     Address: Unknown
     Subject: *Id.*

5.   Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States
     and can be contacted through the Department of the Treasury.
     Subject: *Id.*

NN.   Individuals associated with the Rabita Trust. Individuals include, but are not limited to:

1.   Wa'el Hamza Jelaidan
     Address: Unknown
     Subject: Rabita Trust's provision of material and financial support to Osama bin
     Laden and the al Qaeda terrorist organization.

2.   Stuart A. Levey
     Address: Upon information and belief, the individual resides in the United States

and can be contacted through the Department of the Treasury.
Subject: *Id.*

OO.    Individuals associated with Sana Bell, Inc.  Individuals include, but are not limited to:

  1.    M. Yaqub Mirza
        Address:  Upon information and belief, the individual can be contacted through
        the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington,
        D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite
        300, Washington, D.C. 20005.
        Subject:  Sana Bell, Inc.'s provision of material and financial support to Osama
        bin Laden and the al Qaeda terrorist organization.

  2.    Dr. Abdulrahim al Saati
        Address:  Unknown
        Subject: *Id.*

  3.    Dr. Farid Yasin Qurashi
        Address:  Unknown
        Subject: *Id.*

  4.    Sulaiman al Rajhi
        Address:  Unknown
        Subject: *Id.*

  5.    Ibrahim Afandi
        Address:  Unknown
        Subject: *Id.*

  6.    Dr. Mohammed Abdu Yamani
        Address:  Unknown
        Subject: *Id.*

  7.    Saleh Kamel
        Address:  Unknown
        Subject: *Id.*

  8.    Sandra Y. K. Loder
        Address:  Unknown
        Subject: *Id.*

  9.    James M. Towarnicky
        Address:  Unknown
        Subject: *Id.*

  10.    James T. Montgomery
        Address:  Unknown
        Subject: *Id.*

11.     Sulaiman al Ali
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

12.     Soliman Biheiri
    <u>Address</u>: Unknown
    <u>Subject</u>: *Id.*

PP.    Individuals associated with Sanabel al Kheer, Inc. Individuals include, but are not limited to:

1.     Dr. Abdullah bin Saleh al Obaid
   <u>Address</u>: Unknown
   <u>Subject</u>: Sanabel al Kheer, Inc.'s provision of material and financial support to Osama bin Laden and the al Qaeda terrorist organization.

2.     Dr. Hassan A.A. Bahafzallah
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

3.     M. Yaqub Mirza
   <u>Address</u>: Upon information and belief, the individual can be contacted through the attorneys at Luque Marino, 910 17th Street, N.W., Suite 800, Washington, D.C. 20006, and Law Office of Steven Barentzen, 1575 Eye Street, N.W., Suite 300, Washington, D.C. 20005.
   <u>Subject</u>: *Id.*

4.     Abdelmoniem M. El Hillali
   <u>Address</u>: Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
   <u>Subject</u>: *Id.*

5.     Dr. Abdul Rahmen bin Abdullah al Zaid
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

6.     Khalid Fadlalla
   <u>Address</u>: Unknown
   <u>Subject</u>: *Id.*

7.     Gregory Brown
   <u>Address</u>: Upon information and belief, the individual can be contacted through the attorneys at Manning Sossamon PLLC, 1120 20th Street, N.W., Suite 700N, Washington, D.C. 20036.
   <u>Subject</u>: *Id.*

## II.   DESCRIPTION OF RELEVANT DOCUMENTS BY CATEGORY AND LOCATION

Plaintiffs in these consolidated proceedings may use the following categories of documents to support their claims.  All documents gathered on behalf of the Plaintiffs through their own independent investigations concerning al Qaeda and the September 11, 2001 attacks, including any such documents requested under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., as amended, or those documents collected from the vast public record, represent privileged work product.  The identification of any such documents in these Amended Initial Disclosures does not waive the attorney-client privilege, the work product doctrine, or any other applicable privilege.

1.   Official designations, press releases, evidentiary memoranda, and other documentation and materials from the U.S. Department of the Treasury and the Office of Foreign Assets Control relative to the designation of individuals and entities identified on the Specially Designated Nationals and Blocked Persons list, including without limitation, all individuals and entities designated as Specially Designated Global Terrorists ("SDGT") pursuant to E.O. 13224.

2.   Official designations, press releases, evidentiary memoranda, and other documentation and materials from the United Nations Security Council's al Qaida and Taliban Sanctions Committee relative to the individuals and entities identified as having been associated with al Qaida and/or the Taliban, and which are named on the Consolidated List maintained by the Committee at www.un.org/sc/committees/1267/.

3.   U.S. Department of Defense Combatant Status Review Board unclassified summaries of evidence for Combatant Status Review Tribunals ("CSRT"), High Value Detainee ("HVD") summaries, unclassified detainee statements and testimony, Administrative Review Board transcripts and summaries of evidence, and other documentation and materials relating to those individuals who are currently, or were previously, incarcerated at the U.S. Naval Base at Guantanamo Bay, Cuba.

4.   The July 2004 Report of the National Commission on Terrorist Attacks Upon the United States ("The 9-11 Commission Report"), including without limitation, 9-11 Commission Staff Monographs and Statements, sworn witness testimony and statements before the Commission, and other 9-11 Commission documentation and materials.

5.     The December 2002 Report of the Joint Inquiry into the Terrorist Attacks of
       September 11, 2001, by the House Permanent Select Committee on Intelligence
       and the Senate Select Committee on Intelligence, including without limitation,
       sworn witness testimony and statements before the Congressional Joint Inquiry,
       and other Congressional Joint Inquiry documentation and materials.

6.     Sworn witness testimony, statements, exhibits, transcripts, and other
       documentation and materials from U.S. House of Representatives committee
       hearings and/or U.S. Senate committee hearings regarding the September 11,
       2001 attacks, al Qaeda, and terrorism-related issues.

7.     Pleadings, exhibits, witness statements, transcripts, evidentiary submissions, and
       other documentation and materials from the International Criminal Tribunal for
       the Former Yugoslavia ("ICTY") and the Office of the Prosecutor relative to the
       ICTY's extensive investigations and prosecutions of individuals for crimes
       committed in the former Yugoslavia.

8.     Pleadings, exhibits, witness statements, transcripts, evidentiary submissions, and
       other documentation and materials from trials that are directly or indirectly related
       to al Qaeda and terrorism, including without limitation, any similar trials,
       prosecutions, legal proceedings, or investigations conducted in the United States,
       in other foreign countries, or within international organizations or bodies such as
       the United Nations.

9.     Documentation and materials from U.S. Government departments and agencies
       obtained via the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as
       amended.

10.    United States and foreign government intelligence reports and/or summaries,
       terrorism reports and/or summaries, terrorism investigation reports and/or
       summaries, and other documentation and materials regarding:  (i) the origins of al
       Qaeda relative to the "holy war" against the Soviet occupation of Afghanistan; (ii)
       the influx of foreign mujahideen into Afghanistan from various parts of the
       Muslim world to fight the Soviet forces and defend Afghani Muslims; (iii) the
       vast financial and logistical infrastructure that was created to support the
       mujahideen opposition to the Soviet occupation of that country; (iv) the ostensible
       charitable organizations that operated within that infrastructure (including the
       Saudi-based charities such as the Muslim World League, International Islamic
       Relief Organization, Benevolence International Foundation, and the Saudi Red
       Crescent, among others); and (v) Osama bin Laden's goal, as the Soviets
       withdrew from Afghanistan in 1989, to spread the jihadist movement to regions
       outside of Afghanistan, and to wage war with the United States of America,
       which he believed to be the true enemy of Islam.

11.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding al Qaeda's participation in other regional jihad campaigns following the Soviet-Afghan conflict, including without limitation: Bosnia, Chechnya, Kosovo, Sudan, Kashmir, Pakistan, Afghanistan, Iraq, Turkey, Indonesia, Malaysia, Algeria, the Philippines, Somalia, Palestine, Yemen, Kenya, Tanzania, and Egypt.

12.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding any al Qaeda-related terrorist attack or plot, including without limitation: (i) the 1993 World Trade Center bombing; (ii) the 1993 killing of U.S. soldiers in Somalia ("Battle of Mogadishu"); (iii) the 1996 bombing of the Khobar Towers barracks in Dhahran, Saudi Arabia; (iv) the Operation Bojinka Plot to assassinate Pope John Paul II during a planned January 1995 visit to the Philippines and to simultaneously attack multiple U.S. airliners as they flew over the Pacific Ocean from Asia to the United States; (v) the 1997 U.S. Embassy bombings in Kenya and Tanzania; (vi) the 2000 Millennium plot to bomb the Los Angeles International airport, attack various targets in Jordan, and bomb the U.S.S. Sullivan in Yemen; (vii) the 2000 attack on the U.S.S. Cole; (viii) the September 11, 2001 attacks; (ix) the 2001 attempted bombing of American Airlines Flight 63 by convicted shoe-bomber Richard Colvin Reid; (x) the 2004 Madrid train bombings; (xi) the 2005 London bombings; and (xii) the 2009 Christmas Day attempted bombing of Northwest Airlines Flight 253 by Umar Farouk Abdulmutallab.

13.     United States and foreign government intelligence reports and/or summaries, terrorism reports and/or summaries, terrorism investigation reports and/or summaries, and other documentation and materials regarding funding for terrorist organizations such as al Qaeda, including without limitation: (i) donations to Islamic charities and other benevolent organizations; (ii) zakat contributions; (iii) hawala transactions; (iv) the role of Islamic financial institutions such as National Commercial Bank, Al Rajhi Banking and Investment Corp., and Dubai Islamic Bank, among others, in knowingly providing banking and financial services to Osama bin Laden and his al Qaeda network; (v) off-shore banking; (vi) money laundering; and (vii) other terrorism-financing schemes.

14.     Media reports and press clippings relative to Osama bin Laden, al Qaeda, and the September 11, 2001 attacks, including without limitation, news stories regarding: (i) the origins of al Qaeda and the "holy war" against the Soviet occupation of Afghanistan; (ii) the formation of al Qaeda following the Soviet-Afghan conflict and the founding members of the terrorist organization; (iii) al Qaeda's participation in other regional jihad campaigns, particularly in Bosnia, Chechnya, Indonesia, Pakistan, the Philippines, and Sudan, which enabled the terrorist group to expand its sphere of influence throughout the globe; (iv) bin Laden's anti-American and anti-Western views; (v) al Qaeda-related terrorist attacks or plots around the globe; (vi) terrorism financing; (vii) the provision of financial and

material support to al Qaeda and other terrorist groups by purported Islamic charitable organizations such as the Muslim World League, International Islamic Relief Organization, al Haramain Islamic Foundation, World Assembly of Muslim Youth, Saudi Joint Relief Committee for Kosovo and Chechnya, Third World Relief Agency, Saudi Red Crescent, Saud High Commission, Rabita Trust, and the Muwafaq Foundation, among others; (viii) the role of Islamic financial institutions such as National Commercial Bank, Al Rajhi Banking and Investment Corp., and Dubai Islamic Bank, among others, in providing banking and financial services to bin Laden and his al Qaeda network; (ix) the provision of material and financial support to bin Laden and his al Qaeda network from foreign states such as Saudi Arabia and Sudan; and (x) United States and international terrorism investigations, trials, and legal proceedings.

15.     Documents relating to the terror sponsorship activities of the defendants, including without limitation:  Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; Saudi Joint Relief Committee for Kosovo and Chechnya; Third World Relief Agency; Saudi Red Crescent; Saud High Commission; Rabita Trust; Muwafaq Foundation; Benevolence International Foundation; Perouz Sedaghaty; Wa'el Hamza Jelaidan; Mohammed Jamal Khalifa; Dubai Islamic Bank; National Commercial Bank; Khalid bin Mahfouz; Abdulrahman bin Mahfouz; Yassin al Kadi; Al Rajhi Banking and Investment Corp.; Suleiman al Rajhi; Al Shamal Bank; Faisal Islamic Bank-Sudan; Tadamon Islamic Bank, and others.

16.     Fatwas and other recorded statements by Osama bin Laden, Ayman al Zawahiri, and other senior members of al Qaeda specifically calling for jihad against the United States and other Western allies.

17.     Fatwas and other recorded statements by Saudi religious figures, including without limitation, Sheik Abdul Aziz Bin Baz.

18.     Fatwas and other recorded statements by representatives of the Dubai Islamic Bank.

19.     Fatwas and other recorded statements by officials and other individuals associated with Saudi Arabian Islamic charitable organizations, including without limitation: Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; and others.

20.     Speeches, statements, and other formal remarks by officials and other individuals associated with Saudi Arabian Islamic charitable organizations, including without limitation:  Muslim World League; International Islamic Relief Organization; World Assembly of Muslim Youth; Al Haramain Islamic Foundation; and others.

21.     Journals, newsletters, books, and other publications issued by the Muslim World League, International Islamic Relief Organization, and other defendants.

22.     Documents obtained via Letters Rogatory.

23.     Federal, state, or local filings by the defendants, including without limitation: tax records; tax returns; real estate records; corporate records; Form 990s; and Form 1023s.

The aforementioned documents are in the possession of the Plaintiffs' Executive Committees.

## III.   COMPUTATION OF DAMAGES

Per the Court's Order, the calculation of damages has been deferred until after the completion of liability discovery. *See* Judge Frank Maas's July 15, 2010 Order (MDL Docket No. 2260).

## IV.   INSURANCE POLICIES

Not applicable.

Dated: December 31, 2010                      Respectfully submitted,

*MDL Plaintiffs' Exec. Committees*

THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Plaintiffs' Amended Initial Disclosures was filed electronically this 31st day of December 2010.  Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system.  Parties may access this filing through the Court's ECF system.

J. Scott Tarbutton, Esq.

PHILADELPHIA\5837003\1  117430.000