INDEX

| Country of Origin | No. Of Persons | Page |
|---|---|---|
| 1. Algeria | 75 | 1 – 19 |
| 2. Egypt | 87 | 20 – 40 |
| 3. Iraq | 27 | 41 – 46 |
| 4. Iran | 9 | 47 – 48 |
| 5. Yemen | 19 | 49 – 53 |
| 6. Jordan | 80 | 54 – 70 |
| 7. Kuwait | 27 | 71 – 76 |
| 8. Lebanon | 28 | 77 – 83 |
| 9. Libya | 17 | 84 – 87 |
| 10. Morocco | 18 | 88 – 91 |
| 11. Palestine | 26 | 92 – 97 |
| 12. Saudi Arabia | 18 | 98 – 102 |
| 13. Syria | 108 | 103 – 127 |
| 14. Sudan | 76 | 128 – 146 |
| 15. Tunis | 49 | 147 – 158 |
| 16. Turkey | 43 | 159 – 167 |
| 17. Albania | 2 | 168 |
| 18. Bahrain | 1 | 168 |
| 19. Djibouti | 2 | 169 |
| 20. Gambia | 1 | 169 |
| 21. Georgia | 1 | 169 |
| 22. France | 2 | 170 |
| 23. Qatar | 4 | 170 – 171 |
| 24. Commores | 1 | 171 |
| 25. Luxembourg | 1 | 171 |
| 26. Mali | 1 | 171 – 172 |
| 27. Mauritania | 2 | 172 |
| 28. Germany | 1 | 172 |
| 29. Oman | 3 | 173 |
| 30. Pakistan | 5 | 174 |
| 31. Somalia | 1 | 174 – 175 |
| 32. Switzerland | 1 | 175 |
| 33. United Arab Emirates | 5 | 175 – 176 |

## ALGERIA

1. BAOUCH BADRA, daughter of Bouchentouf B. Mohamed, born 26.01.1971 in Tighenif Maascar – Algeria. The above mentioned, by Decision of Cantonal MUP Sarajevo no. 03/2.1-200-716 dated 06.10.1998, signed by Minister Dahic Ismet, was approved subsequent entry into the Birth Registry of municipality Centar. This Decision was brought on the basis of the Decision of the Ministry for civil affairs and communications of bih no. 03-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-4/97 dated 20.12.1997 regarding the giving of citizenship, about which the Ministry for civil affairs and communications via act no. 03-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-4/98 dated 05.10.1998 informed the Cantonal MUP of Sarajevo. The above person was entered into the Birth Registry in the Centar municipality in 1998 under number 11784. The above mentioned married Mechla Mohamed in O. Laghonat on 20.05.1992. In the Birth Registry her birth date is entered as 26.08.1971. The above mentioned possessed bih travel document (DOCEX comment: reference to Passport) no. 0894014 issued 06.01.1999. The above mentioned registered her place of residence on 16.11.1998 as Sarajevo, Novi Grad municipality, Trg Djece Dobrinje street no. 15, and on 29.01.2001 canceled it in favor of place of residence in Bihac, Augusta Cesarca street no. H-16. The above mentioned has not resided nor currently resides at the address Trg Djece Dobrinje 15.

2. RAFFAQ JILALI, son of Ali Mohamed and mother Zuhra nee El-Khair, born 13.03.1964 in Oued – Algeria, Personal ID Number 1303964190034. The above mentioned via Decision of the CSB (DOCEX comment: Center for Security Service) Sarajevo no. 19-136/95 dated 28.12.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved for subsequent intry into the Birth Registry of the Centar municipality. This decision was brought on the basis of the Decision of the MUP of the Republic of bih no. 07/2-204-421/92 dated 07.03.1992 regarding the entry of the above named into citizenship of the Republic of bih regarding which the MUP of the Republic of bih via act no. 07/2-204-2813 dated 03.10.1995 informed the CSB Sarajevo. The above person was entered into the Birth Registry in Centar municipality in 1996 under number 10909. The above named married Saha Lemic on 16.08.1997 in Zenica. In the Birth Registry the place of birth is listed as Oved – Zem, country of Morocco. The above named on 05.08.1997 registered his place of residence in Zenica, Milivoje Cekada street no. 73, and on 21.11.2001 changed his place of residence to Zenica, Kasipor street no. 1. The above mentioned had his bih citizenship taken from him.

3. SOFIANE AMER, son of Mohamed Ibn-Ibrahim and mother Uml Hair Bintul Mariah nee Buizah, born 21.03.1972 in Zamala – Algeria, Personal ID Number 2103972170179. The above mentioned via Decision of the CSB Sarajevo no. 19-136/95 dated 28.12.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the MUP Brpublic of bih no. 09/2-204-344/92 dated 20.02.1992 regarding the entry of the above named into citizenship. The MUP Republic of bih via act no. 07/2-204-2813 dated 03.10.1995 informed the CSB Sarajevo. The above mentioned was entered into the Birth Registry in Centar municipality in 1996 under number10945. The above mentioned married Lejla Kablar in Travnik on 09.05.1997. In the Birth Registry instead of the name Amer, he entered Ameur. The above mentioned on 12.05.1997 registered his residence as Centar – Sarajevo, Breka street no. 8, and on 20.11.1997 registered residence in Zenica, Gornji Cajdras street no. 25. The above had his bih citizenship taken from him. The above neither lives nor has ever lived at the address Breka 8, a private home owned by Mustafa Fatic.

4. HUSEINOVIC NADJIA, daughter of Mohamed Khelif and mother Djemal Fatma, born 08.03.1967 in Sid m'hamed – Algeria. The above mentioned via Decision of the Sarajevo Cantonal MUP number: UP-1-02/3.1-13-0-675 dated 19.09.2000, signed by Sector chief Senad Masovic, was approved for subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the MUP of Republic of bih no. 07/2-204-753, dated 24.04.1995 regarding the entry of the above into citizenship of the Republic of bih regarding which the Ministry for civil affairs and communications of bih, via act no. 03-204-2146/00 dated 12.09.2000 informed the Sarajevo Cantonal MUP. The above person was entered into the Birth Registry in Centar municipality during 2000 under number 11486. The above registered place of residence on 26.09.2000 as Novo Sarajevo – Sarajevo, Blagoje Parovic street no. 1. The same also registered her residence as Hessen – Germany, where in our in our DKP (DOCEX comment: Diplomatic Consular Office) in Bonn (request no. 502833) she received bih travel document no. BH706742, issued 06.06.1995, valid until 06.06.1997. The above lives at the address she is registered at – Blagoje Parovic street no. 1, with the reminder that the new street name is Paromlinska 1.

5. BEKKAYE ABDELMALEK, son of Ben Harzellah Bin Mouhamed Ben El Hadj Ben Jahia and mother Mubaraka, born 06.03.1967 in Laghaut – Algeria, Personal ID Number 0603967172673. The above, via Decision of the Sarajevo Cantonal MUP number: 19/13-200-111/94 dated 26.06.1997, signed by minister Ismet Dahic, was approved for subsequent entry into the Centar municipality Birth Registry. This Decision was brought on the basis of the Decision of the MUP of Republic of bih no. 07/2-204-1820 dated 16.12.1994 regarding the entry of the above into citizenship of Republic of bih, regarding which the MUP of Republic of bih via act no. 07/2-204-1820 dated 20.12.1994 informed the Sarajevo Cantonal MUP. The above person was entered into the Birth Registry in Centar municipality in 1997 under number 11083. In the Birth Registry excerpt the name of the above is entered as Bekkone Abdelmalek, while the name of his father is entered as Ben Hasrzellah Bin Mouhamed Ben El Hadj Ben Haji. The above mentioned registered his residence in Sarajevo, D. Filipovic street bb, then Dz. Bijedic street no. 100, he likewise resided in Italy – Parma, Sorbolo Sacaltone street no. 69,

where in our DKP in Milano (request no. 511381) he received bih travel document no. BH 660897, issued 05.06.1995. Likewise, the same possessed a bih travel document issued in bih no. BH 660897, issued 05.01.1995, no. BA 443658, issued 01.08.1997 and no. 1113160 from 23.11.1999. The above mentioned is currently employed as the secretary of the cadastral H.O. He married Fatima Terzic from Kotor Varos on 18.11.1996 in Tesanj.

6.  FARES RACHIDA, daughter of Touati and mother Fatma-Zohra nee Khodza, born 13.12.1964 in Husein Dey – Algeria. The above mentioned via Decision of the Sarajevo Cantonal MUP number: UP-1-02/3.1-13-0-1487 dated 19.08.1999, signed by Sector chief Zijad Sabitovic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought based on the Decision of the Embassy of Republic of bih in Bonn, number IV-02-15/93 dated 01.06.1994 regarding the entry of the above into citizenship, regarding which the Ministry of civil affairs and communications of bih via act no. 03-204-2109/99 dated 16.08.1999 informed the Sarajevo Cantonal MUP. The above person was entered into the Birth Registry in Centar municipality in 1999 under number 12323. The above, on 13.12.1998, in Tesanjka – Tesanj municipality, married Muhamed Sadikovic and took the last name Fares – Sadikovic. The above registered her residence on 04.09.1999 as Tesanj, Sije street bb.

7.  BOUKHALFA ZIDEN, son of Bouzida and mother Boukrana Zohra, born 28.11.1961 in Zihgoud Youcef – Algeria, Personal ID Number 2811961173529. The above mentioned via Decision of the CSB Sarajevo number: 19/05-1-200-238 dated 25.12.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved wubsequent intry into the Birth Registry of Centar municipality. This Decision was brought on the basis of Republic of bih MUP Decision number: 07/2-204-1812/94 dated 26.12.1994 regarding the entry of the above into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-1812/94 dated 06.12.1995 informed the CSB Sarajevo. The above person was entered into the Birth Registry in Centar municipality in 1996 under number 10498. In the Birth Registry excerpt the name of the above mentioned is listed as Zidene. He possessed a bih travel document no. 923448, iddued 01.03.1996, no. BA 687377, issued travel document 10.03.1998, and no 1421132, dated 29.08.1999. The above mentioned registered his residence on 01.03.1996 as Sarajevo, Gajev Trg street no. 4, and then on 23.02.1998 in Novi Grad municipality, Oslobodilaca Sarajeva street 5/1, and

On 10.10.2001 he registered residence in Ilidza, Drago Filipovic street no. 4. The above person on 29.01.1996, while residing at the Gajev Trg street no. 4 address, received a personal ID card no. 2914/96, valid for 10 years. We have determined that the above mentioned never resided at the Gajev Trg no. 4 address, nor at the Drago Filipovic no. 4 address in Ilidza.

8.  ZEDIOUI RIAD, son of Djemaji Ben Mekki and mother Maize Rahoudja, born 15.09.1970 in Setif – Algeria, Personal ID Number 1509970173521. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-69 dated 31.03.1995, signed by the Department chief Senada Povlakic, was approved to subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of Republic of bih MUP Decision number: 07/2-204-474 dated 23.03.1995, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-474, dated 30.03.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1995 under number 1045. In the Birth Registry excerpt the above mentioned listed his last name as Zedioni, and his name as Rijad. The above mentioned on 95.04.1997 married Alma Osmanovic, daughter of Muhamed and mother Selma nee Pitic, born 08.04.1975 in Sarajevo, Personal ID Number 0805975175008, after which he changed his last name to Zeidoui – Osmanovic. The above mentioned on 27.04.1995 registered his residence in Sarajevo – Centar, Halilbasic st. 28, where he was issued a Personal ID Card no. 824/95, valid for 10 years, while upon his marriage and change of last name he was issued another on 08.04.1997, Personal ID Card no. 2133/97, while registering residence on 24.07.2000 as Novi Grad municipality, Safet Hadzic street no. 90, he possessed bih travel document number: BH 513100, issued 02.05.1995 and number: BA 298030, issued 21.05.1997. Currently he is not residing at the Safet Hadzic street no. 90 address.

9.  BENDAOUD ABDELKADER, son of Abdulah and mother Mubarekh, born 06.06.1970 in Tayadet – Algeria, Personal ID Number 0606970170044. The above mentioned via Decision of the Sarajevo CSB number: 19/3-200-36 dated 16.02.1995, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2577 dated 23.12.1994 regarding the entry of the above into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-2577 dated 23.12.1994 informed the Sarajevo CSB. The above person was entered into the Birth Registry in the Center municipality in 1994 under number 2830. In the Birth Registry excerpt his name and last name were entered as Faruk Alic, while his mother's name and last name were entered as Bent Billah. Dthe same was registered in Sarajevo, Imamovic street no. 15, possessed a bih travel document no. BH552987, issued 20.02.1995 and BA 522765, issued 26.02.1997 in the Travnik Police Directorate. The above mentioned does not nor has he ever resided at the Imamovic no.15 address, a private home owned by Adem Kulovac.

10. ATIA MOHAMED, (changed to Kokic Murad), son of Bu Hajel and mother Ben Firah Rukajah, born 05.05.1961 in Hassi Elghalla – Algeria, Personal ID Number 0505961173544. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-114 dated 29.12.1994, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2577 dated 23.12.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-2577 dated 23.12.1994 informed the Sarajevo CSB. The above mentioned person is was entered into the Birth Registry of the Centar municipality in 1994, under the number 2830. In the Birth Registry excerpt the name and last name of the above mentioned were entered as Murad Kokic. The name was changed 05.08.1997 via Decision of the Travnik Station for Public Security no. 21-17-03203. The above mentioned person on 30.12.1994 registered residence in Sarajevo – Stari Grad municipality, Zelenih beretki street no. 40, and re-registered on 19.11.1996 in Travnik.

11. ZITOUNI MHAMED, son of Kaddour and mother Aichouche Magnia, born 03.03.1972 in Marsa Aslafa – Algeria, Personal ID Number 0303972173536. The above mentioned

Via Decision of the Sarajevo CSB number: 19/13-200-80 dated 15.10.1994, signed by the Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Republic of bih MUP Decision number: 07/2-204-948 dated 30.09.1994 regarding the entry of the above mentioned into citizenship regarding which the Republic of bih MUP via act number: 07/2-204-948 dated 08.10.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry in Centar municipality in 1994 under number 2230. The above mentioned was also, via Decision of the CSB Sarajevo number: 19-136/95 dated 28.12.1995, signed by Department chief Mirsada Beganovic – Zutic, approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP no. 07/2-204-341/92 dated 20.02.1992 regarding the entry of the above mentioned into citizenship regarding which the Republic of bih MUP via act number: 07/2-204-2813 dated 03.03.1992 informed the Sarajevo CSB. Reviewing the citizenship records we have determined that the above mentioned has the following Personal ID Number – 0303972172769. In the Travnik municipality on 15.03.1996, the same married Mersiha Perenda and on that occasion took the last name Zitouni-Perenda. The above mentioned on 12.05.1997 was registered in Novo Sarajevo municipality – Dzamijska street no. 7, and cancelled his residence in favor of Travnik. He possessed bih travel document no. BA 379243 issued 04.11.1996, no. 0896865 and no. 3566819, all issued in the Travnik police directorate. The above mentioned does not nor has ever resided at the Dzamijska no. 7 address, which he listed as his place of residence in Sarajevo.

12. MERABITI OUARDA, daughter of Hamadi and mother Meaza, born 07.01.1970 in Guelma – Algeria, Personal ID Number 0701970175170, journalist by profession. The above mentioned via Decision of the CSB Sarajevo number: 19/05-1-200-114 dated 23.05.1995, signed by Department chief Mirsada Beganovic - Zutic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of Decision of the Republic of bih MUP number: 07/2-204-8452 dated 19.05.1995 regarding entry of the same into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-839 dated 22.05.1995, informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1995 under number 1623. In the Birth Registry excerpt the same is entered with the name Ovarda. The above mentioned on 30.09.1994, in Guelma – Algeria, married Knani Sami. The above mentioned was registered at an undetermined address on the territory of the Centar municipality – Sarajevo, Zagreb was indicated as place of residence, Sokolgradska street no. 67, Republic of Croatia. The above mentioned, in our Diplomatic-Consular Office in Zagreb (request number 553289) received bih travel document no. 622520 issued 10.07.1995, valid until 10.07.1997.

13. KARFA AZEDDINE, son of Abbes and mother Slimani Firi, born 21.03.1967 in Algeir – Algeria, Personal ID Number 2103967173526. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-95 dated 21.11.1994, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1619, dated 12.11.1994 regarding the entry of the above mentioned into citizenship, regarding which the Repubic of bih MUP via act number: 07/2-204-1619, dated 15.11.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry in the Centar municipality in 1994 under number 2535. The above mentioned on 07.01.1995 in the bih embassy in Kuala Lumpur – Malaysia, married Zuhra Omerovic, daughter of Rasid, born 11.12.1977 in Malsh – Germany, Personal ID Number 1112977107101, who was registered in Bocinja – Maglaj, and at that time executed a change of last name from Karfa to Omerovic. The above mentioned possessed a bih travel document no. BH 284086 dated 16.09.1994. The above mentioned on 23.11.1994 registered his residence in Stari Grad municipality – Sarajevo, A. Nametko street no. 59, after which on 14.09.1996 he registered residence in Zenica municipality, ZAVNOHBIH street no. 158, and then on 06.05.1998 in Maglaj municipality, Gaj street bb.

14. AIT IDIR MUSTAFA, son of Hasemi and mother Sakrit, born 09.07.1970 in Sidi m'hamed – Algeria, Personal ID Number 0907970170001, operator by profession. The above mentioned via Decision of the Sarajevo CSB number: 19/13-200-38 dated 16.02.1995, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2714

dated 05.01.1995, regarding which the Republic of bih MUP via act number: 07/2-204-2714 dated 15.02.1995 informed the Sarajevo CSB. The above mentioned was entered into the Centar municipality Birth Registry in 1995 under number 512. He possesses a Personal ID Card Number: 836/95 dated 23.02.1995 in the Centar police directorate, valid for 10 years. In the Vogosca municipality on 12.09.1996, he married Sabiha Dedic. The same on 26.09.2000 executed a name and last name change from Air Idri to Ait Adir. The above mentioned on 23.02.1995 in Centar municipality – Sarajevo registered his residence as Kralj Tvrtko street 5/II, where he lived until 12.07.1996 when he moved to Vogosca municipality, Omladinska street no. 9/III. He possessed bih travel documents no. BH592567 issued 27.02.1995, no. BA287659 issued 29.08.1997, no. 0866622 (refused due to an error) issued 08.03.1999 and no. 0866696 issued 08.03.1999.

15. LAMRANI ATIKA, nee Benyoucef, daughter of Muhammed and mother Zineb, born 03.12.1968 in Constantine – Algeria, Personal ID Number 0312968175019. The above mentioned via Decision of the Sarajevo CSB number: 19/05-01-200-16 dated 18.01.1996, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-3541 dated 26.12.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-3541 dated 26.12.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry in Centar municipality in 1996 under number 10537. The above mentioned on 07.04.1993, in Constantine – Algeria, married Lamrani Djamel. The above mentioned on 04.04.1996 in Centar municipality registered her residence as M. Hadzijahic street no. 40, where on the same day she was issued a Personal ID Card no. 7313/96, valid for 10 years. She possessed a bih travel document no. BA428755 issued 30.05.1997 and no. 1207500 issued 11.02.1999. The above mentioned does not reside at the given address. Considering that her husband Djamel resides in Kosovo as an employee of a Kuwaiti humanitarian organization, it is possible that the above mentioned is in Kosovo.

16. LAMRANI DJAMEL, son of Ahmed and mother Zhor, born 16.01.1963 in Constantine, Algeria, Personal ID Number 1601963170006, engineer by profession. The above mentioned via Decision of the Sarajevo CSB number: 19/05-01-200-16 dated 18.01.1996, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-3541 dated 26.12.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-3541 dated 26.12.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality under number 10536. The above mentioned possesses Personal ID Card number: 6870/96 issued 30.03.1996 at the Centar police directorate, valid for 10 years. In Constantine, on 07.04.1993, he married Benyoucef Atika. The above mentioned has an underage daughter Isra, born 05.03.1994 in Split, Republic of Croatia. The above mentioned on 30.03.1996 registered his residence in Centar municipality – Sarajevo, address H. Hadzijahic no. 40, and possessed bih travel documents no. BA299080 issued 25.07.1997 and no. 1046074 issued 31.05.1999.

17. YOUNSI MOHAMED, son of Ahmed Ben Mohamed and mother Alia Ben Arbia Bent Khalifa, born 08.12.1967 in Medea – Algeria, Personal ID Number 0812967173511, economist by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-20024 dated 22.01.1996, signed by Department chief Mirsada Beganovic – Zutic, was approved for subsequent entry into the Birth Registry of Centar municipality. This Decision was based on the Decision of the Republic of bih MUP number: 07/2-204-1057 dated 28.10.1994, regarding which the Republic of bih MUP via act number: 07/2-204-1057 dated 09.01.1996 informed the Sarajevo CSB.

The above mentioned is entered into the Birth Registry of Centar municipality in 1996 under number 10677. The above mentioned possesses a Personal ID Card no. 2056/2001 issued 09.03.2001 by the Novi Grad police directorate, valid for 10 years. The above is married to Leila Achour, with whom he has an underage son Abdallah, born 05.08.1994 in Blida – Algeria. From 13.03.1996 to 24.11.1998 the above mentioned was registered on the territory of Stari Grad municipality – Ferhadija street no. 11, after which he moved to Novi Grad municipality, where he was registered at the address Trg Djece Dobrinje no. 3/III, and on 09.03.2001 on the territory of the same municipality he registered at Dobrinjske bolnice street no. 16. The above mentioned on 01.06.1993 registered his residence in Republic of Croatia – Zagreb, Ivancana street no. 2. In our Diplomatic-Consular office in Istanbul (request no. 154723), the same was issued a bih travel document no. BH 859203 dated 13.02.1995, valid until 13.02.1997. In the same travel document, his father's name is listed as Banariba, while registered residence is listed as Stari Grad municipality – Sarajevo, R. Omanovic street no. 8. Likewise, he possessed bih travel documents no. BA 211475, issued 20.02.1997 and no. 0843690 issued 18.02.1999.

18. BENHAMMOUD HAKIM, son of Abdelkader and mother Mahammedi Fatiha, born 24.05.1962 in Bowarfa Bild – Algeria, Personal ID Number 2405962172693, engineer by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-62 dated 05.09.1994, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-773 dated 30.08.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-773 dated 31.08.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1994 under number 1887. In Stari Grad municipality on 31.08.1994 the above mentioned married Ismeta Seferovic. The above mentioned registered his residence on 09.09.1994 in Stari Grad municipality – Sarajevo, Ramica sokak street no. 18b, where he received a Personal ID Card no. 1998/94, valid for 10 years. He possessed a bih travel document no. 434507, issued 10.09.1994. The above mentioned neither lives nor has ever lived at the Ramica sokak no. 18 address, registered as his place of residence in Sarajevo.

19. GHLAM ABED, son of Mustafa and mother Kamajrer Turkija, born 10.02.1956 in Gartouf – Algeria, Personal ID Number 2403956173544, technology engineer by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-65 dated 28.03.1995, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP no. 07/2-204-450 dated 18.03.1995, regarding which the Republic of bih MUP via act number: 07/2-204-450 dated 18.03.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality under number 1015. By Decision of the Sarajevo CSB number: 19/13-200-74 dated 12.04.1995, corrections were made in the Birth Registry so that instead of a birth date of 10.02.1956, a birth date of 24.03.1956 was entered, instead of the municipality of birth entered Gartout, Guertouf was entered, and instead of mother's name Kamajrer Turkija, Guemair Torkija was entered. The above mentioned on 14.03.1995 registered his residence in Stari Grad municipality – Sarajevo, Dzinina street no. 6, where he was issued a Personal ID Card no. 783/95, valid for 10 years. He possessed bih travel documents no. BH551027 issued 15.04.1995 and no. BH438675 issued 06.04.1995. The above mentioned neither lives nor has ever lived at the Dzinina no. 6 address he listed as his place of residence in Sarajevo.

20. BENAISSA ABDELMAJID, son of Abdelmaleka, born 08.09.1970 in Sidi Bel Abbes – Algeria, Personal ID Number 0809970173548, laborer by profession. By Decision of the Sarajevo CSB number: 19/13-200-61 dated 05.09.1994, signed by Department chief Suada Povlakic, he was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-772 dated 30.08.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act

Number: 07/2-204-773 dated 31.08.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1994 under number 1888. The above mentioned registered his residence on 09.09.1994 in Stari Grad municipality, Ramica sokak street no. 18/B, where he was issued a Personal ID Card no. 1997/94, valid for 10 years. He possessed a bih travel document no. 434508, issued 10.09.1994.

21. BENOUNENE ABDELKADER, son of Bouadjemija and mother Benfriha-Boudadi Jamina Bent Ali, born 12.05.1963 in Sig – Algeria, Personal ID Number 1205963172693, engineer by profession. The above mentioned, via Decision of the Sarajevo Cantonal MUP number: 19/05-1-200-51 dated 24.01.1997, signed by Minister Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of Republic of bih number: 03-204-3473/96 dated 28.12.1996, regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act number: 03-204-3473/96 dated 28.12.1996 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1997 under the number 10159. The above mentioned registered his first residence in Sarajevo on 06.02.1997 in Novo Sarajevo municipality, Marko Marulic street no 21, as well as Marko Marulic street no. 36/6 where he resided until 19.12.1997. He then moved within the same municipality to Grbavicka street no. 60/4 where he resided until 22.05.1998, when he moved to the Stari Grad municipality and on 26.05.1998 registered his residence as Bistrik Basamci no. 2. He possessed a bih travel document no. BA 265205, issued 14.02.1997, and no. 0955927 issued 15.03.1999. The address M.Marulic no. 36/6, which the above mentioned listed as his place of residence, does not exist (the largest number on this street is 25), additionally, the above mentioned neither lives nor has ever lived at the addresses M.Marulic no. 21and Grbavicka no. 60/6. The same resides at the address Bistrik basamaci br. 2.

22. MOKADEM AHMED, son of Mouhamed and mother Laimouche Cherife, born 25.03.1970 in Cherchall – Algeria, Personal ID Number 2503970173543. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-115 dated 29.12.1994, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2576 dated 23.12.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number : 07/2-204-2576 dated 23.12.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1994 under number 2831. The above mentioned married BH citizen Redzija Poparic in Travnik municipality on 10.04.1994. The above mentioned possessed bih travel documents no. BH593556 issued 30.12.1994, no. BH520308 issued 29.08.1995, no. BH 922925 issued 07.03.1996, and no. BA661594 issued 03.12.1997. The above mentioned registered his residence in Stari Grad municipality – Sarajevo, Nova mahala street bb.

23. KALTAK FATIMA, daughter of Oussaci Mohamed and mother Bou Median Fatmi, born 20.02.1964 in Oran – Algeria, Personal ID Nuumber 2002964177201, administrative worker by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-69 dated 07.10.1994, signed by Department chief Senada Povlakic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-121 dated 06.09.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-121 dated 09.09.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1994 under number 2376. The above mentioned on 22.04.1989 in Sarajevo – Stari Grad municipality, married Sucrija Kaltak and took the last name Kaltak-Oussaci. She possesses bih travel documents no. BH533504 issued 15.09.1995 and no. 1686483 issued 15.05.2000. The above mentioned on 05.08.1997 registered her residence in Sarajevo – Novo Sarajevo municipality, H. Cemerlic street no. 45, where she was issued a Personal ID Card no. 12007/97, valid for 10 years. The above mentioned does not

Reside at the listed address, but according to available data, she currently lives on the territory of Vogosca municipality, and works for the "Igasa" humanitarian organization.

24. MOKHTAR AHDOUGA MOHAMED-AREZKI, son of Maklguf, born 02.01.1965 in Mansourah – Algeria, Personal ID Number 0201965173612. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-233 dated 09.09.1996, signed by chief of Center Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of bih no. 03-204-2489 dated 27.08.1996 regarding entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih, via act number: 03-204-2489 dated 03.09.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1996 under the number 12100. He possesses bih travel documents no. BA 243723 issued 12.09.1996 and no. 142298 issued 29.05.1999. The above mentioned on 11.09.1999 registered his residence in Sarajevo – Stari Grad municipality, Logavina street no. 3, where he was issued a Personal ID Card no. 1210/96, valid for 10 years.

25. SEHILI GHANI, son of Mewlud and mother Hadra, born 19.05.1969 in Burdz Bu Ariridz – Algeria, Personal ID Number 1905969170031. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-40 dated 24.02.1995, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2111 dated 26.01.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-2111 dated 14.02.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1995 under number 746. The above mentioned on 31.10.199, in Stari Grad municipality, married Sanela Geljic. He possesses bih travel documents no. BH586998 issued 27.03.1995, no. BA430113 issued 07.06.1997, no. 1207902 issued 24.06.1999 and no. 1255004 issued 24.06.1999. The above mentioned registered his residence 18.03.1995 in Sarajevo – Centar municipality, M. Hadzijahic street no. 58, where he received a Personal ID Card no. 1054/95, valid for 10 years. He cancelled his residence there on 14.03.1997 in favor of Ilidza, address unknown.

26. SAKHRI SMAIL, son of Dzemai, born 03.05.1965 in Hussein Dey – Algeria, Personal ID Number 00305965172292. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-338 dated 25.10.1996, signed by chief of Center Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of Republic of bih number: 07/2-204-290/96 dated 31.07.1996, regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration via act number: 07/2-204-290 dated 31.07.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1996 under number 12371. He possesses bih travel documents no. BA370558 issued 29.11.1995 and no. 0898696 issued 19.03.1999. The above mentioned registered his residence 27.11.1996 in Sarajevo – Novi Grad municipality, Visegradska street no. 2, while on 19.03.2001 he registered his residence in Hadzici, Andjelka Lazetica street no. 34, where he was issued a Personal ID Card no. 393/2001, valid for 10 years. The above mentioned is married to Bengroniche Belinza. The above mentioned as of 19.03.2001 is registered as residing in Hadzici, Andelka Lazetica street no. 34, in a house owned by Sreten Tomas, where he currently resides.

27. BENGRONICHE BELINZA, daughter of Abdelkader Ben Said, born 19.05.1970 in Setif – Algeria, Personal ID Number 1905970177309. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-338 dated 25.10.1996, signed by chief of Center Ismet Dahic, was approved entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih number: 07/2-204-290/96 dated 31.07.1996, regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice

And general administration of Republic of bih via act number: 07/2-204-290 dated 31.07.1996, informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1996 under number 12372. She possesses bih travel documents no. BA371489 issued 13.12.1995 and no. 3798274 issued 25.07.2001. The above mentioned registered her residence on 27.11.1996 in Sarajevo – Novi Grad municipality, Visegradska street no. 2, while on 19.03.2001 she registered her residence as Hadzici, Andjelka Lazetica street no. 34, where she was issued a Personal ID Card no. 392/2001, valid for 10 years, and where she lives even now with her family, that is, her husband Smail Sakhri and their three children: Amin, Zekerija and Amar.

28. BOULBAIR SALIH, son of Ohar, born 20.02.1971 in Grarem Mill – Constantine – Algeria, Personal ID Number 2002971170166. The above mentioned, via Decision of the Sarajevo Cantonal MUP number: 02/3.1-200-653 dated 11.12.1997, signed by minister of Center Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih number: 03-204-10-331/97 dated 19.03.1997 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act number: 03-204-10-331, dated 26.03.1997 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1997 under number 12044. He possesses a bih travel document no. BA663762 issued 18.12.1997. The above mentioned registered his residence on 16.12.1997 in Sarajevo – Centar municipality, Kralja Tvrtka street no. 6, where he was issued a Personal ID Card no. 16327/97, valid for 10 years.

29. BOUMEDIENE LAKHADAR, son of Kada, born 27.04.1966 in Aynnsultan – Algeria, Personal ID Number 2704966172651. The above mentioned, via Decision of the Sarajevo Cantonal MUP number: 02/3.1-200-653 dated 16.09.1998, signed by the minister of Center Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of civil affairs and communications of bih number: 03-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-97, dated 20.12.1997 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of civil affairs and communications of bih via act number: 03-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/98 dated 15.09.1998 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry in Centar municipality in 1998 under number 11597. He possesses a bih travel document no. 0801081, issued 18.09.1998. The above mentioned registered his residence in Sarajevo – Novo Sarajevo municipality, Dobojska street no. 1, and then on 19.01.2001 in Novi Grad municipality, S. Fraste street no. 16, where he was issued a Personal ID Card no. 677/2001, valid for 10 years. The above mentioned is married to Bouadjmi Abbasia Nawal, with whom he has an underage daughter, Radjae, born 08.05.1996 in Evlad Sibl – Algeria. The above mentioned is employed by the "Red Crescent" humanitarian organization, which has a transaction account open in "Union Bank", but the above mentioned has no archived signature for the disposal of the funds in the account.

30. BOUADJMI ABASSIA NAWAL, daughter of Abdulkadir, born 09.05.1974 in Sidi Bel Abas – Algeria, Personal ID Number 0905974177660. The above mentioned, via Decision of the Sarajevo Cantonal MUP number: 02/3.1-200-653 dated 16.09.1998, signed by minister of Center Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of civil affairs and communications of bih number: 03-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/97 dated 20.12.1997, regarding the entry of the above mentioned into citizenship, regarding which the Ministry of civil affairs and communications of bih via act number: 03-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/98 dated 15.09.1998 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry in Centar municipality in 1998 under number 11600. The above mentioned registered her residence in Sarajevo – Novo Sarajevo municipality, Dobojska street no. 1, and then on 19.01.2001 in Novi Grad municipality, S. Fraste street no. 16, where she was issued a Personal ID Card no. 676/2001, valid for 10 years.

31. HELLASSI HALIMA, daughter of Omar, born 18.04.1971 in Guelma – Algeria, Personal ID Number 1804971177298. The above mentioned, via Decision of the Sarajevo Cantonal MUP number: 02/3.1-200-715

dated 06.10.1996, signed by minister of the Center Ismet Dahic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of civil affairs and communications of bih number: 03-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-5/97 dated 20.12.1997 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of civil affairs and communications of bih via act number: 03-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-5/98 dated 05.10.1998 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1998 under number 11770. She possesses a bih travel document no. 3817168 issued 02.10.2001. The above mentioned registered her residence in Sarajevo – Novi Grad municipality, Trg djece Dobrinje street no. 15, where she was issued a Personal ID Card no. 21554/98, valid for 10 years. The above mentioned on 23.08.1992, in Guelma, married Merabiti Salim.

32. BOUMEDMED REKIA, daughter of Boumedmed, born 17.06.1955 in Tarfaoni – Oran – Algeria, Personal ID Number1706955177227. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-71 dated 07.04.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-456 dated 14.03.1995, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-456 dated 04.04.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1996 under number 1242. The above mentioned registered her residence on 06.05.1996 in Sarajevo – Novi Grad municipality, Milan Sarac street no. 64.

33. ARAR MOHAMMED NADJIB, son of Mohamed and mother Ruba, born 05.12.1967 in Ouled Sidi Abid – Algeria, Personal ID Number 0512967170179. The above mentioned via Decision of the Sarajevo Cantonal MUP number: 02/3.1-200-567 dated 26.08.1998, digned by minister of the Center Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of civil affairs and communications of bih number: 03-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/97 dated 20.08.1998 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1998 under number 11413. In the Birth Registry excerpt he listed his father's name as Youcef. He possesses a bih travel document no. 0937167, issued 15.12.1998, where his place of residence is listed as Sipska street no. 10. The above mentioned on 24.11.1998 registered his residence in Sarajevo – Centar municipality, Dejzin Bikic street no. 10. The above mentioned on 20.01.1999 in Bagcilar – Turkey, married Turhan Kezban. He was killed at the end of 2001 in the vicinity of Kandahar, during the American bombing.

34. YAHIA AISSA MEHDI TAHAR, son of Masoud, born 14.04.1972 in Algiers – Algeria, Personal ID Number 1404972173522. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-165 dated 16.09.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1067 dated 14.09.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-1067 dated 14.09.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1995 under number 2699. The above mentioned possessed bih travel documents no. BA 525019 issued 24.10.1997 and no. 0853210 issued 27.03.1999. The above mentioned registered his residence on 18.09.1995 in Stari Grad municipality – Sarajevo, Sagardzije street no. 53, and on 05.10.1998 registered his residence in Travnik, Prnjavor street no. 14, after which, on 14.12.1998 he registered in Ilidza municipality, A. Bojovic Brko street bb – Hrasnica, and then on 30.08.2001 again in Travnik, Prnjavor street no. 14.

35. KADDARI MOHAMED, son of Idris and mother Idda, born 01.04.1965 in Tijart – Algeria, Personal ID Number 0104965173528. The above mentioned via Decision of the Sarajevo CSB number: 19/05-1-200-172 dated 23.09.1995, signed by Department chief Mirsada

Beganovic – Zutic, was approved for subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2346 dated 03.09.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act number: 07/2-204-2346 dated 03.09.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1995 under number 2806. The above mentioned possessed bih travel documents no. BH 535372 issued 27.09.1995 and no. BH 920564 issued 26.01.1996. The above mentioned registered his residence on 25.09.1995 in Sarajevo – Stari Grad municipality, Sagardzije street no. 45, and then on 28.03.2001 in Zavidovici, Sinanovici street bb.

36. Choulah Zoheir, son of Sadik and mother Selima, born on 13.09.1973 in Annaba-Algeria; personal ID# 1309973173523. The mentioned was approved by the CSB Sarajevo – act number: 19/13-200-7/95 from 05.01.1995 - signed by Chief of the Department Senada Povlakic - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based the bih MUP's number: 07/2-204-1791 from 04.01.1995 regarding the acceptance of the above mentioned person in to citizenship, regarding which the bih MUP informed the CSB Sarajevo - act number 07/2-204-1791 from 05.01.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 11. The mentioned possessed the following bih passports No. BH593971 issued 09.01.1995, No. BH284003 issued 30.12.1995, No. BH920502 issued 26.01.1996, BH 920818 issued 26.01.1996 and No. 0950789 issued 11.02.1999. The above mentioned individual registered his place of residence on 06.01.1995 in Sarajevo – municipality Stari Grad, ul. Abdeshana br. 4, and then on 17.12.1998 in Sarajevo – Novi Grad, ul. S. Pacariza Hodze br. 295E. He also lived on the address S. Pacariza Hodze br. 16 (old address Prvomajska 295E), and after certain time was departed to France. The above mentioned had his bih citizenship revoked. His current address of residence is 7. Avenue des Peuplieri Genevieve des Bois – Pariz.

37. Sahli Ali, son of Ahmed, born on 20.01.1970 in Tadj Rouna – Algeria; personal ID# 2001970173521. The mentioned was approved by the CSB Sarajevo – act number: 19/05-1-200-164 from 09.09.1995 - signed by Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-2087 from 21.08.1995 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2087 from 22.08.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 3550. The mentioned possessed the following passports: bih No. BA523617 issued 12.09.1997 and No. 1450285 issued 02.08.1999. The mentioned registered his place of residence on 16.03. 1996 in Travnik – Mali trg bb, and then on 20.04.1999 in Sarajevo – municipality "Centar" ul. Dejzina Bikica br. 10, then on 11.10.2001 was again registered in Travnik ul. Mosor br. 33.

38. Moussa Hassene, son of Ali and Abbasi Rime, born on 07.11.1966 in Annaba – Algeria; personal ID# 0711966170178, by profession – master of theology. The mentioned was approved by the CSB Sarajevo – act number: 19/05-1-200-115 from 27.05,1995 - signed by Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-856 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-856 from 22.05.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10530. The mentioned registered his place of residence on 01.12.1993 in Ljubljana – Slovenia, ul. Plesiceva br. 47 where he based on the request number 502546 in our consulate received bih passport No. BH673401 issued on 09.08.1995. The mentioned registered his place of residence on 06.03.1996 in Sarajevo – municipality "Centar", ul Oborn onasina br. 16. Allegedly, according to the owner of the house Vasva Vreto, the mentioned never lived nor lives at the mentioned address.

39. Djedaini Brahim, son of Abdelkader and mother Bellala Khedidja, born on 08.03.1962 in Tadjena – Algeria. The mentioned was approved by the CSB Sarajevo – act number: 19/13-200-73 from 05.04.1995 - signed by Chief of the Department Senada Povlakic- to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-457 from 14.03.1995 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-457 from 14.03.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10161. The mentioned is married with Benchaa Kaddidja, and has one son Oussama, born on 27.08.1994. In Tuzla.

40. Mehdaoui Mohamed, son of Abdel Kadir and mother Abdel Hak Bakhta, born on 06.04.1964 in Sidi Bel Abes – Algeria; personal ID# 0604964173527. The mentioned was approved by the CSB Sarajevo – act number: 19/05-1-200-115 from 27,05,1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-3253 from 05.01.1996 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-3253 from 05.01.1996. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10201.  The mentioned possessed passport number BH 920165 from 24.01.1996 and No. 1205005 from 19.05.1999.  The mentioned registered his place of residence on 05.11.1997 in Sarajevo – municipality "Stari Grad", ul. Ferhadija br. 24, and on 15.05.2000 in Zenica, ul. Londa br. 90

41. Saihi Mohamed, son of Saihi and mother Hamel, born on 21.02.1964 in Laghouat – Algeria, personal ID# 2102964173510. The mentioned was approved by the CSB Sarajevo – act number: 19/13-200-4 from 05.01.1995 - signed by the Chief of the Department Senada Povlakic- to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-2625 from 03.01.1995 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-2625 from 10.01.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 49. The mentioned registered his place of residence on 10.01.1995 in Sarajevo – municipality "Stari Grad", ul. Sagardzij.  He is married with Saihi Brka Hanifa, from bih, with who he has two kids – Fatima BORN ON. 1996 in Zenica, and son Hajdar, born on. 1997 in Sarajevo.  His last registered place of residence is ul. Kolodvorksa br. 7a.

42. Ouchene Mohamed, son of Omer and mother Masuda Louz, born on 13.07.1964 in Ain Delfa – Algeria, personal ID# 1307964172678, engineer by profession. The mentioned was approved by the CSB Sarajevo – act number: 19/13-200-5 from 05.01.1995 - signed by the Chief of the Department Senada Povlakic- to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on the decision of bih MUP number is not indicated regarding the acceptance of the mentioned in to citizenship. Regarding that, the MUP of bih informed the CSB Sarajevo  - act number 07/2-204-2261 from 27.12.1994, at municipal building "Centar", in 1995 the above-mentioned, was added to the list of the birth registry book – list number 509. The mentioned registered his place of residence on 22.11.1994 in Croatia – Zagreb, ul. Aleja V. Bubnja br. 9 where he over our consulate in Zagreb  (request number 553897) received bih passport BH715637 issued 20.06.1995; lawyer by profession.  Mohamed registered his place of residence on 07.11.1997 in Sarajevo – Municipality Novo Sarajevo, ul. Pofalicka br. 68, and then 02.03.1999 in municipality – Ilidza – ul. Drage Filipovica do br. 293.  The mentioned never resided at the address D. Filipovic do br. 293.  Mohamed works in H.O "Qatar Charitable Society", center is in Qatar – Doha. The agency is in Sarajevo ul. Dz. Bijedica 160/I.

43. Merabiti Nabila, daughter of Hamadi and mother Meaza, born on. 02.10.1973 in Guelma – Algeria, personal ID# 0210973175178. The mentioned was approved by the CSB Sarajevo – act number: 19/05-1-200-114 from 23,05,1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be

subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-840 from 19.05.1995 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-839 from 22.05.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 1621. The mentioned registered her place of residence on 07.06.1995 in Croatia- Zagreb, ul. Tranzit. In our consulate in Zagreb, the mentioned received (based on the request 553467) the bih passport No. BH715949 issued 05.07.1995. The mentioned registered his place of residence on 05.11.1997 in Sarajevo – municipality " Stari Grad", ul. Ferhadija br. 24, and then 15.05.2000 in Zenica, ul. Londa br. 90. The mentioned on September 30, 1994 got married in Gvelma – Algeria with Jelassi Zouheir.

44. Senoussaoui Houcine, son of Mohamed and mother Aoues Senia, born on 01.10.1968 in Sidi Bel Abbes – Algeria, personal ID# 0110968173510. The mentioned was approved by the CSB Sarajevo – act number: 19/05-1-200-141 from 22.08.1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-1082 from 03.07.1995 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-1082 from 03.07.1995. In 1995, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 2791. The above mentioned had passport No. BA772660 issued 30.03.1998 and No. 1045006 issued 14.05.1999. The mentioned registered his place of residence on 23.07.1995 in Sarajevo municipality "Stari Grad", ul. Sagardzije br. 53, and then 03.03.2000 in Zavidovici, ul. Donji Junuzovici bb. The mentioned married Alma Hadzic in Zavidiovici on 08.03.2000.

45. Yahia Aerhouche, son of Mohamed Amorkan and mother Aicha, born on, 03.01.1971 in Algeria – Algeria; personal ID# 0301971170050. The mentioned was approved by the CSB Sarajevo – act number: 19/13-200-39/94 from 00.07.1994 - signed by the Chief of the Department Senada Povlakic- to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 07/2-204-421 from 01.07.1994 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-421 from 07.07.1994. In 1994, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 1421. The mentioned possessed bih passport No. BA309737 issued 26.11.1997 in PD Travnik. On July 13, 1994 the mentioned registered his place of residence in Sarajevo – Centar, ul. Dj. Djakovica br. 59, then on October 8, 1998 registered his place of residence in Travnik, ul. 22. Oktobra 77/2; then on 24.04.2000 registered in Sarajevo – Stari Grad, ul. Mahmutovac 60D, living there as a subtenant. Curently Yahia does not live at the mentioned address.

46. Zemerline Merouane (change in last name – Zemerline-Julardzija Merouane), son of Ahmed and mother Rekuiya, born on 21.03.1971 in Fers Berrazoran – Algeria, personal ID#2103971170019. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 09/2-204-342/92 from 20.02.1992 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2813 from 03.10.1995. In 1994, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 2586. The above mentioned possessed bih passport No. BA275343 issued 06.09.1996 and No. 0891456 by PD in Travnik. The mentioned registered his place of residence on November 30, 1994 in Sarajevo – Centar, ul. Bardakcije br.56, on May 12, 1997 registered his place of residence in Sarajevo – Stari Grad, ul. Cadordzina br. 20, and on July 28, 1997 Zemerline canceled his place of residence in Travnik. On February 20, 1996 in Zenica he got married with Jularidzija Zahira and at that occasion he edited his last name from Zemerline to Zemerline-Julardzija. The above mentioned had his bih citizenship revoked.

47. Lebbad Mohamed, son of Ahemed, born on 12.05.1964 in Bouferoua – Tablat – Algeria, personal ID# 1205964170163. Based on the decision of CSB – act No. 19/05-1-200-313 from 15.10.1996 – signed by the Chief of CSB Dahic Ismet, it is approved to subsequently register the mentioned in to the birth registry book – district Centar.  This decision was made based on the decision from bih MUP act No. 09/2-204-452/92 from 23.03.1992 regarding the acceptance of the mentioned in to BIH citizenship, regarding which the MUP of bih with their act No. 09/2-204-454/92 from 23.03.1992 informed the Center of Security Service. In 1997, the mentioned was registered into the birth registry book in the municipal building "Centar" – list number 10068.  The mentioned possessed bih passport No. BA 264492 issued 23.01.1997 and No. 0843331 issued 02.03.1999.  The mentioned registered his place of residence on 16.01.1997 in Sarajevo – Centar, ul. Patriotske lige br. 38, then on 25.02.1999 registered his place of residence in Sarajevo – municipality Novi Grad, ul. Trg Zavnobih-a br. 27/1, and then on 02.11.2001 registered his place of residence in Zenica, ul. Serici br. 25.  The mentioned got married with Celenka Emsada on 15.08.1997.


48. Karim Abbes, son of Kacia, born on. 15.06.1996 in Beo – Algeria; personal ID#1506966010007. Based on the decision of the Cantonal MUP Sarajevo act No. 02/3.1-200-483 from 15.08.1997 and signed by Minister Dahic Ismet, the mentioned was approved to be subsequently registered in to the birth registry book of Centar district.  This decision was made based on the decision from Embassy of R bih located in Vienna, decision No. 334/95 from 25.12.1995 regarding the acceptance of the mentioned in to bih citizenship, regarding which the bih Ministry of Justice with their act No. IV-02-334/95 from 11.08.1997 informed the Cantonal MUP Sarajevo.  In 1997, the mentioned was subsequently added in to the birth registry book  - list number 12070.  On 30.12.1997 in Bihac, the mentioned got his unique birth registry number.


49. Akhriche Maamar, son of Habib and mother Dumayh, born on 30.10.1967 in Saida – Algeria;  personal ID# 3010967010002.

Based on the decision of Cantonal MUP Sarajevo – act No. 02/3.1-200-606 from 07.09.1998 – signed by the Minister Dahic Ismet, it is approved to subsequently register the above mentioned, in to the birth registry book – district Centar.  This decision was made based on the decision of minister of civil affairs and communications act No. 07/2-204-198/96 from 22.12.1997 regarding the acceptance of the mentioned in to BIH citizenship. Later on the Ministry of civil affairs and communications with their act No. 07/2-198/96 from 04.09.1998 informed the Cantonal MUP Sarajevo. In 1998 the mentioned was subsequently added to the list of the birth registry book – list number 11494 – municipality Centar.  In 1997 the mentioned registered his place of residence in Zenica ul. Margita br. 14, where he filled for personal ID No. 39/97.


50. Merabiti Salim, son of Hamadi and mother Jemina, born on. 24.03.1968 in Algeria – Algeria; personal ID # 2403968172683. Based on the decision of Cantonal MUP Sarajevo – act No. 02/3.1-200-634 from 14.09.1998 – signed by the Minister Dahic Ismet, it is approved to subsequently register the above mentioned, in to the birth registry book – district Centar.  This decision was made based on the decision of minister of civil affairs and communications act No. 07/2-204-2332 from 02.09.1995. Regarding the acceptance of the mentioned in to BIH citizenship, regarding which the Ministry of civil affairs and communications with their act No. 03-204-1189/98 from 07.09.1998 informed the Cantonal MUP Sarajevo. In 1998 the mentioned was subsequently added to a list of the birth registry book – list number 11611 – municipality Centar. The mentioned on September 01, 1995 registered his place of residence in Albania – Tirana, ul. Kavaje 24 P2 AP 3, and then in our consulate in Ljubljana over request No 557893 received the bih passport No. BA 353289, issued 17.03.1997, for which he listed his place of residence to be Sarajevo ul. Dizdarevica br. 6 as well as his bih passport 081336 issued 23.09.1998.  The mentioned person also registered his place of residence in Sarajevo on May 19, 1999 – ul. Dobojska br. 1 – municipality Novo Sarajevo, and then municipality Ilidza, ul. Bjelasnicka br. 216.  The mentioned got married with Hellasi Halima in Gnelma - Algeria.  The mentioned never resided at the address Bjelasnicka br. 216.

51. Saadna Bahi Amar Mohamed, born on. 01.04.1964. In El – Gaada Algeria; personal ID#
0104964172307. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from
28.12.1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently
registered in to the birth registry book of "Center" municipality. This decision was made based on bih
MUP's decision number: 09/2-204-451/92 from 23.03.1992 regarding the acceptance of the mentioned in
to citizenship, regarding which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-2813 from
03.10.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the
birth registry book – list number 10991.  The mentioned registered his place of residence on 23.06.1997 in
Sarajevo – Municipality Novi Grad, ul. B. Zenunija 79 and then on July 28, 1997 canceled his place of
residence in Zenica.


52. Bouras Rabah, son of Bachir, born on 03.11.1961 in Algeria – Algeria; personal ID#0311961172298.
The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by
the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently registered in to the birth
registry book of "Center" municipality. This decision was made based on bih MUP's decision number:
09/2-204-418/92 from 05.03.1992 regarding the acceptance of the mentioned in to citizenship, regarding
which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-2813 from 03.10.1995. In 1996, at
municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list
number 10988. The mentioned registered his place of residence on May 10, 1997 in Sarajevo – Novi Grad,
ul. A. Kruplije br. 2.  The above mentioned had his bih citizenship revoked. The mentioned never used to
live at the address A. Krupalija br. 2.


53. Rahahala Kamel, son of Saban and mother Sagude, maiden name Bahari, born on. 25.07.1968 in Vadi
El-Usmanie – Mila – Algeria; personal ID#2507968170176. The mentioned was approved by the CSB
Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by the Chief of the Department Beganovic –
Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This
decision was made based on bih MUP's decision number: 09/2-204-249/92 from 31.01.1992 regarding the
acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo  -
act number 07/2-204-2813 from 03.10.1995. In 1996, at municipal building "Centar", the above-
mentioned, was added to the list of the birth registry book – list number 10960. The mentioned registered
his place of residence on May 12, 1997 in Sarajevo – municipality Centar, ul. Kaptol br. 12, and then on
September 9, 1997 registered in Maglaj Bocinja Gornja, ul. Brdo bb; on May 30, 2001 registered in Zenica,
ul. Crnile 13C. The above mentioned had his bih citizenship revoked.



54. Gasmi Zeinedine Reda, son of Rachid, born on. 22.06.1960 in Gudura – Algeria, personal ID#
2206960173605. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from
28.12.1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently
registered in to the birth registry book of "Center" municipality. This decision was made based on bih
MUP's decision number: 09/2-204-244/92 from 31.01.1992 regarding the acceptance of the mentioned in
to citizenship, regarding which MUP of bih informed the CSB Sarajevo  - act number 07/2-204-2813 from
03.10.1995. In 1996 at municipal building "Centar", the above-mentioned, was added to the list of the birth
registry book – list number 10959.  The mentioned resided in Germany – Karlsruhe during 1997.  In our
consulate in Stuttgart, the mentioned over the request No. 770829 received bih passport No. BA 533292
issued 16.10.1997.  The mentioned registered his place of residence in Sarajevo – municipality Stari Grad,
ul. Budzak br. 3.  The mentioned is married with Tutkic Selma. The above mentioned had his bih
citizenship revoked.


55. Habchi Hadj-Mokhtar, son of Mohamed, born on 03.03.1966 in Oueld – Djelal – Algeria; personal
ID#0303966173605. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from
28.12.1995 - signed by the Chief of the Department Beganovic – Zutic Mirsada - to be subserviently

registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 09/2-241/92 from 31.01.1992 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2813 from 03.10.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 11004. The mentioned registered his place of residence on May 12, 1997 in Sarajevo – municipality Stari Grad, ul. Carina br. 9, then in Travnik – Guca Gora. The above mentioned had his bih citizenship revoked.

56. Saoud Samra, daughter of Abderzak and mother Zahida Brahic, born on 09.11.1997 in Sidi-Algeria, personal ID# 0911977178552. The mentioned possessed bih passport No. BH097915 issued 12.01.1995, No. BA 442303 issued 29.07.1997 and 1462521 from 23.08.1999. The mentioned registered her place of residence on October 25, 1994 in Sarajevo – Stari Grad, ul. Jekovac br. 44, where she filled for an ID card No. 6987/97 valid for 10 years. She is registered in the birth registry book – Stari Grad, list number 30 for the year 1990.

57. Benkhira Aissa, son of Lakhadara and Fatima, maiden name Gherbi, born on 24.01.1968 in Ghardaja – Algeria, personal ID# 2401968151985. The mentioned possessed bih passport No. 3815341 from 06.09.2001. The mentioned registered her place of residence on November 14, 1996 in Konjic, ul. 10 Hercegovacke Brigade br. 16, and registered in the birth registry book Konjic for the year 1996 – list number 488. On September 8, 1996, the mentioned canceled his old place of residence and registered in Ilidza, ul. Plandiste br. 2, and then from February 14, 2001 at new address ul. Josipa Pancica br. 30, than again canceled the old place of residence on October 3, 2001 and registered again on October 8, 2001 in municipality Novi Grad – Sarajevo, ul. Semira Fraste br.17. The mentioned filled for his first ID card in 1996 in Konjic, No. 8132, then on September 16, 1999 filled for a new ID card at Ilidza (ID# 8638/99 valid for 10 years), and then on February 15, 2001 filled for another ID card No. 733/01 using the address Hamze Celenke 20 as his place of residence. On March 24, 1994 the mentioned got married in Travnik with Dafic Ajkuna from Kalesija.

58. Boudelaa Haj, son of Omar, born on 18.04. 1965 in Laghouat – Algeria; personal ID# 1804965124131, accepted into citizenship based on the decision from bih MUP No. 07/2-204-2000 from 02.01.1995. The mentioned is registered into the birth registry book in Jelah (municipality Tesanj) list number 04 for 1995. Based on the decision of CSB Doboj No. 15-07-2002-7/95 from 05.04.1995 – signed by chief of CSB Semsudin Mehmedovic. The above-mentioned possessed bih passport No. 920823 from 22.02.1996. On January 31, 1996 the mentioned registered his place of residence in municipality Novo Sarajevo, ul. Envera Sehovica br. 17, and on the same day filled for personal ID No. 2254/96 - valid for 10 years, and on November 14, 1996 registered again his new place of residence also in Novo Sarajevo ul. Dobojska br. 1 / 4, and at the same time changed his old ID card for the new one No. 25841/96 valid.

59. Frendi Omar, son of Abdulkadira, born on 17.02.1966 in Sidi Mhamed – Algeria, personal ID# 1702966170164. Based on the decision of Cantonal MUP Sarajevo – act No. 02/3.1-200-561 from 26.08.1998 – signed by Minister Dahic Ismet, it is approved to subsequently register the above mentioned, in to the birth registry book – district Centar. This decision was made based on the decision of minister of civil affairs and communications act No. 03-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-2/97 from 24.12.1997 regarding the acceptance of the mentioned in to BIH citizenship. Later on the Ministry of civil affairs and communications with their

act No. 03-204-10-329-2/97 from 20.08.1998 informed the Cantonal MUP Sarajevo. In 1998 the mentioned was subsequently added to a list of the birth registry book – list number 11414 – municipality Centar. The mentioned registered his place of residence on September 13, 1998 in municipality Centar – Sarajevo, ul. Dejzina Bikica br. 10, later on, 16.07.1999 registered his place of residence in municipality Zenica-Mutnica, ul. Mutnica bb, and then on 20.04.2000 registered his place of residence in municipality – Stari Grad ul. Mahmutovac br. 69D, and then on 05.09.2001 registred his place of residence in municipality Zenica, ul. Mutnica br. 12.  The same individual got married with bih citizen Nadzic Nirsada.


60. Gherbi Ahmed, son of Ali Bumediene and Aiche – maiden name Larabi, born on 20.01.1965 in Sabra – Algeria, personal ID#200196515846, medicine technician by profession. The mentioned was accepted in to citizenship based on the decision of bih MUP No. 07/2-204-3368 from 11.12.1995 signed for Boris Arnaut by Hadovic –Brkan Amira.  The mentioned possessed bih passport No. BH503277 from 18.01.1996; No. 148137 issued 22.05.2000. The mentioned registered his place of residence on 17.01.1996 in Jablanica ul. Dz. Bijedica bb; on 24.06.1997 registered his place of residence in Mostar, ul. Humilisani bb; on 20.02.2000 registered his place of residence in municipality Ilidza A. Ljubunicica br. 61, where he filed for ID No. 528/2000 that is valid for 10 years.  The mentioned moved from the address Al. Ljubuncica 61 and he is probably somewhere outside the bih with his family. The mentioned is married with local women from Trebinje and has with her three kids.


61. Bouleghalegh Mohamed, son of Tayeb born on 15.11.1968 in Annaba – Algeria, personal ID# 1511968173059.  The mentioned possessed bih passport No. 284084 from 16.09.1994 and registered his place of residence in Sarajevo, ul. Hadzilojina br. 4.


62. Djemiat Smail, son of Saida, and mother Aisa – maiden name Jusufi, born on 26.11.1970 in Msila – Algeria, personal ID# 2611970124132.  Registered in the birth registry book Jelah, municipality Tesanj, list number 12 for the year of 1996, and birth registry book Jelah – list number 79 for the year of 1997. (He is married with Hadzic Almedina). The mentioned possessed bih passport No. BH 507112 from 13.12.1995; No. BA 603605 from 30.10.1997 and No. 0812808 from 29.09.1998. During 1997 the same individual worked allegedly in "Igasi", and in 1998 his registered residence place was in Sarajevo, ul. Dobojska br. 1.


63 . Hamwi Hecham, son of Mahmud, and mother Najah Dabagh, born on 16.10.1964 in Algeria – Algeria, personal ID# 1610964180012. The mentioned possesed bih passport No. BH 558201 from 08.12.1994 and BA 359252 from 15.11.1996. During that time he was registred in municipality Novi Grad- Sarajevo, ul. Safeta Hadzica br. 57.  Alegidly the mentioned is student.  Until October the mentioned was registred in Tuzla, (birth registry book No. 3530 for the year of 1994).


64. Saoud Salim, son of Abderezak, born on 27.10.1974 in Dar El Beida-Algeria, personal ID# 2710974173519. The mentioned possessed bih passport No. 097994 from 12.01.1995 No. BA 442301 form 29.07.1997 and No. 0956625 from 20.01.2000 during the time when he was registered in Sarajevo, Jekovac br. 44.


65. Djaroun Rachid, son of Asur and Sadija – maiden name Bakiri, born on 22.03.1965 in Ksar El Boukhari – Algeria, personal ID#2203965190061, registered in Zenica on 08.12.1995 (birth registry book No. 4431). Based on the decision of CSB Zenica No. 21-07/200-5543/95 from 04.12.1995 that was made based on the bih MUP act 07/2-204-2329 from 0309.1995 – signed by Borisa Arnaut.


66. Hanouf Mounir aka. "Ahmed" and "Abu Harb", son of Ahmeda and mother Zehra, born on 11.12.1970 in Jijel – Algeria. Besides Algerian citizenship he also possessed bih citizenship that he was approved – based on the decision of bih MUP act No. 07/2-204-475 from 28.03.1995.  The mentioned was registered in

Jelah (birth registry book – list number 6 for the year of 1995). The mentioned is married with local women (bih citizen) Masic Elvedina form Zeljezno Polje. The mentioned was registered in Zenica ul. Sarajevska br. 77-A, however he actually lives at ul. Blatusa 28. His personal ID# 1112970124124. Past several months he lived in Kosovo. The mentioned returned back in mid. December of this year.


67. Dikes Mahdi aka. "Halid", son of Lahdar and Najra – maiden name Imali, born on 17.10.1964 in Khemis-Miliana-Algeria. The mentioned was approved for citizenship based on the decision from MUP of R bih 07/2-204-752 from 01.05.1995. The above mentioned is registered in Jablanica – municipality Tesanj (birth registry book – page 149, list number 1 for the year of 1995). After the war the mentioned worked for a short period in the office of "BIF" – Zenica. Later on started to work for: VSK" for Kosovo, Macedonia and Albania, where he currently lives. The mentioned rarely comes to bih.


68. Douida Larbi, son of Ziana and Sadia, born on 04.07.1966 in Ouleddjellal, Algeria. The mentioned lives in bih since 1994, professor by profession (history and geography), married with local women (bih citizen). Based on the decision from bih MUP act No. 07/2-204-455 from 14.03.1995, he was approved for bih citizenship. The mentioned is registered in Tuzla (book of citizens – page 101 list number t.b. 2134/95). In 1994, the mentioned arrived to bih from Afghanistan – Kandahar. The mentioned worked in Tuzla for humanitarian organization "VSK". The mentioned is director of the Islamic Relief Organization office, - (open since last year in Tuzla)      . His registered place of residence is in Tuzla, ul. Pere Cuskica br. 32, personal ID# 407966180016.


69. Attou Mimoun, son of Ahmed and Malka – maiden name Bouarara, born on 07.05.1970 in Saida – Algeria. The mentioned is accepted in to bih citizenship based on the decision of bih MUP act No. 07/2-204-217 from 24.12.1994. Based on the decision of CSB Doboj No. 15-07200-6/95 from 02.03.1995, the above mentioned is registered in Jelah (birth registry book – list number 03 for the year of 1995), and marriage registry book – Tesanjka for the year of 1994 – list number 55. The mentioned is married with Fata from Sije- Tesanj.


70. Nechla Mohamed aka. "Sarafeldin", son of Abdel Kadera and Kultume – maiden name Dahkan, born on 02.04.1968 in Laghaut- Algeria. His personal ID # is 0204968190037. The mentioned is registered on 07.09.1995 in Zenica (birth registry book – list number 3071) based on the decision from CSB Zenica No. 21-07/200-3985/95, from 06.09.1995. The mentioned worked for the office of "Crveni Mijesec" Humanitarian Organization (red half moon) in Bihac.

The mentioned was arrested in Bihac on October 19, 2001 and is in currently in prison.


71. Boudellaa Abdel Jabar, son of Muhamed and Zuliha, born on 07.03.1964 in Laghaut – Algeria; accepted in to bih citizenship based on the bih MUP decision  No. 07/2-204-2822 from 18.10.1995 and signed by Borisa Arnaut.


72. Belaidi Said, son of Mohamed and Fatima – maiden name Bencha, born on 12.04.1972 in Constantine, Algeria; accepted in to bih citizenship base on the decision from the Ministry of Justice and General administration No. 03/204-2907 from 15.08.1996 – signed by Vildana Kustura. Request for citizenship was submitted to bih consulate in Stuttgart – Germany – (list of the bih Ministry for Foreign Affairs No. 08-12-16493).


73. Boutrif Djamel, son of Aharifa and Zubejda – maiden name Feughour, born on 08.12.1965 in Zeghia Mila – Algeria; personal ID# 0812965190052; accepted in to the bih citizenship based on the decision from bih MUP No. 07/2-204-709 from 08.04.1995 – signed by Borisa Arnaut. The mentioned is married with

Rizvanovic Selma, born on 08.03.1980 in Zenica. Two of them have one child. The mentioned registered his place of residence in Zavidovici and lives at ul. Lisacka br. 97.

74. Bensayah Belkacem aka "Mezd", "Belkasem Ahmed" , "Abdul Medzid" and "Mesa", son of Beshera and mother Khayrah, born on 10.09.1962 in Warqala, Algeria; until 1996 used the documents with the following information: Al Sabahi Abdulkarim, son of Ahmed and Alija, born on 10.09.1960 in Miswar, Sana, - country Yemen; possessed Yemeni passport based on what the CSB Zenica made decision No. 21-07/200-611 from 29.01.1996 approving to the mentioned to be registered in to the birth registry book in Zenica on January 30, 1996 – list number 377. The following JMB No. Was given to him 1009960190034. The above-mentioned lives as subtenant in Zenica, in the house of Alajbegovic Nusreta, Ul. Gorazdanska br. 184. The mentioned is married with local women – Kobilica Amela from Zenica. He was arrested last year in November of 2001 and is currently imprisoned in KPZ Zenica.

75. Mourad Ben Hamza, son of Ibrahim, born on 27.01.1972 in Jijel – Algeria; personal ID# 2701972170165. . Based on the decision of CSB – act No. 19/05-1-200-325 from 15.10.1996 – signed by the Chief of CSB Dahic Ismet, it is approved to subsequently register the mentioned in to the birth registry book – district Centar. This decision was made based on the decision from bih MUP act No. 09/2-204-454/92 from 23.03.1992 regarding the acceptance of the mentioned in to BIH citizenship, regarding which the MUP of bih with their act No. 09/2-204-454/92 from 23.03.1992 informed the Center of Security Service Service. In 1997, the mentioned was registered into the birth registry book in the municipal building "Centar" – list number 10066. On May 16, 1997 the mentioned got married with Kafedzic Aida from Maglaj – (recorded in MKV No. 56/1997). The mentioned submitted request for an extension of his visa. His place of residence is listed as Sarajevo – Centar, ul. Kosevo 5; his local ID# is 644/97 and passport No. BA 264486. The mentioned registered his place of residence on 16.01.1997 in municipality Centar – Sarajevo, ul. Kosevo br. 5; on 09.09.1997 registred his place of residence in municipality – Maglaj – Bocinja Gronja, u. Dolina bb; on 19.09.2000 registered his residence in Zenica, ul. J. Bungura br. 20.

EGYPT

1. Seror Saied (changed his last name to Colic) aka. "Abu Minaa", son of Mohamed Shibl and mother Khadra – maiden name Mohamed Khosta, born on 02.061962 in Al Bataun – Egypt; personal ID# 0206962172293. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 09/2-204-455/92 from 23.02.1992 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2813 from 03.10.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10999. On January 27th the mentioned got married with Colic Suvada. At that occasion, the mentioned changed his last name to Colic instead of Seror. On May 10, 1997 the mentioned registered his place of residence in municipality Novi Grad – Sarajevo, ul. V. Maglajlic br. 1. On August 1, 1995, the mentioned filled for personal ID card No. 7200/95; on June 23, 1997 registered his place of residence in municipality Novi Grad – Sarajevo, ul. 21 Maja bb; on 09.09.1997 the mentioned, registered his place of residence in Maglaj – Bocinja Gornja, ul. Paravci bb; on 21.06.2000 registered his place of residence in municipality Novo Sarajevo – Sarajevo, ul. Kolodvorska br. 13/16; on 31.07.2000 registered his place of residence in Maglaj – Bocinja Gornja, ul. Paravci bb. The above mentioned had his bih citizenship revoked.

2. Faragalla Eslam (change in last name Durmo Eslam) aka. "Imad Al Misri" and "Sejh Imad", son of Ahmed Amed and mother Hajam Hasan, maiden name Abdelgari, born on 18.10.1964 in Kairo – Egypt; personal ID# 1810964173619. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number:

09/2-204-458/92 from 23.03.1992 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2813 from 03.10.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10989.

On September 10, 1994 in Zenica, the above mentioned got married with Durmo Ajla and at that occasion changed his last name form Fargalla to Durmo. On May 10, the mentioned registered his place of residence in Sarajevo – Stari Grad, ul. Alije Nametka br. 2; on 17.04.1998 registered his place of residence in Maglaj municipality – Bocinja Gornja, ul. Ravan bb; on 12.10.2000 registered his place of residence on Ilidza, ul. G. Jankovica br. 14.  The mentioned possessed bih passport No. BA717993 issued on 31.12.1997 in PD Novi Travnik. The above mentioned had is bih citizenship revoked and he was deported to Egypt.


3. Ayad Osama (change to Shela Osama), son of Abu El Yazzed and mother Zenat, born on 10.04.1960 in Zagazik – Egypt; personal ID# 1004960170163. The mentioned was approved by the CSB Sarajevo – act number: 19-136/95 from 28.12.1995 - signed by Beganovic – Zutic Mirsada - to be subserviently registered in to the birth registry book of "Center" municipality. This decision was made based on bih MUP's decision number: 09/2-204-285/92 from 05.02.1992 regarding the acceptance of the mentioned in to citizenship, regarding which MUP of bih informed the CSB Sarajevo - act number 07/2-204-2813 from 03.10.1995. In 1996, at municipal building "Centar", the above-mentioned, was added to the list of the birth registry book – list number 10970. On April 28,1994, in Maglaj the mentioned got married with Shela Mervana.  Later on the mentioned changed his last name from Ayad to Shela.  On May 12, 1997 the mentioned registered his place of residence in municipality Centar – Sarajevo; on 08.09.1997 registered his place of residence in Municipality Maglaj – Bocinja Gornja, ul. Dolina bb; on 20.03.2000 registered place of residence in municipality Novo Sarajevo, ul. Zmaja od Bosne br. 18; on 05.10.2000 registered in Zenica, ul. Bistua Nuova br. 125.  The above mentioned had his bih citizenship revoked.


4.  IMAN GENGEHY, daughter of Mohamed and mother Nefret, born September 13, 1956, in Behera-Egypt, JMB 1309956177760.  By the Decision CSB Sarajevo No. 19/05-1-200-103 of May 6, 1995, signed by the Department Chief Beganovic-Zutic Mirsad, she has the permission to subsequently be entered into the record book of municipality Center.  This Decision was made on the basis of the Decision of MUP rbih No. 07/2-204-837 of May 4, 1995, about which MUP rbih informed the CSB Sarajevo in the act No. 07/2-204-837 of May 4, 1995.  The aforementioned person has been registered in the registry book in the municipality Center-Sarajevo in 1995 under the No. 1455.  With the aforementioned Decision the subsequent entry into the registry book has been also granted to her young children Abdelkarim Ala, born April 23, 1985, in El Minia-Agypt, registered in the registry book  Center-Sarajevo in 1998 under the No. 11,420;  Abdelkarim Khalid, born October 31, 1988 in El Minia-Egypt, registered in the registry book of municipality Center-Sarajevo in 1998 under the No.11421;  Abdelkarim Amra, born February 20, 1990 in El Minia-Egypt, registered in the registry book of municipality Center-Sarajevo in 1998 under the No. 11422;  Abdelkarim Suhell born August 7, 1992, in El Minia-Egypt, entered into the registry book of municipality Center-Sarajevo in 1998 under the No. 11423.   She had passport of bih No. BH 513850 of May 9, 1995, issued on JMB 1309956175164, No. BA 345077 of May 16, 1997 and No. 1482866 of February 18, 2000.  She registered for residence in the municipality Novo-Sarajevo, Envera Sehovica St. 11, on May 9, 1995, where she, the same day, received the ID card No. 1070/95, and which is valid for ten years.

5.  MOHAMED ABDELHALIM ABDELGAFFAR ASHRAF, son of Mohamed and mother Hanim Dzeamlidina, born February 12, 1956 in Giza, Egypt, personal ID card: 1202956172670.  He was granted the permission to again register in the registry book of municipality Center by the Decision of Security Service Center Sarajevo No. 19-13-200-117 of December 30, 1994, signed by the Department Chief Senad Povlakic.  This Decision was made on the Decision of MUP rbih No. 7/2-204-1652 November 16, 1994, about which MUP rbih informed the Security Service Center Sarajevo with the act No. 07/2-204-1652 of November 16, 1994.   He was registered in the registry book of municipality Center-Sarajevo in 1995 under the No. 1382.  He had passport of bih No. BH 835255 of May 2, 1995, issued on JMB 1202956000000, issued in our DKP in Bonn (based on the request No. 510657) with regard that he had the registration of residence from December 10, 1993 in Great Britain – London,

Criekelwood 3234, and passport of bih No. BH 513288 of May 3, 1995, No. BA 345078 of May 16, 1997, No. 0848601 of January 28, 1999 and No. 1494545 of March 31, 2000. He did his registration of residence in Novo Sarajevo-Sarajevo, Envera Sehovica St. 11, where his ID card was issued No. 2460/01 and which is valid ten years. March 30, 2000, he changed his name from Mohamed Abdelhalim Abdelgaffar to Abdelgaffar.

6. SAID MAHMOUD, son of Youssef and mother Mounira, born September 2, 1962 in Beni Swef-Egypt, JMB 020996217352. The permit for his subsequent registration into the registry book of municipality Ceter was given by the Decision CSB Sarajevo No. 19/13-200-54 of March 11, 1995 signed by the Department Chief Senad Povlakic. This Decision was based on the Decision of MUP rbih No. 07/2-204-39 of January 23, 1995, and of which MUP rbih informed CSB Sarajevo by the act No. 07/2-204-39 of March 9, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1995 under No. 2789. He had bih passport No. 535208 of September 25, 1995, No. BA 602953 of October 15, 1997, No. 0800117of September 3, 1998 and No. 3816929 of October  2, 2001. He registered for residence in municipality of Stari Grad-Sarajevo, Despiceva St. 1,on September 22, 1995, then July 21, 1998, in Novi Grad-Sarajevo, Bosanska St. 16, and on November 3, 2000. In municipality Novo Sarajevo, Behdzeta Mutevelica St. 2A, as well as May 11, 2001, he was registered for residence in municipality Novo Sarajevo, Lozionicka St. 7, where he got his ID card No. 6547/2001 on September 24, 2001, and which was valid for ten years.
Said Mahmoud is employed at H.O. "Red Crescebt Society For U.A.E.", with its seat in UAE Abu Dhabi, presidency in Sarajevo, in Dz. Bijedica St. 160/III.

7. HASSAN SHERIF, son of Alya and mother Seida, born January 29, 1964, in Cairo-Egypt, JMB 2901964170023. By the Decision of CSB Sarajevo No. 19/05-1-200-160 of September 2, 1995, signed by the Department Chief Beganovic-Zutic Mirsad , he was re-registered in the registry book of municipality Center. This Decision was based on the Decision of MUP rbih No. 07/2-204-2265 of August 25, 1995, about which MUP of rbih informed CSB Sarajevo by the act No. 07/2-204-2265 of August 25, 1995.   The above mentioned person has been registered in registry book in municipality Center-Sarajevo in 1995 under the No. 2573.  He had passport bih No. BH 520534 of September 5, 1995, BA 687604, of March 4, 1998 and No. 0976008 of January 25, 1999. He registered for residence in municipality Center-Sarajevo, Bjelave St. 11, and from September  10, 1998, he registered for residence in municipality Ilidza, Jahiela Fincija St. 53,  where he, the same day, got his ID card issued No. 7185/98 and which is valid for ten years.

8. ELSAYED ELHAMAKI, son of Zaskaria and mother Genem Sonja, born October 27, 1966 in Elmansura-Egypt, JMB 2710966173526. He had the approval of CSB Sarajevo No. 19/13-200-98 of December 15, 1994, signed by the Department chief Senade Povlakic  to subsequently register  in the registry book  of municipality Center.  This approval was based on the decision of MUP rbih No. 07/2-204-1375 of November 5, 1994, about which MUP rbih informed CSB Sarajevo with the act No. 07/2-204-1375 of November 5, 1994.   He was entered in the registry book of municipality Center-Sarajevo in 1994 under the No. 2770. He had the passport  bih No. BH 583195 of December 22, 1994 and No. BA 220899 of September 10, 1996. He registered for residence on December 21, 1994, in municipality Stari Grad, Dzinina St. 6, where he, the same day, got his ID card issued with the No. 2880/94 which was valid ten years.

9. MAATI GAMAL,      son of Abou El Maati and mother Wali Suher, born January 24, 1966, in El Mansoura-Egypt, JMB 2401966173515, profession agronomist. He had the approval by CSB Sarajevo, No. 19/13-200-25 of January 31, 1995, signed by the Department chief Senade Povlakic, to again register in the registry book in municipality Center. This Decision was based on the Decision of MUP R bih No. 7/2-204-24 of January 3, 1995, about which MUP rbih informed CSB Sarajevo by the act No. 7/2-204-24 of January 28, 1995. The above person was entered in the registry book of Center-Sarajevo in 1995 No.

247. He had passport No. BH 552439 of February 2, 1995, issued at JMB 2401966173620. Gamal registered for residency in municipality Stari Grad-Sarajevo, February 1, 1995, Abdesthana St. 4, from where he went to Zenica on February 25, 1997 and registered for residence in Zenica on March 27, 1997 with address Uzunovica put 3. Gamal Maati was issued, in municipality Stari Grad, an ID card No. 299/95 valid for 10 years.

> Beside the above, he had the approval to re-enter in the MKR (registry book) of municipality Center, by CSB Sarajevo, signed by the department chief Beganovic – Zutic Mirsade., No. 19-136/95. This decision was based on the decision of MUP rbih No. 09/2-204-426/92 of March 18, 1992, about which MUP rbih informed CSB Sarajevo by the act. No. 07/2-204-2813. He was entered in the registry book of municipality Center-Sarajevo in 1996 No. 10947.

10. MASSOUD MOUSSA, son of Mohamed and mother Zinb, born June 9, 1949 in Kena-Egypt, JMB 0906949173533, profession professor of Arabic.     CBS Sarajevo gave him approval for re-entry in registry book of municipality Senter , permission No. 19/13-200-3 of January 4, 1995, signed by the Department chief Senad Povlakic. This decision was based on the decision of MUP rbih No. 07/2-204-2624 of January 3, 1995, about which MUP rbih informed CSB Sarajevo with the act No. 07/2-204-2624 of January 3, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1995 No. 121. He had passport No. Bih BA 599303 of August 7, 1997. He registered for residence on January 17, 1995 in municipality Stari Grad, Sagrdzije St. 45, where the same day he got his ID card No.168/95 valid for 10 years.     Employed by H.O. ”Human Relief International.”

11. MOHIELDIN MOHASSAB, son of Ahmed, born November 19, 1953 in El-Minia-Egypt, JMB 1911953173537. He was approved by CSB Sarajevo No. 19/05-1-200-178 of October 3, 1995, to subsequently be entered in the registry book of municipality Center, and which was signed by the


Department chief Beganovic-Zutic Mirsad. This decision was based on the MUP rbih Decision No. 07/2-204-2401 of September 21, 1995, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-204-2401 of September 21, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1995, No. 3007. He had passport of bih No. BH 536442 of October 17, 1995, No. BA 602712 of October 16 , 1997 and No. 0934060 of December 3, 1998. Mohassab registered for residence in municipality Stari Grad, Sagrdzije St. 45, where he the same day got his ID card issued No. 1659/95 and which is valid for ten years.

12. MANSOUR ABDALLA, son of Farouk and mother Fathija, born January 10, 1966 in Aleksandrija-Egypt, JMB 1001966173513. He was given permission to subsequently be entered in the registry book of municipality Center by approval No. 19/05-1-200-2 of January 3, 1996, signed by the Department chief Beganovic-Zutic Mirsad. This decision was based on the Decision of MUP R bih No. 07/2-204-3263 of December 15, 1995, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-2043263 of December 15, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1996 No. 10020. He had passport of bih No. BH 919011 of January 5, 1996. He registered for residence in municipality Stari Grad-Sarajevo, Mihrivode St. 29 C, on December 13, 1995, where he the same day got the ID card issued under the No. 3422/95 and which is valid for 10 Years.

13. SALAHELDIN MOHSEN, son of Mahmoud and mother Ena'am, born October 9, 1954, in El Mansoura-Egypt, JMB 0910954173549.   He had the approval No. 19/05-1-200-29 of January 25, 1996, of CSB Sarajevo, signed by the Department chief Beganovic-Zutic Mirsad, to re-enter the registry book of municipality Center. This decision was based on the Decision of MUP R bih No. 07/2-204-3571 of December 19, 1995, about which MUP R bih informed CSB Sarajevo with the act No. 07/2-2043571 of December 19, 1995. Mohsen had the passport bih No. BH 922020 of January 17, 1996, and which was prohibited by the 95400 of August 22, 1996. He registered for residence on February 7, 1996 in municipality Stari Grad-Sarajevo, Evlije Celebije St. No number, where he got issued his ID card No. 1830/96 on February 8, 1996 which is valid 10 years.

14. SULTAN MOHAMED ANWAR, son of Abdulrahim and mother Fatima, born February 16, 1945 in Cairo-Egypt, JMB 1602945173592. He was allowed to subsequently register in the registry book by permit of MUP of Canton Sarajevo No. 02/3-1-200-740 of October 14, 1998, signed by the secretary Ismet Dahic. This Decision was based on the Decision of MUP R bih No. 07-2-204-2588 of October 13, 1995, about which MUP F bih informed MUP of Sarajevo Canton by the act No. 06/1-204-2588 of October 7, 1998. He was registered in the registry book of municipality Center-Sarajevo in 1998 No. 11833. He had passport bih No. 0930900of October 22, 1998.   He registered for residence on October 21, 1998 in municipality Stari Grad-Sarajevo, Garaplina St. 28A;  on August 7, 2000 he registered for residency in municipality Novo Sarajevo, Muhameda ef. Pandze  St. 401;  on October 19, 2001, he did the same in municipality Stari Grad, Abdesthana St. 39, where he was issued the ID card  No. 3578/01 on October 29, 2001, valid for 10 years.  He married Akila Falek on May 23, 1988 in Alep, Syria.

15. ALI FARRAG RAMDAN IMAN, daughter of Shaker and mother Lulu Hamida Muhamed, born January 6, 1963, in Banisewf-Egypt, JMB 1601963178619. She had permit No. 02/3.1-200-605 of September 7, 1998, from MUP Canton Sarajevo, signed by the secretary Dahic Ismet to subsequently register in the registry book of municipality Center.  This Decision was based on the Decision of the Ministry of Civil Affairs and Communication of bih No. 03-204-10-520/97 of December 23, 1997, about which the Ministry of civil Affairs and Communications of bih informed MUP Canton Sarajevo with the act No. 03-204-10-520/97 of September 4, 1998. He was registered in the registry book of municipality Center-Sarajevo in 1998 No. 11492. He had the passport of bih No. 0848463 of January 26, 1999. The above mentioned woman  registered for residence on November 27, 1998, in municipality Stari Grad-Sarajevo, Sagrdzije St. 45, where she on November 24, 1998, got issued the ID card No. 6161/98 with validation of 10 years. She was married to Abdulkarim All Farrag Ahmed on July 12, 1984, in El Minia.  We want to bring to your attention that in the Decision for subsequent entry in the registry book she was entered as "male" (not woman) , and that in the Excerpt from the registry book her date of birth is registered as January 16, 1963, on bases of which her JMB was determined, and which was used for issuing of the ID card  and passport of bih purposes.  In her application for the passport of January 26, 1999, she stated that she is the director of h.o. "Taibah International", located in M.C. Catica St. 12, Stari Grad.

16. HARRAZ ASSAAD, son of Taha and mother Enisa, born February 1, 1956 in Suez-Egypt, JMB 0102956170068.  He was granted permission to subsequently be entered in the registry book of municipality Center, by  the Decision of CSB Sarajevo No. 19-13-200-112 of December 24, 1994, signed by the Department chief Senad Povlakic. This decision was based on the Decision of MUP R bih No. 07-2/-204-2109 of December 15, 1994, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-204-2109 of December 15, 1994.  He has been entered in the registry book of municipality Center-Sarajevo in 1995 No. 419. He had passport bih No. BH 552808 of February 18, 1995, and No. BA 674771 of October 31,1997.   He registered for residence on February 17, 1995 in municipality Center-Sarajevo, Zaima Sarca St. 47, where he the same day got his ID card issued No. 707/95 valid 10 years.

17. ABU NASSAR HATEM, son of Ali Mohamad Ali Abu Nassar and mother Kamia Ahmed Ali Abu Nassar, born December 22, 1964 in Al Maghazi-Egypt, JMB 2212964170023.  He had the permission Of CSB Sarajevo No. 19-13-200-62 of March 22, 1995, signed by the Department chief Senad Povlakic, to subsequently be entered in the registry book of municipality Center.  This Decision was Based on the Decision of MUP R bih No. 07/2-204-217 of March 11, 1995, about which MUP R bih               , informed CSB Sarajevo by their act No. 07/2-204-217 of March 11, 1995. The above person was registered in municipality of Center-Sarajevo in 1995 No. 858.  He had the passport bih No. BH 586950 of March 28, 1995, No. BA 470119 of August 4, 1997, and No. 0811725 of October 15, 1998. He registered for residence in municipality Center-Sarajevo, Zaima Sarca St. 19, and of May 11, 1995, in Bardakcije St/ 1, where he also was issued the ID card No. 10713/97  valid 10 years.

18. ADEL ABDEL WAHED SHALIL, SON OF Abdel Waheda and mother Kerima, born March 18, 1963, in Kafr El Sheikh-Egypt, JMB 1803963170008. He had the permit from CSB Sarajevo No. 19/05-1-200-148 of august 29, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to

subsequently be registered in the registry book of municipality Center.  This Decision was based on the Decision of MUP R bih No. 07/2-204-182 of February 25, 1995, about which MUP R bih with act No. 07/2-204-182 of August 23, 1995, informed CSB Sarajevo.  He was registered in the registry book of municipality Center- Sarajevo in 1995 No. 2553.  He had passport of bih No. BH 520378 of August 31, 1995, No. BA 470655 of August 5, 1997 and No. 1422265 of May 30, 1999.  He registered for residence in municipality Center-Sarajevo, Bjelave St. 11, where he the same day was issued the ID card No. 1975/95  valid 10 years.

19.  EL-ADLY SANAA,   daughter of Abdulfettah and mother Mejmun, born July 16, 1946 in Alexandria-Egypt, JMB 1607946177178.  She had permit of CSB Sarajevo, No. 19/13-200-48 of August 8, 1994, signed by the Department chief Senad Povlakic, to be subsequently registered in the registry book of municipality Center.  This Decision was based of the Deciison of MUP R bih No. 07/2-204-138 of August 4, 1994, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-204-138 of august 4, 1994. She was registered in the registry book of municipality Center-Sarajevo in 1994 No. 1760.  She had passport of bih No. 434288 of September 9, 1994 and No. 1491595 of April 10, 2000.  She registered for residence in municipality Novi Grad-Sarajevo on august 30, 1994, Rudolfa R. Tomica St. 10,  where she was issued ID card No. 4183/94 on august 31, 1994,  valid 10 years. She was married to Vejzagic Merzuk on December 30, 1967 in municipality Cairo-Egypt and took the name of El-Adly.

20.  LOFTY EL SAYED MOHAMED ALY, son of Mohamed, born March 8, 1961 in Cairo-Egypt, JMB 0803961171550.  He had the permit of MUP Canton Sarajevo No. 02/3.1-200-316 of June 7, 1997, signed by the secretary Dahic Ismet, to be subsequently registered in registry book of municipality Center. This Decision was based on the Decision of the Ministry of Justice and General

Administration of R bih No. 07/2-204-163 of June 2, 1996, about which the  Ministry of Justice and General Administration R bih act  No. 07/2-204-163 of June 2, 1996, informed  MUP of Canton Sarajevo. He was entered in registry book of municipality Center-Sarajevo in 1997 No. 10770.  He had passport bih No. 462177 of June 25, 1997 and No. 1040470 of May 31, 1999.  He registered for residence on June 18, 1997, in municipality Ilidza, Francuske Revolucije St. 94, where he the same day was issued the ID card No. 5848/97 valid 10 years.

21.  KADRY EMAN,  daughter of Mohamed and mother Fatima Mohamed, maiden name El Sayed, born August 2, 1957 in Gharbia-Egypt, JMB 0208957175163.  She had the permit of CSB Sarajevo No. 19-136/95 of December 28, 1995, signed by Beganovic-Zutic Mirsad, to be again registered in the registry book of municipality Center.  Part of the Decision with the explanation regarding this entry is missing, i.e. The Decision of becoming a citizen and the act with which CSB informs about the acceptance of citizenship.  She was registered in the registry book of municipality Center in 1996 No. 10929.  In the excerpt  from the registry book shows her name being as EL HADAD.  She had passport of bih No. 1362228, issued April 20, 2001 and No. 3834482, issued June 26, 2001.  She registered for residence on October 18, 2000 in municipality Center, H. Besirevica St. 22, and she registered for residence in municipality Novo Sarajevo, Zmaja od Bosne St. 76, on May 10, 2001.  She was married to Elsayed Anwar (son of El Sayed Mohamed and Khatab Hinda, born December 4, 1956 in Tant Eval-Egypt, JMB 0412956190068), who was killed in 1995.  With the aforementioned Decision, she  was allowed to register again in the registry book of municipality Center, as well as  her children Shaaban Abd El Rahman, born November 29, 1984 in El Gharbia-Egypt, JMB 2911984170181, registered in 1996 under the No. 10930,  her last name being El Sayed, Shaaban Abd Alla, born February 9, 1986 in Kuwait-Kuwait, JMB 0902986170271, registered in 1996, under the No. 10931, under last name El Sayed, Shaaban Ahmed, born February 11, 1987 in Kuwait-Kuwait, JMB 1102987170280, registered for 1996 under the No. 10932, Shaaban Mohamed,  born November 14, 1990 in Milano-Italy, JMB 1411990170286.  Beside the mentioned children, Eman has in the marriage with El Sayed Anwar also: El Sayed Aessa, born January 1, 1994 in Milano-Italy, JMB 0101994170024 and El Sayed Hind, born June 2, 1996, in Zenica, JMB 0206996195063.  After the death of her husband, the family temporary trustee based on the Decision JU Center for social work Maglaj was Khaled Barakat.

22.  AZZAM HUTHIFAH, son of Abdullah and mother Samirah, born December 28, 1971, in Cairo-Egypt, JMB  2812971173515.  He was registered  in the registry book of municipality Center in 1995,

under the No. 2413.  He registered for residence on August 21, 1995 in municipality Stari Grad, Bakariceva St. 2.  He married Salih Ayshah on July 7, 1990 in Jordan.

23. **ALI AL ZAYAT FARID**, son of Muhammed and mother Hanem, born January 1, 1963, in Giza-Egypt, JMB 0101963170026. He had the permit No. 19/13-200-94 of November 19, 1994, from CSB Sarajevo, signed by the Department chief Senad Povlakic, to subsequently be registered in the registry book of municipality Center.  This Decision was based on the Decision of MUP R bih No. 07/2-204-732 of November 8, 1994, about which MUP R bih with the act No. 07/2-204-732 of November 14, 1994, informed CSB Sarajevo.  He was registered in the registry book of municipality Center-Sarajevo in 1994 No. 2539.  He had passport of bih No. BH590960 issued on December 5, 1994, No. BA397063 issued December 24, 1996 and No. 1113367, issued November 29, 1999.  He registered for residence in municipality Center-Sarajevo, in November 25, 1994, Ferhatovica St. 372, and again on April 28, 1998 in municipality Vogosca,  Remzije Veje St. 5, then again June 28 2000, in the same municipality registered for residence in Svrake St. 227, as well as on July 6, 2001, in municipality Vogosca he registered for residence, Remzije Veje  St. 5.

24. **ABDELKARIM AHMED**, son of Ali and mother Titanija, born February 22, 1957, in Souhag-Egypt, JMB 2202957173526. He had the permit No. 19/13-200-2 of January 6, 1995, of CSB Sarajevo and signed by the Department chief Senad Povlakic, to be registered again in the registry book in municipality Center.  This Decision was based on the Decision of MUP R bih No. 07/2-204-2626 of January 3, 1995, about which MUP R bih informed CSB Sarajevo with the act No. 07/2-204-2626 of January 3, 1995.  He was registered in registry book of municipality Center-Sarajevo in 1995 under the No. 48.  He had passport of bih No. BH551798, issued April 24, 1995, No. BA032865, issued April 14, 1997, No. 0848464, issued February 4, 1999 and No. 3829736, issued July 12, 2001.  He registered for residence January 10, 1994, in municipality Stari Grad – Sarajevo,  Sagardzije St. 45, after which again in municipality Vogosca,  Svrake St. 221,  on October 31, 1997,  then again on March 30, 1999,

In the same municipality in Svrake St. 227, and then again  July 6, 2001 registered for residency in municipality Vogosca in T. Mendesa St. 40.  He married Ramadan Iman on July 12, 1984, in municipality Stari Grad.  In his application for passport of January 26, 1999, he indicated that he is a director of h.o. "Taibah International" located in M.M. Baseskije St. 28, and he first indicated that his address of residence is in Sagardzije St. 45 (in which once was the seat , location, of "Taibah International" and h.o. "TWRA"), and then he stated the residence to be in Vogosca, Svrake II St. 21.

25. **SHEBL SAYED**, son of Fayek , born October 7, 196, in Cairo-Egypt, JMB 0710966170163, occupation economic technician.  He was permitted to be re-entered in the registry book of municipality Center granted by CSB Sarajevo, Decision No. 19-136/95 of December 28, 1995, signed by the Department chief Beganovic-Zutic Mirsad.  This Decision was based on the Decision of MUP R bih No. 09/2-204-292/92 of February 5, 1992, about which MUP R bih informed CSB Sarajevo with the act No. 07/2-204-2813 of October 3, 1995.  He was registered in the registry book of municipality Center-Sarajevo in 1996 under the No. 10972.  He registered for residence in municipality Center-Sarajevo, Gorica St. 30, on May 12, 1997.  He does not live, or ever did, at the mentioned address.  His citizenship of bih was revoked November 16, 2001.

26. **ALROMAISSE YASSER MAHMOUD MOHAM**, son of Mohamed, born February 24, 1967 in Gharbia-Egypt, JMB 2402967170176.  He had the approval to subsequently be registered in the registry book of municipality Center by the CSB Sarajevo, Decision No. 19/05-1-200-327 of October 15, 1996, signed by the Department chief of Center Dahic Ismet.  This Decision was based on the Decision of MUP R bih No. 09/2-204-454/92 of March 23, 1992, about which MUP R bih with act No. 09/2-204-454/92 of March 23, 1992, informed CSB Sarajevo.  He was registered in registry book in municipality Center-Sarajevo in 1997 under the No. 10080.  He had passport of bih No. BA264498

issued January 23, 1997.   He registered for residence in municipality Center-Sarajevo, Ismeta Mujezinovica St. 14, on January 18, 1997. He does not live, or ever lived, at the mentioned address. There is no record of the issued ID card at the Police Directorate Center, even though the above mentioned person did register for residence, and cancellation through this Police Directorate.

**27.** AL SAIDI MUHAMED, son of Abdel-Gafar, born January 3, 1961 in Garbia-Egypt, JMB 0301961170176. He had approval from CSB Sarajevo No. 19-136/95 of December 28, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently be registered in the registry book municipality Center. This Decision was based on the Decision of MUP R bih No. 09/2-204-464/92 of March 18, 1992, about which MUP R bih informed CSB Sarajevo with act No. 07/ 2-204-2813 of October 3, 1995. The above person was registered in the registry book of municipality Center-Sarajevo in 1996, under the No.10954. He registered for residence in municipality Center-Sarajevo, M. Tita St. 33, on May 12, 1997, and then again June 23, 1997 in the same municipality in Alipasina St. 33, as well as on October 17, 1997, in municipality Maglaj-Bocinja Gornja, Dolina  St. (no number), followed by another registration of residence in municipality Zavidovici, Stavacki put St. (no number).   The records show that the above mentioned was registered and JMB 0301961170184, with place of birth Garbia-Tanta, Jordan.  His citizenship of bih was revoked on November 16, 2001.

28. HOSSAM ALY,  son of Meawed and mother Amina, born January 11, 1962, in Cairo-Egypt, JMB 1101961170034, occupation economist.  He was registered in registry book of municipality Center-Sarajevo in 1994 under the number 221.   October 13, 1994, he registered for residence in municipality Center, Cobanija St. 10. He married Ramic Meliha, citizen of bih, on September 18, 1995, in municipality Stari Grad-Sarajevo.

29.   AMER MOHAMED,   son of Abdul Rahim and mother Fatima, maiden name Kunto (citizen of bih), born August 19, 1975 in Aldizja, Egypt, JMB: 1908975170166. He was registered in registry book and registry book of citizens in municipality Center, and which was based on the  act  of Police Administration Center, No. 05/03-204-462/97 of September 3, 1997, signed by the chief of  Administration Department and Support,  Herend Mirsad,  considering that Amer Mohamed's mother  was born in Sarajevo. The above mentioned person was registered in the registry book of municipality Center-Sarajevo in 1997 under the number 11397.  He registered for place of residence in municipality Center-Sarajevo, A. Hangija St. 75, on November 17, 1997.

**30.**  MOUSTAFA BASEM,  son of Abdel Salim and mother Eman, born September 23, 1965, in Cairo-Egypt, JMB 2309965170012. He was granted permission to be re-entered in the registry book of municipality Center, by the Decision of CSB Sarajevo No. 19/13-200-8 of January 10, 12995, signed by the Department chief, Beganovic-Zutic Mirsad.  This Decision was based on the Decision of MUP of R bih No. 07/2-204-22 of December 26, 1994, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-204-22 of December 26, 1994.  The aforementioned was registered in the registry book of municipality Center-Sarajevo in 1996, under the number 10225.  He registered for place of residence in Zagreb, R Croatia, Vajdin Vijenac St., On August 10, 1992.  He got the passport of bih issued at our Embassy in Zagreb, (request No. 553304) passport No. BH622445, issued July 7, 1995.  The above mentioned person registered for place of residence in municipality Center-Sarajevo, A. Hangija St. 53, on January 24, 1996.

31. ABDEL MONEM EMAD, son of Mohamed Fathi and mother Fatima Mohamed Ali, born April 25, 1967, in Alexandria, Egypt, JMB 2504967170178. He had the approval from CSB Sarajevo No. 19/05-1-200-192 of October 15, 1995, signed by the Department chief, Beganovic-Zutic Mirsad, to subsequently be registered in the registry book of municipality Center.  This Decision was based on the Decision f MUP R bih No. 07/2-204-2581 of October 11, 1995, about which MUP R bih informed CSB Sarajevo by the act

No. 07-2-204-2581 of October 9, 1995.  The above mentioned person was registered in the registry book in municipality Center-Sarajevo in 1995, under the No. 3470.  He had passport of bih No. BA371823 issued December 11, 1996 and No. 0811993 issued October 16, 1998.   This person registered for place of residence in municipality Center-Sarajevo on November 23, 1995,  then on November 22, 1996, in municipality Vogosca, Josanicka St. 44, and then again on October 18, 2001, in municipality Novi Grad-Sarajevo, Trg Djece Dobrinje St. 8.

32.  ABDEL HALIM MOHAMED, son of Ashraf, born September 16, 1982, in Behera-Egypt, JMB 1609982172657.  He had passport of bih No. BH5139847 issued May 9, 1995, No. BA298038 issued May 21, 1997, and No. 1482870 issued February 18, 2000.  He registered for place of residence in municipality Novo Sarajevo,  Envera Sehovica St. 11, on May 9, 1995, then again on February 23, 2000, in Novi Grad. Oslobodilaca Sarajeva St. 9, where he got his ID card issued No. 2195/2000 that same day, valid five years.  On May 4, 1995, in municipality Center he was given JMB 1609982170190.  The mentioned person does not live on the stated address.

33.  ABDEL HALIM ASMAA,  daughter of Ashraf, born November 30, 1981, in Behera-Egypt, JMB 3011981175193.  She had passport of bih No. BH513848 issued May 9, 1995, No. BA2998421 issued May 21, 1997, and No. 1519739 issued February 25, 2000.  She registered for place of residence in municipality Novo Sarajevo-Sarajevo, E. Sehovica St. 11/II on May 9, 1997, and then again on February 23, 2000 in municipality Novi Grad, Oslobodilaca Sarajeva St. 9, where she the same day got her ID card issued No. 2211/2000 valid 10 years.  She was given JMB 3011981175193 in municipality Center on May 4, 1995.  The mentioned person does not live on the stated address.

34.  KHALEFA OSAM,   son of Medhi, born April 18, 1959, in El Minia-Egypt, JMB 1804959172760.

The above mentioned had the approval by CSB Sarajevo No. 19-136/95 of December 28, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to be subsequently registered in registry book of municipality Center.  This Decision was based on the Decision of MUP R bih No. 07/204-406/92  of March 5, 1992, about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-2813 of October 3, 1996.  The above person was registered in registry book of municipality Center-Sarajevo in 1996 under the number 10907. He registered for place of residence on May 10, 1997 in municipality Novo Sarajevo, Malta St. 1.  His citizenship of bih was revoked November 16, 2001.

35.  RAGHEB AHMED, son of Mahmud, born May 5, 1965,  in Hawamdi-Egypt, JMB 0505965172690.  He had the permit of KMUP Sarajevo No. UP-I-02/3.1-13-0-259 of March 27, 2000, signed by the chief of Sector, Masovic Senad, to be subsequently registered in the registry book of municipality Center.  This Decision was based  on the Decision of MUP R bih No. 07/2-204-2939 of October 24, 1995, about which the Ministry for Civil Affairs and Communication of bih informed CSB Sarajevo with act No. 03-204-540/00 of March 10, 2000.  He was registered in registry book of municipality Center- Sarajevo in 2000 under the number 10634.  He registered for place of residence on January 22, 1993, in USA, Rackwiall, MD 721 Mavel St. 201, where he got the passport of bih No. BH255213 at our embassy in New York (application No. 391305) ,issued October 28, 1995.  He registered for place of residence in municipality Novo Sarajevo, Zagrebacka St. 47, on July 5, 2000.

36. EL-GAFRAWI SALAHELDIN,  son of Mohaned, born January 9, 1954, in Beheria-Egypt, JMB 090195417555.  He had permit of CSB Sarajevo No. 19/13-200-47 of March 1, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently register in the registry book of municipality Center.  This permit was based  on the Decision of MUP R bih No. 07/2-204-146 of February 27, 1995, and about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-146 of February 27, 1995.  He was registered in registry book of municipality Center-Sarajevo in 1998 under the number 12098.  He registered for place of residence on December 8, 1998,  in municipality  Ilidza, Konjicka St. 18.  He does not live at the mentioned address,  and he did live there during 1999 and 2000  together with Heshmat Khalif and Samih.

37. **HESMAT KHALIFA**, son of Ahmed , born September 29, 1956, in El Minia-Egypt, JMB 2909956190040. He has passport of bih No. BA165599, issued March 20, 1996 in Zenica, No. BA710462 issued March 18, 1998 and No. 0978459 issued February 9, 1999. He registered for place of residence in municipality Zenica, I Zenicke Brigade St. 11b, on March 1, 1996, then on September 3, 1996, in municipality Ilidza, Sokolovici, Francuske Revolucije St. 94, and on March 13, 1998, registered for place of residence again in the same municipality in Konjicka St. 18, where he the same day got ID card issued No. 1334/98 valid 10 years. He has two little children – daughters Khalifa Yuusra, born November 25, 1986 in El Minia-Egypt, JMB 2511986195027, and Khalifa Sara, born December 14, 1984, in El Minia-Egypt, JMB 1412984195060. The above mentioned person does not live at the Konjicka St. 18, however, he did during 1999 and 2000. In April of 2000 he left for London, England, where he is now. He is employed by h.o. "Islamic Relief International", and one of their branch offices is in Sarajevo at Dz. Bijedica 160 St.

38. **ARUCI NERMIN-SULEJMAN**, daughter of Nasir, born September 25, 1965 in Al-Mansuri-Egypt, JMB 2509965176559. She had the permit of KMUP Sarajevo No. 02/3.1-200-729 of November 24, 1997, signed by the secretary Dahic Ismet, to subsequently register in the registry book of municipality Center. This Decision was based on the Decision of the General consulate R bih in Istanbul, No. U-06-869/95 of December 25, 1995, about which the Ministry of Justice and General Administration of bih informed KMUP Sarajevo with act No. 03-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/97 of November 19, 1997. She was registered in the registry book of municipality Center-Sarajevo in 1997 under the number 12066. She registered for place of residence in municipality Ilidza, Bjelasnicka St. 175A on July 23, 1999. She was married to Aruci Muhammet, born on January 5, 1996, in Vrapciste –Gostivar – R Macedonia , in the Consulate General of bih in Istanbul. She has two sons with Aruci  -  Aruci Nurhan, born November 22, 1985, in Al Mansuri-Egypt, and who lived in Turkey in 1993, where he got the passport of bih No. BH213513 issued September 21, 1993, in our embassy in Istanbul (No. Of application 301989) ; Aruci Hisam, born July 26, 1988 in Gostivar, R Macedonia. The above mentioned woman

Does not live, nor has ever lived, at the mentioned address. The whole family based on the foretold data was registered in the book of foreign citizens.

39. **AHMED ALI FERAG** does not have the necessary documentation, except that with the Decision of KMUP Sarajevo No. 02/3.1-200-568 of August 28, 1998, he had the approval to subsequently register in the registry book in municipality Center his underage children – daughter Ali Ala, born February 20, 1990 in El Minia-Egypt, and a son Ali Suhell, born August 7, 1992, in El Miania-Egypt, who by the Decision of Ministry for Civil Affairs and Communication No. 03-204-10-520/97 of February 23, 1997, were granted citizenship of bih, about which this Ministry informed KMUP Sarajevo by the act No. 03-204-10-520/97 of August 20, 1998.

40. **ELMANZALAWI MEDHAT**, son of Mohamed Abdell Atif, born  October 10, 1942, in Doumiat-Egypt.  He had the permit No. 19/05-1-200-154 of August 30, 1995, of CSB Sarajevo, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently be registered in the registry book of municipality Center. This Decision was based on the Decisio of MUP R bih No. 07/2-204-38 of January 24, 1995, about which MUP R bih informed CSB Sarajevo by the act No. 07/2-204-38 of august 16, 1995. The above mentioned was registered in the registry book of municipality Center-Sarajevo in 1999 under the number 10416. He lived in Tirana, Albania, in 1996, and in Ljubljana, Slovenia, (application No. 554733) He was issued passport of bih No. BA063062 on July 3, 1996, in which he stated that his place of residence was Sarajevo-Center, Mejtas St. 4.

41. **BAKR HUSSAM**, son of Osman and mother Etaf, born July 11, 1967, in Gaza, Egypt. By the Decision of CSB Sarajevo No. 19/05-1-200-230 of December 7, 1996, signed by the Department chief Beganovic-Zutic Mirsad, he subsequently was registered in the registry book of municipality Center. This Decision was based on the Decision of MUP of R bih No. 07/2-204-2 of January 15, 1995, about which MUP R bih informed CSB Sarajevo with the act No. 07/2-204-39 of November 28, 1995. He is

re- gistered in the registry book of municipality Center-Sarajevo in 1996 under the number 11553. He lived Zagreb, Croatia, Gruska St. 18, in 1993, where he, at our Consulate, was issued the passport of bih nobh294958, issued August 26, 1993, (application No. 354207) in which he indicated that his place of residence was Sarajevo-Stari Grad, Alifakovac St. 42B.

42.   HATEM ZEID, son of Hassan and mother Samia, born March 4, 1970, in Cairo-Egypt. He had the permit of CSB Sarajevo No. 19/05-1-200-128 of July 12, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently register in the registry book of municipality Center. This Decision was based on the Decision of MUP R bih No. 07/2-204-1036 of May 24, 1995, about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-1036 of May 24, 1995.   He was registered in the registry book of municipality Center-Sarajevo in 1995 under the number 2067. He married Sivro Amela, citizen of bih, on August 24, 1995 in municipality Vitez

43.  DARWISH MOHAMED, son of Saad and mother Fewzija, born February 14, 1965 in Cairo-Egypt, JMB 1402965171666. He had the permit of CSB Sarajevo No. 19-13-200-116 of January 3, 1995, signed by the Department chief Senad Povlakic, to subsequently be registered in the registry book of municipality Center. This Decision was based on the Decision of MUP R bih No. 07/2-204-1818 (date not entered), about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-1818. The above mentioned was registered in the registry book in municipality Center-Sarajevo in 1995 under the number 180. He had passport of bih No. BH552585 issued on February 10, 1995, in which he stated his place of residence was Sarajevo, Dz. Bijedica St. 4.

44.  IBRAHIM MOHAMED, SON OF Sayed and mother Es-Subai Dzarija, born October 28, 1964 in Cairo-Egypt, JMB 2810964170176. He had permit of CSB Sarajevo No. 19/13-200-14 of January 12, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently register in the registry book of municipality Center. This Decision was based on the Decision of MUP R bih No. 07/2-204-1817 of January 9, 1995, about which MUPR bih informed CSB Sarajevo by act No. 07/2-204-1817 of January 9, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1997 under the number 12051. The same person registered for place of residence in municipality Center-Sarajevo, Asim Ferhatovic St. 372 on December 15, 1998. He does not live at the address A. Ferhatovic St. 372, considering that the biggest odd number in the mentioned address is 33, and even number 68.

45.  MAHMOUD HAFEZ, son of Mohamed and mother Zahija, born September 22, 1958 in Sahrkia-Egypt, JMB 2209958173540. He had the permit of CSB Sarajevo No.19/05-1-200-159 of September 1, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently register in the registry book of municipality of Center. This Decision was based on the Decision of MUP R bih No. 07/2-204-750 of April 17, 1995, about which MUP R bih informed  CSB Sarajevo with act No. 07/2-204-750 of April 22, 1995. He was registered in the registry book of municipality Center-Sarajevo in 1995 under the number 2576. He had passport of bih (no number) issued on September 25, 1995, in which he stated his place of residence to be Sarajevo, Sagardzije St. 65.   He was issued the ID card No. 1415/95 on September 22, 1995 in PU Stari Grad (record not found and there is no evidence in PU, as well as there is no evidence of it being revoked).   The mentioned person does not live at the stated address.

46.  OSMAN MUSTAFA, son of Ahmed Ibrahim and mother Intisar, born January 1, 1961 in Ismailia-Egypt, JMB 0101961173559. He had permit of CSB Sarajevo No. 19/05-1-200-120 of June 7, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently be registered in the registry book of municipality Center. This Decision was based on the Decision of MUP R bih No. 07/2-204-704 of May

2, 1995, about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-704 of May 5, 1995. He was registered in the registry book of municipality of Center Sarajevo in 1995 under the number 3463. He had passport of bih No. BH539980 issued November 23, 1995, in which he stated his place of residence to be Sarajevo, Cadordzina St. 88.   He was issued the ID card in PU Stari Grad on November 22, 1995, No. 2048/95 (the registration had no evidence in PU, nor there is evidence that the card was revoked). He does not live at the stated address. He evidently must have been living for some years in Birmingham, England, where he works in main office of H.O. "Islamic Relief".

47.   SALIMAN HAMDI, born March 14, 1944, in Cairo –Egypt. He had CSB Sarajevo permit No. 19-136/95 of December 28, 1995, signed by the Department chief Beganovic-Zutic Mirsad, to subsequently be entered in the registry book of municipality Center. This Decision was based on the MUP R bih Decision No. 09/2-204-312/92 of February 15, 1992, about which MUP R bih informed CSB Sarajevo with act No. 07/2-204-2813 of October 3, 1995. The above mentioned person was entered in the registry book of municipality Senter-Sarajevo in 1996 under the number 10993. His citizenship of bih was revoked.

48.   SHERBI MOHAMMED, son of Helmi, born 14 APR 64 in the Place of Port Said- Egypt, citizen's number 1404964172711. By the Decision of the Central Security Service(CSB) Sarajevo no. 19/05-1-200-110 from 24 MAY 96, signed by the Head of the Service, Ismet Dahic, he was authorized additional entry into the Birth Registry Book(MKR) of the Municipality Centar. This Decision was made on the basis of the Decision of the Ministry of Justice and general administration of rbih no. 07/2-204-900 from 13 MAY 96. The Ministry of Justice and general administration bih, with document no. 07/2-204-900 from 13 MAY 96, informed the CSB Sarajevo about this. The aforementioned person was registered in the MKR in the Municipality Centar-Sarajevo in 1996 under number 11496. He had a bih passport no. BH127380, issued on 03 JUL 96, and number 15114322 issued on 13 AUG 99, where he declared his residence in Sarajevo-Novi Grad, Trg Sarajevske Olimpijade Street no. 9, apartment no. 16, where 15 MAY 98 he received his personal ID card no. 6979/98 valid for 10 years. On 15 JUL 95 in the Municipality Stari Grad – Sarajevo he married a BH citizen, Zehra Lazovic. They live at the aforementioned address and have an apartment rented from the Institute for city construction.

49. MOHAMED MOUSA EL AREF, son of Abd El-Lah-a, born 25 MAY 71 in the place of Qena-Egypt, citizen's number 2505971170176. By the Decision of the Sarajevo Cantonal MUP (KMUP) number: 02/3.1-200-564 from 26 AUG 98, signed by the Minister, Ismet Dahic, he was authorized an additional entry into the MKR Municipality Centar. This Decision was made on the basis of the Decision of the Ministry for civil jobs and communication bih number: 07/2-204-60/96 from 24 DEC 97 about granting the aforementioned citizenship. The Ministry for civil jobs and communication bih, with document no. 03-204-60/96 from 20 AUG 98, informed the Sarajevo KMUP about this. The aforementioned was registered into the MKR in the Municipality Centar in 1998 under number 11417. In the MKR excerpt the aforementioned's last name was entered as Skomorac. On 13 SEP 98 the aforementioned claimed his residence in the Municipality Centar, Dejzina Bikica Street no. 10, after which on 09 OCT 98 he claimed his residence in the Municipality Maglaj- Bocinja Gornja, Ravan Street no number (nn). Then on 06 APR 01 he claimed residence in the Municipality Zenica, Maglajska Street no. 23. On 25 SEP 98 in the Municipality of Maglaj he married a BH citizen, Jasminka Skomorac and hence changed his last name from Mohamed Mousa to Skomorac.

50. EL SIRAFY AMAL, daughter of Ibrahim and mother Ali Al-Berki Hadije, born 28 OCT 63 in the place of Giza- Egypt, citizen's number 2810963175166, doctor by profession. By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic-Zutic, she was authorized an additional entry into the MKR of the Municipality Centar. This Decision was made on the basis of the Decision MUP rbih no. 09/2-204-288/92 from 05 FEB 92. The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this. The aforementioned person was registered in the MKR in the Municipality Centar- Sarajevo in 1996 under number 10937. She had a bih passport no. BA227877, issued on 09 APR 97. On 17 JUL 97 the aforementioned claimed her residence in the Municipality Centar- Sarajevo, Odobasina Street no. 8. Afterward on 20 AUG 97 she claimed her residence in the Municipality Travnik, Bojna sokak Street no. 22. Then on 25 MAR 99 she claimed

her residence in the Municipality Novi Grad- Sarajevo, Prvomajska Street no. 20, where she received her personal ID card, no. 4554/99, valid for 10 years. Afterward on 26 MAY 99 she claimed residence in the Municipality Centar- Sarajevo, Dejzina Bikica Street no. 20. Then on 09 DEC 99 she claimed her residence in the Municipality Zavidovici, Bosanska Street no. 4. She was revoked of her bih citizenship.

51. YOUSEF AYMAN, son of Mohamed and mother Aisha, maiden name Amer, born 01 NOV 61 in the place of Kalubija- Egypt, citizens' number 0111961170164, a pharmacist by profession. By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic-Zutic, he was authorized an additional entry into the MKR of the Municipality Centar. This Decision was made on the basis of the Decision MUP rbih no. 09/2-204-290/92 from 05 FEB 92. The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this. The aforementioned person was registered into the MKR in the Municipality Centar- Sarajevo in 1996 under number 10978. He had a bih passport no. BH5404546, issued on 10 OCT 95, and number 0853107 from 06 APR 99. On 12 MAY 97 the aforementioned claimed residence in the Municipality Centar- Sarajevo, Terezija Street no. 5. Afterward on 10 OCT 98 he claimed residence in the Municipality Travnik, Bojna sokak Street no. 22. On 25 MAR 99 he claimed residence in the Municipality Novi Grad- Sarajevo, Prvomajska no. 20. Then on 26 MAY 99 he claimed residence in the Municipality Centar, Dejzina Bikica Street no. 22. Afterward on 09 DEC 99 he claimed residence in the Municipality Zavidovici, Bosanska Street no. 4. His bih citizenship was recently revoked.

52. MORSY ROKAYA, daughter of Midhat, born on 05 MAR 77 in Alexandria- Egypt, citizen's number 0503977175196. By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic-Zutic, she was authorized an additional entry into the MKR in the Municipality Centar. This Decision was made on the basis of the Decision MUP rbih no. 09/2-204-286/92 from 05 FEB 92. The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this. The aforementioned person was registered in the MKR in the Municipality Centar- Sarajevo 1996 under number 10953. She had a bih passport no. BA226883. On 17 JUL 97 she claimed her residence in the Municipality Centar- Sarajevo, Dalmatinska Street no. 4, after which on 20 AUG 97 she claimed her residence in the Municipality Maglaj, Rudine Street nn. Her bih passport was found in an abandoned in Kbul after entrance of NATO forces into this city. Her bih citizenship was revoked.

53. METWALLY MAMDOUH, son of Gaber, born 13 JAN 67 in the place of Alexandria- Egypt, citizen's number 1301967173626. By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic-Zutic, he was authorized an additional entry into the MKR Municipality Centar. This Decision was made on the basis of the Decision MUP rbih no. 09/2-204-240/92 from 31 JAN 92. The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this. The aforementioned person was registered into the MKR in the Municipality Centar-Sarajevo in 1996 under number 10988. On 12 MAY 97 he claimed residence in the Municipality Stari Grad- Sarajevo, Hendek Street no. 7, after which on 09 SEP 97 he claimed residence in the Municipality Maglaj- Bocinja Gornja, Ravna Street nn. Then on 20 NOV 00 he claimed residence in the Municipality Zenica, Dr. Abdulaziz Aska Borica Street no. 13. On 14 SEP 96 in Zenica he married a bih citizen Ferizada Catic. His bih citizenship was revoked.

54. ABDELAZIZ OSAMA, son of Abdelmagid, born on 13 NOV 61 in the place of Imbaben- Egypt, citizen's number 1311961172690, engineer by profession. By the Decision of the KMUP Sarajevo no. 02/3.1-200-563 from 26 AUG 98, signed by the Minister, Ismet Dahic, he was authorized an additional into the MKR, Municipality Centar. This Decision was made on the basis of the Decision of the Ministry for civil jobs and communication bih no. 07/2-204-197 from 24 DEC 97 about granting him bih citizenship. The Ministry for civil jobs and communication bih, with document no. 07/2-204-197 from 10 AUG 98, informed the KMUP Sarajevo. The aforementioned was registered in the Municipality Centar in 1998 under number 11418. He had a bih passport no. 0938368 issued on 06 NOV 98. On 07 OCT 98 he claimed residence in the Municipality Novo Sarajevo- Sarajevo,

Dzamijska Street no. 27, after which on 12 NOV 98 he claimed residence in the Municipality Zenica, Bistua Nuova Street no. 34a.

55.  EL HASSINY GAMAL, son of Eman and mother Naimah, born
12 OCT 62 in the place of Ghrbia – Egypt, citizen's number 1210962173614 and citizen's number 1210962190012, determined on
09 OCT 95 in the Zenica police station.  By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, the aforementioned was authorized an additional entry into the MKR Municipality Centar.  This Decision was made on the basis of the Decision of the MUP rbih no. 09/2-204-424/92 from 18 MAR 92.  The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this.  The aforementioned was registered in the MKR in the Municipality Centar- Sarajevo in 1996 under number 10958.  On 09 OCT 95 he claimed residence in the Municipality Zenica, April 12th Street nn, after which on 20 NOV 00 he claimed residence in the same municipality, A. Hafizovica Street no. 78.  On 13 DEC 94 in the Municipality Zenica the aforementioned married a bih citizen Selvedina Sehic.  His bih citizenship was revoked.

56.  HASSAN ASHRAF, son of Ghriany, born 28 AUG 62 in the place of Cairo- Egypt, citizen's number 2808962173610, graduated chemist.  By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, the aforementioned was authorized an additional entry into the MKR Municipality Centar.  This Decision was made on the basis of the Decision of the MUP rbih no. 09/2-204-204/92 from 20 JAN 92.  The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this.  The aforementioned was registered into the MKR in the Municipality Centar- Sarajevo in 1996 under number 10987.  On 12 MAY 97 he claimed residence in the Municipality Stari Grad- Sarajevo, Potoklinca Street no. 9, after which on 09 SEP 97 he claimed residence in the Municipality Maglaj- Bocinja Gornja, Paravci Street nn.  Then on 11 AUG 99 he claimed residence in the Municipality Centar- Sarajevo, Bolnicka Street no. 32.  On
29 NOV 00 he claimed residence in the Municipality Zenica, Margita Street no. 2.  His bih citizenship was revoked.

57.  IBRAHIM HOSNI, son of Abdalle, born on 06 JAN 61 in the place of El Fayoum- Egypt, citizen's number 0602961170176.  By the Decision of the CSB Sarajevo no. 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR in the Municipality Centar.  This Decision was made on the basis of the Decision of the MUP rbih no. 09/2-204-287/92 from 05 FEB 92.  The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this.  The aforementioned was registered in the MKR in the Municipality Centar- Sarajevo in 1996 under number 10919.  On 12 MAY 97 he claimed residence in the Municipality Centar- Sarajevo, Dola Street no. 15, after which on 29 SEP 97 he claimed residence in the Municipality Maglaj- Bocinja Gornja, Paravci Street nn.  His bih passport was found in Kabul after the entrance of Northern Alliance forces into this city.  His bih citizenship was revoked.

58.  YOUSSEF AMGAD, son of Mohamed and mother Aisha, born on 05 JUL 66, in the place of Kalubiyya- Egypt, citizen's number 0507966170163, high school teacher by profession.  By the Decision of the CSB Sarajevo number: 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR in the Municipality Centar.  This Decision was made on the basis of the Decision of the MUP rbih no. 09/2-204-396/92 from 30 JAN 92.  The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this.  The aforementioned was registered in the MKR in the Municipality Centar- Sarajevo in 1996 under number 10963.  He had a bih passport no. 0840055, issued 11 MAY 99.  On 05 OCT 95 he claimed residence in Sarajevo, Municipality Centar, Gabelina Street no. 9, after which on
11 JUN 96 he claimed residence in Zenica, Sarajevska Street, no. 270.  Then on 09 SEP 97 he claimed residence in the Municipality of Maglaj- Donja Bocinja, Rudine Street nn.  On 16 APR 99 he claimed residence in the Municipality Novi Grad- Sarajevo, Prvomajska Street no. 15.  On

27 DEC 99 he claimed residence in the Municipality Zavidovici, Bosanska Street no. 4. After that on 30 NOV 00 he claimed residence in the Municipality Mostar, Knezica Street no. 24. On 01 MAY 99 he was issued a personal ID card no. 5633/99 valid for 10 years. His bih citizenship was revoked. Amgad does not reside at the address Prvomajska no. 15.

59. EL WAKIL AHMED, called "Abdel Razak", son of Mahmoud, born on 19 FEB 71 in the place Giza- Egypt, citizen's number 1902971173626. By the Decision of the CSB Sarajevo number: 19-136/95 from 28 DEC 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR on the Municipality Centar. This Decision was made on the basis of the Decision of the MUP rbih no. 09/2-204-243/92 from 31 JAN 92. The MUP rbih, with document no. 07/2-204-2813 from 03 OCT 95, informed the CSB Sarajevo about this. The aforementioned person was registered into the MKR in the Municipality Centar- Sarajevo in 1996 under number 11003. On 12 MAY 97 he claimed residence in the Municipality Stari Grad- Sarajevo – unknown address, after which on 09 SEP 97 he claimed residence in the Municipality Maglaj, Bocinja Gornja- Brdo Street nn. Then on 25 SEP 00 he claimed residence in the Municipality Mostar, B. Laksica Street nn. On 06 AUG 97 in the Municipality Maglaj he married a bih citizen Ifeta Bosnic. El- Wakil has a personal ID card number 1556/2000 issued in Mostar on 25 SEP 00, and his wife, Ifeta (Ibrahim) El Wakil, citizen's number 0308977188924, born in Zvornik, has a temporary personal ID card no. 1657/2000, which was also issued in Mostar on 25 SEP 00. Ahmad Al Wakil has a personal ID card no. 6375/96 issued in the Zenica police station under the name Ahmed El Wakil, father Muhamed, born on 19 FEB 71 in the place of Giza- Egypt, citizen's number 1902971170786, with declared residence at the address Tetovska Street, Zenica. His bih citizenship was recently revoked.

60. MORGAN MOHAMED, son of Elsayed Mohmond and mother Hudra Muuhamemde, born 10 SEP 59 in the place of Ismailia- Egypt, citizen's number 1009959170038. By the Decision of the CSB Sarajevo no. 19/05-1-200-156 from 31 AUG 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR in the Municipality Centar. This Decision was made on the basis of the Decision of the MUP rbih no. 07/2-204-2042 from 12 AUG 95. The MUP rbih, with document no. 07/2-204-2042 from 12 AUG 95, informed CSB Sarajevo about this. The aforementioned person was registered into the MKR in the Municipality Centar- Sarajevo in 1995 under number 2784. On 21 SEP 95 he claimed residence in the Municipality Centar- Sarajevo, M. Hadzijahica Street no. 32, after which on 26 AUG 97 he claimed residence in the Municipality Mostar- Put 29. Hercegovacke udarne divizije Street no. 517. On 12 DEC 97 in the Municipality Tuzla he married a bih citizen Eila Vickovic.

61. HASAN HODA, daughter of Mehmed Wisayed and mother Bedria Abdurrahman, born on 28 JAN 60 in the place of Alexandria- Egypt. By the Decision of the CSB Sarajevo no. 19/05-1-200-156 from 31 AUG 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR in the Municipality Centar. This Decision was made on the basis of the Decision of the MUP rbih no. 07/2-204-2042 from 12 AUG 95 about granting him bih citizenship. The MUP rbih, with document no. 07/2-204-2042 from 12 AUG 95, informed CSB Sarajevo about this. The aforementioned was registered into the MKR in the Municipality Centar- Sarajevo in 1995 under number 2785.

62. SULIMAN MUSTAFA, son of Kamel and mother Samira, born on 05 FEB 68, in the place of Alexandria- Egypt, citizen's number 0502968173524, technical engineer by profession. By the Decision of the CSB Sarajevo no. 19/05-1-200-184 from 05 OCT 95, signed by the Head of the Department, Mirsada Beganovic- Zutic, he was authorized an additional entry into the MKR in the Municipality Centar. This Decision was made on the basis of the Decision of the MUP rbih no. 07/2-204-747 from 12 APR 95 about granting the aforementioned bih citizenship. The MUP rbih, with document no. 07/2-204-742 from 12 APR 95, informed CSB Sarajevo about this. The aforementioned person was registered in the MKR in the Municipality Centar- Sarajevo in 1996 under number 10706. On 14 MAR 96 he claimed residence in the Municipality of Stari Grad- Sarajevo, Nadmlini Street no. 16, after which on 12 DEC 97 he claimed residence in the Municipality Novi Grad- Sarajevo, V.

Maglajica Street no. 6/III.  Then on 11 JAN 01 he claimed residence in the same municipality, Teheranski Square no. 6.  And on
15 MAR 01 he discontinued residence in the Municipality Ljubuski- address unknown.  On 09 MAR 01 in the municipality of Ljubuski he married with a bih citizen Ferida Niksic.

63.  ABU BEKR LEJLA, daughter of Abul Magid and mother Khamse Dardir, born 09 MAY 70, in the place of Abnoud- Egypt, citizen's number 0905970175019.  By the Decision of the CSB Sarajevo no. 19/13-200-110 from 22 DEC 94, signed by the Head of the Department, Senada Povlakic, she was authorized an additional entry into the MKR in the Municipality Centar.  The MUP rbih, with document no. 07/2-204-1819 from 20 DEC 94, informed CSB Sarajevo that the aforementioned person was granted bih citizenship.  She was registered into the MKR in the Municipality Centar in 1995 under number 129.  On 27 SEP 00 she claimed residence in the Municipality Gradacac, place Gornji Lukavac, Gornji Lukavac Street nn.  On 05 JUL 00 she claimed residence in the Municipality Novo Sarajevo, Zmaja od Bosne Street no. 76/3.  We mention that in the Decision of the CSB Sarajevo the name Lejla was registered, whereas in the MKR the name Layla was registered.  Likewise, in the excerpt from the MKR the name Abou Bakr was determined, while Abu Bekr was written.  On 02 OCT 92 in the city of Suec- Egypt she married Raafat El Sayed and took her husband's last name.  NU MKV???? 387/96 Municipality Centar.

**64.**  SAMY AFIFY, son of Mustafa and mother Merjem, born 28 March
1962 in Suez, Egypt, ID number 2803962173554. According to the Decision
CSB Sarajevo number 19/05-1-200-175 from 02 Oct. 1995, signed by the Head of the Department, Mirsada Beganovic – Zutic, she authorized additional entry in MKR, municipality Center. This Decision was approved on the basis of Decision MUP of rbih number 07/2-204-2585 from 25 Sept. 1995, about which MUP rbih with act number 07/2-204-2585 from 25 Sept. 1995, informed CSB Sarajevo. The above named individual was registered
In MKR (Birth Registry) municipality Center-Sarajevo in 1995 under the number 3293. On 23, March 1997 the aforementioned registered residence
 In municipality Tuzla, town Solina, Rate Dugonjica st,  number 13. On
08. Nov. 1995 he was registered in municipality Stari Grad – Sarajevo, Potoklinica st. Number 6.

**65.**  MOHAMMED ALI EL-SAYED MAHMOUD, son of Ali, born on
Jan.18. 1962 in Menufia, Egypt, ID numbers 1801962170176. With the Decision CSB Sarajevo number 19/05-1-200-201 from Aug. 27. 1996 signed by the Head of the Department, Dahic Ismet, the above named was authorized additional entry in MKR (birth registry) of the municipality Centar. This Decision was approved on the basis of the Decision of Ministry of Justice and General Administration rbih number 03-204-638/96 from July 31.1996, about which, Ministry of Justice and General Administration rbih with act number 03-204-638/96 from Aug. 31. 1996, informed CSB Sarajevo. The above named individual was registered in MKR, municipality Centar-Sarajevo in 1996, under number 12063. The aforementioned registered his residence in municipality Tuzla, Dj. Salaj Street, and number 348 on Nov.10. 1999.

**66.**  HESHAM MEHDY, son of Mahmoud and mother Muna, born on Dec.
14. 1963 in Suez, Egypt, ID number 1412963173520. With the Decision
CSB Sarajevo numbers 19/05-1-200-176 from Oct. 02. 1995, signed by the
Head of the Department, Mirsada Beganovic – Zutic, the above named was
Authorized additional entry in MKR of municipality Centar. This Decision was
Approved on the basis of the Decision MUP of rbih number 07/2-204-2586
From Sept. 25. 1995, about which, MUP of rbih with act number 07/2-204-
2586, from Sept. 25. 1995 informed CSB Sarajevo.
The aforementioned is registered in MKR municipality Centar-Sarajevo in 1995, under the number 3292. The above named registered his residence on 08. Sept. 1998 in municipality Tuzla – Solina, Rate Dugonjica street, number 13.On Nov. 08. 1995 he registered his residence in municipality Stari Grad – Sarajevo, in Potoklinica street, number 6, and on 26. Aug. 1998 he gave notice of departure from Sarajevo to Tuzla.

67. SAYED RAAFAT, son of Raafat and mother Nagat Saad, born on
Jan. 21. 1967 in town Ismalija, Egypt, ID number 2101967170001. With the Decision CSB Sarajevo
number 19/13-200-68 from Sept. 10. 1994, signed by the Head of the Department, Senada Povlakic, the
additional entry was approved for the above named in MKR, municipality Centar. This Decision was
approved on the basis of Decision of MUP rbih number 07/2-204-749 from Sept. 05. 1994, about which
MUP rbih with the act number 07/2-204-749 from Sept. 09. 1994
Informed Sarajevo. The above named was registered in MKR, municipality Centar in 1994, under number
2400. On July 05. 2000, the aforementioned registered his residence in municipality Novo Sarajevo –
Sarajevo, Zmaja od Bosne street, number 76. On 26. Sept. 2000 he changed his residence to Gradacac –
Gornji Lukavac, (without number). On Oct. 02. 1992, he got married in Suec – Egypt with Abou Bakr
Layla. MKV 387/96.

68. EL FAKAWY AYMAN, daughter of Younis and mother Tarfa, born on Aug 14. 1966, in town Khan
Younis, Egypt, ID numbers 1408966173424. With the Decision CSB Sarajevo, number 19/13-200-31 from
Feb. 11. 1995, signed by the Head of the Department, Senada Povlakic, additional entry was approved for
the aforenamed in MKR, municipality Centar. This Decision was approved on the basis of Decision MUP
of rbih , number 07/2-204-1998 from Dec. 26. 1994,
About which the MUP of rbih with act number 07/2-204-1998 from Jan. 24. 1995
Informed CSB Sarajevo. The above named individual is registered in MKR, municipality Centar in 1995
under the number 3405. The aforementioned, registered her residence on March 14.1997 in municipality
Bihac and on Nov. 20. 1995 in municipality Stari Grad – Sarajevo, Arapova street, number 34.

**69.** YOUSRY HASSAN, son of Abdelsattar Mahmoud and mother Behidza
Shaban, born June 01. 1966 in town Zagazig Sharkia, Egypt, ID number
0106966190070. He registered his residence on 20. March 1995, in municipality Zenica, Gorazdanaska
Street, number 160. On Nov. 07.1997, the above named
Registered his residence in municipality Tesanj, Patriotske lige street (without -number) and on Dec.
04.1998, registered residence in Ilidza, Plandiste street, number 2, after which, he registered residence in
municipality Novo Sarajevo –
Sarajevo – Aleja lipa number 61.  The above named married bih citizen Salibasic Irena, daughter of Ahmet,
born on Dec. 30. 1974 in Doboj, ID number
3012974129115, and has two minor children. He received bih citizenship on
Jan.12. 1995 with the Decision of MUP rbih number 07/2-204-23.

**70.** HASSAN SHERIF, son of Mohamed, born July 24.1971, in El Halima,
Egypt, ID numbers 2407971172762. With the Decision CSB Sarajevo number,
19-136/95, from 28. Dec. 1995, signed by the Head of the Department, Mirsada
Beganovic – Zutic, approved additional entry for the above named in MKR municipality Centar. This
Decision was approved on the basis of MUP rbih from March 05. 1992, about which MUP rbih with act
number 07/2-204-2813 from  Dec. 03.1995, informed CSB Sarajevo. The aforementioned individual is
registered in MKR (birth registry) municipality Centar-Sarajevo in 1996, under the
Number 10914. The above named registered his domicile in municipality Novo
Sarajevo – Sarajevo, Zvornicka Street, number 14. He departed on July 28. 1997
And registered in Zenica, on July 03.1998, Dobrovoljnih davalaca krvi street, number 4C. After
investigation, it was found out that number 14 in Zvornicka street does not exist.

71. BARAKAT KHALED so called "Isa", son of Mohamed and mother Kevser
Abdulvehab, born on Nov. 14. 1968 in town Alkanatir, Egypt, ID number
1411968190036. The above named individual is registered in MKR municipality
Zenica in 1995, under number 3780. He owned bih passport number BH 525689
From  Nov. 30. 1995 and number 0921191. Aforementioned person, registered his domicile on 26. Oct.
1995, in Zenica, 12 April street, bb, (without number). He cancelled that on 14. April 1999 and registered
in Lisicicima, bb (without number)
On 16 of April 1999. On the same day, he was issued personal ID card number,
798/99, valid for ten years. He cancelled that on June 19. 2001, and registered in

Municipality Novo Sarajevo – Sarajevo, Zmaja od Bosne street, number 76, where KADRY EMAN lived, the wife of EL SAYED ANWARA. Barakat is married
With bih citizen, Kovac Nezira, with whom he has one child. The above named was temporary guardian of the family El Sayed Anwara, meaning his wife.
Kadry Eman and her six kids.

**72.** ALNAQLI KHALED, son of Mohamed and mother Fatijah, born Feb. 10.
1968 in Al-Jumruk, Egypt, ID number 1002968173614, lives in Breza, Vrbovik street, number 36 at his mother-in-law, Dedic Almasa. With the Decision of MUP
Canton Sarajevo, Police Administration office Centar, number 05/3-203-825 from
Dec. 14. 1998, it is approved for the above named, to make a change in MKR, municipality Centar, for city of Sarajevo, under sequence number 1009 for 1998,
And add following information: Under "surname", instead Ibrahim, change to Alnagli. Under "parents", add father Husain Ibrahim and the name Mohamed, and
For mother, surname Al-Jamal and name Fatijah. On Oct. 28. 1994 in Breza, the above named was married to Dedic Dzejna, MKV number 70/94, and has four minor children. On 10. May 1997, he registered his domicile in Sarajevo, Cvijetina street, number 14. From, Sept. 09.1997 to 02. Dec. 2000, he was registered to the area of Bocinja Gornja, Brdo Street, without number. Before he cancelled that address, he lived for a while in Bihac, Orljani Street, without number. From, Oct. 03. 2000, he was registered on the address Vrbovik, number 36, in Breza.

73. HISHAM DIAB, son of Naser and mother Suada, maiden name Said, born Sept. 29. 1959 in town Alsahfijin, Egypt, ID number 2609959190072, entered in MKR Zenica, 04. Sept. 1995, under number 3059, on the basis of the Decision CSB Zenica number 21-07/200-3682/95 from 02. Sept.1995. He was killed in January 1997, in front "Islamski Balkanski Centar" in Zenica. Karray Kamel Bin Ali, called "Abu Hamza", was convicted for his murder and is serving in
KPZ, (correctional facility) in Zenica.

**74.** MOHAMED SAAD MOHAMED EL GHABOURI, changed his name to
Durmic Faris, son of Saad and mother Noval, maiden name Maudour, born on
April 08. 1968 in Alexandria, Egypt. ID number 0804968190042, he got married in Zenica, with Durmic Alma from Zenica. They live in Zenica, Islambegovica put,
Number 5-A, second floor in the apartment of his father-in-law. He received R bih
Citizenship, The Decision of MUP R bih number 07/2-204-2917 who, for Borisa
Arnaut signed Hadzovic-Brkan A. After which he changes the name to Durmic Faris.

**75.** HANY TALAAT ABDEL FATAM ABDALA, called "Dzafer" and
Changed the name to HODZIC MIRSAD, son of Talaat and mother Nesima,
Maiden name Hgiza, born July 29. 1970 in Cairo, Egypt. He is married with bih
Citizen, Hodzic Selma and live in Travnik. He received bih citizenship on the basis of the Decision of MUP
R bih number 07/2-204-1999 from Jan. 19. 1995,
And signed by Borisa Arnaut. On the basis of the Decission SJB Travnik, number
21-17/05-205-16 from 28. Aug. 1997, he changed the name to Hodzic Mirsad.

76. HUSSEIN AHMED, son of Ahmed and Alsavida Abdurahman, born Aug. 09. 1966,  in Almandor, Egypt. He lives in Tuzla, bih since the middle of the 1994, Economist by trade and married. With the Decision of MUP R bih number
07/2-204-2658,  from Sept. 29. 1995, the above named was given R bih citizenship. Since coming to bih, for a while, he worked in h/o "Islamic Relief" in
Tuzla, and after in h/o "Quatar" – Charitable Society (Dobrotvorno drustvo Katar) in Tuzla. In the middle of the 1999, he cancels domicile registration and moves to
Zivinice, 1 Maj street, bb (without number) and by the end of year 2000, he moves back to Tuzla, where he reported living at F. Markovica street, number 4.
His JMB (ID) number is : 0908966180058.

77. ABDUL TAWAB SAMEH, son of Jassin and Hajrija, born Sept.09.1967 in Al Giza, Egypt. He lived in Tuzla, bih until the end of 1994. He completed middle Islamic school in Cairo. Married. With the Dicision of MUP R bih number,
07/2-204-2190, from Aug.21.1995, the above named received bih citizenship,
(recorded in Tuzla, book of citizens, on the page 284 under sequential number 4887 for the year 1995).
Since his arrival in bih, he joined the ranks of bih Army,
And from the middle of 1995, he was heading h/o "Human Relief Agency" – Cairo
(HRA) in Tuzla. On 25. June 1999, he moves to Zivinice, Orb street, number 12,
And on 30. Aug. 1999, he changed his domicile to Toma Mendes street, number 2, in Vogosce. His JMB, (ID) number is 0909967180031.

78. MAMDOUH ABDEL RAHMAN, son of Ahmed and Zeineb, born Feb.10. 1960 in Al Giza, Egypt. He lives in bih since 1994, and works as a chief in the office of "IWC" – Kuwait in Tuzla. From the year 2000, he lived temporarily in Kosovo and Macedonia, where he worked for himself. Until year 2000, he was engaged in mission of h/o "IWC" in Albania. Abdel Rahman received bih citizen-
Ship in1995, and is entered in the book of citizens in Tuzla, under sequential number 2753/95, and registered his domicile in Tuzla, Armija bih Street, number
386. His JMR (ID) number is, 1002960180034. It's interesting that on his personal ID card issued in Police Administration office in Tuzla on Sept. 06. 2000
His date of birth was Feb.10. 1960, but in all other documents is 22.April 1964,
(other information is identical). On Feb. 22. 1999, he married Repes Muris daughter of Salka, born Feb. 22. 1980 in Tuzla.

79. KOVACEVIC ALEN (originally, Maher Gabala ) and also uses the name Krasnici Damir, and nickname "Ebu Jatama". He is a citizen of Egypt and bih and his registered domicile was in Sarajevo, Toplik Street, number 7, and later in Tuzla, Sicki Brod, V. Milovanovica street, number 40, then he moves to Zenica, Gorazdanska street, bb, (without number), then in Travnik,
Grozd Street. Allegedly, since the month of October, he is in Egypt with members of his family.

80. AFIFY SAMY, son of Mustafa and Merjem, born March 28. 1962, in Suez, Egypt. He was named, chief of the office for h/o "Red Crescent society For UAE,
In Tuzla. During 1995, he was accepted as bih citizen (registered in Sarajevo, municipality Centar, under sequential number 3293/1995.His registered domicile is in Tuzla, Rate Dugonjica, number 13. His JMB number is 2803962173554.

81. ANWAR EL SAYED, son of Mohamed and Hend, maiden name, Khatab,
Born Dec. 04. 1956 in Tauta Evel – Gharbia, Egypt. His JMB (ID) number is,
0412956190068, and received bih citizenship on the basis of the Decision MUP
R bih number 07/2-204-223 from Feb. 28. 1995, that was signed by Borisa Arnaut, and entered in MKR Zenica on July 04. 1995, under sequential number
2222, on the basis of the Decision of MUP R bih number 07/2-204-223 from Feb. 28. 1995 and Decision CSB Zenica number 21-07/200-2605/95 from July 03. 1995. He was killed in 1995 and guardianship over family was taken by,
Khaled Barakat, called "Isa", naturalized bih citizen, originally from Egypt.

82. EL SAVAH TAREK, son of Mahmoud and mother Semavat, maiden name, Halil, born Nov. 02. 1957, in Alexandria, Egypt. His JMB (ID) number is,
0211957190058, entered in MKR Zenica, on March 15. 1996, under number 1100, on basis of the Decision CBS Zenica number 21-07/200-1483, from
March 13. 1996.
83. HANY HAIKAL, changed his last name to Jasarevic, son of Mohamed and mother Suad, maiden name Mohamed, born on April 11. 1957, in  Al Abbasejn, Cairo, Egypt. JMB (ID) number is 1104957180047, entered in MKR
(book registry) in Zenica on Jan. 26. 1996, under sequential number 374, on basis of the Decision CSB Zenica, number 21-07/200-500/96 from Jan. 25.1996.

He was married on Dec. 09. 1997 in Maglaj, with Jasarevic Nermina and kept his last name. He is entered in MKV Maglaj of the year 1997, under sequential number166. He changed his last name to Jasarevic, Decision PU (Police Administration) Zenica, number 10-14/5-13-5-3084/2001 from Feb. 13. 2001.

84. HASSAN AYMAN, son of Anwar and mother Raga, maiden name Akshar
Born July 27. 1964in town Ebi Talib La, Kaliuobia, Cairo (Egypt), has no JMB, but
Is entered in MKR on Oct. 08. 1996, under sequential number 3834, on the basis of the Decision CBS Zenica, number 21-07/200-6197/96. He was married in Giza
Egypt, on Nov. 08.1986, with Refaat Fatima, from Egypt.

85. LILA YASSER, son of Mohamed and Saida, maiden name Midan, born on
August 28.1967, in town Giza, Egypt. JMB number is 2408967190027. He is entered in MKR (book registry) Zenica under sequential number 1980, on the basis of the Decision CSB Zenica, number 21-1/07-200-2901/94, from Nov. 03.1994. He got married in Zagreb with Delic Mediha, on Feb. 14.1994, which was void by the Decision CSB Zenica, number 21-07/201-7462 from Dec. 04.1996, but he was remarried on Dec. 25 1996 in Vogosce, with the same person.

86. SALEM YASSER, son of Aball and Nadija, maiden name Misk, born March 20.1972 in town Ismailia, Egypt. JMB (ID) number 2003972190108,
Entered in MKR Zenica, on Oct. 16.1995 on the basis of the Decision CSB Zenica, number 21-07/200-4573/95 from Oct. 14 1995.

87. ABOU EL SAOUD MOHAMED, son of Helmi and Munira Alimi, born Jan. 28.1967, in town El Manoufia, Egypt. JMB number 2801967193887. Accepted as bih citizen, by the Decision of the Ministry of Justice and General
Administration number 07/2-204-3479 from July 31.1996, which was signed by Vildana Kustura, and entered in MKR Zenica, under sequential number 525,for
The year 1997. He lived in Zavidovici, Krivajska street, bb (without number) and now lives allegedly in Zivinice. He was selling merchandise on open markets, and is married with Krajnic Ziba, from Zavidovici, born Oct. 04.1975, and they have three children.

IRAQ

1. KHAL'IL BAISAN, daughter of Sabri Alban, born Jan. 24. 1978 in Baghdad,
Iraq. JMB (ID) number 2401978175181. With the Decision of KMUP Sarajevo, number UP-1-02/3.1-13-0-414 from June 12. 2000, and signed by the Head of the Department, Senada Masovic, above named was approved additional entry in Birth Registry, municipality Centar. This Decision was approved on the basis of the Decision by General Consulate in R bih in Munich, number, ll-02-266/95 from Sept. 19.1995. The above named was approved for bih citizenship by the Ministry of Civilian Affairs and Communications, with act number, 03-204-726/00, from June 04.2000, and KMUP Sarajevo was informed. She was entered in MKR
(birth registry) in municipality Centar, for the year 2000, under number 11049.
The above named, registered her domicile as municipality Stari Grad, Sarajevo,
Cobanija street, number 10. She also registered her residence in Munich, Germany, Landsbergerstrase 274, on May 12.1995, at our (DKP) Diplomatic and
Consular representation (request number 748761) and received bih passport number, 750553 issued in April 03.1998, valid until April 03.2000. It was found out, that she never lived on that address. For now, she lives in Cairo, Egypt.

2. MKARAM MUSTOO, son of Hussen Mohammed and mother Shukria Mika'il, born March 28,1961, in town Ta'mim, Iraq. JMB (ID) number is
2803961171337. With the Decision CSB Sarajevo, number 19/13-200-57 from Aug. 25.1994, signed by the Head of the Department, Senada Povlakic, above named was authorized additional entry in MKR (Birth

Registry) municipality Hazdici. This Decision was approved on the basis of the Decision MUP, R.bih number 07/2-204-5 from Aug. 22.1994, about which MUP R.bih with act number 07/2-204-5 from Aug. 22.1994, informed CSB Sarajevo. The above named individual is entered in MKR municipality Hodzici in 1994, under number 25. He possess bih passport number BH 024306 from Sept. 27.1994, also BA 299714 from May 26.1997 and number 0945230 from Jan. 28.2000. On Nov. 02 1981, above named, registered his domicile in municipality Ilidza, Butmirska cesta street, number 105. From Oct. 13.1993, he was in Hadzici, Ferhatija street, bb (without number) and from Oct. 27.1999 inhadzici, Hadzeli street, number 81, where on March 20.2001 obtained personal ID card number 398/2001, valid for ten years. He got married in Pale, with Cenanovic Zehra, on April 22. 1998.

3. JAMAL AL-JABOURI, son of Mahmooud Sami and mother Nahodh Fadhel, born Feb. 06.1962 in Baghdad, Iraq. JMB (ID) number 0602963173539.
With the Decision CSB Sarajevo, number 19/13-200-72 from April 08.1995, signed by the Head of the Department, Senada Povlakic, above named was authorized additional entry in MKR (Birth Registry), municipality Centar. This Decision was approved on the basis of the Decision of MUP R.bih number 07/2-204-462 from April 04.1995 about which MUP R.bih with act numer 07/2-204-462 from April 04.1995, informed CSB Sarajevo.

The above named registered his domicile in municipality Centar, Sarajevo, under the number1542. He posses bih passport number, BA 153400 from March 27.1996, and number1113368 from Nov. 29.1999. On March 14.1996, he registered his domicile in municipality Stari Grad, Sarajevo, Ferhadija street, number 11/3, and from July 14.1996 in municipality Ilidza, Francuske revolucije
Street, number 11. And from Oct. 17.2000 in Drago Filipovic street, number 5.
The above named, received personal ID card on March 14.1996, in municipality
Stari Grad, Sarajevo, number 3401/96, valid for ten years. Please note, that his year of birth in Decision of additional entry in MKR, was 1962, but in excerpt from MKR was registered as 1963, which was used to determine JMB (ID) number and in issuance of the documents.

4. TARIK SHARIF SWADI, son of Swadi Sharif and mother Fahia, born July 01.1957 in town Omar, Iraq. JMB (ID) number is 0107957170039. With Decision
CSB Sarajevo, number17/13-200-14 from May 23.1994, signed by the Head of the Department Senada Siljak, above named was authorized additional entry in MKR (birth registry) in municipality Centar. This Decision was approved on the basis of MUP R.bih number 07/2-204-132 from May 13.1994, about which MUP
R.bih with act number 07/20204-132 from May 13.1994, informed CSB Sarajevo. The above named individual was entered in MKR in municipality Centar, Sarajevo for the year 1994 under the number 1078. He possessed bih passport number, BH 590037 from Dec. 03.1999, also number BA 603 215 from Oct.22.1997 and number 0852394 from Nov. 11.1999. He registered his domicile on May 31.1994 in municipality Centar, Sarajevo, Krajiska street, number 13A, and from March 09.1999 in Odobasina street, number 15, where on the same day, he obtained personal ID card number 2004/99, valid for ten years. He got married on April 09.1994 in municipality Stari Grad, Sarajevo, with Colpa Sanela.

5. JAWAD ESSA AL-RUBEYEE, son of Kanbera, born Oct. 17 1967 in Baghdad, Iraq. JMB (ID) number is 1710967173607. With Decision of MUP
Canton Sarajevo, number 02/3.1-200-569 from Aug. 31.1998, signed by the Minister Dahic Ismet, above named was authorized additional entry in MKR municipality Centar. This Decision was approved on the basis of the Decision
From Ministry of Civil Affairs and Communication bih, number 03-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 from Dec. 24.1997 about which, Ministry of Civilian Affairs and Communcation
Bih with act number 03-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 from Aug. 10.1998, informed MUP Canton
Sarajevo. The above named was entered in MKR in municipality Centar Sarajevo
For the year 1998, under the number 11425. He posses bih passport number 0801320 from Sept. 12.1998 and number 08011394 from Sept. 12.1998. He registered his domicile on Sept. 10.1998, municipality Stari Grad, Sarajevo,
Toplik street, number 7, and the same day, obtained personal ID card number,
4288, valid for ten years.

6. NIDHAL ESSA  AL-RUBEYEE, daughter of Nema, born Jan. 27.1966 in
Baghdad, Iraq. JMB (ID) number 2701966178626. With Decision MUP Canton Sarajevo, number 02/3.1-
200-569 from Aug. 31.1998, signed by the Minister Dahic Ismet, the above named was authorized
additional entry in MKR municipality Centar. This Decision was approved on the basis of Decision of
Ministry of Civilian Affairs and communications bih, number 03-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 from Dec. 24.1997 about
which, Ministry for Civilian Affairs and communications
Bih with act number 03-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 from Aug. 10.1998 informed MUP Canton Sarajevo. The above
named individual was registered in MKR municipality Centar, Sarajevo for the year 1998, under the
number 11426. She possessed bih passport number 0801396 from Sept.12. 1998. On Sept.10.1998, she
registered her domicile in municipality Stari Grad, Srajevo, Toplik street, number
7, and on the same day obtained personal ID card, number 4287/98, valid for
Ten years.

7. SAKRAN RAAD, son of Munim and mother Bakiza Zahroon, born Feb. 10.1955 in town Basrah, Iraq.
JMB (ID) number is 1002955170012. With Decision CSB Sarajevo, number 17/13-200-13 from May
23.1994, signed by the Head of the Department, Senada Siljak, the above named was authorized additional
entry in MKR municipality Centar. This Decision was approved on the basis of the Decision of MUP
R.bih, number, 07/2-204-142 from May 19.1994, about which, MUP R.bih with act number 07/2-204-142,
informed CSB Sarajevo.
The above named individual was registered in MKR (birth Registry) municipality Center, Sarajevo for the
year 1994, under number 1030. He possessed bih passport Number, BH 426810 from Sept. 29.1994. On
May 26.1994, he registered his domicile in municipality Centar, Sarajevo, Mose Pijade street, number 55,
and on the same day he obtained personal ID card, number 1551/94, valid for ten years. The
aforementioned individual, got married in municipality Antverpen Merkasem, Belgium, with Bogdanovic
Nada, on July 06.1984.

8. KHAYRALLAH TAREK, SON OF MOHAMED, BORN 20 JAN 67 IN EZZAFARANIA-IRAQ,
PERSONAL IDENTITY (JMB) # 2001967170163.  BY THE SARAJEVO CENTRAL SECURITY
SERVICE (CSB) ORDER # 19-136/95 DATED
28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT
ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY-CENTAR.  THE
ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #
09/2-204-377 DATED
12 FEB 92, GIVING HIM BIH CITIZENSHIP.  THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF
THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 95.  THE ABOVE-MENTIONED NAME WAS
ENTERED INTO THE BIRTH REGISTRY BOOK OF THE MUNICIPALITY CENTAR IN 1996
UNDER THE NUMBER 10923.  ON 09 MAY 97 HE REPORTED HIS RESIDENCY IN THE
MUNICIPALITY CENTAR-SARAJEVO AT ZAIMA SARCA STREET, NO 1.  HIS BIH CITIZENSHIP
WAS REVOKED.

9. SHAKIR HASSAN, SON OF AL MERHWN ABED AL SAHIBA AND MOTHER GHADHBAN
NAJIA, BORN 04 JAN 62 IN AL BASRAH-IRAQ, PERSONAL IDENTITY (JMB) # 0401962172703.
BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 17-1/09-200-172 DATED 02
APR 92, SIGNED BY THE SECTION CHIEF NINOSLAV GREDA, HIS NAME WAS AFTER THE
FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF MUNICIPALITY NOVO SARAJEVO.
THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP)
ORDER # 09/2-204-1574 DATED 04 DEC 92, GIVING HIM BIH CITIZENSHIP.  THE R BIH MUP
NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 09/2-204-1574/91 DATED 23 MAR 92. HIS
NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOK OF THE MUNICIPALITY NOVO
SARAJEVO IN 1992.  THE ABOVE-MENTIONED PERSON HAS A BIH PASSPORT, NO BH 019205
DATED 14 NOV 92.  ON 13 MAY 92 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
NOVO SARAJEVO-SARAJEVO AT DRINSKA STREET NO 37 AND ON 27 DEC 99 MOVED TO

THE MUNICIPALITY STARI GRAD-SARAJEVO AND ON 05 JAN 00 HE REPORTED HIS
RESIDENCY AT ZABEGLUKOM STREET NO 14.


10. DABBAGH ABBAS, SON OF OMAR TAYFOR, BORN 01 JUL 62 IN ALTAMIM-IRAQ,
PERSONAL IDENTITY (JMB) # 0107962173534.  HIS NAME WAS ENTERED INTO THE BIRTH
REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE
NUMBER 11932.  HE HAD TWO BIH PASSPORTS, NO BA 216583 DATED 22 AUG 96 AND NO
0866317
DATED 10 MAR 99.  ON 05 AUG 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
STARI GRAD-SARAJEVO AT OBALA ISA-BEGA ISAKOVICA STREET NO 8. ON 13 DEC 00 HE
MOVED AND ON 14 DEC 00 REPORTED RESIDENCY IN THE MUNICIPALITY NOVO
SARAJEVO AT RADNICKA STREET 19B.  ON 19 DEC 00 HE WAS ISSUED A STATE ID NO
8729/2000 VALID 10 YEARS.  HIS DOB WAS REGISTERED IN THE BIRTH REGISTRY BOOKS AS
01 JUL 62.  HE IS MARRIED TO ALDAOUD NOUR AND HAS A DAUGHTER DABBAGH IMAN
BORN 28 JUL 00 IN DAMASK-SYRIA AND HAS A BIH PASSPORT, NO 3786238 ISSUED 06 JUN
01.


11. BLEIBEL ABDULLAH, SON OF HUSSEIN AND MOTHER SOUADA, BORN 11 MAY 61 IN EN-
EL, HALVEA-IRAQ, PERSONAL IDENTITY (JMB)
# 1105961170001. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-13-200-
30 DATED 06 AUG 94, SIGNED BY THE SECTION CHIEF SENADA POVLAKIC, HIS NAME WAS
AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY
CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY
(MUP)
ORDER # 07/2-204-129 DATED 17 JUN 94, GIVING HIM BIH CITIZENSHIP.
THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS
FILE # 07/2-204-129 DATED 15 JUN 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO
THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1994 UNDER
THE NUMBER 1894.  HE HAD A BIH PASSPORT, NO BH 590764 DATED 08 DEC 94 AND NO
0949393 DATED
28 JAN 99.  ACCORDING TO THE RECORDS, HE DID NOT REPORT HIS RESIDENCY.


12. AL HAMERI BEGIC ASHWAK, DAUGHTER OF KSHAYSH AND MOTHER FAIZA, BORN 08
JAN 60 IN BABYLON-IRAQ, PERSONAL IDENTITY (JMB)
# 0801960178605. BY THE SARAJEVO INTERIOR MINISTRY NUMBER
02/31-200-186 DATED 02 APR 97, SIGNED BY THE MINISTER ISMET DAHIC, HIS NAME WAS
AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY
CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY
(MUP) ORDER
# 09/2-204-130/91 DATED 24 JAN 92, GIVING HIM BIH CITIZENSHIP.  THE MINISTRY OF
JUSTICE AND GENERAL ADMINISTRATION NOTIFIED THE SARAJEVO MUP OF THIS BY ITS
FILE # 03-204-10-649/97 DATED 31 MAR 97. THE ABOVE-MENTIONED NAME WAS ENTERED
INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997
UNDER THE NUMBER 10441. SHE HAD A BIH PASSPORT, NO BH 467045 DATED 05 JUL 93
ISSUED IN OUR CONSULATE IN ISTANBUL (UPON REQUEST NO 300647) SINCE SHE
REPORTED A RESIDENCY IN ISTANBUL AT IRFANINE SOK STREET 15 - YESILK.  ON 11 APR
97 SHE REPORTED HER RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT
OCAKTANUM STREET NO 13.  ON 18 JUL 97 SHE MOVED AND ON 02 AUG 97 SHE REPORTED
HER RESIDENCY IN THE MUNICIPALITY NOVO SARAJEVO AT B. MUTEVELICA STREET NO
67/1.  ON 15 MAR 01 SHE MOVED AND ON 06 APR 01 REPORTED HER RESIDENCY IN THE
MUNICIPALITY CENTAR-SARAJEVO AT MEHREMICA TRG STREET NO 11.  IN THE BIRTH
REGISTRY BOOK HER SURNAME IS WRITTEN ONLY BEGIC AND THE REASON FOR

SURNAME CHANGE IS NOT LISTED EVEN THOUGH IN THE MUP RECORDS SHE IS LISTED AS BEGIC ASHWAK.


13. AL-MUSHAREF HAMIED, SON OF HASSAN AND MOTHER NAJIA, BORN 31 JAN 62 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 3101962173529.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-13-200-72 DATED 29 SEP 94, SIGNED BY THE SECTION CHIEF SENADA POVLAKIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-751 DATED 09 SEP 94, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-751 DATED 09 SEP 94. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1994 UNDER THE NUMBER 2222.  ON 29 OCT 94 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT NIZE BANJA STREET NO 2.


14. AL AZIZ AMERA HASAN ABDULMADZID, SON OF AL AZIZ HASAN AND MOTHER AL AZIZ ADILA, BORN 11 MAR 61 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 1103961171560.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER #17/13-200-4 DATED 24 APR 94, SIGNED BY THE SECTION CHIEF SENADA SILJAK, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-11 DATED 13 APR 94. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 09/2-204-11 DATED 18 APR 94. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1994 UNDER THE NUMBER 830.  HE HAD BIH PASSPORTS: BH 590989 DATED 06 DEC 94; BA 211811 DATED 27 JAN 97; BA 284782 DATED 21 AUG 97 AND 1195742 DATED 10 JUL 99.  HE REPORTED HIS RESIDENCY AT PIONIRSKA STREET NO 15 BASED ON ONE OF THE TRAVEL DOCUMENTS ISSUED TO HIM.  ON 10 AUG 90 HE ENTERED INTO A MARRIAGE WITH NURFETA COLAKOVIC IN THE MUNICIPALITY TRNOVO - REGISTRAR'S OFFICE SABICI.


15. ALI-ABUD ODEJ, SON OF ALIA AND MOTHER AMILA, BORN 16 JAN 81 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 1601981170196.  HE HAD A BIH PASSPORT, NO BA 358721 DATED 31 OCT 96.  ON 28 OCT 96 HE  REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT HADZI SULEJMANOVA STREET NO 26.

16. LEJLANI BURHAN, SON OF JALAL AND MOTHER KAFIJA, BORN 01 JUL 57 IN KIRKUK-AL-TAMIM-IRAQ, PERSONAL IDENTITY (JMB) # 0107957173518.   HE HAD A BIH PASSPORT, NO BH 702589 DATED 15 FEB 95 ISSUED IN OUR CONSULATE IN BRUSSEL (ACCORDING TO REQUEST NO 396530) SINCE HE REPORTED HIS RESIDENCY IN HOLLAND, SCHIEDAM 3144, GE HOOFDSTRAAT 281, ISSUED IN LAJLANA (JALAL) BURHAN WITH THE PERSONAL IDENTITY (JMB) # 2110961178522.  FURTHERMORE, HE HAD A BIH PASSPORT, NO BH 702589 DATED 15 FEB 96 AND NO 0932084 DATED
27 OCT 98.  ON 06 DEC 90 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT NEVJESTINA STREET NO 5.  HE WAS ISSUED THREE PERSONAL ID CARDS AND THE LAST ONE ON 24 FEB 98 NO 708/98 VALID FOR 10 YEARS.


17. AL HAMDANI FADHIL, SON OF SAAIED AND MOTHER NURIJA, nee JASEM, BORN 27 OCT 60 IN AL TAMIM-IRAQ, PERSONAL IDENTITY (JMB)
# 2710960190089 AND HE IS A CAREER SOLDIER.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER #19-136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-453/92 DATED
23 MAR 92 GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10944.  HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY ZENICA AT KRANJCEVICEVA STREET NO 2A ON 15 APR 95.  HIS BIH CITIZENSHIP WAS REVOKED.


18. AMAR MUHAMED, SON OF LEFTA AND MOTHER FARHA, BORN 13 MAR 44 IN MISAN-IRAQ.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER #19/05-1-200-229 DATED 07 DEC 95, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-3265 DATED 08 NOV 95.
THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS
FILE # 07/2-204-3265 DATED 28 NOV 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1995 UNDER THE NUMBER 3664.

19. FETHIJA AL AMILI, DAUGHTER OF ABDUL ABBASA AND MOTHER HAJRIJA, BORN 01 JUL 43 IN AL HALIS-IRAQ. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-229 DATED 07 DEC 95, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-3265 DATED 08 NOV 95. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-3265 DATED 28 NOV 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1995 UNDER THE NUMBER 3665.

20. ALI ABUD AHMED, SON OF ALI AND MOTHER AMILA nee IMAMOVIC (BIH CITIZEN), BORN 04 OCT 83 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 0410983170181, STUDENT. HE HAD A BIH PASSPORT, NO BA 358086 ISSUED 21 OCT 86. ON 28 OCT 86 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT HADZI SULEJMANOVA STREET NO 26/I. IT IS MOST LIKELY THAT HE OBTAINED HIS BIH CITIZENSHIP BASED ON HIS MOTHER'S CITIZENSHIP.

21. AL HAMDANI ABDULKADER, SON OF ABDUL JABBARA AND ZEHRA nee JEBORI, BORN 01 FEB 60 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 0102960190065. ON 07 FEB 96, BY THE ZENICA CENTRAL SECURITY SERVICE (CSB) ORDER # 21-07/200-826/96 DATED 07 FEB 96 HIS NAME WAS ENTERED INTO THE ZENICA BIRTH REGISTRY BOOKS UNDER THE NUMBER 516. SINCE 07 FEB 96 HE HAS BEEN MARRIED TO AL KUBAESI EMAN.

22. AL KUBAESI EMAN, DAUGHTER OF KASEN AND DZUMHURIJA nee AL AENI, BORN 22 DEC 74 IN BAGHDAD-IRAQ, PERSONAL IDENTITY (JMB) # 2212974195040. ON 07 FEB 96, BY THE ZENICA CENTRAL SECURITY SERVICE (CSB) ORDER #21-07/200-827/96 DATED 07 FEB 96, HIS NAME WAS ENTERED INTO THE ZENICA BIRTH REGISTRY BOOKS UNDER THE NUMBER 519. ON 17 JUN 96 SHE ENTERED INTO A MARRIAGE WITH AL HAMDAM ABDULKADER IN IRAQ.

23. ABUDL RAZZAK MUAID, SON OF ABDUL RAHMAN, BORN 21 FEB 58 IN NASRYA, IRAQ. HE HAS BEEN RESIDING IN BIH SINCE 1980. BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-869 DATED 20 MAY 95, HE WAS GIVEN A BIH CITIZENSHIP (HIS NAME WAS ENTERED INTO THE CITIZEN'S BOOK IN TUZLA ON THE PAGE 175 UNDER THE ORDINAL NUMBER 2279 FOR THE YEAR 1995). HE REPORTED HIS RESIDENCY IN TUZLA AT S. MICICA STREET NO 36, PERSONAL IDENTITY (JMB) # 2102958180068.


24. AL-SABTI MAJED, SON OF MADLOUL AND SABEHA, BORN IN THI-KAR, IRAQ WITH A RESIDENCY REPORTED IN TUZLA AT A R BIH STREET NO 16. HE WAS ISSUED A BIH CITIZENSHIP BY THE ORDER # 07/2-204-1837 DATED 12 AUG 95 (HIS NAME WAS ENTERED INTO THE CITIZEN'S BOOK IN TUZLA ON THE PAGE 189 UNDER THE ORDINAL NUMBER 3894 FOR THE YEAR 1995), PERSONAL IDENTITY (JMB) # 0112958180066.


25. KAMAR SAFA, SON OF DELHA AND HELA, BORN 01 FEB 63 IN TINNIGAR, IRAQ, HAS BEEN RESIDING IN BIH SINCE 1982. HE IS AN INDUSTRIAL ENGINEER BY PROFESSION AND MARRIED TO A BIH CITIZEN. BASED ON THE MINISTRY OF JUSTICE AND GENERAL ADMINISTRATION ORDER # 07/2-204-557/96 DATED 18 AUG 96 HE WAS ISSUED A BIH CITIZENSHIP (HIS NAME WAS ENTERED INTO THE CITIZEN'S BOOK IN TUZLA ON THE PAGE 145 UNDER THE ORDINAL NUMBER 6982 FOR THE YEAR 1996). HE OWES A PRIVATE SHOE STORE IN TUZLA. HE REPORTED HIS RESIDENCY IN TUZLA AT H. BRKICA STREET NO 102, PERSONAL IDENTITY (JMB) # 0102963180052.


26. RAAD MUSTAFA, SON OF SALEH AND FATIMA HASAN, BORN 15 OCT 51 IN MOSUL-IRAQ, PERSONAL IDENTITY (JMB) # 1510951193846. BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #07/2-204-1027 DATED 04 OCT 94, HE WAS GIVEN A BIH CITIZENSHIP. HE LIVES IN ZAVIDOVICI ON PATRIOTSKE LIGE STREET NO 3, EMPLOYED IN THE COMPANY "PALMA". HE HAS A BIH PASSPORT, NO 1067504 ISSUED 24 MAR 00 IN ZAVIDOVICI.


27. MAKTOUF ABDULADHIM, SON OF MOHAMED, BORN 30 JAN 59 IN BASRA-IRAQ. HE HAS LIVED IN THE SFRJ AREA SINCE 1980 DUE TO HIS STUDIES. HE LIVES IN TRAVNIK AND OWNS A COMPANY "PALMA"-TRAVNIK. BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-5 DATED 23 FEB 93 HE WAS ISSUED A BIH CITIZENSHIP (SIGNED BY NIJAZ SKENDERAGIC).

IRAN

1. JAVDAN AMJAD, SON OF JAVDAN SAEED AND MOTHER LAJEVERDI BIBI, BORN 21 SEP 71 IN KAZAMEIN-IRAN, PERSONAL IDENTITY (JMB) # 2109971170165.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-239 DATED 16 SEP 96, SIGNED BY ITS CHIEF ISMET DAHIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 03-204-2211 DATED 31 JUL 96. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 03-204-2211 DATED 02 SEP 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1994 UNDER THE NUMBER 12127.  HE HAD BIH PASSPORTS: BA 242610 DATED 23 SEP 96;
BA 756763 DATED 21 JUL 98 AND NO 1432884 DATED 19 APR 00.  ON 20 SEP 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT KRANJCEVICA STREET NO 39.  ON 16 JUL 99 HE CHANGED IT TO EJUBA ADEMOVICA STREET NO 47.  ON 23 JAN 01 HE MOVED AND ON 01 FEB 01 REPORTED HIS RESIDENCY IN THE MUNICIPALITY VISOKO AT KOLOSICI STREET NO 56.  ON 12 APR 01 HE ONCE AGAIN REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT EJUBA ADEMOVICA STREET NO 47. ON 13 APR 01 HE WAS ISSUED A PERSONAL ID CARD NO 1703/2001 VALID FOR 10 YEARS.  ON 15 MAY 96 HE ENTERED INTO A MARRIAGE WITH ALMA MAKSUMIC IN THE MUNICIPALITY STARI GRAD.

2. MOHAMAD REZA YOUZBASHI, SON OF ASKAR AND MOTHER ROBABA, BORN 13 OCT 57 IN TABRIZ-IRAN, PERSONAL IDENTITY (JMB) # 1310957170164. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-259 DATED 30 SEP 96, SIGNED BY ITS CHIEF ISMET DAHIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #03/2-204-2700/96 DATED 05 AUG 96. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 09/2-204-2700/96 DATED 05 AUG 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 12187.  HE HAD BIH PASSPORTS: BH 363931 DATED
20 NOV 96 AND NO 1047122 DATED 21 JUN 00.  ON 09 OCT 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT ZUKE DZUMHURA STREET NO 7.  ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD, NO 24205/96 VALID FOR 10 YEARS.  ON 25 APR 96 HE ENTERED INTO A MARRIAGE WITH ABEDPOUR DARYA IN ORUMIEL-IRAN.

3. ARDASHIR IZADI HASSAN ABAD, SON OF AJDAR BORN 25 MAY 58 IN KHOJ-IRAN, PERSONAL IDENTITY (JMB) # 2505958170167. BY THE SARAJEVO CANTON MUP (INTERIOR MINISTRY) ORDER # UP-1-02/3.1-130-86 DATED
01 FEB 99, SIGNED BY THE SECTION CHIEF ZIJAD SABITOVIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE MINISTRY FOR CIVILIAN AFFAIRS AND BIH COMMUNUCATIONS' ORDER # 03-204-3463/96 DATED 23 DEC 97.  THE BIH MINISTRY FOR CIVILIAN AFFAIRS AND COMMUNICATIONS NOTIFIED THE SARAJEVO CANTON MUP BY ITS FILE # 03-204-3463/96 DATED 21 DEC 98.
THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1999 UNDER THE NUMBER 10233.  HE HAD A BIH PASSPORT: NO 0853058 DATED 18 MAR 99.  ON 26 JUL 99 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT ROGINA STREET NO 39 AND ON 03 DEC 99 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT KRALJA

TRVRKA STREET NO 9 AND ON 15 MAY 01 IN THE MUNICIPALITY NOVI GRAD-SARAJEVO AT ABD SIRRIJA STREET NO 48. THE LAST PERSONAL ID CARD WAS ISSUED TO HIM ON 03 DEC 99, NO 10270/99, VALID FOR 10 YEARS.  ON 29 OCT 96 HE ENTERED INTO A MARRIAGE WITH AREZON RONHANI.


4. TALATI ALI SHAH MEHDI, SON OF HAMID, BORN 10 DEC 64 IN TEHRAN-IRAN, PERSONAL IDENTITY (JMB) # 1012964170047.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-13-200-93 DATED 17 NOV 94, SIGNED BY THE SECTION CHIEF SENADA POVLAKIC, HIS NAME WAS AFTER THE FACT APPROVED TO BE ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-1651 DATED 08 NOV 94. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-1651 DATED 10 NOV 94. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1994 UNDER THE NUMBER 2493.  HE HAD BIH PASSPORTS: BH 594180 DATED 19 NOV 94; BA 265899 DATED 07 JAN 97; 0932105 DATED 24 NOV 98; 0932411 DATED 08 DEC 98 AND 1482593 DATED 21 FEB 00.  ON 19 DEC 94 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT KRAJISKA STREET NO 1A/2 AND ON 30 MAY 00 AT ODOBASINA STREET 1A. USING HIS LAST ADDRESS, HE WAS ISSUED A PERSONAL ID CARD NO 3264/2000, VALID FOR 10 YEARS ON 31 MAY 00.  ON 22 JUL 00 HE ENTERED INTO A MARRIAGE WITH ELVIRA BAJRAMOVIC IN THE MUNICIPALITY CENTAR-SARAJEVO.

5. ABEDPOUR SAEID, SON OF ASKAR AND MOTHER MEDIHA, BORN 15 JUN 62 IN OURMIA-IRAN, PERSONAL IDENTITY (JMB) # 1506962170042. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-13-200-92 DATED 17 NOV 94, SIGNED BY THE SECTION CHIEF SENADA POVLAKIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-1353 DATED 08 NOV 94. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-1353 DATED 10 NOV 94. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 11215.  HE HAD BIH PASSPORTS: BA 032109 DATED 01 APR 97 AND NO 1490895 DATED 20 MAY 99.  ON 04 MAY 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT VRAZOVA STREET NO 5.  ON
14 AUG 98 HE WAS ISSUED A PERSONAL ID CARD NO 8045/98 VALID FOR 10 YEARS.  ON 05 OCT 94 HE ENTERED INTO A MARRIAGE WITH MULIJA TABAK IN THE MUNICIPALITY CENTAR-SARAJEVO.


6. TALATI ALI SHAH MUHAMMAD-TAHER, SON OF MEHDI, BORN
10 APR 85 IN TEHRAN-IRAN, PERSONAL IDENTITY (JMB) # 1004985170214. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997 UNDER THE NUMBER 11100.  ON 02 OCT 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT ODOBASINA STREET 1A.


7. HESARBANI DZEVAD, SON OF MOHAMED, BORN 28 OCT 63 IN GARMSAR-IRAN, PERSONAL IDENTITY (JMB) # 2810963170008. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-35 DATED
30 JAN 96, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #07/2-204-326 DATED
29 JAN 96, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-326 DATED 29 JAN 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10267.  HE HAD BIH PASSPORTS: BA 370847 ISSUED 03 DEC 96, NO 0801637 ISSUED 10 SEP 98 AND NO 1368776 ISSUED 08 FEB 01.
ON 31 JAN 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT HUSREFA REDZICA STREET NO 17.


8. ZAMEAN MOHAMED JAFER, SON OF MOHAMED AND FERDOS nee ZIJAI, BORN 09 MAY 67 IN SAHREK, IRAN, HAS NO PERSONAL IDENTITY (JMB) #.  BY THE ZENICA CENTRAL SECURITY SERVICE (CSB) ORDER
# 21-07/200-712/96 DATED 24 FEB 96.  ON 27 FEB 96 HIS NAME WAS ENTERED INTO THE ZENICA BIRTH REGISTRY BOOK UNDER THE NUMBER 813.
ON 16 AUG 94 HE ENTERED INTO A MARRIAGE WITH MUKADESA KADRIC IN ZENICA.


9. KAMALI MUSTAFA, SON OF MAHMUD AND HALSUM nee HUSEJNI, BORN 09 APR 69 IN ZABAL-IRAN, HAS NO SPECIFIC PERSONAL IDENTITY (JMB) #.  BY THE ZENICA CENTRAL SECURITY SERVICE (CSB) ORDER
# 21-07/200-713/96 DATED 24 FEB 96. ON 27 FEB 96 HIS NAME WAS ENTERED INTO THE ZENICA BIRTH REGISTRY BOOK UNDER THE NUMBER 814.
ON 14 AUG 96 HE ENTERED INTO A MARRIAGE WITH ELMA KOVO IN VISOKO.

YEMEN

1. GH. SALMAN NAIL, SON OF MUHAMED GUSEJMEN AND MOTHER SADIJA, BORN 10 OCT 69 IN SANA-YEMEN. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-245/92 DATED 31 JAN 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 11002.  HIS NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOK AS NEBIL.  HIS BIH CITIZENSHIP WAS REVOKED.

2. AL GAMADI KHALED, SON OF ABDALLAH, BORN 03 MAY 76 IN SANA-YEMEN, PERSONAL IDENTITY (JMB) # 0305976173649.  BY THE SARAJEVO CANTONAL INTERIOR MINISTRY NUMBER (MUP) 02/31-200-113 DATED
25 FEB 97, SIGNED BY THE MINISTER ISMET DAHIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE MINISTRY OF JUSTICE AND GETERAL BIH ADMINISTRATION ORDER # 03-204-2594/96 DATED 17 FEB 97.  THE MINISTRY OF JUSTICE AND BIH GENERAL ADMINISTRATION NOTIFIED THE SARAJEVO MUP OF THIS BY ITS FILE # 03-204-2594/96 DATED 17 FEB 97. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997 UNDER THE NUMBER 10289. HE HAD A BIH PASSPORT, NO BA 303947 DATED 12 MAR 97.  ON 06 MAR 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT HALIBASICA STREET NO 28.  ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD NO 1380/97 VALID FOR 10 YEARS.

3. SALIH EDARI, SON OF ABDULLAH, BORN 21 JUN 65 IN SANA-YEMEN, PERSONAL IDENTITY (JMB) # 2505965170164. . BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-321 DATED 15 OCT 96, SIGNED BY ITS CHIEF ISMET DAHIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-454/92 DATED 23 MAR 92. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 09/2-204-454/92 DATED 23 MAR 92. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997 UNDER THE NUMBER 10064.  HE HAD A BIH PASSPORT, NO BA 264476 DATED 23 JAN 97. ON 16 JAN 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT BOLNICKA STREET NO 32.  ON 20 AUG 97 HE MOVED TO MAGLAJ AND ON 09 SEP 97 HE REPORTED HIS RESIDENCY IN BOCINJE AT GORNJU-GAJ STREET BB (WITHOUT NUMBER). ON 21 SEP 00 HE MOVED TO ZENICA AND
ON 22 SEP 00 REPORTED HIS RESIDENCY AT A. HAFIZOVICA STREET NO 88.  ON 16 JAN 97 HE WAS ISSUED A PERSONAL ID CARD NO 646/97 VALID FOR 10 YEARS IN CENTAR-SARAJEVO.  ON 29 MAR 00 HE ENTERED INTO A MARRIAGE WITH ZIBA CELENKA IN THE MUNICIPALITY CENTAR-SARAJEVO.  BY THE ORDER TO ENTER HIS NAME INTO THE BIRTH REGISTRY BOOK SUBSEQUENTLY, HIS DOB WAS ENTERED AS 21 JUN 65 WHILE HIS BIRTH CERTIFICATE TRANSCRIPT STATES HIS DOB IS 25 MAY 65 AND BASED ON THIS HE WAS ISSUED A PERSONAL IDENTITY (JMB) # WHICH WAS USED FOR ISSUANCE OF OTHER DOCUMENTS.

4. AL-MORSHEDI MAHFOUDH SALIM, SON OF SALIM AND MOTHER FATIMA AT-TASS, BORN 10 JAN 71 IN HADRAMOUT-YEMEN, PERSONAL IDENTITY (JMB) # 1001971170026. . BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-7 DATED 08 JAN 96, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR. THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-3291 DATED 21 NOV 95.
THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-3291 DATED 21 NOV 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10113.  HE HAD BIH PASSPORTS: BH 919484 DATED 15 JAN 96 AND NO BA 660853 DATED
07 JAN 98.  ON 12 JAN 96 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT KRALJA TVRTKA NO 12.  ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD NO 1059/96 VALID FOR 10 YEARS.


5. NOMAN AL-YAMANI, SON OF ABDUL AND MOTHER FATIMA, BORN 28 MAY 61 IN IBB-YEMEN, PERSONAL IDENTITY (JMB) # 2805961173537.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-187 DATED 11 OCT 95, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-2715 DATED 29 SEP 95. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2715 DATED 29 SEP 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1995 UNDER THE NUMBER 3002.  HE HAD A BIH PASSPORT: BH 536291 DATED 13 OCT 95 WHICH WAS VOIDED ON 05 DEC 95.  ON 12 OCT 95 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT HALIBASICA STREET NO 28.
ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD NO 1657/95 VALID FOR 10 YEARS.


6. AL BAIDHANI AESA, SON OF OMAR, BORN 20 AUG 71 IN AS-SOMAH-YEMEN, PERSONAL IDENTITY (JMB) # 2008971190041.  USING HIS PERSONAL ID CARD WHICH WAS ISSUED IN ZENICA, SERIAL NO 3480/96, ON 03 DEC 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT NOVA MAHALA STREET BB (WITHOUT NUMBER).  ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD NO 8646/98 VALID FOR 10 YEARS.  ON 25 SEP 98 HE MOVED TO ZAVIDOVICI AND HE WAS ISSUED A PERSONAL ID CARD NO 3282/98.  ON 08 NOV 99 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT NOVA MAHALA BB (WITHOUT NUMBER) AND ON THE SAME DAY WAS ISSUED A PERSONAL ID CARD NO 5050/99 WHICH WAS VOIDED DUE TO GIVING THE INCORRECT ADDRESS.  ON 12 NOV 99 HE REPORTED HIS RESIDENCY AT POZEGINA STREET NO 1 AND ON THE SAME DAY HE WAS ISSUED A PERSONAL ID CARD NO 5100/99 VALID FOR 10 YEARS.  DURING THE TIME WHEN HE WAS ISSUED HIS PERSONAL ID CARDS NO 5050 AND NO 5100, HE CHANGED HIS PHYSICAL APPEARANCE BY SHAVING HIS BEARD AND MUSTACHE.  HE NEVER LIVED ON POZEGINA STREET NO 1.


7. ALNASNRY ABDULA, SON OF ALIA, BORN 01 MAR 76 IN SANA-YEMEN, PERSONAL IDENTITY (JMB) # 0103976173655. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-462/92 DATED 23 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-

2813 DATED 03 OCT 95. THE ABOVE-MENTIONED PERSON ENTERED INTO THE BIRTH
REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE
NUMBER 10942.  ON 23 JUN 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI
GRAD-SARAJEVO AT LOGAVINA STREET NO 5.


8. EL FAKIR MUHAMED, SON OF ABDULAH, BORN 10 JUN 73 IN SANA-YEMEN, PERSONAL
IDENTITY (JMB) # 1006973170165. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB)
ORDER # 19-136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME
WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE
MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH
INTERIOR MINISTRY (MUP) ORDER # 09/2-204-387/92 DATED 12 FEB 92, GIVING HIM BIH
CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-
2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH
REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE
NUMBER 10921.  ON 09 MAY 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
CENTAR-SARAJEVO AT MRAKUSA STREET NO 2.


9. EL-ANSARY ABDURAHMAN, SON OF ABDALLAH, BORN 09 OCT 67 IN EL HADIDA-YEMEN,
PERSONAL IDENTITY (JMB) # 0910967172762.  BY THE SARAJEVO CENTRAL SECURITY
SERVICE (CSB) ORDER # 19-136/95 DATED
28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT
ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE
ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #
07/2-204-408/92 DATED
05 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF
THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS
ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO
IN 1996 UNDER THE NUMBER 10915.  ON 10 MAY 97 HE REPORTED HIS RESIDENCY IN THE
MUNICIPALITY NOVO SARAJEVO-SARAJEVO AT CAMILA SIJARICA STREET NO 15. ON 05
DEC 97 HE ENTERED INTO A MARRIAGE WITH SELMA FUSKO IN MEHURICI-TRAVNIK.


10. EL AKIL AHMED, BORN 10 OCT 64 IN TAIZ-YEMEN, PERSONAL IDENTITY (JMB) #
1010964172306.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-136/95
DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE
FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE
ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #
07/2-204-420/92 DATED 05 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED
THE SARAJEVO CSB OF THIS BY ITS FILE
# 07/2-204-2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE
BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE
NUMBER 10905.  ON 23 JUN 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY NOVI
GRAD-SARAJEVO AT BAJRAMA ZENUNIJA STREET NO 8.  ON 28 JUL 97 HE MOVED TO
MAGLAJ. THE MUP RECORDS INDICATE THAT THE NAME EL AKIL (AHMED) ABDELAH IS
LISTED UNDER HIS PERSONAL IDENTITY NUMBER.  ACTUALLY, THIS WAS A FAKE
INFORMATION BECAUSE KARRAY KAMEL BIN ALI AKA "ABU HAMZA" WAS USING THESE
DATA AND HE IS CURRENTLY IN THE ZENICA CORRECTIONAL FACILITY SERVING HIS
PRISON TERM BECAUSE HE MURDERED HISHAM DIABA IN ZENICA IN 1997.


11. SALEH NEDAL AKA "HASIM", BORN 01 MAR 70 IN FAIZ-YEMEN.  BY THE SARAJEVO
CENTRAL SECURITY SERVICE (CSB) ORDER
# 19-136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS
AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY

CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-201/92 DATED 20 JAN 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10916.  ON 10 JAN 01 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY BUGOJNO AT KOPCIC STREET BB (WITHOUT NUMBER).  HE HAD A BIH PASSPORT, NO 35456836 ISSUED 26 SEP 01 IN THE BUGOJNO POLICE ADMINISTRATION.  ON 19 SEP 01 HE ENTERED INTO A MARRIAGE WITH INDIRA MRKONJA IN THE MUNICIPALITY BUGOJNO.


12. EL GUERHANI FATIMA, DAUGHTER OF ABDURAHMAN, BORN 10 OCT 65 IN EL HAY SIASSI SANA-YEMEN, PERSONAL IDENTITY (JMB)
# 1010965177743. BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-136/95 DATED 28 DEC 95, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #09/2-204-408/92 DATED 05 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10935.  ON 10 MAY 97 SHE REPORTED HER RESIDENCY IN THE MUCNICIPALITY NOVO SARAJEVO-SARAJEVO, AT FOJNICKA STREET NO 1.  ON 28 JUL 97 SHE REPORTED HER RESIDENCY IN THE MUNICIPALITY MAGLAJ-BOCINJA GORNJA AT GAJ STREET BB (WITHOUT NUMBER) AND THEN ON 26 SEP 000 SHE REPORTED HER RESIDENCY IN THE MUNICIPALITY ZENICA AT I. CANKARA STREET NO 6.  WE HAVE DETERMINED THAT SHE NEVER LIVED AT THE ADDRESS FOJNICKA STREET NO 1.  HER BIH CITIZENSHIP WAS REVOKED.

13. NAJI WADEA, SON OF ORHMAN, BORN 05 MAY 69 IN SIRAT BADAN-YEMEN, PERSONAL IDENTITY (JMB) # 0505969190065.  HE ALSO HAS ANOTHER PERSONAL IDENTITY (JMB) # 0505969177743.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-136/95 DATED 28 DEC 95, SIGNED BY THE SECTION CHIEF MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 07/2-204-425/92 DATED 18 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10906.  ON 19 DEC 95 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY ZENICA AT LISACKA STREET NO 42 AND ON 12 MAY 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY NOVO SARAJEVO AT MALTA STREET NO 2.

14. EL-ABAS ABDURAHMAN, SON OF SULEYMAN, BORN 27 JAN 72 IN SANA-YEMEN, PERSONAL IDENTITY (JMB) # 2701972170173.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-326 DATED 15 OCT 96, SIGNED BY ITS CHIEF ISMET DAHIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #09/2-204-454/92 DATED 23 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 09/2-204-454 DATED 03 OCT 92. THE ABOVE-MENTIONED PERSON ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997 UNDER THE NUMBER 10074. ON 17 JAN 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT SKENDERIJA STREET NO 18 AND ON 20 AUG 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY MAGLAJ-ADDRESS UNKNOWN.

15. ERRIMY ALI, SON OF MOHAMED, BORN 25 FEB 65 IN KELLABA-YEMEN, PERSONAL IDENTITY (JMB) # 2502965173628.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19-136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER # 09/2-204-419/92 DATED 05 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-2813 DATED 03 OCT 95. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE NUMBER 10964.  ON 10 MAY 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT NURIJE POZDERCA STREET NO 4 AND ON 28 JUL 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY MAGLAJ-ADDRESS UNKNOWN.  HIS BIH CITIZENSHIP WAS REVOKED.

16. ALI AWAD MUHAMMAD, SON OF AWAD, BORN 07 MAY 62 IN AL-HAIR-SANA-YEMEN, PERSONAL IDENTITY (JMB) # 0705962170165.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB) ORDER # 19/05-1-200-307 DATED 15 OCT 96, SIGNED BY ITS CHIEF ISMET DAHIC, HIS NAME WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH INTERIOR MINISTRY (MUP) ORDER #09/2-204-454/92 DATED 23 MAR 92, GIVING HIM BIH CITIZENSHIP. THE R BIH MUP NOTIFIED THE R BIH MUP OF THIS BY ITS FILE # 09/2-204-454 DATED 03 OCT 92. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1997 UNDER THE NUMBER 10078.  ON 17 JAN 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY CENTAR-SARAJEVO AT M. HADZIJAHICA STREET NO 20

AND ON 13 MAR 98 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY MAGLAJ-
BOCINJA GORNJA AT BOCINJA GORNJA STREET NO 29.
ON 05 SEP 00 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY ZENICA AT A.
HAFIZOVICA STREET NO 78.


17. ESSINDAR ABDULLAH, SON OF ALI, BORN 20 OCT 64 IN EL HAZBA-YEMEN, PERSONAL
IDENTITY (JMB) # 2010964170161.  BY THE SARAJEVO CENTRAL SECURITY SERVICE (CSB)
ORDER # 19-136/95 DATED 28 DEC 95, SIGNED BY MIRSADA BEGANOVIC-ZUTIC, HIS NAME
WAS AFTER THE FACT ENTERED INTO THE BIRTH REGISTRY BOOKS OF THE
MUNICIPALITY CENTAR.  THE ISSUANCE OF THIS ORDER WAS BASED ON THE R BIH
INTERIOR MINISTRY (MUP) ORDER # 09/2-204-390/92 DATED 12 FEB 92, GIVING HIM BIH
CITIZENSHIP. THE R BIH MUP NOTIFIED THE SARAJEVO CSB OF THIS BY ITS FILE # 07/2-204-
2813 DATED 03 OCT 96. THE ABOVE-MENTIONED NAME WAS ENTERED INTO THE BIRTH
REGISTRY BOOKS OF THE MUNICIPALITY CENTAR-SARAJEVO IN 1996 UNDER THE
NUMBER 10971.  ON 10 MAY 97 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
CENTAR-SARAJEVO AT PRUSCAKOVA STREET NO 9 AND ON 10 JUL 97 HE REPORTED HIS
RESIDENCY IN THE MUNICIPALITY MAGLAJ-BOCINJA GORNJA AT PARAVCI STREET BB
(WITHOUT NUMBER).  ON 26 SEP 00 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
ZENICA AT I. CANKARA STREET NO 6.

18. KOKIC KHALED (FORMERLY WAS ABDULLA KHALED), SON OF MOHAMED AND
MOTHER SAMAH nee EL-HUSARI, BORN 01 JAN 73 IN TAJZ-YEMEN, PERSONAL IDENTITY
(JMB) # 0101973173627.  ON 14 NOV 95 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY
ZENICA AT ZAVNOBIH STREET BB (WITHOUT NUMBER).  ON 23 JUN 97 HE REPORTED HIS
RESIDENCY IN THE MUNICIPALITY STARI GRAD-SARAJEVO AT KARPUZOVA STREET NO
22.  ON 17 APR 98 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY ZENICA AT
UZUNOVICA PUT STREET NO 3.
ON 13 APR 99 HE REPORTED HIS RESIDENCY IN THE MUNICIPALITY MAGLAJ AT BRACE
BASICA STREET NO 36 AND ON 10 MAY 99 HE REPORTED HIS RESIDENCY IN THE
MUNICIPALITY ZENICA AT ARMIJE R BIH STREET NO 13.  HE WAS ISSUED A PERSONAL ID
NO (JMB)
# 0101973190041 IN THE ZENICA POLICE ADMINISTRATION ON 14 NOV 95.  ON 10 SEP 96 HE
ENTERED INTO A MARRIAGE WITH A BH CITIZEN SUADA KOKIC IN THE MUNICIPALITY
TESANJ AND THEN HE CHANGED HIS SURNAME ABDULLA TO KOKIC.


19. AL KHASHEB ALI, SON OF HUSEIN AND EMETLATIF, BORN 31 DEC 73 IN SANA-YEMEN,
DOES NOT HAVE A PERSONAL IDENTITY NO (JMB) #.  BY THE ZENICA CENTRAL SECURITY
SERVICE (CSB) ORDER # 21-07/200-4736/95 DATED 28 OCT 95, HIS NAME WAS ENTERED INTO
THE BIRTH REGISTRY BOOKS OF ZENICA.  ON 28 OCT 95 HE ENTERED INTO A MARRIAGE
WITH AMRA ALISPAHIC IN TESANJ.  HE DIED ON 06 NOV 97.


Acronyms here listed are used in the text:

| | |
|---|---|
| JMB – | Personal ID number |
| MUP – | Ministry of Interior Affairs |
| CSB – | Security Service Center |
| MKR – | Birth Registry |
| DKP - | Diplomatic and Consular mission office |
| PI – | Passport |
| KMUP – | Cantonal Ministry of Interior Affairs |
| H.O. – | Humanitarian Organization |
| V.S.K.- | High Saudi Committee |
| FMUP – | Federal Ministry of Interior Affairs |
| PU – | Police Administration |
| M.K.D. – | Citizen Registry |

*JORDAN*

1.  FAHD AMROU changed the name to Osmancevic Amrou, son of Ahmed Said, mother Samija,
maiden name, Suleiman Bedri, born on 04.02.1968 in place El Abdli – Jordan, personal ID #
0402968170164. Based on the decision from CSB Sarajevo (Security Service Center) number: 19-
136/95 from 28.12.1995, signed by Beganovic – Zutic Mirsada, the same was subsequently registered
to birth registry in municipality of Centar. This decision was brought based on the decision of R bih
MUP number: 09/2-204-373/92 from 12.02.1992 for accepting the mentioned to citizenship. The MUP
R bih with the act # 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned
individual was registered to birth registry in municipality of Centar in 1996 under number 10983. The
mentioned on 14.09.1996 married Osmancevic Selma, after what he changed last name from Amrou to
Osmancevic. As the place of residence the same on 09.05.1997 in municipality of Centar – Sarajevo,
listed address, Brace Begic # 12, but on 09.09.1997 the same in Maglaj – Lijesnica listed address
Lijesnica bb. The mentioned never resided nor he today resides at the address, Brace Begic # 12. To
the same citizenship was taken away.

2. DZAVAN MOHAMED, son of Halid Ibrahim, mother Zakijah, maiden name, Daifullahi Salameh, born on 13.12.1970 in Amman – Jordan, personal ID # 1312970173612. Based on the decision from CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by Beganovic – Zutic Mirsada, the same was subsequently registered to birth registry of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 09/2-204-246/92 from 31.01.1992 for accepting of the named to citizenship, after what the MUP R bih with the act # 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to birth registry in municipality of Centar in 1996, under number 10986. On 07.09.1996 the mentioned individual married Mestrovac Sabina in Zenica. The date entered in the birth certificate is 08.10.1971 and personal ID # 0810971173612. As the place of residence the same on 12.05.1997 listed municipality Stari Grad – Sarajevo, street, Telali # 6, but on 14.10.1997 he listed place of residence in municipality of Zenica – unknown address. To the same citizenship was taken away.

3. RAWASHDEN YASIN, son of Abed Rabo and mother Mayfeh, born on 14.05.1956 in Ayy – Jordan. Based on the decision from CSB Sarajevo number: 19/13-200-85 from 02.11.1995, signed by Beganovic – Zutic Mirsada, the same was subsequently registered to birth registry of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-1055 from 25.10.1994 for accepting the same to citizenship, after what the MUP R bih with the act # 07/2-204-1055 from 31.10.1994 informed the CSB Sarajevo. The mentioned individual was registered to birth registry in municipality of Centar in 1997, under number 10327. In the birth certificate as the name of the mentioned was entered Ravasde Jasin, his place of birth was Aj Karak, the name of his father was, Abed and mother's name was Marijam, maiden name Bosnjak. The same registered place of residence in Zagreb – Croatia on 01.01.1993 at Street, Krapinska # 10A. In our DKP in Zagreb he obtained PI number: BA309472 issued on 19.03.1997 and 1495931 issued on 18.07.2000, in which as places of residence he listed Sarajevo, street, France Lehara 1, and he resides on this address.

4. WAIL DARWISH SHANTI, son of Muhamed, born on 12.02.1946 in Amman – Jordan. Based on the decision of K MUP Sarajevo number: UP-1-02/3.1-13-0-09 form 16.02.2001, signed by chief of sector Senad Masovic, the same was subsequently registered to birth registry in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-3679 from 08.01.1996 for accepting the same to citizenship, after what the Ministry for Civil affairs and communications of bih with the act number: 03-204-1590/00 from 12.02.2001, informed K MUP Sarajevo. The mentioned individual was registered to birth registry in municipality of Centar in 2001, under number 10190. The same on 25.04.2001 listed his place of residence as the municipality of Centar – Sarajevo, street, Avdo Jabucica  # 30. The mentioned on 28.11.1999 in Sarajevo married Vejzovic Amira. In the birth certificate as the name of the mentioned was entered Wail. We have found that the same is not residing on the address, Avdo Jabucica, # 30/III, apartment in the ownership of his father in law, that the same does not live in bih at all. The same in our Embassy in Amman – Jordan, authorized Vejzovic Naila, on 01.02.2000 born on 09.10.1940 in Mostar, residing in Sarajevo, street, Milan Prelog # 27, ID card # 7610/99 that in his name starts a procedure of subsequent registration into the Birth Registry and the book of bih citizens.

5. KRAIM YUMAH, son of Mohammed Ibrahim and mother Amne, born on 15.11.1957 in place Shoneh – Jordan, personal ID # 1511957172189. Based on the decision of CSB Sarajevo number: 19/05-1-200-28 from 25.01.1996, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to the MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-3272 from 06.01.1996 for accepting the same to citizenship, after what R bih MUP with the act number: 07/2-204-3272 from the 06.01.1996 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number: 10277. In the birth certificate the name of the mentioned was entered Sumah. The same on 10.02.1996 performed registration of place of residence in municipality of Stari Grad, unknown address. On 30.04.1996 he performed registration of residence in municipality of Centar – Sarajevo, street, Jovan Bijelic 1/II, where on 02.09.1996 he listed place of residence in municipality of Novi Grad, street, B. Nusic, # 26. He possessed PI bih # BA152767 issued on 20.03.1996 and number 1114583 issued on 25.10.1999. We have established that the same doesn't live on the Trg Djece,

Dobrinja # 8. In his request for receiving PI the same listed his work place as H.O. (Humanitarian Organization) "VSK" (High Saudi Committee) the finance section.

6.  KHALIFEH OMAR KHALIL, son of Khalil and mother Naifeh, born on 15.02.1961 in Talfit – Jordan, personal ID # 1502961170027. Based on the decision of CSB Sarajevo number: 19/13-200-33 from 29.06.1994, signed by the chief of section, the same was subsequently registered to the MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-146 form 25.06.1994 for accepting the same to citizenship, after what R bih MUP with the act # 07/2-204-146 from 25.06.1994 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994 under number 1532. In the birth certificate as the name of the mentioned was entered Omar. The same was registered in Sarajevo, street, Armaganusa, # 20, he possessed PI of bih # BH426789 issued on 05.10.1994 and number: 1465932 issued on 09.08.1999. We have established that the mentioned does not live nor had he ever lived on the mentioned address.

7.  MANSI HUSNI, son of Ahmed and mother Hamideh Nasar, born on 15.11.1961 in Al – Baqourah – Jordan, personal ID # 1511961170026, mechanic by profession. Based on the decision of CSB Sarajevo number: 19/13-200-19 from 25.01.1995, signed by the chief of section, Senada Povlakic, the same was subsequently registered to MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number 07/2-204-2110 from 27.12.1995 for accepting the same to citizenship, after what the R bih MUP with the act # 07/2-204-2110 from 16.01.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995 under number 183. He possessed PI of bih number: BH552440 issued on 02.02.1995, number: BA428402 issued on 04.06.1997 and number: 0855697 issued on 10.07.1999. On 27.01.1996 the named performed registration of residence in municipality of Centar – Sarajevo, street, Bardakcije # 1, after what, on 22.04.199, the same registered place of residence in municipality of Ilidza, street, N. Kolumbic, # 37A. The mentioned on the same day received an ID card number: 3779/99 with the time limit of 10 years. The same on 09.02.1990 in the municipality of Banjaluka married bih citizen, Dzaferagic Fatima. In the birth certificate year 1960 is entered as the year of his birth.

8.  SALAH MOH'D MAJED, son of Ahmad and mother Rwazah, born on 02.06.1959 in place Amman – Jordan, personal ID # 0206959170166, by profession doctor. Based on the decision of CSB Sarajevo number: 19/05-1-200-188 from 06.08.1996, signed by the chief of the Center, Dahic Ismet, the same was subsequently registered to MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/4-204-1654 from 23.12.1994 for accepting the same to citizenship, after what R bih MUP with the act # 07/2-204-1654 from 23.12.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 11957. On  04.03.1994 the named performed registration of residence in Croatia – Zagreb, who in our DKP in Zagreb, (request number 140080) received PI of bih number: BH245302 issued on 05.03.1994. He possessed PI of bih number: BA365101 issued on 08.11.1996. On 08.08.1996 he performed registration of residence in municipality Centar – Sarajevo, street, F. Lehara, # 11/V, after what he canceled the place of residence in Bihac – unknown address on 19.10.2001. On 08.08.1996 the same obtained an ID card number: 18836/96 which is good for 10 years.

9.  NOJUM MAMDOH, son of Abdelkarim and mother Fadijeh, born on 08.01.1962 in Oja – Jordan, personal ID # 0801962170016. Based on the decision of CSB Sarajevo number: 17/13-200-3 from 07.10.1993, signed by the chief of Section, Senad Siljak, the same was subsequently registered to MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 09/2-204-2/10, from 06.10.1993 for accepting the same to citizenship, after what R bih MUP with the act number: 09/2-204-2/10 from 06.10.1993 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1993, under number 1302. He possessed PI of bih number: BH301658 issued on 28.07.1993. On 09.10.1993 the named registered place of residence in municipality of Centar – Sarajevo, street, L. Kosuta, # 22, who on the same day received an ID card # 545/93 which is good for 10 years.

10. ABU KHARROUB MAJED, son of Ahmed and mother Amine, born on 01.11.1961 in Jorm – Jordan, personal ID # 0111961172191. Based on the decision of CSB Sarajevo number: 19/05-1-200-23 from 22.1.1996, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR of municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-3111 from 06.01.1996 for accepting the same to citizenship, after what R bih MUP informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 10233. He possessed PI of bih number: BH922208 issued on 19.02.1996 and number 0894786 issued on 08.01.1999. On 16.02.1996 the same performed registration of residence in municipality of Novi Grad – Sarajevo, street, Gradacacka # 132, after what on 04.01.2001 the same registered place of residence in municipality of Ilidza, street, Josip Pancic # 28. The same also on 20.11.2001 in the same municipality registered place of residence in street, Oteska # 27B, where he received an ID card number: 6022/2001 on 23.11.2001 which is good for 10 years.

11. ABED MURAD, son of Abed Ahmed and mother Ramadan Khafeetheh, born on 20.07.1968 in Zerka – Jordan, personal ID # 2007968170017, by profession economist. Based on the decision of CSB Sarajevo number: 19/13-200-73 from 30.09.1994, signed by the chief of section, Senada Povlakic, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-928 from 22.09.1994 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-928 from 24.09.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994, under number 2231. He possessed PI of bih number: BH593897 issued on 05.01.1995, number BA309149 issued on 14.03.1997 and number 1452138 issued on 21.08.1999. On 29.11.1994 he performed registration of residence in municipality of Centar – Sarajevo, street, Cemalusa, # 12, after what on 23.12.1998 he registered place of residence in municipality of Novi Grad, street, Rudi Alvadja 1/I. Later on 02.11.2000 in the same municipality he registered place of residence in street, Trg Sarajevke Olimpijade # 3. The same obtained an ID card # 1344/2000 in municipality of Novi Grad which is good for 10 years. The same is in wedlock with Haddad Dalal.

12. HADDAD DALAL, daughter of Jamila and mother Nehla, born on 19.01.1972 in Amman – Jordan, personal ID number: 1901971175030. Based on the decision of CSB Sarajevo number: 19/05-1-200-209 from 08.11.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-2469 from 25.09.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-2469 from 25.09.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 3475. He possessed PI of bih number: BH920591 issued on 29.01.1996 and number: 1114158 issued on 21.10.1999. On 28.12.1995 the same performed registration of residence in municipality of Centar – Sarajevo, street, Buka # 7. After what on 28.08.1996 she registered place of residence in municipality of Novi Grad, street, Grada Bakua # 6/III, where on 23.12.1998 in the same municipality registered place of residence in street, R. Alvadja # 1/I. On 28.11.2000 she again registered residence in municipality of Novi Grad, in street, Trg Sarajevske Olimpijade # 3/III. On that same day she received an ID card number: 13441/2000 which is good for 10 years. The same is married to Abed Murad, with whom she has two children – son Abed Muhamed, born on 01.11.1990 and daughter Abed Sarra, born on 06.10.1992.

13. KURAAN ADEL, son of Mahmoud and mother Khirieh, born on 12.07.1965 in Taibeh – Jordan, personal ID number: 1208965173517. Based on the decision of CSB Sarajevo number: 19/05-1-200-173 from 23.09.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-1203 from 30.06.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-1203 from 20.09.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 2805. He possessed PI of bih number: BA687462 issued on 10.03.1998 and number: 3803574 issued on 21.08.2001. On 25.09.1995 the same registered place of residence in municipality of Stari Grad – Sarajevo, street, Sagardzija 45, after what the same on 08.05.1997 registered place of residence in municipality of Novi Grad, street, Olimpijska # 34. The same will also on 14.04.1999 in the same municipality register place of residence in street, Gatacka # 54, on the same he will obtain

and ID card number: 5481/99 which is good for10 years. On 26.02.1997 the same married bih citizen Zahirovic Fatima in municipality of Novi Grad – Sarajevo.

14. SALAH ABU MAYYALEH ATEF – son of Moh'd Ali, born on 27.07.1962 in Jerusalem – Jordan, personal ID number: 2707962170165. Based on the decision of KMUP Sarajevo number: 02/3.1-200-131 from 03.03.1997, signed by the minister Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the Ministry of justice and general administration of bih number: 03-204-385-2/96 from 20.07.1996 for accepting the mentioned to citizenship. After what the Ministry of justice and general administration of bih with the act number: 03-204-385-2/96 from 31.07.1996 informed KMUP Sarajevo. The mentioned individual was registered to MKR in the municipality of Centar in 1997, under number 10283. He possessed PI of bih number: BA303181 issued on 05.03.1997 and number: 1599337 issued on 27.04.1999. On 04.03.1997 the same performed registration of residence in municipality of Centar – Sarajevo, street, Breka Cikma # 9, after what on 16.06.1998 the same canceled his residence in municipality Novi Grad – Sarajevo – unknown address. The same on 04.03.1997 obtained an ID card number: 2544/97, good for 10 years.

15. ABDEL HADI ABDULLA – son of Ali, born on 07.12.1952, in Baten – Jordan, personal ID number 0712952170155, by profession Doctor of Economic Science. Based on the decision of KMUP Sarajevo number: 02/3.1-200-124 from 31.03.1998, signed by the minister Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-2978 from 2.012.1995 for accepting the mentioned to citizenship. After what the Ministry for civil affairs and communications of bih with the act number: 03-204-558/98 from 25.03.1998 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998, under number 10461. He possessed PI of bih number: BH721784 issued on 12.03.1996 and number: BA711552 issued on 02.04.1998. On 02.04.1998 the same performed registration of residence in municipality of Centar – Sarajevo, street, M. Tita # 32, who on the same day obtained an ID card number: 2601/98 which is good for 10 years.

16. HAMAD MOHAMMAD, - son of Kamel and mother Sadija Darwaish, born on 23.12.1961 in Madana – Jordan, personal ID # 2812961172294, by profession civil engineer. Based on the decision of KMUP Sarajevo number: 02/3.1-200-60 from 18.02.1998, signed by the minister Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the Ministry of justice and general administration of bih number: 03-204-3799/96 from 20.08.1996 for accepting the mentioned to citizenship. After what the Ministry for civil affairs and communications of bih with the act number: 03-204-3799/96 from 16.02.1998 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998, under number 10404. He possessed PI of bih number: 0801267 issued on 10.09.1998. On 25.03.1998 the mentioned performed registration of residence in municipality of Novi Grad – Sarajevo, street, S. Lagumdzije # 13/VI, after what on 12.10.2001 he registered place of residence in municipality of Ilidza, street, M. Uherke # 141. On 26.03.1998 the same obtained an ID card number: 4186/98 which is good for 10 years. On 13.10.1988 in Madam – Naples married Husein Manal. In the request for receiving PI the same listed that he works as a deputy-director for H.O. "Human Relief International", with the main office in Sarajevo, street, Dz. Bijedica 160/III.

17. KHALIL MUFID – son of Favzi and mother Grabovica Nure, born on 05.07.1976 in Irbid – Jordan, personal ID number: 0507976173643. Based on the decision of KMUP Sarajevo number: 02/3.1-200-843 from 28.12.1998, signed by the minister Dahic Ismet, the same was subsequently registered to MKR of municipality of Centar. This decision was brought based on the act of Ministry for Civil affairs and Communications of bih number: 03-204-2651/98 from 15.12.1998, after what the KMUP Sarajevo was informed that Khalil Mufid is of Bosnian descent. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 10100. He possessed PI of bih number: BH630012 issued on 13.09.1996 and number: 1238951 issued on 01.06.1999. On 11.01.1999 he performed registration of residence in municipality of Stari Grad – Sarajevo, street, Pirin brijeg, # 26, after what on 08.01.1999 the same obtained an ID card # 82/99 good for 10 years.

18. EL MUNTASSIR RADJI – son of Fathallah, born on 04.03.1969 in Ezarka – Jordan, personal ID # 0403969173619. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 09/2-204-378/92 from 12.02.1992 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-2813 from 03.10.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 10967. He possessed PI of bih number: BA430693 issued on 10.06.1997 and number: 9857704 issued on 17.04.1999. On 09.05.1997 the same registered place of residence in municipality of Stari Grad – Sarajevo, street, Fehradija 30, after what on 04.06.1997 the mentioned in the same municipality registered place of residence in street, S. B. Basagica 1. On 25.06.1998 the same obtained an ID card number: 4278/98, good for10 years. To the same the citizenship was taken away.

19. ABDALLAH HASAN – son of Mahmoud and mother Hussan, born on 23.01.1958 in Jaous – Jordan, personal ID number: 2301958172300, by profession captain in maritime sailing. The same in 1994 registered place of residence in Laussene – Switzerland, street, Ch. Du Point Jour 1, who in our DKP in Bern (request # 622652) received PI of bih number: BA049515 issued on 18.11.1996 in which as an address in bih listed Sarajevo, street, Branilaca grada #1. After which in the same DKP on the earlier mentioned residence received PI of bih (request number 711112) number: BA776390 issued on 10.08.1998 in which as an address of residence in bih listed Sarajevo, street, S. Mandica Dende # 2. On 20.05.1998 the same registered place of residence in municipality of Novi Grad – Sarajevo, street, Senad M. Dende # 2/V. For the same we have not established if he lives at the mentioned address.

20. ABED A. A. EYAD – son of Abed and mother Hafize, born on 23.05.1966 in Tell – Jordan, personal ID # 2305966172293. Based on the decision of CSB Sarajevo number: 19/05-1-200-220 from 18.11.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-2471 from 18.09.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-2471 from 18.09.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 3474.On 03.03.1998 the same registered place of residence in municipality of Novi Grad – Sarajevo, street, Geteova # 10/XII. The same does not live at the mentioned address.

21. ABU SAIF HAIFA – daughter of Ahmed, born on 05.12.1969 in Amman – Jordan, personal ID # 0512969185033. The mentioned possesses PI of bih number: 1198636 issued on 28.10.1999. On 04.11.1996, the same registered place of residence in municipality of Tuzla, street, Albina Herljevic #16, after what on 16.09.1998, performed registration of residence in municipality of Novi Grad – Sarajevo, street, Olimpijska # 2/III. On 07.09.2001, she again registered place of residence in municipality of Novi Grad, street, N. Smailagic # 10, and on the same day she obtained an ID card # 9654/2001, good for 10 years. The same is in wedlock with Suleiman Basel, son of Salem, born on 25.11.1963 in Jordan, personal ID # 2511963180014, working in "VSK", with whom she has five children. The same as a subtenant lives on address, N. Smailagica # 10. In municipality of Tuzla the same is registered to MKR in 1996 under number 6684 (information from an ID card)

22. ABU TAHA HUSUN – daughter of Abdul – Fatah and mother Leila, born on 17.04.1962 in Palestine – Jordan, JMB 1704962178511. Based on the decision of CSB Sarajevo number: 19/05-1-200-101 from 01.15.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-749 from 26.04.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-748 from 24.04.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 11444. The same registered place of residence in municipality of Stari Grad – Sarajevo, street, Dzinina # 6.

23. AL – HUSEIN IBRAHIM – son of Khaled Suleiman and mother Amneh Moh'd, born on 21.02.1961 in Kufr Assad – Jordan, JMB 2102961173, by profession Chemical Engineer. Based on the decision of

CSB Sarajevo number: 19/13-200-24 from 31.01.1995, signed by the chief of section, Senad Povlakic, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-25 from 14.01.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-25 from 28.01.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 504. On 13.03.1995 the same registered place of residence in municipality of Stari Grad – Sarajevo, street, Dzinina # 6, after what on 06.08.1998 the same registered place of residence in municipality of Gracanica, street, Dom bb.

24. AS'AD HUSSAMUD-DIN – son of Ahmad and mother Radieh, born on 08.03.1958 in Zerka – Jordan, JMB 0803958170187, by profession captain in maritime sailing. Based on the decision of CSB Sarajevo number: 19/13-200-75 from 04.10.1994, signed by the chief of section, Senad Povlakic, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-958 from 27.09.1994 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-958 from 29.09.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 1662. In 1994 registered place of residence in Croatia – Split, street, Domovinskog rata # 126, who in our DKP (request # 392956) received PI of bih number: BH063318 issued on 27.10.1994 in which as the place of residence listed Sarajevo, street, Branilaca grada # 1. On 10.04.2001 the same registered place of residence in municipality of Centar – Sarajevo, street, Jezero # 9. The same doesn't live at the mentioned address.

25. AL-JA FARI RA'ED – son of Ahmed and mother Subha, born on 04.02.1969, in Amman – Jordan, JMB 0402969173531, by profession engineer. Based on the decision of CSB Sarajevo number: 19/05-1-200-26 from 22.01.1996, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-470 from 03.04.1995 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-470 from 19.01.1996 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 10211. In 1995 registered place of residence in Croatia – Zagreb, street, Nova Cesta # 13, who in our DKP in Zagreb (request # 540654) received PI of bih number BH711923 issued on 26.04.1995 in which as the place of residence listed street, N. Pasic. On 23.01.1996 registered place of residence in municipality of Stari Grad – Sarajevo, street, Mihrivode # 29/C, and later on 20.03.1997 registered place of residence in municipality of Bihac, street, H. Ibrahimpasic # 5, who on 30.07.2001 in the same municipality registered place of residence in street, 1st Krajiski Odred # 25.

26. AL NIMER ABDELMUTI – son of Khalid and mother Badrieh, born on 28.06.1962 in Nablus – Jordan. Based on the decision of CSB Sarajevo number: 19/13-200-99 from 24.11.1994, signed by the chief of section, Senad Povlakic, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-1376 from 05.11.1994 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-1376 from 05.11.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 11445. The same doesn't go through F MUP evidence.

27. AL QUTON JAMAL – son of Jalal, born on 11.01.1971 in Ahman – Jordan, JBM 1101971170179. Based on the decision of KMUP Sarajevo number: 02/3.1-200-384 from 08.07.1997, signed by the minister Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-3586 from 08.01.1996 for accepting the mentioned to citizenship, after what the Ministry of justice and general administration of bih with the act number: 07/2-204-3586/96 from 05.07.1997 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997, under number 11011. The mentioned on 23.07.1997 registered place of residence in municipality of Centar – Sarajevo, street, H. Redzica # 10/VI, after what the same on 28.08.1997 registered place of residence in municipality of Novo Sarajevo, street, M. Marulica # 3.

28. IBRAHIM ALI – son of Yousef, born on 19.01.1959 in Shkara – Jordan, JMB 1901959173614. Based on the decision of KMUP Sarajevo number: 02/3.1-200-119 from 27.02.1997, signed by the minister Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of Ministry of justice and general administration of bih number: 308/95 from 25.12.1995 for accepting the mentioned to citizenship, after what the Ministry of justice and general administration of bih with the act number: 308/95 from 19.02.1997 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997, under number 10304. The same possessed PI of bih number: BH204174 issued on 05.10.1993, number: BA305920 issued on 28.03.1997 and number: 1486634 issued on 06.10.1999. On 25.03.1997 the same registered place of residence in Sarajevo, street, Dz. Celica # 34. Currently the mentioned street's name is E. Sehovic, and the largest number in the same is 32.

29. AL RADAIDEH AYED, son of Ahmed, born on 30.03.1980 in place Irbid – Jordan, JMB 3003980170195. The same possesses PI of bih number: 1238558 issued on 27.05.1999. The same registered place of residence on 07.09.1998 in municipality of Centar, street, O. Kulina Bana # 15/IV, who on the same day obtained an ID card 9092/98 good for 10 years. The same doesn't live at the mentioned address.

30. AL SOMADI SAMI, son of El Naim Mustafa and mother Sevala, maiden name Hambo, citizen of bih, born on 06.05.1978 in Amman – Jordan, JMB 0605978172708. Based on the decision of KMUP Sarajevo number: UP-I-02/3.1-130-83 from 22.06.1999, signed by the chief of sector Sabitovic Zijad, the same was subsequently registered to MKR in municipality of Centar. Considering that the mentioned received bih citizenship by descent, after what the Ministry of civil affairs and communications of bih with the act number: 03-204-203/99 from 27.01.1999 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999, under number 11699. The mentioned registered place of residence on 19.10.1999 in municipality of Novo Sarajevo, unknown address.

31. AL SOMADI SAMIR, son of El Naim Mustafa and mother Sevala, maiden name Hambo, citizen of bih, born on 06.05.1978 in Amman – Jordan, JMB 0605978172716. Based on the decision of KMUP Sarajevo number: UP-I-02/3.1-130-83 from 22.06.1999, signed by the chief of sector Sabitovic Zijad, the same was subsequently registered to MKR in municipality of Centar. Considering that the mentioned received bih citizenship by descent, after what the Ministry of civil affairs and communications of bih with the act number: 03-204-203/99 from 27.01.1999 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999, under number 11700. The mentioned registered place of residence on 19.10.1999 in municipality of Novo Sarajevo, unknown address.

32. ANABUSI ASAD, son of Muhamedali, born on 13.11.1946 in Tubas – Jordan, JMB 1311946172196. He possessed PI of bih number: BA271331 issued on 30.07.1996 and number: 1487250 issued on 09.03.2000. On 01.12.1982 the same registered place of residence in Novi Grad – Sarajevo, street, R. Dzinde 75, (V. Butozana). On 11.07.1996 the same obtained an ID card number: 21580/96 with the time limit of 10 years, in which V. Butozana # 15 is entered. The mentioned didn't live at the mentioned address.

33. AZZAM HAMZAH, son of Abdulla and mother Samirah, born on 04.07.1977 in Amman – Jordan. The mentioned was registered in MKR in municipality of Centar in 1955 under number 2114.

34. BATAINE TALLAL ABDULLA HUSEIN, son of Ahmed and mother Fatima, born on 09.09.1958 in Zerga – Jordan, JMB 0909958173537. Based on the decision of CSB Sarajevo number: 17/13-200-15 from 29.05.1994s, signed by the chief of section, Senad Siljak, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-127 from 25.05.1994 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-127 from 25.05.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994, under number 1132. He possessed PI of bih number: BA434140 issued on 08.09.1994 and number BH430239 issued on

05.06.1997. On 15.07.1994 the same registered place of residence in municipality of Stari Grad – Sarajevo, street, Dzinina number 6, after what on 18.03.1996, the same registered place of residence in municipality Novo Sarajevo, street, Dzamijska number 6/XII. The mentioned on the same day obtained an ID card number: 6500/96 good for 10 years.

35. EL-ABDULLAH YANAM, son of Mohammad and mother Jagode, maiden name Drndarevic, born on 23.10.1977 in Irbid – Jordan, JMB 2310977172663. Drndarevic Jagoda, mother of the mentioned was born on 25.06.1954 in Sarajevo, JMB 2506954177716, citizen of bih, and based on that the same is registered to MKR in municipality of Centar in 2000, under number 11572. He possessed PI of bih number: 1367471 issued on 16.01.2001. On 19.10.2000 the same registered place of residence in municipality of Novo Sarajevo, street, F. Hauptman # 32, who on 20.10.2000 obtained an ID card number: 7449/2000 good for 10 years. The same lives at the mentioned address in apartment # 55.

36. EL-ABDULLAH TAREQ, son of Mohammad and mother Jagode, maiden name Drndarevic, born on 07.08.1982 in Irbid – Jordan, JMB 0708982172678. Drndarevic Jagoda, mother of the mentioned was born on 25.06.1954 in Sarajevo, JMB 2506954177716, citizen of bih, and based on that the same is registered to MKR in municipality of Centar in 2000, under number 11572. He possessed PI of bih number: 1367467 issued on 16.01.2001. On 19.10.2000 the same registered place of residence in municipality of Novo Sarajevo, street, F. Hauptman # 32, who on 20.10.2000 obtained an ID card number: 7441/2000, good for 10 years. The same lives at the mentioned address in apartment # 55.

37. EL HABBAB MOHAMMAD – HUSAM, son of Husein, born 26.04.1943 in Jafa – Jordan, JMB 2604943172188, by profession pharmacist. The mentioned registered place of residence in Croatia, who in our DKP in Zagreb (request number 680400) received PI of bih number: BA500455 issued on 21.10.1997, who registered place of residence as Sarajevo, street, Gradacacka # 15. He also possessed PI of bih number: 1207919 issued on 08.07.1999 and number 3816718 issued on 24.09.2001. On 24.06.1999 the same registered place of residence in municipality of Novi Grad – Sarajevo, street, Gradacacka # 17, who on the same day received permanent ID card # 9337/99. The same lives at the mentioned address with El Habbab Blaz Vana, born on 17.06.1945. Most probably we are talking about wife of the mentioned.

38. EL-TABARI NAFISA, daughter of Mohd Ammen and mother Zlatija, maiden name Kokic, born on 30.10.1980 in Irbid – Jordan, JMB 3010980175182. Zlatija Kokic, mother of the mentioned was born on 02.11.1943 in Banjaluka, JMB 0211943175005, citizen of bih, and based on that the same is registered to MKR in municipality of Centar in 1996, under number 12273. On 06.11.1996 the same registered place of residence in municipality of Centar, street, A. Santica # 8/II. We have established that the mentioned doesn't live at the address listed above.

39. HAMDAN MUHAMED – son of Naima, born on 07.01.1984 in Irbid – Jordan, JMB 0701984172654. The same possessed PI of bih number: 1465645, issued on 05.08.1999. On 18.07.1990 registered place of residence in municipality of Novo Sarajevo, street, Grbavacka # 48.

40. HIJAZI MANAL, daughter of Muhamed and mother Meliha, born on 26.04.1982 in Al Birch – Jordan, JMB 2604982178517. He possessed PI of bih number: 1908197 issued on 09.08.2000. On 31.05.1988 registered place of residence in municipality of Stari Grad – Sarajevo, street, K.A. Efendije # 93, after what on 08.08.2000 in the same municipality registered place of residence in street, Vrbanjusa # 93, who on 07.08.2000 obtained an ID card # 2587/2000 with the time limit of 10 years. Inspecting documents of an ID card, we have established that the same is registered to MKR in municipality of Stari Grad, in 1998, under number 33, and that the mentioned doesn't live at the address Vrbanjusa # 33.

41. SANYORA MUHAMED, son of Hafiza, born on 08.06.1943 in Tulkgram – Jordan, JMB 0806943170015, by profession mechanical engineer. The mentioned possessed PI of bih number: BA 603388 issued on 07.11.1997. On 03.11.1997 the same registered place of residence in municipality of Centar – Sarajevo, street, Zaima Sarca # 47, who on 03.11.1997 obtained permanent ID card # 15046/97. We have established that the mentioned doesn't live at the listed address.

42. HASAN AHMAD MAHMOD, son of Abdulah and mother Kayreah, born on 01.07.1970 in Rusaifeh – Jordan, JMB 0107970170161, by profession economist. Based on the decision of CSB Sarajevo number: 19/05-1-200-136 from 25.06.1996, signed by the chief of the Center, Dahic Ismet, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-3000 from 17.11.1995 for accepting the mentioned to citizenship, after what the Ministry of justice and general administration of bih with the act number: 07/2-204-3000 from 18.06.1996 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996, under number 11804. In 1995 the same registered place of residence in Austria – Vienna, street, Luxemburgerstrasse 127, who in our DKP (request number 508323) received PI of bih number: BH677207 issued on 20.12.1995. The also possessed PI of bih number: BA 672385 issued on 28.11.1997 and number: 1043439 issued on 12.06.1999. On 23.06.1996 the same registered place of residence of Novo Sarajevo, street, Bulevar M. Selimovica br 31/II, who on the same day obtained an ID card number: 3871/98, good for 10 years. On the address, B.M. Selimovic # 31/III the residential building doesn't exist, but there is newly constructed religious building.

43. BOSHNAQ RIYAD KHALIL ALI, son of Kahlil Alia and mother Visal Refik Dzebir – Jordan, born on 08.02.1948 in place Nablus – Jordan, JMB 0802948173556. Based on the decision of CSB Sarajevo number: 19/13-200-20 from 03.06.1994, signed by the chief of section, Senad Siljak, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-145 from 26.05.1994 for accepting the mentioned to citizenship, after what R bih MUP with the act number: 07/2-204-145 from 28.05.1994 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994, under number 1130. The same possessed PI of bih number: BH434129 from 08.08.1994, number: BA242920 from 23.09.1996 and number: 0853300 from 17.03.1999. On 14.07.1994 the same registered place of residence in Sarajevo, municipality of Stari Grad, street, Dzinina # 6. On 13.07.1994 PU Stari Grad issued an ID card number 1322/94 to the mentioned. Folder wasn't found in existed evidence of this PU, nor there is a trace about of possible exempt through the evidence of receipts. On 02.07.1975 in municipality of Stari Grad the same married Ramovic Ramiza. In his request for issuing of PI the same listed that he is an engineer by profession, working for H.O. "Organization of Islamic Property for Humanitarian Aid to bih"

44. HURANI MUHAMED, son of Ahmed and mother Bedrija, maiden name Kadic, citizen of bih, born on 26.09.1993 in Amman – Jordan, JMB 2609993170072. Considering that Bedrija Kadic, daughter of Dervis, born on 21.08.1951 in place Ostrozac – Jablanica, JMB 2801951175013, is bih citizen. The mentioned individual was registered to MKR in 2000 under number 10574, and in the same way registered to MKD of bih. On 30.04.2000 the same registered place of residence in municipality of Centar – Sarajevo, street, A. Jabucice # 46.

45. JARRAR ZIYAD, son of Abdelrahim, born on 07.11.1948 in Jinin – Jordan, JMB 0711948170012, by profession economist. The same in 1996 registered place of residence in Germany – Schwabisch Gm. 73529 Graf Von Rachberg 15, who in our DKP in Stuttgart (request number 104462) received PI of bih number: BH942336 issued on 09.01.1996. The same also possessed PI of bih number BA663045 issued on 23.12.1997 and number: 1056054 issued on 11.07.1999. On 26.12.19993 the same registered place of residence in municipality of Centar – Sarajevo, street, Kosevsko Brdo 19A, after what the same on 09.05.1994 registered place of residence in municipality of Novi Grad – Sarajevo, street, Dobrinjske bolnice # 13/III, who on 04.08.1997 on the same address registered place of residence. The same on 29.07.1997 obtained an ID card # 17599/97. We have established that the named with his five Asima and three children lives at the mentioned address, apartment # 7.

46. KAJSI DZAFER, son of Turki and mother Merjem, born on 03.08.1969 in Kasr – Jordan, JMB 0308969172172. Based on the decision of CSB Sarajevo number: 19/05-1-200-146 from 29.05.1995, signed by the chief of section, Beganovic – Zutic Mirsada, the same was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of R bih MUP number: 07/2-204-1204 from 21.08.1995 for accepting the mentioned to citizenship, after what R bih

MUP with the act number: 07/2-204-1204 from 21.08.1995 informed CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995, under number 2559. He possessed PI of bih number: BH520916 issued on 11.09.1995, number: BA285886 issued on 05.09.1997 and number: 1485484 issued on 04.10.2000. The same on 02.09.1995 registered place of residence in municipality of Novi Grad, street, Gradacacka # 20, after what the same on 01.09.1997 in the same municipality registered place of residence, street, Mihaljevic # 32. On 30.08.1995 in municipality of Centar married BH citizen Usto Emira. First six month in the year 2000, the same lived on Mihaljevic # 32, with his father in law Usto Hajrudin, after what along with his wife the same departed to Jordan.

47.  MAGRABI ABDELFATAH, son of Ahmed and mother Fatime, born on 23.09.1942 in Amman – Jordan, JMB 2309942170007. The same had registered place of residence in UAE – Abu Dhabi, street, Air Port Road 1, and in 1995 in our DKP in Vienna, (request number 414726) received PI of bih number: BH867157 issued on 16.03.1995. He possessed PI of bih number: BA265036 issued on 14.03.1997 and number 1462330 issued on 02.09.1999. On 26.10.1996 the same registered place of residence in municipality of Stari Grad – Sarajevo, street, Ocaktanum # 22. On 31.01.1996 the same obtained an ID card number: 1232/96 in which place of residence was entered, street of Dzinina 33. The mentioned along with his wife and three children a month before lived at the mentioned address, after what he moved to unknown address.

48. YOUNIS ABDULMAJID, father's name Said, born on 19 March 1945 in Nablus, Jordan. JMB number: 1903945173517. He is a machine engineer. Possesses bih travel documents number BH002895 issued on 30 December 1992, number BH583058 issued 8 December 1994, number BA302908 issued 3 March 1997 and number 0847031 issued 14 April 1999. The above named on 6 March 1981 registered his residency in Stari Grad municipality – Sarajevo, Strosici street number 29, after which on 5 July 1988 he registered his residency in Novi Grad Municipality, on Adema Buce Street number 5/11, and then on 28 February 1997 in the same municipality he registered his residency on A.B. Simica Street number 15. On 12 August 1994 the mentioned took out a personal I.D. card number 3619/94 valid for 10 years.

49. MAKHADMEH ADEM, father's name Muhamed, born on 8 March 1980 in Irbid, Jordan. JMB number 0803980170182. Possesses bih travel document number 0937620 issued 28 October 1998. On 6 September 1997 the named completed the registering of residency on Gornja Breka Street number 33 in the Sarajevo – Center municipality, and on 17 August 1998 he registered his residency as J. Balorde 33 same municipality. On the same day he took out a personal I.D. card number 8128/98 which is valid for 10 years. We have verified that the mentioned does not reside at the address nor has he ever resided at the mentioned address.

50. MAKHADMEH IBRAHIM, father's name Muhamed, born on 17 November 1978 in Ramtha, Jordan. JMB number: 1711978170193. He possesses bih travel document number 0937369 issued on 27 October 1998. On 5 September 1997 the named registered his residency as J. Balorde Street number 33 at the Sarajevo – Center municipality. The same day he took out at a personal I.D. card number 13095/97, which is valid for 10 years. We have verified that the mentioned does not reside nor has ever resided at the mentioned address.

51. MATAR NASIM, father's name Abdul Wahab Aqil mother's name Ate maiden Nisic, citizen of bih, born on 24 July 1976 in Aman, Jordan. JMB number 2407976173651. Even though the named person's mother is a citizen of bih, he was registered into the birth registry in 1997 at the Center municipality under number 59, on which basis he received his bih citizenship. He possesses bih travel document number 0842271 issued on 28 December 1999. On 8 July 1997 the named registered his residency as S. Milutinovic Street number 10 in Sarajevo – Stari Grad municipality. On 7 July 1997 in the same municipality he took out a personal I.D. card number 4975/97 which is valid for 10 years. We have verified that the named does not live at the mentioned address.

52. MATAR SADI, father's name Abdul Wahab Aqil mother's name Ate maiden Nisic, citizen of bih, born on 24 July 1976 in Aman, Jordan. JMB number 2407976173643. Even though the named person's mother

is a citizen of bih, he was registered into the birth registry in 1997 at the Center municipality under number 58, on which basis he received his bih citizenship. He possesses bih travel document number 1245001 issued on 27 October 1999. On 8 July 1997 the named registered his residency as S. Milutinovic Street number 10 in Sarajevo – Stari Grad municipality. On 7 July 1997 in the same municipality he took out a personal I.D. card number 4976/97 which is valid for 10 years. We have verified that the named does not live at the mentioned address.

53. NASER NABIL, father's name Mahmoud, born on 21 July 1963 in Aman, Jordan. JMB number: 2107963172296. His is a doctor. A decision by the Sarajevo KMUP number: 19/05-1-200-65 from 31 January 1997 was given to the mentioned and signed by Minister Dahic Ismet and authorizing an additional entry into the registry books at the municipality center. This decision was brought on the basis of the decision by the Ministry of Justice and public administration in bih number: 03-204-2196 from 31 July 1996 regarding acceptance of the named as a citizen, from which the Ministry of Justice and public administration of bih under act number 03-204-2196/96 from 31 July 1996 notified the Sarajevo KMUP. In 1997 the mentioned person was registered at the Center municipality under number 10156. He possesses travel documents number BA352394 issued 13 February 1997 and number 0843377 issued 4 March 1999. On 6 June 2000 the named registered his residency as Porodice Ribar Street number 84 in Sarajevo municipality of Novo Sarajevo. On 7 June at the same location took out a personal I.D. card number 3675/2000 valid for 10 years. On 17 September 1988 in Sarajevo – municipality of Novo Sarajevo the mentioned had married Hadziomerovic Nura, a bih citizen. We verified that the named does not reside at the mentioned address.

54. NEMER HASAN, father's name Husein, born on 11 October 1948 in Aman, Jordan. JMB number: 1110948170012. He is an agronomist. The mentioned possessed the following bih travel document numbers BA397239 issued 20 December 1996 and number 0945394 issued 25 January 2000. On 18 March 1982 the named completed his residency registration in the Sarajevo municipality of Novi Grad in the community of A. Polje C5-3V, after which on 29 March 1982 he registered at the Center municipality on Betanija Street number 27. After which on 5 November 1990 he had registered in Novi Grad municipality on Bosanska Street number 7/V. On 17 December 1996 he had registered in the same municipality and at the same address the same day he took out a personal I.D. card number 37592/96 valid for 10 years. We have verified that the named resided at the mentioned address, that he arrived to the former SFRJ 30 years ago, and had completed agricultural college in Sarajevo. After which he was hired at the UPI institute, he was married to Avdic Rabija (deceased) a bih citizen, father of two children – daughter Rajna and son Husein. During the aggression of bih he was a member of the bih Army.

55. RADAIDAH DINA, daughter of Ahmad and Melika maiden Omeragic a bih citizen, born 11 January 1977 in Irbid, Jordan. JMB number 1101977175180. The named under the decision of the Sarajevo KMUP – Police administration Center number: 05/3-13-0-3250/99 from 16 September 1999 approved by the chief Mevludin Halilovic. Even though her mother was a bih citizen she was registered into the birth registry in 2000 at the municipal center under number 10037, for which she received her bih citizenship. On 26 May 2000 she had registered her residency at the Sarajevo center municipality as O. Kulina Bana number 15/IV. We have verified that the named does not resided at the mentioned address.

56. SEMRIN MOHAMED, father's name Ibrahim, born 25 April 1960, in Salt – Jordan. JMB number: 2504960172685. He is an engineer. The named under the decision of the Sarajevo KMUP number: 02/3.1-200-461 from 3 July 1998 and signed by Minister Dahic Ismet, for an additional entry into the Sarajevo municipal center registry. This decision was brought on the basis of the decision by the Ministry of Justice and Public Administration of bih number: 08-16-21573-6/96 from 1 August 1996 regarding the named as a citizen, for which the Ministry of Civil Affairs and Communications of bih under act number 03-204-2977/96-3 from 30 July 1998 notified the Sarajevo KMUP. The mentioned was registered into the municipal center registry in 1998 under number 11201. On 12 August 1998 the mentioned registered his residency at the Novo Sarajevo municipality – Sarajevo on Velesici Street number 3/I. After which, on 29 January 1999 he registered in the municipality of Vogosca on Stara Cesta Jesera Street number 91. On 24 November 1995 at the bih Embassy in Bonn married Gutic Mejra, a bih citizen, born 6 April 1969 in Bratunac.

57. Suleiman Basel, father's name Salima, born 25 November 1963, in Joreshu – Jordan. JMB number: 2511963180014. He is a technician. He possesses travel documents number: BA373939 issued 8 November 1996, number: 084325 issued 4 March 1999 and number: 3804522 issued 28 August 2001. On 4 November 1996 the named had registered his residency in the Tuzla municipality on Albina Herljevic Street number 16, after which on 16 September 1998 he had registered in the municipality of Novo Sarajevo – Sarajevo on Olimpijska Street number 2. Then on 3 October 2001 registered in the same municipality on N. Smailagic Street number 10 and on the same day took out a personal I.D. card number 10864/01 that is valid for 10 years. The named, as a tenant, resided at N. Smailagic number 10.

In a request for issuing travel documents the named stated that he worked at H.O. "Human Relief International" in Sarajevo on Dz. Bijedica 160, as a volunteer interpreter.

58. CHOUMANE OUSAMA, father's name Mohamed, born 13 January 1968, in Djebel Chahid – Jordan. JMB number: 1301968170167. He is a salesman. Based on the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 and signed by the department chief Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal centers entry. This decision was brought by on the basis of the decision's of the R bih MUP number: 09/2-204-380/92 from 12 February 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1996 under number 10976. On 5 July 1997 the named completed the registering of residency at the Sarajevo municipal center as Jezero Street number 12. On 10 October 1997 he was registered at the Maglaj municipality – Bocinja Gornja on Bocinja Gornja Street no number, just to change his residency on 22 September 2000 to the Zenica municipality on Gorazdanska Street number 96.decision of the municipal court in Zenica number: P-1075/01 from 30 August 2001 he received a divorce from his BH citizen wife Kadic Behisa. In Bocinja he resided at the home of Mitrovic Predrag and Ljeposava. The named had his bih citizenship revoked.

59. LARDJANE FAWZI, father's Rabah and mother Fatima Omar maiden Hmoun, born 16 February 1971, in Babel Wad – Jordan. JMB number 1602971170178. With the decision of the Sarajevo CSB number: 19/05-1-200-323 from 15 October 1996signed by the center's chief Dahic Ismet the named received approval for an additional entry into the municipal registry center. This decision was brought on the basis of the R bih MUP decision number: 09/2-204-454/92 from 23 March 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 09/2-204-454/92 from 23 March 1992 notified the Sarajevo CSB. The named was entered into the municipal center registry in 1997 under number 10067. On 16 January 1997 he completed the notification of residency at the municipal center in Sarajevo as Cemalusa Street number 15. On 21 August 1998 he registered in the Maglaj Municipality – Bocinja Gornja on Bocinja Gornja Street no number. On 10 May 1999 he registered in the Novo Sarajevo municipality - Sarajevo on Grbavicka Street number 31/I. On 21 November 2000 he registered at the Zavidovici municipality on Dr. Pinkasa Bandta Street number 38. On 5 June 1998 in the municipality of Maglaj he had married Bukvic Amira a BH citizen.

60. ABU EL JUD ADNAN, father's name Assayed and mother Fatima, born 8 September 1960, in El Sawalha – Jordan. JMB number 0809960170176. He is a teacher. With the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 signed by Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought on the basis of the R bih MUP decision number: 09/2-204-386/92 from 12 February 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The named was entered into the municipal center registry in 1996 under number 10962. On 9 May 1997 the named registered his residency at the municipal center – Sarajevo on Soukbunar Street number 12. On 9 September 1997 he registered in the Maglaj municipality – Bocinja Gornja on Dolina Street no number where he resided at the home of Djuric Alekse. The named had his bih citizenship revoked.

61. DAR KHALIFEH JAFAR, father's name Husain mothers name Fatima maiden Kuksh, born 12 December 1973, in Aman – Jordan. JMB number 1212973170164. With the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 signed by Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought on the basis

of the R bih MUP decision number: 09/2-204-340/92 from 20 February 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The named was entered into the municipal center registry in 1996 under number 10981. On 12 May 1997 the named registered his residency at the Sarajevo – Municipal Center as Gorusa number 18. On 9 October 1997 he registered in the municipality of Maglaj – Bocinja Gornja on Brdo Street no number. On 28 March 1996 in Aman – Jordan he married e'layyn Rania. The named had his bih citizenship revoked.

62. HNAITY MOH'D, father's name Salem, born 12 May 1961, in Abu Handa – Jordan. JMB number 1205961170170. With the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 signed by Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought on the basis of the R bih MUP decision number: 09/2-204-293/92 from 30 January 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The named was entered into the municipal center registry in 1996 under number 10950. On 12 May 1997 the named registered his residency at the municipal center – Sarajevo as Kaptol Street number 19. After which on 9 September 1997 he was registered in the Maglaj municipality – Bocinja Gornja on Dolina Street no number where he resided at the home of Djuric Miroslav. The named had his bih citizenship revoked.

63. EL FARES JUMAH, father's name Mohammad, born 27 March 1962, in Al Manshieh – Jordan. JMB number: 270396219004. With the decision of the Sarajevo CSB number: 19/05-1-200-424 from 20 December 1996 signed by the chief of the center Dahic Ismet the named received approval for an additional entry into the municipal registry center. This decision was brought on the basis of the decision by the Ministry of Justice and Public Administration of the R bih number: 07/2-204-363 from 18 August 1996 regarding acceptance of the named as a citizen, for which the Ministry of Justice and Public Administration of the R bih under act number: 07/2-204-363 from 15 August 1996 notified the Sarajevo CSB. The named was registered at the municipal center in 1997 under number: 10026. On 17 May 1997 the named registered his residency in the municipality of Zenica as Sarajevska Street number 217b. On 15 January 1993 in the Zivinice municipality he had married Babic Sabina bih citizen.

64. FARHAN MOHAMMAD, father's name Fayez, born 23 August 1973, in Zarqa – Jordan. JMB number: 2308973190093. The decision of the Sarajevo KMUP number: 02/3.1-200-654 from 16 September 1998 was signed by Minister Dahic Ismet authorizing an additional entry into the municipal center registry. This decision brought on the basis of the decision by the Ministry of Civil Affairs and Communication of bih number: 03-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/97 from 20 December 1997, regarding accepting the named as a citizen, for which the Ministry of Civil Affairs and Communication of bih under act number: 03-204-3220/98 from 14 September notified the Sarajevo KMUP. The named was registered at the municipal center in 1998 under number 11618. On 30 September 198 the named registered his residency in the Zenica Municipality as, Sejmenska Street number 4.

65. HIDZAZI MUNA, daughter of Muhamed, born 20 January 1980, in Jerusalem – Jordan. JMB number: 2001980178513. She is a student. Possesses bih travel document number: 1908196 issued 10 August 2000. On 8 August 2000 she registered her residency in the Stari Grad municipality – Sarajevo on Vrbanjusa number 93. We would like to remind you that her register number was ordered on 20 June 1983 at the Stari Grad police administration, which would possibly indicate that one of her parents was born in bih or the former SFRJ.

66. AL ZUBI BADRI, father's name Salim and mother Alia maiden Naser, born 6 September 1938, in Ramtha – Jordan. JMB number: 0609938190040. Registered in the Zenica registry based on the decision by the Zenica CSB number: 21-07/200-6788/96 from 26 November 1996. He was married to Salkic Zumra, died on 19 November 2001. They were married since 1975. Employed at the Zenica Canton hospital as a Gynecologist. He has two children who attend school in Iran.

67. MUH'D AHMED, father's name Mahmud and mother Amna maiden Ibrahim, born 1 January 1963, in Sawieh – Jordan. JMB number: 0101963150157. From 1995 till July of 2000he was registered in Mostar

on Put 29 Hud Street number 107, after which he left for Sarajevo to live on G. Hermana 18 municipality
Novi Grad.

68. MOSTAFA KHALED, father's name Muhamed and mother Sultaneh, born 1 December 1963, in Soum
Irbid – Jordan. He has lived in bih since 1982. The decision of the Ministry of Justice and Public
Administration number: 07/2-204-80/96 from 31 July 1996 has given the named an R bih citizenship. He is
registered in Tuzla on H. Rudara number 30. JMB number: 0112963180066.

69. SALAMEH MUNIR, father's name Salih, born 12 October 1957, in Nablus – Jordan. He has resided in
bih since 1978. He is a doctor, Federation bih military officer, and is married to a bih citizen. He possesses
the decision from the R bih MUP number: 07/2-204-4/94 from 23 August 1994 at which time he received
his bih citizenship. His registered residence is in Tuzla on R. Hadzivukovic number 16. JMB number:
1210957180068.

70. SHEHADA AHMED, father's name Mustafa and mother Salima, born 28 December 1964 in Gaza. He
arrived to the former Yugoslavia in 1983, and has resided in bih since the end of 1993. He is a doctor. From
the decision of the R bih MUP number: 07/2-204-225 from 28 February 1995 the named was issued a bih
citizenship (registered in Tuzla's book of citizens on page 242, under order number t.b. 807/1995). He is
the founder of the h/o "IWC" and from April of 1994 he was in charge of the h/o "IGASA" offices in Tuzla
and remained there till the end in 1998. Currently along with his private businesses he is in charge of the
h/o "Islamic Relief Committee Nazareth" – Palestine. The named is the owner of three private companies
in Tuzla "Isra" "Sahara" and "Isra – Apex". He resides in Tuzla on Titova Street number 50. JMB number:
2812964180166.

71. AHMAD NAEL, father's name Mahmud and mother Amna maiden Ibrahim, born 17 July 1964, in
Sawiehu – Jordan. JMB number: 1707964150000. Resides in Mostar on B. Knezica Street no number.

72. HIRMAS MOHAMED, father's name Isa and mother Fatima, born 8 May 1945, in Beit Lahemu –
Jordan. JMB number: 0805945330032. Resides in Mostar on M. Tita Street no number.

73. GNIMAT MAHMOUD, father's name Mouse and mother Amneh, born 20 September 1964, in Zegra –
Jordan. He has no JMB number. On 28 November 1997 with the decision from the Zenica MUP number:
10-02/1-1-1-200-471/97, he was entered into the registry on under order number 4014. He was married in
Jordan, on 5 November 1992, to Sajaheen Amal, who also possessed a bih citizenship.

74. HILALAT FAISAL, father's name Abdalle and mother Salmia Hamdani, born 20 April 1962, in Aman
– Jordan. JMB number: 2004962190076. On the basis of the decision from the Zenica CSB number: 21-
07/200-381/96, he was entered into the registry on 22 January 1996, under order number 278.

75. MUNAIZEL HUSEIN, father" s name Munaizela and mother Falha maiden Hamdan, born 25 June
1959, in Mafrag – Jordan. JMB number: 2506959190036. On the basis of the decision from the Zenica
CSB number: 21-07/200-3430/94, he was entered into the registry on 19 December 1994, under order
number 2238. On 4 February 1993 he married Smriko Zikreta in Zenica, with who he has three children.
He is employed at the "Bedr Bosna" firm in Zenica.

76. OMAR ALI, father's name Abdele and mother Jamilleh maiden Isa, born 8 March 1964, in Al Taibah –
Jordan. JMB number has not been issued. On the basis of the decision from the Zenica CSB number: 10-
02/1-1-200-66/97 from 14 December 1997, he was entered into the Zenica registry, under order number
562.

77. YASIN YOUSEF MOH'D SAMARA, father's name Jousef and Sabhiel maiden Jad, born 14 August
1960, in Nablus – Jordan. JMB number has not been issued. On the basis of the decision from the Zenica CSB
number 21-07/200-5544/95 from 7 December 1995, he was entered into the Zenica registry, under order
number 4428 which was issued on the basis of the decision by the R bih MUP number: 07/2-204-2186
from 18 August 1995 (it was signed by Borisa Arnaut).

78. MOUSA MANOSOUR, father's name Yousef and mother Hasnah, born 20 March 1959, in El Karamen – Jordan. With the decision from the R bih MUP number: 07/2-204-420 from 13 august 1994, he was given a bih citizenship.

79. SAYAHEEN AMAL, daughter to Ibrahim and mother Ne'meh, born 1 June 1971, in Irbid – Jordan. JMB number: 0106971195080. On the basis of the decision from the Zenica CSB number: 10-02/1-1-200-472/97 from 28 November 1997, she was entered into the Zenica registry, under order number 4015. She was married Gnimat Mahmoud in Jordan on 5 November 1992.

80. SHURTI BASSAM, father's name Issa and mother Awad maiden Jamileh, born 7 January 1969, in Kuwait – Jordan. JMB number: 0701969190064. On the basis of the decision from the Zenica CSB number: 21-1/07-200-83/95 from 9 January1995, he was entered into the Zenica registry on 9 January 1995, under order number 37. On 4 February 1994 he married Zimic Razija at the Banja Luka regional office.


KUWAIT

1. HALID IBN ABDULAH (changed his name to Catic Haild) aka "Abu Ma'ali", father's name Taiba and mother Amina maiden Ferhawi, born 24 July 1967, in Kuwait – Kuwait. JMB number: 2407967170178. Based on the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 and signed by Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-357/92 from 13 March 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1996 under number 10908. At the registry the named changed his surname from Ibn Abdulah to Catic. The named had his bih citizenship revoked. On 5 April 1999 the named had registered his address in Sarajevo as Cekalusa Street number 16. The mentioned address is that of the Spanish Embassy.

2. AL RUQATI MAHMOUD, father's name Mahmoud and mother Suad Husein, born 2 August 1968, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19/05-1-200-25 from 20 January 1996 and signed by the department chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-1083 from 1 July 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-1083 from 19 January 1996 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1996 under number 10210. In an excerpt from the registry the surname of the named was written in as Al Rugati.

3. ABU RAJAB WAFAA, daughter of Fayaq and mother Ajsa, born 25 August 1969, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19/05-1-200-125 from 2 August 1995 and signed by the department chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-748 from 9 June 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-748 from 12 June 1995 notified the Sarajevo CSB. The mentioned

person was entered into the registry at the municipal center in 1996 under number 11446. In an excerpt from the registry the named the named entered her birth date as 1959 and name as Al Waffa.

4. HAISAM RASHED, father's name Zakarya Rashed and mother Fawzia, born 20 July 1960, in Kuwait – Kuwait. JMB number: 2007960173564. Based on the decision of the Sarajevo CSB number: 19/05-1-200-170 from 22 September 1995 and signed by the department chief Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-2344 from 7 September 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2344 from 11 September 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1996 under number 2790. The named possessed bih travel documents number BH 535209 from 25 September and number 0938936 from 30 October 1998. On 22 September 1995 the named registered his residency in the Stari Grad municipality – Sarajevo as Sagrdzije Street number 65, from 7 July 1999 he was registered in Novi Grad Sarajevo on A. Mulabegovic Street number 21 where on the same day he took out a personal I.D. card, number: 10246/99 valid for 10 years.

5. KATKHUDA MAY, daughter of Isama and Nade, born 31 May 1963, in Kuwait – Kuwait. JMB number: 3105963175164. The name was entered into the MKR and MKD municipal center, on the basis of the act from the police administration center number: 05/03-204-274/97 from 8 July 1997, signed by the chief of the administration and support department Herenda Mirsad, even though the mother of the named was born in Sarajevo. The mentioned person was entered into the municipal center – Sarajevo in 1997 under the number 10938. The named possessed bih travel documents number BH 637334 from 7 August 1995 issued to JMB number 3105963000000, residence was entered as Novo Sarajevo municipality on Prvomajska Street 108 and was submitted by our DKP in Vienna (on a basic request number 546951). In the mean time the named had just completed registering her residency in the Center municipality – Sarajevo as Bolnicka Street 5 where on the same day she took out a personal I.D. card number: 9509/97, valid for 10 years.

6. AHMED HAMDAN ALI FERWANA, father's name Hamdan and mother Intisar, born 17 September 1975, in Dzehre – Kuwait. JMB number: 1709975170007. Based on the decision of the Sarajevo CSB number: 19/05-1-200-200 from 1 November 1995 and signed by the department chief Beganovic – Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-2820 from 24 September 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2820 from 24 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center Sarajevo in 1995 under number 3283. The named possessed bih travel documents numbered: BH 539433 from 9 November 1995 and number BA 153173 from 25 March 1996. On 7 November 1995 the named registered his residency at the municipal center – Sarajevo as Bjelave Street 2, where on 16 November 1996 he was issued an I.D. card 1248/96 valid for 10 years. He also through legal judgement from the Tuzla municipal court, number P-467/97 from 22 September 1997, divorced Pozderac Lejle.

7. NAYFEH ASHRAF, father's name Hasan and mother Samira, born 4 February 1969, in Kuwait – Kuwait. JMB number: 0402969170176. Based on the decision of the Sarajevo CSB number: 19/05-1-200-130 from 24 June 1996 and signed by the center's chief Dahic Ismet the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 09/2-204-3001 from 17 November 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 09/2-204-3001 from 18 June 1996 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1996 under number 11803. The named possessed bih travel documents number: BH 850562 from 25 January 1996 and number BA 673349 from 16 January 1998. On 23 September 1996 the named registered his residency in the municipal center in Sarajevo as Kralja Tvrtka Street 6 where on the same day he took out a personal I.D. card number 23144/96 valid for 10 years.

8. KHAZMEH MOHAMAD, father's name Mustafa and mother Rajja, born 28 April 1967, in Kuwait – Kuwait. JMB number: 2804967170177. Based on the decision of the Sarajevo CSB number: 19/05-1-200-

314 from 5 October 1996 and signed by the center's chief Dahic Ismet the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 09/2-204-454/92 from 23 March 1992 for which the R bih MUP under act number: 09/2-204-454/92 from 23 March 1992 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1997 under number 10069. The named possessed bih travel documents number: BA 352553 from 23 June 1997 number 1509050 from 22 May 1999 and number 1042794 from 2 June 1999. On 14 February 1997 the named registered his residency in the Sarajevo – municipal center as Mehmeda Hadzijahica Street 20, on 15 June 1999 he registered in the Sarajevo - Novi Grad municipality as Trg M. Prijateljstva Street 18 and from 1 October 2001 as Teheranski trg Street 3. On 15 June 1999 he took out a personal I.D. card number: 8637/99 valid for 10 years. On 27 January 2001 at the Center municipality – Sarajevo the mentioned married Numanovic Nisvet.

9. BERRAK AL-MOULY, father's name Mohammada and mother Zakiya, born 12 December 1966, in An-nakra – Kuwait. JMB number: 1212966172690. Based on the decision of the Sarajevo CSB number: 19-13-200-29 from 3 February 1995 and signed by the section chief Senad Povlakic the named received approval for an additional entry into the Novo Sarajevo municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-108 from 28 January1995, for which the R bih MUP under act number: 07/2-204-108 from 31 January 1995 notified the Sarajevo CSB. The mentioned person was entered into the Novo Sarajevo municipal registry at the municipal center in 1995 under number 2. The named possessed bih travel documents number: BH 552154 from 8 February 1995, number BA 660166 from 26 December 1997 and number 1910730 from 5 August 2000. On 6 February 1995 he registered residency Sarajevo – municipality of Novo Sarajevo as Bulevar M. Selimovic Street 29 where on the same day he took out a personal I.D. card 410/95 serial number BH0024200 valid for 10 years. While on the carton of the I.D. card the following number 408/95 and serial number of I.D. card BH0024198.

10. AL HALABI ZIYAD, father's name Al Halabi and mother Almedin, born 5 January 1965, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19/13-200-22 from 27 January 1995 and signed by the section chief Senad Povlakic the named received approval for an additional entry into the Novo Sarajevo municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-116 from 23 January 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-116 from 23 January 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1997 under number 10952. The named possessed bih travel documents number: BA290863 issued 22 April 1997 and number 0849222 issued 18 May 1999. On 11 September 1997 the named registered his residency in the municipality of Novo Sarajevo – Sarajevo as K. Kaptanovic Street 7, after which on 22 August 1997 he registered in Stari Grad – Sarajevo at Pirin Brijeg Street 23. And then on 12 November 2001 he was registered at Novo Sarajevo – Sarajevo at Teheranski trg Street 7/V where on the same day he took out a personal I.D. card number 12360/2001 valid for 10 years.

11. AL MARRI FAISAL, born 1 March 1969, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 and signed by Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-245/92 from 20 February 1992 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal center in 1996 under number 10904. Reminder that MUP evidence shows that the named never registered his residency.

12. OTHMAN A.O. ALHAIDAR, father's name Ahmed and mother Sejhe Osman El-Idan, born 1 April 1944, in Kuwait – Kuwait. JMB number: 0104944170014. Based on the decision of the Sarajevo CSB number: 19/13-1-200-35 from 6 July 1994 and signed by the center's chief Senad Povlakic the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-422 from 27 June 1994 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-422 from 4 July 1994 notified the Sarajevo CSB. The mentioned person was entered into the registry at the municipal

center in 1994 under number 1422. On 11 November 1994 the named registered his residency at the Sarajevo – Municipal center as Kartal Donji Street no number and on 4 July 2001 at Pehlivanusa Street 8.

We have operational information that Alhaidar is the director of several humanitarian organization with representatives in the bih area, in Sarajevo on M.M. Baseskije Street 28/P (the "General Kuwait Committee for the Assistance of bih" whose center is located in Kuwait, "Dar El Bir" from the UAE whose center is located in Dubai, "Ihia Al Turas" with an office in Safat – Kuwait and "World Islamic Humanitarian Organization" with offices in Kuwait – Kuwait).

13. ECHAHINE HAMED, father's name Abdela, born 18 November 1965, in Nozha Kuwait. JMB number: 1811965172760. Based on the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 and signed by the center's chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 09/2-204-375/92 from 12 February 1992, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1996 under number 10902. On 9 May 1997 he had registered his residency in Novo Sarajevo municipality – Sarajevo at Aleja Lipa Street 71.

14. HUSAIN KHADIJA, daughter of Ahmed, born 3 May 1976, in Al-Daiya – Kuwait. JMB number: 0305976185043. On 11 September1996 the named had registered her residency in Tuzla on Albina Hrljevica Street 29, then on 5 November 1998 she cancelled it for Sarajevo and on 20 November 1998 registered in the Novi Grad municipality – Sarajevo on Bosanska Street 16 and on 16 may 2001 she re-registered in the same municipality on Lozionicka Street 7. On 17 May 2001 she took out a personal I.D. card number 2826/01 valid for 10 years. Reminder, she is still registered in the Tuzla municipal registry.

15. ASHAF SHUKRI NADA, father's name Wahibia and mother Hanibala, born 5 September 1965, in Kuwait – Kuwait. JMB number: 0509965173544. Based on the decision of the Sarajevo CSB number: 19/05-1-204-688 from 6 May 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-688 from 6 April 1995 regarding the acceptance of the named as a citizen, for which the R bih MUP under act number: 07/2-204-688 from 6 April 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1995 under number 1549. On 20 May 1995 the named registered his residency in the Stari Grad municipality – Sarajevo as Arapova Street 34.

16. SANYORA RIYAD, father's name Muhamed and mother Azra, born 9 June 1978, in Havaali – Kuwait. JMB number 0906978170012. The named person was entered into the municipal center – Sarajevo registry in 1982 under number 71/K. On 23 August 1996 the named had registered his residency at the municipal center – Sarajevo as Zaima Sarca Street 47, on the same day he had taken out a personal I.D. card number 20644/96 valid for 10 years. Reminder that from MUP evidence the named for place of birth had written in Center municipality – Sarajevo.

17. FERWANA SUZAN, daughter of Hamdan and mother Intisar, born 17 October 1969, in Al-Sark – Kuwait. Based on the decision of the Sarajevo CSB number: 19/05-1-200-109 from 18 May 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-803 from 6 May 1995, for which the R bih MUP under act number: 07/2-204-803 from 17 May 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1995 under number 1546. On 1 September 1995 in the municipality of Tuzla the named had married Dzafic Fejzo.

18. FERWANA MOHAMMAD, father's name Hamdan and mother Intisar, born 4 July 1972, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19/05-1-200-109 from 18 May 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih

MUP number: 07/2-204-803 from 6 May 1995, for which the R bih MUP under act number: 07/2-204-803 from 17 May 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1995 under number 1545.

19. FERWANA RANIYA, daughter of Hamdan and mother Intisar, born 11 April 1978, in Kuwait – Kuwait. Based on the decision of the Sarajevo CSB number: 19/05-1-200-109 from 18 May 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-803 from 6 May 1995, for which the R bih MUP under act number: 07/2-204-803 from 17 May 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1995 under number 1547.

20. ALBANY TAHER, father's name Abdurahman, born 2 February1957, in El Baha – Kuwait. JMB number: 0202957172743. Based on the decision of the Sarajevo CSB number: 19-136/95 from 28 December 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 09/2-204-412 from 5 March 1992, for which the R bih MUP under act number: 07/2-204-2813 from 3 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1996 under number 10996. On 10 May 1997 he had registered his residence at Novo Sarajevo municipality as Dzamijska Street 1, after which on 16 October 1997 he had registered in the Maglaj municipality – Bocinja Gornja on Dolina Street no number. The named had his citizenship revoked.

21. AL MOHAMMED KHALED, father's name Salem and mother Fadila maiden Al Abdulah, born 22 October 1962, in Kuwait – Kuwait. JMB number 2210962173515. Based on the decision of the Sarajevo CSB number: 19/05-1-200-245 from 26 December 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-108 from 30 April 1994, for which the R bih MUP under act number: 07/2-204-108 from 30 April 1994 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1994 under number 10/94. On 30 April 1994 he had registered his residence at Stari Grad municipality - Sarajevo as Abdeshana Street 4, after which on 29 November 1995 he had registered in the Zenica municipality on Armija R bih Street 13.

22. ALI NUSARAT, father's name Zeya Mohamed and mother Fatima Salem Narzuq, born 31 March 1972, in Kuwait – Kuwait. JMB number: 3103972170008. Based on the decision of the Sarajevo CSB number: 19/05-1-200-219 from 21 November 1995 and signed by the section chief Beganovic Zutic Mirsad the named received approval for an additional entry into the municipal registry center. This decision was brought by on the basis of the decision's of the R bih MUP number: 07/2-204-2929 for which the R bih MUP under act number: 07/2-204-2929 from 30 October 1995 notified the Sarajevo CSB. The mentioned person was entered into the Sarajevo registry at the municipal center in 1995 under number 3467. On 27 November 1995 he had registered his residence at Sarajevo - Center municipality as Dalmatinska Street 2, after which on 3 October 1996 he had registered in the Mostar municipality Cordina Street 8 and then registered in the Zenica municipality on Curikovica put 4.

23. BA AWRA ABDULLA, father's name Said and mother Janneh maiden Beymen, born 16 August 1974, in Kuwait. JMB number: 1608974190062. He was entered into the Zenica registry on 8 February 1996 under order number 517, on the basis of the decision by the Zenica CSB number: 21-07/200-714/96 from 7 February 1996. On 17 November 1998 he had married Mahovac Enisa from Zavidovici.

24. ABU NASER MUTASEM, father's name Majed and mother Rudaine maiden Abu Al Saeed, born 3 September 1970, in Kuwait. JMB number: 0309970190040. He was entered into the Zenica registry on 24 November 1994 under order number 2142, on the basis of the decision by the Zenica CSB number: 21-1/07-200-3185/94 from 24 November 1994. On 21 June 1997 he had married Imamovic Selma in Zenica.

25. SALAMEH FUAD, father's name Sami Saadeha and mother Naime Shourati, born 10 June 1971, in Kuwait. JMB number: 1006971151988. His residence is registered in Konjic on Lisicici Street no number. As a humanitarian worker, he is currently residing in Kosovo. He is married to Halilovic Mersiha from Lisicici.

26. ABU_HUSEIN WASEEM, father's name Ahmad and mother Aziza Qubach, born 5 May 1967, in Kuwait – Kuwait. He arrived to the former Yugoslavia in 1985. He has a master's degree in technological sciences. He is married to a bih citizen. The decision by the R bih MUP number: 07/2-204-147 from 10 December 1994 he was given an R bih citizenship (he is entered in the Tuzla book of citizens on page 276 under order number 876/95). Abu Husein from 1995 has been in charge of the offices of H/O "Human Appeal International" in Tuzla. He resides in Tuzla on Stupine Street B6-8. JMB number: 0505967180011.

27. EL HAJ AHMED AHMAD, father's name Mithgal and mother Tal At maiden Hamam, born 4 May 1974, in Kuwait. JMB number: 0405974190079. He was entered into the Zenica municipal registry on 13 August 1997 under order number 2783 on the basis of the decision of the Zenica MUP number: 10-02/1-1-200-299/97 from 13 August 1997. He is married to Karalic Selma from Zenica.

<u>LEBANON</u>

1. EL HAJJ REFAT, son of Mahmoud & Samia, born Dec 25, '66 in Tripolis, Lebanon.  By the Sarajevo Central Security Service (CSB) order #19/05-1-200-47 of Feb 20, '96, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-3204 of Dec 26, '95 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-3204 of Dec 26, '95. El Hajj Refat was entered into the Birth Registry as El Haji under the number 11679. He reported his residency at 136 Zmaja od Bosne, Novo Sarajevo on Jun 4, '96. We had determined that there is no dwelling at the listed address.

2. WEHBEN GENAN, nee Albouz, daughter of Mohamed Khaled & Monitaha, b. Apr 1, '69 in Tripolis, Lebanon, bih Personal Identity (JMB) # 0104969178516, therapist. By Sarajevo CBS order #19/13-200-6 of Feb 6, '95, signed by the Section Chief Senada Povlakic her name was entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 07/2-204-2603 of Dec 27, '95 giving her bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-2603 of Dec 27, '95. W. Genan was entered into the Birth Registry book under # 1125. She held bih passports #BH859222 issued on Feb 14, '95 & BA396637 issued on Jan 7, '97.  Her residency reports follow: On May 17, '96 at 6 Dzinina St., Stari Grad Sarajevo; on Feb 25, '99 at 18. Z. Dizdarevica St. Zenica; on Sep 21, '01 at 15 Geteova St. Sarajevo Novi Grad-Sarajevo & on Jun 27, '01 at 82 Viteska St., Novi Grad-Sarajevo where on the same day she was issued ID card #5892/2001 valid for ten years. She is married to Wehbeh Fakhereddine, b. Jun 6, '96 in Tripolis, Lebanon. They have daughter Maryam, b. Jul 24, '94 in Zagreb.

3. KHATIB ZIAD, son of Ali & Behija, b. Nov 8, '63 in Sayda, Lebanon, bih JMB # 0811963173514, engineer. By Sarajevo CBS order #19/13-200-55 of Mar 14, '95, signed by the Section Chief Senada Povlakic her name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 07/2-204-160 of Feb 15, '95 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-160 of Mar 13, '95. Z. Khatib was entered into the Birth Registry book in 1995 under # 754.  He held bih passports #BH586225 issued on Mar 16, '95 & # 309437 issued on Mar 18, '97.  His reported addresses were: 3 Pehlivanusa St. Stari Grad – Sarajevo on Mar 15, '95 & 7-60 Tuzla St., Tuzla on Jul 10, '97.  On Mar 15, '95 he was issued ID card #689/95 valid for ten years. He married bih citizen Nadja Sulejmanovic in Tuzla on Apr 23, '99.

4. MAAROUF MAJED, son of Zaidan & Fatma, b. Nov 11, '61 in Ghoro, Lebanon, bih JMB #1111961173523, electrical engineer. . By Sarajevo CBS order #19/13-200-49 of Aug 8, '94, signed by the Section Chief Senada Povlakic his name was after the fact entered into the Birth Registry books of County

Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 07/2-204-693 of Jul 29, '94 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-693 of Aug 4, '94. M. Maarouf was entered into the County Center Birth Registry book in 1994 under # 1734. On Oct 31,'93. M. Maarouf reported residency at 154 Landstrasse, Vienna where he was issued bih passport # BH115072 on Jan 12, '94 (request #890924) in the bih Consulate.  He also held bih passport #BH016913 issued on Jun 27,'94; #BH426824 issued on Sep 29,'94; #259882 of Aug 27,'96; #BA259771 issued Aug 27,'96 & passport #1434614 issued on Jul 14,'99.  On Jul 30,'94 he reported residency at 32 Jerkovac, Stari Grad-Sarajevo, on Apr 9,'99 at 2/V Senad M. Denda St. Novi Grad-Sarajevo & on Dec 7,'01 at 1 Teheranski Trg Novi Grad-Sarajevo.  On Jul 30.'94 he was issued ID card #1493/94, valid for ten years.

5. EL ARID KHALED,  son of Mohamad & Fatima b. Oct. 7,'61 in Al Bass Tyre, Lebanon, bih JMB #0710961172206.  By the Sarajevo Central Security Service (CSB) order #19/05-1-200-76 of Apr 16, '96, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-1279 of Jun 30, '95 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-1279 of Apr 9, '96. El Arid Khaled was entered into the Birth Registry under the number 11124.  In 1993 he reported his residency in Croatia where in bih Consulate (request #354206) he received passport #BH294875, issued on Aug 26,'93.  He also held the following bih passports: BH695311 of May 17,'96; #19121819 of Jul 29,'00 & #3316569 of Apr 25,'01. E.A.Khaled on May 5,'96 reported his residency at 15 Geteova St. Novi Grad-Sarajevo where on May 6,'95 he was issued ID card #13311/96, valid for ten years.

6. ABOU EL ARDAT MOHAMMAD, son of Khalil & Hamdija, b. Feb 12,'61 in Hayyu-El-L-Dzami-Lur, Lebanon, bih JMB #1202961170058, physician. By Sarajevo CBS order #19/13-200-46 of Aug 1, '94, signed by the Section Chief Senada Povlakic her name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 09/2-204-118 of Apr 12, '94 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #09/2-204-118 of Apr 12, '94. A.A.Mohammad was entered into the County Center Birth Registry book in 1994 under # 1735. He held the following bih passports:  BH244833 of Apr 23,'94; #BH918660 of Dec 26,'95; BA663475 of Dec 24,'97; #0990426 of Nov 30,'98 & #3316754 of Apr 27,'01.  A.E.A.Mohammad reported the following addresses, all in Sarajevo Center: on Apr. 15,'94  at 32 Asikovac; on Mar 5,'95 at 2 Dz. Krvavca St.; On Dec 21,'00 at 19 Hasana Bibera St., Where on the same day he was issued ID card #7953/2000, valid for ten years.  On Jul 28,'01 he married Sawsan Sulejman residing at the last reported address. He is employed by the Kuwait State humanitarian organization "Kuwaiti Relief Committee", headed by Othoman Al Hajdar.

7. BERRO MAHMOUD, son of Nassif & Alawi, b. Jun 10,'62 in Broj Chemali, Lebanon, bih JMB 1006962170015, dentist. .  By the Sarajevo Central Security Service (CSB) order #19-13-200-46 of Mar 1, '95, signed by the Section Chief Senada Povlakic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-39 of Jan 23, '95 giving him bih citizenship.  MUP apprised Sarajevo CSB of this by its note #07/2-204-39 of Jan 23, '95. B. Mahmoud was in 1996 entered into the Sarajevo-Center Birth Registry under the number 11888.  In 1995 he reported his residency at 58 S. Kolara St., Zagreb, Croatia where in bih Consulate (request #551458) he received passport #BH710602, issued on Mar 22,'95.  He also held the following bih passports: BA032219 of Mar 31,'97 & #0866682 of Mar 2,'99.  On Jul 19,'96 he reported residency at 8 M. Mikulica St. Sarajevo-Center, where on the same day he was issued ID card #16214/96 valid for ten years

8. EL MORDEHA MARWAN, son of Ali Mahmoud, b. Sep 10,'92 in El-Mazra, Beirut, Lebanon; bih JMB 1009962172300.  By the Cantonal MUP order #02/3.1-200-677 of Oct 8, '98, signed by Minister Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-1875 of Jul 31, '95 giving him bih citizenship. The Ministry of Civic Affairs & Communications apprised Cantonal MUP of this by its note #03-204-1359/98 of Oct 16, '98. E.M.Marwan was in 1998 entered into the Sarajevo-Center Birth Registry under the number 11786. He held the bih passport #0930638 of Oct 20,'98. On Oct 13,'98 he reported residency at 73 Prnjavorska St. Novi Grad Sarajevo where on the same day he was issued ID card #18930/98 valid for ten years. On Jun 15,'98 in Ilidza he married bih citizen Semsida Papic.

9. ASSAD ALI, son of Mohammed & Rakia, b. May 6,'61 in El Bass, Lebanon, JMB 0605961172283, merchant. By the Cantonal MUP order #02/3.1-200-391 of Jul 11, '97, signed by Minister Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-741 of Apr 12, '95 giving him bih citizenship. The Justice Ministry apprised Cantonal MUP of this by its note #07/2-204-741 of Jul 8, '97. Assad Ali was in 1997 entered into the Sarajevo-Center Birth Registry under the number 11606. He held the bih passports BH826637 of Dec 5,'95 & #0893560 of Mar 24,'99. On Sep 30,'97 he reported residency at 5 S. Ef. Musica St. Novi Grad Sarajevo, where he was on Sep 29,'97 issued ID card #23886/97 valid for ten years. On Apr 21,'01 in County Sarajevo-Center he married bih citizen Zenaida Stambolija.

10. GHADBAN ZAKARIA, son of Khaled & Wasfia, b. Dec 11,'62 in Saida, Lebanon, JMB 1112962170028, architect. . By the Sarajevo Central Security Service (CSB) order #19/05-1-200-174 of Sep 25, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-170 of Jul 15, '95 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-170 of Jul 15, '95. G. Zakaria was in 1995 entered into the Birth Registry under the number 2900. In 1994 he reported his residency in Croatia where in bih Consulate (request #152505) he received passport #BH033800, issued on Sep 6,'94. He also held the following bih passports: BA259921 of Aug 27,'96; & #0935435 of Dec 10,'98. On Apr 9,'96 he reported his residency at 79 M. Mikulica St. Sarajevo- Center; on Apr 15,'99 his address was 81 Porodica Ribar St. Novo Sarajevo where on Apr 16,'99 he was issued ID card #4090/99, valid for ten years. He married Dunja Gradascevic on Nov 15,'95 in Rijeka, Croatia.

11. WEHBEH FAKHEREDDINE, son of Muhamed & Nazmiya, b. Jun 6,'66 in Tripolis, Lebanon; JMB 0607966173523. He held bih passports BH583194 of Dec 22,'94 & BA265836 of Jan 6,'97. On Dec 21,'94 he reported residence at 6 Dzinina St. Sarajevo-Stari Grad, moving on Jun 6,'97 to Zenica where on Jun 25,'97 he reported residence at 8 Fra Grge Martica to move back to Sarajevo-Novi Grad on Aug 31,'00 where on Sep 21,'00 he reported residence at 15/7 Geteova St. And since Jun 27,'01 at 82 Viteska St.

12. ABADAN SAMI, son of Muhedine & Tanya, b. Feb 11,'70 in Beirut, Lebanon; JMB 1102970173529. On Feb 12,'86 he reported residence at 7-a Cadordzina St. Sarajevo-Stari Grad where he was on Apr 11,'96 issued ID card #5074/96 valid for ten years.

13. ABOU EL-ARDAT AHMED, son of Khalil & Hamda Shelibi, b. Dec 22,'45 in Saasaa, Lebanon; JMB 2212945170136. By the Sarajevo Central Security Service (CSB) order #19/05-1-200-55 of Mar 11, '96, signed by the Section Chief Mirsada Beganovich-Zutic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-954 of Sep 29, '94 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-954 of Sep 29, '94. Abou Ahmed was in 1996 entered into the Sarajevo-Center Birth Registry under the number 11019. On Oct 3,'00 he reported residency at 12 Dz. Krvavca, Sarajevo-Center.

14. WAKIM ESTHER, daughter of Anis & Sayyidat, b. Apr 20,'45 in Barbara, Lebanon; JMB 2004945175136. By the Sarajevo Central Security Service (CSB) order #19/05-1-200-213 of Nov 15, '95, signed by the Section Chief Mirsada Beganovich-Zutic, her name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-2905 of Nov 7, '95 giving her bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2905 of Nov 7, '95. Wakim Esther was in 1996 entered into the Sarajevo-Center Birth Registry under the number 10500. On Oct 3,'00 she reported residency at 12 Dz. Krvavca, Sarajevo-Center.

15. ABOU EL-ARDAT KHALIL, son of Ahmed & Wakim Esther, b. Dec 11,'81 in Beirut, Lebanon; JMB 1112981170136. By the Sarajevo Central Security Service (CSB) order #19/05-1-200-213 of Nov 15, '95, signed by the Section Chief Mirsada Beganovich-Zutic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-2905 of Nov 7, '95 giving him bih citizenship. MUP apprised Sarajevo CSB

of this by its note #07/2-204-2905 of Nov 7, '95. Abou Khalil was in 1996 entered into the Sarajevo-Center Birth Registry under the number 10501. We note that as per our records he had not reported his residency.

16. ABOU EL-ARDAT EDELLE, son of Ahmed & Wakim Esther, b. Oct 28, '83 in Beirut, Lebanon; JMB 2810983175197. By the Sarajevo Central Security Service (CSB) order #19/05-1-200-213 of Nov 15, '95, signed by the Section Chief Mirsada Beganovich-Zutic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-2905 of Nov 7, '95 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2905 of Nov 7, '95. Abou Khalil was in 1996 entered into the Sarajevo-Center Birth Registry under the number 10501. We note that our records do not show that he had reported his residency.

17. ABOU EL-ARDAT JAMAL, son of Khalil & Hamda Muhamed Esh-Shelebi, b. Feb 2, '58 in Sur, Lebanon; JMB 2302958170231. By Sarajevo CBS order #19/13-200-102 of Dec 15, '94, signed by the Section Chief Senada Povlakic his name was entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 09/2-204-11 of Apr 18, '94 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #09/2-204-11 of Apr 18, '94. Abou Jamal was in 1994 entered into the Birth Registry book under # 2717. On Oct 3, '00 he reported residency at 12 Dz. Krvavca St., Sarajevo-Center.

18. LOKMAN BAROUDI, son of Moustafa, b. Sep 2, '68 in Tripolis, Lebanon; JMB 0209966817 0178. By the Cantonal MUP order #19/05-1-200-317 of Oct 15, '96, signed by Section Chief Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-454/92 of Mar 23, '92 giving him bih citizenship. The MUP apprised CSB Sarajevo of this by its note #09/2-204-454/92 of Mar 23, '92. Lokman Baroudi was in 1997 entered into the Sarajevo-Center Birth Registry under the number 10061. He held the bih passport BA264487 of Jan 23, '97. On Jan 16, '97 he reported residency at 38 Patriotske lige, Sarajevo-Center.

19. BUSHNAK MARWAN, son of Mohamed Ahmada & Sabeheta, b. May 29, '78 in Tripolis, Lebanon; JMB 2905978172342. By the Sarajevo MUP order #UP-1-02/03,1-13-0-234 of Mar 9, '00, signed by the Section Chief Senad Masovic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Ministry for Civil Works & Communications order #03-204-458/00 of Mar 6, '00. The Ministry apprised Sarajevo MUP of this action. He was in 2000 entered into the Sarajevo-Center Birth Registry under the number 10492. He held bih passport #1610074, issued on May 17, '00. On Apr 6, '00 he reported residency at 29 Prijedorska St., Novi Grad-Sarajevo.

20. ETTAWIL ABDEL BASET, b. Jul 6, '69 in Tripolis, Lebanon; JMB 0607969170177. By the Sarajevo Central Security Service (CSB) order #19-136/95 of Dec 28, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-371/92 of Feb 12, '92 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2813 of Oct 3, '95. Etawil Abdel Baset was entered into the Birth Registry in 1996 under the number 10979. On May 9, '97 he reported his residency at 10 Hasana Kikica St. Sarajevo-Center. His bih citizenship has been revoked.

21. KORKUT ANAS, son of Haris, b. Jan 13, '68 in Zahle – Bekaa. Lebanon; JMB 1301968173611. He held bih passport #BA359013 of Nov 14, '96. On Nov 12, '96 he reported residency at 8 E. Mujezinovica St. Sarajevo-Stari Grad where on Nov 11, '96 he was issued ID card #13632/96, valid for ten years.

22. MOUIN MAAROUF, son of Zidan & Fatma, b. Jan 12, '66 in Rachidich, Lebanon; JMB 1201966173539. By Sarajevo CBS order #19/13-200-50 of Aug 8, '94, signed by the Section Chief Povlakic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 07/2-204-694 of Jul 29, '94 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-694 of Aug 4, '94. M. Maarouf was entered into the Birth Registry book in 1994 under # 1733. He held bih passports #BH426823 issued on Sep 29, '94 & # BA243495 issued on Sep 19, '96. On Aug 9, '94 he reported residency at 32 Jerkovac, Stari-Grad Sarajevo.

23. SOUIDANE FAYEZ, b. Dec 28,'47 in Tripolis, Lebanon; JMB 2812947170165, economist. By the Sarajevo Central Security Service (CSB) order #19-136 of Dec 28, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-374/92 of Feb 12, '92 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2813 of Oct 3, '95. S. Fayez was in 1996 entered into the Birth Registry under the number 10924. On Sep 9, 1997 he reported his residency in Paravci St., Bocinja Gornja-Maglaj after which his address on Apr 14,'99 was 12 Prvomajska, Novi Grad-Sarajevo and on Jun 11,'01 he moved to Zavidovici to an unknown address. He married bih citizen Sabahina Mujic in Maglay in 1997 and on Dec 24,'98, also in Maglaj, he married bih citizen Kanita Graco. His bih citizenship has been revoked.

24. KAMEL ANWAR, son of Mustapha, b.Sep 30,'66 in Tripolis, Lebanon; JMB 3009966172760. By the Sarajevo Central Security Service (CSB) order #19-136 of Dec 12, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-376/92 of Feb 12, '92 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2813 of Oct 3, '95. K. Anwar was in 1996 entered into the Birth Registry under the number 10956. On May 9, 1997 he reported his residency in 10 Malta St., Novo Sarajevo. On Jul 28,'97 he moved to Maglaj to an unknown address. His bih citizenship has been revoked.

25. MAHMUD MUSTAFA, son of Mussa, b. Nov 12,'64 in Sayda, Lebanon; JMB 1211964172743. By the Sarajevo Central Security Service (CSB) order #19-136 of Dec 12, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-413/92 of Mar 5, '92 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2813 of Oct 3, '95. K. Anwar was in 1996 entered into the Birth Registry under the number 10995. On May 10, 1997 he reported his residency in 5 Zenicka St., Novo Sarajevo. On Jul 28,'97 he moved to Maglaj to an unknown address. His bih citizenship has been revoked.

26. ABDUL DZAIL IL HAJR, son of Dza-li, b.Aug14,'65 in Sayda, Lebanon; JMB 1408965170165. . By the Sarajevo Central Security Service (CSB) order #19/05-1-200-308 of Oct 10, '96, signed by the Section Chief Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-454 of Mar 23, '92 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #09/2-204-454 of Mar 23, '92. Abdul Hajr was in 1997 entered into the Sarajevo-Center Birth Registry under the number 10077. On Jan 17,'97 he reported residency at 7 Kulovica St. Sarajevo-Center. On Apr 24,'97 he moved to 8 Ricicki put, Zenica and on Mar 3,'00 his address became Dolina St. Gornja Bocinja, Maglaj County. On Sep 14,'00 he reported residency at A. Hafizovica, Zenica.

27. HUSNI GHASAN, son of Khalil, b. Oct 29,'65 in Tyre, Lebanon. He came to Yugoslavia in 1985. He is a physician married to a bih citizen. He received bih citizenship by the R bih MUP order #07/2-204-163 of Feb 15,'95, (entered into Tuzla citizens' registry on page 170 under #1463). He came to Tuzla in 1994 from Skoplje and ever since worked at "Mercy International-USA" in Tuzla. His employer sent him to Pristina in 1999. He resides at 7 Krecanska (ex Uzicka #12/60) St. JMB 2910965180048.

28. KABLAOUI MOHAMAD, son of Ibrahim, b. Feb 1,'65 in Beirut. Resides in bih since 1985, physician by profession. He received bih citizenship by the R bih MUP order #07/2-204-461/95. (entered into Tuzla citizens' registry on page 189 under #3893/1995). He worked for "VSK" and upon it's folding moved to "Mercy Int'l.-USA" where he is today. His job takes him to Kosovo occasionally. Resides at 7 Krecanska (ex Uzicka #12/60) St. JMB 0102965180157.

LYBIA

1. EMAM AREF, (changed to Mestrovic Aref), son of Abbas Abdel Hay & Nefis, nee Abbas Shekir, b. Aug 17, '63 in Beyda, Lebanon; JMB 1708963172296. By the Sarajevo Central Security Service (CSB) order #19-136/95 of Dec 28, '95, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #09/2-204-450/92 of Mar 23. '92, giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-2813 of Oct 3, '95. Emam Aref was in 1996 entered into the Birth Registry Sarajevo-Center under the number 10990. In Zenica on Jan 23, '96 he married Mestrovic Hasnia when he changed his last name from Emam to Mestrovic. On Oct 10, '97 he reported residency at Dolina St., Gornja Bocinja, Maglaj County. He checked out of there on Apr 27, '99 and on May 10, '99 he reported at 3 Kunovska St., Novi Grad-Sarajevo. He moved out on Oct 10, '00 and on Oct 14, '00 he reported address at Sinanbegovici St., Sanski Most. His bih citizenship has been revoked.

2. EBLISH MAHMOOD, son of Mansur, b. Apr 4, '71 in Tripolis, Lybia; JMB 0604971150168. By the CSB order #19/05-1-200-317 of Oct 15, '96, signed by its Chief Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Justice Ministry order #03-204-2784/96 of Jul 31, '94 giving him bih citizenship. The Justice Ministry apprised CSB of this by its note #03-204-2784/96 of Mar 23, '92. Eblish Mahmood was in 1996 entered into the Sarajevo-Center Birth Registry under the number 12555. He held the bih passport BA386446 issued on Mar 4, '97 in Mostar and #0930828 of Oct 22, '98. On Feb 24, '97 he reported residency at St. Mostar; on Oct 16, '98 at 12 Geteova, Novi Grad-Sarajevo where on Jul 22, '99 he was issued ID card #11382/99, valid for ten years. On Nov 19, '97 he married bih citizen Alma Brkic in Novi Grad-Sarajevo.

3. MOHAMED AHMED, son of Abdul Kadir & Rukija, nee Musa, b. Jan 16, '71 in Tripolis, Lybia; JMB 1601971172298, agriculturist. By the Cantonal MUP order #02/3.1-200-602 of Sep 7, '98, signed by Minister Ismet Dahic, his name was after the fact entered into the Birth Registry books of Sarajevo – Center. The issuance of this order was based on the R bih Ministry of Civil Works & Communications order #03-204-10-481/97 of Dec 3, '97 giving him bih citizenship. The Ministry apprised Cantonal MUP of this by its note #03-204-10-481/97 of Sep 3, '98. M.A. was in 1998 entered into the Sarajevo-Center Birth Registry under the number 11496. He held the bih passport #0811793 of Oct 13, '98. On Oct 13, '98 he reported residency at 135-C Prvomajska St., Novi Grad-Sarajevo. On Apr 18, '00 he moved to 4 Trg medjunarodnog prijateljstva, N.G.-Sarajevo where he was on Apr 17, '00 issued ID card #4514/2000, good for ten years. On Dec 20, '96 he married bih citizen Amira Patkovic in Stolac

4. ABOU EL ARDAT HAYTHAM, son of Jamil & Emira Shelebi, b. Oct 19, '71 in Tripolis, Lybia; JMB 1910971170166. By Sarajevo CBS order #19/13-200-103 of Dec 14, '94, signed by the Section Chief Senada Povlakic his name was after the fact entered into the Birth Registry books of Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order # 07/2-204-1458 of Nov 21, '94 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-1458 of Nov 21, '94. A. Haytam was entered into the Birth Registry book in 1994 under #2719.

5. SAAD ADNAN, son of Ali Abuagel, b. Jul 24, '76 in Misurat, Lebanon; JMB 2407976173678. In 1996 entered into the Birth Registry book of Stari Grad-Sarajevo, #60. Held bih passport #0811489 of Oct 14, '98. On Oct 12, '98 he reported residency at 19/3 Bistrik, Stari Grad-Sarajevo & on Oct 13, '98 he was issued ID card #4869/98, good for ten years. It was determined that he does not live at the stated address.

6. SAAD LEJLA, daughter of Ali Abuagel, b. Nov 16,'81 in Misurat, Lebanon; JMB 1611981178648. In 1996 entered into the Birth Registry book of Stari Grad-Sarajevo, #61. Held bih passport #0811473 of Oct 14,'98. On Oct 12,'98 she reported residency at 19/3 Bistrik, Stari Grad-Sarajevo & on Oct 13,'98 she was issued ID card #4870/98, good for ten years. It was determined that she does not live at the stated address.

7. NASER SENAD, son of Galib & Elmedina, b. Dec 26,'85 in Tripolis, Lybia; JMB 2612975173537.   In 1981 entered into the Birth Registry book of Stari Grad-Sarajevo, #111. Held bih passports #BA270234 of Aug 8,'96 & #1463102 of Jul 27,'99.  On Oct 26,'94 he reported residency at 40 Hadzijamakova St., Stari Grad-Sarajevo & on the same day he was issued ID card #2449/94, good for ten years.

8. MAGRABI NADER, son of Abdelfatah & Kana, b. Mar 20,'73 in Tripolis, Lybia; JMB 2003973173533. In 1986 entered into the Birth Registry book of Stari Grad-Sarajevo, on page or under #440. Held bih passports #BH632063 of Jul 8,'95; #BA671208 of Feb 11,'98, & #1499848 of Apr 14,'00.  On Apr 16,'92 he reported residency at 33-A Dzinina St., Stari Grad-Sarajevo & on Aug 22,'97 he was issued ID card #6711/97, good for ten years.

9. MEKAVI HASAN, son of Ahmed, b. Dec 30,'69 in Tripolis, Lybia; JMB 3012969170166. By the Cantonal MUP order #02/3.1-200-566 of Aug 26, '98, signed by Minister Ismet Dahic, his name was after the fact entered into the Birth Registry books of Sarajevo – Center. The issuance of this order was based on the R bih Ministry of Civil Works & Communications order #03-204-10-597/97 of Dec 24, '97 giving him bih citizenship. The Ministry apprised Cantonal MUP of this by its note #03-204-10-595/97 of Aug 20, '98.  In 1998 M. Hasan was entered into the Sarajevo-Center Birth Registry under the number 11416. He held the bih passports BA014558 of Oct 23,'96, issued in bih consulate in Vienna on JMB3012969000000, based on request #569574, since Oct 18,'96 he lived at 20 Bischoffgasse, Vienna 1120.  On Feb 23,'99 he reported residency at 10 Dejzina Bikica St.,Sarajevo- Center.


10. KUBAT IZUDIN, son of Ferid, b. May 17,'67 in Sidon, Lybia; JMB 1705967170175.  In 1996 K. Izudin was entered into the Sarajevo-Center Birth Registry under the number 12111. On Sep 17,'96 he reported residency at 20 Skenderija, Sarajevo-Center.

11. ALI MAHDI JALALA, son of Elmahdi Mohamed & Fatmi Baldi, b. Feb 19,'64 in Wadan, Lybia; JMB 1902964170018.  By the Cantonal MUP order #19/05-1-200-163 of Jul 12, '96, signed by Center Chief Ismet Dahic, his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-2987 of Nov 7, '95 giving him bih citizenship. The MUP apprised CSB Sarajevo of this by its note #07/2-204-2987 of Nov 17, '95. Ali Jalala was in 1996 entered into the Sarajevo-Center Birth Registry under the number 11854. On Jul 19,'96 he reported residency at 15 Imamovica St., Sarajevo-Center. It has been established that he never lived there.

12. GHANOMEH SAFVAN, son of Abdulzahir, b. Apr 25,'81 in Bengazi, Lybia; JMB 2504981171506.  He held bih passports BA370449 of Dec 19,'96 & #161021 of may 17,'00.  On Apr 26,'95 he reported residency at 241 Butmirska Cesta, Ilidza; on Aug 27,'98 at 5/3 Jahiela Fincija St., & as of Aug 30,'99 at 11 S. Catovica Kobre, all Ilidza, where he was issued ID card #8263/99, good for ten years. On Feb 18.'96 he changed his last name from Ganum to the current one Ghanomeh.  We have learned that he works in children's village in Mojmilo settlement (most probably in humanitarian organization "Al Haramain Al Masjed".

13. HUSNI ALI ALTAYEF, son of Ali & Aisha, b. Dec 30,'64 in Elassa, Libya; JMB 3012964170176. By the Sarajevo Central Security Service (CSB) order #19/05-1-200-235 of Dec 25, '96, signed by the Section Chief Mirsada Beganovich-Zutic his name was after the fact entered into the Birth Registry books of County Sarajevo – Center. The issuance of this order was based on the R bih Interior Ministry (MUP) order #07/2-204-3196 of Nov 29, '95 giving him bih citizenship. MUP apprised Sarajevo CSB of this by its note #07/2-204-3196 of Nov 29, '95.
 H. Altayef was entered into the Birth Registry in 1996 under the number 11968. As of Aug 11,'96 his reported address was 2 Himze Polovine St., Sarajevo-Center. The investigation proved that he never lived there. We

note that in the Order allowing his entry into the Birth Registry his birth date & place were listed as Apr 16,'58 & Elassa, Lybia. On another document the same data were listed as Dec 30,'64 & Elassa, Algeria, while the MUP records show those data as
Dec 30,'94 & Elassa, Lybia.

14. ELSAWAF EMIR, son of Adel, b. Apr 16,'79 in Bengazi, Lybia; JMB 1604979172172. He held bih passport #1044751, issued on Apr 21,'99. On May 15,'87 he reported residency at 116 Andreja Andrejevica in Novi Grad – Sarajevo using which he was on Jan 31,'00 issued ID card #321/2000 valid for ten years.

15. ELSAWAF ASMIR, son of Adel, b. Sep 26,'80 in Bengazi, Lybia; JMB 2609980172173. On May 15,'87 he reported residency at 116 Andreja Andrejevica in Novi Grad – Sarajevo using which he was on Oct 27,'97 issued ID card #25558/97 valid for ten years.

16. EL WERFALI MOUSBAH,  son of Wenis & Ahmeh, nee El Bertoli, b. Feb 26,'66 in Beughari, Lybia; JMB2602966190059. Based on CSB Zenica order #(03-200)-21-07/200-1544/96 of Mar 13,'96, his name was on Mar 14,'96 entered in the Birth Registry books of Zenica under #1017. On Dec 11,'95, in Tesanj, he married Mejra Sejmenovic.

17. YOUSEF MOHAMED, son of Abdul Vehaba & Galija, b. Nov 11,'58 in Wesat Rahibat, Lybia; JMB 1111958 190042. Based on CSB Zenica order
#21-1/07-200-1148/95 of Apr 10,'95, his name was on Apr 11,'95 entered in the Birth Registry books of Zenica under #1102. On Apr 10,'94, in Travnik, he married Meliha Basic. He was killed on Dec 14,'95 in Zepce and entered into the Lokvine community Book of Deceased under #1 for the year 1996.

1. ATMANI SAID, SON OMAR AND MOTHER FATIMA, BORN 01-10-1966, IN TANGER MARACCO, CITIZEN # 0110966173521 EXPLAINED THE RESULTS OF THE CENTRAL SECURITY SERVICE SARAJEVO # 19-13-200-23 FROM 31-01-1995 SIGNED ON THE SIDE OF THE CHIEF OF STAFF SENAD POVLAKIC. APPROVED RESTITUTION SIGNED IN THE MKR ( BIRTH REGISTARY) IN THE OPSTINA IN OLD TOWN SARAJEVO. THIS DECISION ABOUT THIS INDIVIDUAL WAS TAKEN CARE OF BY THE MUP ( MINISTRY OF INTERIOR) REPUBLIC OF bih # 07/2-204-1 FROM 16-01-1995. MUP # 07-2-204-1 FROM 16-01-1995. REPORTERD BY CSB ( CENTRAL SECURITY SERVICE ) SARAJEVO. ALL INFORMATION IS IN THE MKR ( BIRTH REGISTARY)  IN THE OPSTINA IN OLD TOWN SARAJEVO 1995 UNDER # 2. HE HAD A PASSPORT bih # 552438 FROM 02-02-1995 AND # 1232551 FROM 12-06-1999 BEFORE MENTIONED WAS 01-02-1995. FINISHED REGISTRATION FOR RESIDENCE PERMIT IN THE OPSTINA OLD TOWN SARAJEVO, STREET ADBESTHANA # 4 WHEREHE WAS 31-01-1995. WAS ISSUED A ID CARD # 291/95, WHICH IS VALID FOR 10 YEARS.
2. IZIMER KHADIJA, DAUGHTER BRAHIM BEN MOHAMED AND MOTHER KAHDIJE BENT MOHAMED, BORN 26-03-1966, IN KAZABLANKA MARACCO.  CITIZENSHIP # 2603966177296. HER VERDICT CAME DOWN FROM CSB ( CENTRAL  SECURITY SERVICE ) SARAJEVO # 19/05-1-200-183 FROM 4-10-1995. SIGNED OFF BY THE SECTIONAL CHIEF OF STAFF BEGANOVIC-ZUTIC MIRSAD APPROVED THE LISTING IN THE BIRTH REGISTRY IN THE OPSTINA CENTER. THIS DECISION CAME DOWN ON THIS PERSON  FROM THE MUP ( MINISTRY OF INTERIOR ) rbih CASE # 07/2-204-2409 FROM 13-09-1995 REPORTED CSB ( CENTRAL SECURTIY SERVICE ) SARAJEVO. THE MENTIONED PERSON REGISTERED  IN THE MKR ( BIRTH REGISTRY ) IN OPSTINA CENTER SARAJEVO 1996 UNDER THE # 10662. HER PASSPORT # IS 976363 ISSUED 20-08-1996. SHE GOT THE PASSPORT AT THE DKP ( CONSALIT ) IN ZAGREB ( ON A PERSONAL DEMAND # 513430) REGARDING HER REGISTRATION FOR HER STAY IN ZAGREB, ADRESS PLATANA # 4HER bih PASSPORT # IS 3801619 ISSUED 08-08-2001. ON 15-04-1997 SHE REGISTERED HER STAY IN THE OPSTINA IN NEW TOWN SARAJEVO, STREET SAMILAGICA # 11 FROM 27-06-2001 STREET DOBRINJSKE

BOLNICE # 10 AN D ON THE SAME DAY SHE GOT AN I.D CARD # 5925/2001 AND IS VALID FOR 10 YEARS

3. AIT –EL-QADI AHMED, SON SALEHA AND MOTHER FATIME, BORN 14-01-1962 IN TAROUDANTE, MOROCCO PASSPORT # 1401962172294. THE DECISION BY CSB ( CENTRAL SECURITY SERVICE ) SARAJEVO # 19/05-1-200-182 FROM 4-10-1995. SHE SIGNED ON THE SIDE OF THE CHIEF OF STAFF BEGANOVIC-ZUTIC MIRSAD AND APPROVED FOR REGISTRATION IN THE MKR ( BIRTH REGISTRY) IN THE OPSTINA CENTER. THIS DECISION WAS BROUGHT DOWN BY THE MUP ( MINISTRY OF INTERIOR )rbih # 07/2-204-2410 FROM 13-09-1995. THE MUP DOCUMENT # IS 07/2-204-2410 FROM 13-09-1995 REPORTED BY CSB SARAJEVO ( CENTAL SECURITY SERVICE.). THE MENTIONED REGISTERED IN THE MKR ( BIRTH REGISTRY) IN THE OPSTINA IN CENTER SARAJEVO IN 1996 UNDER THE # 10661. 15-04-1997 HE REGISTERED IN THE OPSTINA IN NEW TOWN SARAJEVO THAT HE WAS STAYING AT NERKEZA SAMILAGICA # 11. AND FROM 26-06-2001 HE WAS AT DOBRINJSKE BOLNICE 10. 27-06-2001 HE GOT A LOCAL I.D. CARD # 5924/2001 AND VALID FOR 10 YEARS.

4. SAIROUJ KHADIDJA DAUGHTER IDRISSA BORN 10-10-1974 IN KAZABLANKA MOROCCO, CITIZENSHIP # 1010974173610 THE MENTIONED WAS CHECKED BY THE CSB ( CENTRAL SECURITY SERVICE )IN SARAJEVVO # 19-136/95 FROM 28-12-1995 SIGNED OFF BY BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR ( BIRTH REGISTRY) IN THE OPSTINA CENTER. THIS DECISION WAS BROUGHT DOWN BY THE MUP ( DEPT. OF THE INTERIOR) # 09/2-204-315/92 FROM 15-02-1992UNDER THE MUP THE DOCUMENT # WAS 07/2-204-2813 FROM 03-10-1995 WAS REPORTED CSB (CENTRAL SECURITY SERVICE)THE MENTIONED PERSON REGISTERED IN IN THE MKR ( BIRTH REGISTRY) IN THE OPSTINA CENTER IN 1996 UNDER THE # 10934. THE PERSON MENTIONED FINISHED REGISTRATION IN THE OPSTINA IN THE OLD TOWN SARAJEVO FOR HIS STAY   AT THE ADRESS OF VRBANJUSA # 70 . AFTER FURTHER INVESTIGATION HE DID NOT LIVE AT THAT ADRESS. HIS bih PASSPORT WAS TAKEN FROM HIM

5. LAMKARFAL KHADIJA, SON ABDELLAHA, BORN 18-08-1968 IN KAZABLANKA MORROCCO, CITIZENSHIP # 1808968175166. THE DECISION OF THE FOR MENTIONED CAME DOWN BY THE CSB SARAJEVO # 19-136/95 FROM 28-12-1995. AUTHORIZED BY BEGANOVIC-ZUTIC MIRSAD APPROVED FOR ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER. THIS DECISION CAME DOWN BY MUP rbih # 07/2-204-349/92 FROM 07-031992. WELCOMING THE MENTIONED AS A CITIZEN, UNDER MUP rbih DOCUMENT # 07/2-204-2813 FROM 03-10-1995 REPORTED CSB SARAJEVO. THE MENTION PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER UNDER # 10917. ON THE 12-05-1997 THIS PERSON REGISTERED IN THE OPSTINA CENTER SARAJEVO WHERE HE WAS STAYING ST. BRANILACA SARAJEVA # 7. AT THIS ADRESS IS WORK BUILDING ” VRANICE”. THE MENTIONED PERSONS WAS STRIPPED OF HIS CITIZENSHIP IN bih

6. ESSUADY DJAMILA, DAUGHTER EL-HOCHINE BORN 02-10-1977 IN MORROCCO, CITIZENSHIP # 0210977178643. THE DECISION ON THIS PERSON CAME FROM CSEB UNDER THE # 10-136/95 FROM 28-12-1995. AUTHORIZED BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER THIS DECISION CAME DOWN FROM MUP rbih # 09/2-204-316/92 FROM 15-02-1992. THE MENTIONED WAS APPROVED FOR CITIZENSHIP, WHICH THE MUP rbih HAVE IT FILLED UNDER 07/2-204-2813 FROM 03-10-1995 REPORTED THE CSB SARAJEVO. THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1996 UNDER # 10951. 12-05-1997 FINISHED REGISTERING IN THE OPSTINA OLD TOWN FOR LIVING HERE UNDER THE ADRESS TELIROVICA # 54, THE MENTIONED PERSON HAS A bih PASSPORT

7. ELKAFLAOVI ABDELILAH , SON BELGACENA, BORN 02-11-1967 IN KAZABLANKA MORROCCO, JMB 0211967170179. THE DECISION CAME DOWN BY CBS SARAJEVO # 19-136/95 FROM 28-12-1995 SIGNED ON THE SIDE OF BEGANOVIC-ZUTIC MIRSAD APPROVED THE ADDITIONAL SIGNATURE IN THE MKR IN THE OPSTINA. THE

DECISION CAME FROM MUP rbih # 07/2-204-405/92 FROM 5-3-1992HE WAS DECLARED CITIZEN, UNDER THE MUP DOCUMENT 07/2-204-2813 FROM 3-10-1995 REPORTED CSB SARAJEVO.  THE MENTIONED  REGISTERED IN THE MKR IN THE CENTER OPSTINA IN 1996 UNDER THE # 10910.  12-05-1997 FINISHED REGISTERING ,WHERE HE WOULD STAY , IN THE OPSTINA IN THE CENTER OF SARAJEVO, ST. BRANILACA SARAJEVA # 7HE WAS STRIPPED OF HIS CITIZEN SHIP IN bih

8. DIOURI-JOSIMOVIC RHIZELAINE, DAUGHTER MOHAMEDA, BORN 14-12-1972 IN KAZABLANKA MORROCCO, JMB 1412972178527. THIS PERSON HOLDS A bih PASSPORT # 1248941 ISSUED 10-05-1999.  ON 19-07-1990 SHE FINISHED REGISTERING WHERE SHE LIVED IN THE OLD TOWN OPSTINA, ADRESS LEFT WAS V. SKARICA # 6 FROM 02-08-1997, OTHER ADRESS H. KRESEVLJAKOVICA # 63/1.  ON 31-10-2000 GOT A I.D. CARD WITH # 3595/2000 THAT IS VALID FOR 10 YEARS.  CONFIRMED THAT THIS PERSON DID NOT LIVE AT THE ADRESS WHERE SHE SAIDSHE LIVED

9. BAHOU IBRAHIM, DAUGHTER ALIA, BORN 02-10-1965, IN OULED BOUBEKR,MORROCCO, JMB 0210965173611, THE DECISION CAME DOWN FROM CSB SARAJEVO # 19/136/95 FROM 28-12-1995, SIGNED OFF BY BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE MKR OPSTINA IN THE CENTER.  THE MUP MADE THIS DECISION UNDER FILE # rbih 09/2-204-314/92 FROM 15-02-1992. SHE ACCEPTED CITIZENSHIP UNDER THE MUP rbih DOCUMENT # 07/2-204-2813 FROM 3-10-1995 REPORTED BY CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1996 UNDER THE # 10940.  THE MENTIONED PERSON REGISTERED HER STAY AT THE ADRESS BIJELA CESMA # 2.  IT WAS CONFIRED THAT SHE DOS NOT LIVE AT THE MENTIONED ADRESS.  TAKEN WAS HERE CITIZENSHIP OF bih

10. AMRANE HALIMA, DAUGHTER AHMEDA, BORN 29-11-1972 IN KAZABLANKA MORROCCO, JMB 2911972175161.  THE DECISION ON THIS PERSON WAS BROUGHT DOWN BY CSDB SARAJEVO # 19-136/95 FROM 28-12-1995, SIGNED OFF BY BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL  SIGNATURE IN THE MKR IN THE OPSTINA CENTER.  THIS DECISION WAS BROUGHT DOWN BY MUP rbih # 09/2-204-294/92 FROM 5-2-1992.  SHE ACCEPTED CITIZENSHIP, UNDER MUP rbih DOCUMENT # 07/2-204-2813 FROM 3-10-1995 REPORTED BY CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER BACK IN 1996 UNDER THE # 10936.  SHE FINISHED OFF BY GIVING AN ADRESS WHERE SHE WOULD BE LIVING, ADRESS DOLINA # 4. CONFIRMED THAT SHE DOESN'T LIVE AT THE ABOVE ADRESS.  Bih CITIZENSHIP WAS STRIPPED.

11. ACHOUR ABDELLAH, SON OF MOHAMMED AND MOTHER AMINE-Z. NAIDI, BORN 17-04-1931, IN RABAT, MORROCCO, JMB 1704931170105.  THE MENTIONED PERSON REGISTERED IN THE PU ( POLICE ADMINISTRATION) IN CENTER SARAJEVO, # 05/3-130-1938/99 FROM 17-05-1999.  REGISTERED IN THE MKR IN THE OPSTINA CENTER. THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER UNDER THE FILE # 11196.  20-05-1999 REGISTERED WITH THE OPSTINA CENTER SARAJEVO WHERE HIS ADRESS IS, M. TITA # 29.  IT IS CONFIRMED THAT THE INDIVIDUAL DOESN'T LIVE AT THE MENTIONED ADRESS

12. ABDELLI MUSTAPHA, BORN 03-01-1966 IN KAZABLANKA, MORROCCO.  THE DECISION WAS BROUGHT DOWN BY CSB SARAJEVO # 19-136/95 FROM 28-12-1995 SIGNED OFF BY BEGANOVIC.  ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION WAS BROUGHT DOWN BY MUP rbih UNDER FILE # 07/2-204-320/92 FROM 15-02-1992.  HE ACCEPTED CITIZENSHIP UNDER THE MUP rbih FILE # 07/2-204-2813 FROM 3-10-1995 REPORTED BY CSB SARAJEVO. THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1996 UNDER THE # 10926WITH THE EVIDENCE FROM THE MUP THAT HE NEVER REGISTERED WHERE HE WOULD BE STAYING.  HE WAS STRIPPED OF HIS bih CITIZENSHIP.  THEY MENTIONED ALL THE EVIDENCE FROM 13-05-1997.  HE ALSO FINISHED REGISTERING  WHERE HIS RESIDENCE IS AT THE OPSTINA CENTER IN SARAJEVO, ADRESS ALIPASNA # 24.  HIS SON ABSELLI ABDURRAHMAN, BORN 09-

03-1995 IN ITALY, JMB 0903995170094,  IT WAS CONFIRMED THAT THE MENTIONED
DI NOT LIVE AT THE MENTIONED ADRESS

13. KARRACHE ABDELILAH, SON DAUDI BEN MOHAMMED AND MOTHER FATNA BEN
MUSTAPHA, BORN 27-01-1966 IN KAZABLANKA MORROCCO, JMB 2701966170161.
THE DECISION CAME DOWN FROM CSB SARAJEVO # 19-136/95 FROM 28-12-1995.
AUTHORIZED BY BEGANOVIC—ZUTIC MIRSAD APPROVED ADDITIONAL
SIGNATURE IN THE MKR OPSTINA CENTER. THIS DECISION WAS BROUGHT BY A
PERSONAL DECISION FROM MUP rbih # 09/2-204-236/92 FROM 31-01-1992. HE
ACCEPTED CITIZENSHIP, UNDER MUP rbih FILE # 07/2-204-2813 FROM 03-10-1995
REPORTED BY THE CSB SARAJEVO. THE MENTIONED PERSON WAS  REGISTERED
IN THE MKR  IN 1996 UNDER THE # 10984.  HE REGISTERED HIS RESIDENCE IN THE
OPSTINA CENTER – SARAJEVO, STREET DZIDZIKOVAC # 6, 09-10-1997FINISHED
REGISTERING RESIDENCE IN THE OPSTINAS OF MAGLAJ, BOCINJA GORNJA,
STREET DOLINA BB ( WITHOUT A NUMBER), 25-01-2000.  FINISHED REGISTERING
RESIDENCE IN THE ZAVIDOVICI, STREET N. SOLIDARNOSTI # 35, 19-06-1996 IN THE
OPSTINA ZAVIDOVICI.  MARRIED A BH CITIZEN  HODZIC TURKIJANOM.  THE
MENTION TOOK bih CITIZENSHIP

14. KARRACHE ABDEL WAHED, SON DAOUDI BEN MOHAMMED AND MOTHER FATNA
BEN MUSTAPHA, BORN 14-05-1968, IN KAZABLANKA MORROCCO, JMB
140596173638,  THE MENTIONED WAS DECIDED BY THE CSB SARAJEVO # 19-136/95
FROM 28-12-1995, AUTHORIZED FROM BEGANOVIC—ZUTIC MIRSAD APPROVED
ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION CAME
DOWN FROM MUP # 09/2-204-460 FROM 23-03-1992, ACCEPTED CITIZENSHIP,
UNDER THE MUP rbih DOCUMENT # 07/2-204-2813 FROM 3-10-1995 REPORTED BY CSB
SARAJEVO.  THE MENTION REGISTERED IN THE MKR OPSTINA CENTER IN 1996
UNDER THE # 10973 THE MENTIONED ON 25-08-1995 REGISTERED IN THE OPSTINA
IN OLD TOWN SARAJEVO, STREET NIZE BANJE # 5, 27-03-1998.  FINISHED
REGISTRATION OF RESIDENCE IN THE OPSTINA ZENICA, STREET DR. ADOLFA
GOLDBERGERA # 9, 05-03-1999.  HE REGISTERED IN THE SAME OPSTINA STREET
CRIKVICE PUT #2C, 10-4-1994.  IN THE TRAVNIK OPSTINA GOT MARRIED TO A bih
CITIZEN SEHIC HATOM

15. HAIMID MOHAMMED, SON TOUHAMIA AND MOTHER FATIMA, BORN 14-09-1962 IN
KENTIRA MORROCCO, JMB 1409962173526.  THE DECISION FROM CSB SARAJEVO #
19/05-1-200-168.  AUTHORIZED BY THE HEAD OF MILITERY SQUAD BEGANOVIC—
ZUTIC MIRSAD APPROVED  ADDITIONAL SIGNATURE IN THE MKR IN THE OPSTINA
CENTER.  THE DECISION FROM THE MUP rbih UNDER THE # 07/2-204-2463 FROM 16-
09-1995.  HE ACCEPTED CITIZENSHIP, UNDER THE MUP DOCUMENT # 07/ 2-204-2463
FROM 16-09-1995 REPORTED BY THE CSB SARAJEVO.  THE MENTIONED
REGISTERED IN THE OPSTINA CENTER IN 1995 UNDER THE # 2776.  POSSESSING A
bih PASSPORT # BA410196 ISSUED 18-06-1997 AT THE POLICE STATION DONJI
VAKUF, 20-09-1995.  FINISHED REGISTERING HIS RESIDENCE IN THE OPSTINA OF
OLD TOWN SARAJEVO, STREET SAGARDZIJE #  53,  , 19-05-1997.  FINISHED
REPORTING IN THE OPSTINA DONJI VAKUF, UNKNOWN ADRESS

16. HIYAR YOUNES, SON MOHAMMED, BORN 19-07-1979  IN RABATU MORROCCO, JMB
1907969151986, STAYING IN KONJIC, STREET HOMOLJE # 3, REGISTERED IN THE
MKR OPSTINA KONJIC OM LINE 86 UNDER THE # 487 FOR 1966

17. EL IDRISSI MOHAMMED, SON MOULA LAHCEN AND JEMIA UTLIT, BORN 29-02-1964
IN MARRAKECH MORROCCO, JMB 2902964193852, STAYING IN ZAVIDOVICIA
STREET S. RODICA, ACCEPTED AS bih RESIDENT, DECIDED BY MUP rbih # 07/2-204-20
FROM 12-01-1995 ( SIGNED BORISA ARNAUT) MARRIED HADZIC AMELOM FROM
JUNUZOVICA-ZAVIDOVICI, WHICH THEY HAVE 2 KIDS TOGETHER

18. BOURAGBA MASLOUHI MY ABDELLATIF, SON MOULAYA AND FATIMA, BORN 04-
05-1968 IN KAZABLANKA MORROCCO, JMB 0405968172298, 15-03-2001 REGISTERED
IN SARAJEVO, STREET SULEJMAN EF. MUSICA # 5, AND AND LIVES IN TERRITORY
OF ZAVIDOVICA ( VILLAGE PEROVICI )

PALESTINE

1. ABU JALALAH NAFEZ SON AHMADA AND MOTHER, BORN 07-08-1963 IN JABALIJA, PALESTINE, JMB 2708963170001, THE MENTIONED WAS DECIDED BY CSB SARAJEVO # 19/13-200-60 FROM 05-09-1994, SIGNED BY THE HEAD OF THE SQUAD SENAD POVLAKIC APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER. THIS DECISION WAS HANDED DOWN BY THE MUP rbih # 07/2-204-20 FROM 30-08-1994, AND HE ACCEPTED CITIZENSHIP, UNDER THE MUP R bih DOCUMENT # 07/2-204-773 FROM 31-08-1994 REPORTED BY CSB SARAJEVO. MENTIONED PERSON REGISTERED IN THE MKR AT THE OPSTINA CENTER IN 1994 UNDER THE # 1857. HE RECORDED HIS BIRTH DATE 27-08-1963. WITH THE EVIDENC HIS PASSPORT # 0708963170001, ALSO WAS REGISTERED IN SARAJEVO, STREET ISMAILOVA # 7, 09-09-1994 WAS ISSUED A bih PASSPORT # 434405, AND LIVED THE R CROATIA-ZAGREB, STREET ZUPNICEVA WHERE THE CONSILATE IS IN 25-05-1995 ( THE # DEMANDED 154192) WAS ISSUED A bih PASSPORT # BH174639 AND EXPIRED 25-05-1997. AND POINTED OUT THAT HE WAS IN ZAGREB IN 1993 AND 1994IT WAS NOTED THAT THE PERSON MENTIONED DID NOT LIVE AT THE ADRESS S. ISMAILOVA # 7

2. NAHED ABO EL NOUR, SON ABDEL RAHMANA AND MOTHER HADIJE, BORN 22-01-1964 IN GAZA, PALESTINE, JMB 2201964173527. THE MENTIONED PERSON  DECISION CAME DOWN FROM THE CSB SARAJEVO # 19/05-1-200-136 FROM 10-08-1995, AUTHORIZED BY BEGANOVIC—ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER. THIS DECISION WAS BROUGHT DOWN BY THE MUP rbih  # 07/2-204-1834 FROM 31-07-1995, ACCEPTED CITIZENSHIP, UNDER THE MUP rbih DOCUMENT # 07/2-204-1834 FROM 31-07-1995 REPORTED BY CSB SARAJEVO. THE MENTIONED PERSON REGISTERED IN THE OPSTINA CENTER MKR IN 1995 UNDER # 2361. THE MENTIONED PERSON HAD A bih PASSPORT # BH540127 FROM 24-11-1995. MENTIONED PERSON FINISHED REGISTRATION OLD TOWN SARAJEVO, STREET ADRESS ARAPOVA # 34. 18-08-1995 THE MENTIONED PERSON WAS ISSUED A I.D CARD # 1118/95 THAT IS VALID FOR 10 YEARS

3. AFANEH IMAD, SON ABDER RAOUFA AND MOTHER FAHIMEH, BORN 3-12-1955 IN BUREIN NABLUS PALESTINE, JMB 0312955173513. THE DECISION CAME DOWN BY CSB SARAJEVO # 19/13-202-63 FROM 2-9-1994, AUTHORIZED BY SENAD POVLAKIC APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER. THIS DECISION WAS BY THE rbih MUP FILE # 07/2-204-157 FROM 31-08-1994, ACCEPTED CITIZENSHIP, UNDER MUP rbih DOCUMENT # 07/2-204-157 FROM 31-08-1994 REPORTED BY CSB SARAJEVO. THE MENTIONED PERSON REGISTERED IN THE OPSTINA CENTER SARAJEVO IN 1994 UNDER # 1858. THE MENTIONED HAD A bih PASSPORT # BH 579159 FROM 01-10-1994 # BA 358087 FROM 31-10-1996 AND # 1042713 FROM 6-6-1999. THE MENTION FINISHED REGISTRATION IN THE OPSTINA IN OLD TOWN SARAJEVO, STREET PEHLIVANUSA # 3, AND ALSO REGISTERED 23-08-1995 IN THE OPSTINA NEW TOWN SARAJEVO, STREET TRG MEDUNARODNOG PRIJATELJSTVA # 15. 21-04-1999 REGISTERED IN THE OPSTINA IN NEW TOWN SARAJEVO, STREET O.R. BRIGADA # 13/1. 21-4-1999 WAS ISSUED A I.D. CARD # 5764/99 THAT IS VALID FOR 10 YEARS  THE MENTIONED, ON 28-10-2000, GOT MARRIED IN NEW TOWN SARAJEVO TO SELIMBEGOVIC DZENAN

4. MOSLEH JAMAL, SON KHALILA, BORN 22-12-1968 IN GAZA PALESTINE, JMB 2212968170176. THE MENTIONED WAS DECIDED BY THE MUP CANTON SARAJEVO # 02/3.1-200-86 FROM 6-2-1998. AUTHORIZED BY DAHIC ISMET, APPROVED SIGNATURE IN THE MKR IN THE OPSTINA CENTER. THIS DECISION WAS FROM THE MINISTRY OF JUSTICE AND OPSTINA ADMINISTRATION # 07/2-204-3384 FROM 28-7-1996. WITH THE MINISTRY OF JUSTICE AND OPSTINA ADMINISTRATION rbih DOCUMENT # 07/2-204-3384 FROM 28-07-1996 REPORTED THE MUP OF SARAJEVO CANTON . THE MENTIONED PERSON REGISTERED IN THE MKR  IN THE SARAJEVO OPSTINA IN 1997 UNDER THE #10227. THE MENTIONED HAD A bih PASSPORT # BA 415769 FROM 04-07-1999 # 1482997 FROM 18-02-2000 AND # 3803975 FROM 23-08-2001 NAMED 25-02-1997. THE MENTIONED REGISTERED RESIDENCE IN THE OPSTINA

CENTER SARAJEVO UNDER THE ADRESS STREET HADZISULEJMANOVA 26/1, UPON 26-09-1998,  REGISTERED IN THE OPSTINA IN NEW TOWN SARAJEVO, STREET OLIMPIJSKA # 2 25-09-1998, HE ALSO HAD AN I.D. CARD 17860/98  THAT IS VALID FOR 10 YEARS

5. SAED EL-HALABI, SON TAWFIKA AND MOTHER HALIME, BORN 21-09-1965 IN GEBALIJA-PALESTINE, JMB 2109965170005. THE DECISION CAME DOWN CSB SARAJEVO UNDER THE # 19/13-200-37/94 FROM 06-07-1994.  SIGNED OFF BY SENAD POVLAKIC,  APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTERTHIS DECISION CAME DOWN FROM THE MUP rbih # 07/2-204-117 FROM 4-7-1994 WHICH IS UNDER MUP rbih  DOCUMENT # 07/2-204-117 FROM 4-7-1994 REPORTED BY THE CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA IN CENTER SARAJEVO IN 1994 UNDER 1409.  THE MENTIONED PERSON HAD A bih PASSPORT BH 425399 ISSUED 5-8-1994, # BA 417747 ISSUED 30-9-1996, AND # 0868974 ISSUED 28-6-1999. THE MENTIONED PERSON FINISHED REGISTRATION IN THE OPSTINA IN CENTER SARAJEVO BACK IN 14-7-1994, STREET ADRESS MANDZINA DONJA # 9. CAME FROM ZENICA, 21-01-1997 FINISHED REGISTERING FROM THE ADRESS CRKVICE # 31, UNTIL 24-11-1997.  FINISHED REGISTRATION IN NEW TOWN SARAJEVO, STREET DOBRINJSKE BOLNICE # 2/3 FROM 17-06-1999.  FINISHED REGISTRATION IN THE ILIDZA OPSTINA, STREET LJUBUNCICA # 5.  HOWEVER THE MENTIONED , 9-4-1999, WAS ISSUED I.D. CARD  # 3115/99 AND IS VALID FOR 10 YEARS, REGISTERED  STREET APRILA 42 AS AN ADRESS.

6. JAMAL AFANEH, SON ABDERRAOUFA AND MOTHER FEHIMEH MOHAMAD, BORN 06-01-1966 IN NABLUS-PALESTINE, JMB 0601966172197.  THE MENTIONED WAS DECIDED BY CSB SARAJEVO # 19/13-200-31 FROM 06-07-1994,  AUTHORIZED BY THE HEAD OF THE SECTION SENAD POVLAKIC, APPROVED ADDITIONAL SIGNATURE  IN THE MKR IN THE OPSTINA CENTER.  THIS DECISION WAS BROUGHT DOWN MY THE MUP R bih # 07/2-204-144 FROM 17-06-1994.  UNDER THE rbih MUP DOCUMENT # 07/2-204-144 FROM 17-06-1994 REPORTED CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER SARAJEVO UNDER THE # 1525.  THE PERSON HAD A bih TRAVEL DOCUMENTS 586375 ISSUED 16-03-1995, # BA 584918 FROM 10-09-1997 AND # 1232744 FROM 13-06-1999THE MENTIONED PERSON ON 10-09-1994 FINISHED REGISTERING HIS RESIDENCE IN THE OPSTINA NEW TOWN SARAJEVO, STREETTRG. NEZAVISNOSTI 7/4, ON 02-06-1999 WAS ISSUED A I.D. CARD # 7913/99 AND IS VALID FOR 10 YEARS.  THE MENTIONED GOT MARRIED TO NESUST DZENANA IN THE OLD TOWN SARAJEVO OPSTINA ON 04-03-1995

7. EL-RAYYYES HUSSEIN, SON RAMADANA AND MOTHER NAHLE, BORN 03-12-1972 IN GAZA-PALESTINE, JMB 0312972170021. THE DECISION ON THE MENTIONED CAME DOWN FROM CSB SARAJEVO FILE # 19/13-200-32/94 FROM 30-06-1994.  SIGNED OFF BY THE HEAD OF THE SQUAD SENAD POVLAKIC, APPROVED ADDITIONAL SIGNATURE IN THE MKR IN THE OPSTINA CENTER.  THIS DECISION CAME DOWN FROM THE rbih MUP FILE # 07/2-204-66 FROM 18-05-1994 UNDER MUP rbih DOCUMENT # 07/2-204-66 FROM 25-06-1994 REPORTED THE CSB SARAJEVO.  THE MENTIONED REGISTERED  IN THE MKR IN THE OPSTINA CENTER SARAJEVO IN 1994 UNDER THE # 1352.  THE MENTIONED HAD TRAVEL DOCUMENTS FROM bih # BH594467 FROM 17-11-1994, # BA 264772 FROM 28-01-1997 AND # 0950790.  THE MENTIONED REGISTERED HIS RESIDENCE  IN THE OPSTINA CENTER SARAJEVO ON 30-09-1994, ADRESS BARDAKCIJE #1 FROM 20—01-1997, IN THE OPSTINA IN NEW SARAJEVO STREET POFALICKA # 17 FROM 04-07-2000 IN THE OPSTINA NEW TOWN SARAJEVO SENADA M. DENDE # 5/1.  ALSO ON THE 28-08-2000 WAS ISSUED AN I.D. CARD # 10353/2000 AND VALID FOR 10 YRS AND REGISTERED RESIDENCE TRG. SARAJEVSKE OLIMPIJADE # 36

8. MASHAL ABU HAGAG, SON KHALILA AND MOTHER ATEDALE, BORN 8-11-1965 IN RAFAH, PALESTINE, JMB 0811965172686.  THE DECISION WAS BROUGHT DOWN BY THE SCB SARAJEVO # 19/05-1-200-108 FROM 18-05-1995. AUTHORIIZED BY THE HEAD OF THE SQUAD BEGANOVIC-ZUTIC MIRSAD,  APPROVED ADDITIONAL

SIGNATURE IN THE MKR IN THE OPSTINA CENTER.  THIS DECISION CAME DOWN FROM MUP rbih # 07/2-204-802 FROM 06-05-1995.  MUP DOCUMENT # 07/2-204-802 FROM 06-05-1995 REPORTED CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR OPSTINA CENTER SARAJEVO IN 1995 UNDER THE # 1566, THE MENTIONED HAD TRAVEL DOCUMENTS FROM bih # BH 513573 FROM 25-05-1995 AND OTHER TRAVEL DOCUMENTS FROM bih # BA 496012 FROM 10-06-1997, WHICH HE GOT AT THE CONSALIT IN MILAN ( ON A PERSONAL DEMAND # 522026 ) IT DIDN'T MATTER BECAUSE ON 12-11-1996 THE INDIVIDUAL REGISTERED HIS RESIDENCE IN ITALY, CREMONA STREET VIA MILLAZZO.  THE MENTIONED FINISHED HIS REGISTRATION FOR RESIDENCE AT THE OPSTINA IN NOVO SARAJEVO, STREET FOJNICKA # 7, ON 23-05-1995 WAS ISSUED AN I.D. CARD # 1084/95 AND VALID FOR 10 YEARS

9. AKILAH HAMOUDAH, SON FATMI , BORN 16-09-1958 IN GAZA, PALESTINE, JMB 1609958172689.  THE MENTIONED HAD DOCUMENTS FROM SJB ( PUBLIC SAFETY SERVICE) NEW SARAJEVO, # 17-4/09-200-3/92 FROM 15-01-1992.  SIGNATURE FROM THE HEAD OF THE SQUAD DZANANOVIC ZLATANA, APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA IN NEW SARAJEVO.  THE ACT WAS PUT TOGETHER BY THE MUP srbih, # 09/2-204-1693/91 FROM 26-12-1991.  THE MENTIONED PERSON RIN THE MKR IN THE OPSTINA IN NEW SARAJEVO IN 1992 UNDER ORDER # 7 THE MENTIONED HAD EVIDENCE THAT THE MUP DIDN'T REGISTER HIS RESIDENCE15-01-1992 FINISHED REGISTERING RESIDENCE IN THE NEW SARAJEVO OPSTINA, STREET IVANA KRNDELJA # 30 WHERE HE GOT AN I.D. CARD # 390/92 THAT IS VALID FOR 10 YEARS

10. REZK AL-GHOUL, SON MOHAMMED AND MOTHER FATHIA-E IBRAHIM KUHAIL, BORN 17-09-1966 IN LJDYDA-SHAJA'YA, GAZA PALESTINE, JMB 1709966173516.  THE DECISION WAS BROUGHT DOWN BY CSB SARAJEVO # 19/13-200-63 FROM 04-08-1995.  SIGNED OFF BY THE HEAD OF THE SQUAD BEGANOVIC-ZUTIC MIRSAD, APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THE DECISION CAME DOWN FROM MUP # 07/2-204-678 FROM 17-03-1995.  UNDER MUP rbih DOCUMENT # 07/2-204-678 FROM 17-03-1995 REPORTED BY CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER SARAJEVO IN 1995 UNDER # 2128.  THE MENTIONED HAD TRAVEL DOCUMENTS FROM bih # BH586442 FROM 18-03-1995, # BA 302680 FROM 27-02-1997 AND # 0950389 FROM 26-02-1999 THE TIME OF FILLING FOR HIS TRAVEL DOCUMENTS HE GAVE THE ADRESS STREET ZLATIKUSA # 14HE SAID HIS PLACE OF BIRTH WAS IN ISREALTHE MENTIONED SAID THE MUP DIDN'T REGISTER HIS RESIDENCE ON 22-07-1995 IN THE OPSTINA IN NEW TOWN SARAJEVO AND GOT MARRIED TO YOUNIS HANOM

11. FERWANA INTISAR, DAUGHTER SAIDA AND MOTHER LEBIBE, BORN 01-09-1942 IN GAZA-PALISTINETHE MENTIONED HAD A DECISION FROM CSB SARAJEVO UNDER THE # 19/05-1-200-109 FROM 18-5-1995, SIGNED OFF THE THE HEAD OF THE SQUAD BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTERTHIS DECISION CAME DOWN FROM THE MUP rbih # 07/2-204-803 FROM 06-05-1995.  UNDER THE MUP rbih DOCUMENT 07/2-204-803 FROM 17-05-1995 REPORTED BY CSB SARAJEVO.  THE MENTIONED PERSON REGISTERED IN THE MKR IN THE OPSTINA CENTER SARAJEVO IN 1995 UNDER #1544 THE MENTIONED HAS EVIDENCE THAT THE MUP DIDN'T REGISTER HIS RESIDENCE

12. MORTAGA OSMAN, SON SUBHI-A , BORN 17-01-1949 IN AL TURKEMAN-PALESTINE, JMB 1701949172203.  THE MENTIONED HAD TRAVEL DOCUMENTS FROM bih # 657185 FROM 31-05-1995 AND # BA 598632 FROM 22-09-1997.  ON 30-07-1987 THE MENTIONED FINISHED REGISTRATION OF RESIDENCE IN THE OPSTINA IN NEW TOWN SARAJEVO, STREET ANTE BABICA # 9/9 AND ON 07-05-1993 WAS ISSUED AN I.D. CARD # 104/93 THAT IS VALID FOR 10 YEARS.

13. KAMAL MOSLEH, SON KHALILA AND MOTHER TAMAM, BORN 28-07-1964 IN GAZA,PALESTINE THE DECISION ON THE INDIVIDUAL WAS BROUGHT DOWN BY THE CSB SARAJEVO FILE # 19/13-200-89 FROM 16-11-1995  SIGN OFF BY THE HEAD OF THE SQUAD BEGANOVIC-ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN

THE MKR IN THE OPSTINA CENTERTHE DECISION WAS HANDED DOWN ON THE INDIVIDUAL BY MUP rbih # 07/2-204-926 FROM 03-11-1994THE MUP rbih DOCUMENT # 07/2-204-926 FROM 05-11-1994 REPORTED BY CSB SARAJEVO.  THE MENTIONED REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1995 UNDER 3403.  THE MENTIONED SAID THAT THE MUP DID NOT REGISTER HIS RESIDENCE

14. SAKR REDA, SON ABDELAZIZA, BORN 01-01-1969 IN AMKAA-PALESTINE, JMB 0101969173612.  THE DECISION CAME DOWN ON THE MENTIONED FROM CSB SARAJEVO UNDER # 19-136/95 FROM 28-12-1995.  SIGNED OFF BY BEGANOVIC— ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION WAS BROUGHT DOWN BY THE MUP rbih UNDER # 09/2-204-288/92 FROM 12-02-1992, THE MENTIONED ACCEPTED CITIZENSHIP, UNDER THE MUP rbih # 07/2-204-2813 FROM 03-10-1995 REPORTED CSB SARAJEVO.  THE MENTIONED REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1996 UNDER THE # 10975.  ON 09-05-1997 FINISHED REGISTERING RESIDENCE IN THE OPSTINA OLD TOWN SARAJEVO, STREET JEDILERI # 7. THE MENTIONED WAS STRIPPED OF bih CITIZENSHIP

15. HAJIR YOUSSEF, SON MAHMOUDA, BORN 24-06-1945 IN HAIFA-PAESTINE, JMB 2406945172650.  THE MENTIONED REGISTERED IN THE MKR IN THE OPSTINA CENTER SARAJEVO IN 1998 UNDER # 12227.  THE MENTIONED HAD TRAVEL DOCUMENTS FROM bih # BH 026284 FROM 22-03-1993 AND ON THE SAME DAY IT WAS CANCELLED , # BH 027259 FROM 22-03-1993, # BH918917 FROM 02-01-1996, # 662203 FROM 09-12-1997 AND # 0854104 FROM 26-03-1999.  THE MENTIONED FINISHED REGISTERING RESIDENCE IN NEW SARAJEVO ON 02-03-1981, STREET SPLITSKA # 5,  AND FROM 02-06-1986 AT AVDE SMAJLOVICA #21.  ON 01-02-1996 WAS ISSUED A I.D. CARD # 2340/96 AND VALID FOR 10 YEARS.  THE SAME PERSON ON 22-01-1996 IN THE OPSTINA SARAJEVO GOT MARRIED TO JASMIN VRETO

16. NASER GALIB, SON ABDULHAFIZA, BORN 03-04-1944, IN KALKIYA-PALESTINE, JMB 0304944173535.  THE MENTION HAD bih TRAVEL DOCUMENTS # BH606808 FROM 21-10-1995, # BA 601322 FROM 08-09-1997 AND # 0866606 FROM 12-03-1999 THE MENTIONED ON 10-11-1982 FINISHED REGISTERING RESIDENCE IN THE OPSTINA IN OLD TOWN SARAJEVO, STREET ROGINA # 9 FROM 04-05-1987, STREET HADZIJAMAKOVA # 40, HE GOT AN I.D. CARD # 7053/97 ON 05-09-1997

17. GOUDA ABDEL HAKIM, SON SALEMA AND MOTHER HALIME MAIDEN NAME SHAHIN BORN 11-09-1964 IN GAZA, PALESTINE, JMB 1109964170164.  THE DECISION ON THE MENTIONED CAME DOWN FROM CSB SARAJEVO UNDER THE # 19-136/95 FROM 28-12-1995.  SIGNED OFF BY THE HEAD OF THE SQUAD BEGANOVIC—ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION WAS HANDED DOWN FROM MUP rbih # 09/2-204 295/92 FROM 05-02-1992.  UNDER THE MUP rbih DOCUMENT # 07/2-204-2813 FROM 03-10-1995 REPORTED BY CSB SARAJEVO.  THE MENTIONED REGISTERED IN THE MKR OPSTINA CENTER-SARAJEVO IN 1996 UNDER THE # 10920.  12-05-1997 FINISHED REGISTRATION OF RESIDENCE IN THE OPSTINA CENTER, SARAJEVO, STREET PROVARE # 8.  29-10-1998 FINISHED REGISTRATION OF RESIDENCE IN ZENICA, STREET SARAJEVSKA # 183, 12-05-2001 IN THE ZENICA OPSTINA GOT MARRIED TO A bih CITIZEN VAHID PIVIC. THE MENTIONED WAS STRIPPED OF bih CITIZENSHIP

18. SAMARA HAYAT, SON RAMADANA, BORN 18-05-1967, IN GAZA,PALESTINE, JMB 1805967177689.  THE THE DECISION OF THE MENTIONED CAME DOWN FROM MUP SARAJEVO KANTON UNDER FILE # 19/3.1-2000-714 FROM 06-10-1998.  AUTHORIZED FROM THE MINISTER DAHIC ISMET.  APPROVED ADDITIONAL SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION  CAME DOWN FROM THE MINISTRY OF CIVIL AFFAIRS AND COMMUNICATION bih # 03-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-2/97 FROM 20-12-1997 MINISTRY OF CIVIL AFFAIRS AND COMMUNICATION bih FILE # 03-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/97 FROM 24-09-1998 REPORTED BY THE MUP SARAJEVO THE MENTIONED REGISTERED IN THE MKR IN THE OPSTINA CENTER-SARAJEVO IN 1998 UNDER THE # 11771. . THE MENTIONED  ON 25-07-2001 FINISHED REGISTRATION  RESIDENCE  IN THE

BIHAC OPSTINA, STREET I.G. KOVACICA 4, ON 06-11-1998 IN THE OPSTINA SARAJEVO-SARAJEVO, STREET DOBOJSKA 1

19. ENEIM NAHED, SON OMAR, BORN 11-07-1964 IN GAZA,PALESTINE. HAS BEEN LIVING IN bih SINCE 1983, THE MENTIONED STUDIED MEDICINE IN BANJA LUKA AND LIVED THERE UNTIL THE WAR STARTED. HE WAS A PHARMACIST. THE BEGINNING OF 1995 HE TOOK OVER AS THE HEAD OF "F.I.O.E" ( FEDERAL ISLAMIC ORGANIZATION IN EURPOE) ,CULTURAL CENTER IN TUZLA. HE LEFT TUZLA IN AUGUST OF 1996 AND HE TOOK OFF TO SARAJEVO GOT A JOB AS AN ARABIC TRANSLATOR. IN 1990 HE WAS ACCEPTED AS A bih CITIZEN( REGISTERED IN THE CITIZENSHIP BOOKS OF bih IN BANJA LUKA UNDER THE # 53/1990 AND ALSO GOT A I.D. CARD REGISTRATION # 340/93) JMB 1107964180027

20. JUSUF HALID, SON SABHIJA, BORN 08-03-1947 IN HAIFI, PALESTINE. IN bih REGULATED RESIDENCE AND GOT MARRIED TO A bih CITIZEN. THE MUP rbih DECISION IS UNDER FILE # 07/2-204-1835 FROM 12-08-1995 THE MENTIONED WAS ACCEPTED AS A bih CITIZEN ( REGISTERED IN TUZLA BOOK OF CITIZENSHIP LINE 63 UNDER ORDER # 5 FOR 1995  THE MENTIONED REGISTERED THAT HIS HOME IS IN TUZLA, KISELJAK, STREET PUT POLJANA # 48 JMB 0803947180024

21. FERWANA HAMDAN, SON ALIJA AND SURIJE, BORN02-01-1943 IN GAZA, PALESTINE. RIGHT BEFORE IRAN ATTACKED KUWAIT, HAMDAN AND HIS FAMILY,1991, ARRIVED TO bih , TUZLA. THE MENTIONED GOT bih CITIZENSHIP IN 1995, BUT IS REGISTERED IN THE BOOK OF CITIZENSHIP IN SARAJEVO. LIVING IN TUZLA, TOWN SIMIN HAN , STREET D. CAKLOVICI # 26, JMB 0201943173546.

22. EL ADASI MAJID, SON ISMAIL, BORN IN GAZA, PALESTINE. LIVING IN bih SINCE 1973 WORKED AS A MINING ENGINEER , WORKED AS A COURT TRANSLATOR FOR ARABIC IN THE OPSTINA AND CANTONAL COURTS IN TUZLA. MARRIED A bih CITIZEN. UNDER THE MUP R-bih # 12-204-2731 FROM 31-10-1979. THE MENTIONED WAS ACCEPTED AS A R-bih CITIZEN (REGISTERED IN THE TUZLA CITIZENSHIP BOOK UNDER THE # 553/79. HAS A REGISTERED HOME IN TUZLA, STREET KRECANSKA # 9, JMB 1508951180006

23. SHAHIN AHMED, SON KHALEDA AND ZENAB, BORN  02-12-1965 IN GAZA PALESTINE, LIVING IN bih SINCE 1985, OCCUPATION WAS PHAMACIST.  MUP R-bih FILE # 07/02-204-3249 FROM 20-11-1995 WAS ACCEPTED AS bih CITIZEN ( REGISTERED IN THE TUZLA CITIZENSHIP BOOK LINE 128 UNDER ORDER # 6048 FOR 1995)  UPON ARRIVING TO bih REGISTERED INTO MEDICAL SCHOOL IN BANJA LUKA, WHERE HE STAYED UNTIL 02-09-1995 AND FROM THERE HE WAS FORCED TO LEAVE.  UPON RETURNING TO TUZLA FINISHED HIS SCHOOLING.  HAD HIS RESIDENCE REGISTERED IN TUZLA, STREET 4 JULA # 32, JMB 0212965180025. THE MENTIONED LEFT bih IN 1996 AND WENT TO SAUDIA ARABIAAND AFTER THAT THE MENTIONED DID NOT REGISTER HIS RETURN TO bih

24. SHEHADA AMAL MAIDEN NAME NASSER, DAUGHTER MAHMOUDA AND ALIJA, BORN BEIT HANUNU PALESTINE,  THE MENTIONED HAS BEEN LIVING IN bih SINCE 1995 THE MENTIONED HUSBAND'S NAME IS SHEHADA AHMEDATHE MINISTRY OF JUSTICE AND GENERAL REGISTRATION # 07/2-204-39 FROM 22-01-1996. THE MENTIONED GOT R-bih CITIZENSHIP ( REGISTERED IN TUZLA IN THE BOOK OF CITIZENSHIPON LINE 167 UNDER ORDER # T.B 7025. FOR THE TIME BEING THE MENTIONED LIVES WITH HIS DAUGHTER ISROM AND SON HARISOM LIVE IN SARAJEVO, JMB 1603970185062

25. DEEK KHALEL SON SAID AND AFIFE, BORN 29-06 1958 IN NAZLET ISSA, PALESTINE, JMB 2906958190065.  THE MENTIONED REGISTERED IN THE MKR ZENICA ON 12-09-1995 ON CSB ZENICA # 21-07/200-3683/95 FROM 11-09-1995

26. ALLOUCH GHASAN, SON MAGMOUDA AND JASSIN NAZIRAH, BORN 29-05-1964 IN DAMASKU SIRIJA, THE MENTIONED IS PALESTINIAN,  GOT bih CITIZENSHIP # 07/2-204-15 FROM 09-05-1994, MARRIED GLUHIC EMINOM

SAUDIA ARABIA

1.                                                KHAL'IL NIDAL, SON SABRI ALBANE,
BORN 22-12-1964 IN RIJAD, SAUDIA ARABIA, JMB 2212964170163.  THE DECISION ON THE
MENTIONED CAME DOWN FROM KMUP SARAJEVO # UP-1-02/3.1-13-0-414 FROM 12-06-2000.
SIGNED OFF BY THE HEAD OF THE SECTOR SENAD MASOVICA  APPROVED ADDITIONAL
SIGNATURE IN THE MKR OPSTINA CENTER.  THIS DECISION OF THE MENTIONED CAME
DOWN  FROM THE GENERAL CONSALITE R-bih IN MUNICH UNDER THE # 11-02-266-2/95
FROM 19-09-1995 THE MENTIONED GOT  R-bih CITIZENSHIP.  THE MINISTRY OF CIVIL
AFFAIRS AND COMMUNICATION bih DOCUMENT # 03-204-726/00 FROM 04-06-2000
REPORTED BY THE MKUP ( CANTONAL)  THE MENTIONED REGISTERED IN THE MKR IN
THE OPSTINA CENTER 2000 UNDER THE # 11048.  THE MENTIONED REGISTERED RESIDENCE
IN THE OPSTINA OF OLD TOWN –SARAJEVO, ADRESS COBANIJA # 10 ON 19-06-2000 IN THE
OPSTINA CENTER SARAJEVO, ADRESS HASANA BIBERA 35.  THE MENTIONED ALSO
REGISTERED RESIDENCE IN MUNICH, GERMANY ADRESS LANDSBERGER STRASE 274, AT
THE bih CONSALITE IN MUNICH ( # DEMANDED 748761) THE MENTIONED GOT bih TRAVEL
DOCUMENTS # BA 750553 ISSUED 03-04-1998 AND IS VALID UNTIL 03-04-2000THE MENTION
DOES NOT AND NEVER LIVED AT THE ADRESS ABOVE, NOW FOR THE TIME BEING LIVES
IN KAIRU, EGYPT, AND NEVER LIVED IN bih

2. KHALIL BADIJA, DAUGHTER SABRI ALBANE, BORN 15-04-1967 IN RIJADU, SAUDIA
ARABIA, JMB 1504967175163, STUDENT, THE DECISION OF THE MENTIONED IS KMUP
SARAJEVO FILE # 02/3.1-200-307 OD 05-06-1997 AUTHORIZED BY THE MINISTER DAHIC
ISMET APPROVED ADDITIONAL SIGNATURE IN THE MKR IN THE OPSTINA CENTER.  THE
DECISION CAME DOWN FROM THE R-bih EMBASSY IN VIENNA UNDER # 316/95 FROM 25-12-
1995 AND THE MENTIONED GOT bih CITIZENSHIP.  UNDER THE MINISTRY OF JUSTICE AND
ADMINISTRATION bih DOCUMENT # 316/95 FROM 03-06-1997 REPORTED BY THE KMUP
SARAJEVOTHE MENTIONED REGISTERED IN THE MKR IN THE OPSTINA CENTER IN 1997
UNDER THE # 10823.  REGISTERED RESIDENCE IN THE OPSTINA CENTER SARAJEVO ,
ADRESS LOVCENSKA 227.  THE MENTIONED IN 1992 REGISTERED HIS RESIDENCE IN
AUSTRIA  WHERE THE bih CONSALITE IS IN VIENNA ( # 301519) RECIVED bih TRAVEL
DOCUMENTS # BH 074335 ISSUED 09-02-1993.  Bih CONFIRMED THAT THE MENTIONED
LIVES IN SARAJEVO AT THE ADRESS HASANA BIBERA # 35 ( THE OLD STREET NAME WAS
LOVCENSKA 227) AND THE MENTIONED OWNS AN APARTMENT , ADRESS  SAFETA
PASALICA # 44.  ON 01-07-1997 GOT AN I.D. CARD # 8968/97 AND VALID FOR 10 YRS.. THE
MENTIONED GOT MARRIED IN VIENNA ON 07-01-1998 TO A bih CITIZEN BUZAR ADNANOM,
AND WHICH THEY HAD  2 DAUGHTERS- BUZARMEJREM AND BUZAR SARA
3. KAOUD ALI, SON ABD EL WAHAB AND MOTHER FATIMA, MAIDEN NAME SALIH ALI,
BORN 08-03-1964 IN JIZANE, SAUDIA ARABIA, JMB 0803963172760.  THE DECISION OF THE
MENTIONED CAME DOWN BY THE CSB SARAJEVO # 19-136/95 FROM 28-12-1995
AUTHORIZED BY BEGANOVIC—ZUTIC MIRSAD APPROVED ADDITIONAL SIGNATURES IN
THE MKR OPSTINA CENTER.  THE DECISION IS IN MUP FILE 07/2-204-411/92 FROM 05-03-1992
THE MENTIONED GOT CITIZENSHIP, UNDER MUP R-bih DOCUMENT # 07/2-204-2813 FROM 03-
10-1995 REPORTED BY THE CSB SARAJEVO.  THE MENTIONED REGISTERED IN THE MKR IN
THE OPSTINA CENTER UNDER THE # 10911.  IN THE MKR THE MENTION SAID HE WAS BORN
EL-HAZBA, SANA-YEMAN.  THE MENTIONED RECIVED bih TRAVEL DOCUMENTS # 1885133
ISSUED 15-07-2000 10-05-1997 FINISHED REGISTERING RESIDENCE IN THE OPSTINA NEW
SARAJEVO, ADRESS PROZORSKA # 2.  ON 28-08-1997 AND 29-07-1997 FINISHED REGISTERING
RESIDENCE IN ZENICA, ADRESS Z. DIZDAREVICA # 14 ON 26-11-1999 LEFT ZENICA AND
REGISTERED IN SARAJEVO  ADRESS KOLODVORSKA 13, WHERE ON 26-11-1999 GOT AN I.D
CARD # 4160/2000 AND VALID FOR 10 YRS.HE WAS STRIPPED OF bih CITIZENSHIP

4.  AL-AQEELI KHALID A.B, SON OF ABDULRAHMAN AND NURA, BORN ON 5 OCT
1970 IN RIJAD, SAUDI ARABIA, CITIZENS NUMBER 0510971173538.  DECISION NUMBER 19/13-
200-40 DATED 11 JUL 1994 ISSUED BY SARAJEVO CENTRAL SECURITY, SIGNED BY SENAD
POKLAVIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF
BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-554 DATED 9
JUL 1994 ISSUED BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  THEY

INFORMED THE CENTRAL SECURITY SERVICE REGARDING THIS WITH FILE NUMBER 07/2-204-554 DATED 9 JUL 1994. HE WAS REGISTERED IN THE 1994 BOOK OF BIRTHS UNDER NUMBER 1428. THE YEAR OF BIRTH REGISTERED IN THE BOOK IS 1971. HE REGISTERED HIS RESIDENCE IN SARAJEVO ON 17 JUL 1994 AS HALILBASIC STREET NUMBER 3E, STARI GRAD MUNICIPALITY. HE WAS ISSUED IDENTIFICATION CARD NUMBER 1381/94 ON THIS DATE WHICH EXPIRES IN TEN YEARS. HE WAS ISSUED BIH PASSPORT NUMBER BH014536 ON 22 JUL 1994, NUMBER BA345246 ON 19 MAY 1997 AND NUMBER 0856399 ON 24 MAR 1999. WE HAVE ESTABLISHED THAT HE NEVER LIVED AT THE ADDRESS ON HALILBASIC STREET NUMBER 3E OWNED BY THE JOGUNCIC AND IMAMOVIC FAMILIES. AT ONE TIME HE WAS DIRECTOR OF THE "VSK" COMPANY IN SARAJEVO, HIS CURRENT RESIDENCE IS ON RADNICKA STREET IN GRBAVICA.

5. AL BOGAMI AYED, SON OF ABDELAH MUAJED FADIL, BORN ON 12 MAY 1969 IN TAIF, SAUDI ARABIA. HIS CITIZENS NUMBER IS 1205969173616. DECISION NUMBER 19-136/95 DATED 28 DEC 1995 ISSUED BY SARAJEVO CENTRAL SECURITY SIGNED BY THE DEPARTMENT CHIEF MIRSAD BEGANOVIC-ZUTIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON MUP R BIH DECISION NUMBER 09/2-204-456/92 DATED 23 MAR 1992 REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED R BIH MUP OF THE DECISION WITH FILE NUMBER 07/2-204-2813 DATED 3 OCT 1995. HE IS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 11001. THE ABOVE MENTIONED WAS ISSUED BIH PASSPORTS NUMBER BA152064 ISSUED ON 14 MAR 1996 AND NUMBER 1233397 ON 17 JUN 1997. HE LISTED HIS ADDRESS AS G. JANKOVICA STREET NUMBER 14, STARI GRAD SARAJEVO ON 10 MAY 1997 AND WAS ISSUED IDENTIFICATION CARD NUMBER 1233/99 ON 9 FEB 1999 VALID FOR TEN YEARS. HIS CITIZENSHIP HAS BEEN REVOKED.

6. MUHAMMED HASSANATO, SON OF ABDULKADIR, BORN ON 18 APR 1970 IN RIJAD, SAUDI ARABIA. HIS CITIZENS NUMBER IS 1804970171555. SARAJEVO MUP DECISION NUMBER 02/3.1-200-134 DATED 2 APR 1998 SIGNED BY MINISTER ISMET DAHIC APPROVED ADDITIONAL REMARKS IN THE SARAJEVO CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON THE R BIH EMBASSY IN SAUDI ARABIA DECISION NUMBER RD-2511-01/95 DATED 25 NOV 1995 REGARDING GRANTING HIM CITIZENSHIP. THE BIH MINISTRY OF CIVIL AND PUBLIC AFFAIRS INFORMED MUP SARAJEVO OF THIS DECISION WITH FILE NUMBER 03-204-1-609/98 DATED 1 APR 1998. HE WAS REGISTERED IN THE 1998 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 110474. HE WAS ISSUED BIH PASSPORT NUMBER 1112050 ON 24 DEC 1999, NUMBER 1112644 ON 24 DEC 1999, NUMBER 0851955 ON 9 FEB 2000 AND NUMBER 1497878 ON 26 DEC 2000. ACCORDING TO THE MUNICIPAL REGISTRATIONS, HE LISTED HIS NAME AS FERID PINNTOLI ON 16 NOV 2000. HE REGISTERED HIS ADDRESS AT THE ILIDZA MUNICIPALITY ON 4 APR 1998 AS MARICA UHREKE STREET NO NUMBER. LATER, ON 17 NOV 2000, IN THE NOVI GRAD MUNICIPALITY, HE LISTED HIS ADDRESS AS JAJACKA NUMBER 10. THEY ISSUED IDENTIFICATION CARD NUMBER 13103/200 VALID FOR TEN YEARS.

7. ABOUZNAK AYMAN, SON OF AHMED AND MOUMENAH, BORN ON 16 APR 1958 IN DJEHAD, SAUDI ARABIA. HIS CITIZENS NUMBER IS 16049581170048. DECISION NUMBER 19/05-1-200-227 DATED 30 NOV 1995 SIGNED BY THE SARAJEVO CENTRAL SECURITY DEPARTMENT CHIEF MIRSAD BEGANOVIC – ZUTIC AUTHORIZED ADDITIONAL REMARKS IN THE BOOK OF BIRTHS AT THE CENTER MUNICIPALITY. THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-2931 DATED 17 NOV 1995 REGARDING GRANTING HIM CITIZENSHIP, IT WAS ISSUED BY R BIH MUP. THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-2931.

THE MENTIONED INDIVIDUAL WAS REGISTERED IN THE 1995 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 3563. HE REGISTERED HIS ADDRESS ON 1 DEC 1995 AT THE CENTER MUNICIPALITY AS A. FERHATOVIC STREET NUMBER 11. HE WAS ISSUED IDENTIFICATION CARD NUMBER 4653/95 VALID FOR TEN YEARS. HE IS NOT REGISTERED IN THE MUNICIPAL REGISTRY. HE IS MARRIED TO AMAL nee. ALTERKAWI AND THEY HAVE TWO MINOR CHILDREN, ABOUZNAK MOHAMED BORN ON 1 JAN 1997 IN BROOKLYN NEW YORK, U.S.A AND ABOUZNAK AHMAD BORN ON 1 JAN 1997 IN BROOKLYN NEW YORK, U.S.A.

8. GALAL OSMAN AHMED KEHEIL, SON OF OSMAN, BORN ON 19 AUG 1966 IN DZEDA, SAUDI ARABIA. HIS CITIZENS NUMBER IS 1908966173616. THE CENTRAL SECURITY SERVICE SARAJEVO DECISION NUMBER 19/05-1-200-130 DATED 25 JUL 1995 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC – ZUTIC APPROVED ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON R BIH MUP DECISION NUMBER 07/2-204-1779 DATED 18 JUL 1995 REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-1779 DATED 18 JUL 1995. HE WAS REGISTERED IN THE 1997 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10456. HE WAS ISSUED A PASSPORT BY OUR CONSULATE IN BRUSSELS (BASED ON REQUEST NUMBER 611012) AND ON THE FACT THAT HE LIVED IN HOLLAND SINCE 11 NOV 1995. HE LISTED HIS ADDRESS AS EIDHOVEN, KR, P. POTERSTRAAT 15. HE REGISTERED HIS ADDRESS ON 10 APR 1997 WITH THE SARAJEVO STARI GRAD MUNICIPALITY AS DZININA STREET NUMBER 6.

9. ABDUL MOHSEN AL-QADI, SON OF ABDULRAHMAN AND MONIRAH, BORN ON 5 OCT 1967 IN MAKKAH, SAUDI ARABIA. HIS CITIZENS NUMBER IS 0510967173523. HE WAS GRANTED R BIH CITIZENSHIP BASED ON DECISION NUMBER 07/2-204-2263 DATED 22 AUG 1995 ISSUED BY THE R BIH MUP. HE WAS ISSUED BIH PASSPORT NUMBER 520295 DATED 23 AUG 1995, NUMBER BA 032950 DATED 14 APR 1997 AND NUMBER 1424516 DATED 6 AUG 1999. HE REGISTERED HIS ADDRESS ON 23 AUG 1995 WITH THE STARI GRAD SARAJEVO MUNICIPALITY AS DZININA STREET NUMBER 13 AND WAS ISSUED IDENTIFICATION CARD NUMBER 1193/95 THE SAME DAY VALID FOR TEN YEARS. IT HAS BEEN CONFIRMED THAT HE DOES NOT LIVE AT THIS ADDRESS.

10. BRAZI HASAN, SON OF ADIBA, BORN ON 2 OCT 1945 IN HUSIA, SAUDI ARABIA. HIS CITIZENS NUMBER IS 0210945173585. DECISION NUMBER UP-1-02/3.1-130-352 DATED 15 MAR 1999 BY KMUP SARAJEVO SIGNED BY THE DEPARTMENT CHIEF ZIJAD SABATOVIC APPROVED ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON DECISION NUMBER II-02-41-1/95 DATED 25 APR 1995 ISSUED BY R BIH CONSULATE IN MUNICH REGARDING GRANTING HIM CITIZENSHIP. THE MINISTRY OF CIVIL AND PUBLIC AFFAIRS INFORMED K MUP SARAJEVO ON 11 MAR 1999 WITH FILE NUMBER 03-204-618/99. HE WAS REGISTERED IN THE 1999 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10467. HE REGISTERED HIS ADDRESS ON 11 MAR 2000 AT THE STARI GRAD – SARAJEVO MUNICIPALITY AS SAGARDZIJE STREET NUMBER 51. WE HAVE CONFIRMED THAT HE NEVER RESIDED AT THE MENTIONED ADDRESS.

11. KATTAN AMENN, SON OF ALI-A, BORN ON 1 JAN 1966 IN HAMA, SAUDI ARABIA. DECISION NUMBER UP-1-02/3.1-1300351 BY K MUP SARAJEVO DATED 15 MAR 1999 AND SIGNED BY THE DEPARTMENT CHIEF ZIJAD SABITOVIC APPROVES ADDITIONAL REMARKS TO BE REGISTERED IN THE BOOK OF BIRTHS AT THE CENTER MUNICIPALITY. THIS DECISION WAS MADE BASED ON THE CONSULATE IN MUNICH DECISION NUMBER II-02-70-1/95 DATED 25 APR 1995 REGARDING GRANTING HIM CITIZENSHIP. THE MINISTRY OF CIVIL AND PUBLIC AFFAIRS NOTIFIED K MUP SARAJEVO WITH FILE NUMBER 03-204-619/99 DATED 11 MAR 1999. HE WAS REGISTERED IN THE 1999 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10466. WE WOULD LIKE TO REMIND YOU THAT ACCORDING TO MUP RECORDS, HE HAS NOT REGISTERED AN ADDRESS TO DATE.

12. GAMAL GAMUL KHENKIR, SON OD GAMUL BORN ON 1 SEP 1969 IN MAKKA, SAUDI ARABIA. HIS CITIZENS NUMBER IS 0109969170177. THE SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-320 DATED 15 OCT 1996 SIGNED BY CENTER CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON R BIH MUP DECISION NUMBER 09/2-204-454/92 DATED 23 MAR 1992 REGARDING GRANTING HIM CITIZENSHIP. THE SARAJEVO CENTRAL SECURITY SERVICE WAS NOTIFIED BY R BIH MUP WITH FILE NUMBER 09/2-204-454/92 DATED 23 MAR 1992. HE WAS REGISTERED IN THE 1997 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10063. HE WAS ISSUED BIH PASSPORT NUMBER BA 352552 ISSUED ON 23 JUN 1997. HE REGISTERED HIS ADDRESS ON 16 JAN 1997 WITH THE SARAJEVO CENTER MUNICIPALITY AS PATRIOTSKA LIGE NUMBER 48. IT HAS BEEN CONFIRMED THAT HE DOES NOT LIVE AT THE LISTED ADDRESS. EVIDENCE OF AN IDENTIFICATION CARD BEING ISSUED DOES NOT EXIST AT THE POLICE ADMINISTRATION EVEN THOUGH HIS NAME APPEARS IN THE ADDRESS REGISTRATIONS OF THIS POLICE ADMINISTRATION.

13. OMAR EBU TALAL, SON OF MUHAMED, BORN ON 10 JUN 1963 IN SAFT, SAUDI ARABIA. HIS CITIZENS NUMBER IS 1006963172747. THE SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19-136/95 DATED 28 DEC 1995 SIGNED BY MIRSAD BEGANOVIC-ZUTIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON R BIH MUP DECISION NUMBER 09/2-204-410/92 DATED 5 MAR 1992 REGARDING GRANTING HIM CITIZENSHIP. R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-04-2813 DATED 3 OCT 1995. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10994. HE REGISTERED HIS ADDRESS ON 10 MAY 1997 WITH THE NOVO SARAJEVO MUNICIPALITY AS MUHAMED AEF. PANDZE STREET NUMBER 1. HE HAS BEEN STRIPED OF HIS BIH CITIZENSHIP.

14. HAMZI HUSAMADDIN, SON OF GALI BALI, BORN ON 30 MAR 1971 IN MAKKAH, SAUDI ARABIA. HIS CITIZENS NUMBER IS 3003971173610. THE SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 10/05-1-200-298 DATED 14 OCT 1996 SIGNED BY THE CHIEF OF THE CENTER APPROVES ADDITIONAL REMARKS IN THE BOOK OF BIRTHS AT THE CENTER MUNICIPALITY. THIS DECISION WAS MADE BASED ON THE R BIH MINISTRY OF LEGAL AND GENERAL AFFAIRS DECISION NUMBER 03-204-2417/96 DATED 20 JUN 1996 REGARDING GRANTING HIM CITIZENSHIP. THE MINISTRY OF LEGAL AND GENERAL AFFAIRS NOTIFIED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-2417/96 ON 31 JUL 1996. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12243. HE REGISTERED HIS ADDRESS ON 20 FEB 1997 WITH THE SARAJEVO STARI GRAD MUNICIPALITY AS UNKNOWN AFTER WHICH HE REGISTERED IN ZENICA ON 25 FEB 1997 LISTING ZMAJ CESTA STREET NUMBER 12 AS HIS ADDRESS. HE LISTED HIS ADDRESS WITH THE SAME MUNICIPALITY ON 2NOV 2000 AS N. POZDERCA STREET NUMBER 20.

15. MUHAMED ABDU HASAN MUHAMED AHMED, SON OF ABDUA AND FATIMA nee. ALI, BORN ON 25 MAY 1968 IN MEKA, SAUDI ARABIA. HIS CITIZENS NUMBER IS 2505968190026. HE WAS REGISTERED IN THE ZENICA BOOK OF BIRTHS ON 19 JAN 1995 UNDER NUMBER 129. THIS REGISTRATION WAS BASED ON THE ZENICA CENTRAL SECURITY SERVICE DECISION NUMBER 21-01/07-200-97/95 DATED 11 JAN 1995. SINCE 1998 HE CONDUCTS RELIGIOUS DUTY AS AN OFFICIAL IN THE TOWN OF ORCEVIC, ZELJEZNO POLJE. THIS IS WHERE HE ALSO RESIDES.

16. KHALID AL-GHAMDI HAS VARIOUS DATA CONCERNING PARENTS, DATE OF BIRTH. A COPY OF THE BIRTH CERTIFICATE ISSUED IN SAUDI ARABIA AND AN EXTRACT OUT OF THE BOOK OF MARRIAGES ISSUED IN KLOKOTNICA, TESENJA LISTS HIS PARENTS AS SAID AND RAFACH AND HIS DATE OF BIRTH AS 28 NOV 1968. HE WAS ISSUED AN IDENTIFICATION CARD ON 25 JAN 1996 IN TUZLA, WHICH LISTS AHMED AND SHARIFA AS HIS PARENTS AND 9 JUL 1970 AS HIS DATE OF BIRTH. ALL OF THE MENTIONED DOCUMENTS LIST DAMMAM, SAUDI ARABIA AS HIS PLACE OF BIRTH. HE LIVED IN BIH FROM 1994 AND HAS HAD BIH CITIZENSHIP SINCE 1996. HE IS LISTED IN THE BOOK OF CITIZENS IN TUZLA ON PAGE NUMBER 140 UNDER NUMBER 395 IN 1996. HE WAS THE

SUPERVISOR OF THE "VSK" OFFICE IN TUZLA UNTIL THEY FIRED HIM IN 1999. HE IS MARRIED TO SELMA OMERASEVIC FROM TUZLA.  HE CURRENTLY RESIDES IN SAUDI ARABIA AND OCCASIONALLY IS IN OUR REGION.  HIS CITIZENS NUMBER IS 0907970180066.

17. BEDR ESSIDIRI, SON OF ABDULKERIMA AND MUDI AL HIRAS, BORN ON 4 SEP 1968 IN MEDINA, SAUDI ARABIA.  HIS CITIZENS NUMBER IS 0409968124116.  HE IS LISTED IN THE BOOK OF BIRTHS FOR THE REGION OF JELAH, TESANJ BASED ON DECISION NUMBER 15-07-370 DATED 6 SEP 1995 BY THE DOBOJ CENTRAL SECURITY SERVICE SIGNED BY SEMSUDIN MEHMEDOVIC.  HE WAS MARRIED ON 19 MAR 1993 TO SUADA IBRAHIMOVIC, DAUGHTER OF RAMIZ, BORN ON 2 APR 1975 IN S. SIJE, TESANJ MUNICIPALITY.  THEY LISTED SIJE AS THEIR ADDRESS.  THE MUNICIPAL COURT TESANJ TERMINATED THE MARRIAGE ON 3 MAR 1998.

18. RASHID AL SUDAIRI, SON OF MOHAMED AND NURE, BORN ON 3 AUG 1967 IN AL HARB, SAUDI ARABIA.  HIS CITIZENS NUMBER IS 0308967194306 AND HIS RESIDENCE IS IN ZEPCE, ZELJEZNO POLJE, SUBURB OF SAHMANI.  HE WAS GRANTED BIH CITIZENSHIP ON 13 AUG 1994 BASED ON DECISION NUMBER 07/2-204-557 BY R BIH MUP AND SIGNED BY ARNAUT BORIS.  HE IS CURRENTLY IN SAUDI ARABIA AND IS EXPECTED TO RETURN AT THE END OF MARCH.

SYRIA

1. YAKDI ABD AL-RAHIM, SON OF MUHAMED AND AJUS, BORN ON 11 OCT 1963 IN ALEP, SYRIA. HIS CITIZENS NUMBER IS 1110963170010. THE SARAJEVO CENTRAL SERVICE DECISION NUMBER 17/13-200-16 DATED 10 JUN 1994 SIGNED BY THE DEPARTMENT CHIEF SENAD POVLAKIC APPROVES ADDITION REMARKS TO BE REGISTERED IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON THE R BIH MUP DECISION NUMBER 07/2-204-30 DATED 19 SEP 1994 REGARDING GRANTING HIM CITIZENSHIP. THE CENTRAL SECURITY SERVICE SARAJEVO WAS INFORMED BY R BIH MUP WITH FILE NUMBER 07/2-204-20 DATED 19 SEP 1994. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10468. THE BOOK OF BIRTHS LISTS HIS LAST NAME AS VAKDI ABD. HE WAS ISSUED BIH PASSPORT NUMBER BA 009415 ON 16 APR 1996 AND NUMBER 0843678 ON 18 FEB 1999. HE REGISTERED HIS ADDRESS AT THE CENTER MUNICIPALITY ON 5 MAR 1996 AS  M. HADZIJAHICA STREET NUMBER 54

2. AL SALLOUM HASSAN, SON OF SAID AND NOUR AL HUD BORN ON 10 NOV 1964 IN HOUJEZ FUKANI, SYRIA. HE IS A PHYSICIAN.  DECISION NUMBER  19/05-1-200-384 DATED 22 NOV 1996 BY THE SARAJEVO CENTRAL SECURITY SERVICE SIGNED BY THE CENTER CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-2259/96 DATED 10 AUG 1996 BY THE BIH MINISTRY OF LEGAL AND GENERAL AFFAIRS REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-2259/96 DATED 10 AUG 1996. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12381. THE BOOK OF BIRTHS LISTS HIS LAST NAME AS AL SALLAUM. HE WAS ISSUED BIH PASSPORT NUMBER BA371695 ON 5 DEC 1996 AND NUMBER 0930247 ON 23 OCT 1998. HE REGISTERED HIS ADDRESS ON 29 NOV 1996 WITH THE SARAJEVO CENTER MUNICIPALITY AS M. MIKULICA STREET NUMBER 8. HE WAS ISSUED IDENTIFICATION CARD NUMBER 26917/96 BY THEM AND ON 23 AUG 199 HE CANCELLED IT AND REGISTERED IN BIHAC. THE ADDRESS HE LISTED IN BIHAC WAS ON BUHE STREET NUMBER 24. HE REGISTERED HIS ADDRESS ON 2 MAR 200 IN BOSANSKA KRUPA, BUZIM MUNICIPALITY.

3.WIESS MOHAMED GHIAS, SON OF AHMED BORN ON 30 OCT 1965 IN KNEITRA, SYRIA. HIS CITIZENS NUMBER IS 3010965170029. SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-158 DATED 11 JUL 1996 SIGNED BY THE CENTER CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS BASED ON DECISION NUMBER 07/2-204-813/96 DATED 8 JUN 96 BY THE R BIH MINISTRY OF LEGAL AND GENERAL AFFAIRS REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED THE CENTRAL SECURITY SERVICE REGARDING THE DECISION WITH FILE NUMBER 07/2-204-813/96 ON 8 JUN 1996. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 11847. HE WAS ISSUED BIH PASSPORT NUMBER BA271033 ON 30 JUL 1996 AND NUMBER 0894814 ON 13 JAN 1999. HE REGISTERED HIS ADDRESS AT THE CENTER MUNICIPALITY ON 12 JUL 1996 ON P. FOHT STREET NUMBER 34, HE WAS ISSUED IDENTIFICATION CARD NUMBER 15527/96 BY THEM ON 19 JUL 1996 VALID FOR TEN YEARS.

4.TADEFI SUBHI-WASSIM, SON OF MUHAMED AND RATIBA, BORN ON 16 OCT 1958 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 1610958173527.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-225 DATED 30 NOV 1995 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC – ZUTIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION IS BASED ON R BIH MUP DECISION NUMBER 07/2-204-3090 DATED 7 NOV 1995 REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-3090 DATED 7 NOV 1995. HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10005. HE WAS ISSUED BIH PASSPORT NUMBER BH921674 ON 14 FEB 1996, NUMBER BA669871 ON 18 FEB 1998 AND NUMBER 1421265 ON 29 AUG 1999. HE REGISTERED HIS ADDRESS WITH THE STARI GRAD MUNICIPALITY ON 30 DEC 1995 AS MIHRIVODE STREET NUMBER 29C AND ON 28 MAR 2000 HE REGISTERED WITH THE STARI

GRAD MUNICIPALITY ON CADORDZINA 72 AND ON 3 JUL 2001 HE REGISTERED AT THE CENTER MUNICIPALITY AND LISTED HIS ADDRESS AS URIJAN DEDINA STREET NUMBER 118.  THE CENTER MUNICIPALITY ISSUED IDENTIFICATION CARD NUMBER 3198/01 VALID FOR TEN YEARS ON 3 JUL 20001.  HE WAS MARRIED TO SIDRETA AJDINOVIC ON 12 AUG 1982 (DOCEX COMMENT – THE YEAR IS MOST LIKELY A TYPOGRAPHICAL ERROR) IN KAKANJ.

5.RAHIMA GAITH, SON OF AHMED AND BADRIEH, BORN ON 8 NOV 1964 IN AIN AL FIES, SYRIA.  HIS CITIZENS NUMBER IS 0811964170167 AND HE IS A PHYSICIAN.  DECISION NUMBER UP-1-02/3.1-13-0-1863 DATED 20 OCT 1999 BY KMUP SIGNED BY THE SECTION CHIEF SENAD MASOVIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON R MUP DECISION NUMBER 07/2-204-1958 DATED 3 AUG 1995 REGARDING GRANTING HIM CITIZENSHIP.  THE BIH MINISTRY OF CIVIL AND PUBLIC AFFAIRS INFORMED KMUP WITH FILE NUMBER 03-204-2381/99 DATED 22 SEP 1999.  HE WAS REGISTERED IN THE 2000 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 11265.  HE WAS ISSUED PASSPORT NUMBER BA015601 ON 3 DEC 1996, NUMBER 1513389 ON 8 AUG 2000 AND NUMBER 3312722 ON 23 MAY 2001.  HE REGISTERED HIS ADDRESS AT THE SARAJEVO CENTER MUNICIPALITY ON 1 AUG 2000 AS MIS IRBINA STREET NUMBER 18.  THEY ISSUED HIM IDENTIFICATION CARD NUMBER 2323/01 ON 22 MAY 2001 VALID FOR TEN YEARS.

6.TERT MOHAMED, SON OF ALI AND SAMIHA, BORN ON 7 FEB 1960 IN LATAKIJA, SYRIA.  HIS CITIZENS NUMBER IS 0702960170177.  DECISION NUMBER 19/05-1-200-260 DATED 27 SEP 1996 BY THE CENTRAL SECURITY SERVICE SIGNED BY THE SERVICE CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON DECISION NUMBER 03-204-940/96 DARED 18 JUL 1996 BY THE MINISTRY OF LEGAL AND GENERAL AFFAIRS REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-940/96 DATED 18 JUL 1996.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12160.  HE WAS ISSUED PASSPORT NUMBER BA236644 ON 3 OCT 1996.  HE REGISTERED HIS ADDRESS ON 1 OCT 1996 AT THE CENTER MUNICIPALITY AS MEHMEDA SPAHE STREET NUMBER 18.  THEY ISSUED IDENTIFICATION CARD NUMBER 23744/96 ON 2 OCT 1996 VALID FOR TEN YEARS.  HE DOES NOT LIVE AT THE MENTIONED ADDRESS.  HE IS THE FATHER OF TWO MINOR CHILDREN – TEHT AHMET, BORN ON 4 MAY 1986 IN LATAKIJA, SYRIA AND TERT ALI, BORN ON 20 MAY 1992 IN LATAKIJA, SYRIA.  HE IS MARRIED TO TAMRAZ DINA

7.TAMRAZ DINA, DAUGHTER OF YAHIJA, BORN ON 15 SEP 1960 IN LATAKIJA, SYRIA.  HER CITIZENS NUMBER IS 1509960175178.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-260 DATED 27 SEP 1996 SIGNED BY  SERVICE CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-940/96 DATED 18 JUL 1996 BY R BIH MINISTRY OF LEGAL AND GENERAL AFFAIRS REGARDING GRANTING HER CITIZENSHIP.  THEY INFORMED THE CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-940/96 ON 18 JUL 1996.  SHE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12159.  SHE WAS ISSUED PASSPORT NUMBER BA236463 ON 9 OCT 1996.  SHE REGISTERED HER ADDRESS WITH THE CENTER MUNICIPALITY ON 1 OCT 1996 AS MEHMEDA SPAHE STREET NUMBER 18.  THEY ISSUED IDENTIFICATION CARD NUMBER 24006/96 ON 7 OCT 1996 WHICH IS VALID FOR TEN YEARS. SHE DOES NOT LIVE AT THE MENTIONED ADDRESS.

8.RAYAB IMAD, SON OF ABDELWAHAB, BORN ON 29 SEP 1965 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 2909965172292.  HE IS A PHYSICIAN.  SARAJEVO KMUP DECISION NUMBER 02/3.1-200-604 DATED 7 SEP 1998  SIGNED BY MINISTER ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-127/96 DATED 22 DEC 1997 BY THE BIH MINISTRY OF CIVIL AND PUBLIC AFFAIRS.  THEY INFORMED KMUP OF THIS DECISION WITH FILE NUMBER 03-204-127/96 DATED 3 SEP 1998.  HE WAS REGISTERED IN THE 1998 CENTER MUNICIPALITY  BOOK OF BIRTHS UNDER NUMBER 11495.

HE WAS ISSUED PASSPORT NUMBER 0930584 WHICH DID NOT LIST THE ISSUE DATE.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO NOVI GRAD MUNICIPALITY ON 26 SEP 1998 AS TRG DJECE DOBRINJE NUMBER 15/V.  THEY ISSUED IDENTIFICATION CARD NUMBER 17783/98 ON 25 SEP 1998 VALID FOR TEN YEARS.

9.NEDZIB AHMED, SON OF ABDULKARIM, BORN ON 3 MAR 1971 IN ATME, SYRIA.  HIS CITIZENS NUMBER IS 0303971170177 AND HE IS AN IMAM.  DECISION NUMBER 19/05-1-200-328 DATED 15 OCT 1996 BY THE SARAJEVO CENTRAL SECURITY SERVICE  SIGNED BY CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  HE WAS REGISTERED IN THE 1997 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10082.  HE REGISTERED HIS ADDRESS ON 15 MAR 1997 IN THE REPUBLIC OF CROATIA - ZAGREB WITH OUR CONSULATE IN ZAGREB AND WAS ISSUED (REQUEST NUMBER 615913) BIH PASSPORT NUMBER BA802321 ON 21 FEB 1998.  HE WAS ISSUED BIH PASSPORT NUMBER BA264477 ON 23 JAN 1997, NUMBER 3834956 ON 26 JUN 2001, NUMBER 1485750 ON 28 JUN 2000 (CANCELLED AT THE BONN EMBASSY) AND NUMBER 1485764 ISSUED ON 27 JUN 2000 (CANCELLED BECAUSE OF A TYPOGRAPHICAL ERROR).  HE REGISTERED HIS ADDRESS ON 15 NOV 1999 AT ILIDZA AS BEING ON DERDAPSKA STREET NUMBER 8.  THEY ISSUED IDENTIFICATION CARD NUMBER 10123/99 ON 15 NOV 1999 (THE IDENTIFICATION CARD LISTS FERHAT PASE SOKOLOVICA NUMBER 8 AS HIS ADDRESS) VALID FOR TEN YEARS.  HE WAS MARRIED AT THE CENTER MUNICIPALITY ON 27 JUL 1999 TO MENSID BASIC.  HE IS THE FATHER OF TWO CHILDREN – DAUGHTER NEDZIB ALA'A BORN ON 11 JAN 1994 IN ALEP, SYRIA AND SON, NEDZIB ALHAJTHAM BORN ON 17 DEC 1995 IN AL SARAT, SYRIA.

10.NEDZIB AMEL, DAUGHTER OF MUHAMED AND AMUN, BORN ON 26 FEB 1977 IN ATME, SYRIA.  HER CITIZENS NUMBER IS 2602977175191.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-328 DATED 15 OCT 1996 SIGNED BY CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON DECISION NUMBER 09/2-204-454/92 DATED 23 MAR 1992 BY THE R BIH MUP REGARDING GRANTING HER CITIZENSHIP.  R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 09/2-204-454/92 DATED 23 MAR 1992.  SHE WAS REGISTERED IN THE 1997 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10083.  SHE REGISTERED HER ADDRESS IN THE REPUBLIC OF CROATIA – ZAGREB ON 26 FEB 1997 WITH OUR CONSULATE (REQUEST NUMBER 680197) THEY ISSUED PASSPORT NUMBER BH978979 ON 3 APR 1997.  SHE LISTED HER ADDRESS AS BOLNICKA NUMBER 32 AT THE CENTER MUNICIPALITY OF SARAJEVO.

11.HAZAM MOHAMAD-BACHAR, SON OF MUSTAFA AND NADREH, BORN ON 26 FEB 1961 IN TALLALAK, SYRIA.  HIS CITIZENS NUMBER 2602961172192.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19-13-200-76 DATED 7 OCT 1994 SARAJEVO SIGNED BY DEPARTMENT CHIEF SENAD POVLAKIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON R BIH MUP DECISION NUMBER 07/2-204-213 DATED 18 JUL 1995 REGARDING GRANTING HIM CITIZENSHIP.  R BIH MUP INFORMED THE CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-213 ON 5 OCT 1994.  HE WAS REGISTERED IN THE 1994 CNETER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 2215.  HE WAS ISSUED BIH PASSPORT NUMBER BH580835 ON 12 NOV 1994, NUMBER BA242368 ON 1 OCT 1996 AND NUMBER 1230098 ON 23 APR 1999.  HE REGISTERED HIS ADDRESS AT THE SARAJEVO NOVI GRAD MUNICIPALITY ON 31 OCT 1994 AS S. LAGUMDZIJA STREET NUMBER 15/I.  LATER, ON 6 MAY 1998, AT THE SAME MUNICIPALITY HE REGISTERED HIS ADDRESS AS TRG SOLIDARNOSTI NUMBER 5, THEY ISSUED HIM IDENTIFICATION CARD NUMBER 6132/98 ON 30 APR 1998.  HE IS THE FATHER OF THREE MINOR SONS – HAZAM MOSTAFA, BORN ON 19 SEP 1986 IN DAMSKA, SYRIA, HAZAM MULHEM, BORN ON 26 FEB 1988, IN DAMSKA SYRIA AND HAZAM MOHAMAD BORN ON 1 OCT 1990 IN DAMSKA, SYRIA.  HE IS MARRIED TO ISSA SAMIRA.

12. ISSA SAMIRA, DAUGHTER OF MUHAMAD AND HAMAMAH, BORN ON 1 APR 1963 IN DAMSKA, SYRIA. HER CITIZENS NUMBER IS 0104963177283. SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19-13-200-76 DATED 7 OCT 1994 SIGNED BY DEPARTMENT CHIEF SENAD POVLAKOVIC APPROVES ADDITIONAL REMARKS TO BE ENTERED IN THE CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS BASED ON DECISION NUMBER 07/2-204-737 DATED 29 SEP 1994 BY R BIH MUP REGARDING GRANTING HIM CITIZENSHIP. R BIH MUP INFORMED SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-213 ON 5 OCT 1994. SHE WAS REGISTERED IN THE 1994 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 2217. SHE WAS ISSUED PASSPORT NUMBER BA359198 ON 18 NOV 1996 AND NUMBER 14335825 ON 20 JUL 1999. SHE REGISTERED HER ADDRESS WITH THE SARAJEVO NOVI GRAD MUNICIPALITY ON 6 MAY 1998 AS TRG SOLIDARNOSTI NUMBER 5.

13. HAJ ABAS MOHAMED, SON OF MAHAMED AND KHADOUJ, BORN ON 5 FEB 1964 IN BAB, SYRIA. HIS CITIZENS NUMBER IS 0502864172183. SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-169 DATED 20 SEP 1995 SIGNED BY DEPARTMENT CHIEF BEGANOVIC ZUTIC MIRSAD APPROVES ADDITIONAL REMARKS IN THE BOOK OF BIRTHS AT THE CENTER MUNICIPALITY. THIS DECISION WAS MADE BASED ON DECISION NUMBER  07/2-204-2181 DATED 14 SEP 1995 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP, THEY INFORMED THE CENTRAL SECURITY SERVICE OF THIS WITH FILE NUMBER 07/2-204-2182 ON 5 SEP 1995. HE WAS REGISTERED IN THE 1995 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 2779. HE WAS ISSUED BIH PASSPORT NUMBER 535373 ON 27 SEP 1995 AND 1464189 ON 15 SEP 1999. HE REGISTERED HIS ADDRESS ON 22 SEP 1995 IN THE SARAJEVO- NOVI GRAD MUNICIPALITY AS PRVOMAJSKA STREET NUMBER 97. THEY ISSUED HIM IDENTIFICATION CARD NUMBER 2463/95 ON 22 SEP 1995 VALID FOR TEN YEARS. HE CANCELLED HIS ADDRESS WITH THE MUNICIPALITY ON 14 MAY 1997. HIS ADDRESS IS UNKNOWN.

14. MAJD SMID, SON OF ITAF AND RABIJA BAHBUH, BORN ON 14 MAY 1965 IN AL NABK, SYRIA. HIS CITIZENS NUMBER IS 1405965172290. HE IS A CONSTRUCTION ENGINEER. K MUP SARAJEVO DECISION NUMBER UP-I-02/3.1-13-0-1914 DATED 11 NOV 1999 SIGNED BY THE DEPARTMENT CHIEF SENAD MASOVIC APPROVES ADDITIONAL REMARKS IN THE SARAJEVO CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS BASED ON DECISION NUMBER 07/2-204-2920 DATED 30 OCT 1995 BY R BIH MUP REGARDING GRANTING HIM CITIZENSHIP. THE MINISTRY OF PUBLIC AND CIVIL AFFAIRS INFORMED KMUP OF THE DECISION WITH FILE NUMBER 03-204-2669/99 DATED 4 NOV 1999. HE WAS REGISTERED IN THE 1999 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 13207. HE REGISTERED HIS ADDRESS IN THE REPUBLIC OF CROATIA, ZAGREB AS TRNSKO STREET NUMBER 41E AND WAS ISSUED A BIH PASSPORT BY OUR CONSULATE IN ZAGREB (REQUEST NUMBER 615613). THE PASSPORT NUMBER IS BA802293 ISSUED ON 14 JAN 1998; HE WAS ALSO ISSUED PASSPORT NUMBER 0851442 ON 7 FEB 2000. HE LISTED HIS ADDRESS WITH THE NOVI GRAD SARAJEVO MUNICIPALITY ON 21 DEC 1999 AS TRG GRADA PRATA STREET NUMBER 22. THEY ISSUED IDENTIFICATION CARD NUMBER 18721/99 TO HIM ON 30 DEC 1999 VALID FOR TEN YEARS. HE WAS MARRIED ON 7 MAR 1996 IN KARHU, IRAK TO UMEJE FAIZ MUSTAFA MUSA.

15. MAFALANI MAJED, SON OF FAWAZ AND HAMIDA BORN ON 10 JAN 1955 IN EZRAA, SYRIA. HIS CITIZENS NUMBER IS 1001955174135, HE IS A PHYSICIAN (SURGEON). SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/13-200-52 DATED 23 AUG 1994 SIGNED BY THE DEPARTMENT CHIEF SENAD POVLAKIC APPROVES ADDITIONAL REMARKS IN THE SARAJEVO CENTER MUNICIPALITY BOOK OF BIRTHS. THIS DECISION WAS BASED BY THE DECISION OF THE R BIH MUP NUMBER 07/2-204-636 DATED 29 JUL 1994 REGARDING GRANTING HIM CITIZENSHIP. HE WAS LISTED IN THE 1994 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 1805. HE REGISTERED HIS ADDRESS ON 1 MAR 1995 AS THE TOWN OF VISOKO, ON DELAHMETOVIC STREET NO NUMBER, LATER HE CHANGED IT TO VISOKO, DELAHMETOVIC 1/II. HE CHANGED IT ONCE AGAIN AT THE SAME MUNICIPALITY AND REGISTERED HIS ADDRESS AS LUKE NUMBER 11 AND ON 29 JUL 1997 HE WAS ISSUED IDENTIFICATION CARD NUMBER 2662/97 VALID FOR TEN YEARS.

HE WAS MARRIED IN VISOKO ON 23 NOV 2000 TO LEJNA HADZIMEHMEDAGIC.  DURING
THE WAR HE HELD THE POSITION AS A SURGEON IN THE HOSPITAL.  HE IS THE BEARER
OF THE HIGHEST AWARD GIVEN DURING THE WAR, THE "ZLATNI LJILJAN".

16. KOZBAR ADNAN, SON OF ADEL AND MERJEM, BORN ON 24 APR 1948 IN SAM,
SYRIA.  HIS CITIZENS NUMBER IS 2404948173604.  HE IS AN ECONOMIST.  SARAJEVO
CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-249 DATED 17 SEP 1996
SIGNED BY THE CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE SARAJEVO
CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON
DECISION NUMBER 03-204-2485 DATED 31 JUL 1996 BY THE R BIH MINISTRY OF LEGAL AND
GENERAL AFFAIRS REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE
SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-2485 DATED 31 JUL
1996.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER
NUMBER 12135.  HE WAS ISSUED BIH PASSPORT NUMBER BA362318 ON 15 OCT 1996.  HE
REGISTERED HIS ADDRESS ON 11 OCT 1996 AT THE STARI GRAD MUNICIPALITY AS
VARAZDINSKA STREET NUMBER 8.  THEY ISSUED HIM IDENTIFICATION CARD NUMBER
24356/96 ON 18 OCT 1996, HE LISTED HIS ADDRESS ON THE IDENTIFICATION CARD AS
PRIJEDORSKA NUMBER 8.  HE IS THE FATHER OF TWO SONS, ONE OF WHICH IS KOZBAR
ADEL, BORN ON 5 JAN 1973 IN DAMSK, SYRIA, CITIZENS NUMBER 0501973173631.  HE WAS
ISSUED BIH PASSPORT NUMBER BA365723 ON 16 OCT 1996.  HIS OTHER SON IS ABDUL-
REZZAK, BORN ON 12 NOV 1984 IN DAMSK, SYRIA, CITIZENS NUMBER 1211984173649 AND
HIS DAUGHTER IS KOZBAR HAJFA, BORN ON 10 OCT 1981 IN DAMASK, SYRIA, CITIZENS
NUMBER 1010981178652.  SHE WAS ISSUED BIH PASSPORT NUMBER BA365722 ON 16 OCT
1996.  KOZBAR AND THE MEMBERS OF HIS FAMILY DO NOT LIVE AT THE ADDRESS ON
VARAZDINSKA STREET NUMBER 8.

17. KOUDEIMATI MOHAMED BASSAM, SON OF MOHAMMAD ADEL AND LAMIE
LABADIDID, BORN ON 3 JUL 1966 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 0307966170008.
SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/13-200-9 DATED 3 JUN 1994
SIGNED BY DEPARTMENT CHIEF SENAD SILJAK APPROVES ADDITIONAL REMARKS IN THE
CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON
DECISION NUMBER 07/2-204-88 DATED 13 APR 1994 BY THE R BIH MUP REGARDING
GRANTING HIM CITIZENSHIP.  THE R BIH MUP INFORMED THE SARAJEVO CENTRAL
SECURITY SERVICE WITH FILE NUMBER 07/2-204-88 DATED 7 MAY 1994.  HE WAS
REGISTERED IN THE 1994 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 1236.
HE WAS ISSUED BIH PASSPORT NUMBER BH036401 ON 2 JUL 1994 AND PASSPORT NUMBER
BA127904 ON 24 JUL 1996.  HE REGISTERED HIS ADDRESS ON 18 JUN 1994 AT THE
SARAJEVO- CENTER MUNICIPALITY AS LOVCENSKA STREET NUMBER 217a.  LATER, ON 5
SEP 1997 HE REGISTERED HIS ADDRESS WITH THE NOVI GRAD MUNICIPALITY AS S.
LAGUMDZIJE STREET NUMBER 15, THEY ISSUED HIM IDENTIFICATION CARD NUMBER
22071/97 ON 5 SEP 1997 VALID FOR TEN YEARS.

18. KELLE MOHAMED FAUZI, SON OF MOHAMED, BORN ON 22 JUN 1945 IN ALEP,
SYRIA.  HIS CITIZENS NUMBER IS 2206945172171.  HE IS A PHYSICIAN.  SARAJEVO K MUP
DECISION NUMBER 02/3.1-200-158 DATED 17 MAR 1997 SIGNED BY MINISTER ISMET DAHIC,
APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS
DECISION WAS MADE BASED ON DECISION NUMBER 09/2-204-283 DATED 4 DEC 1991 BY R
BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  THE MINISTRY OF LEGAL AND
GENERAL AFFAIRS INFORMED KMUP SARAJEVO WITH FILE NUMBER 03/204-10-577/97
DATED 14 MAR 1997.  HE WAS REGISTERED IN THE 1997 CENTER MUNICIPALITY BOOK OF
BIRTHS UNDER NUMBER 10358.  HE WAS ISSUED BIH PASSPORT NUMBER BH026280 ON 22
MAR 1993, NUMBER BH720735 ON 30 AUG 1995 AND NUMBER 0843466 ON 4 MAR 1999.  HE
REGISTERED HIS ADDRESS WITH THE CENTER MUNICIPALITY ON 25 MAR 1997 AS H.
KRESEVLJAKOVICA STREET NUMBER 47.  LATER HE REGISTERED WITH THE SAME
MUNICIPALITY ON 20 AUG 1997 AS SABANOVICA STREET NUMBER 6/III.  HE WAS ISSUED
IDENTIFICATION CARD NUMBER 12242/97 ON 20 AUG 1997 VALID FOR TEN YEARS.

19. KATARJI MOHAMAD, SON OF ASSAAD AND MAHDIA BORN ON 8 AUG 1956 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 0808956170017.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 17/13-200-2 DATED 25 NOV 1995 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC-ZUTIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 09/2-204-2 DATED 15 JUN 1993 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 09/2-204-2 DATED 28 JUN 1993.  HE WAS REGISTERED IN THE 1995 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 3538.  HE WAS ISSUED BIH PASSPORT NUMBER BH003652 ON 19 JUN 1993, NUMBER BH540219 ON 29 NOV 1995, NUMBER BA666502 ON 29 NOV 1997 AND NUMBER 1113336 ON 29 NOV 1999.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO CENTER MUNICIPALITY ON 18 JUN 1993 AS PROLETERSKIH BRIGADA STREET NUMBER 23/I.  LATER, ON 28 NOV 1995 HE REGISTERED AT THE SARAJEVO STARI GRAD MUNICIPALITY ON CARODZINA STREET NUMBER 88.  HE WAS ISSUED IDENTIFICATION CARD NUMBER 2111/95 VALID FOR 10 YEARS ON 28 NOV 1995.

20. HARIRI ABDULLAH, SON OF HUMDI AND FADIJA, BORN ON 22 MAR 1966 IN ADWAN, SYRIA.  HIS CITIZENS NUMBER IS 2203966173519.  HE IS A PHYSICIAN.  DECISION NUMBER 19/13-200-113 DATED 24 DEC 1994 BY THE SARAJEVO CENTRAL SECURITY SERVICE SIGNED BY DEPARTMENT CHIEF SENAD POVLAKOVIC APPROVES ADDITION AL REMARKS TO BE ENTERED IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-1821 DATED 19 DEC 1994 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-1821 DATED 20 DEC 1994.  HE WAS REGISTERED IN THE 1995 CENTER MUNICIPALITY BOOK OF BIRTHS  UNDER NUMBER 26.  HE WAS ISSUED BIH PASSPORT NUMBER BH099438 ON 29 JUN 1995, NUMBER BA284248 ON 15 AUG 1997 AND NUMBER 0852765 ON 9 NOV 1999.  HE REGISTERED HIS ADDRESS WITH THE STARI GRAD MUNICIPALITY AS ARAPOVA STREET NUMBER 34, WHERE THEY ISSUED HIM IDENTIFICATION CARD NUMBER 62/95 VALID FOR TEN YEARS.

21. HASSAN KHALED, SON OF MOHAMAD AND MAYASA, BORN ON 15 JUN 1958 IN EZOR, SYRIA.  HIS CITIZENS NUMBER IS 1506958170062.  SARAJEVO CENTRAL SECURITY DECISION NUMBER 19/05-1-200-190 DATED 11 OCT 1995 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC-ZUTIC APPROVES ADDITIONAL REMARKS IN THE SARAJEVO CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-89 DATED 4 OCT 1995 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-89 DATED 4 OCT 1995.  HE WAS REGISTERED IN THE 1995 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 3015.  HE WAS ISSUED BIH PASSPORT NUMBER BH539203 ON 4 JAN 1995 AND NUMBER BA687156 ON 12 MAR 1998.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO CENTER MUNICIPALITY AS BARDAKCIJE STREET NUMBER 1 AND WAS ISSUED IDENTIFICATION CARD NUMBER 3077/95 ON 14 OCT 1995 VALID FOR TEN YEARS.

22. CHWIHNE AHMAD, SON OF MUHAMED HALID AND BESIMA, BORN ON 28 APR 1962 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 2804961170027.  SARAJEVO CENTRAL SECURITY DECISION NUMBER 19/13-200-45 DATED 23 JUL 1994  APPROVES ADDITIONAL REMARKS  TO BE REGISTERED IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-226 DATED 16 JUL 1994 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  THE R BIH MUP INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-226 DATED 18 JUL 1994.  HE WAS REGISTERED IN THE 1994 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 1540.  HE WAS ISSUED PASSPORT NUMBER BA425470 ON 14 JUL 1997.  HE REGISTERED HIS ADDRESS AT THE SARAJEVO CENTER MUNICIPALITY ON 29 JUL 1994 AS DOBROVOLJACKA STREET NUMBER 52, THEY ISSUED IDENTIFICATION CARD NUMBER 2049/94 ON 27 JUL 1994 VALID FOR TEN YEARS.

23. CHAHIN BACHAR, SON OF CHAKIBA, BORN ON 31 DEC 1961 IN DAMSK, SYRIA. HIS CITIZENS NUMBER IS 311296172300. SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-290 DATED 10 OCT 1996  SIGNED BY CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-2579/96 DATED 16 AUG 1996 BY THE MINISTRY OF LEGAL AND CIVIL AFFAIRS REGARDING GRANTING HIM CITIZENSHIP. THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-2579/96 DATED 16 AUG 1998.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12225.  HE WAS ISSUED BIH PASSPORT NUMBER BA359924 ON 5 NOV 1996 AND NUMBER 0990933 ON 19 NOV 1998.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO NOVI GRAD MUNICIPALITY ON 17 OCT 1996 AS PRNJAVOSKA STREET NUMBER 40 AND WAS ISSUED IDENTIFICATION CARD NUMBER 3563/97 ON 19 FEB 1997 VALID FOR TEN YEARS.
HE IS EMPLOYED WITH THE HUMANITARIAN ORGANIZATION "MUWAFFAQ".

24. EHNECH SERAN NASER, SON OF MAHMOUD, BORN ON 1 MAY 1965 IN MAJADIN, SYRIA.  HIS CITIZENS NUMBER IS 0105965170185.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-258 DATED 25 SEP 1996 SIGNED BY CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE SARAJEVO CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON THE R BIH MINISTRY OF LEGAL AND GENERAL AFFAIRS DECISION NUMBER 07/2-204-124 DATED 17 JAN 1996 REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE SARAJEVO CENTRAL SERVICE WITH FILE NUMBER 03-204-2484/96 DATED 31 JUL 1996.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12172.  HE WAS ISSUED BIH PASSPORT NUMBER BA358111 ON 30 JUN 1996 AND NUMBER 1452356 ON 26 AUG 1999.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO CENTER MUNICIPALITY ON 5 OCT 1996 AS BARDAKCIJE STREET.  LATER, ON 20 JUN 2001 AT THE ILIDZA MUNICIPALITY HE REGISTERED HIS ADDRESS AS LEPINICKA STREET NUMBER 66A, THEY ISSUED HIM IDENTIFICATION CARD NUMBER 2674/01 VALID FOR TEN YEARS.  HE WAS MARRIED AT THE STARI GRAD MUNICIPALITY ON 19 JUL 1996 TO TINJAK AIDA.
HE DID NOT REGISTER HIS RESIDENCE AT THE AUTHORIZED COMMUNITY OFFICE OF THE ILIDZA MUNICIPALITY,

25. ESSERIF-CORHODZIC SIHAM, DAUGHTER OF MUHAMED SUBHI, BORN ON 26 MAY 1937 IN DEJR EZOR, SYRIA. HER CITIZENS NUMBER IS 2605937178596. SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-222 DATED 22 AUG 1996 SIGNED BY CHIEF ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-2484/96 DATED 31 JUL 1996 REGARDING GRANTING HER CITIZENSHIP. THEY NOTIFIED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 03-204-2484/96 DATED 31 JUL 1996.  SHE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12080.  SHE WAS ISSUED BIH PASSPORT NUMBER BA220237 ON 5 SEP 1996 AND NUMBER 1495787 ISSUED ON 4 SEP 2000.  SHE REGISTERED HER ADDRESS AT THE SARAJEVO STARI GRAD MUNICIPALITY ON 5 SEP 1996 AS KRACULE STREET NUMBER 25 AND ON 11 JUL 2000 SHE REGISTERED THE SAME ADDRESS AT THE SAME MUNICIPALITY AND WAS ISSUED IDENTIFICATION CARD NUMBER 2187, WHICH DOES NOT EXPIRE.

26. FATTAH MOUSSA, SON OF MOHAMAD AND SAKINA BORN ON 20 SEP 1966 IN ALEP, SYRIA. HIS CITIZENS NUMBER IS 2009966173607 AND HE IS A DENTIST.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/13-200-27 DATED 4 FEB 1995 SIGNED BY DEPARTMENT CHIEF SENAD POVLAKIC APPROVES ADDITIONAL REMARKS  IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON DECISION NUMBER 07/2-204-925 DATED 8 DEC 1995 BY THE R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-925 DATED 31 JAN 1995.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 12163.  HE LIVED IN THE REPUBLIC OF CROATIA, IN ZAGREB AND SUBMITTED A PASSPORT REQUEST (REQUEST NUMBER 550736)

AT OUR CONSULATE IN ZAGREB.  HE WAS ISSUED BIH PASSPORT NUMBER BH859403.  HE ALSO HAD PASSPORT NUMBER 1233842 ISSUED ON 15 JUN 1999.  HE REGISTERED HIS ADDRESS WITH THE STARI GRAD MUNICIPALITY ON 20 FEB 1997 AS ARAPOVA STREET NUMBER 2 AND ON 3 JUL 1997 HE REGISTERED HIS ADDRESS AT THE NOVI GRAD MUNICIPALITY AS VRBOVSKA NUMBER 3.  LATER, ON 28 MAY 1998 HE REGISTERED HIS ADDRESS WITH THE NOVI GRAD MUNICIPALITY AS H. TURALJICA STREET NUMBER 1 AND WAS ISSUED IDENTIFICATION CARD NUMBER 7781/98 ON 28 MAY 1998 VALID FOR TEN YEARS.  HE WAS MARRIED AT THE TESANJ MUNICIPALITY ON 18 NOV 1996 TO PIRO AISE.

27. BITAR AKRAMA, SON OF M. WAHID AND RADHEIH, BORN ON 5 JUN 1961 IN HAMA, SYRIA.  HIS CITIZENS NUMBER IS 0506961172293.  HE IS A MANAGER.  SARAJEVO CENTRA LSECURITY SERVICE DECISION NUMBER 19/05-1-200-45 DATED 12 FEB 1996 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC – ZUTIC APPROVED ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 07/2-204-72 DATED 25 JAN 1996 BY R BIH MUP REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE SARAJEVO CENTRAL SECURITY SERVICE WITH FILE NUMBER 07/2-204-72 DATED 25 JAN 1996.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10726.  HE WAS ISSUED BIH PASSPORT NUMBER BH935361 ON 24 APR 1996 AND NUMBER BA666107 ON 24 NOV 1997.  HE REGISTERED HIS ADDRESS AT THE NOVI GRAD SARAJEVO MUNICIPALITY ON 24 DEC 1996 AS TRG SARAJEVSKE OLIMPIJADE NUMBER 13 AND WAS ISSUED IDENTIFICATION CARD NUMBER 38105/96 VALID FOR TEN YEARS THE SAME DAY.

28. BARHAWI HASAN, SON OF IBRAHIM, BORN ON 4 SEP 1965 IN ALEP, SYRIA.  HIS CITIZENS NUMBER IS 0409965170176.  HE IS A PHYSICIAN.  DECISION NUMBER 02/3.1-200-728 DATED 20 NOV 1997 BY K MUP SARAJEVO SIGNED BY MINISTER ISMET DAHIC APPROVES ADDITIONAL REMARKS IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS MADE BASED ON DECISION NUMBER 03-204-1689/96 DATED 10 AUG 1996 REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED KMUP SARAJEVO WITH FILE NUMBER 03-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/96 DATED 10 AUG 1996.  HE WAS REGISTERED IN THE CENTER MUNICIPALITY BOOKS FOR 1997 UNDER NUMBER 11954.  HE WAS ISSUED BIH PASSPORT NUMBER 671578 ON 21 JAN 1998, NUMBER 1436450 ON 6 SEP 1999 AND NUMBER 3804405 ON 27 AUG 2001.  HE REGISTERED HIS ADDRESS WITH THE SARAJEVO CENTER MUNICIPALITY ON 8 DEC 1997 AS KOVACEVA NUMBER 1.  LATER, ON 23 DEC 1997 HE REGISTERED WITH THE NOVI GRAD MUNICIPALITY AS TRG MEDUNARODNOG PRIJATELJSTVA NUMBER 4.  HE WAS ISSUED IDENTIFICATION CARD NUMBER 28873/97 ON 29 DEC 1997 AT THE SAME MUNICIPALITY AND LISTED THE SAME ADDRESS.  THE IDENTIFICATION CARD IS VALID FOR TEN YEARS.

29. ARNAUT ENAAM, SON OF MAHMOUD AND SUAD, BORN ON 24 JUN 1962 IN MITHIF, SYRIA.  HIS CITIZENS NUMBER IS 2406962170041.  HE HAS A MASTERS IN THEOLOGY.  SARAJEVO CENTRAL SECURITY SERVICE DECISION NUMBER 19/05-1-200-39 DATED 8 FEB 1996 SIGNED BY DEPARTMENT CHIEF MIRSAD BEGANOVIC – ZUTIC APPROVES ADDITIONAL REMARKS TO BE ENTERED IN THE CENTER MUNICIPALITY BOOK OF BIRTHS.  THIS DECISION WAS BASED ON R BIH MUP DECISION NUMBER 07/2-204/71 DATED 24 JAN 1996 REGARDING GRANTING HIM CITIZENSHIP.  THEY INFORMED THE CENTRAL SECURITY SERVICE SARAJEVO WITH FILE NUMBER 07/2-204/71 DATED 24 JAN 1996.  HE WAS REGISTERED IN THE 1996 CENTER MUNICIPALITY BOOK OF BIRTHS UNDER NUMBER 10472.  HE WAS ISSUED BIH PASSPORT NUMBER BA152480 ON 18 MAR 1996 AND NUMBER 1452892 ON 19 AUG 1999.  HE REGISTERED HIS ADDRESS WITH THE CENTER MUNICIPALITY ON 15 MAR 1996 AS H. POLOVINE STREET NUMBER 2.  LATER, ON 8 AUG 2000 HE REGISTERED AT THE NOVI GRAD MUNICIPALITY AS GRADA KALGERIJA NUMBER 6.  HE WAS ISSUED IDENTIFICATION CARD NUMBER 5936/96 ON 15 MAR 1996 VALID FOR TEN YEARS.  HE WAS MARRIED AT THE ZENICA MUNICIPALITY ON 16 JAN 1996 TO A BIH CITIZEN, AIDA BAJRAKTAREVIC.

HE WAS EMPLOYED WITH THE HUMANITARIAN ORGANIZATION "BENOVALENCE INTERNATIONAL FOUNDATION" (BIF) LOCATED ON SALKE LAGUMDZIJA STREET NUMBER 12.  HE WAS THE ADMINISTRATOR FOR THE BALKANS.

30. AL-REZ AMJAD, son of Abdo and Asima, born on 10-Sept-1962 in Damascus, Syria. Individual registration number: 1009962170022, architect by trade. The mentioned is Sarajevo Security Service Center number: 19/13-200-29/94 from 24-June-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of MUP rbih number: 07/2-204-134 from 21-June-1994 on accepting the mentioned to citizenship, which MUP rbih with act number: 07/2-204-134 from 21-June-1994 reported it to the Sarajevo Security Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1348. The mentioned possesses a bih passport, no. BH014811 issued on 23-July-1994, no. BA157924 issued on 22-June-1996 and no. 1499815 issued on 14-Apr-2000. On 06-July-1994, the mentioned declared his residence on Skeralica no. 22 at the Sarajevo municipality center. Then on 17-June-1996, at the Novi Grad municipality, he declared his residence at Teheranski trg no. 6, where on 17-June-1996, he was issued an ID card, no. 17526/96 that was valid for 10 years. On 11-May-1996, the mentioned got married at the Novi Grad – Sarajevo municipality with bih citizen Amra Alic, with whom he has a young daughter named Useyma, born on 28-Mar-1995 in Damascus, individual registry number: 2803995177180, who possessed a bih passport no. BA157293 issued on 22-June-1996 and no. 14989898 issued on 14-Apr-2000.

31. IMAD ALKHANI, son of Mamdouh and Haiat, born on 03-Feb-1965 in Hama, Syria. Individual registration number: 0302965173516, civil engineer by trade. The mentioned is Sarajevo Security Service Center number: 19/13-200-104 from 19-Dec-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of MUP rbih number: 07/2-204-1550 from 23-Nov-1994 on accepting the mentioned to citizenship, which MUP rbih with act number: 07/2-204-1550 from 23-Nov-1994 reported it to the Sarajevo Security Center. The mentioned individual was written in the municipality center birth records log in 1995 under number 3404. On 21-July-1995, the mentioned announced that his residence was in Croatia – Zagreb, Bukovacka no. 143, where at our consulate in Zagreb (request no. 553478), he received a bih passport no. BH623155 issued on 21-July-1995, but he also has possessed bih passports no. BA609697 issued on 23-Oct-1997 and no. 0972230 issued on 14-Feb-2000. On 20-Nov-1995, the mentioned declared his residence at the Old Town municipality – Sarajevo, Arapova no. 34, then on 18-Mar-1997 in the Bihac municipality on Skopska no. 40, after which on 21-Jan-2000, he declared his residence at the Ilidza municipality on Drage Filipovica no. 4. On 24-Jan-2000, he was issued an ID card no. 324/2000 that was valid for 10 years.

32. AL HALABI MOHAMED ZIAD, son of Mohamed Fahmi, born on 01-Nov-1963 in Damascus, Syria. Individual registration number: 0111963172660, electrical engineer by trade. The mentioned is Sarajevo Security Service Center number: 02/3.1-200-386 from 09-July-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih embassy in Vienna number: 495/94 from 25-Dec-1995 on accepting the mentioned to citizenship, which the rbih Ministry of Justice with act number: 495/95 from 08-July-1997 reported it to the Sarajevo canton MUP. The mentioned individual was written in the municipality center birth records log in 1997 under number 10942. The mentioned possessed bih passports no. BA290863 issued on 22-Apr-1997 and no. 0849222 issued on 18-May-1999. On 11-July-1997, the mentioned declared his residence in the municipality of Novo Sarajevo – Sarajevo, Kemala Kapetanovica no. 7, then on 22-Aug-1997 at the Old Town municipality – Pirin brijeg no. 23, so that on 12-Nov-2001, he announced his residency in the Novi Grad municipality – Teheranski trg no. 7 and on 20-Aug-1997, he was issued ID card no. 6643/97 valid for 10 years. He took out another personal ID card from the same address on 12-Nov-2001 with no. 12360/01. The mentioned individual was written in the municipality center birth records log on 11-July-1997 under number 1002, page 1. On 12-Nov-2001, he was issued personal ID card number 12360/2001 that is valid for 10 years.

33. AL GASEM SLIMAN, son of Salih and Amna, born on 04-Mar-1948 in Rakka, Syria. Individual registration number: 0403948173566. The mentioned is Sarajevo Security Service Center number: 19/13-200-28/94 from 23-June-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-152 from 14-June-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-152 from 23-June-1995 reported it to the Sarajevo Security Service

Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 12/94. The mentioned possessed bih passports no. BH035444 issued on 18-June-1994 and no. BA190897 issued on 07-June-1996. On 15-June-1994, the mentioned declared his residency at the Old Town municipality – Sarajevo, Ramica sokak no. 18, where on 15-June-1994 he was issued personal ID card no. 1046/94 that is valid for 10 years.

34. ALI KUDEIMATI, son of Abdullatif, born on 27-Mar-1961 in Alep, Syria. Individual registration number: 2703961173610, pharmacist by trade. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-362 from 07-Nov-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of Ministry of Justice and rbih general administration number: 07/2-204-747/94 from 31-July-1996 on accepting the mentioned to citizenship, which this Ministry, with act number: 07/2-204-747/94 from 31-July-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 12335. The mentioned possesses bih passport no. 0812191 issued on 01-Oct-1998. On 26-Nov-1996, the mentioned declared his residency at the Old Town municipality – Sarajevo, Adzemovica no. 128, where on 26-Nov-1996 he was issued personal ID card no. 13942/96 that is valid for 10 years.

35. ALI MIEZAR, son of Homsa and Fatima, born on 15-Sept-1962 in Swedan, Syria. Individual registration number: 1509962173569. The mentioned is Sarajevo Security Service Center number: 19/13-200-68 from 03-Apr-1995, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-110 from 30-Jan-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-110 from 30-Jan-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1995 under number 1127. The mentioned possessed bih passports no. BH099378 issued on 03-July-1995, no. BA299668 issued on 23-May-1997 and no. 0840141 issued on 06-May-1999. On 01-June-1995, the mentioned declared his residency at the Old Town municipality – Sarajevo, Edhema Mulabdica no. 12, where on 01-June, 1995 he was issued personal ID card no. 883/95 that is valid for 10 years.

　　　He is currently working with the humanitarian organization "Saudi High Commission".

36. AMIR ABDULRAZZAK, son of Abdulhamid and Mona, born on 30-Jan-1966 in Hama, Syria. Individual registration number: 3001966170066. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-226 from 30-Nov-1995, written by department Chief-of-Staff Mirsad Beganovic-Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-3195 from 15-Nov-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-3195 from 15-Nov-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1995 under number 3622. The mentioned possessed bih passports no. BH918561 issued on 21-Dec-1995, no. BA736628 issued on 26-Mar-1998 and no. 1966813 issued on 12-Sept-2000. On 07-Dec-1995, the mentioned declared his residency at the Sarajevo municipality – Bardakcije no. 1, then later on Cekalusa no. 5, where on 13-Nov-2000 he was issued personal ID card no. 7226/200 that is valid for 10 years.

37. ABDULLAH ADEL, son of Hassan and Aisa, born on 03-Dec-1960 in Mreiyieh, Syria. Individual registration number: 0312960170042. The mentioned is Sarajevo Security Service Center number: 19/13-200-10 from 21-June-1994, written by department Chief-of-Staff Senad Siljak, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1 from 07-May-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-1 from 07-May-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1287. The mentioned possessed bih passports no. BH036375 issued on 30-June-1994 and no. 0973848 issued on 16-July-1999. On 22-June-1994, the mentioned declared his residency at the Sarajevo municipality – H. Besirevica no. 27, where on 13-July-1999 he was issued personal ID card no. 6245/99 that is valid for 10 years. On his ID card, his last name is spelled AADEL.

38. IMAD AL HUSIN called "Abu Hamza", son of Mohamed and Vidad Allouch, born on 08-Oct-1963 in Mouhassan, Syria. Individual registration number: 0810963170167. The mentioned is Sarajevo Security Service Center number: 19/13-200-76 from 15-Apr-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1384 from 22-Nov-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-3184 from 12-Apr-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1995 under number 1311. The mentioned also was also issued another Sarajevo Security Service Center number: 19/136/95 from 28-Dec-1995, written by Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-454/92 from 23-Mar-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10952. On 10-May-1997, the mentioned declared his residency at the Sarajevo municipality center – Imamovica no. 29, but until 21-Aug-1997, he resided in the municipality of Maglaj-Bocinja Gornja bb, and on 27-Aug-2001 where he declared his residency in Ilidza, and on 30-Aug-2000, in the community of Sokolovici – Marice Uherke no. 141. On 14-June-1995, this same individual married with Zinajda Softic at the Sarajevo Old Town municipality. On 16-Nov-2001, the mentioned received his bih citizenship.

40. NABIL AL HASSAN, son of Kahlif Al Hassan and Rabiha, born on 28-Jan-1959 in Al Rakka, Syria. Individual registration number: 2801959170029. The mentioned is Sarajevo Security Service Center number: 17/13-200-5 from 25-Apr-1994, written by department Chief-of-Staff Senad Siljak, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-1 from 13-Apr-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-1 from 13-Apr-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 862. The mentioned possessed bih passports no. BH425484 issued on 06-Aug-1994, no. BA371718 issued on 04-Dec-1996 and no. 0890480 issued on 10-Mar-1999. On 04-Mar-1994, the mentioned declared his residency at the Sarajevo municipality center - Asikovac no. 4, but after 04-Sept-1998, on Hazima Sabanovica no. 6. Information confirms that the mentioned lives with his family at the latter address. On 24-May-1995, he married with Dika Calija at the Old Town municipality.

Before the war, the same individual completed medical school in Sarajevo, then afterwards specialized in ophthalmology. He is currently working in the eye clinic at the Sarajevo Control Measures Center.

41. AMAL AL CHAMI, daughter of Karim Abdul and Mehdie, born on 24-Aug-1970 in Hama, Syria. Individual registration number: 2408970178526. The mentioned individual was written in the municipality center birth records log in 1996 under number 10719. The mentioned possessed bih passports no. BH721110 issued on 29-Oct-1995 and no. BA271668 issued on 06-Aug-1996. On 19-July-1996, the mentioned declared her residency at the Old Town municipality – Sarajevo, Sagrardzije no. 70, where on 17-July-1996 she was issued personal ID card no. 8974/96 that is valid for 10 years. Information has confirmed that this individual does not reside at the mentioned address.

42. MUHAMED HASAN AL FAHEL, son of Abdulkadir, born on 22-Aug-1954 in Damascus, Syria. Individual registration number: 2208954172284. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: UP-1-02/3.1-13-0-253 from 28-Mar-2000, written by sector Chief-of-Staff Senad Masovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-2991 from 13-Nov-1995 on accepting the mentioned to citizenship, which the bih Ministry of Civil Affairs and Communication, with act number: 03-204-435/00 from 02-Mar-2000 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 2000 under number 10564. The mentioned possessed bih passport no. BA627894 issued on 17-Feb-1998 and under individual registration no: 2208954000000 issued at our consulate in Bonn (based on request no. 721257) taking into consideration that he requested residency in Germany. On 20-Apr-2000, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, Hekim O. No. 113.

43. MOHAMED MAHER ALDABAK, son of Ahmed, born on 15-Sept-1957 in Hama, Syria. Individual registration number: 1509957174381. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: UP-1-02/3.1-130-469 from 25-Mar-1999, written by sector Chief-of-Staff Zijad Sabitovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih General Consulate in Istanbul number: 06-169/95 from 25-Dec-1995 on accepting the mentioned to citizenship, which the bih Ministry of Civil Affairs and Communication, with act number: 03-204-585/99 from 09-Mar-1999 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1999 under number 10790. The mentioned possessed bih passports no. BH630233 issued on 26-Feb-1997 and no. 1052039 issued on 16-June-1999. On 15-June-1999, the mentioned declared his residency at the Vogosca municipality – Barica no. 117.

44. ABDO MAHMOUD, son of Bacco, born on 01-Apr-1962 in Arslich, Syria. Individual registration number: 0104962172296. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs decision number: 02/3.1-200-677 from 30-Oct-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of Sarajevo Ministry of Justice and general administration number: 03-204-3582/96 from 18-Dec-1996 on accepting the mentioned to citizenship, which the bih Ministry of Justice and general administration, with act number: 03-204-3582/96 from 18-Dec-1996 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1997 under number 11840. The mentioned possesses bih passport no. 733031 issued on 15-Dec-1998. On 15-Aug-2000, the mentioned declared his residency at the Hadzici municipality – Usivak no. 79.

45. SHEHADA RIAD, son of Mohamed and Seham, born on 23-Sept-1956 in Alep, Syria. Individual registration number: 2309956173610. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-34 from 30-Jan-1996, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-3848 from 22-Jan-1996 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-3848 from 22-Jan-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10727. The mentioned possessed bih passports no. BA005910 issued on 12-June-1996, and no. 1967503 issued on 22-Nov-2000 on individual registration number: 2309956173610, issued at our Consulate in Bonn (based on request no. 643774). On 22-Nov-2000, the mentioned declared his residency at the Old Town municipality – Sarajevo, Rogina no. 32, where on that same date, he was issued personal ID card no. 3785/2000 that is valid for 10 years. Information has confirmed that the individual does not reside at the mentioned address.

46. MARWAN SABRI, son of Farid Mohamed and Moukarram, born on 06-May-1946 in Jafa-Damascus, Syria. Individual registration number: 0605946170169. The mentioned is Sarajevo Cantonal MUP Center number: 05/3-13-0-4267/99 from 08-Dec-1999, written by Chief-of-Staff Mevludin Halilovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of proof that is available at the police station and accepted in article 28. Law on personal records, articles 38 and 38, bih citizenship laws and article 200 paragraph 1, laws on administrative procedures. The mentioned individual was written in the municipality center birth records log in 1999 under number 13237. The mentioned declared his residency at the Sarajevo Center municipality on 22-Dec-1999 – Pruscakova no. 10. The same individual on 26-Dec-1970 married in Pusca Zapresic with Nadica Porodec, which was recorded in the Zapresic marriage records book. Information confirms that residence of the mentioned is not evident on Pruscakova 10.

47. EDDIN ALI SAAD, son of Ahmad and Aly-a, born on 15-July-1939 in Homs Kaferlaha, Syria. Individual registration number: 1507939172255. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-221 from 18-Nov-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-2468 from 16-Sept-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2468 from 16-Sept-1995 reported it to the

Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10724. The mentioned possesses a bih passport no. BH852664 issued on 16-Jan-1996 issued on individual registration number: 1507939000000, which was issued at our consulate in Bonn (based on request no. 620687). On 24-July-2000, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, Kalgarija no. 6.

48. YASER OBEID, son of Mohammad, born on 06-May-1965 in Hama, Syria. Individual registration number: 0605965172709. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: 02/3.1-200-652 from 16-Sept-1998, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of a decision by the bih Ministry of Civil Affairs and communication number: 03-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/97 from 20-Dec-1997 on accepting the mentioned to citizenship, which the bih Ministry of Justice and general administration, with act number: 03-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/98 from 15-Sept-1998 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1998 under number 11601. The mentioned possesses a bih passport no. 0801087 issued on 18-Sept-1998. On 17-Sept-1998, the mentioned declared his residency at Novo Sarajevo municipality – Sarajevo, Dobojska no. 1.

49. AHMAD MOSSLI, son of Muhamed Ruhine and Daruk Al-Hinawe, born on 05-Feb-1965 in Homs, Syria. Individual registration number: 0502965170036. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-206 from 06-Feb-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-2470 from 06-Feb-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2470 from 26-Sept-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10471. On 08-Apr-1996, the mentioned declared his residency at the Center municipality – Sarajevo, Himze Polovine no. 2. Information has confirmed that the individual is not residing at the H. Polovine 2 address.

50. ABDULAH MHANNA, son of Mahmud, born on 01-Jan-1959 in Maara Artik, Syria. Individual registration number: 0101959173568. The mentioned possessed bih passports no. BA236321 issued on 10-Oct-1996 and no. 1057657 issued on 12-June-1999. On 03-Mar-1997, the mentioned declared his residency at the Old Town municipality – Sarajevo, Zagrici no. 6, while also on 03-Mar-1997 he was issued personal ID card no. 1275/97 that is valid for 10 years.

51. FIRAS KOUDEIMATI, son of M. Adel and Lamia Lababidi, born on 27-May-1973 in Alep, Syria. Individual registration number: 2705973172299. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-129 from 22-July-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1541 from 18-July-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-1541 from 18-July-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1995 under number 2189. The mentioned possessed bih passports no. BA287586 issued on 29-May-1997 and no. 1041072 issued on 12-July-1999. On 04-July-1997, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, S. Lagumdzije no. 15, where he was issued personal ID card no. 15213/97.

52. LOUAY KHECHAN, son of Mohamed and Jalila, born on 08-Jan-1963 in Alep, Syria. Individual registration number: 0801963172659, dentist by trade and employed at the Saudi High Committee. The mentioned is Sarajevo Security Service Center number: 19/13-200-27/94 from 22-June-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-46 from 22-June-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-46 from 22-June-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1294. The mentioned possessed bih passports no. BH015274 issued on 06-July-1994, no. BA358048 issued on 29-Oct-19967 and no. 0847272 issued on 06-Apr-1999. On 25-Feb-1999, the mentioned declared his residency at the Novo Sarajevo

municipality – Sarajevo, A. Sacirbegovic no. 16, where he also was issued personal ID card no. 2426/99. On 27-July-1996, the individual wed at the Novo Sarajevo municipality with Jasmina Babic.

53. HABIB KHASHOUF, son of Youssef and Hikmet, born on 09-Jan-1962 in Kneinas, Syria. Individual registration number: 0901962173532. The mentioned is Sarajevo Security Service Center number: 19/13-200-21 from 03-June-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-23 from 13-Apr-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-23/93 from 13-Apr-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1293. The mentioned possessed bih passports no. 0978294 issued on 08-Feb-1998 and no. 3796750 issued on 18-July-2001. On 26-May-1997, the mentioned declared his residency at the Old Town municipality – Sarajevo, Mackareva no. 5. On 05-May-1999 he wed at the Sarajevo Center municipality with Enisa Dzogovic, who are logged in the marriage records book as no. 118/98. They reside on Mackareva no. 5.

54. MOHAMED KATTAE, son of Mohamed, born on 09-Apr-1966 in Rakka, Syria. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-263 from 30-Sept-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 03-204-2887 from 05-Aug-1996 on accepting the mentioned to citizenship, which the rbih Ministry of Justice and general administration, with act number: 03-204-2700/96 from 05-Aug-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1997 under number 10024. We would like to mention that in his birth records book, his last name is spelled Kaltae, while the decision by the Sarajevo Security Service Center with number 19/05-1-200-263 from 30-Sept-1996 has his last name as Kattae. The mentioned possessed bih passports no. BA266984 issued by the Zenica police on 03-Mar-1996 and no. 0844764 issued on 17-Mar-1999.

55. FATEH KAL, son of Mohamed, born on 04-Apr-1944 in Alep, Syria. Individual registration number: 0404944172657. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: 02/3.1-200-608 from 29-Sept-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Embassy in Kuwait number: 701/95 from 05-Dec-1995 on accepting the mentioned to citizenship, which the bih Ministry of Justice and general administration with act number: 701/95 from 19-Sept-1997 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1997 under number 11646. The mentioned possesses bih passport no. BH245396 issued on 05-Mar-1994 issued through individual registration number 0404944100000 and at our consulate in Zagreb (based on request no. 140079), taking into consideration that on 04-Mar-1994, he declared his residency to be Zagreb, Croatia. On 04-Oct-1997, the mentioned declared his residency at the Novo Sarajevo municipality – Sarajevo, Humska no. 345.

56. JUSUF HERH, son of Hasan, born on 30-Sept-1944 in Alep, Syria. Individual registration number: 3009944173585. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-2 from 07-Jan-1997, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 03-204-1717/96 from 15-Aug-1996 on accepting the mentioned to citizenship, which the rbih Ministry of Justice and general administration, with act number: 03-204-1717/96 from 31-July-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1997 under number 10032. On 17-Jan-1997, the mentioned declared his residency at the Old Town municipality – Sarajevo, Adzemovica no. 9. Information has confirmed that the mentioned resides with his family at this address.

57. TAMIN HELO, son of Hussin and Nayfeh, born on 10-May-1965 in Salamieh, Syria. Individual registration number: 1005965170028, pharmacist by trade. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-13 from 17-Jan-1996, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-3440 from 06-Jan-1996 on accepting the mentioned to

citizenship, which the rbih MUP, with act number: 07/2-204-3440 from 06-Jan-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10217. The mentioned possessed bih passports no. BH921048 issued on 05-Feb-1996 and no. 0848612 issued on 09-Feb-1999. On 24-Jan-1996, the mentioned declared his residency at the Center municipality – Sarajevo, Imamovica no. 29, then on 19-Mar-2001, he declared his residency at the Novi Grad municipality – Sarajevo, Kunovska no. 6, where he was issued personal ID card no. 2370/2001 that is valid for 10 years. Information has confirmed that the mentioned does not reside at this address.

58. MAHMOUD HARIRI, son of Ahmad, born on 29-Mar-1967 in Damascus, Syria. Individual registration number: 2903967180162. The mentioned possessed bih passports no. BH521758 issued on 04-Nov-1995, no. 0937259 issued on 21-Dec-1998 and no. 1367628 issued on 05-Jan-2001. On 16-Aug-1995, the mentioned declared his residency in Tuzla on Pionirske divizije no. 1, then on 19-Nov-1998, he renounced that address for Sarajevo. Then on 01-Dec-1998, he declared his residency at Novi Grad municipality – Sarajevo, Safet Hadzica no. 57, where on 17-Apr-2000 he was issued personal ID card no. 4515/2000 that is valid for 10 years.

59. MOHAMMED SHARIF HAKMI, son of Abdul Baset, born on 21-May-1964 in Homs, Syria. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: 02/3.1-200-254 from 13-May-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 07/2-204-143/96 from 15-Aug-1996 on accepting the mentioned to citizenship, which the rbih Ministry of Justice and general administration, with act number: 07/2-204-3989/96 from 05-May-1997 reported it to the Sarajevo Cantonal Ministry on Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1997 under number 11228. The mentioned possesses a bih passport no. BA027527 issued on 05-Feb-1997 at our embassy in Vienna (based on request no. 733416), taking into consideration that he declared his residency in Vienna, Austria.

60. EMAD HAJALI, son of Nassar and Madallaleh, born on 05-Sept-1962 in Souieda, Syria. Individual registration number: 0509962170013. The mentioned is Sarajevo Security Service Center number: 19/13-200-36 from 06-July-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-8 from 29-June-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-8 from 05-July-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1405. The mentioned possesses a bih passport no. BA611536 issued on 27-Oct-1997 at our consulate in Stuttgart (based on request no. 751145) taking into consideration that he declared his residency in Gundheim, Germany. On 09-Feb-1994, the mentioned individual wed with Amela Barucija at the Old Town municipality.

61. AHMAD HACHMI, son of Mohamad Sfwat, born on 28-Apr-1961 in Alepa, Syria. Individual registration number: 2804961173522, dentist by trade and employed at "Omer Maslic" clinic. The mentioned possessed bih passports no. BH720117 issued on 12-Mar-1995, no. BA264152 issued on 21-Jan-1997 and no. 0955521 issued on 09-Mar-1999. On 22-Nov-1991, the mentioned declared his residency at the Old Town municipality – Sarajevo, Zagrici no. 27. Then on 29-Sept-1997, he declared his residency at the Center municipality – Sarajevo, Herceg Stjepana no. 2 where on the same day, he also was issued a personal ID card no. 13929/97 that is valid for 10 years.

62. ABDULZAHIR GHANOMEH, son of Abdulganija, born on 05-Feb-1955 in Homs, Syria. Individual registration number: 0502955171522. The mentioned possessed bih passports no. 467793 issued on 16-Aug-1993 at our consulate in Istanbul (based on request no. 300785) taking into consideration that he resided at the Kavakli camp in Turkey, no. BA217796 issued on 19-Aug-1996, no. 0840545 issued on 15-May-1999 and no. 3798642 issued on 25-July-2001. On 03-Feb-1986, the mentioned declared his residency at the Ilidza municipality on Ljubovija, from 28-May-1986 on Ljubuncica no. 29. Then on 14-July-1986, he announced his residency in Pec, then on 06-Oct-1986, he once again declared his residency at the Ilidza municipality on Ljubuncica no. 29. On 29-June-1996, he was issued a personal ID card for that address no.

6849/96 that is valid for 10 years. Information has confirmed that the mentioned does reside at this address on Ljubuncica no. 29.

He is currently working as a driver for the Saudi Arabian Embassy in Sarajevo.

63. HUDA FIRDUS, daughter of Youssef, born on 16-Aug-1966 in Homs, Syria. Individual registration number: 1608966177650, pharmacist by trade and employed at "Kosevo". The mentioned possessed bih passports no. BH026287 issued on 22-Mar-1993, no. BA414645 issued on 30-June-1997 and no. 1247578 issued on 05-May-1999. On 04-June-1996, the mentioned declared her residency at the Novi Grad municipality – Sarajevo, Zrtava fasizma no. 6, where on the same day, she was issued personal ID card no. 16373/96 that is valid for 10 years. Information has confirmed that the mentioned resides at this address with her family.

64. MOHAMED-YASSER EIDO, son of Hasan, born on 06-June-1964 in Alep, Syria. Individual registration number: 0606964190025. The mentioned possesses a bih passport no. 1513089 issued on 06-June-2000. On 20-Dec-1995, the mentioned declared his residency in Zenica on Lukovo polje no. 106, then renounced it on 28-July-1999 when he moved to Tuzla 15. Then on 29-Dec-1999, he went to Sarajevo and on 05-Jan-2001, he declared his residence at Novi Grad municipality – Sarajevo, S. Fraste no. 5, where on the same day he was issued personal ID card no. 80/2000 that is valid for 10 years. He is the father of a young son named Hasan Eido, born on 28-Jan-1994 and possesses bih passport no. 1513089 issued on 05-June-2000. Information confirms that the mentioned does not reside at the latter address.

65. MOHAMED DABA, son of Alia and Sabhia, born on 10-May-1966 in Rakka, Syria. Individual registration number: 1005966173616. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs decision number: UP-1-02/3.1-13-0-1903 from 09-Nov-1999, written by sector Chief-of-Staff Senad Masovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1618 from 23-Nov-1994 on accepting the mentioned to citizenship, which the bih Ministry of Civil Affairs and communication, with act number: 03-204-2627/99 from 28-Oct-1999 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1999 under number 12985. On 19-Nov-1999, the mentioned declared his residency at the Old Town municipality – Sarajevo, Safvet bega Basagica no. 37/B. On 14-Aug-1992 he wed with Selma Catic at the Old Town municipality in Sarajevo.

We have confirmed that the individual does not reside nor has he ever resided at the mentioned address.

66. IBRAHIM BAJAK, son of Ahmet-Fadil and Semira, born on 12-Dec-1961 in Alep, Syria. Individual registration number: 1212961172294. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-10 from 11-Jan-1996, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-3411 from 29-Dec-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-3411 from 29-Dec-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10408. The mentioned possessed bih passports no. BH869588 issued on 17-May-1996 at the Consulate General in Istanbul and no. 1436876 issued on 02-Sept-1999. On 26-Aug-1999, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, Teheranski trg no. 6.

67. EDDIN SAAD FAYIZ, son of Aliy and Saada, born on 08-May-1961 in Homs Kaferlaha, Syria. Individual registration number: 0805961172290. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-221 from 18-Nov-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-2468 from 16-Sept-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2468 from 16-Sept-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10725. The mentioned possesses a bih passport no. BH852665 issued on 16-Jan-1996 at our consulate in Bonn (based on request no. 620688) with individual registration number: 0805961000000. On 24-July-2000, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, Kalgarija no. 6.

68. ALLAEDDIN BENI, son of Abdurahmana, born on 08-Dec-1964 in Alep, Syria. Individual registration number: 0812964172298. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-281 from 08-Oct-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 07/2-204-174/96 from 23-July-1996 on accepting the mentioned to citizenship, which this ministry's act number: 07/2-204-174 from 24-July-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1997 under number 10258. On 05-Mar-1997, the mentioned declared his residency at the Novi Grad municipality – Sarajevo, J. Jolovica no. 2.

69. MOHAMED-SAID BAJEK, son of Ahmed Fadel, born on 30-Apr-1960 in Alep, Syria. Individual registration number: 3004960152731. The mentioned possessed bih passports no. BH720298 issued on 02-May-1995, no. BA264879 issued on 17-Jan-1997 and no. 0976676 issued on 17-Jan-1999. On 10-Mar-1992, the mentioned declared his residency in Ljubuski – Vitina bb, then on 20-Mar-1992, he left for Sarajevo and on 23-Mar-1992, he declared his residency at the Novi Grad municipality – Sarajevo, Teheranski trg no. 6, where on 31-July-1994 he was issued a personal ID card (the number was not written).

70 AHMAD ATTAR, son of Mohamed, born on 02-Feb-1961 in Alep, Syria. Individual registration number: 0202961173614. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-378 from 22-Nov-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 07/2-204-770 from 08-Nov-1996 on accepting the mentioned to citizenship, which the rbih Ministry of Justice and general administration, with act number: 07/2-204-770/96 from 19-Nov-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 12380. The mentioned possessed bih passports no. BH479474 issued on 19-Oct-1993 through individual registration number: 0202961000000 at our consulate in Vienna (based on request no. 911105) taking into consideration that he resided in Luzern, Switzerland on Zurichstr. 64, and no. BA673671 issued on 15-Jan-1998. On 03-Dec-1996, the mentioned declared his residency at the Old Town municipality – Sarajevo, Adzemovica no. 28 and from 20-Mar-1997, at the Center municipality – Sarajevo, Jukiceva no. 51. Information has confirmed that the mentioned resides at the latter address. On 05-June-1999, the mentioned wed with Amela Masic at the Old Town municipality. The first name in his birth records book states that his first name is Ahmed.

71. ARANAOT TUMAN, son of Mahmood and Soad, born on 18-Apr-1961 in Hama, Syria. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-162 from 21-Sept-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-2331 from 22-Aug-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2331 from 22-Aug-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10473. The mentioned possesses a bih passport no. BA005905 issued on 12-June-1996 in his name. But, the date of birth is 17-Apr-1961, and the place of birth is Saudi Arabia. The passport was issued at our consulate in Bonn (based on request no. 643773) taking into consideration that the mentioned individual resided in Medina, Saudi Arabia – P.O. Box 1615.

72. GHASSAN ALTABARI, son of Faiz, born on 25-June-1950 in Deraa, Syria. Individual registration number: 2506950171519, university professor. The mentioned possessed bih passports no. BH720101 issued on 12-Mar-1995 at our consulate in Istanbul (based on request no. 305943) taking into consideration that he resided in Al-Hasa, Saudi Arabia – King Faisal University, no. BH720102 from 12-Mar-1995 and no. 264437 issued on 24-Jan-1997. On 21-Feb-1991, the mentioned declared his residency at the Ilidza municipality – Butmirska cesta no. 16, where on 23-Jan-1997 he was issued personal ID card no. 817/97 that is valid for 10 years. Information confirms that the mentioned does not reside at that address (that address is actually the location for the Ilidza municipality Center for Social Work).

73. EISSA YOUSSEF, son of Khalafa and Rafdaf, born on 07-Mar-1968 in Chaafa, Syria. Individual registration number: 0703968170008. The mentioned is Sarajevo Security Service Center number: 19/13-200-81 from 28-Oct-1994, written by department Chief-of-Staff Senad Povlakic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-744 from 15-Oct-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-744 from 15-Oct-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 2441. The mentioned possessed bih passports no. BH535369 issued on 26-Sept-1995, no. BA687072 from 12-Mar-1998 and no. 1040648 issued on 04-June-1999. On 06-Aug-1998, the mentioned declared his residency at the Vogosca municipality – Skendera Kulenovica no. 77. The mentioned is currently employed at the humanitarian organization "Igasa".

74. AL-KADRI ALI ZAHED, son of Mohiedin and Maryam, born on 15-June-1966 in Damascus, Syria. Individual registration number: 1506966170187. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: 02/3.1-200-625 from 06-Oct-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1050 from 24-May-1995 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-1050 from 03-Oct-1997 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 1998 under number 10151. On 02-Feb-1998, the mentioned declared his residency at the Center municipality – Sarajevo, Imamovica no. 12.

75. MOHAMED SAYED TAHHAN, son of Kamil, born on 05-July, 1961 in Alep, Syria. Individual registration number: 0507961170165. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-223 from 27-Aug-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 07/2-204-887/96 from 31-July-1996 on accepting the mentioned to citizenship, which the bih Ministry of Justice and general administration, with act number: 07/2-204-887 from 31-July-1996 reported it to the mentioned Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 12065. The mentioned possessed bih passports no. BA258841 issued on 02-Sept-1996 and no. 0955292 issued on 22-Feb-1999. On 09-Nov-2000, the mentioned declared his residency at the Novo Sarajevo municipality – Sarajevo, Dz. Bijedica no. 100, while on 10-Nov-2000, using the same address, he was issued personal ID card no. 7908/2000 that is valid for 10 years.

76. MEMUN SEMDIN, son of Taufik, born on 29-Oct-1946 in Sam-Damascus, Syria. Individual registration number: 2910946172662. The mentioned possessed bih passports no. BH580631 issued on 04-Nov-1994 and no. 0898459 issued on 14-Mar-1999. On 11-Jan-1996, he was issued personal ID card no. 814/96 that is valid for 10 years. Then on 19-Feb-1999, he declared his residency at the Novo Sarajevo municipality – Sarajevo, Zmaja od Bosne no. 38.

77. SULTAN HUMUS, son of Sultan Jusuf, born 01.01.1956 in Damascus, Syria, Personal ID Number 0101956172293. The above mentioned, via Decision of the Sarajevo Cantonal MUP no. UP-1-02/3.1-13-0-257 dated 20.03.2000, signed by Sector chief Senad Masovic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2992 dated 13.11.1995 regarding the entry of the above mentioned into Republic of bih citizenship, regarding which the Ministry of civil affairs and communications of bih via act no. 03-204-436/00 dated 02.03.2000 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 2000 under number 10543. The above mentioned possessed a bih travel document no. BH 852663 issued 16.01.1996 in our Diplomatic-Consular Office in Bonn (on the basis of request no. 620689) since the same resided in Germany (he had a registered P.O. Box 61148) The above mentioned on 20.04.2000 registered his residence in Novi Grad municipality – Sarajevo, H.O. Alipasa street no. 113.

78. KHEDR SAMIR, son of Mahmud and mother Subhija, born 02.03.1968 in Mayaden, Syria, Personal ID Number 0203968173527. The above mentioned, via Decision of the Sarajevo CSB no. 19/13-200-

109 dated 22.12.1994, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1762 dated 03.12.1994 regarding the entry of the above mentioned into Republic of bih citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-1762 dated 20.12.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1994 under number 2773. The above mentioned possessed bih travel documents no. BA524083 issued 20.08.1997 in the Travnik police directorate, and no. 1454971 issued in the Travnik police directorate. The above mentioned on 22.12.1994 registered his residence in Stari Grad municipality – Sarajevo, Zelenih beretki street no. 40, and then on 13.03.1997 he registered residence in Travnik municipality.

79. TAIFOUR SAMER, son of Mohamed Abed and mother Nadera, born 29.06.1961 in Hama, Syria, Personal ID Number 2906961172663. The above mentioned via Decision of the Sarajevo Cantonal MUP no. 02/3.1-13-200-166 dated 21.03.1997, signed by minister Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of bih no. 03-204-3552/96 dated 04.03.1996 regarding the entry of the above mentioned into bih citizenship, regarding which the Ministry of justice and general administration of bih via act no. 03-204-3552/96 dated 04.03.1997 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1997 under the number 11019. The above mentioned on 22.04.1998 registered his residence in Novo Sarajevo municipality – Sarajevo, Samokovlije street no. 147, after which on 31.05.2001 he registered his residence in Zepce municipality – Golubinja, Golubinja street bb.

80. ALO SAADALLAH, son of Sido and mother Halima, born 06.04.1963 in Safita, Syria, Personal ID Number 0604963190010, engineer by profession. The above mentioned via Decision of the Sarajevo Cantonal MUP no. 02/3.1-13-200-552 dated 07.11.1997, signed by minister Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP no. 07/2-204-2986 dated 20.10.1995 regarding the entry of the above mentioned into bih citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 03-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/97 dated 18.08.1997 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1997 under number 11857. The above mentioned in 1997 registered his residence in Republic of Croatia – Zagreb, V. Kovacica street no. 26, where in our Diplomatic-Consular Office in Zagreb (request no. 615446) received a bih travel document no. BA802099, issued 17.12.1997. The above mentioned on 12.11.1997 registered his residence in Zenica municipality, M. Seida Serdarevica street no. 17.

81. AWAD AIMAN, aka "Abu Ejmen", son of Abdulrahman and mother Khola nee Al Hejazi, born 01.04.1964 in Mneen, Syria, Personal ID Number: 0104964173605 and Personal ID Number: 0104964190089, determined 16.11.1995 in the Zenica police directorate. The above mentioned, via Decision of the Sarajevo CSB no. 19-136/95 dated 28.12.1995, signed by Department chief Mirsada Beganovic ―Zutic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP no. 09/2-204-461/92 dated 23.03.1992, regarding the entry of the above mentioned into Republic of bih citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-2813 dated 03.10.1995 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in 1996 under number 10974. The above mentioned on 16.11.1995 registered his residence in Zenica municipality, zavnobih street no. Bb, on 07.07.1997 her registered his residence in Stari Grad municipality – Sarajevo, Pod hridom street no. 4, after which on 15.11.1999 he registered his residence in Maglaj municipality – Bocinja Gornja, Dolina street bb, where he resided in the house of Nedeljko Zekic, and afterwards on 24.08.2001 he registered his residence in Zenica municipality, Islambegovica put street no. 5a. The above mentioned had his bih citizenship rescinded on 16.11.2001. The above mentioned is the authorized representative of the humanitarian organization "Comunita Islamica Internazionale", based in Milano, Jenner street no. 50, while the Zenica offices are at Bistua Nova street bb, Perin Han, Contact phone no. 032-416-764 and 416-762.

82. AL SALAMAT NAIM, son of Ibrahim, born 05.09.1969 in Al-Hrak, Syria, Personal ID Number: 0509969174383. The above mentioned, via Decision of the Sarajevo CSB no. 19/05-1-200-446 dated 30.12.1996, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih no. 07/2-204-731 dated 16.12.1996, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 07/2-204-731 dated 16.12.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in Sarajevo in 1997 under number 10039. He possessed a bih travel document no. BA264608 issued 16.01.1997 in which his residence was listed as Vogosca municipality – Stara cesta jezera street no. 37, where he was issued a Personal ID Card no. 128/97.

83. AL-TAWIL RINA, daughter of Abdul Rezak and mother Enisa nee Dzaferovic, born 18.01.1976 in Dar el Shifa – Damascus, Syria, Personal ID Number: 1801976105016. The above mentioned, via Decision of the Sarajevo Cantonal MUP, Novo Sarajevo police directorate, no. 06/3-13-4-154699 dated 24.08.1999, signed by chief Munib Zigo, was approved subsequent entry into the Birth Registry of the Novo Sarajevo municipality. This Decision was brought on the basis of evidence presented by Rina Al-Tawil, and the application of art. 28 of the Law of Birth Registries and the Law of citizenship, and the Law of administrative action. She possessed bih travel documents no. BA084497 issued 17.04.1996 and no. 0853115 issued 07.04.1999, where her address of residence is listed as Trebevicka street no. 10 – Sarajevo. The above mentioned on 25.07.1985 registered her residence in Banja Luka municipality, Fadila Maglajlica street no. 23.

84. MOHAMMED ZAKARIA, son Jahia and mother Alia, born 15.05.1964 in Hama, Syria, Personal ID Number: 1505964110091. The above mentioned, via Decision of the Sarajevo CSB no. 19/05-1-200-279 dated 04.10.1996, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP no. 07/2-204-224 dated 28.02.1995, regarding which the Ministry of justice and general administration of Republic of bih via act no. 07/2-204-224 dated 28.09.1996 informed the Sarajevo CSB. The The above mentioned was entered into the Birth Registry of the Centar municipality in Sarajevo in 1997 under number 10414. The above mentioned on 27.09.1999 registered his residence in Bihac, Kordunska street bb. The same on 19.06.1994 married Alfanar Nada (Birth Registry no. 1600/94) in Hama, Syria. In the MUP records and in the Birth Registry excerpt

Of the Centar municipality the name listed is Askar Mohammed Zakaria, while in the Decision of the CSB in question the name entered is Mohammed Zakaria.

85. MASRI AHMED, son of Zakaria, born 20.10.1962 in Aleppo, Syria, Personal ID Number 2010962170164. The above mentioned, via Decision of the Sarajevo Cantonal MUP no. UP-1-02/3.1-130-52 dated 25.01.1999, signed by Sector chief Zijad Sabitovic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of civil affairs and communications of bih no. 03-204-2706/96 dated 23.12.1997, regarding which the Ministry of civil affairs and communications of bih via act no. 03-204-2706/96 dated 03.09.1998 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in Sarajevo in 1999 under number 10117. The above mentioned on 15.02.1999 registered his residence in the Centar municipality – Sarajevo, Avde Jabucice street no. 48, while previously he had registered his residence in Bihac, from where he had cancelled residence on 05.03.1999.

86. SAFUR MUHIDIN, son of Mahmud, born 21.08.1936 in Homs, Syria, Personal ID Number: 2108936180038. The above mentioned, via Decision of the Sarajevo Cantonal MUP no. 19/05-1-200-68 dated 03.02.1997, signed by minister Ismet Dahic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih no. 07/2-204-387/96 dated 29.01.1997, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 07/2-204-387/96 dated 29.01.1997 informed the Sarajevo Cantonal MUP. The above mentioned was entered into the Birth Registry of the Centar municipality in Sarajevo in 1997 under number 10231. The above mentioned on 03.03.1997 registered his residence in Tuzla municipality, Slavka Micica street no. 24.

87. MOUSSALLI MUHAMED BACHAR, son of Abdul Kader, born 01.09.1958 in Aleppo, Syria, Personal ID Number: 0109958172666, physician by profession. He possessed bih travel documents no. BH536574 issued 19.10.1995, no. BA 666337 issued 26.11.1997, and no. 0990536 issued 24.01.1998. The same on 08.10.1991 registered his residence in Novo Sarajevo municipality – Sarajevo, Grbavicka street no. 61/I, after which on 01.07.1994 he registered his residence in Stari Grad municipality – Sarajevo, M.P. Sokolovica street no. 20.

88. AL KHALIL MOUSTAFA, son of Neoman and mother Sehan, born 16.02.1966 in De Ezor, Syria, Personal ID Number: 1602966172200, surgeon by profession. He possessed bih travel documents no. BH531841, dated 09.05.1995, no. BA287535, dated 29.08.1997, no. 0852881, dated 09.11.1999. The above mentioned registered his residence on 10.06.1994 in Novi Grad municipality – Sarajevo, Olimpijskih pobjednika street 14/II, where he was issued a Personal ID Card no. 2576/94, valid for 10 years.

89. BAKOU MUSTAFA, son of Mohamed, born 05.08.1962 in Rakka, Syria, Personal ID Number: 0508962172176, professor of Arabic language by profession, employed by the "World Islamic Commissariat" humanitarian organization from Kuwait. He possessed a bih travel document no. 1046168 issued 23.06.1999. The above mentioned registered his residence on 01.06.1996 in Novi Grad municipality – Sarajevo, Vrbovska street no. 10, where he was issued a Personal ID Card no. 3814/96.

90. CHIHA SOUBHI, son of Muhamed, born 13.05.1964 in Aleppo, Syria, Personal ID Number: 1305964173523, physician – dentist by profession. He possessed a bih travel document no. BH869609 issued 28.05.1996 in the GK (DOCEX comment: General Consulate?) In Istanbul. The above mentioned on 09.03.1994 registered his residence in Stari Grad municipality – Sarajevo, M.C. Catica street no. 12, after which on 23.12.1997 he registered residence in Centar municipality – Sarajevo, Borak street no. 14.

91. JAWICH BASAM, son of Issa, born15.01.1946 in Daraa, Syria, Personal ID Number: 1501946180907, mechanical engineer by profession. He possessed bih travel documents no. BH218264 issued 03.10.1965, no. BA258421 issued 31.08.1996, and registered residence in Stari Grad municipality – S. Milutinovic street no. 9/III, where he was issued a Personal ID Card no. 11473/96, and no. 0854060 issued 23.04.1999 with residence registered in Ilidza municipality – Lepenicka street no. 31.

77. TANICH BACHAR, son of Mustafa and mother Essad, born 05.11.1961 in Hama, Syria, Personal ID Number: 0511961173536, professor by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/95-1-200-123 dated 19.07.1995, signed by Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of the Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1128 dated 23.06.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-1128 dated 27.06.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1996 under number 10718. He possessed bih travel documents no. BH721109 issued 29.10.1995 in GK Istanbul, and no. BA271602 issued 06.08.1996. The above mentioned on 09.07.1996 registered his residence in Stari Grad municipality – Sarajevo, Sagardzije street no. 70. He is the father of three children – daughter Hanin, born 07.07.1989 in Aman, Jordan, son Hamza, born 17.08.1990 in Peshawar, Pakistan, and son Barza, born 06.04.1993 in Peshawar, Pakistan. The above mentioned is married to Amal Al Chami. They reside at the registered address.

78. TUHMAZ MAYSOUN, daughter of Nizar, born 01.01.1979 in Homs, Syria, Personal ID Number: 0101979175192, student by occupation. She possessed a bih travel document no. BA344256 issued 07.05.1997, in which she listed her registered residence in Centar municipality – Sarajevo, M. Mikulica street no. 8. The above mentioned on 05.05.1997 registered her residence in Centar municipality – Sarajevo, M. Mikulica street no. 8, after which on 23.08.1999 she registered her residence in Bihac municipality, B. Buhe street no. 24, and on 02.03.2001 she registered her residence in Bosanska Krupa municipality – Buzim.

79. AVDOVIC ALI, son of Ismail, born 18.08.1956 in Damascus, Syria, Personal ID Number: 1808956174180. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-358 dated 04.11.1996, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of bih no. 03-204-361 dated 15.08.1996 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act number: 03-204-361 dated 30.10.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of the Centar municipality in 1997 under number 10797. The above mentioned on 23.06.1997 registered his residence in Visoko municipality – Luke settlement, no. 3

80. TALLAWI MOHAMED ANAS, son of Kamal and mother Madiha, nee Basuri, born 26.08.1964 in Hama – Mahalbeh, Syria, Personal ID Number: 2608964124111. The above mentioned, as a student of the Faculty of Medicine in Sarajevo, has been in bih since 1986, and on 09.04.1993 in Tesanjka, he married bih citizen Amira Prasko from Golubinja, Zepce. By Decision of the Republic of bih MUP no. 07/2-204-2108 dated 17.12.1994, he was given Republic of bih citizenship, after which he was entered into the Birth Registry of Tesanj under number 155 for the year 1995. He resides in Zepce, Rade Kondica street bb.

81. TAFI MOHAMED SUHIEL, born 04.07.1954 in Aleppo, Syria. By Decision of the Republic of bih MUP no. 09/2-204-4 dated 23.02.1993, he was given Republic of bih citizenship. During the aggression against bih he was employed in the offices of the humanitarian organization "Food for Children" in Travnik. He resides in Travnik, Zitarnica street bb.

82. HAMMAMI MUSTAFA, son of Ali and Adhmia nee Kalab, born 22.06.1953 in Latakija, Syria, physician by profession, given bih citizenship in 1988 and entered into the Sarajevo Birth Registry under number 3165. On 30.08.1986 he married bih citizen Indira Basic. He resides in Gorazde, Zdravstvenih radnika street 22, and is employed in the Cantonal hospital in Gorazde as a physician – epidemiologist.

83. RAMADAN RAMADAN, son of Ismail and Hasna, born 15.09.1965 in Aleppo, given Republic of bih citizenship on the basis of the Decision of the Republic of bih MUP no. 07/2-204-130 dated 17.08.1994.

84. AL HAWAMDA ISSAM, son of Mohamed and Anae, born 02.08.1961 in Harra, Syria, Personal ID Number: 0208961190029, entered into the Zenica Birth Registry on 09.10.1996 under number 3836, on the basis of the Decision of the Zenica CSB no. 27-07/200-6106 dated 09.10.1996.

85. SHAKER MOHAMED ZAKI, son of Hilmi and Madiha, born 28.01.1958 in Latakija, Syria, Personal ID Number: 2801958190034, entered into the Zenica Birth Registry on 06.10.1995 under number 3534, on the basis of the Decision of the Zenica CSB no. 21-07/200-4488/95, dated 06.10.1995.

86. SAMMAK MUSTAFA, son OF Ibrahim and Khaldieh, born 25.11.1967 in Latakija, Syria, Personal ID Number: 2511967190022, entered into the Zenica Birth Registry on 23.03.1996 under no. 1165, on the basis of the Decision of the Zenica CSB no. 21-07/200-1690/96, dated 28.03.1996. On 06.07.1991 he married Sejla Karacic in Bugojno, currently divorced, he is a physician working in the Zenica health center, and owner of a private dentist practice.

87. NEKEMI ABDULLAH, son of Mohamed and Fatima, born 31.10.1964 in Aleppo, Syria, Personal ID Number: 3110964190055, entered into the Zenica Birth Registry on 31.10.1994 under number 1958, on the basis of the Decision of the Zenica CSB no. 21-1/07-200-2859/94, dated 28.10.1994.

88. DERAKI MAZEN, son of Muhamed and Selva Perempo, born 14.04.1967 in Damascus, Syria, residing in Tuzla, bih since 1987, student of the Faculty of Mining and Geology in Tuzla, married to a bih citizen. He was given Republic of bih citizenship via Decision of the Republic of bih MUP number: 07/2-204-682 dated 25.04.1995 and entered into the Tuzla Birth Registry on page 305 under number 2540/95. During and after the war he was employed by the humanitarian organization "IWC" in Tuzla, and currently works as a taxi driver in Tuzla, residing in Dubrave, Zivinice municipality, Personal ID Number 1404967180049.

89. EL ZAHER HASSAN, son of Fdawi, born 11.06.1962 in Aleppo, Syria, residing in bih since 1981, physician by profession. By Decision of the Republic of bih MUP number: 07/2-204-1836 dated 12.08.1995, the above mentioned was given bih citizenship (entered in the Book of Citizens in Tuzla on page 190 under number 3895/1995). Tdhe above mentioned currently works in the Tuzla KMC as well as in the "Ibn Sina" pharmacy in Tuzla, owned by Muhamed Ali. His registered residence is Tuzla, Slavka Micica street no. 66, Personal ID Number 1106962180074.

90. AKHDEIR OMAR, son of Kamal and Atifa Hajrulahu, born 09.02.1965 in Aleppo, Syria, residing in bih since 1986, physician by profession. By Decision of the Republic of bih MUP number: 07/2-204-69 dated 08.03.1995 he was given Republic of bih citizenship (entered into the Book of Citizens in Tuzla on page 110 under number 1344/1995). The above mentioned, as an employee, worked in the offices of the humanitarian organization "VSK" in Tuzla, until it closed in 1999. During one period (January, 2000 – October, 2001), he was employed

As a physician in the Brcko district.  Currently he is unemployed and has registered residence in Tuzla, Slavka Micica street no. 15, Personal ID Number 0902965180048.

91.  EISSA OMAR, son of Ali and Nemat, born 11.05.1966 in Damascus, Syria, residing in bih since 1986, physician by profession.  By Decision of the Republic of bih MUP no: 07/2-204-3210 dated 30.11.1995,  the above mentioned was entered into Republic of bih citizenship (entered into the Book of Citizens in Tuzla on page 4 under number 334 for the year 1996).  At the end of 1995 he was employed by the humanitarian organization "VSK" in Tuzla.  After the closing of this office, Eissa moved to Sarajevo, where he worked in the warehouse of the above mentioned humanitarian organization.  Currently, he is working in Kosovo, where he has a private physician's practice and plans to open another in Tuzla, where he recently finished his specialization in dermatology.  The above mentioned has registered residence in Tuzla, Pionirske divizije no. 15, Personal ID Number 1105966180056.

92.  MOKAYES NIZAR, son of Ali and Zeina, born in Latakija, Syria, residing in Tuzla,  Morancani no. 49.  He is a physician by profession, employed in the local clinic in Kiseljak, Tuzla municipality.  By Decision of the Ministry of justice and general administration of bih number: 07/2-204_631/96 dated 31.07.1996, the above mentioned was entered into bih citizenship (entered into the Book of Citizens in Morancani, Tuzla, on page 22 under number 1 for the year 1997), Personal ID Number: 0512959180157.

93.  AL HARIRI KHALID, son of Ahmed and Fatima, born 10.03.1968 in Elmi, Deraa, Syria, residing in bih since 1986, physician.  By Decision of the Republic of bih MUP number: 07/2-204-743 dated 25.04.1995 (entered into the Book of Citizens in Tuzla on page 175 under number 2280/95), the above mentioned was given Republic of bih citizenship.  During 1995 and 1996 he was employed by the humanitarian organization "CCHA-Medevac" (Coordination council of humanitarian agencies) in Tuzla.  Upon the completion of the Faculty of Medicine in Tuzla in 1999, the above mentioned received employment in the Health Center in Sapna where he worked until the beginning of this year, when he left for Great Britain, allegedly because of better employment opportunities.  The above mentioned had residence registered in Tuzla, Blagoja Parovica street no. 61, Personal ID Number: 1003968180056.

SUDAN

1.  ECHAMY KHALIL (changed to Hodzic Khalil), son of Ahmed Ouanes Abdul and mother Fatima Mathouthi, born 14.12.1972 in Ishafa – Sudan, Personal ID Number 1412972170178. The above mentioned, via Decision of the Sarajevo CSB number: 19-136/95 dated 28.12.1995 signed by Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 09/2-204-379/92 dated 12.02.1992 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-2813 dated 03.10.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1996 under number 10918. The above mentioned on 30.08.1996 in Travnik married Bilka Hodzic and at that time changed his last name from Echamy to Hodzic. On 09.05.1997 he registered his residence in Sarajevo, Centar municipality, Avde Hume street no. 30, after which on 09.09.1997 he registered residence in Maglaj – Bocinja Gornja, Brdo street bb, and then on 26.06.2001 he registered residence in Zenica, A. Hafizovica street no. 78. The above mentioned had his bih citizenship revoked.

2.  ELDINA ISAM, son of Fadlullah Ibrahim and mother Amina, born 01.01.1965 in Roffah – Sudan, Personal ID Number 0101965172743. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-14 dated 09.01.1997, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih number: 03-204-4325/96 dated 20.08.1996 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 03-204-4325/96 dated 20.08.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1997 under number 10260. In the Birth Registry excerpt, instead of Isam, entered was the name Isom. The above mentioned on 27.02.1997 listed his residence as Sarajevo, Behdzeta Mutevelica street no. 19. He possessed bih travel documents no. BA 303423 issued 07.03.1997 and no. 0934741 issued 07.12.1998. The above mentioned currently does not reside at the Behdzeta Mutevelica 19 address.

3.  ADAM ABDALLA, son of Hameid, born 19.10.1962 in Kosti – Sudan, Personal ID Number 1910962170161. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-13 dated 08.01.1997, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih number: 07/2-204-62 dated 20.08.1996 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 07/2-204-62 dated 20.08.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1997 under number 10179. In the Birth Registry excerpt instead of Abdalla, entered is the name Abdall. The above mentioned registered his residence in Sarajevo, Armaganusa street no. 32, and possessed bih travel documents no. BA265411 issued 17.02.1997 and no. 0849728 issued 16.05.1999. The above mentioned neither resides nor has ever resided at the Armaganusa no. 32 address.

4.  ABBAS MOHAMED, son of Elhaq and mother Eltoma, born 01.01.1960 in Elhsahisa – Sudan, Personal ID Number 0101960170068, physician by profession. . The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-13 dated 12.01.1995, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1653 dated 01.01.1995, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via

Act no. 07/2-204-1653 dated 11.01.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1995 under number 56. He possessed bih travel documents no. BH513336 issued 05.05.1995 and no. BA303402 issued 07.03.1997. The above mentioned on 02.05.1995 registered his residence in Centar municipality – Sarajevo, Ferhadija street no. 16, where on 03.05.1995 he was issued a Personal ID Card no. 1165/95, valid for 10 years.

5.  ABDALLA AWADALLA, son of Faroug and mother Amina, born 02.03.1962 in Omdurman – Sudan, Personal ID Number 0203962. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-86 dated 04.11.1994, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-733 dated 22.09.1994, signed by Department chief Senada Povlakic, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-733 dated 02.11.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1994 under number 2470. He possessed bih travel documents no. BH551876 issued 27.04.1995 and no. 1487754 issued 07.03.2000. The above mentioned on 15.11.1994 registered his residence in Stari Grad municipality – Sarajevo, Gajev trg street no. 4, and on 25.03.1997 he registered his residence in Novo Sarajevo municipality, B. Mutevelica street no. 2, where on the same day he was issued a Personal ID Card no. 4240/97, while on 23.03.2000 he was issued a Personal ID Card no. 1805/2000, valid for 10 years.

6.  ABDALLA ABDELMAGID TARIQ (changed to Abdalla Tariq), son of Sadey, born 19.10.1966 in Omdurman – Sudan, Personal ID Number 1910966170166. The above mentioned, via Decision of the Sarajevo CSB number:19/05-1-200-293 dated 14.10.1996, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Ministry of justice and general administration of the Republic of bih number: 03-204-2421/96 dated 31.07.1996 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of the Republic of bih via act no. 03-204-2421/96 dated 31.07.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1996 under number 12254. He possessed bih travel documents no. BA358403 issued 30.10.1996 and no. 0930334 issued 20.10.1998. The above mentioned on 25.10.1996 registered his residence in Centar municipality – Sarajevo, Armaganusa street no. 32, and on 24.09.1999 he registered residence in Novi Grad municipality – Trg djece Dobrinje street no. 3, where on 15.11.2000 he was issued a Personal ID Card no. 13039/2000, valid for 10 years. The above mentioned on 30.07.1999 in Omdurman, married Elmubarak Mohamed Salwa. The above mentioned on 13.11.2000 changed his last name from Abdalla Abdelmagid to Abdalla.

7.  ADAM HAMDI HAMDI, son of Adam and mother Fatima, born 01.01.1964 in Abu Zabad – Sudan, Personal ID Number 0101964172219. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-56 dated 20.08.1994, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-658 dated 13.08.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-658 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1994 under number 1867. He possessed bih travel documents no. BH579434 issued 06.10.1994, no. 1450732 issued 08.08.1999, and no. 1494392 issued 31.03.2000. The above mentioned on 08.09.1994 registered his residence in Novi Grad municipality – Sarajevo, Gradacacka street 100/II, and on 22.02.2000 in Novo Sarajevo municipality, E. Sehovica street no. 12, where on 23.02.2000 he was issued a Personal ID Card no. 1135/2000, valid for 10 years.

8.  AHMED BADR ELDIN ABDEL WAHAB, son of Abdel Wahab and mother Nefisa, born 07.08.1962 in Hasahisa – Sudan, Personal ID Number 0708962173546, by profession