A physician. The above mentioned, via Decision of the Sarajevo CSB number: 17/13-200-3 dated 24.04.1994, signed by Department chief Senada Siljak, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 09/2-204-2/466 dated 15.04.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 09/2-204-2-/466 dated 15.04.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1994 under number 1127. He possessed bih travel documents no. BH533986 issued 21.09.1995, no. BA666293 issued 26.11.1997 and no. 105565 issued 03.06.1999. The above mentioned on 01.07.1995 registered his residence in Stari Grad municipality – Sarajevo, S.H. Muvekita street no. 5, after which on 23.05.1997 he registered his residence in Novi Grad municipality – Sarajevo, Bosanska br. Street no. 5/XV,  where on 28.05.1997 he was issued a Personal ID Card no. 11216/97, valid for 10 years.

9.  MAHMOUD AKASHA MOHAMED, son of Akasha Mohamed Kalil and mother Zakia Dahab Ahmed, born 30.06.1964 in New Halfa – Sudan, Personal ID Number 3006964172675, physician by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/13-200-6/93 dated 05.07.1994, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of Novo Sarajevo municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 09/2-204-2 dated 19.10.1993, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no.09/2-204-2 dated 23.10.1993 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Novo Sarajevo municipality in 1994 under number 5. He possessed bih travel documents no. BH301465 issued 19.10.1993, no. BA216917 issued 23.08.1996, and no. 1230497 issued 30.04.1999. The above mentioned on 20.10.1993 registered his residence in Novo Sarajevo municipality, Paromlinska street no. 5A, and on 01.02.1999 in the same municipality he registered residence as H. Brkica street no. 2/II. The same, on 07.07.1994, was issued a Personal ID Card no. 1953/94, and on 03.02.1999 Personal ID Card 1154/99, valid for 10 years.

10. ALI SHANAN TAHA, son of Muhamed and mother Nefisa, born 01.01.1962 in Khartoum – Sudan, Personal ID Number 0101962170081. The above mentioned, via Decision of the Sarajevo CSB number:19/13-200-813 dated 18.07.1994, signed by Department chief Senada Povlakic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-158 dated 17.06.1994, regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-158 dated 15.07.1994 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1994 under number 1970.  He possessed bih travel documents no. BH579421 issued 06.10.1994, no. BA217768 issued 19.08.1966, and no. 0857340 issued 07.04.1999.  The above mentioned on 16.09.1994 registered his residence in Centar municipality – Sarajevo, M. Hadzijahica street no. 58, after which on 17.06.1998 he registered residence in Ilidza municipality, Djerdapska street no. 251, where on 18.06.1998 he was issued a Personal ID Card no. 4082/98, valid for 10 years. The above mentioned on 28.02.1996, in Stari Grad municipality – Sarajevo, married bih citizen Sumeja Klapuh. The above mentioned is the director of the humanitarian organization "Islamic World Committee", based in Ilidza, Blazujski drum street no. 24.

11. BABIKERA MOHAMED, son of Jousef, born 01.01.1962 in Medena – Sudan, Personal ID Number 0101962172300, physician by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-383 dated 26.11.1996, signed by Center chief Ismet Dahic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-683 dated 13.08.1994 regarding the entry of the above mentioned into citizenship, regarding which the Ministry of justice and general administration of Republic of bih via act no. 07/2-204-683/96 dated 20.11.1996 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1996 under number 12458.

He possessed bih travel documents no. BH063329 issued 27.10.1994, no. BA397015 issued 24.12.1996 and no. 0949404 issued 26.01.1999. The above mentioned on 19.12.1996 registered residence in Novi Grad municipality – Sarajevo, Trg solidarnosti street no. 1, while on 18.11.1997 he registered his residence in Ilidza municipality, J. Fincija street no. 20/III, where on 13.12.2000 he was issued a Personal ID Card no. 6892/2000, valid for 10 years. The above mentioned on 22.01.1997 in Centar municipality – Sarajevo, married BH citizen Ulfeta Beslagic, born 23.03.1978 in Doboj, Personal ID Number 2303978125026, economic technician by profession, employed in a firm co-owned by her husband along with Mamoun Osman. Babiker before the war studied medicine in Sarajevo, during the aggression against bih he resided in Zagreb, where he was employed in a humanitarian organization from AA countries, and during 1997 he came to the territory of the Federation of bih.

12. EISA BERSHAM, son of Eltayeb, born 08.12.1962 in Gazira Aba – Sudan, Personal ID Number 0812962173513. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-166 dated 23.09.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2407 dated 11.09.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-2407 dated 11.09.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1995 under number 2870. He possessed bih travel documents no. BH536289 issued 13.10.1995 and no. BA032784 issued 14.04.1997. The above mentioned on 12.10.1995 registered his residence in Stari Grad municipality – Sarajevo, Sagardzije street no. 53b, where on the same day he was issued a Personal ID Card no. 1655/95, valid for 10 years.

13. ELFADNI ISHAG, son of Hassan and mother El Nima Mohamed Salah, born 27.05.1962 in Medani – Sudan, Personal ID Number 2705962172203, economist by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-224 dated 25.11.1995, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-2349 dated 21.11.1995 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-2349 dated 11.09.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1995 under number 3535. He possessed bih travel document no. 0890477 issued 09.03.1999. The above mentioned on 27.11.1995 registered his residence in Novi Grad municipality – Sarajevo, Z. Fasizma street no. 7/I, where on the same day he was issued a Personal ID Card no. 4696/95, valid for 10 years.

14. ELGASIM ABDELMUNIEM, son of Ali and mother Batol, born 23.08.1966 in Khartoum – Sudan, Personal ID Number 2308966172675, physician by profession. The above mentioned, via Decision of the Sarajevo CSB number: 19/05-1-200-71 dated 02.04.1996, signed by Department chief Mirsada Beganovic – Zutic, was approved subsequent entry into the Birth Registry of Centar municipality. This Decision was brought on the basis of the Decision of the Republic of bih MUP number: 07/2-204-1553 dated 14.11.1994 regarding the entry of the above mentioned into citizenship, regarding which the Republic of bih MUP via act no. 07/2-204-1553/94 dated 06.12.1995 informed the Sarajevo CSB. The above mentioned was entered into the Birth Registry of Centar municipality in 1996 under number 12052. He possessed bih travel documents no. BA363386 issued 26.11.1996 and no. 1230440 issued 30.04.1999. The above mentioned on 18.10.1996 registered his residence in Novo Sarajevo municipality – Sarajevo, Dzamijska street no. 11, where on 21.10.1996 he was issued a Personal ID Card no. 24407/96, while on 29.04.1999 he was issued a Personal ID Card no. 4543/99, valid for 10 years.

15. ELSHAZLI HAYTHAM, father's name Ibrahim, born 22 October 1961, in Swakin. JMB number: 2210961172758. The decision of the Sarajevo CSB number: 19/05-1-200-300 from 14 October 1996 and signed by the center's Chief Ismet Dahic, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih Ministry of Justice and Public Administration number: 07/2-204-687 from 21 June 1996, regarding acceptance of the named as a

citizen. For which the R bih Ministry of Justice and Public Administration under act number: 07/2-204-687 from 21 June 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 12268. He possessed bih travel documents number: BA358303 issued 2 November 1996, number: 0800373 issued 2 September 1998 and number: 3815173 issued 6 September 2001. On 1 November 1996 he had registered his residence in the municipality of Novo Sarajevo – Sarajevo as 7/II Kolodvorska Street, after which on 14 July 1997 he registered in the same municipality this time at 4B Grbavicka Street. On 1 November 1996 he took out a personal I.D. card, number 25219/96 and on 16 July 1997 he took out a personal I.D. card, number 11224/97, valid for 10 years. From 10 November 1996 he was registered at 7/2 Kolodvorska Street, meanwhile he resided at 4B Grbavickoj Street along with his wife Hadziahmetovic Edina born 11 March 1971, and daughter Enesa. JMB number: 1103971175017.

16. EL HUSSAI BAHY ALDEN, father's name Fawzi, born 16 July 1962, in Kasla – Sudan. JMB number: 1607962172283. The decision of the Sarajevo CSB number: 19/05-1-200-292 from 14 October 1996 and signed by the center's Chief Ismet Dahic, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih Ministry of Justice and Public Administration number: 03-204-2421/96 from 31 July 1996, regarding acceptance of the named as a citizen. For which the R bih Ministry of Justice and Public Administration under act number: 03-2-204-2421/96 from 31 July 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 12282. He possessed bih travel documents number: BA370656 issued 28 November 1996. On 11 November 1996 he registered his residency in Novi Grad municipality – Sarajevo as 23 Trg Solidarnosti, and on the same day took out a personal I.D. card, number 34892/96, valid for 10 years.

17. EL KHALIFA TAHA, father's name Osman and mother Amne Awad El Mustaf, born 20 September 1962, in Kasla – Sudan. JMB number: 2009962173521. The decision of the Sarajevo CSB number: 19/13-200-44 from 10 September 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-212 from 15 July 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-212 from 18 July 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1994, under number 1920. He possessed bih travel documents number: BH536288 and number: 0812685 issued on 25 September 1998. On 12 October 1995 he registered his residency in the Stari Grad municipality – Sarajevo as 5 S.H. Muvekita Street where on the same day he took out a personal I.D. card, number: 1653/95, valid for 10 years.

18. ELYASE ELWALEED, father's name Hamed, born 2 December 1969, in Kartum – Sudan. JMB number: 0212969172299. The decision of the Sarajevo CSB number: 19/05-1-200-417 from 18 December 1996 and signed by the center's Chief Ismet Dahic, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih Ministry of Justice and Public Administration number: 03-204-2687/96 from 31 July 1994, regarding acceptance of the named as a citizen. For which the R bih Ministry of Justice and Public Administration under act number: 03-2-204-2687/96 from 31 July 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1997 under number 10366. He possessed bih travel documents number: BA305608 issued 26 July 1996, number: 0867406 issued 4 February 1999 and number: 3799137 issued 26 July 2001. On 26 March 1997 he registered his residency in Novi Grad municipality – Sarajevo as 19 K. Demirovica, after which on 3 July 2001 he also registered again in Novi Grad municipality at 3 V. Magljailic Street, where on 4 July 2001 he took out a personal I.D. card, number: 6299/2001, valid for 10 years.

19. ELYAS MOHAMED ELMOEZ, father's name Hamed and mother Sidigije maiden Eltahir, born 14 July 1963, in Kartum – Sudan. JMB number: 1407963170005. The decision of the Sarajevo CSB number: 19/13-200-47 from 4 August 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-171 from 26 July 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-171 from 26 July 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1994, under number 1701. He

possessed bih travel documents number: BH584149 issued 26 October 1994, number: BA281826 issued 26 August 1997 and number 0810654 issued 5 October 1998. On 25 August 1994 the named registered his residency at the center municipality – Sarajevo as 1 Bardakcije Street, where on 13 September he took out a personal I.D. card, number: 22637/96, valid for 10 years.

20. ELOBIED ELOBIED, father's name Hamedelnil and mother Asma Abass, born 23 September 1967, in Omdurman – Sudan. JMB number: 2309967172883. The decision of the Sarajevo CSB number: 19/13-200-44 from 27 February 1995 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-927 from 13 October 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-927 from 13 October 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 588. During 1994 the named was registered in the Republic of Croatia – Zagreb. At our DKP in Zagreb (request number 153528) he received bih travel documents number: BH063327 issued 27 October 1994 he also possessed number: BA734441 issued 17 November 1997 and number 084850 issued 11 May 1999. On 24 February 1995 the named had registered his residency in the municipality of Novo Sarajevo as 1/III E. Sehovica Street, after which on 28 May 1997 he cancelled and went to Bihac where he registered  as 6 K. Cehajica Street. On 22 March 1999 he left Bihac and registered in Stari Grad municipality – Sarajevo as 25 Bakarevic Street, after which on 8 June 1999 he registered in the Novi Grad municipality – Sarajevo at 1 Andreaja Andrejevica Street. On 19 September 2000 he took out a personal I.D. card, number: 11264/2000 valid for 10 years.

21. ELTAYEB ALI, father's name Hamida, born 13 January 1960, in Omdurman – Sudan. JMB number: 1301960172292. The decision of the Sarajevo KMUP number: 02/3.1-200-160 from 19 March 1997 and signed by the KMUP Minister Ismet Dahic authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih Ministry of Justice and Public Administration number: 03-204-385-3 from 20 July 1996, regarding acceptance of the named as a citizen. For this the R bih Ministry of Justice and Public Administration under act number: 03-204-385-3 from 20 July 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1997 under number 10530. He possessed bih travel documents number: BA585521 issued 15 September 1997 and number: 1040993 issued 4 June 1999. On 25 June 1997 the named registered his residency in the Novi Grad municipality – Sarajevo as 13 Z. Fasizma. On 8 July 1997 he took out a personal I.D. card, number: 15381/97 valid for 10 years.

22. EMAM ABDELWAHAB, father's name El Nour, born 12 November 1963, in Sharafa – Sudan. JMB number: 1211963170178. He is an engineer. The decision of the Sarajevo KMUP number: UP-I-02/3.1-13-0-1381 from 2 August 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih Ministry of Justice and Public Administration number: 03-204-3002/96 from 15 August 1996, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-1929/99 from 27 July 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 12096. He possessed bih travel document number: 1476413 issued 7 September 1999 and number 1485249 issued 4 July 2001. On 18 August 19999 the named registered his residency in the Center municipality – Sarajevo as 11 Bolnicka Street. On 22 June 2000 from the same place took out a personal I.D. card, number 3793/2000 valid for 10 years. On 16 September 1995, in Kartum - Sudan he married Iman Alshek Aljaki.

23. HAG AHMED ZAKRIA, father's name Ahmed Abdell and mother Omelhsan Elshekh, born 25 September 1963, in Kartum Sudan. JMB number: 2509963173552. He is a doctor. The decision of the Sarajevo CSB number: 19/13-200-60 from 19 September 1995 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-1816 from 1 March 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-1816 from 15 March 1995 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995 under number 2768. He possessed bih travel documents number: BH535210 issued 25 September 1995 and number: 0866959 issued 11 March 1999. On 19 September 1995 the named

registered his residency in the Strai Grad municipality – Sarajevo as 12 Kecina Street, then on 28 July 1997 he had cancelled his residence in the municipality of Novi Grad – Sarajevo. On 19 September 1995 the named had taken out a personal I.D. card number 1398/95, valid for 10 years.

24. HASSAN AHMED NASRELDIN, father's name Hassan and mother Safija, born 29 April 1965, in Mahmuja – Sudan. JMB number: 2904965172703. The decision of the Sarajevo KMUP number: 02/3.1-200-596 from 8 September 1999 signed by the minister of the center Ismet Dahic authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the bih Ministry of Civil Affairs and Communication number: 03-204-10-969/97 from 22 December 1997, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-10-969/97 from 27 July 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1998 under number 11533. He possessed bih travel document number: 0934445 issued on 9 December 1998. On 21 September 1998 he registered his residency in the municipality of Novo Sarajevo – Sarajevo as 5B Grbavicka street, and on 22 September 1998 he took out a personal I.D. card number: 12992/98 valid for 10 years.

25. HASSANAIN MOHAMED IBRAHIM, father's name Mohamed Hassanain, born 6 September 1967, in Karkog – Sudan. JMB number: 0609967173619. He is a doctor. The decision of the Sarajevo KMUP number: UP-I-02/3.1-130-22 from 14 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-1072-5/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-2664/98 from 10 December 1998 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10150. He possessed bih travel document number: 08400018 issued 16 May 1999. On 29 April 1999 the named registered his residency in the Stari Grad municipality – Sarajevo as 45 Sagardzije Street. On 4 May 1999 he took out a personal I.D. card 1692/99 valid for 10 years.

26. HASSAN RABIH YOUSEF, father's name Mohamed Hassan Rabiha and mother Aisa Hamed, born 1 January 1965, in Duen – Sudan. JMB number: 0101965171550. The decision of the Sarajevo CSB number: 19/05-1-200-4 from 8 January 1996 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-3264 from 11 December 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-3264 from 11 December 1995 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1997 under number 10169. He possessed bih travel documents number: BA032176 issued 31 March 1997, number: 0842652 issued 9 December 1999, number: 0867005 issued 10 February1999 and number 3817103 issued 1 October 2001. On 13 February 1997 the named registered his residency in the Ilidza municipality as F/C A. Ljubuncica, where on the same day he took out a personal I.D. card number: 1495/97 valid for 10 years. On 25 December 1993 in Eldwiem – Sudan he married Hassan Nada.

27. HASSANEIN ELFATIH, father's name Ali, born 1 January 1946, in Karkog – Sudan. JMB number: 0101946170160. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-567 from 16 April 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-616-4/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-933/99 from 15 April 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10782. He possessed bih travel document number: 084779 issued 24 April 1999. On 19 April 1999 the named registered his residency in the municipality Center – Sarajevo as 14 H. Kikic Street, where on 20 April 1999 he took out a personal I.D. card number: 3266/99. He is married to Hassanein Omelhasan, with who he has five children, from which their daughter Sara, born 24 August 1985 in Karkog – Sudan JMB number: 2408985175183 and possessed bih travel document number: 0847789 issued on 24 April 1999, and son Ali born 22 February 1988 in Karkog – Sudan JMB number: 2202988170282 possessing bih travel document number: 0847781 issued 24 April 1999, are under age. We have verified that the named is not evident at the address 14 H. Kikic.

28. HASSANEIN OMELHASAN, daughter of Khalila, born 2 March 1954, in Karkog – Sudan. JMB number: 0203954175160. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-567 from 14 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-616-4/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-933/99 from 15 April 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10783. She possessed bih travel document number: 0847787 issued 24 April 1999. On 19 April 1999 the named registered her residency in the municipality Center – Sarajevo as 14 H. Kikic. She is married to Hassanein Elfatih.

29. HASSANEIN MOHAMED, father's name Elfatih and mother Omelhasan, born 23 November 1981, in Karkog – Sudan. JMB number: 2311981170183. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-567 from 14 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-616-4/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-933/99 from 15 April 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10785. She possessed bih travel document number: 0847465 issued 24 April 1999. On 19 April 1999 the named registered her residency in the municipality Center – Sarajevo as 14 H. Kikic. On April 1999 he took out a personal I.D. card, number: 3267/99 valid for five years.

30. HASSANEIN HAFSA, daughter of Elfatih and mother Omelhasan, born 3 June 1983, in Karkog – Sudan. JMB number: 0306983175181. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-567 from 14 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-616-4/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-933/99 from 15 April 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10786. She possessed bih travel document number: 0847917 issued 24 April 1999. On 19 April 1999 the named registered her residency in the municipality Center – Sarajevo as 14 H. Kikic.

31. HASSANEIN ASMA, daughter of Elfatih and mother Omelhasan, born 1 January 1971, in Karkog – Sudan. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-567 from 14 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate in Istanbul number: U-06-616-4/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-933/99 from 15 April 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10784.

32. HASSANEIN SUKARNO, father's name Ali and mother Ahmed Hafsa, born 1 October 1959, in Kartum Sudan. JMB number: 0110959170177. The decision of the Sarajevo KMUP number: 02/3.1-200-441 from 29 July 1998 signed by Minister Dahic Ismet authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih Embassy in Vienna number: 30795 from 30 January 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-716/98 from 28 July 1998 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1998 under number 11131. He possessed bih travel document number: BA079791 issued 5 September 1996 and number: 0894981 issued 5 January 1999. On 30 July 1998 the named registered his residency in the municipality Center – Sarajevo as 14 H. Kikic, where on 29 July 1998 he had taken out a personal I.D. card, number: 7315/98 valid for 10 years.

33. ELHAG IDRIS NABEEL, father's name Omar and mother Merjem Abdelah, born 24 December 1967 in Cassala – Sudan. JMB number: 2412967172182. The decision of the Sarajevo CSB number: 19/05-1-200-186 from 7 October 1995 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-2348 from 11 September 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-2348 from 11 September 1995 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995 under number 3142. He possessed bih travel documents number: BH539913 issued 22 November 1995, number: BA363408 issued 26 November 1996 and number: 0848779 issued 3 September 1999. On 20 November 1995 the named registered his residency in the municipality of Novi Grad – Sarajevo as 7 Z. Fasizma Street, and on 21 November 1995 he took out a personal I.D. card, number 4462/95 valid for 10 years.

34. MUSTAFA KHERALLA KHERALLA, father's name Mustafa and mother Bakhite Abd El Gadir, born 19 September 1967, in El Guaz – Sudan, JMB number: 1909967170021. The decision of the Sarajevo CSB number: 19/13-200-83 from 9 November 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-889 from 22 September 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-2889 from 28 September 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 2585. He possessed bih travel document number: 15144002. On 29 November 1994 the named registered his residency in the Center municipality – Sarajevo as 5 K. Tvrtka Street, on 14 May 1998 he registered at the same municipality on 34 Branilaca Sarajeva, where on the same day he took out a personal I.D. card, number 3901/98 valid for 10 years. On 29 November 1994 he took out a personal I.D card, number 4020/94, also valid for 10 years.

35. LOGMAN ELJACK, father's name Saad and mother Favzije, born 11 October 1965, in El Kalakla – Sudan. JMB number: 1110196517042. The decision of the Sarajevo CSB number: 19/05-1-200-36 from 1 February 1996 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-2932 from 1 November 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-2932 from 1 November 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 1036. He possessed bih travel documents number: BH923929 issued 12 March 1996, number: BA686617 issued 4 March1998 and number: 1485485 issued 3 October 2000. On 14 February 1996 the named registered his residency in the municipal center – Sarajevo as 9 Bjelave Street, on 16 February 2001 he registered in Novi Grad municipality at 11/V A. Babic Street and then on 30 November 2001 he registered in the Ilidza municipality at 141 Marice Uherke Street. On 16 February 2001 he took out a personal I.D. card, number 1569/2001 valid for 10 years.

36. MAHMOUD ABBAS, father's name Mohamedin and mother Khadije, born 1 month unknown 1959, in Kartum – Sudan. JMB number: 0101959170178. The decision of the Sarajevo CSB number: 19/13-200-58 from 26 August 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-677 from 9 August 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-677 from 19 August 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1994, under number 2024. He possessed bih travel document number: BA299574 issued 23 May 1997 and number: 1493266 issued 3 May 2000. On 28 January 1997 the named registered his residency in the municipality center – Sarajevo as 65 Bjelave Street, where on the same day he took out a personal I.D. card, number: 1110/97 valid for 10 years.

37. MAMOUN OSMAN, father's name Mamoun and mother Naime, born 26 July 1962, in Madena – Sudan. JMB number: 2607962172309. He is a doctor. The decision of the Sarajevo CSB number: 19/05-1-200-372 from 28 November 1996 and signed by the center's Chief Ismet Dahic authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih MUP number: 07/2-204-684 from 19 October 1994, regarding acceptance of the named as a citizen. For this the R bih Ministry of Justice and Public Administration under act number:

07/2-204-684/96 from 20 November 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 12459. He possessed bih travel documents number: BH063328 issued 27 October 1994, number: BA397422 issued 24 December 1996 and number: 0841063 issued 30 December 1998. On 19 December 1996 the named registered his residency in the Novi Grad municipality – Sarajevo as 16 S. Nazecica, after which on 10 February 1998 he registered in the Ilidza municipality at 28 Karposeva Street, where on the same day he took out a personal I.D. card, number 901/98 valid for 10 years.

38. MIDHAT MOHAMED, father's name Abdelmoneim and mother Zahira, born 8 December 1943, in Kartoum – Sudan. JMB number: 0812943170120. He is a political scientist. The decision of the Sarajevo CSB number: 19/05-1-200-220 from 22 August 1996 and signed by the center's Chief Ismet Dahic authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision brought by the R bih MUP number: 07/2-204-956 from 19 October 1994, regarding acceptance of the named as a citizen. For this the R bih Ministry of Justice and Public Administration under act number: 07/2-204-956 from 14 August 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 12047. On 2 June 1992 the named was registered in the Republic of Croatia – Zagreb on 125/V Svetog Matea Street. At our DKP in Zagreb (request number 148236) he received bih travel document number: BH058686 issued 14 December 1994. He also possessed travel documents number: BA264185 issued 22 January 1997 and number: 0856136 issued 6 April 1999. On 26 August 1996he registered in the municipal center – Sarajevo on 10 R. Stetic Street after which on 5 March 1999 he registered in the Ilidza municipality on 2/I G. Jankovic Street. Where on 22 March 1999 he took out a personal I.D. card, number 2820/99. On 8 March 1980  at the municipal center – Sarajevo he married Hadzihasanovic Samka, a bih citizen.

39. MOHAMED AHMED OSMAN MOHAMED, father's name Osman and mother Awatif Abd Alail, born 1 January 1969, in Kosti – Sudan. JMB number: 0101969172233. The decision of the Sarajevo CSB number: 19/05-1-200-31 from 29 January 1996 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-3846 from 19 December 1996, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-3846 from 22 January 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 10360. He possessed bih travel documents number: 1233842 issued 16 June 1999. On 9 February 1996 he registered his residency in Novi Grad municipality – Sarajevo as 36 Olimpijska Street, where on the same day took out a personal I.D. card, number: 4973/96 valid for 10 years.

40. MOHAMED MOHAMED ALHASSAN, father's name Alhassan, born 1 May 1951, in Nuri – Sudan. JMB number: 0105951170158. The decision of the Sarajevo KMUP number: UP-1-02/3.1-13-0-1519 from 24 August 1999 signed by the section chief Zijad Sabitovic authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the R bih General Consulate number: U-06-1072-2/95 from 25 December 1995, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-1982/99 from 4 August 1999 notified the Sarajevo KMUP. The named person was entered into the municipal registry center in 1999 under number 12365. He possessed bih travel document number: 1484715 issued 8 September 1999. On 7 September 1999 he registered his residency in the municipal center – Sarajevo as 11 Bolnicka Street, where on the same day he took out a personal I.D. card, number: 7963/99 valid for 10 years.

41. MOHAMED IBRAHIM SATTI IBRAHIM, father's name Mohamed and mother Farahai, born 1 January 1963, in Atbara – Sudan. JMB number: 0101963170034. The decision of the Sarajevo CSB number: 19/05-1-200-30 from 30 January 1996 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-3850 from 22 January 1996, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-3850 from 22 January 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1996 under number 10335. He possessed bih travel documents number: BH922368 issued 22 February 1996 and number: 1041496 issued 6 August 1999. On 14 February 1996 the named registered his residency in the municipal center – Sarajevo as 2 Bjelave Street, after which on 25 May 1999 he registered in the

Novi Grad municipality on 28 Trg Nezavisnosti Street, where on the same day he took out a personal I.D. card, number: 7414/99 valid for 10 years.

42. MUSA EL MOTASIM MOHAMED, father's name Hasan and mother Fatima, born 5 November 1962, in Kartum – Sudan. JMB number: 0511962173578. The decision of the Sarajevo CSB number: 19-13-200-67 from 29 March 1995 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-452 from 18 March 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-452 from 1995, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 1022. He possessed bih travel document number: BH551494 issued 24 April 1995, number: BA 309071 issued 18 March 1997 and number: 0935802 issued 22 December 1998. On 5 April 1995 he registered his residency in the Stari Grad municipality – Sarajevo as 6 Dzinina Street. On 27 February 1997 he registered in Novi Grad – Sarajevo on 2 Visegradska Street where on 29 August 2001 he took out a personal I.D. card, number: 9266/2001 valid for 10 years. In an excerpt from the registry the name of the individual was indicated as El Motasim. On 26 February 1997 in Novi Grad municipality – Sarajevo married Adzem Nasiha, a bih citizen.

43. NOURELDEEN ABUBAKER, father's name Eldirdiri and mother Busaina, born 19 November 1966, in Kartum – Sudan. JMB number: 1911966173536. He is a doctor. The decision of the Sarajevo CSB number: 19/13-200-70 from 11 November 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-734 from 9 September 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-734 from 9 September 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1994, under number 2774. He possessed bih travel document number: BH551877 issued 27 April 1995, number: BA672069 issued 27 November 1997, number: 1476231 issued 11 September 1999 and number: 3815986 issued 13 September 2001. On 26 December 1994 the named registered his residency in the Stari Grad municipality – Sarajevo as 4 Gajev Trg Street, after which on 14 August 1998 he registered in the Ilidza municipality on 45 Ljubuncica Street. On 13 August 1998 in the same municipality he took out a personal I.D. card, number: 6138/98 valid for 10 years. On 4 September 1995 in El Kalagla Sanagad – Sudan he married Abdel Magid Rawia.

44. OSAMA EL NAIM, father's name Ali Mohamed and mother Shie, born 5 October 1965, in Kartum – Sudan. JMB number: 0510965170012. The decision of the Sarajevo CSB number: 19-13-200-100 from 3 December 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-1552 from 22 November 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-1552 from 22 November 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 770. He possessed bih travel document number: BA000711 issued 2 May 1996 and number: 1248616 issued 12 May 1999. On 20 December 1995 the named registered his residency at the municipal center – Sarajevo as 32 Armaganusa Street, then on 10 October 1996 he registered in the Novo Sarajevo municipality at 30 Zmaj od Bosne Street. On 8 October 2001 he registered in the municipal center at 54 M. Tita Street. On 16 October 2001 he took out a personal I.D. card, number: 5887/2001, valid for 10 years.

45. OSMAN MOHAMED KHALIL AMIR, father's name Osman Mohamed Khalil and mother Naime maiden Abas, born 22 February 1966, in Omdorman – Sudan. JMB number: 2202966172281. The decision of the Sarajevo KMUP number: UP-1-02/3.1-130-7 from 13 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the bih Ministry of Civil Affairs and Communications number: 03-204-3605/96 from 23 December 1997, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-3605/96 from 2 November 1998 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10069. He possessed bih travel document number: 0950994 issued 5 February 1999. On 22 January 1999 the named registered his residency in the Novi Grad municipality – Sarajevo as 9 Gradacacka Street. On 21 January 1999 he took out a personal I.D. card,

number: 989/99 valid for 10 years. On 13 June 1995 in the Mostar municipality the named married Cupina Adisa, a bih citizen, daughter of Alija and mother Jasminka, born24 June 1969 in Mostar.

46. SHAMSELDIN ABDELMAGID MAHAMOUD, father's name Zaki and mother Dukaja, born 10 February 1969, in Kartum – Sudan. JMB number: 1002969173510. The decision of the Sarajevo CSB number: 19/13-200-66 from 28 March 1995 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-451 from 18 March 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-451 from 18 March 1995, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 1014. He possessed bih travel document number: BH551225 issued 24 April 1995, number: BA 309070 issued 18 March 1997, number: 0898302 issued 20 March 1999 and number: 1367665 issued 8 January 2001. On 5 April 1995 he registered his residency at Stari Grad municipality – Sarajevo as 6 Dzinina Street, so as to on 11 March 1997 registered in the Novi Grad municipality at 38 Vrbovska Street, on the same day he took out a personal I.D. card, number 5113/97 valid for 10 years. On 17 February 1997 in the municipality of Novi Grad the named married Konjicanin Almedina, a bih citizen. In an excerpt from the registry, entered only was Abdelmagid without Mahamoud the same applies to the personal I.D. card.

47. SIDDIG MOHAMED AHMED, father's name Siddig Osmana and mother Om Nuris, born 8 November 1964, in Al-Ajfoun – Sudan. JMB number: 0811964170027. The decision of the Sarajevo CSB number: 19/13-200-35 from 14 February 1995 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-2713 from 12 February 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-2713 from 11 February 1995, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 417. He possessed bih travel document number: BH438262 issued 30 March 1995, number: BA370322 issued19 December 1996, number: 1468690 issued30 July 1999 and number: 3834303 issued 22 June 2001. On 23 February 1995 he registered his residency in the municipal center – Sarajevo as 1 Bardakcije Street, after which on 11 May 2001 he registered in the Novo Sarajevo municipality as 11 Dzamijska Street. On 31 July 2001 he left the Novo Sarajevo area for Ilidza – address unknown.

48. AMAL SULEIMAN ABD AL MAGED, daughter of Suleiman, born 27 May 1972, in Khartoum – Sudan. The decision of the Sarajevo KMUP number: UP-1-02/3.1-130-28 from 21 January 1999 signed by the section chief Sabitovic Zijad authorized the named for an additional entry into the municipal registry center. This decision was brought on the basis of the decision brought by the bih Ministry of Civil Affairs and Communications number: 03-204-10-505/97 from 12 January 1999, regarding acceptance of the named as a citizen. For which the bih Ministry of Civil Affairs and Communications under act number: 03-204-10-505/97 from 2 November 1998 notified the Sarajevo KMUP. The named person was entered into the municipal registry in 1999 under number 10086. On 26 April 1994 in Kartum – Sudan she married Akasha Mohamed Khalil. According to MUP evidence she is not registered.

49. SAMARA ALI, father's name Azmi, born 12 December 1938, in Khartum – Sudan. JMB number 1212938172669. He possessed bih travel document number: BH 549077 issued 13 May 1995 and number: BA 431094 issued 12 June 1997. On 26 May 1995 he registered his residency in the municipality of Novo Sarajevo – Sarajevo as 1-B Marka Marulica Street, where on the same day he took out a personal I.D. card, number: 6/95 valid for 10 years.

50. MOHAMED SALIH, father's name Ahmed and mother Suada, born 1 November 1969, in Elgadarif – Sudan. The decision of the Sarajevo CSB number: 19/05-1-200-103 from 6 May 1995 and signed by the section Chief Beganovic – Zutic Mirsad, authorized the named for an additional entry in the municipal registry center. This decision was brought on the basis of the decision by the R bih MUP number: 07/2-204-863 from 15 May 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-863 from 15 May 1996 notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995 under number 2188. According to MUP evidence the named did not registered.

51. SAKHR SALIH, father's name Ahmed, born 5 December 1963, in Elgadarif – Sudan. JMB number: 0512963172681. The decision of the Sarajevo CSB number: 19/13-200-96 from 7 February 1994 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-1026 from 28 October 1994, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-1026 from 29 October 1994, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1994, under number 2777. He possessed bih travel document number: BA 533790 issued 22 September 1995, number: BA 669969 issued 18 February 1998 and number: 1437209 issued 4 September 1999. On 26 January 1995 the named registered his residency in the Novo Sarajevo municipality as 100 Dzemala Bijedica Street and from 21 November 1996 in Novi Grad – Sarajevo at 19 Olimpijska Street.

52. BDRELDIN OSMAN RAHMATALLA, father's name Abdushiba and mother Safija, born 1 January 1966, in Altariea – Sudan. JMB number: 0101966172690. The decision of the Sarajevo CSB number: 19/13-200-43 from 28 February 1995 signed by the section chief Senad Povlakic, authorized the named an additional entry in the municipal registry center. This decision was brought on the basis of the decision of the R bih MUP number: 07/2-204-112 from 15 February 1995, regarding acceptance of the named as a citizen. For which the R bih MUP under act number: 07/2-204-112 from 13 February 1995, notified the Sarajevo CSB. The named person was entered into the municipal registry center in 1995, under number 19. He possessed bih travel document number: BH 438875, number: 1888939 issued 14 February 2000, but on 13 December 2000 the mistake in the name Bor-Eldin-Osman was fixed. On 27 March 1995 he registered his residency in the Novo Sarajevo municipality as 34 B.M. Selimovic. On 30 March 1995 he took out a personal I.D. card, number: 843/95 valid for 10 years.

53. MOHAMEDAIN NASRELDIN, father's name Anwara, born 30 November 1962, in Khartoum – Sudan. JMB number: 3011962120159. He was given citizenship on the basis of the decision by the R bih MUP number: 07/2-204-689 from 6 April 1995 who for Borisa Arnauta signed Hadzovic Brkan Amira. The named possessed bih travel document number: BH 714244 issued 9 May 1995, issued on JMB number: 3011962100000 at our DKP in Zagreb (on the basis of request number: 552516). Even though the named resided in Croatia – Zagreb 41000 on 3 Srapceva Street. He also possessed the following travel document number: BA 352366 issued 13 February 1996, number: BA 302577 issued 25 February 1997, number: BA 673653 issued 15 January 1998, number: BA 673653 issued 31 August 1998, number: 0802702 issued 31 August 1998 and number: 1112846 issued 22 December 1999. All of these numbers were issued on JMB number: 3011962172299. On 7 May 1996 the named registered his residency in the Doboj municipality as Matuzici no number, from where on 28 January 1997 he cancelled and on 29 January 1997 registered in the Novi Grad municipality – Sarajevo as 12 Grada Bakua Street. On 8 Novmber 2001 he was registered at 4 Sulejmana Filipovica Street where on the same day he took out a personal I.D. card, number: 12234/2001 valid for 10 years.

54. Makawi Galaleldin, son of El Sheikh and mother El Rahima, born on 01.01.1963 in Khartoum-Sudan; personal ID # 0101963172746. The above mentioned was approved by CSB Sarajevo act No. 19/05-1-200-217 from 17.11.1995. - Signed by dep. Chief Beganovic – Zutic Mirsada, to be subsequently entered into MKR (the birth registry book) of municipality Centar. This decision was made based on the decision of bih MUP act No. 07/2-204-2944 from 07.11.1995, regarding granting of bih citizenship to above mentioned. Regarding that MUP of bih informed CSB Sarajevo with act No. 07/2-204-2944 from 07.11.1995. The above mentioned is registered into MKR -Centar (list # 3464). On 22.11.1995 the mentioned registered his place of residence in Novo Sarajevo – Sarajevo, ul. Envera Sehovica 3/9; on 25.06.2001 the mentioned canceled his previous place of residence, and registered his new place of residence in Gornji Vakuf on 26.06.2001, ul. M. Tita bb; on 14.09.2001 canceled his residence in Vakuf, and again registered his residence in Novo Sarajevo, ul. Envera Sehovica br. 3.

55. Kamal Eldin Hassan Salih, son of Saliha, born on 24.02.1955 in Khartoum – Sudan; personal ID # 2402955170162. The above mentioned was approved by CSB Sarajevo act No. 19/13-200-9 from 07.01.1995. - Signed by dep. Chief Senada Povlakic to be subsequently entered into MKR of municipality Centar. This decision was made based on the decision of bih MUP act No. 07/2-204-1824 from 26.12.1994, regarding granting of bih citizenship to above mentioned. Regarding that MUP of bih informed CSB

Sarajevo with act No. 07/2-204-1824 from 26.12.1994.  The above mentioned is registered into MKR – Centar (list # 11934). The above mentioned possessed bih passport No. BA527157 from 22.08.1997 issued in our Consulate in Bon (based on the request No. 690305) considering that the above mentioned was registered in Germany-Riyadh.  On 24.07.1999 the mentioned registered his place of residence in Centar-Sarajevo, ul. Hasana Kikica br. 5; the mentioned did not live at the mentioned address.

56. Ibrahim Ahmed, son of Mohameda and mother Haram, born on 25.04.1969 in Kosti – Sudan; personal ID # 2504969170170. The above mentioned, based on the decision of Canton MUP (KMUP) Sarajevo No. 02/3.1-200-230 from 25.04.1997 – signed by minister Dahic Ismet, was approved to be subsequently registered into MKR – (municipality Centar). This decision was made based on the submitted evidence, which helped to approve his request.  In 1997, by applying articles 33 and 202 (law of birth registry books and general administrative procedures), the above mentioned is registered into MKR of Centar municipality list # 10505. The mentioned possessed bih passport No. BA342899 from 29.04.1997 and No. 0990324 from 19.11.1998. On 28.04.1997 the mentioned registered his place of residence in municipality Centar – Sarajevo, ul. Armaganusa br. 32, and on the same day filled for personal ID card # 4771/97 (valid for 10 years).

57. Gadalmolla Faiz, son of Eisa, born on 08.04.1962 in Khartoum-Sudan, personal ID # 0804962172182. The mentioned possessed bih passport No. 549678 from 21.07.1995 and No. 1908071 from 31.08.2000. In 1995, the mentioned is registered in to birth registry book (municipality Centar – list # 2134).  On 21.07.1995 the mentioned registered his place of residence in municipality Novi Grad – Sarajevo, ul. I. Andrica br. 4, and on the same day filled for personal ID card # 1076/9 - valid for 10 years. The mentioned did not live at the mentioned address.

58. Fadul Atif, son of Ebeida, born on 07.01.1975 in Khartoum-Sudan, personal ID # 0701975170177. The mentioned possessed bih passport No. 0867988 from 12.03.1999; No.1247458 from 04.05.1999 and No. 3799083 from 26.07.2001.  On 15.02.1999 the mentioned registered his place of residence in municipality Centar- Sarajevo, ul. M. Tita br. 8, and on the same day filled for personal ID card # 134/99- valid for 10 years; on 26.04.1999 filled for personal ID card # 3441/99 also valid for 10 years. The above mentioned did not live at the mentioned address.

59. Elmahdi Eltamih, son of Mohamed, born on 15.01.1961 in Elegetina – Sudan, personal ID # 1501961170055. The above mentioned, based on the decision of Canton MUP Sarajevo No. 02/3.1-200-230 from 25.04.1997 – signed by minister Dahic Ismet, was approved to be subsequently registered into MKR of Centar municipality. This decision is made based on the decision of Minister of Justice and General Administrations act No. 03-204-1550/96 from 10.06.1996.  Submitted to CSB Sarajevo. In 1996 the above mentioned was registered in to the birth registry book (municipality Centar – list # 11790).  The mentioned possessed passport No. 259759 from 27.08.1996 and No. 0948604 from 17.11.1998. On 01.08.1996 the mentioned registered his place of residence in municipality Centar – Sarajevo, ul. Bolnicka 30.  The above mentioned did not live at the mentioned address.

60. El Hadi Abuzer, son of Idrisa, born on 01.01.1962 in Kartum-Sudan, personal ID#0101962172726. The above mentioned was approved by CSB Sarajevo act No. 19/13-200-42 from 06.03.1995. - Signed by dep. Chief Senada Povlakic to be subsequently entered into MKR of Centar municipality.  This decision was made based on the decision of bih MUP act No. 07/2-204-111 from 15.02.1995, regarding granting of bih citizenship to the above mentioned.  Regarding that MUP of bih informed CSB Sarajevo with act No. 07/2-204-111 and 112 from 13.02.1995.- Informed CSB Sarajevo.  On 27.03.1995 the mentioned registered his place of residency in municipality of Novo Sarajevo – Sarajevo, ul. Zagrebacka br. 57A; on 29.08.2001 filed for ID # 5837/01 – valid for 10 years, 22.07.1999 filed for personal ID card 8234/99 – valid for 10 years; on 23.05.1996 filled for another personal ID card 1074/96 – also valid for 10 years.

61.Abd El Gafar, son of Mohamed, born on 18.06.1966 in El-Obeid-Sudan; personal ID # 1806966170016. The above mentioned, based on the decision of CSB Sarajevo No. 19/05-1-200-170 from 19.07.1996 – signed by chief of Center - Dahic Ismet, was approved to be subsequently registered into MKR of Centar municipality. This decision is made based on the decision of Minister of Justice and General

Administrations act No. 03-204-1551/96 from 11.07.1995. Submitted to CSB Sarajevo. In 1996 the above mentioned was registered into MKR of Centar municipality – list # 11895. The above mentioned registered his place of residence in municipality Centar – Sarajevo, ul. Skenderija br. 40.

62. Mohamed Mohamed, son of Abd Elgafara, born on 18.06.1966 in Kurdufan – Sudan. The above mentioned, based on the decision of CSB Sarajevo No. 19/05-1-200-142 from 24.06.1996 – signed by chief of Center - Dahic Ismet, was approved to be subsequently registered in to the birth registry book  MKR of Centar municipality. This decision is made based on the decision of Minister of Justice and General Administrations act No. 07-204-1551/96 from 10.06.1996. Regarding that the Ministry of Justice and General Administrations informed the CSB Sarajevo with their act No. 07/2-204-1551/96. In 1996 the above mentioned was registered into the birth registry book (municipality Centar – list # 11895).

63. Abdeldaim Sami, son of Abdeldaima, born on 08.09.1964 in Kartum- Sudan; personal ID # 0809964172173.  The mentioned possessed bih passport No. BA 259759 from 27.08.1996 and No. 0948604 from 17.11.1998. On 18.01.1995 the mentioned registered his place of residence in municipality Novi Grad- Sarajevo, ul. F. Becirbegovica 3; on 17.09.1998 filled for personal ID card No. 12612/98 – valid for 10 years. The mentioned does not live at the mentioned address.

64. Abdalla Musa, born on 20.04.1959 in Kartum – Sudan; personal ID # 2004959170161. The above mentioned was approved by CSB Sarajevo act No. 19-136/95 from 28.12.1995 signed by dep. Chief Beganovic – Zutic Mirsada to be subsequently entered into the birth registry book of municipality Centar. This decision was made based on the decision of bih MUP act No. 09/2-204-203/92 from 20.01.1992, regarding granting of bih citizenship to above mentioned.  Regarding that MUP of bih informed CSB Sarajevo with act No. 07/2-204-2813 from 03.10.1995. The above mentioned is registered in to the birth registry book - Centar (list # 10943). On 12.05.1997 the mentioned registered his place of residence in municipality Centar-Sarajevo, ul Nova br. 8.   The mentioned does not live at that address; his bih citizenship is revoked.

65. Fridhi Sami, son of Azhara and mother Halima, maiden name Hamani, born on 10.05.1969 in Kartum – Sudan; personal ID # 1005969170170. The above mentioned was approved by CSB Sarajevo act # 19/05-1-200-311 from 15.10.1996 signed by chief of Centar Dahic to be subsequently registered in to the birth registry book of municipality Centar (list number 10076). The mentioned possessed bih passport numbers 3568958 issued in PD Travnik. His address of residence was listed as: Travnik, ul. Basceluci bb. On 09.09.1997 the mentioned registered his place of residence in municipality Maglaj – Bocinja Gornja, ul. Paravci bb; on 18.10.2000 registered his place of residence in Travnik, ul. Setaliste Mile M. Bb.  On 27.05.1997 in Maglaj got married with Muhanovic Sabiha (bih citizen).

66. Elshiekh Abdelazim, son of Mohamed, born on 09.10.1962 in Gazirat – Sudan; Personal ID # 0910962170176; engineer by profession. The above mentioned was approved by KMUP Sarajevo act No. 02/3.1-200-573 from 28.08.1998 signed by minister Dahic Ismet to be subsequently entered in to the birth registry book of Centar municipality (list number 1419). This decision is made based on the decision from the bih Ministry of Civil Affairs and communications No. 07/2-204-3439/95 from 23.12.1997 regarding the acceptance of the mentioned in to citizenship. Regarding that the ministry for civilian affairs and communications of bih with their act number 07/2-204-3439/95 from 10.08.1998 informed KMUP Sarajevo.  On 16.09.1998, the mentioned registered his place of residence in municipality Centar, ul. Brace Begic 38/III; on 30.09.1998 registered his place of residence in Travnik, ul. Djerdan br. 100/VII.

Based on his marriage status (married with local women) he was granted permanents stay in bih act No. 03-26-684 from 04.07.1997.

67. Ben Radhia Nejmeddine, son of Chedly and mother Zohra Romdana, born on 28.09.1968 in Omdurman – Sudan; personal ID # 2809968170164.  The above mentioned – based on the decision of CSB Sarajevo No. 19/05-1-200-310 from 15.10.1996 – signed by the chief of the center Dahic Ismet, is approved to be

subsequently entered in to birth registry book of municipality Centar. This decision is made based on the decision from MUP R bih No. 09/2-204-454/92 from 23.03.1992, regarding the acceptance of the mentioned into citizenship, regarding which the bih MUP with their act No. 09/2-204-454/92 from 23.03.1992 informed CSB Sarajevo. The mentioned was registered in to birth registry book in 1997, and his list number is 10073. The mentioned possessed bih passport No. 3568486 issued by PD in Travnik. On 17.01.1997 the mentioned registered his place of residence in municipality Center – Sarajevo, ul. Patriotske Lige br. 42; on 09.09.1997 registered his place of residence in Maglaj – Bocinja Gornja, ul. Brdo bb; on 16.10.2000 registered place of residence in municipality Travnik – ul. Setaliste Mille M. Bb. On 28.03.1997 the mentioned got married with local women – Alic Ulfeta in Maglaj.

68. Alkory Ahmed, son of Houssein and mother Abbas, maiden name Bekhitahe, born on 12,04,1965 in Chabcheb – Sudan; personal ID # 1204965172759. The above mentioned was approved by CSB Sarajevo act 19-136/95 from 28.12.1995 signed by chief of Dep. Beganovic – Zutic Mirsada to be subsequently registered in to MKR of municipality Centar. This decision is made based on decision of bih MUP act 07/2-204-385 from 12.02.1992 regarding the acceptance of the mentioned in to citizenship. Regarding that bih MUP with their act 07/2-204-2831 from 03.10.1996 informed CSB Sarajevo.
In 1996 the mentioned individual is registered in to MKR of municipality Centar – list number 10913. On 09.05.1997 the mentioned registered his place of residence in municipality Novo Sarajevo, ul. Aleja Lipa br. 6; on 09.09.1997 registered his place of residence in Maglaj, ul. Ravan bb. On 06.02.1997 in Maglaj got married with Zahirovic Mudihina (bih citizen). His bih citizenship is revoked.

69. Bedjaovi Omar, son of Abdallah, born on 15.12.1965 in Kartum – Sudan, personal ID # 1512965172747. The above mentioned was approved by security service center (CSB) Sarajevo act 19-136/95 from 28.12.1995 signed by chief of Dep. Beganovic – Zutic Mirsada to be subsequently registered in to MKR of municipality Centar. This decision is made based on decision of bih MUP act 07/2-204-415 from 05.03.1992 regarding the acceptance of the mentioned in to citizenship. Regarding that bih MUP with their act 07/2-204-2831 from 03.10.1996 informed CSB Sarajevo.
In 1996 the mentioned individual is registered in to MKR of municipality Centar – list number 10997. On 10.05.1997 the mentioned registered his place of residence in municipality Novo Sarajevo- Sarajevo, ul. Orolovacka br. 10; on 07.10.1997 registered his place of residence in Maglaj – Bocinja Gornja, ul. Gaj bb; on 14.11.2000 registered his place of residence in Zenica, ul. Pehare 112; on 12.06.2001 registered his place of residence in Zenica, ul. Donja Gracanica  br. 78a.  His bih citizenship is revoked.

70. Elsayed Elnur, son of Ali, born on 01.01.1962 in Dartum – Sudan; personal ID # 0101962170170; engineer by profession. The mentioned was approved by KMUP-Sarajevo act: 02/3.1-200-603 from 07.09.1995 signed by ministers Dahic Ismet, to be subsequently registered in to MKR of Centar. This decision is made based on the decision of Ministry for Civilian Affairs and Communications in bih, act: 03-204-2420/96 from 22.12.1997 regarding the acceptance of the mentioned in to citizenship. Regarding that the Ministry for civil affairs and communications informed KMUP Sarajevo with act: 03-204-2420/96 from 03.09.1998. The mentioned individual  is registered in to MKR of municipality Centar in 1998 – list number 11493.  On 16.09.1998 the mentioned registered his place of residence in municipality Centar – Sarajevo, ul. Brace Begic br. 38/III, on 24.04.2001 registered his place of residence in Zenica, ul. Strosmajerova br. 53 On 28.06.2000 in the above mentioned got married with Begano ic Alisa (bih citizen) in Zenica.

71. Mohamed Akasha Mohamed, son of Akasha, born on 12.12.1959 in Kartum – Sudan. Based on decision from CSB Sarajevo act: 19-13-200-10 from 11.01.1995 signed by chief of department Senada Povlakic, the above mentioned is approved to be subsequently registered into MKR of Centar municipality. This decision is made based on the decision of bih MUP act: 07/2-204-1826 from 26.12.1994.  Regarding the acceptance of the mentioned in to citizenship. Regarding that the MUP of bih informed CSB Sarajevo with their act number: 07/2-204-1826 from 26.12.1995.  The mentioned individual is registered in to MKR of municipality Centar in 1999 – list number 11935. We are emphasizing that according to the MUP files – the mentioned did not register his place of residence.

72. Ahmed Akasha Mohamed, son of Akasha, born on 01.08.1954 in Halfa – Sudan. Based on the decision from CSB Sarajevo act: 19/13-200-11 from 10.01.1995 signed by chief of department Senada Povlakic, the above mentioned is approved to be subsequently entered in to MKR of Centar municipality. This decision is made based on the decision of bih MUP act: 07/2-204-1825 from 26.12.1994. Regarding the acceptance of the mentioned in to bih citizenship. Regarding that the MUP of bih informed CSB Sarajevo with their act: 07/2-204-1825 from 26.12.1995. In 1999 the mentioned individual is registered in to MKR of municipality Centar – list number 11936. We are emphasizing that according to the files of MUP – the mentioned did nor register his place of residence.

73. Waleed Mohamed, son of Izeldina, born on 21.08.1966 in Khaortum – Sudan; personal ID # 2108966172668. Based on the decision of KMUP Sarajevo act: 02/3.1-200-138 from 06.03.1997 signed by minister Dahic Ismet, the mentioned was approved to be subsequently entered in to MKR of Centar municipality. This decision was made based on the decision from the Ministry of Justice and General Administrations of bih act: 03-204-819/96 from 16.06.1996 regarding the acceptance of the mentioned in to bih citizenship. Regarding that the Ministry of Justice and general administrations of bih informed KMUP with act: 03-204-819 from 05.03.1997. Informed KMUP Sarajevo. In 1997 the mentioned individual is registered in to MKR of municipality Centar – list number 10335. The mentioned possessed bih passport BA 305439 from 24.03.1997, 0842862 from 10.12.1999 and 0842850 form 10.12.1999 – cancelled because of printing mistake. On 13.03.1997 registered his place of residence in municipality Novo Sarajevo, ul. B. Mutevelica 2A. It is confirmed that the mentioned lives at listed address.

74. Mohamed Ahmed El Karim, son of Awada, born on 04.09.1971 in Safia Sudan, personal ID # 0409971170161. Based on the decision of CSB Sarajevo act: 19/05-1-200-315 from 15.10.1996 signed by chief of Centar Dahic Ismet, the above mentioned is approved to be subsequently entered in to MKR of municipality Centar. This decision is made based on decision of bih MUP act: 09/2-204-454/92 from 23.03.1992. Regarding that MUP of bih informed CSB Sarajevo with act: 09/2-204-454/92 from 23.03.1992. In 1997, the mentioned individual is registered in to MKR of Centar municipality – list number 10071. On 11.10.2000 the mentioned registered his place of residence in Sanski Most, ul. Hasana Kikica94A. On 25.08.1997 in Maglaj got married with Kozlic Aida. MKV number is 113/97.

75. Ibrahim Hassan, son of Abdel Basita, born on 01.01.1940 in Sudan; personal ID # 0101940170126; architect by profession. The mentioned possessed bih passport 001386 issued on 25.01.1993. On 25.01.1993 the mentioned registered his place of residence in municipality Centar – Sarajevo, ul. Ise Jovanovica br. 13. PD Centar informed us that they do not have his personal ID file.

76. El Hassan Hashim, son of Mohamed and Amne – maiden name -
Ahmed El Sejh, born on 29.12.1995 in Medani – Sudan; on 29.12.1995 the mentioned did not have personal ID number registered in MKR Zenica under list number 4777. Based on the decision of CSB Zenica # 21-07/200-5966/95 from 28.12.1995 that was made based on the decision from bih MUP # 07/2-204-3258 from 27.11.1995 (signed by Borisa Arnaut).

TUNIS

1. Kmicha Ben Mohamed Kilani (change in to Kokic Ahmed), son of Mohamed, born on 17.09.1967 in Tunis – Tunis; Personal ID # 1709967173536. The above mentioned based on the decision of CSB Sarajevo act: 19/05-1-200-163 from 07.09.1995 signed by chief of department Beganovic – Zutic Mirsada, is approved to be subsequently entered in to MKR of Centar municipality. This decision is made based on the decision of bih MUP act: 07/2-204-2316 from 02.09.1995 regarding the acceptance of the mentioned into citizenship. Regarding that bih MUP informed CSB Sarajevo, with their act: 07/2-204-2316 from 02.09.1995. In 1995 the mentioned individual is registered in MKR of Centar municipality – list number 2624. In MKR of Centar municipality his name is listed as Kokic Ahmed. The above mentioned posses bih passport BA 716463 issued on 31.12.1997 in PD Travnik. On 07.05.1995 the mentioned registered his place of residence in Sarajevo, ul. Sagardzije br. 53; on 07.09.1995 filed for personal ID card br. 1340/95 – valid for 10 years. We checked and established that the mentioned never lived at the mentioned address.

2. Mnasri Fethi, son of Rebai and mother Fatima, born on 06.03.1969 in Nefza – Tunis.  Based on the decision of CSB Sarajevo act: 19/05-1-200-185 from 10.10.1995 signed by chief of department Beganovic – Zutic Mirsada, the mentioned is approved to be subsequently entered into MKR of Centar municipality. This decision is made based on the decision from bih MUP act: 07/2-204-2644 from 27.09.1995, regarding the acceptance of the mentioned into bih citizenship. Regarding that MUP of bih informed CSB Sarajevo with their act: 07/2-204-2644 from 27.09.1995. In 1995 the mentioned individual is registered into MKR of Centar municipality – MKR list number 3001.  On 21.02.1997 in Mehurici – Travink municipality, got married with Alic Mediha, and at that occasion changed his last name (Mnasri into Alic). The mentioned possessed bih passport BH536290 issued on 13.10.1995, BA265048 issued on 14.03.1997 and 123610 issued on 09.06.1999.  On 12.10.1995 the mentioned registered his place of residence in Stari Grad municipality – Sarajevo, ul. Halibasica 28; on 23.01.1997 registered his place of residence in Mostar, ul. Cordina br. 8.  We checked and established that the mentioned never lived at address - ul. Halilbasice br. 28.

3. <u>Ghayeb Lotfi (change into Polovina Lotfi)</u>, son of Yunes, born on 28.11.1971 in Tunis – Tunis; personal ID # 2811971172679. Based on the decision of KMUP Sarajevo act: 02/3.1-2000-562 form 26.08.1998 – signed by minister Dahic Ismet, the above mentioned is approved to be subsequently entered into MKR of Centar municipality. This decision is made based on the decision of ministry for civil affairs and communications of bih, act: 03-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-1/97 from 22.12.1997, regarding the acceptance of the mentioned into  bih citizenship. Regarding that ministry for civil affairs and communications of bih with their act: 03-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-1/97 from 20.08.1998 informed KMUP Sarajevo. In 1998 the above mentioned is registered into MKR of Centar municipality – MKR list number 11411. On 17.04.1998 in Maglaj got married with Polovina Sadika, and at that occasion changed his last name Ghayeb to Polovina.  His registered place of residence was ul. Patirotske lige br. 26; prior to that the mentioned lived in Konjic ul. 15th Septembra br. 21. In Konjic, the mentioned possessed personal ID card 2319/99 – issued by Konjic PD.  The mentioned possessed bih passport 0813308 issued on 23.09.1998 and 0842330 issued on 05.01.2000.

4. BACCOUCHE ABDELAH (changed to Bosnjak Abdelah), son of Mohamed, b. 24.08.1964 in Quardanine, Tunisia, JMB 2408964173628. Allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of Cantonal MUP, Sarajevo, No. 02/3.1-200-112 of 25.02.1997, signed by the Minister Ismet Dahic. This Decision was based on the Ministry of Justice and General Affairs R BIH Decision No. 03-204-3678/96 of 27.01.1997. In their Document No. 03-204-3678/96 of 20.02.1997, the Ministry has informed the Cantonal MUP, Sarajevo about this. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1997 under the No. 10329. He had BIH passports No. BA 265173 of 14.03.1997, and No. 0899783 of 23.04.1999. On 13.03.1997 he registered his address in the Municipality of Stari Grad-Sarajevo, Jekovac Str. No. 12, where on 06.04.1999 he obtained a personal ID No. 1259/99 with a validity of 10 years. On 14.05.1998 he married Azra Bosnjak in Maglaj. After that, he changed his last name Baccouche into Bosnjak.

5. KALAMOUN MAHER, son of Mohamed, b. 12.09.1970 in Sousse, Tunisia, JMB 1209970173609. Allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19-136/95 of 28.12.1995, signed by the Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP R BIH No. 09/2-204-422/92 of 18.03.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No.07/2-204-2813 of 03.10.1995. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the No. 10597. The individual had a BIH passport No. 923780 of 12.03.1996. He registered his address in the Municipality Center-Sarajevo, Hendek Str. No. 4, where on 29.07.1995 he obtained a personal ID No.3438/95, validity of 10 years. We emphasize that until now, he has changed his JMB three times, i.e. 1209970190074, 1209970173617, and 1209970173609. His BIH citizenship has been revoked.

6.    HAMAIED ABDELWEHAB, son of Jalloul, b. 14.12.1964 in Aousja, Tunisia, JMB 1412964173605. Allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19-136/95 of 28.12.1995, signed by the Department Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP R BIH No. 09/2-204-346/92 of 20.02.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No.07/2-204-2813 of 03.10.1995. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the No. 10968. The individual had BIH passports No. BH 540624 issued 23.08.1995, and No. BH 540968 issued 19.06.1996. The passports were issued based on JMB 1412964170066 not entered into the Registry. On 12.05.1997 he registered his address in the Municipality Stari Grad-Sarajevo as being at Okrugla Str. No. 9, where on 19.08.1995 he got a personal ID No. 3456/95 with 10 years validity. His BIH citizenship has been revoked.

7.    OUERGHI MUSTAPHA, son of Jossef and of mother M'' Bareka, b. 07.02.1961 in Zel Ket, Tunisia, JMB 0702961. Allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19-136/95 of 28.12.1995, signed by the Department Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP R BIH No. 09/2-204-239/92 of 31.01.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No.07/2-204-2813 of 03.10.1995. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the No. 10922. The individual had a BIH passport No. BA 216322 issued 12.05.1997 on the basis of JMB 072961170014 (*probably error, note Transl.*) . On 12.05.1997 he registered his address in the Municipality Stari Grad-Sarajevo as being at Bjelave Str. No. 4. From 09.09.1997 his address was registered in Municipality Maglaj, in Bocinja, Gornja Gaj Str. No house number. Then, from 18.09.2000 in Municipality Zavidovici, Maglaj-Majdan. Then, from 27.09.2000, also in Municipality Zavidovici, Cumurana Str. No. 199. He used three jmbs i.e. 0702961170014, 0702961173558, and 0702961170170. On 30.05.1997 in Maglaj, he married Sabahina Mujic, where on 29.07.1996 he got a personal ID No. 17233/96, validity 10 years.

8.   MOUELHI ABDERRAUF, son of Noureddin and of mother Jaiari Faouzia, b. 20.06.1970 in
     Tunis, Tunisia, JMB 2006970170036. Allowed the late entry into the Registry of Birth Certificates
     in the Municipality Center by the Decision of CSB Sarajevo, No. 19/13-200-1 of 10.01.1995,
     signed by Department Head Senada Povlakovic. This Decision was based on the Decision by
     MUP R BIH No. 07/2-204-1694 of 21.12.1994. The MUP R BIH has informed the CSB Sarajevo
     about this in its Document No.07/2-204-1649 of 03.01.1995. The above-mentioned individual was
     entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1995 under
     the No. 55. The individual had BIH passports No. BH 552985 issued 20.02.1995, and No. BA
     083926 of 12.07.1997 which he got in our Consulate in Stuttgart (based on Petition # 710532),
     since on 01.03.1995 he registered in Kelsterbach, Germany 65451, Hundret Morgenstr. 33. On
     12.05.1995 he registered in Municipality Center-Sarajevo, Cemalusa Str. No. 12. On 29.05.2001,
     also in Municipality Center-Sarajevo, Derebent Str. No. 57. Then, on 27.11.2001 he moved to
     Husage Cisica Str. No. 73, where on 28.11.2001 he got a personal ID No. 6610/2001, with validity
     of 10 years.

9.   KRAMTI SAID, called "Abu Haris", son of Muhamad and of mother Zohra, b. 07.01.1971 in
     Gafour, Tunisia, JMB 0701971170016, by profession: merchant employed at "Express-
     Commerce". Allowed the late entry into the Registry of Birth Certificates in the Municipality
     Center by the Decision of CSB Sarajevo, No. 19/05-1-200-161 of 30.09.1995, signed by
     Department Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP R
     BIH No. 07/2-204-2330 of 29.08.1995. The MUP R BIH has informed the CSB Sarajevo about
     this in its Document No.07/2-204-2331 of 29.08.1995. The above-mentioned individual was
     entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1995 under
     the No. 3288.The individual had BH passports No. BH 539431 issued on 09.11.1995, based on
     JMB 0711971170003, which does not exist in the Registry Books. Also, he had a passport No. BA
     671295 of 04.02.1998. Also had a passport 08101965 issued on 09.10.1998. On 08.11.1995 he
     registered his address in Municipality Center-Sarajevo, as being at Hamida Besirevica Str. No. 22.
     On  05.07.1997 he canceled the Besirevica Str. Address and moved to Zenica where on
     26.11.1998 he registered his address as being at First Zenicka Bde Str. No. 15. On 29.02.2000 he
     canceled the Zenica address and moved to Sarajevo, even though he already had a personal ID
     card No. 863/98 issued on 02.02.1998, validity of 10 years saying that he lives at the Besirevica
     Str. No. 12, Sarajevo.

10.  CHOKRI BEN MUHAMED OVARDI SMIRI, son of Mohamed and of mother Amina, b.
     24.01.1969 in Bizerta, Tunisia, JMB 2401969170029. Allowed the late entry into the Registry of
     Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19/05-1-200-
     205 of 06.11.1995, signed by Department Head Mirsada Beganovic-Zutic. This Decision was
     based on the Decision by MUP R BIH No. 07/2-204-2938 of 30.10.1995. The MUP R BIH has
     informed the CSB Sarajevo about this in its Document No.07/2-204-2938 of 30.10.1995. The
     above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality
     Center-Sarajevo in 1995 under the No. 3285. The individual had a BH passport  BH 539432
     issued on 19.11.1995. On 08.11.1995 he registered his address in the Municipality Center-
     Sarajevo, Hamida Besirevica Str. No. 22, where on 08.11.1995 he got a personal ID card 3808/95,
     validity of 10 years.

11.  CHAFIK AYADI, son of Mohamed and of mother Medina, b. 21.01.1963 in Sfax, Tunisia, JMB
     2101963170015. Allowed the late entry into the Registry of Birth Certificates in the Municipality
     Center by the Decision of CSB Sarajevo, No. 19/05-1-200-33 of 14.02.1996, signed by
     Department Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP R
     BIH No. 07/2-204-2071 of 25.01.1996. The MUP R BIH has informed the CSB Sarajevo about
     this in its Document No. 07/2-204-2071 of 25.01.1996. The above-mentioned individual was
     entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under
     the No. 10430. The individual had a passport BH 286451 issued on 08.06.1993 based on JMB
     21019631740 having the name of Ben Mohamed Ayadi Chafik (that means son of Mohamad). He
     got it at our Consulate in Zagreb based on the Petition No. 390121, since he already had registered
     in Zagreb at the M. Tita Str. No. 64. He already had passports No. BH 655076 of 30.08.1995; BA
     156889 of 20.06.1996; BA 302996 of 04.03.1997; BA 431926 of 17.06.1997; No. 0841438 of
     30.12.1998 and No.0898813 of 13.03.1999. On 22.02.1996, he registered his address in the
     Municipality Center-Sarajevo, Branilaca Sarajeva Str. No. 20. Then, on 31.10.1996 he registered

at Provare Str. No. 20 where on the same day he got a personal ID card 25460/96 validity of 10 years. On 14.07.1989 he married Zejneb Abasi in the village of Sahib Al-Eoun Al-Kayrawan.

12.     ZINAB ABBASSI, daughter of Salah and of mother Fatima, b. 20.12.1968 in Karaun, Tunisia, JMB 2012968175179. She and her minor children Bara and Ahmed Ayadi were allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19-13-200-34 of 11.02.1995, signed by Department Head Senada Povlakic. This Decision was based on the Decision by MUP  No. 07/2-204-159 of 08.02.1995. The MUP R BIH has informed the CSB Sarajevo about this in its Document No. 07/2-204-159 of 08.02.1995. The above-mentioned individuals were entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the Nos. 12013, 12014, and 12015. She had a passport BH 89435 issued on 23.02.1995 based on JMB 1812968100000 having the name of Zaineb (Salah) Abbassi-Ayadi. She got it at our Consulate in Zagreb based on the Petition No. 580004, since 05.02.1992 she already had registered in Zagreb at the M. Tita Str. No. 64 and at Borovje Str. No. 13. She also had BIH passports BH 589435 of 23.02.1995, as well as a previous passport BA 264665 of 14.01.1997 and 0949994 of 22.01.1999. Her child, Bara Ayadi had a BIH passport BH 822672 of 31.10.1995 issued on the basis of JMB 2505990100000 with a name Barra Ayadi (Chafik), b. In Islamabad, Pakistan, issued in our Consulate in Zagreb, based on Petition 581308. He already had registered in Zagreb at M. Tita 64 and at Borovje 13. He also had a passport of the same number and date of issue as the previous one. The only difference being that it was issued based on JMB 2705990170275 at the name Ayadi Bara (Chafik), born in Bichawer, Tunisia, presently living in Sarajevo, Provare Str. # 20, and also based on BH passport # BA 661097 of 14.11.1197. Her child Ahmed Ayadi, JMB 0707992170022, b. in Bichawe, Tunisia, had a passport BH 822673 of 31.10.1995; # BA 661096 of 14.11.1997. On 23.10.1996 she registered her address as being at Provare Str. # 20 in Municipality Center-Sarajevo. On same day she obtained a personal ID card # 25068/96 validity of 10 years.

13.     MOHAMED GABICHE, son of Hassen and of mother Dalila, b. 28.01.1966 in Sus, Tunisia, JMB 2801966170166. The individual was allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo, No. 19-13-200-17 of 27.01.1995, signed by Department Head Senada Povlakic. This Decision was based on the Decision by MUP RBIH No. 07/2-204-1829 of 17.02.1994. The MUP R BIH has informed the CSB Sarajevo about this in its Document No. 07/2-204-1829 of 17.12.1994. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the Nos. 12504, but with a father's name given as Bouraqui. The individual had BIH passports # 0899747 of 16.04.1999. On 25.06.1998 he registered the address at Augusta Brauna Str. # 8 in the Municipality Center-Sarajevo. From 09.04.1999 he names the Provare Str. # 20 as his place. The same day he got the personal ID card # 2980/99, validity of 10 years. On 06.08.1994 he married Ciku Reart in Tirana.

14.     LOTFI BOUCHNAK, son of Abdelhamid, b. 18.01.1984 in Tunis, Tunisia, JMB 18.1954. The individual was allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of MUP Sarajevo Canton, # 02/3.1-200-115 of 25.02.1997, signed by the Minister Ismet Dahic. This Decision was based on the Decision of the Ministry of Justice and General Affairs RBIH # 03-204-3960/96 of 23.05.1996. The Ministry of Justice and General Affairs RBIH has informed the Cantonal MUP, Sarajevo in its Document # 03-204-3960 of 23.05.1996. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1997 under the # 10261. He had a passport # BA 302271 of 25.02.1997. Same day he registered the address in Municipality Novi Grad-Sarajevo, being at Oslobodilaca Sarajeva Str. 3, where on the same day he got the personal ID card # 4014/97, validity of 10 years.

4.      EMIR BRAHIM, son of Mohammed, b. 05.08.1969 in Rina, Tunisia, JMB 0508969170179. The individual was allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo # 19/05-1-200-316 of 15.10.1996, signed by the Center Head Ismet Dahic. This Decision was based on the Decision by MUP RBIH No. 09/2-204-454/92 of 23.03.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No. 09/2-204-454/92 of 23.03.1992. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1997 under the Nos. 10072. He had passports # BA 264481 of 23.01.1997 and # 093769 of 29.10.1998. On 16.01.1997 he registered the address in Municipality Center-Sarajevo, being at Skenderija Str. # 20, where on the same day he got the personal ID card # 648/97, validity of 10 years.

5.      Z'RIGUE HAMOUDA, b. 20.06.1955 in Menzel Bouzelta, Tunisia, JMB 2006955170151. The individual was allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo # 19-136/95 of 28.12.1995, signed by the Department Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP RBIH No. 09/2-204-205/92 of 20.01.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No. 07/2-204-2813 of 03.10.1995. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the No 10982. On 12.05.1997 he registered the address in Municipality Center-Sarajevo, being at Odobasina Str. # 8. However, on 20.08.1997 he registered in Maglaj-Bocinja Gornja, Gaj Str. No number. On 30.05.1997 he married Sevala Erkaz, daughter of Nurija. This was entered in the Marriage Certificate Registry No. 62/97. The passport was revoked. In Maglaj.

6.      RAHALI ABDESSALEM, son of Nesib, b. 28.01.1968 in Safoun, Tunisia, JMB 2801968172298. The individual was allowed the late entry into the Registry of Birth Certificates in the Municipality Center by the Decision of CSB Sarajevo # 19-136/95 of 28.12.1995, signed by the Center Head Mirsada Beganovic-Zutic. This Decision was based on the Decision by MUP RBIH No. 09/2-204-452/92 of 23.03.1992. The MUP R BIH has informed the CSB Sarajevo about this in its Document No. 07/2-204-2813 of 03.10.1995. The above-mentioned individual was entered into the Registry of Birth Certificates of the Municipality Center-Sarajevo in 1996 under the No 10946. On 10.05.1997 he registered the address in Municipality Novi Grad-Sarajevo, being at O. Sahica Str. No number. MUP files show that there are two individuals that declared the country of birth as Tunisia and Egypt, with three JMB cards, i.e. 2810968172298, 2801968172301, and 2801968190059. His BIH citizenship was revoked. Background check showed that he did not live at the O. Sahica Str.

18. MONJI MOHAMED, born June 19, 1968 in Silijana – Tunisia. The Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28 1995, which allows him to enter subsequently his name into the register of births of the Municipality Centar. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-204-463/92 dated March 23, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service in their act number 07/2-204-2813 dated October 03, 1995. He was entered1996 into the birth registry of the Centar Municipality – Sarajevo under the number 11005. He was stripped off of his Bosnian and Herzegovinian citizenship. Through the Decision of the

Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-851 dated May 09, 1995 the same person but with the name HASNI MONGI, son of Mohamed, mother Shiba, born June 19, 1968 in Siliama – Tunisia (same date and place of birth) was given citizenship of Bosnia and Herzegovina. He is married to Kozlic Šerifa.

19. MEJRI KARIM, son of Alia, born August 15, 1966 in Tunisia, unique registration number 1508966173626. He owned passports of Bosnia and Herzegovina number BH 560397 dated September 22, 1995, number BA 660558 dated December 31, 1997, number 3306450 dated May 07, 2000, and number 1057012 dated June 13. 1999. He registered his permanent residency December 29, 1997 in the Stari Grad Municipality – Sarajevo, S. Škaric Street number 17. He requested a personal ID card December 12, 1997 and it was issued to him with the number 9025/97 valid 10 years. It was verified that he has been living with his family at the registered address and has been working as a director of the humanitarian organization "Al Haramein"

20. MAKHLOUF NABIL, son of Mohamed Saleh, mother Zohra, born May 20, 1964 in Tunis, Tunisia. Unique registration number 2005964170028. He was entered in the register of births of the Centar Municipality in 1994 under the number 1599. He owned a passport of Bosnia and Herzegovina number BH 425753 dated August 12, 1994 issued at our diplomatic-consular representation in Vienna (request number 686025) since he was living in Austria, at the address Wien 1200 Brigittenauer Lande 18, passport number BA 015220 dated November 26 1996. He registered his residency in the Centar Municipality – Sarajevo, Sarac Ismailova Street number 7. August 06, 1994 he received a personal ID card, number 11117/97 valid 10 years. He has various general data attached such as Salah Mohamed Majed, son of Ahmed, born June 02, 1959 in Amman – Jordan, as well as Makhlouf Nabil, son of Mohamed Salah, born May 20, 1964 in Tunisia, unique registration number 2005964170028, with permanent residency in Sarajevo, Sarac Ismailova Street number 7. We were unable to determine if these two identities match the same person. Also, we checked and established that Makhlouf Nabil is a citizen of Tunisia and Bosnia and Herzegovina, registered as residing at the address Sarac Ismailova Street number 7 (former Drvarska Street). At that address the house is totally destroyed, and up till the present he has not lived there.

21. KNANI SAMI, son of Abel Aziz, mother Zuhra, born June 08, 1969 in Tunis – Tunisia. Unique registration number 0806969170161. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19/05-1-200-112, which allows him to enter subsequently his name into the register of births of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-841 dated May 19, 1995 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Center for Security Service Sarajevo through the act number 07/2-204-839 dated May 22, 1995. Knani Sami is entered into the register of births of the Centar Municipality under number 1624. May 20, 1995 the Centar Municipality - Sarajevo assigned him a unique registration number. September 30, 1994 he married Merabiti Warda in the Gvelma Municipality – Algeria.

22. JELASSI ZOUHEIR, son of Larbi, mother Zuhra, born July 09, 1968 in Ezzahra – Tunisia, unique registration number 0907968170177. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19/05-1-200-111 dated May 23, 1995 which allows him to enter subsequently his name into the register of births of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-839 dated May 19, 1995 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-839 dated May 22, 1995. Jelassi Zouheir is entered into the birth registry of the Centar Municipality under the number 1622. He owned a passport of Bosnia and Herzegovina number BH 715985 dated July 50, 1995 issued in our diplomatic-consular representation in Zagreb (request number 553466) since he was living in Croatia – Zagreb 41000 Tranzit. May 20, 1995 he was assigned the unique registration number in the Municipality Centar. September 30, 1994 Jelassi Zouheir married Merabiti Nabil in the Gvelma Municipality – Algeria that was entered under the number 185/1994. He is a journalist by profession.

23. JARRAYA KHALIL, son of Ahmad and Shadliy Mealij, born February 1969 in Sfax – Tunisia. Unique registration number 0802969190027.  He owned passports of Bosnia and Herzegovina number BH 546972 dated January 15, 1996, BA 443928 dated August 01, 1997, 0856991 dated April 11, 1999, 0899199 dated April 16, 1999, 3816349 dated September 18, 2001.  March 15, 1999 he registered his residency in the Novo Sarajevo Municipality – Sarajevo, Dr. F. Becirbegovica Street number 1.  According to the previous records July 23, 1997 he also registered residency in the Ilidza Municipality, Bokeljskih mornara Street number 52.

24. HAJEM TAREK, son of Bechir, mother Hassiba, born February 29, 1968 in Bizerte – Tunisia. Unique registration number 2902968170164. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28, 1995 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-204-318/92 dated February 15, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified  about this the Sarajevo Center for Security Service through the act number 07/2-204-2813 dated October 03, 1995.  Hajem Tarek was entered 1996 into the birth registry of the Centar Municipality under the number 10941.  December 14, 2000 he registered his residency in the Ilidza Municipality, Hrasnicka cesta number 142.  His old residency was in Maglaj, Bocinja Gornja, Ravan bb.  He unregistered November 01, 2000.  He was stripped off of his Bosnian and Herzegovinian citizenship.  It was checked and verified that he is currently living at the address Hrasnicka cesta number 142.

25. HAMAMI KAMAL, son of Ahmad, born January 08, 1965 in Tebourba – Tunisia. Unique registration number 0801965173628.  Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28, 1995 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-204-318/92 dated February 12, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-2813 dated October 03, 1995.  Hamami Kamal was entered 1996 into the birth registry of the Centar Municipality under the number 11006.  May 09, 1997 he registered his residency in the Stari Grad Municipality – Sarajevo, Mahmutovac Street number 60.  He was stripped off of his Bosnian and Herzegovinian citizenship.  We also established that he was a subtenant at Mahmutovac number 60 and that he does not reside there any longer.

26. GARSHI SOUHAIL, son of Khemais-Ben-Taieb, mother Chelbia-Bent-Mohamed, born February 15, 1965 in Tunis – Tunisia. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28, 1995 which allows him to enter subsequently his name into the birth registry of the Centar Municipality.  This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-247/92 dated January 31, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified abouth this the Sarajevo Center for Security Service through the act number 07/2-204-2813 dated October 03, 1995.  Garshi Souhail was entered 1996 into the birth registry of the Centar Municipality under the number 10912.  March 18, 1994 he married Bargaovi Raja in Kvam that was entered into the marriage registry under the number 12/94. Garshi Souhail and his wife were stripped off of their Bosnian and Herzegovinian citizenship.

27. BRAHIM EL-MEJRI, son of Jusef, mother Maayoufa, born January 12, 1969 in Bouarada – Tunisia. Unique registration number 1201969173521.  Head of the Sarajevo Department of the Center for Security Service, Senada Povlakic signed the Decision number 19-13-200-107 dated December 13, 1994 which allows him to enter subsequently his name into the birth registry of the Centar Municipality.  This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-1763 dated December 02, 1994 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-1763 dated December 09, 1994. Brahim El-Mejri was

entered 1994 into the birth registry of the Centar Municipality under the number 2710.  May 12, 1997 he registered his residency in the Stari Grad Municipality – Sarajevo, Ferhadija Street number 45.

28. AMDOUNI MEHREZ, son of Mahmoud Ben Sasi, born December 18, 1969 in Tunis-Asima, Tunisia. Unique registration number 1812969173628.  The Minister of the Sarajevo Canton Ministry of Interior, Dahic Ismet signed the Decision number 02/3.1-200-295 dated June 15, 1998 which allows him to enter subsequently his name into the register of births of the Centar Municipality. This Decision was made based on the Decision of the Ministry for Civil Affairs and Communications of the Republic of Bosnia Herzegovina number 03-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/97 dated December 23, 1997 according to which he was given Bosnian citizenship. The Ministry for Civil Affairs and Communications of the Republic of Bosnia Herzegovina notified about this the Sarajevo Canton Ministry of Interior through the act number 03-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/79 dated December 23, 1997.  Amdouni Mehrez was entered 1998 into the birth registry of the Centar Municipality under the number 11066.  He owned a passport of Bosnia and Herzegovina number 0801888 issued September 16, 1998.  He registered his residency July 27, 1998 in the Stari Grad Municipality – Sarajevo, Abdesthan Street number 14.  He was arrested September 09, 1999 in Istanbul based on the international warrant of the Italian INTERPOL because of terrorist activities.

29. BARGAOVI RAJA, daughter of Tahar Ben Hassen, mother Khedije Bent Ahmed, maiden name Toumin, born November 1971 in Nabeul – Tunisia. Unique registration number 2911971172762. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28, 1995 which allows her to enter subsequently her name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-204-248/92 dated January 31, 1992 according to which she was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia and Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-2813 dated October 03, 1994. Bargaovi Raja was entered 1996 into the birth registry of the Centar Municipality under the number 10955.  May 12, 1997 she registered her residency in the Novo Sarajevo Municipality – Sarajevo, Fojnicka Street number 8, then September 08, 1997 she registered her residency in the Maglaj Municipality – Bocinja Gornja, Ravan Street bb, then August 27, 1999 in the Centar Municipality – Sarajevo, Bolnicka Street 32, and then October 26, 1999 in the Zavidovici Municipality, Mehmed Spaho Street bb.  She married March 18, 1994 Garshi Souheil in Kvam.  She and her husband were stripped off of their Bosnian and Herzegovinian citizenship.

30. KALBI NABIL, son of Habib, mother Mounjia Ben Selim, born January 15, 1968 in Menzel Bourguiba – Tunisia.  Unique registration number 1501968170166. The Head of the Center for Security Service Sarajevo, Dahic Ismet signed the Decision number 19/05-1-200-309 dated October 15, 1996 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 09/2-204-454/92 dated March 23, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia and Herzegovina notified about this the Sarajevo Center for Security Service through the act number 09/2-204-454/92 dated March 23, 1992.  Kalbi Nabil was entered 1997 into the birth registry of the Centar Municipality – Sarajevo under the number 10075.  He owned a passport of Bosnian and Herzegovina number BH 264482 issued January 23, 1997.  January 17, 1997 he registered his residency in the Centar Municipality – Sarajevo, Cobanija Street number 13, then September 09, 19997 in the Maglaj Municipality – Bocinja Gornja, Dolina Street bb, then April 28, 1999 in the Zavidovic Municipality, Dr. Pinkas Bandt Street number 38.  He married the Bosnian citizen Starcevic Adnana February 05, 1997 in the Maglaj Municipality.

31. MABROUK ADEL, son of Mahjoub, mother Latifa, maiden name Isa, born May 17, 1966 in Metline – Tunisia.  Unique registration number 1705966173634.  Entered into the registry of Bosnian and Herzegovinian citizens via Decision of the Ministry of Interior of the Socialist Republic of Bosnia and Herzegovina number 09/2-204-423 (signed by Mirsad Srebrenovic) and then also via the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-2189 (signed by Boriša Arnaut).  Mabrouk Adel was entered 1997 into the birth registry of the Centar Municipality – Sarajevo under the number 11007.  June 23, 1997 he registered his residency in the Stari Grad Municipality –

Sarajevo, Dzinina Street number 18, then December 17, 1997 in the Maglaj Municipality, Bocinja Gornja, Gaj Street bb, then December 11, 1998 in the Zavidovici Municipality, Bosanska Street bb.

32. BOUZIDI FETHI, son of Bouraovi, born June 13, 1966 in Tunis – Tunisia. Unique registration number 1303966170161. The Minister of the Sarajevo Canton Ministry of Interior, Dahic Ismet signed the Decision number 02/3.1-200-235 dated May 05, 1997 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-33 dated January 01, 1995 according to which he was given Bosnian citizenship. The Ministry of Justice and General Administration of Bosnia and Herzegovina notified about this the Ministry of Interior of the Sarajevo Canton through the act number 07/2-204-33/95 dated April 28, 1997. He was entered 1997 into the birth registry of the Centar Municipality - Sarajevo under the number 10641. July 15, 1999 he registered his residency in the Kljuc Municipality, Biljani donji Street bb, then September 17, 1997 in the Centar Municipality, Sarajevo, Provare Street number 20.

33. ARROUM ABDERRAZAK, son of Guider Ben Abdullah, mother M'Barkh, born February 26, 1959 in Zarkine – Tunisia. Unique registration number 260295170018. Head of the Sarajevo Department of the Center for Security Service, Senada Povlakic signed the Decision number 19/13-200-37 dated February 16, 1995 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-37 dated January 21, 1995 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-37 dated February 15, 1995. He was entered 1995 into the birth registry of the Centar Municipality under the number 421. February 17, 1995 he registered his residency in the Centar Municipality – Sarajevo, Imanovic Street number 15 and at the same time he received a personal ID card number 708/95, then May 31, 2001 he registered his residency in the Zavidovici Municipality, Potkleca Street number 36, then September 27, 2001 in the Zenica Municipality, Bistua Nuova Street number 207B.

        By checking in the field July 2000 we established that the house in the Imamovic Street number 15 where he registered to have his residency is owned by Mravovic Sadika and that this house is currently at the location Himzo Polovina Street number 2 (during the 1996 street renaming and changing of the house numbers this house was assigned to the other street – n.p.). Abderrazak has never lived nor has he registered his residency at this address which indicates that it is fictitious. This is a false data given in order to obtain personal identification documents of Bosnia and Herzegovina.

34. BEN INA KHALIFA BEN ALI, son of Ali, born June 15, 1966 in Susse – Tunisia. Unique registration number 1506966170179. Head of the Sarajevo Department of the Center for Security Service, Dahic Ismet signed the Decision number 19/05-1-200-318 dated October 15, 1996 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-454/92 dated March 23, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 09/2-454/92 dated March 23, 1992. He was entered 1997 into the birth registry of the Centar Municipality under the number 10059. He owned a passport of Bosnia and Herzegovina number BA 264479 issued January 23, 1997 in which he gave his residency address as Centar Municipality – Sarajevo, Skenderija Street number 20, personal ID card number 653/97. January 16, 1997 he registered his residency in the Centar Municipality – Sarajevo, Skenderija Street number 20, then September 08, 1997 in the Maglaj Municipality, Bocinja Gornja, Paravci Street bb, then November 10, 2000 in the Zenica Municipality, Donja Gracanica, then November 17, 2000 in the Zenica Municipality, Brce Street number 19. He married the Bosnian citizen Šehic Senija February 17, 1997 in the Travnik Municipality.

35. BEN SALEM MOHAMED, son of Maklufi, mother Garbije, born October 25, 1968 in Sfax – Tunisia. Unique registration number 2510968173532. Head of the Sarajevo Department of the Center for Security Service, Povlakic Senada signed the Decision number 19/03-200-1831 dated January 01, 1995 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number

07/2-204-1831 dated December 17, 1994 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-1831 dated December 17, 1995. He was entered 1995 into the birth registry of the Centar Municipality under the number 57. He owned passports of Bosnia and Herzegovina number BA 302447 issued February 27, 1997 and number 0945714 issued January 1999 in which he gave his residency address as Municipality Ilidza, A. Ljubincica Street number 64, personal ID card number 10573/98. January 13, 1995 he registered his residency in the Stari Grad Municipality – Sarajevo, Ramica sokak number 18, then December 02, 1998 in the Ilidza Municipality – Sokolovici, A. Ljubuncica Street number 64, then June 21, 2001 in Zenica, O. Dzafica Street bb.

36. EL MAGRY IBRAHIM, son of Jusef, born January 12, 1969 in Buarada – Tunisia. Unique registration number 1201969173610. Head of the Sarajevo Department of the Center for Security Service, Beganovic-Zutic Mirsada signed the Decision number 19-136/95 dated December 28, 1995 which allows him to enter subsequently his name into the register of births of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 09/2-204-343/92 dated February 20, 1992 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-2831 dated October 03, 1995. He was entered 1996 into the birth registry of the Centar Municipality – Sarajevo under the number 10939. December 13, 1994 he registered his residency in the Stari Grad Municipality – Sarajevo, Ferhadija Street number 15, then September 21, 1995 in the Zenica Municipality, Hamida Street number 43. He was stripped off of his Bosnian and Herzegovinian citizenship.

37. NAGAAOUI ZOHAEIR, son of Mohamed, mother Salouhe, born April 21, 1967 in Tunis – Tunisia. Unique registration number 2104967170167. He is by profession a construction technician. The Minister of the Sarajevo Canton Ministry of Interior, Dahic Ismet signed the Decision number 19/05-1-200-215/95 dated May 21, 1997 which allows him to enter subsequently his name into the birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-2990 dated November 07, 1995 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia and Herzegovina notified about this the Ministry of Interior of the Sarajevo Canton through the act number 07/2-204-2990 dated November 07, 1995. He was entered 1997 into the birth registry of the Centar Municipality - Sarajevo under the number 10640. May 26, 1997 he registered his residency in the Centar Municipality – Sarajevo, Odbašina Street number 13, then March 22, 2001 in the Zenica Municipality, Z. Dizdarevica Street number 18.

38. AL TBINI MUFID son of Altaib, born January 05, 1969 in Jendouba – Tunisia. Unique registration number 0501969190051. Owned passports of Bosnia and Herzegovina number BA 504972 issued December 17,1997 and number 0937100 issued January 07, 1999 in which he gave his residency address as Municipality Ilidza, Vreoca Street number 69A. He received his personal ID card number 9754/98 in the same municipality.

39. BELAKHEL TAHAR son of Mohamed, mother Hedidze, born December 18, 1963 in Sfax – Tunisia. Unique registration number 1812963170163. He is by profession a construction technician. Head of the Sarajevo Department of the Center for Security Service, Povlakic Senada signed the Decision number 19/13-200-26 dated February 04, 1995 which allows him to enter subsequently his name into birth registry of the Centar Municipality. This Decision was made based on the Decision of the Ministry of Interior of the Republic of Bosnia Herzegovina number 07/2-204-36 dated January 21, 1995 according to which he was given Bosnian citizenship. The Ministry of Interior of the Republic of Bosnia Herzegovina notified about this the Sarajevo Center for Security Service through the act number 07/2-204-36 dated January 21, 1995. He was entered 1996 into the birth registry of the Centar Municipality – Sarajevo under the number 12563. He owned a passport of Bosnia and Herzegovina number 0800161 dated September 03, 1998. He registered his residency April 28, 1998 in the Centar Municipality – Sarajevo, M. Tito Street number 8/11, then June 04, 1998 in the Ilidza Municipality, Vreoca Street number 69A where he received a personal ID card with the number 4487/99 and then at the same address another personal ID card, number 6619/00 valid 10 years.

40. LABIDI RIDHA, son of Ahmed, born February 08, 1970 in Fawwar Beja – Tunisia. Unique registration number 1901964193887. He owned passports of Bosnia and Herzegovina number BH 458380 issued August 12, 1997, number 1432705 issued September 09, 1999 in which he gave his residency address as Sarajevo, Hasana Brkica Street number 13. He received his personal ID card number 5451/99 in the Novo Sarajevo Municipality.

41. MEKNI BECHIR, son of Ahmed, born February 08, 1970 in Fawwar Beja – Tunisia. Unique registration number 0802970190022. He is by profession electrical engineer employed by the company "Bosmekini trans" in Zenica. He owned passports of Bosnia and Herzegovina number BH 458380 issued September 22, 1995 by the Police Administration Zenica and passport number 0867533 issued September 03, 1999 on which he gave his residency address as Stari Grad Municipality – Sarajevo, Ramica sokak Street number 18.

42. KARRAY KAMEL a.k.a. "Abu Hamza", son of Ali, mother Halima, maiden name Mehadbi, born November 19, 1966 in Tunis – Tunisia. His unique registration number was not determined. Based on the Decision of the Zenica Center for Security Service number 21-07/200-4305/95 dated September 29, 1995 he was entered October 07, 1995 into the birth registry in Zenica under the number 3567. April 10, 1994 he married Arnaut Halima in Travnik. He is accused of killing Hisham Diab January 1997 in Zenica. He was sentenced to prison term and is serving time in the penitentiary and correction facility Zenica.

43. MHAMDI SEDDIK, son of Mokhtar, born February 20, 1968 in Sidi Burid – Tunisia. He was given Bosnian and Herzegovinian citizenship through the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-853 dated May 09, 1995 (signed by Boriša Arnaut).

44. BEGOVIC MUHAMED (before Dridi Lotfi), son of Bouzida, mother Hanie, born January 08, 1963 in Tunisia. He came to Bosnia and Herzegovina in 1997 from Italy and settled down in the Travnik area. Mid-1998 he registered his permanent residency in Zavidovici, Krivajska 22, although he was staying in Bocinja. December 12, 2001 he submitted a request to the Zavidovici Police Administration to change again his current name into Dridi Lofti.

45. ZRIGUE HAMOUDA, son of Hamad, born June 20, 1955 in Tunisia. Unique registration number 2006955170441. He had his permanent residency registered in Maglaj, Gaj Street bb.

46. KHEMIRI MOHAMED SALAH, son of Hamad, born April 07, 1954 in Beja, Beja Municipality, Tunisia. Through the Decision of the Ministry of Justice and General Administration number 07/2-204-2264 dated November 02, 1995 (signed by Boriša Arnaut) he was given citizenship of Bosnia and Herzegovina. He registered his residency in Zavidovici, Krivajska Street bb, then registered November 17, 1997 in Mostar, Put 29 Hud Street number bb. Unique registration number 0704954193834.

47. KRIMI MOHAMED, son of Zahija, born December 18, 1955 in Ben Metir, Zenduba – Tunisia. Through the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-2264 dated November 02, 1995 (signed by Boriša Arnaut) he has a permit for temporary stay based on the marriage (DOCEX comment: to a Bosnian citizen). Based on the Decision of the Zenica Center for Security Service number 15-07-605 dated December 05, 1995 (signed by Šemsudin Mehmedovic, Head of the Center for Security Service) his name was subsequently entered into the birth registry for the area Jelah, Tešanj under the number 14 for the year 1995. Married to Salcin Aida form Zenica. They reside in Zenica, Talica brdo Street number 8.

48. SALMI TAOUFIK, son of Mohamed, mother Jomineh, born July 22, 1966 in Jelma. Unique registration number 2207966190052. Through the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-3093 (signed by Boriša Arnaut) he was given November 07, 1995 citizenship of Bosnia and Herzegovina. Based on the Decision of the Zenica Center for Security Service number 21-07/200-711/96 dated February 14, 1996 he was entered into the birth registry of Zenica under the number 569. He married Buljubašic Mersida May 05, 1997 with whom he has two children. He was living in Zavidovici and currently he is most likely in Luxembourg.

49. BOCCOUCHE SOFIANE, son of Alija, mother Fatimah el Had'adr, born June 26, 1966 in Ourdauine – Monostir – Tunisia.  Unique registration number 2606966193843. Through the Decision of the Ministry of Interior of the Republic of Bosnia and Herzegovina number 07/2-204-3112 dated November 17, 1995 he received citizenship of Bosnia and Herzegovina.  He is married to Boccouche Mersiha from Zavidovici with whom he has two children.


Acronyms that are here listed are used in the text:

| | |
|---|---|
| JMB – | Personal ID number |
| MUP – | Ministry of Interior Affairs |
| CSB – | Security Service Center |
| MKR – | Birth Registry |
| DKP - | Diplomatic and Consular mission office |
| PI – | Passport |
| KMUP – | Cantonal Ministry of Interior Affairs |
| H.O. – | Humanitarian Organization |
| V.S.K.- | High Saudi Committee |
| FMUP – | Federal Ministry of Interior Affairs |
| PU – | Police Administration |
| M.K.D. – | Citizen Registry |


15.  AKBAL MAHMUT, son of Mehmet, born on 03.05.1965 in Konya – Turkey, JMB 0305965171555. Based on the decision of KMUP Sarajevo number: 02/3.1-200-226 from 20.05.1998, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of General consulate of R bih in Istanbul, number: u-06-593-4/95 from 25.12.1995 for accepting the same to citizenship, after what the Ministry of Civil affairs and communications of bih with the act number: 03-204-1-469/98 from 12.03.1998 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998 under number 10698. The above mentioned on 21.07.1998 registered place of residence in municipality of Ilidza, street, Bjelasnicka. We have established that the above-mentioned does not live at the mentioned address, nor had he lived in the early past at that address.

16.  YILMAZ ERKAN, son of Necip, born on 13.04.1976, in Eyup – Turkey. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-1645 from 20.09.1999, signed by the chief of sector, Zijad Sabitovic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of General consulate of R bih in Munich, number: II-02-39/93 from 20.07.1994 for accepting the same to citizenship, after what the Ministry of Civil affairs and communications of bih with the act number: 03-204-1-2333/99 from 14.09.1999 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 12634.

17.  TUREGUN FATIH, son of Murtaza and mother Fatime, born on 15.02.1965 in Boyali – Turkey, JMB 1502965170013. Based on the decision of KMUP Sarajevo number: 19/05-1-200-149 from 04.09.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-2286 from 25.08.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2266 from 28.08.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995 under number 2617. The above mentioned on 07.09.1995 registered place of residence in municipality Centar – Sarajevo, street, M. Tita # 30.

18.  TOLU AHMET, son of Mehmet and mother Kadince, born on 02.12.1958 in Anamur – Turkey. Based on the decision of KMUP Sarajevo number: 19/05-1-200-150 from 30.08.1995, signed by the

chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-2267 from 25.08.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2266 from 28.08.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10372.

19. OSMAN DZANER TASLAMAN, son of Orhan, born on 24.03.1968 in Istanbul – Turkey, JBM 2403968170176. Based on the decision of KMUP Sarajevo number: 19/05-I-200-61 from 29.01.1997, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of Ministry of justice and general administration of bih number: 03-204-1571/96 from 31.07.1996 for accepting the same to citizenship. After that the Ministry of justice and general administration of bih with the act number: 03-204-1-1571/96 from 20.12.1996 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 10253. On 26.02.1997 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, M. Spahe 6. We have established that the above-mentioned until now did not live at the mentioned address, nor does he live at this address currently.

20. SENOL ENGIN, son of Sakip and mother Mevluda, born on 20.08.1980 in Ejup – Turkey, JMB 2008980173648. The above mentioned possessed PI of bih number: 1600085 from 16.09.1998. On 16.06.1998 the above mentioned registered place of residence in municipality of Stari Grad – Sarajevo, street, Sedrenik # 14, where as on 15.06.1998 the above mentioned was issued an ID card number: 2380/98, good for 5 years. We have established that the above mentioned currently does not live, nor had he ever lived at the mentioned address.

21. SANDZAK HAMDI, son of Mustafa and mother Fatma, born on 02.04.1956 in Lazani – Turkey, JMB 0204956170006. Based on the decision of CSB Sarajevo number: 19/05-I-200-207 from 07.02.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-2821 from 1.10.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2821 from 12.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995 under number 3631. On 18.12.1995 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Zaim Sarac # 64.

22. OZTURK AIDA, daughter of Abdullah, born on 13.06.1962in Ankara – Turkey, JMB 1306962175029. Based on the decision of CSB Sarajevo number: 19/05-1-200-8 from 08.01.1996, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-1298 from 05.01.1996 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-1298 from 05.01.1996 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10069. On 09.01.1996 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Bolnicka # 11.

23. ORMAN HUSEYIN, son of Ismail and mother Habibe, born on 06.04.1964 in Cine –Turkey, JMB 06.04964173616. Based on the decision of CSB Sarajevo number: 19/05-1-200-3661 from 12.11.1996, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih number: 07/2-204-2933 from 11.12.1995 for accepting the same to citizenship. After that the Ministry of justice and general administration of bih with the act number: 07/2-204-2933/96 from 06.11.1996 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 12505. On 27.12.1996 the above-mentioned registered place of residence in municipality of Stari Grad – Sarajevo, street, Arapova # 23/A. On 27.04.1999 the same in

municipality of Stari Grad – Sarajevo, married Spahic Mersudina. We are mentioning that in the birth certificate of the above mentioned 2064 is entered as the year of his birth.
We have established that the above mentioned was a subtenant at the address, Arapova # 23A, but the same doesn't live at that address any more.

24. MEMUR MEHMET, son of Aliseydi and mother Hatice, born on 26.01.1971 in place Akcadag – Turkey. Based on the decision of CSB Sarajevo number: 19/13-200-22 from 03.06.1994, signed by the chief of section, Senad Siljak, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih number: 07/2-204-166 from 02.06.1994 for accepting the same to citizenship. After that the MUP R bih with the act number 07/2-204-166 from 02.06.1994 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994 under number 1131.On the 05.02.1994 the above mentioned in municipality of Zenica married Sisman Amira. We are mentioning that according to the MUP records the above mentioned didn't registered place of residence. The same has a son Jusuf, born on 29.01.1995 in Ackadag – Turkey, JMB 2901995190073, from his registration from 04.10.1999 the above mentioned resides in Zenica, street, Travnicka cesta bb.

25. MERTOL EMRE, son of Ferhan and mother Nihal, born on 01.04.1988 in Istanbul –Turkey, JMB0104988170275. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-1928 from 16.11.1999 signed by the chief of Sector Senad Masovic, the above mentioned, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the General Consulate of R bih in Istanbul number: u-06-1646/95 from 25.12.1995 for accepting the same to citizenship of R bih. After what the Ministry of Civil affairs and communications of bih with the act number: 03-204-2635/99 from 11.11.1999 informed KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 13074. We are mentioning that according to the MUP records the above mentioned didn't register place of residence.

26. LJUCA REMZIYE JALE, daughter of Mithata, born on 14.07.1949 in Ankara – Turkey. Based on the decision of KMUP Sarajevo number: 02/3.1-200-583 from 19.09.1997, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the MUP R bih number: 07/2-204-486 from 28.03.1995 for accepting the same to citizenship. After that the Ministry of justice and general administration of bih with the act number: 07/2-204-486/95 from 16.09.1997 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 11567. We are mentioning that in the MUP records the above mentioned didn't registered place of residence.

27. KARDES EDA, daughter of Serafetina, born on 11.01.1959, in Tire-Turkey. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-1850 from 26.10.1999, signed by the chief of sector, Senad Masovic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the General Consulate of R bih in Istanbul number: u-06-865/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of civil affairs and communications of R bih with the act number 03-204-2555/99 from 19.10.1999 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 12872 along with her child KARDES EMIRHAN, born on 30.11.1983 in Istanbul – Turkey, JMB 3011983170210.

28. JUSUFOGLU IDRIS, son of Ibrahim, born on 11.01.1970 in Istanbul – Turkey, JMB 1101970172658. Based on the decision of KMUP Sarajevo number: 02/3.1-200-10 from 13.01.1998, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the General Consulate of R bih in Istanbul number: u-06-2073/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: u-06-2073/95 from 07.01.1998 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998 under number 10082. On 15.01.1995 the above mentioned registered place of residence in municipality of Novo Sarajevo – Sarajevo, street, Petar Sinana Saina #

19, who on 01.04.1999 from that address canceled the place of residence and registered in Ilidza, street, Dz. Bijedica # 492. We are mentioning that in his birth certificate Jusufovic as was entered as his last name, which is also filed in the MUP records.

29. JUSUF ZIJA JILMAZ, son of Alija, born on 25.09.1972 in Samsun – Turkey, JMB 2509972173611. Based on the decision of KMUP Sarajevo number: 02/3.1-200-547 from 04.09.1997, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the General Consulate of R bih in Istanbul number: u-06-2188/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: 03-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/97 from 01.09.1997 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 11440. On 11.09.1997 the above-mentioned registered place of residence in municipality Stari Grad – Sarajevo, street, Tahmiscica sokak #5. We have established that the above-mentioned does not live at the mentioned address, and on that address restaurant "Ildiz" is located.

30. DJENGIZHAN JAZIDJI, son of Ahmet and mother Sukrije, born on 18.07.1967 in Istanbul – Turkey, JMB 1807967172728. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-509 from 06.04.1999, signed by the chief of sector Zijad Sabitovic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih Embassy in Istanbul number: u-06-1960/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: 03-204-677/99 from 18.03.1999 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 10687. We are mentioning that in his birth certificate as the first and last name of the above mentioned was entered Dzengizhan Jazidzi.

31. KAYA FAYSAL, son of Hamita, born on 02.02.1968 in Omerli-Turkey. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-2078 from 14.12.1999, signed by the chief of sector Senad Masovic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih General Consulate in Istanbul number: u-06-2098-6/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of civil affairs and communications of bih with the act number 03-204-2751/99 from 08.12.1999 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 13200.

32. KALAJ MEHMED, son of Sejfija and mother Sati, born on 23.12.1968 in Kadinhani – Turkey, JMB 2312968170014. Based on the decision of CSB Sarajevo number: 19/13-200-90 from 18.11.1994, signed by the chief of sector Senad Povlakic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih MUP number: 07/2-204-742 from 08.11.1994 for accepting the same to citizenship of R bih. After that the R bih MUP with the act number 07/2-204-742 from 14.11.1994 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994 under number 2494. On 19.11.1994 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Breka # 17. We have established that the above mentioned doesn't live at the mentioned address.

33. GUCLU MUSTAFA, son of Hasan and mother Esmehan, born on 03.05.1955 in Kuyulusebil – Turkey, JMB 0305955170046. Based on the decision of CSB Sarajevo number: 19/05-1-200-153 from 04.09.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-2269 from 25.08.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2266 from 28.08.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of

Centar in 1995 under number 3629. On 06.12.1995 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, M. Tita # 30. We have established that above mentioned currently doesn't live, nor had he lived at the mentioned in the recent past.

34. ERDEN HAMDI, son of Kanber, born on 24.01.1950 in Skoplje – Macedonia. Based on the decision of KMUP Sarajevo number: UP-1-02/3.1-13-0-1825 from 21.10.1999, signed by the chief of sector Senad Masovic, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih General Consulate in Istanbul number: u-06-2098-1/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of civil affairs and communications of bih with the act number 03-204-2516/99 from 14.10.1999 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1999 under number 12908.

35. ENGIN HUSEYIN, son of Mustafa and mother Aynizeliha, born on 26.10.1970 in Sanliurfa – Turkey, JMB 2610970173528. Based on the decision of CSB Sarajevo number: 19/05-1-200-237 from 14.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-3004 from 15.11.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-3004 from 15.11.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1995 under number 3846. On 21.12.1995, the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Obala Isa-bega Isakovic # 8. On 18.12.1996 the above mentioned married Habut Edisa, marriage registry number: 509/96. We have established that the above mentioned currently doesn't live, nor had he lived at the mentioned address in the recent past.

36. CAKIR FAHRI, son of Mustafa, born on 21.1.1964, in Kuyul Usebil – Turkey, JMB 2112964170177. Based on the decision of CSB Sarajevo number: 19/05-1-200-319 from 15.10.1996, signed by the chief of the center Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih MUP number: 09/2-204-454/92 from 23.03.1992 for accepting the same to citizenship of R bih. After that the R bih MUP with the act number 09/2-204-454/92 from 23.03.1992 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 10062. On 16.01.1997 the above mentioned registered place of residence in municipality of Centar – Sarajevo, street, Trampina # 4, after what the above mentioned on 08.09.1997 registered place of residence in municipality of Maglaj – Bocinja Gornja, street, Dolina bb.

37. LOKMAN KURT, son of Serif, born on 19.10.1969 in Istanbul – Turkey, JMB 1910969100045, shoemaker by profession. The same is registered to MKD in municipality of Novo Sarajevo in 1996 under number 21. He possessed PI of bih number: BH720791 issued on 11.09.1995 in which as the place of residence the above-mentioned entered Kotor Varos, street, M. Pavlovic # 7. On 11.09.1987 the above mentioned registered place of residence in municipality of Banjaluka, street, Brace Barucije bb, after what on 16.09.1987 the same registered place of residence in municipality Kotor Varos, street, M. Pavlovic # 7. The above mentioned on 18.03.1996 registered place of residence in municipality of Novo Sarajevo – Sarajevo, street, Dzamijska # 27. On 19.03.1996 obtained an ID card number: 6512/96 with the address listed as Dzamijska 27, who will again on 07.01.1999 obtained a temporary ID card number: 173/99 with the same place of residence.

38. INAL SALIH, son of Veli-a and mother Dzemile, born on 04.02.1966 in Bursa – Turkey, JMB 0402966172283. Based on the decision of CSB Sarajevo number: 19/05-1-200-189 from 06.08.1996, signed by the chief of the center Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih MUP number: 09/2-204-3 from 25.04.1994 for accepting the same to citizenship of R bih. After that the R bih MUP with the act number 09/2-204-3 from 01.08.1996 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 11959. On 04.10.1999 the above mentioned registered place of residence in B. Krupa, street, Prvomajska bb, on 01.10.1998 the same registered place of residence in municipality of Sanski Most, Skucani Vakuf

bb, on 31.10.1997 the same registered place of residence in Maglaj, Donji Ulisnjak 58A, on 13.08.1996 the same registered place of residence in municipality of Novi Grad – Sarajevo, Trg sar. Olipmijade 8.

39.  KOKEZ MEHMET, son of Huseynia and Hasiba, born on 12.09.1972 in Antalya – Turkey, the above mentioned was accepted to bih citizenship with a R bih MUP decision number: 07/2-204-2320 from 29.08.1995 which was signed by Borisa Arnaut.

40.  VEZIROGLU ERTAN, son of Ismail Sezgina and Fatma Kulekci, born on 22.05.1970 in Merkez – Turkey, JMB: 2205970190021, registered to MKR Zenica under number 93, based on the decision of KMUP Zenica number: 10-02/1-1-200-5/97 from 10.01.1997, but on 21.09.199 the above mentioned married Karic Hernastina in Zenica.

41.  OZGUR HASAN, son of Ferit and Emina, maiden name Gursoy, born on 20.09.1968 in Mevic – Turkey, JMB 2009968190053, the above mentioned was registered to MKR Zenica on 16.02.1996 under 696 based on the decision of CSB Zenica number: 21-07/200-614/96 from 16.02.1996.

42.  KOYLU NEJDET, aka "Medeni", son of Omer and Mirima, born on 03.04.1965 in Devali – Turkey, JMB wasn't determined, he was accepted to bih citizenship based on the decision of R bih MUP number: 07/2-204-2328 from 03.09.1995 (signed by Borisa Arnaut). In MKR Zenica the same was registered on 16.10.1995 under number 3712, based on the decision of CSB Zenica number: 21-07/200-4476/95 from 12.10.1995. The same married Kobilica Bedrija, from Arnaut close to Zenica.

43.  YUKSEKTEPE YILMAZ, son of Alija and Hasbija, born on 01.09.1958 in Fatsa – Turkey, JMB 0109958190095, registered to MKR on 19.01.2001 under number 110, based on the decision of Zenica MUP, number: 10/02/1-1-13-2-83 from 19.01.2001. The above mentioned married Aler Nebahat on 01.03.1988 in Uskudor – Turkey.

ALBANIA

1.  SHELA MORVANA, daughter of Edhem and mother Zylya, born on 10.07.1978 in Uskudra – Albania, JMB 1007978175196. Based on the decision of CSB Sarajevo number: 19-139/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-321/92 from 15.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10928. In the birth certificate as the name of the above mentioned Mervana was entered. On 12.05.1997 the above mentioned registered place of residence in municipality of Centar – Sarajevo, street, Skenderije # 7, after what the same on 08.09.1997 registered place of residence in Maglaj – Bocinja Gornja, street, Gaj bb,. On 07.10.2000 the above-mentioned registered place of residence in Zenica, Zenica, street, Bistua Nuova # 125. On 28.04.1994 the above-mentioned married Ayad Osam in Maglaj, to the mentioned citizenship was taken away.

2.  BARDHOSHI PRANVERA, daughter of Bajram, born on 04.03.1973 in Tirana – Albania, JMB 0403973175170. Based on the decision of CSB Sarajevo number: 19-139/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-291/92 from 05.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. On 17.07.1997 the above mentioned registered place of residence in municipality of Centar – Sarajevo, street, Musala # 8, after what on 08.09.1997 the same registered place of residence in municipality of Maglaj – Bocinja Gornja, street, Ravan bb. The above mentioned on 01.04.1999 registered place of residence in municipality Novi Grad – Sarajevo, street, Prvomajska # 15, and then on 11.01.2000 registered place of residence in municipality of Zavidovici, street, Bosanska # 4, and on 30.11.2000

registered place of residence in municipality of Mostar, street, Knezevica # 24. To the same citizenship was taken away.

## BAHRAIN

1. AL FADHALA NASER, son of Abdulla and mother Munire, born on 23.03.1956, in Muharak – Bahrain, JMB 2303956170060. Based on the decision of CSB Sarajevo number: 19/13-200-24 from 03.06.1994, signed by the chief of section, Senad Siljak, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih number: 07/2-204-23 from 01.06.1994 for accepting the same to citizenship. After that the MUP R bih with the act number 07/2-204-23 from 01.06.1994 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1994 under number 1240. The above mentioned possessed PI of bih number: BH016936 from 25.06.1994, number BA286270 from 07.10.1996 issued in our DKP in Munich (based on the request number 638404), PI of bih number: 1207325 from 24.06.1999. On 20.06.1994 the above mentioned registered place of residence in municipality of Centar – Sarajevo, street, M. Tita # 32, and on 24.07.2001 the above mentioned registered place of residence in municipality of Ilidza, street, Osik # 10, who on 26.07.2001 obtained an ID card number: 3508/01, good for 10 years.

## DJIBOUTI

1. HANCHI AMMAR, son of Bin Abdulah Al-Hanchi Miftah and mother Mubarak, maiden name Bint Ali Al – Drisi, born on 15.01.1965 in Dikkir – Djibouti. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-319/92 from 15.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 11000. On 30.06.1997 the above mentioned married Lika Habib in Maglaj. In the birth certificate as the name of the mentioned was entered Al-Hanchi, and also in which the place and country of birth was entered Hayy Zuhur – Tunis. The above mentioned possessed PI of bih number 3483603 issued in PU Travnik. On 12.05.1997 the above mentioned registered place of residence in municipality of Stari Grad – Sarajevo, street, Logavina # 54, after what on 29.09.1997 registered place of residence in municipality of Maglaj – Bocinja Gornja, street, Paravci bb. On 24.04.2001 the above-mentioned registered place of residence in municipality of Travnik, street, Pode bb. To the mentioned the citizenship was taken away.

2. ROBLE JUSEEF, son of Jamaa, born on 23.01.1969 in Obock – Djibouti, JMB 2301969170164. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-383/92 from 12.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10961. On 09.05.1997 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Bjelave # 11. To the same citizenship was taken away.

## GAMBIA

1. JAH MOHAMED, son of Momodoua, born on 30.11.1968, in Fass – Gambia, JMB 3011968170166. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-202/92 from 20.01.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10980. On

12.05.1997 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Tekija # 12. To the same citizenship was taken away.

GEORGIA

1.  ZOURAB AZMAIPARACHVILI, born on 16.03.1960 in Tbilisi – Georgia. Based on the decision of KMUP Sarajevo number: 19/05-1-200-140 from 06.03.1997, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih MUP number: 07/2-204-218 from 01.03.1995 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: 07/2-204-218/95 from 05.03.1997 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 10306. We are mentioning that according to the MUP records, the same never registered place of residence.

FRANCE

1.  GALI DZAMAL, son of Hosine and mother Sevean, born on 13.01.1958 in Aulnay Sous Bois – France, JMB 1301958171335. Based on the decision of R bih MUP number: 07/2-204/425 from 20.07.1994 the above mentioned was accepted to R bih citizenship, after what he was registered to MKD in municipality of Hadzici, local office Pazarici, number: 03/3-204-342/94 from 15.10.1994. The above mentioned never registered to MKR on the territory of municipality of Hadzici. On 20.10.1994 the above-mentioned registered place of residence in Hadzici – Pazarici, street, Radnicka # 13, and from 08.01.1994 in Hadzici, street, XII Herzegovacka Brigade # 18. On 20.05.1995 the above mentioned in Registrar office in Pazarici married Mujkanovic Sida. The above mentioned left bih with his family and is currently located in France.

2.  AIT BAZIZ IDRIS, son of Rezki, born on 09.03.1964 in Paris – France, JMB0903964173605. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-313/92 from 15.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10985. On 11.08.1995 the above mentioned registered place of residence in municipality of Stari Grad – Sarajevo, street, Dzeka # 16, after what on 28.07.1997 registered place of residence in municipality of Maglaj – unknown address. To the mentioned citizenship was taken away.

QATAR

1.  MAHMOUD AL-ABED AHMAD – son of Musa and mother Zinab, maiden name Hasan, born on 12.05.1953 in Doha – Qatar. Based on the decision of CSB Sarajevo number: 19/05-1-200-138 from 25.09.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 07/2-204-152 from 06.04.1995 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-152 from 10.08.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 12421. In the birth registry as his last name was entered Mah'd.

2.  KHELLA AIMAN, son of Yousef, born on 01.09.1968 in Doha – Qatar, JMB 0109968172281. Based on the decision of KMUP Sarajevo number: 02/3.1-200-667 from 27.10.1997, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih General Consulate in Istanbul number: u-06-593/95 from 25.12.1995 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: 03-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/97 from 22.10.1997

informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1997 under number 11811. On 10.11.1997 the above-mentioned registered place of residence in municipality of Novi Grad – Sarajevo, street, Semir Frasta # 16.

3.   EL HACHIMI MUHAMED, son of 07.06.1968 in Edodouha – Qatar. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-414/92 from 05.03.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. We are mentioning that according to the MUP records the above mentioned didn't register place of residence.

4.   RAFAAT ABU WATFA, son of Mohamed and mother Fatime, born on 01.09.1969 in Doha – Qatar. Based on the decision of KMUP Sarajevo number: 02/3.1-200-84 from 26.02.1998, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the R bih MUP number: 07/2-204-1650 from 23.11.1994 for accepting the same to citizenship of R bih. After that the Ministry of justice and general administration of bih with the act number: 07/2-204-1650 from 23.12.1997 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998 under number 10304. We are mentioning that according to MUP records the above mentioned didn't register place of residence.

COMMORES

1.   M'WALIDI MUHAMED, son of Abdurahman, born on 12.01.1957 in Moroni – Commores, JMB 1201957170179. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-317/92 from 15.02.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2183 from 03.10.1995 informed the CSB Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1996 under number 10977. On 12.05.1997 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, A. Jabucice # 31. On 25.02.1998 the above mentioned registered place of residence in municipality of Zenica, street, Dr. Adolf Goldberger # 9a, after what on 21.10.1998 registered place of residence in municipality of Zavidovici, street, Stavci bb. To the mentioned bih citizenship was taken away.

LUXEMBOURG

1.   KREIS HANS, son of Valter, born on 10.04.1959 in Luxembourg – Luxembourg, JMB 1004959170176. Based on the decision of CSB Sarajevo number: 19-136/95 from 28.12.1995, signed by the chief of section Beganovic – Zutic Mirsada, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of MUP R bih, number: 09/2-204-416/92 from 05.03.1992 for accepting the same to citizenship, after what the MUP of R bih with the act number: 07/2-204-2813 from 03.10.1995 informed the CSB Sarajevo. On 10.05.1997 the above-mentioned registered place of residence in municipality of Centar – Sarajevo, street, Zmaja od Bosne # 1, but on 20.08.1997 canceled his residence and moved to Maglaj, who on 09.09.1997 registered place of residence in Bocinja Gornja – Ravan bb. The above mentioned on 30.07.2000 canceled his residence and moved to Ilidza, who on 05.07.2000 registered place of residence, street, Francuske Revolucije # 39. We have established that above mentioned lives at the mentioned address, along with his wife Kreis Magdalena. To the mentioned bih citizenship was taken away.

MALI

1.  PO SAKO, son of Injaj, born on 21.12.1975 in Bamako – Mali, JMB 2112975170179. Based on the decision of KMUP Sarajevo number: 02/3.1-200-565 from 26.08.1998, signed by the minister Dahic Ismet, the above mentioned was subsequently registered to MKR in municipality of Centar. This decision was brought based on the decision of the Ministry of Civil Affairs and Communications of bih number: 03-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/97 from 24.12.1997 for accepting the same to citizenship of R bih. After that the Ministry of civil affairs and communications of bih with the act number 03-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/97 from 20.08.1998 informed the KMUP Sarajevo. The mentioned individual was registered to MKR in municipality of Centar in 1998 under number 11415.In the birth certificate as the first and last name of the mentioned was entered LESFARAYINY ELIKACHRAMI. On 21.09.1998 the above-mentioned registered place of residence in municipality of Centar, street, Dejzina Bikica 10, after what the above mentioned on 21.11.2000 canceled his residence and on 22.11.2000 registered place of residence in municipality of Novi Grad, street, Jajacka # 10. The above mentioned possessed PI of bih # 0812665 issued on 25.09.1998 and number: 1362441 issued on 19.04.2001. We have established that above mentioned didn't live nor he currently lives at the D. Bikica 10.

## MAURITANIA

1.  MARCHAL I OUL D DIHARI, son of Marchal, born on 22-Feb-1969 in Nouakchota, Mauritania. Individual registration number: 2202969170166. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-306 from 15-Oct-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-454/92 from 23-Mar-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-454/92 from 23-Mar-1992 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1997 under number 10079. The mentioned possessed bih passports no. BA264483 issued on 23-Jan-1997, no. 0890373 from 11-Mar-1999, which was destroyed and no. 3312216 issued on 24-May-2001. On 17-Jan-1997, the mentioned declared his residency at the Center municipality – Sarajevo, H. Kresevljakovica no. 4, from where on 24-July-1997 he left for Zenica. On 04-Dec-1998, he once again declared his residency at the Center municipality – Sarajevo, Tesanjska no. 34, where on the same day, he was issued personal ID card no. 12920 that is valid for 10 years.

2.  OULD AHMED ABDELA, son of Hajd-Ibrahim, born on 19-Sept-1967 in Novakchot, Mauritania. Individual registration number: 1909967173624. The mentioned is Sarajevo Security Service Center number: 19-136/95 from 28-Dec-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-372/92 from 12-Feb-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10966. On 09-May-1997, the mentioned declared his residency at the Old Town municipality – Sarajevo, Ferhadija no. 16, then from 15-Aug-2000, he moved to Novi Grad – Sarajevo where he did not declare his residency. Information has not confirmed the mentioned individual residence. His bih citizenship has been revoked.

## GERMANY

1.  HAKAN ALBAYRAK, son of Zijo and Gulbejaz, born on 04-June-1968 in Hanau, Germany. The mentioned is Sarajevo Security Service Center number: 19/13-200-17 from 10-June-1994, written by department Chief-of-Staff Senad Siljak, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-131 from 19-May-1994 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-131 from 19-May-1994 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1994 under number 1646. In his birth records book, it states that his date of birth is 04-July-1968. On 27-May-1994, the mentioned declared his residency at the Old Town municipality – Sarajevo, Ticina no. 1.

OMAN

1. HIAEM EL BITAR, daughter of Ali, born on 04-Oct-1945 in Krkvak, Oman. Individual registration number: 0410945175129. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: UP-1-02/3.1-13-0-551 from 18-July-2000, written by sector Chief-of-Staff Senad Masovic, who approved adding the name to the municipality center birth record log list. This decision was brought by the bih Consulate in Mannheim number: II-02-245/95 from 16-Aug-1995 on accepting the mentioned to citizenship, which the bih Ministry of Civil Affairs and communication, with act number: 03-204-1570/00 from 13-July-2000 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 2000 under number 11254. As her place of residence, the mentioned put the center municipality – Sarajevo, Lovcenska 227. She had Mannheim, Germany as her place of residence where in our consulate in Mannheim (request no. 748762), she received bih passport no. BA750556 issued on 03-Apr-1998 that was valid until 03-Apr-2000. She does not reside nor has she ever resided at the mentioned address. She currently resides in Cairo, Egypt.

2. ROLA KHAL'IL, daughter of Subhi, born on 20-Jan-1968 in Nablus, Oman. Individual registration number: 2001968175177. The mentioned is Sarajevo Cantonal Ministry of Internal Affairs number: UP-1-02/3.1-13-0-414 from 12-June-2000, written by sector Chief-of-Staff Senad Masovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of the rbih Consulate in Mannheim number: II-02-266-1/95 from 19-Sept-1995 on accepting the mentioned to citizenship, which the bih Ministry for Civil Affairs and communication, with act number: 03-204-726/00 from 04-June-2000 reported it to the Sarajevo Cantonal Ministry of Internal Affairs. The mentioned individual was written in the municipality center birth records log in 2000 under number 11050. Under the same decision of the General Consulate in Mannheim, the children of Rolin and Nidalova were also granted rbih citizenship. Sabri Khal'il, born on 21-Sept-1993 in Tarablous, Libya, Mohamad Ali Khal'il, born on 23-July-1995 in Tarablous, Libya and Hiaem Khal'il, born on 12-Dec-1997 in Tarablous, Libya. As a place of residence the mentioned spent some time in the Old Town municipality – Sarajevo, Cobanija 10. Then afterwards, on 19-June-2000. The mentioned declared her residence at the Center municipality – Sarajevo, H. Bibera no. 35. On 12-May-1995, she declared her residence in Mannheim, Germany on Landsbergerstrasse 274, where at our consulate in Mannheim (request no. 748753), she received her bih passport no. BA750554 issued on 03-Apr-1998 that was valid until 03-Apr-2000. The mentioned does not reside nor has she ever resided at the stated address and currently resides in Cairo, Egypt.

3. OMAR AL MAAMARI called "Abdela", son of Hilal, born on 04-Dec-1972 in Al-Annah, Oman. The mentioned is Sarajevo Canton MUP number: 02/3.1-200-277 from 05-May-1997, written by minister Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih Ministry of Justice and general administration number: 03-204-4044/96 from 30-Sept-1996 on accepting the mentioned to citizenship, which the rbih Ministry of Justice and general administration, with act number: 03-204-4044/96 from 30-Sept-1996 reported it to the Sarajevo Canton MUP. The mentioned individual was written in the municipality center birth records log in 1997 under number 10591. Actually, all the time until; 1997 when he left, he resided in the Tesanj region.

PAKISTAN

1. ABDUL RAHMAN RAJA, son of Mohammad, born on 24-Dec-1952 in Karyala, Pakistan. Individual registration number: 2412952173603. The mentioned is Sarajevo Canton MUP number: UP-1-02/3.1-130-37 from 25-Jan-1999, written by sector Chief-of-Staff Zijad Sabitovic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih General Consulate in Mannheim number: II-02-877/94 from 24-Aug-1994, which the bih Ministry of Civil Affairs and communications, with act number: 03-204-2463 from 26-Nov-1998 reported it to the Sarajevo Canton MUP. The mentioned individual was written in the Sarajevo – Center municipality center birth records log in 1999 under number 10112. The mentioned possessed bih passport no. 0866010 issued on 11-Mar-1999. On 25-Feb-1999, the mentioned declared his residency at the Old

Town municipality – Sarajevo, Alije Nametka no. 41C, but from 28-July-1999, he declared his residency at the Center municipality – Sarajevo, Avde Jabucice no. 10 where on the same day, he was issued personal ID card no. 6993/99 that is valid for 10 years. On 29-Nov-1997, he wed with Munira Alihodzic at the Novo Sarajevo municipality.

2.  SAEED QURAISHI, son of Abdull Basita, born on 18-Dec-1959 in Karachi, Pakistan. Individual registration number: 1812959170167. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-131 from 21-June-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 07/2-204-1118 from 17-June-1996 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-1118 from 17-June-1996 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the Sarajevo Center municipality center birth records log in 1996 under number 1138. The mentioned possessed bih passports no. BH824040 issued on 13-Oct-1995, no. BA598647 from 22-Sept-1997 and no. 0946770 issued on 29-Apr-1999. On 13-Aug-1996, the mentioned declared his residency at the Center municipality – Sarajevo, Kranjcevica no. 26, but from 31-Oct-2001, he resided at Cekalusa no. 49 and on 01-Nov-2001 he was issued personal ID card no. 6175/2001 that is valid for 10 years. He also wed with Lejla Sarkic.

3.  MUSAB AZZAM, son of Abdullah and Samirah, born on 15-Dec-1984 in Islamabad, Pakistan (Information from transcripts on bih citizenship, but other documentation is missing).

4.  AMIR MOHAMMAD, son of Samdanij and Saeed, born on 12-Feb-1958 in Karachi, Pakistan. Individual registration number: 1202968190038. The mentioned individual was written in the Zenica municipality center birth records log on 21-Aug-1995 under number 2796, based on the decision of the Zenica Security Service Center no. 21-07/2-200-3595/95 from 21-Aug-1995. On 16-May-1998, he wed in Zenica with Razija Cizmic.

5.  MOHAMMAD AKBAR, son of Nijaz and Fatima nee Hafiz, born on 23-Mar-1960 in Karachi, Pakistan. Accepted as a bih citizen through the decision of rbih MUP no. 07/2-204-1059 from 24-May-1995. He resides in the Kakanj region – Zgoscanska 41/3 and owns an electronics store. He is married to Sahida Takhan, born on 20-Mar-1996 in Karachi, Pakistan and also has a wife named Sabina Husika.

SOMALIA

1.  JAMA AFRAH ABDI, son of Haweie, born on 06-Sept-1964 in Hargeisa, Somalia. Individual registration number: 0609964170015. The mentioned possessed bih passports no. BA001001 issued on 24-Apr-1996, no. BA733959 from 24-Apr-1998 and no. 1057261 issued on 12-June-1999. On 11-Nov-1995, the mentioned declared his residency at the Center municipality – Sarajevo, Bardakcije no. 1, where on 23-Apr-1996 he was issued personal ID card no. 8949/96 that is valid for 10 years. Information has confirmed that the mentioned does not reside at the stated address because that is the location of the student dorms.

SWITZERLAND

1.  MAGDALINA KREIS, daughter of Hafenmayer, born on 01-May-1958 in Zurich, Switzerland. Individual registration number: 0105958175163. The mentioned is Sarajevo Security Service Center number: 19-136/95 from 28-Dec-1995, written by Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-417/92 from 05-Mar-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10927. On 10-May-1997, the mentioned declared her residency at the Center municipality – Sarajevo, Zmaja of Bosne no. 1, then on 21-Aug-1997, she declared his residency at the

Maglaj municipality – Bocinja Gornja, Bocinja Gornja bb. The mentioned had her citizenship revoked. She is married to Hans Kreis, who also had his citizenship revoked.

<u>UNITED ARAB EMIRATES</u>

1. ZUBEIR EL AHMEDI (changed to Zubeir Becic), son of Muhammed, born on 12-June-1974 in Abu Dabi, UAE. Individual registration number: 1206974170176. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-322 from 15-Oct-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-454/92 from 23-Mar-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-454/92 from 23-Mar-1992 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1997 under number 10065. On 11-Dec-1978, he married in Maglaj with bih citizen Amela Becic, then afterwards changed his last name from, El Ahmedi to Becic. On 16-Jan-1997, the mentioned declared his residency at the Center municipality – Sarajevo, Franca Lehara no. 1. On 20-Aug-1997, he announced his withdrawal from the Center municipality and then later, on 09-Oct-1997, he announced his residency at the Maglaj municipality – Bocinja Gornja, Dolina bb. He then announced his withdrawal from that address on 28-May-2001 to then declare his residency on 31-May-2001 at the Zenica municipality on Gorazdanska no. 45.

2. HUDEJF EL AVISI, son of Mus'ab, born on 18-Apr-1960 in Esareka, UAE. Individual registration number: 1804960170178. The mentioned is Sarajevo Security Service Center number: 19/05-1-200-324 from 15-Oct-1996, written by Center Chief-of-Staff Ismet Dahic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-454/92 from 23-Mar-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 09/2-204-454/92 from 23-Mar-1992 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the Sarajevo municipality center birth records log in 1997 under number 10070. The mentioned possessed bih passports no. BA264488 issued on 23-Jan-1997, no. BA661483 from 13-Nov-1997 and no. 0899795 issued on 23-Apr-1999. On 17-Jan-1997, the mentioned declared his residency at the Center municipality – Sarajevo, Muhameda Hadzijahica no. 20, then on 03-June-1999 he was issued personal ID card no. 4605/99 that is valid for 10 years.

3. HASSAN EZZAABI, son of Mohamed, born on 22-Dec-1969 in Rasalhajma, UAE. Individual registration number: 2212969170161. The mentioned is Sarajevo Security Service Center number: 19-136/95 from 28-Dec-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-382/92 from 12-Feb-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the Sarajevo municipality center birth records log in 1996 under number 10925. On 09-May-1997, the mentioned declared his residency at the Center municipality – Sarajevo, Alipasina no. 28. The mentioned individual had his citizenship revoked.

4. FARES EL HAROUAY, born on 27-Aug-1966 in El Brimi, UAE. The mentioned is Sarajevo Security Service Center number: 19-136/95 from 28-Dec-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on the basis of rbih MUP number: 09/2-204-389/92 from 12-Feb-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10948.

5. MOHAMED EL MANSOURY, son of Ahmed, born on 16-Jan-1966 in Eccharika, UAE. Individual registration number: 1601966173626. The mentioned is Sarajevo Security Service Center number: 19-136/95 from 28-Dec-1995, written by department Chief-of-Staff Mirsad Beganovic - Zutic, who approved adding the name to the municipality center birth record log list. This decision was brought on

the basis of rbih MUP number: 09/2-204-384/92 from 12-Feb-1992 on accepting the mentioned to citizenship, which the rbih MUP, with act number: 07/2-204-2813 from 03-Oct-1995 reported it to the Sarajevo Security Service Center. The mentioned individual was written in the municipality center birth records log in 1996 under number 10965. On 09-May-1997, the mentioned declared his residency at the Old Town municipality – Sarajevo, Pale no. 12 and then later, on 09-Sept-1997, he declared his residency in the Maglaj municipality – Bocinja Gornja, Gaj bb, where he resided in the home Dragana Mocic. On 01-Feb-1997, he married with bih citizen Samira Tursic at the Maglaj municipality. The mentioned had his bih citizenship revoked.