UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Terrorist Attacks on September 11, 2001   )   03 MDL 1570 (GBD)
                                                )   ECF Case
---

This document relates to:

*Ashton v. Al Qaeda Islamic Army, et al.* (02-CV-6977)
*Barrera v. Al Qaeda Islamic Army* (03-CV-7036)
*Burnett v. Al Baraka Inv. & Dev. Corp.* (03-CV-9849)
*Continental Cas. Co. v. Al Qaeda Islamic Army* (04-CV-5970)
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.* (04-CV-7279)
*Federal Ins. Co., et al. v. Al Qaida* (03-CV-6978)
*New York Marine & Gen. Ins. Co. v. Al Qaida* (04-CV-6105)
*Salvo v. Al Qaeda Islamic Army* (03-CV-5071)
*Tremsky v. Osama Bin Laden* (02-CV-7300)
*World Trade Center Prop., LLC v. Al Baraka Inv. & Dev. Corp.* (04-CV-7280)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following changes, effective immediately, in firm name, address, and other contact information for Karla J. Letsche, counsel for Cherif Sedky, a Defendant in the above-referenced actions:

> Karla J. Letsche, Esq.
> Wittie, Letsche & Waldo, LLP
> 915 15th Street, NW
> 2nd Floor
> Washington, D.C. 20005
> Phone: (202) 464-9351
> Fax:   (202) 293-6111
> Email: kletsche@wlw-lawfirm.com

Respectfully submitted,

WITTIE, LETSCHE & WALDO, LLP

By: /s/_____

Karla J. Letsche (admitted *pro hac vice*)
Wittie, Letsche & Waldo, LLP
915 15th Street, NW
2nd Floor
Washington, D.C. 20005
Phone: (202) 464-9351
Fax: (202) 293-6111
Email: kletsche@wlw-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2011, I caused an electronic copy of the foregoing Notice of Change of Address to be served electronically, by the Court's electronic filing system.

/s/
Karla J. Letsche