```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED:  1/11/11    │
└─────────────────────────┘
```



**COZEN**
**O'CONNOR**

MEMO ENDORSED

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

January 11, 2011

**Sean P. Carter**
Direct Phone 215.665.2105
Direct Fax   215.701.2105
scarter@cozen.com

**VIA FACSIMILE**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

*The 1/14/11 Conf is canceled on consent.*

*Ffm..., USMJ*
*1/11/11*

Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

The parties are writing to submit their joint letter regarding the discovery status conference presently scheduled for January 14, 2011. The parties are in agreement that it is not necessary for the Court to hold a conference on January 14, 2011. However, the conference scheduled for February 8, 2011 should go forward as planned, and the parties will submit an agenda one week in advance to identify any issues for discussion. The parties will also submit their proposals regarding the briefing schedule for discovery disputes, and anticipate doing so by the end of this week.

Sincerely,

COZEN O'CONNOR

By: Sean P. Carter
On behalf of the
Plaintiffs' Executive Committees

BERNABEI & WATCHEL, PLLC

By: Alan R. Kabat
On behalf of the
Defendants' Executive Committee

cc:   Alan R. Kabat (via email, for distribution to Discovery Defendants)
SPC