UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON        **ORDER**
SEPTEMBER 11, 2001                 03 MDL 1570 (GBD)
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

The previously scheduled conference for January 19, 2011, is hereby cancelled.

New York, New York
January 18, 2011

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge