Steven K. Barentzen
Admitted in DC and NY

575 Eye Street, NW, Suite 300
Washington, DC 20005
Phone: (202) 289-4333
Fax:    (202) 289-8450
steven@Barentzenlaw.com

The Law Office of Steven Barentzen
www.Barentzenlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/11

January 20, 2011

*Via Fax -- (212) 805-6724*

The Honorable Frank B. Maas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

**MEMO ENDORSED**

Re:    *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570

Your Honor:

At the January 7th hearing, the Court set the following schedule to resolve Dr. Jamal Barzinji's and Nancy Luque's November 19, 2010 motion to quash and Plaintiffs' December 8, 2010 motion to compel: (1) Plaintiffs' submission to the Court was due January 14th, (2) Dr. Barzinji's and Ms. Luque's response was due January 21st, (3) a hearing was scheduled for January 28th, and (4) the parties were to meet and confer prior to the hearing. With Plaintiffs' consent, I write to request to modify the schedule.

Plaintiffs served their submission on January 14th. However, due to Plaintiffs' counsel's schedule, the parties have been unable to meet and confer so far, but anticipate doing so next week. Accordingly, we request that Ms. Luque's and Dr. Barzinji's time to file their response be extended to January 28th, to permit them an opportunity to prepare their response after the meet and confer.

I also request that the hearing on the 28th be cancelled, and the matter instead be heard during the pre-existing status conference on February 8th. Doing so would not only accommodate the modified briefing schedule, but also permit Ms. Luque, whose trial recently settled, to appear before the Court in person.

APPLICATION GRANTED ✗
SO ORDERED

_____
Frank Maas, USMJ   1/20/11

cc:    All Counsel of Record (by e-mail)

Respectfully submitted,

Steven K. Barentzen

\* For counsel appearing in person, we will be in Courtroom 6A.