# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) No. 03 MDL 1570 (GBD/FM) <br> )          ECF Case <br> ) |

This document relates to:

> ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>     Case No. 02-CV-6977;
> BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
>     Case No. 03-CV-5738;
> CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>     Case No. 04-CV-05970;
> EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
>     Case No. 04-CV-07279;
> FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
>     Case No. 03-CV-6978; and
> WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND
>     DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

## Notice of
## Defendant Perouz Sedaghaty's Motion to Stay

PLEASE TAKE NOTICE that defendant Perouz Sedaghaty, by and through undersigned counsel, hereby respectfully moves to stay the above-captioned cases as to himself, on the grounds that he is facing an appeal of a conviction, or a new trial, in a criminal case involving the same events and transactions underlying the civil proceeding before this Court, so that his Fifth Amendment privilege against self-incrimination would be violated by allowing civil discovery to go forward.  A memorandum of law accompanies this Motion.

Respectfully submitted,

/s/ Lynne Bernabei

_____
Lynne Bernabei        D.C. Bar No. 938936
Alan R. Kabat         D.C. Bar No. 464258
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
tel. (202) 745-1942
fax (202) 745-2627
Attorneys for Perouz Sedaghaty

DATED: January 21, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2011, I caused the foregoing Notice of Motion to Stay to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

      /s/ Alan R. Kabat
      _____
      Alan R. Kabat