**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                              )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  ) No. 03 MDL 1570 (GBD/FM)
                                                              )         ECF Case
_____)

This document relates to:

    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
        Case No. 03-CV-5738;
    CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 04-CV-05970;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
        Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
        Case No. 03-CV-6978; and
    WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND
        DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

## **ORDER**

Upon consideration of Defendant Perouz Sedaghaty's Motion to Stay (Jan. 21, 2011), any response, and the entire record herein, it this _____ day of _____, 2011, hereby

**ORDERED**, that Defendant's Motion to Stay shall be, and hereby is **GRANTED**.

_____
Honorable George B. Daniels
United States District Judge