LAW OFFICES

**BERNABEI & WACHTEL, PLLC**
1775 T STREET, N.W.
WASHINGTON, D.C. 20009-7124

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/11
```

LYNNE BERNABEI
DAVID WACHTEL +
ALAN R. KABAT ■
ANDREA LOVELESS ●
PETER M. WHELAN ♦
ELIZA BRINK DERMODY ●
SAMIKA BOYD o

(202) 745-1942
Fax (202) 745-2627
WWW.BERNABEIPLLC.COM

+ADMITTED IN MD ALSO
■ADMITTED IN MD & VA ALSO
● ADMITTED IN CA ONLY
♦ ADMITTED IN VA ALSO
O ADMTTED IN GA ONLY

By Telecopier
February 9, 2011

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

The Defendants' Executive Committee, on behalf of the defendants who are currently subject to discovery ("Defendants"), and the Plaintiffs' Executive Committees, respectfully submit their joint proposal with respect to the scheduling of a status conference for March 2011.

The parties have agreed upon Thursday, March 24, 2011 as the date for the next status conference. The parties suggest a starting time of 10:30 a.m., but counsel are available as needed to accommodate this Court's schedule.

] Approved
] /s/ Maas,
USMJ,
2/9/11

Respectfully submitted,

*S. Carter*/AK

Sean Carter
*Plaintiffs' Executive Committees*

*A R Kabat*

Alan R. Kabat
*Defendants' Executive Committee*

cc: Judge George B. Daniels
All MDL-1570 counsel of record (via email)