UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAR 2011
```

-----------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001     03 MDL 1570 (GBD)

-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*World Trade Center Properties LLC, et al. v.*
*Al Baraka Invest. & Devel. Corp., et al.*, 04-CV-07280.

SO ORDERED:
George B. Daniels
George B. Daniels, U.S.D.J.

Dated: 11 MAR 2011

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs World Trade Center Properties LLC; 1 World Trade Center LLC; 2 World Trade Center LLC; 4 World Trade Center LLC; 5 World Trade Center LLC; Silverstein WTC MGMT Co. LLC; and 7 World Trade Center Company L.P. (collectively, "World Trade Center Property Plaintiffs" or "WTCP Plaintiffs") seek to withdraw from this litigation in its entirety. To that end, pursuant to Fed. R. Civ. P. 41, the WTCP Plaintiffs hereby dismiss with prejudice, from the action captioned *World Trade Center Properties LLC, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 04-cv-7280 (GBD) consolidated in MDL 1570, all claims against all defendants. The WTCP plaintiffs' voluntary dismissal of their claims with prejudice against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants.

No counterclaims have been asserted against any of the WTCP plaintiffs in the action.

Dated: March 4, 2011                    Respectfully submitted,

                                          MOTLEY RICE LLC

                                          /s/   Jodi Westbrook Flowers
Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald A. Migliori, Esq. (RI Bar #4936)
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
Robert T. Haefele, Esq. (NJ Bar #58293; PA Bar #57937; and SC Bar #75266)
Vincent I. Parrett, Esq. (SC Bar #76516; CA Bar #2375563 and NY Bar #4060216)
28 Bridgeside Boulevard
P.O. Box 1792 (29465)
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000