UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/11

In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD) (FM)

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-cv-06105
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp.*, 04-cv-07280

FRANK MAAS, United States Magistrate Judge:

   Counsel for Dubai Islamic Bank has requested the issuance of a Request for International Judicial Assistance, which application is unopposed. I have therefore this day signed the Request and returned it to counsel for transmittal to the appropriate authority in the United Arab Emirates.

   I note that the application was transmitted to my Chambers via email as a "letter motion." Counsel are cautioned that my Chambers does not accept letters via email. Letter applications also cannot be filed via ECF. Accordingly, any future such applications should not be sent to the Court by these means.

   SO ORDERED.

New York, New York
March 16, 2011

/s/ Frank Maas
FRANK MAAS
United States Magistrate Judge