**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* (Case No. 02-CV-6977)
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.* (Case No. 03-CV-9849)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.* (Case No. 04-CV-5970)
*Euro Brokers, Inc., et al. v. Al Baraka Invest. & Devel. Corp., et al.* (Case No. 04-CV-7279)
*Federal Insurance Co., et al. v. Al Qaida, et al.* (Case No. 03-CV-6978)

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs in the above-referenced actions hereby

voluntarily dismiss defendant Cherif Sedky from all cases.  All parties will bear their own

attorneys' fees, costs and expenses.

Dated: March 18, 2011

James P. Kreindler, Esq.
Justin T. Green, Esq
Andrew J. Maloney III, Esq.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY  10017-5590
Tel:  (212) 687-8181

On Behalf of the *Ashton* Plaintiffs

Ronald L. Motley, Esq
Jodi Westbrook Flowers, Esq.
Michael Elsner, Esq.

Robert Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel: (843) 216-9000

Paul J. Hanly, Jr., Esq.
Jayne Conroy, Esq.
Andrea Bierstein, Esq.
HANLY CONROY BIERSTEIN &  SHERIDAN,
LLP
415 Madison Avenue
New York, NY 10017-1111
Tel: (212) 401-7600

On Behalf of the *Burnett* and *EuroBrokers* Plaintiffs

Robert M. Kaplan, Esq.
FERBER FROST CHAN & ESSNER, LLP 530
Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200

On Behalf of the *Continental Casualty* Plaintiffs

Stephen A. Cozen, Esq.
Elliott R. Feldman, Esq.
Sean P. Carter, Esq.
Adam C. Bonin, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

On Behalf of the *Federal Insurance* Plaintiffs