UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al*, No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp.*, et al., No. 04-CV-07280

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Omar T. Mohammedi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Frederick J. Goetz
    Goetz & Eckland P.A.
    43 Main Street S.E. Suite 505
    Minneapolis, MN 55414
    Phone No. (612) 874-1552
    Fax No. (612) 331-2473

Frederick J. Goetz is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Frederick J. Goetz in any State or Federal court.

Dated: March 21, 2011

                                                  Respectfully submitted,

                                                  _____
                                                  Omar T. Mohammedi, Esq. (OM7234)
                                                  Law Firm of Omar T. Mohammedi, LLC
                                                  233 Broadway, Suite 801
                                                  Woolworth Building
                                                  New York, NY 10279
                                                  Phone No. (212) 725-3846
                                                  Fax No. (212) 202-7621
                                                  *Attorneys for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International*

# CERTIFICATE OF GOOD STANDING

Case 1:03-md-01570-GBD -FM   Document 2414   Filed 03/21/11   Page 3 of 11

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

FREDERICK JAMES GOETZ

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 16, 1987

Given under my hand and seal of this court on

March 10, 2011

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.,* et al, No. 04-CV-1923
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp.,* et al., No. 04-CV-07280

STATE OF NEW YORK     )
                     )  ss:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF OMAR T. MOHAMMEDI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Omar T. Mohammedi, being first duly sworn and upon oath, hereby deposes and states as follows:

1. I am a lawyer with the law firm of Omar T. Mohammedi, LLC, counsel for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of said defendants' motion to admit Frederick J. Goetz as counsel pro hac vice to join in representing said defendants' in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United

District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Frederick J. Goetz since 2008.

4. Mr. Goetz is a partner with the firm Goetz and Eckland P.A. in Minneapolis, MN.

5. I have found Mr. Goetz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. He is a member in good standing of the bar of the state of Minnesota and was admitted to practice in October of 1987. He is also a member of the bar of the United States Supreme Court, the Eighth Circuit Court of Appeals, the United States District Court for the District of Minnesota, and the United States District Court for the District of Western Wisconsin. He has also been admitted pro hac vice in the United States District Court for the Southern District of Illinois, United States District Court for the Southern District of Iowa, United States District Court for the District of Kansas, and the United States District Court for the District of Kansas.

6. Accordingly, I am pleased to move the admission of Frederick J. Goetz, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Frederick J. Goetz, pro hac vice, which is attached hereto as Exhibit A.

WHEREAS it is respectfully requested that the motion to admit Frederick J. Goetz, pro hac vice, to represent the above-named defendants in the above-captioned matter, be granted.

Dated: March 21, 2011

Respectfully submitted,

_____
Omar T. Mohammedi, Esq. (OM7234)
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
Woolworth Building
New York, NY 10279
*Attorneys for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International*

Sworn to before me this 21 day of March, 2011.

_____
Notary Public

HEIDI J. MEYERS
NOTARY PUBLIC, State of New York
No. 02ME5047448
Qualified in Kings County
Commission Expires August 7, 2013

# EXHIBIT A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.,* et al, No. 04-CV-1923
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp.,* et al., No. 04-CV-07280

STATE OF NEW YORK        )
                                             )   ss:
COUNTY OF NEW YORK  )

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the Motion of Omar T. Mohammedi attorney for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International and said attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

      Frederick J. Goetz
      Goetz & Eckland P.A.
      43 Main Street S.E., Suite 505
      Minneapolis, MN 55414
      612-874-1552
      612-331-2473 (Fax)
      fgoetz@goetzeckland.com

is admitted to practice pro hac vice as co-counsel for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing for

1

this Court are subject to the local rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.,* No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al,* No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.,* et al, No. 04-CV-1923
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp.,* et al., No. 04-CV-07280

STATE OF NEW YORK    )
                                            )    ss:
COUNTY OF NEW YORK  )

## CERTIFICATE OF SERVICE

I, Heela Masood, hereby certify that I have this 21st day of March, 2011 caused to be served a true and correct copy of the foregoing documents upon all parties who are filing users in the above-captioned actions by sending the documents by electronic means, pursuant to Case Management Order No. 2 and procedure 9 of the Court's procedures for documents that are not filed through the ECF filing system.

_____
Heela Masood