UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |
|---|---|



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 MAR 2011

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Euro Brokers v. Al Baraka Investment and Development Corp., et al*, No. 04-CV-7279
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp.*, et al., No. 04-CV-07280

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of Omar T. Mohammedi attorney for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International and said attorney's affidavit in support;

### IT IS HEREBY ORDERED THAT

        Frederick J. Goetz
        Goetz & Eckland P.A.
        43 Main Street S.E., Suite 505
        Minneapolis, MN 55414
        612-874-1552
        612-331-2473 (Fax)
        fgoetz@goetzeckland.com

is admitted to practice pro hac vice as co-counsel for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing for

1

this Court are subject to the local rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **22 MAR 2011**

*George B. Daniels*
United States District/Magistrate Judge
**HON. GEORGE B. DANIELS**