53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In re Terrorist Attacks of September 11, 2001

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 23 MAR 2011

ORDER

03-MDL-1570 (GBD)
02-Civ-6977 (GBD)
03-Civ-7849 (GBD)
04-Civ-5970 (GBD)
04-Civ-7279 (GBD)
03-Civ-6978 (GBD)

GEORGE B. DANIELS, District Judge:

Plaintiffs in the above matters have voluntarily dismissed Defendant Cherif Sedky with prejudice.

At the request of the parties, the Clerk of the Court is ordered to withdraw the following documents from their respective dockets:

    03-MDL-1570: Docket Entries #2412, 2415

    02-Civ-6977: Docket Entry #638

    03-Civ-9849: Docket Entry #587

    04-Civ-5970: Docket Entry # 400

    04-Civ-7279: Docket Entry #396

    03-Civ-6978: Docket Entry #787

Dated: March 22, 2011
New York, New York

SO ORDERED: 23 MAR 2011

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1