```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

                  :    **ORDER**

  TERRORIST ATTACKS ON
  SEPTEMBER 11, 2001          :     03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

  Pursuant to the telephone conference held earlier today, it is hereby ORDERED that:

1. Except in extraordinary circumstances, the Court will not entertain a motion or application for discovery-related relief unless the parties concerned have first discussed their dispute(s) during at least one substantive "meet-and-confer" session.

2. A conference shall be held on April 12, 2011, at 2 p.m., in Courtroom 9A, to discuss the letter motions submitted by the Federal Insurance plaintiffs and by defendants Muslim World League, International Islamic Relief Organization, Wael Jelaidan, and World Assembly of Muslim Youth.

3. A further conference shall be held on April 26, 2011, at 10:00 a.m., in Courtroom 9B.

4. The Court has set aside the following mornings for further conferences:

  a. May 12, 2011.

  b. June 7, 2011.

  c. June 23, 2011.

  d. July 12, 2011.

  e. July 28, 2011.

      f.      August 11, 2011.

      g.      August 25, 2011.

      h.      September 9, 2011.

      i.      September 30, 2011.

5. With the exception of the April 26, 2011 conference, all status conferences shall begin at 11 a.m., unless at least one week before the conference the parties submit a request that the conference begin at 10 a.m., or the Court concludes that the additional time is necessary.

6. The parties shall submit a joint letter to the Court at least one week before each conference date stating whether the conference should be held in person or via telephone.

SO ORDERED.

Dated:      New York, New York
                 March 24, 2011

                                                      FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF