UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (GBD)
ECF Case

-----------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Inv. and Dev. Corp., et al.* 03 CV 9849 (RCC);

*Euro Brokers Inc., et al. v. Al Baraka Inv. and Dev. Corp., et al.* 04 CV 7279 (RCC);

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian T. Frutig of the law firm Motley Rice, LLC hereby gives notice of his appearance as counsel for *Thomas E. Burnett, Sr., et al.* and *Euro Brokers Inc., et al.* in the above-referenced matter.

Dated: April 25, 2011
       Mount Pleasant, SC

Respectfully submitted,

Brian T. Frutig (BF-7156)
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Fax: (843) 216-9450
Email: bfrutig@motleyrice.com

Attorney for *Burnett* and *Euro Brokers* Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2011, I caused an electronic copy of the foregoing Notice of Appearance to be served electronically by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 19, 2004).

_____
Brian T. Frutig