USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In Re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------x

**ORDER PURSUANT
TO FEDERAL RULE
OF EVIDENCE 502(d)**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS,** United States Magistrate Judge.

    WHEREAS, Federal Rule of Evidence 502(d) authorizes a federal court to order that the attorney-client privilege and work product protection are not waived by a "disclosure connected with the litigation pending before that court — in which event the disclosure is also not a waiver in any other Federal or State proceeding;" and

    WHEREAS, this Court finds good cause to issue such an order pursuant to Rule 502(d).

    IT IS HEREBY ORDERED that, pursuant to Federal Rule of Evidence 502(d), the parties' production of any documents in this proceeding shall not, for purposes of this proceeding or any other proceeding in any other court, constitute a waiver of any attorney-client privilege or attorney work product protection applicable to those documents.

    SO ORDERED.

Dated:    New York, New York
          April 25, 2011

                                            _____
                                            FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All Counsel via ECF