```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11
```

In Re:

        TERRORIST ATTACKS ON
        SEPTEMBER 11, 2001

:

:

:

**ORDER**

03 MDL 1570 (GBD) (FM)

```
------------------------------------------------------x
```

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held earlier today, it is hereby ORDERED that by June 13, 2011, Defendants International Islamic Relief Organization ("IIRO") shall produce all documents discussed in Plaintiffs' letter to the Court dated March 24, 2011, subject to the following two exceptions:

        1.    IIRO need not produce banking records beyond those ordered to be produced at the April 12, 2011 conference.

        2.    Plaintiff's request number 57, which seeks documents relating to the Soviet occupation of, and expulsion from, Afghanistan, is denied as overbroad.

        SO ORDERED.

Dated:    New York, New York
           April 26, 2011

                                                    FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF