```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11
```



## COZEN O'CONNOR

**MEMO ENDORSED**

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax       215.701.2467
starbutton@cozen.com

**APPLICATION GRANTED**
**SO ORDERED**

_/s/ Frank Maas_
Frank Maas, USMJ  5/10/11

May 10, 2011

**VIA FACSIMILE**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

I write on behalf of the Plaintiffs to request that the existing deadline for submitting Plaintiffs' Supplemental Rule 26 Initial Disclosures be extended by one week, from May 12, 2011 to May 19, 2011. Due to travel schedules of some members of the Plaintiffs' Executive Committees and the inherent difficulties of coordinating a joint submission on behalf of numerous parties with separate counsel, as well as the unexpected need to respond to an influx of client inquiries over the past week relating to Osama bin Laden's death, Plaintiffs have encountered delays in their efforts to prepare and finalize the supplemental Disclosures. The proposed extension would not impact any other discovery deadlines set by the Court.

Plaintiffs wrote to the defendants to request their consent to the proposed extension. As of this morning, counsel for six defendants do not object to the requested extension of time, counsel for one defendant does object to the requested extension of time, and counsel for the remaining defendants have not yet stated their position.

The Honorable Frank Maas
May 10, 2011
Page 2

---

        Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

        Respectfully submitted,

        COZEN O'CONNOR

        By: J. Scott Tarbutton

JST

cc: Sean P. Carter, Esq.
    Robert T. Haefele, Esq.
    Jodi Westbrook Flowers, Esq.
    John M. Eubanks, Esq.
    James P. Kreindler, Esq.
    Andrew J. Maloney, Esq.
    Jerry S. Goldman, Esq.
    Alan Kabat, Esq.

PHILADELPHIA\6022989\1