MEMO ENDORSED

SCANNED

#270

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11

MAY 1 2 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001
                                            x
This document relates to:                         03 MDL 1570 (GBD/FM)

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03CV9848 (GBD/FM)

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned, pursuant to the Court's Case Management Order No. 1 (Doc. 3 (3/10/04)), and moves the Court for an Order permitting Melina E. Mizel-Goldfarb (Alabama Bar No. 3739-R71M) of Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street North, Birmingham, AL 35203, to be admitted *pro hac vice* in this action on behalf of the Plaintiffs in the case of *Fiona Havlish, et al. v. Bin-Laden, et al.*, Case No. 03-CV-9848 (GBD/FM). In support of this Motion, the certificate of good standing of Melina E. Mizel-Goldfarb in the District Court for the Northern District of Alabama is attached hereto, along with a check for $25.00 made payable to "Clerk, USDC, SDNY."

Respectfully Submitted,

_Melina Goldfarb_
Melina E. Mizel-Goldfarb
(AL Bar. No. 3739-R71M)
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (FAX)

**APPLICATION GRANTED**
**SO ORDERED**

_/s/ Frank Maas_
Frank Maas, USMJ  5/19/11

## UNITED STATES DISTRICT COURT
### Northern District of Alabama



Sharon N. Harris
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **MELINA E. MIZEL-GOLDFARB** as duly admitted to practice in said Court on **March 7, 2011**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **May 11, 2011.**

SHARON N. HARRIS, CLERK

By: *Albert B. Coleman*
ALBERT B. COLEMAN, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE: TERRORIST ATTACKS
OF SEPTEMBER 11, 2001                :         03 MDL No. 1570 (RCC)
                                     :         **ORDER**
                                     :
                                     :
----------------------------------------------------------X
*This Document Relates to:* All Actions   :
                                     :
----------------------------------------------------------X

Richard Conway Casey, U.S.D.J.

### Case Management Order No. 1

*Electronic Filing/Attorney Admissions*

1. All attorneys who have been admitted to this Court, either for all purposes or *pro hac vice* for purposes of this case, shall complete and file a CM/ECF attorney registration form by March 5, 2004. Forms can be found on the Court's website at www.nysd.uscourts.gov.

2. All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted *pro hac vice* to John Sacco at U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007. In addition to the documentation required by Local Civil Rule 1.3, attorneys wishing to appear *pro hac vice* must also include with their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration form. *Pro hac vice* motions should be submitted by March 15, 2004.

3. Peter Kahn, Esq., from the law firm of Williams & Connolly, has offered to compile for the Court a list of all participating attorneys' email addresses. All attorneys who wish to receive correspondence regarding this case are directed to submit their email addresses to Mr. Kahn via email or fax. Mr. Kahn's fax number is (202) 434-5245 and his email address is pkahn@wc.com. If you have questions about this process, you can reach Mr. Kahn by phone at (202) 434-5045

*Briefing Schedule for Motions to Dismiss*

4. In order to facilitate the electronic filing of motions to dismiss, the motion schedule set forth at the March 1, 2004 conference is amended as follows: moving papers shall be filed on March 19, 2004; responses shall be filed by May 14, 2004; and reply papers shall be submitted no later than May 28, 2004. Motions shall be filed electronically and need not be fully briefed when filed; however, as per Judge Casey's individual practice rules,

courtesy copies of fully briefed motions shall be filed with chambers, along with a diskette containing an electronic version of the documents.

*Amended Complaints and Supplemental Pleadings*

5. Plaintiffs may, without further leave of court, add or remove parties by supplemental pleadings under Rule 15(d). The supplemental pleading shall provide a list of the additional parties and indicate the action to which they are being added. Similarly, a filing removing parties shall indicate the parties being removed and the action or actions from which they are being removed. A filing which adds a party that has not been named in any of the consolidated actions shall provide a separate listing of such parties. Leave of court must be sought before making any other changes to the pleadings, whether by amendment or by supplementation.

6. A named defendant as to whom the complaint contains no allegations may move for a more definite statement and the motion will be granted.

*Consolidation*

7. The following cases shall be consolidated into 03 MDL 1570: *Federal Ins. Co v. Al Qaeda*, 03 Civ. 6978 (RCC); *Burnett v. Al Baraka Inv. and Dev. Corp.*, 03 Civ. 5738 (RCC); and *Barrera v. Al Queda Islamic Army*, 03 Civ. 7036 (RCC). The parties may move to sever these actions at the completion of discovery.

Dated: March 3, 2004
       New York, New York

SO ORDERED.

Richard Conway Casey, U.S.D.J.

THE KRESS BUILDING • 301-19TH STREET NORTH • BIRMINGHAM, ALABAMA 35203
205-314-0500 MAIN • 205-254-1500 FAX • wcqp.com

May 11, 2011

Clerk of the Court
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *In re Terrorist Attacks of September 11, 2001* (03-MDL-1570)
      *Fiona Havlish, et al. v. Bin-Laden et al.* (03-CV-9848)
      Motion for Admission of Counsel Pro Hac Vice

Dear Clerk of the Court,

    Please find enclosed the Motion for Admission of Counsel Pro Hac Vice ("Motion") of Melina E. Mizel-Goldfarb, Counsel for the Plaintiffs in *Fiona Havlish, et al. v. Bin-Laden et al.* (03-CV-9848).

    This Motion is submitted in accordance with the Court's instructions issued in Case Management Order No. 1 (Doc. 3, Case 1:03-cv-09848-GBD) (enclosed herewith for your reference). Please note that the Case Management Order directs that the Motion be sent to John Sacco, who we understand is no longer with the Clerk's Office. Therefore, we have been instructed by Ms. Cecilia Rudd to send it directly and generally to the Clerk of the Court. Additionally, because the CM/ECF registration process has changed, that application is not included, even though the Case Management Order states that it should be. We understand that now the Pro Hac Vice Motion must first be granted before the application can be completed. We have enclosed the required check for $25.00 made payable to "Clerk, USDC, SDNY," along with Ms. Mizel-Goldfarb's Certificate of Good Standing from the U.S. District Court for the Northern District of Alabama.

    Please also note that the Motion is submitted in accordance with the procedure outlined in the enclosed Case Management Order, but not necessarily in compliance with the Court's local rules. This is because the case was originally filed in the District of Columbia, before being transferred to the Southern District of New York's Multi-District Litigation Panel, where it is currently pending. As such, we do not have attorneys on the case who are fully admitted to practice in the Southern District of New York and who could sponsor a *pro hac vice* motion in accordance with the local rules. In other words, all of our attorneys on the case are admitted *pro hac vice*.

MELINA GOLDFARB
OF COUNSEL
DIRECT:(205)314-0617
FAX:(205)314-0717
Email:mgoldfarb@wcqp.com

WASHINGTON, D.C.
DELAND, FLORIDA
MOBILE, ALABAMA

May 11, 2011
Page 2

Therefore, Ms. Mizel-Goldfarb submits this Motion on behalf of herself, in accordance with the Court's Case Management Order and past practice (*see, e.g.*, Doc. 4, Case 1:03-cv-09848-GBD; 3/12/04 Order granting Motion for Admission of Counsel Pro Hac Vice) (also enclosed herewith for your reference).

Please do not hesitate to contact me if you have any questions or need any additional information.

Sincerely,

Margarita Sosa
Legal Assistant to Melina E. Mizel-Goldfarb

/mas
Enclosures