

Home » Bureaus/Offices Reporting Directly to the Secretary » Office of the Coordinator for Counterterrorism » --State Sponsors of Terrorism

# State Sponsors of Terrorism

**Subscribe to Updates**

Countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism are designated pursuant to three laws: section 6(j) of the Export Administration Act, section 40 of the Arms Export Control Act, and section 620A of the Foreign Assistance Act. Taken together, the four main categories of sanctions resulting from designation under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and sales; certain controls over exports of dual use items; and miscellaneous financial and other restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: Cuba, Iran, Sudan and Syria.

| Country | Designation Date |
|---------|------------------|
| Cuba | March 1, 1982 |
| Iran | January 19, 1984 |
| Sudan | August 12, 1993 |
| Syria | December 29, 1979 |

For more details about State Sponsors of Terrorism, see "Overview of State Sponsored Terrorism" in **Country Reports on Terrorism**.

The Office of Electronic Information, Bureau of Public Affairs, manages this site as a portal for information from the U.S. State Department. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.