
National Foreign Assessment Center

PB81-928004

# Patterns of International Terrorism: 1980

A Research Paper

REPRODUCED BY
NATIONAL TECHNICAL
INFORMATION SERVICE
U.S. DEPARTMENT OF COMMERCE
SPRINGFIELD, VA. 22161

PA 81-10163U
June 1981

Contents

| | | Page |
|---|---|---|
| Overview | | iii |
| Trends | | 1 |
| Terrorist Events With Deaths or Injuries | | 6 |
| State-Sponsored International Terrorism | | 8 |
| | Soviet Union | 8 |
| | Libya | 9 |
| | South Yemen | 9 |
| | Iraq | 10 |
| | Syria | 10 |
| | Iran | 10 |
| | Cuba | 10 |
| Right-Wing Terrorism | | 10 |
| Outlook | | 11 |

Figures

| | | |
|---|---|---|
| 1. | Deaths and Injuries Due to International Terrorist Attacks, 1968-80 | vi |
| 2. | International Terrorist Incidents, 1968-80 | 1 |
| 3. | Geographic Distribution of International Terrorist Attacks, 1968-80 | 3 |
| 4. | Geographic Distribution of International Terrorist Attacks Directed Against US Targets, 1968-80 | 3 |
| 5. | International Terrorist Attacks on US Personnel and Facilities, 1980 | 5 |
| 6. | Nationality of Victims of International Terrorist Attacks, 1968-80 | 6 |
| 7. | International Terrorist Incidents That Caused Casualties, 1968-80 | 9 |
| 8. | International Terrorist Events by Category of Attack, 1968-80 | 20 |

Appendixes

| | | |
|---|---|---|
| A. | Major International Terrorist Groups | 13 |
| B. | Antiterrorist Measures | 17 |
| C. | Statistical Data | 19 |

Our records from 1968 to 1980 suggest that the Government of South Yemen has not participated directly in international terrorist attacks and show that South Yemeni citizens have been involved in only a few incidents since 1968.

*Iraq.* During the past two years, the Iraqi Government has reduced its support for most terrorist groups. During the mid-1970s various West European terrorist groups [illegible] Iraqi aid, including training and logistical support. Iraq also [illegible] to some radical Palestinian organizations, including the Arab Liberation Front (ALF).

In 1980, the Iraqi Government [illegible] attacks against Iranian [illegible] in Europe and the Middle East. These attacks resulted in the death of several Iranian diplomats.

*Syria.* As a major supporter of the Palestine Liberation Organization (PLO), Syria has played an increasingly important role in Palestinian activities. It has backed radical elements within the PLO, including the PFLP, the PFLP-General Command, and the Democratic Front for the Liberation of Palestine. The Syrian Government also created Sa'iqa, whose Eagles of the Palestinian Revolution have been involved in terrorist attacks.

Syrian intellgence services and Syrian diplomatic facilities abroad have been used to support various terrorist campaigns against the enemies of the Syrian regime, including Jordanian officials.

*Iran.* Despite its radical, anti-Western policies, the Tehran government is not presently an active supporter of groups practicing international terrorism. Many groups currently seek Iranian support, but internal political upheavals, socioeconomic problems, and the war with Iraq now seem to be Tehran's main preoccupations.

In 1980, however, the Iranian Government itself initiated numerous acts of international terrorism. Our records list international terrorist attacks carried out by Ir[illegible]nian nationals last year—at least half of which were directly carried out by Iranian Government officials. These attacks occurred in Europe, the Middle East, and the United States. They included armed

*PFLP terrorist training somewhere in the Middle East.*

attacks on Iraqi diplomatic facilities and assassinations of Iraqi citizens. Most prominently, the taking of the US hostages in Tehran was a clear act of international terrorism, violating all norms of diplomatic behavior; this incident clearly was approved by the Iranian Government.

*Cuba.* Havana openly advocates armed revolution as the only means for leftist forces to gain power in Latin America, and the Cubans have played an important role in facilitating the movement of men and weapons into the region. Havana provides direct support in the form of training, arms, safe havens, and advice to a wide variety of guerrilla groups. Many of these groups engage in terrorist operations.

**Right-Wing Terrorism**

Most right-wing terrorism falls in the category of domestic violence and is not dealt with in this paper. When the attacks cross international boundaries or involve foreign victims such as the Bologna or Munich bombings, however, they are included in the records on international terrorism.

Right-wing terrorism is difficult to categorize and analyze, because it is perpetrated anonymously by groups with few or no articulated goals. Very little information is available on the type and frequency of



# Patterns of International Terrorism: 1981

July 1982

Nationality of Victims of International Terrorist Attacks, 1968-81

most serious being the 15 December 1981 bombing of the Iraqi Embassy in Beirut, which killed at least 55 and injured another 100.

***For the last two years, incidents involving hostage-seizures have been more successfully countered as governments became better trained and equipped to deal with the situation. Our records show that hostages were successfully rescued by forces from Britain, the Philippines, Turkey, Italy, Cuba, and Mexico in 1980; and from Indonesia, Bolivia, France, Pakistan, Poland, Sweden, Spain, and the Netherlands in 1981.***

In recent years, however, assassination attempts have increased dramatically, especially from 1977 to 1980.

| | |
|---|---|
| 1968-76 | 20 (annual average) |
| 1977 | 34 |
| 1978 | 54 |
| 1979 | 65 |
| 1980 | 111 |
| 1981 | 70 |

This increase is attributable to the fact that several countries—Libya, Syria, and Iran among them—have increasingly used their military and intelligence services to carry out terrorist attacks against foreign diplomats or their own exiles.

US citizens have been the victims of only 20 percent of all attacks that produced casualties, while suffering more than 40 percent of all international terrorist incidents. US businessmen have been the





US Citizens and Property,

| Type of Event | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| Kidnaping | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Barricade-hostage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Bombing | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Armed attack | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Hijacking | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Assassination | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Other significant groups that have been active in international terrorism are the Montoneros, the Armenian Secret Army for the Liberation of Armenia (ASALA), the Basque Fatherland and Liberty, the April 19th Movement, and the Red Army Faction. Among the states most active in carrying out international terrorist attacks are Libya, Iran, Syria, and Iraq.

***Armenian Secret Army for the Liberation of Armenia.*** ASALA carried out more international attacks during 1981 than any other terrorist organization. Its primary targets in the past have been Turkish diplomats and diplomatic facilities, but, under cover names, ASALA has attacked Swiss interests in retaliation for the arrest of ASALA members, and, using the name Orly Organization, it has attacked French interests in retaliation for the November

terrorist operations. In Latin America the USSR and Cuba appear to be pursuing a long-term coordinated campaign to establish sympathetic Latin American regimes. The Cubans, and more recently the Soviets, clearly support organizations and groups in Latin America that use terrorism as a basic technique to undermine existing regimes. In other parts of the world, especially Africa, the Soviets have supported guerrilla movements and national liberation organizations that engage in terrorism.

***Libya.*** Support of terrorist groups has been an element of Libya's foreign policy under Qadhafi since the mid-1970s. Qadhafi has been linked by overwhelming evidence to terrorist attacks and assassinations in Western Europe, the United States, and the Middle East and is known to support terrorist groups and liberation movements worldwide. After the Gulf of Sidra incident, Qadhafi threatened to assassinate President Reagan and other senior US Government officials. The 1981 records contain information on 13 attacks by Libyan assassination squads.

***South Yemen.*** The Government of the People's Democratic Republic of Yemen has supported international terrorism since the late 1960s. It provides camps and other training facilities for a number of leftist terrorist groups.

The Government of South Yemen has not participated directly in international terrorist attacks, however, and South Yemeni citizens have been involved in only six incidents during the 14-year period.

***Syria.*** As a major supporter of radical Palestinian groups, Syria has provided training, logistic support, and use of diplomatic facilities to groups that are willing to do its bidding. Syria supports Palestinian elements that engage in international terrorism, including the Black June Organization, which targets moderate Palestinian leaders as well as Israeli interests.

***Iraq.*** During the past three years, the Iraqi Government has reduced support to non-Palestinian terrorists and placed restrictions on many Palestinian groups, moving closer to its moderate Arab neighbors.

***Iran.*** Despite its radical, anti-Western policies, its support for Islamic fundamentalists, and widespread government terrorism within Iran, the Khomeini regime provides only limited support to international terrorist groups. Our records list 24 international terrorist attacks carried out directly by the Iranian Government in 1980 and five in 1981. All of the attacks in 1981 occurred in Beirut and were directed primarily against Iraqi diplomats. Most Iranian-sponsored attacks on Iraqi targets in Lebanon not undertaken by the Iranian Government were carried out by Lebanese Shiite militia members.

***Cuba.*** Havana openly supports and advocates armed revolution as the only means for leftist forces to gain power in Latin America. Cuba also supports organizations and groups in Latin America that use terrorism to undermine existing regimes. The Cubans have played an important role in facilitating the movement of men and weapons into Central and South America, providing direct support in the form of training, arms, safe havens, and advice to a wide variety of guerrilla groups.

United States Department of State



# Patterns of International Terrorism: 1982



September 1983

## Contents

| | | Page |
|---|---|---|
| Introduction | | [illegible] |
| The Year in Brief | | [illegible] |
| | Types of Attacks | [illegible] |
| | Types of Victims | [illegible] |
| | Terrorist Groups | [illegible] |
| Regional Patterns | | [illegible] |
| | Western Europe | [illegible] |
| | Latin America | [illegible] |
| | Middle East | 11 |
| International Terrorist Reversals in 1982 | | 11 |
| | Italy | 11 |
| | West Germany | 12 |
| State-Supported International Terrorism | | 13 |
| | Libya | 13 |
| | Syria | 14 |
| | South Yemen | 14 |
| | Iran | 14 |
| | Iraq | 15 |
| | Nicaragua | 15 |
| | Cuba | 15 |

**Appendixes**

| | | |
|---|---|---|
| A. | Chronology of Significant Terrorist Events in 1982 | 17 |
| B. | International Terrorist Incidents, 1982 | 23 |

[illegible]

[illegible]

[illegible]

[illegible] *amounts of military equipment to Third World governments—some of which support international terrorism—and to private arms brokers. Some of this materiel is eventually acquired by groups that commit terrorist acts.*

---

***Syria.*** As a major supporter of radical Palestinian groups, Syria has provided training, logistic support, and use of diplomatic facilities to groups willing to do its bidding. Following the Israeli invasion of Lebanon and the displacement of Palestinians to Syria, Syria increased its influence over Palestinian terrorist groups such as the BJO. The Syrian Government has also been implicated in efforts to eliminate opposition elements abroad. After an April 1982 car bomb explosion in downtown Paris in front of the offices of a pro-Iraqi newspaper that had published a number of anti-Syrian articles, the government of France expelled two Syrian diplomats, and ordered its Ambassador to Syria home for consultations.

***South Yemen.*** While the Government of the People's Democratic Republic of Yemen has not participated directly in international terrorist attacks, it has supported international terrorism since the late 1960s by providing camps and other training facilities for a number of leftist terrorist groups. In an effort to improve relations with neighboring moderate Arab states, South Yemen did reduce its support in late 1982 to North Yemeni and Omani insurgent groups that had engaged in terrorist activities in the past.

*Iran.* Consistent with its radical, anti-Western policies, its zeal for Islamic fundamentalism, and its widespread employment of terrorism within Iran itself, the Khomeini regime supports terrorist groups such as the Iraqi Islamic Revolutionary Council, a Shiite oppositionist group responsible for numerous bombings in Iraq. In a November 1982 press interview, Hojjat ol-Eslam Mohammad Baqer Hakim, spokesman of the Iraqi Islamic Revolutionary Supreme Assembly, named Iran as one of its primary financial backers. Many anti-Khomeini expatriates have alleged that the government tries to silence them through the use of death threats and similar terrorist tactics.



United States Department of State

# Patterns of Global Terrorism: 1983

September 1984

# Patterns of Global Terrorism: 1983

## Introduction

### The Year in Review

The United States and its allies around the [illegible] percent of US victims. The loss of US lives from terrorist violence in Lebanon (267) was greater than that suffered by US citizens throughout the world during the entire preceding 15 years.

As a result of the carnage caused by the Beirut bombings and the more than doubling of terrorist incidents in the region, the Middle East dominated the global terrorism picture in 1983. The region accounted for nearly 60 percent of terrorist casualties worldwide although continuing to rank third (after Western Europe and Latin America) in the actual number of individual terrorist incidents. Terrorist activity in the Middle East—notably that apparently sponsored by Iran in Lebanon—caused the greatest damage not only in lives and property, but also in terms of political stability.

In Western Europe, the picture was quite different. Although the region retained its [illegible]

### A Note on Our Statistics

[illegible] however, only a tiny fraction of all terrorist incidents that occurred worldwide; our data on indigenous terrorism—that which involves citizens and territories of a single nation—are spotty at best, and we probably underrecord the terrorism that occurs in the Soviet Bloc, Asia, and Africa. Thus, even though we include references to indigenous terrorism in our discussions of regional trends, we make no claim to completeness. In large measure, our data are derived from incident reports provided by host governments or by the international news media. Both reflect a bias toward inclusion of events that affect US and other

**Table 2**
**International Terrorist Incidents Against US Citizens and Property, 1983**

*Number of Incidents*

| | North America | Latin America | Western Europe | USSR/ Eastern Europe | Sub-Saharan Africa | Middle East | Asia/ Pacific | **Total** |
|---|---|---|---|---|---|---|---|---|
| **Total** | **3** | **60** | **95** | | **3** | **26** | **18** | **205** |
| Kidnaping | | 6 | 1 | | 2 | 1 | | **10** |
| Barricade-hostage | | 2 | 4 | | | 1 | 1 | **8** |
| Bombing | 3 | 29 | 41 | | 1 | 17 | 5 | **96** |
| Armed attack[a] | | 8 (2) | 5 (3) | | | 7 (2) | 4 (1) | **24 (8)** |
| [illegible] | | | [illegible] | | | | | [illegible] |
| [illegible] | | [illegible] | [illegible] | | | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | | | | [illegible] | [illegible] |

[illegible]

[illegible]
[illegible]
Against US Citizens and Property,
**1979-83**

| | 1979 | 1980 | 1981 | 1982 | 1983 | **Total** |
|---|---|---|---|---|---|---|
| **Total** | **188** | **178** | **163** | **211** | **205** | **945** |
| Kidnaping | 8 | 10 | 9 | 8 | 10 | **45** |
| Barricade-hostage | 6 | 7 | 1 | 3 | 8 | **25** |
| Bombing | 92 | 76 | 72 | 109 | 96 | **445** |
| Armed attack | 36 | 33 | 29 | 18 | 24 | **140** |
| Hijack | 6 | 4 | 10 | 1 | 1 | **22** |
| Arson | 31 | 23 | 25 | 59 | 36 | **174** |
| Other | 9 | 25 | 17 | 13 | 30 | **94** |

[illegible] foreign peacekeeping troops in Lebanon, the anti-Americanism that permeated the region, and the ready availability of individuals willing to die for their religious and secular ideals contributed to the deadliness of those incidents. Some seven attacks there resulted in 267 dead and 104 injured—95 percent of US casualties worldwide. Most of those casualties resulted from two of the bloodiest vehicle bombings in 1983—the 18 April attack on the US Embassy and the 23 October assault on the Marine headquarters, both carried out by pro-Iranian Shiite radicals in Beirut operating under the name Islamic Jihad.

**Table 4**
**Explicit Threats Against**
**US Citizens and Property, 1983**

*Number of threats*

| | North America | Latin America | Western Europe | USSR/ Eastern Europe | Sub-Saharan Africa | Middle East | Asia/ Pacific | Total |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

dollars in damage to US public and private property around the world. To comprehend the total impact of terrorism, however, one must think in terms of the broader interests of the United States and most other civilized nations.

In Western Europe, for example, such key US interests as the continued viability of the NATO Alliance are vulnerable to terrorist efforts to weaken Alliance links. Several West European terrorist groups have expressed solidarity with opponents of the Alliance and have contemplated ways in which they might try to radicalize antinuclear activists. Opposition of this kind clearly affects US interests although neither US personnel nor property has been directly attacked.

Attacks by Palestinian terrorists—whether on their own initiative or as agents of radical Arab governments—on moderate Arab officials have the explicit goal of chilling support for a negotiated settlement of the Palestinian problem. Similarly, Iran's use of terrorism to promote Islamic fundamentalist revolutions throughout the Middle East is inimical to US policies and profoundly threatens Western interests—even when no Americans are dying.

Although terrorists on the left of the political spectrum sometimes extract heavy costs from their host governments and directly threaten US equities in those countries, the activities of rightwing terrorists—such as the death squads in Central America—can extract an equally heavy toll.



*In Beirut, Lebanon, the US Embassy after a massive car bomb.*

**Regional Patterns**

**Middle East**

Terrorism commanded center stage in the Middle East during 1983, much of it either directly or indirectly linked to the political chaos that prevailed in Lebanon and to the ongoing war between Iran and Iraq. Iran and Syria played a fundamental role in encouraging, supporting, and sometimes directing terrorist attacks to further their own political goals and such national interests as isolating Iraq, spreading Shia Islam, and impeding moderate Arab negotiations with Israel—goals that run counter to US objectives. These nations not only provided training and material assistance to surrogate terrorist groups, but also used their own assets to conduct terrorist operations against opponents and adversary states. By instigating, supporting, or permitting most of the violence that occurred in the region, these two nations intensified the threat to US interests even in those incidents where Americans were not the targets. Moreover, they did not confine their involvement to incidents in the Middle East, but, also directly or indirectly, as patron state supporters of such groups as Abu Nidal, staged attacks in Western Europe and South Asia.

Most instances of state-supported terrorism occurred in Lebanon. There, radical Lebanese Shias, using the nom de guerre Islamic Jihad, operated with Iranian support and encouragement from Syrian-controlled territory. They were responsible for the suicide bombing attacks against the US Embassy and the headquarters of the US and French contingents of the Multinational Force (MNF) in Beirut, which resulted in unprecedentedly high numbers of casualties (557), as well as for numerous

other sniping or grenade attacks against French and US interests. Terrorism in Lebanon was not confined to the Beirut area or to Western victims: UN officials were assailed and Israeli civilians were harassed by bombings and snipings in southern Lebanon. Hundreds of bombings, shootings, and kidnapings of civilians throughout the country accompanied the civil war among Muslim, Christian, and Druze factions.

Iranian patronage was a major factor in terrorism elsewhere in the Middle East during 1983. In Kuwait, members of the Dawa (Islamic Call) Party, most of whom had received training and direction from Tehran, successfully carried out six bombings on 12 December, including one blast that severely damaged the US Embassy. Iran also trained Shia dissidents from most of the Arab nations in the Persian Gulf region in terrorist tactics, and Iranian-backed Shias carried out several bombings against Iraqi interests.

Israeli-Palestinian issues drove the activities of some Middle Eastern terrorist organizations. Of all the Palestinian groups, the radical Abu Nidal Group, formerly known as the Black June Organization, posed the most serious threat to US interests. This PLO group did not confine its operations to the Middle East but also carried out attacks against PLO and Arab officials as well as Jewish and Israeli targets wherever accessible. In April 1983 the group claimed credit, in a telephone call from its Damascus office, for the assassination of a pro-Israeli PLO leader in Portugal. In the fall, the Abu Nidal Group began an assassination campaign against Jordanian diplomats to pressure the government to release imprisoned group members and to abandon efforts to join the PLO in opening negotiations with Israel on the Palestinian homeland question.

Until the fall of 1983, the Abu Nidal Group had offices in both Iraq and Syria. Iraqi President Saddam Husayn declared publicly in 1983 that Iraq had expelled Abu Nidal and his Iraqi-based followers, and that he would no longer support the group. Abu Nidal shifted operations to Damascus and increasingly served Syrian interests by ensuring that the moderate PLO leadership not undertake independent action that could conflict with Syrian political goals.

Palestinian groups belonging to the PLO continued to adhere to Chairman Yasir Arafat's 1974 ban on terrorism outside of Israel and the occupied territories. Although they conducted a few attacks in Israel, the PLO threat decreased in 1983 because of bitter infighting among pro- and anti-Arafat factions. A growing coalition of anti-Arafat PLO groups emerged, and some of those groups staged attacks against Israel late in the year. Numerous claims for credit followed each incident, indicating that these groups were vying for increased stature. A direct result of these attacks has been an upsurge in retaliatory strikes by Jewish extremists against Arab civilians.

Libyan leader Mu'ammar Qadhafi has used terrorism as an instrument of state policy wherever expedient since he came to power in 1969. Pressure from Western Europe and the 1982 US embargo on trade with Libya in oil and high-technology items, as well as his own desire to secure the chairmanship of the Organization of African Unity, dissuaded Qadhafi from resorting to terrorism during much of 1983. He did continue to support African insurgents, however, particularly in Chad and Sudan, and was implicated in a plot to overthrow Sudanese President Nimeiri. But no significant acts of international terrorism were linked to Tripoli. Qadhafi's campaign to attain diplomatic respectability

had little success, however, and in the fall of 1983 his low-keyed stance began to shift. Qadhafi declared publicly that dissident exiles would be dealt with harshly if they did not return to Libya, and later events would demonstrate that this was not an idle threat.

Other Middle Eastern sources of terrorism were more quiescent in 1983 than in previous years. The Government of South Yemen stopped fomenting terrorist attacks against neighboring North Yemen and in general reduced its support for international terrorists.

**Middle East Terrorism Spillover**

The threat from Middle Eastern perpetrators of terrorism extends far beyond the region itself. During 1983, Iran, Syria, and several Middle Eastern terrorist groups carried their struggle into Western Europe and South Asia.

Syrian campaigns against the pro-Arafat Fatah faction of the Palestine Liberation Organization (PLO) and the Government of Jordan, which has pursued relatively moderate policies in the Middle East, were reflected in at least seven attacks perpetrated by members of the ruthless Abu [illegible]

* [illegible]

* In October, the wounding of the Jordanian Ambassadors to India and to the Vatican.

* In November, the gunning down of employees of the Jordanian Embassy in Athens.

* In December, three bombings in Turkey—in Izmir against US and French interests, in Istanbul against the PLO, and in Ankara against Iraq.

French activities in the Middle East prompted reprisal attacks elsewhere. For example, bombing attacks against five French offices in Karachi, Pakistan, in February were probably directed by Iran in retaliation for French arms sales to Iraq. French Multinational Force activities in Lebanon also prompted retributive attacks against targets in France. In December the Carlos Apparat, operating under the name Armed Arab Struggle, was responsible for two bombing campaigns in Marseilles that killed eight people and injured 91, in revenge for French air raids in Baalabakk, Lebanon, in November.

**Western Europe**

Western Europe continued to be the most active area for international terrorism, accounting for nearly 40 percent of the events tallied. West European terrorism continued to be primarily anarchistic or separatist, but in many instances was conducted in opposition to US and NATO policies. The number and intensity of terrorist incidents declined in several West [illegible]

[illegible] deployment took place as scheduled and, despite some predictions of a "hot autumn," there was little violence and no apparent terrorist involvement in the anti-INF campaign. We noted a new emphasis on targeting German armaments industries and computer firms, and less emphasis on US military installations than in recent



*Dominican Republic Embassy in Bogoto during 61-day siege by M-19 terrorists.*

tacks occurred in Switzerland, Italy, Greece, France, the United States, and Australia. The Armenians also exploded bombs at Turkish facilities in Europe, the Middle East, and the United States.

The Dev Yol conducted numerous attacks in Turkey against both Turkish and US personnel and facilities. In November, they assassinated a US Air Force sergeant at his home in Adana, Turkey.

The MLAPU asssassinated a US Navy chief petty officer and an El Al airport manager and carried out numerous attacks against Turkish and American facilities in Turkey.

## Middle East

The US diplomatic hostages continued to be held by Iran through 1980. This operation differed from previous embassy seizures in several significant ways. In Tehran, the captors had the support of the government, which defied all rules of customary and codified international legal practice.

In Syria, the Muslim Brotherhood (MB) conducted an active and lethal assassination campaign against So-

the Soviet invasion of Afghanistan.

Palestinian terrorist actions in 1980 did not reach the level experienced during the 1970s. The Iran-Iraq war divided the Arab world, diverting attention from the Palestinian issue and greatly complicating the PLO's attempts at diplomacy. The Syrian and Libyan Governments, along with many rejectionist Palestinian groups, attempted to pressure Arafat into curtailing his diplomacy and keeping his distance from moderate Arab states.

Fatah, the largest group in the PLO, while presumably waiting for the results of Arafat's diplomatic initiatives, restricted its international terrorist attacks to Middle East countries. Fatah also continued to train groups that often use terrorism and maintained contacts with supporters abroad.

Other Palestinian groups met with mixed success. The Palestinian Front for the Liberation of Palestine-General Command and the Black June Organization continued operations against Israel and carried out attacks in other Middle East countries, especially

United States Department of State

# Patterns of Global Terrorism: 1984

November 1985

# Patterns of Global Terrorism: 1984

## Introduction

### The Year in Review

The pace of international terrorist activity around the world continued unabated during 1984.[1] We recorded nearly 600 international terrorist attacks involving personal injury or property damage, representing an increase over each of the previous four years. Deaths in 1984 exceeded 300. These numbers, when viewed in the context of the past 15 years, suggest that the overall threat may again be increasing.

US citizens and interests remained a prime target of foreign terrorists around the world, followed by those of France and Israel. More than 20 percent of international terrorist incidents in 1984 involved US targets. This notwithstanding, in 1984 the United States was the victim of fewer attacks than in each of the four preceding years and suffered substantially fewer casualties than in 1983. The year 1983 was anomalous, however, because of the extraordinarily high death toll of 241 in the bombing of the Marine barracks in Lebanon in October.

The major trend apparent in 1984 was the growing dominance of the Middle East as the crucible of terrorism. In 1984, nearly half of all international terrorist attacks either occurred in the Middle East or were committed elsewhere by Middle Easterners. Indeed, of the eight incidents that resulted in US fatalities last year, four occurred in the Middle East, and a fifth had a Middle Eastern connection. Among the major incidents were the truck bombing of the US Embassy Annex in East Beirut, which killed two US citizens in September, and the hijacking of a Kuwaiti Airlines flight from Kuwait to Tehran in December. Two US AID employees were murdered by the radical Lebanese Shia hijackers before the latter incident ended.

Many of the attacks of Middle Eastern origin in 1984 were the work of groups or agents who frequently work at the behest of one of three radical states: Iran, Syria, or Libya. Indeed, sponsorship or support of terrorism by these three countries became the most salient characteristic of international terrorism in 1984—one that has been largely responsible for the increased violence of attacks and the proliferation of Middle Eastern terrorist operations in Western Europe. Resurgent Palestinian terrorism also drove up the level of attacks of Middle Eastern origin.

Western Europe experienced an outbreak of what became known as Euroterrorism—a campaign of seemingly coordinated attacks against NATO and defense-related targets primarily in West Germany, France, and Belgium. The Belgian participants belonged to a new terrorist group, the Communist Combatant Cells (CCC), which carried out its first attack in October 1984. In Latin America, as in past years, indigenous terrorist violence associated with the Communist-backed insurgencies in El Salvador and Colombia far exceeded the number of international terrorist attacks. In Asia the most spectacular terrorist incident—the assassination of Indian Prime Minister Indira Gandhi by Sikh members of her security force—was in fact an instance of indigenous, rather than international, terrorism.

Prospects for a slowdown in international terrorist activity are dim. We expect terrorism of indigenous origin in Western Europe to continue at the current level and most Latin American violence to continue to vary according to the success of local governments in dealing with insurgent

[1] Our tallies of terrorist incidents are not comprehensive and, in some ways, represent only the tip of the iceberg with regard to terrorist violence of all types in all countries. While the statistics cited cover only international terrorist incidents (as defined on the inside front cover), the text and chronology include references to indigenous terrorism and other types of political violence. For illustrative purposes, consider the following: if a member of the French terrorist group Action Directe attacks a Frenchman in France, the incident is classified as an instance of indigenous terrorism. Should that same terrorist attack a US or other foreign national in France—or an individual or facility belonging to any nationality located outside France—the event is recorded as international in nature. Thus, the annual statistics we cite would include the latter, but not the former, incident. Our information base on indigenous terrorism, while sizable, is not comprehensive enough to permit us to provide statistical data with the same degree of confidence as we do on international terrorism. As a result, only international terrorist incidents are included in the statistical sections.

problems. Moreover, terrorism emanating from the Middle East is unlikely to slacken its pace: Iran, Syria, and Libya have thus far enjoyed relative success in pursuing their individual foreign policy objectives through the use of terrorism.

**Statistical Review of 1984**

In 1984 we counted 597 international terrorist incidents.* Roughly one-third of them resulted in casualties. Altogether, more than 300 persons were killed in these incidents, and some 1,000 were wounded. The number of incidents recorded in 1984 was higher than in any of the preceding four years and represented a 20-percent increase over the average of the preceding four years.

In 1984, as in recent years, more international terrorist incidents—over 230—were recorded in Western Europe than in any other part of the world. As a venue of international terrorism, the Middle East ran a close second, with more than 200 incidents. Considering, however, that more than 60 attacks in Western Europe last year were conducted by Middle Eastern terrorists, the Middle East generated the most international terrorism in 1984. In addition, whereas most attacks by West European terrorists were designed to avoid casualties, most of those by Middle Eastern terrorists were intended to cause casualties.

In 1984 citizens of at least 76 countries were victims of international terrorist attacks. International terrorist incidents took place in at least 72 countries last year, [illegible]

[illegible]

## Casualties Resulting From International Terrorism, 1984

percent declined. We recorded marked increases in certain categories of attacks: armed attacks increased from 75 in 1983 to 109 in 1984; bombings increased from 255 to 302; skyjackings increased from five to 10; and the number of kidnapings increased from 40 to 49. While [illegible]

[illegible]

- *A substantial increase in terrorism of Middle Eastern origin in Western Europe.* In 1984 we recorded [illegible]

**The State Support Issue**

In large measure, the range and lethality of terrorism derive from the increasingly active role played by sovereign states—most notably Iran, Syria, and Libya. These three Muslim radical states have actively supported a variety of ethnic and religious terrorist and guerrilla groups. Indeed, Iran, Syria, and Libya have set a new—and alarming—style in state-supported terrorism, one unique among the nations facilitating the spread of anti-US attacks. The unprecedented degree of backing and, in some cases, active participation by these states in terrorist operations, helped make terrorism in 1984 very much a problem of the Middle East.

***Iran.*** Currently the world's leading supporter of terrorism, Iran has been most active in Lebanon. At the same time, Tehran still intends to punish the United States for its support of the late Shah and France for its role in helping Iraq's war effort. Iran's fundamentalist regime, which ultimately hopes to drive US and Western influence from the Islamic world, has championed some of the most viciously anti-Western groups in the region—such as the Hizballah in Lebanon.

Tehran's long-term goal is to spread its revolution by using terrorism to help create like-minded fundamentalist Islamic republics in Middle East and Persian Gulf states with large Shia populations. To that end, Iran continues to train Shia dissidents and to establish a terrorist infrastructure in the region. Nevertheless, in 1984 we recorded no Iranian-sponsored terrorist attacks in the Persian Gulf.

***Syria.*** Damascus uses terrorism to raise the costs to states whose policies are inimical to its interests. It has used Lebanese groups to influence the Lebanese political process. Syria has also sought to weaken political support for the Jordan-PLO Middle East peace initiative. In this regard, Syria uses the various Palestinian groups and Jordanian dissidents to actively wage war against the Israelis and against moderate Arab states, such as Jordan, that appear willing to seek accommodation with Tel Aviv.

[illegible]

Africa, whenever he perceives a regime to be too closely aligned with, or drifting toward, the West. Libya has used its own personnel, as well as mercenaries, in attempts to assassinate heads of state and Libyan dissidents who Qadhafi believes threaten his ambitions and his very survival.

***South Yemen.*** While the Government of the People's Democratic Republic of Yemen has not participated directly in international terrorist attacks, it has supported international terrorism since the late 1960s by providing camps and other facilities for a number of leftist terrorist groups. In 1984, however, the level of support was limited to the provision of safehaven for Palestinian groups.

***Role of the Soviet Union.*** The Soviet Union clearly supports international terrorism, although—in contrast to Iran, Syria, and Libya—we have no evidence of the Soviets directly planning or orchestrating terrorist acts by Middle Eastern, West European, or Latin American groups. However:

- The Soviets have a long history of maintaining relations with groups that participate in or are linked to terrorism. They provide political backing, funding, and, in some cases, conventional arms and military training.

- Moscow, at least indirectly, has given materiel support to groups that have committed terrorist acts, particularly in the Middle East and Latin America.

- The Soviets have trained personnel linked to or belonging to national liberation groups, and they openly sell large quantities of arms to Palestinian terrorists, states that support terrorism (with Libya a leading customer), and gray market arms dealers. Absence of end-user restrictions means that such weapons often make their way into the hands of terrorists.

- The Soviets also support certain Palestinian groups, East European states, South Yemen, and Cuba, all of whom support terrorist organizations or groups that commit terrorist acts. Bulgaria's state trading organiza- [illegible]

- **Iran,** 5-6 December. Radical Lebanese Shia who had hijacked a Kuwaiti Airlines flight from Kuwait to Tehran singled out and murdered two US AID employees who were passengers on the plane.

***Hostages.*** In 23 incidents, 37 US citizens were kidnaped, hijacked, or otherwise taken hostage. By year's end, five US citizens were still being held hostage—four in Lebanon, and one in the Philippines.

***The Worst Offenders.*** In 1984 the most serious international terrorist incidents involving US citizens occurred in Lebanon or at the hands of Lebanese terrorists, particularly radical Shia supported by the Iranian Government. Nearly 20 non-casualty-producing incidents against US interests in West Germany were conducted by the West German Red Army Faction (RAF), its supporters, or similar indigenous leftwing extremists. Another 20 or so were conducted by other West European leftist groups in a half-dozen countries. About 30 attacks were carried out against US targets by leftwing groups in various Latin American countries, primarily Chile, Peru, and Colombia.

## Regional Patterns

### The Middle East

In many respects, Middle Eastern terrorism became more of a problem in 1984 than it was in 1983. The number of international terrorist incidents in the region increased dramatically, as did the proportion of incidents causing casualties or intended to cause casualties. Moreover, Middle Eastern terrorists became more active outside the region—especially in Western Europe where their activity accelerated strikingly. About half of all international terrorist attacks either occurred in the Middle East or were Middle Eastern in origin. Furthermore, the proportion of incidents in which the hand of a state sponsor—Iran, Syria, or Libya—was evident reached an alltime high.

***Lebanon and Iran.*** Lebanon remains at the center of Middle Eastern terrorism, having been the venue for 82 international terrorist attacks in 1984. For the third year in a row, more international terrorist attacks occurred there than in any other country. The suicide car bombing of the US Embassy Annex in East Beirut in September was the most spectacular of the international terrorist attacks in Lebanon in 1984. Two US Government personnel were killed and 20 were wounded in this incident, along with 12 Lebanese killed and over 50 wounded. Throughout 1984, officials or private citizens of US, French, Saudi Arabian, or Kuwaiti nationality were the targets of numerous armed attacks and kidnapings. By the end of 1984, four of the six US citizens who had been kidnaped in Lebanon during the course of the year—including a US diplomat—were still being held.

*The US Embassy Annex after suicide car bombing on 20 September 1984.*

Many of the incidents that occurred in Lebanon, and a number of other armed attacks and smaller bombings that occurred elsewhere, were claimed by anonymous phone callers in the name of Islamic Jihad (Islamic Holy War). Not a formal organization, Islamic Jihad is merely a covername used by pro-Iranian radical Lebanese Shia whose objective is to rid Lebanon of all US—and eventually all Western—influence and to create an Iranian-style Islamic republic there.

Hizballah, or the Party of God, is the generic name used by the Iranians and their supporters to distinguish their movement from other Muslim groups in Lebanon. Small groups of terrorists within the Hizballah movement—some little more than street gangs in West Beirut—were responsible for many of the numerous attacks last year. Many of these Hizballah elements continue to receive political indoctrination, training, and financial and materiel support from Iranian Revolutionary Guardsmen based in the Syrian-controlled al Biqa (Bekaa) Valley of eastern Lebanon. While this Iranian assistance has been instrumental in the continuing success of Hizballah terrorists, the radical Shia forces have become strong enough to operate independently in many cases. In fact, increasingly they have developed into a highly structured, cooperative network.

Tehran last year continued to indoctrinate and train disaffected Shia from Kuwait, Bahrain, and Saudi Arabia at camps inside Iran. Some of these trainees almost certainly have reinfiltrated their countries and remain available for future operations. Nevertheless, we recorded no Iranian-sponsored terrorist attacks in the Persian Gulf region during 1984.

***Libya.*** Libya returned to the international terrorism scene after a year of relative inactivity in 1983. Early in 1984, Qadhafi clearly felt jeopardized by increasingly vocal opponents to his regime and so, in February, ordered Libyan Revolutionary Committees to threaten exiles with death if they did not return home. This action constitutes the third time in four years that he has made such threats. [illegible]

[illegible]

[illegible]

and former President Nimeiri of Sudan gained credence when Egypt arrested four Libyan-hired mercenaries in November for plotting to kill a prominent Libyan exile. The arrestees stated that Libya's target list for assassinations included President Mubarak as well as prominent Libyan exiles in Egypt. In July 1984, Egypt almost certainly was the target of mines laid in the Red Sea near the entrance to the Suez Canal. A Libyan ship most likely planted the devices, which damaged 18 vessels registered to many nations.

***Syria.*** Syrian support for Middle Eastern terrorism increased last year. As in 1983, Syria's tolerance of Iranian Revolutionary Guards and radical Shia bases in the Bekaa Valley contributed to the rampant terrorism in Lebanon. Similarly, Syria's more direct support for the numerous radical Palestinian groups—most notably the Abu Nidal Group, which is headquartered in Damascus—helped those groups stage an increased number of attacks on civilian targets inside Israel and the West Bank. Most alarming, however, was the rash of attacks inside Jordan and against Jordanian interests in Europe. These attacks occurred as Jordan began its effort to spark movement in the moribund Middle Eastern peace talks, a development strongly opposed by the Syrian Government and its radical Palestinian allies such as Abu Nidal.

Five of the 14 attacks in Jordan in 1984 were directed against American targets. The most dangerous one occurred on 24 March, when a bomb exploded in the parking lot of the Intercontinental Hotel across the street from the US Embassy in Amman. A US AID employee and [illegible]

***The Israeli-Palestinian Conflict.*** [illegible]

**Terrorist Spillover From the Middle East**

Terrorist attacks outside the Middle East conducted by Middle Eastern groups continued to rise in 1984, nearly doubling the level of the previous year. Most of the increase occurred in Western Europe against Middle Eastern targets—including diplomatic personnel and facilities of the relatively moderate states such as Jordan, officials of various Palestinian groups, and emigre opponents of certain Middle Eastern regimes.

**Iran.** There was an alarming spread to Western Europe of operations by Iranian-supported groups. Throughout 1984, plots to assassinate anti-Khomeini exiles were detected in the United Kingdom and several other West European nations; in February, an exiled Iranian general from the deposed Shah's regime and his brother were killed in Paris. In July, an Air France flight was hijacked from Frankfurt to Tehran, and Iranian-backed groups were implicated in two other hijacking attempts, including the December hijacking of a Kuwaiti Airlines flight in which two Americans were killed. In November 1984, seven Lebanese Shia were arrested near Rome in an apparent plot to attack the US Embassy. Another was arrested in Switzerland as a conspirator.

**Libya.** The great majority of attacks by Libyan agents against Libyan exiles have occurred in Western Europe—in the United Kingdom, Italy, Cyprus, Greece, Austria, and West Germany. In early March 1984 in the United Kingdom, 30 persons—mostly non-Libyans—were injured by four bombs detonated near homes of Libyan exiles or businesses frequented by them. Nine [illegible]

**Syria.** The anti-Jordanian campaign expanded to Europe last November with the attempted shooting of a Jordanian diplomat in Athens. The following month, the deputy chief of the Jordanian mission was murdered in Bucharest. A Palestinian student was arrested for the crime, later claimed by anonymous phone callers in the name of "Black September," a name associated with a number of notorious terrorist events in the early 1970s. Syrian-backed radical Palestinian groups probably have resurrected the name, both as a cover and for the publicity it garners.

**Palestinians.** The intra-Palestinian dispute has also spilled over into Europe. At least three Palestinians were gunned down in 1984, including an officer of a Palestinian splinter group, who was killed by his own faction after defecting to the pro-Arafat forces in Cyprus last May, and Ismail Darwish, a leading pro-Arafat figure gunned down in Rome in December 1984. The Abu Nidal Group apparently was responsible for the December attack.

Although currently based in Syria and in Syrian-controlled Lebanese territory, the Abu Nidal Group is believed to be a semi-independent actor in the Middle Eastern morass. As the most experienced, lethal arm of Palestinian terrorism, it has a long record of attacking officials of moderate Arab governments, as well as Palestinian groups, and has mounted attacks in more than 25 countries—usually with Syrian foreknowledge, if not complicity.

**The Lebanese Armed Revolutionary Faction.** By mid-1984 the Marxist-Leninist LARF had become one of the most lethal organizations operating in Western Europe. Between 1981 and 1984 the LARF was responsible for at least six attacks against US and Israeli diplomats in France, in which four persons were killed and four [illegible]

[illegible] George Ibrahim Abdallah, the leader of the group. Then, in December, Italian police apprehended a third LARF member, Josephine Abdu, as she was transiting the Rome airport en route to Madrid. Following these arrests, other members of the LARF returned to their native Lebanon, effectively ending the activity of the LARF in Europe.

United States Department of State

# Patterns of Global Terrorism: 1985

October 1986

## Contents

| | Page |
|---|---|
| The Year in Review | 1 |
| The State Support Issue | 4 |
| Libya | 4 |
| Syria | 6 |
| Iran | 6 |
| South Yemen | 7 |
| Role of Cuba | 7 |
| Role of Nicaragua | 8 |
| Role of the Soviet Union and Eastern Europe | 8 |
| Role of North Korea | 8 |
| Terrorist Spillover From the Middle East | 8 |
| Growing Problem | 8 |
| Why Western Europe? | 12 |
| Target USA | 15 |
| Casualties | 15 |
| Hostages | 18 |
| Other Anti-US Violence | 18 |
| Regional Patterns | 18 |
| The Middle East | 18 |
| Iran and Lebanon | 18 |
| Israel and the Palestinians | 20 |
| Kuwait | 20 |
| Jordan | 21 |
| Syria | 21 |
| Western Europe | 21 |
| West Germany | 21 |
| France | 22 |
| Belgium | 23 |
| Spain | 23 |
| Portugal | 23 |
| Italy | 24 |
| Greece | 24 |
| Northern Ireland | 24 |
| Luxembourg | 24 |

### International Terrorist Incidents, 1981-85

Number of incidents
800
700
600
100
0
1981
82
83
84
85

### Geographic Distribution of International Terrorist Incidents, 1985

Percent

Western Europe 27.9
USSR/Eastern Europe 0.3
North America 0.5

***Sovereign states continued to be active in supporting terrorism last year.*** In 1985, 93 incidents (12 percent of all international terrorist incidents), one-third of which occurred in Western Europe, bore indications of state support. More than 90 percent of state-supported terrorist incidents were conducted by groups or agents supported by Middle Eastern states—most notably Libya, Syria, and Iran. Libya moved toward closer ties to the radical Palestinian Abu Nidal Group, and Syria's role as a patron of international terrorism reached a new high. Iranian-backed groups, such as the fundamentalist Shia Hizballah in Lebanon, kidnaped nearly a dozen Westerners in Lebanon in 1985, although these kidnapings probably did not occur as a result of Iranian direction.

***International terrorism of Middle East origin in-***

***Middle Eastern terrorists increased their level of activity outside the region, especially in Western Europe.*** In 1985, 74 acts of terrorism by Middle Eastern terrorists occurred in Western Europe, compared with 61 in 1984.[3] During the period from 1981 to 1983, the average annual number of such incidents was 35. The highest levels of Middle East-origin activity occurred in Greece, Cyprus, and Italy. Among these "spillover" incidents were some of the most dramatic, and lethal, attacks of the year: the hijacking in June of a TWA jetliner flying from Athens to Rome; the seizure of the Italian cruise ship Achille Lauro in October as it departed Alexandria, Egypt; the hijacking in November of an Egyptian jetliner from Athens to Malta; and near-simultaneous machinegun and grenade massacres at the Rome and Vienna airports in December.



American Revolutionary Workers' Party (PRTC)—including four off-duty US Marines and two US businessmen—in a San Salvador cafe. Most of the political violence in the region, however, continues to result from local insurgencies, not international terrorism.

***Asia and Sub-Saharan Africa each accounted for 5 percent of all international terrorist activity last year.*** Asia witnessed an increase from the previous year, but activity in Sub-Saharan Africa declined somewhat. Sikh [illegible]

[illegible]

were wounded, compared with 12 and 33, respectively, during the previous year. Business interests were the most frequently attacked US targets in 1985.

**The State Support Issue**

In large measure, the range and lethality of terrorism in 1985 derived from the active role continually played by sovereign states—most notably Libya, Syria, and Iran. The unprecedented degree of backing by these states and, in some cases, their active participation in terrorist operations continued to make international terrorism very much a problem of the Middle East.

**Libya**

Libyan leader Muammar Qadhafi has made terrorism one of the primary instruments of his foreign policy, generally through the support of radical groups that use terrorist tactics. Tripoli has operated numerous training sites for foreign dissident groups that provide instruction in the use of explosive devices, hijacking, assassination, and various commando and guerrilla techniques. It also has provided terrorist training outside Libya and has abused diplomatic privilege by storing arms and explosives at its diplomatic establishments.

***Patterns of Lethality***

*Of the 782 international terrorist incidents in 1985, 270—slightly more than a third—resulted in casualties. Total casualties were 2,042—825 deaths and 1,217 injuries.*

*Ten incidents accounted for 63 percent of the fatalities in 1985. In contrast with 1984, when most of the 10 highest casualty-producing incidents took place in Africa and Asia and involved insurgent activity, in 1985 six of the 10* [illegible]

[illegible] *Chile, and Peru. The increased use of car bombs is consistent with the growing tendency toward indiscriminate attacks designed to kill or maim large numbers of people.*

*ª Insurgency is a protracted political-military activity directed toward completely or partially controlling the resources of a country through the use of irregular military forces and illegal political organizations. Insurgent activity—which can include the use of terrorist tactics—is designed to weaken government control and legitimacy while increasing insurgent control and legitimacy. Insurgent movements have a relatively broader base of popular support than do most terrorist groups. These movements generally possess fairly sophisticated paramilitary forces and political infrastructures. In addition, insurgent violence more often than not involves the targeting of combatants; terrorists uniformly select noncombatant targets as their victims.*

In 1985 Libya was involved in fewer incidents than in the previous year—17 compared with 25—and more than half these attacks were assassination attempts against Libyan exiles during the first half of the year. In 1985 Libya sponsored five attacks against exiled Libyan dissidents in Greece, West Germany, Cyprus, Italy, and Austria. The former Libyan Ambassador to Austria survived a particularly vicious assassination attempt in February. Libya also plotted antiexile attacks in the United States. In May, for

has continued its subversive activity in Sub-Saharan Africa—providing financial, logistic, training, and materiel support to insurgent and terrorist groups in the region.

The level of Libyan activity in Sudan fluctuated during the course of 1985. After President Nimeiri's ouster in April, Qadhafi quickly sent in his Libyan-based Sudanese Revolutionary Committees, which provide a network for promoting pro-Libyan subversive activity. On another front, however, Tripoli ended its support to the Sudanese People's Liberation Army (SPLA), which weakened the southern insurgency. The pace of SPLA terrorist activity slowed during 1985, with only occasional kidnapings and armed attacks on Sudanese civilians and foreigners.

In *Central Africa*, Libya continued its subversion aimed at destabilizing local governments, as in the following examples:

- Libya continued to fund, train, and arm several hundred [illegible]
- [illegible] were arrested for conspiring with Libyan People's Bureau members.
- A large Libyan presence in Congo—including employees of the People's Bureau, economic projects, and front organizations such as the Muslim Friendship League—and frequent official travelers from Tripoli, betrayed a high level of Libyan activity.
- Libya has provided support to dissidents and students from Cameroon.

**Syria**

In 1985, Syria continued to use terrorist surrogates to further its Middle Eastern policy. Syrian-sponsored groups—responsible for attacks in 15 countries in the last two years—were involved in 30 terrorist attacks in 1985 against moderate Arab, US, British, Palestinian, Jordanian, and Israeli targets. Support for international terrorist groups has cost Syria little but has raised the cost to participants of any peace initiative that might exclude Damascus; it also has served to keep President Hafez Assad's regional rivals off balance.

The greater use of surrogates by Damascus in 1985 probably reflected Assad's desire to mask Syria's role in terrorist attacks. Damascus has permitted terrorist groups to use Syrian or Syrian-controlled territory for base camps, training facilities, and political headquarters, and it has provided these groups with arms, travel assistance, intelligence, and money. Palestinians who have been largely funded, trained, and armed by Syria include the PFLP-GC, Abu Musa's Fatah rebels, and Saiqa. Damascus also has supported some non-Palestinian terrorists.

The number of incidents carried out by groups operating [illegible]

[illegible] Arafat. To this end, Abu Nidal conducted a series of attacks on Jordanian interests. On a single day in March, for instance, grenades were thrown at Jordanian airline offices in Rome, Athens, and Nicosia.

**Iran**

The level of terrorism by Iranian-supported groups in 1985 remained high but declined from the record level of 1984. Groups with established ties to Iran carried out some 30 attacks last year, although Iran cannot be linked directly to most of these attacks. Although Iraq, France, and the United States have remained the primary targets, Persian Gulf states have faced a continuing terrorist threat that could escalate sharply should Iran choose to exercise its terrorist option.

***The Abu Nidal Group***

*The official name of the Abu Nidal organization is Fatah-the Revolutionary Council—which it generally uses when attacking Israeli targets—but it has employed a number of covernames as well. Originally, the group operated under the name Black June; more recently, the group used the name Arab Revolutionary Brigades when it staged attacks against Persian Gulf targets. The Abu Nidal Group calls itself Black September when it attacks Jordanian and Palestinian targets and employs Revolutionary Organization of Socialist Muslims (ROSM) as its signature for attacks against British targets. Using ROSM, Abu Nidal kidnaped a British journalist in Lebanon in March 1985 and, in Rome in September, it detonated a bomb at the British Airways office and attacked a cafe frequented by British and American tourists. The group claimed credit for hijacking an Egyptian jet to Malta in November, killing two Israeli women and shooting three Americans, one fatally. In December, Abu Nidal terrorists killed more than 20 persons and wounded about 120 in machinegun and grenade attacks at the El Al ticket counters in the Rome and Vienna international airports.*

Export of the revolution has been a central tenet of the clerical regime in **Iran**, with terrorism a primary instrument in advancing this objective. Iran has used its network of diplomatic and cultural missions to support terrorist operations, and many elements of the Iranian Government, including several senior officials, have been directly involved in terrorist activity. Economic constraints and the war with Iraq, however, apparently have compelled Iran increasingly to reduce its direct involvement in terrorism and pursue a more pragmatic foreign policy, putting less emphasis on the ideological use of terrorism to support the export of its Islamic revolution. Some groups that owe their inspiration and their origin to Iran, such as the Lebanese Hizballah, have become increasingly independent of Tehran's direction, although their activities still serve Iran's foreign policy goals.

***Iraq*** has been a primary target of Iranian-sponsored groups. Iran has trained and financed several Iraqi dissident groups, such as the Dawa Party, that are dedicated to overthrowing Iraqi President Saddam Husayn and establishing an Islamic republic in Iraq.

***Lebanon*** has been the scene of most of the terrorism perpetrated by groups that have received Iranian support. Pro-Iranian Shi'a Muslims in Lebanon were responsible for nearly 20 international incidents last year, including eight attacks against French targets and five against US targets. Tehran apparently did not play a direct role in the majority of attacks on foreigners in Lebanon. The nature of Iran's ties to the radical Shi'as that have kidnaped foreigners and the extent to which Iran can control or direct them has remained unclear.

Tehran has maintained the capability to resume quickly terrorist activities throughout the ***Persian Gulf***. Shi'a dissidents from several Gulf states have traveled to Iran to receive training. Iranian-backed terrorists were suspected of having planned the assassination attempt on the Amir of Kuwait in May 1985. Iran may intend to maintain its terrorist option in the region in case diplomatic initiatives fail or the war with Iraq demands more drastic measures against other Arab states.

**South Yemen**

In 1985, then South Yemeni President Hasani continued his more moderate foreign policy by curtailing Aden's direct involvement with, and support for, insurgent groups from Oman and North Yemen. South Yemen also reduced support for the Palestinians. However, Aden has continued to provide safehaven and other low-level support to groups such as the Popular Front for the Liberation of Palestine-Special Command.

**Role of Cuba**

The Castro regime has maintained a large and complex apparatus for subversion that supports many leftist revolutionaries and terrorists. This has ranged from arms and funding to safehaven and training—assistance that is indispensable for guerrilla movements and terrorists in Latin America. Castro has given logistic assistance and financial support to thousands of guerrillas and has provided them with military training.

Cuba has provided support to ***Salvadoran*** leftists and other insurgents. Many of the guerrillas infiltrated into ***Honduras*** in recent years were trained in Cuba, and Havana has used Honduran territory as a transit area for

materiel passed to Salvadoran insurgents. In addition, ***Colombia's*** M-19 has a long and well-established relationship with the Cuban Government.

**Role of Nicaragua**

Managua has continued to provide training and support to Latin American guerrilla groups, and there has been limited evidence of direct Nicaraguan involvement in specific terrorist incidents. The Sandinistas also have maintained contact with Latin American and West European groups that engage in terrorism. According to a former Italian terrorist who turned state's evidence, at least five Red Brigades leaders have become instructors in the Nicaraguan Army. Despite the publicity aroused by Western accusations, international disapproval has not discouraged the Sandinistas from pursuing terrorist ties. Several of the weapons used by ***Colombian*** M-19 terrorists during the siege of the Palace of Justice in Bogota in November 1985 were traced to Nicaragua. The PRTC, a ***Salvadoran*** insurgent group with close ties to Nicaragua, claimed responsibility for the killing of six Americans and seven other persons in downtown San Salvador on 19 June.

**Role of the Soviet Union and Eastern Europe**

In contrast to Libya, Syria, and Iran, the Soviets do not appear to directly plan or orchestrate terrorist acts by Middle Eastern, West European, or Latin American groups. Moscow has continued to support various "national liberation movements"—such as the PLO and the African National Congress (ANC)—with the knowledge that some of those they train later commit terrorist acts. The Soviets and East Europeans have provided most weapons support indirectly through the international gray arms market. Moscow's Third World clients (with Libya a leading buyer) then have resold or given the weapons to terrorists. Moscow apparently has not restricted the end use of these weapons. The Soviet Union and its East European allies also have provided arms to a variety of Palestinian groups. Some of these may ultimately be used in terrorist attacks because Palestinian terrorists routinely use light infantry weapons, such as the AK-47, that originate in the Soviet Bloc.

The Soviets' influence over their East European allies has given Moscow the leverage to limit their support for radical and revolutionary groups. There has been extensive evidence of indirect support and scattered information about direct involvement by East European states with terrorists. At a minimum, these states have maintained surveillance on suspected terrorists and allowed them transit privileges and safehaven. A number of East European states also have trained members of African, Latin American, and Palestinian groups that use terrorist tactics.

***Bulgaria*** has been the East European state most actively involved in terrorism. Sofia has provided weapons and political support to various Palestinian groups and has hosted terrorist-related training facilities where Palestinians, in particular, have received instruction in a variety of weapons. Materiel from ***Czechoslovakia*** also has appeared frequently in terrorist hands. A Czechoslovak-manufactured explosive material, Semtex, has been used in numerous letter bombs, as well as several vehicle bombings. ***Yugoslavia*** was the last state to offer initial safehaven to Muhammad Abu Abbas, the Palestine Liberation Front (PLF) leader who planned the Achille Lauro hijacking and provided the aircraft on which Abbas was flown to safety from Rome.

**Role of North Korea**

P'yongyang almost certainly has continued to provide training, funds, and weapons to various foreign extremist groups, but it apparently has not been involved in any terrorist incidents since the October 1983 Rangoon bombing. North Korea has continued to obtain weapons on the gray arms market, but these probably are intended for use by North Korean agents, saboteurs, and infiltrators in operations against South Korea. P'yongyang has exported weapons to Third World governments willing to pay for them, including Iran—a country supporting international terrorism. Thus far, none of these weapons has been found at the scene of terrorist attacks or in the possession of captured terrorists.

**Terrorist Spillover From the Middle East**

**Growing Problem**

The number of international terrorist attacks conducted by Middle Eastern groups outside the region continued to rise in 1985. As in previous years, Western Europe was the principal venue for this spillover problem, and terrorists of Middle Eastern origin accounted for a relatively increased



*Remains of the Egyptair jetliner hijacked from Athens to Malta on 23 November 1985, and later stormed by Egyptian commandos.*

- Western Europe has fewer travel restrictions between its countries than is the case with many other regions, and some countries also have arrangements with some Middle Eastern states to facilitate guest workers. A number of West European governments recognize this vulnerability and are considering measures to tighten controls.

- Abundant accessible targets exist in Western Europe, in contrast to the Middle East where formidable security measures surround most Western installations.

- Worldwide publicity accompanies international terrorist attacks in Western Europe, but in countries such as Lebanon the level of violence is so high it all but masks other than the most spectacular terrorist events.

- The open nature of West European society makes it operationally easy to function, free of the restrictions on personal freedoms prevalent elsewhere.

- A number of West European countries host exile groups and former leaders that are attractive targets for regimes, such as those in Libya and Iran, that wish to silence vocal opponents. Likewise, there are numerous targets for retaliation against such attacks, including official representatives of incumbent regimes.

- The phenomenon of Middle Eastern spillover has been abetted by the diplomatic structures of countries, such as Libya and Iran, whose diplomatic personnel have been implicated in terrorist attacks.

- Certain West European countries have offered passive support to terrorist groups or, by their rhetoric, have created environments that appear sympathetic to terrorists. In some cases, states apparently have struck deals with terrorists—making concessions in exchange for agreements that terrorists will refrain from conducting attacks on their territory.



*Bodies in the international lounge at Rome's Fiumicino Airport, following a machinegun and grenade attack by Abu Nidal terrorists, 27 December 1985.*

**Hostages**

In 1985 some 60 US citizens were kidnaped, hijacked, or otherwise taken hostage. There were 13 kidnapings of US citizens and, by year's end, six of the victims were still being held hostage—four in Lebanon and two in Colombia.

**Other Anti-US Violence**

There were other manifestations of anti-US violence in 1985, some of which resulted in US casualties. A number of these occurred in Mexico, presumably by individuals connected with narcotics trafficking. In early February four gunmen kidnaped US Drug Enforcement Administration (DEA) agent Enrique Camarena Salazar as he was leaving his office in Guadalajara. Authorities discovered his body in March, along with that of a Mexican pilot who sometimes flew DEA missions. In late January another American, John Walker, also disappeared in Guadalajara, along with a Cuban companion. The two men—whose bodies were found five months later—were last seen alive in a restaurant patronized by elements of the narcotics underworld.

**Regional Patterns**

**The Middle East**

In 1985, 45 percent of all international terrorist attacks occurred in the Middle East. The inclusion of Middle East–origin events that took place elsewhere—principally in Western Europe—brings the total of Middle East-related attacks to more than half of all incidents worldwide. Last year Middle Eastern terrorists showed growing disregard for the safety of innocent bystanders and conducted an increasing number of attacks against public places. Terrorism sponsored by Middle Eastern states declined slightly but was more than offset by a nearly 200-percent increase in terrorism conducted by Palestinians. (For a discussion of Middle Eastern state support for terrorism, see pages 4-7.)

**Iran and Lebanon**

The number of Iranian-sponsored attacks declined from the record level of 1984. Iran backs groups in Lebanon, Iraq, and throughout the Persian Gulf that aim to promote a Khomeini-style revolution. Their activities serve Iran's foreign policy goals, even if the groups do not formally coordinate their plans with Tehran. The fundamentalist Shi'a faction Hizballah in Lebanon and the Dawa Party in Kuwait and Iraq are among the most active Iranian-backed groups that conducted international terrorism in 1985.

Radical Shi'a terrorists were active primarily in Lebanon and the Persian Gulf. Hizballah factions kidnaped nearly a dozen Westerners in Lebanon in 1985, although two Americans—Jeremy Levin and the Reverend Benjamin Weir, both seized in 1984—escaped or were released. Two other US citizens seized in 1984—William Buckley and Peter Kilburn—continued to be held in 1985. Islamic Jihad claimed that it had murdered Buckley in early October 1985, following an Israeli raid on the PLO headquarters in Tunis. There has been no independent corroboration of his death. At year's end, Kilburn remained in captivity. Three additional Americans—the Associated Press bureau chief and a dean and an administrator from the American University of Beirut—were kidnaped in the spring. Radical Shi'as kidnaped four French citizens in 1985; four others—members of the French observer force—were killed early in the year. In the Persian Gulf, pro-Iranian Shi'as attempted to crash an explosives-laden car into the motorcade of the Amir of Kuwait in May.

kidnaping. The Islamic Liberation Organization claimed responsibility for the kidnapings and threatened to execute the remaining Soviets unless an immediate cease-fire was imposed.

A cease-fire took effect on 4 October. However, the kidnapers continued to hold the Soviets hostage, and other demands were made, including the withdrawal of Soviet troops from Afghanistan. Several weeks later, however, the three Soviets were released unharmed in a Sunni area of West Beirut. Their kidnapers, who said the release was a goodwill gesture and a warning to stop harassing Sunni fundamentalists in Tripoli, undoubtedly faced intense pressure from the Syrian-backed militias that dominate West Beirut.

In 1985, during its 10th year of civil war, violence continued to be a fact of life in Lebanon as factional militias—all of which have used terrorist tactics—continued to wage war throughout most of the country. Even though more international terrorist incidents (76) occurred in Lebanon than in any other country in the world in 1985, international terrorist activity accounted for only a fraction of that country's political violence.

***Israel and the Palestinians.*** International terrorism motivated by the Israeli-Palestinian dispute increased dramatically in 1985 and accounted for much of the increase in Middle Eastern terrorism overall. Attacks on Jewish targets inside Israel and the occupied territories skyrocketed to 170 from a total of 50 in 1984. Of the 139 attacks that took place on the West Bank, 97 were directed [illegible]

[illegible] well as for the kidnaping and subsequent murder of an off-duty Israeli soldier in mid-April. Abu Musa's Fatah dissidents claimed responsibility for the killing of a civilian Israeli Defense Force worker in Nablus. A pro-Arafat wing of the PLO, Fatah Force 17, also stepped up its activity, claiming responsibility for several attacks in the West Bank and occupied territories during 1985.

Israeli extremists carried out several attacks against Arab targets in a continuing cycle of retaliation. In late April, for example, an Arab cabdriver was murdered near an area where an Israeli cabdriver had been murdered four days earlier. Israeli extremists also may have been responsible for attacks on two mayors of Palestinian refugee camps near Jerusalem.

Attacks carried out worldwide by Palestinians more than doubled, with the Abu Nidal Group alone accounting for 10 percent of these incidents. The PLO ended its self-imposed 1974 ban on violence outside Israel and the occupied territories; pro-Arafat terrorists murdered three Israelis aboard a yacht in Larnaca, Cyprus, in September. Following the slayings, the terrorists surrendered to authorities and remained in a Cypriot prison pending trial. Within a week of the shootings, Israeli jets attacked PLO headquarters in Tunis, indicating that Israel, at least, did not believe Arafat's protestations of innocence. Three days later, the pro-Iranian Islamic Jihad claimed to have executed US political officer William Buckley in retaliation for the raid. (Buckley was taken hostage in West Beirut in March 1984.)

Wings of the PLO loyal to Arafat also participated in terrorism outside the Middle East. The hijacking in October of the cruise ship Achille Lauro by the PLF was the most dramatic example, although the terrorists subsequently claimed that they originally had intended to stay aboard the ship until it reached Israel and conduct a terrorist attack there.

[illegible]

[illegible] bombings against the US and French Embassies in Kuwait in December 1983. Other motivations include a desire to punish Kuwait because of its support for Iraq in Baghdad's war with Iran and to intimidate Kuwait into providing more political and financial support to hardline Arab states. In late May 1985, members of the Iranian-backed Dawa Party

United States Department of State

# Patterns of Global Terrorism: 1986

January 1988

MIPT
National Memorial Institute
for the Prevention of Terrorism
in Oklahoma City