## State Sponsor: Implications

*Designating countries that repeatedly support international terrorism (i.e., placing a country on the "terrorism list") imposes four main sets of US Government sanctions:*

*1. A ban on arms-related exports and sales,*

*2. Controls over exports of dual use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist list country's military capability or ability to support terrorism,*

*3. Prohibitions on economic assistance; and*

*4. Imposition of miscellaneous financial and other restrictions, including*

*• Requiring the United States to oppose loans by the World Bank and other international financial institutions;*

*• Lifting the diplomatic immunity to allow families of terrorist victims to file civil lawsuits in US courts;*

*• Denying companies and individuals tax credits for income earned in terrorist list countries;*

*• Denial of duty-free treatment for goods exported to the United States;*

*• Authority to prohibit any US person from engaging in a financial transaction with terrorism list government without a Treasury Department license;*

*• Prohibition of Defense Department contracts above $100,000 with companies controlled by terrorist list states.*

---

sentative for Cuba and Latin America, Niall Connolly, who was one of three Irish Republican Army members arrested in Colombia on suspicion of providing explosives training to the FARC, had been based in Cuba for five years. In addition, the recent arrest in Brazil of the leader of a Chilean terrorist group, the Frente Patriotico Manuel Rodriguez (FPMR), has raised the strong possibility that in the mid-1990s, the Cuban Government harbored FPMR terrorists wanted for murder in Chile. The arrested terrorist told Brazilian authorities he had traveled through Cuba on his way to Brazil. Chilean investigators had traced calls from FPMR relatives in Chile to Cuba following an FPMR prison break in 1996, but the Cuban Government twice denied extradition requests, claiming that the wanted persons were not in Cuba and the phone numbers were incorrect.

Numerous US fugitives continued to live on the island, including Joanne Chesimard, wanted in the United States for the murder in 1973 of a New Jersey police officer and living as a guest of the Castro regime since 1979.

### Iran

Iran remained the most active state sponsor of terrorism in 2001. Iran's Islamic Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) continued to be involved in the planning and support of terrorist acts and supported a variety of groups that use terrorism to pursue their goals. Although some within Iran would like to end this support, hardliners who hold the reins of power continue to thwart any efforts to moderate these policies. Since the outbreak of the *intifadah*, support has intensified for Palestinian groups that use violence against Israel. During the past year, however, Iran appears to have reduced its involvement in other forms of terrorist activity. There is no evidence of Iranian sponsorship or foreknowledge of the September 11 attacks in the United States. President Khatami condemned the attacks and offered condolences to the American people.



*The Karine-A at the port in Elat. Israel claims the ship contained 50 tons of mostly Iranian-supplied weapons for use by militants against Israelis.*

During 2001, Iran sought a high-profile role in encouraging anti-Israeli activity by way of increasing its support for anti-Israeli terrorist groups. Supreme Leader Khamenei continued to refer to Israel as a "cancerous tumor" that must be removed. Matching this rhetoric with action, Iran continued to provide Lebanese Hizballah and the Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the PFLP-GC—with varying amounts of funding, safehaven, training, and weapons. It also encouraged Hizballah and the rejectionist Palestinian groups to coordinate their planning and to escalate their activities.

In addition, Iran provided limited support to terrorist groups in the Gulf, Africa, Turkey, and Central Asia. This support is at a considerably lower level than that provided to the groups opposed to Israel and has been decreasing in recent years. The Iranian Government took no direct action in 2001 to implement Ayatollah Khomeini's *fatwa* against Salman Rushdie, but the decree has not been revoked nor has the $2.8 million bounty for his death been withdrawn. Moreover, on the anniversary of the *fatwa* in February, some hardline Iranians stressed again that the decree is irrevocable and should be carried out.

During Operation Enduring Freedom, Tehran informed the United States that, in the event US warplanes went down inside Iran, Iranian forces would assist downed air crews in accordance with international convention. Iran also worked with the United States and its allies at the Bonn Conference in late 2001 to help in the formation of the Afghan Interim Authority. Tehran pledged to close its borders with Afghanistan and Pakistan to prevent the infiltration of Taliban and al-Qaida escapees. There are, however, reports that Arab Afghans, including al-Qaida members, used Iran as a transit route to enter and leave from Afghanistan.

Iraq

Iraq was the only Arab-Muslim country that did not condemn the September 11 attacks against the United States. A commentary of the official Iraqi station on September 11 stated that America was "...reaping the fruits of [its] crimes against humanity." Subsequent commentary in a newspaper run by one of Saddam's sons expressed sympathy for Usama Bin Ladin following initial US retaliatory strikes in Afghanistan. In addition, the regime continued to provide training and political encouragement to numerous terrorist groups, although its main focus was on dissident Iraqi activity overseas.

Iraq provided bases to several terrorist groups including the Mujahedin-e-Khalq (MEK), the Kurdistan Workers' Party (PKK), the Palestine Liberation Front (PLF), and the Abu Nidal organization (ANO). In 2001, the Popular Front for the Liberation of Palestine (PFLP) raised its profile in the West Bank and Gaza Strip by carrying out successful terrorist attacks against Israeli targets. In recognition of the PFLP's growing role, an Iraqi Vice President met with former PFLP Secretary General Habbash in Baghdad in January 2001 and expressed continued Iraqi support for the *intifadah*. Also, in mid-September, a senior delegation from the PFLP met with an Iraqi Deputy Prime Minister. Baghdad also continued to host other Palestinian rejectionist groups, including the Arab Liberation Front, and the 15 May Organization.

Meanwhile, Czech police continued to provide protection to the Prague office of the US Government-funded Radio Free Europe/Radio Liberty (RFE/RL), which produces Radio Free Iraq programs and



United States Department of State

# Patterns of Global Terrorism 2002

## April 2003

## State Sponsor: Implications

Designating countries that repeatedly support international terrorism (i.e., placing a country on the "terrorism list") imposes four main sets of US Government sanctions:

　　1. A ban on arms-related exports and sales.

　　2. Controls over exports of dual use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist list country's military capability or ability to support terrorism.

　　3. Prohibitions on economic assistance.

　　4. Imposition of miscellaneous financial and other restrictions, including:

　　• Requiring the United States to oppose loans by the World Bank and other international financial institutions.

• Lifting the diplomatic immunity to allow families of terrorist victims to file civil lawsuits in US courts.

• Denying companies and individuals tax credits for income earned in terrorist list countries.

• Denial of duty-free treatment for goods exported to the United States.

• Authority to prohibit any US person from engaging in a financial transaction with a terrorist list government without a Treasury Department license.

• Prohibition of Defense Department contracts above $100,000 with companies controlled by terrorist list states.

### Iran

Iran remained the most active state sponsor of terrorism in 2002. Its Islamic Revolutionary Guard Corps and Ministry of Intelligence and Security were involved in the planning of and support for terrorist acts and continued to exhort a variety of groups that use terrorism to pursue their goals.

Iran's record against al-Qaida has been mixed. While it has detained and turned over to foreign governments a number of al-Qaida members, other al-Qaida members have found virtual safehaven there and may even be receiving protection from elements of the Iranian Government. Iran's long, rugged borders are difficult to monitor, and the large number of Afghan refugees in Iran complicates efforts to locate and apprehend extremists. Nevertheless, it is unlikely that al-Qaida elements could escape the attention of Iran's formidable security services.

During 2002, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei referred to Israel as a "cancerous tumor," a sentiment echoed by other Iranian leaders in speeches and sermons. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command—with funding, safehaven, training, and weapons. Tehran also encouraged Hizballah and the Palestinian rejectionist groups to coordinate their planning and to escalate their terrorist activities against Israel.

Iran also provided support to extremist groups in Central Asia, Afghanistan, and Iraq with ties to al-Qaida, though less than that provided to the groups opposed to Israel.

# Chemical, Biological, Radiological, Nuclear (CBRN) Terrorism

*"The gravest danger our Nation faces lies at the crossroads of radicalism and technology."*

> President Bush, The National Security
> Strategy of the United States of
> America, 17 September 2002.

The September 11 attacks confirmed that terrorists will seek to produce mass casualties whenever they believe it serves their purposes. Although terrorists will probably continue to rely on traditional terrorist tactics, several groups, including al-Qaida, increasingly look to chemical, biological, radiological, or nuclear (CBRN) materials as a means to potentially cause mass casualties rivaling or exceeding those of September 11. Troublesome amounts of dangerous materials—and information about how to create and deliver CBRN weapons—remain available to terrorists.

*"Our enemies have openly declared that they are seeking weapons of mass destruction, and evidence indicates that they are doing so with determination."*

> President Bush

Usama Bin Ladin has said he sees the acquisition of "weapons of mass destruction" (WMD) as a "religious duty," and he has threatened to use such weapons. This rhetoric was underscored by reports that documents retrieved from al-Qaida facilities in Afghanistan contain information on CBRN materials.

The threat is not limited to Bin Ladin and al-Qaida, however. Information indicates that small but growing numbers of other terrorist groups are also interested in CBRN materials. In Europe, French police seized a chemical contamination suit and arrested a terrorist cell in December 2002 that allegedly was planning an attack using chemical agents. At least one related group was making ricin toxin in London at that same time for a future terrorist attack.

CBRN terrorism events to date have generally involved crude and improvised delivery means that have been only marginally effective. With the exception of the US anthrax attacks, the materials employed in these events also have been crudely manufactured. Other events have involved dual-use materials that have legitimate civilian applications, such as industrial chemicals, poisons and pesticides, and radiological source materials embedded in legitimate measuring instruments. While terrorist events involving these materials and improvised delivery systems can cause significant casualties, damage, and disruption, such events pale in comparison to the casualties and damage that could occur if terrorists acquired WMD and the ability to effectively deliver them.

*"...The United States will not allow these efforts to succeed."*

> President Bush

Preventing the proliferation of WMD, their delivery systems, and related materials and technologies, has long been a pillar of national security. Since September 11, it has become an even more urgent global priority. President Bush made this urgency clear in his December 2002 *National Strategy To Combat Weapons of Mass Destruction*, in which he set out a comprehensive strategy to prevent WMD proliferation, including to terrorists. Nations around the world have joined the United States in undertaking greater efforts to prevent terrorist acquisition of WMD, relevant materials, and related technologies.

*"In the new world we have entered, the only path to peace and security is the path of action."*

> President Bush

The United States is working within multilateral nonproliferation regimes and other international fora. Bilaterally, the United States promotes more stringent nonproliferation policies and programs; strengthened export controls; and improved border security to prevent terrorists or their state sponsors from acquiring WMD, their delivery systems, related materials, or technologies. As the President's National Strategy notes, however, should our diplomatic efforts fall short, we will be prepared to deter and defend against the full range of WMD scenarios.



PATTERNS OF
# Global Terrorism 2003



APRIL 2004 | UNITED STATES DEPARTMENT OF STATE

US justice, including Joanne Chesimard, wanted for the murder of a New Jersey State Trooper in 1973. Havana permitted up to 20 ETA members to reside in Cuba and provided some degree of safehaven and support to members of FARC and the ELN. Bogota was aware of the arrangement and apparently acquiesced; it has publicly indicated that it seeks Cuba's continued mediation with ELN agents in Cuba. A declaration issued by the Cuban Ministry of Foreign Affairs in May 2003 maintained that the presence of ETA members in Cuba arose from a request for assistance by Spain and Panama and that the issue is a bilateral matter between Cuba and Spain. The declaration similarly defended its assistance to the FARC and the ELN as contributing to a negotiated solution in Colombia.

Dozens of fugitives from US justice have taken refuge on the island. In a few cases, the Cuban Government has rendered fugitives from US justice to US authorities. The salient feature of Cuba's behavior in this arena, however, is its refusal to render to US justice any fugitive whose crime is judged by Cuba to be "political."

With respect to domestic terrorism, the Government in April 2003 executed three Cubans who attempted to hijack a ferry to the United States. The three were executed under Cuba's 2001 "Law Against Acts of Terrorism."

Cuba became a party to all 12 international conventions and protocols relating to terrorism in 2001.

## Iran

<u>Iran remained the most active state sponsor of terrorism in 2003.</u> Its Islamic Revolutionary Guard Corps and Ministry of Intelligence and Security were involved in the planning of and support for terrorist acts and continued to exhort a variety of groups that use terrorism to pursue their goals.

Iran's record against al-Qaida remains mixed. After the fall of the Taliban regime in Afghanistan, some al-Qaida members fled to Iran where they have found virtual safehaven. Iranian officials have acknowledged that Tehran detained al-Qaida operatives during 2003, including senior members. Iran's publicized presentation of a list to the United

Nations of deportees, however, was accompanied by a refusal to publicly identify senior members in Iranian custody on the grounds of "security." <u>Iran has resisted calls to transfer custody of its al-Qaida detainees to their countries of origin or third countries for further interrogation and trial.</u>

During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine–General Command—with funding, safehaven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian *intifadah*, at which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations.

Iran pursued a variety of policies in Iraq aimed at securing Tehran's perceived interests there, some of which ran counter to those of the Coalition. Iran has indicated support for the Iraqi Governing Council and promised to help Iraqi reconstruction.

Shortly after the fall of Saddam Hussein, individuals with ties to the Revolutionary Guard may have attempted to infiltrate southern Iraq, and elements of the Iranian Government have helped members of Ansar al-Islam transit and find safehaven in Iran. In a Friday Prayers sermon in Tehran in May, Guardian Council member Ayatollah Ahmad Jannati publicly encouraged Iraqis to follow the Palestinian model and participate in suicide operations against Coalition forces.

Iran is a party to five of the 12 international conventions and protocols relating to terrorism.

## Iraq

(Note: Most of the attacks that have occurred during Operation Iraqi Freedom do not meet the longstanding US definition of international terrorism because they were directed at combatants, that is, American and Coalition forces on duty.



US Department of State
*Office of the Coordinator for Counterterrorism*

# Country Reports on Terrorism 2004

## April 2005

# Country Reports on Terrorism and Patterns of Global Terrorism 2006 (full report)

Fri, 05/04/2007 - 13:08 — author9

Background Information: Country Reports on Terrorism and Patterns of Global Terrorism

U.S. law requires the Secretary of State to provide Congress, by April 30 of each year, a full and complete report on terrorism with regard to those countries and groups meeting criteria set forth in the legislation. This annual report is entitled Country Reports on Terrorism. Beginning with the report for 2004, it replaced the previously published Patterns of Global Terrorism.

The report covers developments in countries in which acts of terrorism occurred, countries that are state sponsors of terrorism, and countries determined by the Secretary to be of particular interest in the global war on terror. As provided in the legislation, the report reviews major developments in bilateral and multilateral counterterrorism cooperation as well.

The report also provides information on terrorist groups responsible for the death, kidnapping, or injury of Americans, any umbrella groups to which they might belong, groups financed by state sponsors of terrorism, reports on all terrorist organizations on the Foreign Terrorist Organization (FTO) list, and other terrorist groups determined by the Secretary to be relevant to the report.

Beginning with the report for 2005, Country Reports on Terrorism will also address terrorist sanctuaries and terrorist attempts to acquire weapons of mass destruction. It will also include statistical information provided by the National Counterterrorism Center (NCTC) on the number of individuals killed, injured, or kidnapped by terrorist groups.

Replacing Patterns of Global Terrorism with Country Reports on Terrorism

Since September 11, 2001, changes in organization and responsibilities in the intelligence community, combined with the dynamic pace of the global war on terrorism, prompted the Department of State to take a fresh look at Patterns of Global Terrorism, its contents and its governing legislation.

For years, statistical data on global terrorism had been published as part of the annual Patterns report, the last of which was provided to Congress in April 2004. As the volume of such data began to grow exponentially after 9/11, and the methodologies for analyzing it became more focused, past practices for accumulating statistical information could no longer suffice.

efforts in some areas, all have also continued the actions that led them to be designated as state sponsors.

State sponsors of terrorism impede the efforts of the United States and the international community to fight terrorism. These countries provide a critical foundation for terrorist groups. Without state sponsors, terrorist groups would have a much more difficult time obtaining the funds, weapons, materials, and secure areas they require to plan and conduct operations. Most worrisome is that these countries also have the capabilities to manufacture weapons of mass destruction and other destabilizing technologies that could fall into the hands of terrorists. The United States will continue to insist that these countries end the support they give to terrorist groups.

## Cuba

Throughout 2004, Cuba continued to actively oppose the US-led coalition prosecuting the global war on terrorism. Cuba continues to maintain at the UN and other fora that acts by legitimate national liberation movements cannot be defined as terrorism, and has sought to characterize as "legitimate national liberation movements" a number of groups that intentionally target innocent civilians to advance their political, religious, or social agendas. The Cuban Government claims, despite the absence of evidence, that it is a principal victim of terrorism sponsored by Cuban-Americans in the United States. The Cuban Government's actions and public statements run contrary to the spirit of the UN conventions on terrorism that it has signed.

In 2004, Cuba continued to provide limited support to designated Foreign Terrorist Organizations, as well as safehaven for terrorists. The Cuban Government refuses to turn over suspected terrorists to countries that have charged them with terrorist acts, alleging that the receiving government would not provide a fair trial on charges that are "political." Havana permitted various ETA members to reside in Cuba, despite a November 2003 public request from the Spanish Government to deny them sanctuary, and provided safehaven and some degree of support to members of the Colombian FARC and ELN guerilla groups.

Many of the over seventy fugitives from US justice that have taken refuge on the island are accused of committing violent acts in the Unites States that targeted innocents in order to advance political causes. They include Joanne Chesimard, who is wanted for the murder of a New Jersey

could enhance their ability to support acts of international terrorism.
3. Prohibitions on foreign assistance.
4. Miscellaneous financial and other restrictions, including:
   • US opposition to loans by the World Bank and other international financial institutions.
   • Providing an exception to sovereign immunity to allow families of terrorist victims to file civil lawsuits in US courts.
   • Restrictions on tax credits for income earned in state sponsor countries.
   • Denial of duty-free treatment of goods exported to the United States.
   • Prohibition of certain Defense Department contracts with companies controlled by state sponsors.

State Trooper in 1973. On a few rare occasions the Cuban government has transferred fugitives to the United States, although it maintains that fugitives would not receive a fair trial in the United States.

## Iran

Iran remained the most active state sponsor of terrorism in 2004. Its Islamic Revolutionary Guard Corps and Ministry of Intelligence and Security were involved in the planning and support of terrorist acts and continued to exhort a variety of groups to use terrorism in pursuit of their goals.

Iran continued to be unwilling to bring to justice senior al-Qa'ida members it detained in 2003. Iran has refused to identify publicly these senior members in its custody on "security grounds." Iran has also resisted numerous calls to transfer custody of its al-Qa'ida detainees to their countries of origin or third countries for interrogation and/ or trial. Iranian judiciary officials claimed to have tried and convicted some Iranian supporters of al-Qa'ida during 2004, but refused to provide details. Iran also continued to fail to control the activities of some al-Qa'ida members who fled to Iran following the fall of the Taliban regime in Afghanistan.

During 2004, Iran maintained a high-profile role in encouraging anti-Israeli terrorist activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian terrorist operations, and Iran provided Lebanese Hizballah and Palestinian terrorist groups — notably



United States Department of State
Office of the Coordinator for Counterterrorism

# Country Reports on Terrorism 2005

April 2006

United States Department of State Publication 11324
Office of the Coordinator for Counterterrorism
*Released April 2006*

## MIDDLE EAST



Secretary Rice with Nineveh Province Governor Duraid Kashmoula (center) and other Iraqi officials, as well as U.S. Ambassador Khalilzad (left) and U.S. Army Major General David Rodriguez (background center), at the inauguration of the Nineveh Provincial Reconstruction Team (PRT) headquarters in Mosul in November.
(AFP Photo/Ho/US Army)

### Iraq

Iraq is not currently a terrorist safe haven, but terrorists, including Sunni groups like al-Qaida in Iraq (AQI), Ansar al-Islam (AI), and Ansar al-Sunna (AS), as well as Shia extremists and other groups, view Iraq as a potential safe haven and are attempting to make it a reality.

Terrorist groups coordinated and conducted attacks on Iraq's utility infrastructure and claimed responsibility for kidnappings and attacks on Iraqi personnel working at refineries and electrical stations. Terrorists' efforts to disrupt and destroy Iraq's energy infrastructure not only made the Iraqi Government appear incapable of providing essential services, but hindered economic development. These attacks also sought to undercut public and international support for Iraq.

Efforts by the Iraqi Government, the United States, Coalition partners, and the international community are helping to thwart AQI's ambitions, but the battle is far from over. Not all of Iraq's neighbors have supported the international community in this effort. In particular:

- Syria. Designated by the United States as a state sponsor of terror, Syria was used as a facilitation hub for terrorist groups operating in Iraq, as well as for traditional tribal groups, smugglers, and border-crossers exploiting a porous border with Iraq and lax immigration controls. Foreign terrorists constituted a small percentage of insurgent forces, but their impact was dramatic. Although Coalition and Iraqi commanders consistently reported that most of the enemy killed or captured were Iraqi citizens, the foreign terrorist cells continued to move and kept a low profile while training, equipping, and supporting other terrorist groups. In addition, HAMAS, Hizballah, and several other Palestinian terrorist organizations operate offices in Damascus, and the Syrian Government has taken little effective action to curb this activity.

- Iran. Also designated by the United States as a state sponsor of terror, Iran has provided political and ideological support for several terrorist and militant groups active in Iraq. Attractive to terrorists in part because of the limited presence of the United States and other Western governments there, Iran is also a safe haven in that known terrorists, extremists, and sympathizers are able to transit its territory and cross the long and porous border into Iraq. Iran also equips terrorists with technology and provides training in extremist ideology and militant techniques.

## Iran

Iran remained the most active state sponsor of terrorism. Its Islamic Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) were directly involved in the planning and support of terrorist acts and continued to exhort a variety of groups, especially Palestinian groups with leadership cadres in Syria and Lebanese Hizballah, to use terrorism in pursuit of their goals. In addition, the IRGC was increasingly involved in supplying lethal assistance to Iraqi militant groups, which destabilizes Iraq.

Iran continues to be unwilling to bring to justice senior al-Qaida members it detained in 2003. Iran has refused to identify publicly these senior members in its custody on "security grounds." Iran has also resisted numerous calls to transfer custody of its al-Qaida detainees to their countries of origin or to third countries for interrogation and/or trial.

Iran maintained a high-profile role in encouraging anti-Israeli terrorist activity -- rhetorically, operationally, and financially. Supreme Leader Khamenei and President Ahmadi-Nejad praised Palestinian terrorist operations, and Iran provided Lebanese Hizballah and Palestinian terrorist groups -- notably HAMAS, Palestinian Islamic Jihad, the al-Aqsa Martyrs Brigades, and the Popular Front for the Liberation of Palestine-General Command -- with extensive funding, training, and weapons.

Iran pursued a variety of policies in Iraq, some of which appeared to be inconsistent with its stated objectives regarding stability in Iraq and with the objectives of the Iraqi Transitional Government and the Multi-national Forces in Iraq. Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements.

State sponsors of terrorism pose a grave WMD terrorism threat. A WMD program in a state sponsor of terrorism could enable a terrorist organization to acquire a sophisticated WMD. State sponsors of terrorism and nations that fail to live up to their international obligations deserve special attention as potential facilitators of WMD terrorism. Iran presents a particular concern, given its active sponsorship of terrorism and its continued development of a nuclear program. Iran is also capable of producing biological and chemical agents or weapons. Like other state sponsors of terrorism with WMD programs, Iran could support terrorist organizations seeking to acquire WMD.

 United States Department of State

# COUNTRY REPORTS ON TERRORISM 2006

United States Department of State Publication 11409
Office of the Coordinator for Counterterrorism
Released April 2007

Country Reports on Terrorism 2006 is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

Guatemala
Mexico
Nicaragua
Panama
Paraguay
Peru
Suriname
Trinidad and Tobago
Uruguay
Venezuela

**CHAPTER 3. STATE SPONSORS OF TERRORISM OVERVIEW** .................................... 145

Cuba
Iran
North Korea
Sudan
Syria

**CHAPTER 4. THE GLOBAL CHALLENGE OF WMD TERRORISM** .................................. 150

**CHAPTER 5. TERRORIST SAFE HAVENS (7120 REPORT)** ...................................... 156

*(Update of Information Originally Reported Under Section 7120(b) of the Intelligence
Reform and Terrorist Prevention Act)*
1.  Terrorist Safe Havens .......................................................................... 156
    Strategies, Tactics, Tools for Disrupting or Eliminating Safe Havens ................ 161
    International Conventions and Protocols (Signatories) ............................... 175
2.  Support for Pakistan ............................................................................ 184
3.  Collaboration with Saudi Arabia ............................................................. 188
4.  Struggle of Ideas in the Islamic World .................................................... 192
5.  Outreach through Foreign Broadcast Media .............................................. 196
6.  Visas for Participants in United States Programs ....................................... 212
7.  Basic Education in Muslim Countries ...................................................... 212
8.  Economic Reform ............................................................................... 226

**CHAPTER 6. TERRORIST ORGANIZATIONS** ....................................................... 236

Abu Nidal Organization (ANO)
Abu Sayyaf Group (ASG)
Al-Aqsa Martyrs Brigade
Ansar al-Sunna (AS)
Armed Islamic Group (GIA)
Asbat al-Ansar
Aum Shinrikyo (Aum)
Basque Fatherland and Liberty (ETA)

This chapter highlights terrorism trends and ongoing issues, focusing on calendar year 2006 that will provide a framework for detailed discussion in later chapters. Since this issue of the Country Reports on Terrorism falls five years after the attacks of September 11, 2001, the chapter commences with a review of progress against the terrorist threat to date.

## FIVE YEARS ON, PROGRESS IS MIXED

### SIGNIFICANT ACHIEVEMENTS

Five years after 9/11, the international community's conflict with transnational terrorists continues. Cooperative international efforts have produced genuine security improvements — particularly in securing borders and transportation, enhancing document security, disrupting terrorist financing, and restricting the movement of terrorists. The international community has also achieved significant success in dismantling terrorist organizations and disrupting their leadership. This has contributed to reduced terrorist operational capabilities and the detention or death of numerous key terrorist leaders.

Working with allies and partners across the world, through coordination and information sharing, we have created a less permissive operating environment for terrorists, keeping leaders on the move or in hiding, and degrading their ability to plan and mount attacks. Canada, Australia, the United Kingdom, Saudi Arabia, Turkey, Pakistan, Afghanistan, and many other partners played major roles in this success, recognizing that international terrorism represents a threat to the whole international community.

Through the Regional Strategic Initiative, the State Department is working with ambassadors and interagency representatives in key terrorist theaters of operation to assess the threat and devise collaborative strategies, action plans, and policy recommendations. We have made progress in organizing regional responses to terrorists who operate in ungoverned spaces or across national borders. This initiative has produced better intra-governmental coordination among United States government agencies, greater cooperation with and between regional partners, and improved strategic planning and prioritization, allowing us to use all tools of statecraft to establish long-term measures to marginalize terrorists. (See Chapter 5 – Terrorist Safe Havens (7120 Report) for further information on the Regional Strategic Initiative.)

### CONTINUING CHALLENGES

Despite this undeniable progress, major challenges remain. Several states continue to sponsor terrorism. Iran remains the most significant state sponsor of terrorism and continues to threaten its neighbors and destabilize Iraq by providing weapons, training, advice, and funding to select Iraqi Shia militants. Syria, both directly and in coordination with Hizballah, has attempted to undermine

8

The summer war in Lebanon between Israel and Hizballah was a prime example of how Hizballah's continued efforts to manipulate persisting grievances along the Israeli/Lebanese border can quickly escalate into open warfare. The conflict did force the international community again to demand Hizballah's complete disarmament, in UN Security Council Resolution (UNSCR) 1701, and generated a renewed international commitment to support a peaceful, stable, multi-sectarian democracy in Lebanon. Even so, Hizballah, a designated foreign terrorist organization, in combination with state sponsors of terrorism Iran and Syria, continues to undermine the elected Government of Lebanon and remains a serious security threat in the Middle East.

AQ and its affiliates have adapted to our success in disrupting their operational capability by focusing more attention and resources on their propaganda and misinformation efforts. They exploit and interpret the actions of numerous local, pseudo-independent actors, using them to mobilize supporters and sympathizers, intimidate opponents and influence international opinion. Terrorists consider information operations to be a principal part of their effort. The international community has yet to muster a coordinated and effectively resourced counter to extremist propaganda.

Overall, AQ and its loose confederation of affiliated movements remain the most immediate national security threat to the United States and a significant security challenge to the international community.

## KEY AL-QAIDA TRENDS

Single terrorist events, like the Askariya mosque bombing in Samarra, Iraq on February 22, 2006, which provoked widespread sectarian violence and changed the character of the war in Iraq, can become triggers for broader conflict or templates for copycat attacks. Because terrorism is fundamentally political, the political significance of major events is vital in determining meaningful responses. Thus, the trends presented in this section are interpretive -- they provide qualitative insight to complement the statistical detail covered in later chapters.

## TRANSITION FROM "EXPEDITIONARY" TO "GUERRILLA" TERRORISM

Early AQ terrorist attacks were largely expeditionary. The organization selected and trained terrorists in one country, then clandestinely inserted a team into the target country to attack a pre-planned objective. The 1998 U.S. embassy bombings in Nairobi and Dar es-Salaam, the 2000 attack on the USS Cole, and the 9/11 attacks were examples of this. Improved international border security, transportation security and document control have made this type of attack more difficult. Clandestine insertion across borders is harder, reconnaissance is more risky, and international movement of funds and equipment is more likely to be detected.

Thus we have seen a trend toward guerrilla terrorism, where the organization seeks to grow the team close to its target, using target country nationals. Through intermediaries, web-based propaganda, and subversion of immigrant expatriate populations, terrorists inspire local cells to carry out attacks which they then exploit for propaganda purposes. This circumvents the need to insert a team across borders or clandestinely transfer funds and materiel. The 2004 Madrid bombing, the London attacks of July 2005, and the thwarted August 2006 attempt to attack passenger jets operating from British airports include elements of this approach.

## IRAN

Iran remained the most active state sponsor of terrorism. Its Islamic Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) were directly involved in the planning and support of terrorist acts and continued to exhort a variety of groups, especially Palestinian groups with leadership cadres in Syria and Lebanese Hizballah, to use terrorism in pursuit of their goals.

Iran maintained a high-profile role in encouraging anti-Israeli terrorist activity, rhetorically, operationally, and financially. Supreme Leader Khamenei and President Ahmadi-Nejad praised Palestinian terrorist operations, and Iran provided Lebanese Hizballah and Palestinian terrorist groups – notably HAMAS, Palestinian Islamic Jihad, the al-Aqsa Martyrs Brigades, and the Popular Front for the Liberation of Palestine-General Command – with extensive funding, training, and weapons.

Iran continued to play a destabilizing role in Iraq, which appeared to be inconsistent with its stated objectives regarding stability in Iraq. Iran provided guidance and training to select Iraqi Shia political groups, and weapons and training to Shia militant groups to enable anti-Coalition attacks. Iranian government forces have been responsible for at least some of the increasing lethality of anti-Coalition attacks by providing Shia militants with the capability to build IEDs with explosively formed projectiles similar to those developed by Iran and Lebanese Hizballah. The Iranian Revolutionary Guard was linked to armor-piercing explosives that resulted in the deaths of Coalition Forces. The Revolutionary Guard, along with Lebanese Hizballah, implemented training programs for Iraqi militants in the construction and use of sophisticated IED technology. These individuals then passed on this training to additional militants in Iraq.

Iran remained unwilling to bring to justice senior AQ members it detained in 2003, and it has refused to publicly identify these senior members in its custody. Iran has repeatedly resisted numerous calls to transfer custody of its AQ detainees to their countries of origin or third countries for interrogation or trial. Iran also continued to fail to control the activities of some al-Qaida members who fled to Iran following the fall of the Taliban regime in Afghanistan.

## NORTH KOREA

The Democratic People's Republic of Korea (DPRK) was not known to have sponsored any terrorist acts since the bombing of a Korean Airlines flight in 1987. The DPRK continued to harbor four Japanese Red Army members who participated in a jet hijacking in 1970. The Japanese government continued to seek a full accounting of the fate of the 12 Japanese nationals believed to have been abducted by DPRK state entities; five such abductees have been repatriated to Japan since 2002. In the February 13, 2007 Initial Actions Agreement, the United States agreed to "begin the process of removing the designation of the DPRK as a state-sponsor of terrorism."

## SUDAN

The Sudanese government was a strong partner in the War on Terror and aggressively pursued terrorist operations directly involving threats to U.S. interests and personnel in Sudan. In recent months, Usama Bin Laden and other senior al-Qaida leaders have called for the expansion of AQ's presence in Sudan in response to possible deployment of UN peacekeepers in Darfur. This has led to speculation that some individuals with varying degrees of association with AQ have taken

# Country Reports on Terrorism 2007

April 2008

United States Department of State Publication
Office of the Coordinator for Counterterrorism
Released April 2008

Belize
Bolivia
Brazil
Canada
Chile
Colombia
Dominican Republic
Ecuador
El Salvador
Guatemala
Honduras
Mexico
Nicaragua
Panama
Paraguay
Peru
Suriname
Trinidad and Tobago
Uruguay
Venezuela

**Chapter 3. State Sponsors of Terrorism Overview**
Cuba
Iran
North Korea
Sudan
Syria

**Chapter 4. The Global Challenge of WMD Terrorism**

**Chapter 5. Terrorist Safe Havens (7120 Report)**
1. Terrorist Safe Havens/Strategies, Tactics, Tools for Disrupting or Eliminating Safe Havens
   1a. International Conventions and Protocols Matrix
2. Support for Pakistan
3. Collaboration with Saudi Arabia
4. Struggle of Ideas in the Islamic World
5. Outreach through Foreign Broadcast Media
6. Visas for Participants in United States Programs
7. Basic Education in Muslim Countries
8. Economic Reform

**Chapter 6. Terrorist Organizations**
Abu Nidal Organization (ANO)
Abu Sayyaf Group
Al-Aqsa Martyrs Brigade

The Government of Afghanistan continued to strengthen its national institutions and polls indicated the majority of Afghans believed they were better off than they were under the Taliban. The international community's assistance to the Afghan government to build counterinsurgency capabilities, ensure legitimate and effective governance, and counter the surge in narcotics cultivation is essential to the effort to defeat the Taliban and other insurgent groups and criminal gangs.

**STATE SPONSORS OF TERRORISM**:  State sponsorship of terrorism continued to undermine efforts to eliminate terrorism. Iran remained the most significant state sponsor of terrorism. A critically important element of Iranian national security strategy is its ability to conduct terrorist operations abroad. Iranian leaders believe this capability helps safeguard the regime by deterring United States or Israeli attacks, distracting and weakening the United States, enhancing Iran's regional influence through intimidation, and helping to drive the United States from the Middle East. Hizballah, a designated Foreign Terrorist Organization, is key to Iran's terrorism strategy. Iran also continued to threaten its neighbors and destabilize Iraq by providing weapons, training, and funding to select Iraqi Shia militants. These proxy groups perpetrate violence and cause American casualties in Iraq. Hizballah, supported by Iran and Syria, continued to undermine the elected Government of Lebanon and remained a serious security threat. Foreign terrorists continued to transit Syria en route to and from Iraq; a report to Congress stated that nearly 90 percent of all foreign fighters entering Iraq are transiting from Syria. In addition, the Government of Iran has recently begun an effort to expand commercial and diplomatic ties throughout the Western Hemisphere. Iran has, in the past, used diplomatic missions to support the activities of Hizballah operatives.

**OTHER TERRORIST GROUPS**:  The ongoing political stalemate in Lebanon has contributed to enabling suspected foreign extremist militants to set up operational cells within the Palestinian refugee camps, such as Fatah al Islam (FAI) in Nahr el-Barid. While the Lebanese Armed Forces defeated FAI militants after a three-month battle (May 20 – September 2), some of its members remained at large while other Palestinian militant groups continued to capitalize on the lack of government control within the camps. Some of these groups, such as the al-Qa'ida-associated Asbat al-Ansar and Jund al-Sham, were able to find a safe haven within the camps, most notably in the Ain el-Hilwah camp.

Terrorist activity emanating from the the Palestinian territories also remained a key destabilizing factor and a cause for concern.

In Colombia, the FARC exemplified another trend: growing links between terrorist and other criminal activity. The FARC, which continued to hold hundreds of hostages, including three American citizens captive for more than four years, raised more than an estimated $60 million per year from narcotics trafficking. Terrorist activities and support for terrorist infrastructure are funded by contributions from individuals, false charities and front organizations, but also increasingly through other illicit activities such as trafficking in persons, smuggling, and

# Chapter 3
## State Sponsors of Terrorism

State sponsors of terrorism provide critical support to non-state terrorist groups. Without state sponsors, terrorist groups would have greater difficulty obtaining the funds, weapons, materials, and secure areas they require to plan and conduct operations. More worrisome is that some of these countries also have the capability to manufacture weapons of mass destruction (WMD) that could get into the hands of terrorists. The United States will continue to insist that these countries end the support they give to terrorist groups.

Sudan continued to take significant steps to cooperate in the War on Terror. Cuba, Iran, and Syria, however, have not renounced terrorism or made efforts to act against Foreign Terrorist Organizations. Iran and Syria routinely provided safe haven, substantial resources, and guidance to terrorist organizations.

### STATE SPONSOR: IMPLICATIONS

Designating countries that repeatedly provide support for acts of international terrorism as state sponsors of terrorism imposes four main sets of U.S. Government sanctions:

1. A ban on arms-related exports and sales.

2. Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism.

3. Prohibitions on economic assistance.

4. Imposition of miscellaneous financial and other restrictions, including:

   - Requiring the United States to oppose loans by the World Bank and other international financial institutions;
   - Exception from the jurisdictional immunity in U.S. courts of state sponsor countries, and all former state sponsor countries (with the exception of Iraq), with respect to claims for money damages for personal injury or death caused by certain acts of terrorism, torture, or extrajudicial killing, or the provision of material support or resources for such acts;
   - Denying companies and individuals tax credits for income earned in terrorist-list countries;
   - Denial of duty-free treatment of goods exported to the United States;
   - Authority to prohibit any U.S. citizen from engaging in a financial transaction with a terrorist-list government without a Treasury Department license; and
   - Prohibition of Defense Department contracts above $100,000 with companies in which a state sponsor government owns or controls a significant interest.

publicly condemned many associated U.S. policies and actions. To U.S. knowledge, the Cuban government did not attempt to track, block, or seize terrorist assets, although the authority to do so is contained in Cuba's Law 93 Against Acts of Terrorism, as well as Instruction 19 of the Superintendent of the Cuban Central Bank. No new counterterrorism laws were enacted, nor were any executive orders or regulations issued in this regard. The Government of Cuba provided safe haven to members of ETA, the FARC, and the ELN. It maintained close relationships with other state sponsors of terrorism such as Iran and Syria.

The Cuban government continued to permit more than 70 U.S. fugitives to live legally in Cuba and refused almost all U.S. requests for their return. These U.S. fugitives include convicted murderers (two of them killed police officers) as well as numerous hijackers, most of whom entered Cuba in the 1970s. The government returned one American citizen fugitive when that person sailed his boat into Cuban waters and it was determined that he was wanted on fraud charges in the state of Utah. The Cuban government stated in 2006 that it would no longer provide safe haven to new U.S. fugitives entering Cuba.

The Cuban government did not extradite suspected terrorists during the year.

## IRAN

Iran remained the most active state sponsor of terrorism. Elements of its Islamic Revolutionary Guard Corps (IRGC) were directly involved in the planning and support of terrorist acts throughout the region and continued to support a variety of groups in their use of terrorism to advance their common regional goals. Iran provides aid to Palestinian terrorist groups, Lebanese Hizballah, Iraq-based militants, and Taliban fighters in Afghanistan.

Iran remains a threat to regional stability and U.S. interests in the Middle East because of its continued support for violent groups, such as HAMAS and Hizballah, and its efforts to undercut the democratic process in Lebanon, where it seeks to build Iran's and Hizballah's influence to the detriment of other Lebanese communities.

Iran is a principal supporter of groups that are implacably opposed to the Middle East Peace Process, and continues to maintain a high-profile role in encouraging anti-Israel terrorist activity – rhetorically, operationally, and financially. Supreme Leader Khamenei and President Ahmadinejad praised Palestinian terrorist operations, and Iran provided Lebanese Hizballah and Palestinian terrorist groups, notably HAMAS, Palestinian Islamic Jihad, the al-Aqsa Martyrs Brigades, and the Popular Front for the Liberation of Palestine-General Command, with extensive funding, training, and weapons.

Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to some Iraqi militant groups

that target Coalition and Iraqi security forces and Iraqi civilians. In this way, Iranian government forces have been responsible for attacks on Coalition forces. The Islamic Revolutionary Guard Corps (IRGC)-Qods Force, continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, mortars that have killed thousands of Coalition and Iraqi Forces, and explosively formed projectiles (EFPs) that have a higher lethality rate than other types of improvised explosive devices (IEDs), and are specially designed to defeat armored vehicles used by Coalition Forces. The Qods Force, in concert with Lebanese Hizballah, provided training outside Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry. These individuals then passed on this training to additional militants inside Iraq, a "train-the-trainer" program. In addition, the Qods Force and Hizballah have also provided training inside Iraq. In fact, Coalition Forces captured a Lebanese Hizballah operative in Iraq in 2007.

Iran's IRGC-Qods Force continued to provide weapons and financial aid to the Taliban to support anti-U.S. and anti-Coalition activity in Afghanistan. Since 2006, Iran has arranged a number of shipments of small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives, possibly including man-portable air defense systems (MANPADs), to the Taliban.

Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it has detained, and has refused to publicly identify those senior members in its custody. Iran has repeatedly resisted numerous calls to transfer custody of its AQ detainees to their countries of origin or third countries for interrogation or trial. Iran also continued to fail to control the activities of some AQ members who fled to Iran following the fall of the Taliban regime in Afghanistan.

## NORTH KOREA

The Democratic People's Republic of Korea (DPRK) was not known to have sponsored any terrorist acts since the bombing of a Korean Airlines flight in 1987. The DPRK continued to harbor four Japanese Red Army members who participated in a jet hijacking in 1970. The Japanese government continued to seek a full accounting of the fate of the 12 Japanese nationals believed to have been abducted by DPRK state entities; five such abductees have been repatriated to Japan since 2002. As part of the Six-Party Talks process, the United States reaffirmed its intent to fulfill its commitments regarding the removal of the designation of the DPRK as a state sponsor of terrorism in parallel with the DPRK's actions on denuclearization and in accordance with criteria set forth in U.S. law.

## SUDAN

During the past year, the Sudanese government continued to cooperate in the War on Terror, pursuing terrorist operations directly involving threats to U.S. interests and personnel in Sudan. While the U.S.-Sudanese counterterrorism relationship remained solid, hard-line Sudanese officials continued to express resentment and distrust over actions by the USG and questioned

# Country Reports on Terrorism 2008

April 2009

United States Department of State Publication
Office of the Coordinator for Counterterrorism
Released April 2009

Pakistan
Sri Lanka
Tajikistan
Turkmenistan
Uzbekistan

**Western Hemisphere Overview**
Tri-Border Area
Argentina
Belize
Bolivia
Brazil
Canada
Chile
Colombia
Dominican Republic
Ecuador
El Salvador
Guatemala
Honduras
Mexico
Nicaragua
Panama
Paraguay
Peru
Trinidad and Tobago
Uruguay
Venezuela

Chapter 3. State Sponsors of Terrorism Overview
Cuba
Iran
Sudan
Syria

Chapter 4. The Global Challenge of WMD Terrorism

Chapter 5. Terrorist Safe Havens (7120 Report)
1. Terrorist Safe Havens/Strategies, Tactics, Tools for Disrupting or Eliminating Safe Havens
    1a. International Conventions and Protocols Matrix
2. Support for Pakistan
3. Collaboration with Saudi Arabia
4. Combating Violent Extremism
5. Outreach through Broadcast Media

Attacks against our troops, NATO allies, and the Afghan government have risen steadily. Taliban insurgents murdered local leaders and attacked Pakistani government outposts in the FATA of Pakistan. Ideological allies of the Taliban conducted frequent attacks in Pakistan's Northwest Frontier Province (NWFP), particularly in the Swat Valley, and have extended operations in to the Punjab and the capital city of Islamabad. Suicide bombers are increasingly used to target Pakistanis, in addition to conducting cross-border raids on ISAF forces.

The Government of Afghanistan continued to strengthen its national institutions, and some polls indicated the majority of Afghans believed they were better off than they were under the Taliban. The terror-drug nexus and funding from the Gulf have increased the Taliban's ability to fight, and the Taliban's efforts to convince Afghanis that ISAF forces and corruption in the Afghanistan government are the source of Afghani pain has fueled the insurgency and curtailed legitimate efforts to influence Afghans to reject violent extremism. The international community's assistance to the Afghan government to build counterinsurgency capabilities, ensure legitimate and effective governance, and counter the surge in narcotics cultivation is essential to the effort to defeat the Taliban and other insurgent groups and criminal gangs.

STATE SPONSORS OF TERRORISM: State sponsorship of terrorism continued to undermine efforts to reduce terrorism. Iran remained the most significant state sponsor of terrorism. Iran has long employed terrorism to advance its key national security and foreign policy interests, which include regime survival, regional dominance, opposition to Arab-Israeli peace, and countering western influence, particularly in the Middle East. Iran continues to rely primarily on its Islamic Revolutionary Guard Corps-Qods Force to clandestinely cultivate and support terrorist and Islamic militant groups abroad, including: Lebanese Hizballah, Palestinian terrorist groups such as HAMAS and Palestinian Islamic Jihad, certain Iraqi Shia militant groups, and Islamic militants in Afghanistan, the Balkans, and elsewhere. Throughout 2008, the Qods force continued to provide weapons, training, and funding to Lebanese Hizballah to advance its anti-Israeli campaign and undermine the elected Government of Lebanon. Despite a dramatic decrease in attacks in Iraq since August 2008, security remains fragile, in part because the Qods Force continued to provide lethal support to select Iraqi militant groups that target U.S., Iraqi and Coalition forces. Iranian weapons transfers to select Taliban members in Afghanistan in 2008 continued to threaten Afghan and NATO troops operating under UN mandate and undermine stabilization efforts in that country. The Government of Iran also continued to pursue an expansion of its military ties during this period into the Western Hemisphere and parts of Africa, including through its IRGC-Qods Force.

DEFEATING AN AGILE TERRORIST ENEMY

The terrorist groups of greatest concern – because of their global reach – share many of the characteristics of a global insurgency: propaganda campaigns, grass roots support, transnational ideology, and political and territorial ambitions. Responding requires a comprehensive response that focuses on recruiters and their networks, potential recruits, the local population, and the ideology. An holistic approach incorporates efforts aimed at protecting and securing the population; politically and physically marginalizing insurgents; winning the support and cooperation of at-risk populations by targeted political and development measures; and

- Denying companies and individuals tax credits for income earned in terrorist-list countries;

- Denial of duty-free treatment of goods exported to the United States;

- Authority to prohibit any U.S. citizen from engaging in a financial transaction with a terrorist-list government without a Treasury Department license; and

- Prohibition of Defense Department contracts above $100,000 with companies in which a state sponsor government owns or controls a significant interest.

## CUBA

Although Cuba no longer actively supports armed struggle in Latin America and other parts of the world, the Cuban government continued to provide safe haven to several terrorists. Members of ETA, the FARC, and the ELN remained in Cuba during 2008, some having arrived in Cuba in connection with peace negotiations with the governments of Spain and Colombia. Cuban authorities continued to publicly defend the FARC. However, on July 6, 2008, former Cuban President Fidel Castro called on the FARC to release the hostages they were holding without preconditions. He has also condemned the FARC's mistreatment of captives and of their abduction of civilian politicians who had no role in the armed conflict.

The United States has no evidence of terrorist-related money laundering or terrorist financing activities in Cuba, although Cuba has one of the world's most secretive and non-transparent national banking systems. Cuba has no financial intelligence unit. Cuba's Law 93 Against Acts of Terrorism provides the government authority to track, block, or seize terrorist assets.

The Cuban government continued to permit some U.S. fugitives—including members of U.S. militant groups such as the Boricua Popular, or *Macheteros*, and the Black Liberation Army to live legally in Cuba. In keeping with its public declaration, the government has not provided safe haven to any new U.S. fugitives wanted for terrorism since 2006.

## IRAN

Iran remained the most active state sponsor of terrorism. Iran's involvement in the planning and financial support of terrorist attacks throughout the Middle East, Europe, and Central Asia had a direct impact on international efforts to promote peace, threatened economic stability in the Gulf, and undermined the growth of democracy.

The Qods Force, an elite branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. The Qods Force provided aid in the form of weapons, training, and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hizballah, Iraq-based militants, and Taliban fighters in Afghanistan.

Iran remained a principal supporter of groups that are implacably opposed to the Middle East Peace Process. Iran provided weapons, training, and funding to HAMAS and other Palestinian terrorist groups, including Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). Iran's provision of training, weapons, and money to HAMAS since the 2006 Palestinian elections has bolstered the group's ability to strike Israel. In 2008, Iran provided more than $200 million in funding to Lebanese Hizballah and trained over 3,000 Hizballah fighters at camps in Iran. Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted Hizballah in rearming, in violation of UN Security Council Resolution 1701.

Iran's IRGC Qods Force provided assistance to the Taliban in Afghanistan. The Qods Force provided training to the Taliban on small unit tactics, small arms, explosives, and indirect fire weapons. Since at least 2006, Iran has arranged arms shipments including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives to select Taliban members.

Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi militant groups that targeted Coalition and Iraqi forces and killed innocent Iraqi civilians. Iran's Qods Force continued to provide Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces as well as civilians. Tehran was responsible for some of the lethality of anti-Coalition attacks by providing militants with the capability to assemble improvised explosive devices (IEDs) with explosively formed projectiles (EFPs) that were specially designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hizballah, provided training both inside and outside of Iraq for Iraqi militants in the construction and use of sophisticated IED technology and other advanced weaponry.

Iran remained unwilling to bring to justice senior al-Qa'ida members it has detained, and has refused to publicly identify those senior members in its custody. Iran has repeatedly resisted numerous calls to transfer custody of its al-Qa'ida detainees to their countries of origin or third countries for trial. Iran also continued to fail to control the activities of some al-Qa'ida members who fled to Iran following the fall of the Taliban regime in Afghanistan.

Senior IRGC and Qods Force officials were indicted by the Government of Argentina for their alleged roles in the 1994 terrorist bombing of the Argentine Israel Mutual Association which, according to the Argentine State Prosecutor's report, was initially proposed by the Qods Force.

## SUDAN

Sudan remained a cooperative partner in global counterterrorism efforts. During the past year, the Sudanese government continued to pursue terrorist operations directly involving threats to U.S. interests and personnel in Sudan. Sudanese officials have indicated that they view their continued cooperation with the United States as important and recognize the benefits of U.S. training and information-sharing. Though the counterterrorism relationship remained solid, some

# Country Reports on Terrorism 2009

August 2010

United States Department of State Publication
Office of the Coordinator for Counterterrorism
Released August 2010

Ecuador
El Salvador
Guatemala
Haiti
Honduras
Jamaica
Mexico
Nicaragua
Panama
Paraguay
Peru
Suriname
Trinidad and Tobago
Uruguay
Venezuela

Chapter 3.  State Sponsors of Terrorism Overview
Cuba
Iran
Sudan
Syria

Chapter 4. The Global Challenge of WMD Terrorism

Chapter 5. Terrorist Safe Havens
Terrorist Safe Havens
Strategies, Tactics, Tools for Disrupting or Eliminating Safe Havens
International Conventions and Protocols Matrix

Chapter 6.  Terrorist Organizations
Abu Nidal Organization (ANO)
Abu Sayyaf Group (ASG)
Al-Aqsa Martyrs Brigade (AAMB)

## Chapter 3
## State Sponsors of Terrorism

State sponsors of terrorism provide critical support to many non-state terrorist groups. Without state sponsors, these groups would have greater difficulty obtaining the funds, weapons, materials, and secure areas they require to plan and conduct operations. The United States will continue to insist that these countries end the support they give to terrorist groups.

State Sponsor: Implications

The designation of countries that repeatedly provide support for acts of international terrorism as state sponsors of terrorism carries with it four main sets of U.S. Government sanctions:

1. A ban on arms-related exports and sales.

2. Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism.

3. Prohibitions on economic assistance.

4. Imposition of miscellaneous financial and other restrictions, including:

- Requiring the United States to oppose loans by the World Bank and other international financial institutions;
- Exception from the jurisdictional immunity in U.S. courts of state sponsor countries, and all former state sponsor countries (with the exception of Iraq), with respect to claims for money damages for personal injury or death caused by certain acts of terrorism, torture, or extrajudicial killing, or the provision of material support or resources for such acts;
- Denial to companies and individuals tax credits for income earned in terrorist-list countries;
- Denial of duty-free treatment of goods exported to the United States;
- Authority to prohibit any U.S. citizen from engaging in a financial transaction with a terrorist-list government without a Treasury Department license; and
- Prohibition of Defense Department contracts above US$ 100,000 with companies in which a state sponsor government owns or controls a significant interest.

## Designated State Sponsors of Terrorism

CUBA

Homeland and Freedom Organization (ETA), some having arrived in Cuba in connection with peace negotiations with the governments of Colombia and Spain. There was no evidence of direct financial support for terrorist organizations by Cuba in 2009, though it continued to provide safe haven to members of the FARC, ELN, and ETA, providing them with living, logistical, and medical support.

Cuba cooperated with the United States on a limited number of law enforcement matters. However, the Cuban government continued to permit U.S. fugitives to live legally in Cuba. These U.S. fugitives include convicted murderers as well as numerous hijackers. Cuba permitted one such fugitive, hijacker Luis Armando Peña Soltren, to voluntarily depart Cuba; Peña Soltren was arrested upon his arrival in the United States in October.

Cuba's Immigration Department refurbished the passenger inspection area at Jose Marti International Airport and provided new software and biometric readers to its Border Guards.

## IRAN

Iran remained the most active state sponsor of terrorism. Iran's financial, material, and logistic support for terrorist and militant groups throughout the Middle East and Central Asia had a direct impact on international efforts to promote peace, threatened economic stability in the Gulf and undermined the growth of democracy.

Iran remained the principal supporter of groups that are implacably opposed to the Middle East Peace Process. The Qods Force, the external operations branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. Iran provided weapons, training, and funding to HAMAS and other Palestinian terrorist groups, including Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). Iran has provided hundreds of millions of dollars in support to Lebanese Hizballah and has trained thousands of Hizballah fighters at camps in Iran. Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted Hizballah in rearming, in violation of UN Security Council Resolution 1701.

Iran's Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons. Since at least 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives.

Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups

Page | 192

that targeted U.S. and Iraqi forces. The Qods Force continued to supply Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces, as well as civilians. Iran was responsible for the increased lethality of some attacks on U.S. forces by providing militants with the capability to assemble explosively formed penetrators that were designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hizballah, provided training outside of Iraq and advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it continued to detain, and refused to publicly identify those senior members in its custody. Iran has repeatedly resisted numerous calls to transfer custody of its AQ detainees to their countries of origin or third countries for trial; it is reportedly holding Usama bin Ladin's family members under house arrest.

Senior IRGC, IRGC Qods Force, and Iranian government officials were indicted by the Government of Argentina for their alleged roles in the 1994 terrorist bombing of the Argentine-Jewish Mutual Association (AMIA); according to the Argentine State Prosecutor's report, the attack was initially proposed by the Qods Force. In 2007, INTERPOL issued a "red notice" for six individuals wanted in connection to the bombing. One of the individuals, Ahmad Vahidi, was named as Iran's Defense Minister in August 2009.

SUDAN

The Sudanese government continued to pursue counterterrorism operations directly involving threats to U.S. interests and personnel in Sudan. Sudanese officials have indicated that they view their continued cooperation with the U.S. government as important and recognize the potential benefits of U.S. training and information-sharing. While the bilateral counterterrorism relationship remains solid, hard-line Sudanese officials continued to express resentment and distrust over actions by the United States and questioned the benefits of continued counterterrorism cooperation. Their assessment reflected disappointment that Sudan's cooperation has not resulted in its removal from the list of State Sponsors of Terrorism. Despite this, there was no indication that the Sudanese government will curtail its current level of counterterrorism cooperation despite bumps in the overall bilateral relationship.

Al-Qa'ida-inspired terrorist elements as well as elements of the Palestinian Islamic Jihad, and HAMAS, remained in Sudan in 2009. In the early hours of January 1, 2008, attackers in Khartoum sympathetic to al-Qa'ida, calling themselves al-Qa'ida in the Land Between the Two Niles, shot and fatally wounded two U.S. Embassy staff members -- one American and one Sudanese employee, both of whom worked for the U.S. Agency for International Development. Sudanese authorities cooperated closely with agencies of the U.S. government in the

# Country Reports on Terrorism 2009

August 2010

United States Department of State Publication
Office of the Coordinator for Counterterrorism
Released August 2010

Chapter 3: State Sponsors of Terrorism

OFFICE OF THE COORDINATOR FOR COUNTERTERRORISM
Country Reports on Terrorism 2009
August 5, 2010

State sponsors of terrorism provide critical support to many non-state terrorist groups. Without state sponsors, these groups would have greater difficulty obtaining the funds, weapons, materials, and secure areas they require to plan and conduct operations. The United States will continue to insist that these countries end the support they give to terrorist groups.

State Sponsor: Implications

The designation of countries that repeatedly provide support for acts of international terrorism as state sponsors of terrorism carries with it four main sets of U.S. Government sanctions:

1. A ban on arms-related exports and sales.

2. Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism.

3. Prohibitions on economic assistance.

4. Imposition of miscellaneous financial and other restrictions, including:

- Requiring the United States to oppose loans by the World Bank and other international financial institutions;
- Exception from the jurisdictional immunity in U.S. courts of state sponsor countries, and all former state sponsor countries (with the exception of Iraq), with respect to claims for money damages for personal injury or death caused by certain acts of terrorism, torture, or extrajudicial killing, or the provision of material support or resources for such acts;
- Denial to companies and individuals tax credits for income earned in terrorist-list countries;
- Denial of duty-free treatment of goods exported to the United States;
- Authority to prohibit any U.S. citizen from engaging in a financial transaction with a terrorist-list government without a Treasury Department license; and
- Prohibition of Defense Department contracts above US$ 100,000 with companies in which a state sponsor government owns or controls a significant interest.

Designated State Sponsors of Terrorism

. . . .

IRAN

Iran remained the most active state sponsor of terrorism. Iran's financial, material, and logistic support for terrorist and militant groups throughout the Middle East and Central Asia had a direct impact on international efforts to promote peace, threatened economic stability in the Gulf and undermined the growth of democracy.

Iran remained the principal supporter of groups that are implacably opposed to the Middle East Peace Process. The Qods Force, the external operations branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. Iran provided weapons, training, and funding to HAMAS and other Palestinian terrorist groups, including Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). Iran has provided hundreds of millions of dollars in support to Lebanese Hizballah and has trained thousands of Hizballah fighters at camps in Iran. Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted Hizballah in rearming, in violation of UN Security Council Resolution 1701