Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Channel: n/a

Case Number: 200104094

<<<<.>>>>
PTQ6254

RELEASED IN PART
B6

CONFIDENTIAL    PTQ6254

PAGE 01        STATE    231842   111715Z
ORIGIN SA-01

INFO   LOG-00  ACDA-08  ACDE-00  INLB-01  AID-00   AMAD-01  SMEC-00
       INL-01  OASY-00  DINT-00  DOEE-00  SRPP-00  DS-00    EAP-01
       EB-00   EUR-01   OIGO-01  HHS-01   H-01     IM-01    TEDE-00
       INR-00  IO-00    JUSE-00  L-01     ADS-00   M-00     NEA-01
       NSAE-00 OES-01   OIC-02   OMB-01   OPIC-01  PA-00    PM-00
       PPT-01  PRS-00   P-00     CIO-00   SP-00    STR-00   T-00
       SNIS-00 NISC-00  PMB-00   DSCC-00  PRM-10   PRME-01  DRL-04
       G-00    MR-00    /041R

231842
SOURCE:  KODAKC.110047
DRAFTED BY: SA/PAB:SRAPOPORT -- 12/08/97 202 647-9552 SAPAB/AFGHAN/L20
APPROVED BY: SA:KFINDERFURTH
SA/PAB:MEMALINOWSKI/THUSHEK
                  ------------------04DC0F  111719Z /38

P 111713Z DEC 97
FM SECSTATE WASHDC
TO AMEMBASSY ISLAMABAD PRIORITY
INFO AMCONSUL PESHAWAR PRIORITY
AMEMBASSY NEW DELHI PRIORITY
AMEMBASSY ANKARA PRIORITY
AMEMBASSY LONDON PRIORITY
AMEMBASSY PARIS PRIORITY
AMEMBASSY ROME PRIORITY
USMISSION USUN NEW YORK PRIORITY
AMEMBASSY BEIJING PRIORITY
AMEMBASSY TASHKENT PRIORITY
AMEMBASSY ASHGABAT PRIORITY
                    CONFIDENTIAL

Current Class: CONFIDENTIAL
UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: SHARON E AHMAD
DATE/CASE ID: 27 JUN 2003  200104094

Page: 1

UNCLASSIFIED

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Page: 2

Channel: n/a

Case Number: 200104094

CONFIDENTIAL

PAGE 02        STATE    231842   111715Z
AMEMBASSY DUSHANBE PRIORITY
AMEMBASSY MOSCOW PRIORITY
AMEMBASSY BONN PRIORITY
AMEMBASSY BISHKEK PRIORITY
AMEMBASSY ALMATY PRIORITY
AMEMBASSY CAIRO PRIORITY
AMEMBASSY RIYADH PRIORITY
AMEMBASSY TOKYO PRIORITY
NSC WASHDC 0000
CIA WASHDC 0000
SECDEF WASHDC 0000
USIA WASHDC 0000
TREASURY DEPT WASHDC 0000
DEA WASHDC 0000

C O N F I D E N T I A L STATE 231842


LONDON FOR TUELLER, PARIS FOR RAVELING

E.O. 12958: DECL: L2/08/07
TAGS: PGOV, PREL, KWMN, PHUM, SNAR, AF
SUBJECT: AFGHANISTAN: MEETING WITH THE TALIBAN

REF: ISLAMABAD 10486

1. (U) CLASSIFIED BY KARL F. INDERFURTH, SA A/S. REASON: 1.5(D).

2. (C) SUAAARY: A/S INDERFURTH MET DECEMBER 8 WITH THREE TALIBAN "ACTING MINISTERS," PLUS THE UN "PERMREP DESIGNATE." WE UNDERSTAND THE TALIBAN RECEIVED

CONFIDENTIAL


CONFIDENTIAL

PAGE 03        STATE    231842   111715Z
INSTRUCTIONS FROM MULLAH OMAR, THEIR SUPREME LEADER, TO
SEEK THIS MEETING. THEY WANTED IMPROVED RELATIONS WITH THE

Current Class: CONFIDENTIAL

Page: 2

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Page: 3
Channel: n/a

Case Number: 200104094

U.S. AND URGED US TO REOPEN OUR EMBASSY IN KABUL. THEY DESCRIBED THEIR EFFORTS TO COOPERATE ON NARCOTICS ISSUES AND ASKED FOR U.S. ASSISTANCE IN FUNDING CROP SUBSTITUTION PROGRAMS. A/S INDERFURTH HOPED THEIR COOPERATION WOULD YIELD VISIBLE RESULTS BUT DESCRIBED THE DRUG ISSUE IN MORAL AS WELL AS ECONOMIC TERMS. A/S INDERFURTH STRONGLY STATED U.S. CONCERNS REGARDING GENDER ISSUES. THE TALIBAN RESPONDED THAT THEIR POLICY WAS POPULAR, REFLECTED AFGHAN TRADITION, AND THAT MUCH OF OUR INFORMATION REGARDING THEIR POLICIES TOWARD WOMEN WAS WRONG. A/S INDERFURTH SAID THEY SHOULD INVITE AN INTERNATIONAL TEAM TO VISIT IF THIS WAS

THE CASE; THE TALIBAN AGREED. THE TALIBAN ALSO INDICATED WILLINGNESS TO NEGOTIATE WITH THE OPPOSITION AND AGREED ON THE NEED FOR A BROAD-BASED GOVERNMENT, THOUGH NOT ONE BASED UPON DIVIDING UP MINISTRIES BETWEEN THE FACTIONS. RESPONDING TO TALIBAN CRITICISM ALLEGING A LACK OF CONCERN OVER THE REPORTED SLAUGHTER OF TALIBAN PRISONERS, A/S INDERFURTH READ THEM A VOA EDITORIAL OPPOSING HUMAN RIGHTS VIOLATIONS BY EITHER SIDE AND SPECIFICALLY CITING THE REPORTED MASSACRES. ALTHOUGH THE TALIBAN CRITICIZED RABBANI'S HOLD ON THE UN SEAT, THEY AGREED ON THE IMPORTANCE OF WORKING WITH BRAHIMI AND THE UN BUT WARNED THAT TIME WAS SHORT. THE TALIBAN WAS NOT RECEPTIVE TO JOINING IN THE INTRA-AFGHAN DIALOGUE PROCESS. THEY REPEATED THEIR PLEDGE TO PREVENT TERRORISTS FROM USING AFGHANISTAN TO LAUNCH ATTACKS ON OTHERS. THEY STRESSED THEIR EAGERNESS TO SEE THE PIPELINE GO AHEAD BUT WERE WARNED THAT FINANCING WOULD NOT BE POSSIBLE WITHOUT PEACE.
CONFIDENTIAL


CONFIDENTIAL

PAGE 04      STATE   231842   111715Z
THE DELEGATION REPORTEDLY WAS PLEASED WITH THE MEETING AND FRANK DISCUSSION. THEY PROVIDED US WITH A NON-PAPER. (SEE PAPA 18.) END SUMMARY.

3. (C)   A/S INDERFURTH, ACCOMPANIED BY PAR DIRECTOR MALINOWSKI AND AFGHAN DESKOFFS RAPOPORT AND HUSHEK, MET WITH THREE SENIOR MEMBERS OF THE TALIBAN DELEGATION VISITING THE U.S. UNDER THE AUSPICES OF UNOCAL (REFTEL),

Current Class: CONFIDENTIAL

Page: 3

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Page: 4
Channel: n/a

Case Number: 200104094

"ACTING MINISTER OF MINES AND INDUSTRY" ARMAD JAN, ACTING MINISTER OF INFORMATION AND CULTURE" AMIR KHAN MOTTAQI, AND "ACTING MINISTER OF PLANNING" DIN MOHAMMED (AN ETHNIC TAJIK). (INNER SHURA MEMBER MULLAH MOHAMMED GHAUS IS IN OMAHA [   ] DID NOT ACCOMPANY THE GROUP TO WASHINGTON.) TALIBAN "UN PERMREP DESIGNATE" MUJAHID (WHO IS ARMAD JAN'S BROTHER-IN-LAW) ACCOMPANIED THE THREE AND SERVED AS TRANSLATOR. THE GROUP DISTRIBUTED A POSITION PAPER (SEE PAPA 18 FOR TEXT). WE UNDERSTAND THE TALIBAN'S SUPREME AUTHORITY, MULLAH OMAR, ORDERED THE DELEGATION TO SEEK THIS MEETING WITH A/S INDERFURTH.

B6

LET'S BE FRIENDS

4. (C) MOTTAQI, WHO DID MOST OF THE TALKING, EXPRESSED THE TALIBANVS WISH FOR GOOD RELATIONS WITH US. HE THANKED US FOR OUR SUPPORT DURING THE FIGHT AGAINST THE COMMUNISTS BUT WARNED THAT RUSSIAN-TRAINED AGENTS WERE STILL WORKING IN AFGHANISTAN. HE WENT ON TO DESCRIBE ATROCITIES COMMITTED BY RESISTANCE COMMANDERS AFTER THE RUSSIAN WITHDRAWAL AND

CONFIDENTIAL


CONFIDENTIAL

PAGE 05        STATE   231842   111715Z
CLAIMED THAT ONLY THE TALIBAN HAD BROUGHT PEACE TO THE PORTIONS OF THE COUNTRY UNDER THEIR CONTROL.

DRUGS

5. (C)    MOTTAQI DETAILED TALIBAN EFFORTS TO DATE TO COMBAT NARCOTICS: ARIANA AIRLINES IS NO LONGER USED FOR TRAFFICKING; HEROIN LABS HAVE BEEN DESTROYED; THERE ARE NO ADDICTS IN TALIBAN AREAS; AND CANNABIS AND HASHISH CULTIVATION HAS BEEN ELIMINATED.   IN CONTRAST, HE NOTED THAT NORTHERN AREAS ARE STILL PERMITTING LABORATORIES TO PROCESS OPIUM.  HE WENT ON TO DESCRIBE THE PROPOSED COOPERATION BETWEEN THE TALIBAN AND THE UN DRUG CONTROL

Current Class: CONFIDENTIAL

Page: 4

Case 1:03-md-01570-GBD-SN   Document 2432-9   Filed 05/19/11   Page 5 of 13

UNCLASSIFIED

Current Class: CONFIDENTIAL                                    Page: 5
Current Handling: n/a
Document Number: 1997STATE231842                               Channel: n/a

Case Number: 200104094

PROGRAM (UNDCP), NOTING IRANIAN INVOLVEMENT IN THE AFGHAN DRUG TRADE AND ASKING FOR U.S. AND INTERNATIONAL ASSISTANCE TO PROMOTE CROP SUBSTITUTION PROGRAMS AND END POPPY CULTIVATION. A/S INDERFURTH WELCOMED THESE STEPS AND THEIR PLEDGE TO WORK WITH UNDCP. HE HOPED TO SEE VISIBLE RESULTS AND MADE THE POINT THAT THIS WAS A MORAL ISSUE AS MUCH AS AN ECONOMIC ONE.

GENDER

6. (C) TURNING TO GENDER AND EDUCATION ISSUES, MOTTAQI SAID THAT THERE WERE NOW 1,200,000 AFGHANS IN SCHOOLS INCLUDING 3000 GIRLS IN KABUL. HE ADDED THAT THE REQUIREMENT THAT WOMEN BE VEILED WAS A DEMAND OF THE AFGHAN PEOPLE AND THAT THE TALIBAN REGIME WOULD BE OVERTHROWN IF THEY ALTERED IT. HE REPEATED, HOWEVER, THAT THE TALIBAN
CONFIDENTIAL


CONFIDENTIAL

PAGE 06        STATE    231842   111715Z
DID NOT WISH TO STOP FEMALE EDUCATION. A/S INDERFURTH RESPONDED THAT WE WERE EXTREMELY CONCERNED ABOUT THIS POINT AND DECLARED THAT MEN AND WOMEN SHOULD HAVE EQUAL OPPORTUNITIES IN LIFE, INCLUDING IN EDUCATION AND EMPLOYMENT. MOTTAQI AGREED, BUT ARGUED THAT THERE WERE DIFFERENCES BETWEEN THE SEXES, NOTING THAT "HARD WORK WAS DONE BY MEN IN YOUR COUNTRY" AND THAT THERE HAD NOT BEEN A WOMAN PRESIDENT AND THERE WAS ONLY ONE WOMAN IN THE CABINET (SIC). A/S INDERFURTH CORRECTED HIM AND NOTED THAT A SOCIETY NEEDED THE CONTRIBUTIONS OF ALL OF ITS MEMBERS TO GO FORWARD. FURTHER, HE SAID OUR ATTITUDE TOWARD THE TALIBAN WOULD BE INFLUENCED BY ITS BEHAVIOR RELATING TO MEDICAL CARE, EDUCATION, AND OPPORTUNITIES MADE AVAILABLE TO WOMEN. THIS WAS NOT THE U.S. VIEW ALONE BUT WAS HELD BY THE ENTIRE INTERNATIONAL COMMUNITY. THE TALIBAN, HE ARGUED, SHOULD RESPOND TO THIS IN A POSITIVE WAY.

7. (C) MOTTAQI RESPONDED THAT MUCH OF THE INTERNATIONAL COMMUNITY'S INFORMATION ON THE CIRCUMSTANCES OF AFGHAN WOMEN WAS WRONG. A/S INDERFURTH RESPONDED THAT THEY SHOULD

Case 1:03-md-01570-GBD-SN   Document 2432-9   Filed 05/19/11   Page 6 of 13

UNCLASSIFIED

Current Class: CONFIDENTIAL                                      Page: 6
Current Handling: n/a
 Document Number: 1997STATE231842                                Channel: n/a

Case Number: 200104094

INVITE AN INTERNATIONAL TEAM TO SEE FOR ITSELF. THE U.S. WOULD BE PART OF SUCH A GROUP AND WOULD LIKE TO BE PROVEN WRONG. AHMAD JAN SAID THE TALIBAN WOULD INVITE SUCH A DELEGATION BUT ASKED THAT, BECAUSE OF THE VAST DESTRUCTION IT HAS SUFFERED, WE NOT CONSIDER AFGHANISTAN "A NORMAL COUNTRY." HE WARNED AGAINST APPLYING U.S. STANDARDS. HE NOTED THAT THERE HAD NOT BEEN MUCH FEMALE EDUCATION IN THE PAST BUT SAID THAT THE TALIBAN WOULD MOVE "GRADUALLY AND STEADILY" AND EDUCATE THE PEOPLE ABOUT THE IMPORTANCE OF EDUCATION IN ACCORD WITH ISLAMIC TEACHINGS.

CONFIDENTIAL


CONFIDENTIAL

PAGE 07         STATE    231842    111715Z
NEGOTIATIONS


8. (C) A/S INDEREURTH ASKED ABOUT THE TALIBANWS ATTITUDE TOWARD NEGOTIATING WITH THE OPPOSITION, NOTING THAT THERE HAD BEEN REPORTS OF TALKS WITH NIMA HEAD GENERAL DOS TAM. MOTTAQI ANSWERED THAT THE TALIBAN FAVORED TALKS AND HAD SENT IMPORTANT PEOPLE TO SUCH MEETINGS WHILE THE NORTH HAD RESPONDED WITH "LOW-LEVEL PEOPLE WITHOUT AUTHORITY OR CREATIVE IDEAS." HE ADMITTED THAT A "KIND OF NEGOTIATIONS" WAS GOING ON WITH DOS TAM BUT THERE WAS A GENERAL LACK OF CONFIDENCE AND TRUST BETWEEN THE TALIBAN AND THEIR OPPONENTS. HE CITED MALIK'S SEIZURE OF A NEGOTIATING TEAM IN MAY IN MAZAR-I-SHARIF. (NOTE: THE NORTH ARGUES, WITH CONSIDERABLE JUSTIFICATION, THAT THEY WERE PART OF AN OCCUPYING FORCE RATHER THAN NEGOTIATORS.)

THE MASS KILLINGS


9. (C) MOTTAQI THEN TURNED TO THE REPORTED 3,000 TALIBAN PRISONERS SLAIN NEAR MAZAR, BLAMING THEIR DEATHS IN PART UPON WORLD CONMUNITY SUPPORT FOR THE OPPOSITION. A/S INDERFURTH RESPONDED, CITING RECENT VOA EDITORIALS, THAT THE U.S. OPPOSED HUMAN RIGHTS VIOLATIONS BY ANY SIDE. THE U.S., HE STRESSED, WAS NEUTRAL BETWEEN THE FACTIONS AND

UNCLASSIFIED

Current Class: CONFIDENTIAL                                            Page: 7
Current Handling: n/a
Document Number: 1997STATE231842                                       Channel: n/a

Case Number: 200104094

SUPPORTED A PROCESS LEADING TO A CEASE-FIRE AND
NEGOTIATIONS FOR A BROAD-BASED GOVERNMENT. THE TALIBAN
REPRESENTATIVES WERE PLEASED THAT THE U.S. HAD SPOKEN OUT
AGAINST THE MASSACRE.

CONFIDENTIAL

CONFIDENTIAL

PAGE 08        STATE   231842   111715Z
QUESTIONING NEUTRALITY/MORE ON NEGOTIATIONS

10. (C)  MOTTAQI AGAIN QUESTIONED THE NEUTRALITY OF THE
INTERNATIONAL COMMUNITY BY CITING THE FACT THAT RABBANI
RETAINS THE AFGHAN SEAT IN THE UNGA, ADDING THAT THE
INTERNATIONAL COMMUNITY HAD ALSO FAILED TO CONDEMN RUSSIAN
INTERFERENCE IN AFGHANISTAN. A/S INDERFURTH SAID HE WOULD
BE CONSULTING WITH THE RUSSIANS NEXT WEEK, ADDING THAT THEY
HAD EXPRESSED THE DESIRE TO WORK CONSTRUCTIVELY TO END THE
FIGHTING. HE CITED BRAHIMI'S GROUP AND NOTED THAT THE
TALIBAN HAD BEEN GIVEN THE COMMON TALKING POINTS.  HE URGED
THEM TO WORK CLOSELY WITH BRAHIMI. MOTTAQI SAID THEY WERE
READY TO COOPERATE WITH THE UN ON AFGHANISTAN BUT THAT TIME
WAS SHORT.  THEY WERE ALSO READY TO NEGOTIATE WITH THE
OPPOSITION, EVEN THOUGH THE RABBANI REGIME HAD CHEATED AND
LIED TO THEN. A/S INDERFURTH URGED THEM TO THINK OF THE
FUTURE RATHER THAN DWELL ON THE PAST. ON THE UN SEAT, HE
SAID IT COULD BE RESOLVED QUICKLY IF THERE WERE A CEASE-
FIRE, NEGOTIATIONS, AND A BROAD-BASED GOVERNMENT.  THE
TALIBAN, HE ADDED, WOULD HAVE A MAJOR ROLE IN ANY SUCH
GOVERNMENT, BUT IT COULDN1T HAVE THE ONLY ROLE AND RECEIVE
U.S. RECOGNITION.

DEMINING/RECONSTRUCTION

11. (C)   A/S INDERFURTH BRIEFLY DESCRIBED HIS NEW
POSITION AS SPECIAL REPRESENTATIVE OF THE PRESIDENT AND
SECRETARY OF STATE FOR GLOBAL HUMANITARIAN DEMINING. HE
NOTED THAT THE USG HAD GIVEN USD LV MILLION FOR DEMINING IN
AFGHANISTAN BUT ADDED THAT FOR AFGHANISTAN TO GET MORE

CONFIDENTIAL

Case 1:03-md-01570-GBD-SN   Document 2432-9   Filed 05/19/11   Page 8 of 13

UNCLASSIFIED

Current Class: CONFIDENTIAL                                          Page: 8
Current Handling: n/a
Document Number: 1997STATE231842                                     Channel: n/a

Case Number: 200104094

CONFIDENTIAL

PAGE 09        STATE    231842   111715Z
ECONOMIC ASSISTANCE FOR REHABILITATION FROM THE
INTERNATIONAL COMMUNITY, THE WAR MUST COME TO AN END. MANY
NATIONS WOULD LIKE TO DO MORE, BUT CANNOT BECAUSE OF THE
CONTINUED FIGHTING. THIS MUST STOP AND A BROAD-BASED
GOVERNMENT BE ESTABLISHED.

12. (C)   MOTTAQI RESPONDED THAT THE TALIBAN WANTS PEACE
AND IS WILLING TO WORK WITH ANYONE THAT WANTS PEACE. IN A
FUTURE GOVERNMENT, ALL GROUPS MUST BE REPRESENTED. (ANMAD
JAN LATER ADDED THAT SUCH A GOVERNMENT SHOULD AVOID
PARCELING MINISTRIES OUT AMONG THE PARTIES AS IN THE PAST
BECAUSE THIS TYPE OF COALITION GOVERNMENT HAD NOT AND WOULD
NOT WORK. THE U.S. SIDE AGREED.) HE URGED, HOWEVER, THAT
THE U.S. WORK TO END FOREIGN INTERFERENCE IN AFGHANISTAN.
HE ASKEDUS TO REOPEN OUR EMBASSY IN KABUL SO WE COULD
OBTAIN INFORMATION FIRST HAND. THE U.S., HE SAID,  SHOULD
STAND WITH AFGHANISTAN, AS WE DID DURING THE RUSSIAN
INVASION, OR ELSE THE AFGHAN PEOPLE WILL THINK WE ARE
ABANDONING THEM.

TERRORISM

13. (C)   FOLLOWING A/S INDERFURTH'S DEPARTURE FOR ANOTHER
MEETING, PAB DIRECTOR MALINOWSKI RAISED THE ISSUE OF
TERRORISM, NOTING THE ACTIVITIES UNDERTAKEN BY SOME
INDIVIDUALS WHO HAD RECEIVED TRAINING IN AFGHANISTAN, AND
SPECIFICALLY THE CASE OF SAUDI TERRORIST FINANCIER OSAMA
BIN LAD IN, NOTING THAT THE TALIBAN HAD PREVIOUSLY PLEDGED
THAT THEIR SOIL WOULD NOT BE USED AS A BASE FOR ATTACKS ON
OTHERS. HE ASKED FOR A RENEWAL OF THIS COMMITMENT, NOTING
                       CONFIDENTIAL

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Page: 9
Channel: n/a

Case Number: 200104094

CONFIDENTIAL

PAGE 10      STATE   231842   111715Z
THAT BIN LADIN AND OTHERS HAD DAMAGED THE IMAGE OF
AFGHANISTAN IN THE WORLD. MOTTAQI RESPONDED THAT THEY WILL
KEEP THEIR COMMITMENT AND NOT ALLOW AFGHANISTAN TO USE
AFGHANISTAN AS A BASE FOR TERRORISM. DIN MOHAMMED ADDED
THAT IF BIN LADEN WERE EXPELLED, HE WOULD GO TO IRAN AND
CAUSE MORE TROUBLE. AHMAD JAN NOTED THAT THE TALIBAN DID
NOT INVITE BIN LADIN INTO AFGHANISTAN; HE WAS ALREADY IN
NANGARHAR AS A GUEST OF THE PREVIOUS REGIME WHEN THEY TOOK
OVER.  THE TALIBAN, HE CLAIMED, HAD STOPPED ALLOWING HIM TO
GIVE PUBLIC INTERVIEWS AND HAD FRUSTRATED IRANIAN AND IRAQI
ATTEMPTS TO GET IN CONTACT WITH HIM.

INTRA-AFGHAN DIALOGUE PROCESS


14.  (C)   MALINOWSKI RAISED THE INTRA-AFGHAN DIALOGUE
PROCESS, ASKING IF THERE WERE ANY CHANCE OF OBTAINING
TALIBAN REPRESENTATION.  DIN MUHAMMAD RESPONDED THAT THE
INDIVIDUALS INVOLVED DID NOT HAVE THE TRUST OF THE AFGHAN
PEOPLE AND LACKED AUTHORITY, THEREFORE THE TALIBAN COULD
NOT BE INVOLVED. MALINOWSKI REPLIED THAT THE PROCESS
NEEDED THE TALIBANTS PARTICIPATION TO MOVE AHEAD AND IT DID
OFFER SOME PROMISE.

CONSULAR PROBLEMS


15.  (C)   MUJAHID RAISED THE PROBLEMS CREATED BY THE AFGHAN
CONSULATE IN NEW YORK ISSUING PASSPORTS THAT WERE NOT
REGISTERED WITH THE (TALIBAN) FOREIGN MINISTRY IN KABUL AND
THE FACT THAT BOTH PAKISTAN AND THE TALIBAN DID NOT
                    CONFIDENTIAL




                    CONFIDENTIAL

PAGE 11      STATE   231842   111715Z
CONSIDER THESE DOCUMENTS VALID FOR ONWARD TRAVEL. HE ASKED
ABOUT ISSUING PASSPORTS THROUGH HIS OFFICE. THE U.S. SIDE
RESPONDED THAT, PER PREVIOUS GUIDANCE, ONLY ACCREDITED

Current Class: CONFIDENTIAL

Page: 9

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842

Case Number: 200104094

CONSULAR OFFICERS COULD ISSUE PASSPORTS TO FOREIGN CITIZENS IN THE U.S. WE AGREED TO INVESTIGATE OTHER APPROACHES,

SUCH AS THE POSSIBILITY OF HAVING THE DOCUMENTS ISSUED BY THE AFGHAN EMBASSY IN ISLAMABAD AND TRANSPORTED TO NEW YORK.

PIPELINE

16. (C) ANMAD JAN RAISED THE PIPELINE ISSUE AND SAID THE TALIBAN AND PAKISTAN WERE BOTH EAGER FOR THE OIL AND GAS PIPELINE PROJECT TO GO AHEAD. MALINOWSKI SAID THAT WE ALSO WANTED THE PROJECT TO PROCEED AND DESCRIBED THE BENEFITS IT WOULD PROVIDE AFGHANISTAN AND THE REGION, BUT HE NOTED THAT IT WAS UNLIKELY TO BE FINANCED UNLESS THERE WAS PEACE IN AFGHANISTAN. ABMAD JAN SAID THE COMMENCEMENT OF THE PROJECT WOULD GIVE AN INCENTIVE TO THE PEACE PROCESS. HE EXPRESSED CONCERN ABOUT IRANIAN MOTIVATION AND DESIRE TO OBTAIN THE PIPELINE FOR THEMSELVES. HE ADDED THAT THE AFGHAN CENTRAL BANK COULD GUARANTEE THE INVESTMENT. MALINOWSKI REPEATED THAT THE PROJECT NEEDED PEACE IN THE COUNTRY, WARNING THAT AFGHANISTAN HAD LOST A MAJOR OPPORTUNITY IN 1991 FOR ECONOMIC RECONSTRUCTION BECAUSE OF THE CONTINUED FIGHTING AND HE HOPED IT WOULD NOT LOSE THE ECONOMIC BENEFITS THAT THE PIPELINE WOULD PRODUCE TOO.

17. (C) COMMENT: THE "ACTING MINISTERS" REPORTEDLY WERE
CONFIDENTIAL


CONFIDENTIAL

PAGE 12        STATE   231842   111715Z
PLEASED WITH THE MEETING AND APPRECIATED THE OPPORTUNITY TO ENGAGE IN DISCUSSION WITH A/S INDERFURTH. THEIR CONCERN OVER THEIR IMAGE IN THE U.S. CAME THROUGH. WE BELIEVE OUR MESSAGE ON GENDER ISSUES, NARCOTICS, COOPERATION WITH THE UN, AND THE NEED FOR A NEGOTIATED SETTLEMENT ALSO CAME THROUGH LOUD AND CLEAR. WE UNDERSTAND THAT THIS WAS THE "ACTING MINISTERS" FIRST TRIP OUTSIDE THE ISLAMIC WORLD AND THAT THEY REPORTEDLY WERE SURPRISED WITH THE DEPTH OF ANTI TALIBAN FEELING IN THE WEST AND UNDERSTAND THAT THIS MUST

Case 1:03-md-01570-GBD-SN   Document 2432-9   Filed 05/19/11   Page 11 of 13

UNCLASSIFIED

Current Class: CONFIDENTIAL                                      Page: 11
Current Handling: n/a
Document Number: 1997STATE231842                                 Channel: n/a

Case Number: 200104094

BE ADDRESSED. END COMMENT.

18. (U) TEXT OF TALIBAN NON-PAPER (LIGHTLY EDITED FOR STYLE)

VIEWPOINTS:

A) THE ISLAMIC STATE OF AFGHANISTAN WANTS FRIENDLY RELATIONS WITH THE U.S. AND ALL COUNTRIES OF THE WORLD BASED ON MUTUAL RESPECT AND NON-INTERFERENCE. WE ARE GRATEFUL FOR THE MATERIAL AND MORAL SUPPORT OF THE U.S. TO THE PEOPLE OF AFGHANISTAN DURING THE RUSSIAN INVASION OF OUR COUNTRY. THE SUPPORT CAN BE A GOOD FOUNDATION FOR FRIENDSHIP BETWEEN THE PEOPLE AND GOVERNMENT OF AFGHANISTAN

AND THE PEOPLE AND GOVERNMENT OF THE UNITED STATES OF AMERICA. THE AFGHANS DO NOT FORGET A HAND EXTENDED TO THEM IN TIME OF NEED. WE HOPE THAT, EASED ON GOOD WILL, MULTI-FACETED COOPERATION MAY CONTINUE BETWEEN THE TWO COUNTRIES IN THE FUTURE.

B) THE ISLAMIC STATE OF AFGHANISTAN HAS EMBARKED ON THE

CONFIDENTIAL


CONFIDENTIAL

PAGE 13      STATE   231842   111715Z
ROAD OF UPROOTING THE EVIL OF TRAFFICKING AND POPPY CULTIVATION FROM AFGHANISTAN. WE WANT THIS PLAGUE TO BE EXTERMINATED FOR GOOD. HOWEVER, TO ACCOMPLISH THIS TASK, WE NEED CROP SUBSTITUTES AND ALTERNATIVE PROJECTS FOR THE FARMERS. IF THE FARMERS DO NOT HAVE SOUND ALTERNATIVE MEANS OF OBTAINING INCOME, THEY WILL ONCE AGAIN RETURN TO POPPY CULTIVATION. THE ISLAMIC STATE SEEKS U.S. FINANCIAL AND MATERIAL AID TO SOLVE THIS PROBLEM.

C) MALE AND FEMALE EDUCATION IS ALSO A KEY ISSUE FACING US. WE ARE NOT ABLE TO SOLVE THE ISSUE BY OURSELVES UNLESS HELPED BY THE U.S. AND THE INTERNATIONAL COMMUNITY FINANCIALLY AND MATERIALLY. OUR ECONOMY IS IN SHAMBLES. THE INFRASTRUCTURE IS DESTROYED. BUILDINGS FOR GIRLS AND BOYS SCHOOLS NEED RECONSTRUCTION. A BUDGET    (AID) IS ALSO

```
Current Class: CONFIDENTIAL                              Page: 12
Current Handling: n/a
 Document Number: 1997STATE231842                        Channel: n/a
```

Case Number: 200104094

REQUIRED FOR EDUCATIONAL EXPENDITURES.

D) THE STATE DEPARTMENT MAY WELL BE AWARE OF 3,000 MEMBERS OF THE TALIBAN ISLAMIC MOVEMENT MASSACRED BY THE SO-CALLED NORTHERN ALLIANCE MILITIA IN LAILY DESERT, NEAR THE TOWN OF SHIBARGHAN IN JOZJAN PROVINCE, NORTH AFGHANISTAN.

ACCORDING TO MAWLAVI TURKESTANI, DOSTAM REPRESENTATIVE IN ISLAMABAD, 1632 TALEBAN IMPRISONED IN SHIBARGHAN WERE TAKEN TO THE LAILY DESERT, WEST OF SHIBARGHAN CITY, AND MASSACRED. ABOUT V00 MEN IMPRISONED IN MAZAR-I-SHARIF AND 372 IMPRISONED IN FARYAB WERE ALSO EXECUTED. THE MEN WHO SURVIVED THE MASSACRES ARE ALIVE IN KABUL. FOR MONTHS NOW, THEY HAVE BEEN THERE TO PROVIDE EVIDENCE OF THE MASSACRES. SOME PRISONERS REPORTEDLY DIED UNDER TORTURE. WITNESSES SAY THAT MANY MORE PRISONERS WERE SAVAGELY MAIMED AND THEIR

CONFIDENTIAL


CONFIDENTIAL

PAGE 14          STATE   231842   111715Z
LIMBS AMPUTATED BEFORE THEY WERE KILLED. OTHER PRISONERS HAD THEIR BODIES CRUSHED BY TANKS AND BULLDOZERS.

THE MASSACRE HAPPENED UNDER THE AUSPICES OF THE RABBANI REGIME. AT THE TIME OF THE ATROCITIES, RABBANI CLAIMED TO BE PRESIDENT OF THE COUNTRY. HIS GOVERNMENT WAS BASED IN MAZAR-I-SHARIF. GENERAL MALIK, WHO IS NOW IN IRAN, WAS RABBANIWS FOREIGN MINISTER AND CHIEF OF THE JUMBESH PARTY.

WHEN THE HAIR OF A PERSON IS CUT IN KABUL, THE WHOLE MEDIA IS TALKING ABOUT IT. NOW 3000 PEOPLE HAVE BEEN KILLED BY THE OPPOSITION MILITIA AND THERE IS NO SERIOUS INTEREST.

THE U.S. ADVOCATES HUMAN RIGHTS THROUGHOUT THE WORLD. BUT STILL, IT HAS NOT CONDEMNED THE TRAGIC HUMAN HOLOCAUST IN THE LAILY DESERT. THE PEOPLE OF AFGHANISTAN NEVER EXPECTED THE U.S. GOVERNMENT TO BE A SILENT SPECTATOR WHILE THOUSANDS OF AFGHAN MEN AND WOMEN FROM ALL RACIAL BACKGROUNDS ARE MOURNING THE MASSACRE OF THEIR RELATIVES IN AFGHANISTAN. WE WANT YOU FOR HUMANITARIAN REASONS TO HELP US BRING THE CULPRITS TO TRIAL AND PROSECUTE THEM ACCORDING

Current Class: CONFIDENTIAL
Current Handling: n/a
Document Number: 1997STATE231842
Page: 13
Channel: n/a
Case Number: 200104094

TO INTERNATIONAL NORMS AND PRINCIPLES.

E) THE ISLAMIC STATE OF AFGHANISTAN WANTS A BROAD-BASED GOVERNMENT REPRESENTING ALL OF THE PEOPLE OF AFGHANISTAN. UNFORTUNATELY, COALITION GOVERNMENTS HAVE NEVER WORKED IN AFGHANISTAN. THE ISLAMIC STATE RESPECTS THE RIGHTS OF ALL ETHNIC GROUPS IN AFGHANISTAN AND IS WILLING TO HAVE THEM IN THE GOVERNMENT.

F) MOSCOW AND TEHRAN ARE PROVIDING MULTI-FACETED AID TO

CONFIDENTIAL


CONFIDENTIAL

PAGE 15      STATE   231842   111715Z
THE OPPOSITION. ARMS WITH INSTRUCTIONS IN THE PERSIAN LANGUAGE HAVE BEEN SEEN IN MAZAR-I-SHARIF AND BAMIYAN. TEHRAN HAS SENT AMMUNITION AND ARMS TO THE OPPOSITION BY MAKING HUNDREDS OF FLIGHTS TO BAMIYAN AND MAZAR-I-SHARIF AIRPORTS. OTHER LOGISTICAL AIDS HAVE ALSO BEEN GIVEN TO THE OPPOSITION MILITIA BY IRAN AND RUSSIA. WE WANT A PRACTICAL U.S. ROLE IN ENDING THE FOREIGN INTERVENTION IN AFGHANISTAN.

G) THE ISLAMIC STATE BELIEVES THE OPPONENTS ARE CREATING MISUNDERSTANDING BETWEEN THE ISLAMIC STATE AND THE USA AS WELL AS OTHER FRIENDLY COUNTRIES. THEREFORE, THE ISLAMIC STATE WANTS THE U.S. GOVERNMENT TO RESTART ITS EMBASSY IN KABUL IN ORDER TO HAVE FIRST HAND INFORMATION ABOUT THE SITUATION. THIS WILL ALSO HELP OPEN UP A VISTA OF COOPERATION ON WIDE-RANGING MATTERS BETWEEN THE TWO FRIENDLY COUNTRIES AND PEOPLES.

END TEXT.
TALBOTT