24 October 2000
Source: Court Reporters Office of the Southern District of New York

See related court docket: http://cryptome.sabotage.org/qaeda102000.htm

This transcript is from an appearance by Ali Mohamed before Judge Sand on October 20, 2000. Mr. Mohamed is one of 17 defendants in the bombing of US Embassies in Kenya and Sudan. And now the only one to plead guilty.

---

------------------------------------------------------------------------

0aklmohp

PLEA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

v. S(7) 98 Cr. 1023 (LBS)

ALI MOHAMED,

Defendants.

------------------------------x

New York, N.Y.
October 20, 2000

Before:

HON. LEONARD B. SAND,

District Judge

APPEARANCES

MARY JO WHITE
United States Attorney for the
Southern District of New York
BY: PATRICK J. FITZGERALD,
KENNETH M. KARAS,
MICHAEL GARCIA,
ANDREW C. McCARTHY,
PAUL BUTLER,
Assistant United States Attorneys

```
0aklmohp                                                    26
                         PLEA
```

1  involvement with the Egyptian Islamic Jihad.

2      In 1992, I conducted military and basic explosives

3  training for al Qaeda in Afghanistan. Among the people I

4  trained were Harun Fadhl and Abu Jihad. I also conducted

5  intelligence training for al Qaeda. I taught my trainees how

6  to create cell structures that could be used for operations.

7      In 1991, I helped transport Usama bin Laden from

8  Afghanistan to the Sudan.

9      When I engaged in these activities, and the others

10  that I am about to describe, I understood that I was working

11  with al Qaeda, Bin Laden, Abu Hafs, Abu Ubaidah, and that al

12  Qaeda had a shura council, which included Abu Hajer al Iraqui.

13      In the early 1990s, I assisted al Qaeda in creating a

14  presence in Nairobi, Kenya, and worked with several others on

15  this project. Abu Ubaidah was in charge of al Qaeda in

16  Nairobi until he drowned. Khalid al Fawwaz set up al Qaeda's

17  office in Nairobi. A car business was set up to create

18  income. Wadih el Hage created a charity organization that

19  would help provide al Qaeda members with identity documents.

20  I personally helped el Hage by making labels in his home in

21  Nairobi. I personally met Abu Ubaidah and Abu Hafs at Wadih's

22  house in Nairobi.

23      We used various code names to conceal our identities.

24  I used the name "Jeff"; el Hage used the name "Norman"; Ihab

25  used the name "Nawai."

24    I used the name "Jeff"; el Hage used the name "Norman"; Ihab
25    used the name "Nawawi."

SOUTHERN DISTRICT REPORTERS, P.C.
212-805-0300

27
0aklmohp

PLEA

1            In late 1993, I was asked by bin Laden to conduct
2    surveillance of American, British, French, and Israeli targets
3    in Nairobi.  Among the targets I did surveillance for was the
4    American Embassy in Nairobi, the United States AID Building in
5    Nairobi, the United States Agricultural Office in Nairobi, the
6    French Cultural Center, and French Embassy in Nairobi.  These
7    targets were selected to retaliate against the United States
8    for its involvement in Somalia.  I took pictures, drew
9    diagrams, and wrote a report.  Khalid al Fawwaz paid for my
10   expenses and the photo enlarging equipment.  He was in Nairobi
11   at this time.
12           I later went to Khartoum, where my surveillance files
13   and photographs were reviewed by Usama bin Laden, Abu Hafs,
14   Abu Ubaidah, and others.  Bin Laden looked at the picture of
15   the American Embassy and pointed to where a truck could go as
16   a suicide bomber.
17           In 1994, Bin Laden sent me to Djibouti to do
18   surveillance on several facilities, including French military
19   bases and the American Embassy.
20           In 1994, after an attempt to assassinate Bin Laden, I
21   went to the Sudan in 1994 to train Bin Laden's bodyguards,
22   security detail.  I trained those conducting the security of
23   the interior of his compound, and coordinated with the
24   Sudanese intelligence agents who were responsible for the
25   exterior security.

0aklmohp

PLEA

1    In 1994, while I was in Sudan, I did surveillance
2    training for al Qaeda.  Ihab Ali, also known as Nawawi, was
3    one of the people I trained.  Nawai was supposed to train
4    others.
5    In early 1990s, Zawihiri made two visits to the
6    United States, and he came to United States to help raise
7    funds for the Egyptian Islamic Jihad.  I helped him to do
8    this.
9    I was aware of certain contacts between al Qaeda and
10   al Jihad organization, on one side, and Iran and Hezbollah on
11   the other side.  I arranged security for a meeting in the
12   Sudan between Mughaniyah, Hezbollah's chief, and Bin Laden.
13   Hezbollah provided explosives training for al Qaeda
14   and al Jihad.  Iran supplied Egyptian Jihad with weapons.
15   Iran also used Hezbolla to supply explosives that were
16   disguised to look like rocks.
17   In late 1994, I was in Nairobi.  Abu Hafs met another
18   man and me in the back of Wadih el Hage's house.  Abu Hafs
19   told me, along with someone else, to do surveillance for the
20   American, British, French and Israeli targets in Senegal in
21   West Africa.
22   At about this time, late 1994, I received a call from
23   an FBI agent who wanted to speak to me about the upcoming
24   trial of United States v. Abdel Rahman.  I flew back to the
25   United States, spoke to the FBI, but didn't disclose