# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

------------------------------------------------------------x

FIONA HAVLISH, in her own right :
and as Executrix of the ESTATE OF :
DONALD G. HAVLISH, JR., Deceased, :

: CIVIL ACTION NO.
RUSSA STEINER, in her own right : 03-CV-9848 – GBD
and as Executrix of the ESTATE OF :
WILLIAM R. STEINER, Deceased, : Case Transferred from the
: United States District Court
CLARA CHIRCHIRILLO, in her own right : for the District of Columbia
and as Executrix of the ESTATE OF : Case Number 1:02CV00305
PETER CHIRCHIRILLO, Deceased, :
:
TARA BANE, in her own right :
and as Executrix of the ESTATE OF : **ORDER GRANTING**
MICHAEL A. BANE, Deceased, : **PLAINTIFFS'**
: **MOTION TO SEAL**
GRACE M. PARKINSON-GODSHALK, in her : **PORTIONS OF**
own right and as Executrix of the ESTATE OF : **THE EVIDENCE**
WILLIAM R. GODSHALK, Deceased, : **IN SUPPORT OF**
: **THEIR MOTION**
ELLEN L. SARACINI, in her own right : **FOR ENTRY OF**
and as Executrix of the ESTATE OF : **JUDGMENT**
VICTOR J. SARACINI, Deceased, : **BY DEFAULT**
: **AGAINST**
THERESANN LOSTRANGIO, in her own right : **SOVEREIGN**
and as Executrix of the ESTATE OF : **DEFENDANTS**
JOSEPH LOSTRANGIO, Deceased, *et al.*, :
:
Plaintiffs, :
v. :
:
SHEIKH USAMAH BIN-MUHAMMAD :
BIN-LADEN, a.k.a. OSAMA BIN-LADEN, :
:
AL-QAEDA/ISLAMIC ARMY, :
an unincorporated association, *et al.*, :

*FOREIGN STATE DEFENDANTS*:                          :

                                                     :

THE ISLAMIC REPUBLIC OF IRAN,                        :

                                                     :

AYATOLLAH ALI-HOSEINI  KHAMENEI,                     :

                                                     :

ALI AKBAR HASHEMI RAFSANJANI,                        :

                                                     :

IRANIAN MINISTRY OF                                  :
INFORMATION AND SECURITY,                            :

                                                     :

THE ISLAMIC REVOLUTIONARY                            :
GUARD CORPS,                                         :

                                                     :

HEZBOLLAH,                                           :
an unincorporated association,                       :

                                                     :

THE IRANIAN MINISTRY                                 :
OF PETROLEUM,                                        :

                                                     :

THE NATIONAL IRANIAN                                 :
TANKER CORPORATION,                                  :

                                                     :

THE NATIONAL IRANIAN                                 :
OIL CORPORATION,                                     :

                                                     :

THE NATIONAL IRANIAN                                 :
GAS COMPANY,                                         :

                                                     :

IRAN AIRLINES,                                       :

                                                     :

THE NATIONAL IRANIAN                                 :
PETROCHEMICAL COMPANY,                               :

                                                     :

IRANIAN MINISTRY OF                                  :
ECONOMIC AFFAIRS AND FINANCE,                        :

                                                     :

IRANIAN MINISTRY OF                                  :
COMMERCE,                                            :

                                                     :

IRANIAN MINISTRY OF DEFENSE                          :
AND ARMED FORCES LOGISTICS,                          :

                                                     :

THE CENTRAL BANK OF THE                              :
ISLAMIC REPUBLIC OF IRAN, *et al.*,                  :

                                                     :

                    Defendants.                      :

**ORDER**
**GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF**
**PLAINTIFFS' EVIDENCE IN SUPPORT OF THEIR MOTION**
**FOR ENTRY OF DEFAULT JUDGMENT AGAINST SOVEREIGN DEFENDANTS**

WHEREAS the Plaintiffs in *Havlish, et al. v. bin Laden, et al.*, 1:03-cv-9848 (1:03-md-1570), have moved the Court for an Order granting leave to file under seal certain portions of their evidence in support of their Motion For Entry of Default Judgment Against Sovereign Defendant (the Islamic Republic of Iran), as well as their Proposed Findings of Fact and their Memorandum, and considering the grounds therefore, and based on all the files and records herein, IT IS HEREBY ORDERED that

Plaintiffs' Motion is GRANTED, and it is FURTHER ORDERED that

Plaintiffs may file portions of their evidence, proposed findings of fact, and legal memoranda under seal, and it is FURTHER ORDERED that

The Clerk of Court shall accept such filings by the *Havlish* Plaintiffs under seal and keep such materials under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge