USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 28 2011

**PRIVILEGED AND CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*

*Ashton, et al. v. Al Qaeda Islamic Army, et al. (Case No. 02-CV-6977)*
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (Case No. 03-CV-9849)*
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al. (Case No. 04-CV-5970)*
*Federal Insurance Company, et al. v. Al Qaida Islamic Army, et al. (Case No., 03-CV-6978)*
*Euro Brokers, Inc., et al. v. Al Baraka Invest. & Devel. Corp.,et al. (Case No. 04-CV-7279)*
*Estate of O'Neill et al v. The Republic of Iraq, et. al. (Case No. 04-CV-1076)*

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(a), the parties stipulate that Plaintiffs in the above-referenced actions hereby voluntarily dismiss with prejudice all claims against defendants Dr. Jamal Barzinji, Muhammad Ashraf, M. Omar Ashraf, Dr. M. Yaqub Mirza, Dr. Taha Al-Alwani, Dr. Iqbal Unus, Dr. Ahmed Totonji, Dr. Hisham Al-Talib, Dr. Mohamed Jaghlit, Samir Salah, Dr. Abdul-Hamid Abu Absulayman, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund Trust, Sterling Management Group, Inc., York Foundation, and Mena Investments from all cases. All parties will bear their own attorneys' fees, costs, and expenses.

Dated: June 27, 2011

_____
Nancy Luque
LUQUE MARINO, LLP
910 17th Street, NW, Suite 800
Washington, DC 20006

_____
James P. Kreindler
Justin T. Green
Andrew J. Maloney
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
*On Behalf of the Ashton Plaintiffs*

PRIVILEGED AND CONFIDENTIAL
FOR SETTLEMENT PURPOSES ONLY

_/s/ Steven Barentzen_
Steven Barentzen
LAW OFFICE OF STEVEN
 BARENTZEN
1575 Eye Street, NW Suite 300
Washington DC 20005

*On Behalf of Defendants Dr. Jamal Barzinji, Muhammad Ashraf, M. Omar Ashraf, Dr. M. Yaqub Mirza, Dr. Taha Al-Alwani, Dr. Iqbal Unus, Dr. Ahmed Totonji, Dr. Hisham Al-Talib, Dr. Mohamed Jaghlit, Samir Salah, Dr. Abdul-Hamid Abu Absulayman, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund Trust, Sterling Management Group, Inc., York Foundation and Mena Investments*

_/s/ Sean P. Carter_
Stephen A. Cozen
Elliott R. Feldman
Sean P. Carter
Adam C. Bonin
J. Scott Tarbutton
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
*On Behalf of the Federal Insurance Plaintiffs*

_/s/ Ronald L. Motley_
Ronald L. Motley
Jodi Westbrook Flowers
Michael E. Elsner
Robert T. Haefele
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
*On Behalf of the Burnett and EuroBrokers Plaintiffs*

_/s/ Robert M. Kaplan_
Robert M. Kaplan, Esq. (RK1428)
FERBER CHAN ESSNER & COLLER, LLP
530 Fifth Avenue
New York, New York 10036
Phone: (212) 944-2200
*On Behalf of the Continental Casualty Plaintiffs*

_/s/ Jerry S. Goldman_
Jerry S. Goldman
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
*On Behalf of the O'Neill Plaintiffs*

SO ORDERED:
_George B. Daniels_
GEORGE B. DANIELS, U.S.D.J.

Dated: __JUN 2 ... 2011__

2