UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

In re Terrorist Attacks of September 11, 2001

03-MDL-1570 (GBD)
03-CV- 9848 (GBD)

ORDER

------------------------------------- X

GEORGE B. DANIELS, District Judge:

Plaintiffs' unopposed Motion to Seal Portions of the Evidence in Support of their Motion for Entry of Judgment by Default Against Sovereign Defendants is GRANTED.

Dated: July 5, 2011
New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge