UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

In re Terrorist Attacks of September 11, 2001

ORDER

03-MDL-1570 (GBD)
03-CV-9848 (GBD)

---------------------------------- X

GEORGE B. DANIELS, District Judge:

Plaintiffs' unopposed Motion for Leave to Exceed the Page Limit for Plaintiffs' First Memorandum of Law in Support of Motion for Entry of Judgment by Default Against Sovereign Defendants is GRANTED.

Dated: July 5, 2011
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1