USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**ORDER**

03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. By July 8, 2011, defendants International Islamic Relief Organization ("IIRO") and Muslim World League ("MWL") shall produce any additional documents required by this Court's orders dated April 12 and April 26, 2011.

2. Prior to July 13, 2011, IIRO and MWL shall re-produce all documents previously produced that either lacked a Bates number or were not stamped with unique numbers. Additionally, any documents produced by any party shall bear a unique Bates number.

3. Prior to July 13, 2011, a representative from the Plaintiffs' Executive Committees ("PEC") shall confer with Mr. McMahon and Mr. al-Radhi (and if necessary a translator) regarding IIRO's index of files, the disposition of records no longer in its possession, and any other topics likely to be the subject of discussion at the next discovery conference.

4. The discovery conference previously scheduled for July 12, 2011, shall instead be held on July 13, 2011, immediately after Judge Daniels' conference, or at 10 a.m. should that conference be cancelled.

        5.       The Clerk of the Court is directed to docket the joint letter from the PEC and the Defendants' Executive Committee, dated June 20, 2011, and the attachment thereto.

SO ORDERED.

Dated:      New York, New York
               June 23, 2011

                                                FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

2