UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

03-MDL-1570 (GBD)

GEORGE B. DANIELS, District Judge:

    A status conference in this matter is scheduled for July 13, 2011 at 11:30 a.m.

Dated: July 6, 2011
New York, New York

SO ORDERED:

JUL 06 2011

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1