UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re Terrorist Attacks on September 11, 2001                  :
                                                               :
                                                               :   ORDER OF REFERENCE
                                                               :   TO A MAGISTRATE JUDGE
                                                               :
                                                               :   03 MDL 1570 (GBD)(FM)
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 13 2011

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Settlement

_X_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:\_\_

Dated: July 13, 2011

SO ORDERED:

*George B. Daniels*

United States District Judge