USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:
                                                    :        **ORDER**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                  :        03 MDL 1570 (GBD) (FM)


------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held on July 13, 2011, it is hereby ORDERED

that:

1.     Unless otherwise noted, further discovery conferences shall be held in Courtroom 20A on the following dates:

    a.     August 11, 2011.

    b.     September 8, 2011.

    c.     October 19, 2011.

    d.     November 16, 2011.

    e.     December 14, 2011.

    f.     January 11, 2012.

    g.     February 15, 2012.

    The August 11 and September 8 conferences will be held at 11 a.m. All other conferences will be held at 2 p.m.

2.     Any papers in opposition to the Federal Insurance Plaintiffs' motion to assess damages against defaulting al Qaeda-related defendants, which was filed on February 13, 2007, in case number 03 Civ. 6978, shall be served and filed by August 12, 2011.

3.     Counsel for defendant Perouz Sedaghaty shall send the Court a copy of Mr. Sedaghaty's motion for a new trial in his criminal case.

4.   The parties shall send the Court an agreed proposed amended discovery schedule.

5.   a.   By August 19, 2011, Plaintiffs shall serve and file their motion for sanctions against defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO").

    b.   By September 12, 2011, defendants MWL and IIRO shall serve and file their opposition papers.

    c.   By September 30, 2011, Plaintiffs shall serve and file their reply papers.

SO ORDERED.

Dated:   New York, New York
         July 25, 2011

_____
            FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

2