**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC) ECF Case



### ASHTON PLAINTIFFS' NOTICE OF APPEAL

  NOTICE is hereby given that all plaintiffs in the consolidated matter of *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (GBD)(FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment entered on the 14th day of July 2011, a copy of which is attached, by the United States District Court for the Southern District of New York in favor of, and granting dismissal to, the defendants listed in Exhibit A, and the underlying opinions, decisions and orders.

Dated: August 10, 2011
    New York, New York        Respectfully submitted,

                 James P. Kreindler, Esq. (JK7084)
                 Justin T. Green, Esq. (JG0318)
                 Andrew J. Maloney III, Esq. (AM8684)
                 Kreindler & Kreindler LLP
                 100 Park Avenue
                 New York, New York  10017-5590
                 Phone (212) 687-8181

                 Barasch McGarry Salzman Penson & Lim
                 11 Park Place
                 New York, NY 10007
                 Phone: (212) 385-8000
                 Fax:  (212) 385-7845



U.S. DISTRICT COURT
FILED
AUG 10 2011
D.S.
S.D. OF N.Y.

Baumeister & Samuels, P.C.
One Exchange Plaza
New York, NY 10006
Phone:  (212) 363-1200
Fax:  (212) 363-1346

Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street (34th Floor)
New York, NY 10017
Phone:  (212) 661-0011
Fax:  (212) 953-6483

Law Firm of Aaron J. Broder
& Jonathan C. Reiter
350 Fifth Avenue, Suite 2811
New York, NY 10118
Phone:  (212) 244-2000

Jaroslawicz & Jaros, Esqs.
150 William Street
New York, NY 10038
Phone:  (212) 227-2780

*Counsel for Ashton Plaintiffs*

## EXHIBIT A – LIST OF DEFENDANTS

1.  Saudi Joint Relief Committee
2.  Saudi Red Crescent Society
3.  National Commercial Bank
4.  Al Rajhi Banking and Investment Co.
5.  Al Shamal Islamic Bank
6.  Asat Trust Reg.
7.  Dallah Al Baraka L.L.C.
8.  Dallah Avco Trans-Arabia Co. Ltd.
9.  Dar Al-Maal-Al-Islami Trust
10. Faisal Islamic Bank-Sudan
11. Mar-Jac Poultry, Inc.
12. Tadamon Islamic Bank
13. Abdullah Al Rajhi
14. Saleh Al Rajhi
15. Sulaiman Al Rajhi
16. Abdullah Muhsen Al Turki
17. Sulamain Al-Ali
18. Aqeel Al-Aqeel, a/k/a Aqeel Abdul-Aziz Aqeel
19. Soliman H.S. Al-Buthe
20. Abdullah bin Saleh Al Obaid
21. Adnan Basha
22. Abdullah Binladin
23. Bakr Binladin
24. Yassin Abdullah Kadi
25. Saleh Kamel
26. Jamal Khalifa, a/k/a Mohammad Jamal Al Khalifa
27. Abdulrahman Bin Mahfouz
28. Khalid Bin Mahfouz
29. Abdullah Naseef