UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD) (FJM)
ECF Case

-------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

NOTICE OF APPEAL

PLEASE TAKE NOTICE that all plaintiffs in the matter of *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GBD) (FJM) hereby appeal, to the United States Court of Appeals for the Second Circuit, from each and every part of the final Judgment entered on July 14, 2011, a copy of which is attached, by the United States District Court for the Southern District of New York in favor of, and granting dismissal to, the following Defendants and the underlying opinions, decisions and orders, including, without limitation, those set forth in Exhibit A:

        Saudi Joint Relief Committee

        Saudi Red Crescent Society

        Sheikh Abdullah bin Khalid Al Thani

        National Commercial Bank

        Al-Baraka Investment and Development Corporation

        Al Rajhi Banking and Investment Co.

        Al Shamal Islamic Bank

        Alfaisaliah Group a/k/a Faisal Group Holding Company

85491

Asat Trust Reg.

Dallah Al Baraka L.L.C.

Dallah Avco Trans-Arabia Co. Ltd.

Dar Al-Maal-Al-Islami Trust

Faisal Islamic Bank-Sudan

Mar-Jac Poultry, Inc.

Saudi American Bank[1]

Tadamon Islamic Bank

Abdullah Al Rajhi

Saleh Al Rajhi

Sulaiman Al Rajhi

Abdullah Muhsen Al Turki

Sulamain Al-Ali

Aqeel Al-Aqeel, a/k/a Aqeel Abdul-Aziz Aqeel

Soliman H.S. Al-Buthe

Adnan Basha

Abdullah Binladin

Bakr Binladin

Yeslam Binladin

Saleh Kamel

---

[1] Saudi American Bank has been dismissed formally from all cases except for Estate of John P. O'Neill, Sr. v. Al Baraka, 04 CV 1923. The plaintiffs in that matter entered into a stipulation with Saudi American Bank agreeing to be bound to the results of briefing as to other cases, and Saudi American Bank was dismissed as to Ashton and Burnett in Judge Casey's January 18, 2005 decision, and as to Federal Insurance in his decision of November 20, 2006. Saudi American Bank is accordingly dismissed from the remaining cases against it.

Jamal Khalifa, a/k/a Mohammad Jamal Al Khalifa

Abdulrahman Bin Mahfouz

Khalid Bin Mahfouz

Dated: New York, New York
       August 10, 2011

                                            FERBER CHAN ESSNER & COLLER, LLP

                                            By: _____
                                                   Robert M. Kaplan (RK1428)
                                            Attorneys for Plaintiffs
                                            530 Fifth Avenue, 23rd Floor
                                            New York, New York 10036-5101
                                            (212) 944-2200

## EXHIBIT A

A. Decisions of the District Court:

   1. Decision of January 18, 2005

   2. Decision of September 21, 2005

   3. Decision of June 16, 2010, and filed June 17, 2010

   4. Decision of September 13, 2010

B. Orders of the District Court:

   1. Stipulation and order relating to Saudi American Bank dated October 7, 2010 and filed October 8, 2010

   2. Rule 54(b) Order dated July 13, 2011

   3. Clerk's Order and Rule 54(b) Judgment dated July 17, 2011

   4. January 13, 2010 Memorandum Decision and Order of Magistrate Judge Frank Maas, MDL document No. 2218, pertaining to National Commercial Bank

Court Name: District Court
Division: 1
Receipt Number: 465401312786
Cashier ID: clansley
Transaction Date: 08/11/2011
Payer Name: FERBER CHAN ESSNER AND COLLE

NOTICE OF APPEAL/DOCKETING FEE
For: FERBER CHAN ESSNER AND COLLER
Amount: $455.00

CHECK
Check/Money Order Num: 34
Amt Tendered: $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

03MD1570