

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) S.D. OF N.Y.<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*            *Federal Insurance Co., et al v. al Qaida, et al.,*
                                            03 CV 06978 (GBD)

### NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Federal Insurance Company; Pacific Indemnity

Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb

Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern

Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon

Insurance Company; One Beacon America Insurance Company; American Employers' Insurance

Company; The Camden Fire Insurance Association; Homeland Insurance Company of New

York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The

Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston

Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance

Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New

Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National

Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE

American Insurance Company; ACE Capital V Ltd for itself and as representative of all

subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance

Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE

Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers

Standard Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK, Ltd. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment entered on July 14, 2011, a copy of which is attached, in favor of defendant Saudi American Bank, and from each and every opinion and order upon which said defendant's judgment and underlying dismissal is based, and from each and every other prior opinion and order entered in this case, including, without limitation, the opinion and order issued on November 20, 2006.

Respectfully submitted,
COZEN O'CONNOR

BY:  *Sean Carter*
Stephen A. Cozen, Esquire
Elliott R. Feldman, Esquire
Sean P. Carter, Esquire
Stephen A. Miller, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000