UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/11
```

------------------------------------------------------------x

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

: **ORDER**

: 03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**ORIGINAL**

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the conference held on July 13, 2011, it is hereby ORDERED that the Scheduling Orders entered on Oct. 28, 2011 (Docket Entry No. 2381) and March 24, 2011 (Docket Entry No. 2419), shall be modified as follows:

1. By November 30, 2011, the parties shall complete their "rolling" production of documents.

2. By May 31, 2012, the parties shall complete all fact discovery concerning liability issues.

3. The schedule of discovery status conference set out in Docket Entry 2419 is modified to cancel the conferences previously scheduled for July 28, 2011, August 25, 2011, September 9, 2011, and September 30, 2011, and discovery status conferences shall be held on the following dates:

    a. August 11, 2011, at 11:00 a.m.
    b. September 8, 2011, at 11:00 a.m.
    c. October 19, 2011, at 2:00 p.m.
    d. November 16, 2011, at 2:00 p.m.
    e. December 14, 2011, at 2:00 p.m.
    f. January 11, 2012, at 2:00 p.m.
    g. February 15, 2012, at 2:00 p.m.

4. Counsel should not anticipate that there will be any further extension of the deadlines in paragraphs 1 and 2 absent extraordinary circumstances. /FM/

SO ORDERED.

Dated:     New York, New York
           July 27, 2011

                                                            _____
                                                             FRANK MAAS
                                                     United States Magistrate Judge