```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11
```



# COZEN O'CONNOR

MEMO ENDORSED

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax      215.701.2467
starbutton@cozen.com

August 16, 2011

**APPLICATION GRANTED
SO ORDERED**

*/s/ Frank Maas/*

Frank Maas, USMJ   8/16/11

**VIA FACSIMILE**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

I write on behalf of the Plaintiffs to respectfully request that the existing deadline for submitting Plaintiffs' Motion for Sanctions against defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO"), be extended by one week, from August 19, 2011 to August 26, 2011. Due to vacation and travel schedules of some members of the Plaintiffs' Executive Committees and the inherent difficulties of coordinating a joint submission on behalf of numerous parties with separate counsel, Plaintiffs believe that a one week extension is necessary.

The proposed extension would push all deadlines in the current briefing schedule by one week as follows:

    a.    By August 26, 2011, Plaintiffs shall serve and file their motion for sanctions against defendants MWL and IIRO.

    b.    By September 19, 2011, defendants MWL and IIRO shall serve and file their opposition papers.

The Honorable Frank Maas
August 16, 2011
Page 2

  c. By October 7, 2011, Plaintiffs shall serve and file their reply papers.

Plaintiffs have contacted Martin McMahon, Esq., counsel for the MWL and IIRO, to discuss the proposed extension, which he does not oppose.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

          Respectfully submitted,

          COZEN O'CONNOR

          By: J. Scott Tarbutton

JST

cc: Sean P. Carter, Esq.
  Robert T. Haefele, Esq.
  Jodi Westbrook Flowers, Esq.
  John M. Eubanks, Esq.
  James P. Kreindler, Esq.
  Andrew J. Maloney, Esq.
  Jerry S. Goldman, Esq.
  Martin McMahon, Esq.
  Alan Kabat, Esq.

PHILADELPHIA\6156544\1