http://www.treasury.gov/press-center/press-releases/Pages/tg1261.aspx

EXHIBIT 38

**U.S. DEPARTMENT OF THE TREASURY**

# Press Center

Home » Press Center » Press Releases » Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point

## Treasury Targets Key Al-Qa'ida Funding and Support Network Using Iran as a Critical Transit Point

7/28/2011

**WASHINGTON** – The U.S. Department of the Treasury today announced the designation of six members of an al-Qa'ida network headed by Ezedin Abdel Aziz Khalil, a prominent Iran-based al-Qa'ida facilitator, operating under an agreement between al-Qa'ida and the Iranian government. Today's action, taken pursuant to Executive Order (E.O.) 13224, demonstrates that Iran is a critical transit point for funding to support al-Qa'ida's activities in Afghanistan and Pakistan. This network serves as the core pipeline through which al-Qa'ida moves money, facilitators and operatives from across the Middle East to South Asia, including to Atiyah Abd al-Rahman, a key al-Qa'ida leader based in Pakistan, also designated today.

"Iran is the leading state sponsor of terrorism in the world today. By exposing Iran's secret deal with al-Qa'ida allowing it to funnel funds and operatives through its territory, we are illuminating yet another aspect of Iran's unmatched support for terrorism," said Under Secretary for Terrorism and Financial Intelligence David S. Cohen. "Today's action also seeks to disrupt this key network and deny al-Qa'ida's senior leadership much-needed support."

As a result of today's action, U.S. persons are prohibited from engaging in commercial or financial transactions with the designees, and any assets they may hold under U.S. jurisdiction are frozen. Treasury designated the following individuals today:

**Ezedin Abdel Aziz Khalil**
Khalil (a.k.a. Yasin al-Suri) is an Iran-based senior al-Qa'ida facilitator currently living and operating in Iran under an agreement between al-Qa'ida and the Iranian government. Iranian authorities maintain a relationship with Khalil and have permitted him to operate within Iran's borders since 2005. Khalil moves money and recruits from across the Middle East into Iran, then on to Pakistan for the benefit of al-Qa'ida senior leaders, including Atiyah Abd al-Rahman. Khalil has collected funding from various donors and fundraisers throughout the Gulf and is responsible for moving significant amounts of money via Iran for onward passage to al-Qa'ida's leadership in Afghanistan and Iraq. He has also facilitated the travel of extremist recruits for al-Qa'ida from the Gulf to Pakistan and Afghanistan via Iran. Khalil requires each operative to deliver $10,000 to al-Qa'ida in Pakistan.

As al-Qa'ida's representative in Iran, Khalil works with the Iranian government to arrange releases of al-Qa'ida personnel from Iranian prisons. When al-Qa'ida operatives are released, the Iranian government transfers them to Khalil, who then facilitates their travel to Pakistan.

**Atiyah Abd al-Rahman**
Al-Rahman is al-Qa'ida's overall commander in Pakistan's tribal areas and as of late 2010, the leader of al-Qa'ida in North and South Waziristan, Pakistan. Rahman was previously appointed by Usama bin Laden to serve as al-Qa'ida's emissary in Iran, a position which allowed him to travel in and out of Iran with the permission of Iranian officials.

**Umid Muhammadi**
Muhammadi is an al-Qa'ida facilitator and key supporter of al-Qa'ida in Iraq (AQI). Muhammadi has petitioned Iranian officials on al-Qa'ida's behalf to release operatives detained in Iran. Muhammadi has been involved in planning multiple attacks in Iraq and has trained extremists in the use of explosives. He has also received training in Afghanistan on the use of rockets and chemicals.

**Salim Hasan Khalifa Rashid al-Kuwari**
Al-Kuwari provides financial and logistical support to al-Qa'ida, primarily through al-Qa'ida facilitators in Iran. Based in Qatar, Kuwari has provided hundreds of thousands of dollars in financial support to al-Qa'ida and has provided funding for al-Qa'ida operations, as well as to secure the release of al-Qa'ida detainees in Iran and elsewhere. He has also facilitated travel for extremist recruits on behalf of senior al-Qa'ida facilitators based in Iran.

**Abdallah Ghanim Mafuz Muslim al-Khawar**
Al-Khawar has worked with Kuwari to deliver money, messages and other material support to al-Qa'ida elements in Iran. Like Kuwari, Khawar is based in Qatar and has helped to facilitate travel for extremists interested in traveling to Afghanistan for jihad.

**'Ali Hasan 'Ali al-'Ajmi**
Al-'Ajmi is a Kuwait-based associate of Khalil who provides financial and facilitation support to al-Qa'ida, AQI and the Taliban. 'Ajmi has collected money from individuals in Gulf countries and provided these funds to AQI facilitators as well as to the Taliban. He has also supported al-Qa'ida by facilitating travel for individuals associated with the group so that they could take part in fighting in Afghanistan.

Identifying Information:

**Individual:**    Ezedin Abdel Aziz Khalil
AKA:         Izz al-Din Abd al-Farid Khalil
AKA:          Yasin al-Suri
AKA:          Yaseen al-Suri
AKA:          Zayn al-Abadin
DOB:         1982
POB:          al-Qamishli, Syria

**Individual:**    Umid Muhammadi
AKA:          Omid Muhammadi
AKA:         'Umid 'Abd al-Majid Muhammad 'Aziz Muhammadi
AKA:         Umid al-Kurdi
AKA:          'Amid al-Kurdi
AKA:          Abu Sulayman al-Kurdi
AKA:         Arkan Mohammed Hussein Darwesh
AKA:         Hamza al-Kurdi
AKA:          Shahin Rawansari
DOB:          Circa 1967

**Individual:**    Atiyah Abd al-Rahman
AKA:         'Atiyah 'Abd al-Rahman al-Libi
AKA:         Jamal Ibrahim Muhammad al-Shitaywi
AKA:          Jamal al-Shtiwi
AKA:          Jamal al-Shitiwi

AKA:            Jamal al-Shatiwi
AKA:            Shaykh Mahmud al-Libi
DOB:            1969
Alt. DOB:       1965 – 1967
Alt. DOB:       1957 – 1960
POB:            Misrata, Libya

**Individual:    Salim Hasan Khalifah Rashid al-Kuwari**
AKA:            Salim Hassan Khalifa Rashid Al Kuwari
AKA:            Salim Hasan Khalifa Al Kawari
AKA:        Salim Al-Kowari
AKA:            Salem Al-Kuwari
DOB:            Circa 1977
Alt. DOB:       Circa 1978

**Individual:    Abdallah Ghanim Mahfuz Muslim Khawar**
AKA:            Abdullah Ghalib Mahfuz Muslim al-Khawar
AKA:            Abdullah Khowar
AKA:        Abdullah Al-Khowar
AKA:            Abdullah Ghanem Mahfouz Muslim Khawar
DOB:            August 17, 1981
Passport:   28163402296

**Individual:    Ali Hasan 'Ali al-Ajmi**
AKA:            'Ali Abu Hasan al-Yami
AKA:            'Ali bin Hasan
AKA:            'Ali Hasan al-'Ajami
AKA:            'Ali Hassan 'Ali al `Ajmi
AKA:            Abu al-Hassan
AKA:            Abu al-Hassan al-Ajmi
AKA:            Hassan al-Yami
AKA:            Husayn al-Yami
DOB:            January 14, 1979
Passport:   002981367 (Kuwait)