UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
                                    )
In re Terrorist Attacks on September 11, 2001   )   1:03-md-01570 GBD
                                    )   ECF Case
                                    )
                                    )
_____)

This document relates to:

*Burnett v. Al Baraka Investment & Devel. Corp. 03-cv-9849*
*Federal Insurance Co. v. Al Qaida 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp. 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp. 04-cv-07279*

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following changes, effective immediately, in firm name, address, and other contact information for Juan P. Morillo, counsel for Dubai Islamic Bank, a Defendant in the above-referenced actions.

Previous information:

> Juan P. Morillo
> Clifford Chance US LLP
> 2001 K St., NW
> Washington, DC 20006
> Phone: (202) 912-5000
> Fax:    (202) 912-6000
> Email: juan.morillo@cliffordchance.com

New information:

> Juan P. Morillo
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Ave., NW
> Washington, DC 20006
> Phone:  (202) 974-1740
> Fax:    (202) 974-1999
> Email: jmorillo@cgsh.com

Mr. Morillo will continue to be counsel of record for the above-captioned case.

Dated:  August 26, 2011

> Respectfully submitted,
>
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
>
> By:  */s/ Juan P. Morillo*
> Juan P. Morillo (admitted *pro hac vice*)
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Ave., NW
> Washington, DC 20006
> Phone:  (202) 974-1740
> Fax:    (202) 974-1999
> Email: jmorillo@cgsh.com
>
> *Counsel for Dubai Islamic Bank*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** ) ) ) ) ) ) ) ) | 1:03-md-01570 GBD<br><br>**Certificate of Service**<br>ECF Case |

This document relates to:

*Burnett v. Al Baraka Investment & Devel. Corp. 03-cv-9849*
*Federal Insurance Co. v. Al Qaida 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp. 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp. 04-cv-07279*

I, Heather E. Watson, hereby certify that I have this 26 day of August, 2011 caused to be served a true and correct copy of the foregoing document via the CM/ECF system, pursuant to ¶ 9(a) of Case Management Order No. 2.

Heather E. Watson