USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In Re:                                              :

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                        :

-------------------------------------------------------------x

**ORDER CANCELING**
**CONFERENCE**

03 MDL 1570 (GBD) (FM)

**FRANK MAAS**, United States Magistrate Judge.

        I have reviewed the Executive Committees' joint submission concerning the need for a conference on Thursday, September 8, 2011.  Since the two motions pending before me are fully submitted, I do not believe that a conference is warranted.  Accordingly, that conference is canceled.  The next discovery conference will be held, as previously scheduled, on October 19, 2011, at 2 p.m.

        SO ORDERED.

Dated:      New York, New York
          September 6, 2011

                        FRANK MAAS
                      United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF