# MARTIN F. MCMAHON & ASSOCIATES

**MEMO ENDORSED**

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

CHRISTINE M. HILGEMAN
Associate
Admitted in Virginia and the District of
Columbia

M. BARBARA KUBICZ
Of Counsel
Admitted in Maryland and the District of
Columbia

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and
Maryland

TODD E. GALLINGER
Of Counsel
Admitted in California and
New York

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and
Maryland

September 15, 2011

The Honorable Frank Maas
United States Magistrate Judge
United States Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY. 10007-1312

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11**

Re: **In re Terrorist Attacks on September 11, 2001, MDL 03-1570 (GBD)(FM)**

Dear Judge Maas:

I write to request that the court extend the Defendants' deadline to respond to the Plaintiffs' August 26, 2011 Letter for Sanctions.

Defendants' counsel was away on a business trip to Saudi Arabia from September 2, 2011, to September 10, 2011. The trip had to be scheduled post-Ramadan. The trip regards, among other things, document production and the instant case- counsel will be meeting with MWL and IIROSA while in Saudi Arabia. An extension of time is necessary in order for Defendants' to thoroughly and effectively respond to the Plaintiffs' letter for sanctions.

Accordingly, Defendants respectfully request to extend the deadline to respond to Plaintiffs' Letter for Sanctions until September 26, 2011. Plaintiffs' counsel has been contacted and the Plaintiffs do not oppose this extension.

Approved
FMaas, USMJ
9/16/11

Very truly yours,

Martin F. McMahon, Esq.

Cc: Sean Carter, Esq.
Robert T. Haefele, Esq.
Jodi Westbrook Flowers, Esq.
John Eubanks, Esq.
James Kreindler, Esq.

SEP 15 2011

Andrew Maloney, Esq.
Jerry Goldman, Esq.
Alan Kabat, Esq.