**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON          03-MD-1570

SEPTEMBER 11, 2001                           MDL 1570

------------------------------------------------------------x

*This filing pertains to:*

*All Cases*


**NOTICE OF TAG ALONG ACTION**

Counsel for the Havlish plaintiffs (*Havlish, et al. v. bin Laden, et al.*, case number 1:02CV00305, *Havlish, et al. v. bin Laden, et al.,* Civil Action No. 03 MDL 1570 (GBD); 03-CV-9848 (GBD)) and plaintiffs in *Alice Hoglan, a/k/a Alice Hoagland, named in her own right and as Personal Representative of the Estate of Mark Kendall Bingham, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-01634 (RMC) (hereinafter "*Bingham*") hereby notify the Court and all counsel that the Notice of Tag Along Action attached hereto as Exhibit A has been filed with the United States Judicial Panel on Multidistrict Litigaiton.

Respectfully Submitted this 27th day of September, 2011,

              /s/ *Stephen A. Corr*
              Thomas E. Mellon, Jr. (PA Bar No. 16767)
              Stephen A. Corr (PA Bar No. 65266)
              MELLON WEBSTER & SHELLY
              87 North Broad Street
              Doylestown, PA  18901
              tmellon@mellonwebster.com
              scorr@mellonwebster.com
              (215) 348-7700

              Walter S. Batty, Jr. (PA Bar No. 02530)
              c/o MELLON WEBSTER & SHELLY
              87 North Broad Street
              Doylestown, PA  18901

(215) 348-7700

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS QUINN
   & PANTAZIS, PLLC
1850 M Street, NW, Suite 720
Washington, DC  20009
(202) 467-4123

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
Melina Goldfarb (AL Bar No. ASB- 3739-R71M)
WIGGINS CHILDS QUINN
   & PANTAZIS, LLC
The Kress Building, 301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN  46260
(317) 582-0000

J.D. Lee (TN Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LAW OFFICE OF J.D. LEE
422 South Gay Street, 3rd Floor
Knoxville, TN  37902
(865) 544-0101
Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS
   YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL  32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
LAMM RUBENSTONE, LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053
(215) 638-9330

Donald J. Winder (UT Bar No. 3519)
Jerald V. Hale (UT Bar No. 8466)
WINDER & COUNSEL, PC

2

175 West 200 South, Suite 4000
P.O. BOX 2668
Salt Lake City, UT  84110-2668
(801) 322-2222

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MEYERS, MIELKE
   & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL  60174
(630) 232-6333
(630) 845-8982

*Attorneys for the Havlish Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Tag Along Action is being filed through the ECF/CM system and that all registered users will be served through that system. I further certify that the Defendants named in the tag along action have failed to appear in all related actions and defaults have been entered against these defendants in each of the related actions. A copy of the Notice of Tag Along Action is being filed in the U.S.D.C., District of Columbia, No. 1:11-cv-01634.

    /s/ *Stephen A. Corr*
Thomas E. Mellon, Jr. (PA Bar No. 16767)
Stephen A. Corr (PA Bar No. 65266)
MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
tmellon@mellonwebster.com
scorr@mellonwebster.com
(215) 348-7700