

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/11

**MEMO ENDORSED**

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA FACSIMILE**

September 29, 2011

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

By letter dated September 15, 2011, defendants Muslim World League (MWL) and International Islamic Relief Organization (IIRO) requested a one week extension for filing their opposition to Plaintiffs' August 19, 2011 Motion for Sanctions. The Court granted that request by Order dated September 16, 2011, setting a revised deadline of September 26, 2011 for the defendants' opposition.

The letter submitted by the MWL and IIRO concerning the requested extension did not reference any revised date for the filing of plaintiffs' reply papers. Pursuant to the original briefing schedule set by the Court relative to this dispute, plaintiffs' reply was to be filed eighteen (18) days after the filing of the defendants' opposition.

Consistent with the original briefing schedule set by the Court, plaintiffs write to respectfully request that the Court formally set the deadline for plaintiffs' reply for October 14, 2011, eighteen (18) days following the filing of the defendants' opposition.

*Of course!*
*FMM*
*USMJ*
*9/30/11*

The Honorable Frank Maas
September 29, 2011
Page 2

Plaintiffs thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Sean P. Carter
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

SPC/bdw

cc:   Martini McMahon, Esquire
      Jodi Flowers, Esquire
      Robert Haefele, Esquire
      James Kreindler, Esquire
      Andrew Maloney, Esquire
      Jerry Goldman, Esquire
      Stephen A. Cozen, Esquire
      Elliott R. Feldman, Esquire
      Scott Tarbutton, Esquire

PHILADELPHIA\6202431\1 117430.000