UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                       :
In re Terrorist Attacks on September 11, 2001   :   ORDER
                                       :
                                       :   03-MDL-1570 (GBD)
                                       :   03-CV-9848 (GBD)
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
                                       :
------------------------------------ X

GEORGE B. DANIELS, District Judge:

A hearing on Plaintiffs' Motion for Entry of Judgment By Default Against Sovereign Defendants is scheduled for December 15, 2011 at 10:30 a.m.

Dated: October 19, 2011
New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge