USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/10



**COZEN O'CONNOR**   MEMO ENDORSED

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

Sean P. Carter
Direct Phone   215.665.2105
Direct Fax       215.701.2105
scarter@cozen.com

December 29, 2010

**VIA FEDERAL EXPRESS**

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

*/s/ Frank Maas*
Frank Maas, USMJ  12/30/10

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

I write on behalf of the plaintiffs to request that the existing deadline for responding to written discovery requests be extended by two weeks, from January 7, 2011 to January 21, 2011.

As Your Honor is aware, the existing Scheduling Order required the parties to serve written discovery requests on or before December 10, 2010. On that date, four of the defendants served 14 separate sets of written discovery requests on plaintiffs.[1] Due to the varying holiday and vacation schedules of the members of the Plaintiffs' Executive Committees, plaintiffs have had limited ability to coordinate their efforts to prepare responses to those discovery requests over the last few weeks, an impediment that has effectively truncated the already aggressive schedule for responding to written discovery. As a result, plaintiffs respectfully request a two week extension of the deadline for all parties to respond to written discovery requests, to allow plaintiffs sufficient time to coordinate their responses.

---

[1] Other of the defendants served their written discovery earlier in the litigation.

The Honorable Frank Maas
December 29, 2010
Page 2

On December 20, 2010, plaintiffs wrote to the defendants to request their consent to this proposed extension. On December 23, 2010, the defendants responded by email, requesting that the following statement be included in this submission on their behalf:

> Defendants do not oppose plaintiffs' request for an extension of time for serving responses to discovery, provided that plaintiffs provide their Amended Initial Disclosures by December 31, 2010.

With regard to the defendants' statement, plaintiffs note that they will be serving their Amended Initial Disclosures on December 31, 2010.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

BY: SEAN P. CARTER

SPC/bdw
cc: Jodi Flowers, Esquire
    James Kreindler, Esquire
    Robert Haefele, Esquire
    Andrew Maloney, Esquire
    Jerry Goldman, Esquire
    Alan Kabat, Esquire
    Stephen A. Cozen, Esquire
    Scott R. Tarbutton, Esquire
    Adam Bonin, Esquire

PHILADELPHIA\5850189\1   117430.000