```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

                                      :     **ORDER**

  TERRORIST ATTACKS ON
  SEPTEMBER 11, 2001               :     03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. The parties shall comply with my discovery rulings made during the conference.

2. The deadline for rolling document production shall be extended to January 30, 2012.

3. Further discovery conferences shall be held at 2 p.m. in Courtroom 20A on the following dates:

    a. January 11, 2012.

    b. February 15, 2012.

    c. March 15, 2012.

    d. April 12, 2012.

    e. May 17, 2012.

    SO ORDERED.

Dated:    New York, New York
             November 16, 2011

                                                           FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF