# GOETZ & ECKLAND P.A.

MEMO ENDORSED

CIVIL LITIGATION • CRIMINAL DEFENSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/11

November 28, 2011

NOV 29 2011

The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MD 1570 (GBD)(FM)

Dear Judge Maas:

I write on behalf of defendants World Assembly of Muslim Youth- Saudi Arabia and World Assembly of Muslim Youth International (hereafter "WAMY") to respectfully request that this Court issue an order allowing counsel for WAMY to obtain copies of the transcripts of the depositions of the following persons and copies of all exhibits introduced at said depositions:

- Yaqub Mirza
- Jamal Barzinji
- Hisham Altalib

The depositions were taken between October 26 and October 28, 2011, in the Eastern District of Virginia before court reporters from TC Reporting, Inc. Counsel for WAMY, Omar Mohammedi, received communication from Theresa Winter, CEO and President of TC Reporting, Inc., indicating that she spoke with Nolan Robinson of your chambers regarding this issue. Ms. Winter has indicated that she has been instructed that all requests for permission to receive access to transcripts should be made in writing to the Court. Consequently, WAMY now makes such request.

WAMY acknowledges that depositions and all exhibits would be subject to Judge Casey's Protective Order of October 3, 2006. Given the agreement that the exhibits and transcripts are confidential, Steven Barentzen, counsel for the above witnesses does not object to WAMY obtaining copies.

> Communications with the Court should be copied to all counsel, not merely those most directly involved. In any event, since I understand that plaintiffs do not object, this request is approved.
> /s/ Maas, USMJ, 11/29/11

EXPOSITION HALL AT RIVERPLACE
43 MAIN STREET S.E., SUITE 505
MINNEAPOLIS, MN 55414

PHONE 612-874-1552
FAX 612-331-2473
WWW.GOETZECKLANDLAW.COM

Thank you your Honor for your time and consideration of this request.

Sincerely,

GOETZ & ECKLAND P.A.

By: _____
Frederick J. Goetz

FJG/arl
cc: Alan Kabat
 Steven Barentzen
 Omar Mohammedi
 Nancy Luque