

LAW OFFICES
**Mellon Webster & Shelly**
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

scorr@mellonwebster.com
Direct Dial: 215-589-6140

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2011**

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
STEPHEN A. CORR*
THOMAS P. DONNELLY*
SAMUEL C. TOTARO, JR.
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

*ADMITTED IN PA & NJ

December 12, 2011

**FACSIMILE (212) 805-6737**

Honorable George B. Daniels
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Terrorist Attacks on Sept. 11, 2001, 03 MDL 1570*
*Havlish, et al. v. bin-Laden, et al., 1:03-cv-09848*

Dear Judge Daniels:

As you know, on Thursday December 15, 2011, Plaintiffs in the above-referenced matter will be making a presentation in support of their Motion for Judgment by Default. As part of that presentation, counsel for the Plaintiffs will be using a PowerPoint presentation. I write today to request an Order granting me permission to bring a laptop computer and a LCD projector into the courtroom on Thursday December 15, 2011.

Very truly yours,

Stephen A. Corr

SAC:ss

DEC 13 2011

**IT IS SO ORDERED**

George B. Daniels
United States District Judge

INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS