UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

IN RE: TERRORIST ATTACKS ON           03 MDL 1570 (GBD)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (GBD)
_____

## ORDER

Plaintiffs' unopposed Motion to Partially Unseal Previously Sealed Evidence is

GRANTED.

Dated: _____

New York, NY

                        **SO ORDERED:**


_____
GEORGE B. DANIELS
United States District Judge