UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (GBD)

---------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 15 2011

**ORDER**

Plaintiffs' unopposed Motion to Partially Unseal Previously Sealed Evidence is GRANTED.

Dated: December 15, 2011

New York, NY

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge