UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
```
In Re:                                         :

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                   :     03 MDL 1570 (GBD) (FM)

```
------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/11

~~ORDER~~

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the conference held on December 14, 2011, it is hereby

ORDERED that:

1. Inasmuch as no stay has been granted, by January 20, 2012, defendant Perouz Sedaghaty shall produce the documents responsive to the Plaintiffs' First Set of Requests for Production of Documents.

2. The Federal Insurance Plaintiffs shall produce all treaty reinsurance agreements that relate to claims pending against the remaining Defendants.

3. The Plaintiffs shall produce all documents referred to in the Plaintiffs' initial disclosures that relate to claims presently pending against the Defendants in this lawsuit.

4. The Plaintiffs shall produce all documents relating to any person upon whose statements they plan to rely either at trial or in connection with summary judgment.

5. The parties shall comply with any other discovery rulings made during the conference.

6. The next discovery conference shall be held on January 13, 2012, at 2 p.m., in Courtroom 20A.

    SO ORDERED.

Dated:    New York, New York
           December 15, 2011

                                          FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

2