UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

------------------------------------------------------------x

Civil Action No.

03 MDL 1570 (GBD)

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased, *et al.*,   :

               Plaintiffs,   :
          v.   :

USAMA BIN LADEN,   :

        : CIVIL ACTION NO. 03-CV-9848 –GBD

AL-QAEDA/ISLAMIC ARMY,   :

THE TALIBAN, a.k.a. the Islamic
Emirate of Afghanistan   :

MUHAMMAD OMAR,   :

THE ISLAMIC REPUBLIC OF IRAN,   :

AYATOLLAH  ALI  HOSEINI  KHAMENEI,   :

ALI AKBAR HASHEMI RAFSANJANI,   :

INFORMATION AND SECURITY,   :

THE ISLAMIC REVOLUTIONARY
GUARD CORPS,   :

HEZBOLLAH,   :

THE IRANIAN MINISTRY  OF PETROLEUM,   :

THE NATIONAL IRANIAN
TANKER CORPORATION,   :

THE NATIONAL IRANIAN
OIL CORPORATION,   :

|                                                      |   |
|------------------------------------------------------|---|
| THE NATIONAL IRANIAN<br>GAS COMPANY,                 | : |
| IRAN AIRLINES,                                       | : |
| THE NATIONAL IRANIAN<br>PETROCHEMICAL COMPANY,       | : |
| IRANIAN MINISTRY OF<br>ECONOMIC AFFAIRS AND FINANCE  | : |
| IRANIAN MINISTRY OF<br>COMMERCE,                     | : |
| IRANIAN MINISTRY OF DEFENSE<br>AND ARMED FORCES LOGISTICS, | : |
| THE CENTRAL BANK OF THE<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, | : |
| Defendants.                                          | : |

---

## <u>ORDER OF JUDGMENT</u>

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court

on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the

December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Judgment by Default Against Sovereign

Defendants, The Islamic Republic of Iran, Ayatollah Ali Hoseini-Khamenei, Ali Akbar Hashemi

Rafsanjani, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard

Corps., Hezbollah, The Iranian Ministry of Petroleum, The National Iranian Tanker Corporation,

The National Iranian Gas Company, Iran Airlines, The National Iranian Petrochemical

Company, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce,

Iranian Ministry of Defense and Armed Forces Logistics, and The Central Bank of the Islamic

Republic of Iran (the "Sovereign Defendants") is GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Sovereign Defendants;

ORDERED, that Plaintiffs' Motion for Judgment by Default Against Non-Sovereign Defendants, Sheikh Usamah Bin-Muhammad Bin-Laden, a/k/a Osama bin-Laden, The Taliban, a/k/a The Islamic Emirate of Afghanistan, Muhammad Omar, and Al Qaeda/Islamic Army (the "Non-Sovereign Defendants") is GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Non-Sovereign Defendants;

ORDERED that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive; and it is further

ORDERED that the Clerk of Court shall arrange for the Findings of Fact, Conclusion of Law, and Order of Judgment to be translated into Farsi and cause a copy to be transmitted to the United States Department of State for service.

SO ORDERED

DATED _____          _____
                                       George B. Daniels
                                       United States District Judge