UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                            :
                                                                                       :   No.: 03 MD 1570 (GBD)
Terrorist Attacks on September 11, 2001                          :
                                                                                       :   **NOTICE OF APPEARANCE**
This paper applies to: *Fed. Ins. Co., et al. v.*
*al Qaida, et al.*, 03-cv-06978 (GBD)                              :
                                                                                       :
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Dorothy J. Spenner, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of the Federal Insurance Plaintiffs in *Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD). The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  New York, New York
            December 21, 2011

                                    SIDLEY AUSTIN LLP

                    By:   /s/ Dorothy J. Spenner
                           Dorothy J. Spenner (dspenner@sidley.com)
                           787 Seventh Avenue
                           New York, New York 10019
                           Telephone: (212) 839-5300
                           Facsimile: (212) 839-5599

                           *Attorney for Federal Insurance Plaintiffs*