**MANDATE**

N.Y.S.D. Case #
03-md-1570(GBD)
09-cv-7055(GBD)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of November, two thousand eleven.

Before:    AMALYA L. KEARSE,
           GUIDO CALABRESI,
           RICHARD C. WESLEY,
                *Circuit Judges.*

John Doe, in his capacity as the executor of the Estate of JANE DOE,
in his personal capacity, and as the personal representative of JANE DOE,,

    Plaintiff-Appellee,

    v.

Sheikh Usama Bin-Muhammad Bin-laden,
also known as Osama Bin Laden, Al Qaeda,
also known as Islamic Army, The Taliban, Republic of Iraq,

    Defendants-Appellees,

Islamic Emirate of Afghanistan,
also known as Islamic State of Afghanistan,

    Defendant-Appellant.

JUDGMENT
Docket No.: 09-4958

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 01, 2011

The appeal in the above-captioned case from an order of United States District Court for the District of Columbia was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the order of the District Court is AFFIRMED and the case is REMANDED to the Southern District of New York, in accordance with the opinion of this Court.

FOR THE COURT,
CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/01/2011