# **Exhibit 1**



# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Sean P. Carter**
Direct Phone   215.665.2105
Direct Fax       215.701.2105
scarter@cozen.com

November 25, 2008

**VIA FEDERAL EXPRESS**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moyniham United States
Courthouse
500 Pearl Street, Room 630
New York, NY   10007

Re:   *In Re: September 11, 2001 World Trade Center Attack, 03 MDL 1570 (GBD)*

Dear Judge Daniels:

Enclosed is a courtesy copy of the Petition for Writ of Certiorari filed in the Supreme Court of the United States, as well as the Appendix thereto.

Respectfully, submitted,

COZEN O'CONNOR

BY:   SEAN P. CARTER

SPC:bdw
Enclosure

cc:   The Honorable Frank Maas (via Federal Express)
All Counsel of Record (via E-mail)