USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to: *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (GBD/FM)

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on September 4, 2002 with the filing of the Complaint, and the Consolidated Master Complaint was filed on March 6, 2003. The Consolidated Master Complaint and Summons were served on Defendant, the Islamic Republic of Iran ("Iran"), as follows:

Service was effectuated on Defendant Iran through diplomatic channels by the Untied States Department of State on April 30, 2003. Proof of such service was transmitted to me, SDNY Clerk 1. Michael McMahon, by the U.S. Department of State on July 7, 2003. Proof of such service was filed by the Plaintiffs on September 16, 2005.

I further certify that the docket entries indicate that Defendant, the Islamic Republic of Iran, has not filed an answer or otherwise moved with respect to the Consolidated Master Complaint. The default of the Defendant, the Islamic Republic of Iran, is hereby noted.

Dated: December 22, 2011
New York, New York

RUBY J. KRAJICK
Clerk of the Court

By:_____
Deputy Clerk