UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
IN RE: TERRORIST ATTACKS ON         )    **Civil Action No. 03 MDL 1570 (GBD)**
SEPTEMBER 11, 2001                  )    **ECF Case**
_____)

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-08591
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-06977
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-5970

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR RELIEF OF FINAL JUDGMENTS**

Defendants Kingdom of Saudi Arabia ("Kingdom") and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") hereby request an extension of the deadline for the parties to file their respective Oppositions to Plaintiffs' Motion for Relief of the Final Judgments Entered in Favor of the Kingdom and SHC (ECF Nos. 2507-2509). Plaintiffs have advised undersigned counsel that they consent to the requested extension.

Pursuant to Local Civil Rule 6.1(b), the current deadline for Oppositions to Plaintiffs' motion is January 9, 2012. The Kingdom and SHC request an extension of three weeks to and including January 30, 2012. A proposed form of order granting the requested relief is attached to this consent motion.

Respectfully submitted,

/s/  *Mark C. Hansen*

Mark C. Hansen (MH0359)
Michael K. Kellogg (MK4579)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900

*Attorneys for The Kingdom of Saudi Arabia*

Lawrence S. Robbins (LR 8917)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411
Washington, D.C.  20009
Phone:  (202) 775-4500
Fax:  (202) 775-4510

Counsel for Defendant the Saudi High Commission

December 23, 2011

**CERTIFICATE OF SERVICE**

     I hereby certify that, on this 23rd day of December 2011, I caused copies of the Consent Motion for Extension of Time To File Opposition to Plaintiffs' Motion for Relief of Final Judgments to be served electronically pursuant to the Court's ECF system and by United States first-class mail on any parties not participating with the Court's ECF system as thereafter advised by the Court.

                                          /s/ *Michael K. Kellogg*
                                          Michael K. Kellogg