

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-08591
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-06977
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-5970

**PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR RELIEF OF FINAL JUDGMENTS**

This matter came before the Court pursuant to Defendants' Consent Motion for Extension of Deadline to File Oppositions to Plaintiffs' Motion for Relief of Final Judgments. After consideration of the consent motion,

**IT IS HEREBY ORDERED** that Defendants' deadline to file their respective Oppositions to Plaintiffs' Motion for Relief of Final Judgments be extended to and including January 30, 2012.

Signed this ____ day of DEC 29 2011 20__.

_____
GEORGE B. DANIELS
UNITED STATES DISTRCIT JUDGE