UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978

## WITHDRAWAL OF APPEARANCE

KINDLY withdraw the appearance of Adam C. Bonin, Esquire, as Counsel on behalf of all plaintiffs in *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978.

COZEN O'CONNOR

Dated: December 30, 2011

/s/_____
Stephen A. Cozen, Esq.
Sean P. Carter, Esq.
Adam C. Bonin, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the Withdrawal of Appearance was filed electronically this 30th day of December 2011.  Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system.  Parties may access this filing through the Court's ECF system.


              _____/s/_____
               Adam C. Bonin, Esq.