N.Y.S.D. Case #
03-md-1570(GBD)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of January, two thousand and twelve.

Before:     Peter W. Hall,
                 *Circuit Judge*.

_____

In re: Perouz Sedaghaty,

-----------------------------------------------------------------

Perouz Sedaghaty,

        *Petitioner*,

        v.

Kathleen Ashton, as Administrator of the Estate of
Thomas Ashton, deceased and on behalf of all survivors
of Thomas Ashton, Burnett and Euro Broker Plaintiffs,
Continental Casualty Plaintiffs, Federal Insurance Plaintiffs,

        *Respondents*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 10, 2012

ORDER

Docket Number: 11-5371

IT IS HEREBY ORDERED that the motion by the Petitioner to stay discovery pending resolution of the Petition for Writ of Mandamus is DENIED. Any further request for relief shall be referred to the panel assigned to decide Petitioner's application for a Writ of Mandamus.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



CERTIFIED COPY ISSUED ON 01/09/2012