UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                      :
In re Terrorist Attacks on September 11, 2001   :       ORDER
                                      :
                                      :    03-MDL-1570 (GBD)
                                      :
                                      :
                                      :
                                      :
                                      :
                                      :
------------------------------------ X

GEORGE B. DANIELS, District Judge:

The conference in this matter scheduled for January 13, 2012 at 11:00 a.m. is adjourned to March 15, 2012 at 11:00 a.m. Oral argument on Plaintiffs' Motion to Vacate Judgment will be heard at that conference.

Dated: January 11, 2012
New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge