USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 12 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
|---|---|

This document applies to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978

## WITHDRAWAL OF APPEARANCE

KINDLY withdraw the appearance of Adam C. Bonin, Esquire, as Counsel on behalf of all plaintiffs in *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978.

COZEN O'CONNOR

Dated: December 30, 2011

/s/ _____
Stephen A. Cozen, Esq.
Sean P. Carter, Esq.
Adam C. Bonin, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

SO ORDERED:
/s/ George B. Daniel
George B. Daniels, U.S.D.J.

Dated: JAN 12 2012