# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)




## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dorothy J. Spenner, a member in good standing of the bar of this Court, upon the annexed affidavit with exhibits attached thereto, hereby move for an Order allowing the admission *pro hac vice* of:

> Richard Klingler
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> Phone: (202) 736-8000
> Fax: (202) 736-8711
> rklingler@sidley.com

Richard Klingler is a member in good standing of the District of Columbia Bar.

There are no pending disciplinary proceedings against Richard Klingler in any State or Federal Court.

Dated: New York, New York
       December 21, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Dorothy J. Spenner
Dorothy J. Spenner
(dspenner@sidley.com)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorney for* Federal Insurance *Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK          )
                                               ) s.s.:
COUNTY OF NEW YORK    )

Dorothy J. Spenner, being duly sworn, hereby deposes and says:

1. I am a partner of the law firm of Sidley Austin LLP, counsel for *Federal Insurance* Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of *Federal Insurance* Plaintiffs' motion to admit Richard Klingler as counsel *pro hac vice* to represent *Federal Insurance* Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Richard Klingler is a partner in the Washington, D.C. office of the law firm Sidley Austin LLP, counsel for *Federal Insurance* Plaintiffs. Mr. Klingler is a member in good standing of the bar of the District of Columbia. Mr. Klingler's Certificate of Good Standing for the bar of the District of Columbia is attached hereto as Exhibit A.

4. I respectfully submit a proposed order granting the admission of Richard Klingler *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Richard Klingler, *pro hac vice*, to represent *Federal Insurance* Plaintiffs in the above-captioned matter be granted.

Dated: December 21, 2011
New York, New York

_____
Dorothy J. Spenner

Subscribed and sworn to before me
this 21st day of December, 2011

_____
Notary Public

RUTH STEVENS
Notary Public, State of New York
No. 01ST5071567
Qualified in Kings County
Certificate Filed in New York County
Commission Expires January 13, 2015

2

DC1 2275881v.1

# EXHIBIT A

DCI 2275881v.1



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____RICHARD  D.  KLINGLER_____

was on the ___10TH___ day of ___SEPTEMBER, 1993___

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

DCI 2275885v.1

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

## ORDER FOR ADMISSION *PRO HAC VICE* UPON WRITTEN MOTION

Upon the motion of Dorothy J. Spenner, attorney for *Federal Insurance* Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard Klingler |
| Firm Name: | Sidley Austin LLP |
| Address: | 1501 K Street, NW |
| City/State/Zip | Washington, DC 20005 |
| Phone number: | (212) 736-8000 |
| Fax number: | (212) 736-8711 |
| Email address: | rklingler@sidley.com |

is admitted to practice *pro hac vice* as counsel for *Federal Insurance* Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December __, 2011
New York, New York

---
Honorable George B. Daniels
United States District Judge

5

DC1 2275881v.1

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the attached Motion to Admit Counsel *Pro Hac Vice*, the attached Affidavit In Support Of Motion To Admit Counsel *Pro Hac Vice*, and the Exhibits attached thereto were served via email on December 29, 2011 upon all counsel of record in 03 MDL 1570.

Ricardo A. Murray

2

NY1 7838022v.1