```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

                                                              :       **SCHEDULING ORDER**

    TERRORIST ATTACKS ON                        03 MDL 1570
    SEPTEMBER 11, 2001                              :

-----------------------------------------------------------x

1. On December 22, 2011, Judge Daniels granted the plaintiffs' motion for a default judgment against several of the defendants in <u>Havlish, et al. v. bin Laden, et. al.</u>, No. 03 Civ. 9848. (ECF No. 2516). Judge Daniels further ordered that the case be referred the to me to conduct an inquest. Accordingly, I direct that on or before February 14, 2012, plaintiff file an inquest memorandum, accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this action and, if applicable, its reasonable attorney's fees, together with proposed findings of fact and conclusions of law.

2. I further direct that on or before February 28, 2012, any defendant wishing to file any opposing papers do so. Such defendant also must state (a) whether a hearing is requested for the purpose of cross-examining plaintiff's affiants, and (b) whether a hearing is requested for the purpose of calling witnesses (and, if so, the name and address of each witness).

3. Courtesy copies of all papers served and filed in connection with the inquest shall be sent to my Chambers at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. The plaintiff may request a hearing within ten business days after any defendant's papers are served and filed. If a hearing is requested by any party, the date shall be fixed by the

Court. If no request for a hearing is made by any party, I shall make my report and recommendation on the basis of the papers submitted to me without any oral argument.

5. Any request for an adjournment of any scheduled date must be made in writing at least 48 hours in advance. Telephone requests for adjournments will not be entertained.

SO ORDERED

Dated: New York, New York
January 13, 2012

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF