

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Dorothy J. Spenner, a member in good standing of the bar of this Court, upon the annexed affidavit with exhibits attached thereto, hereby move for an Order allowing the admission *pro hac vice* of:

> Carter G. Phillips
> Sidley Austin LLP
> 1501 K Street, NW
> Washington, DC 20005
> Phone: (202) 736-8000
> Fax: (202) 736-8711
> cphillips@sidley.com

Carter G. Phillips is a member in good standing of the District of Columbia Bar.

There are no pending disciplinary proceedings against Carter G. Phillips in any State or Federal Court.

Dated: New York, New York
December 21, 2011

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Dorothy J. Spenner
Dorothy J. Spenner
(dspenner@sidley.com)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Fax: (212) 839-5599

*Attorney for* Federal Insurance *Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NEW YORK   )

Dorothy J. Spenner, being duly sworn, hereby deposes and says:

1. I am a partner of the law firm of Sidley Austin LLP, counsel for *Federal Insurance* Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of *Federal Insurance* Plaintiffs' motion to admit Carter G. Phillips as counsel *pro hac vice* to represent *Federal Insurance* Plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Carter G. Phillips is a partner in the Washington, D.C. office of the law firm Sidley Austin LLP, counsel for *Federal Insurance* Plaintiffs. Mr. Phillips is a member in good standing of the bar of the District of Columbia and the bar of the State of Illinois. Mr. Phillips's Certificates of Good Standing for the bar of the District of Columbia and the bar of the State of Illinois are attached hereto as Exhibit A.

4. I respectfully submit a proposed order granting the admission of Carter G. Phillips *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Carter G. Phillips, *pro hac vice*, to represent *Federal Insurance* Plaintiffs in the above-captioned matter be granted.

Dated: December 21, 2011
New York, New York

_____
Dorothy J. Spenner

Subscribed and sworn to before me
this 21st day of December, 2011

_____
Notary Public

RUTH STEVENS
Notary Public, State of New York
No. 01ST5071587
Qualified in Kings County
Certificate Filed in New York County
Commission Expires January 13, 2015

# EXHIBIT A

DC1 2275885v.1



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**CARTER G. PHILLIPS**

was on the 12TH day of APRIL, 1979 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2011.*

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Carter Glasgow Phillips

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 6, 1977 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, December 20, 2011.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

### ORDER FOR ADMISSION *PRO HAC VICE* UPON WRITTEN MOTION

Upon the motion of Dorothy J. Spenner, attorney for *Federal Insurance* Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Carter G. Phillips |
| Firm Name: | Sidley Austin LLP |
| Address: | 1501 K Street, NW |
| City/State/Zip | Washington, DC 20005 |
| Phone number: | (212) 736-8000 |
| Fax number: | (212) 736-8711 |
| Email address: | cphillips@sidley.com |

is admitted to practice *pro hac vice* as counsel for *Federal Insurance* Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December __, 2011
New York, New York

                                                                        Honorable George B. Daniels
                                                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the attached Motion to Admit Counsel *Pro Hac Vice*, the attached Affidavit In Support Of Motion To Admit Counsel *Pro Hac Vice*, and the Exhibits attached thereto were served via email on December 29, 2011 upon all counsel of record in 03 MDL 1570."

.

_____
Ricardo A. Murray

NY1 7838022v.1