

**LAW OFFICES**
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

## MEMO ENDORSED

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
STEPHEN A. CORR*
THOMAS P. DONNELLY*
SAMUEL C. TOTARO, JR.
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

January 25, 2012

*ADMITTED IN PA & NJ
*Via Facsimile*

Frank Maas, United State Majestic Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Terrorist Attacks on Sept. 11, 2001, 03 MDL 1570*
*Havlish, et al. v. bin Laden, et al., 1:03-cv-9848*

Dear Judge Maas:

Havlish counsel are in receipt of your Order filed on January 13, 2012 in reference to the Terrorists Attacks on September the 11, 2001; 03 MDL 1570, more specifically, *Havlish v. Bin Laden*, Civil Action No. 03-CV-9848. Your Order set forth certain assignments to be completed by February 14, 2012 and submissions to be provided to the Court on or before February 28, 2012.

Several Plaintiffs have requested their financial information be submitted under seal to protect the privacy of family financial matters. Accordingly, counsel for Plaintiffs respectfully requests a short telephonic conference to discuss the Court's favor regarding:

(a) file under seal all compensatory economic information for all Plaintiffs; or
(b) file under seal the economic portion of the Plaintiffs' claims if explicitly requested by the claimant's estate or a surviving claimant.

In short, we wish to provide maximum public exposure while protecting privacy interest of the decedents' family members. Thank you for your attention to this matter.

Respectfully Submitted,

Thomas E. Mellon, Jr.

TEM:vmk
cc: Nolan Robinson, Law Clerk

**[Handwritten endorsement:]** The Court will hold a telephone conference to discuss this issue on January 30 at 10 a.m. Any counsel or party wishing to participate in the conference should notify Mr. Mellon by noon on January 27, and Mr. Mellon shall initiate the conference call and arrange for the participation of all interested parties/counsel.

Maas, USMJ, 1/25/12

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/25/12