## CERTIFICATE OF FILING AND SERVICE

I certify that I over 18 years of age, am not a party to this action, and that on this 1st day of February 2012, all parties of record were served via the Court's Electronic Case Filing service with copies of the following document(s):

1. NOTICE OF JOINDER

2. CETTIFICATE OF SERVICE

_____
Christopher T. Leonardo