UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
IN RE:  TERRORIST ATTACKS ON          )   **Civil Action No. 03 MDL 1570 (GBD)**
SEPTEMBER 11, 2001                    )   **ECF Case**
_____)

This document relates to:

*Cantor Fitzgerald L.P. et al. v. Akida Investment Co. et al.*, 04 CV 7065 (GBD)
*EuroBrokers, Inc. v. Al Baraka Inv. & Dev. Corp., et al.*, 04 CV 07279 (GBD)

**RESPONSE TO NOTICE OF JOINDER**

      The Cantor Fitzgerald L.P. and EuroBrokers, Inc. plaintiffs (collectively, "Additional Plaintiffs") have sought to join in the Motion for Relief of the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina, filed at ECF No. 2507, on December 21, 2011.  Counsel for Additional Plaintiffs have indicated that they will not file further briefing but intend to rely on the briefing already filed at ECF No. 2509, on December 22, 2011.  Counsel for Additional Plaintiffs have further indicated that they do not object to Defendants the Kingdom of Saudi Arabia ("KSA") and the Saudi High Commission ("SHC") relying on their previously filed opposition.

      Based on those representations, KSA and SHC do not object to Additional Plaintiffs joining in the already-filed Rule 60(b) motion, which should be denied for the reasons stated in Defendants' Consolidated Memorandum of Law in Opposition to Plaintiffs Motion for Relief of Final Judgments, filed at ECF No. 2542, on January 30, 2012.

        Respectfully submitted,


        /s/ *Mark C. Hansen*
        Mark C. Hansen (MH0359)
        Michael K. Kellogg (MK4579)
        KELLOGG, HUBER, HANSEN, TODD,
          EVANS & FIGEL P.L.L.C.
        Sumner Square
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036-3209
        (202) 326-7900

        *Attorneys for the Kingdom of Saudi Arabia*


        Lawrence S. Robbins (LR 8917)
        ROBBINS, RUSSELL, ENGLERT,
          ORSECK, UNTEREINER & SAUBER LLP
        1801 K Street, N.W.
        Suite 411
        Washington, D.C. 20009
        Phone: (202) 775-4500
        Fax: (202) 775-4510

        Counsel for Defendant the Saudi High Commission

February 2, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 2nd day of February, 2012, I caused copies of the Response to Notice of Joinder to be served electronically pursuant to the Court's ECF system and by United States first-class mail on any parties not participating with the Court's ECF system as thereafter advised by the Court.

/s/ *Michael K. Kellogg*
Michael K. Kellogg