UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 03 2012

)
IN RE: TERRORIST ATTACKS ON ) Civil Action No. 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 )
)
_____)

*This document relates to:*

*Ashton v. Al Qaeda*, No. 02-CV-6977 (GBD)
*Burnett v. Al Baraka*, No. 03-CV-9849 (GBD)
*Continental Casualty v. Al Qaeda*, No. 04-CV-5970 (GBD)
*Euro Brokers v. Al Baraka*, No. 04-CV-7279 (GBD)
*Federal Insurance v. Al Qaida*, No. 03-CV-6978 (GBD)
*New York Marine v. Al Qaida*, No. 04-CV-6105 (GBD)
*World Trade Center v. Al Baraka*, No. 04-CV-7280 (GBD)

## ▓▓▓▓▓▓ ORDER

And now, on this __3rd__ day of __February__, 2012, after careful consideration of the joint request for entry of final judgment, this Court finds that there is no just reason to delay the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing defendant Saudi Binladin Group.

This litigation has now been pending since 2002. Absent the entry of Rule 54(b) judgment, it could be several more years before all claims against all defendants are resolved — the claims against non-dismissed defendants are still in the early stages of discovery, and are complicated by the fact that many of the relevant documents are located abroad and are in foreign languages. In the meantime, defendant Saudi Binladin Group will be unable to obtain repose, and the plaintiffs will be unable to seek appellate review of the Court's dismissal order. It is thus appropriate at this juncture to grant partial judgment under Rule 54(b) with respect to defendant Saudi Binladin Group, which has been entirely dismissed from the case. *See Cullen v. Margiotta*, 811 F.2d 698, 712

(2d Cir. 1987) (finding Rule 54(b) certification appropriate where additional proceedings "could last years," and there was "no just reason to require the parties to await the conclusion of that remedy phase in order to seek review of the claims already dismissed").

The Court has dismissed all claims asserted by any plaintiff against defendant Saudi Binladin Group and has decided finally its rights and liabilities, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to this defendant.

**ACCORDINGLY, IT IS HEREBY ORDERED** this ___3rd___ day of ___February___, 2012 that the Court's dismissal of defendant Saudi Binladin Group is certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judgment.

SO ORDERED.

FEB 03 2012

_____
Hon. George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS

2