UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL** 1570 (GBD)(FM)

This Document Relates to

**RULE 54(b) JUDGMENT**

Ashton v. Al Qaeda, No. 02 Civ 6977 (GBD)
Burnett v. Al Baraka, No. 03 Civ 9849 (GBD)
Continental Casualty v. Al Qaeda, No. 04 Civ 5970 (GBD)
Euro Brokers v. Al Baraka, No. 04 Civ 7279 (GBD)
Federal Insurance v. Al Qaida, No. 03 Civ 6978 (GBD)
New York Marine v. Al Qaida, No. 04 Civ 6105 (GBD)
World Trade Center v. Al Baraka, No. 04 Civ 7280 (GBD)
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/12

Whereas the Court having dismissed all claims asserted by any plaintiff against defendant Saudi Binladin Group; thereafter, the Court having considered the joint request for entry of final judgments in favor of certain plaintiffs and against defendant al Qaeda; the Court having found that there is no just reason to delay the entry of final judgment pursuant to Fed. R. Civ. P. 54(b) dismissing defendant Saudi Binladin Group, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on February 3, 2012, having rendered its Order that the Court's dismissal of defendant Saudi Binladin Group be certified as final pursuant to Fed. R. Civ. P. 54(b), and directing the Clerk of the Court to prepare and enter a final judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2012, there is no just reason delay, the Court's dismissal of defendant Saudi Binladin Group is certified as final pursuant to Fed. R. Civ. P. 54(b).

**Dated:** New York, New York
February 7, 2012

**RUBY J. KRAJICK**

Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____