# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA OVERNIGHT MAIL**

February 6, 2012

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED:**

*[signature]*
George B. Daniels, U.S.D.J.

Dated: FEB 08 2012

Re:   *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Daniels:

On behalf of all Plaintiffs, the Plaintiffs' Executive Committees write to respectfully request an extension of time for the filing of Plaintiffs' Reply Brief in Support of Plaintiffs' Motion to Vacate the Judgments in favor of the Kingdom of Saudi Arabia and Saudi High Commission pursuant to Rule 60(b), up to and including February 24, 2012. Both the Kingdom of Saudi Arabia and Saudi High Commission consent to this request.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

*[signature]*
SEAN P. CARTER
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

cc:   All counsel of record
      The Honorable Frank Maas (via UPS Overnight Mail)