UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | :<br>:<br>: | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | :<br>:<br>: | |
| *Havlish, et al. v. bin-Laden, et al.*<br>*03-cv-09848-GBD* | :<br>: | |

## SUGGESTION OF DEATH AND SUCCESSION

**AND NOW,** this 13th day of February, 2012, it is suggested of record that the Plaintiff, Michael Boryczewski died on October 10, 2010, 2008, in the State of New Jersey, leaving his daughter, Julia Boryczewski, as the Personal Representative of his Estate. Therefore, Julia Boryczewski, 3110 Scenic Court, Denville, NJ  07834 should be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Julia Boryczewski, Personal Representative of the Estate of Michael Boryczewski, deceased."

                                       **MELLON, WEBSTER & SHELLY**

By:      */s Stephen A. Corr*
        Stephen A. Corr, Esquire
        Pa. Bar No. 65266
        87 N. Broad Street
        Doylestown, PA  18901
        (215) 348-7700
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

**MELLON, WEBSTER & SHELLY**


          */s  Stephen A. Corr*
Stephen A. Corr, Esquire
Pa. Bar No. 65266
87 N. Broad Street
Doylestown, PA  18901
(215) 348-7700
*Attorneys for Plaintiffs*