UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON **:** | | Civil Action No. |
| SEPTEMBER 11, 2001 **:** | | 03 MDL 1570 (GBD) (FM) |
| **:** | | |
| *This document applies to:* **:** | | |
| **:** | | |
| *Havlish, et al. v. bin-Laden, et al.* **:** | | |
| *03-cv-09848-GBD* **:** | | |

## SUGGESTION OF DEATH AND SUCCESSION

**AND NOW,** this 13th day of February, 2012, it is suggested of record that the Plaintiff, Vincent Ognibene died on April 25, 2008, in the State of Delaware, leaving his wife, Diane Ognibene, as the Executrix of his Estate. Therefore, Diane Ognibene, 30882 Sandy Ridge Drive, Lewes, DE 19958 should be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Diane Ognibene, Executrix of the Estate of Vincent Ognibene, deceased, individually and as Co-Executor of the Estate of Philip Paul Ognibene, deceased."

**MELLON, WEBSTER & SHELLY**

By:    */s Stephen A. Corr*
       Stephen A. Corr, Esquire
       Pa. Bar No. 65266
       87 N. Broad Street
       Doylestown, PA 18901
       (215) 348-7700
       *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

       I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

                              **MELLON, WEBSTER & SHELLY**

                                   /s  Stephen A. Corr
                              Stephen A. Corr, Esquire
                              Pa. Bar No. 65266
                              87 N. Broad Street
                              Doylestown, PA  18901
                              (215) 348-7700
                              *Attorneys for Plaintiffs*