## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: TERRORIST ATTACKS ON          :          **Civil Action No.**
SEPTEMBER 11, 2001                   :          **03 MDL 1570 (GBD) (FM)**
                                     :
                                     :
*This document applies to:*          :
                                     :
*Havlish, et al. v. bin-Laden, et al.*   :
*03-cv-09848-GBD*                    :

_____

### <u>SUGGESTION OF DEATH AND SUCCESSION</u>

**AND NOW,** this 13th day of February, 2012, it is suggested of record that the Plaintiff,

Linda Panik died on January 1, 2012, in the County of Centre, Pennsylvania leaving Martin

Panik as the Executor of her Estate.  Therefore, Martin Panik, 1100 Blue Ball Road, Mingoville,

PA 16856 should be substituted as the Plaintiff in this action and the relevant portion of the

caption of the action changed to read "Martin Panik, Individually and as Executor of the Estate

of Linda Panik, deceased, as the parents and on behalf of the family of LT. Jonas Martin Panik,

deceased."

**MELLON, WEBSTER & SHELLY**

By:     _____*/s Stephen A. Corr*_____
        Stephen A. Corr, Esquire
        Pa. Bar No. 65266
        87 N. Broad Street
        Doylestown, PA  18901
        (215) 348-7700
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

**MELLON, WEBSTER & SHELLY**

_/s  Stephen A. Corr_

Stephen A. Corr, Esquire
Pa. Bar No. 65266
87 N. Broad Street
Doylestown, PA  18901
(215) 348-7700
_Attorneys for Plaintiffs_