IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |

----------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right<br>and as Executrix of the ESTATE OF<br>DONALD G. HAVLISH, JR., Deceased,<br>　　　　　　　　　　*et al.*,<br><br>　　　　v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br>　　　　　　　　　　*et al.* | CIVIL ACTION NO.<br>03-CV-9848 – GBD |

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit A

| No. | CLAIMANT | RELATIONSHIP |
|---|---|---|
| 1 | **Estate of Donald J. Havlish, Jr.** | Estate |
| 2 | Fiona Havlish | Spouse |
| 3 | Donald Havlish, Sr. | Parent |
| 4 | William Havlish | Sibling |
| 5 | Susan Conklin | Sibling |
| 6 | **Estate of Michael A. Bane** | Estate |
| 7 | Tara Bane | Spouse |
| 8 | Donald Bane | Parent |
| 9 | Christina Bane-Hayes | Sibling |
| 10 | **Estate of Martin Boryczewski** | Estate |
| 11 | Krystyna Boryczewski | Parent |
| 12 | Estate of Michael Boryczewski | Parent |
| 13 | Julia Boryczewski | Sibling |
| 14 | Michele Boryczewski | Sibling |
| 15 | **Estate of Richard M. Caproni** | Estate |
| 16 | Richard A. Caproni | Parent |
| 17 | Dolores Caproni | Parent |
| 18 | Christopher Caproni | Sibling |
| 19 | Michael Caproni | Sibling |
| 20 | Lisa Caproni-Brown | Sibling |
| 21 | **Estate of Peter Chirchirillo** | Estate |
| 22 | Clara Chirchirillo | Spouse |
| 23 | Livia Chirchirillo | Sibling |
| 24 | Catherine Deblieck | Sibling |
| 25 | **Estate of Jeffrey Coale** | Estate |
| 26 | William Coale | Parent |
| 27 | **Estate of Daniel M. Coffey** | Estate |
| 28 | Frances M. Coffey | Spouse |
| 29 | Daniel D. Coffey, M.D. | Child |
| 30 | Kevin M. Coffey | Child |
| 31 | **Estate of Jason Coffey** | Estate |
| 32 | Frances M. Coffey | Parent |
| 33 | Daniel D. Coffey, M.D. | Sibling |
| 34 | Kevin M. Coffey | Sibling |
| 35 | **Estate of Jeffrey Collman** | Estate |
| 36 | Dwayne W. Collman | Parent |
| 37 | Brian Collman | Sibling |
| 38 | Charles Collman | Sibling |
| 39 | Brenda Sorenson | Sibling |
| 40 | **Estate of Michael Diehl** | Estate |
| 41 | Loisanne Diehl | Spouse |
| 42 | **Estate of Stephen Dorf** | Estate |
| 43 | Morris Dorf | Parent |
| 44 | Anne Marie Dorf | Sibling |
| 45 | Joseph Dorf | Sibling |
| 46 | Michelle Dorf | Sibling |

| | | |
|---|---|---|
| 47 | Robert Dorf | Sibling |
| 48 | Linda Sammut | Sibling |
| 49 | **Estate of Judy Fernandez** | **Estate** |
| 50 | Corazon Fernandez | Parent |
| 51 | **Estate of William R. Godshalk** | **Estate** |
| 52 | Grace Parkinson-Godshalk | Parent |
| 53 | **Estate of John Grazioso** | **Estate** |
| 54 | Tina Grazioso | Spouse |
| 55 | **Estate of James D. Halvorson** | **Estate** |
| 56 | Maureen Halvorson | Spouse |
| 57 | **Estate of Liming Gu** | **Estate** |
| 58 | Jin Liu | Spouse |
| 59 | Alan Gu | Child |
| 60 | **Estate of Steven Cafiero** | **Estate** |
| 61 | Grace Kneski | Parent |
| 62 | **Estate of Robert Levine** | **Estate** |
| 63 | Roni Levine | Spouse |
| 64 | **Estate of Joseph Lostrangio** | **Estate** |
| 65 | Teresanne Lostrangio | Spouse |
| 66 | **Estate of Brian Nunez** | **Estate** |
| 67 | JoAnne Lovett | Parent |
| 68 | **Estate of Meta Waller** | **Estate** |
| 69 | Chrislan Fuller Manuel | Neice |
| 70 | **Estate of Ronald Gamboa** | **Estate** |
| 71 | Regina Maria Merwin | Sibling |
| 72 | **Estate of Dorothy Mauro** | **Estate** |
| 73 | Margaret Mauro | Sibling |
| 74 | **Estate of Mary Melendez** | **Estate** |
| 75 | Ramon Melendez | Spouse |
| 76 | **Estate of Peter T. Milano** | **Estate** |
| 77 | Patricia Milano | Spouse |
| 78 | **Estate of Yvette Nichole Moreno** | **Estate** |
| 79 | Ivy Moreno | Parent |
| 80 | **Estate of Philip Paul Ognibene** | **Estate** |
| 81 | Estate of Vincent A. Ognibene | Parent |
| 82 | **Estate of Denis Lavelle** | **Estate** |
| 83 | Marie Ann Paprocki | Sibling |
| 84 | **Estate of John William Perry** | **Estate** |
| 85 | Patricia J. Perry | Spouse |
| 86 | **Estate of Salvatore T. Papasso** | **Estate** |
| 87 | Christine Papasso | Spouse |
| 88 | **Estate of Marsa Dianah Ratchford** | **Estate** |
| 89 | Rodney Ratchford | Spouse |
| 90 | Rodney M. Ratchford | Child |
| 91 | Marshee R. Ratchford | Child |
| 92 | Benefit of Maranda C. Ratchford | Minor Child |
| 93 | **Estate of John M. Rodak** | **Estate** |

| | | |
|---|---|---|
| 94 | Joyce Ann Rodak | Spouse |
| 95 | Chelsea Nicole Rodak | Child |
| 96 | Benefit of Devon Marie Rodak | Minor Child |
| 97 | John Rodak | Parent |
| 98 | Regina Rodak | Parent |
| 99 | Joanne Gori | Sibling |
| 100 | **Estate of Elvin Romero** | **Estate** |
| 101 | Diane Romero | Spouse |
| 102 | **Estate of Richard Rosenthal** | **Estate** |
| 103 | Loren Rosenthal | Spouse |
| 104 | **Estate of Joshua Scott Reiss** | **Estate** |
| 105 | Judith Reiss | Parent |
| 106 | **Estate of Maria Theresa Santillian** | **Estate** |
| 107 | Expedito Santillian | Parent |
| 108 | Ester Santillian | Parent |
| 109 | **Estate of Victor Saracini** | **Estate** |
| 110 | Ellen Saracini | Spouse |
| 111 | Guardian of Anne C. Saracini | Parent |
| 112 | Joanne Renzi | Sibling |
| 113 | **Estate of Scott Schertzer** | **Estate** |
| 114 | Paul Schertzer | Parent |
| 115 | **Estate of Paul K. Sloan** | **Estate** |
| 116 | Ronald S. Sloan | Parent |
| 117 | **Estate of George Eric Smith** | **Estate** |
| 118 | Raymond Doyle Smith | Parent |
| 119 | **Estate of Timothy P. Soulas** | **Estate** |
| 120 | Katherine Soulas | Spouse |
| 121 | **Estate of William R. Steiner** | **Estate** |
| 122 | Russa Steiner | Spouse |
| 123 | **Estate of Andrew Stergiopoulos** | **Estate** |
| 124 | George Stergiopoulos, M.D. | Parent |
| 125 | Angela Stergiopoulos | Parent |
| 126 | **Estate of Edward W. Straub** | **Estate** |
| 127 | Sandra Straub | Spouse |
| 128 | **Estate of Jennifer Tino** | Estate |
| 129 | Joan E. Tino | Parent |
| 130 | Pamela Schiele | Sibling |
| 131 | **Estate of Jeanmarie Wallendorf** | **Estate** |
| 132 | Christine Barton (now Pence) | Parent |
| 133 | **Estate of Timothy Raymond Ward** | **Estate** |
| 134 | Doyle Raymond Ward | Parent |
| 135 | Gerald Bingham | Parent of Decedent |
| 136 | Alice Carpeneto | Parent of Decedent |
| 137 | Stephen L. Cartledge | Spouse of Decedent |
| 138 | Michelle Wright | Child of Decedent |
| 139 | Maureen Halvorson | Sibling of Decedent |
| 140 | Haomin Jian | Child of Decedent |

| | | |
|---|---|---|
| 141 | FuMei Chien | Parent of Decedent |
| 142 | Huichun Jian | Sibling of Decedent |
| 143 | Hui-Chuan Jian | Sibling of Decedent |
| 144 | Hui-Chien Chen | Sibling of Decedent |
| 145 | Hui-Zon Jian | Sibling of Decedent |
| 146 | Michael LoGuidice | Sibling of Decedent |
| 147 | Ralph S. Maerz | Parent of Decedent |
| 148 | Martin Panik | Parent of Decedent |
| 149 | Estate of Linda Ellen Panik | Parent of Decedent |
| 150 | Mary Lynn-Anna Panik Stanley | Sibling of Decedent |
| 151 | Helen Rosenthal | Sibling of Decedent |
| 152 | Alexander Rowe | Parent of Decedent |
| 153 | Ed Russin | Parent of Decedent |
| 154 | Gloria Russin | Parent of Decedent |
| 155 | Barry Russin | Sibling of Decedent |
| 156 | Leonard Zeplin | Parent of Decedent |
| 157 | Leona Zeplin | Parent of Decedent |
| 158 | Joslin Zeplin | Sibling of Decedent |