IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

---------------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right and as Executrix of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, | |
| | CIVIL ACTION NO. 03-CV-9848 – GBD |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN *et al.* | |

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit B

