IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

-------------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,
                *et al.*,

     v.

THE ISLAMIC REPUBLIC OF IRAN
              *et al.*

CIVIL ACTION NO.
03-CV-9848 – GBD

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit G

# HAVLISH, ET AL. V. BIN LADEN, ET AL.
## LOSS TOTALS

| # | DECEDENT | PAST LOSS | FUTURE LOSS | PREJUDGMENT INTEREST | TOTAL LOSS |
|---|---|---|---|---|---|
| 1 | BANE, MICHAEL | $1,553,812 | $4,178,647 | $228,206 | $5,960,665 |
| 2 | BORYCZEWSKI, MARTIN | $4,490,852 | $12,212,967 | $659,597 | $17,363,416 |
| 3 | CAFIERO, STEVEN | $485,971 | $1,196,857 | $71,374 | $1,754,202 |
| 4 | CAPRONI, RICHARD M. | $996,615 | $2,408,022 | $146,374 | $3,551,011 |
| 5 | CHIRCHIRILLO, PETER | $2,091,682 | $3,039,893 | $309,012 | $5,440,587 |
| 6 | COALE, JEFFREY | $1,628,130 | $3,691,263 | $239,466 | $5,558,859 |
| 7 | COFFEY, DANIEL M. | $2,893,315 | $1,740,862 | $424,900 | $5,059,077 |
| 8 | COFFEY, JASON | $949,271 | $2,930,162 | $127,053 | $4,006,486 |
| 9 | COLLMAN, JEFFREY | $1,482,478 | $2,617,964 | $217,730 | $4,318,172 |
| 10 | DIEHL, MICHAEL | $2,393,155 | $2,836,093 | $354,856 | $5,584,103 |
| 11 | DORF, STEPHEN | $988,162 | $2,109,396 | $145,132 | $3,242,690 |
| 12 | FERNANDEZ, JUDY | $688,688 | $2,062,709 | $101,146 | $2,852,544 |
| 13 | GAMBOA, RONALD | $906,806 | $1,850,992 | $133,183 | $2,890,981 |
| 14 | GODSHALK, WILLIAM | $5,189,440 | $10,720,836 | $762,197 | $16,672,472 |
| 15 | GRAZIOSO, JOHN | $2,357,409 | $4,672,596 | $346,748 | $7,376,753 |
| 16 | GU, LIMING | $3,390,535 | $7,995,000 | $498,005 | $11,883,059 |
| 17 | HALVORSON, JAMES | $7,292,980 | $1,019,514 | $1,152,251 | $9,464,745 |
| 18 | HAVLISH, DONALD | $3,690,722 | $2,475,582 | $545,575 | $6,711,879 |
| 19 | LAVELLE, DENNIS | $1,405,295 | $2,428,301 | $206,396 | $4,039,992 |
| 20 | LEVINE, ROBERT | $3,048,892 | $1,019,514 | $452,470 | $4,520,876 |
| 21 | LOSTRANGIO, JOSEPH | $2,496,478 | $2,912,738 | $368,628 | $5,777,844 |
| 22 | MAURO, DOROTHY | $1,051,115 | $376,493 | $152,971 | $1,580,579 |
| 23 | MELENDEZ, MARY | $2,472,561 | $4,694,856 | $364,134 | $7,531,551 |
| 24 | MILANO, PETER, T. | $8,603,625 | $12,278,137 | $1,271,826 | $22,153,588 |
| 25 | MORENO, YVETTE | $527,612 | $1,756,673 | $75,954 | $2,360,239 |
| 26 | NUNEZ, BRIAN | $627,485 | $1,780,279 | $92,158 | $2,499,922 |
| 27 | OGNIBENE, PHILIP | $1,198,530 | $2,998,892 | $237,665 | $4,435,087 |
| 28 | PAPASSO, SALVATORE T. | $1,709,778 | $4,328,788 | $251,114 | $6,289,680 |
| 29 | PERRY, JOHN | $1,617,856 | $3,069,362 | $237,023 | $4,924,240 |
| 30 | RATCHFORD, MARSHA | $1,532,743 | $4,476,120 | $225,114 | $6,233,977 |
| 31 | REISS, JOSHUA | $1,722,296 | $5,751,235 | $253,206 | $7,726,738 |
| 32 | RODAK, JOHN M. | $9,084,624 | $15,100,938 | $255,185 | $24,440,747 |
| 33 | ROMERO, ELVIN | $4,191,862 | $9,976,414 | $615,695 | $14,783,971 |
| 34 | ROSENTHAL, RICHARD | $3,487,396 | $3,271,767 | $515,041 | $7,274,204 |
| 35 | SANTILLAN, MARIA THERESA | $809,693 | $2,326,391 | $118,918 | $3,255,002 |
| 36 | SARACINI, VICTOR | $5,089,264 | $3,765,623 | $738,771 | $9,593,658 |
| 37 | SCHERTZER, SCOTT | $759,004 | $1,921,628 | $111,475 | $2,792,107 |
| 38 | SLOAN, PAUL K. | $1,420,353 | $4,339,677 | $207,666 | $5,967,696 |
| 39 | SMITH, GEORGE | $897,879 | $1,579,440 | $131,896 | $2,609,215 |
| 40 | SOULAS, TIMOTHY | $26,592,915 | $56,298,588 | $3,904,841 | $86,796,344 |
| 41 | STEINER, WILLIAM | $4,354,322 | $1,447,438 | $642,054 | $6,443,814 |
| 42 | STERGIOPOULOS, ANDREW | $1,251,619 | $4,288,634 | $176,006 | $5,716,259 |
| 43 | STRAUB, EDWARD W. | $7,664,540 | $7,761,736 | $1,126,427 | $16,552,703 |
| 44 | TINO, JENNIFER | $780,221 | $1,730,766 | $114,590 | $2,625,577 |
| 45 | WALLENDORF, JEANMARIE | $405,246 | $1,304,035 | $59,522 | $1,768,803 |
| 46 | WALLER, META | $788,230 | $267,637 | $144,634 | $1,200,501 |
| 47 | WARD, TIMOTHY | $949,996 | $1,601,749 | $139,524 | $2,691,269 |
| | **GRAND TOTALS:** | **$140,011,453** | **$234,613,204** | **$19,653,710** | **$394,277,884** |

Smith Economics Group Ltd.
312-943-1551