IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           CIVIL ACTION NO.

   SEPTEMBER 11, 2001                       03 MDL 1570 (GBD)

---------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,
                                 *et al.*,            CIVIL ACTION NO.
                                                          03-CV-9848 – GBD

   v.

THE ISLAMIC REPUBLIC OF IRAN
                          *et al.*

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit H

## THIS EXHIBIT IS BEING FILED UNDER SEAL

