IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |
| FIONA HAVLISH, in her own right<br>and as Executrix of the ESTATE OF<br>DONALD G. HAVLISH, JR., Deceased,<br>    *et al.*,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br>    *et al.* | CIVIL ACTION NO.<br>03-CV-9848 – GBD |

**PLAINTIFFS' DAMAGES INQUEST MEMORANDUM**

# Exhibit M

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |

---------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,

RUSSA STEINER, in her own right
and as Executrix of the ESTATE OF
WILLIAM R. STEINER, Deceased,

CLARA CHIRCHIRILLO, in her own right
and as Executrix of the ESTATE OF
PETER CHIRCHIRILLO, Deceased,

TARA BANE, in her own right,

and as Executrix of the ESTATE OF
MICHAEL A. BANE, Deceased,

GRACE M. PARKINSON-GODSHALK, in her
own right and as Executrix of the ESTATE OF
WILLIAM R. GODSHALK, Deceased,

ELLEN L. SARACINI, in her own right
and as Executrix of the ESTATE OF
VICTOR J. SARACINI, Deceased,

THERESANN LOSTRANGIO, in her own right
and as Executrix of the ESTATE OF
JOSEPH LOSTRANGIO, Deceased, *et al.*,

      Plaintiffs,
   v.

SHEIKH USAMAH BIN-MUHAMMAD
BIN-LADEN, a.k.a. OSAMA BIN-LADEN,

AL-QAEDA/ISLAMIC ARMY,

:
:
:
:
:
:
CIVIL ACTION NO.
03-CV-9848 – GBD

Case Transferred from the
United States District Court
for the District of Columbia
Case Number 1:02CV00305

**AFFIDAVIT OF
THOMAS E. MELLON, JR.
REGARDING ATTORNEY
EXPENSES**

an unincorporated association, *et al.*, :

    *FOREIGN STATE DEFENDANTS*: :

THE ISLAMIC REPUBLIC OF IRAN, :

AYATOLLAH ALI-HOSEINI KHAMENEI, :

ALI AKBAR HASHEMI RAFSANJANI, :

IRANIAN MINISTRY OF
INFORMATION AND SECURITY, :

THE ISLAMIC REVOLUTIONARY
GUARD CORPS, :

HEZBOLLAH,
an unincorporated association, :

THE IRANIAN MINISTRY
OF PETROLEUM, :

THE NATIONAL IRANIAN
TANKER CORPORATION, :

THE NATIONAL IRANIAN
OIL CORPORATION, :

THE NATIONAL IRANIAN
GAS COMPANY, :

IRAN AIRLINES, :

THE NATIONAL IRANIAN
PETROCHEMICAL COMPANY, :

IRANIAN MINISTRY OF
ECONOMIC AFFAIRS AND FINANCE, :

IRANIAN MINISTRY OF
COMMERCE, :

IRANIAN MINISTRY OF DEFENSE
AND ARMED FORCES LOGISTICS, :

| | |
|---|---|
| THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, et al., | : : : |
| Defendants. | : |

## AFFIDAVIT
## REGARDING ATTORNEY EXPENSES

I, **Thomas E. Mellon, Jr.**, of Mellon Webster & Shelly of Doylestown, Pennsylvania, am the Co-Lead Counsel in the above-captioned case along with **Dennis G. Pantazis** of Wiggins, Childs, Quinn & Pantazis of Birmingham, Alabama.

Since February 2002, the *Havlish* consortium of plaintiff attorneys have carefully documented all expenditures by the below named thirteen law firms which have contributed to the overall expenses pertaining to every aspect of the *Havlish* case, including but not limited to, investigators; court fees; over 100 client interviews; approximately 35 expert interviews; domestic travel throughout the United States; international travel involving approximately 20 trips to Canada, Greece, Germany, France, and Great Britain for witness interviews and meetings with foreign governmental officials; hotel expenses; expert witness fees; thousands of telephone and conference calls; contract attorneys; meetings and general office costs.

*Havlish* Plaintiff attorneys **Richard Hailey** and **Mary Beth Ramey** of Ramey & Hailey of Indianapolis, Indiana and **Don Winder** of Winder & Counsel of Salt Lake City, Utah, have supervised the accounting of the *Havlish* case.

Accordingly, I hereby certify, affirm and swear that the following the expenses were incurred in the investigation and prosecution of the *Havlish* case to date:

| | |
|---|---|
| Burbidge & Mitchell<br>The Parkside Tower<br>215 S. State Street, #920<br>Salt Lake City, UT 84111 | $50,000.00 |
| Foote, Meyers, Mielke & Flowers, LLC<br>3 North Second Street<br>Suite 300<br>St. Charles, IL 60174 | $139,663.80 |
| Howarth & Smith<br>523 West Sixth Street<br>Suite 728<br>Los Angeles, CA 90017 | $41,519.00 |
| Lamm Rubenstone, LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA 19053 | $108,787.00 |
| David C. Lee, Esquire<br>37 N. Orange Ave., Suite 500<br>Orlando, FL 32801 | $105,000.00 |
| Law Office of J.D. Lee<br>422 South Gay Street, 3rd Floor<br>Knoxville, TN 37902 | $213,620.81 |
| Mellon Webster & Shelly<br>87 N. Broad Street<br>Doylestown, PA 18901 | $646,521.22 |
| Ness, Motley, P.A.<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC 29464 | $25,000.00 |
| Ramey & Hailey<br>9333 North Meridian Street, Suite 105<br>Indianapolis, IN 46260 | $77,200.00 |
| Stein, Mitchell & Mezines<br>1100 Connecticut Avenue NW<br>Washington, DC 20036 | $27,500.00 |
| Terrell Hogan Ellis Yegelwel, P.A.<br>233 East Bay Street<br>Blackstone Building, 8th Floor<br>Jacksonville, FL 32202 | $182,485.34 |

| | |
|---|---|
| Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL  35203 | $292,511.68 |
| Winder & Counsel<br>175 West 200 South, Suite 4000<br>P.O. Box 2668<br>Salt Lake City, UT  84110-2668 | $68,037.64 |
| **TOTAL EXPENSES:** | **$1,977,846.49** |

I, **THOMAS E. MELLON, JR.**, being duly sworn, do hereby swear and affirm under penalty of perjury that the contents of this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Thomas E. Mellon, Jr.

Sworn to before me this the 14th day of February, 2012, in Pennsylvania.

_____
*Notary Public*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan T. Case, Notary Public
Doylestown Boro, Bucks County
My Commission Expires April 7, 2013
Member, Pennsylvania Association of Notaries