IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

------------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right and as Executrix of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, | |
| | CIVIL ACTION NO. 03-CV-9848 – GBD |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN *et al.* | |

**PLAINTIFFS' DAMAGES INQUEST MEMORANDUM**

# Exhibit D

**ALBERTO DIAZ, Jr.**
**RADM MC USN (RET)**
**9721 Digging Rd.**
**Montgomery Village, MD 20886**
**Home (301) 977-4781 Cell (301) 346-1041**
**Email: julyxx@aol.com**

| | |
|---|---|
| **Social Security Number:** | 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 |
| **Country of Citizenship:** | United States of America |
| **Veteran's Preference:** | No |
| **Highest Grade:** | Rear Admiral (08) |
| **Contact Former Supervisor:** | Yes (Navy Surgeon General) |

**WORK EXPERIENCE:**

<u>**Experience and Qualifications:**</u> Board-certified physician and psychiatrist with extensive experience in command and leadership of large organizations, in healthcare administration, Graduate Medical Education (GME), education and training, and personnel. Recent assignments include:

| | |
|---|---|
| Bureau of Medicine and Surgery (Navy) | Dates Employed: 9/01- 6/03 |
| 2300 E Street, NW | Grade Level: Rear Admiral(08) |
| Washington, D.C., 20372-5300 | Hours/Week: 45/50+ |

**Chief of Staff (Chief Operating Officer/Program Executive Officer) for the Navy's Bureau of Medicine and Surgery:**
Responsibilities include complete decision-making and resource allocation authority to manage the medical and dental programs in the most effective and efficient manner. Directly supports Fleet and Fleet Marine Force readiness through participation in the development of medical doctrine and the medical portions of the Navy plan. Supports Navy Surgeon General in developing health care policy for Department of the Navy beneficiaries.

Tricare Southern California  Dates Employed: 8/98-8/01
BLDG 6-4, Code SA  Grade Level: Rear Admiral(08)
NMCSD  Hours/Week (40+)
San Diego, CA  92134-5000

**Lead Agent, TRICARE Southern California:**
Was directly responsible for the implementation and integration of the military (all three services) and civilian health care system and evaluation of cost, quality and access to care for 620,000 DoD beneficiaries. ("Dual-hatted" as Lead Agent and Commander NMCSD; but had two offices, two staffs, and two separate chains of command.)

Naval Medical Center San Diego  Dates Employed: 8/98-8/01
34800 Bob Wilson Drive  Grade Level: Rear Admiral(08)
San Diego, CA 92136-5000  Hours/Week (40+)

**Commander, Naval Medical Center San Diego:**  Was responsible for the administration and management of a 500-bed tertiary care facility and one of the largest military hospitals and teaching institutions, with multiple large satellite clinics and a staff of over 5,550 personnel.

## EDUCATION:

| | |
|---|---|
| 1967 | BA, George Washington University |
| 1968 | MA, Butler University |
| 1974 | MD, University of Barcelona Faculty of Medicine |
| 1976-1977 | Internship (Categorical Diversified) National Naval Medical Center, Bethesda |
| 1977-1980 | Residency (Psychiatry) National Naval Medical Center, Bethesda |
| 1985 | Certification by the Board of Psychiatry and Neurology |

## PROFESSIONAL ASSIGNMENTS:

| | |
|---|---|
| 2003- | Retired from United States Navy; Independent Consulting |
| 2002- 2003 | Chief of Staff/Chief Operating Officer/Program Executive Officer, Bureau of Medicine and Surgery, Washington, DC |
| 2001-2002 | Assistant Chief, Bureau of Medicine and Surgery, for Education, Training and Personnel, Washington, DC |
| 2001-2002 | Special Assistant to the Navy Surgeon General for Homeland Security |
| 1998-2001 | Commander, Naval Medical Center San Diego; Lead Agent, Tricare Region Nine |
| 1997-1998 | "The Medical Officer", United States Marine Corps; Director, Health Affairs (USMC) |
| 1995-1997 | CINCPACFLT Surgeon (Commander-in-Chief, Pacific Fleet Surgeon); Director For Fleet Medical Activities |
| 1992-1995 | Commanding Officer, US Naval Hospital Yokosuka, Japan; Force Surgeon, Commander Naval Forces Japan (CNFJ) |
| 1990-1992 | Deputy Naval Medical Inspector General, Bureau of Medicine and Surgery, Washington, DC |
| 1988-1990 | Executive Officer and Medical Director, Naval Hospital Twentynine Palms, Ca. |
| 1987 | (July-August) Executive Officer, Rapid Deployment Medical Facility (RDMF) #1 (Cairo West, Egypt) |
| 1985-1988 | Assistant Chief, Department of Psychiatry and Director, Residency Training, National Naval Medical Center, Bethesda. |
| 1985-1988 | Assistant Professor, Uniformed Services University of the |

                Health Sciences (Bethesda, MD)

1982-1985    Chief, Department of Psychiatry; Clinical Director Alcohol Rehabilitation Service; U.S. Naval Hospital Rota, Spain.

1980-1982    Staff Psychiatrist; Clinical Director, Alcohol Rehabilitation Unit; Naval Regional Medical Clinic, Quantico, Virginia

**JOB RELATED TRAINING COURSES:**

| Course | Date |
|---|---|
| Inter-Agency Inst. for Fed. Healthcare Executives | 18 April 1997 |
| Nat Def University-IH "Capstone" Course | Nov 1996 |
| Planning for Quality | 13 May 1994 |
| TQL Senior Leaders' Seminar | 09 Apr 1993 |
| PCO Shore Station Command Course | Mar 1990 |
| Strategic Medical R & Contingency Course | Feb 1990 |
| Military Justice/Senior Officers | 01 Sep 1989 |
| Quality Assurance/Risk Management Seminar | 24 Mar 1989 |
| Senior Navy Leader Development | 03 Feb 1989 |
| Med Dept Management Development Course | 17 July 1987 |
| Combat Casualty Care Course | 03 Nov 1984 |

**JOB RELATED CERTIFICATES AND LICENSES:**

| | |
|---|---|
| Board of Medical Examiners of the State of Maryland | 11 Dec 1979 |
| American Board of Psychiatry and Neurology | Apr 1985 |
| Certificate of Residency (NMCSD Bethesda) | 06 Apr 1980 |
| Certificate of Internship (NMCSD Bethesda) | 06 Apr 1976 |

**JOB RELATED AWARDS, MEDALS AND MEMBERSHIPS:**

| | |
|---|---|
| Defense Distinguished Service Medal | 25 Jun 2001 |
| Legion of Merit | 08 Apr 1995 |
| Legion of Merit (Gold Star in lieu of 2nd Award) | 08 Jan 1997 |
| Legion of Merit (Gold Star in Lieu of 3rd Award) | 13 Jun 2003 |

4

| | |
|---|---|
| Meritorious Service Medal | 08 Jun 1990 |
| Meritorious Service Medal (Gld Star in lieu of 2nd Award) | 13 Nov 1992 |
| Navy Commendation Medal | 18 Nov 1985 |
| Sears Award for Outstanding Military Psychiatrist | 1995 |

Member American Medical Association
Member Association of Military Surgeons of the United States
Member Association of Naval Services Officers