IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

---------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,
                *et al.*,

          CIVIL ACTION NO.
          03-CV-9848 – GBD

    v.

THE ISLAMIC REPUBLIC OF IRAN
               *et al.*

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit H

## THIS EXHIBIT IS BEING FILED UNDER SEAL

