IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |

------------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right<br>and as Executrix of the ESTATE OF<br>DONALD G. HAVLISH, JR., Deceased,<br>                *et al.*,<br><br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br>                *et al.* | CIVIL ACTION NO.<br>03-CV-9848 – GBD |

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# Exhibit I

| No. | CLAIMANT | RELATIONSHIP | ECONOMIC LOSS | NON-ECONOMIC LOSS | INTEREST ON NON-ECONOMIC LOSS | TOTAL AWARD |
|---|---|---|---|---|---|---|
| 1 | **Estate of Donald J. Havlish, Jr.** | Estate | $6,711,879.00 | $18,000,000.00 | $13,152,437.00 | $37,864,316.00 |
| 2 | Fiona Havlish | Spouse | | $12,500,000.00 | $9,133,637.00 | $21,633,637.00 |
| 3 | Donald Havlish, Sr. | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 4 | William Havlish | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 5 | Susan Conklin | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 6 | **Estate of Michael A. Bane** | Estate | $5,960,665.00 | $18,000,000.00 | $13,152,437.00 | $37,113,102.00 |
| 7 | Tara Bane | Spouse | | $12,500,000.00 | $9,133,637.00 | $21,633,637.00 |
| 8 | Donald Bane | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 9 | Christina Bane-Hayes | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 10 | **Estate of Martin Boryczewski** | Estate | $17,363,416.00 | $18,000,000.00 | $13,152,437.00 | $48,515,853.00 |
| 11 | Krystyna Boryczewski | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 12 | Estate of Michael Boryczewski | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 13 | Julia Boryczewski | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 14 | Michele Boryczewski | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 15 | **Estate of Richard M. Caproni** | Estate | $3,551,011.00 | $18,000,000.00 | $13,152,437.00 | $34,703,448.00 |
| 16 | Richard A. Caproni | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 17 | Dolores Caproni | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 18 | Christopher Caproni | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 19 | Michael Caproni | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 20 | Lisa Caproni-Brown | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 21 | **Estate of Peter Chirchirillo** | Estate | $5,440,587.00 | $18,000,000.00 | $13,152,437.00 | $36,593,024.00 |
| 22 | Clara Chirchirillo | Spouse | | $12,500,000.00 | $9,133,637.00 | $21,633,637.00 |
| 23 | Livia Chirchirillo | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 24 | Catherine Deblieck | Sibling | | $4,250,000.00 | $3,105,436.00 | $7,355,436.00 |
| 25 | **Estate of Jeffrey Coale** | Estate | $5,558,859.00 | $18,000,000.00 | $13,152,437.00 | $36,711,296.00 |
| 26 | William Coale | Parent | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 27 | **Estate of Daniel M. Coffey** | Estate | $5,059,077.00 | $18,000,000.00 | $13,152,437.00 | $36,211,514.00 |
| 28 | Frances M. Coffey | Spouse | | $12,500,000.00 | $9,133,637.00 | $21,633,637.00 |
| 29 | Daniel D. Coffey, M.D. | Child | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 30 | Kevin M. Coffey | Child | | $8,500,000.00 | $6,210,873.00 | $14,710,873.00 |
| 31 | **Estate of Jason Coffey** | Estate | $4,006,486.00 | $18,000,000.00 | $13,152,437.00 | $35,158,923.00 |

| # | Name | | Relationship | | | | |
|---|---|---|---|---|---|---|---|
| 32 | Frances M. Coffey | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 33 | Daniel D. Coffey, M.D. | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 34 | Kevin M. Coffey | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 35 | **Estate of Jeffrey Collman** | | **Estate** | $4,318,172.00 | | $18,000,000.00 | $ 13,152,437.00 | **$35,470,609.00** |
| 36 | Dwayne W. Collman | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 37 | Brian Collman | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 38 | Charles Collman | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 39 | Brenda Sorenson | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 40 | **Estate of Michael Diehl** | | **Estate** | $5,584,103.00 | | $18,000,000.00 | $ 13,152,437.00 | **$36,736,540.00** |
| 41 | Loisanne Diehl | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 42 | **Estate of Stephen Dorf** | | **Estate** | $3,242,690.00 | | $18,000,000.00 | $ 13,152,437.00 | **$34,395,127.00** |
| 43 | Morris Dorf | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 44 | Anne Marie Dorf | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 45 | Joseph Dorf | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 46 | Michelle Dorf | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 47 | Robert Dorf | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 48 | Linda Sammut | | Sibling | | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 49 | **Estate of Judy Fernandez** | | **Estate** | $2,852,544.00 | | $18,000,000.00 | $ 13,152,437.00 | **$34,004,981.00** |
| 50 | Corazon Fernandez | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 51 | **Estate of William R. Godshalk** | | **Estate** | $16,672,472.00 | | $18,000,000.00 | $ 13,152,437.00 | **$47,824,909.00** |
| 52 | Grace Parkinson-Godshalk | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 53 | **Estate of John Grazioso** | | **Estate** | $7,376,753.00 | | $18,000,000.00 | $ 13,152,437.00 | **$38,529,190.00** |
| 54 | Tina Grazioso | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 55 | **Estate of James D. Halvorson** | | **Estate** | $9,464,745.00 | | $18,000,000.00 | $ 13,152,437.00 | **$40,617,182.00** |
| 56 | Maureen Halvorson | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 57 | **Estate of Liming Gu** | | **Estate** | $11,883,172.00 | | $18,000,000.00 | $ 13,152,437.00 | **$43,035,609.00** |
| 58 | Jin Liu | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 59 | Alan Gu | | Child | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 60 | **Estate of Steven Cafiero** | | **Estate** | $1,754,202.00 | | $18,000,000.00 | $ 13,152,437.00 | **$32,906,639.00** |
| 61 | Grace Kneski | | Parent | | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 62 | **Estate of Robert Levine** | | **Estate** | $4,520,876.00 | | $18,000,000.00 | $ 13,152,437.00 | **$35,673,313.00** |
| 63 | Roni Levine | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 64 | **Estate of Joseph Lostrangio** | | **Estate** | $5,777,626.00 | | $18,000,000.00 | $ 13,152,437.00 | **$36,930,063.00** |
| 65 | Teresanne Lostrangio | | Spouse | | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |

| # | Name | Relationship | Amount 1 | Amount 2 | Total |
|---|---|---|---|---|---|
| 66 | Estate of Brian Nunez | Estate | $2,499,922.00 | $18,000,000.00 | $ 13,152,437.00 | $33,652,359.00 |
| 67 | JoAnne Lovett | Parent | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 68 | Estate of Meta Waller | Estate | $1,200,501.00 | $18,000,000.00 | $ 13,152,437.00 | $32,352,938.00 |
| 69 | Chrislan Fuller Manuel | Neice | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 70 | Estate of Ronald Gamboa | Estate | $2,890,981.00 | $18,000,000.00 | $ 13,152,437.00 | $34,043,418.00 |
| 71 | Regina Maria Merwin | Sibling | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 72 | Estate of Dorothy Mauro | Estate | $1,580,579.00 | $18,000,000.00 | $ 13,152,437.00 | $32,733,016.00 |
| 73 | Margaret Mauro | Sibling | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 74 | Estate of Mary Melendez | Estate | $7,531,551.00 | $18,000,000.00 | $ 13,152,437.00 | $38,683,988.00 |
| 75 | Ramon Melendez | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 76 | Estate of Peter T. Milano | Estate | $22,153,315.00 | $18,000,000.00 | $ 13,152,437.00 | $53,305,752.00 |
| 77 | Patricia Milano | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 78 | Estate of Yvette Nichole Moreno | Estate | $2,360,239.00 | $18,000,000.00 | $ 13,152,437.00 | $33,512,676.00 |
| 79 | Ivy Moreno | Parent | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 80 | Estate of Philip Paul Ognibene | Estate | $4,435,087.00 | $18,000,000.00 | $ 13,152,437.00 | $35,587,524.00 |
| 81 | Estate of Vincent A. Ognibene | Parent | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 82 | Estate of Denis Lavelle | Estate | $4,039,992.00 | $18,000,000.00 | $ 13,152,437.00 | $35,192,429.00 |
| 83 | Marie Ann Paprocki | Sibling | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 84 | Estate of John William Perry | Estate | $4,924,240.00 | $18,000,000.00 | $ 13,152,437.00 | $36,076,677.00 |
| 85 | Patricia J. Perry | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 86 | Estate of Salvatore T. Papasso | Estate | $6,289,680.00 | $18,000,000.00 | $ 13,152,437.00 | $37,442,117.00 |
| 87 | Christine Papasso | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 88 | Estate of Marsa Dianah Ratchford | Estate | $6,233,977.00 | $18,000,000.00 | $ 13,152,437.00 | $37,386,414.00 |
| 89 | Rodney Ratchford | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 90 | Rodney M. Ratchford | Child | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 91 | Marshee R. Ratchford | Child | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 92 | Benefit of Maranda C. Ratchford | Minor Child | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 93 | Estate of John M. Rodak | Estate | $24,440,747.00 | $18,000,000.00 | $ 13,152,437.00 | $55,593,184.00 |
| 94 | Joyce Ann Rodak | Spouse | | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 95 | Chelsea Nicole Rodak | Child | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 96 | Benefit of Devon Marie Rodak | Minor Child | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 97 | John Rodak | Parent | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 98 | Regina Rodak | Parent | | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 99 | Joanne Gori | Sibling | | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |

| # | Name | Relation | Amount 1 | | Amount 2 | Total |
|---|---|---|---|---|---|---|
| 100 | **Estate of Elvin Romero** | Estate | $14,783,971.00 | $ | 13,152,437.00 | **$45,936,408.00** |
| 101 | Diane Romero | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 102 | **Estate of Richard Rosenthal** | Estate | $7,274,204.00 | $ | 13,152,437.00 | **$38,426,641.00** |
| 103 | Loren Rosenthal | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 104 | **Estate of Joshua Scott Reiss** | Estate | $7,726,738.00 | $ | 13,152,437.00 | **$38,879,175.00** |
| 105 | Judith Reiss | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 106 | **Estate of Maria Theresa Santillian** | Estate | $3,255,002.00 | $ | 13,152,437.00 | **$34,407,439.00** |
| 107 | Expedito Santillian | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 108 | Ester Santillian | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 109 | **Estate of Victor Saracini** | Estate | $9,593,462.00 | $ | 13,152,437.00 | **$40,745,899.00** |
| 110 | Ellen Saracini | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 111 | Guardian of Anne C. Saracini | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 112 | Joanne Renzi | Sibling | | $ | 3,105,436.00 | **$7,355,436.00** |
| 113 | **Estate of Scott Schertzer** | Estate | $2,792,107.00 | $ | 13,152,437.00 | **$33,944,544.00** |
| 114 | Paul Schertzer | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 115 | **Estate of Paul K. Sloan** | Estate | $5,967,696.00 | $ | 13,152,437.00 | **$37,120,133.00** |
| 116 | Ronald S. Sloan | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 117 | **Estate of George Eric Smith** | Estate | $2,609,215.00 | $ | 13,152,437.00 | **$33,761,652.00** |
| 118 | Raymond Doyle Smith | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 119 | **Estate of Timothy P. Soulas** | Estate | $86,796,344.00 | $ | 13,152,437.00 | **$117,948,781.00** |
| 120 | Katherine Soulas | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 121 | **Estate of William R. Steiner** | Estate | $6,443,663.00 | $ | 13,152,437.00 | **$37,596,100.00** |
| 122 | Russa Steiner | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 123 | **Estate of Andrew Stergiopoulos** | Estate | $5,716,259.00 | $ | 13,152,437.00 | **$36,868,696.00** |
| 124 | George Stergiopoulos, M.D. | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 125 | Angela Stergiopoulos | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 126 | **Estate of Edward W. Straub** | Estate | $16,552,703.00 | $ | 13,152,437.00 | **$47,705,140.00** |
| 127 | Sandra Straub | Spouse | | $ | 9,133,637.00 | **$21,633,637.00** |
| 128 | **Estate of Jennifer Tino** | Estate | $2,625,577.00 | $ | 13,152,437.00 | **$33,778,014.00** |
| 129 | Joan E. Tino | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 130 | Pamela Schiele | Sibling | | $ | 3,105,436.00 | **$7,355,436.00** |
| 131 | **Estate of Jeanmarie Wallendorf** | Estate | $1,768,803.00 | $ | 13,152,437.00 | **$32,921,240.00** |
| 132 | Christine Barton (now Pence) | Parent | | $ | 6,210,873.00 | **$14,710,873.00** |
| 133 | **Estate of Timothy Raymond Ward** | Estate | $2,691,269.00 | $ | 13,152,437.00 | **$33,843,706.00** |

| | | | | | |
|---|---|---|---|---|---|
| 134 | Doyle Raymond Ward | Parent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 135 | Gerald Bingham | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 136 | Alice Carpeneto | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 137 | Stephen L. Cartledge | Spouse of Decedent | $12,500,000.00 | $ 9,133,637.00 | $21,633,637.00 |
| 138 | Michelle Wright | Child of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 139 | Maureen Halvorson | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 140 | Haomin Jian | Child of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 141 | FuMei Chien | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 142 | Huichun Jian | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 143 | Hui-Chuan Jian | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 144 | Hui-Chien Chen | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 145 | Hui-Zon Jian | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 146 | Michael LoGuidice | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 147 | Ralph S. Maerz | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 148 | Martin Panik | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 149 | Estate of Linda Ellen Panik | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 150 | Mary Lynn-Anna Panik Stanley | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 151 | Helen Rosenthal | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 152 | Alexander Rowe | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 153 | Ed Russin | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 154 | Gloria Russin | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 155 | Barry Russin | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| 156 | Leonard Zeplin | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 157 | Leona Zeplin | Parent of Decedent | $8,500,000.00 | $ 6,210,873.00 | $14,710,873.00 |
| 158 | Joslin Zeplin | Sibling of Decedent | $4,250,000.00 | $ 3,105,436.00 | $7,355,436.00 |
| | **TOTALS** | | $394,277,159.00   $1,728,500,000.00 | $1,262,999,282.00 | $3,385,776,441.00 |