IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             CIVIL ACTION NO.

    SEPTEMBER 11, 2001                        03 MDL 1570 (GBD)

-----------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,
                           *et al.*,                    CIVIL ACTION NO.
                                                           03-CV-9848 – GBD

       v.

THE ISLAMIC REPUBLIC OF IRAN
                     *et al.*

**PLAINTIFFS' DAMAGES INQUEST MEMORANDUM**

# Exhibit J

**SEG**

## Smith Economics Group, Ltd.
A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

February 15, 2012

Mr. Thomas E. Mellon, Jr.
Mellon Webster & Shelly
87 North Broad Street
Doylestown, PA 18901

Re: Havlish v. bin Laden -- Prejudgment Interest on Compensatory Non-economic Damages

Dear Mr. Mellon:

You have asked me to calculate prejudgment interest on Compensatory Non-economic Damages of $1,728,500,000. Heretofore I have provided prejudgment interest only on the Compensatory Economic Damages for the 47 decedents. There has been no prejudgment calculation on any Compensatory Non-economic Damages regarding any of the plaintiffs.

To calculate the prejudgment interest on the Compensatory Non-economic Damages of $1,728,500,000, I used the monthly average Prime Rate of Interest of 4.96 percent, published by the Federal Reserve System, from September 11, 2001 to January 1, 2013. The resulting amount is $1,262,999,268. The method by which I arrive at this amount is exactly the same as Judge John M. Facciola's methodology in Baker v. Syria, 775 F.Supp.2d 48 (D.D.C.March 30, 2011).

Sincerely,

*Stan V. Smith*

Stan V. Smith, Ph.D.
President