IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON | CIVIL ACTION NO. |
| SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

---------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right and as Executrix of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*, | CIVIL ACTION NO. 03-CV-9848 – GBD |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN *et al.* | |

**PLAINTIFFS' DAMAGES INQUEST MEMORANDUM**

# Exhibit K



**Smith Economics Group, Ltd.**
A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

February 14, 2012

Mr. Thomas E. Mellon, Jr.
Mellon Webster & Shelly
87 North Broad Street
Doylestown, PA 18901

    Re: Havlish v. bin Laden – Total Damages Summary

Dear Mr. Mellon:

Here is an overall Summary for all Compensatory Damages:

- The Compensatory Non-economic Damages are $1,728,500,000. There is no prejudgment interest in this figure.

- The Compensatory Economic Damages are $394,277,160. This includes prejudgment interest from September 11, 2001 to January 1, 2013 using the annual average of monthly interest rates for 30 day U.S. Treasury Bills.

- The Total Compensatory Damages consisting of Non-economic Damages and Economic Damages, and prejudgment interest on Economic Damages, is $2,122,777,160. This figure does not include prejudgment interest on Compensatory Non-economic Damages.

- The prejudgment interest calculated on the Compensatory Non-economic Damages of $1,728,500,000, using the monthly average Prime Rate of Interest of 4.96 percent, published by the Federal Reserve System, from September 11, 2001 to January 1, 2013, is $1,262,999,268.

- The method by which I arrive at this amount is exactly the same as Judge John M. Facciola's methodology in Baker v. Syria, 775 F.Supp.2d 48 (D.D.C.March 30, 2011).

- The Total of all Economic and Non-economic Compensatory Damages plus prejudgment interest on Economic and Non-economic Compensatory Damages is $3,385,776,428.

Sincerely,

*[signature: Stan V. Smith]*

Stan V. Smith, Ph.D.
President

1165 N. Clark Street ▪ Suite 600 ▪ Chicago, IL 60610 ▪ Fax 312-943-1016 ▪ Tel 312-943-1551
www.SmithEconomics.com