USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

        TERRORIST ATTACKS ON
        SEPTEMBER 11, 2001

**ORDER**

03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held on February 15, 2012, it is hereby

ORDERED that:

1. By April 30, 2012, all document production shall be completed.

2. By July 31, 2012, all discovery motion practice and follow-up paper discovery shall be completed.

3. The parties shall comply with any other discovery rulings made during the conference.

4. The next discovery conference shall be held on March 15, 2012, at 2 p.m., in Courtroom 20A.

        SO ORDERED.

Dated:     New York, New York
              February 15, 2012

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF