

LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
STEPHEN A. CORR*
THOMAS P. DONNELLY*
SAMUEL C. TOTARO, JR.
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

*ADMITTED IN PA & NJ

February 15, 2012

*Via Hand Delivery*

Frank Maas, United State Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/12

Re:   *In re: Terrorist Attacks on September 11, 2001*, 03-md-01570 (GBD)
      *Havlish, et al. v. bin-Laden, et al.* 03-cv-09848
      **Motion to Seal Damages Inquest Exhibit H**

Dear Judge Maas:

Pursuant to our telephone conference on January 30, 2012, the *Havlish* Plaintiffs have filed their Damages Inquest Memorandum. As we discussed, we wish to file one exhibit under seal. Specifically, we request Your Honor accept this letter as Plaintiffs request to seal Exhibit H to the Inquest Memorandum which is a DVD containing personal financial and economic data for each of the named Plaintiffs. The data contained on the DVD was used by Plaintiffs' expert economist, Stan Smith, to prepare his report in support of damages.

Very truly yours,

Thomas E. Mellon, Jr.

TEM:ss

SO ORDERED

_____
Frank Maas,                 2/15/12
United States Magistrate Judge

INTERNATIONAL SOCIETY OF PRIMERUS LAW FIRMS