# EXHIBIT 6

SECRET

WNINTEL NOFORN

PAGE:0006

█████████████████████████████████████

BODY

COUNTRY: (U) SOMALIA (SO); SAUDI ARABIA (SA).

SUBJ: IIR ████████ AIDEED RECEIVES HUMANITARIAN AID AND WEAPON SHIPMENTS FROM SAUDI ARABIAN RELIEF ORGANIZATION (U).

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE. REPORT CLASSIFIED S-E-C-R-E-T NOFORN WNINTEL.

---------------------
DEPARTMENT OF DEFENSE
---------------------



SUMMARY: (S/NOFORN) THE SOMALI NATIONAL ALLIANCE (SNA) IS RECEIVING HUMANITARIAN AID AND WEAPON SHIPMENTS FROM THE SAUDI ARABIAN HIGH COMMISSION FOR RELIEF. THIS ORGANIZATION PRIMARILY SUPPLIES HUMANITARIAN RELIEF COMMODITIES TO THE SNA, BUT HAS ALSO BEEN THE CONDUIT IN SUPPLYING MILITARY WEAPONRY TO SNA FORCES IN MOGADISHU.

TEXT: 1. (S/NOFORN) THE SOMALI NATIONAL ALLIANCE (SNA) HAS BEEN RECEIVING HUMANITARIAN AID AS WELL AS MILITARY WEAPONS, AMMUNITION, AND SUPPLIES FOR APPROXIMATELY THE LAST THREE MONTHS FROM THE SAUDI ARABIAN HIGH COMMISSION FOR RELIEF. THE DIRECTOR FOR THE SAUDI HUMANITARIAN ORGANIZATION IS A SAUDI ARABIAN OFFICER █████████ ███████████████████ (NFI). THE HIGH COMMISSION FOR RELIEF PRIMARILY SUPPLIES CLOTHING, FOOD, MEDICAL SUPPLIES, AND OTHER RELIEF COMMODITIES TO THE SNA; HOWEVER, THE SNA HAS ALSO RECEIVED SHIPMENTS OF WEAPONS AND AMMUNITION INDIRECTLY FROM THIS ORGANIZATION.
2. (S/NOFORN) GENERAL MOHAMED FARAH HASSAN ((AIDEED)), SNA CHAIRMAN,

SECRET

WNINTEL NOFORN

SECRET

WNINTEL NOFORN

PAGE:0007

APPOINTED ABDI-RISAK ALI ((ELMI)) (HABR GEDIR/SULEIMAN) IN EARLY NOVEMBER 1993 AS LIAISON OFFICER BETWEEN THE SNA AND THE SAUDI ARABIAN HIGH COMMISSION FOR RELIEF. THE HIGH COMMISSION FOR RELIEF USUALLY RECEIVES HUMANITARIAN SUPPLIES DIRECTLY FROM SAUDI ARABIAN MERCHANT VESSELS DOCKING AT THE NEW SEAPORT, BUT ON OCCASION RECEIVES SUPPLIES FROM OTHER MIDDLE EASTERN FLAGGED SEA VESSELS. ONCE THE HUMANITARIAN SUPPLIES AND/OR MILITARY EQUIPMENT IS OFF-LOADED AT THE NEW SEAPORT, THE SAUDI HIGH COMMISSION FOR RELIEF TRANSPORTS THE GOODS BY TRUCK TO ONE OF TWO SNA CONTROLLED WAREHOUSES. THE WAREHOUSES ARE FOUND AT THE MOGADISHU INSTITUTE OF LABOR AND TRAINING COMPLEX, LOCATED NEAR THE CIGARETTE FACTORY. ▓▓▓▓▓ THE SAUDI ARABIAN HIGH COMMISSION HAS RECEIVED HUMANITARIAN SUPPLIES FROM SUDAN AND IRAQ FOR THE SNA; HOWEVER, THE CRATES FROM SUDAN AND IRAQ HAVE ALSO CONTAINED MILITARY WEAPONS, AMMUNITION, AND SUPPLIES, USUALLY HIDDEN IN FALSE BOTTOM CONTAINERS.)

3. (S/NOFORN) ABDI HASSAN AWALE ((QEYBDID)) (HABR GEDIR/SA'AD), SNA MINISTER OF INTERIOR, IS TRYING TO REPLACE ELMI AS THE SNA LIAISON OFFICER WITH ANOTHER SNA MILITIAMAN FROM THE SA'AD SUB-CLAN. THIS ACTION HAS PLACED QEYBDID AT ODDS ONCE AGAIN WITH MOHAMOUD MOHAMED ALI ((SIGANE)) (HABR GEDIR/SULEIMAN), MILITARY COMMANDER FOR THE SNA. QEYBDID BELIEVES THAT THE SULEIMAN SUB-CLAN UNDER SIGANE'S ORDERS IS RECEIVING A DISPROPORTIONATE SHARE OF THE HUMANITARIAN SUPPLIES. ▓▓▓▓▓ QEYBDID WANTS TO REPLACE ELMI WITH A SA'AD MILITIAMAN IN ORDER TO CONTROL THE HUMANITARIAN SUPPLIES FOR HIS OWN PERSONAL BENEFIT. QEYBDID IS CORRUPT AND WILL STEAL PORTIONS OF THE SUPPLIES TO SELL ON THE BLACK MARKET.)

COMMENTS: 1. (S/NF) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. (S/NF) ▓▓▓▓▓▓▓ THE SAUDI ORGANIZATION CITED ABOVE IS LIKELY IDENTICAL TO THE QUASI-GOVERNMENTAL COMMITTEE RUN BY RIYADH GOVERNOR PRINCE ((SALMAN)) BIN 'ABD AL-'AZIZ, SOMETIMED REFERRED TO AS A "HIGH COMMISSION", WHICH IS RESPONSIBLE FOR CHANNELING PRIVATE AND PUBLIC SAUDI CONTRIBUTIONS TO VARIOUS ISLAMIC CAUSES. THE ORGANIZATION'S NAME IS RENDERED "HEYA TULOULYEA" OR "HAYAT AL-'ULYA."

SECRET

WNINTEL NOFORN