IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |

-----------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right<br>and as Executrix of the ESTATE OF<br>DONALD G. HAVLISH, JR., Deceased,<br><br>RUSSA STEINER, in her own right<br>and as Executrix of the ESTATE OF<br>WILLIAM R. STEINER, Deceased,<br><br>CLARA CHIRCHIRILLO, in her own right<br>and as Executrix of the ESTATE OF<br>PETER CHIRCHIRILLO, Deceased,<br><br>TARA BANE, in her own right,<br>and as Executrix of the ESTATE OF<br>MICHAEL A. BANE, Deceased,<br><br>GRACE M. PARKINSON-GODSHALK, in her<br>own right and as Executrix of the ESTATE OF<br>WILLIAM R. GODSHALK, Deceased,<br><br>ELLEN L. SARACINI, in her own right<br>and as Executrix of the ESTATE OF<br>VICTOR J. SARACINI, Deceased,<br><br>THERESANN LOSTRANGIO, in her own right<br>and as Executrix of the ESTATE OF<br>JOSEPH LOSTRANGIO, Deceased, *et al.*,<br><br>            Plaintiffs,<br>    v.<br><br>SHEIKH USAMAH BIN-MUHAMMAD<br>BIN-LADEN, a.k.a. OSAMA BIN-LADEN,<br><br>AL-QAEDA/ISLAMIC ARMY,<br>an unincorporated association, *et al.*, | CIVIL ACTION NO.<br>03-CV-9848 – GBD<br><br>Case Transferred from the<br>United States District Court<br>for the District of Columbia<br>Case Number 1:02CV00305<br><br>**ADDENDUM TO<br>PLAINTIFFS' PROPOSED<br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW<br>WITH RESPECT TO<br>DAMAGES** |

*FOREIGN STATE DEFENDANTS*:   :
                              :
THE ISLAMIC REPUBLIC OF IRAN, :
                              :
AYATOLLAH ALI-HOSEINI KHAMENEI, :
                              :
ALI AKBAR HASHEMI RAFSANJANI, :
                              :
IRANIAN MINISTRY OF           :
INFORMATION AND SECURITY,     :
                              :
THE ISLAMIC REVOLUTIONARY     :
GUARD CORPS,                  :
                              :
HEZBOLLAH,                    :
an unincorporated association, :
                              :
THE IRANIAN MINISTRY          :
OF PETROLEUM,                 :
                              :
THE NATIONAL IRANIAN          :
TANKER CORPORATION,           :
                              :
THE NATIONAL IRANIAN          :
OIL CORPORATION,              :
                              :
THE NATIONAL IRANIAN          :
GAS COMPANY,                  :
                              :
IRAN AIRLINES,                :
                              :
THE NATIONAL IRANIAN          :
PETROCHEMICAL COMPANY,        :
                              :
IRANIAN MINISTRY OF           :
ECONOMIC AFFAIRS AND FINANCE, :
                              :
IRANIAN MINISTRY OF           :
COMMERCE,                     :
                              :
IRANIAN MINISTRY OF DEFENSE   :
AND ARMED FORCES LOGISTICS,   :

| | |
|---|---|
| THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | : <br> : <br> : |
| Defendants. | : |

## ADDENDUM TO PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO DAMAGES

AND NOW, with liability against all Defendants having been established by the entry of Plaintiffs' Findings of Fact and Conclusions of Law on December 22, 2011, Plaintiffs now come to hereby respectfully submit this Addendum to Plaintiffs' Proposed Findings of Fact and Conclusions of Law with Respect to Damages.

1. Plaintiffs' Proposed Findings of Fact and Conclusions of Law, ¶¶ 1-158, inclusive, contain a citation to the Foreign Sovereign Immunities Act ("FSIA") that is incorrect. These above-mentioned paragraphs cite to §1605(a) of the FSIA. The correct citation is §1605A.[1] Plaintiffs pray that this Honorable Court will consider Plaintiffs' Addendum and, should Plaintiffs' Proposed Findings of Fact and Conclusions of Law be entered by this Court, that ¶¶ 1-158, inclusive, will be amended to cite to §1605A of the FSIA.

2. In the alternative, Plaintiffs pray that this Honorable Court will consider ¶¶ 1-158, inclusive, so-amended via the submission of this Addendum for filing.

Respectfully submitted,

*/s/ Thomas E. Mellon, Jr.*
Thomas E. Mellon, Jr. (PA Bar No. 16767)
John A. Corr (PA Bar No. 52820)
Stephen A. Corr (PA Bar No. 65266)
Thomas E. Mellon, III (PA Bar No. 81631)

---

[1] Section 1605A of the FSIA was added to the statute during the pendency of this litigation via the National Defense Authorization Act for Fiscal Year 2008, §1083(c).

MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700

Walter S. Batty, Jr. (PA Bar No. 02530)
c/o MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS QUINN
  & PANTAZIS, PLLC
1850 M Street, NW, Suite 720
Washington, DC 20009
(202) 467-4123

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
Melina Goldfarb (AL Bar No. ASB-3739-R71M)
WIGGINS CHILDS QUINN
  & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

J.D. Lee (TN Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LAW OFFICE OF J.D. LEE
422 South Gay Street, 3rd Floor
Knoxville, TN 37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330

Donald J. Winder (UT Bar No. 3519)
Jerald V. Hale (UT Bar No. 8466)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668
(801) 322-2222

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MEYERS, MIELKE
 & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982

*Attorneys for the Havlish Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Thomas E. Mellon Jr., Esquire, hereby certify that the Defendants in the matter of *Havlish, et al. v. bin Laden, et al.*, are in default and have not registered for ECF and, therefore, those Defendants have not been served with the attached Addendum to Plaintiffs' Proposed Findings of Fact and Conclusions of Law. All other interested parties in the consolidated actions are being served through the ECF system this 27th day of February, 2012.

/s/ Thomas E. Mellon Jr.
Thomas E. Mellon Jr., Esquire
Pa. Bar No.: 16767
MELLON, WEBSTER & SHELLY
87 N. Broad Street
Doylestown, PA 18901
(215) 348-7700
tmellon@mellonwebster.com
*Counsel for Havlish Plaintiffs*