# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-08591
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-7279
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-06977
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-5970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd., et al.*, Case No. 04-cv-7065

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO STRIKE**

This matter came before the Court pursuant to Defendants' Motion To Strike and Memorandum of Law in Support of Motion To Strike. After consideration of this motion,

**IT IS HEREBY ORDERED** that this Motion is **GRANTED**. The Clerk shall remove the following documents from the docket: (1) Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs' Reply in Support of Their Motion for Relief from the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herezgovina ("Carter Affirmation") [ECF No. 2557-1]; (2) all exhibits attached to the Carter Affirmation [ECF Nos. 2557-2; 2557-3; 2557-3; 2557-4; 2557-5; 2557-6; 2557-7; 2557-8; 2557-9; 2557-10; 2558]. Any and all references to the above-mentioned documents are hereby stricken from the record.

Signed this \_\_\_\_ day of _____ 2012.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE