UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)
ECF Case

**WITHDRAWAL OF APPEARANCE**

-----------------------------------------------------------X

This document applies to:

*Ashton v. Al Qaeda Islamic Army*, Case No. 02-cv-6977
*Burnett v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-9849
*Cantor Fitzgerald & Co. v. Akida Investment Co. Ltd.*, Case No. 04-cv-7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, Case No. 04-cv-5970
*Euro Brokers Inc. v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-7279
*O'Neill v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-1923
*World Trade Center Properties, LLC v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-7280
*Federal Insurance Co. v. Al Baraka Investment & Development Corp.,* Case No. 03-cv-6978

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      Kindly withdraw the appearance of Lisa D'Alessio, Esq. as counsel on behalf of Faisal Islamic Bank-Sudan in the above referenced matters.

Dated: February 29, 2012

                                                                         __s/_____
                                                                         Lisa D'Alessio (LD-1031)
                                                                         120 Broadway
                                                                         24th Floor
                                                                         New York, New York 10271
                                                                         Ph: 212-416-8249

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the Withdrawal of Appearance was filed electronically this 29th day of February 2012. Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system. Parties may access this filing through the court's ECF system.

                                            __s/_____
                                            Lisa D'Alessio (LD-1031)