## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*　　　　　*Federal Insurance Co., et al v. al Qaida, et al.,*
03-CV-6978 (GBD)

### NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Federal Insurance Company; Pacific Indemnity Insurance Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance

Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North

America; Insurance Company of North America; Westchester Fire Insurance Company;

Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn

Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance

Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions

Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch;

AXA RE US Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance

Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance

de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK Ltd.

hereby appeal to the United States Court of Appeals for the Second Circuit from each and every

part of the final judgment entered on February 7, 2012, a copy of which is attached as Exhibit A,

in favor of defendant Saudi Binladin Group, and from each and every opinion and order upon

which said defendant's judgment and underlying dismissal is based, including, without

limitation, the opinions and orders issued on January 18, 2005 and January 11, 2012, copies of

which are attached as Exhibits B and C respectively.

<div style="margin-left: 3em;">

Respectfully submitted,

COZEN O'CONNOR

BY: _____
Stephen A. Cozen, Esquire
Elliott R. Feldman, Esquire
Sean P. Carter, Esquire
Stephen A. Miller, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

</div>

Dated:  March 6, 2012