**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT
FILED
MAR 07 2012
D.S.
S.D. OF N.Y.

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
| *This document relates to:*<br><br>*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.* | 04-CV-7279 |

### NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the *Euro Brokers* case hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on February 7, 2012, in favor of Saudi Binladin Group, a copy of which is attached as Exhibit A; and from each and every opinion and order upon which this judgment is based, including, without limitation, the opinions and orders dated January 18, 2005 and January 11, 2012 dismissing all claims in this case against this defendant, copies of which are attached as Exhibits B and C respectively, as well as any other underlying orders with respect to this defendant.

Dated:  New York, New York
        March 7, 2012

/s/ Andrea Bierstein
abierstein@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN FISHER
& HAYES, LLP
112 Madison Avenue
New York, NY 10016
Tel:  (212) 784-6400
Fax:  (212) 213-5949

Ronald L. Motley

1

rlmotley@motleyrice.com
Jodi Westbrook Flowers
jflowers@motleyrice.com
Robert T. Haefele
rhaefele@motleyrice.com
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel:  (843) 216-9000

Attorneys for Plaintiffs