**BERNABEI & WACHTEL, PLLC**
ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

**MEMO ENDORSED**

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

LYNNE BERNABEI
DAVID WACHTEL
ALAN R. KABAT

ANDREA LOVELESS*
PETER M. WHELAN
ELIZA BRINK DERMODY
ANNE KING
*ADMITTED IN CA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

By Telecopier
March 9, 2012

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

*/s/ Frank Maas*
Frank Maas, USMJ 3/9/12

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subject to discovery, submit this joint letter regarding the discovery status conference scheduled for March 15, 2012. The parties are in agreement that there are no discovery issues ripe for review, and request that the March 15 status conference be adjourned. The next scheduled status conferences are on Thursday, April 12, 2012 and Thursday, May 17, 2012.

Respectfully submitted,

*R. Haefele /AK*

Robert Haefele
*Plaintiffs' Executive Committees*

*Alan R. Kabat*

Alan R. Kabat
*Defendants' Executive Committee*

cc:   Judge George B. Daniels
      All MDL-1570 counsel of record (via email)