## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ALMATY
ASHGABAT
ASTANA
BUENOS AIRES
DUBAI
FRANKFURT
HOUSTON

ISTANBUL
LONDON
MEXICO CITY
MILAN
MUSCAT
PARIS
WASHINGTON, D.C.

ATTORNEYS AND COUNSELLORS AT LAW

101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
WWW.CURTIS.COM

MEMO ENDORSED

WRITER'S DIRECT:
TEL.: 212-696-6046
E-MAIL: bkingham@curtis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

March 8, 2012

BY HAND

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

APPLICATION GRANTED
SO ORDERED

*Frank Maas, USMJ* 3/9/12

MAR 09 2012

Re: In re Terrorist Attacks on September 11, 2001
Case No. 1:03-md-01570 (GBD)(FM)

Barnett vs. Al Baraka Investment & Development Corp.
Case No. 1:03-cv-9849 (GBD)(FM)

Barnett vs. Al Baraka Investment & Development Corp.
Case No. 03-cv-5738 (GBD)(FM)

Dear Judge Maas:

By means of this letter, I request that you direct the Clerk of the Court to remove my name and e-mail address from the list of recipients of Notices of Electronic Filings ("NEF") in the above-referenced cases.

Our firm represented two defendants, Alfaisaliah Group (a/k/a Faisal Group Holdings Co.) and Prince Abdullah Al Faisal Bin Abdullah Al Saud.  Defendant Alfaisaliah Group was dismissed on pages 8 and 60 of Judge Daniels' June 17, 2010 Order (Exhibit "A"). Defendant Prince Abdullah Al Faisal Bin Abdullah Saud was dismissed on page 40 of Judge Daniels' September 13, 2010 Order (Exhibit "B").  On October 4, 2010, you issued a "memo-endorsed" decision directing my name and e-mail address be removed from the list of recipients of NEF (Exhibit "C").  As several appeals which may have impacted my clients' involvement in

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

March 8, 2012

this case were pending, the Clerk's Office did not remove my name and e-mail address from the NEF recipient list following your October 4, 2010 "memo-endorsed" decision.

    On July 13 2011 this Court issued an Order directing the entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing seventy-five (75) defendants from this case, including Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Al Faisaliah Group (Exhibit "D"). On February 9, 2012, the United States Court of Appeals for the Second Circuit issued an Order endorsing a stipulation withdrawing appeals as to twenty-seven (27) defendants, including Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Al Faisaliah Group (Exhibit "E"). As a result of these recent developments, my clients' involvement in this case has terminated. Consequently, I respectfully request that you direct the Clerk of the Court to remove my name and e-mail address from the list of recipients of NEF in this case.

    Thank you for your attention to this matter.

Respectfully,

T. Barry Kingham

Enclosures