USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks of September 11, 2001 | 03 MDL 1570 (GBD/FM) |
|---|---|

This document relates to: *Thomas Burnett, Sr. et al., v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-9849

### CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KARAJICK, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was ~~commenced on August 15, 2002 with the filing of the Summons and Complaint. The Amended Complaint was filed on September 4, 2002, and the Third Amended Complaint was filed on November 22, 2002. The Summonses, Complaints and Notices of suit were served on Defendants, The Republic of Sudan, The Ministry of the Interior of The Republic of Sudan, and The Ministry of Defense of The Republic of Sudan (collectively "Sudan Defendants")~~, as follows: [handwritten: transferred in from MDL Panel on 12/11/0_]

Service was effectuated on the Sudan Defendants through diplomatic channels by the United States Department of State on January 12, 2005. Proof of such service was transmitted to [handwritten: Clerk's Office] ~~Joseph LaMura, Chief Deputy Clerk~~, United States District Court, Southern District Court of New York on ~~January 12, 2005.~~ [handwritten: and notation made on 3/25/05]

I further certify that the docket entries indicate that the Sudan Defendants have not filed an answer or otherwise moved with respect to the Summonses, Complaints and Notices of suit. The default of Defendants, The Republic of Sudan, The Ministry of the Interior of The Republic of Sudan, and The Ministry of Defense of the Republic of Sudan, is hereby noted.

Dated: March 15, 2012
New York, New York

RUBY J. KRAJICK
Clerk of the Court
By: _____
Deputy Clerk