```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 16 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) ECF Case |
|---|---|

This document applies to:

*Fed. Ins. Co., et al. v. al Qaida, et al.*, 03-cv-06978 (GBD)

## ORDER FOR ADMISSION *PRO HAC VICE* UPON WRITTEN MOTION

Upon the motion of Dorothy J. Spenner, attorney for *Federal Insurance* Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard Klingler |
| Firm Name: | Sidley Austin LLP |
| Address: | 1501 K Street, NW |
| City/State/Zip | Washington, DC 20005 |
| Phone number: | (212) 736-8000 |
| Fax number: | (212) 736-8711 |
| Email address: | rklingler@sidley.com |

is admitted to practice *pro hac vice* as counsel for *Federal Insurance* Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
New York, New York

MAR 16 2012

George B. Daniels
Honorable George B. Daniels
United States District Judge

5

DC1 2275881v.1