

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001      :

                                                   :      03 MDL 1570 (GBD)(FM)

                                                   :

                                                   :

                                                   :

                                                   :

                                                   :

                                                   :

                                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, No. 02-CV-6977 (GBD) (FM)
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.,* Case No. 03-CV-8591 (GBD) (FM)
*Burnett v. Al Baraka Inv. & Dev. Corp.*, No. 03-CV-9849 (GBD) (FM)
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia*, Case No. 04-CV-1922 (GBD) (FM)
*Continental Casualty Co., et al. v. al Qaeda, et al.*, Case No. 04-CV-5970 (GBD) (FM)
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (GBD)
(FM)
*Cantor Fitzgerald & Co., et al. v. Akida Private, Ltd., et al.*, Case No. 04-CV-7065 (GBD) (FM)
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No 04-CV-7279 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

        For the reasons stated on the record at oral argument on March 15, 2012, Plaintiff's Motion

pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgments Entered in Favor of the

Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina is

DENIED.


Dated: March 15, 2012
        New York, New York

                                        SO ORDERED:

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge