UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

**03 MDL 1570 (GBD)**
ECF Case
**WITHDRAWAL OF APPEARANCE**

-----------------------------------------------------------X

This document applies to:

*Ashton v. Al Qaeda Islamic Army*, Case No. 02-cv-6977
*Burnett v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-9849
*Cantor Fitzgerald & Co. v. Akida Investment Co. Ltd.*, Case No. 04-cv-7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, Case No. 04-cv-5970
*Euro Brokers Inc. v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-7279
*O'Neill v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-1923
*World Trade Center Properties, LLC v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-7280
*Federal Insurance Co. v. Al Baraka Investment & Development Corp.,* Case No. 03-cv-6978

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

The following attorney withdraws his Notice of Appearance on behalf of Faisal Islamic Bank-Sudan in the above-referenced matters, and requests that the Clerk remove him from the electronic filing notice and mailing matrix:

    Hugh D. Higgins (admitted *Pro Hac Vice*)
    101 East Kennedy Boulevard
    Bank of America Plaza – Suite 3100
    Tampa, FL 33602

Please note that Mr. John F. Lauro will remain as counsel for Faisal Islamic Bank-Sudan in the above-referenced matters.

Dated:  March 16, 2012

      Tampa, Florida

Respectfully Submitted:

**LAURO LAW FIRM**

    /s/Hugh D. Higgins

Hugh D. Higgins, Esq. (admitted *Pro Hac Vice*)
101 East Kennedy Boulevard
Bank of America Plaza – Suite 3100
Tampa, Florida 33602
P:  813 222 8990 / F:  813 222 8991
E-mail: hhiggins@laurolawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Withdrawal of Appearance was filed electronically this 16th day of March 2012. Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system. Parties may access this filing through the court's ECF system.

                                                         /s/Hugh D. Higgins

                                                          Hugh D. Higgins