UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
:   03 MDL 1570 (GBD)
:   ECF Case
:
In re TERRORIST ATTACKS ON      :   **WITHDRAWAL OF APPEARANCE**
SEPTEMBER 11, 2001


------------------------------------------------- x

*This document relates to:*

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corp., et al.,* Case No. 04-CV-1923

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Final judgment dismissing all claims against Banca del Gottardo, now known as BSI SA ("BDG"), having been entered in this Court, and plaintiffs' appeal therefrom having been voluntarily withdrawn with prejudice as to BDG, and there being no action consolidated under this MDL now pending against BDG, Martin J. Schwartz, Esq., requests that his appearance on behalf of BDG be withdrawn and that he be removed from the electronic filing notice and mailing matrix for all cases.

Dated: New York, New York
       March 19, 2012

                                  /s/   Martin J. Schwartz
                                  Martin J. Schwartz (MS 4227)
                                  SNR DENTON US LLP
                                  1221 Avenue of the Americas
                                  New York, New York 10020
                                  Tel.:  (212) 768-6700
                                  Fax:  (212) 768-6800

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Withdrawal of Appearance was filed electronically this 19th day of March 2012. Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system. Parties may access this filing through the court's ECF system.

                                            /s/_Martin J. Schwartz_____
                                                  Martin J. Schwartz