UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)
ECF Case

**WITHDRAWAL OF APPEARANCE**

-----------------------------------------------------------X

This document applies to:

*Ashton v. Al Qaeda Islamic Army*, Case No. 02-cv-6977
*Burnett v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-9849
*Cantor Fitzgerald & Co. v. Akida Investment Co. Ltd.*, Case No. 04-cv-7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, Case No. 04-cv-5970
*Euro Brokers Inc. v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-7279
*O'Neill v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-1923
*World Trade Center Properties, LLC v. Al Baraka Investment & Development Corp.*, Case No. 04-cv-7280
*Federal Insurance Co. v. Al Baraka Investment & Development Corp.*, Case No. 03-cv-6978

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Kindly withdraw the appearance of Lisa D'Alessio, Esq. as counsel on behalf of Faisal Islamic Bank-Sudan in the above referenced matters.

Dated: February 29, 2012

Lisa D'Alessio (LD-1031)
120 Broadway
24th Floor
New York, New York 10271
Ph: 212-416-8249

MAR 14 2012

SO ORDERED: