UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br>03 MDL 1570 (GBD) |

-------------------------------------------------------x

FIONA HAVLISH, in her own right           :
and as Executrix of the ESTATE OF         :
DONALD G. HAVLISH, JR., Deceased,         :

                                          :      CIVIL ACTION NO.
RUSSA STEINER, in her own right           :      03-CV-9848 – GBD
and as Executrix of the ESTATE OF         :
WILLIAM R. STEINER, Deceased,             :      Case Transferred from the
                                          :      United States District Court
CLARA CHIRCHIRILLO, in her own right      :      for the District of Columbia
and as Executrix of the ESTATE OF         :      Case Number 1:02CV00305
PETER CHIRCHIRILLO, Deceased,             :
                                          :
TARA BANE, in her own right,              :
and as Executrix of the ESTATE OF         :
MICHAEL A. BANE, Deceased,                :
                                          :
GRACE M. PARKINSON-GODSHALK, in her       :
own right and as Executrix of the ESTATE OF :
WILLIAM R. GODSHALK, Deceased,            :
                                          :
ELLEN L. SARACINI, in her own right       :
and as Executrix of the ESTATE OF         :
VICTOR J. SARACINI, Deceased,             :
                                          :
THERESANN LOSTRANGIO, in her own right    :
and as Executrix of the ESTATE OF         :
JOSEPH LOSTRANGIO, Deceased, *et al.*,    :
                                          :
                    Plaintiffs,           :
                                          :
            v.                            :

SHEIKH USAMAH BIN-MUHAMMAD                                :
BIN-LADEN, a.k.a. OSAMA BIN-LADEN,                        :
                                                         :
AL-QAEDA/ISLAMIC ARMY,                                    :
an unincorporated association, *et al.*,                  :

      *FOREIGN STATE DEFENDANTS*:                        :
                                                         :
THE ISLAMIC REPUBLIC OF IRAN,                             :
                                                         :
AYATOLLAH ALI-HOSEINI  KHAMENEI,                          :
                                                         :
ALI AKBAR HASHEMI RAFSANJANI,                             :
                                                         :
IRANIAN MINISTRY OF                                       :
INFORMATION AND SECURITY,                                 :
                                                         :
THE ISLAMIC REVOLUTIONARY                                 :
GUARD CORPS,                                              :
                                                         :
HEZBOLLAH,                                                :
an unincorporated association,                            :
                                                         :
THE IRANIAN MINISTRY                                      :
OF PETROLEUM,                                             :
                                                         :
THE NATIONAL IRANIAN                                      :
TANKER CORPORATION,                                       :
                                                         :
THE NATIONAL IRANIAN                                      :
OIL CORPORATION,                                          :
                                                         :
THE NATIONAL IRANIAN                                      :
GAS COMPANY,                                              :
                                                         :
IRAN AIRLINES,                                            :
                                                         :
THE NATIONAL IRANIAN                                      :
PETROCHEMICAL COMPANY,                                    :

|  | : |
| IRANIAN MINISTRY OF | : |
| ECONOMIC AFFAIRS AND FINANCE, | : |
|  | : |
| IRANIAN MINISTRY OF | : |
| COMMERCE, | : |
|  | : |
| IRANIAN MINISTRY OF DEFENSE | : |
| AND ARMED FORCES LOGISTICS, | : |
|  | : |
| THE CENTRAL BANK OF THE | : |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | : |
|  | : |
| _____ Defendants. | : |

## ORDER

UPON CONSIDERATION of the Motion for Approval of Form and Procedure for *Lis Pendens* (the "Motion") filed by the Plaintiffs/Judgment Creditors in the above-referenced matter, it is this _____day of _____, 2012, by the United States District Court for the Southern District of New York, ORDERED:

1.    That the Motion is hereby GRANTED;

2.    The form of Notice of *Lis Pendens attached* to the Motion is hereby

APPROVED;

3.    The Plaintiffs/Judgment Creditors shall be authorized to file Notices of *Lis Pendens* in the form approved by this Court in judicial districts where they believe assets subject to attachment in aid of execution, or execution, are located pursuant to 28 U.S.C. § 1605A(g).

4.    The Clerk's offices where the Plaintiffs/Judgment Creditors file such Notices of *Lis Pendens shall* accept such Notices of *Lis Pendens for* filing. The Clerk's offices shall file the *Notice of Lis Pendens on* the miscellaneous docket or in the same

manner as any pending action and it shall be indexed by listing as defendants all persons/entities identified in the Notice of *Lis Pendens.*


Dated: _____, 2012              _____
                                              Judge