UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | CIVIL ACTION NO. 03 MDL 1570 (GBD) |

---------------------------------------------------------x

FIONA HAVLISH, in her own right          :
and as Executrix of the ESTATE OF        :
DONALD G. HAVLISH, JR., Deceased,        :

                              :          CIVIL ACTION NO.

RUSSA STEINER, in her own right          :          03-CV-9848 – GBD
and as Executrix of the ESTATE OF        :
WILLIAM R. STEINER, Deceased,            :          Case Transferred from the
                              :          United States District Court

CLARA CHIRCHIRILLO, in her own right     :          for the District of Columbia
and as Executrix of the ESTATE OF        :          Case Number 1:02CV00305
PETER CHIRCHIRILLO, Deceased,            :
                              :

TARA BANE, in her own right,             :
and as Executrix of the ESTATE OF        :
MICHAEL A. BANE, Deceased,               :
                              :

GRACE M. PARKINSON-GODSHALK, in her      :
own right and as Executrix of the ESTATE OF :
WILLIAM R. GODSHALK, Deceased,           :
                              :

ELLEN L. SARACINI, in her own right      :
and as Executrix of the ESTATE OF        :
VICTOR J. SARACINI, Deceased,            :
                              :

THERESANN LOSTRANGIO, in her own right   :
and as Executrix of the ESTATE OF        :
JOSEPH LOSTRANGIO, Deceased, *et al.*,   :
                              :

                    Plaintiffs,          :

          v.                   :

|  | : |
| --- | --- |
| SHEIKH USAMAH BIN-MUHAMMAD | : |
| BIN-LADEN, a.k.a. OSAMA BIN-LADEN, | : |
|  | : |
| AL-QAEDA/ISLAMIC ARMY, | : |
| an unincorporated association, *et al.*, | : |

*FOREIGN STATE DEFENDANTS*:                :

THE ISLAMIC REPUBLIC OF IRAN,                :

AYATOLLAH ALI-HOSEINI  KHAMENEI,                :

ALI AKBAR HASHEMI RAFSANJANI,                :

IRANIAN MINISTRY OF
INFORMATION AND SECURITY,                :

THE ISLAMIC REVOLUTIONARY
GUARD CORPS,                :

HEZBOLLAH,
an unincorporated association,                :

THE IRANIAN MINISTRY
OF PETROLEUM,                :

THE NATIONAL IRANIAN
TANKER CORPORATION,                :

THE NATIONAL IRANIAN
OIL CORPORATION,                :

THE NATIONAL IRANIAN
GAS COMPANY,                :

IRAN AIRLINES,                :

THE NATIONAL IRANIAN
PETROCHEMICAL COMPANY,                :

IRANIAN MINISTRY OF                              :
ECONOMIC AFFAIRS AND FINANCE,                    :
                                                 :
IRANIAN MINISTRY OF                              :
COMMERCE,                                        :
                                                 :
IRANIAN MINISTRY OF DEFENSE                      :
AND ARMED FORCES LOGISTICS,                      :
                                                 :
THE CENTRAL BANK OF THE                          :
ISLAMIC REPUBLIC OF IRAN, *et al.*,              :
                                                 :
_____Defendants._____:

## ORDER

UPON CONSIDERATION of the Motion for Approval of Form and Procedure for *Lis Pendens* (the "Motion") filed by the Plaintiffs/Judgment Creditors in the above-referenced matter, it is this _____day of _____, 2012, by the United States District Court for the Southern District of New York, ORDERED:

    1.    That the Motion is hereby GRANTED;

    2.    The form of Notice of *Lis Pendens attached* to the Motion is hereby

        APPROVED;

    3.    The Plaintiffs/Judgment Creditors shall be authorized to file Notices of *Lis Pendens* in the form approved by this Court in judicial districts where they believe assets subject to attachment in aid of execution, or execution, are located pursuant to 28 U.S.C. § 1605A(g).

    4.    The Clerk's offices where the Plaintiffs/Judgment Creditors file such Notices of *Lis Pendens shall* accept such Notices of *Lis Pendens for* filing. The Clerk's offices shall file the *Notice of Lis Pendens on* the miscellaneous docket or in the same

manner as any pending action and it shall be indexed by listing as defendants all persons/entities identified in the Notice of *Lis Pendens.*


Dated: _____, 2012          _____
                                                          Judge