# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | CIVIL ACTION NO. 03 MDL 1570 (GBD) |

---------------------------------------------------------------x

FIONA HAVLISH, in her own right
and as Executrix of the ESTATE OF
DONALD G. HAVLISH, JR., Deceased,

CIVIL ACTION NO.
03-CV-9848 – GBD

RUSSA STEINER, in her own right
and as Executrix of the ESTATE OF
WILLIAM R. STEINER, Deceased,

Case Transferred from the
United States District Court
for the District of Columbia
Case Number 1:02CV00305

CLARA CHIRCHIRILLO, in her own right
and as Executrix of the ESTATE OF
PETER CHIRCHIRILLO, Deceased,

TARA BANE, in her own right,
and as Executrix of the ESTATE OF
MICHAEL A. BANE, Deceased,

GRACE M. PARKINSON-GODSHALK, in her
own right and as Executrix of the ESTATE OF
WILLIAM R. GODSHALK, Deceased,

ELLEN L. SARACINI, in her own right
and as Executrix of the ESTATE OF
VICTOR J. SARACINI, Deceased,

THERESANN LOSTRANGIO, in her own right
and as Executrix of the ESTATE OF
JOSEPH LOSTRANGIO, Deceased, *et al.*,

      Plaintiffs,

 v.

SHEIKH USAMAH BIN-MUHAMMAD
BIN-LADEN, a.k.a. OSAMA BIN-LADEN,

AL-QAEDA/ISLAMIC ARMY,
an unincorporated association, *et al.*,

| | |
|---|---|
| *FOREIGN STATE DEFENDANTS:* | : |
| | : |
| THE ISLAMIC REPUBLIC OF IRAN, | : |
| | : |
| AYATOLLAH ALI-HOSEINI KHAMENEI, | : |
| | : |
| ALI AKBAR HASHEMI RAFSANJANI, | : |
| | : |
| IRANIAN MINISTRY OF INFORMATION AND SECURITY, | : |
| | : |
| THE ISLAMIC REVOLUTIONARY GUARD CORPS, | : |
| | : |
| HEZBOLLAH, an unincorporated association, | : |
| | : |
| THE IRANIAN MINISTRY OF PETROLEUM, | : |
| | : |
| THE NATIONAL IRANIAN TANKER CORPORATION, | : |
| | : |
| THE NATIONAL IRANIAN OIL CORPORATION, | : |
| | : |
| THE NATIONAL IRANIAN GAS COMPANY, | : |
| | : |
| IRAN AIRLINES, | : |
| | : |
| THE NATIONAL IRANIAN PETROCHEMICAL COMPANY, | : |
| | : |
| IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, | : |
| | : |
| IRANIAN MINISTRY OF COMMERCE, | : |
| | : |
| IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, | : |

| | |
|---|---|
| THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | : : : |
| Defendants. | : |

## NOTICE OF *LIS PENDENS*

Pursuant to 28 U.S.C. § 1605A(g), the Plaintiffs hereby provide notice of the pending action which affects all property located in this judicial district owned by any of the following persons/entities:

SHEIKH USAMAH BIN-MUHAMMAD
    BIN-LADEN, a.k.a. OSAMA BIN-LADEN
Last known location
Afghanistan

THE TALIBAN, a.k.a. the Islamic
    Emirate of Afghanistan
    an unincorporated association
Last known location
Afghanistan

MUHAMMAD OMAR, individually
Last known location
Afghanistan

AL QAEDA/ISLAMIC ARMY,
an unincorporated association
Last known location
Afghanistan

THE ISLAMIC REPUBLIC OF IRAN,
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY  10017

THE REPUBLIC OF IRAQ,
c/o The Permanent Representative
of Iraq to the United Nations
14 East 79th Street
New York, NY  10021
    or
The Iraqi Interest Section
c/o The Algerian Embassy

1801 P Street, N.W.
Washington, DC 20036

AYATOLLAH ALI HOSEINI-
    KHAMENEI, Supreme Leader
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

ALI AKBAR HASHEMI RAFSANJANI
    Previously Identified and Served as Unidentified Terrorist 1
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

IRANIAN MINISTRY OF
    INFORMATION AND SECURITY
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

THE ISLAMIC REVOLUTIONARY
    GUARD CORPS
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017
Washington, DC 20007

HEZBOLLAH,
    an unincorporated association
c/o Permanent Mission of Iran
to the United Nations
622 Third Avenue
New York, NY 10017

THE IRANIAN MINISTRY
    OF PETROLEUM
c/o Bijan Namdar-Zanganeh
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran

THE NATIONAL IRANIAN
    TANKER CORPORATION
    Previously identified as Unidentified Terrorist 2
c/o Mohammed Souri, Chairman
#67 and 88; Atefi Street; Africa Ave.

THE NATIONAL IRANIAN
    OIL CORPORATION
       Previously Identified as Unidentified Terrorist 3
c/o Madhi Mir Maezzei
Chief Managing Director
Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran

THE NATIONAL IRANIAN
    GAS COMPANY
       Previously Identified as Unidentified Terrorist 4
#410, Mafatteh Crossing,
Taleghani Avenue
P.O. Box 6394,4533
Tehran, Iran

IRAN AIRLINES
       Previously Identified as Unidentified Terrorist 5
c/o Eng. Davoud Keshavarzian
Chairman and CEO
Iran Air H.Q.
Mahrabad Airport
Tehran, Iran

THE NATIONAL IRANIAN
    PETROCHEMICAL COMPANY
       Previously Identified as Unidentified Terrorist 6
#46 Haft Tir Square
Karimkhan Zand Boulevard
P.O. Box 11365-3484
Tehran, Iran

IRANIAN MINISTRY OF
    ECONOMIC AFFAIRS AND FINANCE
c/o Safdar Hoseini
Sour Esrafil Street,
Bab Homayoun Avenue
Tehran, Iran

IRANIAN MINISTRY OF
    COMMERCE
c/o Mohammad Shariat-Madari
492 Valy-e Asr Avenue
Between Taleghani Crossroad and
Valy-e Asr Square
Tehran, Iran

IRANIAN MINISTRY OF DEFENSE
    AND ARMED FORCES LOGISTICS

Ali Shamkhani Dabestan Street
Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran

THE CENTRAL BANK OF THE
   ISLAMIC REPUBLIC OF IRAN
   Previously Identified as Unidentified Terrorist 7
c/o Ebrahim Sheibany
Governor
Miramad Boulevard, #144
Tehran, Iran

     Attached hereto is true and correct copy of the Third Amended Complaint filed June 23, 2010 and the Order of _____, 2012 approving this Notice of *Lis Pendens*.

Dated: _____, 2012

                                        Respectfully submitted,

                                        */s/ Thomas E. Mellon, Jr.*

Thomas E. Mellon, Jr. (PA Bar No. 16767)
John A. Corr (PA Bar No. 52820)
Stephen A. Corr (PA Bar No. 65266)
Thomas E. Mellon, III (PA Bar No. 81631)
MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
(215) 348-7700

Walter S. Batty, Jr. (PA Bar No. 02530)
c/o MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
(215) 348-7700

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS QUINN
  & PANTAZIS, PLLC
1850 M Street, NW, Suite 720
Washington, DC  20009
(202) 467-4123

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
Melina Goldfarb (AL Bar No. ASB-3739-R71M)
WIGGINS CHILDS QUINN
  & PANTAZIS, LLC

The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

J.D. Lee (TN Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LAW OFFICE OF J.D. LEE
422 South Gay Street, 3rd Floor
Knoxville, TN 37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330

Donald J. Winder (UT Bar No. 3519)
Jerald V. Hale (UT Bar No. 8466)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668
(801) 322-2222

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MEYERS, MIELKE
 & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982

*Attorneys for the Havlish Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2012 copies of the foregoing Notice of *Lis Pendens* were delivered via first-class mail postage prepaid to each Defendant listed above at the address stated herein.

_____