UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*

*Federal Insurance Co., et al v. al Qaida, et al.,* 03-CV-6978 (GBD)
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.,* Case No. 03-CV-08591 (GBD)
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.,* Case No. 04-CV-7216 (GBD)

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Federal Insurance Company; Pacific Indemnity Insurance Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE

Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA-NV; ACE Property & Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG; AXA Cessions; and AXA Global Risks UK Ltd. hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina, and from each and every opinion and order upon which the March 16, 2012 opinion and judgment is based, including, without limitation, the opinions, orders and judgments issued on January 18, 2005, September 21, 2005, December 16, 2005, and January 10, 2006, copies of which are attached as Exhibits B, C, D, and E respectively.

Dated: April 2, 2012

Respectfully submitted,

COZEN O'CONNOR

BY: _____
Stephen A. Cozen, Esquire
Elliott R. Feldman, Esquire
Sean P. Carter, Esquire
Stephen A. Miller, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000