UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks On September 11, 2001 | 03 MDL 1570 (GBD) (FJM)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FJM) (S.D.N.Y.)

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the matter of *Estate of John P. O'Neill, Sr., et al. v. The Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order entered on the 16th day of March, 2012, a copy of which is attached hereto as Exhibit - 1, by the United States District Court for the Southern District of New York in favor of the Kingdom of Saudi Arabia and the following Agencies and Instrumentalities of the Kingdom of Saudi Arabia, and denying the Plaintiffs' Motion pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia, and the underlying opinions, decisions and orders, including, without limitation, those set forth in Exhibit A:

      Directorate of Intelligence

      General Staff

      Intelligence Section (G-2)

nydocs1-984827.6

Ministry of State for Internal Affairs

Ministry of Interior

Saudi Committee for
Support of the Intifada

The Supreme Council of
Islamic Affairs

The Council of Ministers

The Special Committee of the Council of Ministers

DATED: New York, New York
April 2, 2012

Respectfully submitted,

_____
Jerry S. Goldman
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000

Attorneys for the *O'Neill Plaintiffs*

## EXHIBIT A

## Orders, Opinions and Decisions of the District Court

1. Order of March 16, 2012, MDL Docket Document No. 2578, *Estate of John P. O'Neill, Sr., et al. v. The Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FJM) (S.D.N.Y.) Docket Document No. 306

2. Opinion and Order of January 18, 2005, MDL Docket Document No. 632

3. Order of December 16, 2005, MDL Docket Document No. 1554, *Estate of John P. O'Neill Sr., et. al. v. Kingdom of Saudi Arabia et al.*, 04-CV-1922 (GBD) (FJM) (S.D.N.Y.) Docket Document No.199

4. Judgment of January 10, 2006, MDL Docket No. 1594, *Estate of John P. O'Neill Sr., et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD)(FJM) Docket Document No.206

5. Decision of March 15, 2012 (Transcript)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Appeal, was served on all counsel of record both via the Court's Electronic Case Filing System on this date and via Federal Express upon

>Michael K. Kellogg, Esquire
>KELLOGG, HUBER, HANSEN, TODD, EVANS, & FIGEL PLLC
>Sumner Square
>1615 M Street N.W., Suite 400
>Washington, D.C. 20036-3209
>Attorney for the Kingdom of Saudi Arabia and its agencies and instrumentalities.

April 2, 2012

_____
Jerry S. Goldman