UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
| In re Terrorist Attacks On September 11, 2001 | ) | 03 MDL 1570 (GBD) (FJM) |
|  | ) | ECF Case |
|  | ) |  |
|  | ) |  |

This document relates to:

**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina, and from each and every opinion and order upon which the March 16, 2012 opinion and judgment is based, including without limitation, the opinions, orders and judgments issued on January 18, 2005, May 5, 2005, September 21, 2005, November 28, 2005, December 16, 2005 and January 10, 2006, copies of which are attached as Exhibits B, C, D, E, F and G respectively.

DATED: April 10, 2012

                                      Respectfully submitted,

                                      /s/ Christopher T. Leonardo
                                      Kenneth L. Adams
                                      Christopher T. Leonardo (SDNY Bar CL3043)
                                      Adams Holcomb LLP
                                      Suite 810
                                      1875 Eye St., NW
                                      Washington DC 20006
                                      Tel: (202) 580-8820
                                      Fax: (202) 580-8821
                                      Web: www.adamsholcomb.com

                                      Howard N. Feldman
                                      Dickstein Shapiro LLP
                                      1825 Eye St., NW
                                      Washington DC 20006
                                      Tel: (202) 420-2200
                                      Fax: (202) 420-2201
                                      Web: www.dicksteinshapiro.com


                                      *Attorneys for the Plaintiffs*