# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(FM)

------------------------------------- X

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, No. 02-CV-6977 (GBD) (FM)
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-CV-8591 (GBD) (FM)
*Burnett v. Al Baraka Inv. & Dev. Corp.*, No. 03-CV-9849 (GBD) (FM)
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia*, Case No. 04-CV-1922 (GBD) (FM)
*Continental Casualty Co., et al. v. al Qaeda, et al.*, Case No. 04-CV-5970 (GBD) (FM)
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (GBD) (FM)
*Cantor Fitzgerald & Co., et al. v. Akida Private, Ltd., et al.*, Case No. 04-CV-7065 (GBD) (FM)
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No 04-CV-7279 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at oral argument on March 15, 2012, Plaintiff's Motion pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina is DENIED.

Dated: March 15, 2012
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge