# Exhibit G

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/06
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL 1570** (RCC)

This documents relates to: 02cv6977; 03cv5738;
03cv9849; 04cv7065; 04cv5970; 04cv7279;
03cv6978; 04cv6105; 04cv1923; 04cv1922;
04cv7216; 02cv7300; 03cv8591; 04cv7280.

**JUDGMENT**

-----------------------------------------------------------X

Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Richard C. Casey, United States District Judge, and the Court, on December 16, 2005, having rendered its Order directing the Clerk of the Court to enter a final judgment pursuant to Fed. R. Civ. P. 54(b) dismissing the following twelve defendants: Kingdom of Saudi Arabia, HRH Crown Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal bin Abdulaziz Al-Saud, HRH Prince Naif bin Abdulaziz Al-Saud, HRH Prince Salman bin Abdulaziz Al-Saud, HRH Prince Mohamed Al-Faisal Al-Saud, the Saudi High Commission, Sheikh Hamad Al-Husani, Abdulrahman bin Mahfouz, Tariq Binladen, Omar Binladen, and Bakr Binladen, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 16, 2005, that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered dismissing the following twelve defendants: Kingdom of Saudi Arabia, HRH Crown Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal bin Abdulaziz Al-Saud, HRH Prince Naif bin Abdulaziz Al-Saud, HRH Prince Salman bin Abdulaziz Al-Saud, HRH Prince Mohamed Al-Faisal Al-Saud, the Saudi High Commission, Sheikh Hamad Al-Husani, Abdulrahman bin Mahfouz, Tariq Binladen, Omar Binladen, and Bakr Binladen.

Dated: New York, New York
January 10, 2006

J. MICHAEL McMAHON

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____