UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
| This document relates to:<br><br>*Thomas Burnett, Sr., et al. v. Al Baraka Invest. & Develop. Corp., et al.* | 03-CV-9849 |

*U.S. DISTRICT COURT FILED APR 10 2012 D.S. S.D. OF N.Y.*

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the *Burnett* case hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendant Saudi High Commission for Relief of Bosnia & Herzegovina, and from each and every opinion and order upon which the March 16, 2012 opinion and judgment is based, including without limitation, the opinions, orders and judgments issued on January 18, 2005, May 5, 2005, September 21, 2005, November 28, 2005, December 16, 2005 and January 10, 2006, copies of which are attached as Exhibits B, C, D, E, F and G respectively.

Dated:  New York, New York
        April 9, 2012

/s/ Andrea Bierstein
Andrea Bierstein
abierstein@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN FISHER
& HAYES, LLP
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

1

Ronald L. Motley
rlmotley@motleyrice.com
Jodi Westbrook Flowers
jflowers@motleyrice.com
Robert T. Haefele
rhaefele@motleyrice.com
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel: (843) 216-9000

Attorneys for Plaintiffs