```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:
                                          :        **ORDER**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001              :        03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held on April 12, 2012, it is hereby

ORDERED that:

1. By June 29, 2012, all document production shall be completed.

2. The parties shall comply with any other discovery rulings made during the conference.

3. The next discovery conference shall be held on June 6, 2012, at 2 p.m., in Courtroom 20A. The conference scheduled for May 17, 2012, is canceled.

        SO ORDERED.

Dated:    New York, New York
             April 12, 2012

                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF