UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD) (FJM)
ECF Case

------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all plaintiffs in the matter of *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GBD) (FJM) hereby appeal, to the United States Court of Appeals for the Second Circuit, from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendant Saudi High Commission for Relief of Bosnia & Herzegovina, and from each and every opinion and order upon which the March 16, 2012 opinion and order is based, including, without limitation, the opinions, orders and judgments issued on January 18, 2005, September 21, 2005, December 16, 2005, and January 10, 2006, copies of which are attached as Exhibits B, C, D and E respectively.

Dated: New York, New York
April 13, 2012

FERBER CHAN ESSNER & COLLER, LLP

By: _____
Robert M. Kaplan (RK1428)
Attorneys for Plaintiffs
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200

87457