UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) ECF Case |
| *This document relates to:*<br><br>*Thomas Burnett, Sr., et al. v. Al Baraka Invest. & Develop. Corp., et al.* | 03-CV-9849 |

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the *Burnett* case hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendant Saudi High Commission for Relief of Bosnia & Herzegovina

Dated:  New York, New York
            April 24, 2012

　　　　　　　　　　　　　　　　 /s/ Andrea Bierstein
　　　　　　　　　　　　　　　　Andrea Bierstein
　　　　　　　　　　　　　　　　abierstein@hanlyconroy.com
　　　　　　　　　　　　　　　　HANLY CONROY BIERSTEIN SHERIDAN FISHER
　　　　　　　　　　　　　　　　 & HAYES, LLP
　　　　　　　　　　　　　　　　112 Madison Avenue
　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　Tel:  (212) 784-6400
　　　　　　　　　　　　　　　　Fax:  (212) 213-5949

　　　　　　　　　　　　　　　　Ronald L. Motley
　　　　　　　　　　　　　　　　rlmotley@motleyrice.com
　　　　　　　　　　　　　　　　Jodi Westbrook Flowers
　　　　　　　　　　　　　　　　jflowers@motleyrice.com
　　　　　　　　　　　　　　　　Robert T. Haefele
　　　　　　　　　　　　　　　　rhaefele@motleyrice.com
　　　　　　　　　　　　　　　　Motley Rice LLC
　　　　　　　　　　　　　　　　28 Bridgeside Boulevard
　　　　　　　　　　　　　　　　P.O. Box 1792

Mount Pleasant, South Carolina 29465
Tel: (843) 216-9000

Attorneys for Plaintiffs