**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
| *This document relates to:*<br><br>*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.* | 04-CV-7279 |

**AMENDED NOTICE OF APPEAL**

NOTICE is hereby given that all Plaintiffs in the *Euro Brokers* case hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendant Saudi High Commission for Relief of Bosnia & Herzegovina.

Dated: New York, New York
April 24, 2012

    /s/ Andrea Bierstein
Andrea Bierstein
abierstein@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN FISHER
 & HAYES, LLP
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

Ronald L. Motley
rlmotley@motleyrice.com
Jodi Westbrook Flowers
Robert T. Haefele
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel: (843) 216-9000

Attorneys for Plaintiffs

1