UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks On September 11, 2001 | 03 MDL 1570 (GBD) (FJM)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FJM) (S.D.N.Y.)

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the matter of *Estate of John P. O'Neill, Sr., et al. v. The Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order entered on the 16th day of March, 2012, a copy of which is attached hereto as Exhibit - 1, by the United States District Court for the Southern District of New York in favor of the Kingdom of Saudi Arabia and denying the Plaintiffs' Motion pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgment Entered in Favor of the Kingdom of Saudi Arabia.

DATED:   New York, New York
         April 24, 2012

Respectfully submitted,

Jerry S. Goldman
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: (212) 278-1000

Attorneys for the *O'Neill Plaintiffs*

nydocs1-986845.2