UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks On September 11, 2001 ) | 03 MDL 1570 (GBD) (FJM) |
| ) | ECF Case |

This document relates to:

**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. ("Cantor Fitzgerald plaintiffs"), in Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, a copy of which is attached as Exhibit A, in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina.

{00011261;v1}
**Amended Notice of Appeal**
**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

DATED:   April 24, 2012

Respectfully submitted,

/s/ Kenneth L. Adams by CL
Kenneth L. Adams
Christopher T. Leonardo (SDNY Bar CL3043)
Adams Holcomb LLP
Suite 810
1875 Eye St., NW
Washington DC 20006
Tel:  (202) 580-8820
Fax: (202) 580-8821
Web: www.adamsholcomb.com

Howard N. Feldman
Dickstein Shapiro LLP
1825 Eye St., NW
Washington DC 20006
Tel: (202) 420-2200
Fax: (202) 420-2201
Web:  www.dicksteinshapiro.com

*Attorneys for the Plaintiffs*

{00011261;v1}
**Amended Notice of Appeal**
**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(FM)

------------------------------------ x

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, No. 02-CV-6977 (GBD) (FM)
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-CV-8591 (GBD) (FM)
*Burnett v. Al Baraka Inv. & Dev. Corp.*, No. 03-CV-9849 (GBD) (FM)
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia*, Case No. 04-CV-1922 (GBD) (FM)
*Continental Casualty Co., et al. v. al Qaeda, et al.*, Case No. 04-CV-5970 (GBD) (FM)
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (GBD) (FM)
*Cantor Fitzgerald & Co., et al. v. Akida Private, Ltd., et al.*, Case No. 04-CV-7065 (GBD) (FM)
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No 04-CV-7279 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at oral argument on March 15, 2012, Plaintiff's Motion pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina is DENIED.

Dated: March 15, 2012
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge