UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                :

In re Terrorist Attacks on September 11, 2001    :

                                :

---------------------------------------------------------x

This document relates to:  *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

**03 MD 1570 (GBD) (FJM)**
**ECF Case**

**AMENDED**
**NOTICE OF APPEAL**

        PLEASE TAKE NOTICE that all plaintiffs in the matter of *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GBD) (FJM) hereby appeal, to the United States Court of Appeals for the Second Circuit, from each and every part of the order entered on March 16, 2012, a copy of which is attached as Exhibit A, in favor of defendant Saudi High Commission for Relief of Bosnia & Herzegovina.

Dated:  New York, New York
       April 25, 2012

                     FERBER CHAN ESSNER & COLLER, LLP

                     By: _____
                             Robert M. Kaplan (RK1428)
                     Attorneys for Plaintiffs
                     530 Fifth Avenue, 23rd Floor
                     New York, New York 10036-5101
                     (212) 944-2200

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001          :
                                                       :
                                                       :        03 MDL 1570 (GBD)(FM)
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, No. 02-CV-6977 (GBD) (FM)
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-CV-8591 (GBD) (FM)
*Burnett v. Al Baraka Inv. & Dev. Corp.*, No. 03-CV-9849 (GBD) (FM)
*Estate of John P. O'Neill, Sr. et al. v. Kingdom of Saudi Arabia*, Case No. 04-CV-1922 (GBD) (FM)
*Continental Casualty Co., et al. v. al Qaeda, et al.*, Case No. 04-CV-5970 (GBD) (FM)
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (GBD) (FM)
*Cantor Fitzgerald & Co., et al. v. Akida Private, Ltd., et al.*, Case No. 04-CV-7065 (GBD) (FM)
*Euro Brokers Inc., et al. v. Al Baraka, et al.*, Case No 04-CV-7279 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

  For the reasons stated on the record at oral argument on March 15, 2012, Plaintiff's Motion

pursuant to Fed. R. Civ. P. 60(b)(6) for Relief from the Final Judgments Entered in Favor of the

Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina is

DENIED.

Dated: March 15, 2012
  New York, New York

              SO ORDERED:

              *George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 16 2012
ORDER