## LAW OFFICES OF
# JONATHAN M. COOPER
**483 Chestnut Street**
**Cedarhurst, New York 11516**
Tel: (516) 791-5700
Fax: (516) 791-8188
Web: www.jmcooperlaw.com



USDC SDNY
DOCUMENT

APR 27 2012

NEW YORK CITY OFFICE
135 West 29th Street, Suite 801
New York, New York 10001
Tel: (212) 742-8500

Please reply to Cedarhurst Office

# FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **To:** | Hon. George Daniels, USDJ | **From:** | Jonathan Cooper |
| **Fax:** | 12128056737 | **Pages:** | 1 |
| **Re:** | In re Sept. 11 Cases - Removal of Firm From Docket | **Date:** | Apr 25, 2012 |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **For Information**

03MDL1570

**SO ORDERED:**
*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 27 2012

• **Comments:**

Honorable Sir;

As the Court is aware, this firm represents the individual defendant Zahir Kazmi, who is among the individual defendants that were dismissed from this case pursuant to the order entered with the clerk of the Court on February 9, 2012. Therefore, we respectfully ask that our firm be removed from the Court's docket so that we receive no further e-mails on this case.

Respectfully submitted,

Jonathan Cooper (0560)