USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/12

MEMO ENDORSED

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA FACSIMILE**

June 1, 2012

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Maas:

> The conference is adjourned to 7/17 at 2:30 pm in Courtroom 20A. The document production deadline is adjourned (again) to 8/30/12, but counsel should not anticipate any further adjournments. /s/ Maas, USMJ, 6/1/12

The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subject to discovery, submit this joint letter regarding the discovery status conference scheduled for June 6, 2012. The parties are in agreement that there are no discovery issues ripe for review, and request that the June 6 status conference be adjourned. However, because no other conferences are presently scheduled, the parties jointly request that Your Honor set the next conference for July 17, 2012, either at 2:30 pm or following the conference that is presently scheduled in this matter before Judge Daniels. (At the conclusion of the March 13, 2012 conference, Judge Daniels set the next conference for July 17, 2012 at 11 am. *See* Transcript of 3/15/12 Conference at page 58, lines 22-24.)

In addition, the defendants request that Your Honor extend the current document production deadline for all parties subject to discovery, presently set for June 29, 2012, to August 30, 2012. Plaintiffs have advised that they consent to this request.

The Honorable Frank Maas, U.S.M.J.
June 1, 2012
Page 2

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

Alan R. Kabat
THE DEFENDANTS' EXECUTIVE
COMMITTEE

cc:   Hon. George B. Daniels (By Federal Express)
      MDL-1570 counsel (By electronic mail)