IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br><br>SEPTEMBER 11, 2001 | CIVIL ACTION NO.<br><br>03 MDL 1570 (GBD) |

-----------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right<br>and as Executrix of the ESTATE OF<br>DONALD G. HAVLISH, JR., Deceased,<br><br>RUSSA STEINER, in her own right<br>and as Executrix of the ESTATE OF<br>WILLIAM R. STEINER, Deceased,<br><br>CLARA CHIRCHIRILLO, in her own right<br>and as Executrix of the ESTATE OF<br>PETER CHIRCHIRILLO, Deceased,<br><br>TARA BANE, in her own right,<br>and as Executrix of the ESTATE OF<br>MICHAEL A. BANE, Deceased,<br><br>GRACE M. PARKINSON-GODSHALK, in her<br>own right and as Executrix of the ESTATE OF<br>WILLIAM R. GODSHALK, Deceased,<br><br>ELLEN L. SARACINI, in her own right<br>and as Executrix of the ESTATE OF<br>VICTOR J. SARACINI, Deceased,<br><br>THERESANN LOSTRANGIO, in her own right<br>and as Executrix of the ESTATE OF<br>JOSEPH LOSTRANGIO, Deceased, *et al.*,<br><br>                Plaintiffs,<br>   v.<br><br>SHEIKH USAMAH BIN-MUHAMMAD<br>BIN-LADEN, a.k.a. OSAMA BIN-LADEN,<br><br>AL-QAEDA/ISLAMIC ARMY,<br>an unincorporated association, *et al.*, | CIVIL ACTION NO.<br>03-CV-9848 – GBD<br><br>Case Transferred from the<br>United States District Court<br>for the District of Columbia<br>Case Number 1:02CV00305<br><br>**PLAINTIFFS'**<br>**MEMORANDUM**<br>**CLARIFYING DAMAGES**<br>**REQUEST** |

|  |  |
|---|---|
| *FOREIGN STATE DEFENDANTS*: | : |
|  | : |
| THE ISLAMIC REPUBLIC OF IRAN, | : |
|  | : |
| AYATOLLAH ALI-HOSEINI KHAMENEI, | : |
|  | : |
| ALI AKBAR HASHEMI RAFSANJANI, | : |
|  | : |
| IRANIAN MINISTRY OF INFORMATION AND SECURITY, | : |
|  | : |
| THE ISLAMIC REVOLUTIONARY GUARD CORPS, | : |
|  | : |
| HEZBOLLAH, an unincorporated association, | : |
|  | : |
| THE IRANIAN MINISTRY OF PETROLEUM, | : |
|  | : |
| THE NATIONAL IRANIAN TANKER CORPORATION, | : |
|  | : |
| THE NATIONAL IRANIAN OIL CORPORATION, | : |
|  | : |
| THE NATIONAL IRANIAN GAS COMPANY, | : |
|  | : |
| IRAN AIRLINES, | : |
|  | : |
| THE NATIONAL IRANIAN PETROCHEMICAL COMPANY, | : |
|  | : |
| IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, | : |
|  | : |
| IRANIAN MINISTRY OF COMMERCE, | : |
|  | : |
| IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, | : |

| | |
|---|---|
| THE CENTRAL BANK OF THE<br>ISLAMIC REPUBLIC OF IRAN, *et al.*, | :<br>:<br>: |
| Defendants. | : |

**PLAINTIFFS' MEMORANDUM CLARIFYING DAMAGES REQUEST**

NOW COME Plaintiffs, through counsel, and hereby respectfully submit this Plaintiffs' Memorandum Clarifying Damages Request and state as follows:

1.  Plaintiffs' Damages Inquest Memorandum previously filed in this case on February 14, 2012, contains a computational error which results in an understatement the total damages sought.

2.  Plaintiffs correctly requested compensatory damages of $3,385,776,428 (economic damages and non-economic damages) plus punitive damages of $18,113,903,889 based upon a ratio of compensatory damages to punitive damages of 1:5.35, or, alternatively, punitive damages of $11,647,070,912 based upon a ratio of compensatory damages to punitive damages of 1:3.44.

3.  Plaintiffs failed to add the compensatory damages subtotal to the punitive damages subtotal and, thus, the Plaintiffs' Damages Inquest Memorandum erroneously appears to request a "total award of $18,113,903,889" or, alternatively, $11,647,070,912  *See* Plaintiffs' Damages Inquest Memorandum, pp. 24-25.  These sums are incorrect and were unintended.

4.  The correct amount of the total award requested by Plaintiffs in this case is **$21,499,680,317**.  This is the sum of $3,385,776,428 for compensatory damages plus $18,113,903,889 for punitive damages (using a 1:5.35 ratio).  Alternatively, the total award requested by Plaintiffs is **$15,032,847,340**.  This is the sum of $3,385,776,428 for compensatory damages plus $11,647,070,912 for punitive damages (using a 1:3.44 ratio).  *See Davis v. Islamic*

3

*Republic of Iran,* --- F.Supp. 2d ----, 2012 WL 1059700 (D.D.C. 2012) (Lamberth, C.J.) (Court used damages multiplier on compensatory damages award to determine the amount of punitive damages before adding punitive damages calculation to underlying compensatory award to calculate the sum of the total award).

5. As discussed in Plaintiffs' Damages Inquest Memorandum, the 1:5.35 ratio was used by the Supreme Court of Tennessee in a wrongful death case involving an infant, and the United States Supreme Court denied *certiorari* in the case. *DaimlerChrysler Corp. v. Flax,* 272 S.W.3d 521 (Tenn. 2008), *cert denied,* May 26, 2009, 129 S.Ct. 2433, 174 L.Ed. 2d 277. The 1:3.44 ratio was used in cases such as those arising from the 1983 bombing of the U.S. Marine barracks in Beirut. *See Davis, supra*; *Murphy v. Islamic Republic of Iran,* 740 F.Supp. 2d 51 (D.D.C. 2010); *Valore v. Islamic Republic of Iran,* 700 F.Supp. 2d 52 (D.D.C. 2010).

Wherefore, the Plaintiffs respectfully submit that the amounts requested in Plaintiffs' Damages Inquest Memorandum be clarified to reflect the proper computation of total damages as **$21,499,680,317** or, alternatively, **$15,032,847,340**, as stated above.

Respectfully submitted this 5th day of June, 2012.

/s/ Stephen A. Corr
Thomas E. Mellon, Jr. (PA Bar No. 16767)
John A. Corr (PA Bar No. 52820)
Stephen A. Corr (PA Bar No. 65266)
Thomas E. Mellon, III (PA Bar No. 81631)
MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700

Walter S. Batty, Jr. (PA Bar No. 02530)
c/o MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS QUINN
  & PANTAZIS, PLLC
1850 M Street, NW, Suite 720
Washington, DC  20036
(202) 467-4123

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
Melina Goldfarb (AL Bar No. ASB-3739-R71M)
WIGGINS CHILDS QUINN
  & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN  46260
(317) 582-0000

J.D. Lee (TN Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LAW OFFICE OF J.D. LEE
422 South Gay Street, 3rd Floor
Knoxville, TN  37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL  32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053
(215) 638-9330

Donald J. Winder (UT Bar No. 3519)
Jerald V. Hale (UT Bar No. 8466)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84110-2668
(801) 322-2222

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MEYERS, MIELKE
  & FLOWERS, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982

*Attorneys for the Havlish Plaintiffs*