**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
:
In re Terrorist Attacks on September 11, 2001 :
:   ORDER
:
:   03-MDL-1570 (GBD)
:
:
:
:
:
:
------------------------------------X
GEORGE B. DANIELS, District Judge:

The conference in this matter scheduled for July 17, 2012 is adjourned to January 15, 2013 at 11 a.m.

Dated: July 11, 2012
New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge

1