UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE: TERRORIST ATTACKS ON  
SEPTEMBER 11, 2001   ~~Plaintiff,~~

~~against~~

~~Defendant.~~

Case No. 1:03-MD-01570

--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**James McGuire**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JM 5390     My State Bar Number is: 2106664

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Mishcon de Reya New York LLP
           FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
           FIRM TELEPHONE NUMBER: (212) 612-3270
           FIRM FAX NUMBER: (212) 612-3297

NEW FIRM:  FIRM NAME: Mishcon de Reya New York LLP
           FIRM ADDRESS: 750 Seventh Avenue, New York, NY 10019
           FIRM TELEPHONE NUMBER: (212) 612-3270
           FIRM FAX NUMBER: (212) 612-3297

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 7/27/2012

*(signature)*
ATTORNEY'S SIGNATURE