UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
IN RE: TERRORIST ATTACKS ON             Case No. 1:03-MD-01570
SEPTEMBER 11, 2001          ~~Plaintiff,~~

             ~~against~~

                            ~~Defendant.~~
-----------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Timothy McCarthy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is 3996345

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Mishcon de Reya New York LLP
             FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
             FIRM TELEPHONE NUMBER: (212) 612-3270
             FIRM FAX NUMBER: (212) 612-3297

NEW FIRM:    FIRM NAME: Mishcon de Reya New York LLP
             FIRM ADDRESS: 750 Seventh Avenue, New York, NY 10019
             FIRM TELEPHONE NUMBER: (212) 612-3270
             FIRM FAX NUMBER: (212) 612-3297

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/27/2012

                            *T. M:Cthy*
                         ATTORNEY'S SIGNATURE