UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001          ~~Plaintiff,~~          Case No. 1:03-MD-01570

~~against~~

~~Defendant.~~
-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Aimee Kahn**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ak4580          My State Bar Number is: 4611117

I am,
☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Mishcon de Reya New York LLP
             FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
             FIRM TELEPHONE NUMBER: (212) 612-3270
             FIRM FAX NUMBER: (212) 612-3297

NEW FIRM:    FIRM NAME: Mishcon de Reya New York LLP
             FIRM ADDRESS: 750 Seventh Avenue, New York, NY 10019
             FIRM TELEPHONE NUMBER: (212) 612-3270
             FIRM FAX NUMBER: (212) 612-3297

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 7/27/2012

ATTORNEY'S SIGNATURE