

LAW OFFICES
*Mellon & Webster*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
OF COUNSEL

tmellon@mellonwebster.com

October 22, 2012

**VIA REGULAR & CERTIFIED MAIL**
The Honorable David S. Cohen,
 Under Secretary for Terrorism
 and Financial Intelligence
Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

   Re: *Havlish, et al. v. bin Laden, et al.*, 03 MDL 1570 (GBD)(FM), 1:03-CV-09848 (GBD)(FM)

Dear Under Secretary Cohen:

  We serve as lead counsel for a consortium of law firms prosecuting the *Havlish v. bin Laden* action in the multi-district litigation arising out of the terrorist attacks of September 11, 2001, that is situated the U.S. District Court for the Southern District of New York.  On July 30, 2012, U.S. Magistrate Judge Frank Maas issued a Report and Recommendation, recommending that the Plaintiffs in the *Havlish* action be collectively awarded damages in the amount of $6,048,513,805 against the Islamic Republic of Iran, its agencies and instrumentalities, and certain non-sovereign Defendants.  A copy of this Report and Recommendation, as well as a list of Defendants in this action, is enclosed.

  On October 3, 2012, the Honorable George B. Daniels issued a Memorandum Decision and Order adopting the Report and Recommendation of Judge Maas in its entirety.  The Memorandum Decision was followed by the entry of an additional Order regarding damages docketed on October 16, 2012.  Copies of the Memorandum Decision and Order of October 3, 2012, and Order of October 16, 2012, are enclosed.

  Pursuant to 28 U.S.C. § 1610(f)(2)(A), we hereby request via this correspondence the full and prompt assistance of the U.S. Department of the Treasury in identifying, locating, and executing upon any property of Iran, its agencies and instrumentalities, or of any other *Havlish* Defendant.

      We eagerly await your reply regarding the location of any assets of Iran, or any other Defendant in the *Havlish* action, known to the U.S. Department of Treasury. Do not hesitate to contact us with any comments or questions.

                                              Very Truly Yours,

                                              Thomas E. Mellon, Jr.

cc:    Hon. George B. Daniels (w/o enclosures)
        U.S. District Court for the Southern District of New York (via ECF)