```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:

                 :     **<u>AMENDED ORDER</u>**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001         :     03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held on October 22, 2012, it is hereby

ORDERED that:

1. Any motions to compel shall be submitted on a rolling basis, with an absolute deadline of April 20, 2013. Opposition papers shall be filed three weeks after each such motion, with an absolute deadline of May 11, 2013. Any replies shall be filed within one week of opposition papers, with an absolute deadline of May 18, 2013.

2. The next telephone conference shall be held on **December 5, 2012, at 12:15 p.m.** Plaintiffs' counsel should initiate the call.

SO ORDERED.

Dated:     New York, New York
            October 25, 2012

                                                      _____
                                                           FRANK MAAS
                                                  United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF