UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012
```

HAVLISH, ET AL.

                     Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 03MDL1570 (gbd)
03CV09848

-v-

BIN LADEN, ET AL.

                     Defendant(s)

I hereby certify under the penalties of perjury that on 15th day of NOVEMBER, 20 12, I served:
ALI AKBAR HASHEMI RAFSANJANIAT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, IMAM KHOMEINI STREET, TEHRAN, IRAN

☐ One copy of the _____
by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the (PLEASE SEE ATTACHED LETTER) _____
by DHL 99 6987 9360 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____
by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
NOVEMBER 15, 2012

RUBY J. KRAJICK
CLERK OF COURT

*Jeanine Viera-Santiago* (signature)
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

November 15, 2012

H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs
i/c/o Ali Akbar Hashemi Rafsanjani,
Imam Khomeini Street
Tehran, Iran

Re:   Havlish, et al. v. Bin Laden,
      03 MDL 1570 (GBD) - 03CV9848

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

1. Order of Judgment entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516
2. Report and Recommendation to the Honorable George B. Daniels issued by U.S. Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, Document 314
3. Memorandum and Order entered by the Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316
4. Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012, and docketed on October 16, 2012 )Case No. 1:03-cv-09848-GBD, Document 317
5. Affidavit from the translator for each Defendant
6. A Cover letter, translated into Farsi, which requests that the Minister of Foreign Affairs accept one package of legal documents for himself, on behalf of the Islamic Republic of Iran, and serve the remaining 15 packages on the other Defendants in the Havlish action.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



SERVICE ALERT

| EXPRESS WORLDWIDE<br>DHL Online | XPD | DHL EXPRESS |
|---|---|---|

From: MELLON AND WEBSTER PC
R. Rosen  Phone: 215-348-7700
87 N BROAD ST
DOYLESTOWN PA 18901
United States

Origin: **ABE**

To: Ali Akbar Hashemi Rafsanjani
c/o Ministry of Foreign Affairs
Imam Khomeini Street

**TEHRAN**
Iran (Islamic Republic Of)

Contact:
Dr. Ali Akbar Saleh
009821 61151

## IR-THR-CHO

**SX**

Day     Time:

Ref-Code:  Havlish Service     Date: 2012-10-29     Shpt Weight: **0.5 lb**     Piece: **1/1**

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
Legal Documents

WAYBILL 99  6987  9360

(2L)IR+32000064

(J)JD01 2036 4769 7000 3802


