USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2012

**MEMO ENDORSED**

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA FACSIMILE**

November 30, 2012

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

*[Handwritten endorsement: I will hold the conference immediately after the conference before Judge Daniels. /s/ Maas, USMJ, 12/3/12]*

Re: *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subject to discovery, submit this joint letter regarding the discovery status telephone conference scheduled for December 5, 2012. The parties are in agreement that there are no discovery issues ripe for review, and suggest that the December 5 conference be adjourned. Although no other discovery conferences in 03 MDL 1570 are presently on the Court's calendar, there is a conference presently scheduled before Judge Daniels for January 15, 2013. The parties propose that Your Honor schedule a discovery conference for that date as well.

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

Alan R. Kabat
THE DEFENDANTS' EXECUTIVE COMMITTEE

cc: Hon. George B. Daniels (By Federal Express)
MDL-1570 counsel (By electronic mail)