UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: Terrorist Attacks on September 11, 2001[1] ) ) ) ) ) ) ) ) ) | No. 03 MDL 1570 (GBD) (FM)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of Court and All Parties of Record

I am admitted to practice in this Court, and I appear in this case as counsel for the following defendants: The International Islamic Relief Organization ("IIRO") and the Muslim World League ("MWL").

Dated: Washington, D.C.
       January 8, 2013

                                        LEWIS BAACH PLLC

                                        By: _____
                                        Eric L. Lewis (EL-0038)
                                        1899 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20006
                                        Telephone: (202) 833-8900
                                        Facsimile: (202) 466-5738

                                        *Counsel for Defendants IIRO and MWL*

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-6977 (GBD) (FM); *Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.*, Case No. 04-cv-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.*, Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.*, Case No. 04-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Ai Baraka Investment & Development Corp., et al.*, Case No. 04-cv-7279 (GBD) (FM).