USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 0 2013

# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.
WASHINGTON, D.C. 20009
202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

LYNNE BERNABEI
DAVID WACHTEL
ALAN R. KABAT

PETER M. WHELAN
ELIZA BRINK DERMODY
LAUREN R. S. MENDONSA ▲
NADIA E. SAID ■

▲ ADMITTED IN VA ONLY
■ ADMITTED IN IL ONLY

By Telecopier
January 9, 2013

**SO ORDERED**

The conference is adjourned to April 16, 2013 at 11:00 a.m.

*George B. Daniels*

JAN 1 0 2013

Hon. George B. Daniels
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Daniels:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subject to discovery, submit this joint letter regarding the status conference presently scheduled for January 15, 2013.

The parties agree that no disputes will be ripe for Your Honor's consideration on January 15, 2013. Hence, the parties jointly propose that the conference for that date be adjourned. We propose that a conference date be set in April 2013.

Thank you for your consideration of these requests.

Respectfully submitted,

*R. Haefele /AK*

Robert Haefele
*Plaintiffs' Executive Committees*

*Alan R. Kabat*

Alan R. Kabat
*Defendants' Executive Committee*

cc: Judge Frank Maas
All MDL-1570 counsel of record (via email)