## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:  TERRORIST ATTACKS ON : 
SEPTEMBER 11, 2001 :      **03-MDL-1570 (GBD)**
                              :
                              :
                              :

**THIS DOCUMENT RELATES TO:** :
                              :
*Havlish, et al. v. bin-Laden, et al., No. 03-cv-09848* :
*(GBD)* :
                              :

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT:

         Kindly enter my appearance as co-counsel, and note my change of address, for the

*Havlish Plaintiffs* in each of the above-captioned matters and add my new email address to the

ECF service list for the master MDL docket, 03-md-1570 (GBD), as well as the individual case

docket, 03-cv-09848 (GBD).


                       */s/     Stephen A. Corr*
                       Attorney for Plaintiff
                       Pa. Bar Number 65266
                       Stark & Stark, PC
                       777 Township Line Road
                       Yardley, PA  19067
                       Tel.:  (267) 907-9600
                       scorr@star-stark.com

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on January 11, 2013, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which shall send notification of such filing to all

CM/ECF participants.

*/s/     Stephen A. Corr*
Attorney for Plaintiff
Pa. Bar Number 65266
Stark & Stark, PC
777 Township Line Road
Yardley, PA  19067
Tel.:  (267) 907-9600
scorr@star-stark.com