# Exhibit J

*Bismillah Ir Rahman Ir Raheem*

This is a contract between Bilal Abdul-Kareem and Al-Haramain. Br Abu Yunus is the representative of Al-Haramain.

As of ⌐2̲/0̲1̲/0̲0̲ Br Bilal will assume the position of office staff and administrative assistant and will be responsible for handling correspondence and communication for Al-Haramain's Ashland office. <u>Following the guidelines of Islam</u> and the instructions from Br Abu Yunus, Br Bilal will work 40 to 50 hours per week and his duties will include the following:

1. To work in a productive, <u>**self-motivated and efficient manner**</u>.
2. Answering and recording (time, #, date, etc.) telephone calls in a professional manner and promptly replying and/or relaying messages. He will be available and answering the phones for 12 hours a day (7:00 a.m. to 7:00 p.m.) Monday through Friday of every week. *For non-working hours which he is answering the phone, Al Haramain shall provide the means for Br Bilal to not have to be in the office to answer the phone.*
3. Answering all correspondence (i.e., from Web site, e-mail, postal deliveries, etc.) in a professional and prompt manner, and keeping records of all incoming and outgoing material and log all activities.
4. Working as office assistant in matters pertaining to Al Haramain.
5. Preparing weekly and monthly written reports.
6. Performing data entry as needed and managing database.
7. Performing other record keeping and bookkeeping as assigned, including keeping an inventory of all materials.
8. Giving presentations and lectures on Islam as needed.
9. <u>Keeping the community prayer area very clean</u> and appropriately organized for all events.
   This also includes calling the Athan whenever possible for the five daily prayers.
10. Tending and caring for the animals (e.g., camel, *feeding them and making sure the have water*)
11. To care take all the property belonging to Al Haramain and not to allow any material to leave the center without prior approval.

*Taking care of any personal or family maters or cleaning after personal or family maters or any socialization's is not considered as professional duties and to be excluded from work.*

### In exchange Br Bilal will be compensated as follows:

1. $12,000 per year. He is to be paid twice monthly (ie. The 1st and 15th of each month)
2. Br Bilal will also reside on the premises at Al-Haramain in the agreed upon areas at no cost to him.
3. He will have free local telephone service. This excludes long-distance calls, collect calls, etc.
4. Basic Internet service will also be provided at no charge.

This contract is governed by the Sharia of Al-Islam. Either party can terminate this contract with a one-month notice, except in the instance of a gross violation in the Sharia of Al-Islam, in which case the agreement can be made null and void immediately.

The two parties agree that should a dispute arise between them then the matter shall be decided and judged by Shaykh Jamaledin Zarbozo, as the two parties agree that he has sufficient knowledge to interpret the laws of Islam in a dispute. The two parties also agree to submit to his judgment.

Br Bilal _____ Date _____    Br Abu Yunus _____ Date 5/31/00

Witness 1: _____ Date _____    Witness 2: _____ Date _____