# Exhibit U

Daveed Gartenstein-Ross

June 1999

AHIF 000040

PLEASE PRINT NEATLY

| T | JOB Street |
| ? | ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |

Data entry (25), get flight prices, get prices for 1-800 number

Draft letter to Yugoslav ambassador for Pete to go, answer 3 other 3 letters + mail then

Data entry (43), take care of bills, get rubber stamps + plane ticket for Pete

Write May report, install fence w/ David (1 hr.), prepare packages (27), data entry (63)

~~Data entry (92), prepare I.I.P.H. Shipment w/ David (2 hr), answer email (9), pen pal letter #2~~

Data entry (92), prepare I.I.P.H. Shipment w/ David (2 hr), answer email (9), pen pal letter #2

Photocopy pen pal letter, Prepare I.I.P.H. Shipment (2 hr), prepare packages (89)

Prepare packages (102), help Pete w/ Database revisions for refugees, type "employee report"

Get hut ready for presentation (2 1/2 hr), data entry (38), prepare packages (20), work w/ Pete (3 hr)

Prepare + deliver khutbah, answer correspondence, data entry (31), mail packages

Office work


Compile phone list, type report on Pete's East Coast trip, data entry (30), ans. email

Data entry (87), packages (13), call State Dept.

Call A St. Office Supply, Data entry (108), write ans to Abdul-Qaadir's proposal, work w/ Pete to send

Packaging (126)

Packaging (127), clean up for Jummuah prayers.


Packages (80), send packages (UPS), order Rubber Stamps

Packaging w/ Br. David (131), send packages from post office

Packaging w/ Br. David (31), data entry (78), send packages from post office

AHIF 000041

First name: Dayeed   Last name: Garkistin-Ross   Month: May   Year: 1999

| DAY OF MONTH | DAY OF WEEK e.g. FRIDAY | START TIME e.g. 8:05 AM | TOTAL BREAK e.g. 55 MINUTES | TOTAL WORK TIME e.g. 7HR 20 | TOTAL DRAWS e.g. $50 | MONEY POKET SPENT e.g. $22 | JOB Street ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |
|---|---|---|---|---|---|---|---|
| 1. | Sa. | 2:30 pm – 5:00 | | 2 HR 30 | | | Work outside w/ Br. David |
| 2. | Su. | | | | | | |
| 3. | M | 9:00am – 5:00pm | | 8 HR | | | Look into Net Com situation, fax days missed & employee search to Pete |
| 4. | T | 9:00 am – 9:00 pm | | 10 HR 45 | | | Find MSA's on web & solicit employees, edit typed material w/ Pete |
| 5. | W | 7:30am – 7:30pm | | 12 HR | | | Data entry, billing Alharamain, grant proposal for electrical system, |
| 6. | Th. | 11:00am – 8:30pm | | 9 HR 30 | | | Talk w/ Pete about missions, send documents to Soliman after missions, |
| 7. | F | | | | | | |
| 8. | Sa. | | | | | | |
| 9. | Su. | | | | | | |
| 10. | M | | | | | | |
| 11. | T | | | GRADUATION | | | |
| 12. | W | | | | | | |
| 13. | Th | | | | | | |
| 14. | F | | | | | | |
| 15. | Sa. | | | | | | |
| 16. | Su. | | | | | | |
| 17. | M | | | | | | |
| 18. | T | | | | | | |
| 19. | W | 8:30 am – 5:00 pm | | 8 HR 30 | | | Data entry, prepare & send packages, revise electricity proposal fax |
| 20. | Th | 8:30 am – 5:30 pm | | 9 HR | | | Billing Alharamain, prepare & send packages, find fax #s of staff? |
| 21. | F | 9:45am – 6:30 pm | | 8 HR 45 | | | Revise press release, email proposal to Soliman, prepare & mail packages |
| 22. | Sa. | | | | | | |
| 23. | Su. | | | | | | |
| 24. | M | 9:00 am – 5:00 pm | | 8 HR | | | Prepare and mail approx. 50 prisoner packages, Billing Alharam |
| 25. | T | 9:00am – 4:15pm | | 7 HR 15 | | | Monthly Reports (finish Jan & Mar), Billing Alharamain |
| 26. | W | 8:00 pm – 8:30pm | | 0 HR 30 | | | Work on Alharamain refugee proposal |
| 27. | Th. | 9:00 am – 5:00 pm | | 8 HR | | | Billing Alharamain, data entry / prepare packages |
| 28. | F | 9:00 am – 5:00pm | | 8 HR | | | Type letter to lawyer & Soliman re: refugees, misc letters w/ |
| 29. | Sa. | | | | | | |
| 30. | Su. | | | | | | |
| 31. | M | 9:00 Am – 5:00pm | | 8 HR | | | Finish & fax all monthly reports, write "thank you" letter for Alharain dona |