UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2013
```

HAVLISH, ET AL.

                             Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MDL1570__ (gbd)

-v-

BIN LADEN, ET AL.,

                             Defendant(s)

I hereby certify under the penalties of perjury that on 14th day of January, 20 13, I served:
HEZBOLLAH, AN UNINCORPORATED ASSOCIATION

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the PLEASE SEE ATTACHED LETTER

by FED EX TRACKING# 8000 4543 6606 _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       JANUARY 14, 2013

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*
Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,

Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516,

Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314,

Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316,

Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317.

2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b) .Also enclosed is a money order in the amount of $2,275.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

January 14, 2013

Attn: Director of Special Consular Services
United States Department of State
Office of Policy Review And Inter-Agency Liason
(CA/OCS/PRI)
2201 Street NW, 4th floor
Washington, DC 20520

Re:   Havlish, et al. v. Bin Laden
      03 MDL 1570 (GBD)

Dear Sir:

      Enclosed please find a copy of a letter received from the Law Firm of Mellon & Webster, A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516, Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316, and Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317. Additionally, 2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b)  Also enclosed is a money order in the amount of $2,275.00.  Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon:

Irans Ministry of Foreign Affairs located at the following address

On behalf of the following defendants:

1. Islamic Republic of Iran via H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs of the Islamic Repubic of Iran

2. Ayatollah Ali Khamenei
Supreme Leader of Iran

3. Akbar Hashemi Rafsanjani
Chairman, Expendiency Discernment Council

4. Iranian Ministry of Information and Security

5. Islamic Revolutionary Guard Corps

6. Hezbollah, an unincorporated association

7. Iranian Ministry of Petroleum

8. National Iranian Tanker Corporation

9. National Iranian Oil Corporation

10. National Iranian Gas Company

11. Iran Airlines

12. National Iranian Petrochemical Company

13. Iranian Ministry of Economic Affairs and Finance

14. Iranian Ministry of Commerce

15. Iranian Ministry of Defense and Armed Forces Logistics

16. The central Bank of the Islamic Republic of Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

                                                Respectfully yours,

                                                Ruby J. Krajick
                                                Clerk of the Court