# Exhibit L

07/02/1997  23:51     4888700                         A                                      PAGE  01

# MEMORANDUM

**To:** Catherine Granel

**Date:** March 1, 2000

**From:** Bilal Abdul-Kareem

**Subject:** AID TO THE PEOPLE OF CHECHNYA

My name is Bilal Abdul-Kareem and I represent the Qur'an Foundation. We are a non-profit humanitarian organization. Recently I spoke with you in reference to the dire situation in Chechnya.

My organization is prepared to aid and assist the people of Chechnya with a sizeable humanitarian donation and supplies to the refugees. We are looking for an organization that can help to facilitate this affair. We also require that one of our representatives travel with your organization to Ingushetia to assist and witness in the distribution of the badly needed humanitarian supplies for the refugees.

Please contact me at my office in Ashland, Oregon. My telephone number is (541) 482-1116. Time is of the essence.

Thanking you in advance,

Bilal Abdul-Kareem

*[Handwritten: CHECK THE E-MAIL ATTACHMENTS A/V]*

AHIF 000157'6