# Exhibit S

Alharamain 1999

| DEPOSITS | ITEM# | ITEM | DATE | PROCESSED | ENTERED | REQUESTED | RESENT | RECEIVED | DESCRIPTION | In order |
|---|---|---|---|---|---|---|---|---|---|---|
| | 297 | For Rent a car | 1/1/99 | | $625.33 | | | | For davids Rent a car. Entered in Oct. in Summary Acct. | |
| | 728 | Bank of America | 6/1/99 | | $12.50 | | | | Account fees | |
| | 727 | Bank of America | 6/1/99 | | $8.00 | | $0.00 | $0.00 | Monthly Service Charge | |
| | 737 | OfficeMax | 6/9/99 | $498.04 | | | $0.00 | $0.00 | Drum unit and toner cartridge for printer, tyvek envelopes for shipping. | |
| | 739 | Mall Stop | 6/9/99 | $17.50 | | | $0.00 | $0.00 | Cost to Overnight Mail the Cashier's Check for CargoMax. | |
| | 957 | Deposit By Soliman Albuthi | 1/1/99 | | | $50,000.00 | $0.00 | | | |
| | 134 | IMF Demo tape | 1/1/99 | $20.00 | | | | | Video tape for Dawa | |
| $10.00 | 303 | Bank of America | 1/1/99 | | $10.00 | | | | +Account Fees. | |
| | 960 | Charles Davis | 10/23/99 | | | | | $980.00 | Build a pad under the tent | |
| | 741 | Deposit into Refugee Fund | 6/16/99 | | $1,000.00 | $220.00 | $0.00 | $0.00 | Deposit into Refugee Fund by Mohammed H. Baghazal. | |
| | 744 | Daveed Gartenstein-Ross | 4/15/99 | | | | $0.00 | $0.00 | Fixed expenses | |
| | 745 | Daveed Gartenstein-Ross | 6/16/99 | | $3,000.00 | | $0.00 | $0.00 | Fixed expenses through end of June. | |
| | 756 | Bank of America | 8/25/99 | | $22.00 | | $0.00 | $0.00 | Overdraft protection from bank--for check #9001. | |
| | 357 | Bank of America | 1/1/99 | | $12.50 | | | | +Account Fees. | |
| | 760 | Donation from Asheville Islamic Center | 7/8/99 | | | $3,000.00 | $0.00 | $0.00 | Donation for refugee fund. | |
| | 765 | Bank of America | 6/30/99 | | $8.00 | | $0.00 | $0.00 | Service charge | |
| | 766 | Bank of America | 7/12/99 | | $12.50 | | $0.00 | $0.00 | Charge for incoming wire (Soliman's deposit) | |
| | 767 | Bank of America | 6/10/99 | | $12.50 | | $0.00 | $0.00 | Service charge for incoming wire (Soliman's deposit) | |
| | 238 | AAYS Inc. | 1/1/99 | | | | | $141.00 | *Customs Brokers-shipment of Tent to Center. Entered in Dec. of Acct. Su | |
| $161.37 | 773 | Deposit from Metric Designs | 7/15/99 | | | | | | Metric Designs, 1420 Harberson Road, Baltimore MD 21228-1116. | |
| | 774 | Refugee deposit from Ibrahim B. Halaj | 7/20/99 | | | $1,000.00 | $0.00 | $0.00 | Ibrahim B. Halaj, 2500 Pleasant Hill Rd. #1805, Duluth GA. 30096 | |
| | 253 | Reimbursement to Pete | 1/1/99 | | | | | $170.63 | *Electric fence for Camel. | |
| | 787 | Kosova Refugee Donation | 7/28/99 | | | $550.00 | $0.00 | $0.00 | Donation from Abdulaziz Al-Aboodi, 188 Mill St. #E10, Athens OH 45701. | |
| | 788 | Kosova Refugee Donation | 8/2/99 | | | $140.00 | $0.00 | $0.00 | Donation from Mohammed H. Baghazal, 19 Devon Ct., Apt. 11, Edwardsvill | |
| | 795 | Daveed Gartenstein-Ross | 8/3/99 | | $3,000.00 | | $0.00 | $0.00 | Fixed expenses. | |
| | 797 | Ashland Shop-N-Kart | 8/2/99 | | $97.48 | | $0.00 | $0.00 | Food for center purchased by Ahmed Erzat. | |
| | 322 | Bank of America | 1/1/99 | | $55.50 | | | | "Non-sufficient funds" penalties. | |
| | 325 | Clarke American Check Order. | 1/1/99 | | $16.95 | | | | Order for new checks. | |
| | 335 | Ascom Hasler | 1/1/99 | | $1,290.83 | | | | Payment on Mailing Machine. | |
| | 336 | Ascom Hasler | 1/1/99 | | $95.00 | | | | Meter Rental. | |
| | 332 | Clarke American Check order. | 2/1/99 | | $16.95 | | | | Order for new checks. | |
| 1 | 333 | Bank of America | 1/1/99 | | | | | $18.00 | Stop payment fee for carpet. | |
| | 334 | Bank of America | 1/1/99 | | $8.00 | | | | Service charge. | |
| | 358 | Bank of America | 1/1/99 | | $8.00 | | | | Service Charge | |
| | 339 | U.S. West Communications | 1/1/99 | | $237.67 | | | | Telephone. | |
| | 341 | Bank of America | 1/15/99 | | $8.00 | | | | Service Charge. | |
| | 345 | Bank of America | 1/1/99 | | $8.00 | | | | Service Charge | |
| | 347 | Bank of America | 1/1/99 | | $12.50 | | | | +Account Fee-Incoming Wire. | |

AHO40

AHIF 000282

11/1/99

Alharamain 1999

| DEPOSITS | CHECK# | DATE | BOOK | AGENT | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| | 348 Bank of America | 1/1/99 | | $8.00 | | Service Charge. |
| | 356 Ashland Sanitary | 6/10/99 | | $29.20 | | Trash pick-up/recycling. |
| | 360 Pacific Power | 5/10/99 | | $84.18 | | Electricity bills. |
| | 361 Bank of America | 1/1/99 | | $32.50 | | Account Fees. |
| | 362 Bank of America | 1/1/99 | | $8.00 | | Service Charge. |
| | 365 Bank of America | 1/1/99 | | $25.00 | | Account Fees. |
| | 370 Part of Fixed Expenses | 1/1/99 | | $500.00 | | |
| | 375 Bank of America | 1/1/99 | | $12.50 | | Account Fees. |
| | 454 Fixed Expenses. | 1/1/99 | | $3,000.00 | | Fixed Expenses. |
| | 466 Fixed Expenses | 2/1/99 | | $3,000.00 | | Fixed Expenses. |
| $160.00 | 509 Deposit | 5/5/99 | | | | Deposited the money we received for distribution of literature. 732770.57 |
| | 512 Bank of America | 5/5/99 | | $22.00 | $0.00 | Overdraft fee |
| | 513 Bank of America | 5/5/99 | | $12.50 | $0.00 | Account fee |
| | 514 Bank of America | 5/5/99 | | $8.00 | $0.00 | Service Charge |
| $2,532.00 | 520 Deposit | 4/29/99 | | | $0.00 | Wire Transfer Deposit from Sulaiman Hamad Alb |
| | 540 Deposit | 6/27/99 | | | $0.00 | Brother Ibrahim donated $100. |
| $100.00 | 541 Fixed expenses | 5/28/99 | | $100.00 | $0.00 | Fixed expenses—D.H. |
| | 472 U.S. Postmaster. | 3/17/99 | $74.26 | | | Mailing expense. |
| | 486 Bank of America | 1/29/99 | | $43.00 | | Withdrawls, Transfers, and Account Fees. |
| $500.00 | 487 Deposit by Reed I, Al Sadhan | 1/11/99 | | | | Wire Transfer Deposit on 1/11/99 for $500.00. |
| $2,767.00 | 488 Deposit by Main Office into Ashland Office | 1/14/99 | | | | One deposit of $2,767.00 on 1-14-99. |
| $1,000.00 | 489 Deposit by Ashland Office staff into Ashland | 1/13/99 | | | | Deposit of $1,000.00 on 1-13-99. |
| $195.00 | 490 Deposit by Ashland Office Staff into Alhara | 2/2/99 | | | | One deposit of $195.00, on 2-2-99, of funds from Literature sales. |
| $212.00 | 491 Deposit by Ashland Office Staff into Alhara | 2/2/99 | | | | One deposit of $212.00, on 2-2-99, of funds from Literature sales. |
| $30,000.00 | 492 Deposit by Br. Soliman Al Buthe | 2/8/99 | | | | One deposit of $30,000.00, on 2-8-99, by Br. Soliman Al Buthe for six mont |
| $275.00 | 493 Deposit by Ashland Office Staff into Alhara | 2/17/99 | | | | One deposit of $275.00, on 2-17-99, of funds from Literature sales. |
| $4,381.00 | 494 Deposit by Soliman Albuthe into Ashland | 2/2/99 | | | | Wire Trans-Deposit by S. Al Buthe, on 2-2-99, of $4,381.00. |
| | 495 Bank of America | 2/12/99 | | $42.50 | | Account Fees. |
| $825.00 | 496 Deposit by Ashland Office Staff into Alhara | 3/10/99 | | | | One deposit of $825.00, on 3-10-99, of funds from Literature sales. |
| | 497 International Wire Withdrawl | 3/1/99 | $1,030.00 | | | To Brother in Chek |
| | 498 Bank of America | 3/19/99 | | $49.94 | | Account Fees for reproduction. |
| 1 | 502 The Mail Stop | 4/5/99 | $400.00 | | | Mailing |
| $626.33 | 538 We are crediting ALHARAMAIN $625.33 (f | 1/1/99 | | | $0.00 | This charge was made in 1998 and credited to Pete's credit card this year. |
| $330.00 | 542 Deposit | 5/24/99 | | | $0.00 | Wire transfer deposit Suliman Almaleq |
| | 545 Donation for Kosova | 5/28/99 | | | $600.00 $0.00 | Kosova Donation from Mohammed Baghazal |
| | 820 Cash | 8/27/99 | | $200.00 | $0.00 | Fix Expense, D.H. Aug |
| | 835 Abu Baker (cash from Pete) | 8/27/99 | | $60.00 | $0.00 | 8 hrs. of work in center (moving books in garage/ general janitorial) |
| | 837 D.H. | 8/27/99 | | $25.65 | $0.00 | cash (from Pete) fixed expence (salary for Aug. 99) |

Page 2

11/1/99

AHIF 000283

| DEPOSITS | ITEM # | CHECK # | DATE | EQUIPMENT | CENTER | CONTRACTOR | REIMBURSE | RENT | DEPOSIT | MISC. | WITHDRAWAL | TRANSACTION | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 846 | Office Depot | | | | | | | | | | | |
| $820.00 | 917 | Deposit | 9/20/99 | $481.40 | | | | | $0.00 | $0.00 | $0.00 | | envelopes and tape (for mailing literature) |
| $589.03 | 918 | Deposit | 5/5/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $25.00 | 919 | Deposit | 5/17/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $980.00 | 920 | | 5/21/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $130.00 | 921 | Deposit | 6/1/99 | | | | | | $0.00 | $0.00 | $0.00 | | Repairs suply |
| $220.00 | 921 | Deposit | 6/15/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $40.00 | 922 | Deposit | 6/18/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $7,000.00 | 923 | Deposit | 6/28/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $13,482.50 | 924 | Deposit | 6/29/99 | | | | | | $0.00 | $0.00 | $0.00 | | deposit made by Pete Seda |
| $49,982.50 | 925 | Wire-Trans Deposit | 6/4/99 | | | | | | $0.00 | $0.00 | $0.00 | | wired by Soliman Al Buthe |
| $3,000.00 | 926 | Wire Trans-deposit | 6/10/99 | | | | | | $0.00 | $0.00 | $0.00 | | Wired by Soliman Al Buthe |
| $1,000.00 | 927 | Deposit | 7/9/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $690.00 | 928 | Deposit | 7/22/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $150.00 | 929 | Deposit | 8/4/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $123.87 | 930 | Deposit | 8/11/99 | | | | | | $0.00 | $0.00 | $0.00 | | |
| $29,982.50 | 931 | | 8/31/99 | | | | | | $1.00 | $0.00 | | | |
| | 932 | Wire Trans-Deposit | 9/28/99 | | | | | | $0.00 | $0.00 | | $23.57 | eqpt. For tent project |
| | 933 | Bank of America | 9/30/99 | $29.45 | | | | | $0.00 | $0.00 | | | donations from literature recipients |
| | 934 | pay back reimbursement | 3/30/99 | $1,500.00 | | | | | $0.00 | $0.00 | | | Deposited by Soliman Al Buthe |
| | 946 | Owed to Pete's Card | 10/12/99 | | | | | | $0.00 | $0.00 | | | Total Withdrawals, Transfers, Account Fees |
| | 959 | q | 10/24/99 | | | | | | $0.00 | $0.00 | | | remodeling work in center (kitchen, bathroom, etc.) |
| | | q | | | | | | | | | | | q |
| | 769 | Akin, Gump, Strauss, Hauer & Feld, LLP | 6/23/99 | | $50,000.00 | | | | $0.00 | $0.00 | | | Attorney Retainer fee |
| | 311 | Ashland Community Food Store | 9/30/99 | | $29.58 | | | | | | | | Food (Dawood) |
| | 312 | Costco | 1/1/99 | | $1,710.23 | | | | | | $250.50 | | 90% for center, 10% for office |
| | 206 | Ashland Daily Tidings | 1/1/99 | | | | | | | | $4.62 | | Advertising for Tent. |
| | 208 | Medford Mail Tribune | 1/1/99 | | | | | | | | $2,000.00 | | *Advertising |
| | 227 | Paul Drake | 1/1/99 | | $68.16 | | | | | | | | Camel for Dawah |
| | 313 | Coop | 1/1/99 | | | | | | | | $55.00 | | Ramadhan food. |
| | 273 | Pierson Hay and Cattle Co. | 1/1/99 | | | | | | | | $119.40 | | Camel hay. |
| | 228 | Medford Mail Tribune | 1/1/99 | | | | | | | | | | Advertisement for Tent |
| | 380 | Ascom Hasler Mailing Systems, Inc. | 1/1/99 | $90.00 | | | | | | | | | Mailing meter rental. |
| | 366 | Ashland Sanitary & Recycling | 1/1/99 | | $29.20 | | | | | | | | Garbage pick-up for December. |
| | 254 | Medford Mail Tribune | 1/1/99 | | | | | | | | $185.07 | | Advertising for Tent in newspaper. |
| | 326 | Check #9123 | 1/1/99 | | $602.98 | | | | | | | | |
| | 327 | Check #9124 | 1/1/99 | | $323.94 | | | | | | | | |
| | 328 | Check #9125 | 1/1/99 | | $510.10 | | | | | | | | |
| | 308 | Al-Saadawi Publications | 1/1/99 | | $800.00 | | | | | | | | Purchasing books (400) |
| | 314 | Costco | 1/1/99 | | $119.17 | | | | | | | | 3800 Highway 99 |

Alharamain 1999

11/1/99

AHIF 000284

Alharamain 1999

| | CHECK# | ITEM# | NAME | CHECK# | DATE | BANK CHARGE | CENTER EXPENSE | REFUGEES | EDUCATION | MOSQUE | TENT ACCOUNT | DESCRIPTION | GENERAL PRINTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 315 | Printfast, Inc. | 9135 | 1/1/99 | | $670.43 | | | | | Full year's payment for Printfast account for 1997 (did not charge it to Alhar... | |
| F | | 316 | Ashland Community Food Store | 9138 | 1/1/99 | | $220.81 | | | | | Food (reimbursement to Dawood) | |
| | | 317 | Coop | 9140 | 1/1/99 | | $130.25 | | | | | Food | |
| | | 318 | Albertson's Supermarket | 9141 | 1/1/99 | | | | | | | $27.60 | Reimbursement for food for Ramadhan--Dawood. | |
| | | 319 | Coop | 9145 | 1/1/99 | | $60.33 | | | | | Food. | |
| | | 320 | David Rodgers | 9146 | 1/1/99 | | $177.50 | | | | | $105 for shipping, the rest was for food and supplies | |
| | | 321 | Ashland Community Food Store | 9147 | 1/1/99 | | $80.26 | | | | | Food for Ramadhan. | |
| | | 363 | MCI | 9152 | 1/1/99 | | $56.58 | | | | | Telephone. | |
| | | 241 | Medford Mail Tribune | 9154 | 1/1/99 | | | | | | | $212.73 | Newspaper ad for Tent. | |
| | | 240 | Ashland Daily Tidings | 9158 | 1/1/99 | | | | | | | $262.00 | Advertisement in newspaper for Tent. Entered in Dec. of Acct. Summ. | |
| | | 250 | Silver Eagle | 9160 | 1/1/99 | | | | | | | $307.98 | "Tent Shipment. | |
| | | 367 | AAYS Inc. | 9161 | 1/1/99 | | $20.00 | | | | | Customs Broker. | |
| | | 368 | Postmaster | 9164 | 1/1/99 | | $89.83 | | | | | International Mail | |
| | | 369 | Hays Oil Company | 9165 | 1/1/99 | | $71.39 | | | | | Fuel oil | |
| | | 252 | The Beanery | 9170 | 1/1/99 | | | | | | | $22.63 | Coffee for guests of the tent. | |
| | | 260 | Harry and David | 9171 | 1/1/99 | | | | | | | $129.50 | Food for Tent. | |
| | | 372 | US Postal Service | 9173 | 1/1/99 | $58.67 | | | | | | | Mailing of literature. | |
| JX | | 376 | Ashland Daily Tidings | 9175 | 1/1/99 | | | | | | | $320.00 | Advertisement for Tent. | |
| | | 338 | Halal meat | 9178 | 1/1/99 | | $244.94 | | | | | Ramadan chicken | |
| | | 351 | David Rodgers | 9186 | 1/1/99 | | $220.11 | | | | | Various expenses (reimbursement) | |
| | | 352 | Ashland Paint center, Inc. | 9187 | 1/1/99 | | $336.46 | | | | | painting supplies for upkeep of center | |
| | | 353 | Pete Seda | 9192 | 1/1/99 | | $100.00 | | | | | Reimbursement to Pete for Center supplies. | |
| | | 354 | Medford Mail Tribune | 9194 | 1/1/99 | | | | | | | $160.68 | Advertising for Tent. | |
| F | | 207 | Multicultural Association | 9196 | 1/1/99 | | | | | | | $10.00 | Space Fee | |
| | | 344 | Citibank Platnum Select | 9202 | 1/1/99 | | $18.95 | | | | | Buying Video Tapes | |
| | | 346 | Bi-Mart | 9204 | 1/1/99 | | $227.73 | | | | | Supplies: Shovels, et cetera. | |
| | | 350 | Bi-Mart | 9210 | 1/1/99 | | $289.82 | | | | | Center Supplies. | |
| | | 359 | U.S. Postmaster | 9214 | 1/1/99 | $82.25 | | | | | | | Int. mailing expenses | |
| F | | 440 | Citibank | 9222 | 2/17/99 | | $1,962.61 | | | | | Supplies for remodeling and electrical projects. | |
| F | | 344 | Citibank Platnum Select | 9224 | 2/25/99 | $159.90 | | | | | | | Envelopes for mailing Literature. | |
| | | 456 | U.S. Post Master | 9225 | 2/24/99 | $101.11 | | | | | | | Postage for mailing Alharamain Literature. | |
| 1 | | 386 | First Card | 9226 | 1/1/99 | | $471.00 | | | | | United Air 0167953249948 | |
| | | 381 | Grange Coop | 9227 | 1/1/99 | | $170.63 | | | | | Fencing material repair. | |
| | | 379 | Printfast | 9228 | 1/1/99 | $112.00 | | | | | | | Prisoner Forms | |
| | | 414 | American Express | 9229 | 1/24/99 | | $838.15 | | | | | Plane ticket | |
| F | | 408 | Shop 'N Cart | 9230 | 1/22/99 | | $61.24 | | | | | Food for volunteers | |
| F | | 437 | Wells Fargo Bank | 9232 | 2/10/99 | | $1,500.00 | | | | | Remodelling. | |
| F | | 442 | Soliman Al Buthi | 9233 | 2/10/99 | | $1,500.00 | | | | | Paid to Dawood by Soliman in KSA. | |

11/1/99

AHIF 000285

Alharamain 1999

| | ITEM # | VENDOR | CHECK # | DATE | BOOKKEEPER CHECK | RUGGED DEPOSIT | REFUGEE DEPOSIT | MASJID | VIDEO/ACCT | PAYMENT | DESCRIPTION | CONCLUDED | OPENED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 447 | Lightning Copy Serve | 9234 | 2/16/99 | | | | | | $44.00 | Reproducing engineer's drawing of Center's building. | | |
| Mr | 485 | Richard Cabral | 9239 | 3/12/99 | | | | | | $40.16 | Fixed expense D.H. (Ihram for Hajj) | | |
| Mr | 477 | Roger Rolfness | 9240 | 3/15/99 | | | | | | $1,270.00 | Electrical repairs (needed to avoid fire damage due to faulty wiring) | | |
| Mr | 875 | Robert L. Brown | 9241 | 3/15/99 | | | | | | $1,800.00 | Fixed Expense | | |
| Mr | 468 | U.S. Postmaster | 9242 | 3/15/99 | $5.40 | | | | $0.00 | | Postage for mailing Literature. | | |
| F | 431 | Bank of America | 9248 | 2/24/99 | | | | | | | | | |
| Mr | 478 | Michael S. Guy | 9249 | 3/2/99 | | | | | | $50.00 | Attorney fees. | | |
| Mr | 522 | Circuit City | 9250 | 3/16/99 | | | | | $0.00 | $40.00 | Fund transfer–neutral transaction ($149.97) | | |
| | 405 | Campus Cleaners | 9251 | 1/20/99 | | 14.99 | | | | $135.00 | Cleaning of Masala drapes. | | |
| | 404 | Buchannan Trucking and Const. | 9252 | 1/19/99 | | | | | | $3,440.00 | Work on Tent pad, and access to it and upper property. Erosion water runo | | |
| | 401 | Ashland Paint | 9253 | 1/19/99 | | | | | | $70.98 | Paint for Center. | | |
| | 403 | Bloomsbury Books | 9254 | 1/20/99 | | | | | | $34.95 | Atlas. | | |
| | 429 | Parsons Cattle & Hay Co. | 9255 | 2/1/99 | | | | | | $130.00 | black hay for placing on construction scars to hold earth in place. | | |
| | 425 | U.S. West Communications | 9256 | 2/5/99 | | | | | | $169.46 | Telephone. | | |
| | 407 | The Great American Pizza Company | 9257 | 1/21/99 | | | | | | $38.00 | Food for volunteers. | | |
| | 409 | Ashland Paint | 9258 | 1/22/99 | | | | | | $393.31 | Paint for Center. | | |
| | 420 | Grange Coop | 9259 | 1/25/99 | | | | | | $62.10 | Tent Supplies. | | |
| | 419 | Grange Coop | 9260 | 1/25/99 | | | | | | $2.60 | Rope for Tent. | | |
| | 415 | Rays Garden Center | 9261 | 1/25/99 | | | | | | $23.88 | Bamboo poles for Tent. | | |
| | 418 | Ashland Rentals | 9262 | 1/25/99 | | | | | | $39.91 | Equipment for Tent drying. | | |
| | 410 | Union 76 | 9263 | 1/25/99 | | | | | | $13.56 | Propane for drying Tent carpet. | | |
| | 424 | Vail Plumbing | 9265 | 2/1/99 | | | | | | $519.78 | Kitchen faucets. | | |
| | 412 | Union 76 | 9266 | 1/26/99 | | | | | | $12.00 | Propane for drying Tent carpet. | | |
| | 427 | Ashland Hardware | 9267 | 2/9/99 | | | | | | $7.95 | Paint for Tent stakes | | |
| | 416 | Grange Coop | 9268 | 1/27/99 | | | | | | $12.50 | Rope for Tent | | |
| | 428 | Ashland Rental. | 9270 | 2/3/99 | | | | | | $41.50 | Equipment rental for drying carpet in Tent after major rain storms. | | |
| | 422 | Ashland Rental | 9271 | 2/5/99 | | | | | | $41.04 | texture sprayer (paint equipment) for Center's Kitchen. | | |
| | 423 | Ashland Paint | 9273 | 2/2/99 | | | | | | $40.54 | Paint for Center's kitchen. | | |
| | 452 | Pacific Power | 9275 | 2/12/99 | | | | | | $210.02 | Electricity. | | |
| | 373 | US Postal Service | 9278 | 1/1/99 | $19.60 | | | | | | Mailing of international and domestic literature. | | |
| | 377 | Paper Etc. | 9279 | 1/1/99 | $33.76 | | | | | | Mailing supplies. | | |
| | 374 | Postmaster | 9280 | 1/1/99 | $9.34 | | | | | | International Mail | | |
| | 389 | United Parcel Services | 9281 | 1/1/99 | $170.32 | | | | | | Mailing expense. | | |
| | 378 | WTS | 9282 | 1/1/99 | $19.00 | | | | | | Garbage to dump. | | |
| | 397 | Ashland Sanitary & Recycling Service, Inc | 9284 | 1/14/99 | $29.20 | | | | | | Garbage. | | |
| | 388 | U.S. Postmaster | 9285 | 1/6/99 | $59.42 | | | | | | Mailing expense. | | |
| | 390 | Shop 'N Cart | 9286 | 1/7/99 | | | | | | $117.83 | Food for Ramadan. | | |
| | 402 | Roanke Ponce | 9287 | 1/7/99 | | | | | | $150.00 | Drawing plans for building upgrade. | | |

AHIF 000286

11/1/99

Alharamain 1999

| DEPOSITS | ITEM # | NAME | CONTR# | CHK# | DATE | BOOKS | GC CENTER | ACCT | CONST | REF LIB | VIDEO DH | VIDEO DV | HERA | GROUP | DESCRIPTION | CONFID OPENING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 413 | Jerusalem Enterprises | 9288 | | 1/8/99 | | | | | | | | | | Muslim Yellow Pages listing. | |
| | 385 | SOU | 9289 | | 1/12/99 | $35.00 | | | | | | | | | Library card for research at college library. | |
| | 396 | Printfast | 9290 | | 1/13/99 | | | | | | | | | | Duplicates. | |
| | 383 | Grange Coop. | 9291 | | 1/9/99 | $18.66 | | | | | | | | | | |
| | 382 | ACFS | 9292 | | 1/10/99 | $180.24 | | | | | | | | | $92.27 Tent expenses: rope supply. | |
| | 384 | Printfast | 9293 | | 1/12/99 | $10.18 | | | | | | | | | Ramadan food. | |
| | 393 | Printfast | 9294 | | 1/14/99 | | | | | | | | | | Copies. | |
| | 392 | Grange Coop | 9295 | | 1/14/99 | $1.50 | | | | | | | | | Duplicating. | |
| | 426 | Out 'N' Break Construction Inc. | 9296 | | 2/4/99 | | | | | | | | | | $46.25 Straw for Camel. | |
| | 394 | Pete Seda | 9297 | | 1/15/99 | | | | | | | | | | $130.00 Removal of Palm Trees from resturaunt parking lot in Medford | |
| | 400 | Ashland Paint | 9299 | | 1/20/99 | $105.59 | | | | | | | | | $160.96 Tent expenses--reimbursement for purchasing supplies. | |
| | 399 | Copeland Lumber | 9300 | | 1/19/99 | | | | | | | | | | Paint for Center. | |
| | 329 | Check #9301 | 9301 | | 1/1/99 | $331.98 | | | | | | | | | $13.60 Wood for Tent | |
| | 387 | Oregon Dept. of Trans. | 9303 | | 1/8/99 | | | | | | | | | | Copies. | |
| | 807 | Joan Erskine | 9305 | | 1/28/99 = 1/10/99 | $80.00 | | | | | | $0.00 | | | $404.97 Palm tree. | |
| | 866 | Shop-n-Cart | 9306 | | 8/3/99 | | | | | | | | $0.00 | | | $97.48 food for guests to Daw'ah tent | |
| | 867 | Nila Day | 9307 | | 8/3/99 | $1,000.00 | | | | | | | $0.00 | | | Fixed Expense, D.H. | |
| | 869 | The Beanery | 9308 | | 8/10/99 | | | | | | | | $0.00 | $33.86 | | coffee for production crew, and volunteers | |
| | 475 | Universal Card Service Corp. | 9326 | | 3/3/99 | $4,081.50 | | | | | | | | | Electrician supplies. | |
| | 806 | Printfast | 9327 | | 7/9/99 | | $466.60 | | | | | | $0.00 | | | Al-Haramain cards for Kosovar refugees, featuring toll-free number. | |
| | 808 | American Express | 9328 | | 7/27/99 | $88.73 | | | | | | | $0.00 | $0.00 | | Fixed Expense, D.H. | |
| | 860 | CDS Internet | 9329 | | 9/27/99 | $45.00 | | | | | | | $0.00 | $0.00 | | (10923) Internet Account | |
| | 858 | Full Circle Communications | 9330 | | 8/19/99 | | | | | | | | $0.00 | $100.00 | | Video Production | |
| | 862 | Abdullah Al-Najashi | 9331 | | 8/23/99 | | | | | | | | $0.00 | $1,550.00 | | Video Project | |
| | 836 | Abdullah Cabral | 9332 | | 8/27/99 | $90.00 | | | | | | | $0.00 | | | used for Tape purchase / duplication of lessons taught by Abdul Qaadir | |
| | 848 | Rogue Mailing Machine Services | 9334 | | 9/20/99 | $125.00 | | | | | | | $0.00 | | | mailing machine rental | |
| | 850 | Pacific Power | 9335 | | 9/20/99 | $105.27 | | | | | | | $0.00 | | | Power Bill through August 16 1999 | |
| | 847 | US WEST | 9336 | | 9/20/99 | $55.53 | | | | | | | $0.00 | | | local phone bill through Aug. 17, 1999 | |
| | 938 | Full Circle Communications | 9337 | | 9/12/99 | | | | | | | | $0.00 | $951.25 | | invoice #9931 | |
| | 849 | Associated Press (Attn: Marc Augenbrau | 9338 | | 9/20/99 | | | | | | | | $0.00 | $400.00 | | stock footage for video production | |
| | 851 | ISNA | 9340 | | 9/21/99 | $3,181.08 | | | | | | | $0.00 | | | $1260.00 Airline Ticket(Round Trip SF to CHI), $369.98 Car Rental(Medfor | not inclu |
| | 843 | Printfast | 9341 | | 9/15/99 | $33.20 | | | | | | | $0.00 | | | PMT# 9486 | |
| | 939 | Pacific Power | 9343 | | 9/21/99 | $85.24 | | | | | | | $0.00 | | | Power Bill for Sept. '99 | |
| | 945 | Full Circle Communication | 9344 | | 10/2/99 | | | | | | | | $0.00 | $492.50 | | Invoice #9938 (video project) | |
| | 527 | Ashland Daily Tidings | 9345 | | 1/1/99 | | | | | | | | $0.00 | $0.00 | $37.50 | Advertisement | |
| | 349 | All In One Rental | 9346 | | 1/1/99 | $22.00 | | | | | | | | | | Texture sprayer fro texturing of upstairs kitchen | |
| | 473 | Ashland Hardware | 9351 | | 3/9/99 | $258.13 | | | | | | | | | | Remodeling project. | |
| | 474 | Citibank | 9352 | | 2/15/99 | $1,637.93 | | | | | | | | | | Electrical Upgrade Project and supply. | |

11/1/99

AHIF 000287

Case 1:03-md-01570-GBD-SN   Document 2666-19   Filed 01/15/13   Page 8 of 13

Alharamain 1999

| | DEPOSITS | TO WHOM / ITEM | CHECK # | DATE | BOOK | AGGEN | TERA | RIDGE | OR | REFUGEE | DERB | VI | CHIN | RUBCROFT | TRANS ACCOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr | | 484 | Pete Seda | 9353 | 3/16/99 | $260.00 | | | | | | | | | | Refund regarding S. Adly audio and video tapes (Frankfurt). |
| Mr | | 480 | Printfast | 9354 | 3/16/99 | $1,539.00 | | | | | | | | | | Reproduction and duplication of essential pamphlets, forms, and letters. It |
| Mr | | 479 | Picture This | 9355 | 3/17/99 | $24.10 | | | | | | | | | | Pictures of center for Saudi Arabia. |
| Mr | Ap | 476 | Jayson Dousette | 9356 | 3/16/99 | $3,000.00 | | | | | | | | | | Remodeling Project. |
| Mr | Ap | 503 | Bank of America cashier's check | 9357 | 4/7/99 | $2,547.30 | | | | | | | | | | Customs fee & Shipping costs for new shipment from Saudi Arabia |
| | | 337 | Alfonso Colton | 9358 | 1/1/99 | $50.00 | | | | | | | | | | reimbursement for stamps |
| | Ap | 876 | Pete Seda | 9359 | 8/28/99 | | | | | | | | $0.00 | | | $5000.00 Neutral transaction (repayment to Pete) |
| My | Ap | 499 | Ashland Hardware | 9361 | 4/10/99 | $113.36 | | | | | | | | | | Remodeling supplies |
| My | | 731 | Eagle | 9362 | 5/10/99 | $190.85 | | | | | | | $0.00 | | | Fan and lights. |
| Sn | | 888 | Daveed Gartenstein-Ross | 9365 | 6/15/99 | $7,000.00 | | | | | | | $0.00 | | | Fixed expense D.G-R |
| Sn | | 510 | Citibank | 9366 | 4/2/99 | $1,174.81 | | | | | | | | | | Electrical supply. |
| tip | Ap | 507 | Full Circle Communications | 9367 | 4/27/99 | | | | | | | | | $45.00 | | Frontline capturing. |
| | Ap | 729 | New Horizons | 9368 | 5/13/99 | $50.00 | | | | | | | $0.00 | | | Computer class for Br. Rob and Br. David. |
| My | | 728 | Ashland Hardware | 9369 | 5/18/99 | $164.29 | | | | | | | $0.00 | | | Tools. |
| My | | 730 | Citibank | 9370 | 5/19/99 | $653.69 | | | | | | | $0.00 | | | Repairs on center City bank 2491 |
| Sn | | 771 | CDS Internet | 9371 | 5/31/99 | $90.00 | | | | | | | $0.00 | | | Internet access. |
| Sn | | 772 | Ashland Hardware | 9372 | 6/9/99 | $281.61 | | | | | | | $0.00 | | | Ashland Hardware repairs |
| Sn | | 770 | Citibank platinum select | 9373 | 6/20/99 | | $2,295.73 | | | | | | $0.00 | | | plane tickets, rental car, hotel Rm. For Abu Yunus while on trip to Ft. Dixx, |
| Sn | | 757 | Rent A Car | 9374 | 6/24/99 | | $87.49 | | | | | | $0.00 | | | Car rental for Kosova Albanian Relief effort. |
| Mr | | 467 | U.S. Postmaster | 9376 | 3/16/99 | $83.13 | | | | | | | | | | Postage for mailing Literature. |
| Mr | | 471 | The Mail Stop | 9378 | 3/25/99 | $144.00 | | | | | | | | | | 1year rent of P.O. Box # 212. |
| | | 511 | Kosova Task Force | 9380 | 4/29/99 | | | | | | | | | $114.50 | | Fund transfer–neutral transaction ($100.00) |
| | | 406 | Valley Rental | 9381 | 1/16/99 | | | | | | | | | | | Carpet iron for peicing together carpet in Daw'ah Tent. |
| Mr | | 504 | Ashland Sanitary & Recycling | 9382 | 4/7/99 | $87.60 | | | | | | | | | | Monthly Services Bill |
| | | 398 | Valley | 9383 | 1/16/99 | $800.00 | | | | | | | | | | Sink for Kitchen Remodeling Project. |
| | | 506 | Pacific Power | 9385 | 4/9/99 | $212.95 | | | | | | | | | | Power bill |
| | | 463 | The Mail Stop | 9386 | 2/8/99 | $600.00 | | | | | | | | | | Mailing expenses. |
| | | 411 | U.S. Postmaster | 9387 | 1/22/99 | $37.70 | | | | | | | | | | Mailing expenses. |
| | | 421 | Walter Staucy | 9388 | 1/2/99 | | | | | | | | | $150.00 | | Palm Trees for Tent. |
| | | 886 | Pacific Power | 9390 | 5/17/99 | $84.18 | | | | | | | $0.00 | | | Power Bill |
| | | 395 | Superior Windows & Doors | 9391 | 1/15/99 | $858.00 | | | | | | | $0.00 | | | Doors for Masala Remodeling Project. |
| | | 521 | Ashland Daily Tidings | 9392 | 5/10/99 | | | | | | | | $0.00 | $139.56 | | Tent Advertisement |
| | | 733 | Bi-Mart | 9393 | 5/24/99 | $43.19 | | | | | | | $0.00 | | | Cleaning Supplies for center |
| | | 639 | Rite Aid — to Costco gas | 9394 | 5/25/99 | $24.77 | | | | | | | $0.00 | | | Mailing Supplies–packing tape. |
| | | 543 | Grange Co-op | 9395 | 5/28/99 | | | | | | | | $0.00 | $230.75 | | Tools and materials for Tent Area: Farm cart, 5-panel gate, post, Redi-Mix, |
| | | 768 | US West Communications | 9396 | 5/28/99 | $192.28 | | | | | | | $0.00 | | | Phone bill. |
| | | 544 | Ashland Hardware | 9397 | 5/20/99 | $83.70 | | | | | | | $0.00 | | | Tools for work outside: Hoe, "No Hunting/Trespassing" Sign, "Keep Out" S |
| | | 547 | Ashland Hardware | 9398 | 5/31/99 | $110.43 | | | | | | | $0.00 | | | Irrigation repair, parts and eqpt. |

Page 7

11/1/99

AHIF 000288

Alharamain 1999

| DEPOSITS TO # | PAYEE | CHECK # | DATE | AMOUNT OF CHECK | GENERAL | RENT | UTILITIES | VEHICLE | INSURANCE | TRANSPORTATION | DESCRIPTION | COMMENT/OPENING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 546 Ashland Chamber of Commerce | 9399 | 6/18/99 | $50.00 | | | $0.00 | $0.00 | | | Informational Booth Fee for July 4th dawah. | |
| | 549 Pacific Power | 9400 | 6/17/99 | $79.01 | | | $0.00 | | | | Electricity bill. | |
| | 417 Lipperts | 9401 | 1/26/99 | | | | | | | $269.98 | Carpet for Tent. | |
| | 449 MCI | 9402 | 2/22/99 | $225.76 | | | | | | | Bill for telephone and Fax numbers. | |
| | 453 Kennedy Fuel Co. | 9403 | 2/12/99 | $148.00 | | | | | | | Oil furnace repair at Center. | |
| | 464 U.S. PostMaster | 9404 | 2/9/99 | $1,000.00 | | | | | | | Postage for Mailing Machine. | |
| | 444 Bi-Mart | 9405 | 2/9/99 | $52.27 | | | | | | | Janitorial supplies. | |
| | 434 The Great American Pizza Company | 9406 | 2/8/99 | $19.50 | | | | | | | Food for volunteers | |
| | 443 Texaco | 9407 | 2/9/99 | $21.30 | | | | | | | Fuel oil for heating of center | |
| | 445 Ashland Community Food Store | 9408 | 2/8/99 | | | | | | | | $134.33 | Food for guests to Daw'ah Tent. | |
| | 446 Shop 'N Cart | 9409 | 2/8/99 | | | | | | | | $153.60 | Food for guests to Daw'ahTent. | |
| | 460 U.S. Post Office | 9410 | 2/10/99 | $53.71 | | | | | | | International mailing expense. | |
| | 433 Silver Eagle | 9411 | 2/17/99 | $165.51 | | | | | | | Water filter(s) delivery. | |
| | 455 Bi-Mart | 9412 | 2/12/99 | $150.52 | | | | | | | Cleaning Supplies for Center. | |
| | 435 Grange Coop | 9413 | 2/18/99 | | | | | | | | $135.12 | Materials for Tent pad. | |
| | 436 Roger Rollness | 9414 | 2/12/99 | $1,000.00 | | | | | | | Electrical repair and supply. | |
| | 736 Ascom Hasler Mailing Systems, Inc. | 9415 | 6/24/99 | $90.00 | | | $0.00 | | | | Metering machine rental. | |
| | 740 Mahmoud Shelton | 9416 | 6/22/99 | $110.00 | | | $0.00 | | | | Farrier services, Fixed expenses – D.H. | |
| | 450 Bryan E. Jones | 9417 | 2/19/99 | $15.00 | | | | | | | Mailing work. | |
| | 461 Robert L. Brown | 9418 | 2/18/99 | $52.34 | | | | | | | Reimbursement for mailing expense. | |
| | 452 Consolidated Plastics Company, Inc. | 9419 | 2/23/99 | $604.40 | | | | | | | Boxes for mailing Literature. | |
| | 441 Talent Irrigation District | 9420 | 2/25/99 | $165.00 | | | | | | | Fee for property irrigation. | |
| | 459 UPS | 9421 | 2/24/99 | $135.41 | | | | | | | Mailing expenses. | |
| | 748 Postmaster | 9422 | 6/24/99 | $1,038.35 | | | | | | | International mail and money into postal meter | |
| | 430 Ashland Daily Tidings | 9423 | 2/26/99 | | | | | | | | $50.00 | Advertisement for Tent. | |
| | 438 Klamath Environmental Services | 9424 | 2/24/99 | $1,615.00 | | | | | | | Purchase of two water filters for water system upgrade. | |
| | 439 MCI | 9425 | 2/19/99 | $69.27 | | | | | | | Telephone & fax. | |
| | 448 D.M. Shelton | 9427 | 2/23/99 | $50.00 | | | | | | | Farrier services, Fixed expenses D.H. | |
| | 458 The Mail Stop | 9428 | 2/24/99 | $30.00 | | | | | | | Fixed expenses D.H. | |
| | 457 U.S. Postmaster | 9429 | 2/26/99 | $7.04 | | | | | | | International mailing expense. | |
| | 754 Ashland Hardware | 9430 | 6/29/99 | $207.59 | | | $0.00 | | | | Sprinkler heads for irrigation repair. | |
| | 469 Consolidated Plastics Company, Inc. | 9431 | 3/3/99 | $120.85 | | | | | | | Boxes for mailing Literature. | |
| | 470 U.S. Postmaster | 9432 | 3/3/99 | $36.35 | | | | | | | Mailing expense. | |
| | 482 MCI | 9433 | 3/4/99 | $276.12 | | | | | | | Phone & Fax. | |
| | 761 Ruth E. Smith | 9434 | 7/13/99 | | | | $0.00 | | | | $88.00 | 36 bales of grass hay to feed animals (goats, sheep, camel) | |
| | 804 Great American Pizza Company | 9435 | 7/6/99 | | | | $0.00 | | | | $80.40 | Food for volunteers for July 4th dawah booth. | |
| | 806 US West | 9436 | 7/12/99 | $368.17 | | | $0.00 | | | | Phone bill | |
| | 763 US Postmaster | 9437 | 7/12/99 | $280.33 | | | $0.00 | | | | Shipment of Albanian-language books, International mail and domestic pac... | |

Alharamain 1999

| DEPOSITS | ID# | ITEM | CHECK # | DATE | BOOKS | GEN MERCH | REIMBURSE | REFUGEES | MASJID | VIDEOS | TRANSLATION | DESCRIPTIONS | FUNDING OPTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 769 | Ashland Sanitary Service | 9438 | 7/13/99 | | | | $29.20 | | $0.00 | $0.00 | Monthly bill for garbage pick-up. | |
| | 764 | Ashland Shop-N-Kart | 9439 | 7/12/99 | | | | $412.94 | | $0.00 | $0.00 | Community food for Br. Abdul-Qaadir's visit. | |
| | 777 | All In One Rental | 9441 | 7/21/99 | | | | $38.88 | | $0.00 | $0.00 | Trailer rental to take Mandub to dawah presentation, Kids Unlimited, and S | |
| | 776 | Printfast | 9442 | 7/22/99 | $6.00 | | | | | $0.00 | $0.00 | Photocopies. | |
| | 780 | All in One Rental Sales & Service | 9443 | 7/21/99 | | $140.94 | | | | $0.00 | $0.00 | Rental of horse trailer and camp stove for Sprague River Weekend with Br. | |
| | 775 | Ashland Shop-N-Kart | 9444 | 7/19/99 | | $150.13 | | | | $0.00 | $0.00 | Food for Sprague River Weekend with Brother Abdul-Qaadir. | |
| | 778 | US Postmaster | 9445 | 7/26/99 | | | $76.45 | | | $0.00 | $0.00 | Shipment of Albanian-language literature to Atlanta, Georgia for dinner wit | |
| | 781 | US Postmaster | 9446 | 7/27/99 | $145.59 | | | | | $0.00 | $0.00 | Domestic and International literature shipping. | |
| | 779 | Ashland Shop-N-Kart | 9447 | 7/26/99 | | | | | | $0.00 | $0.00 | $244.66 Shopping for food for cultural tent guests, and for Brothers Ahmed and Abd | |
| | 809 | Office Max | 9448 | 7/29/99 | $322.30 | | | | | $0.00 | $0.00 | Tyvek envelopes for outgoing packages | |
| | 785 | US West | 9449 | 7/27/99 | | $420.17 | | | | $0.00 | $0.00 | Phone bill | |
| | 786 | Daveed Gartensteln-Ross | 9451 | 7/28/99 | $35.33 | | | | | $0.00 | $0.00 | Reimbursement for packaging tape. | |
| | 789 | US Postmaster | 9452 | 8/2/99 | $48.99 | | | | | $0.00 | $0.00 | Domestic and International packages. | |
| | 810 | Ashland Shop-N-Kart | 9453 | 7/29/99 | | $84.29 | | | | $0.00 | $0.00 | Food for Brothers staying in Masala | |
| | 865 | Ron Willis Carpet Co. | 9454 | 7 - 8/2/99 | | $942.00 | | | | $0.00 | $0.00 | Carpet Installation | |
| | 790 | Ashland Shop-N-Kart | 9456 | 8/2/99 | $137.65 | | | | | $0.00 | $0.00 | Food for Saudi Arabian Brothers staying in Ashland | |
| | 793 | Ascom Hasler Mailing Systems, Inc. | 9457 | 8/12/99 | $125.00 | | | | | $0.00 | $0.00 | Metering Machine rental | |
| | 794 | GTE Directories Corporation | 9458 | 8/10/99 | | $67.70 | | | | $0.00 | $0.00 | Qur'an Foundation listing in phone directories. | |
| | 801 | Ashland Hardware | 9459 | 8/13/99 | | $128.96 | | | | $0.00 | $0.00 | Equipment for repair and maintenance of irrigation and household repair, A | |
| | 802 | Ashland Paint Center, Inc. | 9460 | 8/9/99 | | $153.98 | | | | $0.00 | $0.00 | Paint for Masala. Upstairs bathroom, downstairs Kitchen and bathroom | |
| | 798 | Daveed Gartenstein-Ross | 9461 | 8/16/99 | | $22.55 | | | | | | Reimbursement for food purchased for brothers in Masala. | |
| | 799 | Ashland Sanitary & Recycling | 9462 | 8/12/99 | | $29.20 | | | | | | Monthly bill for garbage pick-up. | |
| | 812 | Landmind Studios | 9463 | 8/10/99 | | | | | | $2,700.00 | | Contract with studio for video shoot Sunday--half due at start of project Pa | (payment #1 |
| | 800 | Ashland Daily Tidings | 9464 | 8/16/99 | | | | | | $0.00 | $737.50 | Tent advertisement in local newspaper. | account |
| | 811 | Great American Pizza Company | 9465 | 8/9/99 | | | | | | $0.00 | $116.40 | Food for crew and volunteers during video shoot. | #5002 |
| | 815 | Shop-n-Cart | 9466 | 8/16/99 | | | | | | $0.00 | $0.00 | $17.36 food for guests (Dawah tent) | |
| | 803 | The Mall Stop | 9468 | 8/11/99 | | $77.00 | | | | $0.00 | $0.00 | Fixed expenses, D.H. (Box #1135) | |
| | 816 | Golds Gym | 9469 | 8/17/99 | | $68.00 | | | | $0.00 | $0.00 | Fixed Expense D.H. | |
| | 817 | Mahmoud Shelton | 9470 | 8/24/99 | | $125.00 | | | | $0.00 | $0.00 | Fixed Expenses D.H. | |
| | 818 | Ashland Community Hospital Emergency | 9471 | 8/13/99 | | $218.35 | | | | $0.00 | $0.00 | Fixed Expense, D.H. | Fanler s |
| | 819 | Ashland Orthop | 9472 | 8/18/99 | | $52.00 | | | | $0.00 | $0.00 | Fixed Expense, D.H. | |
| 7 | 829 | RITE- AID | 9473 | 8/11/99 | | $93.98 | | | | $0.00 | $0.00 | Audiotapes (for duplicating lessons taught by Abdul Qaadir) | |
| | 828 | LandMind Studios | 9474 | 8/13/99 | | | | | | $2,760.00 | $0.00 | Video (payment #2) | |
| | 827 | US Postmaster | 9475 | 8/16/99 | $23.88 | | | | | $0.00 | $0.00 | Int. Mail | |
| | 826 | Full Circle Communications | 9476 | 8/19/99 | | | | | | $528.75 | $0.00 | Video Consultation | |
| | 825 | Diversified Language Institute | 9477 | 8/19/99 | | | | | | $1,450.00 | $0.00 | Abdullah Alnajashi | |
| | 823 | Abdullah Alnajashi | 9478 | 8/27/99 | | | | | | $1,550.00 | $0.00 | Video Project | |
| | 822 | The Mall Stop | 9479 | 8/19/99 | | $187.75 | | | | $0.00 | $0.00 | UPS Shipment - Albanian Language Books | |

11/1/99

AHIF 000290

Alharamain 1999

| # | ITEM | CHECK# | DATE | BOOKKG | INTERFACE | REFUGE | DAWAH | VIDEO | MISC | OTHER | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 821 | Ashland Paint and Decorating Center | 9460 | 8/24/99 | | $191.36 | | | | $0.00 | $0.00 | painting supplies |
| 796 | Mark Ursetta | 9481 | 8/4/99 | | | | | | $0.00 | $25.00 | Video equipment rental for production of dawah video. |
| 792 | AT&T | 9482 | 8/9/99 | | | $9.74 | | | $0.00 | $0.00 | Albanian Refugee Crisis Hotline (ARCH) |
| 813 | Lippetts Carpet One | 9483 | 8/12/99 | | $2,088.00 | | | | $0.00 | $0.00 | New carpeting for Masala — DH Aug 99 / |
| 832 | AT&T | 9484 | 8/27/99 | | $34.74 | | | | $0.00 | $0.00 | AT&T Bill for Aug. 99 |
| 831 | MCI WORLDCOM | 9485 | 8/27/99 | | $0.43 | | | | $0.00 | $0.00 | Balance due (August 99) |
| 830 | PRINTFAST | 9486 | 8/27/99 | $212.03 | | | | | $0.00 | $0.00 | phamplets, pen pal letters, booklets |
| 833 | Ashland Emergency Phys. | 9488 | 8/27/99 | | $234.00 | | | | $0.00 | $0.00 | fixed expence/ D.H.  Aug. 99 |
| 935 | Silver Eagle | 9489 | 9/8/99 | | | $115.60 | | | $0.00 | $0.00 | delivery of clothing items for kosova refugees |
| 937 | Mail Tribune | 9491 | 10/12/99 | | | | | | $0.00 | $918.98 | add for tent |
| 870 | Great American Pizza Co. | 9511 | 8/16/99 | | | | | | $0.00 | $39.00 | Food for Production Crew and Volunteers |
| 884 | Freedom Film & Video | 9512 | 8/24/99 | | | | | | $0.00 | $2,000.00 | Video Project |
| 861 | Brian Prechtel Photography | 9514 | 8/29/99 | | | | | | $0.00 | $1,730.00 | Video Project (Footage) |
| 915 | Full Circle Communications | 9515 | 9/26/99 | | | | | | $0.00 | $462.50 | Video Project |
| 916 | CDS Internet | 9516 | 9/28/99 | | $46.00 | | | | $0.00 | $0.00 | Internet Fees |
| 949 | State of Oregon Corporation Division | 9517 | 10/12/99 | | $82.00 | | | | $0.00 | $0.00 | filing fee |
| 950 | Charles Davis | 9518 | 10/12/99 | | | | | | $0.00 | $699.01 | lumber for tent floor deck |
| 863 | Mosue Ross | 9541 | 8/24/99 | | $260.00 | | | | $0.00 | $0.00 | Fixed expense, Daveed Gartenstein-Ross |
| 814 | Sharon Cummings | 9542 | 8/29/99 | | $750.00 | | | | $0.00 | $0.00 | R.L.B. (July) |
| 834 | Multicultural Association of Southern Oreg | 9544 | 8/27/99 | | | | | | $0.00 | $50.00 | Dawah booth at Medford Cultural Fair (Sept. 25th 99) |
| 871 | Mouhanad Khuja | 9545 | 8/27/99 | | | | | | $4,346.70 | $0.00 | Lens and Focusing Unit (for Abdullah Al-Najashi) |
| 941 | Luanne Zirkle | 9546 | 9/29/99 | $3,600.00 | | | | | $0.00 | $0.00 | Fixed expense D.H. (through 1-2000) |
| 951 | Car Checkers of America | 9547 | 9/29/99 | $54.95 | | | | | $0.00 | $0.00 | Fixed Expense D.H. (through 1-2000) |
| 952 | Viking Insurance, Inc. | 9548 | 9/29/99 | $264.00 | | | | | $0.00 | $0.00 | Fixed Expense D.H. (through 1-2000) |
| 953 | D.M.V. | 9549 | 9/30/99 | $77.00 | | | | | $0.00 | $0.00 | Fixed Expense D.H. (through 1-2000) |
| 940 | David Hafer | 9550 | 10/12/99 | $100.00 | | | | | $0.00 | $0.00 | Fixed expense D.H. |
| 964 | Cash | 9551 | 10/1/99 | $900.00 | | | | | $0.00 | $0.00 | fixed Expense D.H. (through 1-2000) |
| 955 | Image Maker Tech, Inc | 9552 | 10/12/99 | | | | $96.00 | | $0.00 | $0.00 | Labels for Jalabeas (for U.S. Customs) |
| 948 | Loggers and Contractors Supply, Inc. | 9553 | 10/12/99 | | | | | | $0.00 | $116.94 | Etqpt. For tent project (winterizing) |
| 947 | U.S. Postmaster | 9554 | 10/5/99 | $45.37 | | | | | $0.00 | $0.00 | International Mail |
| 956 | Kennedy fuel co | 9556 | 10/14/99 | $160.49 | | | | | $0.00 | $0.00 | Repirs on tempostat |
| 854 | UPS | 84462 | 9/23/99 | $21.11 | | | | | $0.00 | $0.00 | shipping costs: Nabil Alrajeh $481.19, Royal Saudi Embassy 118.00/requ |
| 309 | Cantwell's | 90016 | 1/1/99 | | | | | | | $92.28 | food for guests to Dawi'ah tent |
| 944 | ASCOM | 93342 | 9/11/99 | $125.00 | | | | | $0.00 | $0.00 | metering machine rental |
| 878 | The Mail Stop | 9358J | 9/15/99 | | | $400.00 | | | $0.00 | $0.00 | mailing Albanian Language Books |
| 501 | Mail Boxes Etc. | 9379J | 3/31/99 | $122.94 | | | | | | | Shipping of Islamic libraries. |
| 391 | Suzi Aufderheide | 93800 | 1/2/99 | | $93.00 | | | | | | Video tapes. |
| 505 | U.S. West Communications | 93810 | 4/7/99 | | $256.97 | | | | | | Long distance bills |

Alharamain 1999

| | DEPOSIT# | NAME | CHECK # | DATE | BOOKSTORE | GENERAL | REFUGEE | RELIEF | MADRASSA | VIDEO | DEPT | ZAKAT ACCOUNT | DESCRIPTION | continuing inquiry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP | 500 | U.S. Postmaster | 93836 | 4/14/99 | $1,113.04 | | | | | | | | Mailing expenses and international mail | |
| | 508 | U.S. Postmaster | 93856 | 4/23/99 | $69.06 | | | | | | | | Shipping | |
| | 310 | US Postmaster | 93870 | 5/13/99 | | | | | | | | | International and domestic mail | |
| | 885 | U.S. West Communications | 93888 | 5/18/99 | $71.44 | | | | | | | | Phone Bill | |
| | 887 | Ashland Sanitary & Recycling | 93912 | 5/18/99 | | $245.87 | | | | | | $0.00 | Trash Pick up (monthly fee) | |
| | 548 | Ashland Hardware | 94010 | 6/2/99 | | $29.20 | | | | | | | Tools for working outside. | |
| | 550 | Medford Rubber Stamp | 94026 | 6/3/99 | | $51.65 | | | | | | $0.00 | Six rubber stamps. | |
| | 553 | AAYS Inc. | 94056 | 6/3/99 | $348.00 | | $119.40 | | | | | $0.00 | Customs fee--t-shirt shipment to Canada. | |
| | 552 | New Horizons of Medford | 94060 | 6/3/99 | | $50.00 | | | | | | $0.00 | Late Cancellation Fee for Computer Class. | |
| | 892 | New Horizons of Medford | 94068 | 6/8/99 | | $50.00 | | | | | | $0.00 | class fees R.L.B. | |
| | 551 | CDS Internet | 94074 | 6/3/99 | | $45.00 | | | | | | $0.00 | Internet Access | |
| | 893 | CDS Internet | 94072 | 6/10/99 | | $45.00 | | | | | | $0.00 | Internet Services Bill | |
| | 723 | Maria Cates & Associates | 94068 | 6/9/99 | | $217.90 | | | | | | $217.90 | Consulting Fee | |
| | 894 | Maria Cates | 94082 | 6/11/99 | | | | | | | | $0.00 | Fee for consulting services, for the purpose of helping us to garner positive publicity. | |
| | 724 | U.S.F. Reddaway | 94090 | 6/10/99 | $468.56 | | | | | | | $0.00 | International Islamic Publishing House shipment to Al-Attique Publishers in Canada. | |
| | 735 | Printfast | 94100 | 6/14/99 | $89.63 | | | | | | | $0.00 | Copies, of requested literature | |
| | 897 | Bank of America | 94122 | 6/9/99 | | | $174.00 | | | | | $0.00 | Cashiers check to U.S. Customs (for Albanian Launguage Books) | |
| | 725 | Postmaster | 94136 | 6/11/99 | $32.77 | | | | | | | $0.00 | International postage for Islamic literature | |
| | 734 | Ashland Sanitary and Recycling, Inc. | 94140 | 6/14/99 | | $29.20 | | | | | | $0.00 | May Service. | |
| | 899 | Ashland Sanitary and Recycling, Inc. | 94142 | 6/16/99 | | | | | | | | $0.00 | Trash Pick up / removal | |
| | 914 | Rob Brown | 94162 | 2/12/99 | | $500.00 | | | | | | $0.00 | Fixed Expense | |
| | 747 | Ashland Hardware | 94170 | 6/18/99 | | $9.69 | | | | | | $0.00 | Supplies for irrigation. | |
| | 900 | Ashland Hardware | 94172 | 6/22/99 | | | | | | | | -$9.69 | Irrigation fittings (for palm trees in tent area) | |
| | 746 | Post Office | 94180 | 6/18/99 | $170.36 | | | | | | | $0.00 | International Mail | |
| | 742 | Rob Brown | 94190 | 6/16/99 | | $3,360.00 | | | | | | $0.00 | Fixed expenses until end of June. In order to clear the account for July 1, t... | |
| | 903 | David Hafer | 94202 | 6/1/99 | | $2,300.00 | | | | | | $0.00 | Fixed Expense D.H. | |
| | 749 | The Mall Stop | 94210 | 6/20/99 | $161.37 | | | | | | | $0.00 | Deposit for COD Shipment to the Islamic Book Store | |
| | 750 | USF Reddaway | 94230 | 6/21/99 | | | $874.58 | | | | | $0.00 | Shipment of Albanian-language Islamic literature from New York | |
| | 761 | Pacific Power | 94240 | 6/24/99 | | $138.39 | | | | | | $0.00 | Power bill | |
| | 906 | Pacific Power | 94242 | 6/20/99 | | $138.39 | | | | | | $0.00 | Electricity Bill | |
| | 752 | AT & T | 94250 | 6/24/99 | | $8.58 | $8.58 | | | | | $0.00 | Refugee hotline toll-free number. | |
| | 907 | AT&T | 94252 | 6/29/99 | | $8.58 | | | | | | $0.00 | Long Distance service | |
| | 763 | US Postmaster | 94260 | 6/24/99 | $23.82 | | | | | | | $0.00 | International mail | |
| | 758 | Sharp's Tarps Ltd. | 94280 | 7/7/99 | | | | | | | | $864.00 | Tarp for Tent. | |
| | 762 | A Street Office Supply | 94280 | 7/7/99 | $33.55 | | | | | | | $0.00 | Rubber stamps for packages. | |
| | 782 | Ruth Smith | 94310 | 6/25/99 | | | | | | | | $50.00 | Two goats for cultural tent. | |
| | 755 | The Mall Stop | 94320 | 6/29/99 | | $382.74 | | | | | | $0.00 | Shipment of books in the Albanian language. | |
| | 784 | Grange Co-op | 94330 | 7/1/99 | | | | | | | | $68.40 | Fencing and feed for animals surrounding cultural tent. | |

11/1/99

AHIF 000292

Alharamain 1999

| DEPOSIT# | ITEM | CHECK# | DATE | FOR ACC | GENERAL ACC | REFUGEE ACC | VISA IN | VISA OUT | TRANSACTION | DESCRIPTION | CENTER | OPENING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 913 | Grange COOP | 84332 | 7/6/99 | | | | $0.00 | $0.00 | $68.40 | Salt Block, Feed (for Goats, sheep, camel) | |
| | 839 | USF Reddaway | 94362 | 9/20/99 | $962.24 | | | $0.00 | $0.00 | | IIPH Shipment to ISNA Convention | |
| | 852 | Peirsons Agricultural Enterprises | 94372 | 9/21/99 | | | | $0.00 | $0.00 | $120.00 | one ton of hay delivered for centers animals (Camel, Goats, Sheep) | |
| | 841 | US Postmaster | 94382 | 9/20/99 | $68.11 | | | $0.00 | $0.00 | | domestic and International mail | |
| | 842 | Crater Animal Clinic | 94392 | 9/20/99 | | | | $0.00 | $0.00 | $222.25 | surgery for Mandub (the centers camel) | |
| | 843 | US Postmaster | 9440P | 9/20/99 | $1,038.07 | | | $0.00 | $0.00 | | Metering Machine, and International mail | |
| | 844 | Postmaster | 9441B | 9/20/99 | $25.86 | | | $0.00 | $0.00 | | domestic mail (large packages/ surface rate) | |
| | 845 | Ashland Paint Center Inc. | 94422 | 9/20/99 | | $295.72 | | $0.00 | $0.00 | | Paint and paint expt. For center (downstairs Kitchen and bathroom, upstair | |
| | 853 | Rogue Mailing Mailing Machines Inc. | 94439 | 9/23/99 | $100.00 | | | $0.00 | $0.00 | | New International Rate Chip | |
| | 856 | Richard Cabral | 94472 | 9/24/99 | $100.00 | | | $0.00 | $0.00 | | tape recorder for reproducing Abdul Qaadir tapes (Book Account) | |
| | 857 | All In One Rental Sales and Service | 94482 | 9/24/99 | | | | $0.00 | $0.00 | $77.76 | for rental of horse trailer (transportation of Mandub, the centers camel) to | |
| | 936 | Ashland Paint Center Truly | 94493 | 10/12/99 | | $115.52 | | $0.00 | $0.00 | | painting supplies for center | |

11/1/99

AHIF 000293