# Exhibit U

DAVEED GARTENSTEIN-ROSS

JUNE 1999

AHIF 000040

PLEASE PRINT NEATLY

| | JOB Street ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |
|---|---|
| T ? | Data entry (25), get flight prices, get prices for 1-800 number |
| | Draft letter to Yugoslav ambassador for Pete to go, answer 3 other 3 letters + mail then |
| | Data entry (43), take care of bills, get rubber stamps + plane ticket for Pete |
| | Write May report, install fence w/ David (1 hr.), prepare packages (27), data entry (63) |
| | ~~Data entry (72), prepare I.I.P.H. Shipment w/ David (2 hr.), answer email (9), pen pal letter #2~~ |
| | |
| | Data entry (92), prepare I.I.P.H. shipment w/ David (2 hr), answer email (9), pen pal letter #2 |
| | Photocopy pen pal letter, Prepare I.I.P.H. Shipment (2 hr.), prepare packages (89) |
| | Prepare packages (102), help Pete w/ Database revisions for refugees, type "employee report" |
| | Get ??? ready for presentation (2 ½ hr.), data entry (38), prepare packages (26), work w/ Pete (3 hr) |
| | Prepare + deliver khutbah, answer correspondence, data entry (31), mail packages |
| | Office work |
| | |
| | |
| | Compile phone list, type report on Pete's East Coast trip, data entry (30), ans. email |
| | Data entry (87), packages (13), call State Dept. |
| | Call A St. office Supply, Data entry (108), write ans. to Abdul-Qaadir's proposal, work w/ Pete to send |
| | Packaging (126) |
| | Packaging (127), clean up for Jummuah prayers, |
| | |
| | |
| | |
| | Packages (80), send packages (UPS), order Rubber Stamps |
| | Packaging w/ Br. David (131), send packages from post office |
| | Packaging w/ Br. David (31), data entry (78), send packages from post office |

AHIF 000041

First name: David  Last name: Gartenstein-Ross  Month: May  Year: 1999

PLEASE PRINT NEATLY

| DAY OF MONTH | DAY OF WEEK e.g. FRIDAY | START TIME e.g. 8:05 AM | TOTAL BREAK e.g. 55 MINUTES | TOTAL WORK TIME e.g. 7HR 20 | TOTAL DRAWS e.g. $50 | MONEY POKET SPENT e.g.$22 | JOB Street ADDRESS # or Description, PLEASE DISCRIBE COMPLETLEY |
|---|---|---|---|---|---|---|---|
| 1. | Sa. | 2:30 PM - 5:00 | | 2 HR 30 | | | Work outside w/ Br. David |
| 2. | Su. | | | | | | |
| 3. | M | 9:00am - 5:00pm | | 8 HR | | | Look into Net Com situation, fax days prison + employee search to Pepe... |
| 4. | T | 9:00 am - 9:00 pm | | 10 HR 45 | | | Find MSA's on web + solicit employees, edit + type material w/ Pepe, Karl |
| 5. | W | 7:30am - 7:30pm | | 12 HR | | | Data entry, billing Alharamain, grant proposal for electrical system... |
| 6. | Th. | 11:00am - 8:30pm | | 9 HR 30 | | | Talk w/ Pepe about noisions, send documents to Soliman after noving. 6 |
| 7. | F | | | | | | |
| 8. | Sa | | | | | | |
| 9. | Su | | | | | | |
| 10. | M | | | GRADUATION | | | |
| 11. | T | | | | | | |
| 12. | W | | | | | | |
| 13. | Th | | | | | | |
| 14. | F | | | | | | |
| 15. | Sa | | | | | | |
| 16. | Su | | | | | | |
| 17. | M | | | | | | |
| 18. | T | | | | | | |
| 19. | W | 8:30 AM - 5:00 PM | | 8 HR 30 | | | Data entry, prepare + send packages, revise electricity proposal fax |
| 20. | Th | 8:30 AM - 5:30 PM | | 9 HR | | | Billing Alharamain, prepare + send packages, find fax #s of staff? |
| 21. | F | 9:45AM - 6:30 PM | | 8 HR 45 | | | Revise press release, email proposal to Soliman, fix peace + mail packets |
| 22. | Sa. | | | | | | |
| 23. | Su. | | | | | | |
| 24. | M | 9:00 AM - 5:00 PM | | 8 HR | | | Prepare and mail approx. 50 prisoner packages, Billing Alharamain |
| 25. | T | 9:00AM - 4:15pm | | 7 HR 15 | | | Monthly Reports (finish Jan + Mar), Billing Alharamain |
| 26. | W | 8:00 pm - 8:30pm | | 0 HR 30. | | | Work on Alharamain refugee proposal |
| 27. | Th. | 9:00 AM - 5:00 PM | | 8 HR | | | Billing Alharamain, data entry / prepare packages |
| 28. | F | 9:00 AM - 5:00 PM | | 8 HR | | | Type letters to lawyer + Soliman re: refugees, revise letters... |
| 29. | Sa. | | | | | | |
| 30. | Su. | | | | | | |
| 31. | M | 9:00 AM - 5:00 PM | | 8 HR | | | Finish + fax all monthly reports, write "thank you" letter for Alharamain... |