UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2013
```

HAVLISH, ET AL.

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:   03MDL1570   (gbd)

-v-

BIN LADEN, ET AL.,

Defendant(s)

I hereby certify under the penalties of perjury that on 14th day of January                , 20 13 , I served:
 NATIONAL IRANIAN GAS COMPANY

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____
_____
by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☒ Two copies of the  PLEASE SEE ATTACHED LETTER _____
_____
by FED EX TRACKING# 8000 4543 6650 _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____
by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
          JANUARY 14, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: JEANINEVIERA-SAN
DEPUTY CLERK OF COURT

Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,

Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516,

Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314,

Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316,

Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317.

2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b) .Also enclosed is a money order in the amount of $2,275.00



**Express US Airbill**

Sender's Copy

**1 From** *Please print and press hard.*

Date 1/14/13

Tracking Number 8000 7364 6650

Sender's FedEx Account Number 1200-73644 (FEDEX USE ONLY)

Sender's Name Riley T. Kragick, Clerk of Courts 212-805-6735

Company U.S. District Court, Southern District of New York

Address 500 Pearl St., Room 120

Dept./Floor/Suite/Room

City New York   State NY   ZIP 10007

**2 Your Internal Billing Reference** *First 24 characters will appear on invoice.*

**3 To**

Recipient's Name Attn: Director of Consular Services   Phone 202-647-4000

Company Office of Policy Review & Inter-Agency Liaison (CA/OCS/PRI)

Address U.S. Dept. of State, SA-29

Dept./Floor/Suite/Room

Address 2201 Street NW, 4th Floor   HOLD Weekday   HOLD Saturday

City Washington   State DC   ZIP 20520

* National Iranian Gas Company

**4 Express Package Service** *To most locations.*

NOTE: Service order has changed. Please select carefully.

**Next Business Day**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight

**2 or 3 Business Days**
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [ ] FedEx Envelope*
- [X] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**
- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes Shipper's Declaration not required
- [ ] Yes As per attached Shipper's Declaration
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No. 1200-73644-0

Total Packages   Total Weight ____ lbs.   Total Declared Value $ ____

612

**For FedEx Express® Shipments Only**

The FedEx US Airbill has changed. See Section 4.
For shipments over 150 lbs., order the new FedEx Express Freight US Airbill.

*The World On Time®*

*Padded Pak*

Press Here. Press Here. Press Here. Press Here. Press Here. Press Here.

This pouch is resealable. Express

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

January 14, 2013

Attn: Director of Special Consular Services
United States Department of State
Office of Policy Review And Inter-Agency Liason
(CA/OCS/PRI)
 2201 Street NW, 4th floor
Washington, DC 20520

Re:   Havlish, et al. v. Bin Laden
      03 MDL 1570 (GBD)

Dear Sir:

        Enclosed please find a copy of a letter received from the Law Firm of Mellon & Webster,
A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgement
entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-
GBD-FM, Document 2516, Report and recommendation to the Honorable George B. Daniels
issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD,
document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels
on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316, and Order and Judgment
entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-
GBD, Document 317. Additionally,  2 copies of each document, in both English and Farsi for
each Defendant, as well as and Affidavit from the translator for each Defendant which comports
with the requirements with NY CVP. LAW § 2101 (b)  Also enclosed is a money order in the
amount of $2,275.00.  Please transmit the documents pursuant to the Foreign Sovereign
Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon:

Irans Ministry of Foreign Affairs located at the following address

On behalf of the following defendants:

1. Islamic Republic of Iran via H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs of the Islamic Repubic of Iran

2. Ayatollah Ali Khamenei
Supreme Leader of Iran

3. Akbar Hashemi Rafsanjani
Chairman, Expendiency Discernment Council

4. Iranian Ministry of Information and Security

5. Islamic Revolutionary Guard Corps

6. Hezbollah, an unincorporated association

7. Iranian Ministry of Petroleum

8. National Iranian Tanker Corporation

9. National Iranian Oil Corporation

10. National Iranian Gas Company

11. Iran Airlines

12. National Iranian Petrochemical Company

13. Iranian Ministry of Economic Affairs and Finance

14. Iranian Ministry of Commerce

15. Iranian Ministry of Defense and Armed Forces Logistics

16. The central Bank of the Islamic Republic of Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,


Ruby J. Krajick
Clerk of the Court