UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2013
```

HAVLISH, ET AL.

                        Plaintiff(s)      **CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

BIN LADEN ET AL.

                        Defendant(s)

I hereby certify under the penalties of perjury that on 14th day of January, 20 12, I served: NATIONAL IRANIAN PETROCHEMICAL COMPANY

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the PLEASE SEE ATTACHED LETTER

by FED EX TRACKING # 8000 4543 6710, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       1/14/2013

                                                RUBY J. KRAJICK
                                                CLERK OF COURT

                                                Print Name: Jeanine Viera-Santia
                                                DEPUTY CLERK OF COURT

Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,

Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516,

Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314,

Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316,

Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317.

2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b) .Also enclosed is a money order in the amount of $2,275.00

**FedEx US Airbill**

1. **From**
   - Date: 1/14/13
   - Sender's Name: Ruby J. Krajick, Clerk of Court
   - Phone: 212.805.6735
   - Company: U.S. District Court, Southern District of N.Y.
   - Address: 500 Pearl Street, Room 120
   - City: New York, State: N.Y., ZIP: 10007

   Sender's FedEx Account Number: 1200-S-7364
   FedEx Tracking Number: 8000 4543 6710

2. **Your Internal Billing Reference**

3. **To**
   - Recipient's Name: Attn: Director of Consular Services
   - Phone: 202.647.4000
   - Company: Office of Policy Review + Inter-Agency Liaison (CA/OCS/PRI)
   - Address: U.S. Dept. of State, SA-29
   - Address: 2201 Street NW, 4th Floor
   - City: Washington, State: DC, ZIP: 20520

   * National Iranian Petrochemical Company

4. **Express Package Service**
   - FedEx Standard Overnight ✗

5. **Packaging**
   - FedEx Pak ✗

6. **Special Handling and Delivery Signature Options**
   - No Signature Required ✗
   - Dangerous goods: No ✗

7. **Payment** Bill to: Sender ✗
   - FedEx Acct No: 1200-7364-0

   612



LAW OFFICES
*Mellon & Webster*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
OF COUNSEL

tmellon@mellonwebster.com

January 14, 2013

**VIA HAND DELIVERY**
Ruby J. Krajick, Clerk of Court
U.S. District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Havlish, et al. v. bin Laden, et al.*, 03 MDL 1570 (GBD)(FM), 1:03-CV-09848 (GBD)(FM)

Dear Ms. Krajick:

  We respectfully request service of the final judgment in the above-captioned matter via the Department of State in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4). Service of the judgment was attempted upon the Islamic Republic of Iran pursuant to 1608(a)(3) by the Clerk's office via DHL Express on November 15, 2012. Returns of Service were transmitted the Court on December 7, 2012, with attached tracking summaries for 16 DHL packages sent to Iran, stating that Iran's Ministry of Foreign Affairs refused each of the mailings on November 26, 2012. Thirty days have expired since these packages were refused by Iran.

  Iran's Ministry of Foreign Affairs is located at the following address:

    Imam Khomeini Street
    Tehran, Iran

  We provide 16 FedEx envelopes to the Court for transmission to the Department of State. These 16 envelopes are for service upon the following Defendants:

  (1) Islamic Republic of Iran via H.E. Dr. Ali Akbar Salehi, Minister of Foreign Affairs of the Islamic Republic of Iran
  (2) Ayatollah Ali Khamenei, Supreme Leader of Iran
  (3) Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Council

(4)  Iranian Ministry of Information and Security
(5)  Islamic Revolutionary Guard Corps
(6)  Hezbollah, an unincorporated association
(7)  Iranian Ministry of Petroleum
(8)  National Iranian Tanker Corporation
(9)  National Iranian Oil Corporation
(10) National Iranian Gas Company
(11) Iran Airlines
(12) National Iranian Petrochemical Company
(13) Iranian Ministry of Economic Affairs and Finance
(14) Iranian Ministry of Commerce
(15) Iranian Ministry of Defense and Armed Forces Logistics
(16) The Central Bank of the Islamic Republic of Iran

The documents to be served are as follows:

(1) A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(2) Order of Judgment entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516);

(3) Report and Recommendation to the Honorable George B. Daniels issued by U.S. Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, Document 314);

(5) Memorandum and Order entered by the Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316); and,

(6) Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012, and docketed on October 16, 2012 (Case No. 1:03-cv-09848-GBD, Document 317).

We provide two copies of each document, in both English and Farsi for each Defendant, as well as an Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101(b), in accordance with Page 12 of the Court's Foreign Mailing Instructions. Also enclosed are cashier's checks in the amount of $2,275 made payable to "U.S. Embassy Bern" for each of the 16 Defendants to be served is included.

Do not hesitate to contact us with any comments or questions.

Very Truly Yours,

Thomas E. Mellon, Jr.