UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 1/14/2013                │
└─────────────────────────────────────┘
```

HAVLISH, ET AL.

                              Plaintiff(s)        **CERTIFICATE OF MAILING**

                                                  Case No.:  __03MD1570__  (gbd)

            -v-

BIN LADEN, ET AL.

                              Defendant(s)

I hereby certify under the penalties of perjury that on 14th day of January_____, 20 12 , I served:
IRANIAN MINISTRY OF COMMERCE _____

☐ One copy of the _____

_____

by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

_____

by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☒ Two copies of the  PLEASE SEE ATTACHED LETTER _____

_____

by FED EX TRACKING # 8000 4543 6617 _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

_____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: **New York, New York**
       JANUARY 14, 2013_____

                              **RUBY J. KRAJICK**
                              **CLERK OF COURT**

                              Print Name: Jeanine Viera-Santia
                              DEPUTY CLERK OF COURT



FedEx Express

**NEW** Package
**US Airbill**

FedEx Tracking Number **8000 4543 6617**

**1 From** *Please print and press hard.*

Date 1/14/13

Sender's FedEx Account Number **1200-7354** <sub>ENTER FEDEX ACCOUNT NUMBER ONLY</sub>

Sender's Name Ruby J. Krajick, Clerk of Court, 212-805-6735

Company U.S. District Court, Southern District of N.Y.

Address 500 Pearl Street, Room 120

City New York    State NY    ZIP 10007
Dept/Floor/Suite/Room ___ OPTIONAL

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name Attn: Director of Consular Services Phone 202.647-4000

Company Office of Policy Review + Inter-Agency Liason (CA/OCS/PRI)

Address U.S. Dept. of State, SA-29
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address 2201 Street NW, 4th Floor
Use this line for the HOLD location address or for continuation of your shipping address.
Dept/Floor/Suite/Room ___

City Washington    State DC    ZIP 205520

\* Iranian Ministry of Commerce

**The FedEx US Airbill has changed. See Section 4.**
For shipments over 150 lbs, order the new FedEx Express Freight US Airbill.

© 2010 FedEx 158395 ▪ REV B/10

*The World On Time.*

Padded

**4 Express Package Service** *To most locations.*
NOTE: Service order has changed. Please select carefully.

**Next Business Day**

☐ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Priority Overnight
Next business morning. * Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.*

☐ FedEx Envelope*    ☒ FedEx Pak*    ☐ FedEx Box

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

**Does this shipment contain dangerous goods?**
One box must be checked.

☒ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender
Acct No. in Section 1 will be billed.

☐ Recipient    ☐ Third Party

FedEx Acct No. / Credit Card No. **1200-7354-0**

Total Packages **1**    Total Weight ___ lbs.    Total Declared Value$ $ ___

Rev. Date 11/10 ▪ Part #163138 ▪ ©1994–2010 FedEx ▪ PRINTED IN U.S.A.  SRY

fedex.com 1.800.GoFedEx 1.800.463.3339

Express

Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,

Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516,

Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314,

Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316,

Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317.

2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b) .Also enclosed is a money order in the amount of $2,275.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

January 14, 2013

Attn: Director of Special Consular Services
United States Department of State
Office of Policy Review And Inter-Agency Liason
(CA/OCS/PRI)
2201 Street NW, 4th floor
Washington, DC 20520

Re:     Havlish, et al. v. Bin Laden
        03 MDL 1570 (GBD)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Mellon & Webster, A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516, Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316, and Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317. Additionally, 2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b)  Also enclosed is a money order in the amount of $2,275.00.  Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon:

Irans Ministry of Foreign Affairs located at the following address

On behalf of the following defendant's:

1. Islamic Republic of Iran via H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs of the Islamic Repubic of Iran

2. Ayatollah Ali Khamenei
Supreme Leader of Iran

3. Akbar Hashemi Rafsanjani
Chairman, Expendiency Discernment Council

4. Iranian Ministry of Information and Security

5. Islamic Revolutionary Guard Corps

6. Hezbollah, an unincorporated association

7. Iranian Ministry of Petroleum

8. National Iranian Tanker Corporation

9. National Iranian Oil Corporation

10. National Iranian Gas Company

11. Iran Airlines

12. National Iranian Petrochemical Company

13. Iranian Ministry of Economic Affairs and Finance

14. Iranian Ministry of Commerce

15. Iranian Ministry of Defense and Armed Forces Logistics

16. The central Bank of the Islamic Republic of Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court