UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/14/2013

HAVLISH, ET AL.

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:  03MD1570    (gbd)

-v-

BIN LADEN, ET AL.

Defendant(s)

I hereby certify under the penalties of perjury that on 14th day of January_____, 20 12 , I served:
IRANIAN MINISTRY OF DEFENSE & ARMED FORCES LOGISTICS

☐ One copy of the_____

by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☒ Two copies of the  PLEASE SEE ATTACHED LETTER

by FED EX TRACKING # 8000 4543 6694_____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
JANUARY 14, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT



LAW OFFICES
*Mellon & Webster*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
THOMAS E. MELLON, III

DEBORAH A. ROMANSKI
OF COUNSEL

tmellon@mellonwebster.com

January 14, 2013

**VIA HAND DELIVERY**
Ruby J. Krajick, Clerk of Court
U.S. District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *Havlish, et al. v. bin Laden, et al.*, 03 MDL 1570 (GBD)(FM), 1:03-CV-09848
> (GBD)(FM)

Dear Ms. Krajick:

We respectfully request service of the final judgment in the above-captioned matter via the Department of State in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4). Service of the judgment was attempted upon the Islamic Republic of Iran pursuant to 1608(a)(3) by the Clerk's office via DHL Express on November 15, 2012. Returns of Service were transmitted the Court on December 7, 2012, with attached tracking summaries for 16 DHL packages sent to Iran, stating that Iran's Ministry of Foreign Affairs refused each of the mailings on November 26, 2012. Thirty days have expired since these packages were refused by Iran.

Iran's Ministry of Foreign Affairs is located at the following address:

> Imam Khomeini Street
> Tehran, Iran

We provide 16 FedEx envelopes to the Court for transmission to the Department of State. These 16 envelopes are for service upon the following Defendants:

(1)   Islamic Republic of Iran via H.E. Dr. Ali Akbar Salehi, Minister of Foreign
       Affairs of the Islamic Republic of Iran
(2)   Ayatollah Ali Khamenei, Supreme Leader of Iran
(3)   Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Council

Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,

Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM Document 2516,

Report and recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, document 314,

Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316,

Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03-cv-09848-GBD, Document 317.

2 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b) .Also enclosed is a money order in the amount of $2,275.00

    (4)     Iranian Ministry of Information and Security
    (5)     Islamic Revolutionary Guard Corps
    (6)     Hezbollah, an unincorporated association
    (7)     Iranian Ministry of Petroleum
    (8)     National Iranian Tanker Corporation
    (9)     National Iranian Oil Corporation
    (10)    National Iranian Gas Company
    (11)    Iran Airlines
    (12)    National Iranian Petrochemical Company
    (13)    Iranian Ministry of Economic Affairs and Finance
    (14)    Iranian Ministry of Commerce
    (15)    Iranian Ministry of Defense and Armed Forces Logistics
    (16)    The Central Bank of the Islamic Republic of Iran

The documents to be served are as follows:

(1)  A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(2)  Order of Judgment entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516);

(3) Report and Recommendation to the Honorable George B. Daniels issued by U.S. Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, Document 314);

(5) Memorandum and Order entered by the Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316); and,

(6) Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012, and docketed on October 16, 2012 (Case No. 1:03-cv-09848-GBD, Document 317).

We provide two copies of each document, in both English and Farsi for each Defendant, as well as an Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101(b), in accordance with Page 12 of the Court's Foreign Mailing Instructions.  Also enclosed are cashier's checks in the amount of $2,275 made payable to "U.S. Embassy Bern" for each of the 16 Defendants to be served is included.

Do not hesitate to contact us with any comments or questions.

Very Truly Yours,

Thomas E. Mellon, Jr.

fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express** | NEW Package **US Airbill**

**1 From** Please print and press hard.

Date 1/14/13

Sender's FedEx Account Number

Sender's
Name Ruby J. Krajick, Clerk of Courts

Company U.S. District Court, Southern District of N.Y.

Address 500 Pearl Street, Room 120

City New York   State NY   ZIP 10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's
Name Mr. Director of Consular Services

Company Office of Policy Review + Inter-Agency Liaison (CA/OCS/PRI)

Address U.S. Dept of State, SA-29

4th Floor

Address 2201 C Street NW

Department/Floor/Suite/Room

City Washington   State DC   ZIP 20520

Phone (202) 647-4000

FedEx
Tracking
Number   8000 4543 6694

1200 7354   RDY ONLY

**#Iranian Ministry of Defense + Armed Forces Logistics**

---

**The FedEx US Airbill has changed. See Section 4.**
For shipments over 150 lbs., order the new FedEx Express Freight US Airbill.

---

**4 Express Package Service** *To most locations.
NOTE: Service order has changed. Please select carefully.

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

Packages up to 150 lbs.

**5 Packaging**
☐ FedEx Envelope*   ☒ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

**Does this shipment contain dangerous goods?**
☒ No   ☐ Yes   ☐ Yes   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages 1   Total Weight 12 00 7354-0   Total Declared Value $ .00

**Sender's Copy**

RETAIN THIS COPY FOR YOUR RECORDS.

This pouch is resealable.

Align top of **FedEx Express® Shipping Label** here.