IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : : : : : : : : : : 03-MDL-1570 (GBD) |
| THIS DOCUMENT RELATES TO: | |
| *Havlish, et al. v. bin-Laden, et al.,* No. 03-cv-09848 (GBD) | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE COURT:

Kindly enter my appearance and note my change of address as counsel for the *Havlish Plaintiffs* in each of the above-captioned matters and add my new email address to the ECF service list for the master MDL docket, 03-md-1570 (GBD), as well as the individual case docket, 03-cv-09848 (GBD).

*/s/     John A. Corr*
Attorney for Plaintiffs
Pa. Bar Number 52820
Stark & Stark, PC
777 Township Line Road
Yardley, PA  19067
Tel.:  (267) 907-9600
jcorr@star-stark.com

**CERTIFICATION OF SERVICE**

I hereby certify that on January 17, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

/s/     John A. Corr
Attorney for Plaintiffs
Pa. Bar Number 52820
Stark & Stark, PC
777 Township Line Road
Yardley, PA  19067
Tel.:  (267) 907-9600
jcorr@star-stark.com