

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Thomas Edward Mellon III, Esq.*

DATE OF ADMISSION

*June 1, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 17, 2013

John W. Person Jr., Esq.
Deputy Prothonotary