UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001[1] | ) ) ) ) ) ) | 03 MDL 1570 (GBD) (FM)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Waleed Nassar hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for International Islamic Relief Organization and the Muslim World League in the above-captioned action.

I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 7, 2013                                                Respectfully Submitted,


_____
Applicant Signature

Applicant's Name: Waleed Nassar

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.,* Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.,* Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.,* Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.,* Case No. 04-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 04-cv-7279 (GBD) (FM).

Firm Name: Lewis Baach PLLC

Address: 1899 Pennsylvania Avenue, NW, Suite 600

City / State / Zip: Washington, D.C. 20006

Telephone / Fax: (T) (202) 833-8900 (F) 466-5738

E-Mail: waleed.nassar@lewisbaach.com