UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

### DECLARATION OF ROBERT T. HAEFELE

I, Robert T. Haefele declare under penalty of perjury:

1. I am an attorney admitted to practice *pro hac vice* before this Court and an attorney at the firm of MOTLEY RICE LLC, counsel for Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action No. 03 CV 9849. I submit this declaration to identify and transmit the exhibits referenced in Plaintiffs' February 7, 2013 letter to the Court responding to Al Haramain Islamic Foundation, Inc.'s Opposition to Motion for Sanctions.

2. Attached as Exhibit A is a true and accurate of the article *Federal Charges Against Islamic Charity Dismissed in Oregon but Investigation Continues*, The Associated Press (September 10, 2005);

3. Attached as Exhibit B are true and accurate copies of an e-mail from Lawrence Matasar to Lisa Brown, dated August 13, 2007, and a letter from Lawrence Matasar to Lisa Brown, dated September 7, 2007;

4. Attached as Exhibit C is a true and accurate copy of the letter from Lynne Bernabei to R. Richard Newcomb, dated August 4, 2004;

5. Attached as Exhibit D is a true and accurate copy of the article: Ted Katauskas, *The $150,000 Question*, Portland Monthly (February 2008);

6. Attached as Exhibit E is a true and accurate copy of United States Department of the Treasury, Resource Center, Additional Background Information on Charities

1

Designated Under Executive Order 13224;

7. Attached as Exhibit F is a true and accurate copy of the Affidavit of Colleen Anderson in Support of the Government's Response to Defendant's Motion for New Trial, U.S. District Court, District of Oregon, Case No. 05-CR-60008-HO, dated October 25, 2010 (D.E. 485-1);

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2013.

_____
Robert T. Haefele

Sworn before me, this 7th day of February, 2013

_____

My commission expires:

4/27/2016

[Notary Seal: MICHELLE A. NORTON, NOTARY PUBLIC, SOUTH CAROLINA, My Comm. Exp. 04-27-2016]