# Exhibit B



**From:** Lawrence Matasar <larry@pdxlaw.com>
**Subject:** **info on Pete Seda**
**Date:** August 13, 2007 11:09:13 AM PDT
**To:** lisa_brown@orpt.uscourts.gov



Lisa - Thanks very much for call.

Here is some information about Pete's travels, his finances, and other material.

1. Recent Travels:

First, Hajj in Mecca and Saudi Arabia for about 6 months
then, United Arab Emirates (Dubai/Sharjah) for about 18 months
then, Tehran, Iran for about 18 months
then, Damascus, Syria for about 1 year

2. Finances:

While he away he could not find good work.  Before he left the USA, he sold his house for approximately $470,000, having purchased it for about $200,000.  Plus he has maxed-out his credit cards.

3. Misc.

Pete has always been against violence and terrorism.  He was nominated for an Imagine Peace Award (Jeff Golden knows about this.)  Pete also is the author of "Islam Is," a book which has been translated into 7 languages.  You can find at this link: http://www.islam-is.com

Exhibit C-Page 1 of 1



In Saudi Arabia totaling 6 months:

1. Feb 2003, Appx 2 weeks, To Riyadh then Mecca for hajj, stayed in Mina Azizia area in Mecca

2. 1.5 months, Riyadh, Saudi Arabia, Nakheel area, from freeway take the Nakheel exit east bound, first group of shops on the right, directly over a dry cleaning store, second floor, door of the right apartment

3. Appx 1 month (right after the war in Iraq started) Riyadh, Saudi Arabia, Exit 16, North bound from the freeway, Exit 16, left over the bridge to first light, turn and after 200 meters take the first right, middle of the block, white entrance, second door of the front apartment.

4. Appx 3.5 months, Riyadh, Saudi Arabia, Nakheel second address, Freeway at Nakheel exit, east bound to the first traffic light, at the intersection make a right, first road past the gas station on the right, first set of buildings on the right, has a green gate, immediately after entering make a right, end, follow left to end, building in front, ground level

In United Arab Emirates (Dubai/Sharjah) Appx 1.5 years:

1. Appx Aug 2003, Dubai, Diera (an area in Dubai close to the airport), first few nights in Continental Hotel, when family arrived from US after a day we moved to Sharjah (next door to Dubai), Rents were much cheaper in Sharjah

2. Appx 1.2 months, Mujarrah (an area in Sharjah), From the end of Malik Faisal roundabout at Sharjah Cornich make a right, Appx 1 kilometer past shops immediately past the second mosque make a right turn, first building on your left is Mujarrah Residence Apartments, on I think the 6th floor on left east side

3. Appx 2 months, Sharjah, Immigration Rd. by Sharjah Mega Mall, From Sharjah Cornich go east on Immigration Rd. toward Mega Mall, just before intersection make the last right turn, first building on the right, I think 4th floor apartment 1

4. Until I left for Iran, final address in Dubai, Malik Faisal Rd. by Spinneys, From Dubai Sharjah Rd. take malik Faisal Rd. toward Sharjah Cornich and the Gold Souq, pass the first light, exactly across the street from Spinneys make a right, the first building directly in front, Cobaisi Building, Seventh Floor, turn left at the end, (cant read what is written next, maybe apartment #?)

In Tehran, Iran, Appx. 1.8 years, from before my indictment until 23 days before Ramadhan of 2006

1. Appx 2 months, First address in Tehran, Iran, Maydane Hafte Teer (or Seventh of Tir Square), Shaheed Lotfi Street, Khosrow Ally #22-24, second floor

2. Appx. 1.5 months, Second address on Tehran, Iran, Abas Abad, 3rd building east of state of Tehran building, the door by the barrier, second floor, door on the right in the front

3. Exactly 1 year, Third address in Tehran, Iran, Velenjak Golestane Sevom Rostane Dovom, Pelake 7 (Number 7), Tabagheya Haft (Seventh floor), Apartemane Gharbi (Left Western Apartment)

4. Appx . 4 months, Last address in Tehran, Maydane Hafte Teer (or Seventh of Teer Square) Shaheed Lotfi Street, Khosrow Ally #22-24, fifth floor

Exhibit G-Page 1 of 2

In Damascus, Syria, Appx 11 months, Arrived just before Ramadhan of 2006 until August 14, 2007 when I came through Frankfurt to Portland Oregon.

1. Appx. 1.5 months, When I first arrived in Syria I stayed the first night in a suberb of Damascus called Sayed Zainab, then I moved to 2 hotels in Marja or Shohada Square Hotel called Imad Hotel for about 3-4 nights then to Omar Khayam Hotel for about 1.5 months

2. Appx 5 months, Sahat Al Arnoos, Pakistan St., Ally opposite Bulgarian Embassy, directly above the office of Dr. Abu Harb, Apartment #3, ground floor

3. Appx 4.5 months, Sahat Al Arnoos, Pakistan St., west of the Bulgarian Embassy, Omar Mukhtar Street, Building #8, 3rd floor, last apartment #3

Exhibit G-Page 2 of 2



# LAWRENCE MATASAR, P.C.

ATTORNEYS AT LAW
621 S.W. MORRISON STREET, SUITE 1025
PORTLAND, OREGON 97205-3813

TELEPHONE: 503-222-9830
FAX: 503-274-8575

LAWRENCE MATASAR
Email: larry@pdxlaw.com

KRISTA SHIPSEY
Email: krista@pdxlaw.com

September 7, 2007

Lisa Brown
US Pretrial Services
United States Courthouse
405 E 8th Avenue
Eugene, OR 97401

   RE: *United States v. Pirouz Sedaghaty,*
      US District Court Case No. CR 05-60008

Dear Ms. Brown:

  I am writing to follow up on our recent meeting with Judge Coffin and AUSA Chris Cardani. This letter will provide you with additional information on Mr. Sedaghaty. Even in the limited time available, we have been able to track down documentary evidence to show that Mr. Sedaghaty was living openly and legitimately in each of the countries he told you about. He was using his own name, obtaining and using the necessary documents, passports, driver's licenses, etc. in each of the countries, and attempting to make a living through legitimate businesses. There was nothing clandestine or furtive about his activities during the past four and one half years.

  At least of equal importance, given the government's efforts to paint Mr. Sedaghaty as a terrorist, is the documentation of his ties to the United States and his strong, public positions for peace and against terrorism. At the detention hearing, we covered his actions and beliefs while he was living in Oregon. The depth of his beliefs and feelings is demonstrated by the information, described below, that shows he continued to express and act on these beliefs after he moved to the Middle East and that he did so notwithstanding the fact that it put him and his family in danger.

  First, I will include scans of some documents that verify his location at the times he has previously provided.

  A scan from a shoe store showing he was in Damascus, Syria in April, 2007:

Exhibit A-Page 1 of 9

Lisa Brown
September 7, 2007
Page 2



PASHAYAN FOR ORTHOPEDIC FOOTWEAR
AND FOOT CARE
DAMASCUS SYRIA     SALHIYE - SHOUHADA
TEL : 9992      FAX : 5122988
www.pashayan.com  e-mail: pashayan@mail.sy

NAME: السيد نور الدين

ADDRESS:

|  | Left | Right |
|---|---|---|
| Avg kg/sensor: | 0.5033 | 0.5452 |
| UMax kg/sensor: | 1.0275 | 1.3631 |
| LMax kg/sensor: | 1.3421 | 1.3001 |
| Total Area: | 149 | 140 |
| Arch Type: | Low | Low |
| MT Pressure: | No MT | No MT |
| Shoe Size: |  |  |
| Width: |  |  |

PHONE:

GENDER: MALE

EMAIL:

Comments:

Test Type: Postural
Date: 12/04/2007
Recommended Orthotic(s):

LYNCO
**L520**



PASHAYAN
FOR ORTHOPEDIC FOOTWEAR
& FOOTCARE

تأسست عام ١٩٣٩

باشايان
الأحذية الطبية و العناية بالقدم

ماركة مسجلة

حضرة السيد _____ المحترم

دمشق - صالحية - شهداء - هاتف - ٤٤٤٧٢١٤ - ٣٣١٢٠٩٩ - ٥١١٧٩٨٨ - فاكس ٥١٢٢٩٨٨
Damascus - Salih'ya - Shuhada - Tel. 4447214 - 3312099 - 5117988 - Fax 5122988

Customer Services    9992    خدمة الزبائن

E-mail pashayan@mail.sy

Exhibit A-Page 2 of 9

Lisa Brown
September 7, 2007
Page 3

A September, 2006 Iran driver's license:



محمد جواد میرفخرائی -مترجم رسمی زبان انگلیسی
تهران – میدان قدس – خیابان شهرداری – کوچه شهرستانی پلاک۲۰۰
تلفن : ۸۸۸۲۸۹۸۸ - ۸۸۸۳۰۲۱۵ تلکس ۲۲۷۱۴۵۲۱
M.J. MIRFAKHRAEI -Official Translator
Add:No.200, Shahrestaui Alley , Ghods Sq.,
Tehran – Iran
Tel : 888267988 - 88820215    Telfax : 22714521

Emblem of Iran
Islamic Republic of Iran Law Enforcement Force
GREATER TEHRAN Law Enforcement Area

Photo of the holder

DRIVING LICENCE

2ND CLASS

Serial No.   : 8400145432
Date of Issue : June 12,2005
**Validity : 10 years**

Name & Surname : **PEROUZ SEDAGHATY**
Father's name : Mohammad
Date of Birth : Dec.21,1958
Natuinal Code : 0043757502

Signed and Sealed :Chief, Police Dept.
--------------
   **Remarks :**

1-If found, please mail it.
2-This license is valid for driving motor vehicles i.e. Sedan, Station-Wagon, Pick-up with the laden weight of 3500 kgs. Maximum and for driving public transport motor vehicles.
3-The holder must be at least 23 years old and one year should have elapsed since the issuance of the driving license.
4-Driving a taxi shall be subject to holding a special card in addition to a driving license.

Signed and Sealed: Chief, Law Enforcement.
----------------
TRUE TRANSLATION CERTIFIED.
SEPT.2006
N.GH



Exhibit A-Page 3 of 9

Lisa Brown
September 7, 2007
Page 4

His business card from Dubai:

Peruz M Sadaghaty
Managing Director



Naba Commercial
Brokerage LLC

Mobile: +971 50 6869701
Phone: +971 4 2737553
Fax:   0 84481234
P.O. Box 115773 Dubai, U.A.E.
E-mail: emails@emirates.net.ae ; naballc@hotmail.com

3125549
NABA COMMERCIAL BROKERAGE L L C
PERUZ SADAGHATY

Ritchie Bros. Auctioneers
6500 River Road, Richmond, BC Canada V6X 4G5

His business card from Syria:

General
Trading    Letojer
Company



letojer@gmail.com
TeleFax : +963 11 4475343
Mobile  : +963 955 371146
www.letojer.com
P.O.Box : 12684 Damascus - Syria

Exhibit A-Page 4 of 9

Lisa Brown
September 7, 2007
Page 5

His business card from Saudi Arabia:

### Pete Seda
Business Consultant

Mobile: 966-55625634          p1940s@hotmail.com

P.O.Box 5333 Riyadh 11422, Saudi Arabia

A rental quote from a potential business transaction in Dubai:

Lisa Brown
September 7, 2007
Page 6

**WMC ENTERPRISES** FZE

L.B01-128, Jebel Ali Free Zone, P. O. Box : 18208
Tel.: +971-4-8871156, Fax: +971-4-8813259
Dubai, United Arab Emirates
E-mail: info@wmc-e.com



مشاريع دبليو ام سي م م ح

info@wmc-e.com

Att: Mr. Sadaghaty                                          Date: 14th October, 2004
SubJect: Naba Commercial Brokerage
Mob: +971-50-6869701
Fax:+971-4-4481234
SubJect: Used Earthmoving Equipment

<u>Qoutation</u>

Please find hereunder the following available machines Qoutations on your request.
All Prices Ex-Jable Ali port Dubai, prior to sale.

| Make & Model | | S/No | Year | Qty. | FOB Price FOB Dubai | |
|---|---|---|---|---|---|---|
| **Rough Terrain Crane:** | | | | | Arriving | AED |
| TADANO TR250M-4 | 25Ton | 518420 | 1991 | 1 | | 265,000 |
| KATO KR-25H-VL | 25 Ton | 2431862 | 1990 | 1 | 25-Oct | 240,000 |
| TADANO TR200M-4 | 20Ton | 521212 | 1989 | 1 | | 210,000 |
| | | | | | | |
| **Excavators:** | | | | | | |
| CAT 320 | | 3XM04234 | 1996 | 1 | | 215,000 |
| CAT 320 | | 3XM04030 | 1995 | 1 | | 215,000 |
| CAT 321 BLCR | | 9CZ00181 | 1999 | 1 | | 200,000 |
| CAT 320 | | 7OJ04369 | 1994 | 1 | 25-Oct | 180,000 |
| CAT 320L | | 8HJ00639 | 1993 | 1 | 25-Oct | 180,000 |

Please do not hasitate to contact us accordingly.

Thanks & Regards

Mohsin Kamal
Manager

*YARD ADDRESS: Plot No. S-10513, P. O. Box: 18208, Jebel Ali Free Zone (South) Dubai - U.A.E.*

Given the government's extreme efforts at the detention hearing to paint Mr. Sedaghaty as a terrorist, it is important to note that his ties to the United States and his strong, public positions for peace and against terrorism caused him to be viewed with great suspicion in many parts of the Middle East. For example, he sought to distribute in Saudi Arabia and in Dubai, The United Arab Emirates his own, non-violent anti-terrorism writings on Islam, *Islam Is . . . .* Here is a copy of the permit he obtained for its distribution in Dubai.

Lisa Brown
September 7, 2007
Page 7



Further evidence of Mr. Seda's public ties to the United States during this period is found in this photograph, taken in Dubai, of Mr. Sedaghaty standing just to the left of the US Ambassador to the United Arab Emirates, Ms. Michele J. Sison.



Moreover, even when Mr. Sedaghaty lived in Saudi Arabia, which is one of the more friendly countries to the USA, someone spray painted on his parking space at

Lisa Brown
September 7, 2007
Page 8

about the time the Iraq war began, in Arabic: "AMERICA IS THE ROOT OF ALL
EVIL." This incident was reported to the US Embassy. Mr. Sedaghaty believes this
vandalism, which was viewed by authorities as a threat, was a response to his
comments against terrorism on Saudi television, and perhaps as a response to his book,
of which I understand about 50,000 copies were distributed in Saudi Arabia and about
20,000 copies in the UAE.

Unfortunately, due to cultural differences, Saudi Arabia, The United Arab
Emirates and Syria do not use post-office addresses like we do in the United States. I
will not be able to provide addresses from these countries beyond the locations Mr.
Sedaghaty already provided. I may be able to obtain exact addresses for Iran; if so, I
will provide them. However, I suggest you contact Mr. Seda's ex-wife, Laleh, his wife,
Summer, or his sons Joseph and Jonah to verify his general living and employment
information. Laleh's email address is: laloochka@gmail.com. I have previously given
you contact information for the others.

You asked me to provide you with additional passport information. Mr.
Sedaghaty has only two valid passports, one from the USA and one from Iran. You
have both of them, and have provided me with copies. He has an invalid US passport
and an invalid Iran passport, both of which I expect to be able to provide at the
September 10 hearing.

Due to the current state of international relations between the United States and
the peoples of Saudi Arabia, The United Arab Emirates, Iran, and Syria, I do not believe
that either you or US government law enforcement officers will be able to obtain
accurate information about my client from people living in those countries, particularly
if law enforcement takes the approach used by Mr. Cardani in his questioning of
defendant's character witnesses at the detention hearing. I expect if a FBI agent or a US
Pretrial Services officer calls Iran, Syria or even Saudi Arabia, they would be met with
extreme skepticism. Thus, I do not believe I can give you much information that can be
verified from persons other than Mr. Seda's family. Also, because of the financial
aspects of the underlying case and the government's approach, I will not be able to give
you all the financial information you seek.

Lisa Brown
September 7, 2007
Page 9


       I will provide additional relevant documents if I obtain them.  As you may know, I am in Chicago and Ann Arbor for the rest of this week.  (This will explain any formatting or other errors in this document.)  You may contact me via email or cell phone, 503-9574595.

                 Yours truly,


                 LAWRENCE MATASAR

cc:    Steven T. Wax
        Pirouz Sedaghaty