# Exhibit E

# U.S. DEPARTMENT OF THE TREASURY

## Resource Center

**Protecting Charitable Organizations - A**

**Complete List of Designations**
Additional Background Information on Charities Designated Under Executive Order 13224

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**A**

**Afghan Support Committee**

**U.S. Designation Date:** January 9, 2002

**UN Designation Date:** January 11, 2002

**Background:** The Afghan Support Committee (ASC) is a non-governmental organization (NGO) established by Usama bin Laden, based in Afghanistan, and affiliated with the Revival of Islamic Heritage Society (RIHS). Abu Bakr Al-Jaziri, the finance chief of ASC, also served as the head of organized fundraising for UBL. Al-Jaziri collected funds for al Qaida in Jalalabad through the ASC. He also collected money for al Qaida from local Arab NGOs by claiming the funds were for orphans and widows. Al-Jaziri then turned the funds over to al Qaida's finance committee. In 2000, he moved from Jalalabad to Pakistan where he continued to raise and transfer funds for al Qaida.

**AKAs:** Ahya Ul Turas
Jamiat Ayat-Ur-Rhas Al Islamia
Jamiat Ihya Ul Turath Ul Turath Al Islamia
Lajnat Ul Masa Eidatul Afghani

For Additional Information: http://www.treas.gov/press/releases/po910.htm

**Aid Organization of the Ulema**

**U.S. Designation Date:** April 19, 2002

**UN Designation Date:** April 24, 2002

**Background:** The Aid Organization of the Ulema (AOU) is based in Pakistan and is a successor organization to Al Rashid Trust, listed by the UN as a financial facilitator of terrorists in September 2001, under UNSCR 1333. Al Rashid Trust was among the first organizations designated as a terrorist financier and facilitator. Al Rashid Trust changed its name to AOU and remains active. AOU is headquartered in Pakistan, and continues to operate offices there. AOU has been raising funds for the Taliban since 1999, and officers of the organization are reported to be representatives and key leaders of al Qaida. This designation captures the re-named office and identifies additional locations of other branch offices in Pakistan.

**AKAs:** Al Rashid Trust Al Rushed Trust Al-Rushed Trust Al-Rashid Trust

For Additional Information: http://www.treas.gov/press/releases/po3014.htm

**Al Akhtar Trust**

**U.S. Designation Date:** October 14, 2003

**Background:** Al Akhtar Trust is known to have provided support to al Qaida fighters in Afghanistan. Al Akhtar Trust is carrying on the activities of the previously designated Al Rashid Trust (designated September 23, 2001) and is linked to the Taliban and Al Qaida. An associate of Al Akhtar Trust has attempted to raise funds to finance obligatory jihad in Iraq, and it has been reported that a financier of Al Akhtar Trust has been linked to the kidnapping and murder of the Wall Street Journal's South Asia Bureau Chief, Daniel Pearl. The group leader of the terrorist group Jadish-e-Mohammed, Mastoid Zahra, set up two organizations registered in Pakistan as humanitarian aid agencies: Al Akhtar Trust and Elkhart Trust. Jadish-e-Mohammed hoped to give the impression that the two new organizations were separate entities and sought to use them as a way to deliver arms and ammunition to their members under the guise of providing humanitarian aid to refugees and other needy groups. Pakistani newspaper reporting in November 2000 indicated that Al Akhtar Trust was established under the supervision of prominent religious scholars for the purpose of providing financial assistance for mujahideen, financial support to the Taliban and food, clothes, and education to orphans of martyrs. The Chairman and Chief Executive Officer of Al Akhtar Trust is Hakeen Muhammad Akhtar, a Pakistani citizen, who stated that their services for the Taliban and Mullah Omar were known to the world. Al Akhtar Trust was providing a wide range of support to Al-Qaida and Pakistani-based sectarian and jihadi groups, specifically Lashkar-e-Tayyiba, Lashkar-I-Jhangvi, and Jaish-e-Mohammed. All three of these organizations have been designated by the U.S. These efforts included providing financial and logistical support as well as arranging travel for Islamic extremists. This designation covers operations of Al Akhtar Trust through offices and individuals operating outside of Pakistan.

In June 2008, the United States identified new aliases Al Akhtar used to circumvent sanctions so that it could continue to support al Qaida.

**AKAs:** Al Akhtar Trust
Al-Akhtar Trust International
Akhtarabad Medical Camp
Akhtar Medical Centre
Pakistan Relief Foundation
Pakistani Relief Foundation
Azmat-e-Pakistan Trust
Azmat Pakistan Trust

For Additional Information: http://www.treas.gov/press/releases/js899.htm

For Additional Information about New Aliases: http://www.treasury.gov/press/releases/hp1065.htm

**Al Aqsa Foundation**

**U.S. Designation Date:** May 29, 2003

**Background:** Al Aqsa Foundation (AAF) is a critical part of the HAMAS terrorist support infrastructure. Through its headquarters in Germany and branch offices in the Netherlands, Denmark, Belgium, Sweden, Pakistan, South Africa, Yemen and elsewhere, AAF funnels money collected for charitable purposes to HAMAS terrorists. Like other HAMAS-affiliated charities, AAF uses humanitarian relief as cover to provide support to the HAMAS terrorist organization. Mahmoud Amr, the Director of AAF in Germany, is an active figure in HAMAS. AAF offices are included in lists of organizations that contributed to the HAMAS-affiliated Charity Coalition in 2001 and 2002. Pursuant to a July 31, 2002 administrative order, German authorities closed AAF in Germany for supporting HAMAS. In April 2003, Dutch authorities blocked AAF assets in The Netherlands based on information that funds were provided to organizations supporting terrorism in the Middle East. Criminal charges against some AAF officials were also filed. On January 1, 2003, the Danish government charged three AAF officials in Denmark for supporting terrorism. Also, the head of the Yemeni branch of AAF, Shaykh Muhammad Ali Hassan Al-Muayad, was arrested for providing support to terrorist organizations, including Al-Qaida and HAMAS, in January 2003 by German authorities. In Scandinavia, the Oslo, Norway-based Islamic League used the AAF in Sweden to channel funds from some members of the Islamic community in Oslo, Norway to HAMAS. Al-Muayad has also allegedly provided money, arms, recruits and communication equipment for Al-Qaida. At least until Al-Muayad's arrest, Ali Muqbil, the General Manager of AAF in Yemen and a HAMAS official, transferred funds on Al-Muayad's orders to HAMAS, PIJ or other Palestinian organizations assisting "Palestinian fighters." The disbursements were recorded as contributions for charitable projects. Also, several officials and active supporters of al Qaida and Asbat Al-Ansar (designated under EO 13224 as a specially designated global terrorist) are leaders of some branches of the AAF.

**AKAs:** Al-Aqsa International Foundation Al-Aqsa Charitable Foundation Sanabil al-Aqsa Charitable Foundation Al-Aqsa Sinabil Establishment Al-Aqsa Charitable Organization Charitable Al-Aqsa Establishment Mu'assa al-Aqsa al-Khayriyya Mu'assa Sanabil Al-Aqsa al- Khayriyya Aqssa Society, Al-Aqsa Islamic Charitable Society Islamic Charitable Society for al-Aqsa Charitable Society to Help the Noble al-Aqsa Nusrat al-Aqsa al-Sharif

For Additional Information: http://www.treas.gov/press/releases/js439.htm

### Al Furqan

**U.S. Designation Date:** May 6, 2004

**UN Designation Date:** May 11, 2004

**Background:** Information shows this non-governmental organization was associated with al Qaida, having close ties and sharing an office with the Global Relief Foundation (GRF), and was chiefly sponsored by the Bosnian branch of th Al Haramain Islamic Foundation, with whom it jointly conducted many activities in Bosnia. Individuals working for Al Furqan have been involved in multiple instances of suspicious activity, including surveillance of the U.S. Embassy and UN buildings in Sarajevo. One former Al Furqan employee also has ties to the Algerian Armed Islamic Group (GIA). Although Al Furqan ostensibly ceased operations in 2002, two successor organizations, Sirat and Istikamet, continue t act on behalf of Al Furqan in Bosnia.

**AKAs:** Dzemilijati Furkan Dzem'ijjetul Furqan Association for Citizens Rights and Resistance to Lies Dzemijetul Furkar Association of Citizens for the Support of Truth and Suppression of Lies Sirat Association for Education Culture and Building Society-Sirat Association for Education Cultural and to Create Society-Sirat Istikamet In Siratel

For Additional Information: http://www.treas.gov/press/releases/js1527.htm

### Al-Haramain & Al Masjed Al-Aqsa Charity Foundation

**U.S. Designation Date:** May 6, 2004

**UN Designation Date:** June 28, 2004

**Background:** The Al-Haramain & Al Masjed Al-Aqsa Charity Foundation (AHAMAA) has significant financial ties to the Bosnia-based NGO Al Furqan, and al Qaida financier Wa'el Hamza Julaidan, who was designated by the Treasury Department on September 6, 2002. Wa'el Hamza Julaidan, a Saudi citizen, is a close associate of Usama bin Laden. Julaidan fought with bin Laden in Afghanistan in the 1980s. Bin Laden himself acknowledged his close ties to Julaidan during a 1999 interview with al-Jazeera TV. As a member of the Board of Directors for AHAMAA, Julaidan opened three bank accounts on behalf of the NGO between 1997 and 2001 and continued to have authorization to handle two of their accounts as a signatory on two the NGO's Bosnian accounts.

**AKAs:** Al Haramain Al Masjed Al Aqsa Al Haramayn Al Masjid Al Aqsa Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation

For Additional Information: http://www.treas.gov/press/releases/js1527.htm

### Al Haramain Islamic Foundation-related Designations :

* Al Haramain Islamic Foundation (general background information)
* Al Haramain Islamic Foundation – All Offices
* Afghanistan
* Albania
* Bangladesh
* Bosnia
* Comoros Islands
* Ethiopia
* Indonesia
* Kenya
* The Netherlands
* Pakistan
* Somalia
* Tanzania
* United States

### Al Haramain Islamic Foundation

**General Background:** Al-Haramain Islamic Foundation (AHF) represents itself as a private, charitable, and educational organization dedicated to promoting Islamic teaching throughout the world. It is one of the principal Islamic non-governmental organizations active throughout the world. Funding generally comes from grants from other countries, individual Muslim benefactors, and special campaigns, which selectively target Muslim-owned business entities around the world as sources of donations.

There is evidence that field offices and representatives operating throughout Africa, Asia and Europe have provided

financial and logistical support to the al Qaida network and other terrorist organizations designated by the United States, and, in some cases, included on the UN 1267 Committee's consolidated list of individuals/entities subject to Security Council Sanctions. Some of these organizations include the Egyptian Islamic Jihad (EIJ), Jemaah Islamiyah, Al-Ittihad Al-Islamiya (AIAI), Lashkar E-Taibah, and HAMAS -- all of which are designated terrorist organizations and all of which have received funds from AHF, its branches, or local intermediaries.

### Al Haramain - Afghanistan

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

**Background:** In Afghanistan, prior to the removal of the Taliban from power, AHF supported the cause of Jihad and was linked to the UBL financed Makhtab al-Khidemat (MK), a pre-cursor organization of al Qaida and a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224.

Following the September 11, 2001 terrorist attacks, AHF activities supporting terrorism in Afghanistan continued. In 2002, activities included involvement with a group of persons trained to attack foreigners in Afghanistan. A journalist suspected of meeting with al Qaida and Taliban members in Afghanistan was reportedly transferring funds on behalf of the al Qaida-affiliated AHF and forwarding videotapes from al Qaida leaders to an Arabic language TV network for broadcast.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain - Albania

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

The U.S. has information that indicates UBL may have financed the establishment of AHF in Albania, which has been used as cover for terrorist activity in Albania and in Europe. In late 2000, a close associate of a UBL operative moved to Albania and was running an unnamed AHF subsidiary. In 1998, the head of Egyptian Islamic Jihad in Albania was reportedly also a financial official for AHF in Albania. This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and al Qaida's August 1998 terrorist attacks against the U.S. embassies in Kenya and Tanzania.

Salih Tivari, a senior official of the moderate Albanian Muslim community, was murdered in January 2002. Ermir Gjinishi, who had been supported by AHF, was detained in connection with the murder, but no charges were filed; he was later released by Albanian authorities. Just prior to being murdered, Tivari informed the AHF-affiliated Gjinishi that he intended to reduce "foreign Islamic influence" in the Albanian Muslim community.

Prior to his murder, Tivari controlled finances, personnel decisions, and donations within the Albanian Muslim community. This provided him significant power, enabling him to survive several attempts by extremists trained overseas to replace him or usurp his power.

As of late 2003, AHF was paying for, through a HAMAS member with close ties to AHF in Albania, security personnel to guard the AHF building in Albania, which had been shut down earlier in 2003.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain - Bangladesh

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

**Background:** Information available to the U.S. shows that a senior AHF official deployed a Bangladeshi national to conduct surveillance on U.S. consulates in India for potential terrorist attacks. The Bangladeshi national was arrested in early 1999 in India, reportedly carrying four pounds of explosives and five detonators. The terrorist suspect told police that he intended to attack U.S. diplomatic missions in India. The suspect reportedly confessed to training in al Qaida terrorist camps in Afghanistan, where he met personally with Usama bin Laden in 1994. The suspect first heard of plans for these attacks at the AHF office in Bangladesh.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation (Vazir a/k/a) - Bosnia

**Saudi/U.S. Designation Date:** March 11, 2002
Amended December 22, 2003

**UN Designation Date:** March 13, 2002
Amended December 26, 2003

**Background:** The Bosnia office of Al Haramain is linked to Al-Gama'at al-Islamiyya, an Egyptian terrorist group (designated under Executive Order 13224 on October 31, 2001) that was a signatory to UBL's February 23, 1998 fatwa against the United States. After the Bosnia branch of Al Haramain was designated in March 2002, Al Haramain officials closed its Bosnian operations. Officials in Bosnia then persuaded senior Al Haramain officials to reopen the organization under a different name in Travnik, Bosnia. The new non-governmental organization, Vazir, was founded in May 2003 and established its headquarters in a business space formerly used by Al Haramain. The Ministry of Justice and Administration for the Central Bosnian canton registered Vazir on June 11, 2003, as an association for sport, culture, and education. The office opened under the name Vazir in early August 2003. The original designation of the Bosnian branch of Al Haramain was amended to add the aka, "Vazir," resulting in the formal designation of Vazir on December 22, 2003.

For Additional Information: http://www.treas.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation -- Comoros Islands

**U.S. Designation Date:** September 9, 2004

**UN Designation Date:** September 28, 2004

**Background:** Al Haramain had operations throughout the Union of the Comoros, and information shows that associates of AHF Comoros are linked to al Qaida. According to the transcript of U.S. v. Bin Laden, the Union of the Comoros was used as a staging area and exfiltration route for the perpetrators of the 1998 bombings of the U.S. embassies in Kenya and Tanzania. The AHF branches in Kenya and Tanzania have been previously designated for providing financial and other operational support to these terrorist attacks.

For Additional Information: http://www.treas.gov/press/releases/js1895.htm

### Al Haramain - Ethiopia

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

Background: Information available to the U.S. shows that AHF in Ethiopia has provided support to Al-Ittihad Al-Islamiya (AIAI). In Ethiopia, AIAI has engaged in attacks against Ethiopian defense forces. AIAI has been designated both by the U.S. Government and by the UN 1267 Sanctions Committee. Ethiopia is one of the countries where AHF's website states that they have operations, but there does not appear to be a formal branch office. As part of our efforts to designate this branch, we have asked that action be taken to ensure that individuals cannot use the name of AHF or act under its auspices within, or in connection with services provided in, Ethiopia.

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation - Indonesia

**U.S. Designation Date:** January 22, 2004

**UN Designation Date:** January 26, 2004

Background: In 2002, money purportedly donated by the Al Haramain Islamic Foundation (AHF) for humanitarian purposes to non-profit organizations in Indonesia was possibly diverted for weapons procurement, with the full knowledge of AHF in Indonesia. Using a variety of means, AHF has provided financial support to al Qaida operatives in Indonesia and to the terrorist group Jemaah Islamiyah (JI). According to Omar al-Faruq, a senior al Qaida official apprehended in Southeast Asia, AHF was one of the primary sources of funding for al Qaida network activities in the region. The U.S. has designated JI, and the 1267 Committee has included it on its list, because of its ties to al Qaida. JI has committed a series of terrorist attacks, including the bombing of a nightclub in Bali on October 12, 2002 that killed 202 people and wounded over 300 additional people.

**AKA:** Yayasan Al-Manahil-Indonesia

For Additional Information: http://www.treas.gov/press/releases/js1108.htm

### Al Haramain Islamic Foundation - Kenya and Tanzania

**U.S. Designation Date:** January 22, 2004

**UN Designation Date:** January 26, 2004

Background: Al Haramain Islamic Foundation offices in Kenya and Tanzania provide support, or act for or on behalf of, Al-Itihaad al-Islamiya (AIAI) and al Qaida. AIAI shares ideological, financial and training links with al Qaida and financial links with several NGOs and companies, including AHF, which is used to transfer funds. AIAI also has invested in the "legitimate" business activities of AHF.

As early as 1997, U.S. and other friendly authorities were informed that the Kenyan branch of AHF was involved in plotting terrorist attacks against Americans. As a result, a number of individuals connected to AHF in Kenya were arrested and later deported by Kenyan authorities. In August 1997, an AHF employee indicated that the planned attack against the U.S. Embassy in Nairobi would be a suicide bombing carried out by crashing a vehicle into the gate at the Embassy. A wealthy AHF official outside East Africa agreed to provide the necessary funds. Also in 1997, AHF senior leaders in Nairobi decided to alter their (then) previous plans to bomb the U.S. Embassy in Nairobi and instead sought to assassinate U.S. citizens. During this time period, an AHF official indicated he had obtained five hand grenades and seven "bazookas" from a source in Somalia. According to information available to the U.S., these weapons were to be used in a possible assassination attempt against a U.S. official. A former Tanzanian AHF Director was believed to be associated with UBL and was responsible for making preparations for the advance party that planned the August 7, 1998, bombings of the U.S. Embassies in Dar Es Salaam, Tanzania, and Nairobi, Kenya. As a result of these attacks, 224 people were killed.

Shortly before the dual-Embassy bombing attacks in Kenya and Tanzania, a former AHF official in Tanzania met with another conspirator to the attacks and cautioned the individual against disclosing knowledge of preparations for the attacks. Around the same time, four individuals led by an AHF official were arrested in Europe. At that time, they admitted maintaining close ties with two terrorist groups, Egyptian Islamic Jihad (EIJ) and Gamma Islamiyah. In early 2003, individuals affiliated with AHF in Tanzania discussed the status of plans for an attack against several hotels in Zanzibar. The scheduled attacks did not take place due to increased security by local authorities, but planning for the attacks remained active.

For Additional Information: http://www.treas.gov/press/releases/js1108.htm

### Al Haramain - The Netherlands

**Saudi/U.S. Designation Date:** June 2, 2004

**UN Designation Date:** June 6, 2004

Background: Since 2001, Dutch officials have confirmed that the Al Haramain Humanitarian Aid Foundation located in Amsterdam is part of the larger Al Haramain Islamic Foundation network and that Aqeel Abdul Aziz Al-Aqil, who has also been designated by the United States and the UN 1267 Sanctions Committee because of AHF's support for al Qaida while under his oversight, is chairman of this foundation's board of directors. As noted elsewhere in this document, AHF was the founder and leader of AHF and was responsible for all of its activities, including its support of terrorism.

**AKA:** Stichting Al Haramain Humanitarian Aid

For Additional Information: http://www.treas.gov/press/releases/js1703.htm

### Al Haramain Islamic Foundation - Pakistan

**Saudi/U.S. Designation Date:** March 11, 2002

**UN Designation Date:** March 13, 2002

Background: Before the removal of the Taliban from power in Afghanistan, the Al Haramain Islamic Foundation in Pakistan (AHF-Pakistan) supported the Taliban and other groups. AHF-Pakistan is also linked to the UBL-financed and designated terrorist organization, Makhtab al-Khidemat (MK). At least two former AHF-Pakistan employees are suspected of having al Qaida ties, and another AHF-Pakistan employee is suspected of financing al Qaida operations. Another former AHF employee in Islamabad was identified as an alleged al-Qaida member who reportedly planned to carry out several devastating terrorist operations in the United States. In January 2001, extremists with ties to individuals associated with a fugitive UBL lieutenant were indirectly involved with AHF-Pakistan. As of late 2002, a senior member of AHF in Pakistan, who has also been identified as a "bin Laden facilitator," reportedly operated a human smuggling ring to facilitate travel of al Qaida members and their families out of Afghanistan to various other countries. AHF in Pakistan also supports the designated terrorist organization, Lashkar E-Taibah (LET). Some time in 2000, an AHF representative in Karachi, Pakistan met with Zelinkhan Yandarbiev. The U.S. has designated Yandarbiev, and the UN 1267 Committee has included him on its list because of his connections to al Qaida. The AHF representative and Yandarbiev reportedly resolved the issue of delivery to Chechnya of Zenit missiles, sting anti-aircraft missiles, and hand-held anti-tank weapons.

For Additional Information: http://www.treasury.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation - Somalia

**Saudi/U.S. Designation Date:** March 11, 2002

**UN Designation Date:** March 13, 2002

**Background:** The Saudi-based Al Haramain Islamic Foundation is a private, charitable and educational organization dedicated to promoting Islamic teachings throughout the world. The Somalia office, however is linked to Usama bin Laden's al Qaida network and Al-Itihaad al-Islamiyya (AIAI), a Somali terrorist group (designated under Executive Order 13224 on September 23, 2001). Al Haramain Somalia employed AIAI members and provided them with salaries through al Barakaat Bank (designated under Executive Order 13224 on November 7, 2001), which was a primary source of terrorist funding. Al Haramain Somalia continued to provide material and financial support for AIAI even after the group's designation under E.O. 13224 and UNSCR 1333. Money was funneled to AIAI by disguising funds as if they were intended for orphanage projects or Islamic schools.

For Additional Information: http://www.treas.gov/press/releases/po1086.htm

### Al Haramain Islamic Foundation - United States

**U.S. Designation Date:** September 9, 2004

**UN Designation Date:** September 28, 2004

The U.S.-based branch of AHF was formally established in 1997. Documents naming Suliman Al-Buthe as the organization's attorney and providing him with broad legal authority were signed by Aqeel Abdul Aziz Al-Aqil, the former director of AHF. Aqil has been designated by the United States and the UN 1267 Sanctions Committee because of AHF's support for al Qaida while under his oversight, and Al-Buthe has also been designated by the United States and the UN 1267 Sanctions Committee. The assets of the U.S. AHF branch, which is headquartered in Oregon, were originally blocked pending investigation on February 19, 2004. An affidavit in support of a search warrant by other federal agencies also alleged that the U.S. branch of AHF criminally violated tax laws and engaged in other money laundering offenses. Information showed that individuals associated with the branch tried to conceal the movement of funds intended for Chechnya by omitting them from tax returns and mischaracterizing their use, which they claimed was for the purchase of a prayer house in Springfield, Missouri. The U.S.-based branch of AHF was fully designated under E.O. 13224 on September 9, 2004, and under UNSCR 1267 on September 28, 2004.

For Additional Information: http://www.treas.gov/press/releases/js1895.htm

### Al Haramain Islamic Foundation – All Offices

**U.S. Designation Date:** June 19, 2008

**General Background:** Evidence demonstrates that the AHF organization was involved in providing financial and logistical support to the al Qaida network and other terrorist organizations designated by the United States and the United Nations. Between 2002-2004, the United States designated thirteen AHF branch offices operating in Afghanistan, Albania, Bangladesh, Bosnia & Herzegovina, Comoros Islands, Ethiopia, Indonesia, Kenya, Netherlands, Pakistan, Somalia, Tanzania, and the United States. The Kingdom of Saudi Arabia joined the United States in designating several branch offices of AHF and, due to actions by Saudi authorities, AHF has largely been precluded from operating in its own name. Despite these efforts, AHF leadership has attempted to reconstitute the operations of the organization, and parts of the organization have continued to operate. In 2008, the U.S. Government designated the entirety of the AHF organization, including its headquarters in Saudi Arabia.

**For Additional Information:** http://www.treasury.gov/press/releases/hp1043.htm

### Al Rashid Trust

**U.S. Designation Date:** September 23, 2001

**UN Designation Date:** October 6, 2001

**Background:** When President Bush initiated the financial war on terrorism in September 2001, the Al Rashid Trust was among the first organizations named as a financial facilitator of terrorists. This organization had been raising funds for the Taliban since 1999. The Al Rashid Trust is a group that funded al Qaida and the Taliban and is also closely linked to the al Qaida-associated Jaish Mohammed terrorist group. Al Rashid has been directly linked to the January 2002 abduction and subsequent murder of Wall Street Journal reporter Daniel Pearl in Pakistan. Al Rashid and other fronts and groups have used a British internet site called the Global Jihad Fund, which openly associates itself with Usama bin Laden, to publish bank account information and solicit support to facilitate the growth of various jihad movements around the world by supplying them with funds to purchase their weapons. See also Aid Organization of the Ulema.
In July 2008, the United States identified new aliases Al Rashid used to circumvent sanctions so that it could continue to support al Qaida.

**AKAs:** Al Amin Welfare Trust
Al Amin Trust
Al Ameen Trust
Al-Ameen Trust
Al Madina Trust
Al-Madina Trust
Maimar Trust
Maymar Trust
Meymar Trust
Momar Trust

For Additional Information: http://www.whitehouse.gov/news/releases/2001/09/20010924-1.html

For Additional Information about New Aliases: http://www.treasury.gov/press/releases/hp1065.htm

### Al Salah Society (Palestinian territories)

**U.S. Designation Date:** August 7, 2007

**Background:** Al-Salah Society is one of the largest and best-funded Hamas charitable organizations in the Palestinian territories. Al-Salah Society's director, Ahmad Al-Kurd, was also designated on this date. The Al-Salah Society supported Hamas-affiliated combatants during the first Intifada and recruited and indoctrinated youth to support Hamas's activities. The Al-Salah Society has received substantial funding from Persian Gulf countries, including at least hundreds of thousands of dollars from Kuwaiti donors, and it has employed a number of Hamas military wing members. The Al-Salah Society was included on a list of suspected Hamas and Palestinian Islamic Jihad-affiliated NGOs whose accounts were frozen by the Palestinian Authority as of late August 2003. After freezing the bank accounts, PA officials confirmed that the Al-Salah Society was a front for Hamas.

**AKAs:**

Al-Salah Association
Al-Salah Islamic Foundation
Al-Salah
Al-Salah Islamic Society
Al-Salah Islamic Association
Al-Salah Islamic Committee
Al-Salah Organization
Islamic Salah Foundation
Islamic Salah Society
Islamic Salvation Society
Islamic Righteous Society
Islamic Al-Salah Society
Jamiat Al-Salah Society
Jamiat al-Salah al-Islamiya
Jami'at al-Salah al-Islami
Jami'a al-Salah
Jammeat El-Salah
Salah Islamic Association
Salah Welfare Organization
Salah Charitable Association

For Addition information: http://www.treas.gov/press/releases/hp531.htm

Last Updated: July 17, 2008