11 February 2013



**Security Council**
**SC/10910**

Department of Public Information • News and Media Division • New York

**SECURITY COUNCIL AL-QAIDA SANCTIONS COMMITTEE DELETES ONE INDIVIDUAL FROM ITS LIST**

Decision Taken Following Review of Delisting
Request Submitted Through Office of the Ombudsperson

On 10 February 2013, the Security Council Al-Qaida Sanctions Committee decided to remove the name of the individual below from the Al-Qaida Sanctions List after concluding its consideration of a delisting request submitted through the Ombudsperson established pursuant to Security Council resolution 1904 (2009), and after considering the Comprehensive Report of the Ombudsperson on this delisting request.

Therefore, the assets freeze, travel ban and arms embargo set out in paragraph 1 of Security Council resolution 2083 (2012) no longer apply to the name set out below.

**Removed from Section A. Individuals associated with Al-Qaida**

**QI.A.179.04. Name:** 1: SULIMAN 2: HAMD 3: SULEIMAN 4: AL-BUTHE
**Name (original script):** سليمان حمد سليمان البطحي
**Title:** na **Designation:** na **DOB:** 8 Dec. 1961 **POB:** Cairo, Egypt **Good quality a.k.a.: a)** Soliman H.S. Al Buthi **b)** Sulayman Hamad Sulayman Al Batha **Low quality a.k.a.:** na **Nationality:** Saudi Arabian **Passport no.: a)** Saudi Arabia passport number B049614 **b)** Saudi Arabia passport number C 536660, issued on 5 May 2001, expired on 11 Mar. 2006 **National identification no.:** na **Address:** Riyadh, Saudi Arabia **Listed on:** 28 Sep. 2004 (amended on 23 Apr. 2007, 13 Dec. 2011) **Other information:** General Director of the Environmental Health Department of the Municipality of Riyadh, Saudi Arabia (as at Feb. 2010). Review pursuant to Security Council resolution 1822 (2008) was concluded on 25 May 2010.

The names of individuals and entities removed from the Al-Qaida Sanctions List pursuant to a decision by the Committee may be found in the "Press Releases" section on the Committee's website. Other information about de-listing may be found on the Committee's website at http://www.un.org/sc/committees/1267/delisting.shtml.

The Al-Qaida Sanctions List is updated regularly on the basis of relevant information provided by Member States and international and regional organizations.  This is the third update of the List in 2013. An updated List is accessible on the Committee's website at the following URL: http://www.un.org/sc/committees/1267/aq_sanctions_list.shtml.

* *** *

For information media • not an official record

# Office of the Ombudsperson

(Last Updated: 29 January 2013)**STATUS OF CASES**

In 26 cases, the Ombudsperson has completed the process and the matter is pending with the Committee or a decision has been taken or the case withdrawn as detailed below. Currently 10 requests for delisting are being considered by the Ombudsperson in accordance with the process set out in Annex II to Security Council resolution 2083 (2012). Each case is considered to have commenced on the date that it is forwarded to the Committee in accordance with paragraph 2 of Annex II. There are currently 4 cases with the Committee.

## CASE 1
## One individual – REQUEST FOR DELISTING DENIED

**Start date:**
28 July 2010

**Information Gathering Period**
28 July 2010 to 28 October 2010

**Dialogue Period**
28 October 2010 to 28 February 2011

**Comprehensive Report**
28 February 2011 - Report submitted to the Al-Qaida and Taliban Sanctions Committee
10 May 2011 - Presentation of Comprehensive Report by the Ombudsperson to the Committee, pursuant to paragraph 9 of Annex II of resolution 1904 (2009)

**Decision**
25 August 2011 – Committee Decision and Reasons Communicated to the Ombudsperson
1 September 2011 - Decision and Reasons Communicated to the Petitioner

## CASE 2
## Safet Ekrem Durguti (formerly QI.D.153.03.) - DELISTED

**Start date:**
30 September 2010

**Information Gathering Period**
30 September 2010 to 11 January 2011

**Dialogue Period**
11 January 2011 to 26 April 2011

**Comprehensive Report**
26 April 2011 - Report submitted to the Al-Qaida and Taliban Sanctions Committee

pursuant to paragraph 9 of Annex II of resolution 1989 (2011)

**Decision**
14 January 2013 – Committee decision to delist

## CASE 22
## Ibrahim ben Hedhili ben Mohamed al-Hamami (formerly QI.A.98.03.) - <u>DELISTED</u>

**Start date:**
6 February 2012

**Information Gathering Period**
6 February 2012 through 6 June 2012

**Dialogue Period**
6 June 2012 to 8 October 2012

**Comprehensive Report**
25 September 2012 - Report Submitted to the Al-Qaida Sanctions Committee
6 November 2012 - Presentation of Comprehensive Report by the Ombudsperson to the Committee, pursuant to paragraph 9 of Annex II of resolution 1989 (2011)

**Decision**
14 January 2014 – Committee decision to delist

## CASE 23
## Suliman Hamd Suleiman Al-Buthe (formerly QI.A.179.04.) - <u>DELISTED</u>
## (Repeated request to the Ombudsperson)

**Start Date:**
23 February 2012

**Information Gathering Period**
23 February to 25 June 2012

**Dialogue Period**
26 June through 29 October 2012

**Comprehensive Report**
10 October 2012 - Report Submitted to the Al-Qaida Sanctions Committee
27 November 2012 - Presentation of Comprehensive Report by the Ombudsperson to the Committee, pursuant to paragraph 9 of Annex II of resolution 1989 (2011)

**Decision**
10 February 2013 – Committee decision to delist

## CASE 24