**MEMO ENDORSED**

# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

OLIVER TWADDELL
Associate
Admitted in New York
U.S. Court of Appeals for Veterans Claims

JOHN ZEVITAS
Associate
Admitted in Massachusetts

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

CHRISTINE M. HILGEMAN
Of Counsel
Admitted in Virginia and the District of Columbia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

February 14, 2013

The Honorable Frank Maas
United States District for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas, USMJ 2/14/13

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas,

COMES NOW the Defendants, Wael Jelaidan and Rabita Trust, and hereby files, through undersigned counsel, a consent motion to extend time for the above Defendants to respond to Plaintiffs' motions to compel. Plaintiffs filed their motions to compel on January 30, 2013, with Defendants' responses due 21 days later on February 20. Defendants have conferred with the Plaintiffs, and the Plaintiffs have agreed to allow both Defendants a short extension of 9 days—Defendants' responses will now be due on March 1, 2013.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2013

Respectfully submitted,

/s/
Martin F. McMahon, Esq.
Counsel for Defendants Wael Jelaidan and Rabita Trust

1