UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:
: 03 MDL 1570 (GBD) (FM)
:
: **MOTION FOR ADMISSION**
: **PRO HAC VICE**
:
:
:
-----------------------------------------------------------------x

This Document Relates to:
Havlish v. bin Laden,              Hoglan v. Islamic Republic of Iran
03 Civ. 9848 (GBD) (FM)   and    11 Civ. 07550 (GBD) (FM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, DENNIS GEORGE PANTAZIS, ESQUIRE, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the *Havlish* Plaintiffs and the *Hoglan* Plaintiffs in the above-captioned Multi-District Litigation.

I am a member in good standing of the bar of the State of Alabama and there are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing is attached hereto as Exhibit A.

Date: February 4, 2013

Respectfully Submitted,

_____
DENNIS G. PANTAZIS, ESQ.
Wiggins Childs Quinn & Pantazis LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Ph: 205.314.0500
Fax: 205.254.1500
*DPantazis@wcqp.com*