# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
Clerk of Court

**Joe Musso**
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **DENNIS G. PANTAZIS** was duly admitted to practice in said Court on **November 20, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama on January 17, 2013.

SHARON N. HARRIS, CLERK

By _____
Sonja R. Jenkins, Deputy Clerk