UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                     :

                                     :       03 MDL 1570 (GBD) (FM)

                                     :       **ORDER FOR ADMISSION**
                                     :       **PRO HAC VICE**

                                     :

                                     :
-----------------------------------------------------------------x

This Document Relates to:
Havlish v. bin Laden,        Hoglan v. Islamic Republic of Iran
03 Civ. 9848 (GBD) (FM)  and  11 Civ. 7550 (GBD) (FM)

     The Motion of DENNIS GEORGE PANTAZIS, ESQUIRE for admission to practice Pro Hac Vice in the above-captioned matter is hereby GRANTED.

     Applicant has declared that he is a member in good standing of the bar of the State of Alabama and that his contact information is as follows:

> Dennis G. Pantazis, Esquire
> Wiggins Childs Quinn & Pantazis LLC
> The Kress Building
> 301 19th Street North
> Birmingham, AL 35203
> Ph: 205.314.0500
> Fax: 205.254.1500
> *DPantazis@wcqp.com*

     Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for the *Havlish* Plaintiffs and *Hoglan* Plaintiffs in the above-captioned Multi-District Litigation.

     IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

BY THE COURT:

Date: _____

_____, J.