USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 22 2011

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No.<br><br>03 MDL 1570 (GBD) |

------------------------------------------------------------x

| | |
|---|---|
| FIONA HAVLISH, in her own right and as Executrix of the ESTATE OF DONALD G. HAVLISH, JR., Deceased, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>USAMA BIN LADEN,<br><br>AL-QAEDA/ISLAMIC ARMY,<br><br>THE TALIBAN, a.k.a. the Islamic Emirate of Afghanistan<br><br>MUHAMMAD OMAR,<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>AYATOLLAH ALI HOSEINI KHAMENEI,<br><br>ALI AKBAR HASHEMI RAFSANJANI,<br><br>INFORMATION AND SECURITY,<br><br>THE ISLAMIC REVOLUTIONARY GUARD CORPS,<br><br>HEZBOLLAH,<br><br>THE IRANIAN MINISTRY OF PETROLEUM,<br><br>THE NATIONAL IRANIAN TANKER CORPORATION,<br><br>THE NATIONAL IRANIAN OIL CORPORATION, | CIVIL ACTION NO. 03-CV-9848 –GBD |

|  |  |
|---|---|
| THE NATIONAL IRANIAN GAS COMPANY, | : |
| IRAN AIRLINES, | : |
| THE NATIONAL IRANIAN PETROCHEMICAL COMPANY, | : |
| IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE | : |
| IRANIAN MINISTRY OF COMMERCE, | : |
| IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, | : |
| THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | : |
| Defendants. | : |

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Judgment by Default Against Sovereign Defendants, The Islamic Republic of Iran, Ayatollah Ali Hoseini-Khamenei, Ali Akbar Hashemi Rafsanjani, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps., Hezbollah, The Iranian Ministry of Petroleum, The National Iranian Tanker Corporation, The National Iranian Gas Company, Iran Airlines, The National Iranian Petrochemical Company, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, and The Central Bank of the Islamic

Republic of Iran (the "Sovereign Defendants") is GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Sovereign Defendants;

**ORDERED** that Plaintiffs' Motion for Judgment by Default Against Non-Sovereign Defendants, Sheikh Usamah Bin-Muhammad Bin-Laden, a/k/a Osama bin-Laden, The Taliban, a/k/a The Islamic Emirate of Afghanistan, Muhammad Omar, and Al Qaeda/Islamic Army (the "Non-Sovereign Defendants") is GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Non-Sovereign Defendants;

**ORDERED** that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

**SO ORDERED**

DATED  DEC 22 2011

George B. Daniels
United States District Judge

3