

Contact | About HCCH | FAQ | Help | Disclaimer | Français | Other languages

## Status table

**Search**

- Home
- HCCH Members
- Non-Member Contracting States
- Conventions
- Specialised sections
- Authorities
- Publications
- Work in Progress
- Centre
- News & Events
- Vacancies / Internships

**14: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters**

Entry into force: 10-II-1969

Last update: 29-I-2013
Number of Contracting States to this Convention: 67

View and/or print full status report

1) S = Signature
2) R/A/Su = Ratification, Accession or Succession
3) Type = R: Ratification;
   A: Accession;
   A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;
   C: Continuation;
   Su: Succession;
   Den: Denunciation;
4) EIF = Entry into force
5) Ext = Extensions of application
6) Auth = Designation of Authorities
7) Res/D/N = Reservations, declarations or notifications

### Members of the Organisation (click here for the non-Member States)

**For this Convention:**
- Full text
- **Status table**
- Authorities
- Practical operation documents
- Questionnaires & Responses
- Seminars
- HCCH Publications
- Translations
- Case law
- Bibliography
- Miscellaneous
- Latest updates

| States | S[1] | R/A/Su [2] | Type [3] | EIF [4] | Ext [5] | Auth [6] | Res/D/N [7] |
|---|---|---|---|---|---|---|---|
| Albania | | 1-XI-2006 | A | 1-VII-2007 | | 3 | |
| Argentina | | 2-II-2001 | A | 1-XII-2001 | | 2 | D,Res |
| Australia | | 15-III-2010 | A | 1-XI-2010 | 7 | 5 | D |
| Belarus | | 6-VI-1997 | A | 1-II-1998 | | 1 | |
| Belgium | 21-I-1966 | 19-XI-1970 | R | 18-I-1971 | | 2 | D |
| Bosnia and Herzegovina | | 16-VI-2008 | A | 1-II-2009 | | 1 | |
| Bulgaria | | 23-XI-1999 | A | 1-VIII-2000 | | 3 | D |
| Canada | | 26-IX-1988 | A | 1-V-1989 | | 4 | D |
| China, People's Republic of | | 6-V-1991 | A | 1-I-1992 | | 8 | D,N |
| Croatia | | 28-II-2006 | A | 1-XI-2006 | | 3 | Res,D |
| Cyprus | | 26-X-1982 | A | 1-VI-1983 | | 4 | D |
| Czech Republic | | 28-I-1993 | Su | 1-I-1993 | | 4 | D,Res |
| Denmark | 7-I-1969 | 2-VIII-1969 | R | 1-X-1969 | | 3 | D |
| Egypt | 1-III-1966 | 12-XII-1968 | R | 10-II-1969 | | 1 | Res |
| Estonia | | 2-II-1996 | A | 1-X-1996 | | 1 | D |
| Finland | 15-XI-1965 | 11-IX-1969 | R | 10-XI-1969 | | 2 | D |
| France | 12-I-1967 | 3-VII-1972 | R | 1-IX-1972 | 1 | 3 | D |
| Germany | 15-XI-1965 | 27-IV-1979 | R | 26-VI-1979 | | 3 | D |

| State | S | R/A/Su | Type | EIF | Ext | Auth | Res/D/N |
|---|---|---|---|---|---|---|---|
| Greece | 20-VII-1983 | 20-VII-1983 | R | 18-IX-1983 | | 1 | D |
| Hungary | | 13-VII-2004 | A | 1-IV-2005 | | 3 | D |
| Iceland | | 10-XI-2008 | A | 1-VII-2009 | | 1 | D,Res |
| India | | 23-XI-2006 | A | 1-VIII-2007 | | 1 | D,Res |
| Ireland | 20-X-1989 | 5-IV-1994 | R | 4-VI-1994 | | 3 | D,Res |
| Israel | 25-XI-1965 | 14-VIII-1972 | R | 13-X-1972 | | 2 | D,Res |
| Italy | 25-I-1979 | 25-XI-1981 | R | 24-I-1982 | | 3 | D |
| Japan | 12-III-1970 | 28-V-1970 | R | 27-VII-1970 | | 3 | D |
| Korea, Republic of | | 13-I-2000 | A | 1-VIII-2000 | | 2 | D,Res |
| Latvia | | 28-III-1995 | A | 1-XI-1995 | | 4 | D |
| Lithuania | | 2-VIII-2000 | A | 1-VI-2001 | | 1 | D,Res |
| Luxembourg | 27-X-1971 | 9-VII-1975 | R | 7-IX-1975 | | 1 | D,Res |
| Malta | | 24-II-2011 | A | 1-X-2011 | | 1 | D |
| Mexico | | 2-XI-1999 | A | 1-VI-2000 | | 2 | D |
| Monaco | | 1-III-2007 | A | 1-XI-2007 | | 2 | D |
| Montenegro | | 16-I-2012 | A | 1-IX-2012 | | 2 | D |
| Morocco | | 24-III-2011 | A | 1-XI-2011 | | 1 | |
| Netherlands | 15-XI-1965 | 3-XI-1975 | R | 2-I-1976 | 1 | 5 | D |
| Norway | 15-X-1968 | 2-VIII-1969 | R | 1-X-1969 | | 3 | D,Res |
| Poland | | 13-II-1996 | A | 1-IX-1996 | | 4 | Res |
| Portugal | 5-VII-1971 | 27-XII-1973 | R | 25-II-1974 | | 2 | D |
| Romania | | 21-VIII-2003 | A | 1-IV-2004 | | 2 | D |
| Russian Federation | | 1-V-2001 | A | 1-XII-2001 | | 4 | D,Res |
| Serbia | | 2-VII-2010 | A | 1-II-2011 | | 2 | D |
| Slovakia | | 15-III-1993 | Su | 1-I-1993 | | 4 | D |
| Slovenia | | 18-IX-2000 | A | 1-VI-2001 | | 1 | D,Res |
| Spain | 21-X-1976 | 4-VI-1987 | R | 3-VIII-1987 | | 3 | D |
| Sri Lanka | | 31-VIII-2000 | A | 1-VI-2001 | | 3 | D |
| Sweden | 4-II-1969 | 2-VIII-1969 | R | 1-X-1969 | | 2 | D |
| Switzerland | 21-V-1985 | 2-XI-1994 | R | 1-I-1995 | | 3 | D,Res |
| The former Yugoslav Republic of Macedonia | | 23-XII-2008 | A | 1-IX-2009 | | 1 | D,Res |
| Turkey | 11-VI-1968 | 28-II-1972 | R | 28-IV-1972 | | 3 | Res,D |
| Ukraine | | 1-II-2001 | A | 1-XII-2001 | | 3 | D,Res |
| United Kingdom of Great Britain and Northern Ireland | 10-XII-1965 | 17-XI-1967 | R | 10-II-1969 | 14 | 4 | D |
| United States of America | 15-XI-1965 | 24-VIII-1967 | R | 10-II-1969 | 1 | 1 | D |
| Venezuela | | 29-X-1993 | A | 1-VII-1994 | | 1 | D,Res |

### Non-Member States of the Organisation (click here for the Members)

| States | S[1] | R/A/Su [2] | Type [3] | EIF [4] | Ext [5] | Auth [6] | Res/D/N [7] |
|---|---|---|---|---|---|---|---|
| Antigua and Barbuda | | 1-V-1985 | Su | 1-XI-1981 | | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| Armenia | 27-VI-2012 | A | 1-II-2013 | | |
| Bahamas | 17-VI-1997 | A | 1-II-1998 | 1 | |
| Barbados | 10-II-1969 | A | 1-X-1969 | 1 | |
| Belize | 8-IX-2009 | A | 1-V-2010 | | |
| Botswana | 10-II-1969 | A | 1-IX-1969 | 3 | D |
| Kuwait | 8-V-2002 | A | 1-XII-2002 | 3 | D,Res |
| Malawi | 24-IV-1972 | A | 1-XII-1972 | 1 | |
| Pakistan | 7-XII-1988 | A | 1-VIII-1989 | 3 | D |
| Republic of Moldova | 4-VII-2012 | A | 1-II-2013 | 1 | D,Res |
| Saint Vincent and the Grenadines | 6-I-2005 | Su | 27-X-1979 | 3 | D |
| San Marino | 15-IV-2002 | A | 1-XI-2002 | 3 | D |
| Seychelles | 18-XI-1980 | A | 1-VII-1981 | 1 | D |

1) S = Signature  
2) R/A/Su = Ratification, Accession or Succession  
3) Type = R: Ratification;  
   A: Accession;  
   A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;  
   C: Continuation;  
   Su: Succession;  
   Den: Denunciation;  
4) EIF = Entry into force  
5) Ext = Extensions of application  
6) Auth = Designation of Authorities  
7) Res/D/N = Reservations, declarations or notifications  

© HCCH, 1951-2013
Reproduction is authorised, provided the source is acknowledged, save where otherwise stated.