# Jim McCoy

**From:** Carolina Ramirez (DHL US) <Carolina.Ramirez2@dhl.com>
**Sent:** Monday, December 03, 2012 10:19 AM
**To:** Rebecca Rosen; Jim McCoy
**Subject:** DHL EXPRESS

Receive our greeting from DHL Express,

Please be advised that this package is currently undeliverable due to the Ministry of Foreign Affairs does not accept to receive any shipment for:
1. DR. ALI AKBAR SALEH ,
2. IRAN AIRLINES ,
3. HEZBOLLAH ,
4. NATIONAL IRANIAN GAS COMPANY ,
5. CENTRAL BANK OF IRAN (MARKAZI) ,
6. IRANIAN MINISTRY OF PETROLEUM ,
7. NATIONAL IRANIAN TANKER CORPORATION ,
8. ISLAMIC REVOLUTIONARY GUARD CORPS ,
9. IRANIAN MINISTRY OF COMMERCE ,
10. IRANIAN MINISTRY OF DEFENSE ,
11. MINISTRY OF ECON. AFFAIRS & FIN ,
12. AYATOLLAH ALI HOSEINI KHAMENEI ,
13. NATIONAL IRANIAN PETROCHEMICAL CO ,
14. ALI AKBAR HASHEMI RAFSANJANI ,
15. NATIONAL IRANIAN OIL CORPORATION , for that I am trying to get instrucctiosn for this package ( return-redirect-abandon), could you please provide final instrucciotions?

Tracking# 7250864515

Thank you very much for your collaboration, if you need any further assistance please don't hesitate in asking or calling me directly!

Thank you for choosing DHL Express!

1



**Carolina Ramirez**
Customer Care Network Agent

**DHL Express**
1144 W. Washington St.
Tempe, AZ 85281
U.S.A.

Phone +1 888 853 1845 (6051)
Fax +1 480-383-7514
Carolina.ramirez2@dhl.com
www.dhl.com

2