UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

: **ORDER**

: 03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2013

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held on February 21, 2013, it is hereby

ORDERED that:

1. By February 28, 2013, each defendant that has produced documents, but has not served a privilege log, shall submit a letter to the Plaintiffs confirming that no documents have been withheld pursuant to the attorney-client privilege or work/product doctrine.

2. Also by February 28, 2013, any defendant who has withheld all of its documents on the basis of privilege or work/product protection shall submit a letter to the Plaintiffs explaining their reason for not submitting a privilege log.

    SO ORDERED.

Dated:    New York, New York
          February 21, 2013

                                                FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

1