UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:
: 03 MDL 1570 (GBD) (FM)
:
: **MOTION FOR ADMISSION**
: **PRO HAC VICE**
:
:
:
-------------------------------------------------------------------x

This Document Relates to:
Havlish v. bin Laden,          Hoglan v. Islamic Republic of Iran
03 Civ. 9848 (GBD) (FM)   and   11 Civ. 07550 (GBD) (FM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, JAMES PATRICK McCOY, ESQUIRE, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the *Havlish* Plaintiffs and *Hoglan* Plaintiffs in the above-captioned Multi-District Litigation.

I am a member in good standing of the bar of the Commonwealth of Pennsylvania and of the State of New Jersey, and there are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing for each jurisdiction is attached hereto.

Respectfully Submitted,

Date: February 25, 2013          _____
                                 JAMES P. McCOY, ESQ.
                                 Mellon & Webster, P.C.
                                 87 N. Broad Street
                                 Doylestown, PA 18901
                                 Ph: 215.348.7700
                                 Fax: 215.348.0171
                                 *jmccoy@mellonwebster.com*