

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*James Patrick McCoy, Esq.*

**DATE OF ADMISSION**

*January 29, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 6, 2013

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk