UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:
:                                                03 MDL 1570 (GBD) (FM)
:
:                                                **MOTION FOR ADMISSION
:                                                PRO HAC VICE**
:
:
:
-----------------------------------------------------------------x

This Document Relates to:
Hoglan v. Islamic Republic of Iran
11 Civ. 7550 (GBD) (FM)

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MELINA MIZEL-GOLDFARB, ESQUIRE, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the *Hoglan* Plaintiffs in the above-captioned Multi-District Litigation.

     I am a member in good standing of the bar of the State of Alabama and there are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing is attached hereto as Exhibit A.

                                      Respectfully Submitted,

Date: February 28, 2013                    _/s/ Melina Goldfarb_____
                                          MELINA M. GOLDFARB, ESQ.
                                          Wiggins Childs Quinn & Pantazis LLC
                                          The Kress Building
                                          301 19th Street North
                                          Birmingham, Alabama 35203
                                          Ph: 205-314-0617
                                          Fax: 205-254-1500
                                          MGoldfarb@wcqp.com