# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

**MEMO ENDORSED**

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA FACSIMILE**

March 6, 2013

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

*Approved / FM USMJ 3/6/13*

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to request a brief extension of the deadline for submission of plaintiffs' reply letter briefs seeking an Order compelling defendants Wa'el Hamza Jelaidan and Rabita Trust to produce certain categories of documents. Plaintiffs respectfully request that the deadline be extended just a few short days from Friday, March 8th to Tuesday, March 12th. Plaintiffs have conferred with counsel for the defendants, and he does not object to the extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2013

The Honorable Frank Maas
March 6, 2013
Page 2

cc: Members of the Plaintiffs' Executive Committees
Martin F. McMahon, Esq.
Alan R. Kabat, Esq.

LEGAL\15018407\1 00000.0000.000/117430.000

Mar-06-13  12:51pm  Case 1:03-md-01570-GBD-FM   Document 2698-86  Filed 03/06/13   Page 2 of 2   F-579

The Honorable Frank Maas
March 6, 2013
Page 2