UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2013
```

------------------------------------------------x
In Re: TERRORIST ATTACKS ON        :
       SEPTEMBER 11, 2001          :    **ORDER**
                                   :
                                   :    03 MDL 1570 (GBD) (FM)
------------------------------------------------x

FRANK MAAS, United States Magistrate Judge.

    It is hereby ORDERED that:

1. At the request of counsel for the plaintiffs and defendants Wa'el Hamza Jelaidan and Rabita Trust, the Court directs that the following items be separately docketed as of record by the Clerk of the Court with the Court's ECF System:

    (a) Plaintiffs' January 30, 2013 opening letter brief as to defendant Wa'el Hamza Jelaidan, including Exhibits A-D;

    (b) Plaintiffs' January 30, 2013 opening letter brief as to defendant Rabita Trust, including Exhibits A-N;

    (c) Defendant Wa'el Hamza Jelaidan's March 1, 2013 opposition brief, including Exhibits 1-10;

    (d) Defendant Rabita Trust's March 1, 2013 opposition brief, including Exhibits 1-6;

    (e) Plaintiffs' March 12, 2013 reply letter brief as to defendant Wa'el Hamza Jelaidan, including Exhibit A; and

    (f) Plaintiffs' March 12, 2013 reply letter brief as to defendant Rabita Trust, including Exhibits A-C.

2. A copy of this Order shall accompany those filings.

SO ORDERED.

Dated: New York, New York
       March 12, 2013

                                                      FRANK MAAS
                                        United States Magistrate Judge