**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————
                                                                )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001        ) No. 03 MDL 1570 (GBD/FM)
                                                                )        ECF Case
———————————————————————————)

This document relates to:

> ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>      Case No. 02-CV-6977;
> BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
>      Case No. 03-CV-5738;
> CANTOR FITZGERALD ASSOCIATES, LP, *et al.* v. AKIDA INVESTMENT CO., LTD., *et al.*,
>      Case No. 04-CV-7065;
> CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>      Case No. 04-CV-05970;
> EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
>      Case No. 04-CV-07279;
> FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
>      Case No. 03-CV-6978; and
> ESTATE OF O'NEILL, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
>      Case No. 04-CV-1923.

**Defendant Al Haramain Islamic Foundation, Inc. (USA)'s Supplemental Notice**


Defendant Al Haramain Islamic Foundation, Inc. (USA) ("AHIF-USA") respectfully

submits its Supplemental Notice to apprise the Court and the parties of the progress in obtaining

the seized documents from the Oregon prosecution.  Earlier this month, undersigned counsel

received a set of CD-ROMs from the Federal Public Defender for the District of Oregon, which

had over 10,000 documents (comprising over 31,000 pages), including both seized documents

and documents presented to the grand jury.  Undersigned counsel have reviewed the first 13,438

pages in order to determine the document request(s) to which these documents are responsive,

and will provide plaintiffs' counsel with CD-ROMs of those documents.

Undersigned counsel anticipate completing the review of the remaining documents within the next several weeks, and will produce them to plaintiffs on a rolling basis, together with the Supplemental Responses and Objections that will index the documents with respect to each of plaintiffs' 50 document requests.

Respectfully submitted,

/s/ Lynne Bernabei

_____
Lynne Bernabei          D.C. Bar No. 938936
Alan R. Kabat          D.C. Bar No. 464258
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
*Attorneys for Al Haramain Islamic Foundation, Inc. (USA)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2013, I caused the foregoing Supplemental Notice to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (ECF No. 247) (June 16, 2004), and this Court's Order (ECF No. 2652) (Jan. 10, 2013).

/s/ Alan R. Kabat

_____

Alan R. Kabat