UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:

                                        :     **ORDER**

   TERRORIST ATTACKS ON
   SEPTEMBER 11, 2001              :     03 MDL 1570 (GBD) (FM)

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held on March 19, 2013, it is hereby

ORDERED that:

1. By March 29, 2013, Al-Haramain shall produce any paper documents received pursuant to Judge Aiken's order that are responsive to the plaintiffs' requests. By that date, Al-Haramain also shall produce a privilege log for any such documents as to which privilege is claimed.

2. By April 19, 2013, Al-Haramain shall produce any remaining documents or files received pursuant to Judge Aiken's order that are responsive to the plaintiffs' requests and, if applicable, a corresponding privilege log.

3. The Court will reserve decision on the plaintiffs' motion for sanctions against Al-Haramain.

4. A further conference shall be held on April 16, 2013.

    SO ORDERED.

Dated:     New York, New York
             March 19, 2013

                                                 FRANK MAAS
                                       United States Magistrate Judge

1

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF