**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:      **ORDER**

:

:      03 MDL 1570 (GBD) (FM)

:
------------------------------------------------------------------X

This Document Relates to
Havlish v. bin Laden,
03 Civ. 9848 (GBD) (FM)

     AND NOW, this _____ day of _____, 2013, it is hereby ORDERED and DECREED that:

     1.    Plaintiffs' Supplemental for Motion for Form and Approval of *Lis Pendens* is GRANTED;

     2.    Plaintiffs' form of Notice of *Lis Pendens*, as attached to Plaintiffs' Supplemental Motion as **Exhibit D**, is hereby APPROVED;

     3.    The Clerk of Court shall docket Plaintiffs' Notice of Pending Action Pursuant to §1605A(g)(1) of the Foreign Sovereign Immunities Act on the Miscellaneous Docket, listing as Defendants all persons and entities listed within the document;

     4.    Plaintiffs may serve a Notice of *Lis Pendens* upon any persons or entity in the Southern District of New York who, upon information and belief, is the holder of any property of any of the Iranian Defendants, or is a person or entity controlled by the Iranian Defendants, by

serving such property holder with the Notice of *Lis Pendens* in the form approved by this Court pursuant to this Motion.

**SO ORDERED.**

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE