UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: NOTICE OF PENDING ACTION
PURSUANT TO §1605A(g)(1) OF
: THE FOREIGN SOVEREIGN
IMMUNITIES ACT
:

: 03 MDL 1570 (GBD) (FM)
------------------------------------------------------------------X

This Document Relates to
Havlish v. bin Laden,
03 Civ. 9848 (GBD) (FM)

## NOTICE OF PENDING ACTION PURSUANT TO
## §1605A(g)(1) OF THE FOREIGN SOVEREIGN IMMUNITIES ACT

TO THE CLERK OF COURT:

Kindly file this Notice of Pending Action Pursuant to §1605A(g)(1) of the Foreign Sovereign Immunities Act in the same manner as any pending action, as proscribed by 28 U.S.C. §1605A(g)(2), and index all of the following sovereigns, non-sovereigns, and agencies and instrumentalities as Defendants. These Defendants are:

> Islamic Republic of Iran
> Ayatollah Ali Hoseini Khamenei, Supreme Leader
> Ali Akbar Hashemi Rafsanjani
> Iranian Ministry of Information and Security
> Islamic Revolutionary Guard Corps
> Iranian Ministry of Petroleum
> National Iranian Tanker Corporation
> National Iranian Gas Company
> Iran Airlines
> National Iranian Petrochemical Company
> Iranian Ministry of Economic Affairs and Finance
> Iranian Ministry of Commerce
> Iranian Ministry of Defense and Armed Forces Logistics
> Central Bank of the Islamic Republic of Iran aka Central Bank of Iran aka CBI aka Bank Markazi
> Hezbollah aka Hizballah

Kindly also index the following entities as Defendants for purposes of this Notice, pursuant to 28 U.S.C. §1605A(g)(1)(C), because they are entities "controlled by" Defendant Islamic Republic of Iran:

(1) Bank Melli Iran
c/o Mr. Farshad Heidari
Ferdowsi Avenue
Tehran, Iran 1135937681

(2) Post Bank of Iran
c/o Mr. Mohammad Hasan Mohebian Iraqi
237, Motahari Avenue
Tehran, Iran 1587618118

(3) Bank Sepah
No. 7, Afrigha Highway
Arjantin Square
Tehran, Iran 1514947111

(4) Bank of Industry and Mine aka Bank of Industry and Mine (of Iran) aka BIM
Hafez Avenue
P.O. Box 11365/4978
Tehran, Iran

(5) Bank Mellat aka Mellat International Bank aka Nation's Bank
Park Shahr
Varzesh Avenue
P.O. Box 11365/5964
Tehran, Iran

(6) Bank Sadaret Iran aka BSI aka Iran Export Bank
Bank Saderat Tower
P.O. Box 15745-631
Somayeh Street
Tehran, Iran

(7) Islamic Republic of Iran Shipping Lines
No. 37, Aseman Tower
Sayyade Shirazee Square
Pasdaran Avenue
Tehran, Iran

Kindly also index the following entities as Defendants for purposes of this Notice, pursuant to 28 U.S.C. §1605A(g)(1)(C), because they are entities "controlled by" Defendant Islamic Republic of Iran and Defendant National Iranian Oil Company:

    (8)    National Iranian South Oil Company
            aka National South Oilfields Company
            NISOC Building
            Fadaeyane Islam Street
            Ahwaz, Iran

    (9)    Iranian Offshore Oil Company
            No. 38, Tooraj Street
            Vali-Asr Avenue
            P.O.Box: 5591
            Tehran, Iran

Kindly also index the following entities as Defendants for purposes of this Notice, pursuant to 28 U.S.C. §1605A(g)(1)(C), because they are entities "controlled by" Defendant Islamic Republic of Iran, Defendant National Iranian Oil Company and/or Defendant National Iranian Gas Company:

    (10)    Pars Oil and Gas Company
             No. 133 Parvin Etesami Street
             Dr. Fatemi Avenue
             Tehran, Iran

A copy of the Third Amended Complaint in this action is attached hereto as Exhibit A in conformance with 28 U.S.C. §1605A(g)(1).

                              Respectfully submitted,

Date: March 4, 2013                /s/ Thomas E. Mellon, III
                              Thomas E. Mellon, III (PA Bar No. 81631)
                              MELLON & WEBSTER, P.C.
                              87 North Broad Street
                              Doylestown, PA 18901
                              (215) 348-7700

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
Melina Goldfarb (AL Bar No. ASB- 3739-R71M)
WIGGINS CHILDS QUINN
 & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS QUINN
 & PANTAZIS, PLLC
1850 M Street, NW, Suite 720
Washington, DC 20036
(202) 467-4123

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN 46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ
 & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-6333

J.D. Lee (TN Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LAW OFFICE OF J.D. LEE
422 South Gay Street, 3rd Floor
Knoxville, TN 37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS
 YEGELWEL. P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL 32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
LAMM RUBENSTONE LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330

Donald J. Winder (UT Bar No. 3519)
Jerald V. Hale (UT Bar No. 8466)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. BOX 2668
Salt Lake City, UT 84110-2668
(801) 322-2222

*Attorneys for the Havlish Plaintiffs*

5