Schweizerische Eidgenossenschaft
Fédération suisse
Federazione Svizzera
Confederaziun svizra

Federal Department of Foreign Affairs FDFA

20418

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 22118 dated February 05, 2013 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Lawsuit Estate of Havlish, et al. v. Islamic Republic of Iran, et al., Case No. 03 MDL 1570 (GBD).

- Note No. 1011-IE addressed to the Islamic Republic of Iran,
- Note No. 1012-IE addressed to The Iranian Ministry of Information and Security,
- Note No. 1013-IE addressed to the Islamic Revolutionary Guard Corps,
- Note No. 1014-IE addressed to the Iranian Ministry of Petroleum,
- Note No. 1015-IE addressed to the Iranian Ministry of Economic Affairs and Finance,
- Note No. 1016-IE addressed to the Iranian Ministry of Commerce,
- Note No. 1017-IE addressed to the Iranian Ministry of Defence and Armed Forces Logistics,
- Note No. 1018-IE addressed to the Central Bank of the Islamic Republic of Iran,

dated February 13, 2013 and proof of service, dated February 13, 2013, as well as the certification by the Swiss Federal Chancellery dated February 19, 2013.

The section has received the above mentioned documents on February 13, 2013. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on February 13, 2013. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

To the
Embassy of the
United States of America

Berne

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, February 19, 2013



<u>Enclosure mentioned</u>