UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

In re Terrorist Attacks on September 11, 2001

ORDER

03-MDL-1570 (GBD)

------------------------------------ X

GEORGE B. DANIELS, District Judge:

The conference in this matter scheduled for April 16, 2013 at 11:00 a.m. is adjourned to July 16, 2013 at 11:00 a.m.

Dated: April 10, 2013
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge