UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: ORDER

:

: 03 MDL 1570 (GBD) (FM)

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2013

This Document Relates to
Havlish v. bin Laden,
03 Civ. 9848 (GBD) (FM)

AND NOW, this 9th day of April, 2013, upon consideration of the *Havlish* Plaintiffs' Motion to Request the Issuance of Letters Rogatory, and the accompanying Memorandum of Law, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED. This Court shall issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as Exhibit I to Plaintiffs' Motion, requesting assistance in serving the Order and Judgment issued by this Court, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; (2) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (3) National Iranian Tanker Corporation; (4) National Iranian Oil Corporation; (5) National Iranian Gas Corporation; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah.

The U.S. Department of State shall transmit the Letters Rogatory and the accompanying legal documents, including the translations, related to the Order and Judgment of October 12,

2012, to the appropriate judicial authority of the Islamic Republic of Iran pursuant to § 1608(b)(3)(A).

BY THE COURT:

Dated:   New York, New York
         April 9, 2013

_____
FRANK MAAS
United States Magistrate Judge