UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In Re:

                              :

       TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001              :

--------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/24/2013

**ORDER**

03 MDL 1570 (GBD) (FM)

**FRANK MAAS**, United States Magistrate Judge.

         It is hereby ORDERED that the May 30, 2013 conference is adjourned to June 28, 2013, at 11 a.m. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

         SO ORDERED.

Dated:       New York, New York
              May 24, 2013

                                           FRANK MAAS
                             United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)