Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) |
| | ECF Case |

This document relates to:

Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al. (02 CV 6977)

Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 9849)

Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 5738)

Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279)

Federal Ins. Co., et al. v. Al Qaida, et al. (03 CV 6978)

New York Marine and General Ins. Co. v. Al Qaida, et al. (04 CV 6105)

Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923)

World Trade Center Prop., LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280)

Continental Casualty Co., et al. v. Al Qaeda, et al. (04 CV 5970)

STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

It is hereby STIPULATED AND AGREED that the law firm of Doar Rieck Kaley

& Mack is hereby substituted for the law firm of Sheppard Mullin Richter & Hampton LLP as

counsel of record for defendant Yassin Abdullah Kadi.

Dated: May    , 2013

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:

David F. Geneson (admitted *pro hac vice*)
Daniel L. Brown
30 Rockefeller Plaza
New York, NY 10112
212 653 8700
email: dgeneson@sheppardmullin.com

*Outgoing Counsel for Yassin Abdullah Kadi*

DOAR RIECK KALEY & MACK

By:

Amy Rothstein
217 Broadway, Suite 707
New York, NY 10007
212 619 3730
email: arothstein@doarlaw.com

*Incoming Counsel for Yassin Abdullah Kadi*

SO ORDERED:

GEORGE B. DANIELS, U.S.D.J.

MAY 2 9 2013

Dated: May _____, 2013