UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001[1] | 03 MDL 1570 (GBD) (FM)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Aisha E. R. Henry, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of Maryland and the District of Columbia; and that her contact information is as follows:

Applicant's Name: Aisha E. R. Henry

Firm Name: Lewis Baach PLLC

Address: 1899 Pennsylvania Avenue, NW, Suite 600

City / State / Zip: Washington, D.C. 20006

Telephone / Fax: (T) (202) 833-8900/(F) (202) 466-5738

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the International Islamic Relief Organization and the Muslim World League in the above-entitled action;

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.*, Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.*, Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.*, Case No. 04-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 04- cv-7279 (GBD) (FM).

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

                                                    United States District / Magistrate Judge