IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                      )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 )   No. 03 MDL 1570 (GBD/FM)
                                                      )
_____)

This document relates to:
    All cases

## SUGGESTION OF DEATH OF SALEH AL-HUSSAYEN

Undersigned counsel, who represented Defendant Sheikh Saleh Al-Hussayen in this Court and in the U.S. Court of Appeals for the Second Circuit, hereby inform this Court and the parties that, according to news articles, Sheikh Saleh Al-Hussayen died in May 2013.

Pursuant to Rule 25(a)(1), Fed. R. Civ. P., undersigned counsel lack knowledge as to his successor(s) or representative(s), if any.

                        Respectfully submitted,

                        /s/ Lynne Bernabei

                        Lynne Bernabei, Esquire  (LB2489)
                        Alan R. Kabat, Esquire  (AK7194)
                        Bernabei & Wachtel, PLLC
                        1775 T Street, N.W.
                        Washington, D.C. 20009-7102
                        (202) 745-1942

DATED:  June 4, 2013

## CERTIFICATE OF SERVICE

     I hereby certify that on June 4, 2013, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

                                               /s/ Alan R. Kabat

                                               Alan R. Kabat