**C L I F F O R D**

**C H A N C E**



**In re Terrorist Attacks of September 11, 2001, 03 MDL 1570 (GBD) (FM)**
This document relates to:
*Ashton, et al. v. Al Qaeda Islamic, et al, 02-cv-6977*
*Burnett v. Al Baraka, 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*

Via Hand Delivery

April 9, 2013

Dear Judge Maas:

      Moving Defendants submit this reply letter in response to Plaintiffs' March 29, 2013 letter ("Opposition") opposing Moving Defendants' Motion to Compel Production of (1) correspondence relating to Plaintiffs' FOIA requests ("FOIA Documents"); and (2) documents that are purportedly subject to a protective order in another litigation ("Arab Bank Documents").[1]

**I.      FOIA Requests and Responses**

      Moving Defendants seek to compel production of the FOIA Documents, which fall generally into three categories: (1) correspondence from government officials to Plaintiffs' counsel; (2) correspondence from Plaintiffs' counsel to government officials; and (3) underlying substantive documents received in response to FOIA requests ("FOIA Responses"). Plaintiffs concede that they must produce all of the documents in the third category,[2] but maintain that Plaintiffs' Correspondence and the Government Correspondence are subject to a blanket "Attorney Work-Product" protection. Plaintiffs' argument fails because (a) the correspondence with the government is not protected work-product and (b) even if it were, Defendants have a substantial need for the FOIA correspondence that far outweighs any purported work-product protection.

**A. Plaintiffs' and Government Correspondence Are Not Work-Product Protected**

      *1. Government Correspondence is Not Work-Product.* Plaintiffs' contention that correspondence created by the government ("Government Correspondence") is somehow Plaintiffs' own work-product is wholly without merit. Courts have routinely held that documents

---

[1] Moving Defendants served their letter motion on February 26, 2013, only after Plaintiffs failed to respond to a February 12, 2013 letter requesting a meet and confer to address the specified flaws in Plaintiffs' Privilege Log.

[2] Plaintiffs contend that they "have produced all of the responsive evidentiary documents received from governmental agencies in response to Plaintiffs' counsels FOIA requests." But that response is not completely clear, especially because Plaintiffs' Privilege Log lists attachments to several FOIA responses. To remove any doubt, Moving Defendants continue to request an order requiring Plaintiffs to produce all FOIA Responses in the same sequence as produced by each agency.

prepared by non-parties are not protected work-product. *Egiazaryan v. Zalmayev,* No. 11 Civ. 2670, 2013 U.S. Dist. LEXIS 33351 (S.D.N.Y. Mar. 8, 2013); *Underpinning & Foundation Skanska, Inc., v. Berkley Regional Ins. Co.,* No. 7 Civ. 2758, 2009 U.S. Dist. LEXIS 15515 (E.D.N.Y. Feb. 27, 2009).

Plaintiffs argue, however, that the Government Correspondence falls outside of this rule because it was "prepared for" a party in anticipation of litigation. Federal Rule of Civil Procedure 26(b)(3), however, only "offers a qualified immunity for documents prepared by a litigant or by someone else on the litigant's behalf." *Bodega Invs., LLC v. United States,* No. 8 Civ. 4065, 2009 U.S. Dist. LEXIS 48513 at *8 (S.D.N.Y. May 14, 2009) (emphasis added). Plaintiffs' cited cases clarify that documents created by non-parties will only be treated as "created on behalf" of a party where there is some existing relationship with the non-party. *See Plew v. Ltd. Brands, Inc.,* No. 8 Civ. 3741, 2009 U.S. Dist. Lexis 39715 (S.D.N.Y. Apr. 23, 2009) (asserting work-product protection over communications with own supplier under a contractual relationship); *Bodega Invs., LLC,* 2009 U.S. Dist. LEXIS 48513 at *16-23 (holding opinion letters created by law firms engaged on behalf of the defendant were protected attorney work-product). By contrast, there is no such relationship between Plaintiffs and the government agencies at issue. Those agencies created and sent that correspondence on their own—not Plaintiffs'—behalves.

Even if such work-product protection did exist, Plaintiffs have waived any purported work-product protection by intentionally and selectively producing some Government Correspondence to Defendants. For example, among the documents produced by Plaintiffs to Defendants are Government Correspondence from the Department of Justice, the Department of State, the Department of Defense, the Defense Intelligence Agency, the Central Intelligence Agency, and Immigrations and Customs Enforcement regarding FOIA requests. *See* Ex. 1. "Work-product waiver will generally be found if the party has disclosed the work product to its adversary...." *Bodega Invs., LLC,* 2009 U.S. Dist. LEXIS 48513, at *10. Under Federal Rule of Evidence 502, such waiver extends to undisclosed communications where: (1) the waiver is intentional; (2) the disclosed and undisclosed communications or information concern the same subject matter; and (3) they ought in fairness to be considered together. *Chick-Fil-A v. ExxonMobil Corp.,* No. 8 Civ. 614222009, U.S. Dist. LEXIS 109588, at *12 (S.D. Fla. Nov. 10, 2009).

Here, the disclosure was intentional, as evidenced by Plaintiffs expressly identifying these documents as concerning Defendants. *See, e.g.,* Ex. 2. And, each of the FOIA communications is related to the same subject matter. *See* Plaintiffs' Privilege Log, (attached hereto as Ex. 3) (describing communication with the identical phrase "regarding FOIA request"). Finally, the Government Correspondence, in fairness, ought to be considered together with the documents Plaintiffs produced because Moving Defendants need the Government Correspondence "to judge [the] provenance and reliability" of the documents Plaintiffs have placed at issue. *Bodega Invs., LLC,* 2009 U.S. Dist. LEXIS 48513, at *20-21. Plaintiffs "may not reveal only information that is favorable to [their] case while concealing what may be unfavorable." *Id.*

**2. *Plaintiffs' Correspondence is Not Work-Product.*** Plaintiffs also contend that their FOIA requests and follow up correspondence to the government ("Plaintiffs' Correspondence") amount to core opinion work-product because the particular documents they requested reflect their mental impressions regarding the importance of particular issues in the case. Yet, this is no more work-product than any document request served under Federal Rule 34 or any subpoena served under Federal Rule 45, which by law must be served on the opposing party. *See* Fed. R. Civ. P. 45(b)(1). Because FOIA requests are functionally analogous to Federal Rule 45 third-party subpoena requests and responses—which do not receive work-product protection—Plaintiffs cannot shield their discovery of governmental records through the guise of a FOIA request.

The Second Circuit has followed the majority of Circuits in concluding that, in all but the rarest of circumstances, correspondence with the government cannot be protected work-product because this protection is not available where the purportedly protected work-product has been disclosed to a party without a shared interest. *See, e.g., In re Steinhardt Partners,* 9 F.3d 230, 236 (2d Cir. 1993) (finding, absent a common interest or a confidentiality agreement with the government, party disclosing information to the government "necessarily decides that the benefits of [disclosure] outweigh the benefits of confidentiality"); *see also In re Sealed Case,* 676 F.2d 793, 817 (D.C.Cir. 1982) ("a party waives its work product protection in civil litigation by disclosing privileged material to anyone without common interests in developing legal theories and analyses of documents" (citations omitted) (internal quotation marks omitted)). Indeed, no court in this jurisdiction has held that FOIA requests and related correspondence are subject to any work-product protection.[3]

In fact, Plaintiffs' FOIA requests here were adversarial to the government because Plaintiffs' counsel initiated FOIA litigation with respect to some of the FOIA requests, during which the government publicly filed both Plaintiffs' FOIA requests and the government's responses. *See Cozen O'Connor v. U.S. Dep't of the Treasury,* 570 F. Supp. 2d 749 (E.D.Pa. 2008).[4] Plaintiffs cannot maintain that the FOIA correspondence is somehow protected from disclosure when a large sample was publicly filed with the U.S. District Court for the Eastern District of Pennsylvania in FOIA litigation that Plaintiffs' counsel initiated.

Moreover, Plaintiffs sent their correspondence to the government under circumstances that make that correspondence itself discoverable pursuant to a FOIA request. Under FOIA, one may request a copy of any record in an agency's files that is not protected from disclosure by one of the exemptions or exclusions. 5 U.S.C. § 552; *see also S. Dep't of the Interior v. Klamath Water Users Protective Ass'n,* 532 U.S. 1, 7 (2001). Plaintiffs have not, and cannot, suggest that that either Plaintiffs' Correspondence or Government Correspondence are subject to any FOIA exemption. Thus, the government must produce all such correspondence in response to a FOIA request. In short, Plaintiffs have no claim of work-product protection to protect their communications with government agencies.

---

[3] Plaintiffs' cite two Eastern District of Pennsylvania cases applying work-product protection to FOIA Requests. Neither case is persuasive and both are at odds with the Second Circuit's approach.

[4] *See* Exhibits to Gov.'s Mot. for Sum. J. in *Cozen O'Connor v. U.S. Dep't of the Treasury,* 570 F. Supp. 2d 749 (E.D.Pa. 2008) attached hereto as Ex. 4.

**B. Defendants Have A Substantial Need for the FOIA Correspondence**

Even assuming the Government Correspondence and Plaintiffs' Correspondence are work-product, Defendants have a substantial need for these responsive documents. *Egiazaryan v. Zalmayev*, 2013 U.S. Dist. LEXIS 33351 at *37 (S.D.N.Y. 2013) (work-product must be produced upon a showing of "substantial need" and a "hardship" in obtaining them by alternative means). Despite Plaintiffs' bald conclusions to the contrary, the communications surrounding the FOIA Responses may have significant evidentiary value. The Correspondences may contain substantive information, including names of witnesses and substantive discussions about the government's actions. Without such communications, it also may be impossible for Defendants to make determinations about the credibility and admissibility of the FOIA Responses that Plaintiffs have produced. For example, producing FOIA Responses without the related communication obscures the source of the documents, calling into question their authenticity and the weight they should be afforded.

Plaintiffs incorrectly suggest that the FOIA Correspondence fall outside the scope of permitted discovery. Yet, the fact that Plaintiffs listed these document on their Privilege Log places their responsiveness beyond dispute, and Plaintiffs should have raised any purported relevancy objection in response to document requests, not in response to a motion to compel. Moreover, the fact that the Correspondence speaks to the source, veracity, authenticity, and admissibility of documents Plaintiffs will rely upon in the litigation makes them clearly relevant to the parties' claims and defenses, which Plaintiffs admit is the standard under Rule 26.

Plaintiffs' contention that the probative value of the Correspondence is outweighed by the potential prejudice under Federal Rule of Evidence 403 is equally unavailing. First, Rule 403 deals only with the admissibility of evidence. Rule 26 expressly states that "[r]elevant information need not be admissible at trial" to be discoverable. Second, neither Defendants nor the Court have access to the responsive documents to make any Rule 403 determination.

Likewise, Plaintiffs' argument that the FOIA Correspondence is opinion work-product and not subject to disclosure even upon a showing of substantial need is also wrong. Plaintiffs' basic argument is that the Correspondence will show which documents Plaintiffs sought and agreed to forgo. Yet, the selection and organization of documents is not opinion work-product, and generally is not even afforded factual work-product protection. *In re Grand Jury Subpoenas Dated March 19, 2002, and August 2, 2002*, 318 F.3d 379, 385 (2d Cir. 2003). Plaintiffs' conclusory contention that their selection of documents reflect counsels' "mental impressions, legal theories, and priorities concerning important issues in the litigation" merely restates the rule. *In re Grand Jury Subpoena Dated July 6, 2005*, 510 F.3d 180 (2d Cir. 2007) ("To be entitled to protection for opinion work product, the party asserting the privilege must show a real, rather than speculative, concern that the work product will reveal counsel's thought processes in relation to pending or anticipated litigation" (internal quotation marks omitted)).

Plaintiffs cannot have it both ways. The correspondence with the government is not confidential and thus not work-product protected. Or, even if it were confidential, that protection must yield given Plaintiffs' waivers and Defendants' substantial need for the documents. Moving Defendants respectfully request an order compelling production of these relevant and responsive documents.

## II.     The Arab Bank Confidential Documents

Nothing in the *Arab Bank* confidentiality order requires withholding of responsive documents in Plaintiffs' possession.   Plaintiffs admit that the Arab Bank documents are responsive to Defendants' document requests and the documents are not subject to any privilege. Under Paragraph 12 of the *Arab Bank* confidentiality order, Plaintiffs' counsel was only required to provide notice to Arab Bank's counsel and then wait to make the production on "the last date on which production may be made." Ex. 5 at 16.  That date in this case was August 30, 2012. Nothing in the order prohibited the production of these documents.  Plaintiffs' assertion that the Protective Order "prohibits" the disclosure of the Arab Bank documents is thus incorrect.

Instead of following the order (or even seeking any needed clarification from the Court in the *Arab Bank* case), Plaintiffs have required the Moving Defendants to incur the expense of bringing this motion. That was completely unnecessary.  As the protective order itself notes, "[n]othing contained within this paragraph shall obligate any party or person who receives a subpoena or other process seeking production or disclosure of Confidential Information or Highly Confidential Information to resist such production or disclosure, or be construed as encouraging any party or person not to comply with any court order, subpoena, or other process." *Id.*  In fact, Plaintiffs state no real objection to producing the documents, but would prefer to do so in response to a court order.  Thus, Moving Defendants respectfully request that the Court order Plaintiffs to produce the Arab Bank Documents.

## III.     Lack of Sufficient Detail

Defendants' letter motion raises serious issues regarding the lack of sufficient detail in Plaintiffs' Privilege Log.  In response, Plaintiffs mischaracterize Defendants' concerns as a column labeling dispute.  Plaintiffs ignore that the issue is that the descriptions in their Privilege Log are so vague that there is no way to discern to which defendant and which particular document request any particular entry applies, preventing Moving Defendants from determining which entries to challenge.  Instead, Plaintiffs quip that the instant motion proves that Defendants are able to challenge the Log.  This misses the point: Plaintiffs' entries are so vague that Defendants cannot even determine to which document request each entry pertains.

### CONCLUSION

For the foregoing reasons, the Moving Defendants respectfully request the Court to order Plaintiffs to produce all of the documents on Plaintiffs' Privilege Log, or in the alternative, to amend the Privilege Log to include an adequate description of each document and a delineation as to which defendant each entry pertains.

Respectfully submitted,

Steven T. Cottreau
Clifford Chance US LLP

cc:     MDL 1570 Plaintiffs' Executive Committees
        Alan Kabat, Bernabei & Wachtel, PLLC

# EXHIBIT 1

U.S. Department of Homeland Security
800 North Capitol Street NW, #585
Washington, DC 20536-5009



**U.S. Immigration
and Customs
Enforcement**

March 2, 2010

J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**Re: ICE FOIA Case # 2010FOIA1883**
   **FBI FOI/PA# 1125778-000**
   **DHS/OS/PRIV 10-0231**

Dear Mr. Tarbutton:

This letter is the final response to your Freedom of Information Act (FOIA) request, dated
July 27, 2009, to the Federal Bureau of Investigation (FBI) seeking records referring to
Mohammed Jamal Khalifa, a top al Qaida official.

While processing your request, the FBI located records that fall under the purview of US
Immigration and Customs Enforcement (ICE). Accordingly, your request and 39 pages were
referred to this office for processing and response to you. Your request was received in this
office on December 29, 2009.

To provide you with the greatest degree of access authorized by law, we have considered your
request under the FOIA, 5 U.S.C. § 552. Of the 39 pages referred by the FBI, I have determined
that 3 pages are withheld in full and portions of 27 pages are exempt from disclosure pursuant to
Title 5 U.S.C. § 552 (b)(2)High, (b)(5), (b)(6) and (b)(7)(C) of the FOIA.

Portions of the 27 pages are being withheld as described below.

**FOIA Exemption 2(high)** protects information applicable to internal administrative and
personnel matters, such as operating rules, guidelines, and manual of procedures of examiners or
adjudicators, to the extent that disclosure would risk circumvention of an agency regulation or
statute, impede the effectiveness of an agency's activities, or reveal sensitive information that
may put the security and safety of an agency activity or employee at risk. Whether there is any
public interest in disclosure is legally irrelevant. Rather, the concern under high 2 is that a FOIA
disclosure should not benefit those attempting to violate the law and avoid detection.

**FOIA Exemption 5** protects from disclosure those inter- or intra-agency documents that are
normally privileged in the civil discovery context. The three most frequently invoked privileges
are the deliberative process privilege, the attorney work-product privilege, and the attorney-client

www.ice.gov

FED-PEC0155236

privilege.   After carefully reviewing the responsive documents, I determined that [portions of] the responsive documents qualify for protection under the

- **Deliberative Process Privilege**
  The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters. The release of this internal information would discourage the expression of candid opinions and inhibit the free and frank exchange of information among agency personnel.

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right privacy. The types of documents and/or information that we have withheld may consist of social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any private interest you may have in that information does not factor into this determination.

You have a right to appeal the above determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to: Associate General Counsel (General Law), U.S. Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Please note that some of the enclosed documents contain deletions made by the FBI. The appropriate exemptions appear next to the redacted information. You may appeal these denials by writing to the following address within sixty days of your release: Co-Director, Office of

www.ice.gov

FED-PEC0155237

Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, NW, Suite 11050, Washington, DC 20530-0001.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.[1]

If you need to contact our office about this matter, please refer to case number **2010FOIA1883.** This office can be reached at (202) 732-0300 or (866) 633-1182.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

Enclosure(s): 39 pages

---

[1] 6 CFR § 5.11(d)(4).

www.ice.gov

**FED-PEC0155238**

Central Intelligence Agency



Washington, D.C. 20505

18 January 2012

Mr. J. Scott Tarbutton
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103-3508

Reference:  F-2011-00177 / DoD #09-F-1807

Dear Mr. Tarbutton:

In the course of processing your 28 September 2009 Freedom of Information Act (FOIA) request, submitted on behalf of Cozen O'Connor, to the Department of Defense (DoD) for information on Abu Zubaydah, the DoD located CIA material and referred it to us on 18 October 2010 for review and direct response to you.

We have determined that the enclosed document can be released to you in segregable form with a deletion made on the basis of FOIA exemption (b)(3).  Additional material was determined to be currently and properly classified and must be denied in its entirety on the basis of FOIA exemptions (b)(1) and (b)(3) and other material denied in full under (b)(3) and (b)(4).  Exemption (b)(3) pertains to information exempt from disclosure by statute.  The relevant statute is the Central Intelligence Agency Act of 1949, 50 U.S.C. § 403, as amended, e.g., Section 6, which exempts from the disclosure requirement information pertaining to the organization, functions, including those related to the protection of intelligence sources and methods, names, official titles, salaries, and numbers of personnel employed by the Agency.  An explanation of exemptions is enclosed. As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination.  You have the right to appeal this response to the Agency Release Panel, in my care, within 45 days from the date of this letter.  Please include the basis of your appeal.

Sincerely,

Susan Viscuso
Information and Privacy Coordinator

Enclosures



**U.S. Department of Justice**

Criminal Division

_____

*Washington, D.C. 20530*

CRM-200800668-F

Mr. J. Scott Tarbutton                                    SEP 2 5 2008
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103

Dear Mr. Tarbutton:

        In processing your Freedom of Information Act request dated July 30, 2003, the
Department of the Treasury located two documents (items 1-2) which originated with or are of
interest to the Criminal Division of the Department of Justice, and referred these documents to us
for our review and direct response to you.  These documents were received in this Office on
September 23, 2008.

        We have processed your request under the Freedom of Information Act and will make all
records available to you whose release is either required by that statute, or considered appropriate
as a matter of discretion.

        In light of our review, we have determined to release item 1 in full and item 2 in part.  In
regard to item 2, we have made one excision to remove the name of an administrative staff
support member.  This excision was based on the following FOIA exemptions set forth in 5
U.S.C. 552(b):

   (6)  which permits the withholding of personnel and medical files and
      similar files the disclosure of which would constitute a clearly
      unwarranted invasion of personal privacy;

   (7)  which permits the withholding of records or information compiled
      for law enforcement purposes, but only to the extent that the
      production of such law enforcement records or information...

    (C)  could reasonably be expected to constitute an
       unwarranted invasion of personal privacy.

Copies of items 1-2 are enclosed.

        You have a right to an administrative appeal of this partial denial of your request.  Your
appeal should be addressed to: The Office of Information and Privacy, United States Department
of Justice, 1425 New York Ave., NW, Suite 11050, Washington, DC 20530-0001.  Both the

envelope and the letter should be clearly marked with the legend "FOIA Appeal." Department regulations provide that such appeals must be received by the Office of Information and Privacy within sixty days of the date of this letter. 28 C.F.R. 16.9. If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia. If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,

Rena Y. Kim, Chief
Freedom of Information/Privacy Act Unit
Office of Enforcement Operations
Criminal Division

2



United States Department of State

*Washington, D.C. 20520*

Case No.:  201000207 FBI01

J. Scott Tarbutton
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

**JUL 2 2 2010**

Dear Mr. Tarbutton:

I refer to your request dated January 26, 2009 to the Federal Bureau of
Investigation Washington Metropolitan Field Office, for the release of certain
material under the Freedom of Information Act (Title 5 USC Section 552).
One of the relevant documents retrieved in response to your request
originated with the Department of State and was therefore referred to us for
appropriate action.

We have determined that it may be released with excisions.  All released
material is enclosed.

An enclosure provides information on Freedom of Information Act exemptions
and other grounds for withholding material.  The applicable exemptions are
marked on the document.  All non-exempt material that is reasonably
segregable from the exempt material has been released.

With respect to material withheld by the Department of State, you have the
right to appeal our determination within 60 days.  A copy of the appeals
procedures is enclosed.

Sincerely,

*for* Margaret P. Grafeld, Director
Office of Information Programs and Services

Enclosures:
     As stated.

FED-PEC0155312



**DEFENSE INTELLIGENCE AGENCY**

**WASHINGTON, D.C. 20340-5100**



U-10-1,540/DAN-1A (FOIA)

AUG 3 1 2010

Mr. J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103-3508

Dear Mr. Tarbutton:

    This responds to your Freedom of Information Act (FOIA) request, dated September 28, 2009, that you submitted to the Defense Intelligence Agency (DIA) for information concerning Khalid Sheikh Mohammed ("KSM"). I apologize for the delay in responding to your request. In order to properly respond, it was necessary to consult with other agencies and consult with another office within the agency.

    A search of DIA's systems of records located nine documents responsive to your request. Of these documents, five were referred to other government agencies for their review and direct response to you. This referral is necessary because the documents did not originate with DIA.

    Upon review, I have determined that some portions of one document must be withheld in part from disclosure pursuant to the FOIA. The withheld portions are exempt from release pursuant to Exemptions 1, 2, and 3 of the FOIA, 5 U.S.C. 552 §§ (b)(1), (b)(2), and (b)(3). Exemption 1 applies to information properly classified under the criteria of Executive Order 13526. Exemption 2 applies to information which pertains solely to the internal rules and practices of the agency, the release of which could risk circumvention of a legal requirement. Exemption 3 applies to information specifically exempted by a statute establishing particular criteria for withholding. The applicable statute is 10 U.S.C. § 424 which protects the identity of DIA employees and the organizational structure of the agency.

    Further, I have determined that three of the responsive documents must be withheld in full pursuant to the FOIA. These withheld documents are exempt from release pursuant to Exemptions 1, 2, and 3 of the FOIA, 5 U.S.C. 552 §§ (b)(1), (b)(2), and (b)(3).

    If you are not satisfied with my response to your request, you may exercise your right to file an administrative appeal by writing to the address below and referring to case number #0454-2009. Your appeal must be postmarked no later than 60 days after the date of this letter.

Defense Intelligence Agency
ATTN: DAN-1A (FOIA)
200 MacDill Blvd
Washington, D.C. 20340-5100

Sincerely,

*Alesia Y. Williams*

Alesia Y. Williams
Chief, Freedom of Information Act Staff

Enclosure a/s

**FED-PEC0155341**



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

17 JUL 2012

Ref: 09-F-1807

J. Scott Tarbutton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Dear Mr. Tarbutton:

This is the final response to your Freedom of Information Act request dated September 28, 2009, for "the documents identified in Attachment A relating to Abu Zubaydah, former senior leader of al Qaida." The Records and Declassification Division (RDD), Washington Headquarters Services searched the record collections of the Rumsfeld Chronicle of Tenure, former Deputy Secretary of Defense Paul Wolfowitz, former Deputy Secretary of Defense Gordon R. England, the records of the Undersecretary of Defense for Policy housed at the WNRC, and the scanned records of Mr. Douglas Feith, and located 17 responsive documents. One of the documents is a duplicate and was not included in this response.

Six documents were referred to the Central Intelligence Agency (CIA) and two documents were referred to the Defense Intelligence Agency (DIA), for their processing and direct response to you. The DIA and CIA notified us that they have since responded directly to you concerning their equities in these eight documents.

We further tasked the CIA for a review of six documents for coordination and response by this Office. Ms. Susan Viscuso, Information and Privacy Coordinator, an Initial Denial Authority (IDA), for the CIA determined that two documents totaling four pages are exempt from release in their entirety pursuant to 5 U.S.C. § 552(b)(1), which pertains to information that is currently and properly classified in accordance with Executive Order 13526, Section 1.4(c) which pertains to intelligence activities (including covert action), intelligence sources or methods, or cryptology; 5 U.S.C. § 552(b)(3), which pertains to information exempted from release by statute, in this instance, 50 U.S.C. § 403 which pertains to the organization, and functions, including those related to the protection of intelligence sources and methods, names, official titles, salaries and numbers of personnel employed by the CIA; and 5 U.S.C. § 552(b)(5), which pertains to certain inter- and intra-agency communications which are deliberative in nature, and are part of the decision making process. Ms. Viscuso also determined that information in four of the enclosed documents is exempt from release in part pursuant to 5 U.S.C. § 552(b)(1) Section 1.4(c), and 5 U.S.C. § 552(b)(3), Section 50 U.S.C. § 403.

Mr. Russell G. Leavitt, Associate Deputy General Counsel, an IDA for the Department of Defense (DoD) Office of the General Counsel (OGC) determined that one document totaling two pages is exempt from release in its entirety pursuant to 5 U.S.C. § 552(b)(5).

Lieutenant J. Ryan Call, US Navy, Judge Advocate General's Corps, an IDA for the Criminal Investigation Task Force has determined that one document totaling three pages is exempt from release in part pursuant to 5 U.S.C. § 552(b)(1), Section 1.4 (a) which pertains to military plans, weapons, or operations.

One document required review by the U.S. Southern Command (SOUTHCOM). We therefore referred the document to SOUTHCOM for direct response to you. You may coordinate with SOUTHCOM at this address: U.S. Southern Command FOIA Requester Service Center, Attn: SCJ224 (FOIA), 9301 NW 33rd St, Doral FL 33172.

Mr. Jonas M. Holmes, Principle Deputy, USD(P), Middle East, an IDA for USD(P), has determined that one page of one document, which was separated and sent for concurrent review to CIA and DIA of their equities, is exempt from release in full pursuant to 5 U.S.C. § 552(b)(1) Section 1.4(c), 5 U.S.C. § 552(b)(5), and 5 U.S.C. § 552(b)(6) which pertains to information the release of which would constitute a clearly unwarranted invasion of the personal privacy of individuals. Mr. Holmes also determined that information within one of the enclosed documents is exempt from release in part pursuant to 5 U.S.C. § 552(b)(1) Section 1.4(c), and 5 U.S.C. § 552(b)(3), section 50 U.S.C. § 403. Additionally, LTC Caroline A. Toffoli, US Army, Deputy Medical Director, an IDA for the Under Secretary of Defense for Acquisitions Technology, and Logistics (AT&L), also has determined that information within one of the enclosed documents is exempt from release in part pursuant to 5 U.S.C. § 552(b)(1) Section 1.4(a).

The Office of the Secretary of Defense incurred a cost of $132.00 in processing your request. Assessable fees consisted of two hours of search at the professional rate of $44.00 per hour, and one hour of review at the professional rate of $44.00 per hour. Please indicate FOIA reference number 09-F-1807 on a check or money order made payable to the U. S. Treasurer in the amount of $132.00, and send it to this Office at the above address. Please also note the billing date above since payments received later than 30 days after the billing date may incur additional interest charges.

If you are not satisfied with this action, you may appeal to the appellate authority, the Director of Administration and Management, Office of the Secretary of Defense, by writing directly to the Defense Freedom of Information Policy Office, Attn: Mr. James Hogan, 1155 Defense Pentagon, Washington, D.C. 20301-1155. Your appeal should be postmarked within 60 calendar days of the date of this letter, should cite to case number 09-F-1807, and should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

for Paul J. Jacobsmeyer
Chief

Enclosures:
As stated



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR. J. SCOTT TARBUTTON                    January 14, 2011
COZEN/O'CONNOR ATTORNEYS
1900 MARKET STREET
PHILADELPHIA, PA 19103 3508

Subject: DUBAI ISLAMIC BANK

FOIPA No.  1150351- 000

Dear Mr. Tarbutton:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|                       |                       |                       |
|-----------------------|-----------------------|-----------------------|
| **Section 552**       |                       | **Section 552a**      |
| ☒(b)(1)               | ☒(b)(7)(A)            | ☐(d)(5)               |
| ☐(b)(2)               | ☐(b)(7)(B)            | ☐(j)(2)               |
| ☐(b)(3)_____  | ☒(b)(7)(C)            | ☐(k)(1)               |
| _____  | ☒(b)(7)(D)            | ☐(k)(2)               |
| _____  | ☐(b)(7)(E)            | ☐(k)(3)               |
| _____  | ☐(b)(7)(F)            | ☐(k)(4)               |
| ☐(b)(4)               | ☐(b)(8)               | ☐(k)(5)               |
| ☐(b)(5)               | ☐(b)(9)               | ☐(k)(6)               |
| ☒(b)(6)               |                       | ☐(k)(7)               |

42  page(s) were reviewed and 12  page(s) are being released.

☒  Documents were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☒  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information Policy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s).

**FED-PEC0173426**

Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

       In response to your Freedom of Information Act (FOIA) request submitted to the Federal Bureau of Investigation (FBI), Records Management Division, Winchester, Virginia, enclosed are processed copies of the FBI Moscow Legal Attache Office file 163I-MC-516 and FBI Headquarters file 163A-HQ-1251645.

       File number 163I-MC-516 concerns a multi-subject investigation.  In processing the responsive documents, the pages considered for possible release included only those pages which mention Dubai Islamic Bank by name and any additional pages showing the context in which Dubai Islamic Bank was mentioned.

FED-PEC0173427



**United States Department of State**

*Washington, D.C. 20520*

MAY 1 5 2012

Case No. F-2010-03914
Segment: NEA1

Mr. J. Scott Tarbutton
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Dear Mr. Tarbutton:

In response to your request dated June 28, 2010 under the Freedom of
Information Act (Title 5 USC Section 552), we have initiated searches of the
following Department of State record systems: the Central Foreign Policy
Records (the principal record system of the Department of State) and the
records of the Bureau of Near Eastern Affairs and the Bureau of Intelligence
and Research.

The search of the records of the Bureau of Near Eastern Affairs has been
completed and has resulted in the retrieval of 42 documents responsive to your
request. After reviewing these documents, we have determined that 26 may be
released in full, seven may be released with excisions, and four must be
withheld in full. All released material is enclosed.

A decision on the remaining five documents requires intra-agency or
interagency coordination: four originated in another government office, which
will review the documents and respond to you directly; one has been referred
to another government office for further review to assist us in making a final
determination.

- 2 -

An enclosure explains Freedom of Information Act exemptions and other grounds for withholding material. Where we have made excisions, the applicable exemptions are marked on each document. Of the documents withheld in full, four were withheld under exemption B1 and three under exemption B5.

In some cases, two or more exemptions may apply to the same document. All non-exempt material that is reasonably segregable from the exempt material has been released.

With respect to material withheld by the Department of State, you have the right to appeal our determination within 60 days. A copy of the appeals procedures is enclosed.

The search of the records of the Bureau of Intelligence and Research has been completed, resulting in no documents that were responsive to your request.

We will keep you informed as your case progresses. If you have any questions, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, DC 20522-8100, or telephone us at (202) 261-8484. Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

Sheryl L. Walter, Director
Office of Information Programs and Services

Enclosures:
    As stated.

# EXHIBIT 2

*In Re: Terrorist Attacks on September 11, 2001* (03-MDL-1570) (GBD) (FM)

*Federal Insurance* Plaintiffs' Supplemental Document Production Index Provided in Response to Defendant Dubai Islamic Bank's First Set of Requests for Production of Documents and Tangible Things[1]

| DIB'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS | |
| --- | --- |
| **Document Request** | **Response** |
| 1. All documents concerning your decision to assert claims against DIB. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 2. All documents you relied on or referred to in composing the allegations and claims concerning DIB in the Complaints, including all documents referred to in the Complaints. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 3. All documents you relied on or referred to in composing the allegations and claims concerning DIB in the RICO Statements, including all documents referred to in the RICO Statements. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 4. All documents concerning your allegations against DIB in the Complaints. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 5. All documents responsive to any request in the Plaintiffs' First Set Of Requests For Production Of Documents Directed To Dubai Islamic Bank. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 6. All documents relevant to DIB's or any Plaintiff's claims or defenses in the above-captioned case. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 7. All documents concerning DIB that you obtained from any third party. | FED-PEC0173426-173442, FED-PEC0174811-174876. |
| 8. All documents concerning DIB. | *Plaintiffs incorporate and reference all documents being produced herewith,* including the following documents:<br><br>PEC-DIB000001-1062, FED-PEC0000591-592, FED-PEC0000786-787, FED-PEC0005189-5222, FED-PEC0007634-7667, FED-PEC0024302-24332, FED-PEC0024410-24413, FED-PEC0024581-24582, FED-PEC0024590-24612, FED-PEC0024613-24621, FED- |

[1] This index identifies additional documents responsive to Defendant Dubai Islamic Bank's First Set of Requests for Production of Documents and Tangible Things. This index is subject in all respects to Plaintiffs' prior responses and objections to Defendant Dubai Islamic Bank's First Set of Requests for Production of Documents and Tangible Things, which are incorporated herein by reference.

PEC0044707-44708, FED-PEC0061853-61868, FED-PEC0067501-
67524, FED-PEC0068000-68017, FED-PEC0071476-71485, FED-
PEC0072872-72884, FED-PEC0072885-72903, FED-PEC0105106-
105109, FED-PEC0105174-105194, FED-PEC0106587-106650,
FED-PEC0106889-106952, FED-PEC0109509-109514, FED-
PEC0113144-113161, FED-PEC0114404-114406, FED-
PEC0116366-116377, FED-PEC0120274-120291, FED-
PEC0125224-125246, FED-PEC0126098-126102, FED-
PEC0126248-126259, FED-PEC0126264-126281, FED-
PEC0127615-127638, FED-PEC0129974-130048, FED-
PEC0133061-133124, FED-PEC0142133-142139, FED-
PEC0142141-142147, FED-PEC0142301-142614, FED-
PEC0142630-142999, FED-PEC0143013-143059, FED-
PEC0143176-143197, FED-PEC0143218-143531, FED-
PEC0145587-145608, FED-PEC0173426-173442, FED-
PEC0197590-197603, FED-PEC0212829, FED-PEC0212830-
212839, FED-PEC0212840-212843, FED-PEC0212844-212913,
FED-PEC0212914-212919, FED-PEC0212920-213106, FED-
PEC0213108-213144, FED-PEC0213145-213148, FED-
PEC0213149-213170, FED-PEC0213171-213171, FED-
PEC0213172-213174, FED-PEC0213175-213177, FED-
PEC0213178-213180, FED-PEC0213181-213181, FED-
PEC0213182-213186, FED-PEC0213187-213189, FED-
PEC0213190-213226, FED-PEC0213227-213255, FED-
PEC0213256-213341, FED-PEC0213342-213422, FED-
PEC0213423-213433, FED-PEC0213434-213491, FED-
PEC0213492, FED-PEC0213493-213495, FED-PEC0213496-
213497, FED-PEC0213498-213499, FED-PEC0213500-213508,
FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213512-
213524, FED-PEC0213525-213542, FED-PEC0213543-213549,
FED-PEC0213550-213553, FED-PEC0213554-213607, FED-
PEC0213608-213618, FED-PEC0213619-213627, FED-
PEC0213628-213630, FED-PEC0213631, FED-PEC0213632, FED-
PEC0213633-213648, FED-PEC0213649-213650, FED-
PEC0213651-213652, FED-PEC0213653-213672, FED-
PEC0213673-213675, FED-PEC0213676-213696, FED-
PEC0213697-213702, FED-PEC0213703-213723, FED-
PEC0213724, FED-PEC0213725-213729, FED-PEC0213730-
213780, FED-PEC0213781-213783, FED-PEC0213784-213791,
FED-PEC0213792-213854, FED-PEC0214102-214164, FED-
PEC0232606, FED-PEC0232607, FED-PEC0232608, FED-
PEC0232609-232610, FED-PEC0232611, FED-PEC0232612, FED-
PEC0232613-232614, FED-PEC0232615-232616, FED-
PEC0232617, FED-PEC0232618, FED-PEC0232619, FED-
PEC0232620-232621, FED-PEC0232622-232623, FED-
PEC0232624-232625, FED-PEC0232626, FED-PEC0232627-
232629, FED-PEC0232630-232639, FED-PEC0232640, FED-
PEC0232641, FED-PEC0232642-232648, FED-PEC0232649, FED-
PEC0232650-232651, FED-PEC023265, FED-PEC0232653, FED-

PEC0232654-232655, FED-PEC0232657-232658, FED-PEC0232659-232660, FED-PEC0232661-232662, FED-PEC0232663-232665, FED-PEC0232666-232677, FED-PEC0232678-232694, FED-PEC0232695-232702, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232715-232723, FED-PEC0232724, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232729-232731, FED-PEC0232732-232735, FED-PEC0232736, FED-PEC0232737-232747, FED-PEC0232748-232752, FED-PEC0232753-232754, FED-PEC0232755-232757, FED-PEC0232758-232776, FED-PEC0232777, FED-PEC0232778-232791, FED-PEC0232792-232797, FED-PEC0232798-232801, FED-PEC0232802-232806, FED-PEC0232807-232812, FED-PEC0232813, FED-PEC0232814-232816, FED-PEC0232817, FED-PEC0232818-232828, FED-PEC0232829-232830, FED-PEC0232831-232832, FED-PEC0232833-232834, FED-PEC0232835-232838, FED-PEC0232839-232842, FED-PEC0232843, FED-PEC0232844, FED-PEC0232845, FED-PEC0232846, FED-PEC0232807-232849, FED-PEC0232850-232857, FED-PEC0232858-232861, FED-PEC0232862-232863, FED-PEC0232864-232866, FED-PEC0232867-232873, FED-PEC0232874-232875, FED-PEC0232876, FED-PEC0232877-232878, FED-PEC0232879-232885, FED-PEC0232886-232888, FED-PEC0232889-232892, FED-PEC0232892, FED-PEC0232893, FED-PEC0232894-232895, FED-PEC0232896-232897, FED-PEC0232898-232900, FED-PEC0232901-232902, FED-PEC0232903-232904, FED-PEC0232905, FED-PEC0232906, FED-PEC0232907-232910, FED-PEC0232911-232914, FED-PEC0232915-232917, FED-PEC0232918-232921, FED-PEC0232922-232926, FED-PEC0232927-232929, FED-PEC0232930-232932, FED-PEC0232933, FED-PEC0232934, FED-PEC0232935-232936, FED-PEC0232937-232941, FED-PEC0232942, FED-PEC0232943-232944, FED-PEC0232945-232946, FED-PEC0232947, FED-PEC0232948-232952, FED-PEC0232953-232964, FED-PEC0232965-232966, FED-PEC0232967-232987, FED-PEC0232988-232994, FED-PEC0232995-232996, FED-PEC0232997-233001, FED-PEC0233002-233005, FED-PEC0233006-233009, FED-PEC0233010-233016, FED-PEC0233017-233019, FED-PEC0233020-233021, FED-PEC0233022, FED-PEC0233023-233026, FED-PEC0233027, FED-PEC0233028-233030, FED-PEC0233031, FED-PEC0233032-233034, FED-PEC0233035-233037, FED-PEC0233038, FED-PEC0233039, FED-PEC0233040, FED-PEC0233041-233046, FED-PEC0233047-233048, FED-PEC0233049-233050, FED-PEC0233051-233055, FED-PEC0233056-233060, FED-PEC0233061-233077, FED-PEC0233078-233081, FED-PEC0233082-233086, FED-PEC0233087-233090, FED-PEC0233091-233093, FED-PEC0233094-233098, FED-

PEC0233099-233103, FED-PEC0233104-233115, FED-
PEC0233116-233120, FED-PEC0233121-233131, FED-
PEC0233132-233154, FED-PEC0233155-233156, FED-
PEC0233157-233159, FED-PEC0233160-233164, FED-
PEC0233165-233168, FED-PEC0233169-233172, FED-
PEC0233173-233174, FED-PEC0233175-233176, FED-
PEC0233177-233181, FED-PEC0233182, FED-PEC0233183, FED-
PEC0233184-233186, FED-PEC0233187-233198, FED-
PEC0233199-233208, FED-PEC0233209-233213, FED-
PEC0233214, FED-PEC0233215, FED-PEC0233216-233217, FED-
PEC0233254-233263, FED-PEC0233264-233279, FED-
PEC0233280, FED-PEC0233281-233283, FED-PEC0233284-
233288, FED-PEC0233289, FED-PEC0233290-233291, FED-
PEC0233292-233293, FED-PEC0233294, FED-PEC0233295-
233298, FED-PEC0233299-233301, FED-PEC0233302-233303,
FED-PEC0233304-233309, FED-PEC0233310-233321, FED-
PEC0233322-233326, FED-PEC0233327-233338, FED-
PEC0233339, FED-PEC0233340-233345, FED-PEC0233346-
233347, FED-PEC0233348-233349, FED-PEC0233350, FED-
PEC0233351-233353, FED-PEC0233354, FED-PEC0233355-
233358, FED-PEC0233359-233362, FED-PEC0233363-233364,
FED-PEC0233365-233369, FED-PEC0233370-233371, FED-
PEC0233372-233373, FED-PEC0233374, FED-PEC0233375-
233379, FED-PEC0233380-233381, FED-PEC0233382, FED-
PEC0233383-233385, FED-PEC0233386-233387, FED-
PEC0233388, FED-PEC0233389, FED-PEC0233390-233395, FED-
PEC0233396, FED-PEC0233397, FED-PEC0233398-233418, FED-
PEC0233419-233429, FED-PEC0233430, FED-PEC0233431, FED-
PEC0233432-233433, FED-PEC0233434-233435, FED-
PEC0233436-233438, FED-PEC0233439-233440, FED-
PEC0233441, FED-PEC0233442-233459, FED-PEC0233460-
233462, FED-PEC0233463-233474, FED-PEC0233475-233480,
FED-PEC0233481-233484, FED-PEC0233485-233487, FED-
PEC0233488-233494, FED-PEC0233495-233501, FED-
PEC0233502-233505, FED-PEC0233506-233508, FED-
PEC0233509-233520, FED-PEC0233521, FED-PEC0233522-
233523, FED-PEC0233524-233529, FED-PEC0233530-233531,
FED-PEC0233532-233534, FED-PEC0233535-233547, FED-
PEC0233548-233551, FED-PEC0233552-233554, FED-
PEC0233555-233558, FED-PEC0233559-233561, FED-
PEC0233562-233564, FED-PEC0233565-233567, FED-
PEC0233568-233575, FED-PEC0233576, FED-PEC0233577-
233581, FED-PEC0233582-233585, FED-PEC0233586-233587,
FED-PEC0233588-233594, FED-PEC0233595-233596, FED-
PEC0233597-233599, FED-PEC0233600-233602, FED-
PEC0233603, FED-PEC0233604-233605, FED-PEC0233606-
233607, FED-PEC0233608-233609, FED-PEC0233610, FED-
PEC0233611-233616, FED-PEC0233617-233624, FED-
PEC0233625, FED-PEC0233626, FED-PEC0233627-233628, FED-

| | |
|---|---|
| | PEC0233629-233633, FED-PEC0233634-233635, FED-PEC0233636-233642, FED-PEC0233643-233644, FED-PEC0233645, FED-PEC0233646-233647, FED-PEC0233648, FED-PEC0233649-233650, FED-PEC0233651, FED-PEC0233652-233658, FED-PEC0233659, FED-PEC0233660, FED-PEC0233661-233664, FED-PEC0233665-233673, FED-PEC0233674-233686, FED-PEC0233687, FED-PEC0233688-233690, FED-PEC0233691. |
| 9.  All documents concerning DIB's know your customer, anti–money laundering, or any other policies and procedures, including any documents concerning compliance or noncompliance with any such policies or procedures. | PEC-DIB000746-747, FED-PEC0232609-232610, FED-PEC0232615-232616. |
| 10.  All documents concerning or reflecting any information collected, developed, or possessed by any government (U.S. or foreign) or governmental branch or agency concerning DIB. | PEC-DIB000001-40, PEC-DIB000041-642, PEC-DIB000664-689, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0106587-106650, FED-PEC0109509-109514, FED-PEC0113144-113161, FED-PEC0114404-114406, FED-PEC0120274-120291, FED-PEC0142630-142999, FED-PEC0143013-143059, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232715-232723, FED-PEC0232327254-2327237, FED-PEC0232728, FED-PEC0232748-232752, FED-PEC0232755-232757, FED-PEC0232922-232926. |
| 11.  All documents concerning the money-laundering operation or other wrong doing involving Foutanga (Babani) Sissoko. | PEC-DIB000843-897, FED-PEC0232657-232658, FED-PEC0232748-232752, FED-PEC0233383-233385. |
| 12.  All documents concerning the Bank of Credit and Commerce International ("BCCI"). | PEC-DIB000627-663, PEC-PEC0005189-5222, FED-PEC0007634-7667, FED-PEC0024302-24332, FED-PEC0109509-109514, FED-PEC0212914-212919, FED-PEC0232748-232752, FED-PEC0232758-232776, FED-PEC0232777, FED-PEC0232777, FED-PEC0232802-232806, FED-PEC0232807-232812. |
| 13.  All documents concerning any DIB connection to Osama bin Laden, including documents showing or supporting the lack of any such connection. | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC000591-592, FED-PEC0024581-24582, FED-PEC0044707-44708, FED-PEC0114404-114406, FED-PEC0142630-142999, FED-PEC0212829, FED-PEC0212840-212843, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213509-213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232728, FED-PEC0232729-232731, FED-PEC0232736, |

5

| | FED-PEC0232748-232752, FED-PEC0232753-232754, FED-PEC0232755-232757, FED-PEC0232835-232838, FED-PEC0232922-232926. |
|---|---|
| 14.  All documents concerning or reflecting any statements or communications made by the United States, any branch or agency of the United States, or any representative thereof concerning any DIB connection to Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any member or supporter of al Qaeda. | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592, FED-PEC0114404-114406, FED-PEC0142630-142999, FED-PEC0212914-212919, FED-PEC0213172-213174, FED-PEC0213187-213189, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232755-232757. |
| 15.  All documents concerning or reflecting any statements or communications made by any foreign government, any branch or agency of any foreign government, or any representative thereof concerning any DIB connection to Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any member or supporter of al Qaeda. | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0142630-142999, FED-PEC0232755-232757, FED-PEC0232922-232926. |
| 16.  All documents sufficient to identify any DIB official, board member, trustee, committee member, agent, or employee or any United Arab Emirates government official or representative who (i) allegedly met with Osama bin Laden regarding DIB's banking or financial services; (ii) allegedly approved of or directed DIB to provide banking or financial services to Osama bin Laden; or (iii) allegedly supervised or managed DIB accounts held by Osama bin Laden, including for each category documents showing or supporting the lack of any of these alleged actions. | FED-PEC0114404-114406, FED-PEC0213171, FED-PEC0213172-213174, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706. |
| 17.  All documents concerning or reflecting any investigation, inquiry, examination, or review of DIB related in any way to terrorism, anti-money laundering, or know your customer by the United States, the United Arab Emirates, or any other governmental or non-governmental authority, including documents showing or supporting the lack of the occurrence of any such investigation, inquiry, examination, or review. | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592, FED-PEC0106587-106650, FED-PEC0109509-109514, FED-PEC0114404-114406, FED-PEC0142630-142999, FED-PEC0212829, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232715-232723, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232729-232731, FED-PEC0232736, FED-PEC0232748- |

| | 232752, FED-PEC0232753-232754, FED-PEC0232755-232757, FED-PEC0232835-232838, FED-PEC0232922-232926. |
|---|---|
| 18.  All documents concerning any meeting with the United States, any branch or agency of the United States government, or any representative thereof concerning DIB. | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592, FED-PEC0109509-109514, FED-PEC0142630-142999, FED-PEC0212840-212843, FED-PEC0213493-213495, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213784-213791, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232715-232723, FED-PEC0232755-232757. |
| 19.  All documents concerning DIB's knowledge of any investigation, inquiry, examination, review, or meeting referred to in Request Nos. 16-18 (above). | PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592, FED-PEC0142630-142999, FED-PEC0212840-212843, FED-PEC0212914-212919, FED-PEC0213493-213495, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213784-213791, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714FED-PEC0232715-232723, FED-PEC0232755-232757. |
| 20.  All documents concerning any DIB connection to Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), including documents showing or supporting the lack of any such connection. | PEC-DIB000836-838, FED-PEC0213187-213189, FED-PEC0213784-213791, FED-PEC02327254-2327237, FED-PEC02327254-2327237. |
| 21.  All documents concerning any DIB connection to Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), including documents showing or supporting the lack of any such connection. | PEC-DIB000687-689, FED-PEC0000591-592, FED-PEC0232728, FED-PEC0232835-232838, FED-PEC0233674-233686. |
| 22.  All documents concerning any DIB connection to al Qaeda, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0000591-592, FED-PEC0024581-24582, FED-PEC0044707-44708, FED-PEC0114404-114406, FED-PEC0142630-142999, FED-PEC0143013-143059, FED-PEC0212829, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232748-232752, FED-PEC0232753-232754, FED-PEC0232755-232757, FED-PEC0232835-232838, FED-PEC0232922-232926. |
| 23.  All documents concerning any DIB connection to any alleged member or supporter of al Qaeda, including | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents: |

| | |
|---|---|
| documents showing or supporting the lack of any such connection. | FED-PEC0000591-592, FED-PEC0213784-213791, FED-PEC0213510-213511, FED-PEC0213509, FED-PEC0213498-213499, FED-PEC0213493-213495, FED-PEC0212914-212919, FED-PEC0212829, FED-PEC0142630-142999, FED-PEC0120274-120291, FED-PEC0113144-113161, FED-PEC0044707-44708, FED-PEC0024581-24582, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232748-232752, FED-PEC0232922-232926. |
| 24.  All documents concerning any DIB connection to any person named in Attachments A-E of Plaintiffs' First Set Of Requests For Production Of Documents Directed To Dubai Islamic Bank, attached hereto as Exhibits A-E, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0000591-592, FED-PEC0213784-213791, FED-PEC0232611, FED-PEC0232612, FED-PEC0232613-232614, FED-PEC0232617, FED-PEC0233382, FED-PEC0233383-233385, FED-PEC0233386-233387. |
| 25.  All documents concerning any DIB connection to the September 11 Attacks, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232835-232838. |
| 26.  All documents concerning any DIB connection to the persons who planned, executed, supported, or claimed responsibility for the September 11 Attacks, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0000591-592, FED-PEC0114404-114406, FED-PEC0142630-142999, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213509, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232835-232838. |
| 27.  All documents concerning any DIB connection to any person who aided, abetted, or provided material support to Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any alleged member of al Qaeda, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0000591-592, FED-PEC0114404-114406, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232835-232838. |
| 28.  All documents concerning any connection between Saeed Ahmad Lootah and Saidi Madani al Tayyib, including documents showing or supporting the lack of | FED-PEC0197590-197603. |

| | |
|---|---|
| same. | |
| 29. All documents concerning any DIB connection to Baraka Islamic Bank EC or any Al Baraka entity, including documents showing or supporting the lack of any such connection. | FED-PEC0024410-24413, FED-PEC0113144-113161, FED-PEC0120274-120291. |
| 30. All documents concerning any DIB connection to Tadamon Islamic Bank, including documents showing or supporting the lack of any such connection. | FED-PEC0061853-61868, FED-PEC0145587-145608, FED-PEC0232748-232752, FED-PEC0232778-232791. |
| 31. All documents concerning any DIB connection to Al Shamal Bank, including documents showing or supporting the lack of any such connection. | FED-PEC0142133-142139, FED-PEC0143176-143197, FED-PEC0232748-232752, FED-PEC0232778-232791, FED-PEC0232792-232797, FED-PEC0232798-232801. |
| 32. All documents concerning any DIB connection to any Defendant, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0000591-592, FED-PEC0024581-24582, FED-PEC0044707-44708, FED-PEC0114404-114406, FED-PEC0142133-142139, FED-PEC0142630-142999, FED-PEC0143013-143059, FED-PEC0143176-143197, FED-PEC0145587-145608, FED-PEC0212914-212919, FED-PEC0213172-213174, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232707, FED-PEC0232708-232710, FED-PEC0232711-232712, FED-PEC0232713-232714, FED-PEC0232715-232723, FED-PEC02327254-2327237, FED-PEC0232728, FED-PEC0232748-232752, FED-PEC0232753-232754, FED-PEC0232755-232757, FED-PEC0232777, FED-PEC0232835-232838, FED-PEC0232922-232926. |
| 33. All documents concerning any bank or financial institution, other than DIB, that has any connection to Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, any alleged member or supporter of al Qaeda, or the September 11 Attacks. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0232748-232752, FED-PEC0232753-232754, FED-PEC0232835-232838. |
| 34. All documents concerning any alleged $50 million direct or indirect transfer or any other transfer to Osama bin Laden through DIB, including documents showing or supporting the lack of the occurrence of any such transfer. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0213784-213791, FED-PEC0232711-232712. |
| 35. All documents concerning any alleged funds transfer | *Plaintiffs incorporate and reference all documents being* |

| | |
|---|---|
| to, from, or through any DIB account held by Osama bin Laden or Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any alleged member of al Qaeda, including documents showing or supporting the lack of any such connection. | *produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592, FED-PEC0213493-213495, FED-PEC0213498-213499, FED-PEC0213509, FED-PEC0213784-213791, FED-PEC02327254-2327237, FED-PEC0232728. |
| 36.  All documents concerning any alleged funds transfer between any alleged DIB account held by (i) Osama bin Laden or Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed) and (ii) any person listed on Attachment A-E to Plaintiffs' First Set of Document Requests to DIB, including documents showing or supporting the lack of any such transfer. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0232728. |
| 37.  All documents concerning the alleged use of DIB by Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any alleged member of al Qaeda to donate to charities. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0000591-592. |
| 38.  All documents concerning the alleged use of DIB by charities to transfer money to Osama bin Laden, Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi), Mustafa Ahmed al Hisawi (a/k/a Shaykh Sa'id; a/k/a Mustafa Muhammed Ahmed), al Qaeda, or any alleged member of al Qaeda. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0106587-106650. |
| 39.  All documents concerning any alleged funds transfer from any bank account held by Saeed Ahmad Lootah to any person listed on Attachments A, B, C, or E to Plaintiffs' First Set of Document Requests to DIB, including documents showing or supporting the lack of any such transfer. | Inasmuch as discovery is ongoing, Plaintiffs reserve the right to supplement and/or revise this Response as new information becomes available, after a complete investigation of the facts is conducted, and discovery is complete. |
| 40.  All documents concerning any connection between the alleged funds referred to in Request Nos. 34-39 (above) and the September 11 Attacks, or reflecting that the alleged funds were used in preparation for, or the planning or perpetration of the September 11 Attacks, including documents showing or supporting the lack of any such connection. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>FED-PEC0213784-213791. |
| 41.  All documents concerning any allegation that DIB Account No. 1335 or Abdullah Azzam is in any way connected to the September 11 Attacks, including documents showing or supporting the lack of any such | FED-PEC0212830-212839. |

| connection. | |
|---|---|
| 42.  All documents concerning the July 8, 1999 New York Times article by James Risen and Benjamin Weiser that discusses DIB and Osama bin Laden, attached as Exhibit F. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0114404-114406, FED-PEC0213172-213174, FED-PEC0213498-213499, FED-PEC0213510-213511, FED-PEC0213554-213607, FED-PEC0213784-213791, FED-PEC0232703-232706, FED-PEC0232713-232714. |
| 43.  All documents concerning alleged statements made on July 8, 1999 by James B. Foley, a spokesman for the United States Department of State concerning DIB, attached as Exhibit G. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0213493-213495, FED-PEC0213496-213497, FED-PEC0213498-213499, FED-PEC0213500-213508, FED-PEC0213509, FED-PEC0213510-213511, FED-PEC0232708-232710, FED-PEC0232713-232714. |
| 44.  All documents concerning the draft general report on the economic consequences of September 11, 2001, and the economic dimensions of anti-terrorism, by NATO on April 22, 2002 (referred to in Burnett v. Arab Bank, PLC at ¶ 115; O'Neill v. Al Baraka Investment & Devel. Corp. More Definite Statement As To Defendant Dubai Islamic Bank at ¶ 26; Continental Casualty Co. v. Al Qaeda Addendum To Second Amended Complaint, Section ZZ. Dubai Islamic Bank; Cantor Fitzgerald & Co. v. Akida Bank Private Limited at ¶ 139; Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp. at ¶ 124; and World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp. at ¶ 252) that alleged that DIB has any connection to the September 11 Attacks or the bombings of the American embassies in Kenya and Tanzania. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000818-835. |
| 45.  All documents concerning any connection between DIB and the bombings of the American embassies in Kenya and Tanzania. | FED-PEC0113144-113161, FED-PEC0120274-120291, FED-PEC0212829, FED-PEC0213500-213508, FED-PEC0213608-213618. |
| 46.  All documents concerning the freezing of DIB's accounts and investments by the Central Bank of the United Arab Emirates. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000001-626, PEC-DIB000666-685, PEC-DIB000687-745, PEC-DIB000749-842, PEC-DIB000898-1062, FED-PEC0232729-232731, FED-PEC0232736. |

| | |
|---|---|
| 47.  All documents concerning the report issued on September 25, 2001, by Luxembourg's commission for supervising financial institutions (Commission de Surveillance du Secteur Financier) (referred to in Burnett v. Arab Bank, PLC at ¶ 123; O'Neill v. Al Baraka Investment & Devel. Corp. More Definite Statement As To Defendant Dubai Islamic Bank at ¶ 30; Continental Casualty Co. v. Al Qaeda Addendum To Second Amended Complaint, Section ZZ. Dubai Islamic Bank; Cantor Fitzgerald & Co. v. Akida Bank Private Limited at ¶ 139; Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp. at ¶ 124; and World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp. at ¶ 260) or any other report or investigation of Commission de Surveillance du Secteur Financier that discusses any DIB link to Osama bin Laden or al Qaeda. | *Plaintiffs incorporate and reference all documents being produced herewith*, including the following documents:<br><br>PEC-DIB000677-678. |
| 48.  All documents concerning the United Arab Emirates' membership in the International Financial Action Task Force. | Inasmuch as discovery is ongoing, Plaintiffs reserve the right to supplement and/or revise this Response as new information becomes available, after a complete investigation of the facts is conducted, and discovery is complete. |
| 49.  All documents concerning DIB's acts, omissions, or failures to act that caused Plaintiffs' injuries, | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 50.  All documents concerning DIB's alleged joint and several liability for all damages sustained by each Plaintiff. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 51.  All documents concerning the allegation that the September 11 Attacks were a direct, intended, and foreseeable product of any alleged DIB connection to Osama bin Laden, al Qaeda, or any member of al Qaeda. | *Plaintiffs incorporate and reference all documents being produced herewith.* |
| 52.  Any tangible thing relevant to DIB's or any Plaintiff's claims or defenses in the above-captioned case. | *Plaintiffs incorporate and reference all documents being produced herewith.* |

PHILADELPHIA\6668036\1

# EXHIBIT 3

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Wire Transfer | 3/15/1995 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212255 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 2 | Wire Transfer | 4/11/1995 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212256 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 3 | Wire Transfer | 10/27/1995 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212257 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 4 | Account Statement | 12/29/1995 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC009874 | | | No | No | 88 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 5 | Wire Transfer | 3/28/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC215855 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 6 | Wire Transfer | 4/8/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212259 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 7 | Wire Transfer | 4/15/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212258 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 8 | Wire Transfer | 7/22/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211756 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Wire Transfer | 7/24/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212260 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 10 | Wire Transfer | 9/18/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212261 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 11 | Wire Transfer | 9/18/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212262 | | | | | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 12 | Wire Transfer | 11/26/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211757 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 13 | Wire Transfer | 11/26/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211758 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 14 | Wire Transfer | 12/10/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212263 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 15 | Wire Transfer | 12/12/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212264 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 16 | Wire Transfer | 12/18/1996 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211798 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

**03-MDL-1570 Plaintiffs' Executive Committees'**
**Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Wire Transfer | 1/30/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211759 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 18 | Wire Transfer | 2/3/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211765 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 19 | Wire Transfer | 2/20/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211760 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 20 | Wire Transfer | 2/20/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211761 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 21 | Wire Transfer | 2/25/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007062 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 22 | Wire Transfer | 2/28/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211762 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 23 | Wire Transfer | 2/28/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211763 | | | No | No | 44 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 24 | Wire Transfer | 3/3/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212266 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Wire Transfer | 4/28/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212990 - ABPLC212991 | | | No | No | 75 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 26 | Wire Transfer | 6/12/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212704 | | | No | No | 55 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 27 | Wire Transfer | 6/12/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212999 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 28 | Wire Transfer | 6/26/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212267 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 29 | Wire Transfer | 7/3/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212268 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 30 | Wire Transfer | 7/7/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212269 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 31 | Wire Transfer | 9/15/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212270 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 32 | Wire Transfer | 10/14/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007065 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Wire Transfer | 11/10/1997 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212484 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 34 | Wire Transfer | 1/2/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212271 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 35 | Wire Transfer | 1/5/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212189 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 36 | Wire Transfer | 1/7/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212190 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 37 | Wire Transfer | 1/16/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212273 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 38 | Wire Transfer | 1/27/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC192044 | | | No | No | 71 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 39 | Wire Transfer | 2/23/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212192 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 40 | Wire Transfer | 2/24/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211796 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Wire Transfer | 3/10/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212988 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 42 | Wire Transfer | 3/10/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212989 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 43 | Wire Transfer | 3/25/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211795 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 44 | Wire Transfer | 3/25/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212194 | | | No | No | 44 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 45 | Wire Transfer | 3/25/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212195 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 46 | Wire Transfer | 3/25/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212196 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 47 | Wire Transfer | 4/16/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211794 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 48 | Wire Transfer | 4/30/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212197 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Wire Transfer | 7/6/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211793 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 50 | Wire Transfer | 7/6/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212198 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 51 | Wire Transfer | 8/4/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212199 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 52 | Wire Transfer | 10/5/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212272 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 53 | Wire Transfer | 10/20/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212200 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 54 | Wire Transfer | 11/3/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212987 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 55 | Wire Transfer | 11/3/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007085 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 56 | Wire Transfer | 11/23/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212202 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Wire Transfer | 12/16/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211764 | | | No | No | 43 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 58 | Wire Transfer | 12/21/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212986 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 59 | Wire Transfer | 12/21/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007088 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 60 | Wire Transfer | 12/24/1998 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212203 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 61 | Wire Transfer | 5/25/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212985 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 62 | Wire Transfer | 5/26/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212711 | | | No | No | 51 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 63 | Wire Transfer | 7/19/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212274 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 64 | Wire Transfer | 7/20/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212275 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

**03-MDL-1570 Plaintiffs' Executive Committees'**
**Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 65 | Wire Transfer | 12/8/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211765 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 66 | Wire Transfer | 12/13/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007108 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 67 | Wire Transfer | 12/14/1999 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212949 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 68 | Wire Transfer | 1/19/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212984 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 69 | Wire Transfer | 1/19/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007109 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 70 | Wire Transfer | 1/19/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212716 | | | No | No | 50 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 71 | Wire Transfer | 2/10/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212206 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 72 | Wire Transfer | 5/19/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212276 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Wire Transfer | 6/27/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212983 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 74 | Wire Transfer | 6/27/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007112 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 75 | Wire Transfer | 7/25/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212277 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 76 | Report | 8/24/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC005485 - ABPLC005506 | Osman Asoli | Abdul Majeed Shoman | No | No | 2056 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 77 | Wire Transfer | 9/1/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212252 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 78 | Wire Transfer | 9/12/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212207 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 79 | Wire Transfer | 10/5/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212208 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 80 | Wire Transfer | 10/6/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC215701 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 81 | Wire Transfer | 10/10/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212253 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 82 | Wire Transfer | 10/16/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212981 | | | No | No | 32 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 83 | Bank Record | 10/16/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC188951 | | | | No | 127 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 84 | Wire Transfer | 10/26/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212720 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 85 | Wire Transfer | 10/26/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212982 | | | No | No | 32 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 86 | Wire Transfer | 11/28/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212254 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 87 | Wire Transfer | 11/28/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212278 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 88 | Wire Transfer | 11/30/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC213005 | | | No | No | 32 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Wire Transfer | 11/30/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212880 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 90 | Wire Transfer | 11/30/2000 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212721 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 91 | Wire Transfer | 1/19/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212361 | | | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 92 | Wire Transfer | 1/19/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007118 | | | No | No | 65 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 93 | Wire Transfer | 1/19/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212723 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 94 | Wire Transfer | 2/6/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212279 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 95 | Wire Transfer | 2/8/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211766 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 96 | Wire Transfer | 2/16/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211768 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 97 | Wire Transfer | 2/16/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211770 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 98 | Wire Transfer | 2/16/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211767 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 99 | Wire Transfer | 2/16/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212280 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 100 | Wire Transfer | 4/27/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212765 | | | No | No | 28 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 101 | Wire Transfer | 5/15/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007120 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 102 | Wire Transfer | 5/15/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212725 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 103 | Wire Transfer | 5/16/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211769 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 104 | Wire Transfer | 5/22/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212979 | | | No | No | 32 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Wire Transfer | 5/22/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007122 | | | No | No | 65 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 106 | Wire Transfer | 5/22/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212727 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 107 | Wire Transfer | 6/11/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212281 | | | No | No | 52 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 108 | Wire Transfer | 6/11/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212282 | | | No | No | 51 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 109 | Wire Transfer | 7/24/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212776 | | | No | No | 28 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 110 | Wire Transfer | 7/24/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212777 | | | No | No | 29 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 111 | Wire Transfer | 7/24/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212778 | | | No | No | 28 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 112 | Wire Transfer | 7/25/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212283 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 113 | Wire Transfer | 8/8/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196927 - ABPLC196928 | | | No | No | 151 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 114 | Wire Transfer | 9/10/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191333 | | | No | No | 53 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 115 | Report | 9/10/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC005507 - ABPLC005524 | | Abdul Majeed Shoman | No | No | 1710 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 116 | Wire Transfer | 9/25/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191337 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 117 | Wire Transfer | 10/1/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191324 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 118 | Wire Transfer | 10/4/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191325 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 119 | Wire Transfer | 10/5/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212764 | | | No | No | 28 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 120 | Wire Transfer | 10/9/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191328 | | | No | No | 54 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 121 | Wire Transfer | 10/18/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212942 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 122 | Account Statement | 10/21/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC211300 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 123 | Wire Transfer | 11/13/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007127 | | | No | No | 62 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 124 | Wire Transfer | 11/14/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212998 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 125 | Wire Transfer | 11/23/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212284 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 126 | Wire Transfer | 11/23/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007128 | | | No | No | 64 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 127 | Wire Transfer | 12/4/2001 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC192047 - ABPLC192048 | | | No | No | 126 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 128 | Wire Transfer | 1/7/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212265 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 129 | Wire Transfer | 1/31/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212286 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 130 | Wire Transfer | 2/20/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212978 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 131 | Wire Transfer | 3/11/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC007130 | | | No | No | 24 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 132 | Wire Transfer | 4/29/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212287 | | | No | No | 45 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 133 | Wire Transfer | 4/29/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212288 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 134 | Report | 5/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC005861 - ABPLC005914 | | | No | No | 4775 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 135 | Presentation | 5/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC003793 - ABPLC003832 | | | No | No | 1865 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 136 | Wire Transfer | 6/20/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC213099 | | | No | No | 29 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 137 | Wire Transfer | 7/30/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC008729 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 138 | Letter | 8/8/2002 | Correspondence re FOIA Request 2002-0195 | Kevin R. Smith, National Central Bureau Interpol, US Department of Justice | Christine Negroni, Kreindler & Kreindler | no | yes | 1389 KB | Attorney Work Product |
| 139 | Wire Transfer | 9/19/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212289 | | | No | No | 42 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 140 | Wire Transfer | 9/19/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212290 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 141 | Letter | 10/2/2002 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services, US Customs Services, and IRS | Ronald Motley | Disclosure Services Department of the Treasury, United States Customs Service; Internal Revenue | No | Yes | 158 KB | Attorney Work Product |
| 142 | Letter | 10/2/2002 | Motley Rice FOIA request to FBI | Ronald Motley | FOIA/PA Section, FBI Department of Justice | no | no | 158 KB | Attorney Work Product |
| 143 | Letter | 10/2/2002 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services, US Customs Services, and IRS | Ronald L. Motley | Department Offices Disclosure Services Department of the Treasury; US Customs Service FOIA; IRS Freedom Information Request | no | yes | 158 KB | Attorney Work Product |
| 144 | Wire Transfer | 11/1/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212291 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 145 | Wire Transfer | 11/15/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212292 | | | No | No | 42 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 146 | Wire Transfer | 11/15/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212293 | | | No | No | 48 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 147 | Wire Transfer | 12/4/2002 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212294 | | | No | No | 51 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 148 | Wire Transfer | 3/10/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196288 | | | No | No | 49 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 149 | Wire Transfer | 3/11/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196289 | | | No | No | 54 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 150 | Wire Transfer | 3/17/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196290 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 151 | Bank Note | 4/1/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC008982 | | | No | No | 32 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 152 | Letter | 4/15/2003 | Motley Rice FOIA request to US Customs Service | Ronald Molley | United States Customs Service | No | No | 163 KB | Attorney Work Product |
| 153 | Letter | 4/15/2003 | Motley Rice FOIA request to Defense Intelligence Agency | Ronald Molley | Defense Intelligence Agency, ISM-1 (FOIA) | No | No | 163 KB | Attorney Work Product |
| 154 | Letter | 4/15/2003 | Motley Rice FOIA request to Defense Intelligence Agency | Ronald Molley | Defense Intelligence Agency, ISM-1 (FOIA) | No | No | 163 KB | Attorney Work Product |
| 155 | Letter | 4/15/2003 | Motley Rice FOIA request to Defense Intelligence Agency | Ronald Molley | Defense Intelligence Agency, ISM-1 (FOIA) | No | No | 163 KB | Attorney Work Product |
| 156 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Department | Ronald Molley | FOIA/PA Mail Referral Unit, Justice Management Division | No | No | 163 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 157 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Division | Ronald Motley | FOIA/PA Mail Referral Unit, Justice Management Division | No | No | 163 KB | Attorney Work Product |
| 158 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Division | Ronald Motley | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice | No | No | 163 KB | Attorney Work Product |
| 159 | Letter | 4/15/2003 | Motley Rice FOIA request to Drug Enforcement Administration | Ronald Motley | Katherine L. Myrick, Chief, Freedom of Information Operations Unit, Drug Enforcement Administration | No | No | 163 KB | Attorney Work Product |
| 160 | Letter | 4/15/2003 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Ronald Motley | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 163 KB | Attorney Work Product |
| 161 | Letter | 4/15/2003 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Ronald Motley | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 67 KB | Attorney Work Product |
| 162 | Letter | 4/15/2003 | Motley Rice FOIA request to Dept of State, Office of Information Programs | Margaret P. Grafeld | Ronald Motley | No | No | 76 KB | Attorney Work Product |
| 163 | Letter | 4/15/2003 | Dept of State response to Motley Rice FOIA Request | Rene Lindsey | Ronald Motley | No | Yes | 151 KB | Attorney Work Product |
| 164 | Letter | 4/15/2003 | Motley Rice FOIA request to Office of Foreign Assets Control (OFAC) | Ronald Motley | United States Department of the Treasury, Office of Foreign Assets Control (OFAC) | No | No | 163 KB | Attorney Work Product |
| 165 | Letter | 4/15/2003 | Motley Rice FOIA request to Departmental Offices, Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | Yes | 221 KB | Attorney Work Product |
| 166 | Letter | 4/15/2003 | Motley Rice FOIA request to US Customs Services | Ronald Motley | United States Customs Service | No | Yes | 239 KB | Attorney Work Product |
| 167 | Letter | 4/15/2003 | Motley Rice FOIA request to Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | No | 163 KB | Attorney Work Product |
| 168 | Letter | 4/15/2003 | Motley Rice FOIA request to Financial Crimes Enforcement Network (FinCEN) | Ronald Motley | U.S. Department of the Treasury, Financial Crimes Enforcement Network (FinCEN) | No | No | 163 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 169 | Letter | 4/15/2003 | Motley Rice FOIA request to Financial Crimes Enforcement Network (FinCEN) | Ronald Motley | U.S. Department of the Treasury, Financial Crimes Enforcement Network (FinCen) | No | No | 163 KB | Attorney Work Product |
| 170 | Letter | 4/15/2003 | Motley Rice FOIA request to FBI | Ronald Motley | FOIA/PA Section, FBI Department of Justice | no | no | 81 KB | Attorney Work Product |
| 171 | Letter | 4/15/2003 | Motley Rice FOIA request to FBI | Ronald Motley | David Hardy, Chief FOIA Section FBI, Department of Justice | no | no | 163 KB | Attorney Work Product |
| 172 | Letter | 4/15/2003 | Motley Rice FOIA request to FBI | Ronald L. Motley | FOIA/PA Section, FBI Department of Justice | no | no | 81 KB | Attorney Work Product |
| 173 | Letter | 4/15/2003 | Motley Rice FOIA request to Defense Intelligence | Ronald L. Motley | Defense Intelligence Agency | no | no | 163 KB | Attorney Work Product |
| 174 | Letter | 4/15/2003 | Motley Rice FOIA request to Defense Intelligence | Ronald L. Motley | Defense Intelligence Agency | no | no | 163 KB | Attorney Work Product |
| 175 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Department | Ronald L. Motley | FOIA/PA Mail Referral Unit Justice Management Division, Department of Justice | no | no | 163 KB | Attorney Work Product |
| 176 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Department | Ronald L. Motley | FOIA/PA Mail Referral Unit Justice Management Division, Department of Justice Katherine L. Myrick, Chief Freedom of Information Operations Unit, Drug Enforcement Administration | no | no | 163 KB | Attorney Work Product |
| 177 | Letter | 4/15/2003 | Motley Rice FOIA request to Drug Enforcement Administration | Ronald L. Motley | Department of Justice FOIA/PA Mail Referral Unit Justice | no | no | 163 KB | Attorney Work Product |
| 178 | Letter | 4/15/2003 | Motley Rice FOIA request to Justice Management Department | Ronald L. Motley | Management Division Disclosure Services, Department of the Treasury | no | no | 163 KB | Attorney Work Product |
| 179 | Letter | 4/16/2003 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | No | 64 KB | Attorney Work Product |
| 180 | Letter | 4/16/2003 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | No | 64 KB | Attorney Work Product |
| 181 | Letter | 4/16/2003 | Motley Rice FOIA request to Financial Crimes Enforcement Network (FinCEN) | Ronald Motley | U.S. Department of the Treasury, Financial Crimes Enforcement Network (FinCen) | No | No | 64 KB | Attorney Work Product |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 182 | Wire Transfer | 4/17/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196291 | | United States Customs Service | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 183 | Letter | 4/18/2003 | Motley Rice FOIA request to US Customs Service | Ronald Motley | United States Customs Service | No | No | 81 KB | Attorney Work Product |
| 184 | Letter | 4/18/2003 | Motley Rice FOIA request to Executive Office for United States Attorneys | Ronald Motley | Marie A. O'Rourke, Assistant Director, FOIA/Privacy Unit, Executive Office for United States Attorneys, Department of Justice | No | No | 81 KB | Attorney Work Product |
| 185 | Letter | 4/18/2003 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Ronald Motley | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 81 KB | Attorney Work Product |
| 186 | Letter | 4/18/2003 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | No | 84 KB | Attorney Work Product |
| 187 | Letter | 4/18/2003 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Ronald Motley | Disclosure Services, Department of the Treasury | No | No | 64 KB | Attorney Work Product |
| 188 | Letter | 4/18/2003 | Motley Rice FOIA request to US Embassy-Syria | Ronald L. Motley | Embassy of the United States of America, Abou Roumaneh | no | No | 81 KB | Attorney Work Product |
| 189 | Letter | 4/18/2003 | Motley Rice FOIA request to US Customs Services | Ronald L. Motley | US Customs Service Freedom of Information Request | no | no | 81 KB | Attorney Work Product |
| 190 | Letter | 4/18/2003 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Ronald L. Motley | Departmental Offices, Disclosure Services, Department of the Treasury | no | no | 84 KB | Attorney Work Product |
| 191 | Letter | 4/18/2003 | Motley Rice FOIA request to Executive Office for United States Attorneys | Ronald L. Motley | Marie A. O'Rourke, Assistance Director, FOIA/Privacy Unit, Executive Office for the US Attorneys, Department of Justice | no | no | 81 KB | Attorney Work Product |
| 192 | Letter | 4/23/2003 | Defense Intelligence Agency response to Motley Rice FOIA Request | Robert P. Richardson | Ronald Motley | No | No | 71 KB | Attorney Work Product |

Page 22 of 75

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 193 | Wire Transfer | 4/24/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC191113 | | | No | No | 61 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 194 | Letter | 4/25/2003 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Rene Lindsey | Ronald Motley | No | Yes | 151 KB | Attorney Work Product |
| 195 | Wire Transfer | 4/29/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196292 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 196 | Letter | 4/29/2003 | Defense Intelligence Agency response to Motley Rice FOIA Request | Robert P. Richardson | Ronald Motley | No | No | 25 KB | Attorney Work Product |
| 197 | Letter | 4/30/2003 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Richard C. Devine | Ronald Motley | No | Yes | 594 KB | Attorney Work Product |
| 198 | Letter | 4/30/2003 | FBI response to Motley Rice FOIA Request | David Hardy | Ronald Motley | no | yes | 1,439 KB | Attorney Work Product |
| 199 | Wire Transfer | 5/5/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196293 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 200 | Wire Transfer | 5/7/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196294 | | | | No | 67 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 201 | Wire Transfer | 5/12/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196295 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 202 | Wire Transfer | 5/14/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196296 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 203 | Letter | 5/16/2003 | Executive Office for United States Attorneys response to Motley Rice FOIA Request | Marie O'Rourke | Ronald Motley | No | No | 50 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 204 | Wire Transfer | 5/20/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196297 | | | No | No | 67 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 205 | Letter | 5/23/2003 | Justice Management Division response to Molley Rice FOIA Request | Benjamin F. Burrell | Ronald Molley | No | Yes | 76 KB | Attorney Work Product |
| 206 | Wire Transfer | 5/27/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196298 | | | No | No | 46 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 207 | Wire Transfer | 5/28/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC196299 | | | No | No | 47 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 208 | Facsimile | 6/4/2003 | Office of Information Resources Management Programs and Services response to Molley Rice FOIA Request | Karen Brothers | Ronald Molley | No | Yes | 121 KB | Attorney Work Product |
| 209 | Letter | 6/9/2003 | Dept of Treasury, Disclosure Services response to Molley Rice FOIA Request | Alana Johnson | Ronald Molley | No | No | 30 KB | Attorney Work Product |
| 210 | Letter | 6/11/2003 | Justice Management Division response to Molley Rice FOIA Request | Stephen K. Myers | Ronald Molley | No | Yes | 87 KB | Attorney Work Product |
| 211 | Letter | 6/13/2003 | US Customs Service response to Molley Rice FOIA Request | Gloria L. Marshall | Ronald Molley | No | No | 45 KB | Attorney Work Product |
| 212 | Letter | 6/19/2003 | Molley Rice FOIA request to Office of Information Resources Management Programs and Services | Anne McGinness Kearse | Karen Brothers, U.S. Department of State, Office of IRM Programs and Services | No | Yes | 65 KB | Attorney Work Product |
| 213 | Letter | 6/23/2003 | Department of Commerce response to Molley Rice Request | Brenda Dolan | Ronald Molley | No | No | 110 KB | Attorney Work Product |
| 214 | Letter | 6/30/2003 | Molley Rice FOIA request to Dept of Disclosure Services | Anne McGinness Kearse | Alana Johnson, Department of the Treasury | No | No | 66 KB | Attorney Work Product |
| 215 | Letter | 6/30/2003 | Molley Rice FOIA request to IRS | Anne McGinness Kearse | Internal Revenue Services | No | No | 70 KB | Attorney Work Product |
| 216 | Letter | 7/9/2003 | Dept of Treasury, Disclosure Services response to Molley Rice FOIA Request | Alana Johnson | Anne McGinness Kearse | No | No | 27 KB | Attorney Work Product |
| 217 | Letter | 7/9/2003 | Dept of Treasury response to Molley Rice FOIA Request | Alana Johnson | Ronald Molley | No | No | 22 KB | Attorney Work Product |
| 218 | Letter | 7/14/2003 | Dept of Treasury, Disclosure Services response to Molley Rice FOIA Request | Alana Johnson | Ronald Molley | No | No | 22 KB | Attorney Work Product |
| 219 | Letter | 7/22/2003 | Molley Rice FOIA request to USAID | Anne McGinness Kearse | Carolyn Carroll, USAID | no | no | 42 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 220 | Attachment | | Attachment to email correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | National Security Agency, FOIA Office. | No | No | 470 KB | Attorney Work Product |
| 221 | Letter | 7/30/2003 | National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aliana Johnson, Department of Treasury. | No | No | 557 KB | Attorney Work Product |
| 222 | Letter | 7/30/2003 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | National Security Agency, FOIA Office. | No | No | 470 KB | Attorney Work Product |
| 223 | Letter | 7/30/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Justice, FOIA Office. | No | No | 367 KB | Attorney Work Product |
| 224 | Letter | 7/30/2003 | Letter correspondence with U.S. Bureau of Alcohol, Tobacco and Firearms regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Dorothy Chambers, Bureau of Alcohol, Tobacco and Firearms. | No | No | 442 KB | Attorney Work Product |
| 225 | Letter | 7/30/2003 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | National Security Agency, FOIA Office. | No | No | 365 KB | Attorney Work Product |
| 226 | Letter | 7/30/2003 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aliana Johnson, Department of Treasury. | No | No | 447 KB | Attorney Work Product |
| 227 | Letter | 7/30/2003 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Defense Intelligence Agency, FOIA Office. | No | No | 345 KB | Attorney Work Product |
| 228 | Letter | 7/30/2003 | FOIA Request | Andrew Maloney, Kreindler & Kreindler | Freedom Of Information Section, Executive Office of United States Attorneys, U.S. Department of Justice | no | no | 941 KB | Attorney Work Product |
| 229 | Letter | 8/4/2003 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Thomas J. McIntyre | Ronald Motley | No | No | 53 KB | Attorney Work Product |
| 230 | Letter | 8/8/2003 | Criminal Division response to Motley Rice FOIA Request | Thomas J. McIntyre | Ronald Motley | No | No | 33 KB | Attorney Work Product |
| 231 | Letter | 8/11/2003 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Robert P. Richardson, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 45 KB | Attorney Work Product |
| 232 | Letter | 8/12/2003 | IRS response to Motley Rice FOIA Request | Symeria R. Rascoe | Anne McGinness Kearse | No | No | 43 KB | Attorney Work Product |
| 233 | Letter | 8/13/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | David M. Hardy, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 42 KB | Attorney Work Product |
| 234 | Letter | 8/13/2003 | Letter correspondence with U.S. Bureau of Alcohol, Tobacco and Firearms regarding FOIA request. | Melissa Blevins, Bureau of Alcohol, Tobacco and Firearms. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 57 KB | Attorney Work Product |
| 235 | Letter | 8/14/2003 | Letter correspondence with U.S. Defense Security Office regarding FOIA request. | Leslie R. Blake, Defense Security Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 381 KB | Attorney Work Product |
| 236 | Letter | 8/26/2003 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Aliana Johnson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 79 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 237 | | 9/8/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPL.C200301 | Muhammad al-Baassiri | Special Investigation Committee, Banque du Liban | No | No | 31 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 238 | Letter | 9/16/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Stephen K. Myers, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 146 KB | Attorney Work Product |
| 239 | Letter | 9/26/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | David M. Hardy, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 19 KB | Attorney Work Product |
| 240 | Letter | 10/8/2003 | Letter correspondence with U.S. Defense Security Office regarding FOIA request. | Leslie R. Blake, Defense Security Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 88 KB | Attorney Work Product |
| 241 | Letter | 10/8/2003 | IRS response to Motley Rice FOIA Request | Symeria R. Rascoe | Anne McGinness Kearse | No | No | 73 KB | Attorney Work Product |
| 242 | Letter | 10/8/2003 | IRS response to Motley Rice FOIA Request | Symeria R. Rascoe | Anne McGinness Kearse | No | No | 26 KB | Attorney Work Product |
| 243 | Email | 10/9/2003 | Email correspondence with U.S. Department of Homeland Security regarding FOIA request. | Elizabeth Withnell, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 244 | Letter | 10/29/2003 | IRS response to Motley Rice FOIA Request | Symeria R. Rascoe | Anne McGinness Kearse | No | No | 26 KB | Attorney Work Product |
| 245 | Letter | 10/16/2003 | Letter correspondence with National Commission on Terrorist Attacks Upon the United States regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | National Commission on Terrorist Attacks Upon the United States. | No | No | 49 KB | Attorney Work Product |
| 246 | Letter | 10/17/2003 | Letter correspondence with U.S. Bureau of Alcohol, Tobacco and Firearms regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Dorothy Chambers, Bureau of Alcohol, Tobacco and Firearms. | No | No | 36 KB | Attorney Work Product |
| 247 | Letter | 10/17/2003 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 32 KB | Attorney Work Product |
| 248 | Letter | 10/17/2003 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Defense Intelligence Agency, FOIA Office. | No | No | 34 KB | Attorney Work Product |
| 249 | Letter | 10/17/2003 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Ronald Motley | No | Yes | 13,976 KB | Attorney Work Product |
| 250 | Letter | 10/24/2003 | Dept of Treasury response to Motley Rice FOIA Request | Alana Johnson | Anne McGinness Kearse | No | No | 21 KB | Attorney Work Product |
| 251 | Email | 10/27/2003 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Cawana Pearson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 25 KB | Attorney Work Product |
| 252 | Letter | 10/29/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Laurie Ann Day, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 62 KB | Attorney Work Product |
| 253 | Letter | 10/29/2003 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Alana Johnson | Anne McGinness Kearse | No | No | 23 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 254 | Letter | 10/31/2003 | Motley Rice FOIA request to the Bureau of Engraving and Printing | Ronald Motley | Patricia Warden, Bureau of Engraving and Printing–FOIA Office | No | No | 771 KB | Attorney Work Product |
| 255 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Justice, Justice Management Division | Ronald Motley | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice | No | No | 79 KB | Attorney Work Product |
| 256 | Letter | 10/31/2003 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Ronald Motley | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 771 KB | Attorney Work Product |
| 257 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury Alcohol and Tobacco Tax and Trade Bureau | Ronald Motley | Dorothy Chambers, U.S. Department of the Treasury, Alcohol and Tobacco Tax and Trade Bureau | No | No | 769 KB | Attorney Work Product |
| 258 | Letter | 10/31/2003 | Motley Rice FOIA request to  Comptroller of the Currency | Ronald Motley | Frank Vance, Comptroller of the Currency Disclosure (FOIA) Office | No | No | 769 KB | Attorney Work Product |
| 259 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, Departmental Offices | Ronald Motley | Alana Johnson, Department of the Treasury | No | No | 771 KB | Attorney Work Product |
| 260 | Letter | 10/31/2003 | Motley Rice FOIA request to  Dept of Treasury, Financial Management Services | Ronald Motley | Robert Spiegel, U.S. Department of the Treasury, Financial Management Service, Disclosure Branch | No | No | 777 KB | Attorney Work Product |
| 261 | Letter | 10/31/2003 | Motley Rice FOIA request to Inspector General for the Tax Administration | Ronald Motley | Melissa Stuart, U.S. Department of the Treasury, Office of the Inspector General for Tax Information | No | No | 771 KB | Attorney Work Product |
| 262 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, Bureau of the Public Debt | Ronald Motley | Denise Hofmann, U.S. Department of the Treasury, Bureau of the Public Debt | No | No | 773 KB | Attorney Work Product |
| 263 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, Office of Third Supervision | Ronald Motley | Dirk Roberts, U.S. Department of the Treasury, Office of Thrift Supervision | No | No | 777 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 264 | Letter | 10/31/2003 | Motley Rice FOIA request to Financial Crimes Enforcement Network (FinCEN) | Ronald Motley | Gregory Smith, U.S. Department of the Treasury, Financial Crimes Enforcement Network (FinCEN) | No | No | 771 KB | Attorney Work Product |
| 265 | Letter | 10/31/2003 | Motley Rice FOIA request to Bureau of Engraving and Printing | Ronald L. Motley | Patricia Warden, Bureau of Engraving and Printing | no | no | 771 KB | Attorney Work Product |
| 266 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of State, Office of Information Resources Management Programs and Services | Ronald L. Motley | Margaret Grafeld, Information & Privacy Coordinator, Office of Information Resources Management Programs and Services | no | no | 771 KB | Attorney Work Product |
| 267 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, Financial Management Services | Ronald L. Motley | Robert Spiegel, US Department of the Treasury Financial Management Service, Disclosure Branch | no | no | 777 KB | Attorney Work Product |
| 268 | Letter | 10/31/2003 | Motley Rice FOIA request to Inspector General for the Tax Administration | Ronald L. Motley | Melissa Stuart, US Department of the Treasury Office of the Inspector General for Tax Administration | no | no | 771 KB | Attorney Work Product |
| 269 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, FinCEN | Ronald L. Motley | Gregory Smith, US Department of the Treasury (FinCEN) | no | no | 771 KB | Attorney Work Product |
| 270 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury Alcohol and Tobacco Tax and Trade Bureau | Ronald L. Motley | Dorothy Chambers, US Department of the Treasury Alcohol and Tobacco Tax and Trade Bureau | no | no | 769 KB | Attorney Work Product |
| 271 | Letter | 10/31/2003 | Motley Rice FOIA request to Comptroller of the Currency | Ronald L. Motley | Frank Vance, Comptroller of the Currency Disclosure (FOIA) Office | no | no | 769 KB | Attorney Work Product |
| 272 | Letter | 10/31/2003 | Motley Rice FOIA request to Dept of Treasury, Office of Thrift Supervision | Ronald L. Motley | Dirk Roberts, US Department of the Treasury, Office of Thrift Supervision | no | no | 777 KB | Attorney Work Product |
| 273 | Letter | 11/6/2003 | Dept of Treasury, Bureau of the Public Debt response to Motley Rice FOIA Request | Denise K. Hofmann | Ronald Motley | No | No | 25 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 274 | Letter | 11/12/2003 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Rene Lindsey | Ronald Motley | No | No | 200 KB | Attorney Work Product |
| 275 | Letter | 11/17/2003 | Dept of Treasury, Financial Management Services response to Motley Rice FOIA Request | Tom Longnecker | Ronald Motley | No | No | 26 KB | Attorney Work Product |
| 276 | Letter | 11/18/2003 | Letter correspondence with National Commission on Terrorist Attacks Upon the United States regarding FOIA request. | Daniel Marcus, National Commission on Terrorist Attacks Upon the United States. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 36 KB | Attorney Work Product |
| 277 | Letter | 11/18/2003 | Bureau of Engraving and Printing response to Motley Rice FOIA Request | Patricia Warden | Ronald Motley | No | No | 30 KB | Attorney Work Product |
| 278 | Letter | 11/18/2003 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Alana Johnson | Ronald Motley | No | No | 30 KB | Attorney Work Product |
| 279 | Letter | 11/18/2003 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Alana Johnson | Ronald Motley | No | No | 28 KB | Attorney Work Product |
| 280 | Wire Transfer | 11/21/2003 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC212784 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in *Linde, et al. v. Arab Bank, PLC*, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 281 | Letter | 11/21/2003 | Dept of Treasury, FinCEN response to Motley Rice FOIA Request | Gregory A. Smith | Ronald Motley | No | Yes | 592 KB | Attorney Work Product |
| 282 | Letter | 11/25/2003 | Dept of Treasury, Disclosure Services Office response to Motley Rice FOIA Request | Melissa D. Stuart | Ronald Motley | No | Yes | 96 KB | Attorney Work Product |
| 283 | Letter | 11/25/2003 | Motley Rice FOIA request to FBI | Michael E. Elsner | FBI, Attn: Freedom of Information-Privacy Act Unit, Records Resources Division | no | no | 114 KB | Attorney Work Product |
| 284 | Letter | 12/3/2003 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Elsner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 29 KB | Attorney Work Product |
| 285 | Letter | 12/3/2003 | Motley Rice FOIA request to US Dept of Treasury, Departmental Offices | Michael Elsner | Alana Johnson, Department of the Treasury | No | No | 29 KB | Attorney Work Product |
| 286 | Letter | 12/3/2003 | FAA response to Motley Rice FOIA Request | Michael E. Elsner | Alana Johnson, FOIA Request Department of Treasury | no | no | 44 KB | Attorney Work Product |
| 287 | Letter | 12/3/2003 | Motley Rice FOIA request to FBI | Michael E. Elsner | David Hardy, Chief FOIA Section FBI, Department of Justice | no | no | 29 KB | Attorney Work Product |
| 288 | Letter | 12/3/2003 | Motley Rice FOIA request to Central Intelligence Agency | Michael E. Elsner | Information and Privacy Coordinator, CIA | no | no | 29 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 289 | Letter | 12/3/2003 | Motley Rice FOIA request to FBI | Michael E. Elsner | David M. Hardy, Chief FOIA Section, FBI Department of Justice | no | no | 29 KB | Attorney Work Product |
| 290 | Letter | 12/3/2003 | Motley Rice FOIA request to Dept of Treasury, Departmental Offices | Michael E. Elsner | Alana Johnson, FOIA Request Department of Treasury | no | no | 29 KB | Attorney Work Product |
| 291 | Letter | 12/8/2003 | Bureau of Immigration and Customs response to Motley Rice FOIA Request | Gloria L. Marshall | Ronald Motley | No | No | 112 KB | Attorney Work Product |
| 292 | Letter | 12/10/2003 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Laurie Ann Day, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 293 | Letter | 1/6/2004 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Elsner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 31 KB | Attorney Work Product |
| 294 | Letter | 1/6/2004 | Motley Rice FOIA request to Departmental Offices | Michael Elsner | Alana Johnson, Department of the Treasury | No | No | 31 KB | Attorney Work Product |
| 295 | Letter | 1/6/2004 | Motley Rice FOIA request to National Security Council | Michael E. Elsner | National Security Council, Freedom of Information Act Requests, Executive Office of the President | no | no | 32 KB | Attorney Work Product |
| 296 | Letter | 1/8/2004 | FBI response to Motley Rice FOIA Request | David Hardy | Michael Elsner | no | no | 96 KB | Attorney Work Product |
| 297 | Letter | 1/21/2004 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Rene Lindsey | Ronald Motley | No | No | 333 KB | Attorney Work Product |
| 298 | Letter | 1/22/2004 | Dept of Justice, Justice Management Division response to Motley Rice FOIA Request | Stuart Frisch | Ronald Motley | No | No | 70 KB | Attorney Work Product |
| 299 | Letter | 1/27/2004 | Alcohol and Tobacco Tax and Trade Bureau to Alana Johnson, Departmental Offices response to Motley Rice FOIA Request | William H. Foster | Alana Johnson, Department of the Treasury | No | No | 21 KB | Attorney Work Product |
| 300 | Letter | 2/4/2004 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Elizabeth Withnell, Department of Homeland Security. | No | No | 29 KB | Attorney Work Product |
| 301 | Letter | 2/4/2004 | Letter correspondence with U.S. Bureau of Alcohol, Tobacco and Firearms regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Dorothy Chambers, Bureau of Alcohol, Tobacco and Firearms. | No | No | 33 KB | Attorney Work Product |
| 302 | Letter | 2/4/2004 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 32 KB | Attorney Work Product |
| 303 | Letter | 2/4/2004 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Defense Intelligence Agency, FOIA Office. | No | No | 30 KB | Attorney Work Product |
| 304 | Letter | 2/17/2004 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Alana Johnson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 17 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 305 | Letter | 2/17/2004 | Motley Rice FOIA request to Justice Management Division | Michael Elsner | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice; David M. Hardy, Chief Record/Information Dissemination Section, Records Management Division, FBI | No | No | 114 KB | Attorney Work Product |
| 306 | Letter | 2/17/2004 | Motley Rice FOIA request to FBI | Michael E. Elsner | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice | no | no | 114 KB | Attorney Work Product |
| 307 | Letter | 2/17/2004 | Motley Rice FOIA request to Dept of Justice Management Division | Michael E. Elsner | Department of Justice | no | no | 114 KB | Attorney Work Product |
| 308 | Statement | 2/28/2004 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC008868 | | | No | No | 36 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 309 | Account Statement | 2/28/2004 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC008066 | | | No | No | 34 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 310 | Wire Transfer | 3/1/2004 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC195816 | | | No | No | 63 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 311 | Letter | 3/18/2004 | Correspondence re FOIA Request 03-2560 | Marie A. O'Rourke, Executive Office US Attorneys, Freedom of Information Unit, Department of Justice | Andrew Maloney, Kreindler & Kreindler | no | yes | 566 KB | Attorney Work Product |
| 312 | Letter | 3/19/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Melissa Blevins, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 58 KB | Attorney Work Product |
| 313 | Letter | 3/26/2004 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Thomas J. McIntyre | Ronald Motley | No | No | 33 KB | Attorney Work Product |
| 314 | Letter | 3/29/2004 | FOIA Request | Andrew Maloney, Kreindler & Kreindler | Marie A. O'Rourke, Executive Office US Attorneys, Freedom of Information Unit, Department of Justice | no | yes | 514 KB | Attorney Work Product |

**03-MDL-1570 Plaintiffs' Executive Committees'**
**Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 315 | Letter | 3/31/2004 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Gregory A. Smith | Ronald Motley | No | No | 97 KB | Attorney Work Product |
| 316 | Letter | 3/31/2004 | Motley Rice FOIA request to FAA | Michael E. Elsner | Federal Aviation Administration, National Freedom of Information Act Staff | no | no | 22 KB | Attorney Work Product |
| 317 | Letter | 4/5/2004 | Motley Rice FOIA request to Office of General Council | Michael Elsner | Executive Office of Immigration Review | No | No | 37 KB | Attorney Work Product |
| 318 | Letter | 4/12/2004 | Motley Rice FOIA request to Commodity Futures Trading Commission | Michael Elsner | Eileen Donovan, Assistant Secretary for FOIA Matters, Commodity Futures Trading Commission | No | No | 23 KB | Attorney Work Product |
| 319 | Letter | 4/12/2004 | Motley Rice FOIA request to Commodity Futures Trading Commission | Michael E. Elsner | Eileen Donovan, Assistant Secretary for FOIA Matters, Commodity Futures Trading Commission | no | no | 23 KB | Attorney Work Product |
| 320 | Letter | 4/14/2004 | Motley Rice FOIA request to CIA | Michael Elsner | Information and Privacy Coordinator, Central Intelligence Agency | No | No | 23 KB | Attorney Work Product |
| 321 | Letter | 4/14/2004 | Motley Rice FOIA request to Office of Information Services | Michael Elsner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 21 KB | Attorney Work Product |
| 322 | Letter | 4/27/2004 | Motley Rice FOIA request to CIA | Michael Elsner | Information and Privacy Coordinator, Central Intelligence Agency | No | No | 22 KB | Attorney Work Product |
| 323 | Letter | 4/27/2004 | Motley Rice FOIA request to Office of Information Programs | Michael Elsner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 22 KB | Attorney Work Product |
| 324 | Letter | 4/27/2004 | Motley Rice FOIA request to National Security Council | Michael E. Elsner | Rob Soubers, Director Access Management | no | no | 23 KB | Attorney Work Product |
| 325 | Letter | 5/6/2004 | Motley Rice FOIA request to National Central Bureau | Michael Elsner | Dorothy S. Turner, FOIA/PA Specialist, INTERPOL, United States National Central Bureau, Department of Justice | No | No | 23 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 326 | Letter | 5/6/2004 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Eisner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 22 KB | Attorney Work Product |
| 327 | letter | 5/6/2004 | Motley Rice FOIA request to FBI | Michael E. Eisner | David M. Hardy, Chief Record/Information Dissemination Section, Records Management Division, FBI, | no | no | 22 KB | Attorney Work Product |
| 328 | Letter | 5/13/2004 | CIA response to Motley Rice FOIA Request | Alan W. Tate | Department of Justice | No | Yes | 562 KB | Attorney Work Product |
| 329 | Letter | 5/13/2004 | Office of Information Programs response to Motley Rice FOIA Request | Jerry Allsbrook, Jr. | Michael Eisner | No | No | 73 KB | Attorney Work Product |
| 330 | Letter | 5/13/2004 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Eisner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 22 KB | Attorney Work Product |
| 331 | Letter | 5/13/2004 | Motley Rice FOIA request to FAA | Michael Eisner | Federal Aviation Administration, National Freedom of Information Act Staff | No | No | 22 KB | Attorney Work Product |
| 332 | Letter | 5/27/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Laurie Ann Day, Department of Justice. | No | No | 25 KB | Attorney Work Product |
| 333 | Letter | 5/27/2004 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Elizabeth Withnell, Department of Homeland Security. | No | No | 114 KB | Attorney Work Product |
| 334 | Letter | 5/27/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Melissa Blevins, Department of Justice. | No | No | 167 KB | Attorney Work Product |
| 335 | Letter | 5/27/2004 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alana Johnson, Department of Treasury. | No | No | 116 KB | Attorney Work Product |
| 336 | Letter | 5/27/2004 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Robert P. Richardson, Defense Intelligence Agency. | No | No | 142 KB | Attorney Work Product |
| 337 | Wire Transfer | 5/27/2004 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2798(NG)(VVP) and related cases with bates number ABPLC193817 | | | No | No | 61 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2798(NG)(VVP) and related cases. |
| 338 | Letter | 6/2/2004 | Motley Rice FOIA request to Jimmy Carter Presidential Library | Michael Eisner | James A. Yancey, Jr., Jimmy Carter Library | No | No | 22 KB | Attorney Work Product |
| 339 | Letter | 6/7/2004 | National Central Bureau response to Motley Rice FOIA Request | Kevin R. Smith | Michael Eisner | No | No | 41 KB | Attorney Work Product |

Page 33 of 75

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 340 | Letter | 6/8/2004 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Alana Johnson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 18 KB | Attorney Work Product |
| 341 | Letter | 6/9/2004 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Robert P. Richardson, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 60 KB | Attorney Work Product |
| 342 | Letter | 6/11/2004 | Motley Rice FOIA request to the 9/11 Commission | Michael Elsner | National Commission on Terrorist Attacks Upon the United States | No | No | 22 KB | Attorney Work Product |
| 343 | Letter | 6/11/2004 | Motley Rice FOIA request to President George H.W. Bush Library | Michael Elsner | Warren Finch, President George H.W. Bush Library | No | No | 199 KB | Attorney Work Product |
| 344 | Letter | 6/11/2004 | Motley Rice FOIA request to Jimmy Carter Presidential Library | Michael Elsner | James A. Yancey, Jr., Jimmy Carter Library | No | No | 42 KB | Attorney Work Product |
| 345 | Letter | 6/11/2004 | Motley Rice FOIA request to Jimmy Carter Presidential Library | Michael Elsner | James A. Yancey, Jr., Jimmy Carter Library | No | No | 23 KB | Attorney Work Product |
| 346 | Letter | 6/11/2004 | Motley Rice FOIA request to  the White House | Michael E. Elsner | The White House, FOIA Officer | no | yes | 199 KB | Attorney Work Product |
| 347 | Letter | 6/11/2004 | Motley Rice FOIA request to White House | Michael E. Elsner | The White House, FOIA Officer | no | yes | 199 KB | Attorney Work Product |
| 348 | Letter | 6/11/2004 | Motley Rice FOIA request to President George H.W. Bush Library | Michael E. Elsner | Warren Finch, President George H.W. Bush Library | no | no | 199 KB | Attorney Work Product |
| 349 | Letter | 6/11/2004 | Motley Rice FOIA request to Jimmy Carter Presidential Library | Michael E. Elsner | James A. Yancey, Jr., Jimmy Carter Library | no | no | 23 KB | Attorney Work Product |
| 350 | Letter | 6/11/2004 | Motley Rice FOIA request to Jimmy Carter Presidential Library | Michael E. Elsner | James A. Yancey, Jr., Jimmy Carter Library | no | no | 42 KB | Attorney Work Product |
| 351 | Letter | 6/14/2004 | Motley Rice FOIA request to US Dept of Justice | Michael Elsner | Patricia D. Harris, Management Analyst, FOIA/PA Mail Referral Unit, Department of Justice | No | Yes | 87 KB | Attorney Work Product |
| 352 | Letter | 6/21/2004 | FAA, NW Region response to Motley Rice FOIA Request | Karl B. Lewis | Michael Elsner | No | Yes | 463 KB | Attorney Work Product |
| 353 | Letter | 6/22/2004 | Motley Rice FOIA request to FBI | Michael E. Elsner | David M. Hardy, Chief Record/Information Dissemination Section, Records Management Division, FBI, Department of Justice | no | no | 22 KB | Attorney Work Product |
| 354 | Letter | 6/23/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Marilyn R. LaBrie, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 101 KB | Attorney Work Product |
| 355 | Letter | 6/26/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Elsner | No | No | 40 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 356 | Letter | 6/28/2004 | Motley Rice FOIA request to DEA | Michael Eisner | Katherine L. Myrick, Chief, Freedom of Information Operations Unit, Drug Enforcement Administration | No | No | 22 KB | Attorney Work Product |
| 357 | Letter | 6/28/2004 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Eisner | Margaret P. Grafeld, Information and Privacy Coordinator, Department of State | No | No | 22 KB | Attorney Work Product |
| 358 | Letter | 6/28/2004 | Motley Rice FOIA request to FBI | Michael E. Eisner | David M. Hardy, Chief Record/Information Dissemination Section, Records Management Division, FBI, Department of Justice | no | no | 22 KB | Attorney Work Product |
| 359 | Letter | 6/29/2004 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Ronald Motley | No | Yes | 11,234 KB | Attorney Work Product |
| 360 | Letter | 7/8/2004 | US Dept. of State response to Motley Rice FOIA Request | Richard C. Devine | Michael Eisner | No | Yes | 97 KB | Attorney Work Product |
| 361 | Letter | 7/8/2004 | Motley Rice FOIA request to FBI | David Hardy | Michael Eisner | no | yes | 118 KB | Attorney Work Product |
| 362 | Letter | 7/13/2004 | Justice Management Division response to Motley Rice FOIA Request | Thomas J. McIntyre | Michael Eisner | No | No | 43 KB | Attorney Work Product |
| 363 | Letter | 7/14/2004 | Justice Management Division response to Motley Rice FOIA Request | Ronald L. Deacon | Michael Eisner | No | Yes | 66 KB | Attorney Work Product |
| 364 | Letter | 7/15/2004 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor | Alana Johnson, Department of Treasury. | No | No | 49 KB | Attorney Work Product |
| 365 | Email | 7/16/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Eisner | yes | no | 2 KB | Attorney Work Product |
| 366 | Letter | 7/23/2004 | Motley Rice FOIA request to President Ronald Reagan Library | Michael E. Eisner | Sherrie Fletcher, President Ronald Reagan Library | no | no | 37 KB | Attorney Work Product |
| 367 | Letter | 7/26/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Eisner | no | no | 40 KB | Attorney Work Product |
| 368 | Letter | 7/26/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Eisner | no | no | 40 KB | Attorney Work Product |
| 369 | Letter | 8/9/2004 | FAA response to Motley Rice FOIA Request | Joseph Tintera | Michael Eisner | no | yes | 73 KB | Attorney Work Product |
| 370 | Letter | 8/10/2004 | Motley Rice FOIA request to DEA | Michael Eisner | Katherine L. Myrick, Chief, Freedom of Information Operations Unit, Drug Enforcement Administration | No | No | 22 KB | Attorney Work Product |
| 371 | Letter | 8/10/2004 | Motley Rice FOIA request to FAA | Michael E. Eisner | Federal Aviation Administration, National Freedom of Information Act Staff | no | no | 22 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 372 | Letter | 8/10/2004 | Motley Rice FOIA request to FBI | Michael E. Elsner | David M. Hardy, Chief FOIA Section, FBI | no | no | 22 KB | Attorney Work Product |
| 373 | Letter | 8/12/2004 | FOIA Request | John Fawcett, Kreindler & Kreindler | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State, | no | no | 26 KB | Attorney Work Product |
| 374 | Letter | 8/13/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Elsner | no | no | 27 KB | Attorney Work Product |
| 375 | Letter | 8/13/2004 | FAA response to Motley Rice FOIA Request | Joann Noonan | Michael Elsner | no | no | 30 KB | Attorney Work Product |
| 376 | Letter | 8/20/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Justice, FOIA Office. | No | No | 234 KB | Attorney Work Product |
| 377 | fax | 8/24/2004 | Correspondence Re FOIA Request 200403264 Criminal Division response to Motley Rice FOIA Request | John Fawcett, Kreindler & Kreindler | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State, | no | yes | 2134 KB | Attorney Work Product |
| 378 | Letter | 8/27/2004 | | Thomas J. McIntyre | Michael Elsner | No | No | 41 KB | Attorney Work Product |
| 379 | Letter | 8/27/2004 | Correspondence Re FOIA Request 200403264 | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | no | 57 KB | Attorney Work Product |
| 380 | Letter | 8/28/2004 | Motley Rice FOIA request to FAA | Michael E. Elsner | Federal Aviation Administration, National Freedom of Information Act Staff | no | no | 22 KB | Attorney Work Product |
| 381 | Letter | 8/30/2004 | Dept of Treasury response to Motley Rice FOIA Request | Merete M. Evans | Ronald Motley | No | No | 25 KB | Attorney Work Product |
| 382 | Letter | 9/1/2004 | President George H.W. Bush Library response to Motley Rice FOIA Request | Michael Elsner | Warren Finch, President George H.W. Bush Library | No | No | 504 KB | Attorney Work Product |
| 383 | Letter | 9/8/2004 | FAA SW Region response to Motley Rice FOIA Request | Ava Wilkerson | Michael Elsner | no | yes | 4,071 KB | Attorney Work Product |
| 384 | Letter | 9/8/2004 | FAA response to Motley Rice FOIA Request | Ava Wilkerson | Michael Elsner | no | yes | 4,080 KB | Attorney Work Product |
| 385 | Letter | 9/11/2004 | Motley Rice FOIA request to FAA | Michael E. Elsner | Associate Administrator for Regions and Center Operation, ARC-1, Federal Aviation Administration | no | no | 545 KB | Attorney Work Product |

Page 36 of 75

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 386 | Letter | 9/13/2004 | Re: MDL 1570 | Andrew Maloney, Kreindler & Kreindler | Sarah Normand, Executive Office US Attorneys, U.S. Department of Justice | no | no | 112 KB | Attorney Work Product |
| 387 | Letter | 9/14/2004 | FAA response to Motley Rice FOIA Request | Tracy Paquin | Michael Elsner | no | yes | 24 KB | Attorney Work Product |
| 388 | Letter | 9/22/2004 | Motley Rice FOIA request to FBI | Mary Schiavo | David M. Hardy, Chief FOIA Section, FBI Department of Justice | no | no | 27 KB | Attorney Work Product |
| 389 | Letter | 9/22/2004 | Motley Rice FOIA request to FBI | Mary Schiavo | FBI Laboratory | no | no | 27 KB | Attorney Work Product |
| 390 | Letter | 9/24/2004 | Motley Rice FOIA request to President Ronald Reagan Library | Michael E. Elsner | Sherrie Fletcher, President Ronald Reagan Library | no | no | 25 KB | Attorney Work Product |
| 391 | Letter | 9/27/2004 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 53 KB | Attorney Work Product |
| 392 | Letter | 9/30/2004 | Motley Rice FOIA request to DEA | Michael Elsner | Katherine L. Myrick, Chief, Freedom of Information Operations Unit, Drug Enforcement Administration | No | No | 21 KB | Attorney Work Product |
| 393 | Letter | 9/30/2004 | Motley Rice FOIA request to FBI | Michael E. Elsner | David M. Hardy, Chief FOIA Section, FBI Department of Justice | no | no | 22 KB | Attorney Work Product |
| 394 | Letter | 10/5/2004 | Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Ronald Motley | No | Yes | 494 KB | Attorney Work Product |
| 395 | Letter | 10/29/2004 | TSA response to Motley Rice FOIA Request | Catrina Pavlik | Michael Elsner | No | Yes | 555 KB | Attorney Work Product |
| 396 | Letter | 11/5/2004 | FOIA Request | John Fawcett, Kreindler & Kreindler | FOIA Office, U.S. Department of Justice | no | no | 25 KB | Attorney Work Product |
| 397 | Letter | 11/8/2004 | President Ronald Reagan Library response to Motley Rice FOIA Request | Shelly Jacobs | Michael Elsner | no | no | 90 KB | Attorney Work Product |
| 398 | Letter | 11/15/2004 | Motley Rice FOIA request to Office of Information Programs | Michael Elsner | Karen Brothers, U.S. Department of State, Office of IRM Programs and Services | No | Yes | 75 KB | Attorney Work Product |
| 399 | Letter | 11/24/2004 | US Dept of State, Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Ronald Motley | No | Yes | 2,585 KB | Attorney Work Product |
| 400 | Letter | 12/28/2004 | FBI response to Motley Rice FOIA Request | David Hardy | Michael Elsner | no | yes | 99 KB | Attorney Work Product |
| 401 | Letter | 1/5/2005 | Dept of the Navy response to Motley Rice FOIA Request | Jason Jones | Ronald Motley | no | yes | 510 KB | Attorney Work Product |
| 402 | Letter | 1/17/2005 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alana Johnson, Department of Treasury. | No | No | 2317 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 403 | Letter | 1/25/2005 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Alana Johnson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 78 KB | Attorney Work Product |
| 404 | Letter | 2/10/2005 | Motley Rice FOIA request to Office of Information Programs and Services | Michael Elsner | Karen Brothers, U.S. Department of State, Office of IRM Programs and Services | No | No | 34 KB | Attorney Work Product |
| 405 | Letter | 2/10/2005 | Re: In re Terrorist Attacks Litigation of September 11, 2001 | United States Attorney Southern District of New York | Andrew Maloney, Kreindler & Kreindler | no | no | 31 KB | Attorney Work Product |
| 406 | Letter | 2/16/2005 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alana Johnson, Department of Treasury. | No | No | 1024 KB | Attorney Work Product |
| 407 | List | 3/27/2005 | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2798(NG)(VVP) and related cases with bates number ABPLC002292 - ABPLC002326 | | | No | No | 2734 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC., Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 408 | Letter | 5/10/2005 | Office of Information Programs response to Motley Rice FOIA Request | Margaret P. Grafeld | Ronald Motley | No | Yes | 3,367 KB | Attorney Work Product |
| 409 | Letter | 5/16/2005 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alana Johnson, Department of Treasury. | No | No | 1067 KB | Attorney Work Product |
| 410 | Letter | 5/18/2005 | Correspondence re FOIA Request 03-2560 | Marie A. O'Rourke, Executive Office US Attorneys, Freedom of Information Unit, Department of Justice | Andrew Maloney, Kreindler & Kreindler | no | yes | 603 KB | Attorney Work Product |
| 411 | Letter | 5/23/2005 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alana Johnson, Department of Treasury. | No | No | 871 KB | Attorney Work Product |
| 412 | Letter | 5/24/2005 | Dept of Treasury, Departmental Offices response to Motley Rice FOIA Request | Alana Johnson | Ronald Motley | No | No | 20 KB | Attorney Work Product |
| 413 | Letter | 5/25/2005 | Motley Rice FOIA request to Justice Management Division | Benjamin Davis | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice | No | No | 33 KB | Attorney Work Product |
| 414 | Letter | 5/25/2005 | Motley Rice FOIA request to Dept of Transportation | Benjamin Davis | Kathy Ray, Department of Transportation | No | No | 33 KB | Attorney Work Product |
| 415 | Letter | 5/25/2005 | Motley Rice FOIA request to Justice Management Division | Benjamin Davis | FOIA/PA Mail Referral Unit, Justice Management Division, Department of Justice | no | no | 33 KB | Attorney Work Product |
| 416 | Letter | 6/22/2005 | FAA response to Motley Rice FOIA Request | John Barrett | Michael Elsner | no | no | 108 KB | Attorney Work Product |
| 417 | Letter | 7/15/2005 | Re: In re Terrorist Attacks Litigation of September 11, 2001 | United States Attorney Southern District of New York | Andrew Maloney, Kreindler & Kreindler | no | no | 93 KB | Attorney Work Product |

# 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 418 | Letter | 7/18/2005 | FBI response to Motley Rice FOIA Request | William A. Miller | Michael Hall | No | Yes | 146 KB | Attorney Work Product |
| 419 | Letter | 7/18/2005 | Dept of Justice Office of Information and Privacy response to Motley Rice FOIA Request | Richard L. Huff | Michael Elsner | No | No | 38 KB | Attorney Work Product |
| 420 | Letter | 7/18/2005 | FBI response to Motley Rice FOIA Request | William A. Miller | Michael Hall | no | yes | 146 KB | Attorney Work Product |
| 421 | Letter | 8/19/2005 | CIA response to Motley Rice FOIA Request | Scott Koch | Ronald Motley | No | Yes | 79 KB | Attorney Work Product |
| 422 | Letter | 9/9/2005 | US Dept of State, Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Michael Elsner | No | Yes | 176 KB | Attorney Work Product |
| 423 | Letter | 9/30/2005 | Dept of Treasury, FinCEN response to Motley Rice FOIA Request | Gregory A. Smith | Ronald Motley | No | No | 34 KB | Attorney Work Product |
| 424 | Letter | 11/17/2005 | Correspondence Re FOIA Request 200403264 | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | no | 1002 KB | Attorney Work Product |
| 425 | Letter | 11/22/2005 | Motley Rice FOIA request to Dept of Transportation | Michael Elsner | Law Enforcement, Department of the Treasury, Disclosure Services | No | No | 160 KB | Attorney Work Product |
| 426 | Letter | 11/28/2005 | FBI response to Motley Rice FOIA Request | David M. Hardy | Michael Elsner | No | Yes | 93 KB | Attorney Work Product |
| 427 | Letter | 11/28/2005 | FBI response to Motley Rice FOIA Request | David M. Hardy | Michael Elsner | No | Yes | 1,789 KB | Attorney Work Product |
| 428 | Letter | 12/2/2005 | Letter correspondence with U.S. Central Intelligence Agency FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 129 KB | Attorney Work Product |
| 429 | Letter | 12/5/2005 | Dept of Justice, Justice Management Division response to Motley Rice FOIA Request | Ronald Deacon | Michael Elsner | no | yes | 76 KB | Attorney Work Product |
| 430 | Letter | 12/16/2005 | Dept of Treasury Disclosure Services response to Motley Rice FOIA Request | Alana Johnson | Michael Elsner | No | No | 61 KB | Attorney Work Product |
| 431 | Letter | 12/16/2005 | Defense Intelligence Agency response to Motley Rice FOIA Request | Margaret Bestrain | Michael Elsner | no | yes | 184 KB | Attorney Work Product |
| 432 | Letter | 2/7/2006 | Dept of Justice Office of Information and Privacy response to Motley Rice FOIA Request | Priscilla Jones | Office of Information Programs and Services, AJRPS/IPS/RL, U.S. Department of State | No | No | 32 KB | Attorney Work Product |
| 433 | Letter | 2/13/2006 | Motley Rice FOIA request to Office of Information Programs and Services | Michael Elsner | Law Enforcement, Department of the Treasury, Disclosure Services | No | No | 767 KB | Attorney Work Product |
| 434 | Letter | 2/14/2006 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Michael Elsner | Alana Johnson, Department of Treasury. | No | No | 68 KB | Attorney Work Product |
| 435 | Letter | 2/16/2006 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 41 KB | Attorney Work Product |
| 436 | Letter | 2/16/2006 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 293 KB | Attorney Work Product |