## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 437 | Letter | 2/17/2006 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Brian S. Kinsey, Defense Intelligence Agency. | No | No | 168 KB | Attorney Work Product |
| 438 | Letter | 3/22/2006 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Margaret A. Bestrain, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 439 | Letter | 4/6/2006 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Margaret P. Grafeld | Michael Elsner | No | Yes | 2,618 KB | Attorney Work Product |
| 440 | Letter | 4/12/2006 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Margaret A. Bestrain, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 55 KB | Attorney Work Product |
| 441 | Letter | 4/20/2006 | Office of Information Program response to Motley Rice FOIA Request | Margaret P. Grafeld | Michael Elsner | No | Yes | 2,909 KB | Attorney Work Product |
| 442 | Letter | 5/10/2006 | FinCEN Disclosure Offices response to Motley Rice FOIA Request | Gregory A. Smith | Michael Elsner | No | No | 44 KB | Attorney Work Product |
| 443 | Letter | 5/11/2006 | USAID response to Motley Rice FOIA Request | Carolyn a. Carroll | Anne McGinness Kearse Law Enforcement, Department of the Treasury, Disclosure Services | no | yes | 89 KB | Attorney Work Product |
| 444 | Letter | 5/23/2006 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Michael Elsner | Michael Elsner | No | Yes | 242 KB | Attorney Work Product |
| 445 | Letter | 5/26/2006 | Federal Reserve System response to Motley Rice FOIA Request | Margaret McCloskey Shanks | Michael Elsner | no | yes | 96 KB | Attorney Work Product |
| 446 | Letter | 6/2/2006 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Dale Underwood | Anne McGinness Kearse | No | Yes | 103 KB | Attorney Work Product |
| 447 | Letter | 6/2/2006 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Dale Underwood | Ronald Motley | No | Yes | 176 KB | Attorney Work Product |
| 448 | Letter | 6/2/2006 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Dale Underwood | Anne McGinness Kearse | No | No | 34 KB | Attorney Work Product |
| 449 | Fax | 6/5/2006 | FOIA Request | FAA Aircraft Registry | John Fawcett, Kreindler & Kreindler | no | no | 416 KB | Attorney Work Product |
| 450 | Letter | 6/8/2006 | US Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Hugh Gilmore | Michael Elsner | No | No | 68 KB | Attorney Work Product |
| 451 | Letter | 6/21/2006 | Bureau of Diplomatic Security response to Motley Rice FOIA Request | Joe Morton | Michael Elsner | No | Yes | 275 KB | Attorney Work Product |
| 452 | Letter | 6/27/2006 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Margaret A. Bestrain, Defense Intelligence Agency. | No | No | 198 KB | Attorney Work Product |
| 453 | Letter | 6/29/2006 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Michael Elsner | Dale Underwood, Department of the Treasury, Disclosure Services | No | Yes | 68 KB | Attorney Work Product |
| 454 | Letter | 7/19/2006 | TSA response to Motley Rice FOIA Request | Scott Koch | Michael Elsner | No | Yes | 81 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 455 | Letter | 8/24/2006 | Motley Rice FOIA request to Dept of Treasury Disclosure Services | Michael Elsner | Alana Johnson, Department of the Treasury | No | No | 135 KB | Attorney Work Product |
| 456 | Letter | 8/29/2006 | USAID response to Motley Rice FOIA Request | J.M. Paskar | Anne McGinness Kearse | no | no | 254 KB | Attorney Work Product |
| 457 | Letter | 9/1/2006 | US Dept of State, Office of Information Resources Management Programs and Services response to Motley Rice FOIA Request | Charlene Wright Thomas | Michael Elsner | No | No | 57 KB | Attorney Work Product |
| 458 | Letter | 9/1/2006 | Dept of Treasury Disclosure Services response to Motley Rice FOIA Request | Dale Underwood | Keith Roberts, Chief FOIA Officer, White House | No | No | 54 KB | Attorney Work Product |
| 459 | Letter | 9/25/2006 | Motley Rice FOIA request to the White House | Michael E. Elsner | Keith Roberts, Chief FOIA Officer, White House | no | yes | 70 KB | Attorney Work Product |
| 460 | Letter | 9/25/2006 | Motley Rice FOIA request to White House | Michael E. Elsner | U.S. Department of the Treasury FOIA Office | no | yes | 70 KB | Attorney Work Product |
| 461 | Letter | 9/26/2006 | FOIA Request | John Fawcett, Kreindler & Kreindler | Michael Elsner | no | no | 22 KB | Attorney Work Product |
| 462 | Letter | 9/27/2006 | FAA response to Motley Rice FOIA Request | Douglas Murphy | Michael Elsner | no | no | 132 KB | Attorney Work Product |
| 463 | Letter | 10/4/2006 | Motley Rice FOIA request to Office of Information Resources Management Programs and Services | Michael Elsner | U.S. Department of State, Office of Information Programs and Services | No | No | 66 KB | Attorney Work Product |
| 464 | Letter | 10/16/2006 | US Immigration and Customs Enforcement response to Motley Rice FOIA Request | Gloria Marshall | Michael Elsner | no | yes | 132 KB | Attorney Work Product |
| 465 | Letter | 10/16/2006 | Correspondence Re FOIA Request 2006-10-03 | Hugh Gilmore, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 429 KB | Attorney Work Product |
| 466 | Letter | 11/20/2006 | Motley Rice FOIA request to Dept of Homeland Security | Michael E. Elsner | Privacy Office, Department of Homeland Security | no | yes | 339 KB | Attorney Work Product |
| 467 | Letter | 12/5/2006 | Dept of State, Office of Information Programs and Services response to Motley Rice FOIA Request | Erica Perel | Michael Elsner | no | no | 94 KB | Attorney Work Product |
| 468 | Letter | 12/5/2006 | Dept of Homeland Security, Office of the General Council response to Motley Rice FOIA Request | Erica Perel | Michael Elsner | no | no | 27 KB | Attorney Work Product |
| 469 | Letter | 12/15/2006 | FinCEN Disclosure Offices response to Motley Rice FOIA Request | Gregory A. Smith | Michael Elsner | No | No | 109 KB | Attorney Work Product |
| 470 | Letter | 1/18/2007 | Office of Information Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Michael Elsner | No | Yes | 177 KB | Attorney Work Product |
| 471 | Email | 1/25/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor | Department of Defense, FOIA Office. | No | Yes (see ID # 472) | 1 KB | Attorney Work Product |

Page 41 of 75

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 472 | Attachment | 1/25/2007 | Attachment to email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 103 KB | Attorney Work Product |
| 473 | Letter | 1/25/2007 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 103 KB | Attorney Work Product |
| 474 | Letter | 1/31/2007 | Office of Information Program and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Michael Elsner | No | Yes | 508 KB | Attorney Work Product |
| 475 | Letter | 2/1/2007 | US Dept of State, Office of Information Programs and Services response to Motley Rice FOIA Request | Margaret Grafield | Anne McGinness Kearse | no | yes | 596 KB | Attorney Work Product |
| 476 | Email | 3/15/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | Yes (see ID # 477) | 1 KB | Attorney Work Product |
| 477 | Attachment | 3/15/2007 | Attachment to email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 117 KB | Attorney Work Product |
| 478 | Letter | 3/15/2007 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 117 KB | Attorney Work Product |
| 479 | Email | 3/16/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | Yes (see ID # 480) | 1 KB | Attorney Work Product |
| 480 | Attachment | 3/16/2007 | Attachment to email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 152 KB | Attorney Work Product |
| 481 | Letter | 3/16/2007 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Defense, FOIA Office. | No | No | 172 KB | Attorney Work Product |
| 482 | Letter | 4/23/2007 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Will Kammrer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 483 | Letter | 5/17/2007 | Motley Rice FOIA request to FinCEN | Michael Elsner | Gregory Smith, Financial Crimes Enforcement Network, Disclosure Office | No | No | 88 KB | Attorney Work Product |
| 484 | Letter | 5/17/2007 | Motley Rice FOIA request to Dept of Treasury, FinCEN | Michael Elsner | Gregory Smith, Financial Crimes Enforcement Network, Disclosure Office | No | No | 91 KB | Attorney Work Product |
| 485 | Letter | 6/22/2007 | Dept of Treasury Financial Crimes Enforcement Network response to Motley Rice FOIA Request | Gregory A. Smith | Ronald Motley | No | Yes | 7,316 KB | Attorney Work Product |
| 486 | Letter | 8/24/2007 | Correspondence Re FOIA Request | John Fawcett, Kreindler & Kreindler | FOIA Unit, Federal Bureau of Investigation, U.S. Department of Justice | no | no | 1398 KB | Attorney Work Product |
| 487 | Fax | 8/28/2007 | FOIA Request | John Fawcett, Kreindler & Kreindler | U.S. Securities and Exchange Commission | no | yes | 1656 KB | Attorney Work Product |
| 488 | Fax | 8/31/2007 | FOIA Request | John Fawcett, Kreindler & Kreindler | Scott Koch, Information and Privacy Coordinator, Central Intelligence Agency | no | yes | 2332 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 489 | Letter | 8/31/2007 | Correspondence Re FOIA Request | David M. Hardy, Records Management Division, Federal Bureau of Investigation, U.S. Department of Justice | John Fawcett, Kreindler & Kreindler | no | yes | 1020 KB | Attorney Work Product |
| 490 | Letter | 9/14/2007 | Correspondence Re FOIA Request 2007-09-17 | Dale Underwood, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 517 KB | Attorney Work Product |
| 491 | Letter | 9/17/2007 | Correspondence Re FOIA Request 07-08345 | Everette Johnson, FOIA/Privacy Act Officer, U.S. Securities and Exchange Commission | John Fawcett, Kreindler & Kreindler | no | no | 876 KB | Attorney Work Product |
| 492 | Letter | 9/17/2007 | Correspondence Re FOIA Request 2005-01-014 | Brockly McLaughlin, Deputy Asst Secretary, Office of Public Affairs, U.S. Department of the Treasury | Christine Negroni, Kreindler & Kreindler | no | no | 398 KB | Attorney Work Product |
| 493 | Email | 9/18/2007 | Correspondence Re FOIA Request 2007-7730 | John Fawcett, Kreindler & Kreindler | U.S. Federal Aviation Administration FOIA Coordinator | no | no | 13 KB | Attorney Work Product |
| 494 | Letter | 9/19/2007 | Correspondence Re FOIA Request 2007-7730 | Joann Noonan, FOIA Specialist, Federal Aviation Authority, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 117 KB | Attorney Work Product |
| 495 | Letter | 9/21/2007 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Margaret A. Bestrain, Defense Intelligence Agency. | No | No | 100 KB | Attorney Work Product |
| 496 | Letter | 9/25/2007 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 497 | Letter | 9/26/2007 | Correspondence re FOIA 04-FOIA-15887 | Gloria L. Marshall, Information Disclosure Unit, Immigration and Customs Enforcement, Department of Homeland Security | Christine Negroni, Kreindler & Kreindler | no | no | 443 KB | Attorney Work Product |
| 498 | Fax | 9/27/2007 | Letter correspondence with U.S. Department of State regarding FOIA request. | Wilma Manning, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 38 KB | Attorney Work Product |
| 499 | Email | 9/27/2007 | Email correspondence with U.S. Department of State regarding FOIA request. | Wilma Manning, Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 22 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 500 | Fax | 9/27/2007 | FOIA Request | John Fawcett, Kreindler & Kreindler | FOIA/PA Request, Disclosure Services, U.S. Department of the Treasury | no | yes | 2192 KB | Attorney Work Product |
| 501 | Email | 9/28/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aaron Graves, Department of Defense. | Yes | No | 5 KB | Attorney Work Product |
| 502 | Email | 9/28/2007 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Wilma Manning, Department of State. | Yes | No | 24 KB | Attorney Work Product |
| 503 | Email | 9/28/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | Aaron Graves, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 504 | Letter | 10/1/2007 | Correspondence re FOIA Req. F-2007-1961 | | John Fawcett, Kreindler & Kreindler | no | no | 999 KB | Attorney Work Product |
| 505 | Letter | 10/29/2007 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Scott Koch, Information and Privacy Coordinator, Central Intelligence Agency | no | No | 76 KB | Attorney Work Product |
| 506 | Email | 10/4/2007 | Correspondence Re FOIA Request 2007-7730 | Michael A. Cirillo, Systems Operations Services, Federal Aviation Authority, U.S. Department of Transportation | Janice Galli McLeod, Department of Justice. | No | | | |
| | | | | | John Fawcett, Kreindler & Kreindler | no | yes | 811 KB | Attorney Work Product |
| 507 | Email | 10/8/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aaron Graves, Department of Defense. | No | No | 3 KB | Attorney Work Product |
| 508 | Email | 10/8/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aaron Graves, Department of Defense. | Yes | No | 9 KB | Attorney Work Product |
| 509 | Email | 10/9/2007 | Email correspondence with U.S. Department of Defense regarding FOIA request. | Aaron Graves, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 10 KB | Attorney Work Product |
| 510 | Email | 10/25/2007 | Email correspondence with U.S. Department of State regarding FOIA request. | Wilma Manning, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 7 KB | Attorney Work Product |
| 511 | Email | 10/26/2007 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Wilma Manning, Department of State. | Yes | No | 7 KB | Attorney Work Product |
| 512 | Letter | 10/29/2007 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | Loren Shaver, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 139 KB | Attorney Work Product |
| 513 | Letter | 10/29/2007 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Amanda Michanczyk | Michael Elsner | No | Yes | 80 KB | Attorney Work Product |
| 514 | Letter | 11/5/2007 | FinCEN Disclosure Offices response to Motley Rice FOIA Request | William F. Baity | Michael Elsner | No | No | 34 KB | Attorney Work Product |
| 515 | Letter | 11/6/2007 | Dept of Treasury response to Motley Rice FOIA Request | Amanda Michanczyk | Michael Elsner | No | No | 95 KB | Attorney Work Product |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 516 | Letter | 11/6/2007 | Correspondence Re FOIA Request 2007-09-13 | Hugh Gilmore, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 374 KB | Attorney Work Product |
| 517 | Letter | 11/27/2007 | Correspondence re FOIA Req F-2007-1961 | Scott Koch, Information and Privacy Coordinator, Central Intelligence Agency | John Fawcett, Kreindler & Kreindler | no | no | 1123 KB | Attorney Work Product |
| 518 | Letter | 1/3/2008 | Office of Information Programs and Services response to Motley Rice FOIA Request | Margaret P. Grafeld | Michael Elsner | No | No | 112 KB | Attorney Work Product |
| 519 | Letter | 1/31/2008 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Thomas C. Taylor | Ronald Motley | No | No | 41 KB | Attorney Work Product |
| 520 | Letter | 1/31/2008 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Thomas C. Taylor | Ronald Motley | No | No | 41 KB | Attorney Work Product |
| 521 | Email | 2/13/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | Stuart J.D. Schwartzstein, Department of State. | J. Scott Tarbutton, Cozen O'Connor, Chief, FOIA/PA Unit, Criminal Division, Department of Justice | No | No | 1 KB | Attorney Work Product |
| 522 | Letter | 2/13/2008 | Motley Rice FOIA request to Dept of Justice, Dept of Justice, Criminal Division | Michael Elsner | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 523 | Email | 2/14/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | Stuart J.D. Schwartzstein, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 6 KB | Attorney Work Product |
| 524 | Letter | 2/27/2008 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Thomas C. Taylor, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 40 KB | Attorney Work Product |
| 525 | Email | 3/7/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | Stuart J.D. Schwartzstein, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 5 KB | Attorney Work Product |
| 526 | Letter | 3/10/2008 | Request for status update FOIA | John Fawcett, Kreindler & Kreindler | FOIA Office, U.S. Department of the Treasury | no | no | 25 KB | Attorney Work Product |
| 527 | Email | 3/13/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Mr. Mikanovic, ICTY. | No | No | 50 KB | Attorney Work Product |
| 528 | Email | 3/13/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Mr. Mikanovic, ICTY. | No | Yes (see ID # 529) | 36 KB | Attorney Work Product |
| 529 | Attachment | 3/13/2008 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | J. Scott Tarbutton, Cozen O'Connor. | Mr. Mikanovic, ICTY. | No | No | 57 KB | Attorney Work Product |
| 530 | Email | 4/4/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State | No | Yes (see ID # 531) | 1 KB | Attorney Work Product |
| 531 | Attachment | 4/4/2008 | Attachment to email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State | No | No | 83 KB | Attorney Work Product |
| 532 | Email | 4/4/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State | No | No | 2 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 533 | Email | 4/7/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Mr. Mikanovic, ICTY. | No | Yes (see ID # 527-529) | 165 KB | Attorney Work Product |
| 534 | Letter | 4/7/2008 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Thomas C. Taylor, Department of Justice. | No | No | 41 KB | Attorney Work Product |
| 535 | Email | 4/8/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 536) | 4 KB | Attorney Work Product |
| 536 | Attachment | 4/8/2008 | Attachment to email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 29 KB | Attorney Work Product |
| 537 | Letter | 4/8/2008 | Correspondence Re FOIA Request 2006-10-13 | Hugh Gilmore, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | No | no | 267 KB | Attorney Work Product |
| 538 | Letter | 4/9/2008 | FOIA Request | John Fawcett, Kreindler & Kreindler | Office of Information Programs and Services, U.S. Department of State. | no | no | 22 KB | Attorney Work Product |
| 539 | Letter | 4/9/2008 | FOIA Request | John Fawcett, Kreindler & Kreindler | FOIA Office, U.S. Department of the Treasury | no | no | 25 KB | Attorney Work Product |
| 540 | Email | 4/10/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | Yes (see ID # 541) | 2 KB | Attorney Work Product |
| 541 | Attachment | 4/10/2008 | Attachment to letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | No | 81 KB | Attorney Work Product |
| 542 | Email | 4/10/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | Yes | No | 6 KB | Attorney Work Product |
| 543 | Email | 4/10/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 6 KB | Attorney Work Product |
| 544 | Email | 4/10/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 527-529) | 232 KB | Attorney Work Product |
| 545 | Email | 4/11/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 4 KB | Attorney Work Product |
| 546 | Letter | 4/11/2008 | Correspondence Re FOIA Request 07-08345 | Frank A. Henderson, FOIA/Privacy Act Officer, U.S. Securitiesand Exchange Commission | John Fawcett, Kreindler & Kreindler | no | no | 832 KB | Attorney Work Product |
| 547 | Letter | 4/14/2008 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | No | 453 KB | Attorney Work Product |
| 548 | Email | 4/14/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | Yes (see ID # 549) | 1 KB | Attorney Work Product |
| 549 | Attachment | 4/14/2008 | Attachment to email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | No | 453 KB | Attorney Work Product |

**03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log**

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 550 | Attachment | 4/14/2008 | Attachment to email correspondence with Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 551 | Email | 4/14/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 6 KB | Attorney Work Product |
| 552 | Email | 4/14/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, David Reuther, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 2 KB | Attorney Work Product |
| 553 | Email | 4/15/2008 | Email correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | National Security Agency, FOIA Office. | No | Yes (see ID # 220) | 3 KB | Attorney Work Product |
| 554 | Email | 4/15/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | No | 4 KB | Attorney Work Product |
| 555 | Email | 4/15/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID #550) | 2 KB | Attorney Work Product |
| 556 | Email | 4/22/2008 | Email correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Aaron Graves, Department of Defense. | Yes | No | 11 KB | Attorney Work Product |
| 557 | Email | 4/22/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | | 159 KB | Attorney Work Product |
| 558 | Email | 4/24/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Anna Veretelnikova, ICTY. | No | Yes (see ID # 529) | 92 KB | Attorney Work Product |
| 559 | Email | 4/25/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 529; FED-PEC0216298-216380; 0216381-216486) | 145 KB | Attorney Work Product |
| 560 | Email | 4/25/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 529; FED-PEC0216298-216380; 0216381-216486) | 125 KB | Attorney Work Product |
| 561 | Email | 4/29/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | John A. Parker, Department of State. | No | No | 5 KB | Attorney Work Product |
| 562 | Email | 4/29/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 4 KB | Attorney Work Product |
| 563 | Letter | 4/30/2008 | Dept of Treasury response to Molley Rice FOIA Request | John Farley | Ronald Motley | No | No | 28 KB | Attorney Work Product |
| 564 | Email | 5/2/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | John A. Parker, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 3 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 565 | Letter | 5/5/2008 | Correspondence Re FOIA Request 20082355 | Anne T. Baker, Office of Information Programs and Services, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | yes | 4456 KB | Attorney Work Product |
| 566 | Letter | 5/5/2008 | Correspondence Re FOIA Request 2008-05-015 | Hugh Gilmore, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 354 KB | Attorney Work Product |
| 567 | Email | 5/6/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | Yes | No | 67 KB | Attorney Work Product |
| 568 | Email | 5/6/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 67 KB | Attorney Work Product |
| 569 | Letter | 5/7/2008 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Homeland Security, FOIA Office. | No | No | 976 KB | Attorney Work Product |
| 570 | Letter | 5/7/2008 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 978 KB | Attorney Work Product |
| 571 | Email | 5/7/2008 | Email correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Homeland Security, FOIA Office. | No | Yes (see ID # 572) | 2 KB | Attorney Work Product |
| 572 | Attachment | 5/7/2008 | Attachment to email correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Homeland Security, FOIA Office. | No | No | 976 KB | Attorney Work Product |
| 573 | Email | 5/7/2008 | Email correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Julia Eichhorst, Federal Bureau of Investigation. | No | Yes (see ID # 574) | 2 KB | Attorney Work Product |
| 574 | Attachment | 5/7/2008 | Attachment to email correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 978 KB | Attorney Work Product |
| 575 | Email | 5/8/2008 | Email correspondence with U.S. Department of Homeland Security regarding FOIA request. | Department of Homeland Security, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 3 KB | Attorney Work Product |
| 576 | Email | 5/8/2008 | Email correspondence with U.S. Department of Homeland Security regarding FOIA request. | Department of Homeland Security, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 58 KB | Attorney Work Product |
| 577 | Email | 5/22/2008 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office; John A. Parker. | No | No | 7 KB | Attorney Work Product |
| 578 | Email | 6/4/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Anna Veretelnikova, ICTY. | No | No | 30 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 579 | Email | 6/10/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Anna Veretelnikova, ICTY. | Yes | No | 62 KB | Attorney Work Product |
| 580 | Email | 6/11/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 106 KB | Attorney Work Product |
| 581 | Letter | 6/14/2008 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Michael Elsner | Disclosure Services, DO, Department of the Treasury | No | Yes | 1,625 KB | Attorney Work Product |
| 582 | Letter | 6/16/2008 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marsha Liss, Department of Justice. | No | No | 363 KB | Attorney Work Product |
| 583 | Email | 6/18/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Anna Veretelnikova, ICTY. | Yes | No | 129 KB | Attorney Work Product |
| 584 | Email | 6/20/2008 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Anna Veretelnikova, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 170 KB | Attorney Work Product |
| 585 | Letter | 6/24/2008 | Dept of Treasury, Disclosure Services response to Motley Rice FOIA Request | Hugh Gilmore | Michael Elsner | No | No | 67 KB | Attorney Work Product |
| 586 | Letter | 7/30/2008 | Dept of Treasury Disclosure Services response to Motley Rice FOIA Request | John Farley | Michael Elsner | No | Yes | 381 KB | Attorney Work Product |
| 587 | Letter | 7/30/2008 | Dept of Treasury response to Motley Rice FOIA Request | John Farley | Michael Elsner | No | Yes | 908 KB | Attorney Work Product |
| 588 | Letter | 8/20/2008 | Correspondence Re FOIA Request 2007-09-17 | John Farley, Seniro Resource Manager, Office of Terrorism and Financial Intelligence, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 390 KB | Attorney Work Product |
| 589 | Letter | 8/29/2008 | Correspondence Re FOIA Request 2008-05-015 | Virginia Canter, Office of Resource Management, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 478 KB | Attorney Work Product |
| 590 | Letter | 9/4/2008 | Dept of Defense response to Motley Rice FOIA Request | Will Kammer | Michael Elsner | No | Yes | 327 KB | Attorney Work Product |
| 591 | Letter | 9/10/2008 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 69 KB | Attorney Work Product |
| 592 | Letter | 10/21/2008 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 593 | Letter | 10/21/2008 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Rena Y. Kim | Ronald Motley | No | No | 67 KB | Attorney Work Product |

Page 49 of 75

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 594 | Letter | 10/27/2008 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Steve Wiegman, Defense Intelligence Agency. | No | No | 410 KB | Attorney Work Product |
| 595 | Letter | 10/28/2008 | Dept of Justice, Criminal Division response to Motley Rice FOIA Request | Rena Y. Kim | Ronald Motley | No | Yes | 8,036 KB | Attorney Work Product |
| 596 | Letter | 11/24/2008 | Department of Defense response to Motley Rice FOIA Request | Will Kammer | Ronald Motley | No | No | 111 KB | Attorney Work Product |
| 597 | Letter | 12/24/2008 | Dept of Treasury response to Motley Rice FOIA Request | Stuart A. Levey | Michael Eisner | No | Yes | 1,175 KB | Attorney Work Product |
| 598 | Letter | 1/20/2008 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 118 KB | Attorney Work Product |
| 599 | Letter | 1/23/2009 | United State European Command ((USEUCOM) response to Motley Rice FOIA Request | Naomi J. Ludan | Michael Eisner | No | No | 35 KB | Attorney Work Product |
| 600 | Letter | 1/26/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 634 KB | Attorney Work Product |
| 601 | Letter | 1/26/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 637 KB | Attorney Work Product |
| 602 | Letter | 1/26/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 163 KB | Attorney Work Product |
| 603 | Letter | 1/26/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 627 KB | Attorney Work Product |
| 604 | Email | 1/26/2009 | Email correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | Yes (see ID # 603) | 2 KB | Attorney Work Product |
| 605 | Email | 1/26/2009 | Email correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | Yes (see ID # 602) | 2 KB | Attorney Work Product |
| 606 | Fax | 1/26/2009 | Correspondence with U.S. Department of Justice regarding FOIA. | Department of Justice, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 247 KB | Attorney Work Product |
| 607 | Letter | 1/27/2009 | Motley Rice FOIA request to Dept of Treasury, Disclosure Services | Michael Eisner | FOIA/PA, Disclosure Services, Department of the Treasury | No | Yes | 1,306 KB | Attorney Work Product |
| 608 | Letter | 1/29/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Arnetta James, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 85 KB | Attorney Work Product |
| 609 | Letter | 2/5/2009 | Correspondence Re FOIA Request 20082355 | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | yes | 6447 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 610 | Letter | 2/19/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 59 KB | Attorney Work Product |
| 611 | Email | 2/23/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | No | 47 KB | Attorney Work Product |
| 612 | Email | 2/24/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | Yes | No | 62 KB | Attorney Work Product |
| 613 | Letter | 3/4/2009 | Dept of Treasury Disclosure Services response to Motley Rice FOIA Request | Hugh Gilmore | Michael Eisner | No | No | 58 KB | Attorney Work Product |
| 614 | Letter | 3/10/2009 | Motley Rice FOIA request to CIA | Robert T. Haefele | Information and Privacy Coordinator, Central Intelligence Agency | No | No | 155 KB | Attorney Work Product |
| 615 | Letter | 3/10/2009 | Motley Rice FOIA request to Department of Defense | Robert T. Haefele | OSD/JS FOIA Requester Service Center, Office of Freedom of Information Freedom of Information Act/Privacy Act Mail Referral Unit, Justice Management Division, U.S. Department of Justice | No | No | 155 KB | Attorney Work Product |
| 616 | Letter | 3/10/2009 | Motley Rice FOIA request to  Justice Management Division | Robert T. Haefele | | No | No | 155 KB | Attorney Work Product |
| 617 | Letter | 3/10/2009 | Dept of Treasury Disclosure Services response to Motley Rice FOIA Request | Hugh Gilmore | Michael Eisner | No | No | 17 KB | Attorney Work Product |
| 618 | Letter | 3/10/2009 | Motley Rice FOIA Request to FBI | Robert T. Haefele | Freedom of Information Act Requests, Record/Information Dissemination Section, FBI, US Department of Justice | no | no | 172 KB | Attorney Work Product |
| 619 | Letter | 3/10/2009 | Motley Rice FOIA request to CIA | Robert T. Haefele | Information and Privacy Coordinator, CIA | no | no | 155 KB | Attorney Work Product |
| 620 | Letter | 3/10/2009 | Motley Rice FOIA request to Department of Defense | Robert T. Haefele | OSD/JS FOIA Requester Service Center, Office of Freedom of Information | no | no | 155 KB | Attorney Work Product |
| 621 | Email | 3/18/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | Yes | No | 75 KB | Attorney Work Product |
| 622 | Email | 3/19/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | Yes | No | 146 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 623 | Email | 3/19/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | No | 60 KB | Attorney Work Product |
| 624 | Email | 3/19/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 114 KB | Attorney Work Product |
| 625 | Email | 3/20/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 626) | 47 KB | Attorney Work Product |
| 626 | Attachment | 3/20/2009 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 333 KB | Attorney Work Product |
| 627 | On line | 3/20/2009 | FOIA Request | John Fawcett, Kreindler & Kreindler | Federal Bureau of Investigation | no | no | 1342 KB | Attorney Work Product |
| 628 | Email | 3/22/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 73 KB | Attorney Work Product |
| 629 | Email | 3/23/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 88 KB | Attorney Work Product |
| 630 | Email | 3/24/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Daryl A. Mundis, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 58 KB | Attorney Work Product |
| 631 | Letter | 3/26/2009 | FOIA Request | John Fawcett, Kreindler & Kreindler | U.S. Federal Aviation Administration FOIA Coordinator | no | no | 27 KB | Attorney Work Product |
| 632 | Email | 3/27/2009 | Re: FOIA Request Federal Aviation Administration | FOIA Coordinator, U.S. Federal Aviation Administration | John Fawcett, Kreindler & Kreindler | no | yes | 3 KB | Attorney Work Product |
| 633 | Email | 3/27/2009 | Re: FOIA Request Federal Aviation Administration | FOIA Coordinator, U.S. Federal Aviation Administration | John Fawcett, Kreindler & Kreindler | no | yes | 4 KB | Attorney Work Product |
| 634 | Email | 3/31/2009 | FOIA correspondence with Federal Aviation Administration | John Fawcett, Kreindler & Kreindler | Financial Management Service, U.S. Federal Aviation Administration | no | no | 17 KB | Attorney Work Product |
| 635 | Letter | 4/6/2009 | Correspondence re FOIA Request 2009-3815 | Joann Noonan, FOIA Specialist, Federal Aviation Authority, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 882 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 636 | Letter | 4/14/2009 | Correspondence Re FOIA Request 2009-3650F7 | Walter Binkeley, Aircraft Registration Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 250 KB | Attorney Work Product |
| 637 | Email | 4/22/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | Yes (see ID # 638) | 25 KB | Attorney Work Product |
| 638 | Attachment | 4/22/2009 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | No | 316 KB | Attorney Work Product |
| 639 | Letter | 4/22/2009 | Office of Foreign Assets Control (OFAC) response to Motley Rice FOIA Request | Marshall H. Fields, Jr. | Ronald Motley | No | Yes | 44,106 KB | Attorney Work Product |
| 640 | Letter | 4/27/2009 | Correspondence Re FOIA Request 2009-4134F7 | Walter Binkeley, Aircraft Registration Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 250 KB | Attorney Work Product |
| 641 | Letter | 5/13/2009 | Correspondence re FOIA Request 2008-05-015 | Marshall Fields, Office of Resource Management, Office of Foreign Assets Control, Department of Treasury. | John Fawcett, Kreindler & Kreindler | no | yes | 2003 KB | Attorney Work Product |
| 642 | Letter | 5/13/2009 | Correspondence Re FOIA Request 2009-4134F7 | Tona K. Gates, Mgr Airmen Certification Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 503 KB | Attorney Work Product |
| 643 | Letter | 5/22/2009 | Correspondence Re Order # 1090521554771484 | Walter Binkeley, Aircraft Registration Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | yes | 250 KB | Attorney Work Product |
| 644 | Letter | 5/27/2009 | Dept of Treasury, Disclosure Offices response to Motley Rice FOIA Request | John Farley | Ronald Motley | No | No | 74 KB | Attorney Work Product |

Page 53 of 75

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 645 | Letter | 6/9/2009 | Correspondence Re FOIA Request 2009-4943F7 | Tona K. Gates, Mgr Airmen Certification Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 503 KB | Attorney Work Product |
| 646 | Letter | 6/9/2009 | Correspondence Re FOIA Request 1128052-000 | David M. Hardy, Records Management Division, Federal Bureau of Investigation, U.S. Department of Justice | John Fawcett, Kreindler & Kreindler | no | yes | 903 KB | Attorney Work Product |
| 647 | Letter | 6/16/2009 | FOIA correspondence with U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | FOIA Appeal Disclosure Services, U.S. Department of Treasury | no | yes | 1753 KB | Attorney Work Product |
| 648 | Letter | 6/16/2009 | Correspondence Re FOIA Request 2009-4947F7 | Tona K. Gates, Mgr Airmen Certification Branch, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 503 KB | Attorney Work Product |
| 649 | Letter | 6/19/2009 | Correspondence Re FOIA Request 2008-05-015 | John Fawcett, Kreindler & Kreindler | Freedom of Information Act Appeal Disclosure Services | no | yes | 1793 KB | Attorney Work Product |
| 650 | Letter | 6/24/2009 | Correspondence Re FOIA Request 2008-05-015 | Hugh Gilmore, Disclosure Services, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 348 KB | Attorney Work Product |
| 651 | Letter | 6/25/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Defense Intelligence Agency, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 171 KB | Attorney Work Product |
| 652 | Letter | 6/25/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Defense Intelligence Agency, FOIA Office. | No | No | 168 KB | Attorney Work Product |
| 653 | Letter | 6/29/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 28 KB | Attorney Work Product |
| 654 | Letter | 6/30/2009 | Correspondence Re EFOIA Request 20095333 | Mary T. Casio, Office of Information Programs and Services, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | yes | 430 KB | Attorney Work Product |
| 655 | Email | 6/30/2009 | Correspondence Re EFOIA Request B9822 | Christopher A. Dossantos, U.S. Department of State | John Fawcett, Kreindler & Kreindler | no | no | 95 KB | Attorney Work Product |
| 656 | Letter | 7/6/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 63 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 657 | Email | 7/14/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | Yes (see ID # 658) | 28 KB | Attorney Work Product |
| 658 | Attachment | 7/14/2009 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | J. Scott Tarbutton, Cozen O'Connor. | Daryl A. Mundis, ICTY. | No | No | 387 KB | Attorney Work Product |
| 659 | Letter | 7/17/2009 | Correspondence re FOIA Request 2009-3815 | Tina M. McViure, Systems Operations Services, Federal Aviation Administration, U.S. Department of Transportation | John Fawcett, Kreindler & Kreindler | no | no | 503 KB | Attorney Work Product |
| 660 | Letter | 8/4/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Kaleius L. McCain, Department of Justice. | No | No | 101 KB | Attorney Work Product |
| 661 | Letter | 8/10/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 592 KB | Attorney Work Product |
| 662 | Letter | 8/10/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 319 KB | Attorney Work Product |
| 663 | Letter | 8/11/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 319 KB | Attorney Work Product |
| 664 | Letter | 8/11/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 291 KB | Attorney Work Product |
| 665 | Letter | 8/13/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 276 KB | Attorney Work Product |
| 666 | Letter | 8/13/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 273 KB | Attorney Work Product |
| 667 | Letter | 8/19/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 36 KB | Attorney Work Product |
| 668 | Letter | 8/19/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 99 KB | Attorney Work Product |
| 669 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 36 KB | Attorney Work Product |
| 670 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 37 KB | Attorney Work Product |
| 671 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 36 KB | Attorney Work Product |

Page 55 of 75

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 672 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 99 KB | Attorney Work Product |
| 673 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 99 KB | Attorney Work Product |
| 674 | Letter | 8/20/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 98 KB | Attorney Work Product |
| 675 | Letter | 8/25/2009 | Dept of Treasury, Office of Foreign Assets Control (OFAC) response to Motley Rice FOIA Request | Marshall H. Fields, Jr. | Michael Elsner | No | Yes | 299 KB | Attorney Work Product |
| 676 | Letter | 9/1/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 109 KB | Attorney Work Product |
| 677 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 678 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 679 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 680 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 681 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 682 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 683 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 684 | Letter | 9/2/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 49 KB | Attorney Work Product |
| 685 | Email | 9/11/2009 | Email correspondence with U.S. Department of Treasury. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 4 KB | Attorney Work Product |
| 686 | Letter | 9/14/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Janice Galil McLeod, Department of Justice. | No | No | 551 KB | Attorney Work Product |
| 687 | Letter | 9/14/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Janice Galil McLeod, Department of Justice. | No | No | 155 KB | Attorney Work Product |
| 688 | Email | 9/15/2009 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 12 KB | Attorney Work Product |
| 689 | Letter | 9/16/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 370 KB | Attorney Work Product |
| 690 | Letter | 9/16/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 217 KB | Attorney Work Product |
| 691 | Letter | 9/16/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 220 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 692 | Letter | 9/17/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 214 KB | Attorney Work Product |
| 693 | Letter | 9/17/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 214 KB | Attorney Work Product |
| 694 | Letter | 9/17/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 213 KB | Attorney Work Product |
| 695 | Letter | 9/18/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 213 KB | Attorney Work Product |
| 696 | Letter | 9/18/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 211 KB | Attorney Work Product |
| 697 | Letter | 9/23/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 215 KB | Attorney Work Product |
| 698 | Letter | 9/23/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 213 KB | Attorney Work Product |
| 699 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 855 KB | Attorney Work Product |
| 700 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 855 KB | Attorney Work Product |
| 701 | Letter | 9/28/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 852 KB | Attorney Work Product |
| 702 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 2064 KB | Attorney Work Product |
| 703 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 187 KB | Attorney Work Product |
| 704 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 121 KB | Attorney Work Product |
| 705 | Letter | 9/28/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Federal Bureau of Investigation, FOIA Office. | No | No | 98 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 706 | Letter | 9/28/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alesia Y. Williams, Defense Intelligence Agency. | No | No | 164 KB | Attorney Work Product |
| 707 | Letter | 9/28/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alesia Y. Williams, Defense Intelligence Agency. | No | No | 186 KB | Attorney Work Product |
| 708 | Letter | 9/28/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alesia Y. Williams, Defense Intelligence Agency. | No | No | 1200 KB | Attorney Work Product |
| 709 | Letter | 9/28/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Alesia Y. Williams, Defense Intelligence Agency. | No | No | 97 KB | Attorney Work Product |
| 710 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 153 KB | Attorney Work Product |
| 711 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 174 KB | Attorney Work Product |
| 712 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 109 KB | Attorney Work Product |
| 713 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 86 KB | Attorney Work Product |
| 714 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Arnetta James, Department of Justice. | No | No | 165 KB | Attorney Work Product |
| 715 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Arnetta James, Department of Justice. | No | No | 188 KB | Attorney Work Product |
| 716 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Arnetta James, Department of Justice. | No | No | 122 KB | Attorney Work Product |
| 717 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Arnetta James, Department of Justice. | No | No | 99 KB | Attorney Work Product |
| 718 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Catherine M. Papoi, Department of Homeland Security. | No | No | 166 KB | Attorney Work Product |
| 719 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Catherine M. Papoi, Department of Homeland Security. | No | No | 188 KB | Attorney Work Product |
| 720 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Catherine M. Papoi, Department of Homeland Security. | No | No | 123 KB | Attorney Work Product |
| 721 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Catherine M. Papoi, Department of Homeland Security. | No | No | 100 KB | Attorney Work Product |
| 722 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Quinton Mason, Department of Homeland Security. | No | No | 231 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 723 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Quinton Mason, Department of Homeland Security. | No | No | 188 KB | Attorney Work Product |
| 724 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Quinton Mason, Department of Homeland Security. | No | No | 123 KB | Attorney Work Product |
| 725 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Quinton Mason, Department of Homeland Security. | No | No | 100 KB | Attorney Work Product |
| 726 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Rena Y. Kim, Department of Justice. | No | No | 166 KB | Attorney Work Product |
| 727 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Rena Y. Kim, Department of Justice. | No | No | 188 KB | Attorney Work Product |
| 728 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Rena Y. Kim, Department of Justice. | No | No | 122 KB | Attorney Work Product |
| 729 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Rena Y. Kim, Department of Justice. | No | No | 134 KB | Attorney Work Product |
| 730 | Letter | 9/28/2009 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marianne Stupar, National Security Agency. | No | No | 164 KB | Attorney Work Product |
| 731 | Letter | 9/28/2009 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marianne Stupar, National Security Agency. | No | No | 187 KB | Attorney Work Product |
| 732 | Letter | 9/28/2009 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marianne Stupar, National Security Agency. | No | No | 121 KB | Attorney Work Product |
| 733 | Letter | 9/28/2009 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marianne Stupar, National Security Agency. | No | No | 99 KB | Attorney Work Product |
| 734 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Paul Jacobsmeyer, Department of Defense. | No | No | 165 KB | Attorney Work Product |
| 735 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Paul Jacobsmeyer, Department of Defense. | No | No | 188 KB | Attorney Work Product |
| 736 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Paul Jacobsmeyer, Department of Defense. | No | No | 121 KB | Attorney Work Product |
| 737 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Paul Jacobsmeyer, Department of Defense. | No | No | 99 KB | Attorney Work Product |
| 738 | Letter | 9/28/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 164 KB | Attorney Work Product |
| 739 | Letter | 9/28/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 185 KB | Attorney Work Product |
| 740 | Letter | 9/28/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 121 KB | Attorney Work Product |

# 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 741 | Letter | 9/28/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Central Intelligence Agency, FOIA Office. | No | No | 98 KB | Attorney Work Product |
| 742 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office. | No | No | 165 KB | Attorney Work Product |
| 743 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office. | No | No | 188 KB | Attorney Work Product |
| 744 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office. | No | No | 121 KB | Attorney Work Product |
| 745 | Letter | 9/28/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office. | No | No | 99 KB | Attorney Work Product |
| 746 | Letter | 10/2/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Hugh Gilmore, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 747 | Letter | 10/2/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Hugh Gilmore, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 42 KB | Attorney Work Product |
| 748 | Letter | 10/5/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Hugh Gilmore, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 46 KB | Attorney Work Product |
| 749 | Letter | 10/5/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Hugh Gilmore, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 750 | Letter | 10/6/2009 | Letter correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Norman Farrell, ICTY. | No | No | 130 KB | Attorney Work Product |
| 751 | Letter | 10/6/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall H. Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 100 KB | Attorney Work Product |
| 752 | Letter | 10/6/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 51 KB | Attorney Work Product |
| 753 | Letter | 10/7/2009 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | Pamela N. Phillips, National Security Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 287 KB | Attorney Work Product |
| 754 | Letter | 10/7/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |
| 755 | Letter | 10/7/2009 | Dept of Treasury, Office of Foreign Assets Control (OFAC) response to Motley Rice FOIA Request | Marshall H. Fields, Jr. | Michael Elsner | No | No | 97 KB | Attorney Work Product |
| 756 | Letter | 10/8/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Office of the Director of National Intelligence, FOIA Office. | No | No | 152 KB | Attorney Work Product |
| 757 | Letter | 10/8/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Office of the Director of National Intelligence, FOIA Office. | No | No | 176 KB | Attorney Work Product |
| 758 | Letter | 10/8/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Office of the Director of National Intelligence, FOIA Office. | No | No | 109 KB | Attorney Work Product |
| 759 | Letter | 10/8/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Office of the Director of National Intelligence, FOIA Office. | No | No | 86 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 760 | Letter | 10/8/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 115 KB | Attorney Work Product |
| 761 | Letter | 10/8/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 111 KB | Attorney Work Product |
| 762 | Letter | 10/8/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 117 KB | Attorney Work Product |
| 763 | Letter | 10/8/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 113 KB | Attorney Work Product |
| 764 | Letter | 10/8/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 134 KB | Attorney Work Product |
| 765 | Letter | 10/8/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 67 KB | Attorney Work Product |
| 766 | Letter | 10/8/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 68 KB | Attorney Work Product |
| 767 | Letter | 10/8/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 66 KB | Attorney Work Product |
| 768 | Letter | 10/8/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 290 KB | Attorney Work Product |
| 769 | Letter | 10/8/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 40 KB | Attorney Work Product |
| 770 | Letter | 10/9/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 44 KB | Attorney Work Product |
| 771 | Letter | 10/9/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 46 KB | Attorney Work Product |
| 772 | Letter | 10/9/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 773 | Letter | 10/9/2009 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 774 | Letter | 10/9/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | Vania T. Lockett, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 149 KB | Attorney Work Product |
| 775 | Email | 10/10/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Norman Farrell, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 38 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 776 | Letter | 10/15/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | Vania T. Lockett, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 180 KB | Attorney Work Product |
| 777 | Letter | 10/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 138 KB | Attorney Work Product |
| 778 | Letter | 10/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 45 KB | Attorney Work Product |
| 779 | Letter | 10/16/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 43 KB | Attorney Work Product |
| 780 | Letter | 10/19/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 41 KB | Attorney Work Product |
| 781 | Letter | 10/19/2009 | Defense Intelligence Agency response to Motley Rice FOIA Request | Alesia Y. Williams | Ronald Motley | No | Yes | 136 KB | Attorney Work Product |
| 782 | Letter | 10/19/2009 | Defense Intelligence Agency response to Motley Rice FOIA Request | Alesia Y. Williams | Ronald Motley | No | Yes | 136 KB | Attorney Work Product |
| 783 | Letter | 10/20/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 60 KB | Attorney Work Product |
| 784 | Letter | 10/20/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 39 KB | Attorney Work Product |
| 785 | Letter | 10/21/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall H. Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 60 KB | Attorney Work Product |
| 786 | Letter | 10/21/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall H. Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 61 KB | Attorney Work Product |
| 787 | Letter | 10/21/2009 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall H. Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 57 KB | Attorney Work Product |
| 788 | Letter | 10/21/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 40 KB | Attorney Work Product |
| 789 | Letter | 10/22/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 94 KB | Attorney Work Product |
| 790 | Letter | 10/22/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 78 KB | Attorney Work Product |
| 791 | Letter | 10/22/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 129 KB | Attorney Work Product |
| 792 | Letter | 10/22/2009 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 75 KB | Attorney Work Product |
| 793 | Letter | 10/26/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | Mary T. Costo, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 256 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 794 | Letter | 10/26/2009 | Letter correspondence with U.S. Department of State regarding FOIA request. | Mary T. Costo, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 545 KB | Attorney Work Product |
| 795 | Letter | 10/30/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 305 KB | Attorney Work Product |
| 796 | Letter | 11/3/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 46 KB | Attorney Work Product |
| 797 | Letter | 11/3/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David U.S. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 45 KB | Attorney Work Product |
| 798 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | Federal Bureau of Investigation, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 569 KB | Attorney Work Product |
| 799 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | Federal Bureau of Investigation, FOIA Office. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 296 KB | Attorney Work Product |
| 800 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 296 KB | Attorney Work Product |
| 801 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 290 KB | Attorney Work Product |
| 802 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 388 KB | Attorney Work Product |
| 803 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 50 KB | Attorney Work Product |
| 804 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 45 KB | Attorney Work Product |
| 805 | Letter | 11/4/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 43 KB | Attorney Work Product |
| 806 | Letter | 11/16/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 569 KB | Attorney Work Product |
| 807 | Letter | 11/18/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 39 KB | Attorney Work Product |
| 808 | Letter | 11/18/2009 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 40 KB | Attorney Work Product |
| 809 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 810 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 811 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 812 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 813 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 814 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 815 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 32 KB | Attorney Work Product |
| 816 | Letter | 11/18/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Priscilla Jones, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 817 | Letter | 11/30/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 41 KB | Attorney Work Product |
| 818 | Letter | 11/30/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Rena Y. Kim, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 85 KB | Attorney Work Product |
| 819 | Letter | 11/30/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 35 KB | Attorney Work Product |
| 820 | Letter | 11/30/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 821 | Letter | 11/30/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 822 | Letter | 11/30/2009 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 35 KB | Attorney Work Product |
| 823 | Letter | 12/6/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Amelia James, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 61 KB | Attorney Work Product |
| 824 | Email | 12/9/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Kiraley Bowles, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 825) | 18 KB | Attorney Work Product |
| 825 | Attachment | 12/9/2009 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | Norman Farrell, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 61 KB | Attorney Work Product |
| 826 | Email | 12/9/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Christine Bosman-Delzons, ICTY | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 825) | 16 KB | Attorney Work Product |
| 827 | Email | 12/9/2009 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Kiraley Bowles, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 66 KB | Attorney Work Product |
| 828 | Letter | 12/9/2009 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 59 KB | Attorney Work Product |
| 829 | Letter | 12/14/2009 | CIA response to Motley Rice FOIA Request | Delores M. Nelson | Robert T. Haefele | No | Yes | 198 KB | Attorney Work Product |
| 830 | Letter | 12/15/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 831 | Letter | 12/15/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 832 | Letter | 12/15/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 833 | Letter | 12/15/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galli McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref/Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 834 | Letter | 12/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Arnetta James, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 62 KB | Attorney Work Product |
| 835 | Letter | 12/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Arnetta James, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 62 KB | Attorney Work Product |
| 836 | Letter | 12/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Arnetta James, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 59 KB | Attorney Work Product |
| 837 | Letter | 12/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galil McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 29 KB | Attorney Work Product |
| 838 | Letter | 12/16/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galil McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 31 KB | Attorney Work Product |
| 839 | Letter | 12/17/2009 | Letter correspondence with U.S. Department of Justice regarding FOIA request. | Janice Galil McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 30 KB | Attorney Work Product |
| 840 | Letter | 12/23/2009 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | S.S. Stutz, U.S. Coast Guard. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 25 KB | Attorney Work Product |
| 841 | Letter | 1/4/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 842 | Letter | 1/6/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 843 | Letter | 1/13/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 36 KB | Attorney Work Product |
| 844 | Letter | 1/15/2010 | Dept of Treasury, Office of Foreign Assets Control (OFAC) response to Motley Rice FOIA Request | Marshall H. Fields, Jr. | Michael Elsner | No | Yes | 565 KB | Attorney Work Product |
| 845 | Letter | 1/19/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 119 KB | Attorney Work Product |
| 846 | Letter | 1/20/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 110 KB | Attorney Work Product |
| 847 | Letter | 1/21/2010 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores N. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 61 KB | Attorney Work Product |
| 848 | Letter | 1/21/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 120 KB | Attorney Work Product |
| 849 | Letter | 1/22/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 117 KB | Attorney Work Product |
| 850 | Letter | 1/22/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 101 KB | Attorney Work Product |
| 851 | Letter | 1/22/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 117 KB | Attorney Work Product |
| 852 | Letter | 1/26/2010 | Letter correspondence with U.S. National Security Agency regarding FOIA request. | Pamela N. Phillips, National Security Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 47 KB | Attorney Work Product |
| 853 | Letter | 2/9/2010 | Department of Defense response to Motley Rice FOIA Request | Paul J. Jacobsmeyer | Ronald Motley | No | No | 101 KB | Attorney Work Product |
| 854 | Letter | 2/16/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | Janice Galil McLeod, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 48 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 855 | Letter | 2/23/2010 | Correspondence Re FOIA Request 2010-00280-F | Frank D. Vance, Disclosure Services, Comptroller of the Currency | John Fawcett, Kreindler & Kreindler | no | no | 26 KB | Attorney Work Product |
| 856 | Letter | 2/25/2010 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 151 KB | Attorney Work Product |
| 857 | Letter | 2/25/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | S.S. Stutz, U.S. Coast Guard. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 38 KB | Attorney Work Product |
| 858 | Letter | 2/26/2010 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 108 KB | Attorney Work Product |
| 859 | Email | 3/2/2010 | Correspondence Re FOIA Request # 200905333 | John Fawcett, Kreindler & Kreindler | fola@state | no | no | 318 KB | Attorney Work Product |
| 860 | Letter | 3/3/2010 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 80 KB | Attorney Work Product |
| 861 | Letter | 3/3/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 862 | Letter | 3/4/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 35 KB | Attorney Work Product |
| 863 | Letter | 3/8/2010 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | William F. Grimsley, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 63 KB | Attorney Work Product |
| 864 | Letter | 3/26/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | S.S. Stutz, U.S. Coast Guard. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 54 KB | Attorney Work Product |
| 865 | Letter | 3/29/2010 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 52 KB | Attorney Work Product |
| 866 | Letter | 4/7/2010 | Letter correspondence with U.S. Department of State regarding FOIA request. | Margaret P. Grafeld, Department of State | J. Scott Tarbutton, Cozen O'Connor. | No | No | 144 KB | Attorney Work Product |
| 867 | Letter | 4/22/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | Catrina M. Pavlik-Keenan, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 68 KB | Attorney Work Product |
| 868 | Letter | 5/6/2010 | Defense Intelligence Agency response to Motley Rice FOIA Request | Alesia Y. Williams | Ronald Motley | No | No | 97 KB | Attorney Work Product |
| 869 | Letter | 5/13/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | Vania T. Lockiet, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 122 KB | Attorney Work Product |
| 870 | Letter | 5/13/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | Vania T. Lockiet, Department of Homeland Security. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 193 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 871 | Letter | 5/19/2010 | Correspondence Re FOIA Request 2008-05-015A | David S. Cohen, Assistant Secretary, Terrorist Financing and Financial Crimes, U.S. Department of the Treasury | John Fawcett, Kreindler & Kreindler | no | no | 1195 KB | Attorney Work Product |
| 872 | Email | 6/2/2010 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 7 KB | Attorney Work Product |
| 873 | Email | 6/2/2010 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 874 | Email | 6/4/2010 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 10 KB | Attorney Work Product |
| 875 | Email | 6/4/2010 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | Yes (see ID # 877) | 11 KB | Attorney Work Product |
| 876 | Email | 6/14/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Norman Farrell, ICTY. | No | No | 24 KB | Attorney Work Product |
| 877 | Attachment | 6/14/2010 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | | | | | 384 KB | Attorney Work Product |
| 878 | Letter | 6/24/2010 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 37 KB | Attorney Work Product |
| 879 | Letter | 6/24/2010 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 219 KB | Attorney Work Product |
| 880 | Email | 6/28/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Norman Farrell, ICTY. | Yes | No | 38 KB | Attorney Work Product |
| 881 | Email | 6/29/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Norman Farrell, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 67 KB | Attorney Work Product |
| 882 | Letter | 7/2/2010 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Hugh Gilmore, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 57 KB | Attorney Work Product |
| 883 | Letter | 7/7/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 100 KB | Attorney Work Product |
| 884 | Letter | 7/9/2010 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Delores M. Nelson, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 82 KB | Attorney Work Product |
| 885 | Email | 7/13/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Norman Farrell, ICTY. | Yes | No | 76 KB | Attorney Work Product |

12

03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 886 | Letter | 7/24/2010 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 34 KB | Attorney Work Product |
| 887 | Letter | 7/24/2010 | Letter correspondence with Office of the Director of National Intelligence regarding FOIA request. | John F. Hackett, Office of the Director of National Intelligence. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 273 KB | Attorney Work Product |
| 888 | Letter | 8/4/2010 | Letter correspondence with U.S. Department of Homeland Security regarding FOIA request. | P.J. Hatch, U.S. Coast Guard. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 52 KB | Attorney Work Product |
| 889 | Letter | 8/28/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 30 KB | Attorney Work Product |
| 890 | Facsimile | 9/1/2010 | Facsimile correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | John Hocking, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 891) | 31 KB | Attorney Work Product |
| 891 | Attachment | 9/1/2010 | Attachment to facsimile correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | John Hocking, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 400 KB | Attorney Work Product |
| 892 | Email | 9/21/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Christine Zandvliet, ICTY. | No | Yes (see ID # 893) | 10 KB | Attorney Work Product |
| 893 | Attachment | 9/21/2010 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | J. Scott Tarbutton, Cozen O'Connor. | Christine Zandvliet, ICTY. | No | No | 25 KB | Attorney Work Product |
| 894 | Email | 9/22/2010 | Email correspondence with U.S. Department of Justice regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Patricia Matthews, Department of Justice. | Yes | No | 13 KB | Attorney Work Product |
| 895 | Email | 9/22/2010 | Email correspondence with U.S. Department of Justice regarding FOIA request. | Patricia Matthews, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 19 KB | Attorney Work Product |
| 896 | Email | 10/7/2010 | Email correspondence with U.S. Department of Justice regarding FOIA request. | James V. Davis, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 897) | 3 KB | Attorney Work Product |
| 897 | Attachment | 10/7/2010 | Attachment to email correspondence with U.S. Department of Justice regarding FOIA request. | James V. Davis, Department of Justice. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 44 KB | Attorney Work Product |
| 898 | Letter | 10/14/2010 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 60 KB | Attorney Work Product |
| 899 | Letter | 10/15/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 33 KB | Attorney Work Product |
| 900 | Email | 11/10/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Jochen Krueck, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 46 KB | Attorney Work Product |
| 901 | Email | 12/7/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Jochen Krueck, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 28 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 902 | Email | 12/8/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Jochen Krueck, ICTY. | Yes | No | 46 KB | Attorney Work Product |
| 903 | Email | 12/15/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor | Jochen Krueck, ICTY. | Yes | No | 55 KB | Attorney Work Product |
| 904 | Email | 12/15/2010 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | Jochen Krueck, ICTY. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 6 KB | Attorney Work Product |
| 905 | Letter | 12/22/2010 | Letter correspondence with U.S. Federal Bureau of Investigation regarding FOIA request. | David M. Hardy, Federal Bureau of Investigation. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 59 KB | Attorney Work Product |
| 906 | Letter | 1/4/2011 | Correspondence re FOIA Request 2006-10-013 | Marshall Fields, Office of Resource Management, Office of Foreign Assets Control, Department of Treasury. | John Fawcett, Kreindler & Kreindler | no | yes | 814 KB | Attorney Work Product |
| 907 | Email | 1/31/2011 | Email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY) regarding document request. | J. Scott Tarbutton, Cozen O'Connor. | Jochen Krueck, ICTY. | No | Yes (see ID # 908) | 15 KB | Attorney Work Product |
| 908 | Attachment | 1/31/2011 | Attachment to email correspondence with the International Criminal Tribunal for the Former Yugoslavia (ICTY). | | | | | 403 KB | Attorney Work Product |
| 909 | Email | 2/7/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | Alice A. Dress, Department of State. | Jochen Krueck, ICTY. | No | No | 7 KB | Attorney Work Product |
| 910 | Email | 2/8/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | Alice A. Dress, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 13 KB | Attorney Work Product |
| 911 | Letter | 2/10/2011 | Letter correspondence with U.S. Department of Defense regarding FOIA request. | Paul Jacobsmeyer, Department of Defense. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 44 KB | Attorney Work Product |
| 912 | Letter | 2/15/2011 | Letter correspondence with U.S. Department of the Navy regarding FOIA request. | Genevieve Best, Department of the Navy. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 83 KB | Attorney Work Product |
| 913 | Letter | 3/29/2011 | Document Request | John Fawcett, Kreindler & Kreindler | Disclosure Scanning Operation, Internal Revenue Service | no | no | 13 KB | Attorney Work Product |
| 914 | Email | 5/9/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Howard T. Perlow, Department of State. | Yes | No | 14 KB | Attorney Work Product |
| 915 | Letter | 5/25/2011 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor | Department of Treasury, FOIA Office. | No | No | 487 KB | Attorney Work Product |
| 916 | Email | 6/23/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | Howard T. Perlow, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 23 KB | Attorney Work Product |
| 917 | Email | 8/15/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 918 | Email | 8/29/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 6 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 919 | Email | 9/8/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury | Yes | No | 12 KB | Attorney Work Product |
| 920 | Email | 9/8/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 921 | Email | 9/8/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 7 KB | Attorney Work Product |
| 922 | Email | 9/13/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 11 KB | Attorney Work Product |
| 923 | Email | 9/13/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 13 KB | Attorney Work Product |
| 924 | Email | 9/14/2011 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury | Yes | No | 18 KB | Attorney Work Product |
| 925 | Email | 9/21/2011 | Email correspondence with U.S. Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury | Yes | Yes (see ID # 926) | 21 KB | Attorney Work Product |
| 926 | Attachment | 9/21/2011 | Attachment to email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury | No | No | 117 KB | Attorney Work Product |
| 927 | Email | 10/5/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | James E. Smith, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 7 KB | Attorney Work Product |
| 928 | Letter | 10/18/2011 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 742 KB | Attorney Work Product |
| 929 | Email | 10/22/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | James E. Smith, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 2 KB | Attorney Work Product |
| 930 | Letter | 10/24/2011 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 82 KB | Attorney Work Product |
| 931 | Letter | 10/26/2011 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Susan Viscuso, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 118 KB | Attorney Work Product |
| 932 | Letter | 11/7/2011 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 95 KB | Attorney Work Product |
| 933 | Email | 11/30/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | David P. Rehfuss, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 5 KB | Attorney Work Product |
| 934 | Email | 12/2/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | David P. Rehfuss, Department of State | Yes | No | 9 KB | Attorney Work Product |
| 935 | Email | 12/2/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | David P. Rehfuss, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |
| 936 | Letter | 12/5/2011 | Letter correspondence with U.S. Central Intelligence Agency regarding FOIA request. | Susan Viscuso, Central Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 85 KB | Attorney Work Product |
| 937 | Email | 12/8/2011 | Email correspondence with U.S. Department of State regarding FOIA request. | David P. Rehfuss, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 12 KB | Attorney Work Product |
| 938 | Letter | 12/16/2011 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of Treasury, FOIA Office. | No | No | 2174 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 939 | Voicemail Transcription | 12/28/2011 | Transcribed voicemail from U.S. Department of Treasury regarding FOIA request. | Katherine Ohin, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 0.031 KB | Attorney Work Product |
| 940 | Email | 1/12/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | David P. Rehfuss, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 941 | Letter | 1/24/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | No | 1120 KB | Attorney Work Product |
| 942 | Voicemail Transcription | 1/25/2012 | Transcribed voicemail from U.S. Department of Treasury regarding FOIA request. | Katherine Ohin, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 0.031 KB | Attorney Work Product |
| 943 | Email | 1/27/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Jermaine Cathcart, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 7 KB | Attorney Work Product |
| 944 | Email | 2/7/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 6 KB | Attorney Work Product |
| 945 | Email | 2/8/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 7 KB | Attorney Work Product |
| 946 | Email | 2/9/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |
| 947 | Email | 2/10/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 9 KB | Attorney Work Product |
| 948 | Letter | 2/16/2012 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 58 KB | Attorney Work Product |
| 949 | Letter | 2/21/2012 | Letter correspondence with U.S. Defense Intelligence Agency regarding FOIA request. | Alesia Y. Williams, Defense Intelligence Agency. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 51 KB | Attorney Work Product |
| 950 | Email | 2/23/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Shamella Tribble, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 5 KB | Attorney Work Product |
| 951 | Email | 4/27/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | Yes (see ID # 952) | 3 KB | Attorney Work Product |
| 952 | Attachment | 4/27/2012 | Attachment to email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Daniel L. Glaser, Department of Treasury. | No | No | 28 KB | Attorney Work Product |
| 953 | Letter | 4/27/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | No | 38 KB | Attorney Work Product |
| 954 | Letter | 4/27/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | No | 28 KB | Attorney Work Product |
| 955 | Email | 5/2/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 5 KB | Attorney Work Product |
| 956 | Email | 5/2/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 4 KB | Attorney Work Product |
| 957 | Letter | 5/9/2012 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Margaret P. Grafeld, Sheryl Walter, Department of State. | No | No | 257 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 958 | Email | 5/25/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 5 KB | Attorney Work Product |
| 959 | Email | 5/29/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 5 KB | Attorney Work Product |
| 960 | Email | 5/29/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 16 KB | Attorney Work Product |
| 961 | Letter | 5/29/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request | J. Scott Tarbutton, Cozen O'Connor. | Daniel L. Glaser, Department of Treasury. | No | No | 64 KB | Attorney Work Product |
| 962 | Email | 5/30/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 963 | Email | 6/6/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Deryl Richardson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 4 KB | Attorney Work Product |
| 964 | Letter | 6/6/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | Marshall Fields, Deryl Richardson, Department of Treasury. | No | No | 1742 KB | Attorney Work Product |
| 965 | Email | 6/21/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |
| 966 | Email | 6/21/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 7 KB | Attorney Work Product |
| 967 | Email | 6/22/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Deryl Richardson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 10 KB | Attorney Work Product |
| 968 | Email | 6/28/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Deryl Richardson, Department of Treasury. | No | Yes (see ID # 969) | 3 KB | Attorney Work Product |
| 969 | Attachment | 6/28/2012 | Attachment to email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 20 KB | Attorney Work Product |
| 970 | Email | 7/31/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 4 KB | Attorney Work Product |
| 971 | Email | 7/31/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 6 KB | Attorney Work Product |
| 972 | Letter | 7/31/2012 | Letter correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Department of State, FOIA Office. | No | No | 29 KB | Attorney Work Product |
| 973 | Letter | 7/31/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Daniel L. Glaser, Department of Treasury. | No | No | 96 KB | Attorney Work Product |
| 974 | Email | 8/8/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 5 KB | Attorney Work Product |
| 975 | Letter | 8/9/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, U.S. Department of Treasury | J. Scott Tarbutton, Cozen O'Connor. | No | No | 1921 KB | Attorney Work Product |
| 976 | Email | 8/30/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Deryl Richardson, Department of Treasury. | Yes | No | 3 KB | Attorney Work Product |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 977 | Email | 8/30/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Deryl Richardson, Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 15 KB | Attorney Work Product |
| 978 | Email | 8/30/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Deryl Richardson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |
| 979 | Letter | 9/21/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | OFAC, Department of Treasury. | No | No | 124 KB | Attorney Work Product |
| 980 | Email | 9/21/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Deryl Richardson, Department of Treasury. | No | Yes (see ID # 979) | 4 KB | Attorney Work Product |
| 981 | Letter | 9/21/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | OFAC, Department of Treasury | No | No | 124 KB | Attorney Work Product |
| 982 | Email | 9/24/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 5 KB | Attorney Work Product |
| 983 | Email | 10/4/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Patrick D. Scholl, Department of State. | Yes | No | 7 KB | Attorney Work Product |
| 984 | Email | 10/4/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Ambler Jackson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 5 KB | Attorney Work Product |
| 985 | Email | 10/5/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 6 KB | Attorney Work Product |
| 986 | Email | 10/5/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Ambler Jackson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 6 KB | Attorney Work Product |
| 987 | Email | 10/10/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | Department of State. | Yes | No | 8 KB | Attorney Work Product |
| 988 | Voicemail Transcription | 10/10/2012 | Transcribed voicemail from U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 0.031 KB | Attorney Work Product |
| 989 | Email | 10/10/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 8 KB | Attorney Work Product |
| 990 | Email | 10/25/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 25 KB | Attorney Work Product |
| 991 | Email | 10/25/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Geoffrey W. Chapman, Department of State. | Yes | No | 5 KB | Attorney Work Product |
| 992 | Email | 10/25/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 20 KB | Attorney Work Product |
| 993 | Email | 10/26/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | No | 4 KB | Attorney Work Product |
| 994 | Email | 10/29/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Geoffrey W. Chapman, Department of State. | Yes | No | 7 KB | Attorney Work Product |
| 995 | Email | 11/1/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Geoffrey W. Chapman, Department of State. | No | No | 5 KB | Attorney Work Product |
| 996 | Email | 11/1/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Geoffrey W. Chapman, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |

## 03-MDL-1570 Plaintiffs' Executive Committees' Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 997 | Email | 11/2/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | No | No | 4 KB | Attorney Work Product |
| 998 | Email | 11/5/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Department of Treasury. | Yes | No | 4 KB | Attorney Work Product |
| 999 | Email | 11/5/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 5 KB | Attorney Work Product |
| 1000 | Email | 11/5/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Amber Jackson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 1001) | 4 KB | Attorney Work Product |
| 1001 | Attachment | 11/5/2012 | Attachment to email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 5328 KB | Attorney Work Product |
| 1002 | Email | 11/8/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | Marshall Fields, Amber Jackson, Department of Treasury. | Yes | No | 7 KB | Attorney Work Product |
| 1003 | Email | 11/8/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 6 KB | Attorney Work Product |
| 1004 | Email | 11/9/2012 | Email correspondence with U.S. Department of Treasury regarding FOIA request. | Amber Jackson, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | Yes (see ID # 1005) | 4 KB | Attorney Work Product |
| 1005 | Attachment | 11/9/2012 | Attachment to email correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 4849 KB | Attorney Work Product |
| 1006 | Letter | 11/13/2012 | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | J. Scott Tarbutton, Cozen O'Connor. | High Gilmore, Department of Treasury. | No | No | 1346 KB | Attorney Work Product |
| 1007 | Email | 11/14/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 4 KB | Attorney Work Product |
| 1008 | Email | 11/15/2012 | Email correspondence with U.S. Department of State regarding FOIA request. | Patrick D. Scholl, Department of State. | J. Scott Tarbutton, Cozen O'Connor. | Yes | No | 9 KB | Attorney Work Product |
| 1009 | Letter | undated | National Central Bureau response to Motley Rice FOIA Request | Kevin R. Smith | Michael Elsner | No | No | 63 KB | Attorney Work Product |
| 1010 | List | undated | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC006808 - ABPLC006809 | | | No | No | 126 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 1011 | Presentation | undated | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC005787 - ABPLC0055846 | | | No | No | 3144 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |
| 1012 | Bank Note | undated | Arab Bank internal document produced in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases with bates number ABPLC006997 | | | No | No | 30 KB | Produced pursuant to Protective Order dated August 1, 2005, in Linde, et al. v. Arab Bank, PLC, Case No. 04-CV-2799(NG)(VVP) and related cases. |

03-MDL-1570 Plaintiffs' Executive Committees'
Privilege Log

| | Doc Type: | Doc Date: | Title Ref./Description: | Author Name: | Recipients: | Email String: | Attachments: | File Size: | Privilege/Protection: |
|---|---|---|---|---|---|---|---|---|---|
| 1013 | Letter | Undated | Letter correspondence with U.S. Department of Treasury regarding FOIA request. | Marshall Fields, Department of Treasury. | J. Scott Tarbutton, Cozen O'Connor. | No | No | 1738 KB | Attorney Work Product |
| 1014 | Letter | undated | Correspondence Re FOIA Request 200402855 | Margaret P. Grafeld, Office of Information Programs and Services, U.S. Department of State | Christine Negroni, Kreindler & Kreindler | no | no | 1169 KB | Attorney Work Product |
| 1015 | Fax | undated | FOIA Request | John Fawcett, Kreindler & Kreindler | FOIA/PA Request, Disclosure Services, U.S. Department of the Treasury | no | no | 237 KB | Attorney Work Product |
| 1016 | Letter | undated | FAA response to Motley Rice FOIA Request | Mitzi Warren | Michael Elsner | no | no | 33 KB | Attorney Work Product |
| 1017 | Letter sent via Email | undated | Motley Rice FOIA request to NIST | Michael E. Elsner | Catherine Fletcher, Freedom of Information Act Officer, National Institute of Standards and Technology | no | no | 61 KB | Attorney Work Product |

# EXHIBIT 4

# EXHIBIT A

# TO

# CANTER DECLARATION

# PART 1



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN
O'CONNOR**
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax   215.701.2467
STARBUTTON@COZEN.COM

July 30, 2003

**VIA FACSIMILE**

Alana Johnson
Departmental Disclosure Officer
FOIA Request
Disclosure Services
Department of the Treasury
Washington, D.C. 20220

Re:    Freedom of Information Act Request

Dear Ms. Johnson:

This is a request made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended. This FOIA request concerns the following topics:

(A)  Designation of foreign states as State Sponsors of Terrorism pursuant to the Export Administration Act of 1979 and the Foreign Assistance Act of 1961;

(B)  Designation of groups and/or organizations that engage in terrorist activity or retain the capability and intent to engage in terrorist activity or terrorism as Foreign Terrorist Organizations ("FTO") pursuant to Section 219 of the Immigration and Nationality Act, as amended by the USA PATRIOT Act;

(C)  Designation of individuals and organizations that provide material support or financial or other services to, or associate with, designated terrorists, pursuant to Executive Order 13224; and

(D)  Identification of assets belonging to: (i) State Sponsors of Terrorism; (ii) Foreign Terrorist Organizations; and (iii) Executive Order 13224 designees identified in Schedules A, B respectively, attached hereto.

Exhibit A  Page 1

Alana Johnson
July 30, 2003
Page 2

In connection with Topic A listed above, I request any and all documents, including, but not limited to: intelligence and research files, terrorism intelligence summaries, narcotics intelligence summaries, security files, reports and/or summaries of terrorism/narcotics investigations, memoranda (including, but not limited to, inter and intra-office communications), white papers, correspondence, records, analyses, graphs, reports, computer generated printouts or other matter, reports of consultants, surveys and studies supporting the designation of Iran, Iraq, Sudan and Syria as State Sponsors of Terrorism.

In connection with Topic B listed above, I request any and all documents, including, but not limited to: intelligence and research files, terrorism intelligence summaries, narcotics intelligence summaries, security files, reports and/or summaries of terrorism/narcotics investigations, memoranda (including, but not limited to, inter and intra-office communications), white papers, correspondence, records, analyses, graphs, reports, computer generated printouts or other matter, reports of consultants, surveys and studies supporting the designation of groups and/or organizations identified in Schedule B as FTOs.

In connection with Topic C listed above, I request any and all documents, including, but not limited to: intelligence and research files, terrorism intelligence summaries, narcotics intelligence summaries, security files, reports and/or summaries of terrorism/narcotics investigations, memoranda (including, but not limited to, inter and intra-office communications), white papers, correspondence, records, analyses, graphs, reports, computer generated printouts or other matter, reports of consultants, surveys and studies supporting the designation of individuals and organizations identified in Schedule C, pursuant to Executive Order 13224.

In connection with Topic D listed above, I request any and all information contained in the Office of Foreign Assets Control's ("OFAC") aggregate database of blocked assets, maintained by the Blocked Assets/Information Technology Division of OFAC, identifying assets belonging to:

      (1)      the foreign states identified in Schedule A;

      (2)      FTOs identified in Schedule B; and

      (3)      Executive Order 13224 designees identified in Schedule C.

Additionally, in connection with Topic D listed above, I request any and all documents, including, but not limited to: intelligence and research files, terrorism intelligence summaries, narcotics intelligence summaries, security files, reports and/or summaries of terrorism/narcotics investigations, memoranda (including, but not limited to, inter and intra-office communications), white papers, correspondence, records, analyses, graphs, reports, computer generated printouts or other matter, reports of consultants, surveys and studies identifying assets belonging to:

      (1)      the foreign states identified in Schedule A;

      (2)      FTOs identified in Schedule B; and

Alana Johnson
July 30, 2003
Page 3

---

    (3)    Executive Order 13224 designees identified in Schedule C.

I am directing this FOIA request to the following systems of records: (i) Office of Foreign Assets Control Census Records-Treasury/DO; (ii) Foreign Assets Control Enforcement Records-Treasury/DO; (iii) Foreign Assets Control Licensing Records-Treasury/DO; (iv) Foreign Assets Control Legal Files-Treasury/DO.

I am making this request in connection with a commercial litigation matter.

I am a citizen of the United States of America, residing in Philadelphia, Pennsylvania.

Verification of my identity is attached hereto.

In the event that the files held by your agency in regard to Topics A-D listed above are voluminous, if permitted to do so by your agency's rules, I will attempt to make arrangements for me, or someone else representing our law firm, to visit your offices for review of the pertinent files before requesting mass copying.

We agree to pay any applicable fee, to a limit of $500.00, required for this information pursuant to the Freedom of Information Act. If you expect that the costs associated with responding to this request will exceed that limit, please contact me so that we can discuss ʳitization of the information requested and potential means through which this request can be ⸗rowed.

Should you have any other questions, please do not hesitate to contact me directly.

          Sincerely,

          COZEN O'CONNOR

          By:    J. Scott Tarbutton

JST

cc:    Elliott R. Feldman, Esquire
       Sean P. Carter, Esquire

PHILA1\1883973\1 117430.000

Exhibit A  Page 3

## VERIFICATION

I, J. Scott Tarbutton, Esquire, understand the penalties provided in 5 U.S.C. § 552a(i)(3) for requesting access to records under false pretenses and verify that the statements made in the attached Freedom of Information Act request are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

7-30-03
_____
Date

_____
J. Scott Tarbutton, Esquire

PHILA1\1884742\1 117430.000

Exhibit A  Page 4

## SCHEDULE A

1.      The Islamic Republic of Iran

2.      Republic of Iraq

3.      The Republic of the Sudan

4.      Syrian Arab Republic

## SCHEDULE B

5.      al Qaeda

6.      Asbat al-Ansar

7.      Al Gama'a al-Islamiyya

8.      Egyptian Islamic Jihad

9.      Salafist Group for Call and Combat

10.     Lashkar I Janghvi

11.     Lashkar-e Tayyiba

12.     Jemaah Islamiya Organization

13.     Lebanese Hezbollah

## SCHEDULE C

14.  Usama bin Laden

15.  Muhammad Atif a/k/a Subhi Sitta a/k/a Abu Hafs al-Masri

16.  Sayf al-Adl

17.  Shaykh Sa'id a/k/a Mustafa Muhammad Ahmad

18.  Abu Hafs the Mauritanian a/k/a Mahfouz Ould al-Walid a/k/a Khalid al-Shanqiti

19.  Ibn al-Shaykh al-Libi

20.  Abu Zubaydah a/k/a Zayn al Abidin Muhammad Husayn Tariq

21.  Abd al-Hadi al-Iraqi a/k/a Abu Abdullah

22.  Ayman al-Zawahiri

23.  Thirwat Salah Shihata a/k/a Muhammad Ali

24.  Tariq Anwar al-Sayyid Ahmad a/k/a Fathi a/k/a Amr al-Fatih

25.  Muhammad Salah a/k/a Nasr Fahmi Nasr Hasanayn

26.  Makhtab al-Khidamat a/k/a Al-Khifaf

27.  Al-Itihaad al-Islamiya (AIAI)

28.  Islamic Army of Aden

29.  Wafa Humanitarian Organization

30.  Al-Rashid Trust

31.  Mamoun Darkazanli Import-Export Company

32.  Nurjaman Riduan Ismuddin a/k/a Hambali

33.  Mohammed Iqbal Abdurrahman a/k/a/ Abu Jibril

34.  Benevolence International Foundation

35.  Benevolence International Fund

36.  Bosanska Idealna Futura

37.  Global Relief Foundation a/k/a Foundation Secours Mondial

38.   Mounir El Motassadeq

39.   Ramzi Binalshibh

40.   Zakarya Essabar

41.   Said Bahaji

42.   Turkistan Islamic Movement

43.   Wa'el Hamza Julaidan a/k/a Al-Hasan al Madani

44.   Adel Ben Soltane

45.   Nabil Benattia

46.   Yassine Chekkouri

47.   Riadh Jelassi

48.   Mendi Kammoun

49.   Samir Kishk

50.   Tarek Ben Habib Maaroufi

51.   Abdelhalim Remadna

52.   Mansour Thaer

53.   Lazhar Ben Mohammed Tlili

54.   Habib Waddani

55.   Akida Bank Private Limited

56.   Akida Investment Co. Ltd.

57.   Nasreddin Group International Holding Ltd.

58.   Nasco Nasreddin Holding A.S.

59.   Nascotex S.A.

60.   Nasreddin Foundation

61.   BA Taqwa for Commerce and Real Estate Company Ltd.

62.   Miga - Malaysian Swiss, Gulf and African Chamber

63.     Gulf Center S.R.L.

64.     Nascoservice S.R.L.

65.     Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC

66.     Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC

67.     Nada International Anstalt

68.     Nasreddin International Group Limited Holding

69.     The Aid organization of the Ulema

70.     Ahmed Idris Nasreddin

71.     Youssef Nada

72.     Abdelkadir Mahmoud Es Sayed

73.     Khalid Al-Fawaz

74.     Abu Hamza Al-Masri

75.     Mohamed Ben Belgacem Aouadi

76.     Mokhtar Boughougha

77.     Tarek Charaabi

78.     Sami Ben Khemais Essid

79.     Lased Ben Heni

80.     Somalia Branch of the Al-Haramain Islamic Foundation

81.     Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation

82.     Umma Tameer-E-Nau (UTN)

83.     Bashir-Ud-Din Mahmood

84.     Abdul Majeed

85.     S.M. Tufail

86.     Al-Barakaat

87.     Al Taqwa/Nada Group

88.     Aaran Money Wire Service   Inc.

89.     Al Baraka Exchange LLC

90.     Al Barakaat Bank

91.     Al-Barakat Bank of Somalia (BSS)

92.     Al-Barakat Finance Group

93.     Al-Barakat Financial Holding Co.

94.     Al-Barakat Global Telecommunications

95.     Al-Barakat Group of Companies Somalia Limited

96.     Al-Barakat International a/k/a Baraco Co

97.     Al-Barakat Investments

98.     Al-Barakat Wiring Service

99.     Al Taqwa Trade, Property and Industry Company Limited

100.    ASAT Trust

101.    Bank of Taqwa Limited

102.    Baraka Trading Company

103.    Barakaat Boston

104.    Barakaat Construction Company

105.    Barakaat Enterprise

106.    Barakaat Group of Companies

107.    Barakaat International

108.    Barakaat International Foundation

109.    Barakaat International, Inc.

110.    Barakaat North America, Inc.

111.    Barakaat Red Sea Telecommunications

112.    Barakaat Telecommunications Co. Somalia

113.  Barakat Bank and Remittances

114.  Barakat Computer Consulting (BCC)

115.  Barakat Consulting Group (BCG)

116.  Barakat Global Telephone Company

117.  Barakat International Companies (BICO)

118.  Barakat Post Express (BPE)

119.  Barakat Refreshment Company

120.  Barakat Wire Transfer Company

121.  Barakat Telecommunications Company Limited (BTELCO)

122.  Barako Trading Company, LLC

123.  Global Services International

124.  Heyatul Ulya

125.  Nada Management Organization

126.  Parka Trading Company

127.  Red Sea Barakat Company Limited

128.  Somalia International Relief Organization

129.  Somalia Internet Company

130.  Somalia Network AB

131.  Youssef M. Nada & Co. Gesellschaft MBH

132.  Youssef M. Nada

133.  Hussein Mahmud Abdullkadir

134.  Abdirasik Aden

135.  Abbas Abdi Ali

136.  Abdi Adulaziz Ali

137.  Yusaf Ahmed Ali

138.  Dahir Ubeidullahi Aweys

139.  Hassan Dahir Aweys

140.  Garad Jama

141.  Ali ghaleb Himmat

142.  Albert Fredrich Armand Huber

143.  Liban Hussein

144.  Ahmed Nur Ali Jim'ale

145.  Abdullahi Hussein Kahie

146.  Mohammed Mansour

147.  Zeinab Mansour-Fattah

148.  Abdullah Ahmed Abdullah a/k/a Abu Mariam a/k/a Abu Mohamed Al-Masri a/k/a Saleh

149.  Haji Abdul Manan Agha a/k/a Abd Al-Man'am Saiyid

150.  Al-Hamati Sweets Bakeries

151.  Muhammad Al-Hamati a/k/a Mohammad Hamdi Sadiq Al-Ahdal a/k/a Abu Asim Al-Makki

152.  Amin Al-Haq a/k/a Dr. Amin Ah Haq a/k/a Muhammad Amin a/k/a Dr. Amin Ul-Haq

153.  Saqar Al-Sadawi

154.  Ahmad Sa'Id Al-Kadr a/k/a Abu Abd Al-Rahman Al-Kanadi

155.  Anas Al-Liby a/k/a Anas Al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai

156.  Ahmad Ibrahim Al- Mughassil a/k/a Abu Omran a/k/a Ahmed Ibrahim Al-Mughassil

157.  Abdelkarim Hussein Mohamed Al-Nasser

158.  Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center

159.  Yasin Al-Qadi a/k/a Shaykh Yassin Abdullah Kadi a/k/a Yasin Kahdi

160.   Sa'D Al-Sharif

161.   Al-Shifa' Honey Press for Industry and Commerce

162.   Ibrahim Salih Mohammed Al-Yacoub

163.   Ahmed Mohammed Hamed Ali a/k/a Ahmed Mohammed Abdurehman a/k/a Abu
Fatima a/k/a Abu Islam a/k/a Abu Khadiijah a/k/a Ahmed Hamed a/k/a Ahmed
the Egyptian a/k/a Ahmed Ahmed a/k/a Ahamad Al-Masri a/k/a Abu Islam Al-
Surir a/k/a Ahmed Mohammed Ali a/k/a Hamed Ali a/k/a Ahmed Hemed a/k/a
Ahmed Shieb a/k/a Shuaib

164.   Ali Atwa a/k/a Ammar Mansour Bouslim a/k/a Hassan Rostom Salim

165.   Muhsin Musa Matwalli Atwah a/k/a Abdel Rahman a/k/a Abdul Rahman a/k/a
Abdul Rahman Al-Muhajir a/k/a Mohammed K.A. Al-Namer

166.   Bilal Bin Marwan

167.   Ayadi Chafiq Bin Muhammad a/k/a Ben Muhammad Aiadi a/k/a Ben Muhammad
Aiady a/k/a Ben Muhammad Ayadi Chafik a/k/a Ben Muhammad Ayadi Shafiq

168.   Mamoun Darkazanli

169.   Ali Saed Bin Ali El-Hoorie a/k/a Ali Saed Bin Ali Al-Houri a/k/a Ali Saed Bin
Ali El-Houri

170.   Mustafa Mohamed Fadhil a/k/a Abd Al Wakil Al Masri a/k/a Abu Al-Nubi a/k/a
Hassan Ali a/k/a Abu Anis a/k/a Moustafa Ali Elbishy a/k/a Mustafa Muhamad
Fadil a/k/a Mustafa Fazul a/k/a Hussein a/k/a Abu Jihad a/k/a Khalid a/k/a Nu
Man a/k/a Mustafa Mohammed a/k/a Abu Yussrr

171.   Ahmed Khalfan Ghailani a/k/a Ahmed the Tanzanian a/k/a Foopie a/k/a Fupi
a/k/a Abu Bakr Ahmad a/k/a A. Ahmed a/k/a Abubakar Ahrmed a/k/a Abubakar
K. Ahmed a/k/a Abubakar Khalfan Ahmed a/k/a Abubakary K. Ahmed a/k/a
Ahmed Khalfan Ahmed a/k/a Ahmad Al Tanzani a/k/a Ahmed Khalfan Ali a/k/a
Abu Bakr a/k/a Abubakary Khalfan Ahmed Ghailani a/k/a Ammed Ghailani a/k/a
Ahmad Khalafan Ghilani a/k/a Mahafudh Abubakar Ahmed Abdallah Hussein
a/k/a Abu Khabar a/k/a Ahmed Khalfan a/k/a Shariff Omar Mohammed

172.   Riad Hijazi a/k/a Abu-Ahmad Al-Amriki a/k/a Abu-Ahmad Al-Hawen a/k/a
Rashid Al-Maghribi a/k/a Abu-Ahmad Al-Shahid a/k/a M Raed Hijazi

173.   Hasan Izz-Al-Din a/k/a Ahmed Garbaya a/k/a Sa-Id a/k/a Samir Salwwan

174.   Jaish-I-Mohammed a/k/a Army of Mohammed

175. Jam'Yah Ta'Awun Al-Islamia a/k/a Jam'Iyat Al Ta'Awun Al Islamiyya a/k/a JIT a/k/a Society of Islamic Cooperation

176. Mufti Rashid Ahmad Ladehyanoy a/k/a Mufti Rasheed Ahma a/k/a Mufti Rashid Ahmad Ludhianvi a/k/a Mufti Rashid Ahmad Wadehyanoy

177. Fazul Abdullah Mohammed a/k/a Fazul Abdalla a/k/a Fazul Adballah a/k/a Abu Aisha a/k/a Abu Seif Al Sudani a/k/a Fadel Abdallah Mohammed Ali a/k/a Abdalla Fazul a/k/a Abdallah Fazul a/k/a Abdallah Mohammed Fazul a/k/a Haroon Fazul a/k/a Harun Fazul a/k/a Haroon a/k/a Fadhil Haroun a/k/a Harun a/k/a Abu Luqman a/k/a Fazul Mohammed a/k/a Fazul Abdilahi Mohammed a/k/a Fouad Mohammed a/k/a Fadil Abdallah Muhamad

178. Khalid Shaikh Mohammed a/k/a Salem Ali a/k/a Fahd Bin Abdallah Bin Khalid a/k/a Ashraf Refaat Nabith Henin a/k/a Khalid Adbul Wadood

179. Fahid Mohammed Ally Msalam a/k/a Usama Al-Kini a/k/a Fahid Mohammed Ally a/k/a Fahad Ally Msalam a/k/a Fahid Mohammed Ali Msalam a/k/a Mohammed Ally Msalam a/k/a Fahid Mohammed Ali Musalaam a/k/a Fahid Muhamad Ali Salem

180. RabitaTrust

181. Ansar al-Islam (AI) a/k/a Jund al-Islam

182. Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah

183. Mohammed Amine Akli a/k/a Samir a/k/a Kali Sami a/k/a Elias

184. Mohrez Amdouni a/k/a Fabio Fusco a/k/a Mohammed Hassan a/k/a Tuale Abu

185. Chiheb Ben Mohamed Ayari a/k/a Abu Hohem Hichem

186. Mondher Baazaoui a/k/a Hamza

187. Lionel Dumont a/k/a Bilal a/k/a Hamza a/k/a Jacques Brougere

188. Moussa Ben Amor Essaadi a/k/a Dah Dah a/k/a Abdelrahmman a/k/a Bechir

189. Rachid Fehar a/k/a Aminedel Belgio a/k/a Djaffar

190. Brahim Ben Hedili Hamami

191. Khalil Jarraya a/k/a Khalil Yarraya a/k/a Aziz Ben Narvan Abdel' a/k/a Amro a/k/a Omar a/k/a Amrou a/k/a Amr

192. Mounir Ben Habib Jerraya a/k/a Yarraya

193. Fouzi Jendoubi a/k/a Said a/k/a Samir

194.   Fethi Ben Rebai Masri a/k/a Amor a/k/a Omar Abu a/k/a Fethi Alic

195.   Najib Ouaz

196.   Ahmed Hasni Rarrbo a/k/a Abdallah a/k/a Abdullah

197.   Nedal Saleh a/k/a Hitem

198.   Abdelghani Mzoudi

PHILA1\1885391\1 117430.000

August 26, 2003

RE: 2003-08-003

Mr. J. Scott Tarbutton
Cozen/O'Connor, Attorneys
1900 Market Street
Philadelphia, PA 19103-3508

Dear Mr. Tarbutton:

Your Freedom of Information Act (FOIA) request dated July 30, 2003, was received in this office.

One of the offices to which your request has been assigned is experiencing a substantial backlog of FOIA requests and cannot meet the normal time limits. They have established an orderly procedure for responding to requests, which is generally on a first-in, first-out basis. Be assured that your request will be answered as soon as possible.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be directed to:

> FOIA/PA Request
> Disclosure Services, DO
> Department of the Treasury
> Washington, DC 20220

Sincerely,

/S/

Alana Johnson
Chief, Disclosure Services

Exhibit A  Page 16

Case 1:03-md-01570-GBD-SN   Document 2725-1   Filed 06/12/13   Page 55 of 74
Case 2:05-cv-04332-TJS   Document 37-3   Filed 01/11/07   Page 18 of 47

Page 1 of I

Office of Foreign Assets Control
# Correspondence Cover Sheet

| Doc ID: | SDG-216836 | Received: | 28-AUG-03 | Dated: | 30-JUL-03 | Initials: | DDT |
|---|---|---|---|---|---|---|---|
| Due Date: | 24-SEP-03 | Exec Sec No.: | ~ | Enforcement No.: | – | Other Ref No.: | 2003-08-( |

**From:** Tarbutton, J. Scott  **Actual Party:** Cozen O'Connor Attorneys

**Organization:** Cozen, O'Connor Attorneys  **Subject:** Sponsors of terrorism; groups engaged in terrorists activity;
Identification of assets belonging to sponsors of terrorism, etc.

**Address:** 1900 Market Street

Philadelphia,  PA 19103-3508

| Disposition | CC | Special: | Control | Copy to Director | |
|---|---|---|---|---|---|
| Initial Assignment | | Reassign 2 | | Reassign 3 | |
| Director | | | | | |
| Blocked Assets | | | | | |
| Civil Penalties | | | | | |
| Compliance | | | | | |
| Enforcement | | | | | |
| FTD | | | | | |
| I T | | | | | |
| Int'l Programs | | | | | |
| Licensing | | | | | |
| Plans & Policy | | | | | |
| Chief Counsel | | | | | |
| Sr. Advisor/Records | | | | | |

**Notes:**

| Disposition: | File Name/Location: | Initials: | Date: |
|---|---|---|---|
| | | | |

**Remarks** FOIA no. 03-08-03; Letter dated 1/27/05 sent to MDR on 1/27/05.

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



# COZEN
# O'CONNOR
## ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax    215.701.2467
STARBUTTON@COZEN.COM

October 17, 2003

FOIA/PA Request
Disclosure Services, DO
Department of the Treasury
Washington, D.C. 20220

      Re:    Freedom of Information Act Request
              FOIA Case Number: 2003-08-003

Dear Sir or Madam:

      On July 30, 2003, I sent a letter to your office requesting certain information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended.  By letter dated, August 26, 2003, your office informed me that my request had been received but that there was a substantial delay in processing all FOIA requests.  At your earliest convenience, please provide me with an estimated date of completion as well as anticipated costs.  Should you have any questions about the FOIA request, please do not hesitate to contact me directly.

                 Sincerely,

                 COZEN O'CONNOR

                 By:    J. Scott Tarbutton

JST

10/30/03. I left a detailed VM
for Scott Tarbutton advising
that it'll be awhile because
of OFAC's backlog.

*U.S. Department of the Treasury*
*Disclosure Services*
*November 13, 2003*

*Merete --*

*Please take appropriate action.  Thanks!*

*Cawana Pearson*
*202-622-3503*

*"Exceptional Customer Service -- It's Not An Option -- It's A Requirement for Success"*

Page 1 of

## Office of Foreign Assets Control
# Correspondence Cover Sheet

| Doc ID: | FTO-219152 | Received: | 14-NOV-03 | Dated: | 17-OCT-03 | | |
|---|---|---|---|---|---|---|---|
| Due Date: | | Exec Sec No.: | | Enforcement No.: | | Other Ref No.: | 2003-08-03 |

| From: | Tarbutton, Scott J. | | Actual Party: | COZEN O'CONNOR |
|---|---|---|---|---|
| Organization: | Cozen O'Connor | | Subject: | REQ. STATUS OF FAC 216838:SPONSORS OF TERRORISM GROUPS ENGAGED IN TERRORISTS ACTIVITY.ID OF ASSETS BELONGING TO SPONSORS OF TERRORISM ETC. |
| Address: | 1900 Market Street | | | |
| | PHILADELPHIA,  PA 19103 | | | |

| Disposition | CC | Special: | Control | Copy to Director |
|---|---|---|---|---|
| Initial Assignment | | Reassign 2 | | Reassign 3 |
| Director | | | | |
| Deputy Director | | | | |
| Civil Penalties | | | | |
| Compliance | | | | |
| Enforcement | | | | |
| FTAT | | | | |
| IT | | | | |
| Int'l Programs | | | | |
| Licensing | | | | |
| Plans & Policy | | | | |
| Chief Counsel | | | | |
| Sr. Advisor/Records | | | | |

**Notes:**

| **Disposition:** | **File Name/Location:** | **Initials:** | **Date:** |
|---|---|---|---|
| | | | |

**Remarks**

Exhibit A  Page 20



| PHILADELPHIA | | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | **COZEN** | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | | TRENTON |
| DENVER | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WICHITA |
| LOS ANGELES | | WILMINGTON |

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax   215.701.2467
STARBUTTON@COZEN.COM

February 4, 2004

FOIA/PA Request
Disclosure Services, DO
Department of the Treasury
Washington, D.C. 20220

     Re:    Freedom of Information Act Request
              FOIA Case Number: 2003-08-003

Dear Sir or Madam:

       On July 30, 2003, I sent a letter to your office requesting certain information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended.  By letter dated, October 10, 2003, I asked your office to provide me with an estimated date of completion as well as anticipated costs.  On October 27, 2003, Cawana Pearson transmitted an e-mail to me in which she asked Juan Zarate and Richard Newcomb to advise her on an approximate completion date.  To date, I have not received an update from your office regarding FOIA request #2003-08-003 and I am again asking your office to provide me with an estimated date of completion and anticipated costs.

       Should you have any questions, please do not hesitate to contact me directly.

                Sincerely,

                COZEN O'CONNOR

                By:    J. Scott Tarbutton

Exhibit A  Page 21

February 17, 2004

RE:  2003-08-003

Mr. J. Scott Tarbutton
Cozen/ O'Connor Attorneys
1900 Market Street
Philadelphia, PA  19103-3508

Dear Mr. Tarbutton:

This office is in receipt of your letter dated February 4, 2004, inquiring about the estimated date of completion and the anticipated costs of your Freedom of Information Act (FOIA) request dated July 30, 2003.

We have forwarded your inquiry to the offices that are responsible for processing your FOIA request.

Sincerely,

/S/

Alana Johnson
Chief, Disclosure Services

Exhibit A  Page 22



, PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
## ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone    215.665.7255
Direct Fax       215.701.2467
starbutton@cozen.com

May 27, 2004

Alana Johnson
Chief, Disclosure Services
Disclosure Services, DO
Department of the Treasury
Washington, D.C. 20220

> ..PT. OF THE  TREASURY
> DISCLOSURE SERVICES
>
> JUN 0 7 2004
>
> **RECEIVED**

Re:    Freedom of Information Act Request
       FOIA Case Number: 2003-08-003

Dear Ms. Johnson:

I am writing to follow up on a FOIA request that my firm sent to your office almost a year ago. To date, we have received no information relating to our FOIA request, nor have we been provided with an estimated date of completion and/or anticipated costs.

By way of background, on July 30, 2003, I sent a letter to your office requesting certain information pursuant to the Freedom of Information Act. By letter dated August 26, 2003, your office informed me that my request had been received. On October 10, 2003, I sent another letter asking your office to provide me with a date when the FOIA request would be processed. In response, Cawana Pearson transmitted an e-mail to me in which she asked Juan Zarate and Richard Newcomb to advise her on the status of the request. I never received an update from your office, and on February 4, 2004, I sent another letter to your office requesting a status report. It is now almost a year since we submitted our FOIA request and your office has provided us with no information.

My firm is actively engaged in a major lawsuit relating to the September 11, 2001 terrorist attack upon the World Trade Center. Indeed, the court has placed the parties to the lawsuit on an aggressive schedule leading to trial. Many of the defendants named in our case are Executive Order 13224 designees and it is therefore imperative that we get any and all

Alana Johnson
May 27, 2004
Page 2

information on these individuals and entities as soon as possible.  Once again, I am asking your
office to provide me with a status report of FOIA Request 2003-08-003, including an estimated
date of completion and anticipated costs.

                              Sincerely,

                              COZEN O'CONNOR

                              By:      J. Scott Tarbutton

JST

PHILA1\2075399\1 117430.000

June 8, 2004

RE:  2003-08-003

Mr. J. Scott Tarbutton
Cozen/ O'Connor Attorneys
1900 Market Street
Philadelphia, PA  19103-3508

Dear Mr. Tarbutton:

This office is in receipt of your letter dated May 27, 2004, expressing your concerns with regards to the delay in processing your Freedom of Information Act (FOIA) request dated July 30, 2003.

We have forwarded your inquiry to the offices that are responsible for processing your FOIA request.

Your request will be answered as soon as possible, and we regret the delay in processing your request.

Sincerely,

/s/

Alana Johnson
Chief, Disclosure Services



**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax      215.701.2467
starbutton@cozen.com

July 15, 2004

Alana Johnson
Chief, Disclosure Services
Disclosure Services, DO
Department of the Treasury
Washington, D.C. 20220

.EPT. OF THE TREASURY
DISCLOSURE SERVICES

JUL 2 6 2004

**RECEIVED**

Re:   Freedom of Information Act Request
        FOIA Case Number: 2003-08-003

Dear Ms. Johnson:

I am in receipt of your June 8, 2004 letter responding to my May 27, 2004 letter in which I expressed concerns regarding the delay in processing the Freedom of Information Act request referenced above. In the June 8 letter, you state that my inquiry was being forwarded to the offices that are responsible for processing my request. However, I still have not been provided with any information relating to the FOIA request, nor has anyone contacted me to provide an estimated date of completion and/or anticipated costs. It is now almost one year since I submitted the FOIA request on July 30, 2003.

As stated in my previous letter, my firm is actively engaged in a major lawsuit relating to the September 11, 2001 terrorist attack upon the World Trade Center. The court has placed the parties to the lawsuit on an aggressive schedule leading to trial. Many of the defendants named in our case are Executive Order 13224 designees and it is therefore imperative that we get any and all information on these individuals and entities as soon as possible. Once again, I am asking your office to provide me with a status report of FOIA Request 2003-08-003, including an estimated date of completion and anticipated costs.

Alana Johnson
July 15, 2004
Page 2

_____

Please call me at your earliest convenience to discuss a resolution to this matter.

Sincerely,

COZEN O'CONNOR

By:    J. Scott Tarbutton

JST

cc:    Elliott R. Feldman, Esquire
       Mark T. Mullen, Esquire
       Sean P. Carter, Esquire

PHILA1\2101596\1 117430.000



| | | |
|---|---|---|
| PHILADELPHIA | | NEW YORK |
| ATLANTA | **COZEN** | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | **O'CONNOR** | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | ATTORNEYS | TRENTON |
| DENVER | | WASHINGTON, DC |
| HOUSTON | | WEST CONSHOHOCKEN |
| LAS VEGAS | | WICHITA |
| LONDON | | WILMINGTON |
| LOS ANGELES | A PROFESSIONAL CORPORATION | |

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax     215.701.2467
starbutton@cozen.com

January 17, 2005

Alana Johnson
Chief, Disclosure Services
Disclosure Services, DO
Department of the Treasury
Washington D.C. 20220

      Re:    Freedom of Information Act Request
             FOIA Case Number: 2003-08-003

Dear Ms. Johnson:

      Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, I am writing to make the following request as it relates to FOIA Case No. 2003-08-003, which was originally submitted to your office on July 30, 2003. That FOIA request, included as Attachment "A" hereto, asks for documents and materials relating to several hundred individuals and organizations which have been designated pursuant to Executive Order 13224. To date, FOIA Case No. 2003-08-003 remains unanswered by your office.

      Realizing that the broad scope of our original request may be delaying the Department of Treasury's response time, we write to prioritize the parties included in request No. 2003-08-003. In particular, I am writing to request that you prioritize your search for copies of any and all documents and materials maintained by the Treasury Department and/or the Office of Foreign Assets Control, relating to or supporting the designations of al Haramain Islamic Foundation and its branch offices pursuant to Executive Order 13224.

      Based on the July 31, 2003 testimony of Richard Newcomb before the Senate Committee on Governmental Affairs, I understand that the Treasury Department maintains an evidentiary file relative to each entity it proposes for designation pursuant to Executive Order 13224. I would specifically request that you provide copies of any documents contained in any such

Exhibit A  Page 28

Alana Johnson
January 17, 2005
Page 2

_____

evidentiary files for al Haramain Islamic Foundation or any of its branch offices.  To assist you
in responding to this request, I have included as Attachment "B" hereto Treasury Department
press statements relating to the designations of al Haramain Islamic Foundation and its branch
offices.

     Please be sure also to include copies of any letters or documents sent by the Treasury
Department or the Office of Foreign Assets Control to representatives of any foreign state,
relative to the designation of al Haramain Islamic Foundation or any of its branch offices, and/or
through which the Treasury Department or the Office of Foreign Assets Control requested that
the receiving state take any action against al Haramain or any of its branch offices, including
without limitation any request that the receiving state block the assets of al Haramain or any of
its branch offices pursuant to any mutual legal assistance treaty between the United States and
the receiving state.  By way of an example of the type of documents we believe the Treasury
Department possesses which are responsive to this specific request, I have included as
Attachment "C" hereto a November 29, 2004 letter from Treasury Department General Counsel
David Aufhauser to Swiss Substitut du Procureur General Claude Nicati, relating to the
designation of Yassin A. Kadi.

     In the event that you decline to produce any responsive documents pursuant to a FOIA
exemption, please produce a *"Vaughn* Index," including a detailed description of each document
withheld or redacted and an explanation of the reasons for non-disclosure.  *Vaughn v. Rosen*, 484
F.2d 820, 827 (D.C. Cir. 1975).  I would also request that you perform a "segrebility analysis" to
distinguish exempt from non-exempt material within any particular document.  *Id.* at 825.

     We agree to pay any applicable fee, to a limit of $1,000, required for this information
pursuant to the Freedom of Information Act.  If you expect the cost associated with responding
to this request to exceed that limit, I would ask that you provide an estimate for my approval.

     Please forward all responsive materials relating to al Haramain Islamic Foundation as
soon as they are assembled.  In the near future, we will write to you again to establish additional
priorities among the persons and organizations referenced in request No. 2003-08-003.

     I thank you in advance for your cooperation relative to the foregoing.

          Sincerely,

          COZEN O'CONNOR

          By:   J. Scott Tarbutton

Alana Johnson
January 17, 2005
Page 3

cc:      Stephen A. Cozen, Esq. (w/o attachments)
         Elliott R. Feldman, Esq. (w/o attachments)
         Sean P. Carter, Esq. (w/o attachments)

January 25, 2005

RE: 2003-08-003

Mr. J. Scott Tarbutton
Cozen/ O'Connor Attorneys
1900 Market Street
Philadelphia, PA  19103-3508

Dear Mr. Tarbutton:

This office is in receipt of your letter dated January 17, 2005, requesting that we prioritize our search for copies of the material you requested in your Freedom of Information Act (FOIA) request dated July 30, 2003.

We have forwarded your inquiry to the offices that are responsible for processing your FOIA request.

Your request will be answered as soon as possible, and we regret the delay in processing your request.

Sincerely,

/S/

Alana Johnson
Director, Disclosure Services

Exhibit A  Page 31



| | | |
|---|---|---|
| PHILADELPHIA | | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | **COZEN** | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | **O'CONNOR** | TRENTON |
| DENVER | | WASHINGTON, DC |
| HOUSTON | ATTORNEYS | WEST CONSHOHOCKEN |
| LAS VEGAS | | WICHITA |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone  215.665.7255
Direct Fax     215.701.2467
starbutton@cozen.com

February 16, 2005

**VIA FEDERAL EXPRESS**

Alana Johnson
Chief, Disclosure Services
Disclosure Services, DO
Department of the Treasury
Washington D.C. 20220

      Re:    Freedom of Information Act Request
            FOIA Case Number: 2003-08-003

Dear Ms. Johnson:

      Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, I am writing to make the following request as it relates to FOIA Case No. 2003-08-003, which was originally submitted to your office on July 30, 2003. That FOIA request, included as Attachment "A" hereto, asks for documents and materials relating to several hundred individuals and organizations which have been designated pursuant to Executive Order 13224. To date, FOIA Case No. 2003-08-003 remains unanswered by your office.

      Realizing that the broad scope of our original request may be delaying the Department of Treasury's response time, we write to prioritize the parties included in request No. 2003-08-003. In particular, I am writing to request that you prioritize your search for copies of any and all documents and materials maintained by the Treasury Department and/or the Office of Foreign Assets Control, relating to or supporting the designations of Rabita Trust and Benevolence International Foundation pursuant to Executive Order 13224.

      Based on the July 31, 2003 testimony of Richard Newcomb before the Senate Committee n Governmental Affairs, I understand that the Treasury Department maintains an evidentiary .ile relative to each entity it proposes for designation pursuant to Executive Order 13224. I would specifically request that you provide copies of any documents contained in any such

Alana Johnson
February 16, 2005
Page 2

_____

evidentiary files for Rabita Trust, Benevolence International Foundation, and any affiliated branch offices. To assist you in responding to this request, I have included as Attachment "B" hereto Treasury Department press statements relating to the designations of Rabita Trust and Benevolence International Foundation.

Please be sure also to include copies of any letters or documents sent by the Treasury Department or the Office of Foreign Assets Control to representatives of any foreign state, relative to the designation of Rabita Trust and Benevolence International Foundation, and/or through which the Treasury Department or the Office of Foreign Assets Control requested that the receiving state take any action against Rabita Trust and Benevolence International Foundation, including without limitation any request that the receiving state block the assets of Rabita Trust and Benevolence International Foundation pursuant to any mutual legal assistance treaty between the United States and the receiving state. By way of an example of the type of documents we believe the Treasury Department possesses which are responsive to this specific request, I have included as Attachment "C" hereto a November 29, 2004 letter from Treasury Department General Counsel David Aufhauser to Swiss Substitut du Procureur General Claude Nicati, relating to the designation of Yassin A. Kadi.

In the event that you decline to produce any responsive documents pursuant to a FOIA exemption, please produce a "*Vaughn* Index," including a detailed description of each document withheld or redacted and an explanation of the reasons for non-disclosure. *Vaughn v. Rosen*, 484 F.2d 820, 827 (D.C. Cir. 1975). I would also request that you perform a "segrebility analysis" to distinguish exempt from non-exempt material within any particular document. *Id.* at 825.

We agree to pay any applicable fee, to a limit of $1,000, required for this information pursuant to the Freedom of Information Act. If you expect the cost associated with responding to this request to exceed that limit, I would ask that you provide an estimate for my approval.

Please forward all responsive materials relating to Rabita Trust and Benevolence International Foundation as soon as they are assembled. In the near future, we will write to you again to establish additional priorities among the persons and organizations referenced in request No. 2003-08-003.

I thank you in advance for your cooperation relative to the foregoing.

Sincerely,

COZEN O'CONNOR

By:   J. Scott Tarbutton

Alana Johnson
February 16, 2005
Page 3

---

cc:    Elliott R. Feldman, Esq. (w/o attachments)
       Sean P. Carter, Esq. (w/o attachments)





PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax     215.701.2467
starbutton@cozen.com



DEPT. OF THE TREASURY
DISCLOSURE SERVICES

MAY 2 0 2005

May 16, 2005

RECEIVED

**VIA FEDERAL EXPRESS**

Alana Johnson
Chief, Disclosure Services
Disclosure Services, DO
Department of the Treasury
Washington D.C. 20220

    Re:    Freedom of Information Act Request
            FOIA Case Number: 2003-08-003

Dear Ms. Johnson:

      On February 16, 2005, I sent the attached letter and accompanying documents requesting information relating to and/or supporting the designations of Rabita Trust and Benevolence International Foundation pursuant to Executive Order 13224. To date, I have not received a response from your office acknowledging receipt of that letter. At your earliest convenience, please let me know that you have received this prioritized request as it relates to FOIA Case No. 2003-08-003, and are processing it pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended.

                  Sincerely,

                  COZEN O'CONNOR

                  By:    J. Scott Tarbutton

JST