**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

N.Y.S.D. Case #
03-md-1570(GBD)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of April, two thousand and thirteen.

Before: JOSÉ A. CABRANES,
        REENA RAGGI,
                *Circuit Judges,*
        JED S. RAKOFF,
                *District Judge.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 27, 2013

_____

In Re: Terrorist Attacks on September 11, 2001
(ASAT TRUST REG, et al.)

_____

John Patrick O'Neill, Jr., *et al.*,

    Plaintiffs - Appellants,

    v.

Asat Trust Reg., Al Shamal Islamic Bank, Also Known As Shamel Bank Also Known As Bank El Shamar, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Sr., Engelbert Schreiber, Jr., Martin Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Yassin Abdullah Al Kadi, Khaled Bin Mahfouz, National Commercial Bank, Faisal Islamic Bank, Sulaiman Al-Ali, Aqeel Al-Aqeel, Soliman H.S. Al-Buthe, Abdullah Bin Laden, Abdulrahman Bin Mahfouz, Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Salaiman Al Rajhi, Abdullah Omar Naseef, Tadamon Islamic Bank, Abdullah Muhsen Al Turki, Adnan Basha, Mohamad Jamal Khalifa, Bakr M. Bin Laden, Tarek M. Bin Laden, Omar M. Bin Laden, Dallah Avco Trans Arabia Co. Ltd., Dmi Administrative Services S.A., Abdullah Bin Saleh Al Obaid, Abdul Rahman Al Swailem, Saleh Al-Hussayen, Yeslam M. Bin Laden, Yousef Jameel, Saudi Binladin Group,

    Defendants - Appellees.

_____

JUDGMENT
11-3294 (Lead), 11-3407 (Con.),
11-3490 (Con.), 11-3494 (Con.),
11-3495 (Con.), 11-3496 (Con.),
11-3500 (Con.), 11-3501 (Con.),
11-3502 (Con.), 11-3503 (Con.),
11-3505 (Con.), 11-3506 (Con.),
11-3507 (Con.), 11-3508 (Con.),
11-3509 (Con.), 11-3510 (Con.),
11-3511 (Con.), 12-949 (Con.),
12-1457 (Con.), 12-1458 (Con.),
12-1459 (Con.).

**MANDATE ISSUED ON 06/27/2013**

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, VACATED in part and REMANDED in accordance with the opinion of this court.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

* The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.