UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE:

                                        :

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001              :

-----------------------------------------------------------x

**DISCOVERY ORDER**

03 MDL 1570 (GBD) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/28/2013

**FRANK MAAS,** United States Magistrate Judge.

that:

    Pursuant to the conference held on June 28, 2013, it is hereby ORDERED

1.    Document discovery shall be completed by January 15, 2014.  By September 20, 2013, Mr. Carter and Mr. Lewis shall submit a joint progress report to the Court.

2.    The parties shall confer and submit a proposed briefing schedule regarding any motions to dismiss on common law sovereign immunity grounds.  Discovery as to any such movants will proceed while any such motion are pending.

    SO ORDERED.

Dated:    New York, New York
            June 28, 2013

                               _____
                                FRANK MAAS
                        United States Magistrate Judge

Copies to:

Hon. George B. Daniels
United States District Judge

All counsel (via ECF)