```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: ORDER

: 03 MDL 1570 (GBD) (FM)

:

:
------------------------------------------------------------x

This Document Relates to
Hoglan v. Iran,
11 Civ. 7550 (GBD) (FM)

AND NOW, upon consideration of the two related Motions filed by the *Hoglan* Plaintiffs, both of which were unopposed at the hearing held before U.S. Magistrate Judge Frank Maas in this matter on June 28, 2013, it is hereby ORDERED and DECREED that:

(1)   Plaintiffs' Motion for Leave to File Second Amended Complaint[1] is GRANTED. Plaintiffs' Second Amended Complaint shall relate back to the filing of the Complaint on September 9, 2011, and be deemed as filed on that date; and,

(2)   Plaintiffs' Motion to Amend Exhibit A to Plaintiffs' Motion for Leave to File Second Amended Complaint[2] is GRANTED. Paragraph 26 on Page 28 of the Second Amended Complaint is hereby amended to state as follows:

> **Joseph Carpeneto, named in his own right and as Personal Representative of the Estate of Joyce Ann Carpeneto,** is a surviving Brother of Joyce Ann Carpeneto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by Defendants al-Qaeda and Osama bin Laden, Deceased, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

---

[1] ECF Document No. 19 filed on November 28, 2012.
[2] ECF Document No. 24 filed on February 15, 2012.

(3) The Clerk of the Court shall mark ECF No. 2645 as closed.

Plaintiffs shall file a copy of the Second Amended Complaint, with the above correction included, with the Clerk of Court upon the entry of this Order by the Court.

BY THE COURT:

Date: July 2, 2013
New York, New York

_____, J.