USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :

:   ORDER FOR ADMISSION
    *PRO HACE VICE*

:

:   03 MDL 1570 (GBD) (FM)

:

------------------------------------------------------------x

This Document Relates to:
Havlish v. bin Laden,              Hoglan v. Islamic Republic of Iran
03 Civ. 9848 (GBD) (FM)   and      11 Civ. 07550 (GBD) (FM)

AND NOW, upon consideration of the Motion of JAMES PATRICK McCOY, ESQUIRE for admission to practice *Pro Hac Vice* in the above-captioned matter, which was filed on February 25, 2013, and placed before U.S. Magistrate Judge Frank Maas at the hearing in this matter on June 28, 2013, said Motion is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania and of the State of New Jersey, and that his contact information is as follows:

> James P. McCoy, Esquire
> Mellon & Webster, P.C.
> 87 N. Broad Street
> Doylestown, PA 18901
> Ph: 215.348.7700
> Fax: 215.348.0171
> *jmccoy@mellonwebster.com*

Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for the *Havlish* Plaintiffs and *Hoglan* Plaintiffs in the above-captioned action.

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

BY THE COURT:

Date: _July 2, 2013_
New York, New York

_____, J.