**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re Terrorist Attacks on September 11, 2001    :          ORDER
                                              :
                                              :      03 MDL 1570 (GBD)
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978

 GEORGE B. DANIELS, District Judge:

Defendants Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia &

Herzegovina's Motion to Strike is DENIED.


Dated: July 10, 2013
       New York, New York


                                        SO ORDERED:

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge