**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:        <u>ORDER</u>

:

:        03 MDL 1570 (GBD) (FM)

:
-------------------------------------------------------------------x

This Document Relates to
<u>Havlish v. bin Laden</u>,
03 Civ. 9848 (GBD) (FM)

   AND NOW, upon consideration of the unopposed Plaintiffs' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. §1610(c), and the Exhibits thereto, it is hereby ORDERED and DECREED that:

   (1) A reasonable period of time has elapsed following the entry of the Order of Judgment as to liability against the Iranian Defendants on December 22, 2011, the entry of the final Order and Judgment as to damages on October 12, 2012, and the giving of notice of such judgments to the Iranian Defendants by the *Havlish* Plaintiffs via diplomatic means on February 13, 2013, and May 22, 2013;

   (2) The requirements of 28 U.S.C. 1610(c) have been satisfied; and,

   (3) The *Havlish* Plaintiffs, now judgment creditors, are authorized to pursue

2

attachment in aid of execution of the Order and Judgment issued on October 12, 2012, against the Iranian Defendants by any means permitted by law.

**SO ORDERED.**

Date: _____          _____
    New York, New York                           GEORGE B. DANIELS
                                                                 UNITED STATES DISTRICT JUDGE