## Jim McCoy

**From:** Carolina Ramirez (DHL US) <Carolina.Ramirez2@dhl.com>
**Sent:** Monday, December 03, 2012 10:19 AM
**To:** Rebecca Rosen; Jim McCoy
**Subject:** DHL EXPRESS

Receive our greeting from DHL Express,

Please be advised that this package is currently undeliverable due to the Ministry of Foreign Affairs does not accept to receive any shipment for:
1. DR. ALI AKBAR SALEH ,
2. IRAN AIRLINES ,
3. HEZBOLLAH ,
4. NATIONAL IRANIAN GAS COMPANY ,
5. CENTRAL BANK OF IRAN (MARKAZI) ,
6. IRANIAN MINISTRY OF PETROLEUM ,
7. NATIONAL IRANIAN TANKER CORPORATION ,
8. ISLAMIC REVOLUTIONARY GUARD CORPS ,
9. IRANIAN MINISTRY OF COMMERCE ,
10. IRANIAN MINISTRY OF DEFENSE ,
11. MINISTRY OF ECON. AFFAIRS & FIN ,
12. AYATOLLAH ALI HOSEINI KHAMENEI ,
13. NATIONAL IRANIAN PETROCHEMICAL CO ,
14. ALI AKBAR HASHEMI RAFSANJANI ,
15. NATIONAL IRANIAN OIL CORPORATION , for that I am trying to get instrucctiosn for this package ( return-redirect-abandon), could you please provide final instrucciotions?

Tracking# 7250864515


Thank you very much for your collaboration, if you need any further assistance please don't hesitate in asking or calling me directly!

Thank you for choosing DHL Express!

1



```
* ARCHIVE DOC *                XPD    DHL
Not to be attached to package

From: MELLON AND WEBSTER PC / THOMAS E. MELLON
      87 N BROAD ST  Phone: 2153487700              Origin:
                                                      ABE
      DOYLESTOWN PA 18901
      UNITED STATES OF AMERICA

To:   MINISTRY OF INFORMATION AND SEC.     Contact:
      C/O MINISTRY OF FOREIGN AFFAIRS      DR. ALI AKBAR SALEH
      IMAM KHOMEINI STREET                 00982161151
      TEHRAN
      IRAN (ISLAMIC REPUBLIC OF)

Product:                      Features / Services:
X Express Envelope            Security Service
Payment Code:

Ref Code: HAVLISH SERVICE     Date            Shpt Weight:    Piece:
Account No.: 846392062        2012-11-16      0.500 L         1

Content: LEGAL DOCUMENTS
These commodities, technology, or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law prohibited. Shipment may be carried via
intermediate stopping places which DHL deems appropriate. DHL standard terms and conditions apply.
                                                              Customs Value
                                                              0.000 USD

WAYBILL 72 5086 4515  DUPLICATE
License Plates of pieces in shipment:
- JD01 2036 4808 4002 1064
```

**Carolina Ramirez**
Customer Care Network Agent

**DHL Express**
1144 W. Washington St.
Tempe, AZ 85281
U.S.A.

Phone +1 888 853 1845 (6051)
Fax +1 480-383-7514
Carolina.ramirez2@dhl.com
www.dhl.com