

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland                    )
n, Canton of Bern                             ) SS:
assy of the United States of America )

andy Townsend, a consular officer at the Embassy of the
ed States at Bern, Switzerland, certify that this is a
copy of Embassy note number 22118 dated February 5,
which was transmitted to the Swiss Ministry of
 gn Affairs on February 6, 2013 for further
mission to the American Interests Section of the Swiss
sy in Tehran, Iran.



_____
(Signature of Consular Officer)


_____
Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


March 6, 2013
(Date)



*Embassy of the United States of America*

February 5, 2013

CONS NO.   22118

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the
Foreign Sovereign Immunities Act (FSIA) — Estate of Havlish,
et al. v. Islamic Republic of Iran, et al., Case No. 03 MDL
1570(GBD)

REF:      ----

The Department of State has requested the delivery of the
enclosed Orders of Judgments, Reports and Recommendations,
Memoranda, and Orders and Notices of Default Judgment to the
Ministry of Foreign Affairs of the Islamic Republic of Iran
pursuant to the Foreign Sovereign Immunities Act in the
matter of Havlish, et al. v. Islamic Republic of Iran, et
al., Case No. 03 MDL 1570(GBD).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  There are
eight defendants to be served in this case: the Islamic
Republic of Iran, the Iranian Ministry of Information and
Security, the Islamic Revolutionary Guard Corps, the Iranian
Ministry of Petroleum, the Iranian Ministry of Economic
Affairs and Finance, the Iranian Ministry of Commerce, the
Iranian Ministry of Defense and Armed Forces Logistics, and
the Central Bank of the Islamic Republic of Iran.  The
American Interests Section should transmit the Orders of
Judgments, Reports and Recommendations, Memoranda, and Orders
and Notices of Default Judgment to the Iranian Ministry of
Foreign Affairs under cover of eight diplomatic notes
utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed are appropriate parts of a message the Embassy
received from the Department of State as well as two sets of
documents for each defendant.

The Embassy would appreciate being informed of the date the
American Interests Section of the Swiss Embassy in Tehran
receives the documents as well as the date the Interests
Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.





## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal
of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the
United States that the foregoing is true and correct.



_Randy Townsend_
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

March 6, 2013
(Date)

, /Izerische Eidgenossenschaft
édération suisse
/ederazione Svizzera
nfederaziun svizra

20418

..aderal Department of Foreign Affairs FDFA

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 22118 dated February 05, 2013 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Lawsuit Estate of Havlish, et al. v. Islamic Republic of Iran, et al., Case No. 03 MDL 1570 (GBD).

- Note No. 1011-IE addressed to the Islamic Republic of Iran,
- Note No. 1012-IE addressed to The Iranian Ministry of Information and Security,
- Note No. 1013-IE addressed to the Islamic Revolutionary Guard Corps,
- Note No. 1014-IE addressed to the Iranian Ministry of Petroleum,
- Note No. 1015-IE addressed to the Iranian Ministry of Economic Affairs and Finance,
- Note No. 1016-IE addressed to the Iranian Ministry of Commerce,
- Note No. 1017-IE addressed to the Iranian Ministry of Defence and Armed Forces Logistics,
- Note No.  1018-IE addressed to the Central Bank of the Islamic Republic of Iran,

dated February 13, 2013 and proof of service, dated February 13, 2013, as well as the certification by the Swiss Federal Chancellery dated February 19, 2013.

The section has received the above mentioned documents on February 13, 2013. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on February 13, 2013. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

To the
Embassy of the
United States of America

Berne

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, February 19, 2013



*Enclosure mentioned*

SPECIFIC AUTHENTICATION CERTIFICATE

ederation of Switzerland                )
Canton of Bern                          ) SS:
sy of the United States of America )

tify that the annexed document is executed by the
ne signature and seal of the following named official
in an official capacity, is empowered by the laws of
erland to execute that document.

tify under penalty of perjury under the laws of the
d States that the foregoing is true and correct.

Alessandra MANOIERO
ed name of Official who executed the annexed document)

(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

March 6, 2013
(Date)

,eizerische Eidgenossenschaft
nfédération suisse
..onfederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1011-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1011-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section



Tehran – February 13, 2013



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

    This public document

2. has been signed by    Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

    Embassy of Switzerland US Interests Section Tehran

    Certified

5. at Berne            6.        the 19 February 2013

7. by  Alessandra Manoiero
    functionary of the Swiss federal Chancellery

No ............... 003320

Seal/stamp:                    10. Signature:

Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره ۱۰۱۱ –IE

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً"
توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان  هاتویش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده
شماره (GBD) 03 MDL 1570 ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می
نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده
بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه
قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده این پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت،
پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی در ضد خوانده صادر
گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه
شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت
پرونده و مشتمل بر روشنی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد
می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان
نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک
مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار در این پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه
وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت
ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری
اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

deration of Switzerland          )
    Canton of Bern               )  SS:
sy of the United States of America  )


ify that the annexed document is executed by the
n  e signature and seal of the following named official
o, n an official capacity, is empowered by the laws of
it rland to execute that document.

ce ify under penalty of perjury under the laws of the
it  States that the foregoing is true and correct.

Alessandra MANOIERO
yp  name of Official who executed the annexed document)


_Rondly Townsend_
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


sul General of the United States of America
(Title of Consular Officer)


March 6, 2013
(Date)

,rische Eidgenossenschaft
.iération suisse
.iederazione Svizzera
onfederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1012-IE

    The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Information and Security is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

    Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

    In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

    The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

    The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1012-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne            6.     the 19 February 2013

7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No    003323

9. Seal/stamp:                10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره E–۱۰۱۲

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان هاولیش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره (GBD) 03 MDL 1570 ، که در دادگاه فدرال بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر روشنتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط در قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیتی مبنی بر حاکمیت بایستی خطاب به دادگاهی که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه، ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

afederation of Switzerland          )
n, Canton of Bern                   ) SS:
bassy of the United States of America )

ertify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ed States that the foregoing is true and correct.

_____
                Alessandra MANOIERO
ed name of Official who executed the annexed document)


_____
         (Signature of Consular Officer)


              Randy TOWNSEND
        (Typed name of Consular Officer)


Consul General of the United States of America
        (Title of Consular Officer)


            March 6, 2013
              (Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1013-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Islamic Revolutionary Guard Corps is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1013-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013



**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.    the 19 February 2013

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No ........................ 003322

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery



<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره ۱۰۱۳ –IE

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما"
توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان هاویش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده
شماره 03 MDL 1570 (GBD) ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می
نماید. سپاه پاسداران انقلاب اسلامی طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده
بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ابلاغ می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه
قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت،
پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی در ضد خوانده صادر
گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه
شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت
پرونده و مشتمل بر روشنی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ابقاء
می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان
نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک
مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سبیر کای در پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه
وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت
ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری
اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم؛ و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland        )
rn, Canton of Bern                )  SS:
bassy of the United States of America )

certify that the annexed document is executed by the
nuine signature and seal of the following named official
o, in an official capacity, is empowered by the laws of
itzerland to execute that document.

certify under penalty of perjury under the laws of the
ited States that the foregoing is true and correct.

Alessandra MANOIERO
yped name of Official who executed the annexed document)


(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


March 6, 2013
(Date)

_ɔizerische Eidgenossenschaft_
_ɔrédération suisse_
_ɔnfederazione Svizzera_
_Confederaziun svizra_

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1016-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Commerce is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1016-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013

---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne            6.    the 19 February 2013

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery
   No. 003316

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE-۱۰۱۶

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان  هالویش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر، تحت پرونده شماره (GBD) 03 MDL 1570 ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می نماید. وزارت بازرگانی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخهای دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمونه مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland          )
rn, Canton of Bern                  ) SS:
bassy of the United States of America )


rtify that the annexed document is executed by the
ine signature and seal of the following named official
in an official capacity, is empowered by the laws of
witzerland to execute that document.

rtify under penalty of perjury under the laws of the
ited States that the foregoing is true and correct.


Alessandra MANOIERO
(Typed name of Official who executed the annexed document)



*Randy Townsend*
(Signature of Consular Officer)



Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)



March 6, 2013
(Date)

.izerische Eidgenossenschaft
.fédération suisse
onfederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1015-IE

    The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Economic Affairs and Finance is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

    Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

    In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

    The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

    The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1015-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                    6.     the 19 February 2013

7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No ....003318

Seal/stamp:                         10. Signature:

Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس

شماره IE –۱۰۱۵

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما"
توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان "هالویش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده
شماره (GBD) 03 MDL 1570 ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد، جلب می
نماید. وزارت امور اقتصادی و دارائی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات
متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ابفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۲)
مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت،
پاسخی به شکایت یا دیگر پاسخهای دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر
گردد بدون آنکه خوانده فرصت ارائه شواهد و دفائیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه
شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت
پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ابفاد
می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله بعنوان
نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشروط با یک
مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه
وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت
ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری
اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Berne Canton of Bern                ) SS:
Embassy of the United States of America )


I certify that the annexed document is executed by the
genuine signature and seal of the following named official
who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

I certify under penalty of perjury under the laws of the
United States that the foregoing is true and correct.


_____
            Alessandra MANOIERO
(Typed name of Official who executed the annexed document)



_____
(Signature of Consular Officer)



_____
           Randy TOWNSEND
(Typed name of Consular Officer)


_____
Consul General of the United States of America
    (Title of Consular Officer)



_____
        March 6, 2013
            (Date)

.erische Eidgenossenschaft
.dération suisse
.ederazione Svizzera
,nfederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1014-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Petroleum is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1014-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                    6.   the 19 February 2013

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No         003321

9. Seal/stamp:                              10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمهٔ غیر رسمی

سفارت سوئیس

شماره ۱۰۱۴ –IE

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان  هاولیش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره 03 MDL 1570 (GBD) ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می نماید. وزارت نفت ایران طرف خوانده در این پرونده می باشد. سفارت، بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه خواسته و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشروط با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در خبر این پرونده سیر کار پرونده بدون آنکه فرصت ارائه خواسته و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مختنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

~~~deration of Switzerland            )
~~~ Canton of Bern                   ) SS:
~~~sy of the United States of America )


~~~c~~~tify that the annexed document is executed by the
~~~en~~~ ~~~he signature and seal of the following named official
~~~no~~~ ~~~n an official capacity, is empowered by the laws of
~~~wi~~~erland to execute that document.

~~~c~~~tify under penalty of perjury under the laws of the
~~~hit~~~ States that the foregoing is true and correct.


_____Alessandra MANOIERO_____
~~~Ty~~~ ~~~l name of Official who executed the annexed document)


_____Randy Townsend_____
(Signature of Consular Officer)


_____Randy TOWNSEND_____
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


_____March 6, 2013_____
(Date)

...Confederaziun svizra
...ration suisse
...rederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1018-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Central Bank of the Islamic Republic of Iran is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1018-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country:  SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                    6.    the 19 February 2013

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

   No ................. 003319

   Seal/stamp:                   10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE–۱۰۱۸

"سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً توجه آن وزارت محترم را به دعوای حقوقی تحت عنوان هاوویش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده شماره 03 MDL 1570 (GBD) ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک، مفتوح میباشد جلب می نماید. بانک مرکزی جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۲) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه شده، با این دید که اقدامات لازم در جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت، علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمونه مصونیتی مبنی بر حاکمیت بایستی خطاب به دادگاهی مطرح گردد که موضوع در آن مفتوح می باشد و از این رو مشورت یا یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت شاید پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)



پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

...deration of Switzerland )
... Canton of Bern ) SS:
...sy of the United States of America )

...ify that the annexed document is executed by the
... signature and seal of the following named official
... an official capacity, is empowered by the laws of
... rland to execute that document.

...ify under penalty of perjury under the laws of the
... States that the foregoing is true and correct.

Alessandra MANOIERO
...yp name of Official who executed the annexed document)

*Randy Townsend*
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

...onsul General of the United States of America
(Title of Consular Officer)

March 6, 2013
(Date)

weizerische Eidgenossenschaft
.onféderation suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1017-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish et al. v. Islamic Republic of Iran, et al., Case Number 03 MDL 1570 (GBD), which is pending in the U.S. Federal District Court for the Southern District of New York. The Iranian Ministry of Defense and Armed Forces Logistics is a defendant in this case. The Embassy transmits Orders of Judgments, a Report and Recommendation, and a Memorandum and Order herewith. The U.S. Federal District Court has requested the transmittal of this document. The note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days of the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Memorandum Opinion and Order and Judgment, the Embassy is enclosing a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Orders and Judgments, a Report and Recommendation, Memorandum and Order, Notice of Default Judgment
2. Translations



Tehran, 13 February 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran



I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1017-IE dated February 13, 2013 and delivered to the Iranian Ministry of Foreign Affairs on February 13, 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – February 13, 2013

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Edith Salamanca

3. acting in the capacity of Deputy Head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne              6.        the 19 February 2013

7. by Alessandra Manoiero
   functionary of the Swiss federal Chancellery

   No .................. 003317

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره IE–۱۰۱۷

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما"
توجه آن وزارت محترم را به دعوی حقوقی تحت عنوان  هاولیش و دیگران علیه جمهوری اسلامی ایران و افراد دیگر تحت پرونده
شماره (GBD) 1570 MDL 03 ، که در دادگاه بخش فدرال ایالات متحده آمریکا برای منطقه جنوبی نیویورک مفتوح میباشد جلب می
نماید. وزارت دفاع و پشتیبانی نیروهای مسلح ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه فدرال ناحیه ای
ایالات متحده بدینوسیله رای دادرسی، گزارش و پیشنهاد، و صدور حکم را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۴۰۸ بند
(الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قابل اجرا! ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت،
پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در صورت انجام نیافتن این کار، ممکن است حکمی بر ضد خوانده صادر
گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که شکایت ضمیمه
شده، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور برداشته شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر صورتجلسه دادگاه و رای و حکم دادگاه ، اعلامیه صدور حکم غیابی تهیه شده توسط شاکی دائر بر خلاصه ماهیت
پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد
می دارد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده هر گونه دفاع مربوط در قلمرو قضائی و یا دفاع دیگری از جمله عنوان
نمونه مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک
مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه
وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد. دولت
ایالات متحده آمریکا از این پرونده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری
اسلامی ایران تجدید می نماید.

تهران، بتاریخ ۲۵ بهمن ماه ۱۳۹۱ (۱۳ فوریه ۲۰۱۳)

پیوست: ۱- رای دادرسی، گزارش و پیشنهاد، صدور حکم، و اعلامیه صدور حکم غیابی
۲- ترجمه ها



وزارت امور خارجه
جمهوری اسلامی ایران
تهران