UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/2013

HAVLISH, ET AL.

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 1:03-CV-09848 (FM)

-v-

BIN LADEN, ET, AL.,

Defendant(s)

I hereby certify under the penalties of perjury that on 25 day of APRIL, 20 13, I served: SECRETARY OF STATE, ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY REVIEW AND INTER-AGENCY LIAISON(CA/OCS/PRI) SA-29 4TH FLOOR 2201 C STREET NW WASHINGTON, DC 20520

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the SEE ATTACHED LIST FOR DOCUMENTS SERVED

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
APRIL 25, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: CHRIS AIELLO
DEPUTY CLERK OF COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### OFFICE OF THE CLERK
### 500 PEARL STREET
### NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

APRIL 25, 2013

Edward A. Bentacourt
Director of Special Consular Services
United States Department of State
Office of Citizens Consular Services
2100 Pennsylvania Avenue, NW 4th Fl
Washington, DC 20520

Re:   HAVLISH, ET AL. V. BIN LADEN, ET AL.,
      1:03-CV-09848 (GBD) (FM)

Dear Sir:

    Enclosed please find a copy of a letter received from the Law Firm of Mellon & Webster, as well as attached list of documents to be served. Also enclosed is a money order in the amount of $2,275.00. Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Secretary of State
Attn: Director of Consular Services
Office of policy Review and Inter-Agency Liaison
(CA/OCS/PRI) U.S. Dept of State
SA - 29 4th Floor
2201 C  Street NW
Washington, DC 20520

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

The documents to be served on these eight (8) Defendants are as follows:

(1) Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York;

(2) A Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(3) Order of Judgment entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03-md-01570-GBD-FM, Document 2516);

(4) Report and Recommendation to the Honorable George B. Daniels issued by U.S. Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03-cv-09848-GBD, Document 314);

(5) Memorandum and Order entered by the Honorable George B. Daniels on October 3, 2012 (Case No. 1:03-cv-09848-GBD, Document 316); and,

(6) Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012, and docketed on October 16, 2012 (Case No. 1:03-cv-09848-GBD, Document 317).

We provide two copies of each document, in both English and Farsi, for each of the eight (8) Defendants. We have also provided an Affidavit of Translator for each Defendant, in accordance with Page 12 of the Court's Foreign Mailing Instructions, and which comports with the requirements with NY CVP. LAW § 2101(b). Note that one set of documents for each Defendant includes a Letters Rogatory with the original signature of U.S. Magistrate Judge Frank Maas and an Affidavit of Translator with an original signature.

We also enclose eight (8) cashier's checks in the amount of $2,275 made payable to "U.S. Embassy Bern" for each of the eight (8) Defendants to be served.

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8000 4543 6812

**1 From** Please print and press hard.

Date: 
Sender's FedEx Account Number: 1200-7354-0

Sender's Name: Ruby J. Krajick, Clerk of Court
Phone: 
Company: USDC SDNY
Address: Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
City: New York State: NY ZIP: 10007

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison
Company: (CA/OCS/PRI) US Dept of State
Address: SA-29 4th Floor
Address: 2201 C Street NW
City: Washington State: DC ZIP: 20520

**4 Express Package Service**
**5 Packaging**
**6 Special Handling and Delivery Signature Options**
**7 Payment** Bill to:

612