

United States Department of State

*Washington, D.C. 20520*

July 8, 2013

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Havlish, et al., v. Bin Laden, 03 MDL 1570 (GDB)**

Dear Ms. Krajick:

I am writing regarding the Court's request to transmit requests for international judicial assistance to the Islamic Republic of Iran. These requests seek service of Orders and Judgments and Notices of Default Judgment pursuant to 28 U.S.C. 1608(b)(3)(A) in the above referenced lawsuit. The Court has requested service upon the following 8 defendants in this matter:

1. Ayatollah Ali Khamenei Supreme Leader of Iran
2. Akbar Hashemi Rafsanjani Chairman, Expediency Discernment Council
3. Hezbollah, an unincorporated association
4. National Iranian Tanker Corporation
5. National Iranian Oil Corporation
6. National Iranian Gas Corporation
7. Iran Airlines
8. National Iranian Petrochemical Company

These requests were transmitted by the U.S. Interests Section of the Embassy of Switzerland in Tehran to the Iranian Ministry of Foreign Affairs under diplomatic notes, numbers 1051-IE, 1052-IE, 1053-IE, 1054-IE, 1055-IE, 1056-IE, 1057-IE and 1058-IE, each dated and delivered on May 22, 2013. The requests were not accepted by the Iranian Ministry of Foreign Affairs. We are therefore returning them unexecuted.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:    Thomas E. Mellon, Jr.
       Mellon & Webster
       87 North Broad Street
       Doylestown, PA 18901

SPECIFIC AUTHENTICATION CERTIFICATE



ederation of Switzerland        )
, Canton of Bern                ) SS:
ssy of the United States of America )


tify that the annexed document bears the genuine seal
e Swiss Federal Department of Foreign Affairs.

tify under penalty of perjury·under the laws of the
d States that the foregoing is true and correct.


_____
(Signature of Consular Officer)


            _____
            Randy TOWNSEND
      (Typed name of Consular Officer)


Consul General of the United States of America
      (Title of Consular Officer)


            June 26, 2013
            (Date)

he Eidgenossenschaft
tion suisse
razione Svizzera
derazium svizra

deral Department of Foreign Affairs FDFA

20695

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note, No. 22326 dated May 14, 2013 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

- Judicial Assistance: Lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case No. 03 CIV. 9848. (GBD) (FM).
- Note No. 1051-IE addressed to Ayatollah Ali Hoseini Khamenei
- Note No. 1052-IE addressed to Ali Akbar Hashemi Rafsanjani
- Note No. 1053-IE addressed to National Iranian Tanker Corporation
- Note No. 1054-IE addressed to National Iranian Oil Corporation
- Note No. 1055-IE addressed to National Iranian Gas Corporation
- Note No. 1056-IE addressed to National Iranian Petrochemical Corporation
- Note No. 1057-IE addressed to Iran Airlines
- Note No.1058-IE addressed to Hezbollah,

dated, May 22, 2013 and proof of service, dated May 22, 2013, as well as the certification by the Swiss Federal Chancellery dated June 05, 2013.

The section has received the above mentioned documents on May 21, 2013. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on May 22, 2013. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

To the
Embassy of the
United States of America

Berne

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, June 5, 2013



_Enclosure mentioned_

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland          )
rn, Canton of Bern                  ) SS:
bassy of the United States of America )



Randy Townsend, a consular officer at the Embassy of the
ted States at Bern, Switzerland, certify that this is a
 copy of Embassy note number 22326 dated May 14, 2013,
h was transmitted to the Swiss Ministry of Foreign
irs on May 15, 2013 for further transmission to the
ican Interests Section of the Swiss Embassy in Tehran,
.

_Ronsly Townsend_
(Signature of Consular Officer)

Randy TOWNSEND
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

June 26, 2013
(Date)

*Embassy of the United States of America*

May 14, 2013

CONS NO.    22326

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern


Subject: JUDICIAL ASSISTANCE: Transmission of letters
rogatory pursuant to the service provisions of the Foreign
Sovereign Immunities Act (FSIA)`- Havlish, et al. v. Islamic
Republic of Iran, et al., Case No. 03 CIV.9848 (GBD)(FM)


REF:    Your Note No. 20418 and previous


The Department of State has requested the delivery of the
enclosed letters rogatory to the Ministry of Foreign Affairs
of the Islamic Republic of Iran under the terms of the FSIA,
28 U.S.C. 1608(b)(3) in the matter of Havlish, et al. v.
Islamic Republic of Iran, et al., Case No. 03 CIV.9848
(GBD)(FM).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
letters rogatory request service of process upon eight
defendants in the case: Ayatollah Ali Hoseini Khamenei,
Supreme Leader of Iran; Ali Akbar Hashemi Rafsanjani,
Chairman, Expediency Discernment Counsel and former President
of Iran; the National Iranian Tanker Corporation; the
National Iranian Oil Corporation; the National Iranian Gas
Corporation; the National Iranian Petrochemical Company; Iran
Airlines; and Hezbollah.  Unlike service of process upon
foreign states and political subdivisions directly via
diplomatic channels pursuant to 28 U.S.C. 1608(a)(4),
transmission of letters rogatory does not constitute direct
service under the FSIA and execution of letters rogatory
requires the assistance of the appropriate authorities in the
state of destination.  The American Interests Section should
transmit the letters rogatory to the Iranian Ministry of
Foreign Affairs for each defendant under cover of a separate
diplomatic note utilizing the language provided in the
enclosed instruction.

transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a message the Embassy
received from the Department of State as well as eight sets
of documents for Ayatollah Ali Hoseini Khamenei, Supreme
Leader of Iran; Ali Akbar Hashemi Rafsanjani, Chairman,
Expediency Discernment Counsel and former President of Iran;
the National Iranian Tanker Corporation; the National Iranian
Oil Corporation; the National Iranian Gas Corporation; the
National Iranian Petrochemical Company; Iran Airlines; and
Hezbollaht.

The Embassy would appreciate being informed of the date the
American Interests Section of the Swiss Embassy in Tehran
receives the documents as well as the date the Interests
Section forwards the documents to the Iranian authorities.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the
genuine signature and seal of the following named official
who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

I certify under penalty of perjury under the laws of the
United States that the foregoing is true and correct.


Fabio LEUENBERGER
(Typed name of Official who executed the annexed document)


*Randy Townsend*
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


June 26, 2013
(Date)

ne Eidgenossenschaft
ation suisse
erazione Svizzera
ederaziun svizra

mbassy of Switzerland in Iran
Foreign Interests Section

No. 1051-IE

      The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

      The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran.  The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

      The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1051-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013



| APOSTILLE |
| --- |
| **(Convention de la Haye du 5 octobre 1961)** |

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     E d i t h   S a l a m a n c a

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   E m b a s s y  o f  S w i t z e r l a n d  U S  I n t e r e s t s  S e c t i o n  T e h r a n

   **Certified**

5. at Berne              6.     the 0 5  J u n e  2 0 1 3

7. by F a b i o  L e u e n b e r g e r
   functionary of the Swiss federal Chancellery

8. No  0 1 0 5 8 7

9. Seal/stamp:                    10.  Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE– ۱۰۵۱

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی مدنی شماره 03 CIV. 9848 (GBD) (FM) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.  بدینوسیله سفارت بنا به درخواست دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترم" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن  کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ  یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland            )
rn, Canton of Bern                    ) SS:
bassy of the United States of America )


I ertify that the annexed document is executed by the
g uine signature and seal of the following named official
w , in an official capacity, is empowered by the laws of
S tzerland to execute that document.

I ertify under penalty of perjury under the laws of the
U ed States that the foregoing is true and correct.


            Fabio LEUENBERGER
( ped name of Official who executed the annexed document)



            *Randy Townsend* (signature)
      (Signature of Consular Officer)



            Randy TOWNSEND
      (Typed name of Consular Officer)


Consul General of the United States of America
         (Title of Consular Officer)



      June 26, 2013
         (Date)

...sche Eidgenossenschaft
...ration suisse
...ederazione Svizzera
...nfederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1052-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1052-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country:  SWISS CONFEDERATION

   This public document :

2. has been signed by     E d i t h   S a l a m a n c a

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   E m b a s s y   o f   S w i t z e r l a n d   U S   I n t e r e s t s   S e c t i o n   T e h r a n

   Certified

5. at Berne                          6.     the 0 5   J u n e   2 0 1 3

7. by F a b i o   L e u e n b e r g e r
   functionary of the Swiss federal Chancellery

8. No ..... 0 1 0 5 8 6 .....

9. Seal/stamp:                               10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره IE–۱۰۵۲

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً توجه آن وزارت محترم را به دعوای مدنی شماره 9848 .CIV 03 (FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.   بدینوسیله سفارت بنا به درخواست دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترماً" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ  یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland            )
rn, Canton of Bern                    ) SS:
bassy of the United States of America )


ertify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ted States that the foregoing is true and correct.


Fabio LEUENBERGER
ped name of Official who executed the annexed document)


*Randy Townsend*
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


June 26, 2013
(Date)

Schaft

Schweizera
Svizzra
Embassy of Switzerland in Iran
Foreign Interests Section

No. 1053-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1053-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013



| APOSTILLE | |
|---|---|
| (Convention de la Haye du 5 octobre 1961) | |

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by  Edith Salamanca

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                    6.    the 05 June 2013

7. by Fabio Leuenberger
   functionary of the Swiss federal Chancellery

8. No  010585

9. Seal/stamp:                  10.  Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس

شماره ‪IE‬– ۱۰۵۳

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی مدنی شماره ‪03 CIV. 9848 (FM) (GBD)‬ تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.  بدینوسیله سفارت بنا به درخواست دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترما" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن  کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ  یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

federation of Switzerland        )
n, Canton of Bern                ) SS:
assy of the United States of America )


rtify that the annexed document is executed by the
ine signature and seal of the following named official
h   in an official capacity, is empowered by the laws of
w zerland to execute that document.

rtify under penalty of perjury under the laws of the
n  ed States that the foregoing is true and correct.


Fabio LEUENBERGER
(T  ed name of Official who executed the annexed document)


*Randy Townsend*
(Signature of Consular Officer)


Randy TOWNSEND
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


June 26, 2013
(Date)

Eidgenossenschaft
on suisse
azione Svizzera
erazium svizra

Embassy of Switzerland in Iran
Foreign Interests Section

No. 1054-IE

     The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

     The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

     The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1054-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country:  SWISS CONFEDERATION

   This public document

2. has been signed by     E d i t h   S a l a m a n c a

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   E m b a s s y   o f   S w i t z e r l a n d   U S   I n t e r e s t s   S e c t i o n   T e h r a n

   Certified

5. at Berne          6.        the  0 5   J u n e   2 0 1 3

7. by  F a b i o   L e u e n b e r g e r
   functionary of the Swiss federal Chancellery

8. No  0 1 0 5 8 4

9. Seal/stamp:                    10.  Signature:

   Swiss federal Chancellery



<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره –IE ۱۰۵۴

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی مدنی شماره 03 CIV. 9848 (FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید. بدینوسیله سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)

</div>



<div dir="rtl">

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )


I certify that the annexed document is executed by the
genuine signature and seal of the following named official
who, in an official capacity, is empowered by the laws of
Switzerland to execute that document.

I certify under penalty of perjury under the laws of the
United States that the foregoing is true and correct.


                    Fabio LEUENBERGER
(Typed name of Official who executed the annexed document)




(Signature of Consular Officer)


                    Randy TOWNSEND
            (Typed name of Consular Officer)


Consul General of the United States of America
            (Title of Consular Officer)


                June 26, 2013
                    (Date)

che Eidgenossenschaft
ation suisse
derazione Svizzera
federaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1055-IE

       The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

       The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran.  The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

       The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 22 May 2013



Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1055-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    E d i t h   S a l a m a n c a

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   E m b a s s y   o f   S w i t z e r l a n d   U S   I n t e r e s t s   S e c t i o n   T e h r a n

   **Certified**

5. at Berne            6.     the 0 5   J u n e   2 0 1 3

7. by   F a b i o   L e u e n b e r g e r
   functionary of the Swiss federal Chancellery

8. No      0 1 0 5 8 3

9. Seal/stamp:                    10.  Signature:

   Swiss federal Chancellery



ترجمه غیر رسمی

سفارت سوئیس

شماره IE–۱۰۵۵

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور
خارجه جمهوری اسلامی ایران احتراماً توجه آن وزارت محترم را به دعوی مدنی شماره 03 CIV. 9848
(FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای
ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.  بدینوسیله سفارت بنا به درخواست
دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای
نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترما" از جمهوری اسلامی ایران تقاضا
کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن کمک مشابه به
مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت
نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن
ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را
نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ  یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

## SPECIFIC AUTHENTICATION CERTIFICATE

deration of Switzerland         )
, Canton of Bern               ) SS:
ssy of the United States of America )


tify that the annexed document is executed by the
ne signature and seal of the following named official
in an official capacity, is empowered by the laws of
erland to execute that document.

tify under penalty of perjury under the laws of the
d States that the foregoing is true and correct.


                    Fabio LEUENBERGER
d name of Official who executed the annexed document)



              _Randy Townsend_
          (Signature of Consular Officer)



              Randy TOWNSEND
          (Typed name of Consular Officer)



onsul General of the United States of America
          (Title of Consular Officer)



              June 26, 2013
                (Date)

*ische Eidgenossenschaft*
*ration suisse*
*derazione Svizzera*
*ederaziun svizra*

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1056-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.



Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1056-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013

---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Edith Salamanca

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne           6.        the 05 June 2013

7. by Fabio Leuenberger
   functionary of the Swiss federal Chancellery

8. No  010582

9. Seal/stamp:                    10.  Signature:

   Swiss federal Chancellery



<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE ـ ۱۰۵۶

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احترام" توجه آن وزارت محترم را به دعوی مدنی شماره 9848 .CIV 03 (FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.  بدینوسیله سفارت بنا به درخواست دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می نماید.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترم" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن  کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ  یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

...deration of Switzerland        )
...Canton of Bern                )  SS:
...y of the United States of America )


...ify that the annexed document is executed by the
... e signature and seal of the following named official
... n an official capacity, is empowered by the laws of
... rland to execute that document.

...ify under penalty of perjury under the laws of the
... States that the foregoing is true and correct.


                    Fabio LEUENBERGER
... name of Official who executed the annexed document)


                    _Randy Townsend_
            (Signature of Consular Officer)


                    Randy TOWNSEND
            (Typed name of Consular Officer)


Consul General of the United States of America
            (Title of Consular Officer)


                    June 26, 2013
                        (Date)



No. 1057-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran.  The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1057-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.



Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013



---

**APOSTILLE**

**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   **This public document**

2. has been signed by    E d i t h   S a l a m a n c a

3. acting in the capacity of deputy head

4. bears the seal/stamp of

   **E m b a s s y   o f   S w i t z e r l a n d   U S   I n t e r e s t s   S e c t i o n   T e h r a n**

   **Certified**

5. at Berne                    6.        the 0 5   J u n e   2 0 1 3

7. by F a b i o   L e u e n b e r g e r
   **functionary of the Swiss federal Chancellery**

8. No .........0 1 0 5 8 1.....................

9. Seal/stamp:                          10.  Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره ۱۰۵۷ –IE

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی مدنی شماره 9848 .CIV 03 (FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید.  بدینوسیله سفارت بنا به درخواست دادگاه  منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می نماید.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترما" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن  کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland        )
n, Canton of Bern                 ) SS:
assy of the United States of America )


I   rtify that the annexed document is executed by the
ge  ine signature and seal of the following named official
wh   in an official capacity, is empowered by the laws of
Sw  zerland to execute that document.

I   rtify under penalty of perjury under the laws of the
Un  ed States that the foregoing is true and correct.


Fabio LEUENBERGER
(T   d name of Official who executed the annexed document)



*Randy Townsend*
(Signature of Consular Officer)



Randy TOWNSEND
(Typed name of Consular Officer)


onsul General of the United States of America
(Title of Consular Officer)



June 26, 2013
(Date)

che Eidgenossenschaft
ation suisse
derazione Svizzera
nfederaziun svizra

Embassy of Switzerland in Iran
Foreign Interests Section

No. 1058-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Havlish, et al. v. Islamic Republic of Iran, et al., Case Number 03 CIV. 9848 (GBD) (FM), which is pending in the United States District Court for the Southern District of New York. The Embassy transmits a Request for International Judicial Assistance (Letters Rogatory) for the Service of Judicial Documents in a Civil Matter by the United States District Court for the Southern District of New York.

The U.S. District Court for the Southern District of New York has requested the assistance of the Islamic Republic of Iran in the interests of comity and has expressed its willingness to provide similar assistance to the judicial authorities of the Islamic Republic of Iran.  The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically, the date it is assigned to the appropriate judicial authority and the date service it is executed.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 22 May 2013

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I, Edith Salamanca, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1058-IE dated 22 May 2013 and delivered to the Iranian Ministry of Foreign Affairs on 22 May 2013.

Edith Salamanca
Deputy Head of Foreign Interests Section

Tehran – 23 May 2013



## APOSTILLE
### (Convention de la Haye du 5 octobre 1961)

1. Country:  SWISS CONFEDERATION

    This public document

2. has been signed by    Edith Salamanca

3. acting in the capacity of deputy head

4. bears the seal/stamp of

    Embassy of Switzerland US Interests Section Tehran

    Certified

5. at Berne            6.       the 05 June 2013

7. by Fabio Leuenberger
    functionary of the Swiss federal Chancellery

8. No   010580

9. Seal/stamp:               10. Signature:

    Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس

شماره IE– ۱۰۵۸

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی مدنی شماره 03 CIV. 9848 (FM) (GBD) تحت عنوان هاولیش و دیگران، علیه جمهوری اسلامی ایران و دیگران، که در دادگاه منطقه ای ایالات متحده آمریکا منطقه جنوبی نیویورک مفتوح میباشد، جلب می نماید. بدینوسیله سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک، تقاضای کمک قضائی بین المللی (نامه مشعر بر تقاضای نیابت قضائی) برای ابلاغ مدارک حقوقی در یک دعوی مدنی را ایفاد می دارد.

دادگاه منطقه ای ایالات متحده منطقه جنوبی نیویورک محترما" از جمهوری اسلامی ایران تقاضا کرده است که تا با رعایت اصل نزاکت قضائی، مساعدت نماید و تمایل خود را برای فراهم نمودن کمک مشابه به مقامات قضائی جمهوری اسلامی ایران ابراز داشته است. مورد امتنان خواهد بود چنانچه سفارت از روند پیشرفت نامه مشعر بر تقاضای نیابت قضائی، به ویژه تاریخ محول شدن آن به مقام قضائی مقتضی و تاریخ به جا آوردن ابلاغ، اطلاع یابد.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ یکم خرداد ماه ۱۳۹۲ (۲۲ مه ۲۰۱۳)



وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>