TODAY'S PAPER | NEWSLETTERS | CLASSIFIEDS + | ARCHIVES | SUBSCRIBE




Like | Follow | +1

| News ▾ | Page Six ▾ | Sports ▾ | Entertainment ▾ |
|---|---|---|---|
| **Sic her, boy!** |  **Trial breakthrough** The personal computer of Michael Jackson's late manager, Frank... |  **Meltdown** This is the part of the Yankee Stadium experience that truly is... |  **Gypsy rose** Explore your style with these eclectic, free-spirited fashions. ... |
| 'Blame Nigella' | | | |
| Inside 'Papa' Moammar's hell harem | Gossip · Celeb Photos · Cindy Adams | Teams + · Scores + · Columnists | TV · Movies · Fashion · Travel |

Home · News · Local + · Business · Opinion · Columnists + · Politics · Metro · US News · World News · Real Estate + · Weird But True · Crime · Lottery

**Story**

# Iran rejects NY judge's ruling on Sept. 11 attacks

**From ASSOCIATED PRESS**
Last Updated: 12:16 PM, December 25, 2011
Posted: 12:12 PM, December 25, 2011

TEHRAN, Iran — Iran has rejected a New York judge's finding that Tehran is liable in the Sept. 11 attacks along with the Taliban and al-Qaida.

According to state TV, Iran's Foreign Ministry spokesman referred to last week's judgment as "clumsy scenario-making" by the U.S.

The spokesman, Ramin Mehmanparast, repeated Iran's insistence that al-Qaida has no presence in the country.

On Thursday, Judge George Daniels in Manhattan signed a default judgment finding Iran, the Taliban and al-Qaida liable in the 2001 attacks. The ruling came in a $100 billion lawsuit brought by family members of victims.

The findings also said Iran provides al-Qaida members a safe haven.

Iran's President Mahmoud Ahmadinejad has repeatedly denied any Iranian connection to the Sept. 11 attacks or to al-Qaida.

Like · 1 · Tweet · 0 · Share · EMAIL · PRINT



**Get New York Post Emails & Alerts**

*By clicking 'SIGN-UP' you agree to our Terms of Use & Privacy Policy*

 Photos ·  Videos ·  Blogs

**We recommend**

- Bar Refaeli bares it in the backseat *(Page Six)*
- Road-rage chase through Brooklyn ends in crash into building, driver beaten *(Local News)*
- Plunging topless *(Page Six)*
- CBS anchor snubs sex scoop *(Page Six)*
- Jennifer Aniston, Justin Theroux 'wedding on hold' *(Page Six)*
- Son's grisly find: Mother and her beau dead in UWS 'murder-suicide' *(Local News)*

**From around the web**

- Is Brooklyn Decker the Most Attractive Swimsuit Model in the World? *(StyleBistro)*
- Plastic Surgery Disasters: Lil Kim, Meg Ryan & More *(Hollyscoop)*
- Down Low, Down Low: Celebrities Who Were Caught Out Of The Closet *(MadameNoire)*
- Mrs. Obama Discovers Family of White Ancestors *(Ancestry.com)*
- Vanessa Williams DNA Test Showed Genes From Across the World *(Ancestry.com)*
- Popular Baby Names from 100 Years Ago *(Fit Pregnancy)*

Recommended by

**Post Pics** — *More Post Pics »*







**Post Video**

 Asiana Crash: New Footage 



News : Gossip : Sports : Weird : Entertainment



TODAY'S PAPER    NEWSLETTERS    CLASSI



### Explore NYPost.com

**News:** Business, Opinion, Columnists, Local News

**Page Six:** Celeb Photos, Cindy Adams, Magazine

**Sports:** Columnists, Scores

**Entertainment:** TV, Movies, Music

**Multimedia:** Photos, Video

### Customer Care

Contact Us
FAQ
Today's Paper
Archives
Covers
Reprints
Sitemap

### Subscribe

Home Delivery
Email Newsletters
iPad
iPhone
Android
Kindle
Nook
E-Edition
RSS

### Advertising/Partners

Media Kit
Coupons
Contests/Sweepstakes

NEW YORK POST is a registered trademark of NYP Holdings, Inc.

NYPOST.COM, NYPOSTONLINE.COM, and NEWYORKPOST.COM are trademarks of NYP Holdings, Inc.

© Copyright 2013 NYP Holdings, Inc. All rights reserved. PRIVACY | TERMS OF USE | AD CHOICES

