**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
                                     :
In re Terrorist Attacks on September 11, 2001   :       ORDER
                                     :
                                     :       03 MDL 1570 (GBD)(FM)
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 12 2013

GEORGE B. DANIELS, District Judge:

The conference initially scheduled for Tuesday, July 16, 2013, at 11 a.m. is adjourned until Thursday, January 16, 2014, at 9:30 a.m.

Dated: July 11, 2013
       New York, New York

SO ORDERED:

*George B Daniels*

GEORGE B. DANIELS
United States District Judge