# BERNABEI & WACHTEL, PLLC     MEMO ENDORSED

ATTORNEYS AT LAW

1775 T STREET, N.W.
WASHINGTON, D.C. 20009

LYNNE BERNABEI              202.745.1942               PETER M. WHELAN
DAVID WACHTEL               FAX: 202.745.2627          LAUREN R. S. MENDONSA
ALAN R. KABAT               WWW.BERNABEIPLLC.COM       NADIA E. SAID ■
                                                      MATTHEW E. RADLER ▲
                                                      ■ ADMITTED IN IL ONLY
                                                      ▲ ADMITTED IN VA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2013

By Telecopier
July 12, 2013

JUL 15 2013

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently before this Court ("Defendants"), respectfully submit their proposals for scheduling the next discovery conference. Counsel are available on the following dates:

   Monday, August 5, 2013; and
   Tuesday, August 6, 2013.

We respectfully request a starting time at mid-day, to facilitate same-day travel by out-of-town counsel.

---

*Handwritten endorsement:* The discovery conference will be held 8/5 at noon, although I am not sure what issues, if any, will be ripe since we held a conference on 6/28. /s/ Maas, USMJ, 7/15/13

Sincerely,

*[signature: Alan R. Kabot]*

Alan R. Kabat
*Defendants' Executive Committee*

*[signature: RT Haefele / AK]*

Robert T. Haefele
*Plaintiffs' Executive Committee*

cc: Judge George B. Daniels
    MDL-1570 counsel