UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re Terrorist Attacks on September 11, 2001   :   ORDER
                                    :
                                    :   03 MDL 1570 (GBD)(FM)
                                    :
------------------------------------X

GEORGE B. DANIELS, District Judge:

The briefing schedule for the filing of any motions to dismiss asserting sovereign immunity defenses, including any renewed motion to dismiss on common-law sovereign immunity grounds by Defendant Dr. Al-Swailem, shall be as follows:

    Motion to Dismiss:    Thursday, September 5, 2013

    Opposition:    Monday, October 7, 2013

    Reply:    Tuesday, October 22, 2013

Dated: July 15, 2013
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge