```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 29, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hoglan et al.

                              Plaintiff(s)

## CERTIFICATE OF MAILING

Case No.: 03MD1570 (gbd)

-v-

Islamic Republic of Iran et. al

                              Defendant(s)

I hereby certify under the penalties of perjury that on 29 day of July, 20 13, I served: Ministry of Petroleum c/o Ali Akbar Salehi  Minister of Foreign Affairs of the Islamic Republic of Iran  Imam Khomeini Street  Tehran, Iran

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the Second Amended Complaint, Summons, Notice of Suit Pursuant to 22 CFR § 93.2; and Copy of the Foreign Sovereign Immunities Act.

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
July 29, 2013

                                            RUBY J. KRAJICK
                                            CLERK OF COURT

                                            Print Name: CHRIS AIELLO
                                            DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 29, 2013

Ministry of Petroleum
c/o H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs
of the Islamic Republic of Iran
Imam Khomeini Street
Tehran, Iran

Re:   Hoglan et. al. v. Islamic Republic of Iran et. al.,
      03MD1570 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 CFR § 93.2;
Copy of the Foreign Sovereign Immunities Act

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



| EXPRESS WORLDWIDE<br>DHL Online | DOX | DHL EXPRESS |
|---|---|---|

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon  Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
United States

Origin: ZYP

To: Ministry of Petroleum
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
**TEHRAN, IRAN**
Iran (Islamic Republic Of)

Contact: 00982166743149

### IR-THR-CHO

**SX**

Ref-Code: 5084
Date: 2013-07-29
Shpt Weight: **2.0 lb**
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Correspondence

WAYBILL 94  9375  3754

(2L)IR+42000064

(J)JD01 4560 3116 8022 8174

www.dhl-usa.com

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY
DHL CANNOT DELIVER TO P.O. BOXES

EXPRESS

Place Waybill Pouch or peel and stick waybill in this area.

DHL (USA), Inc.
Island Rd
FL 33324

All rights reserved.