UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

------------------------------------- X

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04-cv-05970

GEORGE B. DANIELS, District Judge:

    Plaintiffs having voluntarily dismissed Defendant Cherif Sedky with prejudice (ECF 402), the Clerk of the Court is directed to close Defendant Cherif Sedky's Motion to Dismiss for Failure to State a Claim (ECF 390).

Dated: July 29, 2013
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge