UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2013

HOGLAN ET AL.

                        Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET AL.

                        Defendant(s)

I hereby certify under the penalties of perjury that on 30 day of JULY, 20 2013, I served:
IRAN AIRLINES C/O ALI AKBAR SALEHI PH.D. MINISTRY OF FOREIGN AFFAIRS
IMAM KHOMENINI STREET TEHRAN, IRAN

☐ One copy of the _____
_____
by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the _____
 SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUNAT TO 22 CFR §93.2; AND
 A COPY OF THE FOREIGN SOVEREIGN IMMUNITIES ACT
by DHL 94 9374 7476 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
        JULY 30, 2013

                                  RUBY J. KRAJICK
                                  CLERK OF COURT

                                  Print Name: CHRIS AIELLO
                                  DEPUTY CLERK OF COURT

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 30, 2013

Iran Airlines
c/o H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs
of the Islamic Republic of Iran
Imam Khomeini Street
Tehran, Iran

Re:   <u>Hoglan et. al. v. Islamic Republic of Iran et. al.,</u>
       03MD1570 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 CFR § 93.2;
Copy of the Foreign Sovereign Immunities Act

Respectfully yours,

*[signature]*
Ruby J. Krajick
Clerk of the Court

Enc.



**DO NOT SEND CASH, CASH EQUIVALENT OR JEWELRY**
**DHL CANNOT DELIVER TO P.O. BOXES**

**EXPRESS WORLDWIDE**
DHL Online

**DOX**

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon  Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
United States

Origin: ZYP

To: Iran Airlines
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
**TEHRAN, IRAN**
Iran (Islamic Republic Of)

Contact: 00982166743149

**IR-THR-CHO**

**SX**

Ref-Code: 5084
Date: 2013-07-29
Shpt Weight: **2.0 lb**
Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Correspondence

WAYBILL 94  9374  7476

(2L)IR+42000064

(J)JD01 4560 3116 8022 7363