UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2013
```

HOGLAN ET AL.

                         Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 03MD1570 (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET AL.

                         Defendant(s)

I hereby certify under the penalties of perjury that on 30 day of JULY, 20 2013, I served:
NATIONAL IRANIAN TANKER CORP C/O ALI AKBAR SALEHI PH.D. MINISTRY OF FOREIGN AFFAIRS
IMAM KHOMENINI STREET TEHRAN, IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the _____
SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUNAT TO 22 CFR §93.2; AND
A COPY OF THE FOREIGN SOVEREIGN IMMUNITIES ACT
by DHL 94 9374 5166 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
JULY 30, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: CHRIS AIELLO
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 30, 2013

National Iranian Tanker Corporation
c/o H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs
of the Islamic Republic of Iran
Imam Khomeini Street
Tehran, Iran

Re:   Hoglan et. al. v. Islamic Republic of Iran et. al.,
      03MD1570 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 CFR § 93.2;
Copy of the Foreign Sovereign Immunities Act

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

