UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2013
```

HOGLAN ET AL.

                                      Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET AL.

                                      Defendant(s)

I hereby certify under the penalties of perjury that on __30__ day of __JULY__, 20 __2013__, I served:
__MIN. OF ECON. AFFAIRS AND FINANC C/O ALI AKBAR SALEHI PH.D.  MINISTRY OF FOREIGN AFFAIRS__
__IMAM KHOMENINI STREET  TEHRAN, IRAN__

☐ One copy of the _____

by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the _____
__SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUNAT TO 22 CFR §93.2; AND__
__A COPY OF THE FOREIGN SOVEREIGN IMMUNITIES ACT__
by __DHL 94 9375 2656_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
        JULY 30, 2013

                                                  RUBY J. KRAJICK
                                                  CLERK OF COURT

                                                  Print Name: __CHRIS AIELLO__
                                                  DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 30, 2013

Iranian Ministry Of Economic Affairs and Finance
c/o H.E. Dr. Ali Akbar Salehi
Minister of Foreign Affairs
of the Islamic Republic of Iran
Imam Khomeini Street
Tehran, Iran

Re:   Hoglan et. al. v. Islamic Republic of Iran et. al.,
      03MD1570 (GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 CFR § 93.2;
Copy of the Foreign Sovereign Immunities Act

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

