UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 7/30/2013                │
└─────────────────────────────────────┘
```

HOGLAN ET. AL.

                                    Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                          Case No.:   03MD1570     (gbd)

               -v-

ISLAMIC REPUBLIC OF IRAN ET. AL.

                                    Defendant(s)

_____

I hereby certify under the penalties of perjury that on 30th day of July_____, 20 13 , I served:
 ISLAMIC REVOLUTIONARY GUARD CORPS C/O H.E. ALI AKBAR SALEHI PH D, MINISTRY OF FOREIGN_____
 AFFAIRS,IMAM KHOMENINI STREET, TEHRAN, IRAN_____

☐  One copy of the_____
   _____

   by _____, to the individual of the
   foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  One copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUANT TO 22 §
   93.2, FOREIGN SOVEREIGN IMMUNITIES ACT, ENGLISH AND FARSI TRANSLATION, AFFIDAVIT_____

   by DHL TRACKING # 94 9374 8880_____, to the head of the ministry
   of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
   1608(a)(3).

☐  Two copies of the _____
   _____

   by _____, to the  Secretary of State,
   Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
   (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
   20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  One copy of the _____
   _____

   by _____, to the head of the agency or
   instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
   Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
        JULY 30, 2013_____

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              Print Name: JEANINEVIERA-SAN
                              DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 30, 2013

Islamic Revolutionary Guards Corp c/o
H.E. Dr. Ali Akbar
Minister of National Affairs of
The Islamic Republic of Iran
Imam Khomeini Street
Tehran, Iran

Re:   Hoglan et. al. v. Isalmic Republic of Iran et. al.,
      03 MD 1570(GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the
following documents are being served on you on behalf of the Plaintiff in the above-referenced
action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 CFR § 93.2
Foreign Sovereign Immunities
English and Farsi translations
Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

RESS PACK - SMALL



| EXPRESS WORLDWIDE | DOX | DHL EXPRESS |
|---|---|---|
| DHL Online | | |

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon  Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
**United States**

Origin: **ZYP**

To:  Islamic Revolutionary Guard Corps
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
**TEHRAN, IRAN**
Iran (Islamic Republic Of)

Contact:
00982166743149



# IR-THR-CHO

**SX**

Day        Time:

Ref-Code:  5084

Date:
2013-07-29

Shpt Weight:
**2.0 lb**

Piece:
**1/1**

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
Correspondence



WAYBILL 94  9374  8880

(2L)IR+42000064



(J)JD01 4560 3116 8022 7554



EXPRESS

SEP #10000408(407)FV