UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:
                                                        :     **ORDER**

   TERRORIST ATTACKS ON
   SEPTEMBER 11, 2001                    :     03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

     The discovery conference originally scheduled for August 5, 2013, is adjourned to **September 10, 2013, at 2 p.m.** The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

     SO ORDERED.

Dated:    New York, New York
            July 30, 2013

                                            FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (by ECF)