UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2013

HOGLAN ET. AL.

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET. AL.

Defendant(s)

I hereby certify under the penalties of perjury that on 30th day of July, 20 13, I served:
HEZBOLLAH C/O H.E. ALI AKBAR SALEHI, PH. D., MINISTRY OF FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITIES ACT, ENGLISH AND FARSI TRANSLATION, AFFIDAVIT

by DHL TRACKING # 94 9376 1480 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
JULY 30, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**RUBY J. KRAJICK**
CLERK OF CLERK

July 29, 2013

Hezbollah c/o
H.E. Ali Akbar Salehi, Ph. D.
Ministry of Foreign Affairs
Imam, Khomenini Street
Tehran, Iran

Re:   Hoglan et. al. v. Islamic Republic of Iran et. al.,
      03 MD 1570(GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 § 93.2
Foreign Sovereign Immunities
English and Farsi translations
Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.





EXPRESS WORLDWIDE — DOX

DHL Online

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
United States

Contact: 00982166743149

Origin: ZYP

To: Hezbollah
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
TEHRAN, IRAN
Iran (Islamic Republic Of)

IR-THR-CHO

Day          Time:         Piece: 1/1

Date: 2013-07-29    Shpt Weight: 2.0 lb

Ref-Code: 5084    SX

Content: Correspondence

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

WAYBILL 94 9376 1480
(2L)IR+42000064
(JJD01 4560 3116 8022 9081



EXPRESS PACK - SMALL