UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2013
```

HOGLAN ET. AL.

                              Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET. AL.

                              Defendant(s)

I hereby certify under the penalties of perjury that on 30th day of July, 20 13, I served: NATIONAL IRANIAN GAS COMPANY C/O H.E. ALI AKBAR SALEHI PH D, MINISTRY OF FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITIES ACT, ENGLISH AND FARSI TRANSLATION, AFFIDAVIT

by DHL TRACKING # 94 9374 2193, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
JULY 30, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: JEANINE VIERA-SAN
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 29, 2013

National Iranian Gas Company c/o
H.E. Ali Akbar Salehi, Ph. D.
Ministry of Foreign Affairs
Imam, Khomenini Street
Tehran, Iran

Re:    Hoglan et. al. v. Islamic Republic of Iran et. al.,
       03 MD 1570(GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 § 93.2
Foreign Sovereign Immunities
English and Farsi translations
Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

