UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK_____

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                        │
│ DATE FILED: 7/30/2013                │
└─────────────────────────────────────┘
```

HOGLAN ET. AL.

                     Plaintiff(s)

## CERTIFICATE OF MAILING

Case No.:  03MD1570____ (gbd)

        -v-

ISLAMIC REPUBLIC OF IRAN ET. AL.

                     Defendant(s)

_____

I hereby certify under the penalties of perjury that on 30th day of July_____, 20 13___, I served:
 AYATOLLAH ALI HOSENEI KHAMENEI C/O H.E. ALI AKBAR SALEHI PH D, MINISTRY OF FOREIGN
 AFFAIRS,IMAM KHOMENINI STREET, TEHRAN, IRAN

☐ One copy of the _____
_____
by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUANT TO 22 §
 93.2, FOREIGN SOVEREIGN IMMUNITIES ACT, ENGLISH AND FARSI TRANSLATION, AFFIDAVIT
by DHL TRACKING # 94 9373 4073_____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____
_____
by _____, to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____
_____
by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
      JULY 30, 2013_____

                    **RUBY J. KRAJICK**
                    **CLERK OF COURT**

                    Print Name: JEANINEVIERA-SAN___
                    DEPUTY CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

**RUBY J. KRAJICK**
**CLERK OF CLERK**

July 29, 2013

Ayatollah Ali Hosenei Khamenei  c/o
H.E. Ali Akbar Salehi, Ph. D.
Ministry of Foreign Affairs
Imam, Khomenini Street
Tehran, Iran

Re:   Hoglan et. al. v. Islamic Republic of Iran et. al.,
      03 MD 1570(GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the
following documents are being served on you on behalf of the Plaintiff in the above-referenced
action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 § 93.2
Foreign Sovereign Immunities
English and Farsi translations
Affidavit

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.



DO NOT SEND CASH, CHECK OR... DHL CANNOT DELIVER TO P.O. BOX

...use this pack for these services.

**EXPRESS WORLDWIDE**
DHL Online

**DOX**

Origin:
**ZYP**

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon  Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
**United States**

Contact:

To: Ayatollah Ali Hosenei Khamenei
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
**TEHRAN, IRAN**
**Iran (Islamic Republic Of)**

00982166743149

## IR-THR-CHO

Day        Time:

**SX**

Piece:

Ref-Code: 5084

Date:
2013-07-29

Shpt Weight:
**2.0 lb**

**1/1**

These commodities, technology or software were exported from the United States in accordance with the
Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content:
Correspondence

WAYBILL 94  9373  4073

(2L)IR+42000064

(J)JD01 4560 3116 8022 5782

Place Waybill Pouch or peel and stick waybill in an envelope...

EXPRESS

...ded by
...subject to
...Conditions
...blished at
...on and on
...not exceed
...pment/Value
...be arranged
...this shipment
...nate stop in t...
...the count...
...e Warsaw
...e be applica...
...rights reserved.