```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOGLAN ET. AL.

                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __03MD1570__ (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN ET. AL.

                Defendant(s)

I hereby certify under the penalties of perjury that on 30th day of __July__, 20 __13__, I served:
ALI AKBAR HASHEMI RAFSANJANI C/O H.E. ALI AKBAR SALEHI PH D, MINISTRY OF FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOTICE OF SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITIES ACT, ENGLISH AND FARSI TRANSLATION, AFFIDAVIT

by DHL TRACKING # 94 9373 7072 _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
JULY 30, 2013

                RUBY J. KRAJICK
                CLERK OF COURT

                Print Name: JEANINE VIERA-SAN
                DEPUTY CLERK OF COURT

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 29, 2013

Ali Akbar Hashemi Rafsanjani c/o
H.E. Ali Akbar Salehi, Ph. D.
Ministry of Foreign Affairs
Imam, Khomenini Street
Tehran, Iran

Re:   <u>Hoglan et. al. v. Islamic Republic of Iran et. al.,</u>
      03 MD 1570(GBD)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of the following documents are being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Second Amended Complaint
Summons
Notice of Suit Pursuant to 22 § 93.2
Foreign Sovereign Immunities
English and Farsi translations
Affidavit

Respectfully yours,

*/s/ Ruby J. Krajick*
Ruby J. Krajick
Clerk of the Court

Enc.



**EXPRESS WORLDWIDE**
DHL Online

DOX

From: Richard Wilson, Deputy Clerk
Thomas E. Mellon  Phone: 2153487700
500 Pearl Street U.S. Courthouse
NEW YORK NY 10007
United States

Origin:
ZYP

To: Ali Akbar Hashemi Rafsanjani
c/o H.E. Ali Akbar Salehi, Ph.D.
Ministry of Foreign Affairs
Imam Khomenini Street
**TEHRAN, IRAN**
Iran (Islamic Republic Of)

Contact:
00982166743149

**IR-THR-CHO**

**SX**

Ref-Code: 5084

Date: 2013-07-29

Shpt Weight: **2.0 lb**

Piece: 1/1

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

Content: Correspondence

WAYBILL 94  9373  7072

(2L)IR+42000064

(J)JD01 4560 3116 8022 6107