# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:03-md-01570-GBD-FM (L)
1:04-cv-01076-GBD (M)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand and thirteen.

In Re: Terrorist Attacks of September 11, 2001

**DOCKETED AS A JUDGMENT #13,1548 ON 8/9/13**

**STATEMENT OF COSTS**
Docket No. 11-3294(L)

IT IS HEREBY ORDERED that costs are taxed in the amount of $64.68 in favor of Appellee Al Rajhi Bank.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 8, 2013

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 8/08/2013