# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

OLIVER TWADDELL
Associate
Admitted in New York
U.S. Court of Appeals for Veterans Claims

JOHN ZEVITAS
Associate
Admitted in Massachusetts

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
www.martinmcmahonlaw.com

CHRISTINE M. HILGEMAN
Of Counsel
Admitted in Virginia and the District of Columbia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

**MEMO ENDORSED**

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ  8/15/13

August 15, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2013

The Honorable Frank Maas
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 740
New York, NY 10007-1312

In re: Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (GBD)(FM)
**Re: Defendants' Jurisdictional Discovery Deadline Change - Revised**

Dear Judge Maas

    Counsel for the defendants who are in personal jurisdiction discovery, and counsel for Plaintiffs, have agreed to a joint request for an one-week extension of the deadline for serving jurisdictional discovery requests, from Thursday, August 15, 2013 to Thursday, August 22, 2013, with the deadline for defendant Yassin Kadi's jurisdictional discovery requests to plaintiffs similarly extended for one week (from September 16, 2013 to September 23, 2013).

We respectfully request your Honor's endorsement of this request.

Very truly yours,

/s/ Martin F. McMahon

Martin McMahon, Esq.
Managing Partner

cc: MDL-1570 counsel of record

1