UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x

In re Terrorist Attacks on September 11, 2001

ORDER

04cv7279 (GBD)(FM)

------------------------------- X

GEORGE B. DANIELS, District Judge:

Plaintiffs having voluntarily dismissed Defendant Cherif Sedky with prejudice (03 MDL 1570, ECF 402), the Clerk of the Court is directed to close Defendant Cherif Sedky's Motion to Dismiss for Failure to State a Claim (ECF 385).

Dated: August 23, 2013
        New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge