**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

------------------------------------ x

This document relates to:

*Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al* 04cv7279

GEORGE B. DANIELS, District Judge:

Defendant Dubai Islamic Bank's ("DIB") motion for an order certifying an immediate appeal from this Court's June 17, 2010 order denying DIB's motion to dismiss pursuant to 28 U.S.C. § 1292(b) (ECF 766) is DENIED.

Dated: August 23, 2013
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge