IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) No. 03 MDL 1570 (GBD/FM)
                                            )
_____)

This document relates to:

    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
       Case No. 03-CV-6978.

## ORDER

Upon consideration of Defendant Dr. Abdul Rahman Al Swailem's Motion to Dismiss (Aug. 29, 2013) (ECF Nos. 2773-2775), plaintiffs' Opposition (Oct. 7, 2013), the Reply Brief (Oct. 22, 2013), and the entire record herein, it this _____ day of _____, 2013, hereby

**ORDERED**, that Defendant Dr. Abdul Rahman Al Swailem's Motion to Dismiss shall be, and hereby is **GRANTED**.

 

_____
Honorable George B. Daniels
United States District Judge