# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) No. 03 MDL 1570 (GBD/FM) |

This document relates to:

> FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
> Case No. 03-CV-6978.

## Declaration of Alan R. Kabat in Support of
## Defendant Dr. Abdul Rahman Al-Swailem's
## Renewed Motion to Dismiss

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Wachtel, PLLC, counsel to defendant Dr. Abdul Rahman Al-Swailem. I submit this declaration to transmit to the Court the following documents submitted in support of Defendant's Renewed Motion to Dismiss (Aug. 29, 2013):

1. Exhibit 1 is a copy of the Declaration of Abdul Rahman Al-Swailem ("Al-Swailem Decl.") (Apr. 2, 2004), originally filed with this Court in support of his prior motions to dismiss (ECF No. 96) (Apr. 9, 2004); (ECF No. 1176) (Sept. 6, 2005).

2. Exhibit 2 is a copy of the Declaration of Abdul Rahman Al-Swailem ("SRC Decl.") (Apr. 2, 2004), originally filed with this Court in support of the Saudi Red Crescent Society's prior motions to dismiss (ECF No. 99) (Apr. 9, 2004); (ECF No. 1176) (Sept. 6, 2005).

3. Exhibit 3 is a copy of the Declaration of Abdul Rahman Al-Swailem ("SJRC Dec.") (Jan. 17, 2005), originally filed with this Court in support of the Saudi Joint Relief Committee's prior motion to dismiss (ECF No. 631) (Jan. 17, 2005).

4. Exhibit 4 is a copy of the Declaration of H.E. Adel A. Al-Jubeir (Aug. 27, 2013).

5. Exhibit 5 is a copy of the Plaintiffs' First Set of Jurisdictional Requests for

Production of Documents Directed to Abdul Rahman Al-Swailem (Aug. 22, 2013).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 29, 2013.

*Alan R. Kabat*
_____
ALAN R. KABAT