**Exhibit 1**

Declaration of Abdul Rahman Al-Swailem ("Al-Swailem Decl.") (Apr. 2, 2004).

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 ) | 03 MDL No. 1570 (RCC) |
| ) | |
| ) | |
| ) | |
| Thomas E. Burnett, Sr., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 03 CV 9849 (RCC) |
| ) | |
| Al Baraka Investment and Development ) | |
| Corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ABDUL RAHMAN AL SWAILEM

I, Dr. Abdul Rahman Al Swailem, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am a defendant (D95) in the above-captioned action.  I am submitting this declaration in support of my Motion to Dismiss for (1) sovereign immunity, (2) lack of personal jurisdiction, and (3) improper service of process.

3.      I was born in 1937 in Zobeir, Saudi Arabia, and have lived in Saudi Arabia all of my life, except for when I was studying at college.  I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I am a physician.  In 1966, I earned the M.B.B.S. degree from the University of Munich (Germany).  In 1974, I earned the D.C.H. degree from Cairo University (Egypt).  In 1982, I earned the M.R.C.P. medical degree from the Royal College of Physicians, Edinburgh

(United Kingdom). In 1984, I earned the F.R.C.P. medical degree, also from the Royal College
of Physicians, Edinburgh.

  5.  I initially worked as a physician at several hospitals in Saudi Arabia, then became
the head of Pediatric Department center at Riyadh Hospital, the Kidney Transplant Center, and
Transplant Center at the Maternity and Children Hospital.

  6.  I was appointed in 1989, by the Saudi Council of Ministers, to the position of
Deputy Minister for Executive Affairs, Ministry of Health. The Saudi Council of Ministers,
which is headed by King Fahd bin Abdulaziz al Saud and his deputies, is the highest decision-
making body in the Saudi government.

  7.  As the Deputy Minister, I was in charge of all executive and technical affairs,
including issues relating to medicine, hospitals, preventive medical care, and the delivery of
health care services. I served in that position until 1998.

  8.  To hold a position at an Excellency level, I was appointed in November 1998 by
the means of Royal order issued by King Fahd bin Abdulaziz, to serve as President of the Saudi
Arabian Red Crescent Society. I continue to serve in that position.

  9.  The Kingdom of Saudi Arabia sponsors and supervises the Saudi Arabian Red
Crescent Society, and the Saudi government appoints all of its directors. The Saudi Arabian Red
Crescent Society's functions include supporting humanitarian operations in other countries, and
providing emergency medical services and related programs within Saudi Arabia. The Saudi
Arabian Red Crescent Society's operations within Saudi Arabia are funded by the Saudi
government for the purpose of operating the nationwide ambulance center network, operating the
health clinics for pilgrims during the *Hajj* pilgrimage season, teaching first aid and road safety
courses, providing road accident emergency services, and developing disaster preparedness

plans. *See* International Federation of Red Cross and Red Crescent Societies, "Partnerships in Profile 2002-2003: Saudi Arabian Red Crescent Society,"
<http://www.ifrc.org/cgi/pdf_profile.pl?saprofile.pdf>; "Directory: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/address/sa.asp> (attached hereto as Exhibits 1-2). Thus, the Saudi Red Crescent performs essential core governmental functions and is a Saudi Government instrumentality.

10.     I was elected in November 2000 during the international conference of the Red Cross and Red Crescent Movement (RCRC) as a member in the Standing Commission of the Red Cross and Red Crescent as part of the RCRC Movement. The Standing Commission's functions included arranging the International Conference and the meetings of the Council of Delegates. The Standing Commission is comprised of National Society members, including the Saudi Arabian Red Crescent Society.

11.     I have visited the United States around four occasions, for official purposes related to my government service as Deputy Minister. I visited San Francisco, California in 1979, Pittsburgh, Pennsylvania in 1998, Washington, D.C., and New York. I do not now recall the date of the visits to New York and Washington, D.C., but they were some time before 1998.

12.     I own no real property in the United States. I also have no bank accounts, and have no investments in the United States. I do not conduct any business in the United States.

13.     I do not subscribe to, or read, either the *International Herald Tribune* or the *Al Quds al Arabi*. The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

3

14.    As a physician, I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001. I have never knowingly supported any person or organization that I have known to participate in terrorist activities.

15.    I am listed in the caption of the Third Amended Complaint in this action, as a defendant ("D95"). However, my name is not mentioned anywhere in the allegations in the text of the Complaint. Further, I deny that I had any connection with the perpetrators of the September 11, 2002 attacks.

16.    I at no time participated in, or provided support, to any terrorist activities, or organizations engaged in terrorist activities.

17.    I deny that I have knowledge of any terrorist activities as alleged in Paragraphs 17 and 21-24 of Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel (Mar. 16, 2004). I further deny any knowledge that the Saudi Joint Relief Committee, during the 1990's, or any time period, engaged in terrorist activities or knowingly supported terrorism.

18.    I can read and understand English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dr. Abdul Rahman Al Swailem

Executed on the _2_ day of April, 2004.

4

**Attachment 1 to Al Swailem Declaration**

Dr. Abdul Rahman Al Swailem's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



# Saudi Arabian Red Crescent Society

Founded: 1933
Members/volunteers: 1,000
Staff: 3,000
Expenditure: CHF 10.1 million (2002)

## 1. National context

Capital: Riyadh
Population: 21.7 million (2000)
GNP per capita: US$ 6,910 (1998)
Life expectancy: 71.9 years (1998)
Infant mortality rate: 22 per 1,000 live births (1998)
Adult literacy rate: 75.2 per cent (1998)

## 2. Foundation

### Legal base
The Saudi Arabian Red Crescent Society (SARCS) was established as a charitable organization in 1933. Following an increase in its humanitarian activities, the society was recognized by the Red Cross and Red Crescent Movement in 1963.

### Constituency
The society has 14 branches across the country. It runs the kingdom's main ambulance centre network (176 centres throughout the country), which is financed by the Saudi government.

## 3. Capacity

### Human resources
The society has 3,000 salaried staff members and 1,000 registered volunteers. Its staff members include 410 trained emergency medical technicians, who work for the SARCS ambulance service, and 140 first-aid instructors, who are based at 14 regional training centres.

### Financial resources
The society's budget for 2002 is CHF 10 million. This figure includes funds provided by the Saudi government to cover emergency medical services throughout the country.

### Partnerships
The SARCS has contributed to international humanitaian operations in countries as diverse as Afghanistan, Chechnya, Kosovo, Kenya, Pakistan and Palestine, and among others. Contributions to aid in food, medicine, clothes and shelter amount to a cash value of over CHF 2 billion. Many private donors in Saudi Arabia give funds for international relief missions.

## 4. Performance

### Activities
#### Emergency medical services
The society's resources have been directed primarily towards emergency medical services rather than general medical care. Emergency medical technician (basic) training courses run at three regional training centers.

#### Disaster preparedness
The SARCS has developed effective disaster preparedness plans, and gained valuable experience from assistance provided during the annual *Haj* pilgrimage season. Multidisciplinary disaster preparedness courses are conducted in cooperation with the University of Wisconsin (US).

#### First aid
General first-aid courses are conducted. Over the past two years, 29,000 people have been trained, including some 4,500 women.

#### Health
Seventy health clinics operate during the *Haj* pilgrimage season.

#### Road safety
The SARCS has road accident emergency services every 50 to 70 kilometres.

#### Community activities
The society offers first-aid training to the general public and runs first-aid, road safety and seat-belt campaigns. It has first-aid programmes for women and aims to train at least one first-aid provider per household. ■

Middle East and North Africa

**Attachment 2 to Al Swailem Declaration**

Dr. Abdul Rahman Al Swailem's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



International Federation
of Red Cross and Red Crescent Societies

Français ▶
Español ▶

Search :

**Directory**

- Introduction
- Directory ●
- The Red Cross and Red Crescent Movement on the Internet

Home
How to help
Who we are
What we do
Where we work
News
Meetings & events
Photo gallery
Publications
Directory
Jobs
Volunteers
Youth
Contact us
Search

## Saudi Arabian Red Crescent Society

| | |
|---|---|
| **Address** | General Headquarters<br>11129 Riyadh |
| **Contact Information** | **Tel:** (966) (1) 4740027<br>**Fax:** (966) (1) 4740430<br>**Telex:** 400096 HILAL SJ<br>**E-Mail:** *redcrescent@zajil.net* |
| **Language of correspondence** | Arabic |
| **People** | **President:** Dr Abdul Rahman ben ABDEL AZIZ AL SOYEILEM<br>**Vice-President:** Dr. Saleh AL-TOUAYJERI<br>**Director General of Relief:** Mr Abdulla M. AL-HAZZAA<br>**Director, International Relations:** Mr Fayeg AL-HARFI |
| **Last Updated** | 26.11.1999 |

**Exhibit 2**

Declaration of Abdul Rahman Al-Swailem ("SRC Decl.") (Apr. 2, 2004).

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 | 03 MDL No. 1570 (RCC) |
| Thomas E. Burnett, Sr., *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 03 CV 9849 (RCC) |
| Al Baraka Investment and Development Corporation, *et al.*, | |
| Defendants. | |

## DECLARATION OF ABDUL RAHMAN AL SWAILEM

I, Dr. Abdul Rahman Al Swailem, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that the Saudi Arabian Red Crescent Society ("Saudi Red Crescent") is a defendant (D211) in the above-captioned action. I am submitting this declaration in support of the Saudi Red Crescent's Motion to Dismiss for (1) sovereign immunity, (2) lack of personal jurisdiction, and (3) improper service of process. I am a physician and the President of the Saudi Red Crescent holding an Excellency/Diplomatic position.

3.      The Saudi Red Crescent was established by Royal Declaration on July 31, 1966. It is member No. 91 of the International Federation of Red Cross and Red Crescent Societies, the international consortium of national humanitarian medical societies headquartered in Geneva, Switzerland.

4.     The government of the Kingdom of Saudi Arabia sponsors and supervises the Saudi Red Crescent, and appoints its directors.  The Saudi Red Crescent's functions include supporting humanitarian operations in other countries, and providing emergency medical services and related programs within Saudi Arabia.  The Saudi Red Crescent's operations within Saudi Arabia are funded by the Saudi government for the purpose of operating the nationwide ambulance center network, operating the health clinics for pilgrims during the *Hajj* pilgrimage season, teaching first aid and road safety courses, providing road accident emergency services, and developing disaster preparedness plans.  *See* International Federation of Red Cross and Red Crescent Societies, "Partnerships in Profile 2002-2003: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/cgi/pdf_profile.pl?saprofile.pdf>; "Directory: Saudi Arabian Red Crescent Society," <http://www.ifrc.org/address/sa.asp> (attached hereto as Exhibits 1-2).  Thus, the Saudi Red Crescent performs essential core governmental functions and is a Saudi Government instrumentality.  Neither it nor its officers support terrorism or the loss of innocent life.

5.     The Saudi Red Crescent owns no real property in the United States.  The Saudi Red Crescent has no bank accounts, or real or personal investments in the United States.  The Saudi Red Crescent does not conduct business in the United States.  Officials of the Saudi Red Crescent have traveled to the United States for training and educational purposes.  The Saudi Red Crescent is a member of the American-Saudi Joint Committee, which helps with the Saudi Red Crescent's projects.  However, the Saudi Red Crescent does not do fundraising in the United States.

6.     To the best of my knowledge, no official of the Saudi Red Crescent subscribes to or reads either the *International Herald Tribune* or the *Al Quds al Arabi*.

7.      The Saudi Red Crescent has never supported the loss of innocent life and believes that there is no justification for the tragic attacks of September 11, 2001.  The Saudi Red Crescent has never supported any person or organization that it knew to participate in terrorist activities.

8.      The Third Amended Complaint in this case has no allegations about the Saudi Red Crescent, other than in two paragraphs.  In Paragraph 95, it is stated that the Saudi Red Crescent received "direct donations . . . through NCB [National Commercial Bank] facilities." However, this paragraph makes no allegations that the Saudi Red Crescent supported terrorism.

9.      In Paragraph 172 of the Third Amended Complaint, it is stated that the Saudi Red Crescent was one of several entities "that formed the Saudi Joint Relief Committee (or 'SJRC')," that the SJRC "has been connected to Osama bin Laden and two of his top operatives, Wa'el Hamza Jalaidin and Adel Muhammad Sadiq bin Kazem," and that Mr. Jalaidin has been designated by the U.S. government as a terrorist.  The Saudi Red Crescent hired Mr. Jalaidin to do public relations work, from about November 1986 to about October 1989, but the Saudi Red Crescent denies that it had any knowledge that Mr. Jalaidin, during that time period, or any time period, engaged in terrorist activities or knowingly supported terrorism.  In fact, I understand that the United States government did not designate Mr. Jalaidin as a terrorist until September 2002.

10.     The Saudi Red Crescent also denies that it had any knowledge of the activities of Osama bin Laden, al Qaeda, or Adel Muhammad Sadiq bin Kazem, other than what is generally known through the press.  At no time did the Saudi Red Crescent ever participate in, or support in any way, terrorist activities.

11.     The Saudi Red Crescent also denies that it has knowledge of any terrorist activities as alleged in Paragraphs 17 and 21-24 of Plaintiffs' More Definite Statement as to

3

Defendant Yousef Abdul Latif Jameel (Mar. 16, 2004).  The Saudi Red Crescent denies any

knowledge that the Saudi Joint Relief Committee, during the 1990's, or any time period, engaged

in terrorist activities or knowingly supported terrorism.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dr. Abdul Rahman Al Swailem
In his official capacity as the President of the
Saudi Red Crescent Society

Executed on the __2__ day of April, 2004.

4

**Attachment 1 to SRCS Declaration**

Saudi Arabian Red Crescent Society's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



# Saudi Arabian Red Crescent Society

Founded:              1933
Members/volunteers:   1,000
Staff:                3,000
Expenditure:          CHF 10.1 million (2002)

## 1. National context

Capital:                Riyadh
Population:             21.7 million (2000)
GNP per capita:         US$ 6,910 (1998)
Life expectancy:        71.9 years (1998)
Infant mortality rate:  22 per 1,000 live births (1998)
Adult literacy rate:    75.2 per cent (1998)

## 2. Foundation

### Legal base
The Saudi Arabian Red Crescent Society (SARCS) was established as a charitable organization in 1933. Following an increase in its humanitarian activities, the society was recognized by the Red Cross and Red Crescent Movement in 1963.

### Constituency
The society has 14 branches across the country. It runs the kingdom's main ambulance centre network (176 centres throughout the country), which is financed by the Saudi government.

## 3. Capacity

### Human resources
The society has 3,000 salaried staff members and 1,000 registered volunteers. Its staff members include 410 trained emergency medical technicians, who work for the SARCS ambulance service, and 140 first-aid instructors, who are based at 14 regional training centres.

### Financial resources
The society's budget for 2002 is CHF 10 million. This figure includes funds provided by the Saudi government to cover emergency medical services throughout the country.

### Partnerships
The SARCS has contributed to international humanitaian operations in countries as diverse as Afghanistan, Chechnya, Kosovo, Kenya, Pakistan and Palestine, and among others. Contributions to aid in food, medicine, clothes and shelter amount to a cash value of over CHF 2 billion. Many private donors in Saudi Arabia give funds for international relief missions.

## 4. Performance

### Activities
#### Emergency medical services
The society's resources have been directed primarily towards emergency medical services rather than general medical care. Emergency medical technician (basic) training courses run at three regional training centers.

#### Disaster preparedness
The SARCS has developed effective disaster preparedness plans, and gained valuable experience from assistance provided during the annual *Haj* pilgrimage season. Multidisciplinary disaster preparedness courses are conducted in cooperation with the University of Wisconsin (US).

#### First aid
General first-aid courses are conducted. Over the past two years, 29,000 people have been trained, including some 4,500 women.

#### Health
Seventy health clinics operate during the *Haj* pilgrimage season.

#### Road safety
The SARCS has road accident emergency services every 50 to 70 kilometres.

#### Community activities
The society offers first-aid training to the general public and runs first-aid, road safety and seat-belt campaigns. It has first-aid programmes for women and aims to train at least one first-aid provider per household. ∎

Middle East and North Africa

**Attachment 2 to SRCS Declaration**

Saudi Arabian Red Crescent Society's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



Français ►
Español ►

International Federation
of Red Cross and Red Crescent Societies

Search :

**Directory**

Home
How to help
Who we are
What we do
Where we work
News
Meetings & events
Photo gallery
Publications
Directory
Jobs
Volunteers
Youth
Contact us
Search

Introduction

Directory ●

The Red Cross and Red
Crescent Movement on the
Internet

# Saudi Arabian Red Crescent Society

| | |
|---|---|
| **Address** | General Headquarters<br>11129 Riyadh |
| **Contact Information** | **Tel:** (966) (1) 4740027<br>**Fax:** (966) (1) 4740430<br>**Telex:** 400096 HILAL SJ<br>**E-Mail:** *redcrescent@zajil.net* |
| **Language of correspondence** | Arabic |
| **People** | **President:** Dr Abdul Rahman ben ABDEL AZIZ AL SOYEILEM<br>**Vice-President:** Dr. Saleh AL-TOUAYJERI<br>**Director General of Relief:** Mr Abdulla M. AL-HAZZAA<br>**Director, International Relations:** Mr Fayeg AL-HARFI |
| **Last Updated** | 26.11.1999 |

**Exhibit 3**

Declaration of Abdul Rahman Al-Swailem ("SJRC Dec.") (Jan. 17, 2005)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC) |

This document relates to:

|  |  |
|---|---|
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | Civil Action No. 03 CV 6978 (RCC) |

### DECLARATION OF HASSAN M. S. MAHASSNI

**Hassan M.S. Mahassni** declares as follows:

1.      This declaration is made at the request of United States counsel for the Saudi Joint Relief Committee (the "SJRC") to attest to the accuracy of the translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter. I have been retained by the SJRC to represent its interests in this matter, and have been compensated for my work.

2.      I am a citizen and resident the Kingdom of Saudi Arabia where I have practiced law since 1966. I am the proprietor and senior partner of the Law Office of Hassan Mahassni in association with White & Case LLP. I am admitted to practice before all Saudi

Arabian courts of all grades and jurisdictions. I am a licensed Arabic to English translator, having been issued license number 23 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3.      I have reviewed the original and translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter and attest that the English translations are true and accurate representations of the original Arabic documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January 2005, in Jeddah, Kingdom of Saudi Arabia.



**Hassan M. S. Mahassni**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————
                                                          )
IN RE:  TERRORIST ATTACKS ON            )        **Civil Action No. 03 MDL 1570 (RCC)**
SEPTEMBER 11, 2001                              )
———————————————————)

This document relates to:

———————————————————
                                                          )
FEDERAL INSURANCE CO., et al.,              )
                                Plaintiffs,          )
v.                                                            )        **Civil Action No. 03 CV 6978 (RCC)**
                                                          )
AL QAIDA, et al.,                                     )
                                Defendants.         )
———————————————————)


### DECLARATION OF DR. ADBULRAHMAN A. AL-SUWAILEM

Dr. Adbulrahman A. Al-Suwailem declares as follows:

1.        Since 1999, I have served as President of the Saudi Joint Relief Committee and

the Saudi Red Crescent Society.  I hold a Bachelor of Medicine and Bachelor of Surgery

degree from Munich University and a medical degree from Cairo University.  Since 1984, I

have been a fellow of the Royal College of Physicians in Edinburgh.  Prior to my current

positions, I served as Deputy Minister for Executive Affairs and the Assistant Deputy

Minister for Curative Medicine of the Ministry of Health of the Kingdom of Saudi Arabia, the

Head of the Saudi Centre for Organ Transplantation, and the Head of the Pediatric

Department at the Maternity and Children's Hospital in Riyadh.  I have also served on

numerous international health and scientific organizations.  A true and accurate copy of my

biography is attached as Exhibit A.  I have personal knowledge of, and am competent to testify to, the facts set forth in this Declaration.

2.      Beginning with its formation in 1999, the Saudi Joint Relief Committee (the "SJRC") has always functioned as a political subdivision, agency, or instrumentality of the Kingdom of Saudi Arabia.

3.      The SJRC was established on May 19, 1999, pursuant to High Order No. 7/B/1863 (the "Albanian High Order") issued by HRM King Fahd bin Abdulaziz upon the recommendation of the Council of Ministers of the Kingdom of Saudi Arabia.  A true and correct translation of the Albanian High Order is attached as Exhibit B.

4.      The purpose of the SJRC was to collect and distribute aid to Albanian refugees in Kosovo on behalf of the Kingdom of Saudi Arabia and its citizens, and to coordinate and document the Kingdom's charitable assistance through international relief agencies and organizations.  The SJRC operated solely as a charitable and humanitarian entity, and none of the funds or other aid distributed by the SJRC was provided for "commercial" purposes.

5.      The Kingdom of Saudi Arabia established the SJRC in response to the catastrophic humanitarian crisis triggered by the civil war in the former Republic of Yugoslavia, and the systematic violence against ethnic Albanians in Kosovo orchestrated by former Serbian president Slobodan Milosevic.

6.      In 1999, the Kingdom of Saudi Arabia expanded the scope of the SJRC's mission to include relief work for victims of the ongoing hostilities in Chechnya pursuant to a second High Order (No. 7/B/12089) (the "Chechnya High Order").   A true and correct translation of the Chechnya High Order is attached as Exhibit C.  Through the Chechnya High Order, the Kingdom of Saudi Arabia intended that the SJRC would act in concert with other international agencies stationed in Chechnya (including the United Nations) to provide humanitarian aid to the hundreds of thousands of Muslims displaced by the war between Chechen fighters and Russia.

7.      The Albanian High Order specified that the SJRC would be supervised by the Minister of the Interior of the Kingdom of Saudi Arabia and chaired by the President of the Saudi Red Crescent Society, and further stated that the SJRC must include high-ranking representatives from agencies of the Kingdom, including the Ministry of Finance and National Economy, the Ministry of Defense and Aviation, the Ministry of Information, the Ministry of Labor and Social Affairs, the Ministry of Foreign Affairs, the Presidency of General Intelligence, and the Presidency of National Guard.  Pursuant to the Albanian High Order, the SJRC also includes representatives from some non-governmental charitable and humanitarian organizations, including the International Islamic Relief Organization, the World Assembly for Muslim Youth, the Islamic Endowment Foundation, and the Al-Haramain Charitable Foundation.

8.      The SJRC submitted regular financial and performance reports to the Minister of the Interior, HRH Prince Nayef Bin Abdulaziz Al-Saud.

9.      The SJRC maintained a main office in Riyadh, Saudi Arabia, and branch offices in Vladikavkaz, Pristina, and Moscow.  The daily operations of the SJRC's offices were performed by a technical and administrative staff comprised of employees hired directly by the SJRC and civil servants of the Kingdom of Saudi Arabia seconded to work for the SJRC.  The Kingdom of Saudi Arabia paid the salaries and expenses for most of the civil servants seconded to work for the SJRC.

10.     The Organizational Charter adopted by the SJRC expressly provided that employees seconded from the government would be subject to the laws applicable to government civil servants.  Accordingly, seconded government employees of the SJRC are treated as civil servants, rather than private hires, under Saudi law.  A true and correct translation of the SJRC Organizational Charter is attached as Exhibit D.

11.     The SJRC's mission was largely subsidized by the Kingdom of Saudi Arabia. On March 9, 2000, HRM King Fahd bin Abdulaziz issued a Royal Decree donating 5,000,000 Saudi Riyals to support the SJRC's relief work on behalf of Kosovan students and their families.  A true and correct translation of the Royal Decree is attached as Exhibit E.  Through the end of 2003, the SJRC received 3,000,000 Saudi Riyals from the Kingdom's initial donation through the Ministry of Finance.

12.     In addition, the Kingdom of Saudi Arabia routinely provided critical logistical support for the SJRC's humanitarian efforts in Kosovo and Chechnya.

13.     On February 27, 2004, the government of the Kingdom of Saudi Arabia established the Saudi National Committee for Aid and Charitable Work Abroad (the "Saudi National Committee") pursuant to Royal Decree No. A/1.  A true and correct translation of Royal Decree No. A/1 is attached as Exhibit F.  Royal Decree No. A/1 stated that, once fully functional, the Saudi National Committee will serve as the exclusive agency or instrumentality of the Kingdom of Saudi Arabia responsible for all humanitarian and charitable work abroad.

14.     Since the creation of the Saudi National Committee, the SJRC has begun to unwind its operations.  The SJRC has significantly reduced its aid and humanitarian relief efforts, and currently operates primarily in an administrative capacity.

15.     The SJRC has never solicited charitable or humanitarian donations inside the United States.  The SJRC has no offices or employees in the United States, it has no bank accounts or other property in the United States, and it has never conducted any form of business in the United States.

16.     The humanitarian mission of the SJRC is fundamentally incompatible with the concept of terrorism, and the SJRC has never had any connection with, or in any way supported, terrorist activities or terrorist organizations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of January 2005, in Riyadh, Saudi Arabia.

_____

Dr. Adbulrahman A. Al-Suwailem

# EXHIBIT A



Dr. Abdulrahman A. Al-Swailem

President
Saudi Red Crescent Society &
Saudi Joint Relief Committee

*Name*
Abdulrahman Abdulaziz Al Swailem

*Date of birth*
February 12, 1938

*Marital Status*
Married ( Have 2 sons & 4 daughters )

*Citizenship*
Saudi

*Mailing Address*
Saudi Red Crescent Society
Salahuddin Street, Riyadh 11129
Kingdom of Saudi Arabia
Tels: 4740925, 4740654
Fax: 4740430
E-Mail : alswailem@kfshrc.edu.sa

*Educational Attainment*

| Degree | Year | Institution | Country |
|--------|------|-------------|---------|
| MBBS | 1966 | Munich University | W Germany |
| DCH | 1974 | Cairo University | Egypt |
| MRCP | 1982 | Royal College of Physicians, Edinburgh | UK |
| FRCP | 1984 | Royal College of Physicians, Edinburgh | UK |

*Current Specialization*
Pediatrics

*Special Sub-Interest*
Community Pediatrics

*Other Concurrent Posts*

| Position | Year |
|----------|------|
| President of the Saudi Joint Relief Committee for Kosova | 1999 |
| Executive Director for Gulf Co-operation Council for Health Ministers, Riyadh | 1992–Present |

*Previous Employment*

| Position | Year |
|----------|------|
| Deputy Minister for executive Affairs Ministry of Health Riyadh 11176, KSA | 1988–1997 |
| Head of Saudi Centre for Organ Transplantation SCOT | 1985–1997 |

**PERSONAL**

| | |
|---|---|
| Assistant Deputy Minister for Curative Medicine Ministry of Health, KSA | 1982-1988 |
| Head of General Medical Committee, Riyadh | 1982 |
| Director General Eastern Province | 1977-1983 |
| Head of Pediatric Department Maternity and Children's Hospital Riyadh, KSA | 1974-1982 |

*Other Responsibilities*

### International Organizations :

| Position | Year |
|---|---|
| Member, Board of Trustees International Centre for Diarrhoeal Diseases Research, Bangladesh | 1983-1989 |
| Member, Scientific Working Group Eastern Mediterranian Regional Office, World Health Organization | 1985-1987 |
| Member Advisory Group for Diarrhoeal Diseases, World Health Organization, Geneva | 1985-1987 |
| Member, Advisory Group in Scientific Research, EMRO | 1985-1987 |

### National Organizations :

| | |
|---|---|
| President, Saudi Paediatric Association | Present |
| Vice President, Board of Trustees, Saudi Handicapped Children's Association | Present |
| Member, Board of Trustees of Prince Salman Research Centre for Handicapped | Present |

*Editorial Experience*

General Supervisor, ( SAHAT AL KHALEEJ ) Magazine Issued by the Executive office for the Ministers of health in the Gulf Cooperation Council ( GCC )

General Supervisor, ( Al-ISAAF Magazine ) Issued by the Saudi Red Crescent Society

Editor, Acta Paediatrica Scandinavica, Supplement 346, 1988, KSA

P E R S O N A L

Member. Editorial Board. Paediatrics. Arab World Edition
official publication of American Academy Paediatrics

Editor. Saudi Journal of Kidney Diseases and Transplantation
Issued by Saudi centre for Organ Transplantation in 1984
till date

*Awards*

- United Arab Emirates Health Foundation Prize
- Certificate of Prince Salman Centre for
  Handicapped Research
- Certificate from Saudi Handicapped Children's Association
- Shield of Edinburg University in appreciation for the
  Pediatric Diploma Program in Riyadh
- A number of Shields from different governmental and non
  governmental agencies in appreciation for contribution and
  participations

*Book Published*

Al-Swailem AR and Eberley R
Poliomyelitis in Children
Ministry Of Education

*Publications*

Thirty two various articles and researches in the medical
and health fields related to Child-Health and nutritional
status. Renal Diseases and Organ Transplantation in general
such as follows:

- Al-Swailem AR. A Dream Realized
  Saudi Kidney Disease and Transplant 1994-95(1)-2

- Al-Swailem AR Al. 1988. The development of Child
  Health Services in Saudi Arabia
  Acta Paediatrica Scandinavica, Supplement 346: 9-14

- Al-Swailem AR Al. Serenius F EDresser AW and
  Ohlson A 1988 Prenatal Mortality in a Saudi
  Maternity Hospital. Acta Paediatrica Scandinavica
  Supplement 346: 57-69

- Serenius F and Al-Swailem AR AL 1988 Growth and
  nutrional status of less privileged Urban Children in
  Saudi Arabia. Acta Paediatrica Scandinavica.
  Supplement 346: 93-103

- Mtiwali AH, Al-Swailem AR. Paul TT. Aziz KMS.
  Aswad S. Wafa AM. 1992 Acute renal failure in
  Al-Medina region. Saudi Arabia Saudi Kid Dis and
  Trans Bull 3(2): 95-100

- El-Hazmi MA, Al-Swailem A, Al-Fawaz I, Watsy AS.
  Al-Swailem A. Diabetes mellitus in children suffering
  from beta-thalassaemia J. Trop Peadtr 1994;40(5)261-6



*Dr. Abdulrahman A. Al-Swailem*

President
Saudi Red Crescent Society &
Saudi Joint Relief Committee

# EXHIBIT B

حسّان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI
### TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.C. BOX 2255, JEDDAH 21451
TELEPHONE  (966-2) 665-4363
FACSIMILE  : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.C. BOX 17411  RIYADH 11484
TELEPHONE  (966-1) 464-4006
FACSIMILE  : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكتب جدة
ص.ب ٢٢٥٥ جـدة ٢١٤٥١
هـاتـف : (٩٦٦ ٢) ٦٦٥٤٣٥٣
فـاكـس : (٩٦٦ ٢) ٦٦٩٢٩٩٦
( ت.ج ٦٣٤٧١ )

مكتب الرياض
ص.ب ١٧٤١١ الرياض ١١٤٨٤
هـاتـف : (٩٦٦ ١) ٤٦٤٤٠٠٦
فـاكـس : (٩٦٦ ١) ٤٦٥١٣٤٨
المملكة العربية السعودية

<u>Certificate</u>

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

...dah on:

Translation Department

<u>شهادة</u>

بهذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

جـدة في :

قسم الترجمة



حسان المحاسني
Hassan Mahassni

بالتعاون مع وايت اند كيس المحدودة

الماني - أنقرة - بانكوك - برلين - بومباي / مباي - براتسلافيا - بروكسل - بودابست - دريزدن - دوسلدورف - فرانكفورت - هامبورغ - هـل
هونغ كونغ - اسطنبول - جاكرتا - جوهانسبيرغ - لندن - لوس آنجلوس - مكسيكو سيتي - ميامي - ميلان - موسكو - نيويورك - بالو ألتو
- سان فرانسيسكو - ساوباولو - شانغهاي - سنغافورة - ستكهولم - طوكيو - وارسو - واشنطن دي سي

IN ASSOCIATION WITH **WHITE & CASE LLP**

In the name of God, the Compassionate, the Merciful

No. 7/B/1863

Date: 3/2/1420

*(Saudi Emblem)*

Kingdom of Saudi Arabia

Enclosures:

Diwan of Presidency of Council of Ministers

Urgent Telegram


      His Royal Highness the Minister of Interior

CC:    His Royal Highness the Second Deputy President of Council of Ministers, Minister of Defense and Aviation and Inspector General.

CC:    His Royal Highness the Deputy President of the National Guard

CC:    His Royal Highness the Minister of Foreign Affairs

CC:    His Royal Highness the President of General Intelligence

CC:    His Excellency the Minister of Islamic, Endowment, Call and Guidance Affairs

CC:    His Excellency the Minister of Health and President of the Board of Directors of the Saudi Red Crescent Society

CC:    His Excellency the Minister of Information

CC:    His Excellency the Minister of Labor and Social Affairs

CC:    His Excellency the Minister of Finance and National Economy

CC:    His Excellency the Secretary General of the Muslim World League


      We have reviewed Ministerial Committee minutes of meeting No (81) dated 2/2/1420 H. concerning the study of the subject of relief that is given by the Kingdom of Saudi Arabia, at the government and public levels, to Albanian refugees from Kosovo, which contained the following recommendations:


      First, to restrict relief work for Kosovo refugees to the Saudi Red Crescent

Society and to form a Committee under the chairmanship of his Excellency the President of the Society and a membership of representatives of high rank from the Presidency of the National Guard, the Ministry of Defense and Aviation, the Ministry of Interior, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the Ministry of Information, the Ministry of Labor and Social Affairs and a representative from each Saudi society or charitable foundation that participates in relief work, namely:

- International Islamic Relief Organization
- World Assembly of Muslim Youth
- Al-Haramain Charitable Foundation
- Islamic Endowment Foundation

Second, this Committee shall be under the supervision of His Royal Highness the Minister of Interior.

Third, the objectives and responsibilities of this Committee shall be as follows:

1- To oversee the collection of assistance and in kind and cash contributions, their receipt according to manifests from the sources, coordination of receipt, determination of type, organization of delivery, method of distribution and the taking of all necessary arrangements for the foregoing.

2- To make known the role played by the Kingdom in relief and humanitarian work outside the Kingdom and to contract with a public relations firm to undertake this task and publicize this role through the media so that citizens know that their contributions are delivered to the intended beneficiaries.

3- To document the assistance that is provided by the Kingdom with International Organizations and Commissions.

Fourth, that this Committee shall have the authority to decide all matters relating to relief to Kosovo refugees, and report to the Presidency of the Council of Ministers as it sees necessary in this regard so that it may receive appropriate instructions.

Since we approve these recommendations we ask that you do what is necessary accordingly   A copy of this Order has been provided to concerned parties for observance.

Fahad bin Abdulaziz

President of Council of Ministers



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

الرقم : ........................

التاريخ : ........................

المرفقات : ........................

**برقيـه**

" عاجلة "

صاحب السمو الملكي وزير الداخلية

نسخة لصاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء

ووزير الدفاع والطيران والمفتش العام

نسخة لصاحب السمو الملكي نائب رئيس الحرس الوطني

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لصاحب السمو الملكي رئيس الاستخبارات العامة

نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

نسخة لمعالي وزير الصحة ورئيس مجلس إدارة جمعية الهلال الأحمر السعودي

نسخة لمعالي وزير الإعلام

نسخة لمعالي وزير العمل والشؤون الاجتماعية

نسخة لمعالي وزير المالية والاقتصاد الوطني

نسخة لمعالي الأمين العام لرابطة العالم الإسلامي

اطلعنا على محضر اللجنة الوزارية العليا رقم (٨١) وتاريخ ١٤٢٠/٢/٢هـ المتخذ بشأن دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على المستويين الحكومي والشعبي للاجئين الألبان من كوسوفا.. والمتضمن التوصيات التالية : ـ

أولاً : حصر أعمال الإغاثة للاجئي كوسوفا في جمعية الهلال الأحمر السعودي وتكوين لجنة برئاسة معالي رئيس الجمعية وعضوية مندوبين على مستوى رفيع من رئاسة الحرس الوطني ووزارة الدفاع والطيران ووزارة الداخلية ووزارة الخارجية ورئاسة الاستخبارات العامة ووزارة المالية والاقتصاد الوطني ووزارة الإعلام ووزارة العمل والشؤون الاجتماعية ومندوب عن كل جمعية ومؤسسة من الجمعيات والمؤسسات الخيرية السعودية المشاركة في أعمال الإغاثة وهي :

ـ جمعية الإغاثة الإسلامية العالمية.

ـ الندوة العالمية للشباب الإسلامي.





المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

برقيـه

الرقم: ........................

التاريخ: ........................

المرفقات: ........................

ـ مؤسسة الحرمين الخيرية.

ـ مؤسسة الوقف الاسلامي.

ثانياً : تكون هذه اللجنة تحت اشراف صاحب السمو الملكي وزير الداخلية.

ثالثاً : تكون مهمة ومسئولية هذه اللجنة على النحو التالي : ـ

١ ـ الإشراف على استحصال المساعدات والتبرعات النقدية والعينية واستلامها وفق بياناتٍ من جهاتها، وتنسيق استقبالها وتحديد نوعيتها وترتيب إرسالها وأسلوب توزيعها واتخاذ كافة الإجراءات اللازمة لذلك.

٢ ـ ابراز دور المملكة إعلامياً خارج المملكة لإيضاح دورها الاغاثي والانساني والتعاقد لهذا الغرض مع شركة إعلامية تتولى هذا الدور مع أبراز هذا الدور إعلامياً للمواطن داخل المملكة ليتمئن إلى أن تبرعاته تصل إلى مستحقيها.

٣ ـ توثيق المساعدات التي تقدمها المملكة لدى المنظمات والهيئات الدولية.

رابعاً : أن تكون لهذه اللجنة صلاحية البت في كافة الأمور المتعلقة بالمساعدات للاجئي كوسوفا، وترفع للمقام السامي ماتراه ضرورياً في ذلك لأخذ التوجيه اللازم.

ولموافقتنا على تلك التوصيات .. نرغب إليكم إكمال اللازم بموجبه. وقد زودت الجهات المعنية بنسخة من أمرنا هذا للاعتماد،،،

فهد بن عبدالعزيز

رئيس مجلس الوزراء







# EXHIBIT C

حسّان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI
### TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 53471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
**KINGDOM OF SAUDI ARABIA**

مكتب جدة
ص.ب ٢٢٥٦ جــــــدة ٢١٤٥١
هـــــاتف : (٩٦٦-٢) ٦٦٥٤٣٥٣
فـــاكس : (٩٦٦-٢) ٦٦٩٢٩٩٦
(غ.ت ٥٣٤٧١)

مكتب الرياض
ص.ب ١٧٤١١ الرياض ١١٤٨٤
هـــــاتف : (٩٦٦-١) ٤٦٤٤٠٠٦
فـــاكس : (٩٦٦-١) ٤٦٥١٣٤٨
المملكة العربية السعودية

## Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

Jeddah on:                 1 5 JAN 2005

Translation Department

حسان المحاسني
Hassan Mahassni

## شهادة

بهذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

جــــدة في :

قسم الترجمة



بالتـــعاون مع وايت أند كــيس المحـــدودة

آلاتر – أغرة – بنكوك – برلين – بومباي / مباي – براتسلافا – بروكسل – بودابست – درزدن – دوسلدورف – فرانكفورت – فامبورغ –
هوم كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – مبامي – مبلان – موسكو – نيويورك – نيويورك – بالو
سان فرانسيسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي

## IN ASSOCIATION WITH WHITE & CASE LLP
BERLIN, BOMBAY/MUMBAI, BRATISLAVA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HO CHI MIN, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

In the Name of Allah Most Gracious Most Compassionate

Kingdom of Saudi Arabia  
Diwan of Presidency of Council of Ministers'

No. 7/B/12089  
Date: 1/8/1420AH  
Attachments:

## Telegraph

To: His Royal Highness Minister of Interior  
Supervisor of Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

C.C. His Royal Highness Minister of Foreign Affairs

C.C. His Excellency Minister of Information

C.C. His Excellency Minister of Finance and National Economy

We have read your telegraph No. 733/R, Dated 22/7/1420 H. in which Your Highness refers to the repercussions of the war in Chechnya on Muslims, where it displaced more than two hundred thousand people and made them refugees on Chechnya's borders with Angoshia and Dagestan.

Your Highness has also noted in your telegraph that many Saudi nationals and relief agencies have contacted the SJRC to express their desire to provide relief aid to their Muslim brethren there. This fact was supported by His Excellency Minister of Islamic, Endowment, Call & Guidance Affairs and His Excellency Secretary General of the Muslim World League. His Excellency the President of the Board of Directors of the Saudi Red Crescent Society had a meeting with His Excellency the Russian Ambassador to Riyadh at the request of the latter and the consent of Your Highness. In the meeting, the Russian Ambassador emphasized that the Russian government will accept and welcome Saudi relief aid, adding that this would underline the bright image of Saudi humanitarian relief aid and dismiss attempts in the media to distort the Saudi image and its ties with Russia. In fact, relief agencies have started to provide relief aid to the displaced Chechnyans. We noted the suggestion of Your Highness to send relief aid and assign the SJRC to oversee the relief work and underline the contributions of Saudi Arabia in the media and in the international arena.

Please be advised of our consent in this regard and you may proceed.

Abdullah bin Abdulaziz Al-Saud  
Deputy Prime Minister

> Official Seal  
> Diwan of Presidency Council of Ministers  
> Telegraphs



1/13/2005 1:40 PM (2K)  
Jeddah 42959 v1 [42959_1.DOC]

-11-



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

الرقم: .............................

التاريخ: ..........................

المرفقات: .........................

**برقيـــــه**

‏‎✓ صاحب السمو الملكي وزير الداخليـــــــة

المشرف العام على اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لمعالي وزيـــــر الأعـــــــــلام

نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقم ٧٣٣/ وتاريخ ١٤٢٠/٧/٢٢هـ المشار فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هناك إذ تركت وراءها أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انفوشيا وداغستان.

وماأوضحتموه ـ سموكم ـ من أنه قد اتصل باللجنة السعودية المشتركة لإغاثة شعب كوسوفا العديد من المواطنين والمؤسسات الإغاثية يؤكدون رغبتهم في تقديم المساعدات لإخوانهم المسلمين هناك، وقد أيد ذلك كل من معالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد ومعالي الأمين العام لرابطة العالم الإسلامي.. كما أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلبه وموافقة سموكم على ذلك، وقد أكد السفير الروسي بأن الحكومة الروسية سوف ترحب بقبول المساعدات السعودية بل أنها ستؤكد على الصورة المشرقة لعطاء المملكة وإسهاماتها الإغاثية الإنسانية وتبدد الصورة التي تثيرها بعض وسائل الإعلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الإغاثية قد بدأت تتواجد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقتراح سموكم السماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الإغاثة هذه وإبراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه.،،،

عبدالله بن عبدالعزيز

نائب رئيس مجلس الوزراء




# EXHIBIT D

حسّان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI
### TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE  (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكـتب جــدة
ص . ب ٢٢٥٦ جــــدة ٢١٤٥١
هـــاتــف : ٦٦٥٤٣٥٣ (٢ ٩٦٦)
فـــاكـس : ٦٦٩٢٩٩٦ (٢ ٩٦٦)
{ غ.ت ٦٣٤٧١ }

مكـتب الرياض
ص . ب ١٧٤١١ الـريـاض ١١٤٨٤
هـــاتــف : ٤٦٤٤٠٠٦ (١ ٩٦٦)
فـــاكـس : ٤٦٥١٣٤٨ (١ ٩٦٦)
المملكة العربية السعودية

## Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

Jeddah on:

**15 JAN 2005**

Translation Department

*Mahassni*

حسـان المحاسـني
Hassan Mahassni

## شهادة

بهـذا يشـهد "قسـم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة مـن و إلى اللغتين الإنكليزية والعربية ، وأن ترجمته لصور الوثائق المرفقة، من اللغـة العربيـة إلى اللغـة الإنكليزية ، ترجمة كاملة وصحيحة.

جــــدة في :

قسم الترجمة



بالتـــــعـــاون مع وايت آنـد كـــيس المحـــدودة

أنتي - أنقرة - بانكوك - برلين - بومباي / مماي - براتسلافا - بروكسل - بودابست - دريزدن - دوسلدورف - فرانكفورت - هامبورغ - هلسنكي - هوشي هونغ كونغ - اسطنبول - جاكارتا - جوهانسبيرغ - لندن - لوس أنجلوس - مكسيكو سيتي - ميامي - ميلان - موسكو - نيويورك - بالو ألتو - براغ - روما سان فرانسيسكو - ساوباولو - شانغهاي - سنغافورة - ستكهولم - طوكيو - وارسو - واشنطن دي سي

IN ASSOCIATION WITH **WHITE & CASE LLP**

ALMATY, ANKARA, BANGKOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HELSINKI, HO CHI MINH CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE STOCKHOLM TOKYO, WARSAW, WASHINGTON, D.C.

# Kingdom of Saudi Arabia

# Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

# Secretariat-General

# Organizational Charter of the SJRC for the Aid of the People of Kosovo

Law Office of Hassan Mahassen - Translation Department - Translation Licence No. 23



# Contents

## First: Establishment of SJRC
- Membership of SJRC
- Secretariat-General

## Second: Objectives

## Third: Means [of Achieving Objectives]

## Fourth: Organizational Charter of the SJRC
- Mission and Functions of the SJRC
- SJRC Meetings
- Financial Rules
- General Rules

## Fifth: Internal Bylaws of the SJRC
- SJRC Meetings
- Secretariat-General
- Meetings of Executive Committees
- General Rules

## Sixth: Management and Organizational Structure of the SJRC



# First:   Establishment of SJRC

The SJRC was established by High Order No. 7/B/1863, dated 3/2/1420 H., which included the approval of the Ministerial Committee minutes of meeting No. (81), dated 2/2/1420 H., regarding the study of the matter of aid from Saudi Arabia, including government agencies and individuals alike, for Albanian refugees from Kosovo.  It included: constituting a committee under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society; membership of high-ranking officials from a number of government sectors; membership of representatives from each charitable organization (as named in the order); and, that the SJRC shall be under the supervision of His Royal Highness the Minister of Interior, in accordance with the specified responsibilities and objectives outlined in the order.

## A.     Membership

SJRC membership shall include representatives from each of the following:

1. **Presidency of National Guard**
2. **Ministry of Defense and Aviation**
3. **Ministry of the Interior**
4. **Ministry of Foreign Affairs**
5. **Presidency of General Intelligence**
6. **Ministry of Finance and National Economy**
7. **Ministry of Information**
8. **Ministry of Labor and Social Affairs**

   and a representative from each of the following charitable organizations:
9. **International Islamic Relief Organization**
10. **World Assembly of Muslim Youth**
11. **Al-Haramain Charitable Foundation**
12. **Islamic Endowment Foundation**

The SJRC shall meet under the chairmanship of his Excellency [President of the Board of Directors of the] Saudi Red Crescent Society.

## B.     Secretariat-General

The Secretariat-General of SJRC shall be headquartered in Riyadh. It shall be attached in its activities to His Excellency the President of the Board of Directors of the Saudi Red Crescent Society. The Secretariat-General shall have sufficient staff to perform its duties.



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

# Second: Objectives

[The SJRC aims to:]

1. unify Saudi aid efforts, on the government and popular (individuals and companies) level, and make optimal use of resources;

2. promote and coordinate Saudi aid activities;

3. Highlight Saudi Arabia's efforts in providing the people of Kosovo with relief and humanitarian aid;

4. generally provide refugees and the displaced with medical care and relief aid;

5. provide refuges with their basic needs, including: food, clothes, equipment...etc.;

6. comforting refugees and guiding them religiously and culturally.

# Third: Means [of Achieving Objectives]

[To achieve its objectives, the SJRC will:]

1. establish a secretariat-general for the SJRC, headquartered in Riyadh. It shall be attached in its activities with His Excellency the President of the Board of Directors of the Saudi Red Crescent Society and the Chairman of the SJRC;

2. set up executive offices abroad as necessary;

3. collect information and statistics on the numbers and circumstances of refugees and the displaced and their needs;

4. formulate a media strategy at national and international levels;

5. commence relief work.

# Fourth: Organizational Charter

## Mission and Functions of the SJRC

**Article I:** The SJRC shall plan and oversee relief work in Kosovo and shall examine pertinent obstacles thereto.

**Article II:** study, suggestion of direction of relief aid, either official or popular.

**Article III:** formulation of relief programs and plans in Kosovo, and determination of the best methods of implementing them.

**Article IV:** setting of general rules to hire employees abroad, and determining [their proper] credentials, training and preparation. And whatever is connected to that from appointment, secondment, transfer and compensation.

**Article V:** setting of general rules for cooperation and coordination with organizations and individuals working in the area of [humanitarian] aid.

**Article VI:** The SJRC may request any information, studies or data from any government bodies for the purpose of review or benefits therefrom in fulfilling its obligations.

**Article VII:** The SJRC may [enter into] agree[ments] with universities, institutes, corporations and individuals to conduct studies or research to benefit therefrom in [the SJRC's] areas of competence.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

## SJRC Meetings

**Article VIII:**   The SJRC shall hold weekly meetings under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society, or whomever is designated in his absence, with the attendance of the majority of [SJRC's] members. Extraordinary meetings may be held at the request of the Chairman or by a written request addressed to the Chairman by at least three members. Meetings shall be held in Riyadh, and they may be held at other venues as determined by the Chairman when deemed necessary.

**Article IX:**   SJRC resolutions shall be passed by the absolute majority of present votes. If there are an equal number of votes, the Chairman shall have the casting vote.

**Article X:**   The SJRC shall report its major decisions to the General Supervisor. It shall also submit a regular report of its activities, signed by the General Supervisor, to the President of Council of Ministers.

## Financial Rules

**Article XI:**   The SJRC shall be designated with an annual budget for administrative and technical expenditures. The budget shall be overseen by the Chairman and shall conform to the rules of *Sharia*.

**Article XII:**   Each Member of the SJRC shall be paid an honorarium of (500) Saudi Riyals for each meeting attended, ordinary or extraordinary, provided that honorariums for each member do not exceed (20,000) Saudi Riyals per annum. Representatives of charity organization shall be paid by their respected organizations.

**Article XIII:**   The Secretary-General, if hired on a part-time basis, shall receive a monthly honorarium of (          ) Saudi Riyals in exchange for his role as Secretary-General  of the SJRC, to be paid out from the budget of SJRC.

## General Rules

**Article XIV:**   The Chairman shall select a Secretary-General who will be assisted by technical and administrative staff whose salaries shall be paid out from the annual budget.

**Article XV:**   The SJRC shall formulate its own internal bylaws.

**Article XVI:**   This Organizational Charter shall go into effect on the day of its approval.

# Fifth: Internal Bylaws of the SJRC

## [SJRC Meetings]

**Article I:**   An agenda shall be prepared for each meeting.  The agenda shall set the matters for study after pre-approval by the Chairman.

**Article II:**   Emergency issues suggested by a member may be discussed, after approval of the Chairman and a majority of the members.

**Article III:**   Members shall be notified of an ordinary meeting by fax at least three days prior to the meeting. Letters of notification shall include date and venue of the meeting. A copy of the meeting's agenda shall be attached to the letter of notification.

**Article IV:**   Minutes shall be taken at each meeting which shall include decisions taken at the meeting and shall be signed by the Chairman and present members.

**Article V:**   Meetings shall only be held if attended by a majority of members.

**Article VI:**   Members shall not be entitled to represent other members in meetings or vote for them in the absence of an official proxy.

## Secretariat-General

**Article VII:**   The Secretariat-General shall make all arrangements for the meetings. In particular, the Secretariat-General shall:

- arrange for meetings, write down discussions, summarize proposals, take minutes and get them signed;
- prepare agendas of meetings and notify members of time and venue of such meeting;
- propose setting up specialized committees to examine certain issues, or assign one specialist or more to conduct a study in a certain area of interest and determine his honorarium;
- follow-up and carry out decisions taken by the SJRC;
- oversee administrative and financial aspects of the SJRC and its Secretariat-General;
- contact public and private entities through standard channels in order to facilitate the mission of the SJRC and its Secretariat-General. Reporting and executing decisions shall be coordinated with the Chairman;
- provide the media with news about the SJRC, its meetings and decisions., except for certain events in it which it would be best not to disclose, according to the discretion of the Chairman;
- prepare follow-up reports and studies and submit them to the Chairman;
- the Secretariat-General may be assigned by the SJRC or its Chairman to carry out other duties.

**Article VIII:** Experts and employees seconded from government agencies to the SJRC hall be governed by the public service bylaws. However, the bylaws of the SJRC shall govern non-government employees.

**Article IX:**   The Chairman shall issue a resolution concerning the administrative and financial authorities of the Secretary-General.

## Meetings of Executive Committees

**Article X:**   The head of each executive committee shall chair the weekly meeting of his committee.

**Article XI:**   The Secretariat-General shall do the following on behalf of the executive committees:

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23



- make all arrangements for meetings of executive committees, prepare for meetings, take down discussions and proposals, take minutes and get them signed;

- prepare agendas for meetings of executive committees and notify concerned members of time and venue of meetings;

- submit minutes of meetings of executive committees and related recommendations to the Secretariat-General and subsequently to the Joint Committee;

- prepare follow-up reports and studies and submit them to the Secretary-General;

- hire a full-time rapporteur (affiliated to the Secretary-General) to follow-up on meetings of executive committees;

**Article XII:** Executive committees may hire experts or specialists or enter into agreements with agencies to conduct studies, as per bylaws and at the discretion of the Chairman or the Secretary-General.

**Article XIII:** Heads and members of executive committees shall receive an honorarium of ( ) Saudi Riyals per annum. The honorarium shall be paid out from the budget of the SJRC and may be paid in four installments.

## General Rules

**Article XIV:** Executive committees shall be affiliated, as far as their administrative affairs are concerned, with the Secretary-General as detailed in the bylaws.

**Article XV:** Wherever these bylaws are silent, the Organizational Charter of the SJRC shall be in force.

**Article XVI:** The bylaws shall go into effect when approved by the SJRC.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23





Saudi Joint Relief
Committee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الموضوع

التاريخ

المملكة العربية السعودية

اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

الأمانة العامة

اللائحة التنظيمية

للجنة السعودية المشتركة

لإغاثة شعب كوسوفا



جمعية جمعة الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٢٤٤٨٨٨ هـ – ٨ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٨



Joint Relief
tee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم :

الموضوع :

التاريخ :



المحتويات

**أولاً:** تشكيل اللجنة السعودية المشتركة:

(عضوية اللجنة – الأمانة العامة).

**ثانياً:** الأهداف.

**ثالثاً:** الوسائل.

**رابعاً:** اللائحة التنظيمية للجنة:

(مهام اللجنة واختصاصاتها – اجتماعات اللجنة – أحكام مالية – أحكام عامة)

**خامساً:** اللائحة الداخلية للجنة:

(جلسات اللجنة – الأمانة العامة – اجتماعات اللجان التنفيذية – أحكام عامة).

**سادساً:** الهيكل الإداري والتنظيمي للجنة المشتركة.

◆





اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم : .....................

التاريخ : .....................

الموضوع : .....................

١

## ★ أولاً: تشكيل اللجنة:

تـم تشـكيل اللجنـة بنـاء علـى برقيـة المقـام السـامي الكريـم ذي الرقـم ٧/ب/١٨٦٣، وتـاريخ ١٤٢٠/٢/٣هـ، المتضمنـة المـوافقـة علـى محضـر محضـر اللجنـة الوزاريـة العليـا رقـم (٨١)، وتـاريخ ١٤٢٠/٢/٢هـ، بشـأن دراسـة موضـوع الإغاثـة التـي تقـدم مـن المملكـة العربيـة السـعودية علـى المستويين الحكومـي والشـعبي للاجئين الألبان من كوسوفاء والمتضمن: تكوين لجنـة برئاسـة معـالي رئيـس جمعيـة الهـلال الأحمـر السـعودي، وعضويـة منـدوبين علـى مسـتوى رفيـع مـن عـدد مـن القطاعـات الحكوميـة، ومنـدوب عـن كل مـن المؤسسـات الخيريـة السـعودية (تمـت تسـميتها  فـي القـرار)، وأن تكـون هذه اللجنـة تحـت إشـراف صـاحب السـمو الملكـي وزير الداخليـة،  وفـق مهمـات ومسئوليات محددة في القرار.

## أ- عضوية اللجنة:

تضم اللجنة في عضويتها مندوبين، عن كل من:

١). رئاسة الحرس الوطني.

٢). وزارة الدفاع والطيران.

٣). وزارة الداخلية.

٤). وزارة الخارجية.

٥). رئاسة الاستخبارات العامة.

٦). وزارة المالية والاقتصاد الوطني.



جمعيـة الهـلال الأحمـر السـعودي – هيئـة الإغاثـة الإسـلامية العالميـة – النـدوة العالميـة للشـباب الإسـلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨هـ – ٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
ttee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : . . . . . . . . . . . . . . . .

الموضوع : . . . . . . . . . . . . . . .

التاريخ : . . . . . . . . . . . . . . .

٣

٧). وزارة الإعلام.

٨). وزارة العمل والشؤون الإجتماعية.

**ومندوب عن كل من الجمعيات الخيرية التالية:**

٩). هيئة الإغاثة الإسلامية العالمية.

١٠). الندوة العالمية للشباب الإسلامس.

١١). مؤسسة الحرمين الخيرية.

١٢). مؤسسة الوقف الإسلامي.

وتعقد اللجنة اجتماعاتها برئاسة معالي جمعية الهلال الأحمر السعودي.

<u>ب– الأمانة العامة:</u>

يكون مقر أمانة اللجنة في مدينة الرياض، وترتبط في أعمالها بمعالي رئيس جمعية الهلال الأحمر السعودي ويخصص لها العدد الكافي من الوظائف التي تفي بحاجتها.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ –٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
ttee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الموضوع : .............................

٣

التاريخ : .................
الرقم : .................

* ثانياً: الأهداف *

١). توحيد الجهود الإغاثية السعودية على المستوى الحكومي والشعبي (الأفراد والمؤسسات)، وتوجيه الموارد لدى الأعضاء.

٢). تفعيل أنشطة الإغاثة السعودية، وتنسيق جهودها.

٣). إبراز جهود المملكة العربية السعودية في المساعدات الإغاثية والإنسانية لشعب كوسوفا.

٤). توفير الرعاية الطبية والإغاثية بوجه عام للاجئين والمهجرين.

٥). توفير المتطلبات الضرورية للاجئين من: (المواد الغذائية، الملابس، والأدوات، وغيرها).

٦). بث روح الطمأنينة بينهم، وتوجيههم دينياً وثقافياً.

* ثالثاً: الوسائل *

١). إنشاء أمانة عامة للجنة، مقرها مدينة الرياض، وترتبط بمعالي رئيس جمعية الهلال الأحمر السعودي، رئيس اللجنة.

٢). إنشاء مكاتب خارجية تنفيذية حسب الحاجة.

٣). جمع المعلومات والبيانات عن أحوال وأعداد اللاجئين والمهجرين واحتياجاتهم.

٤). وضع خطة إعلامية (استراتيجية) على المستويين الداخلي والخارجي.

٥). مباشرة تنفيذ الأعمال الإغاثية.

**Joint Relief**
**ee For Kosova**



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ............. الموضوع : .............
التاريخ : .............

٤

<div dir="rtl">

**★ رابعاً : اللائحة التنظيمية**

مهام اللجنة المشتركة واختصاصاتها :

- المادة (١): تتولى اللجنة التخطيط والإشراف فيما يتصل بالأعمال الإغاثية في كوسوفا، ودراسة المشكلات المتعلقة بذلك.

- المادة (٢): دراسة واقتراح المساعدات الإغاثية، سواء الرسمية أو الشعبية، وتوجيهها.

- المادة (٣): وضع برامج إغاثة في كوسوفا وخططها وتحديد وسائل تنفيذها.

- المادة (٤): تحديد القواعد العامة لاختيار العاملين في الخارج، وصفاتهم وتدريبهم وتأهيلهم، وما يتصل بذلك من التعيين والإبعاد والنقل والمكافآت.

- المادة (٥): تحديد القواعد العامة للتعاون مع الجهات والأفراد العاملين في مجالات الإغاثة، والتنسيق في ذلك.

- المادة (٦): للجنة أن تطلب أية معلومات، أو دراسات، أو بيانات من أية جهة حكومية لغرض الاطلاع عليها أو الاستفادة منها في تأدية مهامها.

- المادة (٧): للجنة أن تتفق مع الجامعات والمعاهد والمؤسسات والأشخاص، لإجراء دراسات أو القيام ببحوث للاستفادة منها فيما هو داخل في حدود اختصاصها.

اجتماعات اللجنة :

- المادة (٨): تعقد اللجنة جلساتها برئاسة معالي رئيس جمعية الهلال الأحمر السعودي، أو من ينيبه عند غيابه وبحضور أغلبية أعضائها وذلك

</div>

<div dir="rtl">

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٥٨٨٨ ١٢٥٤هـ – ٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

</div>

Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم :
التاريخ :

الموضوع :

٥

بصفة دورية أسبوعية، ويجوز عقد جلسات استثنائية بدعوة من الرئيس، أو بناءً على طلب مكتوب يقدم إلى الرئيس من ثلاثة أعضاء، وتعقد جلسات اللجنة في مدينة الرياض، ويجوز عقدها في أي مكان يحدده الرئيس حسب مقتضى الحاجة.

- المادة (٩): تصدر قرارات اللجنة بالأغلبية المطلقة لأصوات الحاضرين، وعند تساوي الأصوات يرجح الجانب الذي فيه الرئيس.

- المادة (١٠): ترفع اللجنة قراراتها ذات الأهمية للمشرف العام، كما ترفع تقريراً دورياً عن أعمالها إلى رئيس مجلس الوزراء، بتوقيع المشرف العام على اللجنة.

أحكام مالية:

- المادة (١١): يخصص للجنة ميزانية سنوية للصرف الإداري والفني، تحت إشراف رئيس اللجنة السعودية المشتركة في حدود النسبة الموافق عليها شرعاً.

- المادة (١٢): تصرف لكل عضو من أعضاء اللجنة مكافأة مقطوعة قدرها (٥٠٠) ريال عن كل جلسة يحضرها خلال الدورات العادية أو الاستثنائية، على أن لا يتجاوز مجموع المكافأة السنوية عشرين ألف ريال لكل عضو وتتحمل كل جهة صرف مكافآت ممثليها.

Joint Relief
ee For Kosova



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

٦

-المادة (١٣): تصرف للأمين العام للجنة إذا كان غير متفرغ مكافأة شهرية
مقطوعة قدرها (          ) ألف ريال لقاء قيامه بأعمال الأمانة العامة
للجنة أثناء إنعقاد الدورات وخارجها، وتصرف هذه المكافـأة مـن ميزانيـة
اللجنة.

أحكام عامة:

- المـادة (١٤): يختـار رئيس اللجنة أمينـاً عامـاً، ويعاونـه فـي ممارسـة
اختصاصاته أجهزة فنية وإدارية يعين موظفوها ضمن ميزانية اللجنة.
- المادة (١٥): تضع اللجنة اللائحة الداخلية لعملها.
- المادة (١٦): يعمل بهذا النظام من تاريخ اعتماده.



جمعيـة الهـلال الأحمـر السـعودي – هيئـة الإغاثـة الإسـلامية العالميـة – النـدوة العالميـة للشـباب الإسـلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨هـ – ٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



int Relief
e For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ................

الموضوع : ................

التاريخ : ................

٧

<div align="center">

**\* خامسا: اللائحة الداخلية للجنة السعودية المشتركة**

</div>

– المادة (١): ينظم لكل جلسة جدول عمل تحدد فيه الموضوعات محل الدراسة بعد اعتمادها من رئيس اللجنة.

– المادة (٢): يجوز بحث الموضوعات الطارئة المقترحة من أحد الأعضاء بعد موافقة الرئيس وأغلبية الأعضاء.

– المادة (٣): توجه الدعوة لكل عضو لحضور اجتماع اللجنة، يحدد فيها موعد الاجتماع ومكانه، مرفق معها نسخة من جدول الأعمال قبل موعد الجلسة بثلاثة أيام على الأقل عن طريق الفاكس في الدورات العادية.

– المادة (٤): يحرر محضر لكل جلسة، تدون فيه قرارات اللجنة ويوقع من الرئيس والأعضاء الحاضرين.

– المادة (٥): تعقد اجتماعات اللجنة إذا حضرها أغلبية الأعضاء.

– المادة (٦): لا تجوز إنابة عضو عن عضو آخر في حضور الجلسات ولا في التصويت، إلا بتعيين رسمي من القطاع الذي يمثله العضو.

\* الأمانة العامة:

– المادة (٧): تقوم الأمانة العامة بتوفير كافة الترتيبات لاجتماعات اللجنة، وهي مسؤولة على وجه الخصوص عن الأمور التالية:

أ– التحضير والإعداد لاجتماعات اللجنة، وتدوين المناقشات، وتلخيص المقترحات، وإعداد المحاضر ومتابعة توقيعها.

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة إرشاد الإسلام – الرقم المجاني ٢٤٥٨٨٨ـ – ٨٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

di Joint Relief
nittee For Kosova



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم

الموضوع

التاريخ

٨

ب- إعداد جدول أعمال اجتماعات اللجنة، وإبلاغـه لأعضائهـا ودعـوة
الأعضـاء للاجتماعات وإبلاغهم بمكانها وزمانها.

جـ- اقتراح تشكيل لجان متخصصة لدراسة موضوعات معينة، أو تكليف
شخص أو أكثر لإعداد بحث أو دراسة في مجال معين مع اقتراح المكافأة
لذلك.

د- متابعة تنفيذ قرارات اللجنة.

هـ- الإشراف على الأعمال الإدارية والمالية للجنة وأمانتها.

و- الاتصال بالجهات والهيئات الحكومية والخاصة وفق الأصول الإدارية
المتبعة في كل ما من شأنه تسهيل مهمات عمل اللجنة وأمانتها. فيما عدا
إبلاغ القرارات أو تنفيذها فيتم بالتفاهم مع رئيس اللجنة.

ز- تزويد وسائل الإعلام بأخبار اجتماعات اللجنة ومقرراتها باستثناء ما
تكون المصلحة في عدم نشره حسب ما يراه رئيس اللجنة.

ح- إعداد تقارير المتابعة والدراسات ورفعها لرئيس اللجنة.

ط- المهام التي ترى اللجنة أو رئيسها تكليف الأمانة بها.

- المادة (٨): يجوز الاستعانة بخبراء وموظفين يتم تكليفهم بالندب أو
الإعارة أو بالمكافأة، وفق أنظمة الدولة، وغير موظفي الدولة يعاملون
بموجب لائحة اللجنة.

- المادة (٩): يصدر رئيس اللجنة قراراً بتحديد صلاحيات الأمين العـام
الإدارية والمالية.

جماعة عمال الأمم السعودي - هيئة الإغاثة الإسلامية العالمية - الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني ١٢٤٥٨٨٨هـ - ٨ - البريد الإلكتروني redcrescent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١٤٢٩

Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم : ............ ..........
التاريخ : ..........

المرفوع : ................

٩

## اجتماعات اللجان التنفيذية:

– **المادة (١٠):** تعقد اللجان التنفيذية اجتماعاً كل أسبوع مرة، برئاسة رئيس اللجنة التنفيذية.

– **المادة (١١):** تقوم سكرتارية الأمانة العامة بمهمة سكرتارية اللجان، **وتعنى على وجه الخصوص بالآتي:**

أ– توفير كافة الترتيبات لاجتماعات اللجان التنفيذية، والإعداد والتحضير لذلك، وتدوين المناقشات والمقترحات وإعداد والمحاضر ومتابعة توقيعيا.

ب– إعداد جدول أعمال اجتماعات اللجان التنفيذية وإبلاغها لأعضائها ودعوتهم للاجتماع حسب الزمان والمكان المقررين.

جـ– رفع محاضر اجتماعات اللجان التنفيذية وما تتضمنها من توجيهات إلى الأمانة العامة تمهيداً لعرضها على اللجنة المشتركة.

د– إعداد تقارير المتابعة والدراسات ورفعها للأمين العام.

و– تكليف مقرر متفرغ لاجتماعات اللجان التنفيذية، يرتبط بالأمين العام، ويتولى متابعة أعمال اللجان.

– **المادة (١٢):** للجان التنفيذية أن تستعين بخبراء أو مختصين أو جهات أخرى للقيام بدراسات معينة، وفق الأنظمة المعمول بها، وبعد موافقة الرئيس أو الأمين العام.

– **المادة (١٣):** تصرف من ميزانية اللجنة لكل عضو من أعضاء اللجنة التنفيذية بما فيهم رؤساء اللجان مكافآت مقطوعة قدرها (          ) لكل عضو في العام، ويجوز صرفها على أربع دفعات.



جمعيـة الهـلال الأحمـر السعـودي – وبعـة الإغاثـة الإسلاميـة العالميـة – النـدوة العالميـة للشبـاب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف لإسلامي – الرقم المجاني ١٢٤٥٨٨٨هـ–٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الموضوع : ..................

الرقم : ..............................

التاريخ : ..............................

١٠

أحكام عامة:

- **المادة (١٤):** ترتبط اللجان التنفيذية في أعمالها وشؤونها الإدارية بالأمين العام وفق التفصيل الوارد في هذه اللائحة.

- **المادة (١٥):** مالم ينص عليه في هذه اللائحة يرجع فيه للائحة التنظيمية للجنة السعودية المشتركة.

- **المادة (١٦):** يعمل بهذه اللائحة من تاريخ اعتمادها من اللجنة المشتركة.



جمعية الهلال الأحمر السعودي - هيئة الإغاثة الاسلامية العالمية - الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الاسلامي - الرقم المجاني ١٢٤٥٨٨٨ب - ٨٠ - البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩

# EXHIBIT E

حسّان المحاسني

قسم الترجمة (ترخيص رقم ٢٢)

### LAW OFFICE OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 62471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكتب جدة
ص.ب ٢٢٥٦ جــــــدة ٢١٤٥١
هـــــاتف : (٩٦٦-٢) ٦٦٥٤٣٥٣
فــــاكس : (٩٦٦-٢) ٦٦٩٢٩٩٦
{ ع.ت ٦٢٤٧١ }

مكتب الرياض
ص.ب ١٧٤١١ الـــربـــاض ١١٤٨٤
هـــــاتف : (٩٦٦-١) ٤٦٤٤٠٠٦
فــــاكس : (٩٦٦-١) ٤٦٥١٣٤٨
المملكة العربية السعودية

---

<u>Certificate</u>

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

Jeddah on:

Translation Department

<u>شهادة</u>

بهـذا يشـهد "قسـم الترجمـة – مكتـب المحامـي حسان المحاسـني" انـه مكتب مرخص له بالقيـام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكليـزية والعربيـة ؛ وأن ترجمتـه لصـور الوثائـق المرفقـة، مـن اللغـة العربيـة إلى اللغـة الإنكليزيـة، ترجمـة كاملـة وصحيحـة.

جــــدة في :

قسم الترجمة



حسان المحاسني
Hassan Mahassni

بالتــعـــاون مع وايـت انـد كــيس المحــــدودة

ألمانـي – أنقرة – بامكـول – برلـين – بومبـي / مبـاي – براتسـلافا – بروكسـل – بودابسـت – دريـدن – دوسلدورف – فرانكفـورت – هامبـورغ – مدينـة هوشـي منـه كينـغ – اسطنبـول – جاكرتا – جوهانسبـرغ – لنـدن – لـوس أنجليـس – مكسيكـو سيتـي – ميامـي – ميـلان – موسكـو – نيويـورك – بالـو ألتـو – براغ – سـان فرانسـيسكو – سـاوباولو – شـانغهاي – سـنغافورة – سـتوكهولم – طوكيـو – وارسـو – واشـنطن دي سـي

### IN ASSOCIATION WITH **WHITE & CASE LLP**
BERLIN, BOMBAY/MUMBAI, BRATISLAVA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HELSINKI, HO CHI MINH CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

Copy

To: **His Excellency Minister of Finance and National Economy**

We refer to the Letter of His Royal Highness the Second Deputy President of Council of Ministers and Chairman of the Supreme Council for Islamic Affairs No. 107/20/S, dated 28/7/1420AH and the minutes of the meeting of the Supreme Council for Islamic Affairs ("Council") No. 50/HT, dated 22/3/1420 and in particular to Clause 11 of the minutes concerning the financial support of Kosovan Albanians studying *shari' a* sciences abroad and the recommendation of the Preparatory Committee of the Council that this issue be passed to the Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo and that a sum of 5,000,000 Saudi Riyals be donated by the Saudi government and put at SJRC's disposal noting that this sum shall be used to support Kosovan Albanians studying abroad and their families (wives and children) and reunite Kosovan Albanians studying at Saudi universities with their families throughout their period of study; we also refer to the recommendation of the Ministry's representative in the Preparatory Committee that this sum be taken from donations collected by SJRC inside the Kingdom of Saudi Arabia.

We instruct the Ministry of Finance [and National Economy] to provide a sum of 5,000,000 Saudi Riyals as recommended by the Preparatory Committee of the Supreme Council for Islamic Affairs in the minutes of its meeting. You may take all steps deemed necessary in this regard⊙

**President of Council of Ministers**

**CC:**
- Supreme Council for Islamic Affairs
- Saudi Joint Relief Committee (SJRC) – (Ministry of the Interior)
- Ministry of Foreign Affairs
- Ministry of Higher Education
- Ministry of Islamic, Endowment, Call & Guidance Affairs

**Stamps:**

| |
|---|
| • **President of Council of Ministers** True Copy • **Ministry of the Interior** Office of the Minister/Communications No. 7165 Date: 5/12/1420 AH Attachments: |





RECEIVED 0 5 JAN 2005

بسم الله الرحمن الرحيم

١

المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

الرقم ........ ٣/٦٦٢٨٨
التاريخ ........ ٢/١٨/ ١٤٢٥
المرفقات ........

١٩

— صورة —

صاحب المعالي وزير المالية والاقتصاد الوطني

بعد التحية :

نشير الى خطاب صاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء رئيس المجلس الأعلى للشؤون الاسلامية رقم ٢٠/٦٥٧/س وتاريخ ٢٠/٧/٢٨ ١٤٢٠هـ ومشفوعه محضر المجلس الأعلى للشؤون الإسلامية رقم ٥٠/ح ت وتاريخ ٢٠/٣/٢٢ ١٤٢٠هـ المتضمن في الفقرة الحادية عشرة منه مايتعلق بموضوع دعم الطلاب الدارسين للعلوم الشرعية وغيرها من ابان كوسوفا في خارج كوسوفا ليستمروا في دراستهم حيث أوصت اللجنة التحضيرية للمجلس بإحالة الموضوع الى اللجنة السعودية المشتركة لإغاثة شعب كوسوفا وتقديم دعم مالي قدره (٥ر٠٠٠ر٠٠٠) خمسة ملايين ريال من حكومة المملكة يوضع تحت تصرف اللجنة المشتركة للصرف منه على الطلاب وأسرهم (زوجاتهم وأطفالهم) الذين انقطعت بهم السبل في خارج كوسوفا، والحاق زوجات وأطفال الطلاب الدارسين في جامعات المملكة بهم مدة دراستهم ورأى ممثل الوزارة في اللجنة التحضيرية أن يكون المبلغ المقترح مماللدى اللجنة المشتركة من التبرعات التي جمعتها من المحسنين في المملكة.

ونرغب اليكم صرف المبلغ الذي أوصت به اللجنة التحضيرية للمجلس الأعلى للشؤون الاسلامية في محضرها المشار اليه وقدره خمسة ملايين ريال من المالية، فأكملوا مايلزم بموجبه،،،،

رئيس مجلس الوزراء

LUFTA TRANSLATION

وزارة الداخلية
مكتب الوزير ...

المجلس الأعلى للشؤون الإسلامية
نسخة للجنة السعودية المشتركة لإغاثة شعب كوسوفا (وزارة الداخلية)
نسخة لوزارة الخارجية
نسخة لوزارة التعليم العالي
نسخة لوزارة الشؤون الاسلامية والأوقاف والدعوة والارشاد

المستشار د/ ...

# EXHIBIT F

حـسّـان الـمُـحـاسْـني

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI
### TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكتب جدة
ص.ب ٢٢٥٦ جـــــدة ٢١٤٥١
هــــاتف : (٩٦٦-٢)٦٦٥٤٣٥٣
فـــاكس : (٩٦٦-٢)٦٦٩٢٩٩٦
( غ.ت ) ٦٣٤٧١

مكتب الرياض
ص.ب ١٧٤١١ الـريـاض ١١٤٨٤
هـاتف : (٩٦٦-١)٤٦٤٤٠٠٦
فـاكس : (٩٦٦-١)٤٦٥١٣٤٨
المملكة العربية السعودية

<u>Certificate</u>

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

<u>شهادة</u>

بهذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

**15 JAN 2005**

...dah on:

جــدة في :

Translation Department 

قسم الترجمة



حسان المحاسني
Hassan Mahassni

بالـتـعـاون مـع وايـت أنـد كـيـس الـمـحـدودة

ألماني – أنقرة – بانكوك – برلين – بومباي / مباي – براتسلافا – بروكسل – بودابست – دريزدن – دوسلدورف – فرانكفورت – هامبورغ – هلسنكي
هونغ كونغ – اسطنبول – جاكرتا – جوهنسبيرغ – لندن – لوس انجلس – مكسيكو سيتي – ميامي – ميلان – موسكو – بالو التو
سان فرانسسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي

IN ASSOCIATION WITH WHITE & CASE LLP
BANGKOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HELSINKI,
HO CHI MINH CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW,
NEW YORK, PALO ALTO, PARIS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON D.C.

In the name of Allah, most merciful most gracious

Number:        A/1
Dated:         6/1/1425 H.

With Allah's grace, We, Fahad Bin Abdulaziz Al-Saud, King of the Kingdom of Saudi Arabia, after review of the bylaw for the National Committee for Aid and Charitable Work Abroad, and based on what was presented to us by His Royal Highness the Crown Prince, Deputy President of Council of Ministers and President of the National Guard, order as follows:

**First:**         Approval of the establishment of a charitable organization named the "Saudi National Committee for Aid and Charitable Work Abroad" in accordance with its bylaws, as attached.

**Second:**         The activities of all charitable organizations, corporations and societies as well as committees and foundations, whether public, private or of Saudi individuals, which participate in charitable activities abroad shall be stopped, and, unification of all those activities with the Saudi National Committee for Aid and Charitable Work Abroad, so that the Committee will commence those activities from the date of establishment of its council in accordance with a program that it prepares for this purpose.  The council may, with the consent of the Specialized Committee, establish a sub-committee with participation from some of the workers at those [charitable] organizations, corporations, societies, committees and foundations in order for important current activities abroad to continue.

**Third:**         The Specialized Committee shall prepare a list of names of the Saudi supervisors of the activities of the organizations, corporations, societies, committees and foundations that are currently active and that engage in charitable activities abroad, as well as other Saudi individuals that contribute in charitable activities and who can be trusted.  In addition, it shall nominate directors for the Committee from those mentioned [in the list].

**Fourth:**         Governmental authorities shall be prohibited from contributing donations, assistance or any other charitable activity abroad without first seeking proper direction.

**Fifth:**         All in-kind and cash (both transferable and non-transferable) assets and connected properties abroad that are associated with the activities of the organizations, corporations, societies, committees and foundations shall be transferred to the Committee. Likewise, all Saudi employees shall be transferred in accordance with the needs of the Committee.

**Sixth:**         The use of collection boxes inside [Saudi Arabia] shall be prohibited.  All individuals, of personal or juristic status, shall be prohibited from collecting contributions for abroad [causes] without consent and an official license from the Committee, and after approval from the Specialized Committee.  Additionally, any private or individual entity shall be prohibited from participating in any charitable activity abroad or supplying in

kind or cash contributions or assistance to foreign parties except through the Committee. The necessary authorities shall strictly and deliberately punish any violators of the above.

**Seventh:** The Specialized Committee shall enforce what is referred to in the Fifth Article (above) and shall place the proper infrastructure to correct the affairs of the organizations, corporations, societies, committees and foundations that are currently active in charitable activities abroad and to merge their activities to the Committee in accordance with what is referenced above. The [Specialized] Committee may engage the help of a legal accountant or more.

**Eighth:** All unlicensed organizations, corporations, societies, committees and foundations shall be dissolved. The Specialized Committee shall institute the proper arrangements for [such dissolution].

**Ninth:** The Specialized Committee – which is referred to in the Committee bylaws and this order – shall consist of:

1. Presidency of General Intelligence
2. Ministry of Interior
3. Ministry of Foreign Affairs
4. Ministry of Finance [and National Economy]
5. Ministry of Islamic, Endowment, Call and Guidance Affairs

**Tenth:** Our order herein here shall be forwarded to the proper parties for its observance and execution.

Fahd Bin Abdulaziz
[Signature]



COHEN - W&C LLP RIYADH.
AL-QANUNIYAH
☒023
Ø001

بسم الله الرحمن الرحيم

RECEIVED 0 7 DEC 2004

الــرقم : ١ / ١
التاريخ : ١٤٢٥/١/٦

بعــــون اللــــه تعالــــــى

نحــن فهــد بــن عبدالعزيــز آل ســـعود

ملــك المملكــة العربيــة الســعو

بعد الإطـلاع على مشـروع النظام الأساسـي للهيئـة السـعودية الأهليـة للإغاثـة والأعمـ
الخيرية في الخارج .

وبناء على ما عرضه علينا صاحب السمو الملكي ولي العهد نائب رئيس مجلس الـوزراء رئيـو
الحرس الوطني .

أمرنا بما هو آت :-

أولا : الموافقة على تأسيـس هيئـة خيريـة تسـمى " الهيئـة السـعودية الأهليـة للإغاثـة والأعمـال
الخيرية في الخارج" طبقاً لنظامها الأساسي المرفق بأمرنا هذا .

ثانيا : إيقاف أعمال جميع الهيئات والمؤسسـات والجمعيات الخيريـة واللجـان والمبـرات سـواء
الحكوميـة أو الأهليـة أو الفرديـة السـعودية الـتي تمـارس نشـاطات خيريـة
في الخارج ، وتوحيد جميـع تلـك الأعمال في الهيئـة السـعودية الأهليـة للإغاثـة والأعمـ
الخيرية ، على أن تباشر الهيئة تلك الأعمال من تاريخ تشـكيل مجلسـها ، وذلـك وفـق
برنامج تعده في هذا الشأن ، وللمجلس تشكيل لجنة يشـترك فيهـا بعض العـاملين بهـذه
الهيئات والمؤسسات والجمعيات واللجان والمبرات ، لتسـيير الأعمـال الضـرورية القائمـة
حالياً في الخارج ، وذلك بعد موافقة اللجنة المختصة .

ثالثا : قيام اللجنة المختصة بإعداد قائمة بأسمـاء المشـرفين السـعوديين على أعمـال الهيئـات
والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً الـتي تمـارس أنشـطة خيريـة في
الخارج ، وغيرهم من الأشخاص السـعوديين المشـهود لهم بالإسـهام في الأعمـال الخيريـة
وممن يتمتعون بالثقة ، وترشيح أعضاء مجلس الهيئـة من هـؤلاء المـذكورين ، والرفـع
عن ذلك .

رابعا : منع أي جهة حكومية من تقديم تبرعات أو مسـاعدات أو أي نشـاط خيـري في الخـارج إلا
بعد الرفع لأخذ التوجيه اللازم .

LOHM - W&C LLP RIYADH
AL-QANONIYAH

ص(٢)

خامساً : تنقل إلى الهيئة جميع الأصول والممتلكات المتعلقة بممارسة نشاطات والمؤسسات والجمعيات واللجان والمبرات العينية والنقدية (المنقولة وغير المنقولة) وغير المنقولة الخارج ، ونقل حساباتها وجمعها في حساب واحد باسم الهيئة المذكورة ، وكذا العاملين من السعوديين فيها بحسب احتياجات الهيئة .

سادساً : منع استخدام صناديق جمع التبرعات في الداخل نهائياً ، ومنع أي شخص ذي طبيعية أو اعتبارية من جمع التبرعات للخارج إلا بإذن من الهيئة وبترخيص منها ، ويعد موافقة اللجنة المختصة ، وكذلك منع أي جهة أهلية أو فردية من ممارسة نشاط خيري في الخارج أو تقديم تبرعات أو مساعدات عينية أو نقدية لجهات خارجية إلا عن طريق الهيئة ، وتحاسب الجهات المختصة كل من يخالف أياً من ذلك بحزم وشدة .

سابعاً : تتولى اللجنة المختصة تنفيذ ما ورد في المادة (خامساً) أعلاه ، ووضع آلية معينة لتسوية أوضاع الهيئات والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمارس نشاطات خيرية في الخارج ، وضم تلك الأعمال للهيئة ، وذلك ونقلاً لما أشير إليه سابقاً ، على أن يشترك مع هذه اللجنة عند بحث موضوع كل هيئة أو مؤسسة أو جمعية أو لجنة أو مبرة معنية بالأمر المسؤول عنها ، ولهذه اللجنة الاستعانة بمحاسب قانوني أو أكثر .

ثامناً : إلغاء جميع الهيئات والمؤسسات والجمعيات الخيرية واللجان والمبرات غير المرخص بإنشائها نظاماً ، على أن تتولى اللجنة المختصة وضع الترتيبات اللازمة لذلك .

تاسعاً : تتكون اللجنة المختصة ـ المنصوص عليها في النظام الأساسي للهيئة وهذا الأمر ـ من :
١- رئاسة الاستخبارات العامة .
٢- وزارة الداخلية .
٣- وزارة الخارجية .
٤- وزارة المالية .
٥- وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد .

عاشراً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه ، ،،،

فهد بن عبدالعزيز

