UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2013

------------------------------------------------------x

IN RE:

                                     :        **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                    :        03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        The discovery conference scheduled for September 10, 2013 is adjourned. By September 13, 2013, the parties shall submit a joint letter to my Chambers providing their availability for a further conference during the week of October 28, 2013.

        SO ORDERED.

Dated:        New York, New York
                  September 4, 2013

                                                FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)