# MEMO ENDORSED

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

Via Facsimile

September 12, 2013

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee respectfully submit this request pursuant to Your Honor's Order dated September 4, 2013 (ECF No. 2776), directing the parties to submit a joint letter providing availability for a conference during the week of October 28, 2013.

Having conferred among counsel on both sides, the parties jointly request that Your Honor schedule a conference for October 29, 2013. Given various counsels' travel arrangements, the parties further request that the conference begin at 11:00 am or later.

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

Alan R. Kabat
THE DEFENDANTS' EXECUTIVE
COMMITTEE

cc: Hon. George B. Daniels (By Federal Express)
MDL-1570 counsel (By electronic mail)

---

**Handwritten endorsement by Judge:**

Unfortunately, while counsel were consulting, my dance card has been filling up. I am only available until 11:45 on 10/29. Alternatively, I could meet with counsel at 5pm. Please advise.

Maas, USMJ,
9/12/13

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/13