## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**MEMO ENDORSED**

<u>Via Facsimile</u>

September 13, 2013

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/13

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee respectfully submit this letter to address the inquiry in Your Honor's endorsement filed on the docket at ECF No. 2777, regarding the times available for a conference on October 29, 2013. Having again conferred among counsel, the parties jointly request that Your Honor schedule a conference on October 29, 2013 at 10:00 am.

So ordered:
/s/ Frank Maas
USMJ
9/13/13

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

Alan R. Kabat
THE DEFENDANTS' EXECUTIVE COMMITTEE

cc: Hon. George B. Daniels (By Federal Express)
    MDL-1570 counsel (By electronic mail)