# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

**MEMO ENDORSED**

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

OLIVER TWADDELL
Associate
Admitted in New York
U.S. Court of Appeals for Veterans Claims

JOHN ZEVITAS
Associate
Admitted in Massachusetts

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

CHRISTINE M. HILGEMAN
Of Counsel
Admitted in Virginia and the District of Columbia

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

September 26, 2013

The Honorable Frank Maas
U.S. District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 740
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

*[signature]*

Frank Maas, USMJ 9/26/13

**Re: In Re Terrorist Attacks on September 11, 2001 03, MDL 1570 (GBD/FM)
Request to Include Dallah Avco in Extension on Jurisdictional Discovery Matters**

Dear Judge Maas

Through an oversight on my part, the entity Dallah Avco was not included in the recent application for an extension on jurisdictional discovery matters. Mr. Carter has agreed that we can be incorporated in the group seeking and securing that extension. If you do not have a problem with that, this letter of agreement will serve as evidence of your approval in including Dallah Avco in that order.

We respectfully request your Honor's endorsement of this request.

Very truly yours,

*[signature]*

Martin McMahon, Esq.
Managing Partner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/13

cc: MDL-1570 counsel of record

1