**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

In re Terrorist Attacks on September 11, 2001      :

                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

03 MDL 1570 (GBD)(FM)

*This document relates to:*
*Burnett v. Arab Bank, PLC, 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

GEORGE B. DANIELS, District Judge:

     Defendant Dubai Islamic Bank's motion for an order pursuant to 28 U.S.C. § 1292(b)

authorizing an appeal from this Court's Order (ECF 2252) denying DIB's motion to dismiss

(ECF 955) is DENIED.

     The Clerk of the Court is ordered to close this motion (ECF 566).

Dated: September 30, 2013
      New York, New York

SEP 30 2013

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge