UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

*This document relates to:*

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978

ORIGINAL

## STIPULATION AS TO EXTENSION OF TIME TO SUBMIT BRIEFING CONCERNING DR. ABDUL RAHMAN AL SWAILEM'S RENEWED MOTION TO DISMISS

WHEREAS Defendant Dr. Abdul Rahman Al Swailem ("Dr. Al Swailem"), pursuant to the briefing schedule set forth in the Court's July 15, 2013 Order (MDL Dkt. No. 2743), submitted a renewed motion to dismiss on the basis of common law sovereign immunity on August 29, 2013 (MDL Dkt. Nos. 2773-2775); and

WHEREAS the Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 have requested a brief two-day extension to file their opposition to Dr. Al Swailem's renewed motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between the *Federal Insurance* Plaintiffs and Defendant Dr. Al Swailem, by and through their undersigned counsel, that the time for the *Federal Insurance* Plaintiffs to file their opposition to Dr. Al Swailem's renewed motion to dismiss shall be or before October 9, 2013.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that the time for Dr. Al Swailem to file his reply brief shall likewise be extended and due on or before October 24, 2013.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/13

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for the Federal Insurance Plaintiffs*


BERNABEI & WACHTEL, PLLC

By: _____
Alan R. Kabat, Esq.
Lynne Bernabei, Esq.
1775 T Street, N.W.
Washington, D.C. 20009-7102

*Attorneys for Defendant Dr. Abdul Rahman Al Swailem*

SO ORDERED:

_____
FRANK MAAS, U.S.M.J.

Dated: 9/30/13

LEGAL\17330534\1 00000.0000.000/117430.000