# Exhibit 4

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.91**)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside. Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

    __ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that. Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

*unclear which paragraph they were intended for)*

16. Reducing the number of the working brethren, except for those who are needed urgently.

17. Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

*(Text continues in TAREEKHOSAMA/29/Tareekh Osama.92)*

BOS000068

بسم الله الرحمن الرحيم

١- تبقى العوائل كما هي
٢- المعسكرات كما هي
٣- تحريض الأخوة على الاستفادة من التدريب
٤- تمريض القادة على الدخول الداخل
٥- معرفة آلاء قوة المستعد بنى للدخول من الجميع
٦- القيام بحملة إعلامية واسعة لجميع التبرعات
٧- نو ضبير موقف المجاهدين للعالم وإذكاء وردة إجابة
٨- إرسال أخوة في هذا الشهر لتهيئة قواعد لوفود العرب
٩- تشكيل مجلس شورى للدفوة العربية وإنشاء كفاءة
١٠- تشكيل لجنة لجمع والاستقبال التبرعات و من الجانبين
- البلدي والراطه والشيخ عبد الله وحبة المناتة
١١- همت البيكات ابو سلمه مع ابو دفال ماعند صالح
١٢- ايضا في التوسع
١٣- تم تميد ادارة إبراز تيارات قوية لكل من يبادر
  وتبدأ در رسالة و ماسدة.
١٤- استنارة من وزير النبلا الأمور والأهم بات كلبة
١٥- البحث مع جماعة صدرها من إمكانية نبتسم للبرمجا
  البلد إلى هل و بعث الطرويد الغزو به لذلك
١٦- تعليم يجب تشديد البر قوة العاملين إلا للأمور المهمة
١٧- انتها درس مع كبار قائدة ابو سلامة مافة وضائع المالية
  و إمكانية التعاون أبو الحور