# Exhibit 5

# Wael Jelaidan

## Life in America:

I graduated from the high school in summer 1976 and got scholarship for my B.Sc in Soil Science. In fall 1976, I joined the English language program in Belmont, North Carolina. In fall 1977, I joined the two years Diploma program in St. Petersburg College, Florida. I got my Bachelors degree in Soil Science in fall 1981 from Eastern Kentucky University.

In spring 1982, I was appointed as a Tutor in the King Abdul Aziz University, Jeddah, Saudi Arabia at the College of Meteorology, Environment and Agriculture in the Arid Zone.

Thereafter, in fall 1983, I got a scholarship for my higher education in the Range Management (Agriculture) and joined the Masters Program at the University of Arizona, Tucson.

I left the United States in spring 1985 to join the relief work in Pakistan. Since then, I have visited the United States once in December 1990 for two weeks to attend a conference arranged by MAYA (Muslim Arab Youth Association).

I would like to take this opportunity to express my deep appreciation for the American people and the American way of life and the educational system. I spent my good seven years in the United States without any violations of the law. I am greatly thankful to my teachers in all the institutions in which I have received my education in the United States of America.

In 1984, I was elected as the president of the Islamic Center, Tucson, Arizona.

Since my last visit in 1990, I have not visited the United States.

## History of Humanitarian Relief Efforts:

1

Wael Jelaidan

022

The Soviet Union invaded Afghanistan in 1979. I left the United States in 1985 and joined the relief activities rendered for the Afghan nation who faced atrocities and hard time due to the invasion of Afghanistan. I felt that it was my human and religious obligation to offer whatever I could for my brothers in faith. This is the reason, why my focal point has always been relief work for the Afghan refugees. During my assignment in Pakistan, my job was to ensure that all relief goods and humanitarian supplies arriving in Pakistan reached the needy and displaced people.

From 1986 to the end of 1988, I was appointed as the Director of the Saudi Red Crescent Society in Pakistan which is a member of International Red Cross and Red Crescent societies. The relief efforts, for which I was responsible, consisted of a tuberculosis hospital, a surgical hospital, some dispensaries and pharmaceutical supplies, scattered around the refugee camps. The following is the brief history of my assignments:

1989: Joined MWL Muslim World League as a Director and worked until 1994, looking after education and relief work for the refugees.

1992: Became Project Director of the Rabita Trust, a joint TRUST formed by the Government of Pakistan and Muslim World League jointly for the repatriation and rehabilitation of the Stranded Pakistanis in Bangladesh, commonly known as Biharis, who were left behind after the 1971 Indo-Pakistan war. Under the Rabita Trust arrangements for the repatriation of the Stranded Pakistanis, a housing project was planned and executed which was a single project operation. As a Project Director, I supervised the construction of 1000 residential units in the province of the Punjab, as a pilot project. The Government of Pakistan had been a partner in this project and all funds and resources used to be released by the Government of the Punjab at that time.

2

Wael Jelaidan

| | |
|---|---|
| 1994 | I worked in Pakistan until 1994 and then returned to Saudi Arabia for good. |
| 1998 to date: | In 1998, I was appointed as the Secretary General of the Rabita Trust by the Muslim World League. The project could not continue due to internal problems in Pakistan as well as between the Pakistani Government and the Bangladeshi Government over the issue of repatriation. In October 2001, the Rabita Trust was designated by the OFAC. I was personally designated after 1 year, in September 2002. At present, I am defending myself in the civil case while Muslim World League is defending Rabita Trust in the same case. The reality is that there had never been any transfer of funds from Rabita Trust to anywhere except to the housing project. Following the designation of Rabita Trust, the Government of Pakistan instructed a foreign based audit company to conduct a thorough audit on all the receivables and expenditures but after carrying out the audit for a complete year, they never found any activity or transfer of funds beyond the objectives of the Rabita Trust Deed. The audit report is available both with the audit company (Messrs Ferguson), and with the Government of Pakistan, but unfortunately, there is no mechanism laid down by the OFAC as well as by the treasury department of the United States to de-list an organization from the Terrorist List once it is proved to be wrongly designated. |
| 1999: | I was appointed as the Executive Director of the SJRC (Saudi Joint Relief Organization), established by the Government of Saudi Arabia to help the people of Kosovo during their stay in Albania and Macedonia, until they were repatriated back to Kosovo. I held this position for one year. |

3

Wael Jelaidan