# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.

WASHINGTON, D.C. 20009

OCT 1 3 2013

| LYNNE BERNABEI | 202.745.1942 | PETER M. WHELAN |
| DAVID WACHTEL | FAX: 202.745.2627 | LAUREN R. S. MENDONSA |
| ALAN R. KABAT | WWW.BERNABEIPLLC.COM | NADIA E. SAID ■ |
| | | MATTHEW E. RADLER ▲ |
| | | ■ ADMITTED IN IL ONLY |
| | | ▲ ADMITTED IN VA ONLY |

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/13

By Telecopier and Overnight Mail
October 17, 2013

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ  10/19/13

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

On behalf of the defendants who are currently in jurisdictional discovery, I write to request Your Honor's endorsement of an extension of the deadline for the document production from Monday, October 21, 2013 to Monday, November 11, 2013.

This three-week extension was requested by counsel for Dallah Avco, and would apply to the other jurisdictional discovery defendants' responses to plaintiffs' discovery requests, as well as to plaintiffs' responses to these jurisdictional defendants' discovery requests.

The parties are not presently seeking any change to the present January 14, 2014 deadline for completion of document productions. However, as plaintiffs have noted previously, plaintiffs believe some modification may be necessary in light of the adjustments to interim dates.

Counsel for plaintiffs have consented to this request for a mutual extension.

Hon. Frank Maas
October 17, 2013
Page 2 of 2

Sincerely,

*Alan R. Kabat*

Alan R. Kabat


cc: MDL-1570 counsel