UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

In re Terrorist Attacks on September 11, 2001[1]

03 MDL 1570 (GBD) (FM)

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Waleed Nassar hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for International Islamic Relief Organization and the Muslim World League in the above-captioned action.

I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 7, 2013

Respectfully Submitted,

**APPLICATION GRANTED
SO ORDERED**

Frank Maas, USMJ
10/29/13

Applicant Signature

Applicant's Name: Waleed Nassar

10/29/13

---

[1] *This applies to: Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 03-cv-6977 (GBD) (FM); *Burnett Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-cv-9849 (GBD) (FM); *Cantor Fitzgerald Associates LP, et al. v. Akida Investment Co., Ltd., et al.,* Case No. 04-cv-7065 (GBD) (FM); *Continental Casualty Co., et al. v. Al Qaeda Islamic Army et al.,* Case No. 04-vc-05970 (GBD) (FM); *Federal Insurance Co., et al. v. Al Qaeda, et al.,* Case No. 03-cv-6978 (GBD) (FM); *O'Neill, Sr., et al. v. Al Baraka Investment & Development Corporation, et al.,* Case No. 04-cv-1923 (GBD) (FM); *Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 04-cv-7279 (GBD) (FM).