UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:
                                                :    **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                      :    03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held on October 29, 2013, it is hereby

ORDERED that:

1. The Court reserves decision on Plaintiffs' motion for sanctions against defendants Sana-Bell, Inc., and Sanabel Al Kheer, Inc.

2. By November 26, 2013, Sana-Bell, Inc. and Sanabel Al Kheer, Inc. shall produce any additional documents in their possession, custody or control that are responsive to the Plaintiffs' discovery requests.

3. A further conference shall be held on December 13, 2013, at 11 a.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           October 30, 2013

                                                             FRANK MAAS
                                                             United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF