
Manning Sossamon

*Via Federal Express*

November 6, 2013

The Honorable Frank Maas
United States District Court for the
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007-1312

**MEMO ENDORSED**

NOV 0 . 2013

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

Sana-Bell, Inc. and Sanabel Al Kheer, Inc. ("Defendants"), with the consent of the Plaintiffs' Executive Committee, write to request an extension of time within which to produce their additional documents ordered to be produced by the Court's October 20, 2013 Order (Docket Entry Number 2792) until December 6, 2013.

Defendants request this extension of time because Defendants' counsel was previously scheduled to be out of the office visiting his family during the week of November 25, 2013 which is Thanksgiving week. As mentioned, Plaintiffs' Executive Committee has consented to Defendants' request and this extension will not prejudice any party.

Respectfully Submitted,

Christopher C. S. Manning

Approved
[signature]
USMJ
11/12/13

cc:  Plaintiffs' Executive Committee

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]

11/12/13

1