# BERNABEI & WACHTEL, PLLC **MEMO ENDORSED**

ATTORNEYS AT LAW

1775 T STREET, N.W.
WASHINGTON, D.C. 20009

LYNNE BERNABEI
DAVID WACHTEL
ALAN R. KABAT

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

PETER M. WHELAN
LAUREN R. S. MENDONSA
NADIA E. SAID ■
MATTHEW E. RADLER ▲
■ ADMITTED IN IL ONLY
▲ ADMITTED IN VA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 11/15/13

By Telecopier
November 15, 2013

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*The conference is adjourned to 12/20/13 at 11 a.m.*

*Maas, USMJ, 11/15/13*

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

The Defendants' Executive Committee, on behalf of the defendants currently in discovery, and the Plaintiffs' Executive Committees, write regarding two scheduling matters.

First, at the October 29, 2013 conference, Your Honor requested that the parties confer regarding the briefing schedule for letter applications. We have conferred and are in agreement that the following briefing schedule should apply:

(1) Letter applications will be served on both the Court and the opponent;
(2) Oppositions will be served on both the movant and the Court 3 weeks after service of the letter application; and
(3) Replies will be served on both the opponent and the Court 1 week after service of the opposition.

Magistrate Judge Maas
November 15, 2013
Page 2 of 2

      Second, this Court set the next status conference for Friday, December 13, 2013. However, counsel for several defendants who were unable to be present at the October 29 conference are unavailable on that December date, and they request the favor of being able to raise pending discovery issues in December. All counsel are available on Friday, December 20, 2013, for a rescheduled discovery conference, assuming that Your Honor is also available on that date. We request your consideration of this alternative date.

      Thank you for your consideration of these requests.

                               Sincerely,

                               *R. Haefele /A/C*

                               Robert Haefele
                               Plaintiffs' Executive Committees

                               *Alan R. Kabat*

                               Alan R. Kabat
                               Defendants' Executive Committees

cc:      Hon. George B. Daniels
           MDL-1570 counsel