UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13

:
:   **ORDER**
:
:   **1:03 MDL 01570 (GBD) (FM)**

-----------------------------------------------------------------X

**This Document Relates to**
*Hoglan v. Iran,*
**1:11-cv-7550 (GBD) (FM)**

AND NOW, this 26th day of November, 2013, upon consideration of the *Hoglan* Plaintiffs' Motion to Request the Issuance of Letters Rogatory, and the accompanying Memorandum of Law, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED. This Court shall issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion, requesting assistance in serving the Order and Judgment issued by this Court, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; (2) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (3) National Iranian Tanker Corporation; (4) National Iranian Oil Corporation; (5) National Iranian Gas Corporation; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah.

The U.S. Department of State shall transmit the Letters Rogatory and the accompanying legal documents, including the translations, related to the Second Amended Complaint to the appropriate judicial authority of the Islamic Republic of Iran pursuant to §1608(b)(3)(A).

BY THE COURT:

_____
~~George B. Daniels~~
~~United States District Judge~~
FRANK MAAS
UNITED STATES MAGISTRATE JUDGE