# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.
WASHINGTON, D.C. 20009

LYNNE BERNABEI
DAVID WACHTEL
ALAN R. KABAT

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

PETER M. WHELAN
LAUREN R. S. MENDONSA
NADIA E. SAID ■
MATTHEW E. RADLER ▲
KAREN TANENBAUM

■ ADMITTED IN IL ONLY
▲ ADMITTED IN VA ONLY

**MEMO ENDORSED**

By Telecopier and First Class Mail
December 12, 2013

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD/FM)

Dear Judge Maas:

> Counsel who wish to attend the 12/20 conference by telephone may do so. In advance of the conference, the PEC should suggest (at least to the DEC) possible revisions to the discovery schedule and the DEC should respond.
>
> /s/ FMaas, USMJ, 12/12/13

The Plaintiffs' Executive Committees and the Defendants' Executive Committee (on behalf of the Defendants currently in discovery in this Court and those defendants remanded by the Court of Appeals for judicially-supervised jurisdictional discovery) respectfully submit the proposed agenda for the December 20, 2013 discovery conference.

**Joint Proposal:**

The parties are in agreement that the following two motions are ripe for review at the December 20, 2013 discovery conference:

1. Defendants' motion to compel with respect to Plaintiffs' FOIA production; and
2. Defendant WAMY's motion to compel with respect to Plaintiffs' discovery responses.

Although counsel who will be arguing these two motions expect to be present in person, several other counsel would appreciate the opportunity to be present by telephone, with this Court's permission. If so approved, we will provide the Court and the parties with a call-in number for this purpose.

*[ELECTRONICALLY FILED stamp: 12/12/13]*

Hon. Frank Maas
December 12, 2013
Page 2 of 2

### Plaintiffs' Proposal:

Plaintiffs wish to discuss the current discovery schedule, an issue plaintiffs previously indicated would likely need to be revisited in light of interim extensions requested by the parties, and the current status of productions.

### Defendants' Response to Plaintiffs' Proposal:

While defendants are willing to discuss a specific proposal regarding the discovery schedule, plaintiffs have not set forth any specific dates, so that defendants are unable to provide a substantive response to this generic proposal.

### Defendants' Proposal:

Counsel for Sanabel will be available to advise the Court of its compliance with the discovery order through its recent production of documents to plaintiffs.

### Plaintiffs' Response to Defendants' Proposal:

Sana-Bell, Inc. and Sanabel al Kheer, Inc. (the Sanabel defendants) sought and obtained an extension of the Court's deadline for supplementing their productions, from November 25, 2013 to December 6, 2013. As a result, plaintiffs did not receive the Sanabel defendants' supplemental production until one week ago. Although plaintiffs have commenced their review of that supplemental production, plaintiffs will not have had an opportunity to complete their analysis of that production prior to the December 20, 2013 conference. Plaintiffs note that they have already identified some apparent deficiencies in the production through a preliminary analysis of those materials, and can offer some relevant examples at the conference if the Court is inclined to entertain the Sanabel defendants' request for an opportunity to "advise the Court of [their] compliance with the discovery order through [their] recent production of documents to plaintiffs." However, plaintiffs will not be in a position to comprehensively address this recent production at the conference on December 20.

Respectfully,

*R.T. Haefele /AK*
Robert T. Haefele
The MDL-1570 Plaintiffs' Executive Committees

*AR Kabat*
Alan R. Kabat
The Defendants' Executive Committee

cc: Hon. George B. Daniels (By Telecopier)
MDL-1570 counsel (By electronic mail)