UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2013
```

Hoglan et al.,

                    Plaintiff(s)

                    -v-

Iran et al.,

                    Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  03MD1570    (gbd)

I hereby certify under the penalties of perjury that on 13th day of December , 20 13 , I served:
Policy Review & Inter-Agency Liason, Sec. of State Dir. Consular Serv. (CAOCSPRI), U.S. Dept.of State
SA-29, 4th Fl., 2201 C St. NW, Washington, DC 20520 ( Ayatollah Ali Hoseini Khamenei)

☐ One copy of the _____

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by_____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☒ Two copies of the Please see attached paper

by Fed Ex Tracking # 7973 8128 8144 , to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
12/13/2013

                    RUBY J. KRAJICK
                    CLERK OF COURT

                    Print Name: JeanineViera-Santia
                    DEPUTY CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

RUBY J. KRAJICK
CLERK OF CLERK

December 13, 2013

Policy Review & Inter-Agency Liason
Secretary of State Director of Special Consular Services
(CAOCSPRI) United States Department of State
SA-29, 4th Floor, 2201 C St. NW
Washington, DC 20520

Re:     Hoglan, et al., v. Iran, et al.,
        03 MD 1570 (GBD)

Dear Sir:

        Enclosed please find a copy of a letter received from the Wiggins, Childs, Quinn, and
Pantazis, an Notice of Suit prepared in accordance with 22 CFR § 93.2, Second Amended
Complaint, deemd filed on September 9, 2011, Court Order, Summonses, Letters Rogatory, and
Applicable FSIA text. Three copies of each document , in both English and Farsi for each of the
eight defendants, and translation with an affidavit from the translator.  Also enclosed is a money
order in the amount of $2,275.00.  Please transmit the documents pursuant to the Foreign
Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the
following:

Ayatollah Ali Hoseini Khamenei,
Supreme Leader of Iran
Imam Khomeini Street
Tehran, Iran

Ali Akbar Hashemi Rafsanjani, Chairman,
Expediency Discernment Counsel and former
President of Iran
Imam Khomeini Street
Tehran, Iran

National Iranian Tanker Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Oil Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Gas Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Petrochemical Company
Imam Khomeini Street
Tehran, Iran

Iranian Airlines aka Iran Air
Imam Khomeini Street
Tehran, Iran

Hezbollah
Imam Khomeini Street
Tehran, Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance.  If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

(1)   Notice of Suit prepared in accordance with 22 CFR § 93.2;
(2)   Second Amended Complaint, deemed filed on September 9, 2011
       (Docket No. 42);
(3)   Court Order, Document 2734, dated July 2, 2013;
(4)   Summonses;
(5)   Letters Rogatory; and,
(6)   Applicable FSIA text.

We are providing three (3) copies of each document, in both English and Farsi for each of the eight (8) Defendants, as well as an Affidavit from the translator for each Defendant which comports with the requirements with NY CVP.  LAW § 2101(b), in accordance with Page 12 of the Court's Foreign Mailing Instructions.  Also enclosed are cashier's checks in the amount of $2,275.00 made payable to "U.S. Embassy Bern" for each of the eight (8) Defendants to be served.

Sender: You must seal flap before shipping.

Press here to seal.    Press here to seal.    Press here to seal.

FedEx Ship Manager – Print Your Label(s)

12/12/13

FedEx Express

Origin ID: PCTA

Ship Date: 12DEC13
ActWgt: 1.0 LB
CAD: 105808175/INET3430

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

From:  (212) 805-0136
Clerk of Court
Daniel P. Moynihan U.S. Courthouse
U.S. District Court for S.D.N.Y.
500 Pearl Street
NEW YORK, NY 10007

J132013062B3026

BILL SENDER

SHIP TO: (202) 736-9110
Policy Review & Inter-Agency Liason
Sec. of State  Dir. Consular Serv.
(CAOCSPRI), U.S. Dept. of State
SA-29, 4th Floor, 2201 C St. NW
WASHINGTON, DC 20520

FRI - 13 DEC AA
STANDARD OVERNIGHT

20520
DC-US
IAD

TRK#  7973 8128 8144
0201

EP AUKA

FedEx 158396 REV 1/11