UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2013
```

Hoglan et al.,

                          Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 03MD1570 (gbd)

-v-

Iran et al.,

                          Defendant(s)

I hereby certify under the penalties of perjury that on 13th day of December, 2013, I served: Policy Review & Inter-Agency Liason, Sec. of State Dir. Consular Serv. (CAOCSPRI), U.S. Dept.of State SA-29, 4th Fl., 2201 C St. NW, Washington, DC 20520 ( Ali Akbar Hashemi Rafsanjani)

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ Two copies of the Please see attached paper

by Fed Ex Tracking # 7973 8128 5075, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
12/13/2013

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      Print Name: Jeanine Viera-Santia
                                      DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

December 13, 2013

Policy Review & Inter-Agency Liason
Secretary of State Director of Special Consular Services
(CAOCSPRI) United States Department of State
SA-29, 4th Floor, 2201 C St. NW
Washington, DC 20520

Re:  Hoglan, et al., v. Iran, et al.,
     03 MD 1570 (GBD)

Dear Sir:

Enclosed please find a copy of a letter received from the Wiggins, Childs, Quinn, and Pantazis, an Notice of Suit prepared in accordance with 22 CFR § 93.2, Second Amended Complaint, deemd filed on September 9, 2011, Court Order, Summonses, Letters Rogatory, and Applicable FSIA text. Three copies of each document , in both English and Farsi for each of the eight defendants, and translation with an affidavit from the translator.  Also enclosed is a money order in the amount of $2,275.00.  Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(4). I am hereby requesting service upon the following:

Ayatollah Ali Hoseini Khamenei,
Supreme Leader of Iran
Imam Khomeini Street
Tehran, Iran

Ali Akbar Hashemi Rafsanjani, Chairman,
Expediency Discernment Counsel and former
President of Iran
Imam Khomeini Street
Tehran, Iran

National Iranian Tanker Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Oil Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Gas Corporation
Imam Khomeini Street
Tehran, Iran

National Iranian Petrochemical Company
Imam Khomeini Street
Tehran, Iran

Iranian Airlines aka Iran Air
Imam Khomeini Street
Tehran, Iran

Hezbollah
Imam Khomeini Street
Tehran, Iran

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

(1) Notice of Suit prepared in accordance with 22 CFR § 93.2;
(2) Second Amended Complaint, deemed filed on September 9, 2011 (Docket No. 42);
(3) Court Order, Document 2734, dated July 2, 2013;
(4) Summonses;
(5) Letters Rogatory; and,
(6) Applicable FSIA text.

We are providing three (3) copies of each document, in both English and Farsi for each of the eight (8) Defendants, as well as an Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101(b), in accordance with Page 12 of the Court's Foreign Mailing Instructions. Also enclosed are cashier's checks in the amount of $2,275.00 made payable to "U.S. Embassy Bern" for each of the eight (8) Defendants to be served.

