UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**ORDER**

03 MDL 1570 (GBD) (FM)

------------------------------------------------------x

12/26/13

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held on December 20, 2013, it is hereby

ORDERED that:

1. Plaintiffs shall, to the extent possible, re-produce all FOIA correspondence and agency responses in a manner that indicates which agency produced documents, when they were produced, and the FOIA requests to which they respond.

2. Plaintiffs shall update their written responses to WAMY's document requests by stating whether any responsive documents have been withheld on the basis of their objections to the requests.

3. The deadline by which all document discovery is to be completed is extended to March 11, 2014.

4. A further conference shall be held on February 19, 2014, at 11 a.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: New York, New York
December 26, 2013

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF