UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) |
| | ECF Case |

This document relates to:

Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al. (02 CV 6977)

Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 9849)

Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279)

Federal Ins. Co., et al. v. Al Qaida, et al. (03 CV 6978)

Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923)

Continental Casualty Co., et al. v. Al Qaeda, et al. (04 CV 5970)

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Peter C. Salerno hereby appears as additional counsel of record for defendant Yassin Abdullah Kadi.

Dated: December 31, 2013

                                             _____s/_____
                                             Peter C. Salerno
                                             SALERNO & ROTHSTEIN
                                             221 Schultz Hill Road
                                             Pine Plains, NY 12567
                                             518.771.3050
                                             fax: 866.589.9010
                                             email: peter.salerno.law@gmail.com