UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In Re Terrorist Attacks on        ~~Plaintiff~~,        Case No. 03 MDL 1570 (GBD)
September 11, 2001

~~-against-~~

~~Defendant~~.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Amy Rothstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AR+last 4 of SSN     My State Bar Number is 1452614

I am,
- [✓] An attorney
- [ ] A Government Agency attorney
- [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Doar Rieck Kaley & Mack
                    FIRM ADDRESS: 217 Broadway Suite 707, New York, NY 10007
                    FIRM TELEPHONE NUMBER: 212-619-3730
                    FIRM FAX NUMBER: 212-962-5037

NEW FIRM:     FIRM NAME: Salerno & Rothstein
                    FIRM ADDRESS: 221 Schultz Hill Road, Pine Plains, NY 12567
                    FIRM TELEPHONE NUMBER: 518-771-3050
                    FIRM FAX NUMBER: 866-589-9010

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 2, 2014                               _[signature]_
                                                                  ATTORNEY'S SIGNATURE