UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

In Re Terrorist Attacks on
September 11, 2001                    Plaintiff,          Case No. 03 MDL 1570 (GBD)

                                      -against-

                                      Defendant.
----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Peter C. Salerno**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PS + last 4 of SSN    My State Bar Number is 1475623

I am:
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Peter C. Salerno, Attorney-At-Law
             FIRM ADDRESS: 67 Wall Street, 22nd Floor, New York, NY 10005
             FIRM TELEPHONE NUMBER: 917-282-8429
             FIRM FAX NUMBER: 866-589-9010

NEW FIRM:    FIRM NAME: Salerno & Rothstein
             FIRM ADDRESS: 221 Schultz Hill Road, Pine Plains, NY 12567
             FIRM TELEPHONE NUMBER: 518-771-3050
             FIRM FAX NUMBER: 866-589-9010

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 2, 2014

ATTORNEY'S SIGNATURE