UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | 03 MDL 1570 (GBD)(FM) |
|  | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| THIS DOCUMENT RELATES TO: |  |
| *Federal Insurance Company, et al. v. Al Qaida, et al.* | 03 CV 6978 (GBD) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark A. Hiller, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Saudi High Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

_/s/ Mark Hiller_

Mark A. Hiller
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
mhiller@robbinsrussell.com

Dated: January 10, 2014