USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 15 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2011 | 03 MDL 1570 (GBD)(FM) |
|  | **ORDER FOR ADMISSION** *PRO HAC VICE* |
| THIS DOCUMENT RELATES TO: |  |
| *Federal Insurance Company, et al. v. Al Qaida, et al.* | 03 CV 6978 (GBD) |

The motion of Mark A. Hiller for admission to practice *pro hac vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York, and that his contact information is as follows:

> Mark A. Hiller
> Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
> 1801 K Street, N.W., Suite 411
> Washington, D.C. 20006
> Tel:    202-775-4500
> Fax:    202-775-4510
> mhiller@robbinsrussell.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Saudi High Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

JAN 15 2014

New York, New York

_____
United States District / Magistrate Judge

**HON. GEORGE B. DANIELS**