UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :  ORDER
In re Terrorist Attacks on September 11, 2001  :
                                     :  03 MDL 1570 (GBD)(FM)
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2014

GEORGE B. DANIELS, District Judge:

      The conference initially scheduled for Thursday, January 16, 2014 is adjourned until Thursday, April 24, 2014, at 11 a.m.

Dated: January 17, 2014
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge