# Cozen O'Connor

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 09/23/2009 | Carter, Sean P. | Call with R. Haefele re: Al Haramain/KSA control documents. | 0.60 | $750.00 | $450.00 |
| 09/24/2009 | Carter, Sean P. | Review Al Haramain evidence file re: Al Haramain-KSA control over Al Haramain-USA. | 2.30 | $750.00 | $1,725.00 |
| 10/26/2009 | Tarbutton, J. Scott | Telephone conversations with Burnett plaintiffs' counsel regarding al Haramain document production. | 0.50 | $600.00 | $300.00 |
| 10/28/2009 | Carter, Sean P. | Compile Al Haramain evidence for discussion with Motley Rice attorneys. | 1.30 | $750.00 | $975.00 |
| 10/29/2009 | Carter, Sean P. | Emails with R. Haefele re: AHIF alter ego status/control. | 0.50 | $750.00 | $375.00 |
| 11/02/2009 | Tarbutton, J. Scott | Review correspondence and attached documents from Burnett plaintiffs regarding discovery dispute with AHIF; for purposes of anticipated motion to compel. | 0.50 | $600.00 | $300.00 |
| 11/03/2009 | Carter, Sean P. | Telephone call with R. Haefele re: Al Haramain motion and strategy. | 0.80 | $750.00 | $600.00 |
| 11/03/2009 | Carter, Sean P. | Review draft of Al Haramain motion to compel. | 1.20 | $750.00 | $900.00 |
| 11/03/2009 | Tarbutton, J. Scott | Review correspondence and attached documents regarding discovery dispute with defendant Al Haramain Islamic Foundation Inc. (USA); for purposes of motion. | 0.60 | $600.00 | $360.00 |
| 11/11/2009 | Tarbutton, J. Scott | Review correspondence from plaintiffs' counsel regarding Al Haramain motion and discovery issues. | 0.40 | $600.00 | $240.00 |
| 11/11/2009 | Tarbutton, J. Scott | Review/analyze defendant al Haramain's discovery responses; for purposes of discussion with Motley Rice attorneys re: motion to compel. | 0.50 | $600.00 | $300.00 |
| 11/12/2009 | Tarbutton, J. Scott | Review/analyze Burnett plaintiffs' proposed motion to compel discovery from defendant al Haramain. | 0.60 | $600.00 | $360.00 |
| 12/10/2009 | Carter, Sean P. | Review Al Haramain opposition brief. | 2.60 | $750.00 | $1,950.00 |
| 12/10/2009 | Tarbutton, J. Scott | Review Al Haramain opposition to plaintiffs' motion to compel. | 1.00 | $600.00 | $600.00 |
| 12/10/2009 | Tarbutton, J. Scott | Review evidentiary file re: al Haramain and links to terrorism, including branch offices; follow up to motion to compel. | 1.00 | $600.00 | $600.00 |
| 12/14/2009 | Carter, Sean P. | Research re: attribution of control relative to al Haramain. | 2.60 | $750.00 | $1,950.00 |
| 12/14/2009 | Carter, Sean P. | Review al Haramain response to motion to compel; discussions with plaintiffs' counsel re: same. | 3.50 | $750.00 | $2,625.00 |
| 12/16/2009 | Carter, Sean P. | Outline response to Al Haramain's opposition to plaintiffs' motion to compel. | 2.00 | $750.00 | $1,500.00 |
| 12/16/2009 | Tarbutton, J. Scott | Review letter to Judge Maas re: AHIF. | 0.20 | $600.00 | $120.00 |
| 01/04/2010 | Carter, Sean P. | Emails w/ R. Haefele re: alter ego analysis for AHIF reply brief. | 0.70 | $750.00 | $525.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.   Page 1 of 5   Al Haramain

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/05/2010 | Bonin, Adam | Case law research re: AHIF, piercing veil/alter ego. | 3.20 | $500.00 | $1,600.00 |
| 01/05/2010 | Carter, Sean P. | Meeting with A. Bonin re: AHIF alter ego research. | 0.20 | $750.00 | $150.00 |
| 01/05/2010 | Carter, Sean P. | Review and edit reply re: AHIF Motion To Compel. | 0.80 | $750.00 | $600.00 |
| 01/05/2010 | Tarbutton, J. Scott | Review correspondence from plaintiffs regarding al Haramain motion and filing. | 0.20 | $600.00 | $120.00 |
| 01/05/2010 | Tarbutton, J. Scott | Review Burnett's draft reply letter relative to AHIF motion to compel. | 0.60 | $600.00 | $360.00 |
| 01/20/2010 | Tarbutton, J. Scott | Review information from consultant regarding al Haramain document production. | 0.30 | $600.00 | $180.00 |
| 01/22/2010 | Tarbutton, J. Scott | Correspondence with consultants regarding al Haramain document production. | 0.20 | $600.00 | $120.00 |
| 02/08/2010 | Carter, Sean P. | Participate in pre-hearing meeting with members of PEC. | 1.00 | $750.00 | $750.00 |
| 02/08/2010 | Carter, Sean P. | Participate in post-hearing meeting with members of PEC. | 2.00 | $750.00 | $1,500.00 |
| 02/08/2010 | Carter, Sean P. | Prepare for al Haramain/Sanabel discovery hearing. | 2.00 | $750.00 | $1,500.00 |
| 02/08/2010 | Carter, Sean P. | Attend Al Haramain hearing before Judge Maas. | 2.10 | $750.00 | $1,575.00 |
| 02/08/2010 | Carter, Sean P. | Return travel to Philadelphia following Al Haramain hearing. | 2.50 | $750.00 | $1,875.00 |
| 02/08/2010 | Carter, Sean P. | Travel to NYC for al Haramain hearing. | 3.50 | $750.00 | $2,625.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - J. Scott Tarbutton | N/A | N/A | $224.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - Sean P. Carter | N/A | N/A | $229.00 |
| 02/08/2010 | DISBURSEMENT | Travel Related Expense - Parking - Sean P. Carter | N/A | N/A | $21.00 |
| 02/08/2010 | Tarbutton, J. Scott | Travel from NYC to Philly following discovery hearing relative to defendant al Haramain. | 2.00 | $600.00 | $1,200.00 |
| 02/08/2010 | Tarbutton, J. Scott | Travel from Philly to NYC for discovery hearing relative to defendant al Haramain. | 2.00 | $600.00 | $1,200.00 |
| 02/08/2010 | Tarbutton, J. Scott | Attend discovery hearing before Judge Maas. | 2.10 | $600.00 | $1,260.00 |
| 02/08/2010 | Tarbutton, J. Scott | Meetings/discussion with plaintiffs' attorneys before and after discovery hearing. | 3.00 | $600.00 | $1,800.00 |
| 02/22/2010 | Tarbutton, J. Scott | Review transcript from recent discovery hearing relating to Al Haramain discovery dispute. | 0.40 | $600.00 | $240.00 |
| 03/30/2010 | Carter, Sean P. | Emails with co-plaintiffs re: AHIF decision. | 0.40 | $750.00 | $300.00 |
| 04/26/2010 | Carter, Sean P. | Telephone call with R. Haefele re: significance of Sedaghaty Motion to Suppress ruling to AHIF alter-ego argument. | 1.00 | $750.00 | $750.00 |
| 04/28/2010 | Carter, Sean P. | Review al Haramain documents from consultant re: alter ego. | 2.50 | $750.00 | $1,875.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - Sean P. Carter | N/A | N/A | $278.00 |
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Hotel - Sean P. Carter | N/A | N/A | $553.15 |
| 10/27/2010 | DISBURSEMENT | Travel Related Expense - Taxi - Sean P. Carter | N/A | N/A | $6.00 |
| 10/28/2010 | Carter, Sean P. | Participate in discovery hearing before Judge Maas. | 2.00 | $750.00 | $1,500.00 |
| 10/28/2010 | Carter, Sean P. | Pre-discovery conference meeting with members of PEC. | 2.00 | $750.00 | $1,500.00 |
| 10/28/2010 | Carter, Sean P. | Preparation for discovery conference and review cases and parties' submissions. | 2.40 | $750.00 | $1,800.00 |
| 10/28/2010 | Carter, Sean P. | Post-discovery conference meeting with members of PEC. | 2.50 | $750.00 | $1,875.00 |
| 10/28/2010 | Carter, Sean P. | Return travel to Philadelphia following discovery hearing. | 3.50 | $750.00 | $2,625.00 |
| 10/28/2010 | DISBURSEMENT | Travel Related Expense - Amtrak - J. Scott Tarbutton | N/A | N/A | $179.00 |
| 10/28/2010 | Tarbutton, J. Scott | Attend discovery hearing before Judge Maas. | 2.00 | $600.00 | $1,200.00 |
| 10/28/2010 | Tarbutton, J. Scott | Meeting with plaintiffs' counsel prior to hearing to discuss defendant discovery issues. | 2.00 | $600.00 | $1,200.00 |
| 10/28/2010 | Tarbutton, J. Scott | Post-hearing meeting with plaintiffs' counsel re: today's hearing; discussions regarding discovery and J. Maas' ruling. | 2.50 | $600.00 | $1,500.00 |
| 10/28/2010 | Tarbutton, J. Scott | Travel to/from NYC for discovery hearing before Judge Maas. | 4.00 | $600.00 | $2,400.00 |
| 10/29/2010 | Carter, Sean P. | Review Al Haramain record re: strategy in light of alter-ego ruling. | 1.20 | $750.00 | $900.00 |
| 11/12/2010 | Carter, Sean P. | Preliminary review AHIF's Rule 72 Objections. | 1.60 | $750.00 | $1,200.00 |
| 11/15/2010 | Carter, Sean P. | Emails with R. Haefele re: response to AHIF Rule 72 Objections. | 0.80 | $750.00 | $600.00 |
| 11/15/2010 | Carter, Sean P. | Review earlier briefing and decisions concerning law of the case doctrine in light of AHIF objections. | 1.00 | $750.00 | $750.00 |
| 11/15/2010 | Carter, Sean P. | Review AHIF Rule 72 Objections and supporting exhibits. | 1.60 | $750.00 | $1,200.00 |
| 11/29/2010 | Carter, Sean P. | Emails with co-counsel regarding plaintiffs' response to AHIF Rule 72 Objections. | 0.30 | $750.00 | $225.00 |
| 11/29/2010 | Carter, Sean P. | Edit AHIF response to AHIF Rule 72 Objections. | 0.60 | $750.00 | $450.00 |
| 11/29/2010 | Carter, Sean P. | Review response to AHIF Rule 72 Objections; telephone calls with R. Haefele regarding same. | 1.20 | $750.00 | $900.00 |
| 11/30/2010 | Carter, Sean P. | Edit AHIF notice of correction. | 0.60 | $750.00 | $450.00 |
| 12/02/2010 | Carter, Sean P. | Conference call with co-plaintiffs regarding strategy for discovery hearing. | 1.00 | $750.00 | $750.00 |
| 12/02/2010 | Carter, Sean P. | Participate in discovery hearing before Judge Maas. | 1.00 | $750.00 | $750.00 |
| 12/02/2010 | Carter, Sean P. | Post-hearing call with co-plaintiffs to discuss strategy. | 1.50 | $750.00 | $1,125.00 |
| 12/02/2010 | Carter, Sean P. | Prepare for discovery hearing; review submissions and outline arguments. | 1.60 | $750.00 | $1,200.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 12/02/2010 | Tarbutton, J. Scott | Participate in discovery hearing via telephone conference with Judge Maas. | 1.00 | $600.00 | $600.00 |
| 12/02/2010 | Tarbutton, J. Scott | Prepare for discovery hearing; review parties' submissions. | 1.00 | $600.00 | $600.00 |
| 12/02/2010 | Tarbutton, J. Scott | Conference call with plaintiffs' counsel following discovery hearing. | 1.50 | $600.00 | $900.00 |
| 01/03/2011 | Carter, Sean P. | Emails with R. Haefele regarding scope of AHIF discovery to plaintiffs and possible letter to Daniels re: Rule 72 objection. | 0.60 | $750.00 | $450.00 |
| 01/04/2011 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF document discovery strategy. | 1.00 | $750.00 | $750.00 |
| 09/26/2011 | Carter, Sean P. | Review 9th Circuit al Haramain decision. | 1.10 | $750.00 | $825.00 |
| 10/03/2011 | Carter, Sean P. | Review status of AHIF discovery. | 1.00 | $750.00 | $750.00 |
| 11/11/2011 | Tarbutton, J. Scott | Correspondence with Motley Rice regarding Al Haramain discovery issues. | 0.40 | $600.00 | $240.00 |
| 04/18/2012 | Carter, Sean P. | Review investigation materials from consultant re: al Haramain. | 2.50 | $750.00 | $1,875.00 |
| 07/30/2012 | Carter, Sean P. | Review follow up discovery to Al Haramain; discussions with consultants regarding evidentiary materials. | 3.00 | $750.00 | $2,250.00 |
| 12/13/2012 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF sanctions motion. | 1.00 | $750.00 | $750.00 |
| 12/14/2012 | Tarbutton, J. Scott | Review draft of AHIF sanctions motion. | 0.50 | $600.00 | $300.00 |
| 12/17/2012 | Carter, Sean P. | Review draft Al Haramain Motion for Sanctions. | 1.50 | $750.00 | $1,125.00 |
| 12/17/2012 | Tarbutton, J. Scott | Review current draft of AHIF sanctions motion. | 0.50 | $600.00 | $300.00 |
| 12/18/2012 | Carter, Sean P. | Review and edit AHIF Motion to Compel/Sanctions. | 2.20 | $750.00 | $1,650.00 |
| 12/18/2012 | Tarbutton, J. Scott | Review draft of discovery motion relating to Al Haramain; discuss same with S. Carter. | 1.00 | $600.00 | $600.00 |
| 01/02/2013 | Tarbutton, J. Scott | Review revised draft of AHIF sanctions motion; discuss same with plaintiffs' counsel. | 0.60 | $600.00 | $360.00 |
| 01/04/2013 | Carter, Sean P. | Emails with plaintiffs' counsel re: AHIF sanctions motion. | 1.50 | $750.00 | $1,125.00 |
| 01/04/2013 | Tarbutton, J. Scott | Review of AHIF motion for sanctions. | 0.50 | $600.00 | $300.00 |
| 01/09/2013 | Tarbutton, J. Scott | Research history of AHIF's discovery violations; pleadings filed in the MDL action; review MDL docket; for purposes of sanctions motion. | 1.40 | $600.00 | $840.00 |
| 01/10/2013 | Tarbutton, J. Scott | Review finalized AHIF sanctions motion filed with the Court. | 0.80 | $600.00 | $480.00 |
| 01/31/2013 | Carter, Sean P. | Preliminary review of AHIF opposition to plaintiffs' motion for sanctions. | 1.20 | $750.00 | $900.00 |
| 02/04/2013 | Carter, Sean P. | Telephone call with R. Haefele re: AHIF reply. | 1.00 | $750.00 | $750.00 |
| 02/05/2013 | Carter, Sean P. | Conference call re: AHIF reply to motion for sanctions. | 2.00 | $750.00 | $1,500.00 |
| 02/05/2013 | Tarbutton, J. Scott | Review AHIF's response to motion for sanctions; discuss same with R. Haefele. | 0.60 | $600.00 | $360.00 |
| 02/06/2013 | Carter, Sean P. | Read and edit WTC AHIF reply. | 2.50 | $750.00 | $1,875.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.     Page 4 of 5     Al Haramain

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 02/07/2013 | Carter, Sean P. | Call with R. Haefele re: AHIF reply. | 0.50 | $750.00 | $375.00 |
| 02/07/2013 | Carter, Sean P. | Review final AHIF reply. | 2.60 | $750.00 | $1,950.00 |
| 02/07/2013 | Tarbutton, J. Scott | Review proposed PEC reply brief as to motion for sanctions as to AHIF; telephone conversations/correspondence with R. Haefele regarding same; research various pleadings as to AHIF. | 2.00 | $600.00 | $1,200.00 |
| 03/18/2013 | Tarbutton, J. Scott | Review latest filing from AHIF; discuss same with plaintiffs' counsel. | 0.40 | $600.00 | $240.00 |
| 03/18/2013 | Tarbutton, J. Scott | Review current discovery issues regarding Al Haramain in preparation for tomorrow's discovery conference before Judge Maas. | 2.00 | $600.00 | $1,200.00 |
| 03/19/2013 | Carter, Sean P.* | Pre-Hearing meeting with co-plaintiffs to discuss hearing strategy. (1.5 hours/2) | 0.75 | $750.00 | $562.50 |
| 03/19/2013 | Carter, Sean P.* | Discovery conference before Judge Maas. (2.00 hours/2) | 1.00 | $750.00 | $750.00 |
| 03/19/2013 | Carter, Sean P.* | Post-hearing meeting with co-plaintiffs to discuss hearing and discovery. (2.5 hours/2) | 1.25 | $750.00 | $937.50 |
| 03/19/2013 | Carter, Sean P.* | Travel to NYC for discovery hearing. (3.00 hours/2) | 1.50 | $750.00 | $1,125.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($176.00/2) | N/A | N/A | $88.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - Sean P. Carter ($289.00/2) | N/A | N/A | $144.50 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Parking - Sean P. Carter ($53.00/2) | N/A | N/A | $26.50 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing preparation; review motion submissions. (1.00 hour/2) | 0.50 | $600.00 | $300.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing meeting with Plaintiffs' Counsel to discuss oral argument strategy. (1.50 hours/2) | 0.75 | $600.00 | $450.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Participate in hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Travel to NYC with S. Carter for discovery hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Post-hearing meeting with plaintiffs' counsel re: today's hearing. (2.50/2) | 1.25 | $600.00 | $750.00 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($99.00/2) | N/A | N/A | $49.50 |
| 11/12/2013 | Tarbutton, J. Scott | Review Al Haramain's Rule 72 Objections. | 0.40 | $600.00 | $240.00 |
| 11/12/2013 | Tarbutton, J. Scott | Review case law regarding Rule 72 objections; discuss same with plaintiffs' counsel. | 1.00 | $600.00 | $600.00 |
| | | TOTAL | 142.10 | | $100,568.65 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.     Page 5 of 5     Al Haramain

# RECEIPTS – COZEN O'CONNOR

## October 28, 2010 Discovery Hearing (Al Haramain)

USFor 10/28/10
conf.
VICTORY CAB
215 225-5000

DRIVER: 00100471
CAB # P1358
DATE: 10/27/2010
START TIME 13:46
END TIME 13:48
TRIP # 19962
RATE No. 1
MILES 0.36
FARE 4.05

GR. TOT. 4.08

TIP: $ ____

TOTAL $ 6 ____

PPA Complain
215 683-94



## SIXTY
## THOMPSON
### A THOMPSON HOTEL

*Hotel for 10/28/10 court conference*

**Mr Sean Patrick Carter**
**United States**

Room No. 082
Arrival 10-27-10
Departure 10-28-10
Page No. 1 of 1
Cashier No. 69
Folio No. 106096

**INVOICE**

*PSPC CC*

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-27-10 | Room Charge | 479.00 | |
| 10-27-10 | Convention Center Tax | 1.50 | |
| 10-27-10 | State Tax | 42.51 | |
| 10-27-10 | City Tax | 28.14 | |
| 10-27-10 | Occupancy Tax | 2.00 | |
| 10-28-10 | American Express | | 553.15 |
| | **Balance** | | 0.00 |

Thank you for staying with us.

SIGNATURE:_____

Merchant ID
Transaction ID   1972940
Approval Code   595758
Approval Amount :   553.15

Credit Card #   XXXXXXXXXX2008
Credit Card Expiry :   XX/XX
Capture Method :   Swiped
Transaction Amount   553.15

Occupancy/Javits Center Fee: Represents a $2,- per occupied room or $4,- per occupied suite city occupancy charge and a $1.50 charge to support the expansion of the Javits Convention Center

60 Thompson Street, NY 10012 Tel.(212)431-0400 Reservations (877)431-0400 Fax (212)431-0200

*TRAW FOR 10/28/10*
*CURT CONF*

## Carter, Sean

| | |
|---|---|
| **From:** | COMPLEAT@gdsx.com |
| **Sent:** | Wednesday, October 27, 2010 12:41 PM |
| **To:** | Walters, Bobette; Carter, Sean |
| **Subject:** | TICKETED ITINERARY for SEAN PATRICK CARTER departing 10/27/2010 |



*pers. cc*

**Security & Destination Information** | **Update My Profile** | **Vacation Deals**

CARTER / SEAN PATRICK ..... 117430
COZEN OCONNOR
ATTN: SEAN P CARTER
1900 MARKET ST
PHILADELPHIA, PA 19103
Your reservation has been confirmed by: Andrea Callahan
World Travel Record Locator: WFN2M0
You may access your current reservation at any time at ViewTrip by clicking the link.
ViewTrip
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

### RAIL - Wednesday, October 27 2010
**Amtrak Train Number 02166**

| | | |
|---|---|---|
| Depart: | Philadelphia 30th St Railway Station, United States<br>02:30 PM Wednesday, October 27 2010 | Weather |
| Arrive: | New York Penn Station, United States<br>03:45 PM Wednesday, October 27 2010 | Weather |
| Duration: | 1 hour(s) and 15 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 15F7E7 | |

### RAIL - Thursday, October 28 2010
**Amtrak Train Number 02163**

| | | |
|---|---|---|
| Depart: | New York Penn Station, United States<br>03:00 PM Thursday, October 28 2010 | Weather |
| Arrive: | Philadelphia 30th St Railway Station, United States<br>04:05 PM Thursday, October 28 2010 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 15F7E7 | |

### Remarks
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| | | |
|---|---|---|
| Ticket Number: | 5541002070599 Issued: 10/27/2010 | USD 263.00 |
| New Ticket Charges: | | USD 263.00 |
| Service Fee: | 8900530921332 Issued: 10/27/2010 | USD 15.00 |
| Total Charges *: | | USD 278.00 |
| Invoice Number: | 1002070599 | |
| Ticket and Service Fees charged to: | | AX**********1000 |
| | * Some airlines have instituted new baggage fees.<br>Use the link below for details. | |

Click here for Baggage Charge details.
PLEASE REVIEW YOUR ITINERARY UPON RECEIPT. WORLD TRAVEL WILL NOT BE
RESPONSIBLE FOR ANY DISCREPANCIES ON THIS ITINERARY IF NOT NOTIFIED

1

**Ticket 1 (Passenger Receipt):**

Riders — AMTRAK — Baggage

Name of Passenger: CARTER/SEAN PATRICK
7000116249

From: NEW YORK PENN, NY
To: PHILADELPHIA 30, PA
Carrier/Train: 2V 2163
Date: 28OCT10
Accom: K
Space/Car: EXPRSS BSNESS
Form of Payment: AX
Rail Fare: 146.00 2008
Fare Plan: $146.00
Accom Charge: $.00
Total: $146.00

Ticket Number: KOAE
3009166062305
Date of Issue: 27OCT10
No. of: 01  01
Reservation #: 15F7E7
PASSENGER RECEIPT

**Ticket 2 (Passenger Receipt):**

Riders — AMTRAK — Baggage

Name of Passenger: CARTER/SEAN PATRICK
7000116249

From: PHILADELPHIA 30, PA
To: NEW YORK PENN, NY
Carrier/Train: 2V 2166
Date: 27OCT10
Accom: KB
Space/Car: EXPRSS BSNESS
Form of Payment: AX
Rail Fare: 117.00 2008
Fare Plan: $117.00
Accom Charge: $.00
Total: $117.00

Ticket Number: BOAE
3009166062297
Date of Issue: 27OCT10
No. of: 01  01
Reservation #: 15F7E7
PASSENGER RECEIPT

## Receipt 1 (top)

**AMTRAK** — PURCHASE RECORD 1 of 1

- Place of Issue: WASHINGTON, DC
- Date of Issue: 28OCT100212A
- 800-USA-RAIL
- Place of Issue: NYP
- Res. #: 010F9E

Name of Passenger: JS TARBUTTON
From:
To: 0649 NYP-PHL 28OCT10

Form of Payment: AMERICAN EXPRESS XXXXXXXXXXXX1000
MERCH ID: 4841
Fare Plans AUTH CODE: 186907
TRANS ID: 3014841042433
Total Charge: 48.00

Stock Control No.: 096281727463
PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

**PURCHASE RECEIPT — AMTRAK**
Name of Passenger: JS TARBUTTON
AMERICAN EXPRESS XXXXXXXXXXXX1000
MERCH ID: 4841
TRANS ID: 3014841042433
AUTH CODE: 186907
Total: 48.00
Date of Issue: 28OCT100212A
Reservation #: 010F9E
PASSENGER RECEIPT

## Receipt 2 (middle)

**AMTRAK** — PURCHASE RECORD 1 of 1

- Place of Issue: WASHINGTON, DC
- Date of Issue: 28OCT100711A
- 800-USA-RAIL
- PHL
- Res. #: 006594

Name of Passenger: JS TARBUTTON
From:
To: 2100 PHL-NWK 28OCT10

Form of Payment: AMERICAN EXPRESS XXXXXXXXXXXX1000
MERCH ID: 9167
Fare Plans AUTH CODE: 149592
TRANS ID: 3019167004032
Total Charge: 131.00

096299371486

**PURCHASE RECEIPT — AMTRAK**
Name of Passenger: JS TARBUTTON
AMERICAN EXPRESS XXXXXXXXXXXX1000
MERCH ID: 9167
TRANS ID: 3019167004032
AUTH CODE: 149592
Total: 131.00
Date of Issue: 28OCT100711A
Reservation #: 006594
PASSENGER RECEIPT

## Tickets (bottom)

**AMTRAK**
Name of Passenger: TARBUTTON/JS
From: PHILADELPHIA 30, PA
To: NEWARK PENN STA, NJ
Carrier 2V  Train 2100  Date 28OCT10
Accom: KA
Form of Payment: EXPRSS BSNESS
Rail Fare: $131.00  1000
Fare Plan: $131.00   Accom Charge  Total $.00
$131.00
AQAE
Ticket Number: 3019167004032   No. 01 of 01
Date of Issue: 28OCT10   Reservation: 6594
PASSENGER RECEIPT

**AMTRAK**
Name of Passenger: TARBUTTON/JS
From: NEW YORK-PENN, NY
To: PHILADELPHIA 30, PA
Carrier 2V  Train 649  Date 28OCT10
Accom: YD  RESERVD COACH
Form of Payment: AX48.00  1000
Rail Fare: $48.00   Accom Charge $.00
Fare Plans   Total $48.00
DOF1
Ticket Number: 3014841042433   No. 01 01
Date of Issue: 28OCT10   Reservation: 10F9E
PASSENGER RECEIPT

# **RECEIPTS – COZEN O'CONNOR**

March 19, 2013 Discovery Hearing

(Jelaidan/Al Haramain)

**Kelly, Patricia A.**

**From:** Tarbutton, J. Scott
**Sent:** Monday, March 18, 2013 1:10 PM
**To:** Kelly, Patricia A.
**Subject:** FW: TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013

**From:** COMPLEAT@gdsx.com [mailto:COMPLEAT@gdsx.com]
**Sent:** Monday, March 18, 2013 12:40 PM
**To:** Tarbutton, J. Scott
**Subject:** TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013



World Travel INC.

Generated: March 18, 2013 12:40 PM

**Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback**

Tarbutton / Joseph Scott 117430
Cozen Oconnor
Attn - Joseph Tarbutton
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: P27H80
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700
When calling from outside of the U.S., call 610-296-9300

| RAIL - Tuesday, March 19 2013 | | |
|---|---|---|
| Amtrak Train Number 02100 | | Weather |
| Depart: | Philadelphia 30th St Railway Station, United States 07:35 AM Tuesday, March 19 2013 | |
| Arrive: | New York Penn Station, United States 08:46 AM Tuesday, March 19 2013 | Weather |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | CD44DD | |
| **HOTEL - Tuesday, March 19 2013** | | |
| SOHO GRAND HOTEL | | Map/Driving directions |
| Address: | 310 West Broadway New York NY US 10013 | |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |

1

| Confirmation: | CIOAWRS |
|---|---|
| Cancellation Policy: | CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT- |
| Additional Information: | NONSMKG KNG |

### Remarks

RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| Ticket Number: | 5547187245536 Issued: 03/18/2013 | USD 161.00 |
|---|---|---|
| New Ticket Charges: | | USD 161.00 |
| Service Fee: | 8900598832639 Issued: 03/18/2013 | USD 15.00 |
| Total Charges *: | | USD 176.00 |
| Invoice Number: | 191335016 | AX***********1000 |
| Ticket and Service Fees charged to: | | |

\* Some airlines have instituted new baggage fees.
Use the link below for details.

<u>Check here for airline baggage and ancillary fees.</u>

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518

## Amtrak Ticket Coupon 1

**AMTRAK** — Ticket Coupon 01 of 01 — RETAIN DURING TRIP

RES# D02708-20MAR13
TARBUTTON/JS

Name of Passenger: TARBUTTON/JS
20Mar13 2:05PM
From: NEW YORK PENN, NY
To: PHILADELPHIA 30TH, PA

Carrier: 93  Train: RESERVED  Type Rider: COACH SEAT

Form of Payment: ETICKET DOCUMENT — HAS NO VALUE

ID REQD ON BOARD
096992984130
P1 02:00:26:0349

ETICKET TRAVEL DOCUMENT

OTHER TERMS AND CONDITIONS APPLY.
REFUND AND EXCHANGE FEES MAY APPLY

PASSENGER RECEIPT

## Amtrak Purchase Receipt

**AMTRAK** PURCHASE RECEIPT — Ticket Coupon 01 of 01

800-USA-RAIL
RES# D02708-200313

PURCHASE RECEIPT
Name of Passenger: TARBUTTON/JS
From: WASHINGTON, DC

20Mar13 02:00PM
93  NYP-PHL  20Mar13  $ 99.00

Form of Payment: AX 1000 $99.00
Rail Fare: MERCH ID
Fare Plans: AUTH CODE
Pricing Pts: 589837    NOT VALID FOR TRAVEL
096992984141

Total Charge: $99.00

PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS

REFUND AND EXCHANGE FEES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY

**Carter, Sean**

**From:** COMPLEAT@gdsx.com
**Sent:** Monday, March 11, 2013 4:25 PM
**To:** Carter, Sean
**Subject:** TICKETED ITINERARY for SEAN PATRICK CARTER departing 3/19/2013



Generated: March 11, 2013 4:24 PM

**Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback**

Carter / Sean Patrick 117430
Cozen Oconnor
Attn - Sean Carter
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: RGHV7O
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Tuesday, March 19 2013 | | |
|---|---|---|
| **Amtrak Train Number 02100** | | |
| Depart: | Philadelphia 30th St Railway Station, United States 07:35 AM Tuesday, March 19 2013 | Weather |
| Arrive: | New York Penn Station, United States 08:46 AM Tuesday, March 19 2013 | Weather |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | C5275B | |
| **HOTEL - Tuesday, March 19 2013** | | |
| **SOHO GRAND HOTEL** | | |
| Address: | 310 West Broadway New York NY US 10013 | Map/Driving directions |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |
| Confirmation: | ClO39W3 | |
| Cancellation Policy: | CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT- | |
| Additional Information: | NONSMKG KNG | |
| Remarks: | CANCEL BY 3PM 24 HOURS PRIOR TO ARRIVAL TO AVOID PENALTY | |
| **RAIL - Wednesday, March 20 2013** | | |
| **Amtrak Train Number 02165** | | |
| Depart: | New York Penn Station, United States | Weather |

1

| | | |
|---|---|---|
| Arrive: | 04:00 PM Wednesday, March 20 2013<br>Philadelphia 30th St Railway Station, United States<br>05:05 PM Wednesday, March 20 2013 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | C5275B | |

### Remarks

RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| | | |
|---|---|---|
| Ticket Number: | 5547186041053 Issued: 03/11/2013 | USD 274.00 |
| New Ticket Charges: | | USD 274.00 |
| Service Fee: | 8900598548159 Issued: 03/11/2013 | USD 15.00 |
| Total Charges *: | | USD 289.00 |
| Invoice Number: | 191334958 | |
| Ticket and Service Fees charged to: | | AX***********1002 |
| | * Some airlines have instituted new baggage fees.<br>Use the link below for details. | |

Check here for airline baggage and ancillary fees.

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518

2



```
AMTRAK GARAGE
30TH ST
PHILA PA
215 382 3567


Rcpt#  6460
03/20/13 15:30    L# 7 A#  1    Txn# 9714
03/19/13 06:39 In    03/20/13 15:30 Out
Tkt# 123889
Amtrak Fee      $   53.00
Total Fee       $   53.00
Amex            $   53.00--
XXXXXXXXXXX1002
Approval No.:500532
Reference No.:00000189
Change Due      $    0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING SYSTEMS
LOCATION 54
```