# Kreindler & Kreindler, LLP

# KREINDLER AND KREINDLER, LLP

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 06/10/2008 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production. | 4.00 | $350.00 | $1,400.00 |
| 06/11/2008 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production. | 4.00 | $350.00 | $1,400.00 |
| 06/12/2008 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production. | 3.00 | $350.00 | $1,050.00 |
| 06/23/2008 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production. | 4.00 | $350.00 | $1,400.00 |
| 09/25/2009 | Kreindler, James P. | PEC discussion of discovery disputes related to al Haramain. | 0.50 | $800.00 | $400.00 |
| 09/25/2009 | Maloney, Andrew | PEC discussion of discovery disputes related to al Haramain. | 0.50 | $750.00 | $375.00 |
| 01/05/2010 | Fawcett, John | Factual back-up to PEC's Reply to al Haramain's Opposition to PEC Motion to Compel. | 3.00 | $350.00 | $1,050.00 |
| 02/07/2010 | Kreindler, James P. | Preparation for hearing in front of Magistrate Judge Maas. | 0.50 | $800.00 | $400.00 |
| 02/07/2010 | Maloney, Andrew | Preparation for hearing in front of Magistrate Judge Maas. | 0.50 | $750.00 | $375.00 |
| 02/08/2010 | Kreindler, James P. | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 1.00 | $800.00 | $800.00 |
| 02/08/2010 | Maloney, Andrew | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 1.00 | $750.00 | $750.00 |
| 10/28/2010 | Maloney, Andrew | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 0.50 | $750.00 | $375.00 |
| 12/02/2010 | Kreindler, James P. | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 0.50 | $800.00 | $400.00 |
| 11/16/2011 | Kreindler, James P. | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 1.00 | $800.00 | $800.00 |
| 11/16/2011 | Maloney, Andrew | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 1.00 | $750.00 | $750.00 |
| 01/04/2013 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 3.00 | $350.00 | $1,050.00 |
| 01/05/2013 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 1.00 | $350.00 | $350.00 |
| 01/07/2013 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 1.00 | $350.00 | $350.00 |
| 02/04/2013 | Fawcett, John | Identification of deficiencies in Defendant's document production. | 3.00 | $350.00 | $1,050.00 |
| 02/07/2013 | Fawcett, John | Identification of deficiencies in Defendant's document production. | 4.00 | $350.00 | $1,400.00 |
| 02/25/2013 | Fawcett, John | Factual back-up to PEC's Reply to al Haramain's Opposition to PEC Motion to Compel. | 2.00 | $350.00 | $700.00 |
| 03/18/2013 | Maloney, Andrew | Preparation for hearing in front of Magistrate Judge Maas. | 0.50 | $750.00 | $375.00 |
| 03/19/2013 | Maloney, Andrew | Portion of hearing in front of Magistrate Judge Maas related to al Haramain. | 1.00 | $750.00 | $750.00 |
| | | **TOTAL** | 40.50 | | **$17,750.00** |

Al Haramain