# Anderson Kill, P.C.

**ANDERSON KILL, P.C.**

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 09/25/2009 | Goldman, Jerry S. | Prep; PEC communication re: Al Haramain; Receive and review materials from John Fawcett; Reply; Forward same to AKO team with follow up; Conference with V. Miller re: same. | 1.00 | $800.00 | $800.00 |
| 11/12/2009 | Goldman, Jerry S. | Receive and review response to AHIF; Received email from V. Miller re: same; Conference with JF re: file organization; Review materials. | 0.80 | $800.00 | $640.00 |
| 11/13/2009 | Goldman, Jerry S. | Receive and review email from RH re: Al Haramain; Prepare a letter to PEC via email re: same; Receive email from various PEC members re: same.   (Allocate to AHIF). | 0.60 | $800.00 | $480.00 |
| 11/24/2009 | Goldman, Jerry S. | Receive email from RH with correspondence re: Al Haramain; Reply. | 0.30 | $800.00 | $240.00 |
| 12/02/2009 | Goldman, Jerry S. | Receive and review packet of materials from RH re: Al Haramain; Receive email from various on PEC; Send a letter via email to Fawcett/J. Kreindler re: discovery.  (Allocate to AHIF). | 2.60 | $800.00 | $2,080.00 |
| 12/10/2009 | Goldman, Jerry S. | Receive and review (briefly) filing of Al Haramain (175 pages). | 1.70 | $800.00 | $1,360.00 |
| 12/16/2009 | Goldman, Jerry S. | Receive and review letter re: Al Haramain to Mag. Judge. | 0.20 | $800.00 | $160.00 |
| 01/05/2010 | Goldman, Jerry S. | Review/comment on documents re: AHIF; Receive email from various PEC members with comments/changes for AHIF letter.  (Allocate to AHIF). | 1.20 | $800.00 | $960.00 |
| 02/07/2010 | Goldman, Jerry S. | Review file; Prep for hearing; Receive email from R. Haefele; Reply; Send a letter via email to PEC; Receive email from PEC members (various); Reply.  (Allocate to AHIF). | 2.10 | $800.00 | $1,680.00 |
| 02/08/2010 | Goldman, Jerry S. | Travel to NY with Cozen team; Conference with plaintiffs attorneys at courthouse re: hearing; Conference with Maas; Lunch with P attorneys-discuss case; Send a letter via email to RH; Travel to office; Conference with Flynn re: transcript; Receive email from RH; Reply; Travel back (trains delayed due to weather).  (Allocate to AHIF). | 5.25 | $800.00 | $4,200.00 |
| 02/28/2010 | DISBURSEMENT | Transcripts and depositions - Vendor:  S.D. Reporters (2/8/10 Hearing). | N/A | N/A | $288.36 |
| 03/29/2010 | DISBURSEMENT | Local Travelers - Vendor:  Petty cash NY office 02/22/10 - pick up transcript at USDC/SDNY for J. Goldman. | N/A | N/A | $4.50 |
| 03/31/2010 | Goldman, Jerry S. | Receive and review information on Al Haramain decision in SF; Send a letter via email to PEC re: same; Review decision; Receive email from RH re: same; Receive email from Scott re: same. | 0.50 | $800.00 | $400.00 |
| 04/03/2010 | Goldman, Jerry S. | Research re: Walker's decision on Al Haramain; Forward same to Scott Tarbutton. | 0.90 | $800.00 | $720.00 |

**ANDERSON KILL, P.C.**

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 04/26/2010 | Goldman, Jerry S. | Receive email from Sean re: Al Haramain and materials in Oregon; Obtain additional papers re: same; Telephone conference with Sean re: Al Haramain and re: motion before court. | 0.90 | $800.00 | $720.00 |
| 05/13/2010 | Goldman, Jerry S. | Send a letter via email to Sean/Jodi re: Al Haramain; Receive email from SC re: same. | 0.20 | $800.00 | $160.00 |
| 09/10/2010 | Goldman, Jerry S. | AHIF issues. | 0.50 | $800.00 | $400.00 |
| 09/11/2010 | Goldman, Jerry S. | Continue review of materials from when I was out; AHIF issues.  (Allocate to AHIF) | 2.10 | $800.00 | $1,680.00 |
| 10/27/2010 | Goldman, Jerry S. | Prep for hearing; Conference with paralegal; Letter via email to PEC; Receive email from PEC; Travel to NYC; Prep.  (Allocate to AHIF). | 2.00 | $800.00 | $1,600.00 |
| 10/28/2010 | Goldman, Jerry S. | Prep; Travel to court house; PEC meeting; Hearing (see memo); PEC meeting; Travel uptown to office; Order transcript; Fawcett re: SBG; Return to PHL.  (Allocate to AHIF). | 4.25 | $800.00 | $3,400.00 |
| 10/29/2010 | Goldman, Jerry S. | Edit memo re: PEC conference/court hearing; Telephone conference with AKO managing clerk re: transcript follow up; Receive and review order from Maas; Conference with paralegal.  (Allocate to AHIF). | 1.20 | $800.00 | $960.00 |
| 11/13/2010 | Goldman, Jerry S. | Receive and review Al Haramain papers; Send a letter via email to RH-SC; Receive emails from RH/SC; Reply; Telephone conference with S. Carter; file organization.  (Allocate to AHIF). | 2.80 | $800.00 | $2,240.00 |
| 11/22/2010 | Goldman, Jerry S. | Correspondence re: Maas conference; Receive email from various PEC re: comments.  (Allocate to AHIF). | 0.40 | $800.00 | $320.00 |
| 11/29/2010 | Goldman, Jerry S. | Receive and review (start) PEC Al Haramain response; Send a letter via email to RH. | 0.50 | $800.00 | $400.00 |
| 11/30/2010 | DISBURSEMENT | Transcripts and depositions - Vendor:  S.D. Reporters (10/18/10 Hearing). | N/A | N/A | $70.74 |
| 11/30/2010 | Goldman, Jerry S. | Download the 78 attachments on Al Haramain; Conference with paralegal. | 1.00 | $800.00 | $800.00 |

**ANDERSON KILL, P.C.**

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 11/30/2010 | Goldman, Jerry S. | Receive and review filing of PEC re: objections to Al Haramain; Receive and review defendant's draft letter to Court; Draft response; Receive email from Sean; Circulate; Receive email from RH; Reply; Receive and review letter from Kabat re: Al Haramain; send a letter via email to PEC re: same; Revise draft to Maas; Circulate; Conference with paralegal; Receive email from PEC re: Kabat; Receive email from RH with comments; Revise; Circulate revised Maas letter; Receive emails and draft filing form RH re Kabat; Receive emails from Kabat re: AH; Send letters via email to AKO managing clerks and replies; Receive email from Kabat re: Maas letter; Arrange for service of Maas letter on counsel; Receive and review revised DEC letter to Maas.  (Allocate to AHIF). | 3.10 | $800.00 | $2,480.00 |
| 12/01/2010 | Goldman, Jerry S. | Travel to NY; Review RH new filing on Al Haramain; Continue review of his filing of 11/29.  (Allocate to AHIF). | 2.00 | $800.00 | $1,600.00 |
| 12/02/2010 | Goldman, Jerry S. | Receive email from court; Send a letter via email to DEC/PEC re: same; Conference with court; Pre-call telephone conference of PEC; Court emails/post call; Travel back to PHL.  (Allocate to AHIF). | 3.00 | $800.00 | $2,400.00 |
| 12/03/2010 | Goldman, Jerry S. | Various emails following up on Maas conference of 12/2; Send a letter via email to PEC; Telephone conference with Sean.  (Allocate to AHIF). | 0.80 | $800.00 | $640.00 |
| 12/24/2010 | Goldman, Jerry S. | Work on Al Haramain. | 1.20 | $800.00 | $960.00 |
| 12/25/2010 | Goldman, Jerry S. | Al Haramain, etc. Discovery. | 0.80 | $800.00 | $640.00 |
| 12/26/2010 | Goldman, Jerry S. | Al Haramain, etc.  (Allocate to AHIF). | 0.40 | $800.00 | $320.00 |
| 01/31/2011 | DISBURSEMENT | Transcripts and depositions - Vendor:  S.D. Reporters (Hearing). | N/A | N/A | $130.64 |
| 06/08/2011 | Goldman, Jerry S. | Al Haramain issues; Receive and review materials from paralegal; Send to RH; Receive email from RH; Receive email from Sean; Receive email from Scott.  (Allocate to AHIF). | 0.50 | $800.00 | $400.00 |
| 11/29/2011 | DISBURSEMENT | Transcripts and depositions - Vendor:  S.D. Reporters transcript. | N/A | N/A | $130.90 |
| 01/04/2013 | Goldman, Jerry S. | Receive and review proposed AH motion; Reply with comments; Receive email from PEC re: same. | 0.60 | $800.00 | $480.00 |
| 01/05/2013 | Goldman, Jerry S. | Emails re: Al Haramain. | 0.40 | $800.00 | $320.00 |
| 01/07/2013 | Goldman, Jerry S. | Receive and review draft of AHIF motion to compel; Reply with comments; Receive and review comments of PEC. | 1.40 | $800.00 | $1,120.00 |

**ANDERSON KILL, P.C.**

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/09/2013 | Goldman, Jerry S. | Receive and review revised comments re: AHIF; Conference with Maxwell re: research re: same; Reply to PEC; Receive email from various PEC with comments; Conference with Maxwell re: same; Reply to PEC re: AHIF; Conference with paralegal re: same; Reply PEC no. 2. (Allocate AHIF). | 1.10 | $800.00 | $880.00 |
| 01/10/2013 | Goldman, Jerry S. | Receive and review final motion to compel re: AHIF; Approve, receive and review service copy. (Allocate to AHIF). | 0.60 | $800.00 | $480.00 |
| 01/11/2013 | Goldman, Jerry S. | Receive and review exhibits re: AHIF. (Allocate to AHIF). | 0.70 | $800.00 | $560.00 |
| 01/12/2013 | Goldman, Jerry S. | Continue review of AHIF documents. | 0.90 | $800.00 | $720.00 |
| 01/14/2013 | Goldman, Jerry S. | Receive and review various docket items/file organization; Continue review of AHIF exhibits. (Allocate to AHIF). | 0.50 | $800.00 | $400.00 |
| 02/01/2013 | Goldman, Jerry S. | Complete review of Al Haramain filing. (Allocate to AHIF). | 0.30 | $800.00 | $240.00 |
| 02/03/2013 | Goldman, Jerry S. | Communications re: new AH discovery materials. | 0.30 | $800.00 | $240.00 |
| 02/08/2013 | Goldman, Jerry S. | Docket item Al Haramain and IIRO. (Allocate to AHIF). | 0.75 | $800.00 | $600.00 |
| 02/08/2013 | Goldman, Jerry S. | Al Haramain reply. | 1.20 | $800.00 | $960.00 |
| 02/20/2013 | Goldman, Jerry S. | Communications re: PEC response to AH. | 0.20 | $800.00 | $160.00 |
| 02/21/2013 | Goldman, Jerry S. | Receive and review docket item; Filing of AH. (Allocate to AHIF). | 0.50 | $800.00 | $400.00 |
| 02/22/2013 | Goldman, Jerry S. | AH filing re: Oregon. | 0.20 | $800.00 | $160.00 |
| 02/22/2013 | Goldman, Jerry S. | Al Haramain response; Review draft; Comment; Docket items; File organization issues. (Allocate to AHIF). | 0.50 | $800.00 | $400.00 |
| 02/26/2013 | Goldman, Jerry S. | Communications re: filing in SDNY (Al Haramain). (Allocate to AHIF). | 0.30 | $800.00 | $240.00 |
| 02/27/2013 | Goldman, Jerry S. | Receive and review drafts of documents; Reply with comments; Communications with associate; Receive and review numerous docket items; Communications re: file organization. (Allocate to AHIF). | 1.40 | $800.00 | $1,120.00 |
| 03/09/2013 | Goldman, Jerry S. | Review materials in preparation of upcoming hearings/conferences. (Allocate to AHIF). | 0.90 | $800.00 | $720.00 |
| 03/11/2013 | Goldman, Jerry S. | Prep for 3/18 week; 3 hearings - continued. (Allocate to AHIF). | 0.60 | $800.00 | $480.00 |
| 03/13/2013 | Goldman, Jerry S. | PEC communications re: discovery issues. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 |
| 03/18/2013 | Goldman, Jerry S. | New AH filing; PEC communications; Review materials for court conference on 3/29. (Allocate to AHIF). | 0.80 | $800.00 | $640.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 03/19/2013 | Goldman, Jerry S. | Prep for SDNY; Call with Sean Carter; Obtain materials for Sean Carter; Travel to SDNY; Meet with PEC; Hearing with Court; Travel back to office; Order transcript. (Allocate to AHIF). | 2.00 | $800.00 | $1,600.00 |
| 03/29/2013 | Goldman, Jerry S. | Receive and review materials from AHIF; forward same to paralegal with instructions. | 0.80 | $800.00 | $640.00 |
| 03/30/2013 | Goldman, Jerry S. | Receive and review additional materials from AHIF; send a letter via email to IT; send a letter via email to paralegal. | 1.20 | $800.00 | $960.00 |
| 04/01/2013 | Goldman, Jerry S. | AH issues. | 0.30 | $800.00 | $240.00 |
| 04/02/2013 | Goldman, Jerry S. | Al Haramain documents. | 2.10 | $800.00 | $1,680.00 |
| 04/04/2013 | Goldman, Jerry S. | Document review; Al Haramain production continued. | 2.10 | $800.00 | $1,680.00 |
| 04/30/2013 | Goldman, Jerry S. | Review/revise Al Haramain documents from Motley Rice; arrange to have loaded on system; document review re: same; file organization (allocate to AHIF); issues/communications re: filings with court. | 2.10 | $800.00 | $1,680.00 |
| 05/30/2013 | Goldman, Jerry S. | Review discovery - AH documents. | 1.60 | $800.00 | $1,280.00 |
| 10/28/2013 | Goldman, Jerry S. | Receive and review decision of Maas. | 0.80 | $800.00 | $640.00 |
| 12/02/2013 | Goldman, Jerry S. | Receive filing re: Al Haramain - forward same to paralegal. | 0.10 | $800.00 | $80.00 |
| 12/03/2013 | Goldman, Jerry S. | Review docket items on Jelaidan; Al Haramain; Rabita - send a letter via email to RH. (Allocate to AHIF). | 0.90 | $800.00 | $720.00 |
| | | TOTAL | 73.15 | | $59,145.14 |

Al Haramain

**Manual Checkbook For Checking Account No. 7915473990**

Check No. 1468 Check Date 2-22-10 Check Amount 288.36

Payee Name S.D Reporters

Address (Please include city, state and zip code)

Contact Information:

Telephone

Fax

Email

Website Address

Federal Identification or Social Security No.

Client Name

Matter Name

Client No. 101147 Matter No. JP002

Description Transcript

Approved By

84255

NYDOCS1-785912.1

