# Cozen O'Connor

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/31/2011 | Tarbutton, J. Scott | Correspondence with J. Fawcett re: Jelaidan discovery deficiencies and need for a motion to compel. | 0.40 | $600.00 | $240.00 |
| 02/01/2011 | Tarbutton, J. Scott | Review history of discovery dispute with defendant Wael Jelaidan, including a review of the defendant's document production and discovery responses and objections; draft memo summarizing discovery dispute and the need for a motion to compel; finalize and send to S. Carter. | 2.50 | $600.00 | $1,500.00 |
| 06/07/2011 | Tarbutton, J. Scott | Telephone conversations and email correspondence with J. Fawcett regarding Jelaidan discovery deficiencies and evidence regarding Jelaidan's connections to al Qaeda financiers. | 0.50 | $600.00 | $300.00 |
| 06/07/2011 | Tarbutton, J. Scott | Correspondence with plaintiffs' counsel regarding Jelaidan discovery and evidentiary issues. | 0.50 | $600.00 | $300.00 |
| 06/07/2011 | Tarbutton, J. Scott | Discussions with R. Haefele regarding Jelaidan discovery issues and proposed motion to compel. | 0.50 | $600.00 | $300.00 |
| 06/07/2011 | Tarbutton, J. Scott | Review plaintiffs' discovery requests to defendant Jelaidan; review responses and documents produced; outline motion to compel. | 6.50 | $600.00 | $3,900.00 |
| 06/13/2011 | Tarbutton, J. Scott | Review and analyze docs produced by defendant Jelaidan in discovery. | 0.40 | $600.00 | $240.00 |
| 06/13/2011 | Tarbutton, J. Scott | Correspondence/conversation with J. Fawcett regarding Jelaidan documents. | 0.50 | $600.00 | $300.00 |
| 06/13/2011 | Tarbutton, J. Scott | Review and analyze defendant Jelaidan's discovery responses and objections. | 2.00 | $600.00 | $1,200.00 |
| 06/13/2011 | Tarbutton, J. Scott | Draft and edit chart identifying non-responsive Jelaidan docs. | 2.00 | $600.00 | $1,200.00 |
| 06/14/2011 | Tarbutton, J. Scott | Conversations with J. Fawcett regarding Jelaidan discovery. | 0.50 | $600.00 | $300.00 |
| 06/14/2011 | Tarbutton, J. Scott | Review and analyze Jelaidan's doc production and responses to discovery requests; for purposes of motion. | 2.00 | $600.00 | $1,200.00 |
| 06/14/2011 | Tarbutton, J. Scott | Draft and edit chart re: non-responsive Jelaidan documents; correspondence with consultant regarding certain evidentiary issues relating to Jelaidan. | 2.00 | $600.00 | $1,200.00 |
| 07/01/2011 | Tarbutton, J. Scott | Work on Jelaidan motion to compel; edit accompanying charts; correspondence with consultant regarding Jelaidan's links to Yassin al Kadi and other al Qaeda financiers. | 4.00 | $600.00 | $2,400.00 |
| 07/19/2011 | Tarbutton, J. Scott | Correspondence and telephone call with Ashton plaintiffs regarding Jamal al Fadl and statements about Jelaidan. | 0.50 | $600.00 | $300.00 |
| 07/19/2011 | Tarbutton, J. Scott | Edit Jelaidan charts; for purposes of drafting motion. | 1.00 | $600.00 | $600.00 |
| 07/19/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan motion to compel. | 4.00 | $600.00 | $2,400.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 07/20/2011 | Tarbutton, J. Scott | Correspondence with J. Fawcett re: evidence of Jelaidan's bank accounts and other financial information. | 0.50 | $600.00 | $300.00 |
| 07/20/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan discovery motion. | 4.00 | $600.00 | $2,400.00 |
| 08/31/2011 | Tarbutton, J. Scott | Draft and edit motion to compel regarding Jelaidan; review defendants' discovery responses, evidentiary documents, expert reports, etc; correspondence with consultants regarding Jelaidan's relationships and activities with other al Qaeda members and affiliation with Saudi charities. | 6.00 | $600.00 | $3,600.00 |
| 09/01/2011 | Tarbutton, J. Scott | Draft and edit motion to compel (Jelaidan); review evidentiary record regarding Jelaidan including U.S. and U.N. designations and other intelligence reports. | 6.50 | $600.00 | $3,900.00 |
| 09/07/2011 | Tarbutton, J. Scott | Edits to Jelaidan motion to compel; correspondence and telephone calls with plaintiffs' counsel regarding same. | 3.00 | $600.00 | $1,800.00 |
| 09/13/2011 | Tarbutton, J. Scott | Research defendant Jelaidan's connections with Executive Order 13224 designees Yassin al Kadi, Hassan Cengic, Chafiq Ayadi, and Adel Batterjee; for purposes of discovery motion. | 3.50 | $600.00 | $2,100.00 |
| 09/14/2011 | Tarbutton, J. Scott | Research defendant Jelaidan's terror connections to Adel Batterjee, Yassin al Kadi and Hasan Cengic; for purposes of motion. | 3.50 | $600.00 | $2,100.00 |
| 09/19/2011 | Tarbutton, J. Scott | Research Jelaidan's ties to Yassin al Kadi, Chafiq Ayadi, Hassan Cengic and other key al Qaeda members/financiers; discussions with consultant regarding same; for purposes of discovery motion. | 5.00 | $600.00 | $3,000.00 |
| 09/20/2011 | Tarbutton, J. Scott | Edit Jelaidan motion to compel. | 2.00 | $600.00 | $1,200.00 |
| 10/03/2011 | Carter, Sean P. | Jelaidan discovery analysis for motion. | 1.60 | $750.00 | $1,200.00 |
| 10/03/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan Motion to Compel. | 2.00 | $600.00 | $1,200.00 |
| 10/03/2011 | Tarbutton, J. Scott | Review and analyze evidentiary documents relative to defendant Jelaidan's bank accounts and relationships with senior al Qaeda members and financiers; review reports and evidence regarding Jelaidan's connections to al Qaeda charity, Third World Relief Agency; for purposes of motion to compel. | 4.00 | $600.00 | $2,400.00 |
| 10/04/2011 | Tarbutton, J. Scott | Draft and edit Motion to Compel as to defendant Jelaidan. | 4.00 | $600.00 | $2,400.00 |
| 10/04/2011 | Tarbutton, J. Scott | Review Jelaidan's discovery responses and objections; review and analyze documentary evidence regarding Jelaidan; correspondence with consultants re: same; edits to chart detailing Jelaidan's relationship with charities; for purposes of drafting motion to compel. | 4.00 | $600.00 | $2,400.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 10/05/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan motion to compel. | 4.00 | $600.00 | $2,400.00 |
| 10/05/2011 | Tarbutton, J. Scott | Review Jelaidan's discovery responses and objections; review and analyze documentary evidence regarding Jelaidan's bank accounts; review evidence relating to Jelaidan's relationships with other terror financiers; for purposes of drafting motion to compel. | 4.50 | $600.00 | $2,700.00 |
| 10/06/2011 | Tarbutton, J. Scott | Draft and edit Motion to Compel (Jelaidan). | 2.00 | $600.00 | $1,200.00 |
| 10/06/2011 | Tarbutton, J. Scott | Review and analyze defendant Jelaidan's discovery responses and objections; review and analyze documentary evidence regarding Jelaidan's bank accounts and relationships with other terror financiers; review prior discovery orders; correspondence with plaintiffs' counsel regarding additional research needed for Jelaidan motion to compel; correspondence with consultant regarding Jelaidan evidence; for purposes of drafting motion to compel. | 3.50 | $600.00 | $2,100.00 |
| 10/07/2011 | Tarbutton, J. Scott | Edit Jelaidan motion to compel; send to S. Carter for review; correspondence with consultant regarding Jelaidan evidence; telephone call with consultant to discuss Jelaidan Motion to Compel; review evidentiary reports prior to call. | 3.50 | $600.00 | $2,100.00 |
| 10/08/2011 | Tarbutton, J. Scott | Review additional documents regarding Jelaidan sent by consultant; for purposes of motion. | 0.50 | $600.00 | $300.00 |
| 10/10/2011 | Tarbutton, J. Scott | Review discovery reports from consultant re: Jelaidan; for purposes of motion to compel. | 0.50 | $600.00 | $300.00 |
| 10/11/2011 | Carter, Sean P. | Review and edit Jelaidan motion. | 1.40 | $750.00 | $1,050.00 |
| 10/11/2011 | Tarbutton, J. Scott | Discuss evidence and supporting documentation for Jelaidan motion to compel with R. Haefele. | 0.50 | $600.00 | $300.00 |
| 10/12/2011 | Carter, Sean P. | Email to members of PEC re: Jelaidan motion to compel. | 0.50 | $750.00 | $375.00 |
| 10/12/2011 | Carter, Sean P. | Edit and supplement Jelaidan motion to compel. | 0.70 | $750.00 | $525.00 |
| 10/12/2011 | Carter, Sean P. | Review PEC comments relative to the Jelaidan motion to compel. | 1.00 | $750.00 | $750.00 |
| 10/13/2011 | Carter, Sean P. | Edit Jelaidan motion to compel; discussions with plaintiffs' counsel regarding same.. | 1.10 | $750.00 | $825.00 |
| 10/13/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan motion to compel. | 1.20 | $600.00 | $720.00 |
| 10/14/2011 | Tarbutton, J. Scott | Draft and edit Jelaidan Motion to Compel. | 1.00 | $600.00 | $600.00 |
| 10/15/2011 | Tarbutton, J. Scott | Gather and organize exhibits for Jelaidan motion to compel; prepare in digital format for service on defense counsel. | 3.00 | $600.00 | $1,800.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 10/15/2011 | Tarbutton, J. Scott | Review and edit proposed Motion to Compel for defendant Jelaidan; review comments and suggested edits by plaintiffs' counsel and edit accordingly. | 4.00 | $600.00 | $2,400.00 |
| 10/16/2011 | Tarbutton, J. Scott | Review and edit plaintiffs' Motion to Compel for Jelaidan; review exhibits and other supporting evidentiary documents; discussions with other plaintiffs' counsel regarding motion and exhibits to be filed. | 4.00 | $600.00 | $2,400.00 |
| 10/17/2011 | Carter, Sean P. | Final review of Jelaidan motion to compel. | 1.50 | $750.00 | $1,125.00 |
| 10/17/2011 | Tarbutton, J. Scott | Edit and finalize Jelaidan Motion to Compel; conversations with Plaintiffs' counsel regarding edits and brief; organize exhibits; coordinate filing; serve on defense counsel. | 6.00 | $600.00 | $3,600.00 |
| 10/24/2011 | Carter, Sean P. | Email concerning McMahon request for extension on Jelaidan response. | 0.50 | $750.00 | $375.00 |
| 11/01/2011 | Tarbutton, J. Scott | Review defendant Jelaidan's opposition to Plaintiff's motion to compel; discuss same with Plaintiff's counsel. | 1.00 | $600.00 | $600.00 |
| 11/02/2011 | Tarbutton, J. Scott | Begin outlining plaintiffs' response to Jelaidan opposition brief. | 4.50 | $600.00 | $2,700.00 |
| 11/03/2011 | Tarbutton, J. Scott | Review Jelaidan opposition to Plaintiffs' motion to compel; review discovery responses and documents produced by the defendant; draft letter reply brief; correspondence with consultant regarding same. | 4.50 | $600.00 | $2,700.00 |
| 11/04/2011 | Tarbutton, J. Scott | E-mail correspondence with plaintiffs' counsel regarding research for Jelaidan reply brief. | 0.40 | $600.00 | $240.00 |
| 11/05/2011 | Tarbutton, J. Scott | Draft and edit letter reply brief as to defendant Wael Jelaidan. | 3.00 | $600.00 | $1,800.00 |
| 11/06/2011 | Tarbutton, J. Scott | Edit Letter Reply Brief (Jelaidan). | 4.00 | $600.00 | $2,400.00 |
| 11/07/2011 | Tarbutton, J. Scott | Review Defendant Jelaidan's opposition to Plaintiffs' motion to compel; draft reply letter brief; discussions with S. Carter and plaintiffs' counsel regarding same. | 7.00 | $600.00 | $4,200.00 |
| 11/08/2011 | Carter, Sean P. | Meeting with S. Tarbutton re: Jelaidan reply brief. | 0.50 | $750.00 | $375.00 |
| 11/08/2011 | Carter, Sean P. | Draft/edit affidavit for Jelaidan reply brief. | 1.50 | $750.00 | $1,125.00 |
| 11/08/2011 | Tarbutton, J. Scott | Conversations with S. Carter regarding Jelaidan reply letter brief. | 0.50 | $600.00 | $300.00 |
| 11/08/2011 | Tarbutton, J. Scott | Assemble binders containing Plaintiffs' motion to compel production from defendant Jelaidan, including all exhibits, for UPS tonight to J. Goldman for filing tomorrow; speak with J. Goldman regarding same. | 0.80 | $600.00 | $480.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 11/08/2011 | Tarbutton, J. Scott | Review defendant Jelaidan's opposition to plaintiffs' motion to compel; review affidavits submitted by Jelaidan in these proceedings; research OFAC rules regarding sanctions and designations; organize potential exhibits for letter reply brief; for purposes of brief due with court tomorrow. | 4.00 | $600.00 | $2,400.00 |
| 11/08/2011 | Tarbutton, J. Scott | Draft and edit letter reply brief to Jelaidan's opposition; telephone calls and email correspondence with counsel regarding same. | 6.50 | $600.00 | $3,900.00 |
| 11/09/2011 | Carter, Sean P. | Final review, edits and revisions to Jelaidan reply brief. | 2.20 | $750.00 | $1,650.00 |
| 11/09/2011 | Tarbutton, J. Scott | Draft, edit and finalize Plaintiffs' letter reply brief to Jelaidan's opposition; phone calls and correspondence with Anderson Kill firm regarding today's filing at the SDNY. | 7.50 | $600.00 | $4,500.00 |
| 11/15/2011 | DISBURSEMENT | Travel Related Expense - Amtrak - Sean P. Carter | N/A | N/A | $290.00 |
| 11/15/2011 | DISBURSEMENT | Travel Related Expense - Public Transit - Sean P. Carter | N/A | N/A | $2.50 |
| 11/16/2011 | Carter, Sean P. | Travel to NYC for discovery hearing. | 2.00 | $750.00 | $1,500.00 |
| 11/16/2011 | Carter, Sean P. | Return travel from NYC following discovery hearing. | 2.00 | $750.00 | $1,500.00 |
| 11/16/2011 | Carter, Sean P. | PEC strategy meeting before discovery hearing. | 2.00 | $750.00 | $1,500.00 |
| 11/16/2011 | Carter, Sean P. | Discovery hearing before Judge Maas. | 2.50 | $750.00 | $1,875.00 |
| 11/16/2011 | DISBURSEMENT | Travel Related Expense - Amtrak - J. Scott Tarbutton | N/A | N/A | $375.00 |
| 11/16/2011 | DISBURSEMENT | Travel Related Expense - Public Transit - J. Scott Tarbutton | N/A | N/A | $2.50 |
| 11/16/2011 | Tarbutton, J. Scott | Pre-hearing meeting with plaintiffs' counsel to discuss Jelaidan motion to compel and related discovery issues. | 2.00 | $600.00 | $1,200.00 |
| 11/16/2011 | Tarbutton, J. Scott | Prepare for today's discovery hearing before Judge Maas; review submissions and exhibits relating to the Jelaidan motion to compel. | 1.50 | $600.00 | $900.00 |
| 11/16/2011 | Tarbutton, J. Scott | Attend and participate in discovery hearing before Judge Maas. | 2.50 | $600.00 | $1,500.00 |
| 11/16/2011 | Tarbutton, J. Scott | Travel to/from NYC for today's discovery hearing before Judge Maas. | 4.00 | $600.00 | $2,400.00 |
| 12/05/2011 | Carter, Sean P. | Review email from M. McMahon re: Jelaidan efforts to locate documents; discussions and email correspondence with co-plaintiffs re: McMahon email and background of Jelaidan's Saudi attorney. | 1.20 | $750.00 | $900.00 |
| 12/05/2011 | Tarbutton, J. Scott | Review correspondence from defense counsel for Jelaidan regarding efforts to obtain documents; discuss same with plaintiffs' attorneys. | 0.30 | $600.00 | $180.00 |
| 01/26/2012 | Tarbutton, J. Scott | Pull WAMY/Jelaidan motion practice for inclusion into electronic discovery database; same for DIB doc productions. | 0.50 | $600.00 | $300.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 07/30/2012 | Carter, Sean P. | Emails with co-plaintiffs re: Jelaidan supplemental document requests. | 0.60 | $750.00 | $450.00 |
| 07/31/2012 | Tarbutton, J. Scott | Review draft supplemental discovery requests for defendant Jelaidan; compare with prior discovery served on the defendant; review notes and other documentation for potential additional areas of inquiry; draft and edit additional requests; discuss same with plaintiffs' counsel prior to service. | 3.50 | $600.00 | $2,100.00 |
| 10/29/2012 | Tarbutton, J. Scott | Review plaintiffs' prior submissions to Judge Maas seeking an order compelling Jelaidan to produce documents; review subsequent communications with defense counsel for Jelaidan and defendant's efforts to locate and obtain responsive documents; discussions with plaintiffs' counsel regarding same and need for additional motion practice. | 3.50 | $600.00 | $2,100.00 |
| 11/15/2012 | Tarbutton, J. Scott | Review prior discovery responses and correspondence from defendant Jelaidan; draft and edit motion to compel. | 4.20 | $600.00 | $2,520.00 |
| 11/16/2012 | Tarbutton, J. Scott | Draft and edit Jelaidan motion to compel; review prior submissions to court, including prior discovery hearing transcripts relating to Jelaidan. | 2.00 | $600.00 | $1,200.00 |
| 11/19/2012 | Tarbutton, J. Scott | Review Jelaidan discovery file; review prior court submissions and discovery responses; discuss same with S. Carter; draft and edit motion to compel. | 1.20 | $600.00 | $720.00 |
| 11/26/2012 | Tarbutton, J. Scott | Draft and edit Jelaidan motion. | 0.60 | $600.00 | $360.00 |
| 12/05/2012 | Tarbutton, J. Scott | Review discovery file on Jelaidan, including correspondence amongst the parties, discovery hearing transcripts, and discovery documents; for purposes of motion to compel. | 2.50 | $600.00 | $1,500.00 |
| 12/05/2012 | Tarbutton, J. Scott | Draft and edit draft of Jelaidan motion; send to plaintiffs' counsel for review and comment. | 4.70 | $600.00 | $2,820.00 |
| 12/13/2012 | Carter, Sean P. | Review Jelaidan files re: additional support for motion to compel. | 1.00 | $750.00 | $750.00 |
| 01/22/2013 | Carter, Sean P. | Emails with co-plaintiffs re: Jelaidan motion. | 1.00 | $750.00 | $750.00 |
| 01/22/2013 | Carter, Sean P. | Read and edit Jelaidan motion. | 1.80 | $750.00 | $1,350.00 |
| 01/22/2013 | Tarbutton, J. Scott | Review proposed edits to Jelaidan motion; correspondence with plaintiffs' counsel regarding the same. | 0.80 | $600.00 | $480.00 |
| 01/23/2013 | Carter, Sean P. | Calls and emails with co-plaintiffs re: Jelaidan motion strategy. | 2.60 | $750.00 | $1,950.00 |
| 01/23/2013 | Tarbutton, J. Scott | Correspondence with Ashton counsel regarding Jelaidan motion. | 0.40 | $600.00 | $240.00 |
| 01/29/2013 | Tarbutton, J. Scott | Correspondence with O'Neill plaintiffs to discuss tomorrow's filing of the Jelaidan motion to compel. | 0.50 | $600.00 | $300.00 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/29/2013 | Tarbutton, J. Scott | Review and edit Jelaidan motion to compel/sanctions, incorporating comments/edits from members of the PEC; organize all exhibits and send to J. Goldman for tomorrow's filing at the SDNY; send finalized versions to members of the PEC for final review before filing. | 3.00 | $600.00 | $1,800.00 |
| 01/30/2013 | Carter, Sean P. | Final review and edit of Jelaidan motion. | 2.50 | $750.00 | $1,875.00 |
| 01/30/2013 | Tarbutton, J. Scott | Correspondence/telephone calls with O'Neill plaintiffs regarding filing motion to compel today; final review and edits to Jelaidan motion compel; discuss same with plaintiffs' counsel. | 4.00 | $600.00 | $2,400.00 |
| 02/02/2013 | Tarbutton, J. Scott | Review Jelaidan's opposition to plaintiffs' motion to compel, case law, and accompanying exhibits; outline response for reply brief. | 4.50 | $600.00 | $2,700.00 |
| 02/27/2013 | Carter, Sean P. | Review prior Jelaidan submissions. | 0.30 | $750.00 | $225.00 |
| 02/27/2013 | Carter, Sean P. | Emails with co-plaintiffs re: inconsistencies in Jelaidan's positions. | 0.50 | $750.00 | $375.00 |
| 03/02/2013 | Tarbutton, J. Scott | Review Jelaidan's opposition to plaintiffs' motion to compel and exhibits; draft and edit response for reply brief. | 4.50 | $600.00 | $2,700.00 |
| 03/04/2013 | Tarbutton, J. Scott | Review defendant Jelaidan's opposition brief to plaintiffs' motion to compel; draft and edit plaintiffs' reply letter brief; review/analyze discovery documents relating to Jelaidan. | 4.50 | $600.00 | $2,700.00 |
| 03/05/2013 | Carter, Sean P. | Emails with co-plaintiffs re: reply to Jelaidan opposition. | 1.00 | $750.00 | $750.00 |
| 03/05/2013 | Tarbutton, J. Scott | Correspondence with counsel for defendant Wael Jelaidan regarding extension to file reply briefs. | 0.20 | $600.00 | $120.00 |
| 03/05/2013 | Tarbutton, J. Scott | Telephone conversation with S. Carter to discuss Jelaidan briefing. | 0.20 | $600.00 | $120.00 |
| 03/05/2013 | Tarbutton, J. Scott | Correspondence with plaintiffs' counsel regarding issues relevant to defendant Jelaidan; review correspondence from counsel with analysis regarding document production from Jelaidan and relevant documents received from Rabita Trust; for purposes of current briefing. | 0.30 | $600.00 | $180.00 |
| 03/05/2013 | Tarbutton, J. Scott | Review of defendant Jelaidan's opposition brief to plaintiffs' motion to compel; draft and edit reply letter brief on behalf of plaintiffs; review case law on default judgments and sanctions; review/analyze discovery documents received from defendants Jelaidan and Rabita Trust. | 4.00 | $600.00 | $2,400.00 |
| 03/06/2013 | Tarbutton, J. Scott | Draft and send letter to Court requesting brief extension of deadline to file letter reply briefs (Jelaidan and Rabita Trust). | 0.40 | $600.00 | $240.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 03/06/2013 | Tarbutton, J. Scott | Draft and edit plaintiffs' reply letter brief in response to opposition from defendant Wael Jelaidan; review/analyze defendant's opposition brief; review/analyze case law cited in brief; review discovery documents; discuss same with S. Carter and members of plaintiffs' executive committees; research relative to banks where Jelaidan has held accounts, including bank contacts and their customer due diligence and anti-money laundering departments (potential contacts at banks Jelaidan could have pursued to obtain relevant banking records). | 4.00 | $600.00 | $2,400.00 |
| 03/07/2013 | Tarbutton, J. Scott | Correspondence with consultant regarding questions about discovery production from Jelaidan and related documents received from Rabita Trust. | 0.40 | $600.00 | $240.00 |
| 03/07/2013 | Tarbutton, J. Scott | Review and analysis of opposition brief and case law submitted by defendant Wael Jelaidan; draft and edit plaintiffs' reply letter brief in response to opposition from defendant; discuss arguments and discovery issues with S. Carter and members of plaintiffs' executive committees; additional research regarding Jelaidan's banks (Bank Austria, Al Rajhi Bank, Faisal Finance, and others). | 3.50 | $600.00 | $2,100.00 |
| 03/08/2013 | Tarbutton, J. Scott | Draft and edit plaintiffs' reply brief in response to Jelaidan's opposition to motion to compel; discussions with S. Carter and members of plaintiffs' executive committees regarding arguments in brief. | 4.00 | $600.00 | $2,400.00 |
| 03/09/2013 | Tarbutton, J. Scott | Draft and edit plaintiffs' reply brief in response to defendant Wael Jelaidan's opposition brief; analyze prior correspondence, pleadings, and documents produced in discovery; discussions with plaintiffs' counsel regarding same; review prior statements by counsel for Jelaidan regarding efforts to locate and obtain documents from financial institutions and other entities; additional research regarding Jelaidan banks. | 4.40 | $600.00 | $2,640.00 |
| 03/11/2013 | Tarbutton, J. Scott | Draft and edit reply brief in response to opposition from defendant Jelaidan; conversations with S. Carter and plaintiffs' counsel regarding draft and proposed edits; review and incorporate edits from other plaintiffs' counsel; correspondence with co-counsel in New York regarding tomorrow's filing; draft letter to Judge Maas and proposed Order regarding ECF filing of all briefing. | 3.40 | $600.00 | $2,040.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|------|------------------------|-------------|------------|------|--------|
| 03/12/2013 | Tarbutton, J. Scott | Incorporate additional edits from plaintiffs' counsel; review, edit, and finalize letter reply brief as to defendant Jelaidan; discussions with S. Carter and plaintiffs' counsel regarding brief and edits; gather and organize exhibits; correspondence with M. McMahon regarding letter to Judge Maas requesting ECF filing; discuss same with R. Haefele and finalize letter to the Court; coordinate filing with co-counsel in NY; send filing to counsel. | 4.60 | $600.00 | $2,760.00 |
| 03/15/2013 | Tarbutton, J. Scott | Review briefing relative to motion to compel for defendant Jelaidan; study timeline and potential avenues defendant could have taken to request and obtain documents requested by plaintiffs (i.e, bank records). | 0.50 | $600.00 | $300.00 |
| 03/18/2013 | Carter, Sean P. | Read brief re: Jelaidan Motion for Sanctions. | 2.00 | $750.00 | $1,500.00 |
| 03/18/2013 | Tarbutton, J. Scott | Review motion to compel submission in preparation for tomorrow's hearing (Jelaidan); conversations with S. Carter and Motley Rice attorneys regarding same. | 1.50 | $600.00 | $900.00 |
| 03/19/2013 | Carter, Sean P.* | Pre-Hearing meeting with co-plaintiffs to discuss hearing strategy. (1.5 hours/2) | 0.75 | $750.00 | $562.50 |
| 03/19/2013 | Carter, Sean P.* | Discovery conference before Judge Maas. (2.00 hours/2) | 1.00 | $750.00 | $750.00 |
| 03/19/2013 | Carter, Sean P.* | Post-hearing meeting with co-plaintiffs to discuss hearing and discovery. (2.5 hours/2) | 1.25 | $750.00 | $937.50 |
| 03/19/2013 | Carter, Sean P.* | Travel to NYC for discovery hearing. (3.00 hours/2) | 1.50 | $750.00 | $1,125.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($176.00/2) | N/A | N/A | $88.00 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - Sean P. Carter ($289.00/2) | N/A | N/A | $144.50 |
| 03/19/2013 | DISBURSEMENT* | Travel Related Expense - Parking - Sean P. Carter ($53.00/2) | N/A | N/A | $26.50 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing preparation; review motion submissions. (1.00 hour/2) | 0.50 | $600.00 | $300.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Pre-hearing meeting with Plaintiffs' Counsel to discuss oral argument strategy. (1.50 hours/2) | 0.75 | $600.00 | $450.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Participate in hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Travel to NYC with S. Carter for discovery hearing before Judge Maas. (2.00 hours/2) | 1.00 | $600.00 | $600.00 |
| 03/19/2013 | Tarbutton, J. Scott* | Post-hearing meeting with plaintiffs' counsel re: today's hearing. (2.50/2) | 1.25 | $600.00 | $750.00 |
| 03/20/2013 | DISBURSEMENT* | Travel Related Expense - Amtrak - J. Scott Tarbutton ($99.00/2) | N/A | N/A | $49.50 |

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge |
|------|------------------------|-------------|-----------|------|--------|
| 11/12/2013 | Tarbutton, J. Scott | Review FRCP and SDNY Local Rules regarding deadline for responding to Rule 72 objections; discuss same with Sean Carter; correspond with Motley Rice regarding same. | 0.70 | $600.00 | $420.00 |
| 11/13/2013 | Tarbutton, J. Scott | Review defendant Jelaidan's Rule 72 objections to Judge Maas's discovery order. | 0.50 | $600.00 | $300.00 |
| | | TOTAL | 292.00 | | $182,178.50 |

Page 10 of 10

*These entries are divided equally between Al Haramain and Jelaidan Petitions.

Jelaidan

# RECEIPTS – COZEN O'CONNOR

February 8, 2010 Discovery Hearing
(Jelaidan)

```
AMTRAK 30TH
PHILA PA
CENTRAL PARKING


Rcpt# 47050
02/08/10 14:35   L# 9 A#  1   Txn# 70385
02/08/10 06:22 In   02/08/10 14:35 Out
Tkt# 250615
Amtrak Fee    $   21.00
Total Fee     $   21.00
Amex          $   21.00
XXXXXXXXXXX1002
Approval No. :555540
Reference No. :00000074
Change Due    $    0.00
```



**World Travel** INC.

CORPORATE HEADQUARTERS: 1724 W. SCHUYLKILL ROAD • DOUGLASSVILLE, PA 19518
PHONE (610) 327-9000 • (800) 341-2014 • FAX (610) 327-8222 • http://www.worldtravelinc.com

| CUSTOMER | TRAVELER/S |
|---|---|
|  | CARTER/SEAN PATRICK*117480 |

11/COZEN OCONNOR
ATTN: SEAN P CARTER
1900 MARKET ST
PHILADELPHIA PA  19103

| DATE OF ISSUE | INVOICE NO. | RECORD LOCATOR | |
|---|---|---|---|
| FEB 04 2010 | 10204814 | REC LOC=SCXJJI | PAGE-01 |
| BRANCH-132 | CUST NO=5223 | AGENT-DMXGZ | |

```
08 FEB 10 - MONDAY      AMTRAK      170
   LV: PHILADELPHIA 3 P   652A
   AR: NEW YORK PENN NY    813A                      CONFIRMED

                          AMTRAK      2121 BUSINESS CL
   LV: NEW YORK PENN NY    200P
   AR: PHILADELPHIA 3 P    305P                      CONFIRMED
```

```
      ************ THANK YOU FOR YOUR PATRONAGE ************
  *** PLEASE RECONFIRM YOUR RETURN FLIGHTS WITH AIRLINE ***
  **ALL DOMESTIC FLIGHTS REQUIRE GOVERNMENT ISSUED PHOTO ID**
  **PLEASE ALLOW UP TO TWO HOURS CHECK IN DUE TO INCREASED SECURITY**
  ** AIRLINES WILL BE SPOT CHECKING PACKAGES AND BAGGAGE**
  ** MOST CAR COMPANIES DO NOT ACCEPT THE DEBIT CARD FOR PAYMENT **
  PLEASE REVIEW YOUR ITINERARY UPON RECEIPT. WORLD TRAVEL WILL NOT BE
  RESPONSIBLE FOR ANY DISCREPANCIES ON THIS ITINERARY IF NOT NOTIFIED
  WITHIN 24HOURS OF WHEN RESERVATION WAS MADE.
  PLEASE NOTE: SOME AIRLINES HAVE INSTITUTED NEW BAGGAGE FEES
             USE THE LINK BELOW FOR DETAILS.....
  WWW.WORLDTRAVELINC.COM/WEBSERVICE/WORLDVISION/CB.PDF
```

```
  TICKET NUMBER/S:
   CARTER/SEAN PATRICK          7838127103      CARD  AX       214.00

      AIR TRANSPORTATION     214.00  TAX       0.00   TTL        214.00
                                     SERVICE FEE                  15.00
                                     SUB TOTAL                   229.00
                                     CREDIT CARD PAYMENT         229.00-
                                     AMOUNT DUE                    0.00
```

WORLD TRAVEL, INC. acts as agents of airlines, tour companies, cruise companies, etc., and their liability is limited to agency liability.
CAUTION: TICKETS HAVE VALUE. IF UNUSED, RETURN FOR CREDIT OR REFUND.
ACCOUNTING DEPARTMENT: 1724 W. SCHUYLKILL ROAD, DOUGLASSVILLE, PA. 19518
PLEASE REFER TO LIMITING TERMS AND CONDITIONS ON REVERSE SIDE.







# RECEIPTS – COZEN O'CONNOR

## November 16, 2011 Discovery Hearing

## (Jelaidan)

*11/16 discover conf. 17430*

## Carter, Sean

| | |
|---|---|
| **From:** | COMPLEAT@gdsx.com |
| **Sent:** | Tuesday, November 15, 2011 4:15 PM |
| **To:** | Walters, Bobette; Carter, Sean |
| **Subject:** | TICKETED ITINERARY for SEAN PATRICK CARTER departing 11/16/2011 |

**World Travel, Inc.**
A Global Travel Solution

Generated:November 15, 2011 4:14 PM

**Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback**

Carter / Sean Patrick 117430
Cozen Oconnor
Attn: Sean P Carter
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: SXQKR2
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

### RAIL - Wednesday, November 16 2011
**Amtrak  Train Number 02158**

| | | |
|---|---|---|
| Depart: | Philadelphia 30th St Railway Station, United States | Weather |
| | 10:35 AM Wednesday, November 16 2011 | |
| Arrive: | New York Penn Station, United States | Weather |
| | 11:46 AM Wednesday, November 16 2011 | |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 1455E7 | |

### RAIL - Wednesday, November 16 2011
**Amtrak  Train Number 02167**

| | | |
|---|---|---|
| Depart: | New York Penn Station, United States | Weather |
| | 05:00 PM Wednesday, November 16 2011 | |
| Arrive: | Philadelphia 30th St Railway Station, United States | Weather |
| | 06:05 PM Wednesday, November 16 2011 | |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 1455E7 | |

### Remarks
RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| | | |
|---|---|---|
| Ticket Number: | 5547999049065 Issued: 11/15/2011 | USD 275.00 |
| New Ticket Charges: | | USD 275.00 |
| Service Fee: | 8900554759435 Issued: 11/15/2011 | USD 15.00 |
| Total Charges * : | | USD 290.00 |
| Invoice Number: | 191330010 | |
| Ticket and Service Fees charged to: | | AX***********1002 |

*corp. ncv*

\* Some airlines have instituted new baggage fees.
Use the link below for details.

1





...EN RECEIPT

PATH
NEWARK HW BMEBE
NEWARK                    NJ

ERM093

Wed 1: Nov 11 11:3

Trans: Sale OK
Amount:              $ 20.00
Bonus:               $  1.40
Card Value:          $ 21.40

AMERICAN EXPRESS
Card #:
  ***********1002
Auth#: 563648
Ref #: 032897719608

Serial #:2265001412
Type: 000
FULL FARE

        Questions?
    1-800-234-PATH

## Schwartz, Beverly R.

| | |
|---|---|
| **From:** | COMPLEAT@gdsx.com |
| **Sent:** | Wednesday, November 16, 2011 9:13 AM |
| **To:** | Schwartz, Beverly R.; Tarbutton, J. Scott |
| **Subject:** | TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 11/16/2011 |

**World Travel, Inc.**
A Global Travel Solution

Generated:November 16, 2011 9:12 AM

**Security & Destination Information** | **Update My Profile** | **Vacation Deals** |
**Instant Feedback**

Tarbutton / Joseph Scott 117430
Cozen Oconnor
Attn: Joseph S Tarbutton
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: K6CN7S
You may access your current reservation before or during your travel dates at
ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call
800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Wednesday, November 16 2011 | | |
|---|---|---|
| Amtrak Train Number 02158 | | Weather |
| Depart: | Philadelphia 30th St Railway Station, United States 10:35 AM Wednesday, November 16 2011 | Weather |
| Arrive: | Newark Penn Railway Station, United States 11:30 AM Wednesday, November 16 2011 | Weather |
| Duration: | 0 hour(s) and 55 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 150BE5 | |

| RAIL - Wednesday, November 16 2011 | | |
|---|---|---|
| Amtrak Train Number 02167 | | Weather |
| Depart: | New York Penn Station, United States 05:00 PM Wednesday, November 16 2011 | Weather |
| Arrive: | Philadelphia 30th St Railway Station, United States 06:05 PM Wednesday, November 16 2011 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela First Class | |
| Confirmation: | 150BE5 | |

| Remarks |
|---|
| RESERVATION MADE BY LISA WILLIAMS WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135 SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME. |

| Ticket Detail | | |
|---|---|---|
| Ticket Number: New Ticket Charges: | 5547999049072 Issued: 11/16/2011 | USD 360.00 USD 360.00 |
| Service Fee: | 8900554759442 Issued: 11/16/2011 | USD 15.00 |
| Total Charges * : | | USD 375.00 |
| Invoice Number: Ticket and Service | 191330017 | AX**********1000 |

1

Fees charged to:
> * Some airlines have instituted new baggage fees.
> Use the link below for details.

Check here for airline baggage and ancillary fees.
Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518





```
                MEN RECEIPT

        PATH
        NEWARK HW BMEBE
        NEWARK          NJ

        ERM09393

        Wed 16 Nov 11 11:38

        Trans: Sale OK
        Amount:          $ 10.00
        Bonus:           $  0.70
        Card Value:      $ 10.70

        MASTERCARD
        Card #:
         ***********8563
        Auth#: 50007P
        Ref #: 032897719691

        Serial #:2265001413
        Type: 000
         FULL FARE

              Questions?
        Call 1-800-234-PATH
```

$2.50

# <u>RECEIPTS – COZEN O'CONNOR</u>

March 19, 2013 Discovery Hearing

(Jelaidan/Al Haramain)

**Kelly, Patricia A.**

| | |
|---|---|
| **From:** | Tarbutton, J. Scott |
| **Sent:** | Monday, March 18, 2013 1:10 PM |
| **To:** | Kelly, Patricia A. |
| **Subject:** | FW: TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013 |

**From:** COMPLEAT@gdsx.com [mailto:COMPLEAT@gdsx.com]
**Sent:** Monday, March 18, 2013 12:40 PM
**To:** Tarbutton, J. Scott
**Subject:** TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 3/19/2013



**World Travel** INC.

Generated:March 18, 2013 12:40 PM

**Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback**

Tarbutton / Joseph Scott 117430
Cozen Oconnor
Attn - Joseph Tarbutton
1900 Market St
Philadelphia, PA 19103
Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: P27H80
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| **RAIL - Tuesday, March 19 2013** | | |
|---|---|---|
| **Amtrak  Train Number 02100** | | Weather |
| Depart: | Philadelphia 30th St Railway Station, United States | |
| | 07:35 AM Tuesday, March 19 2013 | |
| Arrive: | New York Penn Station, United States | Weather |
| | 08:46 AM Tuesday, March 19 2013 | |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | CD44DD | |
| **HOTEL - Tuesday, March 19 2013** | | |
| **SOHO GRAND HOTEL** | | Map/Driving directions |
| Address: | 310 West Broadway | |
| | New York NY US 10013 | |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |

1

| Confirmation: | CIOAWRS |
| Cancellation Policy: | CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT- |
| Additional Information: | NONSMKG KNG |

**Remarks**

RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

**Ticket Detail**

| Ticket Number: | 5547187245536 Issued: 03/18/2013 | USD 161.00 |
| New Ticket Charges: | | USD 161.00 |
| Service Fee: | 8900598832639 Issued: 03/18/2013 | USD 15.00 |
| Total Charges * : | | USD 176.00 |
| Invoice Number: | 191335016 | |
| Ticket and Service Fees charged to: | | AX***********1000 |
| | * Some airlines have instituted new baggage fees. Use the link below for details. | |

Check here for airline baggage and ancillary fees.
Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies
on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518

2

AMTRAK

Ticket Coupon
01 of 01
Date of Issue   Place of Issue   Res.

B   C

Riders   AMTRAK   Baggage

RETAIN DURING TRIP

RES# D02708-20MAR13

RES# D02708-20MAR13
TARBUTTON/JS

TARBUTTON/JS

From

Name of Passenger
93   20Mar13/2905PM

Riders   Type Rider   Status
RESERVED COACH SEAT   Time
TO PHILADELPHIA 30TH,PA

From
NEW YORK PENN,NY

Carrier   Out   Time

To

Not Valid Before/After   Accom

Carrier   Train   Date

Endorsement/Restrictions

Accom   Space/Car

Form of Payment

OTHER TERMS AND CONDITIONS APPLY.
REFUND AND EXCHANGE FEES MAY APPLY

Form of Payment

Rail Fare
ETICKET
DOCUMENT
HAS NO
VALUE

Fare Plans

Pricing Pts

Tkt. Pts.

ID REQD ON BOARD
096992984130
P1 02:00:25:0349
NRPT S6   STOCK CONTROL NO.

ETICKET TRAVEL DOCUMENT
TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PASSENGER RECEIPT

---

AMTRAK

Ticket Coupon
01 of 01
Date of Issue   Place of Issue   Res. #

B   C

Riders   AMTRAK   Baggage

PURCHASE RECEIPT

X

800-USA-RAIL

PURCHASE RECEIPT
Name of Passenger
WASHINGTON,DC

Name of Passenger
TARBUTTON/JS

20Mar130200PM

Riders   RES# D02708-200313

From

Carrier   Train   Date   Time

To
93   WYP-PHL 20Mar13 $ 99.00

Space/Car

To

Not Valid Before/After   Accom

Carrier   Train   Date

Endorsement/Restrictions

Accom   Space/Car

Form of Payment

Form of Payment

AX 1000 $99.00
MERCH ID
Account Charge

Rail Fare

Accom Charge

Rail Fare

Fare Plans
AUTH CODE
589837

Tkt. Ptr.

NOT VALID FOR TRAVEL

REFUND AND EXCHANGE FEES MAY APPLY
OTHER TERMS AND CONDITIONS APPLY.

Fare Plans

Pricing Pts

Total

Total Charge
$99.00

096992984141
NRPT S6   STOCK CONTROL NO.

Date of Issue   Reservation #

PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS
TKT NO - DO NOT MARK OR STAMP IN THIS BLOCK

PASSENGER RECEIPT

**Carter, Sean**

| | |
|---|---|
| **From:** | COMPLEAT@gdsx.com |
| **Sent:** | Monday, March 11, 2013 4:25 PM |
| **To:** | Carter, Sean |
| **Subject:** | TICKETED ITINERARY for SEAN PATRICK CARTER departing 3/19/2013 |



Celebrating 30 years

**World Travel** INC.

Generated: March 11, 2013 4:24 PM

<u>**Security & Destination Information**</u> | <u>**Update My Profile**</u> | <u>**Vacation Deals**</u> | <u>**Instant Feedback**</u>

Carter / Sean Patrick 117430

Cozen Oconnor

Attn - Sean Carter

1900 Market St

Philadelphia, PA 19103

Your reservation has been confirmed by: Lisa Williams

World Travel Record Locator: RGHV7O

You may access your current reservation before or during your travel dates at <u>ViewTrip</u> by clicking the link.

World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700

When calling from outside of the U.S., call 610-296-9300

| RAIL - Tuesday, March 19 2013 | | |
|---|---|---|
| Amtrak Train Number 02100 | | |
| Depart: | Philadelphia 30th St Railway Station, United States<br>07:35 AM Tuesday, March 19 2013 | Weather |
| Arrive: | New York Penn Station, United States<br>08:46 AM Tuesday, March 19 2013 | Weather |
| Duration: | 1 hour(s) and 11 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | C5275B | |
| **HOTEL - Tuesday, March 19 2013** | | |
| SOHO GRAND HOTEL | | |
| Address: | 310 West Broadway<br>New York NY US 10013 | Map/Driving directions |
| Tel: | 1-212-9653000 | |
| Fax: | 1-212-9653200 | |
| Check In/Check Out: | Tuesday, March 19 2013 - Wednesday, March 20 2013 | |
| Status: | Confirmed | |
| Number of Persons: | 1 | |
| Number of Nights: | 1 | |
| Rate per night: | USD 359.00 | |
| Guaranteed: | Yes | |
| Confirmation: | CIO39W3 | |
| Cancellation Policy: | CXL BY 1500 HOTEL TIME ON 18MAR13-FEE 1 NIGHT- | |
| Additional Information: | NONSMKG KNG | |
| Remarks: | CANCEL BY 3PM 24 HOURS PRIOR TO ARRIVAL TO AVOID PENALTY | |
| **RAIL - Wednesday, March 20 2013** | | |
| Amtrak Train Number 02165 | | |
| Depart: | New York Penn Station, United States | Weather |

| | |
|---|---|
| **Arrive:** | 04:00 PM Wednesday, March 20 2013<br>Philadelphia 30th St Railway Station, United States<br>05:05 PM Wednesday, March 20 2013 |
| **Duration:** | 1 hour(s) and 5 minute(s) |
| **Class Of Service:** | Acela Acela Business Class |
| **Confirmation:** | C5275B |

Weather

### Remarks
RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| | | |
|---|---|---|
| Ticket Number: | 5547186041053 Issued: 03/11/2013 | USD 274.00 |
| New Ticket Charges: | | USD 274.00 |
| Service Fee: | 8900598548159 Issued: 03/11/2013 | USD 15.00 |
| Total Charges * : | | USD 289.00 |
| Invoice Number: | 191334958 | |
| Ticket and Service Fees charged to: | | AX***********1002 |

\* Some airlines have instituted new baggage fees.
Use the link below for details.

Check here for airline baggage and ancillary fees.

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies
on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglassville, PA 19518

2



```
AMTRAK GARAGE
30TH ST
PHILA PA
215 382 3567


Rcpt# 6460
03/20/13 15:30   L# 7 A# 1   Txn# 9714
03/19/13 06:39 In   03/20/13 15:30 Out
Tkt# 123889
Amtrak Fee    $    53.00
Total Fee     $    53.00
Amex          $    53.00
XXXXXXXXXX1002
Approval No.:500532
Reference No.:00000189
Change Due     $    0.00
THANK YOU FOR PARKING
WITH CENTRAL PARKING SYSTEMS
LOCATION 54
```