# Kreindler & Kreindler, LLP

# KREINDLER AND KREINDLER, LLP

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 09/21/2006 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production | 3.00 | $350.00 | $1,050.00 |
| 09/22/2006 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production | 3.00 | $350.00 | $1,050.00 |
| 09/29/2006 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production | 1.00 | $350.00 | $350.00 |
| 10/04/2006 | Fawcett, John | Identification of deficiencies in Defendant's document production | 4.00 | $350.00 | $1,400.00 |
| 10/05/2006 | Fawcett, John | Identification of deficiencies in Defendant's document production | 4.00 | $350.00 | $1,400.00 |
| 02/21/2007 | Fawcett, John | Identification of deficiencies in Defendant's document production | 2.50 | $350.00 | $875.00 |
| 02/28/2007 | Fawcett, John | Identification of deficiencies in Defendant's document production | 1.50 | $350.00 | $525.00 |
| 03/05/2007 | Fawcett, John | Identification of deficiencies in Defendant's document production | 3.00 | $350.00 | $1,050.00 |
| 03/06/2007 | Fawcett, John | Identification of deficiencies in Defendant's document production | 2.00 | $350.00 | $700.00 |
| 03/07/2007 | Fawcett, John | Identification of deficiencies in Defendant's document production | 1.50 | $350.00 | $525.00 |
| 09/25/2009 | Kreindler, James P. | PEC discussion of discovery disputes related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 09/25/2009 | Maloney, Andrew | PEC discussion of discovery disputes related to Wael Jelaidan | 0.50 | $750.00 | $375.00 |
| 12/14/2010 | Fawcett, John | Identification of deficiencies in Defendant's document production | 3.00 | $350.00 | $1,050.00 |
| 12/15/2010 | Fawcett, John | Identification of deficiencies in Defendant's document production | 3.00 | $350.00 | $1,050.00 |
| 12/16/2010 | Fawcett, John | Identification of deficiencies in Defendant's document production | 2.00 | $350.00 | $700.00 |
| 12/17/2010 | Fawcett, John | Identification of deficiencies in Defendant's document production | 1.50 | $350.00 | $525.00 |
| 12/20/2010 | Kreindler, James P. | PEC discussion of discovery disputes related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 12/20/2010 | Maloney, Andrew | PEC discussion of discovery disputes related to Wael Jelaidan | 0.50 | $750.00 | $375.00 |
| 04/05/2011 | Kreindler, James P. | PEC discussion of discovery disputes related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 04/12/2011 | Kreindler, James P. | Preparation for hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 04/12/2011 | Kreindler, James P. | Portion of hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 1.00 | $800.00 | $800.00 |
| 04/26/2011 | Fawcett, John | Preparation for hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 1.00 | $350.00 | $350.00 |
| 04/26/2011 | Kreindler, James P. | Preparation for hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 04/26/2011 | Kreindler, James P. | Portion of hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 1.00 | $800.00 | $800.00 |
| 06/07/2011 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 3.00 | $350.00 | $1,050.00 |
| 06/08/2011 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 2.00 | $350.00 | $700.00 |
| 10/13/2011 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 1.00 | $350.00 | $350.00 |
| 07/30/2012 | Fawcett, John | Analysis and identification of deficiencies in Defendant's document production | 1.00 | $350.00 | $350.00 |
| 01/23/2013 | Fawcett, John | Factual back-up to PEC's Motion to Compel | 3.00 | $350.00 | $1,050.00 |
| 03/18/2013 | Kreindler, James P. | Preparation for hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 0.50 | $800.00 | $400.00 |
| 03/18/2013 | Maloney, Andrew | Preparation for hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 1.00 | $750.00 | $750.00 |

Jelaidan

# KREINDLER AND KREINDLER, LLP

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 03/19/2013 | Maloney, Andrew | Portion of hearing in front of Magistrate Judge Maas related to Wael Jelaidan | 1.00 | $750.00 | $750.00 |
| | | TOTAL | 54.00 | | $22,350.00 |

Jelaidan