# Exhibit D

# FEE APPLICATION PREPARATION TOTALS

| Law Firm | Time (hrs) | Total Billing |
|---|---:|---:|
| Anderson Kill, P.C. | 20.50 | $12,922.50 |
| Motley Rice, LLC | 44.00 | $33,000.00 |
| TOTAL | 64.50 | $45,922.50 |

# Motley Rice, LLC

# MOTLEY RICE, LLC

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 01/06/2014 | Haefele, Robert T. | Draft fee application | 3.00 | $750.00 | $2,250.00 |
| 01/07/2014 | Haefele, Robert T. | Draft fee application | 5.00 | $750.00 | $3,750.00 |
| 01/08/2014 | Haefele, Robert T. | Draft fee application | 4.50 | $750.00 | $3,375.00 |
| 01/09/2014 | Haefele, Robert T. | Draft fee application | 5.00 | $750.00 | $3,750.00 |
| 01/20/2014 | Haefele, Robert T. | Additional legal research, drafting and editing of Fee Petition; emails to PEC members to follow up for needed supporting materials. | 5.00 | $750.00 | $3,750.00 |
| 01/21/2014 | Haefele, Robert T. | Additional legal research re NY billing rates (.50), drafting and editing of Fee Petition (3.5); Prep and Review of MR bios (.30) emails to PEC members to follow up for needed supporting materials (.20). | 4.50 | $750.00 | $3,375.00 |
| 01/22/2014 | Haefele, Robert T. | Additional drafting and revising/editing of Fee Petition (4.0); emails to PEC members to follow up for needed supporting materials and oversee collecting/organizing billing and fees support (.75). | 4.75 | $750.00 | $3,562.50 |
| 01/23/2014 | Haefele, Robert T. | Edits to Fee Application; Coordinate with PEC members; circulate draft of Fee Application for Comment; Coordinate revisions based on comments. | 5.25 | $750.00 | $3,937.50 |
| 01/24/2014 | Haefele, Robert T. | Edits to Fee application; incorporate comments; draft certification; cite check; oversee/coordinate prep of exhibits. | 7.00 | $750.00 | $5,250.00 |
| | | **TOTAL** | 44.00 | | $33,000.00 |

# Anderson Kill, P.C.

# ANDERSON KILL, P.C.

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 12/27/2013 | Goldman, Jerry S. | Work on fee application (AHIF) | 2.60 | $800.00 | $2,080.00 |
| 12/29/2013 | Goldman, Jerry S. | Email to Scott T.; email to team re: projects. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 |
| 12/29/2013 | Goldman, Jerry S. | Fee application work continued. | 1.40 | $800.00 | $1,120.00 |
| 12/30/2013 | Goldman, Jerry S. | Receive and review materials from Scott T.; reply; received and review materials from Scott T.; reply. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 |
| 12/31/2013 | Goldman, Jerry S. | Call with associate re: drafting. | 0.30 | $800.00 | $240.00 |
| 12/31/2013 | Goldman, Jerry S. | Work on fee petition - continued. | 1.90 | $800.00 | $1,520.00 |
| 12/31/2013 | Hertzog, Rene F. | Read discovery decision allowing for award of attorneys' fees. Reviewed draft papers for recovery of attorneys' fees. Discussed legal research needed for attorneys' fees motion with J. Goldman and began same. | 2.70 | $475.00 | $1,282.50 |
| 01/02/2014 | Goldman, Jerry S. | Work on fee application issues. | 0.70 | $800.00 | $560.00 |
| 01/06/2014 | Goldman, Jerry S. | Work on fee petition; call with Scott T. | 1.40 | $800.00 | $1,120.00 |
| 01/06/2014 | Hertzog, Rene F. | Researched law in Second Circuit on calculation of reasonable attorneys' fees for fee application relating to discovery sanction order. | 4.20 | $475.00 | $1,995.00 |
| 01/07/2014 | Goldman, Jerry S. | Fee petition work - received and review communications RH - review data - continued - communicate with associate re: law. | 0.90 | $800.00 | $720.00 |
| 01/07/2014 | Hertzog, Rene F. | Continued researching case law on calculation of reasonable attorneys' fees. Began drafting memo of law on same. Discussed with J. Goldman and email correspondence with team and PEC regarding form of papers for fee application. | 3.80 | $475.00 | $1,805.00 |
| 01/08/2014 | Goldman, Jerry S. | Communications with associate re: legal issues in fee petition - AHIF. | 0.20 | $800.00 | $160.00 |
| | | TOTAL | 20.50 | | $12,922.50 |