# Exhibit G

| HOME | ABOUT THE FIRM | ATTORNEYS | FIRM NEWS | CASE EXAMPLES | FIRM BLOG | ESPAÑOL |

| REFERRING COUNSEL | CONTACT US |

# CRASH OF ASIANA AIRLINES FLIGHT 214

New York **212-687-8181**
Boston **617-424-9100**
Los Angeles **213-622-6469**

- Aviation
- Complex Litigation/Mass Torts
- Torts and Products Liability
- Maritime Claims
- Motor Vehicle Accidents
- Class Action
- Workplace Injury Claims/Labor Law
- Environmental Injury Claims

## QUICK LINKS

**NFL Agrees to Settle Concussion Lawsuit for $765 Million.**
read more

Kreindler & Kreindler LLP has been retained by the families of students who lost their lives in the crash of Asiana Flight



# National Terrorist Aviation Attacks Lawyers

### Damages Claims Related to Terrorist Plane Attacks

For obvious reasons, it can be highly difficult to recover damages from terrorist cells in a tort lawsuit for personal injury or wrongful death damages. Even assuming jurisdiction, service of process and obtaining a judgement, collecting damages will likely be impossible in most circumstances. Usually, service must be accomplished by publishing notice of the lawsuit in newspapers or magazines overseas and the terrorists organizations will not respond.

Nevertheless, the trial attorneys of Kreindler & Kreindler LLP have successfully represented the families of terrorist aviation attacks. After seven years of hard litigation, we established liability against Libya's national government for its role in the terrorist attack over Lockerbie, Scotland, and we recovered $10 million for each victim's family.

### Lawyers for National or International Aviation Terrorism

214. read more

Kreindler Partners Comment On Asiana Flight 214 In The Media. read more

Have You Or A Loved One Suffered A Heart Attack Or Other Injury During Dialysis? read more

Have You Been Diagnosed With A Cancer That You Or Your Doctor Suspect is WTC Related? read more

NFL Players Concussion & Head Trauma Claims read more

The Zadroga Act & Victim Compensation Fund read more

Noteworthy Aviation Accidents read more

## Firm News & Developments

MTA Metro-North Crash [December 2013]

Maritime Victory: Young v. Moran Towing Corporation [November 2013]

Rockwell Commander 690B Plane Crash in Connecticut [August 2013]

Robinson R66 Helicopter Crash in Pennsylvania [August 2013]

Southwest Airlines Flight 345 Crash Landing at LaGuardia Airport [August 2013]

Afghanistan Cargo Plane Crash Kills 7 Americans [April 2013]

Kreindler Partner Anthony Tarricone to speak at HB Litigation Conferences Plaintiff Pharma Forum, March 15, 2013 Hyatt Hotel, Los Angeles, CA [March 2013]

**Cases**

The key to developing an effective legal theory of recovery in a terrorist-related aviation disaster is to prove a relationship between the attack, a terrorist group and a state sponsor. National governments have been known to train, fund and otherwise support the activities of terrorist groups.

> **Ordinarily, sovereign governments can claim immunity under international and domestic law for tort claims, but our country's Foreign Sovereign Immunities Act (FSIA) specifies an exception for state sponsors of terrorism. Because Libya was designated as such a state sponsor at the time of the Lockerbie attack, and our lawyers were able to prove actual Libyan government support for the attack, we were able to hold that nation accountable for civil damages claims.**

As of 2010, the list of state sponsors of terrorism is officially limited to Sudan, Iran, Syria and Cuba. Terrorist attacks that originated elsewhere or were supported by other countries can conceivably generate viable civil damages claims, but it will normally be necessary to prove additional facts against a responsible defendant.

For example, equipment failure in airport security screening or negligent performance by security contractors could support a plaintiff's claim for damages against a solvent or insured defendant. Kreindler & Kreindler's experience with the evaluation of terrorist-related aviation attacks can give you a good idea of the practical strength of your case under a wide range of circumstances. For more information about this aspect of our aviation disaster practice, contact us in New York, Boston or Los Angeles.

Kreindler Partner Anthony Tarricone to speak at AAJ Education's Pharmaceuticals and Medical Device Litigation Update Seminar - GranuFlo Dialysis Litigation. March 19-20 , 2013, San Diego Sheraton Hotel & Marina, San Diego, CA
[March 2013]

read more

## VISIT OUR BLOG

**Dec 31** - Investigation of plane crash still ongoing nearly 2 years later

**Dec 24** - Aviation experts say African plane crash wasn't accidental

**Dec 19** - Engine failure might be cause of Hawaiian crash

**Dec 11** - College golfer, her sister and father perish in Cessna 310R crash

**Dec 07** - Pilot of crashed Russian plane may have had fake license

## CONTACT US TODAY

**Bold** labels are required.

Name

**E-mail Address**

Phone

Alt Phone

Brief description of your legal issue

☐ I have read the disclaimer.
Privacy Policy

Submit



**New York Office**
750 Third Avenue
New York NY 10017
Phone: 212-687-8181
Fax: 212-972-9432
New York Law Office

**Boston Office**
277 Dartmouth Street
Boston MA 02116
Phone: 617-424-9100
Fax: 617-424-9120
Boston Law Office

**Los Angeles Office**
707 Wilshire Boulevard
Los Angeles CA 90017
Phone: 213-622-6469
Fax: 213-622-6019
Los Angeles Law Office

     

| HOME | ABOUT THE FIRM | ATTORNEYS | FIRM NEWS | CASE EXAMPLES | FIRM BLOG | ESPAÑOL |
| --- | --- | --- | --- | --- | --- | --- |
| REFERRING COUNSEL | CONTACT US | | | | | |

# CRASH OF ASIANA AIRLINES FLIGHT 214

New York **212-687-8181**
Boston **617-424-9100**
Los Angeles **213-622-6469**

- Aviation
- Complex Litigation/Mass Torts
- Torts and Products Liability
- Maritime Claims
- Motor Vehicle Accidents
- Class Action
- Workplace Injury Claims/Labor Law
- Environmental Injury Claims

## QUICK LINKS

**NFL Agrees to Settle Concussion Lawsuit for $765 Million.**
read more

Kreindler & Kreindler LLP has been retained by the families of students who lost their lives in the crash of Asiana Flight



## Class Action and Complex Litigation

**Kreindler & Kreindler LLP's** class action and complex litigation lawyers represent groups and individuals throughout the country in securities class and direct actions; antitrust and consumer class actions; takeover, merger and derivative actions; patent litigation; and other complex commercial lawsuits. We also represent whistle-blowers in *qui tam* lawsuits involving the misuse of taxpayer funds.

Our partners who head this practice have litigated dozens of complex lawsuits that have resulted in multi-million dollar settlements and judgments on behalf of their clients. Over their careers, they have played key front-line roles in cases resulting in favorable settlements or judgments of close to two billion dollars, including:

- Class Action Against Getty Images on Behalf of Professional Photographers
- *Biden v. Card* (settlement $12 million);
- *In re Brand Name Prescription Drugs Antitrust Litigation* (settlement exceeding $700 million);

214. read more

Kreindler Partners Comment On Asiana Flight 214 In The Media. read more

Have You Or A Loved One Suffered A Heart Attack Or Other Injury During Dialysis? read more

Have You Been Diagnosed With A Cancer That You Or Your Doctor Suspect is WTC Related? read more

NFL Players Concussion & Head Trauma Claims read more

The Zadroga Act & Victim Compensation Fund read more

Noteworthy Aviation Accidents read more

# FIRM NEWS & DEVELOPMENTS

MTA Metro-North Crash
[December 2013]

Maritime Victory: Young v. Moran Towing Corporation
[November 2013]

Rockwell Commander 690B Plane Crash in Connecticut
[August 2013]

Robinson R66 Helicopter Crash in Pennsylvania
[August 2013]

Southwest Airlines Flight 345 Crash Landing at LaGuardia Airport
[August 2013]

Afghanistan Cargo Plane Crash Kills 7 Americans
[April 2013]

Kreindler Partner Anthony Tarricone to speak at HB Litigation Conferences Plaintiff Pharma Forum, March 15, 2013 Hyatt Hotel, Los Angeles, CA
[March 2013]

- *In re Broadcom Corp. Securities Litigation* (settlement $150 million);
- *Canning v. Music Express* (settlement $2.2 million);
- *In re Comerica Securities Litigation* (settlement $15 million);
- *In re Domestic Air Transportation Antitrust Litigation* (settlement $355 million);
- *In re Compact Disc Antitrust Litigation* (settlement exceeding $50 million);
- *In re Cosmetics Antitrust Litigation,* (settlement exceeding $100 million);
- *In re Emulex Shareholders Cases* (settlement $8 million);
- *Kline Hawkes et al. v. Gross et al.* (settlement $138 million);
- *Federal Reserve v. Shoiab* (judgment $26 million);
- *In re Heritage Bond Litigation* (settlement $28 million);
- *Sanwa Bank v. Facciani* (settlement $26 million);
- *Schneider v. Traweek* (settlement $14 million);
- *Slaven, et al. v. BP America, Inc.* (settlement $6 million);
- *In re Taxable Municipal Bond Securities Litigation* (settlement $110 million);
- *United States ex rel. Baylor v. Kerlan-Jobe* (settlement $2.6 million);
- *United States v. Lange, et al.* (settlement $1.7 million);
- *Wingard v. Lowe's/Home Depot* (settlement $4 million);
- and *In re ZZZZ Best Securities Litigation* (settlement $40 million).

In addition to obtaining significant financial recoveries for victims of wrongdoing, our complex litigation lawyers have forced corporations to make governance reforms to protect their shareholders.

These and other class action complex cases, litigated by **Kreindler & Kreindler** lawyers, have led to dozens of important reported decisions cases in federal trial and appellate courts throughout the country and in state courts in California and other states.

A sampling of current **Kreindler & Kreindler** cases includes: a class action on behalf of shareholders of a sub-class of JDS Uniphase, a California company that investors allege committed

Kreindler Partner Anthony Tarricone to speak at AAJ Education's Pharmaceuticals and Medical Device Litigation Update Seminar - GranuFlo Dialysis Litigation. March 19-20 , 2013, San Diego Sheraton Hotel & Marina, San Diego, CA
[March 2013]

read more

## VISIT OUR BLOG

**Dec 31** - Investigation of plane crash still ongoing nearly 2 years later
**Dec 24** - Aviation experts say African plane crash wasn't accidental
**Dec 19** - Engine failure might be cause of Hawaiian crash
**Dec 11** - College golfer, her sister and father perish in Cessna 310R crash
**Dec 07** - Pilot of crashed Russian plane may have had fake license

## CONTACT US TODAY

**Bold** labels are required.

Name

**E-mail Address**

Phone

Alt Phone

Brief description of your legal issue

☐ I have read the disclaimer.
Privacy Policy

Submit

accounting fraud while insiders sold more than one-half billion dollars in stock; a class action on behalf of the owners of stock in Intermix, the company purchased by News Corporation and which owned the popular website MySpace.com; a class action on behalf of the consumers who have paid billions of dollars in ATM fees to banks other than their own; and a class action on behalf of the consumers who purchased more than $4 billion of craftsman tools from Sears Roebuck based on the false representation that those tools were "Made in the USA."

**Kreindler & Kreindler** lawyers have lectured on complex litigation panels for the Consumer Attorney's Association of Los Angeles, the Association of Trial Lawyers, the Practicing Law Institute, the Business Institute, the Los Angeles Bar Association, the Beverly Hills Bar Association, the Institute of Law and Economic Policy, Mealeys, and others. They have held prominent positions in numerous highly-regarded legal organizations and have published articles relating to class action and complex litigation issues in the *Advocate,* the *Forum,* the *Practicing Law Institute,* the *Banking Law Review,* the American Bar Association's *TIPS* magazine the Brief, the *Los Angeles Lawyer* magazine and the *Los Angles Daily Journal,* among others.



| **New York Office** | **Boston Office** | **Los Angeles Office** |
|---|---|---|
| 750 Third Avenue | 277 Dartmouth Street | 707 Wilshire Boulevard |
| New York NY 10017 | Boston MA 02116 | Los Angeles CA 90017 |
| Phone: 212-687-8181 | Phone: 617-424-9100 | Phone: 213-622-6469 |
| Fax: 212-972-9432 | Fax: 617-424-9120 | Fax: 213-622-6019 |
| New York Law Office | Boston Law Office | Los Angeles Law Office |

     

| HOME | ABOUT THE FIRM | ATTORNEYS | FIRM NEWS | CASE EXAMPLES | FIRM BLOG | ESPAÑOL |
| --- | --- | --- | --- | --- | --- | --- |
| | REFERRING COUNSEL | CONTACT US | | | | |

# CRASH OF ASIANA AIRLINES FLIGHT 214

New York **212-687-8181**
Boston **617-424-9100**
Los Angeles **213-622-6469**

- Aviation
- Complex Litigation/Mass Torts
- Torts and Products Liability
- Maritime Claims
- Motor Vehicle Accidents
- Class Action
- Workplace Injury Claims/Labor Law
- Environmental Injury Claims

## QUICK LINKS

**NFL Agrees to Settle Concussion Lawsuit for $765 Million.**
read more

Kreindler & Kreindler LLP has been retained by the families of students who lost their lives in the crash of Asiana Flight



## James P. Kreindler

Partner

**Location:** New York, New York
**Phone:** 212-973-3449
**Fax:** (212) 972-9432
**E-mail:** E-mail Me



James P. Kreindler joined **Kreindler & Kreindler LLP** in 1983 and became a partner in 1987. He is a *magna cum laude* graduate of Dartmouth College, 1977. He received his J.D. degree from Columbia University in 1980, where he was a Harlan Fiske Stone scholar. He began his career as an Assistant District Attorney in the Kings County (Brooklyn) District Attorneys' Office.

A specialist in aviation accident and terrorist litigation, Mr. Kreindler took the lead role as a member of the Plaintiffs' Committee in the Pan Am 103 families' suit against Libya, which

214. read more

**Kreindler Partners Comment On Asiana Flight 214 In The Media.**
read more

**Have You Or A Loved One Suffered A Heart Attack Or Other Injury During Dialysis?** read more

**Have You Been Diagnosed With A Cancer That You Or Your Doctor Suspect is WTC Related?**
read more

**NFL Players Concussion & Head Trauma Claims** read more

**The Zadroga Act & Victim Compensation Fund** read more

**Noteworthy Aviation Accidents** read more

# FIRM NEWS & DEVELOPMENTS

MTA Metro-North Crash
[December 2013]

Maritime Victory: Young v. Moran Towing Corporation
[November 2013]

Rockwell Commander 690B Plane Crash in Connecticut
[August 2013]

Robinson R66 Helicopter Crash in Pennsylvania
[August 2013]

Southwest Airlines Flight 345 Crash Landing at LaGuardia Airport
[August 2013]

Afghanistan Cargo Plane Crash Kills 7 Americans
[April 2013]

Kreindler Partner Anthony Tarricone to speak at HB Litigation Conferences Plaintiff Pharma Forum, March 15, 2013 Hyatt Hotel, Los Angeles, CA
[March 2013]

produced $2.7 billion in additional compensation for the families of the Lockerbie victims. Mr. Kreindler played a major role in the litigation against Pan Am arising from the Flight 103 disaster over Lockerbie, Scotland as a member of the Plaintiffs' Trial Team.

He has played a major role in many notable airline disaster cases, including:

- the EgyptAir 990 crash on October 31, 1990 (as a member of the Executive Committee of the Plaintiffs' Steering Committee);

- the Swissair Flight 111 disaster near Peggy's Cove, Nova Scotia on September 2, 1998 (serving as a Plaintiffs' Committee member);

- and the TWA Flight 800 disaster off Long Island, New York (appointed a member of the Plaintiffs' Committee).

He is now co-chair of the Plaintiffs' Committee in the 9/11 Litigation proceeding against financiers and sponsors of al-Qaeda. He currently serves as Chairman of the Plaintiffs' Committee in the February 12, 2009 Colgan Air crash in Buffalo, New York.

Mr. Kreindler is a frequent lecturer on Aviation Accident Litigation and Terrorism Litigation throughout North and South America and Europe. He is the only Plaintiffs' attorney, other than Lee Kreindler, asked to lecture at International Airline Transportation Association meetings.

Mr. Kreindler is a fellow of the International Academy of Trial Lawyers. He also has been recently selected by Lawdragon for their latest 500 Leading Litigators in America's list.

Mr. Kreindler's proudest professional accomplishments are:

- Recipient of the 2009 Public Justice Lawyer of the Year Award.

Kreindler Partner Anthony Tarricone to speak at AAJ Education's Pharmaceuticals and Medical Device Litigation Update Seminar - GranuFlo Dialysis Litigation. March 19-20 , 2013, San Diego Sheraton Hotel & Marina, San Diego, CA
[March 2013]

read more

## Visit Our Blog

**Dec 31** - Investigation of plane crash still ongoing nearly 2 years later
**Dec 24** - Aviation experts say African plane crash wasn't accidental
**Dec 19** - Engine failure might be cause of Hawaiian crash
**Dec 11** - College golfer, her sister and father perish in Cessna 310R crash
**Dec 07** - Pilot of crashed Russian plane may have had fake license

- Securing a $2.7 billion payment from Libya for the Pan Am 103 victims — the only time any foreign state ever made such a payment to terrorist victims.

- Obtaining a record-settling wrongful death award ($9 million) for the family of Harry Bainbridge, a Pan Am 103 victim, after a 13-week trial where we obtained a willful misconduct verdict.

- Obtained the highest wrongful termination verdict for a partner fired from Cadwalader, Wickersham & Taft, the oldest law firm in the U.S.

**Year Joined Firm**

**Litigation Percentage**

100% of Practice Devoted to Litigation

**Bar Admissions**

New York, 1981

U.S. District Court Eastern District of New York, 1981

U.S. District Court Southern District of New York, 1981

U.S. Federal Courts, 1981

U.S. Court of Appeals 2nd Circuit, 1981

U.S. Court of Appeals 5th Circuit, 1985

U.S. Supreme Court, 1983

U.S. Court of Appeals 9th Circuit

**Education**

**Columbia Law School, New York, New York**
J.D. - 1980
Honors: Harlan Fiske Stone Scholar

**Dartmouth College, Hanover, New Hampshire**
B.A. (*Magna Cum Laude*) - 1977

**Honors and Awards**

Martindale-Hubbell AC Rating 5 out of 5

Listed in Ney York Best Lawyer

New York SuperLawyer

### Professional Associations and Memberships

American Bar Association, Member, Committee on Aviation Litigation

American Association for Justice, Member

New York State Trial Lawyers Association, Member, Board of Directors

New York County Lawyers Association, Member, Subcommittee on Aviation

### Past Employment Positions

Kings county District Attorney, A.D.A., 1980 - 1983

### Fraternities/Sororities

Kappa Kappa Kappa

## CONTACT US TODAY

**Bold** labels are required.

Name

**E-mail Address**

Phone

Alt Phone

Brief description of your legal issue

☐ I have read the disclaimer.
Privacy Policy

Submit



KREINDLER & KREINDLER LLP

**New York Office**
750 Third Avenue
New York NY 10017
Phone: 212-687-8181
Fax: 212-972-9432
New York Law Office

**Boston Office**
277 Dartmouth Street
Boston MA 02116
Phone: 617-424-9100
Fax: 617-424-9120
Boston Law Office

**Los Angeles Office**
707 Wilshire Boulevard
Los Angeles CA 90017
Phone: 213-622-6469
Fax: 213-622-6019
Los Angeles Law Office

     

| HOME | ABOUT THE FIRM | ATTORNEYS | FIRM NEWS | CASE EXAMPLES | FIRM BLOG | ESPAÑOL |
| --- | --- | --- | --- | --- | --- | --- |
| REFERRING COUNSEL | CONTACT US | | | | | |

# CRASH OF ASIANA AIRLINES FLIGHT 214

New York **212-687-8181**
Boston **617-424-9100**
Los Angeles **213-622-6469**

- Aviation
- Complex Litigation/Mass Torts
- Torts and Products Liability
- Maritime Claims
- Motor Vehicle Accidents
- Class Action
- Workplace Injury Claims/Labor Law
- Environmental Injury Claims

## QUICK LINKS

**NFL Agrees to Settle Concussion Lawsuit for $765 Million.**
read more

Kreindler & Kreindler LLP has been retained by the families of students who lost their lives in the crash of Asiana Flight



## Andrew J. Maloney III

Partner

**Location:** New York, New York
**Phone:** 212-973-3438
**Fax:** (212) 972-9432
**E-mail:** E-mail Me



Andrew J. Maloney, III joined **Kreindler & Kreindler LLP** in 1994 and is a 1985 graduate of Boston College and received his Juris Doctorate degree from Fordham University School of Law in 1988 where he was on the Dean's List and a member of the Urban Law Journal. He was elected partner in January 2005.

Mr. Maloney focuses in aviation litigation as well as general products liability, medical malpractice and general negligence cases trying, mediating and appealing cases in state and federal courts throughout the country. While at the firm, Mr. Maloney

214. read more

**Kreindler Partners Comment On Asiana Flight 214 In The Media.** read more

**Have You Or A Loved One Suffered A Heart Attack Or Other Injury During Dialysis?** read more

**Have You Been Diagnosed With A Cancer That You Or Your Doctor Suspect is WTC Related?** read more

**NFL Players Concussion & Head Trauma Claims** read more

**The Zadroga Act & Victim Compensation Fund** read more

**Noteworthy Aviation Accidents** read more

# FIRM NEWS & DEVELOPMENTS

MTA Metro-North Crash
[December 2013]

Maritime Victory: Young v. Moran Towing Corporation
[November 2013]

Rockwell Commander 690B Plane Crash in Connecticut
[August 2013]

Robinson R66 Helicopter Crash in Pennsylvania
[August 2013]

Southwest Airlines Flight 345 Crash Landing at LaGuardia Airport
[August 2013]

Afghanistan Cargo Plane Crash Kills 7 Americans
[April 2013]

Kreindler Partner Anthony Tarricone to speak at HB Litigation Conferences Plaintiff Pharma Forum, March 15, 2013 Hyatt Hotel, Los Angeles, CA
[March 2013]

briefed and argued a case before the United States Supreme Court on the Westfall Act which governs scope of employment under the Federal Tort Claims Act for federal employees. He has also published an article in the New York Law Journal on the government contractor defense reflecting some of this work on litigation against military contractors for the V-22 Osprey aircraft which is currently being deployed for the United States Armed Forces.

In addition to the many cases he has litigated at the firm, he participated in one of the largest personal injury settlements in the State of Connecticut involving a charter plane crash at the Bridgeport Airport and some of the largest recoveries under the Military Claims Act involving an Air Force plane crash in Dubrovnik, Croatia.

He has worked on various high profile mass disaster cases such as:

- Beech 1900 U.N. Humanitarian Aid crash in the Congo;
- the Egypt Air Flight 990 crash off Nantucket;
- American Airlines 1420 crash at Little Rock;
- Executive Airline BA Jetstream crash near Wilkes-Barre, Pennsylvania;
- Pan Am 103 Lockerbie bombing litigation against Libya;
- Air Midwest U.S. Air Express Flt. 5481 crash in Charlotte, North Carolina – resulting in one of the largest wrongful death awards in North Carolina;
- PHI - Eurocopter A-Star crash in the Gulf of Mexico;
- a corporate Beech King air crash in Maine;
- mid-air collision over Republic Airport, New York;
- twin-engine Piper PA23-160 flight school crash in Arizona;
- and British Norman Islander crash in Tortola.

These complex litigations involved issues regarding the aircraft or component part design, manufacture, warnings and instructions, pilot error, Air Traffic Control error, weather and combinations thereof. Additionally, complex choice of law issues were often triggered.

Kreindler Partner Anthony Tarricone to speak at AAJ Education's Pharmaceuticals and Medical Device Litigation Update Seminar - GranuFlo Dialysis Litigation. March 19-20 , 2013, San Diego Sheraton Hotel & Marina, San Diego, CA
[March 2013]

read more

## Visit Our Blog

**Dec 31 -** Investigation of plane crash still ongoing nearly 2 years later
**Dec 24 -** Aviation experts say African plane crash wasn't accidental
**Dec 19 -** Engine failure might be cause of Hawaiian crash
**Dec 11 -** College golfer, her sister and father perish in Cessna 310R crash
**Dec 07 -** Pilot of crashed Russian plane may have had fake license

In addition, he achieved a rare reversal of the NTSB's conclusion of pilot error and exonerated the deceased pilot's actions in proving the true cause of the crash was a product defect. He has also successfully represented commercial pilots in a benefits dispute with a major U.S. carrier and its pilot union.

Mr. Maloney won a five-year pro bono fight with the U.S. Department of Justice to gain well-deserved recognition, under the Federal Safety Officer's Benefits Act, for Glenn Winuk, a volunteer firefighter and EMT who was killed on September 11, 2001. Mr. Winuk was a partner at the law firm of Holland & Knight whose office is approximately two blocks from Ground Zero and ran toward the Twin Towers and into history, when he saw his fellow citizens in danger.

Winning the Winuk case and obtaining recognition for Glenn, was among Mr. Maloney's proudest professional achievements. The firm charged no fee to the Winuk family. (Read the press regarding this story.) As a result, the American Association of Justice awarded Mr. Maloney the "Pro Bono Lawyer of the Year" in 2008. Mr. Maloney himself has served as a volunteer firefighter for the last 10 years, including duties at the World Trade Center in the days after the attacks.

Mr. Maloney has also been appointed to the Plaintiffs Executive Committee prosecuting the civil suit against the September 11 terrorists and their co-conspirators currently pending in the New York Federal Court. Mr. Maloney obtained dozens of multi-million dollar awards through the hearing process conducted by the September 11 Victim Compensation Fund run by the Justice Department.

Mr. Maloney recently successfully tried a products liability case involving a failure of a steel bracket at a construction site in Connecticut that resulted in a multi-million dollar judgment. That case made new law in the Connecticut Supreme Court which abolished the defense of superseding cause and further led the manufacturer to change the design of the product and quality control procedures as a result of Mr. Maloney's cross examination at trial resulting in a safer product.

At another recent trial representing the estate of a woman killed by a ceiling collapse in her apartment, defendant landlord and

the nearby hospital that failed to diagnose her internal bleeding, settled the case before closing arguments for more money than was demanded just prior to jury selection.

He also successfully mediated the malpractice of a prominent New York doctor and hospital that perforated the patient's duodenum causing infection and death over the next 30 day; and a case against a plastic surgeon who failed to diagnose and treat patient for a pulmonary embolism that caused her death a few weeks after surgery.

In an automobile products case he obtained a million dollars for a woman who was seriously injured and successfully mediated a complex products case involving a death of a worker under a hydraulic cargo lift, demonstrating his wide range of skill in products and negligence cases.

Prior to coming to Kreindler & Kreindler LLP, Mr. Maloney was a federal prosecutor in the Southern District of New York conducting a variety of federal criminal investigations, trials and appeals working with the FBI, DEA, ATF, Secret Service, Postal Inspectors, NYPD and United States Marshals among other investigative agencies.

Consequently, he has represented victims of crime against their criminal assailants and third parties who had a duty to protect, most recently winning cases against a mental hospital for releasing a dangerous patient who shot and killed persons at a church; a night club bouncer who assaulted and hospitalized a patron; and a law firm who assisted an art fraud con man.

Before the United States Attorney's Office, Mr. Maloney clerked for the late Lloyd F. MacMahon, United States District Judge, Southern District of New York, where he began his trial work training and was later an associate at Mudge, Rose, Guthrie, Alexander & Ferdon. He is currently the co-chair of the Mass Torts Committee in the Litigation Section of the ABA, and the former co-chair of the Aviation Litigation Committee for the ABA and frequent CLE author and speaker at aviation programs. He is also a member of the Federal Bar Council and serves on its scholarship committee and has written for and spoken at various seminars including the Air-Law Symposium at SMU on multi-district litigation, the New York City Bar Association on

September 11 issues, and the Mass Torts Made Perfect-Product Liability seminar on aviation litigation and Embry Riddle in Phoenix. He recently served for several years as Chairman of the Aeronautics Committee for the Association of the Bar of the City of New York.

Mr. Maloney is admitted to practice in New York, Massachusetts, Connecticut and the District of Columbia, as well as the federal courts in the Southern and Eastern Districts of New York, the Districts of Connecticut and Colorado, the Second and Third Circuits, the United States Supreme Court and U.S. Court of Federal Claims.

**Bar Admissions**

- New York
- Connecticut
- Massachusetts
- U.S. Supreme Court
- U.S. Court of Appeals 2nd Circuit
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York
- U.S. District Court Northern District of New York
- U.S. District Court District of Connecticut
- U.S. District Court District of Colorado
- U.S. Court of Federal Claims
- U.S. District Court of the District of Columbia
- U.S. District Court Eastern District of Missouri
- U.S. Court of Appeals 3rd Circuit
- U.S. Court of Appeals Federal Circuit

**Education**

**Fordham University School of Law, New York, New York**
J.D. - 1988
Honors: Dean's List
Law Review: Fordham Urban Law Journal, Member, 1987 - 1988

**Boston College, Chestnut Hill, Massachusetts**

B.A. - 1985

Major: History

### Honors and Awards

Martindale-Hubbell AV Rating 5 out of 5

Listed in New York SuperLawyers

### Past Employment Positions

United States Attorney's Office, Criminal Division, Southern District of New York, Law Clerk, 1989 - 1993

Hon. Lloyd F. MacMahon, United States District Court, Southern District of New York, Law Clerk, 1988 - 1989

## CONTACT US TODAY

**Bold** labels are required.

Name

**E-mail Address**

Phone

Alt Phone

Brief description of your legal issue

☐ I have read the disclaimer.
Privacy Policy

Submit



| **New York Office** | **Boston Office** | **Los Angeles Office** |
|---|---|---|
| 750 Third Avenue | 277 Dartmouth Street | 707 Wilshire Boulevard |
| New York NY 10017 | Boston MA 02116 | Los Angeles CA 90017 |
| Phone: 212-687-8181 | Phone: 617-424-9100 | Phone: 213-622-6469 |
| Fax: 212-972-9432 | Fax: 617-424-9120 | Fax: 213-622-6019 |
| New York Law Office | Boston Law Office | Los Angeles Law Office |

     

 

The trial attorneys of Kreindler & Kreindler LLP offer nationwide service to clients in personal injury, wrongful death and complex civil litigation, including such cities as New York, Boston MA, Chicago IL, Denver CO, Memphis TN, Atlanta GA, New Orleans LA, Dallas-Ft. Worth TX, Minneapolis-St. Paul MN, Miami, Jacksonville FL, Charlotte NC, Honolulu, HI, Anchorage, AK, Seattle, Vancouver WA, Phoenix AZ, Las Vegas NV, San Francisco, Los Angeles, San Diego CA and Washington DC.



**KREINDLER & KREINDLER** LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

## John Fawcett

John Fawcett is an investigative researcher for Kreindler & Kreindler. He has worked for the firm since December 2002. His investigation and research has helped develop the evidentiary and factual basis for Kreindler's terror-related civil suits and other complex litigation involving foreign defendants.

Prior to his time with Kreindler & Kreindler, Fawcett worked in the human rights field and developed a particular expertise in identifying the financial backing of dictators and other human rights abusers. He also spent years in the international emergency relief field, working in war zones and refugee camps. Fawcett began his foreign field work in oil exploration, working in Canada, Greenland, the Middle East and Africa. Fawcett has an MSc in International Relations from the Department of Politics at Bristol University in the United Kingdom.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120