# Exhibit N

```
                                                                          1
     DCKFTERT
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3
 3   In Re: Attacks on September
 4   11, 2001
 4                                           03 MDL 1570 (GBD) (FM)
 5
 5
 6   ------------------------------x
 6                                           New York, NY
 7                                           December 20, 2013
 7                                           11:15 a.m.
 8
 8   Before:
 9
 9                         HON. FRANK MAAS,
10
10                                           Magistrate Judge
11
11                         APPEARANCES
12
12   COZEN O'CONNOR
13        Attorneys   for Federal Insurance Company Plaintiffs
13   BY:  SEAN P. CARTER
14        J. SCOTT TARBUTTON
14
15   MOTLEY RICE
15        Attorneys    for Burnett Plaintiffs
16   BY:  ROBERT T. HAEFELE (via speakerphone)
16         JODY WESTBROOK FLOWERS (via speakerphone)
17
17   ANDERSON, KILL & OLICK
18        Attorneys   for Plaintiff O'Neill
18   BY:  JERRY S. GOLDMAN
19
19   KREINDLER & KREINDLER
20        Attorneys   for Ashton Plaintiffs
20   BY:  JAMES P. KREINDLER
21
21   MANNING SOSSAMON
22        Attorneys   for Sana-Bell, Inc. and Sanabel Al Kheer, Inc.
22   Defendants
23   BY:  CHRISTOPHER C.S. MANNING (via speakerphone)
24
25
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
                                                                    2
     DCKFTERT
 1                          APPEARANCES
 2
 2   CLIFFORD CHANCE
 3        Attorneys  for Dubai Islamic Bank Defendant
 3   BY:  RONI E. BERGOFFEN
 4         JAMES TAYLOR COPELAND
 5   DOAR RIECK KALEY & MACK
 5        Attorneys  for Yassin Abdullah Kadi Defendant
 6   BY:  AMY ROTHSTEIN
 6        PETER C. SALERNO
 7
 7   LEWIS BAACH
 8        Attorneys  for MWL and IIRO Defendants
 8   BY:  ERIC L. LEWIS
 9         AISHA HENRY (via speakerphone)
 9         MARK LEIMKUHLER (via speakerphone)
10
10   BERNABEI & WACHTEL
11        Attorneys for Defendants
11   ALAN R. KABAT
12
12   OMAR MOHAMMEDI LAW FIRM
13        Attorneys for Defendant WAMY
13   OMAR MOHAMMEDI
14
14   GOETZ & ECKLAND
15        Attorneys for Defendant WAMY
15   FREDERICK J. GOETZ
16
17
18
19
20
21
22
23
24
25
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                 41
     DCKFTERT
 1   you have the motion relating to two issues before your Honor
 2   already, but as we understand it just as an example one of the
 3   things that WAMY did was to collect documents from all of its
 4   various field offices around the world and send them to Saudi
 5   Arabia instead of New York.
 6            THE COURT:  That's part of your current motion,
 7   correct?
 8            MR. CARTER:  No, your Honor.
 9            THE COURT:  I mean, the one I just got.
10            MR. CARTER:  No, the motion you just got relates to
11   production of documents from WAMY Canada, one of the branch
12   offices.  They haven't been sent to Saudi Arabia.
13            THE COURT:  I think it was in relation to one of your
14   letters to WAMY today that was that issue.
15            MR. CARTER:  That's correct.  So there are motions to
16   compel that another round for WAMY, for instance, and as we
17   have always talked about the document production deadline, all
18   the earlier orders contemplated that there would be a period
19   post completion of productions to do motions to compel, because
20   until we have the documents we won't know what we need to
21   compel.  So we've picked off what we can based on the current
22   state of affairs, but we can't do everything in advance.
23            THE COURT:  But the problem is unless at some point we
24   have a drop dead deadline applicable to every defendant and
25   every plaintiff in the case we keep kicking the can down the
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```