UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |
|---|---|
| | ECF CASE |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977)

*Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (03 CV 9849)

*Cantor Fitzgerald & Co., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7065)

*Continental Casualty Co., et al. v. Al Qaeda, et al.* (04 CV 5970)

*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7279)

*Federal Ins. Co., et al. v. Al Qaida, et al.* (03 CV 6978)

*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 1923)

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Please take notice that Aimee R. Kahn hereby appears as additional counsel of record for defendants DMI Administrative Services, S.A. and Dar Al-Maal Al-Islami Trust.

Dated: New York, New York
January 31, 2014

Respectfully submitted,
MISHCON DE REYA NEW YORK LLP

By:    */s/ Aimee R. Kahn*
Aimee R. Kahn
750 Seventh Avenue – 26th Floor
New York, NY 10019
Telephone: (212) 612-3270
Facsimile: (212) 612-3297
Aimee.Kahn@mishcon.com