UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:

|  |  |  |
|---|---|---|
|  | : | **ORDER** |
| TERRORIST ATTACKS ON | | |
| SEPTEMBER 11, 2001 | : | 03 MDL 1570 (GBD) (FM) |

-----------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the conference held on February 18, 2014, it is hereby

ORDERED that:

1.  The deadline by which all document discovery is to be completed is extended to June 30, 2014.  This deadline shall apply uniformly to all parties.

2.  My ruling in Paragraph 2 of my December 26, 2013 order shall apply reciprocally to both plaintiffs and defendants.  Specifically, both parties shall update their written responses to their adversaries' FOIA requests by stating whether they have withheld any responsive documents on the basis of their objections to the requests.

3.  A further conference shall be held in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, immediately following Judge Daniels' conference on April 24, 2014, at 11 a.m.

SO ORDERED.

Dated:   New York, New York
         February 19, 2014

_____
FRANK MAAS
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/14

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF