## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
### In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

<u>Via Facsimile</u>

February 24, 2014

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

Frank Maas, USMJ 2/24/14

Re:   *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Maas:

The Plaintiffs' Executive Committees request a two week extension, to March 10, 2014, to file the plaintiffs' reply to the oppositions of Wa'el Jelaidan and Al Haramain concerning plaintiffs' fee application. Counsel for defendant Wa'el Jelaidan, Martin McMahon, has advised that he does not oppose the proposed extension. Counsel for Al Haramain, Alan Kabat, has advised that Al Haramain does not oppose the extension provided plaintiffs will not oppose Al Haramain seeking leave to file a sur-reply brief to address proposals raised in plaintiffs' reply. To the extent that the sur-reply were to address only new proposals raised in the reply, plaintiffs would not oppose such an application. Because the next hearing is scheduled for April, the extension will not result in any change to the Court's schedule.

Plaintiffs filed their fee application on January 24, 2014 (ECF Nos. 2829-31) and defendants filed their oppositions on February 14, 2014 (ECF Nos. 2834-2836). After reviewing defendants' filings, plaintiffs have advised defendants that plaintiffs anticipate making limited concessions, but additional time is needed to confer among plaintiffs' counsel concerning the scope of the concessions and to analyze the supporting data to determine where the concessions apply, requiring updated information for the court's consideration.

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXEC. COMMITTEES

cc:   Hon. George B. Daniels, U.S.D.J. (by U.S. Mail)
      Alan Kabat, Esq. (by electronic mail)
      Martin McMahon, Esq. (by electronic mail)
      MDL-1570 counsel (by electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/14