Case 1:03-md-01570-GBD-SN Document 2842-17 Filed 03/10/14 Page 1 of 7

# Exhibit Q



## APPENDIX VI—AVERAGE BILLING RATES

**Average Billing Rates, All Respondents: $584**

| Partnership Tenure | 2012 | 2010 |
|---|---|---|
| 1 to 5 years | $510 | $498 |
| 6 to 10 years | $582 | $531 |
| 11 to 20 years | $602 | $578 |
| More than 20 years | $650 | $630 |

| Lockstep Type | 2012 | 2010 |
|---|---|---|
| My firm is pure lockstep | $814 | $607 |
| Generally lockstep | $555 | $543 |
| My firm is not lockstep at all | $585 | $557 |

| Partnership Status | 2012 | 2010 |
|---|---|---|
| Equity Partner | $632 | $591 |
| Non-equity Partner | $506 | $491 |

| Firm Size | 2012 | 2010 |
|---|---|---|
| 51-200 attorneys | $442 | $436 |
| 201-500 attorneys | $495 | $519 |
| 501-1,000 attorneys | $604 | $605 |
| 1,000+ attorneys | $695 | $666 |

| Practice Area | 2012 | 2010 |
|---|---|---|
| Corporate | $671 | $614 |
| Tax & ERISA | $629 | $615 |
| IP | $601 | $560 |
| Real Estate | $565 | $522 |
| Litigation | $537 | $541 |
| Labor & Employment | $473 | $462 |
| Other | $596 | $542 |

| Profits per Partner | 2012 | 2010 |
|---|---|---|
| $250,001 - $500,000 | $432 | $419 |
| $500,001 - $750,000 | $464 | $512 |
| $750,001 - $1 mil | $590 | $608 |
| $1 mil - $1.25 mil | $655 | $675 |
| $1.25 mil - $1.5 mil | $704 | $709 |
| $1.5 mil - $1.75 mil | $772 | $740 |
| $1.75 mil - $2 million | $764 | $837 |
| $2 million + | $883 | $797 |

| City | 2012 | 2010 |
|---|---|---|
| New York, NY | $760 | $700 |
| Silicon Valley, CA | $732 | n/a |
| Boston, MA | $687 | $590 |
| Washington, DC/NoVA | $662 | $608 |
| San Francisco, CA | $622 | $597 |
| Houston, TX | $607 | $571 |
| Dallas, TX | $602 | $529 |
| Chicago, IL | $586 | $518 |
| Los Angeles, CA | $584 | $587 |
| Atlanta, GA | $560 | $458 |
| Philadelphia, PA | $511 | $516 |
| Seattle, WA | $490 | $420 |

| Gender | 2012 | 2010 |
|---|---|---|
| Male | $598 | $564 |
| Female | $533 | $523 |

| Ethnicity | 2012 | 2010 |
|---|---|---|
| White, not Hispanic | $580 | $557 |
| Black, not Hispanic | $531 | $543 |
| Hispanic | $563 | $518 |
| Asian Pacific, not Hispanic | $651 | $532 |
| American Indian, not Hispanic | $778 | $613 |
| Mixed races | $650 | $532 |

| Compensation Transparency | 2012 | 2010 |
|---|---|---|
| Open | $610 | $574 |
| Partially open | $563 | $536 |
| Closed | $536 | $510 |

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved    69







Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved

70







Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







MAJOR, LINDSEY & AFRICA
LEGAL SEARCH CONSULTANTS

**Average Billing Rate by Firm Size**

**Average Billing Rate by Firm PPP**

Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved







Copyright © 2012 Major, Lindsey & Africa, LLC. All rights reserved

73