**MEMO ENDORSED**

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

<u>Via Facsimile</u>

March 7, 2014

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

_____
Frank Maas, USMJ  3/10/14

Re:   *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Maas:

In connection with plaintiffs' fee application (ECF Nos. 2829-31), plaintiffs are due to file responses to oppositions filed by defendants Al Haramain (ECF No. 2835) and Wa'el Jelaidan (ECF No. 2834) on Monday, March 10, 2014. In lieu of filing two briefs with 10-page limits in response to each of the two defendants, plaintiffs request Your Honor's permission to file a single brief with a 14 page limit. We communicated our request to counsel for defendants late yesterday and defendant Jelaidan's counsel, Martin McMahon, has consented. Counsel for Al Haramain has advised that he is unable to respond until Monday.

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

cc:   Hon. George B. Daniels (By U.S. Mail)
      MDL-1570 counsel (By electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/14