**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In Re: Terrorist Attacks on September 11, 2001

03 **MD** 1570 (GBD)(FM)

**JUDGMENT**

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  4/25/2014

    Whereas on October 28, 2013, the Honorable Frank Maas, United States Magistrate Judge, to whom this matter was referred, having issued a Memorandum Decision and Report and Recommendation (the "report"), granting in part and denying in part Plaintiffs' motions (ECF Nos. 2654, 2700, and 2701), and recommending that with respect to Jelaidan, adverse inference sanctions are warranted, and the Plaintiffs are entitled to recover the reasonable fees and costs they incurred in bringing the motion; with respect to Rabita Trust, a default judgment should be entered; with respect to Al Haramain (USA), sanctions are not warranted at this time, but the Plaintiffs may recover the expenses they reasonably incurred in bringing their motion; and with respect to Al Haramain (SA), a default judgment should be entered, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on April 23, 2014, having rendered its Order overruling and denying Defendants' Rule 72 objections to the report, and adopting Magistrate Judge Maas' report in its entirety, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2014, Defendants' Rule 72 objections are OVERRULED and DENIED, and Magistrate Judge Maas's Report is adopted in its entirety; in accordance with Memorandum Decision and Report and Recommendation dated October 23, 2013, the Plaintiffs'

motions (ECF Nos. 2654, 2700, 2701) are granted in part and denied in part; with respect to Jelaidan, adverse inference sanctions are warranted, and the Plaintiffs are awarded reasonable fees and costs they incurred in bringing the motion; with respect to Rabita Trust, default judgment is entered; with respect to Al Haramain (USA), sanctions are not warranted at this time, but the Plaintiffs are awarded the expenses they reasonably incurred in bringing their motion; and with respect to Al Haramain (SA), default judgment is entered.

**DATED:** New York, New York
April 25, 2014

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:**   _(signature)_
_____
**Deputy Clerk**