# EXHIBIT 3

## AL HARAMAIN - TOTAL FEES

| Law Firm | Time (hrs) | Total Billing | Total Disbursements | GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 73.15 | $58,520.00 | $625.14 | $59,145.14 |
| Cozen O'Connor | 142.10 | $98,770.00 | $1,798.65 | $100,568.65 |
| Kreindler & Kreindler, LLP | 40.50 | $17,750.00 | $0.00 | $17,750.00 |
| Motley Rice, LLC | 381.75 | $236,625.00 | $3,605.42 | $240,230.42 |
| TOTAL | 637.50 | $411,665.00 | $6,029.21 | $417,694.21 |

| Law Firm | Time (hrs) | Revised Total Billing | Total Disbursements | REVISED GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 59.68 | $44,915.00 | $625.14 | $45,540.14 |
| Cozen O'Connor | 138.67 | $89,627.50 | $1,798.65 | $91,426.15 |
| Kreindler & Kreindler, LLP | 40.50 | $17,750.00 | $0.00 | $17,750.00 |
| Motley Rice, LLC | 379.83 | $229,152.50 | $3,605.42 | $232,757.92 |
| TOTAL | 618.68 | $381,445.00 | $6,029.21 | $387,474.21 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge | Time (hrs) - REV | Rate - REV | Charge - REV |
|---|---|---|---|---|---|---|---|---|
| 01/09/2013 | Goldman, Jerry S. | Receive and review revised comments re: AHIF; Conference with Maxwell re: research re: same; Reply to PEC; Receive email from various PEC with comments; Conference with Maxwell re: same; Reply to PEC re: AHIF; Conference with paralegal re: same; Reply PEC no. 2. (Allocate AHIF). | 1.10 | $800.00 | $880.00 | 1.10 | $800.00 | $880.00 |
| 01/10/2013 | Goldman, Jerry S. | Receive and review final motion to compel re: AHIF; Approve, receive and review service copy. (Allocate to AHIF). | 0.60 | $800.00 | $480.00 | 0.60 | $800.00 | $480.00 |
| 01/11/2013 | Goldman, Jerry S. | Receive and review exhibits re: AHIF. (Allocate to AHIF). | 0.70 | $800.00 | $560.00 | 0.70 | $800.00 | $560.00 |
| 01/12/2013 | Goldman, Jerry S. | Continue review of AHIF documents. | 0.90 | $800.00 | $720.00 | 0.90 | $800.00 | $720.00 |
| 01/14/2013 | Goldman, Jerry S. | Receive and review various docket items/*file organization*; Continue review of AHIF exhibits. (Allocate to AHIF). **(Revised - Time reduced 0.2)** | 0.50 | $800.00 | $400.00 | 0.30 | $800.00 | $240.00 |
| 02/01/2013 | Goldman, Jerry S. | Complete review of Al Haramain filing. (Allocate to AHIF). | 0.30 | $800.00 | $240.00 | 0.30 | $800.00 | $240.00 |
| 02/03/2013 | Goldman, Jerry S. | Communications re: new AH discovery materials. | 0.30 | $800.00 | $240.00 | 0.30 | $800.00 | $240.00 |
| 02/08/2013 | Goldman, Jerry S. | Docket item Al Haramain and IIRO. **(Allocate to AHIF). (Revision Note: This represents 1.5 hrs to review 2 items, including .75 allocated to review reply on sanctions motion (ECF 2679-80))**. | 0.75 | $800.00 | $600.00 | 0.75 | $800.00 | $600.00 |
| 02/08/2013 | Goldman, Jerry S. | Al Haramain reply. **(Revision Note - Read in context with MR time entries, this indicates review of Reply brief)** | 1.20 | $800.00 | $960.00 | 1.20 | $800.00 | $960.00 |
| 02/20/2013 | Goldman, Jerry S. | Communications re: PEC response to AH. | 0.20 | $800.00 | $160.00 | 0.20 | $800.00 | $160.00 |

Al Haramain

## ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge | Time (hrs) - REV | Rate - REV | Charge - REV |
|---|---|---|---|---|---|---|---|---|
| 02/21/2013 | Goldman, Jerry S. | Receive and review docket item; Filing of AH. (Allocate to AHIF). | 0.50 | $800.00 | $400.00 | 0.50 | $800.00 | $400.00 |
| 02/22/2013 | Goldman, Jerry S. | AH filing re: Oregon. **(Revision Note - Read in context of litigation, this indicates review of documents from Oregon Seda litigation in connection with AH motion)** | 0.20 | $800.00 | $160.00 | 0.20 | $800.00 | $160.00 |
| 02/22/2013 | Goldman, Jerry S. | Al Haramain response; Review draft; Comment; Docket items; *File organization* issues. (Allocate to AHIF). **(Revised - Time reduced 0.2)** | 0.50 | $800.00 | $400.00 | 0.30 | $800.00 | $240.00 |
| 02/26/2013 | Goldman, Jerry S. | Communications re: filing in SDNY (Al Haramain). (Allocate to AHIF). | 0.30 | $800.00 | $240.00 | 0.30 | $800.00 | $240.00 |
| 02/27/2013 | Goldman, Jerry S. | Receive and review drafts of documents; Reply with comments; Communications with associate; Receive and review numerous docket items; Communications re: *file organization*. (Allocate to AHIF). **(Revised - Time reduced 0.2)** | 1.40 | $800.00 | $1,120.00 | 1.20 | $800.00 | $960.00 |
| 03/09/2013 | Goldman, Jerry S. | Review materials in preparation of upcoming hearings/conferences. (Allocate to AHIF). | 0.90 | $800.00 | $720.00 | 0.90 | $800.00 | $720.00 |
| 03/11/2013 | Goldman, Jerry S. | Prep for 3/18 week; 3 hearings - continued. (Allocate to AHIF). | 0.60 | $800.00 | $480.00 | 0.60 | $800.00 | $480.00 |
| 03/13/2013 | Goldman, Jerry S. | PEC communications re: discovery issues. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 | 0.20 | $800.00 | $160.00 |
| 03/18/2013 | Goldman, Jerry S. | New AH filing; PEC communications; Review materials for court conference on 3/29. (Allocate to AHIF). | 0.80 | $800.00 | $640.00 | 0.80 | $800.00 | $640.00 |
| 03/19/2013 | Goldman, Jerry S. | Prep for SDNY; Call with Sean Carter; Obtain materials for Sean Carter; Travel to SDNY; Meet with PEC; Hearing with Court; Travel back to office; Order transcript. (Allocate to AHIF). | 2.00 | $800.00 | $1,600.00 | 2.00 | $800.00 | $1,600.00 |

Al Haramain

## ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Time (hrs) | Rate | Charge | Time (hrs) - REV | Rate - REV | Charge - REV |
|---|---|---|---|---|---|---|---|---|
| 03/29/2013 | Goldman, Jerry S. | Receive and review materials from AHIF; forward same to paralegal with instructions. | 0.80 | $800.00 | $640.00 | 0.80 | $800.00 | $640.00 |
| 03/30/2013 | Goldman, Jerry S. | Receive and review additional materials from AHIF; send a letter via email to IT; send a letter via email to paralegal. | 1.20 | $800.00 | $960.00 | 1.20 | $800.00 | $960.00 |
| 04/01/2013 | Goldman, Jerry S. | AH issues. **(Revised - Zero Time)** | 0.30 | $800.00 | $240.00 | 0.00 | $800.00 | $0.00 |
| 04/02/2013 | Goldman, Jerry S. | Al Haramain documents. **(Revised - Zero Time)** | 2.10 | $800.00 | $1,680.00 | 0.00 | $800.00 | $0.00 |
| 04/04/2013 | Goldman, Jerry S. | Document review; Al Haramain production continued. | 2.10 | $800.00 | $1,680.00 | 2.10 | $800.00 | $1,680.00 |
| 04/30/2013 | Goldman, Jerry S. | Review/revise Al Haramain documents from Motley Rice; *arrange to have loaded on system*; document review re: same; *file organization* (allocate to AHIF); *issues/communications re: filings with court*. **(Revised - /2)** | 2.10 | $800.00 | $1,680.00 | 1.05 | $800.00 | $840.00 |
| 05/30/2013 | Goldman, Jerry S. | Review discovery - AH documents. | 1.60 | $800.00 | $1,280.00 | 1.60 | $800.00 | $1,280.00 |
| 10/28/2013 | Goldman, Jerry S. | Receive and review decision of Maas. | 0.80 | $800.00 | $640.00 | 0.80 | $800.00 | $640.00 |
| 12/02/2013 | Goldman, Jerry S. | Receive filing re: Al Haramain - forward same to paralegal. | 0.10 | $800.00 | $80.00 | 0.10 | $800.00 | $80.00 |
| 12/03/2013 | Goldman, Jerry S. | Review docket items on Jelaidan; Al Haramain; Rabita - send a letter via email to RH. (Allocate to AHIF). | 0.90 | $800.00 | $720.00 | 0.90 | $800.00 | $720.00 |
| | | **TOTAL** | **73.15** | | **$59,145.14** | **59.68** | | **$45,540.14** |

Manual Checkbook For Checking Account No. 7915473990

Check No. _1468_    Check Date _2.22-10_    Check Amount _286.36_

Payee Name _SD Reportead_

Address (Please include city, state and zip code)

_____

_____

Contact Information:

Telephone _____

Fax _____

Email _____

Website Address _____

Federal Identification or Social Security No. _____

Client Name _____

Matter Name _____

Client No. _101 147_    Matter No. _JP002_

Description _Transcript_

_____

Approved By _JZL_

84255

NYDOCS1-785912.1



1466

BAL. BRO'T FOR'D

DATE [illegible]

TO [illegible]

DEPOSITS

FOR [illegible]

TOTAL

THIS CHECK 34.-

OTHER

TAX DEDUCTIBLE

BALANCE

**ANDERSON KILL & OLICK, P.C.**
MANAGING CLERK ACCOUNT
1251 AVENUE OF THE AMERICAS, 42ND FLR.
NEW YORK, NY 10020

1466

DATE [illegible] 2010 1-1288-260

PAY TO THE ORDER OF [illegible]

$ 34.%

[illegible] DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR

NOT NEGOTIABLE

[redacted]

1467

DATE 2/12/10

TO [illegible]

DEPOSITS

FOR Transcript

TOTAL

THIS CHECK

OTHER

TAX DEDUCTIBLE

BALANCE

**ANDERSON KILL & OLICK, P.C.**
MANAGING CLERK ACCOUNT
1251 AVENUE OF THE AMERICAS, 42ND FLR.
NEW YORK, NY 10020

1467

DATE [illegible] 2010 1-1288-260

PAY TO THE ORDER OF [illegible]

$

DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR [illegible] Transcript

NOT NEGOTIABLE

[redacted]

1468

DATE 2/22/10

TO S D Reporters

DEPOSITS

FOR Transcript

TOTAL

THIS CHECK 288 36

OTHER

**ANDERSON KILL & OLICK, P.C.**
MANAGING CLERK ACCOUNT
1251 AVENUE OF THE AMERICAS, 42ND FLR.
NEW YORK, NY 10020

1468

DATE [illegible] 1-1288-260

PAY TO THE ORDER OF Southern District Reporters

$ 288 36/xx

Two Hundred Eighty Eight 36/xx DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

NOT NEGOTIABLE

1115 GVAATZ check2 07/31/09 18:20

# Anderson Kill, P.C.

Anderson Kill, P.C.

# ANDERSON KILL, P.C.

| Date | Attorney | Description | Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|
| 12/27/2013 | Goldman, Jerry S. | Work on fee application (AHIF) | 2.60 | $800.00 | $2,080.00 |
| 12/29/2013 | Goldman, Jerry S. | Email to Scott T.; email to team re: projects. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 |
| 12/29/2013 | Goldman, Jerry S. | Fee application work continued. | 1.40 | $800.00 | $1,120.00 |
| 12/30/2013 | Goldman, Jerry S. | Receive and review materials from Scott T.; reply; received and review materials from Scott T.; reply. (Allocate to AHIF). | 0.20 | $800.00 | $160.00 |
| 12/31/2013 | Goldman, Jerry S. | Call with associate re: drafting. | 0.30 | $800.00 | $240.00 |
| 12/31/2013 | Goldman, Jerry S. | Work on fee petition - continued. | 1.90 | $800.00 | $1,520.00 |
| 12/31/2013 | Hertzog, Rene F. | Read discovery decision allowing for award of attorneys' fees. Reviewed draft papers for recovery of attorneys' fees. Discussed legal research needed for attorneys' fees motion with J. Goldman and began same. | 2.70 | $475.00 | $1,282.50 |
| 01/02/2014 | Goldman, Jerry S. | Work on fee application issues. | 0.70 | $800.00 | $560.00 |
| 01/06/2014 | Goldman, Jerry S. | Work on fee petition; call with Scott T. | 1.40 | $800.00 | $1,120.00 |
| 01/06/2014 | Hertzog, Rene F. | Researched law in Second Circuit on calculation of reasonable attorneys' fees for fee application relating to discovery sanction order. | 4.20 | $475.00 | $1,995.00 |
| 01/07/2014 | Goldman, Jerry S. | Fee petition work - received and review communications RH - review data - continued - communicate with associate re: law. | 0.90 | $800.00 | $720.00 |
| 01/07/2014 | Hertzog, Rene F. | Continued researching case law on calculation of reasonable attorneys' fees. Began drafting memo of law on same. Discussed with J. Goldman and email correspondence with team and PEC regarding form of papers for fee application. | 3.80 | $475.00 | $1,805.00 |
| 01/08/2014 | Goldman, Jerry S. | Communications with associate re: legal issues in fee petition - AHIF. | 0.20 | $800.00 | $160.00 |
| | | **ORIGINAL TOTAL** | **20.50** | | **$12,922.50** |
| | | **ADDITIONAL TOTAL** | **0.00** | | **$0.00** |
| | | **GRAND TOTAL** | **20.50** | | **$12,922.50** |