# EXHIBIT 4

212-805-0300
info@sdreporters.com
500 Pearl Street, Suite 330
New York, NY 10007

HOME     ABOUT US     SERVICES     ORDER TRANSCRIPTS

## Services

Southern District Reporters is the official reporting organization for the United States District Court for the Southern District of New York.

Our services include:

### Transcript Delivery

**Prompt Transcript Delivery** of any stenographically recorded proceeding in the United States District Court, Southern District of New York, Manhattan. Southern District Reporters delivers your transcripts when you need them.

**Email delivery** in your choice of format.

**Realtime delivery** instantly to your computer in the courtroom or streamed to a remote location via Courtroom Connect. (See details below.)

**Nightly delivery**: Transcripts delivered same day.

**Daily delivery**: Transcripts delivered the morning following the proceeding.

**Expedited delivery**: Transcripts delivered within seven or fourteen days of order.

**Regular delivery**: Transcript delivered within thirty calendar days of order.

### Realtime Reporting

Realtime court reporting is now a standard in litigation. Southern District Reporters offer realtime reporting in every courtroom.

To access realtime reporting of a proceeding, a laptop computer is interfaced to a court reporter's stenotype machine. Transcripts of the proceedings appear on the screen in realtime—that is, you see the words as they are spoken. Ordering parties may use their own laptop or one furnished by SDR.

Realtime reporting gives a litigator the advantage of:

    Annotating the transcript as the case proceeds.

    Better preparation for cross-examination through review of testimony.

    Keyword searches

    Sharing testimony via email for review by experts and colleagues.

    Printing a transcript or saving it to disk.

**Learn more** about Realtime Reporting.

### Min-U-Script

Southern District Reporters uses Min-U-Script technology for condensing and indexing transcripts. Min-U-Script's index of all significant words in the transcript helps a litigating team to easily locate specific testimony. Four pages of standard text is condensed onto one easily readable page.

© 2004 - 2012 Southern District Reporters, P.C.    500 Pearl Street, Suite 330    Tel: 212.805.0300    Privacy Policy
                                                   New York, NY 10007              Fax: 212.805.0355
                                                                                    info@sdreporters.com



SSL Certificates

212-805-0300
info@sdreporters.com
500 Pearl Street, Suite 330
New York, NY 10007

HOME    ABOUT US    SERVICES    ORDER TRANSCRIPTS

# Order Transcripts

| RATES | 1st Copy Original | Each Add'l Copy Each Party | To The Same Party |
|---|---|---|---|
| Night | $7.98/page | $1.20/page | $.90/page |
| Daily | $6.66/page | $1.20/page | $.90/page |
| Expedited | $5.34 /page | $.90/page | $.60/page |
| 14 Days | $4.68/page | $.90/page | $.60/page |
| Regular | $4.02/page | $.90/page | $.60/page |

Real Time Rates:  1 feed = $3.05/page
2 to 4 feeds = $2.10/page
5 or more feeds = $1.50/page

For White Plains, click here for the order form.
For CJA, click here for the order form.
For AUSA, click here for the order form (PDF).

*required field*

## Contact Information

Name *:
Firm Name *:
Firm Address *:
Phone *:
Email *:
Fax:

## Case Information

Case Name *:
Case Number *:
Date(s) of Proceeding *:
Type of Proceeding *: -- choose one --   If other:
Judge *: -- choose one --   If other:
Comments:

**Delivery and Payment Information**

Delivery *: -- choose one --

*Medium and quantity of each:*

Hard Copy:

Min-U-Script:

Computer Disk:

Format: ☐ MS Word  ☐ Text

Realtime Draft:

*If paying by credit card:*

Card Number * :

Expiration Date * :

Billing Zip Code * :

Card Security Code * :

*American Express: 4 digits at the front of the card.*

*For all other cards (Visa, MC, Discover): last 3 digits at the back of the card.*

Accepted methods of payment are Visa, MasterCard, AmEx, Discover, cash, and check.
Payment is required prior to receiving the transcript and a deposit may be required.
If you are ordering additional delivery mediums, there will be an extra cost. For more information, please visit United States District Court, Southern District of New York.

**SUBMIT**

© 2004 - 2012 Southern District Reporters, P.C.   500 Pearl Street, Suite 330, New York, NY 10007   Tel: 212.805.0300  Fax. 212.805.0355  info@sdreporters.com   Privacy Policy



SSL Certificates