UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

JAMES P. KREINDLER, ESQ., deposes and says:

1. I am a member of Kreindler & Kreindler LLP, attorneys for the *Ashton* Plaintiffs in the above action. I am familiar with the facts and circumstances in this action, and I am admitted to practice in this Court.

2. I make this Affidavit in support of Plaintiffs' Application for Attorneys' Fees and Expenses.

3. Our application setting out the time we devoted to plaintiffs' motion is based on Court Records, email traffic and the monthly contemporaneous time records of John Fawcett, our investigator and researcher. These records were used to support the Kreindler & Kreindler portion of Plaintiffs' application contained in Exhibit B and Exhibit C of the Amended Declaration of Robert T. Haefele in Support of Plaintiffs' Counsel's Application for Attorneys' Fees and Reimbursement of Expenses, dated March 10, 2014.

Dated:  May 14, 2014
        New York, New York

1

_/s/ James P. Kreindler_
James P. Kreindler (JK7084)
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Tel:  (212) 687-8181
Fax: (212) 972-9432

Sworn to before me this 14th
day of May, 2014.

_/s/ Eugenie L. Masterson_
Notary Public

EUGENIE L. MASTERSON
Notary Public, State of New York
No. 30-4719641
Qualified in Nassau County
Term Expires October 31, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Affidavit in Support of Application for Attorneys' Fees and Expenses* was served via electronic mail and U.S. first-class mail, this 15th day of May 2014 upon:

Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
Tel: (202) 862-4343
Fax: (202) 828-4130
mfm@martinmcmahonlaw.com
*Counsel for Wael Jelaidan*


Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
(Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)


          /s/ James P. Kreindler
          James P. Kreindler, Esq.