## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                 )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    ) No. 03 MDL 1570 (GBD/FM)
                                                 )        ECF Case
_____)

### Declaration of Alan R. Kabat in Support of
### Defendant's Response to Plaintiffs' Affidavit and Time Records

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter.  I am with the law firm of Bernabei & Wachtel, PLLC, counsel to defendant Al Haramain Islamic Foundation, Inc. (USA).  I submit this declaration in support of Defendant's Response to Plaintiffs' Affidavit and Time Records, in order to provide the Court with the exhibits referenced in that filing.

1.      Exhibit A consists of excerpts from the Transcript of the motions hearing that this Court held on April 24, 2014.

2.      Exhibit B consists of the Kreindler & Kreindler time records for February and March 2013, submitted by counsel for the *Ashton* plaintiffs on May 22, 2014.

3.      Exhibit C consists of the Motley Rice time records for February and March 2013, submitted by counsel for the *Burnett* plaintiffs on May 22, 2014.

4.      Exhibit D consists of the Cozen O'Connor time records for February and March 2013, submitted by counsel for the *Federal Insurance* plaintiffs on May 22, 2014.

5.      Exhibit E consists of the Anderson Kill time records for February and March 2013, submitted by counsel for the *O'Neill* plaintiffs on May 21, 2014.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on May 29, 2014.

_____
ALAN R. KABAT