**Exhibits**

A.      Transcript of Discovery Motions Hearing (Apr. 24, 2014) (excerpts).

B.      *Ashton*, Kreindler & Kreindler time records (May 22, 2014).

C.      *Burnett*, Motley Rice time records (May 22, 2014).

D.      *Federal Insurance*, Cozen O'Connor time records (May 22, 2014).

E.      *O'Neill*, Anderson Kill time records (May 21, 2014).

**Exhibit A**

Transcript of Discovery Motions Hearing (Apr. 24, 2014) (excerpts).

```
                                                          1
      E4OP911M
 1    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x
 3
 3    IN RE:  TERRORIST ATTACKS              CASE NO.
 4            OF SEPTEMBER 11, 2001          03 MD 01570 (GBD)
 4
 5    ------------------------------x
 5
 6                                           New York, N.Y.
 6                                           April 24, 2014
 7                                           2:09 p.m.
 7
 8    Before:
 8
 9                        HON. FRANK MAAS,
 9
10                                      Magistrate Judge
10
11                         APPEARANCES
11
12    COZEN O'CONNOR
13          Attorneys for Plaintiffs Federal Insurance Company and Tig
13    Insurance Co.
14    BY:  SEAN P. CARTER, ESQ.
14         J. SCOTT TARBUTTON, ESQ.
15
15
16    MOTLEY RICE
16          Attorneys for Plaintiffs
17    BY:  ROBERT T. HAEFELE, ESQ.
17
18
18    KREINDLER & KREINDLER, LLP
19          Attorneys for Plaintiffs
19    BY:  JAMES P. KREINDLER, ESQ.
20
20
21    ANDERSON KILL & OLICK, PC
21          Attorneys for O'Neill Plaintiffs and the Plaintiffs'
22    Executive Committee
22    BY:  JERRY S. GOLDMAN, ESQ.
23
23
24    LAW OFFICES OF MELLON, WEBSTER, & SHELLY, PC
24          Attorneys for Plaintiffs
25    BY:  THOMAS E. MELLON, III, ESQ.
25
                        SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

Exhibit A

```
      E4OP911M
  1                    APPEARANCES (Continued)
  1
  2   BERNABEI & WACHTEL, PLLC
  2        Attorneys for Defendant, Abdul Rahman Al-Swailem
  3   BY:  ALAN R. KABAT, ESQ.
  3
  4
  4   LAW FIRM OF OMAR T. MOHAMMEDI, LLC
  5        Attorney for Defendant, WAMY
  5   BY:  OMAR T. MOHAMMEDI, ESQ.
  6
  6
  7   CLIFFORD CHANCE US LLP
  7        Attorneys for Dubai Islamic Bank
  8   BY:  RONI E. BERGOFFEN, ESQ.
  8
  9
  9   LEWIS BAACH, PLLC
 10        Attorneys for Muslim World League (MWL) and International
 10   Islamic Relief Organization (IIRO)
 11   BY:  AISHA E. R. HENRY, ESQ.
 11
 12
 12   SALERNO & ROTHSTEIN
 13        Attorneys for Yassin Abdullah Kadi
 13   BY:  PETER C. SALERNO, ESQ.
 14        AMY ROTHSTEIN, ESQ.
 14
 15
 15   MARTIN F. McMAHON & ASSOCIATES
 16        Attorneys for Defendants, Jelaidin, etc.
 16   BY:  MARTIN F. McMAHON, ESQ.  (PRESENT VIA TELEPHONE)
 17
 17
 18   MANNING SOSSAMON
 18        Attorney for Defendant, Sanabel Al Kheer
 19   BY:  CHRISTOPHER MANNING, ESQ.  (PRESENT VIA TELEPHONE)
 19
 20
 20
 21   GOETZ & ECKLAND, PA
 21        Attorneys for Defendants, World Assembly of Islamic Youth
 22   and World Assembly of Muslim Youth
 22   BY:  FREDERICK J. GOETZ, ESQ.
 23
 24
 25
                      SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

Exhibit A

43

E4OP911M

1  opportunity for the surreply, but I'm not sure that really
2  matters because the arguments in the surreply were essentially
3  the arguments that had been made earlier.
4          THE COURT:  I, obviously, ignored the motion to strike
5  the surreply.  And when I was reading it today, I'm not sure it
6  adds much or it's cause for concern; so....
7          MR. HAEFELE:  I think that our whole point was not a
8  motion to strike.  It was the opposition to their motion to
9  file a surreply, but regardless, I think it all comes to the
10 same point.  Our objection was their surreply made the same
11 arguments.
12         THE COURT:  And I suppose, to the extent it did, I
13 should file an objection also, but --
14         MR. HAEFELE:  At any rate --
15         THE COURT:  At the end of the day, I think the issues
16 have been fully briefed at this point.  One thing that concerns
17 me is, obviously, the longer you're on the bench, the more out
18 of date your views of going rates become.  But looking at the
19 billing rates and noting, for example, that your firm is in
20 South Carolina, although I know it has a somewhat unique
21 practice, 750 bucks an hour for you, just to pick on you as an
22 example, seemed like a pretty high rate.
23         MR. HAEFELE:  I do feel sort of targeted, your Honor.
24 It's interesting that you should raise me --
25         THE COURT:  Would you rather I pick on Mr. Flowers?
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

Exhibit A

E4OP911M

1          MR. HAEFELE:  Excuse me?

2          THE COURT:  A lot of it is contingency fee work?

3          MR. HAEFELE:  A lot of it would be contingency fee

4    work, that's correct, your Honor.  I don't -- Well, yeah, the

5    tobacco litigation, it was uniquely -- it was a unique

6    contingency fee work, but it was still contingent.

7          THE COURT:  So then I guess that leads to the

8    question, and certainly your firm's not unique in this respect,

9    but the billing rate per hour, therefore, to a certain extent,

10   it is a contrived number because if you're getting a percentage

11   of a recovery, what rate you deem yourself to be billing at may

12   not be an accurate rate.

13         MR. HAEFELE:  I would say this, actually, your Honor.

14   I maybe spoke too quickly.  The firm also has a very large

15   portion of the firm, relatively speaking, within the firm, that

16   does securities litigation, and we do have billing rates for

17   that.  We have assigned billing rates that are assigned for

18   that purpose.

19         THE COURT:  And do they -- it may be different lawyers

20   but for matters that are billed on an hourly basis, do the

21   rates correspond to the rates that are represented in your

22   application to me?

23         MR. HAEFELE:  I actually think the rates here are --

24   they generally correspond, but I think for the folks that were

25   in the leadership position here, they might be a little bit

Exhibit A

E4OP911M

1    you, we have other teams within our firm, practice groups is

2    what we call them, that keep time.  And this circumstance, you

3    know, the -- and it says so in our declaration, that the time

4    records were contemporaneously kept time records; so it's not a

5    situation that's analogous exactly to the circumstance that you

6    had in the anecdote quotation or the circumstance that

7    Mr. Kabat gave.

8            THE COURT:  Assuming it's accurate, I will want the

9    affidavit from somebody knowledgeable at each firm to say

10   what's implicit in the application, which is that summaries are

11   based on contemporaneous time records.

12           MR. HAEFELE:  And I'm assuming that from Motley Rice,

13   the one you received already is okay?

14           THE COURT:  Yes.

15           MR. HAEFELE:  Since it's signed by Motley Rice.

16           THE COURT:  Unless there's something that I conclude,

17   based on the defendant's argument, that should be supplemented,

18   that's accurate.  Anything else?

19           MR. HAEFELE:  Not unless your Honor has any -- I mean,

20   I had planned to go through each of the things, but they're

21   pretty much mostly what we said.  I would add one thing, your

22   Honor, just to give you a notion of the reasonableness of the

23   fees, or the reasonableness of the billing hours -- I'm sorry,

24   the billing rates.

25           When I went through and looked at the billing rates, I

                     SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

Exhibit A

52

E4OP911M

1    took the average of the billing rates that were there, and came
2    up with, I think the average billing rate was $650.
3            THE COURT:  Blended rate amongst all the firms?
4            MR. HAEFELE:  Blended rates amongst all the lawyers.
5            THE COURT:  That's what I meant, but among the four
6    applicant firms?
7            MR. HAEFELE:  I took, yes, all of the lawyers that
8    were listed on there, added them up and calculated the median,
9    and it was $650 an hour.
10           THE COURT:  Right.
11           MR. HAEFELE:  And then I went to the --
12           THE COURT:  The median or the mean?
13           MR. HAEFELE:  First off, let me say at least in the
14   sources that we cited, the median billing rate in New York
15   cited by one of the sources it was $650 an hour, $656 an hour,
16   and with some rates over a thousand, some rates tipping in at
17   almost $2,000 an hour.  Obviously, we're not there.
18           THE COURT:  Yet.
19           MR. HAEFELE:  But the median rate identified in the
20   fee petition was just slightly under $650 an hour.  But also,
21   if you added up the median number of years of experience, was
22   18.  And if you look at the Laffey rate adjusted for New York,
23   that $750 for an 18-year-experienced lawyer.
24           THE COURT:  I have the Laffey rate in that one
25   decision.  I don't consider it particularly significant.  I had
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

Exhibit A

53

E4OP911M

1   to deal with DC rates in that case; otherwise, I would have
2   gone for my career never citing the Laffey cases.
3          MR. HAEFELE:  I understand what your Honor is saying,
4   but it happened to be something that was available to provide a
5   resource to compare different years in the different locations.
6   But I think the other sources that we cited were fairly
7   consistent with that as well.  So I think, all things
8   considered, what we provided to your Honor was a good
9   indication as to the reasonableness of the fees of the hourly
10  rates.
11         THE COURT:  Okay.  Thank you.
12         MR. HAEFELE:  Thank you, your Honor.
13         MR. KABAT:  Thank you, your Honor.  There are some
14  fundamental flaws with plaintiffs' $1 million fee petition,
15  which requires either striking it entirely or drastically
16  reducing it.  I'm going to argue with respect to Al Haramain
17  and Mr. McMahon can respond to his client.
18         First of all, we need to look at the context of this.
19  Plaintiffs are seeking $636,000 for one discovery motion as to
20  one defendant, Al Haramain.  Plaintiff had three discrete,
21  independent discovery issues that they raised.  They only
22  prevailed on one issue, arguably the least important issue, the
23  delay in producing documents.
24         Plaintiffs also sought either a default judgment or an
25  adverse inference as to Al Haramain.  Your Honor denied either
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

Exhibit A

54

E4OP911M

1   sanction, and that's the framework we need to look at.

2          As Judge Hellerstein, handling the aviation

3   litigation, had some very appropriate words that I do want to

4   note.  He recognized that the wounds of September 11 will not

5   be easily assuaged, but neither should they be exacerbated by

6   rich rewards of fees and benign indifference to unreasonably

7   large rewards.  That's the situation we have here, and we cited

8   a number of cases where the courts have not hesitated to strike

9   entirely fee petitions that were, quote, outrageous and

10  excessive, and unsupported by adequate documentation.

11         Now, the first issue that your Honor raised was the

12  excessive rates.  You know, we cited extensive Second Circuit

13  precedent, which makes clear that in New York City there are

14  multiple legal markets.  There's the, quote, Wall Street rate

15  for corporate and securities work, the lower rates for

16  intellectual property work, and there's even lower rates for

17  the rest of us.  And that's the rate we should be looking at

18  now.

19         Plaintiff relies on newspaper articles and surveys,

20  should be entitled little weight because those surveys were

21  looking at the top 350 or top 250 law firms in the country,

22  particularly those with over a thousand attorneys.  I mean,

23  this court --

24         THE COURT:  Sorry, I -- you don't have to spend a lot

25  of time convincing me that what Cravath charges its clients is

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

Exhibit A

55

E4OP911M

1    simply not relevant in terms of deciding what these firms
2    should be charging.  But Mr. Carter is at Cozen and O'Connor,
3    right?
4          MR. CARTER:  That's correct, your Honor.
5          THE COURT:  Which is not a small firm, by any stretch;
6    so, you know, all of the information, I suppose, potentially
7    enters into the mix in deciding what the reasonable --
8          MR. KABAT:  Well, let me move on.
9          THE COURT:  -- rate is, but I think that's probably
10   less of an issue than the reasonableness of the hours billed,
11   from your perspective.
12         MR. KABAT:  Well, Judge Peck of this court, in the
13   Ryan case, had it exactly right when he said that the rates
14   were created solely for the purpose of charging defendants.
15   These are not rates that the plaintiffs charged their own
16   paying clients, which is yet another reason to strike the fee
17   petition.
18         The plaintiffs in their reply brief raised the
19   argument, which is why we did a surreply, that the reason this
20   case when transferred here was, quote, largely at the
21   defendants' insistence.  Well, that was really strange because
22   I've been in this case for twelve years now, and the record of
23   the judicial panel on both sides of this litigation made clear
24   that all of the plaintiffs here today wanted the case to stay
25   with Judge Robertson in the District of Columbia, and it was

Exhibit A

56

E4OP911M

1    only a few days after Judge Robertson dismissed two of the
2    deep-pocket defendants, Prince Sultan and Prince Turki, that
3    the plaintiffs suddenly switched sides at the hearing before
4    the JPML, scrambling somehow to claim that the case should be
5    consolidated in New York.  In fact, they admitted on the record
6    because of Judge Robertson's decision, that they switched
7    sides.
8            So let me turn back --
9            THE COURT:  If that's correct, assuming it is, do you
10   want me to use prevailing DC rates?
11           MR. KABAT:  Pardon?
12           THE COURT:  You're saying that, but for the
13   plaintiff's trying to get away from Judge Robertson after one
14   of his initial decisions, somebody in Washington, D.C. would be
15   having this discussion with you.  And I'm asking whether,
16   therefore, you're saying I should be applying reasonable
17   Washington, D.C. rates?
18           MR. KABAT:  No.  Actually, I'm making a slightly
19   broader point, that the plaintiffs, in their reply, chose to
20   completely misrepresent their own representation to the
21   Judicial Panel on Multi-district Litigation, which does concern
22   me.
23           The second issue I'd like to raise is that despite our
24   repeated requests, and clearly Second Circuit decisions in this
25   court, plaintiffs still have not produced their contemporaneous

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Exhibit A

57

E4OP911M

1   time records.  Now, Mr. Haefele claims that in his firm, well,
2   there's some practice groups that don't keep time records, but
3   we do.  I find that very hard to believe.  I've never heard of
4   a law firm where some attorneys were able to make up time as
5   they go along and other attorneys are keeping contemporaneous
6   time records.
7          THE COURT:  Well, one of the problems with producing
8   all of the time records in their original form is they then
9   have to be heavily redacted, and that's a cumbersome exercise.
10  But if you want to test the waters, I will permit you, for each
11  firm, to request the originals, appropriately redacted, for two
12  months.
13         MR. KABAT:  Well, your Honor, the redactions would not
14  need to be that great because if you notice in their
15  spreadsheet, they do give some level of detail.  So,
16  presumably, if there really are contemporaneous records, that
17  same level of detail is in those time records and --
18         THE COURT:  Well, they've represented, and I have no
19  reason to believe that they haven't verbatim copied
20  electronically entries from time sheets or that their
21  timekeeping system.  You've suggested that the summaries are
22  suspect.  The rules of evidence, if this were a trial matter,
23  say that when summaries are used rather than the originals, the
24  originals should be made available to the adverse party.
25         I'm saying if you doubt the accuracy of the summary
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

Exhibit A

58

E4OP911M

1   charts, feel free to ask for each of the four applicant law
2   firms for two random months' worth of the original records.  I
3   mean, all of us nowadays is electronics; so original is a
4   misnomer.  But if you want to see it as it's spit out from the
5   system for particular months, for a maximum of two months, feel
6   free to do that.  And if you discover that the summaries are
7   inventions rather than accurate reproductions of the relevant
8   entries, I'm sure you'll let me know.
9           MR. KABAT:  Yes, we certainly would request the time
10  records and --
11          THE COURT:  Okay.  Well, I partly granted that request
12  and --
13          MR. KABAT:  Right.
14          THE COURT:  And I'll give you two weeks to -- well,
15  I'll give you one week to make that request, and one week for
16  the firms to respond, and a third week for you to send me a
17  further letter if you have concerns about the accuracy of the
18  tables I've been given.
19          MR. KABAT:  That's fine.  And I should mention part of
20  the reason why --
21          THE COURT:  Hang on just a minute.
22          MR. KREINDLER:  Your Honor, I have a 4:00 doctor's
23  appointment, which I thought would give me plenty of time, but
24  I'm going to have to run to that.
25          THE COURT:  No problem.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Exhibit A

59

E4OP911M

1           MR. KREINDLER:  Thank you, your Honor.

2           THE COURT:  I thought you were protesting something

3       about the billing records.

4           MR. KREINDLER:  No, your Honor.  I thought I'd go back

5       and get our numbers up to a thousand, 2,000 an hour.  We're way

6       behind the times.  Thank you, your Honor.

7           MR. HAEFELE:  Can I clarify one thing on what your

8       order is?

9           THE COURT:  Sure.

10          MR. HAEFELE:  And it will be quick, I promise.  You're

11      talking about -- I just want to get a sense of what redactions

12      would be involved.  You're talking about getting billing --

13      basically the spit-outs of the records that were used to

14      generate that spreadsheets?

15          THE COURT:  For two random months that they will tell

16      you.

17          MR. HAEFELE:  Okay.

18          THE COURT:  So they can tell your firm X month and Y

19      month, and Goldman's firm, A and B months.

20          MR. HAEFELE:  I just wanted to make sure that we

21      weren't talking about us having to produce information about

22      other aspects of the case that we've already worked on.

23          THE COURT:  Well, what you would be doing for those

24      two months is producing the printout as if you were rendering a

25      bill for that month, but you would redact the subject matter on

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

Exhibit A

E4OP911M

1                MR. CARTER:  That's fine, your Honor.  Thank you.
2                THE COURT:  Okay.  Go on, Mr. Kabat.
3                MR. KABAT:  Thank you.  The third issue I'd like to
4      address is the limited success.  Namely, both the Supreme Court
5      and the Second Circuit have required that the fee award be
6      proportionate to the results obtained, and the degree of
7      success is the most critical factor.  The Supreme Court has
8      said that in the case Farrar v. Hobby, 1992, and Hensley v.
9      Eckerhart, 1983.
10               And here, as I mentioned at the outset, plaintiff only
11     prevailed on one of three discrete discovery issues as to Al
12     Haramain.  That, alone, requires a reduction of the fee
13     petition by two-thirds, as the issues were discrete, not
14     intertwined.  Moreover, plaintiffs didn't even obtain either a
15     default judgment or an adverse inference, which requires a
16     further substantial reduction.
17               Plaintiffs completely ignored the law in their brief
18     and, instead, they relied upon a 1980 decision in their reply
19     brief.  Well, that 1980 decision is no longer good law, in
20     light of the subsequent Supreme Court decisions in Farrar and
21     Hensley.  And, I mean, they're inconsistent with views not only
22     on this issue but on every issue, to acknowledge controlling
23     Supreme Court and Second Circuit precedent is deeply troubling.
24               And the fourth factor I want to look at that
25     Mr. Haefele, perhaps wisely, skipped was their request for a
                      SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300

Exhibit A

62

E4OP911M

1    50 percent Lodestar enhancement.  While the Supreme Court --
2         THE COURT:  I'm sorry, I missed the last thing you
3    said.  The Supreme Court?
4         MR. KABAT:  That their request for a 50 percent
5    Lodestar enhancement, but they ignored the Supreme Court.
6         THE COURT:  Let me save you some time.  There's not
7    going to be a Lodestar.
8         MR. KABAT:  Thank you.  And the last issue I want to
9    address is that, you know, neither the Court nor the other side
10   should have to put on their eye shades and spend hours going
11   through the fee petitions to identify excessive hours,
12   overstaffing, double billing, redundant work.  I spent more
13   time than I care to remember going through color coding and
14   cross-referencing of fee petitions, the fee affidavits.
15        Probably the most egregious example is routinely
16   billing five or six attorneys to attend status conferences,
17   even though only Mr. Haefele argued as to Al Haramain.  Judge
18   Hellerstein in the aviation litigation held that time sending
19   multiple attorneys to a status conference is not compensable.
20        And even then, plaintiffs billed wildly inconsistent
21   time for attending status conferences.  I mean, in one case, we
22   have the Kreindler firm billed two attorneys for one hour each
23   for a status conference only one-and-a-half page of the
24   transcript is devoted to Al Haramain.  The other firm didn't
25   even bill Al Haramain for that conference.

Exhibit A

63

E4OP911M

1           The other discovery conferences have wildly divergent
2      time estimates between the firms, but all of those time
3      estimates exceed the actual time devoted to Al Haramain.  Judge
4      Patterson in this court some time ago said overbilling or
5      double billing was sufficient ground to strike a fee petition.
6      Judge Ellis also reduced fee petition for duplicative billing.
7           THE COURT:  And one thing I can assure both sides is,
8      if I conclude that there should be reductions in the bill,
9      although from time to time in fee decisions I have gone line by
10     line, here, the amounts sought and the number of time entries
11     is sufficiently large that there is no possibility that I will
12     do that.
13          If there's a haircut, it will be a percentage haircut,
14     putting aside the billing rate issue.  Certainly, that will be
15     based on my review of the time entries, but I appreciate,
16     having done it in other cases, how time consuming it is to go
17     through entries line by line, and I am highly unlikely to
18     resort to that technique in terms of deciding what, if any, the
19     appropriate number here is.  Go on.
20          MR. KABAT:  Well, your Honor, in the Romeo and Juliet
21     case very recently you held that a 75 percent reduction was
22     appropriate in a Rule 37 fee petition.  Judge Fox similarly
23     held a 75 percent reduction in the Bravia Capital case.  Judge
24     Francis, 80 percent reduction in the Antonmarchi case.
25          So that kind of drastic reduction, given the limited

Exhibit A

64

E4OP911M

1   success, the overbilling, overstaffing, double billing, and we
2   think that a similar substantial reduction in any fee petition,
3   if any award should be made, is warranted here.  I mean, what
4   plaintiffs have done is exactly what the courts have warned
5   about.  They submitted excessive fee petitions in the hope that
6   the Court will merely reduce their fees to some slightly lower
7   amount, and the courts have decided, on Pages 4 and 5 of our
8   opposition, have not hesitated to strike fee petitions
9   entirely.  They are so outrageously excessive, as here, where
10  plaintiffs are not only seeking $636,000 for a discovery
11  motion, but throughout their fee petition and their reply
12  brief, they consistently refuse to acknowledge Supreme Court
13  and Second Circuit precedent that is directly contrary to all
14  of their argument.
15          I mean this Court would commit reversible error if it
16  grants plaintiffs what they improperly seek, which is why you
17  would be justified in striking the fee petition entirely for
18  misrepresentations of the history of this case and for its,
19  quote, outrageous and excessive demand.  Thank you.
20          THE COURT:  Before I get back to you, Mr. Haefele,
21  Mr. McMahon?
22          MR. MC MAHON:  Yes, your Honor.  Good afternoon.  How
23  are you?
24          THE COURT:  I'm well.  Thank you.
25          MR. MC MAHON:  I will be brief.  I think the fee

Exhibit A

**Exhibit B**

*Ashton*, Kreindler & Kreindler time records (May 22, 2014).



**KREINDLER & KREINDLER** LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-873-3449

May 22, 2014

Alan R. Kabat
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, DC, 20009

Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

Re:    *MDL 1570*

Dear Alan and Martin:

As per Judge Maas' order of May 5 and your request of May 7, please find attached the
contemporaneous time records for February and March, 2013 of John Fawcett, appropriately
redacted.

Sincerely,

KREINDLER & KREINDLER LLP

By:    James P. Kreindler

JPK/gm
Enclosure

California Office                         Massachusetts Office

707 Wilshire Boulevard, Los Angeles, CA 90017-3613      855 Boylston Street, Boston, MA 02116-2688
Tel: (213) 622-6469  Fax: (213) 622-6019             Tel: (617) 424-9100  Fax: (617) 424-9120

Exhibit B

| DATE | Hrs | 9/11 – 13780 | Hrs | REDACTED | Hrs | REDACTED | Hrs | REDACTED | Hrs | REDACTED |
|------|-----|--------------|-----|----------|-----|----------|-----|----------|-----|----------|
| | | | EXCERPT FROM TIMESHEET OF J. FAWCETT FOR KREINDLER & KREINDLER | | | | | | | |
| Friday, February 01, 2013 | 4 | REDACTED | REDACTED | REDACTED | | | | | | |
| Saturday, February 02, 2013 | | | | | REDACTED | REDACTED | | | | |
| Sunday, February 03, 2013 | | | | | REDACTED | REDACTED | | | | |
| Monday, February 04, 2013 | 3 | al Haramain | | | | | | | | |
| Tuesday, February 05, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, February 06, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, February 07, 2013 | 4 | al Haramain | | | | | | | | |
| Friday, February 08, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, February 09, 2013 | | | REDACTED | REDACTED | | | | | | |
| Sunday, February 10, 2013 | | | | | | | | | | |
| Monday, February 11, 2013 | REDACTED | REDACTED | | | | | | | | |
| Tuesday, February 12, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, February 13, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, February 14, 2013 | 3 | Jel/Rabita | | | | | | | | |
| Friday, February 15, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, February 16, 2013 | | | | | | | | | | |
| Sunday, February 17, 2013 | | | REDACTED | REDACTED | | | | | | |
| Monday, February 18, 2013 | | | | | | | | | | |
| Tuesday, February 19, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, February 20, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, February 21, 2013 | REDACTED | REDACTED | | | | | | | | |
| Friday, February 22, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, February 23, 2013 | | | | | | | | | | |
| Sunday, February 24, 2013 | | | | | | | | | | |
| Monday, February 25, 2013 | 2 | al Haramain | | | | | | | | |
| Tuesday, February 26, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, February 27, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, February 28, 2013 | REDACTED | REDACTED | | | | | | | | |
| Friday, March 01, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, March 02, 2013 | | | | | | | | | | |
| Sunday, March 03, 2013 | | | | | | | | | | |
| Monday, March 04, 2013 | REDACTED | REDACTED | | | | | | | | |
| Tuesday, March 05, 2013 | REDACTED | REDACTED | REDACTED | REDACTED | | | | | | |
| Wednesday, March 06, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, March 07, 2013 | REDACTED | REDACTED | | | | | | | | |
| Friday, March 08, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, March 09, 2013 | | | | | | | | | | |
| Sunday, March 10, 2013 | | | | | | | | | | |
| Monday, March 11, 2013 | REDACTED | REDACTED | | | REDACTED | REDACTED | | | | |
| Tuesday, March 12, 2013 | REDACTED | REDACTED | REDACTED | REDACTED | | | | | | |
| Wednesday, March 13, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, March 14, 2013 | REDACTED | REDACTED | | | | | | | | |
| Friday, March 15, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, March 16, 2013 | | | | | | | | | | |
| Sunday, March 17, 2013 | | | | | | | | | | |
| Monday, March 18, 2013 | REDACTED | REDACTED | | | | | | | | |
| Tuesday, March 19, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, March 20, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, March 21, 2013 | 4 | al Haramain | | | | | | | | |
| Friday, March 22, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, March 23, 2013 | | | | | | | | | | |
| Sunday, March 24, 2013 | | | | | | | | | | |
| Monday, March 25, 2013 | REDACTED | REDACTED | | | | | | | | |
| Tuesday, March 26, 2013 | REDACTED | REDACTED | | | | | | | | |
| Wednesday, March 27, 2013 | REDACTED | REDACTED | | | | | | | | |
| Thursday, March 28, 2013 | REDACTED | REDACTED | | | | | | | | |
| Friday, March 29, 2013 | REDACTED | REDACTED | | | | | | | | |
| Saturday, March 30, 2013 | | | | | | | | | | |
| Sunday, March 31, 2013 | | | | | | | | | | |

Exhibit B

**Exhibit C**

*Burnett*, Motley Rice time records (May 22, 2014).



28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct: 843.216.9184
rhaefele@motleyrice.com

May 22, 2014

**By Electronic Mail**

Alan Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, NW
Washington, DC 20009

   Re: **In re Terrorist Attacks on Sept. 11, 2001**
      **03 MDL 1570**
      **Redacted Time Entries for February/March 2013 – Al Haramain**

Dear Mr. Kabat:

   In compliance with the April 25, 2014 Order of Magistrate Judge Maas (ECF No. 2852), as extended by agreement of the parties with the Court's permission (ECF No. 2854), enclosed with this letter are the redacted time records of Motley Rice for the Al Haramain sanctions motion/fee petition in the above-referenced matter for the two randomly-selected months identified in your letter of May 7, 2014 (February and March 2013). Please note that the production of the enclosed redacted time records pursuant to the Court's order is not to be construed, in whole or in part, as a waiver of any attorney/client, work product, or any other claim of privilege or protection that may be associated with the time entries. Plaintiffs continue to reserve the right to assert any such protections.

Regards,

ROBERT T. HAEFELE

Enclosure
cc: Hon. Frank Maas, U.S.M.J. – via Federal Express

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA | NEW ORLEANS, LA
*Motley Rice LLP operates the California office.*

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|
| 02/01/13 | Review of additional AHIF-produced documents in connection with sanctions motion | 0.75 | RH |
| 02/04/13 | Review opposition brief and draft memo outlining issues to respond to based on AHIF's opposition brief on sanctions motion; call with S. Carter re same | 2.25 | RH |
| 02/05/13 | Review AHIF documents for reply to opposition to sanctions motion; review information from S. Tarbutton re charity officials for sanctions reply. | 2.50 | RH |
| 02/06/13 | Pulling case citations in AHIF Opposition | 0.50 | BF |
| 02/06/13 | Review of AHIF Opposition | 1.00 | BF |
| 02/06/13 | Reading and reviewing case citations in AHIF opposition | 1.50 | BF |
| 02/07/13 | Call w/ S. Carter, S. Tarbutton re AHIF sanction reply | 0.50 | RH |
| 02/07/13 | Revisions to reply brief on sanctions motion; prepare declaration in further support of sanctions motion with exhibits | 7.00 | RH |
| 02/07/13 | Legal research for reply on AHIF MfS | 0.25 | BF |
| 02/07/13 | Legal research for reply on AHIF MfS | 0.25 | BF |
| 02/07/13 | Finding, preparing, and printing Exhibit G | 0.25 | BF |
| 02/07/13 | Finding, preparing, and printing Exhibit D | 0.25 | BF |

**Page 1**

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|---|---|---|---|
| 02/07/13 | Drafting and editing section on AHIF not being able to rely on 'inability' arguments because of lack of good faith | 0.50 | BF |
| 02/07/13 | Drafting introduction to MfS | 0.50 | BF |
| 02/07/13 | Drafting introduction to Reply | 0.50 | BF |
| 02/07/13 | Drafting section on why AHIF failed to meet their production obligations | 0.50 | BF |
| 02/07/13 | Drafting section on preservation obligations and why AHIF failed to meet their obligations | 0.75 | BF |
| 02/07/13 | Editing DRAFT MfS | 1.00 | BF |
| 02/07/13 | Drafting response to inability arguments and how they are based on separate-corporate-fiction that had already been overruled | 1.00 | BF |
| 02/07/13 | Legal research on preservation obligations and when they attach | 1.00 | BF |
| 02/07/13 | Drafting section on why 5th Amendment assertion doesn't shield AHIF from its discovery obligations | 1.00 | BF |
| 02/07/13 | Legal research on Pete Seda's assertion of 5th Amendment rights and impact on AHIF | 1.50 | BF |
| 02/07/13 | Drafting section on examples of violations of AHIF's preservation obligations | 2.00 | BF |
| 02/08/13 | Reading and responding to co-counsel edits to MfS (Sean Carter) | 0.25 | BF |
| 02/08/13 | Reviewing declaration and exhibits | 0.50 | BF |
| 02/08/13 | Legal research on threshold that Plaintiffs need to meet to support adverse inference | 1.00 | BF |
| 02/08/13 | Legal research on willfulness and gross negligence being sufficient to meet threshold | 1.00 | BF |
| 02/08/13 | Reviewing and editing R Haefele's draft with tracked changes | 1.50 | BF |
| 02/08/13 | Drafting section in Reply concerning how Plaintiffs have met their burden and proving willfulness | 2.00 | BF |

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|
| 02/15/13 | Draft response to AHIF Notice of filing at ECF 2683 | 1.75 | RH |

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|
| 02/20/13 | Legal research re UN de-listing procedures; Edits and circulation to PEC of draft response to AHIF Notice of filing at ECF 2683 | 2.50 | RH |
| 02/21/13 | Review summary of AHIF documents re sanctions motion | 0.25 | RH |
| 02/22/13 | Revisions to response to AHIF Notice of filing at ECF 2683 with added response to additional AHIF Notice of Filing at ECF 2691 | 0.50 | RH |

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|

Exhibit C

## Time Exhibit

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|

Exhibit C

**Time Exhibit**

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|-----------------|-------|----------|
| 03/18/13 | Travel to NY for oral argument on sanctions motion | 4.50 | RH |
| 03/18/13 | Preparation for oral argument on AHIF sanctions motion | 2.50 | RH |
| 03/18/13 | Travel to NY for oral argument on sanctions motion | 4.50 | BF |

Exhibit C

## Time Exhibit

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|
| 03/19/13 | Attend and argue at hearing on sanctions motion | 2.00 | RH |
| 03/19/13 | Conference with PEC members pre-hearing re sanctions motion | 1.50 | RH |
| 03/19/13 | Post-hearing conference w/ PECs | 2.50 | RH |
| 03/19/13 | Conference with PEC members pre-hearing re sanctions motion | 1.50 | BF |
| 03/19/13 | Attend hearing on sanctions motion | 2.00 | BF |
| 03/19/13 | Post-hearing conference w/ PECs | 2.50 | BF |
| 03/19/13 | Return travel from NY for oral argument on sanctions motion | 4.50 | BF |
| 03/20/13 | Return travel from NY for oral argument on sanctions motion | 4.50 | RH |

Exhibit C

## Time Exhibit

Re: MDL1570 In Re:  Terrorist Attacks on September 11, 2001

| Date | Work Description | Hours | Initials |
|------|------------------|-------|----------|

Exhibit C

**Exhibit D**

*Federal Insurance*, Cozen O'Connor time records (May 22, 2014).



May 22, 2014

**J. Scott Tarbutton**
Direct Phone   215-665-7255
Direct Fax       215-701-2467
starbutton@cozen.com

**VIA EMAIL AND U.S. MAIL**

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Alan:

Pursuant to the Court's April 25, 2014 Order (ECF No. 2852) and May 5, 2014 letter
endorsement (ECF No. 2854), attached please find relevant Cozen O'Connor time records for
February and March 2013.

Regards,

COZEN O'CONNOR

By:   J. Scott Tarbutton

cc:   The Honorable Frank Maas (Via Overnight Mail)
      Members of Plaintiffs' Executive Committees (Via Email)

17640656.1

Exhibit D

# Cozen O'Connor Time Records

(February and March 2013 – Al Haramain Islamic Foundation)

Exhibit D

Timesheet for Carter, Sean P.    · for 02/04/2013

| Date/ Reference | Client/ Matter | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|
| 02/04/2013 4356790 | 00000.0000.000 117430.000 | L160 | A101 | B | PH | 1.00 |
| | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | | | Converted! | | |
| | | | Status: | | | |
| | TC w/ R. Haefele re:AHIF reply | | | | | |

Exhibit D

**Timesheet for Carter, Sean P.**

for 02/05/2013

| Date/ Reference | Client/ Matter | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|
| 02/05/2013 4356805 | 00000.0000.000 117430.000 — DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B | OTHER | 2.00 |

Conf. call re:AHIF reply

Status: Converted!

Exhibit D

Timesheet for Tarbutton, J. Scott          for 02/05/2013

| Date/ Reference | Client/ Matter | | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|
| 02/05/2013 4404640 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B Converted! | PH | 0.60 |
| | | | | Status: | | | |

Review AHIF's response to motion for sanctions; discuss same with R. Haefele.

Exhibit D

Timesheet for Carter, Sean P.

| Date/ Reference | Client/ Matter | | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|
| | | for 02/06/2013 | | | | | |
| 02/06/2013 4356813 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B | OTHER | 2.50 |
| | | Read and edit WTC AHIF reply | | | Status: Converted| | | |

Exhibit D

**Timesheet for Carter, Sean P.**

| Date/<br>Reference | Client/<br>Matter | | Task | Activity | Billable/<br>Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|
| | | for 02/07/2013 | | | | | |
| 02/07/2013<br>4359375 | 00000.0000.000<br>117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES)<br>World Trade Center Attack | L160 | A101 | B<br>Converted! | OTHER | 0.50 |
| | | | | | Status: | | |
| | | Call w/Haefele re: AHIF reply | | | | | |

Exhibit D

Timesheet for Tarbutton, J. Scott

for 02/07/2013

| Date/ Reference | Client/ Matter | | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|
| 02/07/2013 4404799 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B | PH | 2.00 |

Status: Converted!

Review proposed PEC reply brief as to motion for sanctions as to AHIF; telephone conversations/correspondence with R. Haefele regarding same; research various pleadings as to AHIF.

Exhibit D

**Timesheet for Carter, Sean P.**

for 02/08/2013

| Date/ Reference | Client/ Matter | Task | Activity | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|
| 02/08/2013 4359396 | 00000.0000.000  DEFAULT CLIENT FOR SPLIT MATTERS (FILES) 117430.000  World Trade Center Attack | L160 | A101 | B | PH | 2.60 |
| | | | Status: | Converted! | | |
| | Review final AHIF reply | | | | | |

Exhibit D

Timesheet for Tarbutton, J. Scott          for 03/18/2013

| Date/Reference | Client/Matter | | Task | Activity | Billable/Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|
| 03/18/2013 4482517 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B | PH | 0.40 |
| | | Review latest filing from AHIF; discuss same with plaintiffs' counsel. | | | Status: Converted! | | |
| 03/18/2013 4490921 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | B | PH | 5.00 |
| | | Review other pressing discovery issues regarding Al Haramain, privilege log, and other defendants in preparation for tomorrow's discovery conference before Judge Maas. | | | Status: Converted! | | |

Exhibit D

Timesheet for Carter, Sean P.

| Date/ Reference | Client/ Matter | | Task | Activity | Status: | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|---|
| | | for 03/19/2013 | | | | | | |
| 03/19/2013 4493513 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | Status: | B Converted! | OTHER | 3.00 |
| | | Travel to NYC for hearings | | | | | | |
| 03/19/2013 4493518 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | Status: | B Converted! | OTHER | 1.50 |
| | | Pre-trial conference meeting w/co-plaintiffs | | | | | | |
| 03/19/2013 4493526 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | Status: | B Converted! | OTHER | 2.50 |
| | | Discovery conference before Judge Maas | | | | | | |
| 03/19/2013 4493548 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | Status: | B Converted! | OTHER | 2.50 |
| | | Meetings w/co-plaintiffs re: discovery, appeals. | | | | | | |

Exhibit D

Timesheet for Tarbutton, J. Scott    for 03/19/2013

| Date/ Reference | Client/ Matter | | Task | Activity | | Billable/ Nonbillable | Location | Hours |
|---|---|---|---|---|---|---|---|---|
| 03/19/2013 4490938 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | | B Converted! | PH | 1.00 |
| | | Gather files, cases, and materials for trip to NYC for hearings today and tomorrow. | | | Status: | | | |
| 03/19/2013 4490946 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | | B Converted! | PH | 2.50 |
| | | Travel from Philly to NYC with S. Carter for discovery hearing today and oral argument tomorrow. | | | Status: | | | |
| 03/19/2013 4490955 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | | B Converted! | PH | 1.00 |
| | | Pre-hearing meeting with plaintiffs' counsel to discuss Jelaidan, Rabita Trust and AHIF. | | | Status: | | | |
| 03/19/2013 4490959 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | | B Converted! | PH | 1.00 |
| | | Participate in hearing before Judge Maas (motions regarding AHIF, Jelaidan and Rabita Trust). | | | Status: | | | |
| 03/19/2013 4490975 | 00000.0000.000 117430.000 | DEFAULT CLIENT FOR SPLIT MATTERS (FILES) World Trade Center Attack | L160 | A101 | | B Converted! | PH | 1.50 |
| | | Post-hearing lunch meeting with plaintiffs' counsel to discuss today's hearing. | | | Status: | | | |

Exhibit D

**Exhibit E**

*O'Neill*, Anderson Kill time records (May 21, 2014).

# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

***Via Email and FedEx***                                                    May 21, 2014

Alan Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, NW
Washington, DC  20009

Re:   In re Terrorist Attacks on September 11, 2001
United States District Court for the Southern District of New York,
03 MDL 1570 (GBD/FM)

Dear Mr. Kabat:

I submit this letter and accompanying exhibits in further support of Plaintiffs' Counsel's Application for Attorneys' Fees and Expenses on behalf of all Plaintiffs' counsel[1] as referenced herein and in the October 28, 2013 Report and Recommendation of this Court  ("Fee Application").  Specifically, on October 28, 2013, the Court issued a Report and Recommendation awarding Plaintiffs' attorneys' fees and costs incurred as a result of Al Haramain's and Wa'el Jelaidan's (collectively "Defendants") production failures and the resulting sanctions litigation.   Memorandum Decision and Report and Recommendation of October 28, 2013 (ECF No. 2789) ("October Order").

On March 10, 2014, Robert T. Haefele, Esquire, an attorney with Motley Rice filed an amended declaration, along with a memorandum of law and exhibits, on behalf of all of the Plaintiffs, in support of the Fee Application pursuant to the October Order (collectively, "Amended Declaration").  On April 25, 2014 the District Court entered an order directing that representatives of each of the four (4) law firms involved in the Fee Application tender a declaration in support of the Fee Application ("Supplemental Declarations") as well as redacted time and expense records for a two (2) month period, as selected by Defendants' counsel ("Billing Records") (ECF No. 2852) ("April Order").  Such order was supplemented by an endorsed letter order dated May 5, 2014 (ECF No. 2854) ("May Order" with the October, April and May Orders collectively referred to herein as "Orders").

---

[1]       Plaintiffs' counsel identified herein are lawyers at four (4) law firms representing plaintiffs – namely, Motley Rice, LLC, Cozen O'Connor, P.C., Kreindler & Kreindler, LLP, and Anderson Kill P.C.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1032637.1                                                            Exhibit E

**Anderson Kill P.C.**

Alan Kabat, Esq.
May 21, 2014
Page 2

In response to the April and May Orders, the Defendants designated the months of February and March, 2013 as the months for which they requested the Billing Records. On May 15, 2014, attorneys from the law firms of Cozen O'Connor, P.C. (ECF Nos. 2857, 2858, 2849), Kreindler & Kreindler, LLP (ECF No. 2856) and Anderson Kill P.C., (ECF No. 2855) filed with the Court the Supplemental Declarations required by the April Order.

As set forth below, I am appending herewith, the Billing Records, in response to the April Order and May Order, in further support of the Fee Application.

In accordance with the Orders and the Designation, I requested that Anderson Kill's accounting staff extract all of my time and expense entries for the months of February and March, 2013. [2] I then redacted all client identifiers, time and expense entries, billing amounts, as well as substantive descriptions for all non-*O'Neill* clients/matters. As to *O'Neill* time and expense entries, other than those related to the Fee Application, [3] I redacted time and expense entries, billing amounts, as well as substantive descriptions. As to O'Neill entries relating to the Fee Application, I have only redacted certain isolated aspects of the substantive descriptions in those specific cases where the entry also included time relating to activities not related to the Fee Application. In those circumstances I both retained the number of gross number of hours recorded and the gross billing amount applied.

Attached hereto and incorporated herein are the following exhibits:

| | |
|---|---|
| Exhibit "A" | redacted time entries for the month of February, 2013; |
| Exhibit "B" | redacted expense entries for the month of February, 2013; |
| Exhibit "C" | redacted time entries for the month of March, 2013; and, |
| Exhibit "D" | redacted expense entries for the month of March, 2013. |

---

[2] There were no other time keepers from Anderson Kill who provided any services in the *O'Neill* matter for the months of February or March, 2013, for which compensation is sought in the Fee Application.

[3] Anderson Kill has sought no compensation for time or expenses relating to Wa'el Jelaidan as part of the Fee Application.

Exhibit E

**Anderson Kill P.C.**

Alan Kabat, Esq.
May 21, 2014
Page 3

They are stamped with Bates Nos. AK-AHFeeApp 000001-000011.

Very truly yours,

Jerry S. Goldman

JSG:ljc
Enclosure a/s
cc:     Hon. Frank Maas, Magistrate Judge- via FedEx
        Martin McMahon, Esquire (via email)
        Plaintiffs' counsel (via email)

Exhibit E

# EXHIBIT A

Exhibit E

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2750367 | | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2750573 | | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2750641 | 101147 JPO02 | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | 0.60 | 540.00 | B | complete review of AL Haramain filing. | | | |
| | 2751915 | | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2751092 | 101147 JPO02 | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry B | STOCKHOLDER | | | | | | | |
| | 2751103 | | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2751400 | 101147 JPO02 | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | 0.30 | 240.00 | B | communications re: new AH discovery materials | | | |
| | 2751476 | | 🖫 | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537481 |
| | 2751507 | | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2751805 | 101147 JPO02 | ⊃ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2751717 | | ⊃ | 02/02/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2751821 | | ⊃ | 02/02/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2752314 | | 🖫 | 02/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537481 |
| | 2752455 | | ⊃ | 02/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753075 | | ⊃ | 02/04/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2753386 | | ⊃ | 02/04/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2753383 | 101147 JPO02 | ⊃ | 02/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2752500 | | 🖫 | 02/05/2013 | 05141 | Goldman, Jerry B | STOCKHOLDER | | | | | | | 537481 |
| | 2752575 | | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry B | STOCKHOLDER | | | | | | | |
| | 2752859 | 101147 JPO02 | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753076 | | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2753326 | 101147 JPO02 | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2753757 | | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry B | STOCKHOLDER | | | | | | | |
| | 2754191 | | ⊃ | 02/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2752929 | 101147 JPO02 | ⊃ | 02/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2752923 | 101147 JPO02 | ⊃ | 02/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753551 | 101147 JPO02 | ⊃ | 02/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753784 | | ⊃ | 02/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2754217 | | ⊃ | 02/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753495 | 101147 JPO02 | ⊃ | 02/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2752514 | 101147 JPO02 | ⊃ | 02/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1.50 | 1,200.00 | B | Docket item Al Haramain and IIRO | | | |
| | 2753167 | | ⊃ | 02/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2753284 | 101147 JPO02 | ⊃ | 02/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1.20 | 960.00 | B | Al Haramain reply | | | |
| | 2753300 | 101147 JPO02 | ⊃ | 02/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1.50 | 1,200.00 | B | Review drafts | | | |
| | 2753614 | 101147 JPO02 | ⊃ | 02/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 3.00 | 2,400.00 | B | review draft pleadings- comment | | | |
| | 2752229 | 101147 JPO02 | ⊃ | 02/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 0.30 | 240.00 | B | Emails JA reply | | | |
| | 2753935 | | ⊃ | 02/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758401 | 101147 JPO02 | ⊃ | 02/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2754367 | | ⊃ | 02/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2754589 | | ⊃ | 02/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758578 | 101147 JPO02 | ⊃ | 02/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2754567 | | ⊃ | 02/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758456 | 101147 JPO02 | ⊃ | 02/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759251 | | ⊃ | 02/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758399 | 101147 JPO02 | ⊃ | 02/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758616 | 101147 JPO02 | ⊃ | 02/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757998 | 101147 JPO02 | ⊃ | 02/17/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757310 | | ⊃ | 02/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758711 | 101147 JPO02 | ⊃ | 02/18/2013 | 05141 | Goldman, Jerry N | STOCKHOLDER | | | | | | | |
| | 2757493 | | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757570 | | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757614 | | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757820 | 101147 JPO02 | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757638 | | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758468 | | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry G | STOCKHOLDER | | | | | | | |
| | 2758764 | 101147 JPO02 | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758900 | 101147 JPO02 | ⊃ | 02/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757411 | | ⊃ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2757520 | | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757606 | 101147 JPO02 | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1 90 | 1,520 00 | B | communications re: response to AH; | | | |
| | 2758033 | | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758320 | 101147 JPO02 | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758347 | | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758770 | 101147 JPO02 | ⊙ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757469 | | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757596 | 101147 JPO02 | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757863 | 101147 JPO02 | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758106 | | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758108 | 101147 JPO02 | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758730 | 101147 JPO02 | ⊙ | 02/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 2 30 | 1,840 00 | B | Receive and review docket item- filing of AH; | | | |
| | 2757383 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757582 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757663 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2757760 | 101147 JPO02 | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1 50 | 1,200 00 | B | Al Haramain response- review draft- comment; docket items; file organization issues | | | |
| | 2758009 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758535 | 101147 JPO02 | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758628 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758721 | 101147 JPO02 | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 0 20 | 160 00 | B | AH filing re: Oregon; | | | |
| | 2758735 | | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2758776 | 101147 JPO02 | ⊙ | 02/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759764 | 101147 JPO02 | ⊙ | 02/24/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759941 | | ⊙ | 02/24/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759405 | 101147 JPO02 | ⊙ | 02/25/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759546 | 101147 JPO02 | ⊙ | 02/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759587 | | ⊙ | 02/25/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759857 | | ⊙ | 02/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759911 | | ⊙ | 02/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759375 | | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759407 | 101147 JPO02 | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759634 | 101147 JPO02 | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 3 30 | 2,640 00 | B | communications re:               filing in SDNY (Al Haramain); | | | |
| | 2759957 | 101147 JPO02 | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2760018 | | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2760037 | | ⊙ | 02/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759382 | | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759580 | | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759586 | 101147 JPO02 | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 3 20 | 2,560 00 | B | Receive and review drafts of documents- reply w/ comments- communications w/ associate- communications FJS- Receive and review numerous docket item- communications re: file organization | | | |
| | 2759775 | | 📎 | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537481 |
| | 2759917 | 101147 JPO02 | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759963 | | 📎 | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537481 |
| | 2759970 | | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759983 | | ⊙ | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2760047 | | 📎 | 02/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537481 |

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|--------|-------|--------|---|------|-----------|------|-------|-------|--------|--------|-----------|-----------|-----------|----------|
| | 2759450 | | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759455 | | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759956 | 101147.JPO02 | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2759735 | 101147.JPO02 | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759742 | | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759804 | 101147.JPO02 | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2759956 | 101147.JPO02 | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2760049 | 101147.JPO02 | ⊡ | 02/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |

Exhibit E

AK-AHFeeApp-000003

# EXHIBIT B

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Code | Description | Amount | Status | Narrative | Tax | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1741559 | 101147 JPO02 | ⊖ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | WESTLB | LIBRARY & LEGAL RESE | 332.20 | B | | | |
| | 1741552 | 101147 JPO02 | ⊖ | 02/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | WESTLB | LIBRARY & LEGAL RESE | 3,173.25 | B | | | |
| | 1742292 | 101147 JPO02 | ⊖ | 02/04/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | LT | LOCAL TRAVEL | 29.94 | B | | | |
| | 1745205 | 101147 JPO02 | ⊖ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | AIRFARE/RAIL EXP'S | 148.00 | B | | | |
| | 1745206 | 101147 JPO02 | ⊖ | 02/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | AIRFARE/RAIL EXPS. | 30.00 | B | | | |
| | 1745207 | 101147 JPO02 | ⊖ | 02/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | AIRFARE/RAIL EXPS | 164.00 | B | | | |
| | 1745208 | 101147 JPO02 | ⊖ | 02/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | AIRFARE/RAIL EXPS | 30.00 | B | | | |
| | 1742521 | 101147 jpo02 | ⊖ | 02/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | LOCAL TRAVEL | 37.99 | B | | | |

# EXHIBIT C

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2761375 | | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761409 | | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761416 | 101147 JPO02 | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761454 | 101147 JPO02 | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761477 | | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761511 | | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761559 | 101147 JPO02 | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761569 | | ☒ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | 537401 |
| | 2761607 | | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761675 | | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761685 | | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761694 | | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761600 | 101147 JPO02 | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761713 | 101147 JPO02 | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761718 | 101147 JPO02 | ○ | 03/04/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761601 | | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761633 | | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761638 | | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761667 | | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761679 | 101147 JPO02 | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761729 | 101147 JPO02 | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2761760 | 101147 JPO02 | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762180 | 101147 JPO02 | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762355 | | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762300 | | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762524 | | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762533 | | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762639 | 101147 JPO02 | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762619 | | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762085 | 101147 JPO02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762289 | | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762401 | | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762517 | | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762614 | 101147 JPO02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762643 | 101147 JPO02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762678 | | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762808 | 101147 JPO02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2762905 | 101147 JPO02 | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763002 | 101147 JPO02 | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763500 | 101147 JPO03 | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763680 | | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763937 | 101147 JPO02 | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763949 | | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2764097 | | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2764216 | | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2764205 | 101147 JPO02 | ○ | 03/08/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2763976 | 101147 JPO02 | ○ | 03/09/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 2.60 | 2,240.00 | B | review materials in preparation of upcoming hearings/conferences | | | |
| | 2763173 | | ○ | 03/10/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766831 | 101147 JPO02 | ○ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 1.80 | 1,440.00 | B | prep for 3/18 week- 3 hearings - continued | | | |
| | 2766843 | | ○ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766846 | 101147 JPO02 | ○ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766847 | 101147 JPO02 | ○ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |



| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2766850 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766860 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766869 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766902 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766912 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766913 | | ☉ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766825 | 101147 JPO02 | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766841 | | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766844 | 101147 JPO02 | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766848 | 101147 JPO02 | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766855 | | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766864 | | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766867 | | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766873 | | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766893 | 101147 JPO02 | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766896 | 101147 JPO02 | ☉ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766822 | | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766845 | 101147 JPO02 | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 0 80 | 640.00 | B | PEC communications re: discovery issues | | | |
| | 2766871 | 101147 JPO02 | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766877 | 101147 JPO02 | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766885 | | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766917 | | ☉ | 03/13/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766888 | 101147 JPO02 | ☉ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766891 | | ☉ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766899 | | ☉ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766905 | 101147 JPO02 | ☉ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766911 | 101147 JPO02 | ☉ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766837 | 101147 JPO02 | ☉ | 03/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766851 | 101147 JPO02 | ☉ | 03/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766882 | | ☉ | 03/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2769900 | 101147 JPO02 | ☉ | 03/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766840 | 101147 JPO02 | ☉ | 03/15/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766818 | | ☉ | 03/16/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766921 | | ☉ | 03/16/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766860 | | ☉ | 03/17/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766862 | 101147 JPO02 | ☉ | 03/17/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766821 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766830 | 101147 JPO02 | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766857 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766865 | 101147 JPO02 | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 5 20 | 4,180.00 | B | New AH filing - PEC communications - review materials for court conference on 3/19 - prep for 3/20 | | | |
| | 2766880 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766884 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766897 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766902 | | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766909 | 101147 JPO02 | ☉ | 03/18/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766867 | | ☉ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2767035 | 101147 JPO02 | ☉ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2767112 | 101147 JPO02 | ☉ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 6 80 | 5,440.00 | B | prep for SDNY- call w/ Sean Carter- obtain materials for Sean Carter- travel to SDNY- meet w/ PEC- hearing w/ court- return to office- order transcript | | | |
| | 2767137 | 101147 JPO02 | ☉ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |

Exhibit E
AK-AHFeeApp-000006

Medily

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2767127 | | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2767228 | | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2766768 | | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768805 | | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768845 | | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768896 | 101147 JPO02 | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2769032 | 101147 JPO02 | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768892 | | ○ | 03/21/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2768997 | 101147 JPO02 | ○ | 03/21/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2768746 | | ○ | 03/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768691 | | ○ | 03/21/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768716 | | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768611 | | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768822 | | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768540 | 101147 JPO02 | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2768904 | 101147 JPO02 | ○ | 03/24/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770373 | | ○ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770408 | | ○ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770569 | | ○ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770084 | | ○ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770732 | 101147 JPO02 | ○ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770740 | | ○ | 03/25/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | | | | | | | |
| | 2770373 | 101147 JPO02 | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770306 | 101147 JPO02 | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770324 | 101147 JPO02 | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770338 | 101147 JPO02 | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770341 | | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770377 | | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770479 | | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770731 | | ○ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770157 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770183 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770260 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770268 | 101147 JPO02 | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770454 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770524 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770560 | 101147 JPO02 | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770762 | 101147 JPO02 | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770902 | | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770181 | | ○ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770410 | | ○ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770664 | | ○ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Hours | Amount | Status | Narrative | PHASE CODE | ACTIVITY CODE | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2770834 | 101147 JPO02 | ◻ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2770847 | | ◻ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2771141 | 101147 JPO02 | ◻ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2771263 | 101147 JPO02 | ◻ | 03/28/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2771325 | 101147 JPO02 | ◻ | 03/29/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2771582 | | ◻ | 03/29/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2771943 | 101147 JPO02 | ◻ | 03/29/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |
| | 2772129 | 101147 JPO02 | ◻ | 03/29/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | 0.50 | 640.00 | B | Receive and review materials from AH IF; forward same to padegal w/ instructions | | | |
| | 2772099 | 101147 JPO02 | ◻ | 03/30/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | 1.20 | 960.00 | B | Receive and review additional materials from AH IF; Send a letter via email to IT; Send a letter via email to paralegal | | | |
| | 2772108 | 101147 JPO02 | ◻ | 03/30/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | | | | | | | |

Exhibit E
AK-AHFeeApp-000008

# EXHIBIT D

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Code | Description | Amount | Status | Narrative | Tax | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1745444 | 101147 JPO02 | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | WESTLB | | 1,690.37 | H | | | |
| | 1745445 | 101147 JPO02 | ○ | 03/01/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | WESTLB | | 339.91 | H | | | |
| | 1742558 | 101147 jpo02 | ○ | 03/05/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 41.00 | H | | | |
| | 1746212 | 101147 JPO02 | ○ | 03/06/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 30.00 | H | | | |
| | 1743287 | 101147 jps02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | TD | | 53.40 | B | | | |
| | 1746093 | 101147 JPO02 | ○ | 03/07/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | LT | | 26.96 | B | | | |
| | 1746093 | 101147 JPO02 | ○ | 03/11/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 30.00 | B | | | |
| | 1746213 | 101147 JPO02 | ○ | 03/12/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 30.00 | B | | | |
| | 1743972 | 101147 jpo02 | ○ | 03/14/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | ME | | 36.60 | B | | | |
| | 1744217 | 101147 jpo02 | ○ | 03/18/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | TD | | 710.70 | B | | | |
| | 1744369 | 101147 JPO02 | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | XE | | 54.75 | B | | | |
| | 1744370 | 101147 JPO02 | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | XE | | 54.00 | B | | | |
| | 1748655 | 101147 JPO02 | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 212.60 | B | | | |
| | 1748656 | 101147 JPO02 | ○ | 03/19/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 30.00 | B | | | |
| | 1744459 | 101147 jpo02 | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 12.00 | B | | | |
| | 1744460 | 101147 jpo02 | ○ | 03/20/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | TS | | 45.95 | B | | | |
| | 1746456 | | ○ | 03/20/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | AF | | | | | | |
| | 1746485 | 101147 JPO02 | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 13.56 | B | | | |
| | 1746486 | 101147 JPO02 | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 13.56 | B | | | |
| | 1746487 | 101147 JPO02 | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 14.93 | B | | | |
| | 1746488 | 101147 JPO02 | ○ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 19.03 | B | | | |

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Code | Description | Amount | Status | Narrative | Tax | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1746489 | 101147 JPO02 | ❂ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 13.59 B | | | | |
| | 1746490 | 101147 JPO02 | ❂ | 03/22/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 13.56 B | | | | |
| | 1744914 | 101147 jpo02 | ❂ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | LT | | 48.50 B | | | | |
| | 1744915 | 101147 jpo02 | ❂ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | TS | | 217.01 B | | | | |
| | 1746657 | 101147 JPO02 | ❂ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 212.00 B | | | | |
| | 1746658 | 101147 JPO02 | ❂ | 03/25/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 30.00 B | | | | |
| | 1746507 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 13.91 B | | | | |
| | 1746508 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 9.41 B | | | | |
| | 1746509 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 17.86 B | | | | |
| | 1746510 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | AF | | 9.41 B | | | | |
| | 1746511 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 9.41 B | | | | |
| | 1746512 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AF | | 9.41 B | | | | |
| | 1746659 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 184.00 B | | | | |
| | 1746660 | 101147 JPO02 | ❂ | 03/26/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | 30.00 B | | | | |

Exhibit E
AK-AHFeeApp-000010

Modify

| Select | Index | Matter | | Date | Timekeeper | Name | Title | Code | Description | Amount | Status | Narrative | Tax | Proforma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1745843 | 101147.jpe02 | ○ | 03/27/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | ME | | 60.32 | B | | | |
| | 1745844 | 101147.jpe02 | ○ | 03/27/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | LT | | 33.59 | B | | | |
| | 1745966 | 101147.jpe02 | ○ | 03/29/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | TD | | 299.04 | B | | | |
| | 1745967 | 101147.jpe02 | ○ | 03/29/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | LT | | 29.75 | B | | | |
| | 1746637 | | ○ | 03/28/2013 | 05141 | Goldman, Jerry S. | STOCKHOLDER | AR | | | | | | |
| | 1746639 | | ○ | 03/29/2013 | 05141 | Goldman, Jerry S | STOCKHOLDER | AR | | | | | | |

Exhibit E
AK-AHFeeApp-000011