U.S. DEPARTMENT OF THE TREASURY

En Español | Press Center | Blog | Contact Us

Search

Advanced Search

Home | Treasury For... | About | Resource Center | Services | Initiatives | Careers | Connect with Us

- Press Releases
- Daily Guidance
- Media Schedule and Advisories
- News
- Photos
- Video, Audio, and Webcasts
- Press Contacts

# Press Center

Home » Press Center » Press Releases » Treasury Department Statement on the Designation of Wa'el Hamza Julidan

## Treasury Department Statement on the Designation of Wa'el Hamza Julidan

9/6/2002

FROM THE OFFICE OF PUBLIC AFFAIRS

Today the United States and Saudi Arabia jointly designated Wa'el Hamza Julaidan, an associate of Usama bin Laden and a supporter of al-Qa'ida terror. We are pleased to be taking our second joint action with the Kingdom of Saudi Arabia to publicly identify and freeze the assets of terrorists and their supporters. The Kingdom of Saudi Arabia has already forwarded his name to the United Nations Sanctions Committee established by UNSCR 1267. Today's designation follows a series of joint actions with our allies in the war on terrorist financing, which to date has included actions with the EU, the G-7 countries, Italy, and now our second joint action with Saudi Arabia.

Today's action brings the total number of names to 236 under President Bush's Executive Order aimed at freezing the assets of terrorists and their supporters – Executive Order 13224. Together with our allies we have blocked over $112 million in terrorist related assets around the world. "Today's action is important in that it demonstrates the commitment of both the United States and Saudi Arabia to go after high impact targets in our war against terrorist financing," said Treasury Under Secretary for Enforcement Jimmy Gurulé. "We have received unprecedented cooperation from our friends abroad, and today's action is indicative of that synergy and commitment to this issue."

Usama bin Laden and a top al-Qa'ida lieutenant, Abu Zubaida, have acknowledged Wa'el Julaidan as a known associate of their operations. Julaidan has been the head of various non-governmental organizations providing financial and logistical support to the al-Qa'ida network.

Statement of the Case for
**Wa'el Hamza JULAIDAN**

Identifier Information

Wa'el Hamza JULAIDAN a.k.a. Wa'il Hamza JULAIDAN a.k.a.

Wa'el Hamza JULAYDAN a.k.a. Wa'il Hamza JULAYDAN a.k.a.

Wa'el Hamza JALAIDAN a.k.a. Wa'il Hamza JALAIDAN a.k.a.

Wa'el Hamza JALADIN a.k.a. Wa'il Hamza JALADIN a.k.a. Abu

Al-Hasan al Madani

DOB: January 22, 1958

POB: Al-Madinah, Saudi Arabia

Background Information

Wa'el Hamza Julaidan, a Saudi citizen, is an associate of Usama bin Ladin. Julaidan fought with bin Laden in Afghanistan in the 1980s. Julaidan is also associated with several individuals and entities linked to al-Qa'ida, including bin Ladin lieutenants, Ayman al-Zawahri, Abu Zubaida, and Mohammed Atef; and the organizations: Makhtab al Khedmat, the Rabita Trust, and al-Gam'a al-Islamiya. These individuals and entities have been previously designated under President Bush's Executive Order and by the United Nations.

Bin Laden himself acknowledged his close ties to Julaidan during a 1999 interview with al-Jazeera TV. When referring to the

Cited in In re Terrorist Attacks on Sept. 11, 2001
03MDL1570 Decided 10/28/13
Archived on 11/7/13
This document is protected by copyright.
Further reproduction is prohibited without permission.

assassination of al-Qa'ida co-founder Abdullah Azzam, bin Ladin stated that "We were all in one boat, as is known to you, including our brother, Wa'el Julaidan." Julaidan has established contacts with several known Arab Islamic extremists, including bin Ladin's principal lieutenant, Ayman al-Zawahri. Another bin Ladin lieutenant, Abu Zubaida, claimed that he accompanied Julaidan from Pakistan to Kandahar, Afghanistan during the summer of 2000. Zubaida said that Julaidan met with bin Ladin and senior bin Ladin lieutenant Mohammed Atef soon after arriving in Kandahar.

In February 2000, Julaidan was appointed to the Board of Trustees of the Rabita Trust and served as its Director General. The Rabita Trust is an NGO designated under President Bush's Executive Order as an organization that provided logistical and financial support to al-Qa'ida.

### Basis for Designation

The United States has credible information that Wa'el Hamza Julaidan is an associate of Usama bin Laden and several of bin Laden's top lieutenants. Julaidan has directed organizations that have provided financial and logistical support to al-Qa'ida. Accordingly, the United States is designating Julaidan under Executive Order 13224 as a person who supports terror.





| Initiatives | Bureaus | Inspector General Sites | U.S. Government Shared Services |
|---|---|---|---|
| Financial Stability | The Alcohol and Tobacco Tax and Trade Bureau | Office of Inspector General (OIG) | HR Connect Program Office |
| Housing Finance Reform | Bureau of Engraving & Printing | Treasury Inspector General for Tax Administration (TIGTA) | Administrative Resource Center (ARC)- Bureau of the Public Debt |
| Making Home Affordable | Bureau of the Fiscal Service | Special Inspector General, Troubled Asset Relief Program (SIGTARP) | Treasury Direct Services for Governments |
| Recovery | Community Development Financial Institutions Fund | Report, Fraud Waste & Abuse | |
| U.S. China Strategic and Economic Dialogue | Financial Crimes Enforcement Network (FinCEN) | **Additional Resources** | **Other Government Sites** |
| Wall Street Reform | Internal Revenue Service | Privacy Act | USA.gov |
| | Office of The Comptroller of The Currency | Small Business Contacts | US.JOBS.gov |
| | U.S. Mint | Budget and Performance | OPM.gov |
| | | TreasuryDirect.gov Securities/Bonds | MyMoney.gov |
| | | Freedom of Information Act (FOIA) | Data.gov |
| | | No FEAR Act Data | Forms.gov |
| | | | Regulations.gov |
| | | | PaymentAccuracy.gov |
| | | | Business.USA.gov |

OPEN GOV

Required Plug-ins   Adobe® Reader®

Privacy Policy | Google Privacy | Site Map | Site Policies and Notices | Accessibility | FAQs | Feedback | Careers | Contact Us

Cited in In re Terrorist Attacks on Sept 11, 2001 03MDL1570 Decided on 02/28/13
Archived on 11/7/13
This document is protected by copyright.
Further reproduction is prohibited without permission.