

Al Rajhi Bank Opens its Jordan Branches

©2013 Al Rajhi Bank