

# Security Council Committee pursuant to resolutions 1267 (1999) and 1989 (2011) concerning Al-Qaida and associated individuals and entities

## 1267/1989

**UN SITE SEARCH:**
Enter Keywords
Search    Clear

Home
General Information
Latest News
Resolutions
Al-Qaida Sanctions List
Listing
Narrative Summaries of Reasons for Listing
De-listing
Office of the Ombudsperson
Exemptions
Committee Guidelines
Reporting Tools
Useful papers
Selected Documents
Expert Group Documents
Member State Reports
Press Releases
Sanctions Committees Homepage
Security Council
UN Homepage

### NARRATIVE SUMMARIES OF REASONS FOR LISTING

**QI.J.79.02. WA'EL HAMZA ABD AL-FATAH JULAIDAN**

*Date on which the narrative summary became available on the Committee's website*: 4 January 2011

Wa'el Hamza Abd al-Fatah Julaidan was listed on **11 September 2002** pursuant to paragraphs 1 and 2 of resolution 1390 (2002) as being associated with Al-Qaida, Usama bin Laden or the Taliban for "participating in the financing, planning, facilitating, preparing or perpetrating of acts or activities by, in conjunction with, under the name of, on behalf or in support of" or "otherwise supporting acts or activities of" Usama bin Laden and Al-Qaida (QE.A.4.01).

*Additional information:*

Wa'el Hamza Abd al-Fatah Julaidan is an associate of Usama Muhammad Awad bin Laden (deceased) with whom he fought in Afghanistan in the 1980s. He then worked on behalf of various Saudi non-governmental organizations, and was the head of many of them, providing financial and logistical support to the Al-Qaida (QE.A.4.01) network. Julaidan headed the Saudi Joint Relief Organization in Bosnia and Herzegovina in 1999. In September 1999, persons associated with the Saudi Joint Relief Committee (SJRC) appeared to be conducting surveillance against the United States and Kosovo Force facilities in Pristina. This occurred while Julaidan was serving as SJRC Director. In late 1999, he was declared persona non grata by the Albanian Government who suspected him of supporting extremist activities in the country and forced him to leave.

Julaidan established contact with a number of listed individuals and entities, including Bin Laden, Aiman Muhammed Rabi al-Zawahiri (QI.A.6.01), Zayn al-Abidin Muhammad Hussein (QI.H.10.01), Sobhi Abdel Aziz Mohamed el Gohary Abu Sinna (deceased), Makhtab al-Khidamat (QE.M.12.01), Rabita Trust (QE.R.21.01) and the Armed Islamic Group (QE.A.6.01). He also had significant financial ties to Al-Haramain & al Masjed al-Aqsa Charity Foundation (QE.A.109.04).

Bin Laden acknowledged his close ties to Julaidan during a 1999 interview with Al-Jazeera TV. When referring to the assassination of Al-Qaida co-founder Abdullah Azzam, Bin Laden stated that "we were all in one boat, as is known to you, including our brother Wa'il Julaidan. A plot was concocted to assassinate all. We were careful not to be together all the time." Julaidan, along with Usama bin Laden and Abdullah Azzam, established the basis for Al-Qaida in the 1980s, as they helped to recruit volunteers to fight in Afghanistan.

Julaidan began funding NGOs involved with relief work in Afghanistan in the late 1980s. Through his charitable work, he has established links with, among others, Bin Laden's principal lieutenant, Aiman al-Zawahiri.

In 1995, Julaidan served as part of the "Arab and Islamic Shura Council" which included many Egyptian and Saudi members who belonged to the Armed Islamic Group, Al-Gam'a Al-Islamiya (GAI) and Al-Jihad, listed as the Egyptian Islamic Jihad (QE.A.3.01). In summer 2000, Julaidan, accompanied by Makhtab al-Khidamat Director Abu Adil, traveled to Maidan Shar, Afghanistan, for meetings with Usama bin Laden.

Cited in In re Terrorist Attacks on Sept. 11, 2001 03 MDL 1570 Decided 10/28/13 Archived on 11/7/13. This document is protected by copyright. Further reproduction is prohibited without permission.

Bin Laden's lieutenant, Zayn al-Abidin Muhammad Hussein, also claimed that he accompanied Julaidan from Pakistan to Kandahar, Afghanistan, in summer 2000. He also said that Julaidan met Bin Laden and senior Bin Laden lieutenant Abu Sinna soon after arriving in Kandahar.

As Executive Director of Rabita Trust (QE.R.21.01), Julaidan acted for or on behalf of an organization that provided financial and logistical support to the Al-Qaida network. In sending envoys and meeting personally with Bin Laden during summer 2000, Julaidan continued a more than decade-long relationship with Bin Laden during which he acted for or on behalf of Bin Laden. As a result of his summer 2000 trip to Afghanistan, Julaidan was also associated with, and appears to have acted for or on behalf of, Mohammed Atef, also known as Sobhi Abdel Aziz Mohamed el Gohary Abu Sinna, and Abu Zubaida, listed as Zayn al-Abidin Muhammad Hussein, as well as the organization Makhtab al-Khidamat, established by Bin Laden to provide various services to the Al-Qaida network.

As of 2008, money was channeled to Al-Qaida based on a relationship with Julaidan. In addition, as of 2008, an entity directed by Julaidan provided funding to a Balkans-based extremist with ties to Al-Qaida.

*Related listed individuals and entities:*

Egyptian Islamic Jihad (QE.A.3.01), listed on 6 October 2001
Al-Qaida (QE.A.4.01), listed on 6 October 2001
Armed Islamic Group (QE.A.6.01), listed on 6 October 2001
Makhtab al-Khidamat (QE.M.12.01), listed on 6 October 2001
Rabita Trust (QE.R.21.01), listed on 17 October 2001
Al-Haramain & al Masjed al-Aqsa Charity Foundation (QE.A.109.04), listed on 28 June 2004

Aiman Muhammed Rabi al-Zawahiri, (QI.A.6.01) listed on 25 January 2001
Zayn al-Abidin Muhammad Hussein (QI.H.10.01), listed on 25 January 2001