

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/14

# MEMO ENDORSED

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA FACSIMILE**

July 3, 2014

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Maas:

The Plaintiffs' Executive Committees and the Defendants' Executive Committee respectfully submit this joint proposal concerning the agenda for the discovery conference scheduled for 2:00 p.m. on Thursday, July 10, 2014.

The parties agree that the only issue ripe for the Court's consideration is the determination of the Plaintiffs' Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. Following the April 24, 2014 conference, during which Your Honor entertained argument regarding Plaintiffs' fee petition, the Court ordered each of the plaintiffs' law firms to submit an affidavit by a knowledgeable person in support of the firm's fee application, and set a procedure allowing the two defendants to request, and the plaintiffs' firms to produce, contemporaneous time records for two randomly-selected months. (*See* Docket Entry No. 2852; *see also* Docket Entry No. 2854.) Since then, the parties have filed additional paper both in support of and against the fee application. The following chart identifies all docket entries the parties have filed concerning the plaintiffs' application for attorney fees. The application is fully briefed and ripe for the Court's consideration.[1]

> *Handwritten endorsement:* If this exhaustively briefed application is the only matter ripe for consideration, I see no need for a conference before me. Accordingly, the follow-on discovery conference is canceled. I will rule on the application in due course. FM/au, USMJ, 7/3/14

---

[1] For the reasons stated in ECF Nos. 2847 and 2865 and because defendant Jelaidan had not previously objected to plaintiffs' production pursuant to the Court's order at ECF No. 2852 or otherwise opposed plaintiffs' filings at ECF Nos. 2855-59, plaintiffs contend that ECF Nos. 2844-45, 2848, 2864 and 2877 are inappropriate. Nonetheless, to identify the universe of docket entries relating to the fee petition, all such docket entries are listed.

The Honorable Frank Maas, U.S.M.J.
July 3, 2014
Page 2

| | ECF Nos. | Document Description | Dkt Date |
|---|---|---|---|
| 1. | 2929-31 | Plaintiffs' Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013, filed on. | 01/24/2014 |
| 2. | 2834 | Wa'el Jelaidan's opposition to Plaintiffs' application. | 02/14/2014 |
| 3. | 2835-36 | Al Haramain's opposition to Plaintiffs' application. | 02/14/2014 |
| 4. | 2841-42 | Plaintiffs' Reply to Jelaidan's and Al Harmain's opposition. | 03/10/2014 |
| 5. | 2844-45 | Al Haramain's Motion for a Sur-Reply | 03/18/2014 |
| 6. | 2847 | Plaintiffs' Opposition to Al Haramain's Motion for a Sur-Reply | 03/25/2014 |
| 7. | 2848 | Al Haramain's Reply to Plaintiffs' Opposition | 03/25/2014 |
| 8. | 2855 | Declaration of Jerry Goldman | 05/15/2014 |
| 9. | 2856 | Affidavit of James P. Kreindler | 05/15/2014 |
| 10. | 2857-59 | Declarations of Stephen A. Cozen, Elaine Rinaldi and J. Scott Tarbutton | 05/15/2014 |
| 11. | 2864 | Al Haramain's Memorandum of Law in Opposition re: Motion for Attorney Fees Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013 | 05/29/2014 |
| 12. | 2865 | Plaintiffs' Reply Memorandum of Law in Response to Al Haramain Filing at ECF No. 2864 and in Further Support of Plaintiffs' Application for Attorney's Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. | 06/06/2014 |
| 13. | 2866 | Declaration of Jerry S. Goldman | 06/06/2014 |
| 14. | 2868 | Al Haramain's Notice of Supplemental Authority | 06/09/2014 |
| 15. | 2875 | Plaintiffs' Response to Al Haramain's Notice of Supplemental Authority | 06/18/2014 |
| 16. | 2876 | Al Haramain's Reply to Plaintiffs' Response to Al Haramain's Notice of Supplemental Authority | 06/20/2014 |
| 17. | 2877 | Jelaidan Reply to Plaintiffs Response to Al Haramain's Notice of Supplemental Authority | 6/30/2014 |

Finally, counsel request permission for out-of-town counsel to participate by telephone, as at previous conferences. If this request is granted, the dial-in number is: 712-432-1500, and the participant access code is: 779214#

Respectfully,

Robert T. Haefele
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

Alan R. Kabat
THE DEFENDANTS' EXECUTIVE COMMITTEE

cc:    Hon. George B. Daniels (By Facsimile)
       MDL-1570 counsel (By electronic mail)