UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

03 MDL 1570 (GBD)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 07 2014

GEORGE B. DANIELS, District Judge:

The conference scheduled for July 10, 2014 is adjourned to October 23, 2014 at 10:00 am. The parties may bring any relevant issues to this Court's attention by letter before that time.

Dated: July 7, 2014
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge