UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                          MDL No. 1570

-------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL.*                               Civ. Action No.
                                                           03 CV 9849 (RCC)
Plaintiffs,

-   against   -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                        Defendants
-------------------------------------------------------------------x

### PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 15(d)


      Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A

are hereby dismissed without prejudice from this civil action.



Dated:  July 18, 2014                       Respectfully submitted,


                                            __/S/_____
                                            Jodi Westbrook Flowers, Esq. (SC-66300)
                                            Donald A. Migliori, Esq. (RI-4936; MA-
                                            567562; MN-0245951)
                                            Michael E. Elsner, Esq. (NY & VA-ME8337)
                                            Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                            MOTLEY RICE LLC
                                            28 Bridgeside Boulevard
                                            Mount Pleasant, South Carolina 29464
                                            Telephone:  (843) 216-9000