# ATTACHMENT A

PETER ZUK (P2527)

GEORGE DICOSTANZO (P2878)

JUDY RODRIGUEZ-MARTINEZ (P842)

VINCENT ALBANESE (P1323)

DEBRA AHEARN (P4986)