## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

August 21, 2014

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

    Plaintiffs write to respectfully request a three-page extension on the limit of letter briefs, for purposes of filing a Motion to Compel as to defendant Dallah Avco. The Motion to Compel addresses separate privilege objections Dallah Avco has raised on the basis of (1) provisions of its purported contracts with the Saudi Presidency of Civil Aviation ("PCA"); and (2) the provisions of Saudi Royal Decree M-35, relating to the treatment of classified information. Plaintiffs believe it would be more efficient to address these two objections in a single motion, rather than filing separate briefs as to each. To that end, plaintiffs respectfully request an extension of the page limit for letter motions to compel, from 12 pages to 15 pages.

    Plaintiffs have conferred with counsel for Dallah Avco concerning this request, and Dallah Avco has no objection to an extension of the page limit, provided it receives a corresponding extension of the page limit for its response brief.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/14

APPLICATION GRANTED
SO ORDERED

*/s/ Frank Maas*
Frank Maas, USMJ
8/21/14

The Honorable Frank Maas
August 21, 2014
Page 2

---

        Plaintiffs thank Your Honor for the Court's attention to this matter.

                                        Respectfully submitted,

                                        */s/ Sean P. Carter*
                                        Sean P. Carter
                                        THE MDL 1570 PLAINTIFFS' EXECUTIVE
                                        COMMITTEES

SPC/bdw
cc:    Members of Plaintiffs' Executive Committees (via email)
       Martin F. McMahon, Esq. (via email)
       Robert K. Kry, Esq. (via email)
       Alan R. Kabat, Esq. (via email)