# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) No. 03 MDL 1570 (GBD/FM)

This document relates to:

    ASHTON, et al. v. AL QAEDA ISLAMIC ARMY, et al.,
        Case No. 02-CV-6977;
    BURNETT, et al. v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al.,
        Case No. 03-CV-5738;
    CONTINENTAL CASUALTY CO., et al. v. AL QAEDA ISLAMIC ARMY, et al.,
        Case No. 04-CV-05970;
    EURO BROKERS, INC., et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., et al.,
        Case No. 04-CV-07279; and
    FEDERAL INSURANCE CO., et al. v. AL QAIDA, et al.,
        Case No. 03-CV-6978.

## DEFENDANT DALLAH AVCO'S PRIVILEGE LOG

### REVISED – 05/30/2014

**Definitions:**

- PCA means the Presidency of Civil Aviation, a branch of the Saudi Ministry of Defense.
- "Secondment" means the PCA's secondment of Al-Bayoumi to Dallah Avco.

## The Following Privilege Applies to All Listed Documents:

The following documents are privileged under Article 3 of the PCA-Dallah Avco contract. Saudi Arabian law imposes an obligation to abide by contract terms. Saudi law also imposes criminal penalties against disclosure of confidential governmental information. *See Penal Law on Dissemination and Disclosure of Classified Information and Documents*, Royal Decree No. (M/35) Art. 1, 5 (08-05-1432 Hijri).

|   | Title | Type of Document | Subject Matter | Date | Authors, Addressees/Recipients, Relationship | Electronic File Size |
|---|---|---|---|---|---|---|
| 1 | Dallah Avco Payroll slips for Al-Bayoumi | Electronic Payroll Slips | Re: Al-Bayoumi's Monthly salary, payments for period and YTD, Taxes, Date | September 6, 1995 to May 12, 2002 | Dallah Avco to Al-Bayoumi | 1,750 KB each (pdf scan) |
| 2 | Deleted – Redundant of entries 26 and 30 | | | | | |
| 3 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al-Bayoumi's secondment | 11.10.1417 (February 19, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 4 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al-Bayoumi's secondment | 6.10.1417 (February 14, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 5 | Internal letter from PCA head Al-Salmi to the PCA human resources department | Letter | Explaining reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From PCA head Al-Salmi to the PCA human resources department | TBD |
| 6 | Letter from Dallah Avco head Alwi Muhammed Said Kamel to PCA head | Letter | Re: Dallah Avco's acceptance of Al-Bayoumi's payrolling through Dallah Avco | May 24, 1995 | From Dallah Avco head Alwi Muhammed Said Kamel to PCA head | 902 KB (pdf scan) |
| 7 | Contract between PCA and Dallah Avco for ANSS project | Contract | Designates rights and responsibilities between the PCA and Dallah Avco. Article III contains confidentiality clause | 14.9.1422 (November 29, 2001) | Between PCA and Dallah Avco | TBD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Letter from Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | Letter | Stating that reporters have been requesting information regarding Al-Bayoumi, and that Al-Bayoumi is not a Dallah Avco employee | January 1, 2002 | From Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | TBD |
| 9 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi effective June 6, 1995. Handwritten note stating "Reference telephone conference with Mr. [illegible], send offer to CFC because employee out of Kingdom. CFC will sign offer and return." | 18.2.1416 (July 17, 1995) | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 10 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi with effective date of April 12, 2000 | 17.1.1421 (April 22, 2000) | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 11 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi with effective date of April 13, 2000 | 25.2.1421 (May 30, 2000) | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 2,272 KB (pdf scan) |
| 12 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi with effective date of May 12, 2002 | 23.2.1423 (May 6, 2002) | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 1,230 KB (pdf scan) |
| 13 | Letter from Farid Said Bogari, Dallah Avco project coordinator, to Al-Bayoumi | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and could not be renewed except with the PCA's approval | Undated | From Farid Said Bogari, Dallah Avco project coordinator, to Al-Bayoumi | TBD |

3

| # | Description | Type | Content | Date | From/Signed | Bates |
|---|---|---|---|---|---|---|
| 14 | Deleted – Document produced on February 13, 2014 | | | | | |
| 15 | General letter from Farid Said Bogari (DA project coordinator) to Al-Bayoumi and others | Letter | Stating Al-Bayoumi has been seconded in his government position as of 8.1.1419 (May 5, 1998) | 15.1.1419 (May 12, 1998) | From Farid Said Bogari (DA project coordinator) to Al-Bayoumi and others | TBD |
| 16 | General memorandum from PCA head | Memorandum | Stating that Al-Bayoumi has been seconded for one year, renewable, valid from 8.1.1419 (May 5, 1998). Dallah Avco is to pay him his salary and remunerations | 28.12.1417 (May 6, 1997) | From PCA head Al-Salmi | TBD |
| 17 | Letter from Anas Ismail Habis, Dallah Avco representative, to the PCA | Letter | Stating Al-Bayoumi has been seconded for another year as of 8.1.1419 (May 5, 1998) | March 28, 1998 | From Anas Ismail Habis, Dallah Avco representative, to the PCA | TBD |
| 18 | Deleted – Redundant of entry 26 | | | | | |
| 19 | Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |
| 20 | Arabic Translation of Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |
| 21 | Report of meeting between Michael Snowden, US consul in Jeddah | Report | Outlining terms of Al-Bayoumi's secondment with DA | January 21, 2002 | Signed by PCA officials Abdallah Alghanimi and Yusef Salaam and Dallah Avco official Aleb Karly | TBD |
| 22 | Deleted – Redundant of entry 32 | | | | | |

4

| 23 | Letter from PCA Personal Affairs Department head Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | Letter | Requesting an explanation for Al-Salmi's request to extend Al-Bayoumi's secondment to Dallah Avco to a length of two years | 3.11.1417 (March 12, 1997) | From head PCA Personal Affairs Department head Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | 1,221 KB (pdf scan) |
| --- | --- | --- | --- | --- | --- | --- |
| 24 | Deleted – Redundant of entry 5 | Letter | Responding to request for reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From Muhammed Ahmed Al-Salmi to the PCA Personal Affairs Department head | TBD |
| 25 | General Memorandum from Ali Abdelrahman Al Khalaf, PCA official | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1417 (May 26, 1996) | 4.1.1417 (May 22, 1996) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Air Transport Engineering, Dallah Avco | 1,203 KB (pdf scan) |
| 26 | General Memorandum from PCA head Al-Khalaf | Memorandum | Stating that Al-Bayoumi has been seconded for one renewable year from 8.1.1416 (June 7, 1995) | 26.1.1416 (June 25, 1995) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport Engineering, Dallah Avco | 1,185 KB (pdf scan) |
| 27 | General Memorandum by Abdelaziz bin Abdelkarim Al-Ankari, PCA official | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1418 (May 15, 1997) | 28.12.1417 (May 6, 1997) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copy to Dallah Avco | 1,052 KB (pdf scan) |
| 28 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1419 (May 5, 1998) | 15.1.1419 (May 12, 1998) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | 1,331 KB (pdf scan) |

5

| 29 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1420 (April 24, 1999) | 17.1.1420 (May 3, 1999) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | TBD |
| --- | --- | --- | --- | --- | --- | --- |
| 30 | Deleted – Redundant of entries 2 and 26 | | | | | |
| 31 | Deleted – Document produced on February 13, 2014 | | | | | |
| 32 | Letter from Alwi Kamel, president of Dallah Avco administration, to Mohammed Ahmed Al-Salmi, PCA head | Letter | Correcting misstatements made during the interview of PCA employees done by US consular officials | February 4, 2002 | From Alwi Kamel, president of Dallah Avco administration, to Mohammed Ahmed Al-Salmi, PCA head, | TBD |
| 33 | Letter marked "confidential" from Ali bin Abdelrahman Al-Khalaf (PCA president) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | Letter | Stating that the PCA received a request to meet, and did meet, with US consular officials | 8.11.1422 (January 22, 2002) | From Ali bin Abdelrahman Al-Khalaf (PCA President) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | TBD |
| 34 | General letter from Al-Salmi to Dallah Al Baraka administration | Letter | Stating the PCA's desire to second Al-Bayoumi for another year beginning 8.1.1420 (April 24, 1999) | 20.12.1419 (April 7, 1999) | From Al-Salmi to Dallah Al Baraka administration | 1003 KB (pdf scan) |

| 35 | General Memorandum from PCA head Ali bin Abdelrahim Al-Khalaf | Memorandum | Stating that Al-Bayoumi has been granted a 2-year educational sabbatical without salary from 1.4.1421 (July 3, 2000) to pursue higher education in the United States on his own dime | 18.2.1421 (May 23, 2000) | PCA, copies to Ministry of Civil Service, Air Transport Engineering, Employment Division | 948 KB (pdf scan) |
|---|---|---|---|---|---|---|
| 36 | Letter from Dallah Avco administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | Letter | Stating that Al-Bayoumi's secondment, renewed as of 8.1.1419 (May 5, 1998), shall end 8.1.1420 (April 24, 1999), and that Dallah Avco does not desire to renew the secondment after that date | April 4, 1999 | From Dallah Avco administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | 1,076 KB (pdf scan) |
| 37 | Letter from Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | Letter | Stating that 10% was being deducted from Al Bayoumi's salary on a monthly basis as he is an employee of the PCA | 15.6.1419 (October 6, 1998) | From Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | 1,225 KB (pdf scan) |
| 38 | Power of attorney from Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | Power of Attorney | Giving Hany Abdelqadir Abedlaziz Badkuk authority to obtain final release payments from Dallah Avco on Al-Bayoumi's behalf while he was out of the Kingdom | 24.4.1423 (July 5, 2002) | From Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | 1,289 KB (pdf scan) |
| 39 | Dallah Avco Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project | September 6, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower Services and ANSS Project Director | 1,453 KB (pdf scan) |
| 40 | Dallah Avco Personnel Status Change form for Al-Bayoumi | Standardized Personnel Status Change Form | Changing Al-Bayoumi's salary effective November 6, 2001 from 13,000 SR to 10,000 per month, as per the instructions of the PCA Director General | November 20, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower, Finance, and Administrative Services and ANSS Project Director | 2,576 KB (pdf scan) |

| 41 | Dallah Avco Air Navigation System Support (ANSS) Married Status/Employment Offer form | Employment Offer | Employment offered through September 5, 2001. Outlines salary, title, and benefits. | May 29, 2000 | Addressed to Al Bayoumi from the ANSS Director, Farid S. Bogari. Signed by Riaz M. Khan of Dallah Avco "Manpower Services" and concurred by Farid S. Bogari, ANSS Project Director. | 1,779 KB (pdf scan) |
| --- | --- | --- | --- | --- | --- | --- |
| 42 | Dallah Avco Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | September 6, 1998 | Prepared by Dallah Avco, approved by ANSS project administration and Osama S. Kamil, ANSS deputy project director | 3,755 KB (pdf scan) |
| 43 | Dallah Avco Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | June 6, 1995 | Prepared by Dallah Avco, approved by ANSS project administration and Samir G. Magboul, ANSS deputy project director | 3,953 KB (pdf scan) |
| 44 | Letter from Farid Said Bogari, Dallah Avco project coordinator, to Dallah Avco legal administration | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and that Dallah Avco has no relation with Al-Bayoumi after that date | 2.7.1423 (September 9, 2002) | From Farid Said Bogari, Dallah Avco project coordinator, to Dallah Avco legal administration | TBD |

8

| 45 | Employee Profile | Memorandum | Outlining Al-Bayoumi's secondment to Dallah Avco and subsequent renewals of that secondment up through May 12, 2002. States that Al-Bayoumi's higher studies in the United States were under the PCA and not Dallah Avco | Undated | Dallah Avco is apparent author | TBD |
|---|---|---|---|---|---|---|
| 46 | Contract between PCA and Dallah Avco for ANSS project (English version) | Contract | Designates rights and responsibilities between the PCA and Dallah Avco. Article III contains the confidentiality clause. | 14.9.1422 (November 29, 2001) | Between PCA and Dallah Avco | 1,810 KB (pdf scan) |
| 47 | Summary of Dallah Avco's relationship with Al-Bayoumi | Memorandum | Attorney memorandum prepared by Abdelgader Hashim, Dallah Avco's in-house counsel, for Dallah Avco's outside counsel at the time to provide information to assist with legal representation.<br><br>In addition to the privileges set forth on page 2, Dallah Avco asserts attorney-client and attorney work-product privileges over this document. | Undated | Between Dallah Avco in-house counsel and Dallah Avco outside counsel | 275 KB |

9

| 48 | Employee Profile | Memorandum and attachments | Outlining Al-Bayoumi's secondment to Dallah Avco and subsequent renewals. Attachments include: (1) various memoranda from PCA re: Al-Bayoumi's secondment, and (2) a memorandum from Farid Bogari, Dallah Avco project coordinator, to Abdelgader Hashim, Dallah Avco's in-house counsel, providing information to assist in legal representation<br><br>In addition to the privileges set forth on page 2, Dallah Avco asserts attorney-client privilege over this document | Memo undated; attachments dated 26.1.1416 (June 25, 1995); 4.1.1417 (May 22, 1996); 28.12.1417 (May 6, 1997); 15.1.1419 (May 12, 1998); 17.1.1420 (May 3, 1999); September 30, 2003 | Dallah Avco is apparent author of memorandum; attachments are authored by PCA and Farid Bogari | 2.41 MB |
| 49 | Contract between PCA and Dallah Avco for ANSS project | Contract | Contract designating rights and responsibilities between the PCA and Dallah Avco | 17.8.1419 (December 6, 1998) | Between PCA and Dallah Avco | TBD |
| 50 | Contract between PCA and Dallah Avco for ANSS project | Contract | Contract designating rights and responsibilities between the PCA and Dallah Avco | 2.8.1416 (December 24, 1995) | Between PCA and Dallah Avco | TBD |