# Exhibit F



**CONSULATE GENERAL OF THE**
UNITED STATES OF AMERICA

## GENERAL AUTHENTICATION CERTIFICATE

| | | |
|---|---|---|
| Kingdom of Saudi Arabia | ) | |
| Western Province | ) | ss: |
| City of Jeddah | ) | |
| American Consulate General | ) | . |

I Certify that the official named below, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on this day, empowered to act in the official capacity designated in the annexed document, to which faith and credit are due. The Consulate does not assume any responsibility for the contents of the attached document.

Mohammed Musleh Alharbi

**MARK MCGOVERN**
**VICE - CONSUL OF THE**
**UNITED STATES OF AMERICA**

March 14, 2006

SEAL

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



ص.ب ٤٣٠ ، جـــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢

رأس المال المدفوع : ١٠,٠٠٠,٠٠٠ ريال سعودي

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


Declaration of Mr. ALAWI M. SAEED KAMEL


I, Mr. ALAWI M. SAEED KAMEL declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by DALLAH AVCO's ("DALLAH AVCO " or the "Company") attorneys that it is a defendant in civil lawsuits in the United States. I am submitting this declaration in support of DALLAH AVCO 's Motion to Dismiss for lack of personal jurisdiction in those cases.

3.      I am employed by DALLAH AVCO (Presently DALLAH TRANS ARABIA CO. LTD.) and my current title is CHAIRMAN OF THE BOARD OF DIRECTORS.

4.      Based on my experience within the Company, I have knowledge of DALLAH AVCO's international operations and connections to the United States. I have also reviewed all Company records known to me which might reveal any contact DALLAH AVCO has had with the United States.

5.      DALLAH AVCO was a Saudi company in which AVCO OVERSEAS of the U.S.A. had held 15% of the shares of the Company. But the Company does not own any property or bank account or any presence and does not carry and never carried any activity at any time in the U.S.A.

6.      DALLAH AVCO is not, and has never been, domiciled, organized, or incorporated in any form in the United States.

1

DA000002



7.     DALLAH AVCO is not, and has never been, licensed or registered to do business in the United States.

8.     DALLAH AVCO does not, and has never, owned or leased property in the United States.

9.     DALLAH AVCO does not have, and never has had, a branch office, a representative, an employee or an agent in the United States, except for its representation by an attorney in this court.

10.     DALLAH AVCO does not now, and has never, offered or advertised any activities or services within the United States.

11.     DALLAH AVCO has never received funds which originated in the United States.

12.     Shares of DALLAH AVCO stock have never been offered or sold in the United States.

13.     AVCO's relationship with the Company was terminated in 1995 and the AVCO name was subsequently removed whereby the new name of the Company became DALLAH TRANS ARABIA CO. LTD.

I declare under penalty of law that the foregoing is true and correct. Executed on this 6th day of March 2006.



_____/s/ _____
Name: Mr. ALAWI M. SAEED KAMEL
Title: Chairman of the Board of Directors

2

DA000003



DA000004

Date      :      October 31, 2001

To        :      Mr. Rick Wartzman
                 Wall Street Journal

**Subject:      Mr. Omar Al-Bayoumi**

Reference to your inquiry regarding Mr. Omar Al Bayoumi's employment status and his studies in the U.S.

Please note that said person is an employee in the ANSS Project which is a project of the Presidency of Civil Aviation contracted to Dallah Avco under an Operations and Maintenance Contract. Mr. Omar Al Bayoumi was sent for education abroad by the Presidency of Civil Aviation. His position in the ANSS Project is Senior Contract Manager and not an assistant to the Director of Finance of Dallah Avco since he is not a regular Dallah Avco employee.

Authorized Representative

DA000005



P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

ص.ب ٤٣٠ ، جـــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢

رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي

الرقـم : رم أ/٣٥/٠٨٣/١٥
التاريخ : ١٤٣٥/٠٣/١٢هـ
الموافق: ٢٠١٤/٠١/١٣م

معالي الدكتور/ فيصل بن حمد الصقير

نائب رئيس الهيئة العامة للطيران المدني            الموقر

السلام عليكم ورحمة الله وبركاته

**الموضوع : شركة دله أفكو وعمر البيومي**

نحرر هذه الرسالة بخصوص القضية المقامة ضد شركة دله أفكو والمتعلقة بأحداث الحادي عشر من سبتمبر والتي رفعت من قبل أسر الضحايا الذين وقعوا نتيجة للعمل الإرهابي الموجه ضد الولايات المتحدة في ٢٠٠١/٠٩/١١. ومع أن معظم القضايا المقامة ضد الشركات والمواطنين السعوديين قد شطبت وتم استبعادهم من هذه القضايا بما في ذلك شركات مجموعة دله البركة إلا أن شركة دله أفكو لا تزال باقية في القضية . والسبب في ذلك أن محكمة الإستئناف بالدائرة الثانية بالولايات المتحدة أصدرت قراراً بإجراء فحص قانوني على دله أفكو فيما يتعلق بطبيعة العلاقة بين الشركة وعمر البيومي وذلك نتيجة لإدعاء محاميي المدعين بأن شركة دله أفكو منحت عمر البيومي غطاء وظيفي أثناء فترة إقامته في الولايات المتحدة وبذلك مكنته من مساندة من قاموا بالعمل الإرهابي.

1

DA000006

وكما هو معلوم لديكم فإنه بالرغم من قيام عمر البيومي بتوقيع عقد مخصص لمشروع الممرات الجوية مع دله أفكو فإنه كان موظفاً لدى الطيران المدني ولم يكن موظفاً لدى دله أفكو إطلاقاً في أي وقت من الأوقات. كما لم يكن لشركة دله أفكو أية علم بخصوص عمل او نشاط عمر اليومي أو أية سلطة عليه فيما يتعلق بمشروع الممرات الجوية ناهيك عن موضوع سفره إلى الولايات المتحدة وإقامته فيها.

وبصرف النظر عن هذه الحقيقة، فإن شركة دله افكو مطالبة بموجب قرار المحكمة بتقديم جميع المستندات والمعلومات التي بحوزتها أو مودعة لديها أو تحت سيطرتها والمتعلقة بعمر البيومي. وقد تحصلت شركة دله افكو على بعض من المستندات التي تقع في إطار مقتضيات قرار المحكمة وقد تم حصرها في قائمة المستندات ذات الطابع السري المرفقة بهذا الخطاب.

وتعتقد شركة دله أفكو أن جميع هذه المستندات تخضع لبند سرية المعلومات الوارد في عقد مشروع الممرات الجوية ومن ثَمّ فإن دله افكو ملزمة بالحصول على موافقة مسبقة من رئاسة الطيران المدني حتى تستطيع تقديم هذه المستندات لمحامي المدعين. ومن ثَمّ سوف تسعى شركة دله افكو للحصول على أمر تحفظي من المحكمة بحيث يحظر الإفصاح عن أو استخدام هذه المستندات خارج إطار المنازعة الحالية. علماً بأن رئاسة الطيران المدني لن تخضع لإختصاص المحكمة الأمريكية ولن تصبح طرفاً في هذه القضايا في حالة موافقتها على تقديم هذه المستندات لمحاميي المدعين .

2

DA000007

عليه نتقدم لهيئة الطيران المدني بطلب الموافقة على أن تقوم شركة دله أفكو بتوفير جميع المستندات التي بحوزة دله أفكو أو تحت سيطرتها والمطلوب منها تقديمها بموجب قرار الفحص القانوني المشار إليه أعلاه. وفي حال عدم موافقة هيئة الطيران المدني تخويل شركة دله افكو بتقديم المستندات المشار إليها نأمل تزويدنا بجواب مكتوب بما يفيد ذلك.

وتقبلوا خالص تحياتنا ،،

علوي محمد سعيد كامل

مدير عام

شركة دله عبر البلاد العربية

3

DA000008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) No. 03 MDL 1570 (GBD/FM) |

This document relates to:

      ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
          Case No. 02-CV-6977;
      BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
          Case No. 03-CV-5738;
      CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
          Case No. 04-CV-05970;
      EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
          Case No. 04-CV-07279; and
      FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
          Case No. 03-CV-6978.

## DEFENDANT DALLAH AVCO'S PRIVILEGE LOG

### Definitions:

- PCA means the Presidency of Civil Aviation, a branch of the Saudi Ministry of Defense.
- "Secondment" means the PCA's secondment of Al-Bayoumi to Dallah Avco.

DA000009

**The Following Privilege Applies to All Listed Documents:**

The following documents are privileged under Article 3 of the PCA-Dallah Avco contract. Saudi Arabian law imposes an obligation to abide by contract terms. Saudi law also imposes criminal penalties against disclosure of confidential governmental information. *See Penal Law on Dissemination and Disclosure of Classified Information and Documents*, Royal Decree No. (M/35) Art. 1, 5 (08-05-1432 Hijri).

| | Title | Type of Document | Subject Matter | Date | Authors, Addressees/Recipients, Relationship | Electronic File Size |
|---|---|---|---|---|---|---|
| 1 | Dallah Avco Payroll slips for Al-Bayoumi | Electronic Payroll Slips | Re: Al-Bayoumi's Monthly salary, payments for period and YTD, Taxes, Date | September 6, 1995 to May 12, 2002 | Dallah Avco to Al-Bayoumi | 1,750 KB each (pdf scan) |
| 2 | General letter from PCA head announcing Al-Bayoumi's secondment | Letter | Re: Secondment of Al-Bayoumi to Dallah Avco | 26.1.1416 (June 13, 1996) | PCA Head Al-Salmi to the PCA | TBD |
| 3 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al Bayoumi's secondment | 11.10.1417 (February 19, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 4 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al Bayoumi's secondment | 6.10.1417 (February 14, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 5 | Internal letter from PCA head Al-Salmi to the PCA human resources department | Letter | Explaining reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From PCA head Al-Salmi to the PCA human resources department | TBD |
| 6 | Letter from Dallah Avco head Alwi | Letter | Re: Dallah Avco's acceptance of Al-Bayoumi's payrolling | May 24, 1995 | From Dallah Avco head Alwi Muhammed | 902 KB (pdf |

DA000010

| | | | | | | |
|---|---|---|---|---|---|---|
| | Muhammed Said Kamel to PCA head | | through Dallah Avco | | Said Kamel to PCA head | scan) |
| 7 | Contract between PCA and Dallah Avco for ANSS project | Contract | Designates rights and responsibilities between the PCA and Dallah Avco. Article III contains confidentiality clause | 14.9.1422 (November 29, 2001) | Between PCA and Dallah Avco | TBD |
| 8 | Letter from Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | Letter | Stating that reporters have been requesting information regarding Al-Bayoumi, and that Al-Bayoumi is not a Dallah Avco employee | January 1, 2002 | From Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | TBD |
| 9 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi. Handwritten note stating "Reference telephone conference with Mr. [illegible], send offer to CFC because employee out of Kingdom. CFC will sign offer and return." | June 6, 1995 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 10 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi | April 12, 2000 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 11 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi | April 13, 2000 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 2,272 KB (pdf scan) |
| 12 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi | May 12, 2002 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 1,230 KB (pdf scan) |

DA000011

| 13 | Letter from Farid Said Buqari, Dallah Avco project coordinator, to Al-Bayoumi | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and could not be renewed except with the PCA's approval | May 12, 2002 | From Farid Said Buqari, Dallah Avco project coordinator, to Al-Bayoumi | TBD |
| 14 | Affidavit of Mr. Alwi M. Saeed Kamel | Affidavit | Stating that Dallah Avco has no business contacts, relations, etc. with the United States | March 14, 2006 | From Alwi M. Saeed Kamel | TBD |
| 15 | General letter from Farid Said Buqari (DA project coordinator) to Al-Bayoumi and others | Letter | Stating Al-Bayoumi has been seconded in his government position as of 8.1.1419 | 15.1.1419 (May 12, 1998) | From Farid Said Buqari (DA project coordinator) to Al-Bayoumi and others | TBD |
| 16 | General memorandum from PCA head | Memorandum | Stating that Al-Bayoumi has been seconded for one year, renewable, valid from 8.1.1419. Dallah Avco is to pay him his salary and remunerations | 28.12.1417 (May 6, 1997) | From PCA head Al-Salmi | TBD |
| 17 | Letter from Anas Ismail Habis, Dallah Avco representative, to the PCA | Letter | Stating Al-Bayoumi has been seconded for another year as of 8.1.1419 | March 28, 1998 | From Anas Ismail Habis, Dallah Avco representative, to the PCA | TBD |
| 18 | Letter to Al-Bayoumi from the PCA | Letter | Stating he has been seconded for one year from 8.1.1416 | 26.2.1416 (July 24, 1995) | From the PCA to Al-Bayoumi | TBD |
| 19 | Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |

DA000012

| 20 | Arabic Translation of Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |
| 21 | Report of meeting between Michael Snowden, US consul in Jeddah. | Report | Outlining terms of Al-Bayoumi's secondment with DA | January 21, 2002 | Signed by PCA officials Abdallah Alghanimi and Yusef Salaam and Dallah Avco official Aleb Karly | TBD |
| 22 | Letter from Alwi Kamel, Dallah Avco management group president to PCA group | Letter | Objecting to the meeting held between US representatives and PCA officials regarding Al-Bayoumi | February 4, 2002 | Alwi Kamel, Dallah Avco management group president to the PCA group | TBD |
| 23 | Letter from Dallah Avco Human Resources manager Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | Letter | Requesting an explanation for Al-Salmi's request to extend Al-Bayoumi's secondment to Dallah Avco to a length of two years | 2.11.1417 (March 11, 1997) | From Dallah Avco Human Resources manager Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | 1,221 KB (pdf scan) |
| 24 | Letter from Muhammed Ahmed Al-Salmi to Dallah Avco Human Resources manager | Letter | Responding to request for reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From Muhammed Ahmed Al-Salmi to Dallah Avco Human Resources manager | TBD |
| 25 | General Memorandum from Ali Abdelrahman Al Khalaf, PCA official | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1417 (May 26, 1996) | 4.1.1417 (May 22, 1996) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Air Transport Engineering, Dallah | 1,203 KB (pdf scan) |

DA000013

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Avco | |
| 26 | General Memorandum from PCA head Al-Khalaf | Memorand um | Stating that Al-Bayoumi has been seconded for one renewable year from 8.1.1416 (June 7, 1995) | 26.1.1416 (June 25, 1995) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport Engineering, Dallah Avco | 1,185 KB (pdf scan) |
| 27 | General Memorandum by Abdelaziz bin Abdelkarim Al-Ankari, PCA official | Memorand um | Stating that Al-Bayoumi has been seconded for another year from 8.1.1418 (May 15, 1997) | 28.12.1417 (May 6, 1997) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copy to Dallah Avco | 1,052 KB (pdf scan) |
| 28 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorand um | Stating that Al-Bayoumi has been seconded for another year from 8.1.1419 (May 5, 1998) | 15.1.1419 (May 12, 1998) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | 1,331 KB (pdf scan) |
| 39 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorand um | Stating that Al-Bayoumi has been seconded for another year from 8.1.1420 (April 24, 1999) | 17.1.1420 (May 3, 1999) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | TBD |
| 30 | General memorandum from Ali Al Khalaf (PCA head) | Memorand um | Stating that Al-Bayoumi has been seconded for another year from 8.1.1416 (June 7, 1995) | 26.1.1416 (June 25, 1995) | From Ali Al Khalaf (PCA head) to the PCA | TBD |
| 31 | Letter from Dallah | Letter | Stating that Al-Bayoumi is an | October 31, | Dallah Avco | 729 KB |

DA000014

| | | | | | | |
|---|---|---|---|---|---|---|
| | Avco to Rick Wartzman of Wall Street Journal | | employee of the PCA ANSS project, not Dallah Avco, and that his job title is Senior Contract Manager | 2001 | "Authorized Representative" | (pdf scan) |
| 32 | Letter from Alwi Kamel, president of Dallah Avcoadministration, to Mohammed Ahmed Al-Salmi, PCA head | Letter | Correcting misstatements made during the interview of PCA employees done by US consular officials | February 4, 2002 | From Alwi Kamel, president of Dallah Avcoadministration, to Mohammed Ahmed Al-Salmi, PCA head, | TBD |
| 33 | Letter marked "confidential" from Ali bin Abdelrahman Al-Khalaf (PCA president) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | Letter | Stating that the PCA received a request to meet, and did meet, with US consular officials | 8.11.1422 (January 22, 2002) | From Ali bin Abdelrahman Al-Khalaf (PCA president) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | TBD |
| 34 | General letter from Al-Salmi to Dallah Al Baraka administration | Letter | Stating the PCA's desire to second Al-Bayoumi for another year beginning 8.1.1420 (April 24, 1999) | 20.12.1419 (April 7, 1999) | From Al-Salmi to Dallah Al Baraka administration | 1003 KB (pdf scan) |
| 35 | General Memorandum from PCA head Ali bin Abdelrahim Al-Khalaf | Memorandum | Stating that Al-Bayoumi has been granted a 2-year educational sabbatical without salary from 1.4.1421 (July 3, 2000) to pursue higher education in the United States on his own dime | 18.1.1421 (April 23, 2000) | PCA, copies to Ministry of Civil Service, Air Transport Engineering, Employment Division | 948 KB (pdf scan) |
| 36 | Letter from Dallah | Letter | Stating that Al-Bayoumi's | April 4,1999 | From Dallah Avco | 1,076 KB |

7

DA000015

| | | | | | | |
|---|---|---|---|---|---|---|
| | Avco administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | | secondment, renewed as of 8.1.1419 (May 5, 1998), shall end 8.1.1420 (April 24, 1999), and that Dallah Avco does not desire to renew the secondment after that date | | administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | (pdf scan) |
| 37 | Letter from Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | Letter | Stating that 10% was being deducted from Al Bayoumi's salary on a monthly basis as he is an employee of the PCA | 15.6.1419 (October 6, 1998) | From Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | 1,225 KB (pdf scan) |
| 38 | Power of attorney from Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | Power of Attorney | Giving Hany Abdelqadir Abedlaziz Badkuk authority to obtain final release payments from Dallah Avco on Al-Bayoumi's behalf while he was out of the Kingdom | 24.4.1422 (July 15, 2001) | From Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | 1,289 KB (pdf scan) |
| 39 | Dallah Avco Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project. | Standardize d Notice of Employme nt Form | Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project. | September 6, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower Services and ANSS Project Director | 1,453 KB (pdf scan) |
| 40 | Dallah Avco Personnel Status Change form for Al-Bayoumi | Standardize d Personnel Status Change Form | Changing Al-Bayoumi's salary from 13,000 SR to 10,000 per month, as per the instructions of the PCA director general | 20 November, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower, Finance, and Administrative Services and ANSS Project Director | 2,576 KB (pdf scan) |
| 41 | Dallah Avco Air Navigation System | Employme nt Offer | Employment offered through September 5, 2001. Outlines | 29 May, 2000 | Addressed to Al Bayoumi from the | 1,779 KB (pdf |

DA00016

| | | | | | | |
|---|---|---|---|---|---|---|
| | Support (ANSS) Married Status/Employment Offer form | | salary, title, and benefits. | | ANSS Director, Fareed S. Bogary. Signed by Riaz M. Khan of Dallah Avco "Manpower Services" and concurred by Fareed S. Bogary, ANSS Project Director. | scan) |
| 42 | Dallah Avco Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | September 6, 1998 | Prepared by Dallah Avco, approved by ANSS project administration and Osama S. Kamil, ANSS deputy project director | 3,755 KB (pdf scan) |
| 43 | Dallah Avco Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | June 6, 1995 | Prepared by Dallah Avco, approved by ANSS project administration and Samir G. Magboul, ANSS deputy project director | 3,953 KB (pdf scan) |
| 44 | Letter from Farid Said Buqari, Dallah Avco project coordinator, Dallah Avco legal administration | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and that Dallah Avco has no relation with Al-Bayoumi after that date | May 12, 2002 | From Farid Said Buqari, Dallah Avco project coordinator, to Dallah Avco legal administration | TBD |
| 45 | Employee Profile | Memorandum | Outlining Al-Bayoumi's secondment to Dallah Avco and subsequent renewals of that secondment up through May 12, | Undated | Dallah Avco is apparent author | TBD |

DA000017

| | | | 2002. States that Al-Bayoumi's higher studies in the United States were under the PCA and not Dallah Avco | | | |
|---|---|---|---|---|---|---|

DA000018

P.O Box 430 Jeddah 21411
Kingdom of Saudi Arabia                    [Emblem: Dallah Trans Arabia Company]
Telephone: 6710000
Fax: 6170347
Commercial Registration No. 20442
Paid in Capital 10,000,000 SR.
[Handwriting: Final]
Number: RMA/083/35/15
Date: 12/03/1453H.
Corresponding to: 13/01/2014 AD.

**H.E. Dr. Faisal Bin Hamad Alsugair**
Deputy Director of the General Authority of Civil Aviation          **The esteemed**
                                        Peace and blessings be upon you
Subject: <u>Dallah Avco and Omar al Bayoumi</u>

We extend this letter in regard to the current case against Dallah Avco Company related to the events of September 11, which was instituted by the families of the victims of the terrorist attacks that targeted the United States on 09/11/2001.

Most of the cases filed against the Saudi companies and citizens were dismissed, and they were excluded from these cases, including the companies of Dallah Albaraka Group. However, Dallah Avco remains a party in this case. The reason for this is due to the US Court of Appeals of the Second Circuit, which issued its resolution to conduct jurisdictional discovery against Dallah Avco, in respect of the relationship between the Company and Omar al Bayoumi. This resolution came as a result of the claim raised by the lawyers of the Plaintiffs that Dallah Avco Company provided cover employment to Omar al Bayoumi while he was residing in the U.S., enabling him to assist those who executed the terrorist act.

1

[Signature- Date: 13/3/1435]

DA000019

As you are well aware, despite the fact that Omar al Bayoumi signed a contract assigned to the Air Corridors project (ANSS Project contract) with Dallah Avco, he was mainly an officer working for the Authority of Civil Aviation - Presidency of Civil Aviation (PCA), and he was not an employee at Dallah Avco at any time. Also, Dallah Avco was not familiar with any daily act or activity practiced by Omar, or any authority he was reporting to in regard to the ANSS project, not to mention the matter of his travel to the USA and his stay there.

Regardless of this fact, Dallah Avco Company is required, as per the resolution of the Court, to submit all the documents and information within Dallah Avco's possession, custody, or control that are related to Omar al Bayoumi. Dallah Avco obtained some documents that fall within the frame of the requirements of the Court's decision, which are listed on the privilege log attached to this letter.

Dallah Avco believes that all the documents are subject to the information confidentiality article mentioned in the contract of the ANSS Project; therefore, Dallah Avco is obliged to obtain a prior approval from the General Authority of Civil Aviation, in order to be able to provide such documents to the Plaintiffs' lawyers.

Dallah Avco will seek to secure a protective order from the Court that would prohibit any use or disclosure of the documents beyond this litigation. The Presidency of Civil Aviation (PCA) will not be subject to the U.S. Court's jurisdiction and it will not be a party in these lawsuits, in case it approves submission of these documents to the lawyers of the Plaintiffs.

2

DA000020

Thereupon, we submit our approval request to the General Authority of Civil Aviation, so that Dallah Avco would make available all documents in its possession, custody, or control to the Plaintiffs' lawyers, which are duly required to be submitted as per the jurisdictional discovery resolution indicated above. In case the General Authority of Civil Aviation refuses to authorize Dallah Avco to submit the aforementioned documents, we would like to receive a written response to that fact.

Respectfully,

**Elwi Mohamed Saeed Kamel** [signature]
General Manager
Dallah Trans Arabia Company



TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Anthony Gurry, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the enclosed documents from *Arabic* into *English*  : "Review Letter to PCA dated 13Jan2014_EN"

700 6th Street NW, 5th Floor
Washington , DC 20001
TransPerfect Translations, Inc.

Sworn to before me this
17th Day of February 2014

Signature, Notary Public

LAUREN LUBERGER
NOTARY PUBLIC
District of Columbia
My Commission Expires Aug. 31, 2018

Stamp, Notary Public

Washington, D.C

**دعم نظام الملاحة الجوية**
**المجلد الأول**
**الباب ( ب )**
<u>الشروط   العامة</u>

## قائمة   المحتويات

| <u>المـــادة</u> | <u>العنـــــــــــــــوان</u> | <u>رقم الصفحة</u> |
|---|---|---|
| ١ | التعريفات والتفسيرات | ١ |
| ٢ | صلاحيات مندوب الحكومة | ٤ |
| ٣ | السرية وعدم إفشاء المعلومات | ٥ |
| ٤ | التعاقد من الباطن | ٦ |
| ٥ | نطاق العقد | ٦ |
| ٦ | لغة العقد | ٦ |
| ٧ | فحص سجلات المقاول | ٧ |
| ٨ | الضمان النهائي | ٧ |
| ٩ | كفاية العطاء | ٨ |
| ١٠ | تنفيذ الأعمال | ٨ |
| ١١ | برنامج العمل | ١٠ |
| ١٢ | تمثيل وإشراف المقاول | ١٠ |
| ١٣ | مستخدمو المقاول | ١١ |
| ١٤ | بقايا الآثار والأشياء ذات القيمة وغيرها | ١٢ |
| ١٥ | حقوق براءات الاختراع وملكيتها | ١٢ |
| ١٦ | المسئولية العامة والتعويض | ١٢ |
| ١٧ | استخدام العمال | ١٣ |
| ١٨ | كشوفات العمال | ١٣ |
| ١٩ | الدخول الى الموقع | ١٣ |
| ٢٠ | إيقاف العمل. – الإنهاء نتيجة الفشل في أداء الالتزامات – الإنهاء الاختياري | ١٣ |
| ٢١ | غرامة التأخير  – والمستوى المقبول للأداء | ١٦ |
| ٢٢ | مسئولية المقاول في تحديد الخلل | ١٧ |
| ٢٣ | التعديلات والإضافات والالغاءات | ١٧ |
| ٢٤ | تقويم التغييرات وإشعارات التغيير والمطالبات | ١٨ |

dallah AVCO
أ
TRANS ARABIA
LIMITED LIABILITY COMPANY
C. R. 4030020442

DA000023



Redacted

**المادة رقم ٣ – السرية وعدم إفشاء المعلومات :**

يحظر على المقاول نقل أي معلومات يتحصل عليها وتكون لها علاقة بتنفيذ العقد الى طرف ثالث دون الحصول على الموافقة المكتوبة للحكومة ما لم :

يكون المقاول قد تحصل على تلك المعلومات من طرف ثالث ولم يتحصل عليها من الحكومة أو مندوب الحكومة أو من ينوب عنه بطريقة مباشرة أو غير مباشرة ولم يكن ذلك الطرف الثالث ملزم بسرية المعلومات ، ويبقى المقاول مسئولاً بالتضامن مع الطرف الذي تم التنازل عن العقد كاملاً أو جزئياً لصالحه عند تنفيذ العقد .

يتعهد المقاول بدون الموافقة المسبقة للحكومة بعدم كشف أي معلومات تتجمع لديه أو يتحصل عليها أثناء تنفيذ العقد الى أي طرف ثالث ماعدا المدى الذي تقع فيه هذه المعلومات ضمن إحدى الفئات المذكورة أعلاه .

يقر المقاول بعلمه وموافقته بأنه لا يحق له الإطلاع على أي معلومات تصل الى علم موظفيه بحكم قيامهم بواجباتهم كما ويتعهد المقاول بأنه لن يحاول الحصول على المعلومات المذكورة من موظفيه المشار اليهم.

يقوم المقاول بوضع بند في عقد الأفراد الذين يتعاقد معهم لتنفيذ العقد لضمان عدم إفشائهم لأي معلومات تتعلق بالعقد أو الخدمات التي يشتمل عليها وسيكون المقاول مسئولاً أمام الحكومة فيما يتعلق بأي إخلال بهذا الشرط .

—٥—

VOLUME – I
AIR NAVIGATION SYSTEM SUPPORT
EXHIBIT B - GENERAL CONDITIONS
TABLE OF CONTENTS

| ARTICLE | T I T L E | PAGE NO. |
|---------|-----------|----------|
| 1 | DEFINITIONS AND INTERPRETATIONS | 1 of 39 |
| 2 | AUTHORITY OF THE GOVERNMENT REPRESENTATIVE | 5 of 39 |
| 3 | RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON-DISCLOSURE | 6 of 39 |
| 4 | SUBCONTRACTING | 6 of 39 |
| 5 | SCOPE OF THE CONTRACT | 7 of 39 |
| 6 | LANGUAGE OF THE CONTRACT | 7 of 39 |
| 7 | EXAMINATION OF CONTRACTOR'S RECORD | 8 of 39 |
| 8 | PERFORMANCE BOND | 8 of 39 |
| 9 | SUFFICIENCY OF BID | 10 of 39 |
| 10 | EXECUTION OF THE WORK | 10 of 39 |
| 11 | WORK SCHEDULE | 13 of 39 |
| 12 | CONTRACTOR REPRESENTATION AND SUPERVISION | 13 of 39 |
| 13 | THE CONTRACTOR'S PERSONNEL | 13 of 39 |
| 14 | REMAINS OF ANTIQUITIES, VALUABLE ITEMS AND OTHERS | 14 of 39 |
| 15 | PATENT RIGHTS OWNERSHIP | 15 of 39 |
| 16 | GENERAL LIABILITY | 15 of 39 |
| 17 | USE OF LABOUR | 16 of 39 |
| 18 | LIST OF WORKERS | 16 of 39 |
| 19 | ACCESSING THE SITE | 16 of 39 |





DA000025

**VOLUME - I**
**AIR NAVIGATION SYSTEM SUPPORT**
**EXHIBIT B - GENERAL CONDITIONS**
**TABLE OF CONTENTS**

| ARTICLE | T I T L E | PAGE NO. |
|---------|-----------|----------|
| 20 | SUSPENSION, TERMINATION FOR DEFAULT AND OPTIONAL TERMINATION | 17 of 39 |
| 21 | ACCEPTABLE PERFORMANCE LEVELS | 21 of 39 |
| 22 | SEARCH FOR DEFECTS | 22 of 39 |
| 23 | CONTRACT CHANGES | 22 of 39 |
| 23-1 | CHANGES | 22 of 39 |
| 23-2 | ORDERS FOR CHANGES TO BE IN WRITING | 23 of 39 |
| 24 | VALUATION OF CHANGES. CHANGE NOTICES, AND CLAIMS | 23 of 39 |
| 24A | VALUATION OF CHANGES | 23 of 39 |
| 24B | CHANGE NOTICES | 24 of 39 |
| 24C | CLAIMS | 25 of 39 |
| 25 | WITHDRAWING THE WORK FROM THE CONTRACTOR | 25 of 39 |
| 26 | SPECIAL RISKS, FORCE MAJEURE | 26 of 39 |
| 27 | SPECIAL RISK, WAR | 27 of 39 |
| 28 | CONTRACT INTERPRETATION AND SETTLEMENT OF DISPUTES | 27 of 39 |
| 29 | SENDING NOTIFICATIONS | 28 of 39 |
| 30 | NEGLECT ON THE PART OF THE EMPLOYER | 29 of 39 |
| 31 | TAXES AND FEES | 29 of 39 |
| 32 | IMPORT AND CUSTOM REGULATION | 29 of 39 |
| 33 | WORDS AND PHRASES | 30 of 39 |

DA000026



## 3 - RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON DISCLOSURE

The Contractor shall not divulge to third parties, without the written approval of the Government, any information which it obtains in connection with the performance of the Contract unless the information is obtained by the Contractor from a third party who did not receive same, directly or indirectly, from the Government or the Government Representative or his designee and who has no obligation of secrecy with respect thereto. However, the Contractor shall remain responsible to the Government jointly with the Party to whom the Contract or part thereof have been relinquished to upon the execution of the Contract.

The Contractor shall not, without the prior written approval of the Government, disclose to any third party any information developed or obtained by the Contractor in the performance of the Contract, except to the extent that such information falls within one of the categories described above.

The Contractor understands and agrees that its personnel working directly under Government supervision may in the course of their duties be in receipt of information to which the Contractor will have no right of access, and the Contractor agrees that it will make no attempt to obtain such information from the aforementioned personnel.

The Contractor shall insert a condition in its Contracts with its personnel to ensure the non-disclosure of information concerning the Contract and the services specified herein. The Contractor will be held responsible by the Government for any violations of this condition.



DA000027

عنمر ه

المجلد الأول
دعم نظام الملاحة الجوية ( ٥ )
الباب ( ب ) الشروط العامه

## قائمة المحتويات

| رقم الصفحة | العنـــــوان | المـادة |
|---|---|---|
| ١ من ٢٣ | التعريفات والتفسيرات | ١ |
| ٤ من ٢٣ | صلاحيات مندوب الحكومة | ٢ |
| ٥ من ٢٣ | السرية وعدم إفشاء المعلومات | ٣ |
| ٥ من ٢٣ | التعاقد من الباطن | ٤ |
| ٦ من ٢٣ | نطاق العقد | ٥ |
| ٦ من ٢٣ | لغة العقد | ٦ |
| ٦ من ٢٣ | غير مستخدمة | ٧ |
| ٦ من ٢٣ | فحص سجلات المقاول | ٨ |
| ٧ من ٢٣ | الضمان النهائي | ٩ |
| ٨ من ٢٣ | غير مستخدمة | ١٠ |
| ٨ من ٢٣ | كفاية العطاء | ١١ |
| ٩ من ٢٣ | تنفيذ الاعمال | ١٢ |
| ١٠ من ٢٣ | برنامج العمل | ١٣ |
| ١٠ من ٢٣ | تمثيل وإشراف المقاول | ١٤ |
| ١١ من ٢٣ | مستخدمو المقاول | ١٥ |
| ١١ من ٢٣ | غير مستخدمة | ١٦ الى ١٩ |
| ١١ من ٢٣ | بقايا الاثار والاشياء ذات القيمة وغيرها | ٢٠ |
| ١٢ من ٢٣ | حقوق براءات الاختراع وملكيتها | ٢١ |
| ١٢ من ٢٣ | حقوق براءات الاختراع | ٢١ أ |
| ١٢ من ٢٣ | التعويض | ٢١ ب |
| ١٣ من ٢٣ | غير مستخدمة | ٢٢ إلى ٢٥ |
| ١٣ من ٢٣ | إستخدام العمال | ٢٦ |
| ١٣ من ٢٣ | كشوفات العمال | ٢٧ |
| ١٣ من ٢٣ | غير مستخدمة | ٢٨ |
| ١٣ من ٢٣ | الدخول الى الموقع | ٢٩ |
| ١٣ من ٢٣ | غير مستخدمة | ٣٠ – ٣١. |
| ١٣ من ٢٣ | إيقاف العمل ـ الاخلال بالفصل | ٣٢ |
| | في أداء الالتزامات والإنهاء الاجباري | |

المجلد الأول الباب (ب)

DA000028





DA000029

VOLUME - I
AIR NAVIGATION SYSTEM SUPPORT (ANSS-V)
EXHIBIT B - GENERAL CONDITIONS
TABLE OF CONTENTS

| ARTICLE | T I T L E | PAGE NO. |
|---|---|---|
| 1 | DEFINITIONS AND INTERPRETATIONS | 1 of 39 |
| 2 | AUTHORITY OF THE GOVERNMENT REPRESENTATIVE | 5 of 39 |
| 3 | RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON-DISCLOSURE | 6 of 39 |
| 4 | SUBCONTRACTING | 6 of 39 |
| 5 | SCOPE OF THE CONTRACT | 7 of 39 |
| 6 | LANGUAGE OF THE CONTRACT | 7 of 39 |
| 7 | NOT USED | 8 of 39 |
| 8 | EXAMINATION OF CONTRACTOR'S RECORD | 8 of 39 |
| 9 | PERFORMANCE BOND | 8 of 39 |
| 10 | NOT USED | 10 of 39 |
| 11 | SUFFICIENCY OF BID | 10 of 39 |
| 12 | EXECUTION OF THE WORK | 10 of 39 |
| 13 | WORK SCHEDULE | 13 of 39 |
| 14 | CONTRACTOR REPRESENTATION AND SUPERVISION | 13 of 39 |
| 15 | THE CONTRACTOR'S PERSONNEL | 13 of 39 |
| 16 TO 19 | NOT USED | 14 of 39 |
| 20 | REMAINS OF ANTIQUITIES, VALUABLE ITEMS AND OTHERS | 14 of 39 |
| 21 | PATENT RIGHTS OWNERSHIP AND INDEMNITY | 15 of 39 |
| 21a | PATENT RIGHTS | 15 of 39 |
| 21b | INDEMNITY | 15 of 39 |
| 22 TO 25 | NOT USED | 16 of 39 |
| 26 | USE OF LABOUR | 16 of 39 |
| 27 | LIST OF WORKERS | 16 of 39 |
| 28 | NOT USED | 16 of 39 |
| 29 | ACCESSING THE SITE | 16 of 39 |

DA000030

VOLUME - 1
AIR NAVIGATION SYSTEM SUPPORT (ANSS-V)
EXHIBIT B - GENERAL CONDITIONS
TABLE OF CONTENTS

| ARTICLE | T I T L E | PAGE NO. |
|---------|-----------|----------|
| 30 TO 31 | NOT USED | 16 of 39 |
| 32 | SUSPENSION, TERMINATION FOR DEFAULT AND OPTIONAL TERMINATION | 17 of 39 |
| 32A | SUSPENSION | 17 of 39 |
| 32B | TERMINATION FOR DEFAULT | 18 of 39 |
| 32C | OPTIONAL TERMINATION | 19 of 39 |
| 33 TO 39 | NOT USED | 20 of 39 |
| 40 | ACCEPTABLE PERFORMANCE LEVELS | 21 of 39 |
| 41 | NOT USED | 21 of 39 |
| 42 | SEARCH FOR DEFECTS | 22 of 39 |
| 43 | CONTRACT CHANGES | 22 of 39 |
| 43-1 | CHANGES | 22 of 39 |
| 43-2 | ORDERS FOR CHANGES TO BE IN WRITING | 23 of 39 |
| 44 | VALUATION OF CHANGES. CHANGE NOTICES, AND CLAIMS | 23 of 39 |
| 44A | VALUATION OF CHANGES | 23 of 39 |
| 44B | CHANGE NOTICES | 24 of 39 |
| 44C | CLAIMS | 25 of 39 |
| 45 TO 52 | NOT USED | 25 of 39 |
| 53 | WITHDRAWING THE WORK FROM THE CONTRACTOR | 25 of 39 |
| 54 | NOT USED | 26 of 39 |
| 55 | SPECIAL RISKS, FORCE MAJEURE | 27 of 39 |
| 56 | SPECIAL RISK, WAR | 27 of 39 |
| 57 | CONTRACT INTERPRETATION AND SETTLEMENT OF DISPUTES | 27 of 39 |
| 58 | SENDING NOTIFICATIONS | 28 of 39 |
| 59 | NEGLECT ON THE PART OF THE EMPLOYER | 29 of 39 |
| 60 | TAXES AND FEES | 29 of 39 |
| 61 | IMPORT AND CUSTOM REGULATION | 30 of 39 |
| 62 | WORDS AND PHRASES | 30 of 39 |

DA000031

## 3 - RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON DISCLOSURE

The Contractor shall not divulge to third parties, without the written approval of the Government, any information which it obtains in connection with the performance of the Contract unless the information is obtained by the Contractor from a third party who did not receive same, directly or indirectly, from the Government or the Government Representative or his designee and who has no obligation of secrecy with respect thereto. However, the Contractor shall remain responsible to the Government jointly with the Party to whom the Contract or part thereof have been relinquished to upon the execution of the Contract.

The Contractor shall not, without the prior written approval of the Government, disclose to any third party any information developed or obtained by the Contractor in the performance of the Contract, except to the extent that such information falls within one of the categories described above.

The Contractor understands and agrees that its personnel working directly under Government supervision may in the course of their duties be in receipt of information to which the Contractor will have no right of access, and the Contractor agrees that it will make no attempt to obtain such information from the aforementioned personnel.

The Contractor shall insert a condition in its Contracts with its personnel to ensure the non-disclosure of information concerning the Contract and the services specified herein. The Contractor will be held responsible by the Government for any violations of this condition.



VOLUME I - EXHIBIT B
GENERAL CONDITIONS



الهيئة العامة للاتصالات السلكية واللاسلكية

إدارة الاتصالات الإدارية

مذكرة مراجعة
(الوارد العام)

الرقم
التاريخ
جهة الوصول
جهة الاختصاص

يرجى المراجعة بعد :
يوم
أسبوع
شهر

وتكرر

أو الاتصال على الرقم : ١٤٠٠٠٠ / ٣٣٧
من تحويلة : ٢٢٢٢٢٢٢٢٢

الموظف
التاريخ
التوقيع

٧/٤/٢



P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

ص.ب ٤٣٠ ، جـــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

التاريخ : ١٤٣٥/٠٦/٠٩هـ
الموافق : ٢٠١٤/٠٤/٠٩م

الرقم : ١٢/٤٨٥/ ١٥/٢٥٠/١٠

معالي الدكتور/ فيصل بن حمد الصقير                    الموقر
نائب رئيس الهيئة العامة للطيران المدني

السلام عليكم ورحمة الله وبركاته،

إشارة إلى خطابنا رقــم : رم أ/١٥/٣٥/٠٨٣ بتـاريخ ١٤٣٥/٠٣/١٢هــــ الموافــق
٢٠١٤/٠١/١٣م والذي أوضحنا فيه بأن محكمة الإستئناف الأمريكية بالــدائرة الثانيــة قــد
أصدرت قراراً يقضي بإجراء الفحص القانوني على شركة دله أفكـو فـي ضـوء القـضية
المرفوعة ضدها والمتعلقة بأحداث الحادي عشر من سبتمبر ٢٠١١م ، علماً بــأن الفحـص
القانوني يتعلق بمستندات تخضع لبند سرية المعلومات الوارد في عقود مشروع نظم الملاحـة
الجوية الموقعة بين شركة دله أفكو ورئاسة الطيران المدني.

وقد طلبنا من رئاسة الطيران المدني في خطابنا بتاريخ ٢٠١٤/٠١/١٣م المــشار إليــه
أعلاه بالسماح لنا في القيام بالفحص القانوني وتقديم المستندات المطلوبة حسب قرار المحكمة
أو في حال عدم موافقة رئاسة الطيران المدني على ذلك تزويدنا بخطاب يفيد بعدم الموافقة.

وحيث أننا لم نستلم أي إجابة على خطابنا المذكور أعلاه فقد رأينا إرسال هذا الخطــاب
في سبيل متابعة الموضوع وإعادة تقديم الطلب بالموافقة على إجراء الفحص القانوني حــسب
طلب المحكمة ، أما في حال عدم موافقة رئاسة الطيران المدني بمـنح شـركة دلـه أفكـو
الصلاحية لإجراء الفحص القانوني حسب قرار المحكمة الأمريكية نرجو تزويـدنا بخطــاب
رسمي يفيد بعدم موافقة رئاسة الطيران المدني على طلبنا وأن الرئاسة تتمسك ببنـد ســرية
المعلومات الوارد في عقود مشروع نظم الملاحة الجوية الموقعة بين رئاسة الطيران المـدني
وشركة دله أفكو.

وتقبلوا خالص تحياتنا ،،،

علــوي محمد سعيد كامــل
مدير عام
شركة دله عبر البلاد العربية

RECEIVED
10 APR 2014

DA000034

| Kingdom of Saudi Arabia | **Revision Memo** | [logo] |
|---|---|---|
| General Authority of Civil Aviation | | |
| Department of Administrative Communication | (incoming mailing) | |

| No | 22606 |
|---|---|
| Date | 9/6/1435 H |
| **Issuing Entity** | |
| **Competent Authority** | HE Vice-Chairman of the Authority |

Please follow up after:

Day [       ]   Week [       ]        Month [       ]

Thanks

| Or contact number | Officer ……………... |
|---|---|
| 6405000-6401100 switch 3377-[illegible no] | Date ………………... |
| P O Box 887 Jeddah 31165 | Signature …………... |

3/G/7

DA000035

P O Box 430 Jeddah 21411
Kingdom of Saudi Arabia                                    [bilingual text]
Telephone: 6710000
Fax: 6170347
Commercial Reg. No. 20442
Paid in Capital 10,000,000 SR.

No.: RMA/ 485/ 35/ 15                    Date: 09/06/1435 H
                                         Corresponding to: 04/09/2014 G

**Kindly to Dr. Faisal bin Hamad Al Saqer**
**Respectable Vice Chairman of General Authority of Civil Aviation**

*Peace of Allah be upon you,*

With reference to our letter no: RMA/083/35/15 dated 12/03/1435 H corresponding to 01/13/2014 in which we stated that the US Court of Appeal, 2nd Circuit, rendered an order to conduct inspection against Dallah Avco Company in light of the lawsuit instituted against it in relation to the 9/11 events, we have to take into consideration that the legal inspection is related to documents which are covered by the confidentiality clause in the Air Navigation Systems Support Project contract signed by and between Dallah Avco Company and the Civil Aviation Authority Chairman.

In our above-mentioned letter dated 01/13/2014, we asked the Civil Aviation Authority Chairman to allow us to execute the legal inspection and provide the required documents according to the order of the court or to provide us with a letter denying approval in case the Civil Aviation Authority Chairmanship rejects our request.

As we did not receive any reply to our above-mentioned letter, we decided to send this letter to follow up on the matter and again submit an application for approval on executing the legal inspection as required by the Court. If the Civil Aviation Authority Chairman refuses to give Dallah Avco Company the power to perform the legal inspection based on the judgment of the US Court, please provide us with an official letter disapproving our application by the Civil Aviation Authority Chairman and stating that the Civil Aviation Authority Chairman is asserting the confidentiality clause in the Air Navigation Systems Support Project contract signed by and between Dallah Avco Company and the Civil Aviation Authority Chairman.

                    Yours Faithfully,

                                         [signature]
                                         Oulwi Mohammed Saeed Kamel
                                         General Manager
                                         Dallah Avco Trans-Arabian Company

[seal] April 10 2014
[signature] Mr. Oulwi Kamel

DA000036



**Transperfect Project nr: TPT563197**

**Declaration:**

I, the undersigned, confirm that the attached English translation:

**2014- Oulwi Moham Kamel- 2014 Bayoumi 2014- 0064-10042014  EN**

accurately represents the content of the Arabic document:

**0064 - 10042014 - 2014بيومى2014 - كامل علوى**

Signed:                                                                  Name: Yael Bitran

Date: 16Apr2014                                        Position: Project Manager

The Translator for this translation was: MOHA0075

The proofreader for this translation was: DADA0001

DA000037



الهيئة العامة للطيران المدني
رقم الصادر
١٤٨٧٩/٢٣/١/٢/٢٥٦
المرفقات :
التاريخ : ١٤٣٥/٠٦/٢٩





المملكة العربية السعودية
الهيئة العامة للطيران المدني

الملاحة الجوية

**سـري**

سعادة مدير عام شركة دله عبر البلاد العربية                المحترم

السلام عليكم ورحمة الله وبركاته ،،

إشارة إلى خطابكم رقم رم أ/١٥/٣٥/٤٨٥ وتاريخ ١٤٣٥/٦/٩هـ والمتضمن الإستفسار عما تم بشأن السماح للشركة بإستخدام مستندات تخضع لبند سرية المعلومات الوارد في عقد مشروع الملاحة الجوية، ونظراً إلى أن الهيئة العامة للطيران المدني قد رفعت لوزارة الخارجية بطلب الإسترشاد في هذه القضية من منطلق الإختصاص القانوني.

للإحاطه ، وسوف نوافيكم بالإجابة فور ورودها من الوزارة.

وتقبلوا تحياتنا ،،،

نائب رئيس الهيئة العامة للطيران المدني

د. فيصل بن حمد الصقير

١0:50 A.M

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



ص.ب : ٤٣٠ ، جـــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

التاريخ : ٠٩/٠٦/١٤٣٥هـ
الموافق : ٠٩/٠٤/٢٠١٤م

الرقم : ج/أ/١٠ ٤٨٠/٢٥١/١٠

معالي الدكتور/ فيصل بن حمد الصقير               الموقر
نائب رئيس الهيئة العامة للطيران المدني

السلام عليكم ورحمة الله وبركاته،

إشارة إلى خطابنا رقـم : رم أ/١٠/٣٥/٠٨٣ بتاريخ ١٢/٠٣/١٤٣٥هـــ الموافـق
١٣/٠١/٢٠١٤م والذي أوضحنا فيه بأن محكمة الإستئناف الأمريكية بالـدائرة الثانيـة قـد
أصدرت قراراً يقضي بإجراء الفحص القانوني على شركة دله أفكـو فـي ضـوء القـضية
المرفوعة ضدها والمتعلقة بأحداث الحادي عشر من سبتمبر ٢٠١١م ، علمـاً بـأن الفحـص
القانوني يتعلق بمستندات تخضع لبند سرية المعلومات الوارد في عقود مشروع نظم الملاحـة
الجوية الموقعة بين شركة دله أفكو ورئاسة الطيران المدني.

وقد طلبنا من رئاسة الطيران المدني في خطابنا بتاريخ ١٣/٠١/٢٠١٤م المـشار إليـه
أعلاه بالسماح لنا في القيام بالفحص القانوني وتقديم المستندات المطلوبة حسب قرار المحكمة
أو في حال عدم موافقة رئاسة الطيران المدني على ذلك تزويدنا بخطاب يفيد بعدم الموافقة.

وحيث أننا لم نستلم أي إجابة على خطابنا المذكور أعلاه فقد رأينا إرسال هذا الخطـاب
في سبيل متابعة الموضوع وإعادة تقديم الطلب بالموافقة على إجراء الفحص القانوني حـسب
طلب المحكمة ، أما في حال عدم موافقة رئاسة الطيران المدني بمـنح شـركة دلـه أفكـو
الصلاحية لإجراء الفحص القانوني حسب قرار المحكمة الأمريكية نرجو تزويـدنا بخطـاب
رسمي يفيد بعدم موافقة رئاسة الطيران المدني على طلبنا وأن الرئاسة تتمسك ببنـد سـرية
المعلومات الوارد في عقود مشروع نظم الملاحة الجوية الموقعة بين رئاسة الطيران المـدني
وشركة دله أفكو.

وتقبلوا خالص تحياتنا ،،،

علـوي محمد سعيد كامـل
مدير عام
شركة دله عبر البلاد العربية

DA000039

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia**<br>**General Authority of Civil**<br>**Aviation**<br>**Air Navigation** | [Logo] | [Logo]<br>General Authority of Civil<br>Aviation<br>ID Number<br>14789/23//2/256<br>Annexes:<br>Date: 29/06/1435<br>[Barcode] |

<u>Confidential</u>

The Director General of Dallah Trans Arabia Company,

May the Peace and Blessings of Allah Be Upon You,

In reference to your correspondence number RMA/485/35/15 dated 9/6/1435 H. in which you inquire about granting permission to the Company to use documents which are subject to the confidentiality clause stated in the Air Navigation contract, and due to the fact that the General Authority of Civil Aviation has submitted a request to the Ministry of Foreign Affairs asking for guidance in this matter in consideration of its authority on legal matters.

In order to brief you on the matter, we will provide you with the answer as soon as we receive it from the Ministry of Foreign Affairs.

Please accept our compliments,


Vice President of the General Authority of Civil Aviation
[Signature]
Dr. Faisal Bin Hamad Al-Suqayr

[Stamp]
Received
04 May 2014
[illegible handwritten text]

10:50 A.M.

---

P.O. Box 887, Jeddah, 21421        (Authority Code: 256)        PO Box 887, Jeddah, 21421

DA000040

P.O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE: 6710000
FAX: 6170347
COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

P.O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE: 6710000
FAX: 6170347
COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

Number: RMA/485/35/15

Date: 09/06/1435 H.
Corresponding to: 04/09/2014 AD

Dr. Faisal Bin Hamad Al-Suqayr
Vice President of the General Authority of Civil Aviation

May the Peace and Blessings of Allah Be Upon You,

In reference to our correspondence number: RMA/083/35/15 dated 12/03/1435 H. corresponding to 01/13/2014 AD in which we clarify that the United States Court of Appeal Second Circuit has issued a decision to conduct a legal examination on Dallah Avco in the light of the lawsuit filed against it regarding the events of September 11th, 2011 AD [sic], knowing that the legal examination is in regards with documents under the confidentiality clause stated in the contracts of the draft on air navigation systems signed between Dallah Avco and the General Authority of Civil Aviation.

In our correspondence dated 01/13/2014 AD, mentioned above, we have requested the General Authority of Civil Aviation to allow us to undertake the legal examination and provide the requested documents pursuant to the Court decision, or in the event of the General Authority of Civil Aviation's disapproval to do so to provide us with a letter stating the disapproval.

Whereas we have not received any response to our aforementioned correspondence, we deemed it convenient to send the present letter in order to follow up on the subject and reiterate our request to approve the undertaking of the legal examination pursuant to the Court request, and in the event the General Authority of Civil Aviation did not accept to grant Dallah Avco the power to undertake the legal examination according to the United States Court, please provide us with an official letter stating the disapproval of the General Authority of Civil Aviation of our request, and that the Authority adheres to the confidentiality clause stated in the contracts of the draft on air navigation systems signed between the General Authority of Civil Aviation and Dallah Avco.

Best regards,

[signature]
Alawi Mohammad Saeed Kamel
Director General
Dallah Trans Arabia Company

Confidentiality about Air Aviation Project / [illegible] / C

DA000041

# CERTIFICATE OF TRANSLATION

# TRANSPERFECT

TransPerfect Translations Ltd, 45 Moorfields, London EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from Arabic into English. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

PCA Response_Translation

Signed:

*Nicholas Casasnovas*

Name: Nicholas Casasnovas

Title: Exec. Project Director

Date: 5/8/14

DA000042