# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

August 15, 2014

**VIA UPS OVERNIGHT MAIL**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

AUG 26 2014

Re:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Daniels:

Counsel for plaintiffs and counsel for defendants the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") have conferred regarding a schedule for further proceedings concerning the Kingdom and SHC ("Defendants"). Based on their discussions, the parties jointly write to request the Court's endorsement of the following schedule for further proceedings as to the Kingdom and SHC:

September 15, 2014: Deadline for Plaintiffs' Motion to Amend as to the Kingdom and SHC and for Defendants' Motion(s) to Dismiss.

October 30, 2014: Deadline for Plaintiffs' Opposition(s) to Defendants' Motion(s) to Dismiss and for Defendants' Opposition(s) to Plaintiffs' Motion to Amend.

November 17, 2014: Deadline for Plaintiffs' Reply in Support of Their Motion to Amend and Defendants' Reply (or Replies) in Support of Their Motion(s) to Dismiss.

The Honorable George B. Daniels
August 15, 2014
Page 2

_____

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Sean P. Carter
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

SPC/bdw
cc:    The Honorable Frank Maas
       MDL-1570 Counsel of Record (via email)