AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In Re: Terrorist Attacks on September 11, 2001, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 03 MDL 1570 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dallah Avco .

Date: 08/26/2014

/s/ Robert Kry
*Attorney's signature*

Robert Kry (RK-0929)
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
*Address*

rkry@mololamken.com
*E-mail address*

(202) 556-2011
*Telephone number*

(202) 556-2001
*FAX number*