**EXHIBIT A**

التاريخ: ................

المرفقات: ................

المملكة العربية السعودية

الهيئة العامة للطيران المدني

خدمات الملاحة الجوية

عاجل جداً

السـادة/ شركة دله عبر البلاد العربية          المحترمين

السلام عليكم ورحمة الله وبركاته ؛؛

إشارة إلى طلبكم المتضمن استخدام مستندات تخضع لبند سرية المعلومات الوارد في عقد مشروع الملاحة الجوية لتقديمها وعرضها على محامي أسر ضحايا ١١ سبتمبر ٢٠٠١م .

نفيدكم بأنه لامانع بأن تقوم الشركة بالإفراج عن تلك المستندات والوثائق وعرضها على محامي أسر ضحايا   ١١ سبتمبر ٢٠٠١م .

للعمل بموجبه وإكمال اللازم.

وتقبلوا خالص التحية والتقدير؛؛؛

مساعد النائب للملاحة الجوية

م/ محمد بن أحمد السالمي



الهيئة العامة للطيران المدني

رقم الصادر
٩٧٣٥/٢٣/٦/٢٥٦

المرفقات :
التاريخ : ١٤٣٥/١١/٠٩

الهيئة العامة للطيران المدني

بيان المعاملات الداخلية الصادرة

| الرقم | التاريخ | المرفقات | الموضوع | المرسل | ..... | مرسل الى |
|---|---|---|---|---|---|---|
| ٩٧٢٥٠٧٢/٢/١/٢٥٢ | ١٤٢٥/١١/٩ | | برئ موجه لشركة دلتا عبر البلاد العربية | مساعد الطب الملاحي الدورية | مدير الخدمات المساندة بالملاحة | مرسل الى الخدمات المساندة بالملاحة |

التاريخ : ١٤٢٥٠٠٥م

| اسم المستلم | التوقيع |
|---|---|
| كويبر س | ١٤٢٥/١١/٩ |

التاريخ ١٤٢٥/١١/٩

Kingdom of Saudi Arabia                    [logo]            No.: ……………………………..
General Authority of Civil Aviation                          Date: ……………………………
Air Navigation Services                                     Encl. ……………………………


Top Urgent


M/s Dallah Trans Arabia Company

May peace and blessings of Allah be upon you,


Reference is made to your request concerning the use of documents governed by the Information Confidentiality Clause stipulated in the Air Navigation Project Contract and their disclosure and submission to  the lawyer of  the September 11, 2001 victims' families.

We would like to inform you that we have no objection towards the  release  and disclosure  of the documents in question to the lawyer of September 11, 2001 victims' families.

Kindly act in accordance with the above, and complete procedures as necessary.


Respectfully,

Assistant Vice-President of Air Navigation Services

[signature]

Eng. Mohammad bin Ahmad Al-Salmi


[seal] [logo] General Authority of Civil Aviation
        Outgoing Mail No. 9735/23/6/256
        Enclosures:
        Date: 11/09/1435
        Air Navigation Services
        [barcode]

P. O. Box 887 Jeddah, 21421 Tel.: +966 12 640 5000 Fax: +966 12 640 3876  (Authority code: 256)

General Authority of Civil Aviation

[logo]

## Particulars of Issued Internal Transactions

Page 1 of 1

Date:   05:14:05 PM  11/09/1435 AH

| No. | Date | Enclosures | Subject | Sender | Addressee | Recipient | Signature |
|-----|------|------------|---------|--------|-----------|-----------|-----------|
| 9735/23/6/256 | 11/09/1435 AH | | Confidential [correspondence] addressed to Dallah Trans Arabia Company | Assistant Vice-President of Air Navigation Services | Head of Supporting Services-Navigation | [illegible handwritten text] | [handwritten] *11/09/1435 AH,* |

[handwritten]
*At 05:30 PM,*
*after business*
*hours.*

[signature]

# CERTIFICATE OF TRANSLATION



TransPerfect Translations Ltd, 45 Moorfields, London EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from **Arabic** into **English**. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following documents:


**PCA Document Production Permission Receipt**

**PCA Documents Production Permission**


Signed:

Name:  Muhannad Ghanem

Title: Project Manager

Date: September 5th, 2014