# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

*This document relates to:*

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 Civ. 6978
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04 Civ. 7216
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03 Civ. 8591
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03 Civ. 9849
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, Case No. 04 Civ. 7279
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04 Civ. 1922
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04 Civ. 5970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.*, Case No. 04 Civ. 7065

## **ORDER**

AND NOW, on this _____ day of _____, 2014, after careful consideration of Plaintiffs' Motion to File a Consolidated Amended Pleading of Facts and Evidence as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, the accompanying Memorandum of Law, and Defendants' responses, if any, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED that the Consolidated Amended Pleading of Facts and Evidence attached as Exhibit "A" to Plaintiffs' Memorandum of Law will be treated and accepted as a further amendment to each of the Plaintiffs' previously-filed and operative Complaints or Amended Complaints, as identified in Plaintiffs' Consolidated Pleading of Facts and Evidence as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, and that the operative Complaints or Amended Complaints so identified shall remain in force.

SO ORDERED:

Dated:                                    _____

LEGAL\20723405\1