## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
### In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP<br><br>Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR<br><br>**MEMO ENDORSED**<br>COZEN O'CONNOR |

**VIA FACSIMILE**

September 25, 2014

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ  9/26/14

Re:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

    The Plaintiffs' Executive Committees write to request a brief extension of the deadline for submission of plaintiffs' reply letter brief seeking an Order compelling defendant Dallah Avco to disclose the scope of its searches in response to plaintiffs' First Set of Jurisdictional Requests for Production of Documents, and to specifically identify which of those requests have been included within the scope of Dallah Avco's searches. Plaintiffs respectfully request that the deadline be extended from Friday, September 26 to Friday, October 3. Plaintiffs have conferred with counsel for Dallah Avco, and he does not object to the extension.

    Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/14

The Honorable Frank Maas
September 25, 2014
Page 2

---

cc: Members of the Plaintiffs' Executive Committees
    Martin F. McMahon, Esq.
    Robert K. Kry, Esq.
    Alan R. Kabat, Esq.

LEGAL\20856385\1 00000.0000.000/117430.000