

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA UPS OVERNIGHT MAIL**

October 10, 2014

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: OCT 15 2014

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)

Dear Judge Daniels:

The Plaintiffs' Executive Committees write to respectfully request the Court's endorsement of a modification to the common briefing schedule for (1) the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina (SHC), and (2) Plaintiffs' Motion to Amend as to the Kingdom and SHC. The proposed revisions to the briefing schedule are being requested to accommodate previously unanticipated travel and other commitments of several members of the Plaintiffs' Executive Committee, immediately around the present deadline for opposition briefs. Counsel for the Kingdom of Saudi Arabia and SHC have consented to the proposed revisions to the schedule, as set forth below.

November 14, 2014: Revised deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss and for Defendants' Opposition(s) to Plaintiffs' Motion to Amend (previously October 30, 2014);

December 8, 2014: Revised deadline for Plaintiffs' Reply in Support of their Motion to Amend and Defendants' Reply in Support of their Motion to Dismiss (previously November 17, 2014).

The Honorable George B. Daniels
October 10, 2014
Page 2

---

The parties thank the Court for its attention to this matter.

Respectfully submitted,

SEAN P. CARTER

SPC/bdw

cc:   The Honorable Frank Maas (via UPS Overnight Mail)
       All counsel of record (via email)