UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 20 2014

------------------------------------x

The conference scheduled for October 23, 2014 is adjourned to January 15, 2015 at 9:30 AM.

Dated: October 20, 2014
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge