UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (FM)

This filing applies to:

*The Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (FM)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

October 22, 2012

By: /s/ Robert M. Horkovich
     Robert M. Horkovich

Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
Telephone: 212-278-1000

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., et al.

nydocs1-1039355.1