**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to:   Estate of John P. O'Neill, Sr., *et al.* v. Kingdom of Saudi
Arabia, *et al.*, 04-CV-1922 (GBD)

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                             ) ss:.
COUNTY OF NEW YORK      )

Jerry S. Goldman, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the above captioned matter, and a
   member of the law firm Anderson Kill P.C.  I am familiar with the facts and
   circumstances in this action.

2. The O'Neill Plaintiffs' Summons(es), Complaint(s) and Notice(s) of Suit, and
   translations of each, filed in the above-captioned matter were served upon
   Defendants the Republic of Sudan, Ministry of Interior of the Republic of Sudan,
   Ministry of Defense of the Republic of Sudan, Security of the Revolution of the
   Republic of Sudan, Military Intelligence of the Republic of Sudan, State Security
   of the Republic of Sudan, Popular Defense Force of the Republic of Sudan, and
   Revolutionary Security Services of the Republic of Sudan (collectively, the
   "Sudan Defendants"), and Defendants the Syrian Arab Republic, Syrian National
   Security Directorate, Syrian Republican Guard, Syrian Ministry of Interior, Syrian

Military Intelligence Service, Syrian Air Force Intelligence, and Syrian Special Forces (collectively, the "Syria Defendants").

3.  Service on the Sudan Defendants was effectuated pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* by J. Michael McMahon, Clerk of Court for the Southern District of New York, by sending Complaints and Summonses to Dr. Mustafa Osman Ismail, Minister of External Relations, by registered mail, return receipt requested, on November 10, 2004.  Service on the Syria Defendants was effectuated pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* by J. Michael McMahon, Clerk of Court for the Southern District of New York, by sending Complaints and Summonses to Farouk Al-Shara, Foreign Minister of the Syrian Arab Republic, by registered mail, return receipt requested, on November 10, 2004.

4.  **Exhibit A** contains true and correct copies of my former law firm's two letters transmitting the relevant documents to the Clerk of the Court, both dated November 2, 2004.  After service was made on Defendants the Republic of Sudan and the Syrian Arab Republic (collectively, the "Sovereign Defendants"), the Clerk of the Court filed Clerk's Certificates of Mailing that inadvertently listed the wrong FSIA section number.  **Exhibit B** contains a true and correct copy of my letter to the Honorable George B. Daniels requesting revised Clerk's Certificates of Mailing for the Sovereign Defendants.  **Exhibit C** contains Judge Daniels' Order requiring revised Clerk's Certificates of Mailing for the Sovereign Defendants.  **Exhibit D** contains true and correct copies of the revised Clerk's Certificates of Mailing for the Sovereign Defendants.  **Exhibit E** contains true and

correct copies of Clerk's Certificates of Mailing for all Defendants other than the Sovereign Defendants. **Exhibit F** contains portions of the docket in Case No. 03-MD-1570 noting service upon the Sudan Defendants and the Syria Defendants.

Dated: October 31, 2014
New York, NY

Jerry S. Goldman, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Sworn to before me this 31st
Day of October, 2014.

Notary Public

MAXWELL NICHOLAS ROBERT
NOTARY PUBLIC, State of New York
No. 02MA6260569
Qualified in King County
Commission Expires April 30, 2016