# EXHIBIT A

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: PHILADELPHIA

November 2, 2004

**By Hand**

J. Michael McMahon
Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In Re Terrorist Terrorist Attacks on September 11, 2002*
**MDL 1570**
O'Neill *et al* v. Kingdom of Saudi Arabia *at al*
Case No.: 04-CV-1922

Dear Mr. McMahon:

On behalf of the Plaintiffs, relative to the above-referenced case, we are seeking service on both the Syrian Arab Republic and the Republic of Sudan, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1608(a)(3). We have included three (3) copies, both in Arabic and English, one (1) to go to each of the two (2) Defendants and one (1) for the Court's file, of:

    1. The Complaint;

    2. Notice of Suit;

    3. Summons; and

    4. Affidavit from the translator as to his/her qualifications and accuracy of the translation.

We respectfully request that you serve these documents to Defendants, The Syrian Arab

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 2

Republic and The Republic of Sudan, at the following addresses:

1) Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

2) Farouk Al-Shara
   Foreign Minister of the Syrian Arab Republic
   Ministry of Foreign Affairs
   Muhareen Shora Ave.
   Damascus, Syria

Additionally, as required, we have enclosed:

1) Two (2), one for each defendant, envelopes sufficient to hold the entire set of papers to be served for each defendant with the return address of the Clerk's Office;

2) Two (2), one for each defendant, pink return receipt cards (Postal Service Form #2865) for each defendant being served with the return address of the Clerk of the Court;

3) Two (2), one for each defendant, white return receipt cards (Postal Service Form #3806) made out to each defendant with the return address of the Clerk of the Court.

We will be tendering the required sum of money sufficient for postage, registration and return receipt fees upon delivery to the Clerk of the Court.

If there are any questions or concerns, please do not hesitate to contact me. Thank you for your assistance with this matter.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By: *Gina M. Mac Neill*
GINA M. MAC NEILL, ESQUIRE

Enc. a/s
cc: Jerry S. Goldman, Esquire
    Josh Ambush, Esquire

**LAW OFFICES OF**
**JERRY S. GOLDMAN & ASSOCIATES, P.C.**

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Syria

— J.S.A.R.W

Sy-
TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: PHILADELPHIA

November 2, 2004

**By Hand**

J. Michael McMahon
Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *In Re Terrorist Terrorist Attacks on September 11, 2002*
           **MDL 1570**
           O'Neill *et al* v. Kingdom of Saudi Arabia *at al*
           Case No.: 04-CV-1922

Dear Mr. McMahon:

      On behalf of the Plaintiffs, relative to the above-referenced case, we are seeking service on various agencies, as listed below, of The Syrian Arab Republic and the Republic of Sudan, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1608(b)(3)(B). We have included fourteen (14) copies, both in Arabic and English, one (1) to go to each of the thirteen (13) defendants, listed below, and one (1) for the Court's file, of:

      1. The Complaint;

      2. Notice of Suit;

      3. Summons; and

      4. Affidavit from the translator as to his/her qualifications and accuracy of the translation.

      We respectfully request that you serve these documents to the defendants listed below at the following addresses:

## LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 2

1) Ministry of the Interior
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

2) Ministry of Defense
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

3) Security of the Revolution
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

4) Military Intelligence
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

5) State Security
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

6) Popular Defense Force
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 3

        Khartoum, Sudan

7) Revolutionary Security Services
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

8) National Security Directorate
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

9) Republic Guard
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

10) Ministry of Interior
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

11) Military Intelligence Service
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

12) Air Force Intelligence
c/o Farouk Al-Shara

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 5

By: *[signature]*
GINA M. MAC NEILL, ESQUIRE

Enc. a/s
cc: Jerry S. Goldman
    Josh Ambush