# EXHIBIT B

## ANDERSON KILL & OLICK, P.C.



Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com

October 17, 2013

**By Hand Delivery**

Honorable George B. Daniels
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

Re:   *In Re Terrorist Attacks on September 11, 2001*,
      03-MD-1570 (S.D.N.Y.) (GBD) (FM) (relates to *Estate of John P.
      O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-CV-
      1922 (GBD) (FM))

Dear Judge Daniels:

I represent the plaintiffs in the *O'Neill* litigations and serve on the Plaintiffs' Executive Committee for Personal Injury and Death Claims.

On November 2, 2004, my former colleague Gina M. MacNeill delivered a letter to Clerk of the Court J. Michael McMahon concerning service of the Complaint in this action[1] on the Syrian Arab Republic ("Syria") and the Republic of Sudan ("Sudan"). Ms. MacNeill requested that the Clerk serve the Complaint on Syria and Sudan pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1608 *et seq.* ("FSIA"). A copy of Ms. MacNeill's letter is enclosed herewith as Exhibit A. Specifically, Ms. MacNeill requested that the Clerk serve the Complaint pursuant to 28 U.S.C. § 1608(a)(3).

Subsection (a)(3) provides for service "…to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." The Clerk served the Complaint and accompanying documents on Syria and Sudan in accordance with subsection (a)(3) on November 10, 2004. However, in the Certificate of Mailing filed by the Clerk the same day, the wrong subsection number of the FSIA was listed. The Certificate listed subsection (a)(4), which concerns service

---

[1] There are three *O'Neill* litigations as part of this multi-district litigation. This letter only applies to the above-referenced litigation, 04-cv-1922.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
nydocs1-1010821.1

**Anderson Kill & Olick, P.C.**

Hon. George B. Daniels
October 17, 2013
Page 2

via the U.S. Secretary of State, rather than subsection (a)(3). A copy of the inaccurate Certificate of Mailing, entry number 548 on the 03-MD-1570 docket, is enclosed herewith as Exhibit B.

We respectfully request that the Court issue an order correcting the error in the original Certificate of Mailing.

If Your Honor has any questions concerning this correspondence, please do not hesitate to contact me.

Respectfully submitted,

Jerry S. Goldman

Enclosures

cc:   Magistrate Judge Frank Maas (by Hand Delivery)
       All Counsel *(via email)*

# EXHIBIT A

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

*Syria*

*Syria*

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: PHILADELPHIA

November 2, 2004

**By Hand**

J. Michael McMahon
Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *In Re Terrorist Terrorist Attacks on September 11, 2002*
 **MDL 1570**
 O'Neill *et al* v. Kingdom of Saudi Arabia *et al*
 Case No.: 04-CV-1922

Dear Mr. McMahon:

On behalf of the Plaintiffs, relative to the above-referenced case, we are seeking service on various agencies, as listed below, of The Syrian Arab Republic and the Republic of Sudan, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1608(b)(3)(B). We have included fourteen (14) copies, both in Arabic and English, one (1) to go to each of the thirteen (13) defendants, listed below, and one (1) for the Court's file, of:

1. The Complaint;

2. Notice of Suit;

3. Summons; and

4. Affidavit from the translator as to his/her qualifications and accuracy of the translation.

We respectfully request that you serve these documents to the defendants listed below at the following addresses:

## LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 2

1) Ministry of the Interior
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

2) Ministry of Defense
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

3) Security of the Revolution
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

4) Military Intelligence
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

5) State Security
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street
   Khartoum, Sudan

6) Popular Defense Force
   c/o Dr. Mustafa Osman Ismail
   Minister of External Relations
   Ministry of External Relations
   P.O. Box 873
   Gamma Street

## LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 3

        Khartoum, Sudan

7)     Revolutionary Security Services
       c/o Dr. Mustafa Osman Ismail
       Minister of External Relations
       Ministry of External Relations
       P.O. Box 873
       Gamma Street
       Khartoum, Sudan

8)     National Security Directorate
       c/o Farouk Al-Shara
       Foreign Minister of the Syrian Arab Republic
       Ministry of Foreign Affairs
       Muhareen Shora Ave.
       Damascus, Syria

9)     Republic Guard
       c/o Farouk Al-Shara
       Foreign Minister of the Syrian Arab Republic
       Ministry of Foreign Affairs
       Muhareen Shora Ave.
       Damascus, Syria

10)    Ministry of Interior
       c/o Farouk Al-Shara
       Foreign Minister of the Syrian Arab Republic
       Ministry of Foreign Affairs
       Muhareen Shora Ave.
       Damascus, Syria

11)    Military Intelligence Service
       c/o Farouk Al-Shara
       Foreign Minister of the Syrian Arab Republic
       Ministry of Foreign Affairs
       Muhareen Shora Ave.
       Damascus, Syria

12)    Air Force Intelligence
       c/o Farouk Al-Shara

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

November 2, 2004
Page 5

By: _/s/ Gina M. Mac Neill_
GINA M. MAC NEILL, ESQUIRE

Enc: a/s
cc: Jerry S. Goldman
　　Josh Ambush

# EXHIBIT B

#16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2004 NOV 10 P 1:03
CERTIFICATE OF MAILING
S.D. OF N.Y.

O'NEILL, et al.
            Plaintiff,

-v-

KINGDOM of SAUDI ARABIA, et al.
            Defendants.

04cv 1922(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

November 10, 2004

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR

pursuant to the foreign sovereign immunities Act (28 U.S. C. §1608(a)(4)), filed and issued herein on the

March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#RB 632 887 098   #RB 632 887 107   #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act (28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

*Summons*
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON            November 10, 2004
CLERK

Farouck Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act (28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
                Notice of Suit
                Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                Respectfully yours,

                                Joe LaMura
                                Chief Deputy

Enc.