# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
O'NEILL, ET AL.,

           Plaintiff

           -V-

KINGDOM OF SAUDI ARABIA, et al.,

           Defendants.
----------------------------------------------------X

AMENDED[1] CERTIFICATE OF MAILING

04 Civ. 1922 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11·1·2013

I, Ruby J. Krajick, Clerk of Court for the Southern District of New York, do hereby certify that on

November 10, 2004

J. Michael McMahon, then-Clerk of Court, served the

SUMMONS & COMPLAINT
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR

pursuant to the foreign Sovereign Immunities Act 28 U.S.C. § 1608(a)(3), filed and issued herein on

March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipts(s)

#RB 632 887 098       # RB 632 887 107

(Chinatown Station) that was issued at my request as aforementioned,

Dated: New York, NY
November 1, 2013
                                      _____
                                      CLERK

---

[1]This amended Certificate of Mailing corrects a typographical error in the Certificate of Mailing filed on November 10, 2004, docket entry number 16.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Farouck Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                    Re: O'Neil et al v. Kingdom of Saudi Arabia et
                    al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act (28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
              Notice of Suit
         Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                      Respectfully yours,

                                      Joe LaMura
                                      Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

        Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act (28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

        Summons
        Complaint
        Notice of Suit
        Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                      Respectfully yours,

                      Joe LaMura
                      Chief Deputy

Enc.