# EXHIBIT E

#15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2004 NOV 10 P 1: 03

S.D. OF N.Y.

O'NEILL et. al.
            Plaintiff,

-V-

KINGDOM OF SAUDI ARABIA et al.

            Defendants..

CERTIFICATE OF MAILING

04 Cv. 1922

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**November 10, 2004**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY FROM THE TRANSLATOR
TRANSLATION INTO ARABIC

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(b)(3)(B), filed and issued herein on the
March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 887 115    # RB 632 887 124   # RB 632 887 138

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff, | **CERTIFICATE OF MAILING** |
| -V- |  |
| Defendants.. |  |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**2004**

I served the

SUMMONS & COMPLAINT

filed and issued herein on the

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# RB 632 887 141    # RB 632 887 186    # RB 632 887 226

# RB 632 887 155    # RB 632 887 190    # RB 632 887 230

# RB 632 887 169    # RB 632 887 209    # _____

# RB 632 887 172    # RB 632 887 212    # _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Ministry of the Interior
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                      Re: O'Neil et al v. Kingdom of Saudi Arabia et al  04 Cv. 1922

Dear Sir/Madam:

     Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                      Summons
                      Complaint
                      Notice of Suit
                      Affidavit from Translator

     The above-mentioned documents are in Arabic, your country's official language.

                                           Respectfully yours,

                                           Joe LaMura
                                           Chief Deputy

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

J. MICHAEL MCMAHON
CLERK

Revolutionaray Security Services
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

      Re: O'Neil et al v. Kingdom of Saudi Arabia et
      al  04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

      Summons
      Complaint
     Notice of Suit
    Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

            Respectfully yours,

            *[signature]*

            Joe LaMura
            Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Ministry of Interior
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
                Notice of Suit
                Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                        Respectfully yours,

                                        Joe LaMura
                                        Chief Deputy

Enc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## OFFICE OF THE CLERK
## 500 PEARL STREET
## NEW YORK, NEW YORK 10007

November 10, 2004

**J. MICHAEL MCMAHON**
**CLERK**

Republic Guard
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

J. MICHAEL MCMAHON
CLERK

National Security Directorate
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

      Re: O'Neil et al v. Kingdom of Saudi Arabia et
      al   04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

        Summons
        Complaint
       Notice of Suit
      Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

            Respectfully yours,

            Joe LaMura
            Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
   CLERK

Ministry Intelligence Service
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                Re: O'Neil et al v. Kingdom of Saudi Arabia et
                al  04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
              Notice of Suit
          Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                    Respectfully yours,

                                    Joe LaMura
                                    Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Air Force Intelligence
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                Re: O'Neil et al v. Kingdom of Saudi Arabia et al 04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
              Notice of Suit
          Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                            Respectfully yours,

                            Joe LaMura
                            Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Special Forces
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Popular Defense Force
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

      Re: O'Neil et al v. Kingdom of Saudi Arabia et
      al  04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

      Summons
      Complaint
     Notice of Suit
    Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

          Respectfully yours,

          *Joe LaMura*
          Joe LaMura
          Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

J. MICHAEL MCMAHON
CLERK

State Security
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                 Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

      Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                        Summons
                        Complaint
                      Notice of Suit
                Affidavit from Translator

      The above-mentioned documents are in Arabic, your country's official language.

                                          Respectfully yours,

                                          Joe LaMura
                                          Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

November 10, 2004

J. MICHAEL MCMAHON
CLERK

Military Intelligence
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

       Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

              Respectfully yours,

              Joe LaMura
              Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

**J. MICHAEL MCMAHON**
**CLERK**

Security of the Revolution
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

*Joe LaMura*
Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

J. MICHAEL MCMAHON
CLERK

Ministry of Defense
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

            Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                  Summons
                  Complaint
               Notice of Suit
          Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                       Respectfully yours,

                                       Joe LaMura
                                       Chief Deputy

Enc.