# EXHIBIT F

| | |
|---|---|
| 11/10/2004 | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Dr. Mustafa Osman Ismail on 11/10/04 by Registered Mail # RB 632 887 107, RECEIVED ON: Not Indicated. Rec'd at Clerk's Office on 12/7/04. (kkc, ) (Entered: 12/16/2004) |
| 11/10/2004 | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Security of the Revolution on 11/10/04 by Registered Mail # RB 632 887 169, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Ministry of Defense on 11/10/04 by Registered Mail # RB 632 887 172, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Ministry of the Interior on 11/10/04 by Registered Mail # RB 632 887 186, RECEIVED ON: 11/27/04. (kkc, ) (Entered: 12/16/2004) |
| 11/10/2004 | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Revolutionary Security Services on 11/10/04 by Registered Mail # RB 632 887 124, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Popular Defense Force on 11/10/04 by Registered Mail # RB 632 887 138, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to State Security on 11/10/04 by Registered Mail # RB 632 887 141, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Military Intelligence on 11/10/04 by Registered Mail # RB 632 887 155, RECEIVED ON: 11/27/04. (kkc, ) (Entered: 12/16/2004) |

| | | |
|---|---|---|
| 11/10/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to National Security Directorate on 11/10/04 by Registered Mail # RB 632 887 230, RECEIVED ON: 11/21/04. (ps, ) (Entered: 12/13/2004) |
| 11/10/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Special Forces on 11/10/04 by Registered Mail # RB 632 887 115, RECEIVED ON: 11/21/04. (ps, ) (Entered: 12/13/2004) |
| 11/10/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Farouk Al-Shara, Foreign Minister of the Syrian Arab Rep., Muhareen Shora Ave., Damascus, Syria on 11/10/04 by Registered Mail # RB 632 887 098, RECEIVED ON: 11/21/04. Rec'd at Clerk's Office on 12/22/04. (ps, ) (Entered: 12/22/2004) |
| 11/10/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Military Intelligence Service on 11/10/04 by Registered Mail # RB 632 887 209, RECEIVED ON: 11/21/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Republic Guard on 11/10/04 by Registered Mail # RB 632 887 226, RECEIVED ON: 11/21/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Ministry of Interior on 11/10/04 by Registered Mail # RB 632 887 212, RECEIVED ON: 11/21/04. Rec'd at Clerk's Office on 12/22/04 (ps, ) (Entered: 12/22/2004) |
| 03/02/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Air Force Intelligence c/o Farouk Al-Shara on 3/2/05 by Registered Mail # RB 632 889 774, RECEIVED ON: 3/17/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC, 1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC, 1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC, 1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, ) (Entered: 04/04/2005) |