# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>               Plaintiff,<br><br>-V-<br><br>The Republic of Iraq., et al<br>               Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS**
**COMPLAINT**
**NOTICE OF SUIT**
**CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 700/ 2510 0005 6900 4361            #_____

                                                            J. Michael McMahon
                                                                CLERK

Dated. New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in English, and a translated complaint with verification in Farsi for the Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English and a summons in English and the respective

*[U.S. Postal Service Certified Mail Receipt and Domestic Return Receipt (PS Form 3811) attached, addressed to Edward Betancourt, Director of Special Consular Services, U.S. Dept. of State, 2100 Pennsylvania Ave. NW, Wash., DC 20520; tracking number 7001 2510 0005 6700 4361; postage $5.30, fees totaling $9.35, dated 06/17/05]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br><br>                Plaintiff,<br><br>-V-<br><br>The Republic of Iraq., et al<br><br>                Defendants.. | **CERTIFICATE OF MAILING**<br><br>FILED<br>2005 JUN 17 A 10 41<br>S.D. OF N.Y.<br>DISTRICT COURT<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York. N.Y.. a copy of each thereof. securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 0360 0003 1064 1457    #_____

*J. Michael McMahon*
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

UNIT ID: 0004
Postmark Here
Clerk: KSJJF
06/17/05

Sent To: Eduard Betancourt, Director of Special
Street, Apt. No.: Consular Services
or PO Box No.: U.S. Dept. of State - 2100 Pennsylvania Ave
City, State, ZIP+4: Wash, DC 20520

7001 0360 0003 1064 1457

Complete this section on delivery:
A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 6-24-05
D. Is delivery address different from item 1? ☐ Yes ☐ No
   Betancourt of Special Services of State
   sylvania Ave, N.W.
   Washington, D.C. 20504

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt

PS Form 3800, January 2001
PS Form 3811, February 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　-v-<br><br>The Republic of Iraq., et al<br><br>　　　　　　　　　　Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to.

See attached for listing of Defendants

RR# 7001 0360 0003 1064 1471　　　　　　#_____

J. Michael McMahon
CLERK

Dated, New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in [...] of its choosing.

En[...] defendant, [...]

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

WASHINGTON, DC 20520      UNIT ID: 0004

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

Postmark Here
Clerk: KSJJJP
06/17/05

Sent To: Edward Betancourt, Director of Special Consular Services
Street, Apt. No.; or PO Box No.: U.S. Dept of State, 2100 Pennsylvania Ave
City, State, ZIP+4: Wash., DC 20520   4th Fl

7001 0360 0003 1064 1471

PS Form 3800, January 2001   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Betancourt = Special [S]ervices of State [Pen]nsylvania Ave [39] N.W. [...] DC 20500

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 6/24/05
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

7001 0360 0003 1064 1471

104  Domestic Return Receipt       102595-02-M-1540

Joshua M. Ambush

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill, et al<br><br>Plaintiff,<br><br>-v-<br><br>The Republic of Iraq., et al<br><br>Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 0360 0003 1864 1488 _____ # _____

*J. Michael McMahon*
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in Iranian [illegible]

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance)

WASHINGTON, DC 20520

Postage: $
Certified Fee: 2.30
Return Receipt Fee (Endorsement Required): 1.75
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 9.35

Sent To: Edward Betancourt, Dir
Street, Apt. No.: Services
or PO Box No.: 2100 Pennsylvania B...
City, State, ZIP+4: Wash. D.C. 20...

7001 0360 0003 1064 1488

PS Form 3800, January 2001

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward A. Betancourt,
Director of Special
Consular Services
U.S. Dept of State
2100 Pennsylvania Ave
4 FL (SA-29) NW
Washington DC 20520

2. Article Number (Transfer from service label): 7001 0360 0003 1064 1488

PS Form 3811, February 2004   Domestic Return Receipt   102595-...

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 6/8/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br><br>Plaintiff,<br><br>-V-<br><br>The Republic of Iraq., et al<br><br>Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 700/ 2510 0005 6708 4385            #_____

J. Michael McMahon
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed herewith are complete sets of documents for each defendant, including a summons, complaint, notice of suit, and translation of the complaint. As I understand it, your office will arrange for service upon the Iranian defendants as well as the Republic of Iraq.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

Postage: $ 5.30
Certified Fee: 2.30
Return Receipt Fee (Endorsement Required): 1.75
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 9.35
UNIT ID: 0004
Postmark Here
Clerk: KSJJJP
06/17/05

Sent To: Edward Betancourt, Director of,
Street, Apt. No.: Special Consular Services
City, State, ZIP+4: Dept. of State, 2100 Pennsylvania Ave
Wash., D.C. 20520   N.W. 4th Fl

7001 2510 0005 6700 4385

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): Betancourt
C. Date of Delivery: 6/24/05
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Special
Vices
State
lvania Ave,
N.W.
D.C. 20520

9. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7003 2510 0005 6700 4385

Domestic Return Receipt                102595-02-M-1540

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>　　　　　　　　　　Plaintiff.<br><br>-V-<br><br>The Republic of Iraq., et al<br>　　　　　　　　　　Defendants.. | **CERTIFICATE OF MAILING**<br><br>　　　　　　　　　　2005 JUN 17 A 10: 47<br>　　　　　　　　　　S.D. OF N.Y.<br>　　　　　　　　　　FILED U.S. DISTRICT COURT<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR7021 2510 0005 6780 4408　　　#_____

　　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br><br>Plaintiff,<br><br>-v-<br><br>The Republic of Iraq., et al<br><br>Defendants., | **CERTIFICATE OF MAILING**<br><br>2005 JUN 17  A 10: 47<br>S.D. OF N.Y.<br>FILED<br>U.S. DISTRICT COURT<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR XCO1 0360 0003 1064 1464        #_____

J. Michael McMahon
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in English, and a translated complaint with verification in Farsi for the Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English the respective official language, and a summons in English and the respective official language.

[U.S. Postal Service Certified Mail Receipt and Domestic Return Receipt forms, addressed to Edward Betancourt, Dir. of Special Services, U.S. Dept. of State, 2100 Pennsylvania Avenue NW 4F, Washington, DC 20520; Postage $6.30, Certified Fee $2.30, Return Receipt Fee $1.75, Total $10.35, postmarked 06/17/05; Article Number 7001 0360 0003 1064 1464; received stamp "JUL 26 2005 U.S.D.C. S.D.N.Y."]