# EXHIBIT C

| 06/17/2005 | 1127 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Islamic Republic of Iran at the following address: Islamic Republic of Iran c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4361. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
|---|---|---|
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Islamic Republic of Iran on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4361, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1049 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | 1128 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ali Fallahian at the following address: Ali Fallahian Iranian Minister of Intelligence and Security, c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1457. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Modified on 8/17/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Party Complaint mailed to Ali Fallahian on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1457, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | 1129 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp. at the following address: Iranian Revolutionary Guard Corp. Ministry of Foreign Affiars, c/o Edward Betancourt, Director of Special Consular Service, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1471. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) |

| | | |
|---|---|---|
| | | Modified on 8/17/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Third Amended Complaint mailed to Iranian Revolutionary Guard Corp. on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1471, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1051 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| 06/17/2005 | 1130 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ayatollah Ali Hoseini-Khamenei at the following address: Ayatollah Ali Hoseini-Khamenei c/o Edward Betancourt, Director of Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1488. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Ayatollah Ali Hoseini-Khamenei on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1488, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | 1131 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Mohammed Bager at the following address: Mohammed Bager Zolgadr, Iranian Revolutionary Guards Corp, c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4385. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Mohammed Bager on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4385, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |

| | | |
|---|---|---|
| 06/17/2005 | 1132 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force at the following address: Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4408. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp-Quds Force, aka Jerusalem Force on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4408, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | 1133 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Ministry of Intelligence and Security at the following address: Iranian Ministry of Intelligence and Security c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1464. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) (Entered: 08/17/2005) |
| 06/17/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian Ministry of Intelligence and Security on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1464, RECEIVED ON: 6/26/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:04-cv-01076-RCC(ps, ) Because the US does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1050 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |