# EXHIBIT A

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: PHILADELPHIA

January 6, 2004

*Via First Class Mail*

Mr. Robert Fagan
United States Marshals Service
500 Pearl Street
New York, NY 10007

Re:   *In Re Terrorist Attacks of September 11, 2001*
       03-MDL-1570 (RCC)
       O'Neill, *et al.* v. Al Baraka, *et al.* Case No. 04-CV-1923 (RCC)
       Service of Process on Defendant Enaam M. Arnaout

Dear Mr. Fagan:

I was advised by Assistant United States Attorney Sarah Normand to effectuate service of the above-named defendant through the US Marshals Service, with particular attention to you.

Enclosed please find three (3) copies of Form USM-285, three (3) copies of the Summons in relation to the above-referenced case, three (3) copies of the original complaint filed in this case, three (3) copies of the First Amended Complaint and three (3) copies of the Second Amended Complaint filed in this case. Also enclosed is a check, check number 2219, in the amount of fifty dollars ($50.00) for the fee for service by the US Marshals Service.

If there are any problems or questions, please feel free to contact me.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.
By: _____
GINA M. MAC NEILL, ESQUIRE

GMM:ck
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Joshua Ambush, Esquire
     Sarah S. Normand, Esquire, AUSA

Exhibit A

X:\Clients\ONeill v. Saudi arabia\Correspondence\I-US marshals - enaam arnaout service of process.lwp