# EXHIBIT C





U.S. Department of Justice
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **LAW OFFICES**<br>**JOSHUA M. AMBUSH,LLC**<br>600 Reisterstown Road, Suite 200-A<br>Baltimore, MD 21208 | Präsident des Amtsgerichts Hamburg Sievekingplatz 1 20355 Hamburg |

The undersigned applicant has the honour to transmit – in duplicate– the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire–à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Tatex Trading GmbH   Hamed Al Barakati
2554 Rothenburg, Deutschland

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Notice of Suit
Summons
Complaint
_____
_____
_____

Done at June 1, , the 2005
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*

**LAW OFFICES**
**JOSHUA M. AMBUSH,LLC**
600 Reisterstown Road, Suite 200-A
Baltimore, MD 21208

*Exhibit C*

*\*Delete if inappropriate*
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(formerly OBD-116, which was formerly LAA-116, both of which may still be used)