# EXHIBIT G

U.S. Department of Justice
United States Marshals Service

Ministerium für
Justiz, Arbeit und Europa
des Landes Schleswig-Holstein

1 9. Juli 2005



Ant....../Fach....Akt.....Heft.....A...

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Law Offices<br>Joshua M. Ambush, LLC<br>600 Resiterstown Rd. - Suite 200A<br>Baltimore, MD 21208 | Der Justizminister des Landes Schleswig-Holstein<br>Lorentzendamm 35<br>24103 Kiel, Germany |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
(identité et adresse)

Tatex Trading aka Tatex Trading GmbH

25566 Rethwish, Dorstr. 17, Germany

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons
Complaint
Translated of Complaint
Certificate of Authenticity of Translation

Ex. C

Done at  7/11  , the 2005
Fait à         , le

Signature and/or stamp   LAW OFFICES
                         JOSHUA M. AMBUSH, LLC
                         600 Reisterstown Road, Suite 200-A
                         Baltimore, MD 21208

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(which was formerly LAA-116, both of which may still be used)

INI J34ñE - A5 - 6/05