# EXHIBIT H

# ZUSTELLUNGSZEUGNIS

## CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) <u>11.08..2005</u>
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) <u>Dorfstraße 17, 25566 Rethwisch</u>
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) <u>in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a)</u> *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     b) in der folgenden besonderen Form *):
        in accordance with the following particular method *):
        selon la forme particulière suivante *):

     c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) <u>Abdul Karim Tatari</u>
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: <u>Angestellter</u>
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

Geprüft
Itzehoe, den 3.0. AUG. 2005
Der Präsident
des Landgerichts Itzehoe
Dr. Bernhard Flor

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: <u>Zweitstücke der zuzustellenden Schriftstücke</u>
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Ausgefertigt in <u>25524 Itzehoe am 25.08.2005</u>
Done at
Fait à

Unterschrift und/oder Stempel.