# EXHIBIT I

U.S. Department of Justice
United States Marshals Service



GEMEINSAME ANNAHMESTELLE
eingegangen am

2 8. 06. 05 | 8 - 9 Uhr

**REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **LAW OFFICES**<br>**JOSHUA M. AMBUSH,LLC**<br>600 Reisterstown Road, Suite 200-A<br>Baltimore, MD 21208 | Präsident des Amtsgerichts Hamburg Sievekingplatz 1 20355 Hamburg |

The undersigned applicant has the honour to transmit – in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
(identité et adresse)

c/o Tatex Trading GmbH   Triple-B Trading Company GmbH
25566 Rethwisch, Dorstr. 17

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

_____

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

List of documents                    Done at June 1,         the 2005
*Enumération des pièces*              *Fait à*                , *le*

Notice of Suit
Summons                              Signature and/or stamp
Complaint                            *Signature et/ou cachet*

                                     **LAW OFFICES**
                                     **JOSHUA M. AMBUSH,LLC**
                   Ex. B             600 Reisterstown Road, Suite 200-A
                                     Baltimore, MD 21208

*Delete if inappropriate                                    Form USM-94
Rayer les mentions inutiles.*                               Est. 11/77
                                     )-116, which was formerly LAA-116, both of which may still be used)