# EXHIBIT J

# ZUSTELLUNGSZEUGNIS

# CERTIFICATE

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

Geprüft

'tzehoe, den .3 0 AUG. 2005

Der Präsident
des Landgerichts Itzehoe

Dr. Bernhard F.L.

- am (Datum) 27.07.2005
  the (date)
  le (date)

- in (Ort, Straße, Nummer) Dorfstraße 17, 25566 Rethwisch
  at (place, street, number)
  à (localité, rue, numéro)

- in einer der folgenden Formen nach Artikel 5:
  In one of the following methods authorised by article 5:
  dans une des formes suivantes prévues à l'article 5:

  a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
     in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
     selon les formes légales (article 5, alinéa premier, lettre a) *).

  b) in der folgenden besonderen Form *):
     in accordance with the following particular method *):
     selon la forme particulière suivante *):

  c) durch einfache Übergabe *).
     by delivery to the addressee, who accepted it voluntarily *).
     par remise simple *).

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

- (Name und Stellung der Person) Abdul MatinTatari
  (identity and description of person)
  (identité et qualité de la personne)

- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: Geschäftsführer
  relationship to the addressee (family, business or other):
  liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

-

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im
einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses
detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure
au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: Zweitstücke der zuzustellenden Schriftstücke
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Ausgefertigt in 25524 Itzehoe am 25.08.2005
Done at
Fait à



Unterschrift und/oder Stempel.
Signature and/or stamp.