# EXHIBIT K

U.S. Department of Justice
United States Marshals Service


4810



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Law Offices<br>Joshua M. Ambush, LLC<br>600 Resiterstown Rd. - Suite 200A<br>Baltimore, MD 21208 | The Registry of Court of Appeal Rome, Italy<br>L" Ufficio unico degli ufficiali guistiziari presso la<br>corte d" appello la corte d" appello di Roma<br>Rome, Italy |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)**

*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous
énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au
destinataire, à savoir:*
  *(identité et adresse)*

Nasco Business Residence Center sas di Nasredden Ahmed Idris Ec

Corso Sempione 69  20149  Milan, Italy

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5 alinéa premier, lettre a).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec
l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at  7/8 , the 2005<br>*Fait à           , le* |
|---|---|
| Summons | LAW OFFICES |
| Complaint | Signature and/or stamp  **JOSHUA M. AMBUSH, LLC** |
| Translated of Complaint | *Signature et/ou cachet*  600 Reisterstown Road, Suite 200-A<br>Baltimore, MD 21208 |
| Certificate of Authenticity of Translation | |

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116.)    E.K.C

orm USM-94
Est. 11/77
still be used)