# EXHIBIT L

UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI
VIALE GIULIO CESARE, 52
00192 ROMA-ITALIA

PROCURA DELLA REPUBBLICA DI MILANO
UFFICIO PROTOCOLLO

★   2 9 LUG. 2005   ★

PERVENUTO

PROT. 6910

Roma, li 2 2 LUG. 2005

PROCURA DELLA REPUBBLICA MILANO
SEGRETERIA CIVILE

1 AGO. 2005

573/05

Al Signor Procuratore della Repubblica

20100 Milano

*Si invia ai sensi dell'art. 4 – Legge 6/2/81, n.42, un atto*

proveniente dall'estero e che deve essere notificato a:

NASCO Business Residence Center SAS

Corso Sempione 69

20145 Milano

*Si chiede che la S.V. Ill.ma, previa autorizzazione di*

cui all'art. 71 della Legge n. 218/95, lo invii all'Ufficiale Giudiziario

competente per territorio.

U.N.E.P. CORTE D'APPELLO DI MILANO
Cronologico n. : ABIS11/513
Rif.cancelleria: 573/05
Zona: 56/
Rimb. km (1#12         )  :   2,25
Spese postali ........................ :
                    TOTALE ... :   2,25
li' 02/08/2005.      L'Uff.le Giudiziario

[handwritten:] [Sep .69]

## CONSOLIDATED OFFICE OF THE JUDICIAL CLERKS
### VIALE GIULIO CESARE, 52
### 00192 ROME – ITALY

REF. [handwritten:] 4910

Rome, on [stamp:] 07/22/2005

[stamp:] PUBLIC PROSECUTOR'S OFFICE OF MILAN
CIVIL SECRETARY
08/01/2005
[handwritten:] 573/05 CIV

[stamp:] PUBLIC PROSECUTOR'S OFFICE OF MILAN PROTOCOL OFFICE
\*     07/29/2005     \*
RECEIVED

*To the Public Prosecutor of the Republic*
[handwritten:] 20100 Milan

*A foreign act has been sent pursuant to Art. 4 of Law no 42 of*

06/02/1981, which must be served to:

[handwritten:] NASCO Business Residence Center SAS

Corso Sempione 69

20149 Milan

*The Public Prosecutor is hereby requested, pending the authorization set*

*forth in Art. 71 of Law no. 218/95, to send it to the competent Judicial Office for the territory.*

| | |
|---|---|
| U.N.E.P. COURT OF APPEALS OF MILAN | *Respectfully* |
| Sequential No: ABIS11/513 | [seal: ] COURT OF APPEALS OF ROME |
| Clerk Ref: 573/05 | Consolidated Service Office |
| Zone: 56/ | [signature] |
| KM Reimbursement (1:12       ) : 2.25 | |
| Postage Fees............\.......................: | |
|                       TOTAL...........: 2.25 | |
| on 08/02/2005.       The Judicial Clerk | |