# EXHIBIT M

**U.S. Department of Justice**
United States Marshals Service



Gpo951

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Law Offices<br>Joshua M. Ambush, LLC<br>600 Resiterstown Rd. - Suite 200A<br>Baltimore, MD 21208 | The Registry of Court of Appeal Rome, Italy<br>L" Ufficio unico degli ufficiali guistiziari presso la corte d" appello la corte d" appello di Roma<br>Rome, Italy |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Nasco Service SRL  Corso Sempione 69  20149
Milan, Italy

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at 7/7/2005, the LAW OFFICES<br>*Fait à*   *le*<br>**JOSHUA M. AMBUSH, LLC** |
|---|---|
| Summons | Signature and/or stamp<br>*Signature et/ou cachet*<br>600 Reisterstown Road, Suite 200-A<br>Baltimore, MD 21208<br>USA |
| Complaint | |
| Translated of Complaint | |
| Certificate of Authenticity of Translation | |

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
hich was formerly LAA-116, both of which may still be used)