# EXHIBIT N

p.69

**UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI**
**VIALE GIULIO CESARE, 52**
**00192 ROMA-ITALIA**

PROCURA DELLA REPUBBLICA DI MILANO
UFFICIO PROTOCOLLO

★   2 9 LUG. 2005   ★

PERVENUTO

PROT._____ 4808 _____

2 1 LUG. 2005

Roma, li_____

*Al Signor Procuratore della Repubblica*

20 100 Milano

SEGRETERIA CIVILE
2005

566 / 05 GV

Si invia ai sensi dell'art. 4 – Legge 6/2/81, n.42, un atto

proveniente dall'estero e che deve essere notificato a:

Nasco Sauzo SRL

Corso Semfione 69

20100 Milano

[handwritten:] [Sep .69]

### CONSOLIDATED OFFICE OF THE JUDICIAL CLERKS
### VIALE GIULIO CESARE, 52
### 00192 ROME – ITALY

*REF.* [handwritten:] 4910

*Rome, on* [stamp:] 07/21/2005

[stamp:] PUBLIC PROSECUTOR'S OFFICE OF MILAN
CIVIL SECRETARY
08/01/2005
[handwritten:] 566/05 CIV

[stamp:] PUBLIC PROSECUTOR'S OFFICE
OF MILAN PROTOCOL OFFICE
*        07/29/2005        *
RECEIVED

*To the Public Prosecutor of the Republic*
[handwritten:] 20100 Milan

*A foreign act has been sent pursuant to Art. 4 of Law no 42 of*

*06/02/1981, which must be served to:*

[handwritten:] NASCO Service SRL

Corso Sempione 69

20149 Milan