UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to:   Estate of John P. O'Neill, Sr., *et al.* v. The Republic of Iraq, *et al.*, 04-CV-1076 (GBD)

Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp., *et al.*, 04-CV-1923 (GBD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:.
COUNTY OF NEW YORK      )

Jerry S. Goldman, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the above captioned matter, and a member of the law firm Anderson Kill P.C. I am familiar with the facts and circumstances in this action.

2. The O'Neill Plaintiffs' Summons, Complaint and Notice of Suit, and translations of each, filed in the above-captioned matter were served by publication upon the Defendants listed in **Exhibit A** hereto (the "Publication Defendants").

3. Service on the Publication Defendants was effectuated pursuant to the September 16, 2004 Order by the Honorable Richard C. Casey permitting certain Plaintiffs in this multi-district litigation to serve certain Defendants by publication (the "Publication Order"). The O'Neill Plaintiffs were not named in the original Publication Order but were added to it by Judge Casey upon counsel's request.

*See* Endorsed Letter from Ronald L. Motley to Honorable Richard C. Casey, September 30, 2004 (03-MD-1570, Docket No. 468) (adding Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD) to Publication Order); Endorsed Letter from Jerry S. Goldman to Honorable Richard C. Casey, October 8, 2004 (03-MD-1570, Docket No. 488) (adding Estate of John P. O'Neill, Sr., *et al.* v. Republic of Iraq, *et al.*, 04-CV-1076 (GBD) to Publication Order).

4. Pursuant to the Publication Order, the O'Neill Plaintiffs served the Publication Defendants by publication once per week for four weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper, as well as by posting on the website www.sept11terrorlitigation.com.

5. **Exhibit A** contains a list of the Publication Defendants. **Exhibit B** contains a true and correct copy of the Publication Order. **Exhibit C** contains proofs of the service by publication on the publication Defendants.

Dated: October 31, 2014
New York, NY

_____
Jerry S. Goldman, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Sworn to before me this 31st
Day of October, 2014.

MAXWELL NICHOLAS ROBERT
NOTARY PUBLIC, State of New York
No. 02MA6260569
Qualified in Kings County
Commission Expires April 30, 2016

nydocs1-1021974.1