# EXHIBIT A

| Defendant | Date of Service (USA Today) | Date of Service (Herald Tribune) | Date of Service (Al-Quds Al-Arabi) | Answer Due | Proof of Service Filed |
|---|---|---|---|---|---|
| | | | | | |
| Saddam Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Quday Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Uday Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abdel Hussein (a/k/a/ "The Ghost") | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ahmed Khalil Ibrahim Samir Al-Ani | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Faruq Al-Hijazi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Habib Faris Abdullah Al-Mamouri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Taha Yassin Ramadan | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muhammed Madhi Salah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Salah Suleiman | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Agab | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Waiel | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Sayyaf | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

nydocs1-1039557.1

| | | | | | |
|---|---|---|---|---|---|
| Al Qaeda Islamic Agency | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Osama Bin Laden | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ayman Zawahiri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Hafs the Mauritanian | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Saif Al-Adil | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Imad Mughniyeh | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Musab Zarqawi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Egyptian Islamic Jihad | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al-Gammaah Al Islamiah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Zubaydh | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Khalid Sheikh Mohammed | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Abdul Rahman | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abdul Rahman Yasin | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Albert Friedrich Armand Huber | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ali Ghaleb Himmat | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al Taqwa Bank | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al Taqwa Trade, Property | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

nydocs1-1039557.1

| | | | | | |
|---|---|---|---|---|---|
| and Industry, Ltd. | | | | | |
| Akida Bank Private Limited | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Akida Investment Co. Ltd | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nada Management Organization, S.A. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Youssef M. Nada | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Youssef M. Nada & Co. Gesellschaft, M.B.H. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nada International Anstalt | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ahmed I. Nasreddin | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasco Nasreddin Holdings A.S. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nascoservice S.R.L. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nascotex S.A. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Company Nasco SAS DI Ahmed Nasreddin EC | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Group International Holding | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

nydocs1-1039557.1

| | | | | | |
|---|---|---|---|---|---|
| Nasreddin International Group Limited Holding | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Abdulaziz Al Omari | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Wail Al Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Waleed M. Al Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Satam M.A. Al Suqami | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Mohammed Atta | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Fayez Ahmed | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Al-Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Hamza Al-Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Marwan Al-Shehhi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Mohald Al-Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Khalid Al-Midhar | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| | | | | | |
|---|---|---|---|---|---|
| The Estate of Nawaf Al-Hazmi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Salem Al-Hazmi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Hani Hanjour | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Majed Moqued | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Saeed Al Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Ibrahim A. Al Haznawi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Al Nami | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ziad Samir Jarrah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Zacarias Moussaui | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Muhammad Atef | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Taliban | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muhammad Omar | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muslim Brotherhood | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

nydocs1-1039557.1

| | | | | | |
|---|---|---|---|---|---|
| Albert Friedrich Armand Huber | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al Barakaat Exchange LLC a/k/a Barakaat Bank | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Success Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Saar Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Benevolence International Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muwaffaq Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Mazin M.H. Bahareth | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Hassan Bahtzallah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |