# EXHIBIT C

القدس العربي

AL-QUDS AL-ARABI

DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising (Overseas) Ltd and is duly authorized to make this affidavit.

The Notice, a true copy of which is attached, was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14 DAY OF March 2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ----------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public





السنة السادسة عشرة ـ العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 ـ 2 ذو الحجة 1425 هـ
القدس 15

# إعلان قانوني

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

## الملحق أ

وكالة أران لخدمات تحويل الأموال، إنك
عباس عبد العلي
عبد الهادي العراقي
عبد الصمد الطائش
عبد المحسن الليبي
عبد الرحيم الناشري
عبد الرحمن الأرناؤوط أبو الأجر المعروف أيضاً بأبو عبد
عبد البارئ
عبد المحسن المعروف أيضاً بشركة عبد المحسن
عبد الغني مرودي
عبد الحليم رماضنة المعروف أيضاً بعبد الحليم رمضانة حامد
عبد الكريم حسن محمد الناصر
عبد العزيز علي
عبد الرزاق عدن
عبد العزيز الإبراهيم المعروف أيضاً بعبد العزيز بن إبراهيم الإبراهيم
عبد الفتاح زمار
عبد الرحمن العمودي
عبد الرحمن ياسين
عبد الرحيم محمد حسين
عبد الله بن لادن
عبد الله العبيد
عبد الله بن خالد الثاني
عبد الله أحمد عبد الله
عبد الله بن عبد المحسن التركي
عبد الله بن سعيد
عبد الله بن صالح العبيد
عبد الله م. المهدي
عبد الله عمر ناصيف المعروف أيضاً بعبد الله عمر
عبد الله قاسم
عبد الله حسين كامي
عبد الرحمن حسن شربكي
أبو الغني علي الدين
شركة ابراش
أبو عبد الرحمن المعروف أيضاً بأبو عبد الرحمن أمين
أبو عجب
أبو الماند
أبو حفص الموريتاني
أبو هاجر العراقي
أبو حمزة المصري
أبو إبراهيم المصري
أبو مصعب الزرقاوي
أبو قتادة الفلسطيني
أبو رضا السوري المعروف أيضاً بمحمد لؤي بايزيد
مجموعة أبو سياف
أبو سليمان
أبو وائل المعروف أيضاً بسعدون عبد اللطيف
أبو زبيدة
عادل بن سلطان
عادل محمد صادق بن كاظم
عدنان باشا
لجنة الإصلاح والنصح
إفاميا، إس. إي.
لجنة الدعم الأفغانية
أغوس بودیمان
أحمد عجاج
أحمد الحربي
أحمد إبراهيم المغسل
أحمد سعيد القدر
أحمد صلاح المعروف أيضاً بسليم
أحمد حسني رارو
أحمد إبراهيم النجار
أحمد خلفان غيلاني
أحمد خليل إبراهيم سمير العنج
أحمد محمد حامد المعروف أيضاً بأحمد محمد حامد علي
أحمد نور علي جمعالي
أحمد رسام
أحمد زكي اليماني
بنك العقيدة الخاص المحدود
شركة العقيدة للاستثمار المحدودة
الأمن الداخلي
الأمن الخارجي
الأنواء المعروفة أيضاً بالأنواء يو إس إي، إنك
البركة للتحويلات إل إل سي، المعروفة أيضاً بالبركة للتحويلات إل إل سي
بنك البركات المعروف أيضاً ببنك البركة
مسجد الفاروق

الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية
الشركة الخليجية لترويج الصادرات والتسويق
القاعدة المعروفة أيضاً بجيش القاعدة الإسلامي
الشمال للاستثمار والتنمية
بنك الشمال الإسلامي المعروف أيضاً بشمال بنك والمعروف أيضاً بشامل بنك والمعروف أيضاً ببنك الشمر
شركة الشقوى للتجارة والعقارات والصناعة المحدودة
مجموعة التقوى/ندى المعروفة أيضاً مجموعة التقوى/ندى لإدارة الأعمال
التوحيد
البركات
بنك البركات الصومالي بي إس إس (إس)
مجموعة البركات للتمويل
شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
البركات العالمية للاتصالات السلكية واللاسلكية
مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
البركات انترناشيونال المعروفة أيضاً ببراكو كومباني
البركات للاستثمار
منظمة البر السعودية
البر
مخابز العملاق للحلويات
مؤسسة الحرمين الإسلامية المعروفة أيضاً بالحرمين والمعروفة أيضاً بمؤسسة الحرمين والمعروفة أيضاً بالحرمين
الهجرة للتعمير والتنمية المحدودة
الاتحاد الإسلامي AIAI
مجموعة المستقبل
محلات النور لصالح العسل المعروفة أيضاً بمركز النور للعسل
صندوق الرشيد
الشيخ العراقي
مصانع عسل الشفاء للصناعة والتجارة
الوطنية للدواجن
ألبرت فريدريك أرمان هوبر
الجماعة الإسلامية الجزائرية المسلحة
علي عطوة
علي غالب همات
علي سعيد بن علي الحوري
أمين الحق
أنس الليبي المعروف أيضاً بأنس الليبي والمعروف أيضاً بناظم الراجحي والمعروف أيضاً بنزيه عبد الحميد الراجحي والمعروف أيضاً بأنس الصابئي
أنصار الإسلام
عقيل العقيل المعروف أيضاً بعقيل عبد العزيز العقيل
شركة الأسمنت العربي
عرفات الأسامي
مجموعة أوي
صندوق أمنات
صندوق أمنات المجد
عصبة الأنصار
عيادي شفيق بن محمد
أيمن الظواهري
مركز عزام للخدمات
با تقوى للتجارة والعقارات المحدودة
بكر م. بن لادن
بنك التقوى المحدود المعروف أيضاً ببنك التقوى المحدود والمعروف أيضاً ببنك التقوى
شركة بركة للتجارة
بركات بوستفن
شركة بركات للبناء
مؤسسة بركات
مجموعة شركات بركات
بركات نورث أمريكا، إنك
بركات البحر الأحمر للاتصالات السلكية واللاسلكية
شركة بركات للاتصالات السلكية واللاسلكية صوماليا
بنك بركات والتحويلات
بركات لاستثمارات الكمبيوتر BCC
مجموعة بركات الاستشارية BCG
شركة بركات العالمية للهواتف
شركات بركات الدولية BKCO
بركات بوست إكسبرس BPE
شركة بركات للمشروبات
شركة بركات للاتصالات السلكية واللاسلكية

ليمتد BTELCO
شركة بركات للتحويلات السلكية المعروفة أيضاً بخدمات بركات السلكية
شركة باراكوا التجارية LLC
مستشفى البشائر
بسام دالاتي ستاوت
صندوق البر الدولي
مؤسسة البر الدولية المعروفة أيضاً بالبر الدولية والمعروفة بمؤسسة البر الدولية ـ كندا والمعروفة أيضاً بمؤسسة البر الدولية ـ الولايات المتحدة الأمريكية
بن صياح بالقاسم
بلال بن مروان
مؤسسة الإغاثة المباركة
بوسنكا ايديلنا فيونررا
فرع البوسنة والهرسك لمؤسسة الحرمين الإسلامية
إبراهيم بن هدلي حمامي
مؤسسة سمستين إمبكس
شهيب بن محمد أبابري
كويبص
كونتراتاس جيوما
ظاهر عبد الله عويس
شركة دلة أفكو ترانس أوربيا المحدودة
الدكتور محمود دخيل
الدكتور محمد علي الجاري
بنك دبي الإسلامي
الجهاد الإسلامي المصري
عصام الريدي
يوروكوفيا لويرامس. إس. أ.
فهد الثوميري
فهد محمد علي مسلم
فاروق الحجازي
فازيه أحمد
فزوان عبد الله محمد
فتحي بن ربيع مصري
فوزي جندوبي
جارد جاما
فصوب الأبرش غليون المعروف أيضاً بأبو مصعب
المصدر العالمي للماس المعروف أيضاً بشركة المصادر العالمية للماس
مؤسسة الإعانة العالمية المعروفة أيضاً بمؤسسة سيكورس موندیال
جلب الدين حكمتيار
الفرقة الخليجية والأفريقية
المركز الخليجي أس. ار. ال.
شركة الصمغ العربي المحدودة
حبيب فارس عبد الله المموري
حبيب وداني
حاج عبد المنان أغا
حاج محمد أكرم
حمد حسيني
حماس
هاني رمضان
حسن عز الدين
هاشم عبد الرحمن
حسن أ.أ. بحفظ الله
حسن ضاهر عويس
حسن الترابي
حيدر محمد بن لادن
حازم رجب
ساعدوا الشعب الأفريقي
حياة العليا
الحزب الإسلامي
هشام أرناؤوط
جمعية القلق الإنساني الدولية المعروفة أيضاً بالقلق الإنساني الدولي
حسين محمود عبد القادر
ابن الشيخ الليبي
إبراهيم باه
إبراهيم بن عبد العزيز
مؤسسة إبراهيم بن عبد العزيز الإبراهيم
إبراهيم حسب الله
إبراهيم محمد المندي
إبراهيم س. عبد الله
إبراهيم صالح محمد اليعقوب
إيهاب علي
عماد الدين بركات يركز والمعروف أيضاً بأبو دحداح
عماد مغنية
إمبلوكس نك العزيزية
معهد ميلان المعروف أيضاً بإنستيتوتو كولتورالي إسلاميكو دي ميلانو
إنترناشيونال والمعروف أيضاً بيرسي
وكالة المخابرات العراقية المعروفة أيضاً بالمخابرات والمعروفة أيضاً بالمخابرين والمعروفة أيضاً بالقاري والمعروفة أيضاً

بوحدة 99 والمعروفة أيضاً بعمليات خاصة م.ـ 8
وكالة الإغاثة الإسلامية الأفريقية
جيش عدن الإسلامي
المركز الثقافي الإسلامي في جنيف
المعهد الثقافي الإسلامي لميلان
اللواء الإسلامي الدولي المعروف أيضاً باللواء الإسلامي الدولي لحفظ السلام
حركة أوزبكستان الإسلامية
عز الدين السيد المعروف أيضاً بعز الدين السيد محمد
جيش محمد
جليل شنواري
جمال أحمد محمد
جمال البدوي
جمال ثوربه
جميل قاسم سعيد المعروف أيضاً بجميل قاسم سعيد محمد
جمعية الفنون الإسلامية المعروفة أيضاً بسوسايتي أوف إسلاميك كوربيشن
منظمة الجماعة الإسلامية
خالد بن محفوظ
خالد نوري
خالد شيخ محمد
خليل جرايه
لاشكار أي جانجهلي
لاشكار ريتيار الإسلامي
لاشكار الطيبي
لازهار بن محمد تكيلي
حزب الله اللبناني المعروف أيضاً بحزب الله والمعروف أيضاً بحزب الله
لبيان حسين
آيوئيل ديوموئت
لجين الإيمان
شركة م. م. بانكوك لخدمات تقديم الطعام والتجارة
مهدي شارمان ساليهي
محمود جاب الله
مكتب الخدمات
ممدوح محمود سليم المعروف أيضاً بأبو هاجر العراقي
مأمون دارخزانلي
شركة مأمون دارخزانلي للاستيراد والتصدير
منصور ثائر
منصوري القاضي
مسجد المدينة المنورة
مولاي عبد الكبير
مازن م. هـ. باحارث
مهدي كمون
وكالة الرحمة للإغاثة الدولية
سيهجا ـ الكيزي السويسري، المعروف أيضاً بمنظمة ميهجا ـ الكيزي السويسري أس. أ.
الخليج والفرقة الإفريقية
محمد باباوذ
محمد البهي
محمد س. محمد
محمد المصري
محمد الجهني
محمد الشوربجي
محمد علي حسن المؤيد
محمد علي سيد مشيط
محمد أمين عقلي
محمد باحارث
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد حسين العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة
محمد خير السقا المعروف أيضاً بأبو البرباء
محمد خطيب
محمد منصور
محمد نور رحمي
محمد عيش
محمد عمر الحرازي
محمد شرقاوي
محرز اميوني
منذر بزاوي
جبهة مورو للتحرير الإسلامي
منير بن حبيب جراية
منير المتصدق
موسى بن عمرو السعدي
مفتي محمد رشيد
مفتي رشيد أحمد لاديهيانوي
محمد أبو إسلام
محمد الحماتي

محمد عاطف المعروف أيضاً بتركة محمد عاطف
محمد عمر
محمد صلاح
محمد غالب خلاجه زويدي المعروف أيضاً بأبو طلحة
محمد ع. الفقيهي
محمد مهدي صلاح
محسن موسى متولي عطوة
الملا كاكشار
مؤسسة مشايط للتجارة
الأخوة المسلمين
مصطفى أحمد الحسياوي المعروف أيضاً بشيخ سعيد والمعروف أيضاً بشيخ سعيد والمعروف أيضاً بمصطفى محمد أحمد
مصطفى القادر
مصطفى محمد فاضل
منعم عبد الرحيم
مؤسسة موفق المعروفة أيضاً بمؤسسة الإغاثة المباركة
مظفر خان
نبيل بن حطية
ندى انترناشيونال انستالت
منظمة ندى الإدارية
منظمة ندى الإدارية، أس. أ.
نجيب عواد
ناصكو للخدمات اس. ار. ال.
ناصكو نصر الدين القابضة أ. اس.
ناصكو تكس اس. أ.
شركة نصر الدين ناصكو اس. أ. اس. دي
أحمد ادريس نصر الدين اي. سي.
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
بنك التنمية الوطني
الصندوق القومي للتأمين الاجتماعي
الجبهة الإسلامية الوطنية
مركز الاستخبارات والإدارة القومي
نضال صالح المعروف أيضاً بهيكم
نبو باباموند القابضة
نور جليل
نور جامان رضوان اسم الدين المعروف أيضاً بالحمبلي
عمر أبو عمر
عمر البيومي
عمر م. بن لادن
أسامة باسنان
الجهاد الإسلامي الفلسطيني
شركة باركا التجارية
بواجن بيمونت
بروموسيونيز إي كونستروكيونيز ليتيون بريكوته اس. أ.
بريكتوس إدبسيان
بريكتوس إي بروموسيونيز ايزو
بريكتوس إي بروموسيونيز بارداير. اس. ل.
كوين سيتي للسجائر والحلوى
ربيع حداد
رشيد فيطار المعروف أيضاً برشيد فيطار
راشد حجازي
رمزي محمد عبد الله بن الشيبه المعروف أيضاً برمزي محمد عبد الله عمر
شركة بركات البحر الأحمر المحدودة
كتيبة شهداء الشيشان رياض الصالحين للاستطلاع والتخريب
س. م. ظفر
مؤسسة صفر
صابر لامار
صدام حسين
صفر الحوالي
سعيد بهاجي
سيف العادل
سيف الإسلام المصري
مجموعة السلفيين للدعوة والقتال
صلاح بادام
صلاح سليمان
صالح الحسين
صالح فزاز
صالح محمد بن لادن
سالم بن لادن
سلمان العودة
سامي عمر الحسين
سمير كلك
سمير صلاح
سنابل إنك
سنابل الخير إنك

سنابل الخير
سفور صلاح
صقر الصداوي
مجموعة بن لادن السعودية
شركة بن لادن السعودية الدولية
شركة الأسمنت السعودية بالدمام
البنك السعودي السوداني
سيف العدل
سعد الشريف
شهير عبد الرؤوف باترجي
شيخ سعيد المعروف أيضاً بمصطفى محمد أحمد
شيخ عادل جليل باترجي المعروف أيضاً بعادل عبد الجليل باترجي
شيخ عبد الله عزام المعروف أيضاً بأبو محمد
شيخ عبد العزيز ناجي
شيخ أحمد سليم سويدان
شيخ عمر بكري محمد
شيخ يوسف القرضاوي
سليمان ?. س. الهث
فرع الصومال لمؤسسة الحرمين الإسلامية
الشركة الصومالية للانترنت
فوج الإسلام للأغراض الخاصة
مؤسسة النجاح
سليمان العلي
سعيد سليمان أحمر
طابا للاستثمارات
بنك التضامن الإسلامي المعروف أيضاً ببنك التضامن
طه ياسين رمضان
مجموعة العيبة للمعونة الدولية
طلال محمد بادكوك
تانزانيت كنج
طارق أيوبي
طارق م. بن لادن
طارق م. السويدان
طارق أنور السيد أحمد
منظمة العلماء للمعونة
لجنة الدفاع عن الحقوق الشرعية
تركة مروان الشحي
تركة فايز أحمد المعروف أيضاً ببني حماد فايز
تركة أحمد الغامدي
تركة حمزة الغامدي
تركة مهند الشهري
تركة سطام م.أ. السوقامي
تركة عبد العزيز العمري
تركة وليد م. الشهري
تركة وائل الشهري
تركة محمد عطا
تركة خالد المذار
تركة نواف الحزمي
تركة هاني حنجور
تركة سالم الحزمي
تركة ماجد موكد
تركة زياد سمير جراح
تركة أحمد إبراهيم أ. الحزناوي
تركة سعيد الغامدي
تركة أحمد النامي
تركي فصي حسين
تركة عدي حسين
الطالبان
ثروة صلاح شحاتة
حركة تركستان الإسلامية
اتحاد علماء أفغانستان
عمر فاروق
أمة تامير ـ أ ـ ناو يو كي إن ؟
أسامة بن لادن المعروف أيضاً بأسامة بن لادن
وادي العقيق
منظمة الوفاء الإنسانية
وليد السروري
ياسين القاضي
ياسين شفوري
ياسر السري المعروف أيضاً بعمار
يزيد سوفات كوالالمبور ماليزيا
إسلام م. بن لادن
يوسف جميل
يوسف عبداوي
يوسف م. ندى وشركاه جيزيلشافت MBH
مؤسسة يوسف م. ندى
يوسف ندى المعروف أيضاً بيوسف مصطفى ندى
يوسف أحمد علي
زكريا موساوي
زاهر ح. كاظمي
زكريا الصبار
لجنة الزكاة
زياد خليل

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم 03 MDL 1570 (RCC): إعلان تقديم الشكاوي، أصدر القاضي ريتشارد سي. كيزي أمر تبليغ بالنشر في الصحف في 15 سبتمبر (أيلول) 2004، ولقد تمّ الأمر بنشر الإجراء القانوني للعنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس إي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تُنشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوي الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تمّ تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه. ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، 500 بيرل ستريت، نيويورك، نيويورك (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوي خلال مدة ستين (60) يوماً من نشر الإعلان. في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوي المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوي الحصول على أضرار تعويضية، وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.

7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on <u>Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005</u> the following advertisement-<u>LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW</u> was published in **USA TODAY.**

_____
Principal Clerk of USA TODAY
January 13, 2005

Subscribed and sworn to before me
This 14th day of January month
2005 year.

_____
Notary Public

My Commission Expires 3/31/2005

*USA TODAY*

**LEGAL NOTICE**

To Named Defendants listed below:

- Aaran Money Wire Service Inc.
- Abbes Abdi Ali
- Abd el-Hadi al-Iraqi
- Abd Al Samad Al-Ta'ish
- Abdul Mushin Al-Libi
- Abdul-Rahim Al-Nashiri
- Abdurahman Alamout Abu Aljer
- a/k/a Abu Obed
- Abdel Barry
- Abdel Hussein a/k/a Estate of Abdel Hussein
- Abdelghani Mzoudi
- Abdelhalim Remadna
- Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
- Abdelkarim Hussein Mohamed Al-Nasser
- Abdul Aduaziz Ali
- Abdul Salik Aden
- Abdul Aziz Al Ibrahim a/k/a Abdul Azizz Ibrahim Al Ibrahim
- Abdul Fattah Zammar
- Abdurahman Alamoudi
- Abdul Rahman Yasin
- Abdul Rahim Mohammed Hussein
- Abdula Bin Laden
- Abdulla Al Obaid
- Abdulla Bin Khalid Al Thani
- Abdullah Ahmed Abdullah
- Abdullah Bin Abdul Muhsen Al Turki
- Abdullah Bin Said
- Abdullah Bin Saleh Al-Obaid
- Abdullah M. Al-Mahdi
- Abdullah Omar Naseef a/k/a Abdullah Omar
- Abdullah Qassim
- Abdullahi Hussein Kahie
- Abdurahman Hassan Sharbatly
- Abolghasem Ali Eideen
- Abrash Company
- Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
- Abu Hajab
- Abu Maid
- Abu Hafs the Mauritanian
- Abu Hajer Al Iraqi
- Abu Hamza Al-Masri
- Abu Ibrahim Al-Masri
- Abu Musab Al-Zarqawi
- Abu Saud Al Bir Saudi Organization
- Abu Rida Al Suri a/k/a Mohammed
- Loay Bayazid
- Abu Sayef Group
- Abu Sulayman
- Abu Ubai'el a/k/a Sadoun Abdul Latif
- Abu Zubaydah
- Adel Ben Soltane
- Adel Muhammad Sadiq Bin Kazem
- Adnan Basha
- Advice and Reformation Committee
- Afamia, SL
- Afghan Support Committee
- Agus Budiman
- Ahmad Ajaj
- Ahmed Al Harbi
- Ahmad Ibrahim Al-Mughassil
- Ahmed Sa'id Al-Kadr
- Ahmed Salah a/k/a Salim
- Ahmed Hasni Rambo
- Ahmed Ibrahim Al Najjar
- Ahmed Khalfan Ghailani
- Ahmed Khalil Ibrahim Samir Al-Ani
- Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
- Ahmed Nur Ali Jim'ale
- Ahmed Ressam
- Ahmed Zaki Yamani
- Akida Bank Private Limited
- Akida Investment Co. Ltd.
- Al Aqeel
- Al Amin Al-Dakhill
- Al Amin Al-Kharji
- Al Anwa a/k/a Al Anwa USA, Inc.
- Al Barake Exchange LLC a/k/a Al Barakaat Exchange LLC
- Al Barakaat Bank a/k/a Al Baraka Bank
- Al Farooq Mosque
- Al Gama'a al-Islamiyya a/k/a Al-Gammah Al Islamiah
- Al Khaleejia for Export Promotion and Marketing Company
- Al Qaida a/k/a Al Qaeda Islamic Army
- Al Shamal For Investment and Development
- Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Al Shamel Bank
- Al Taqwa Trade, Property and Industry Company Limited
- Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
- Al Tawhid
- Al-Barakaat
- Al-Barakat Bank of Somalia (BSS)
- Al-Barakat Finance Group
- Al-Barakat Financial Holding Co. a/k/a Al-Barakaat Financial Company
- Al-Barakat Global Telecommunications
- Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakat Group
- Al-Barakat International a/k/a Baraco Co.
- Al-Barakat Investments
- Al-Bir Saudi Organization
- Al-Birr
- Al-Hamati Sweets Bakeries
- Al-Haramain Islamic Foundation a/k/a Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
- Al-Hijrah Construction and Development Limited
- Al-Ithaad al-Islamiya (AIAI)
- Al-Mustaqbal Group
- Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
- Al-Rashid Trust
- Al-Shaykh Al-Iraqi
- Al-Shifa' Honey Press for Industry and Commerce
- Al-Watania Poultry
- Albert Fredrich Armand Huber
- Algerian Armed Islamic Group
- Ali Atwa
- Ali Ghaleb Himmat
- Ali Saed Bin Ali El-Hoorie
- Amin Al-Haq
- Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazih Al-Raghie a/k/a Nazih Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
- Ansar al-Islam
- Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
- Arab Cement Company
- Arafat El-Asahi
- Ary Group
- ASAT Trust
- ASAT Trust Registered
- Asbat al-Ansar
- Ayadi Chafiq Bin Muhammad
- Ayman al-Zawahiri
- Azzam Service Center
- BA Taqwa for Commerce and Real Estate Company Ltd.
- Bakr M. Bin Laden
- Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
- Baraka Trading Company
- Barakaat Boston
- Barakaat Construction Company
- Barakaat Enterprise
- Barakaat Group of Companies
- Barakaat North America, Inc.
- Barakaat Red Sea Telecommunications
- Barakaat Telecommunications Co. Somalia
- Barakat Bank and Remittances
- Barakat Computer Consulting (BCC)
- Barakat Consulting Group (BCG)
- Barakat Global Telephone Company
- Barakat International Companies (BICO)
- Barakat Post Express (BPE)
- Barakat Refreshment Company
- Barakat Telecommunications Company Limited (BTELCO)
- Barakat Wire Transfer Company a/k/a Al Barakat Wire Service
- Barako Trading Company, LLC
- Bashsh Hospital
- Bassam Dalati Satut
- Benevolence International Fund
- Benevolence International Foundation a/k/a Al Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA
- Bensayah Belkacem
- Bilal Bin Marwan
- Blessed Relief Foundation
- Bosanska Ideelna Futura
- Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
- Brahim Ben Hedili Hamami
- Cemstel Impex Establishment
- Chiheb Ben Mohamed Ayari
- Cobis
- Contratas Gloma
- Dahir Ubeidullahi Aweys
- Dallah Avco Trans Arabia Co. Ltd.
- Dr. Mahmoud Dakhil
- Dr. Mohaman Ali Elgari
- Dubai Islamic Bank
- Egyptian Islamic Jihad
- Essam Al Ridi
- Eurocovia Obras, S.A.
- Fahad Al-Thumairy
- Fahid Mohammed Ally Msalam
- Fariq Al-Hijazi
- Fazeh Ahed
- Fazul Abdullah Mohammed
- Fethi Ben Rebai Masri
- Fouzi Jendoubi
- Garad Jama
- Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
- Global Diamond Resource a/k/a Global Diamond Resources Inc.
- Global Relief Foundation a/k/a Jemaah Islamiya Organization
- Gulbuddin Hekmatyar
- Gulf and African Chamber
- Gulf Center S.R.L.
- Gum Arabic Company Limited
- Habib Faris Abdullah Al-Mamouri
- Habib Waddani
- Hajj Abdul Manan Agha
- Hajj Mohamad Akram
- Hamad Hussaini
- Hamas
- Hari Ramadan
- Hasan Izz-Al-Din
- Hashim Abdulrahman
- Hassan A.A. Bahfzeilah
- Hassan Dahir Aweys
- Hassan Al Turabi
- Haydar Mohamed Bin Laden
- Hazem Ragab
- Help African People
- Heyatul Ulya
- Hezb-e-Islami
- Hisham Arnaout
- Human Concern International Society a/k/a Human Concern International
- Hussein Mahmoud Abdulkadir Ibn al-Shaykh al-Libi
- Ibrahim Bah
- Ibrahim Bin Abdul Aziz
- Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
- Ibrahim Hassabella
- Ibrahim Muhammed Afandi
- Ibrahim S. Abdullah
- Ibrahim Salih Mohammed Al-Yacoub
- Ihab Ali
- Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
- Imad Mughniyeh
- Infocus Tech of Malaysia
- Institute of Milan a/k/a Instituto Culturale Islamico DeMilano International a/k/a Mercy International a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8 Special Operations
- Islamic African Relief Agency
- Islamic Army of Aden
- Islamic Cultural Center of Geneva
- Islamic Cultural Institute of Milan
- Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
- Islamic Movement of Uzbekistan
- Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed
- Jalsh-I-Mohammed
- Jalil Shinwari
- Jamal Ahmed Mohammed
- Jamal Al-Badawi
- Jamal Nyrabeh
- Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
- Jarh'Yah Ta'Awun At-Islamia a/k/a Society of Islamic Cooperation
- Khaled Bin Mahfouz
- Khaled Nouri
- Khalid Shaikh Mohammed
- Khalil Jarraya
- Lashkar I Janghvi
- Lashkar Redayan-E-Islami
- Lashkar-e-Tayyiba
- Lazhar Ben Mohammed Tilli
- Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballad
- Liban Hussein
- Lionel Dumont
- Lujain Al-Iman
- M.M. Badkook Company for Catering & Trading
- Mehdi Chamran Savehi
- Mahmoud Jaballah
- Makhtab al-Khidamat
- Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
- Mamoun Darkazanli
- Mamoun Darkazanli Import-Export Company
- Mansour Thaer
- Mansouri Al-Kadi
- Masjed Al Madinah Al Munawarah
- Maulvi Abdul Kabir
- Mazin M.H. Bahareth
- Mendi Kammoun
- Mercy International Relief Agency
- Miga-Malaysian Swiss a/k/a Miga-Malaysian Organization SA Gulf and African Chamber
- Mohamed Bayazid
- Mohamed Albanna
- Mohammed S. Mohammad
- Mohammed Al Massari
- Mohammed Al-Issai
- Mohammed Alchurbejl
- Mohammed Ali Hasan Al Moayad
- Mohammed Ali Sayed Mushayt
- Mohammed Amine Akli
- Mohammed Bahareth
- Mohammed Bin Abdullah Al-Jomaith
- Mohammed Bin Faris
- Mohammed Bin Laden Organization
- Mohammed Chehade
- Mohammed Hussein Al-Amoudi
- Mohammed Iqbal Abdurrahman
- Mohammed Jamal Khalifa
- Mohammed Khair Al Saqqa a/k/a Abu Al Derda
- Mohammed Khatib
- Mohammed Mansour
- Mohammed Nur Rahmi
- Mohammed Omeish
- Mohammed Omar Al-Harazi
- Mohammed Sarkawi
- Mohrez Amdouni
- Mondher Baazaoui
- Moro Islamic Liberation Front
- Mounir Ben Habib Jerraya
- Mounir El-Motassadeq
- Moussa Ben Amor Essaadi
- Mufti Mohammed Rashid
- Mufti Rashid Ahmad Ladehyanoy
- Muhammad Abu-Islam
- Muhammad Al-Hamati
- Muhammad Atif a/k/a Estate of Muhammad Atef
- Muhammad Omar
- Muhammad Salah
- Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
- Muhammed J. Fakihi
- Muhammed Mahdi Salah
- Muhsin Musa Matwalli Atwah
- Mullah Kakshar
- Mushayt for Trading Establishment
- Muslim Brotherhood
- Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
- Mustafa Al-Kadir
- Mustafa Mohamed Fadhil
- Mustasim Abdel-Rahim
- Muwaffaq Foundation a/k/a Blessed Relief Foundation
- Muzaffar Iqbal
- Nabil Benatifa
- Nada International Anstalt
- Nada Management Organization
- Nada Management Organization, SA
- Najib Ouaz
- Nascoservice S.R.L.
- Nasco Nasreddin Holding A.S.
- Nascotex S.A.
- Nasreddin-Company Nasco SAS Di Ahmed Idris Nasseddin EC
- Nasreddin Foundation
- Nasreddin Group International Holding Ltd.
- Nasreddin International Group Limited Holding
- National Development Bank
- National Fund for Social Insurance
- National Islamic Front
- National Management Consultancy Center
- Nedal Saleh a/k/a Hitem
- New Diamond Holdings
- Noor Jalli
- Nurjaman Riduan Ismuddin a/k/a Hambali
- Omar Abu Omar
- Omar Al-Bayoumi
- Omar M. Bin Laden
- Osama Bassnan
- Palestine Islamic Jihad
- Parka Trading Company
- Piedmont Poultry
- Promociones Y Construcciones Tetuan Pricote, S.A.
- Proyectos Edispan
- Proyectos Y Promociones Iso
- Proyectos Y Promociones Pardise, S.L.
- Queen City Cigarettes and Candy
- Rabih Haddah
- Rachid Fehar a/k/a Rachid Fettar
- Raed Hijazi
- Ramzi Mohammed Abdullah Binaishibh a/k/a Ramzi Mohamed Abdallah Omar
- Red Sea Barakat Company Limited
- Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs
- S.M. Tufail
- Saar Foundation
- Sabir Lamar
- Saddam Hussein
- Safar Al-Hawali
- Said Bahaji
- Saif Al-Adel
- Saif Al Islam El Masry
- Salafist Group for Call and Combat
- Salah Badahdh
- Salah Suleiman
- Saleh Al-Hussayen
- Saleh Gazaz
- Saleh Mohamed Bin Laden
- Salem Bin Laden
- Salman Al-Ouda
- Sami Omar Al-Hussayen
- Samir Kishk
- Samir Salah
- Sana-Bell, Inc.
- Sanabel Al-Kheer, Inc.
- Sanabil Al-Khair
- Sanur Salah
- Saqar Al-Sadawi
- Saudi Bin Laden Group
- Saudi Bin Laden International Company
- Saudi Cement Company in Damman
- Saudi Sudanese Bank
- Sayf al-Adl
- Sa'd Al-Sharif
- Shahir Abdulraoof Batterjee
- Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
- Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
- Sheikh Abdullah Azzam a/k/a Abu Muhammed
- Sheikh Abu Bdul Aziz Nagi
- Sheikh Ahmed Salim Swadan
- Sheikh Omar Bakri Muhammad
- Sheikh Yusuf Al-Qardawi
- Soliman H.S. Al-Buthe
- Somalia branch of Al Haramain Islamic Foundation
- Somalia Internet Company
- Special Purpose Islamic Regiment
- Success Foundation
- Sulaiman Al-Ali
- Syed Suleman Ahmer
- Taba Investments
- Tadamon Islamic Bank a/k/a Tadamon Bank
- Taha Yassin Ramadan
- Talbah International Aid Association
- Talal Mohammed Badkook
- Tanzanite King
- Tarek Ayoubi
- Tarek M. Bin Laden
- Tareq M. Al-Swaidan
- Tariq Anwar al-Sayyid Ahmad
- The Aid Organization of the Ulema
- The Committee for the Defense of Legitimate Rights
- The Estate of Marwan Al-shehhi
- The Estate of Fayez Ahmed a/k/a Banihammad Fayez
- The Estate of Ahmed Al Ghamdi
- The Estate of Hamza Al Ghamdi
- The Estate of Mohald Al Shehri
- The Estate of Satam M. A. Al Suqami
- The Estate of Abdulaziz Al Omari
- The Estate of Waleed M. Al Shehri
- The Estate of Wail Al Shehri
- The Estate of Mohammed Atta
- The Estate of Khalid Al Midhar
- The Estate of Nawaf Al Hazmi
- The Estate of Hani Hanjour
- The Estate of Salem Al Hazmi
- The Estate of Majed Moqed
- The Estate of Ziad Samir Jarrah
- The Estate of Ahmed Ibrahim A. Al Haznawi
- The Estate of Saeed Al Ghamdi
- The Estate of Ahmed Al Nami
- The Estate of Qusay Hussein
- The Estate of Uday Hussein
- The Taliban
- Thirwat Salah Shihata
- Turkistan Islamic Movement
- Ulema Union of Afghanistan
- Umar Faruq
- Umma Tameer-E-Nau (UTN)
- Usama Bin Laden a/k/a Osama Bin Laden
- Wadi Al Aqiq
- Wafa Humanitarian Organization
- Walid Al-Sourouri
- Yasin Al-Qadi
- Yassine Chekkouri
- Yassir Al-Sirri a/k/a Ammar
- Yazid Sufaat of Kuala Lumpur Malaysia
- Yeslam M. Bin Laden
- Yousef Jameel
- Youssef Abdaoui
- Youssef M. Nada & Co. Gesellschaft NBH
- Youssef M. Nada Establishment
- Youssef Nada a/k/a Youssef Mustafa Nada
- Yusaf Ahmed Ali
- Zacarias Moussaoui
- Zahir H. Kazmi
- Zakarlya Essabar
- Zakat Committee
- Ziyad Khaleel

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS. Judge Richard C. Casey issued an Order or service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the *International Herald Tribune* and the *USA Today*, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terroristlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

# Herald INTERNATIONAL Tribune
PUBLISHED BY THE NEW YORK TIMES

229 WEST 43RD STREET, NEW YORK, NY 10036, USA
PHONE: (212) 556-7707  FAX: (212) 556-7706

DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East, Far East and the Americas. The notice, a true copy of which is attached,
was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

_____
Judith King, Legal Notice Manager

Sworn before me on this 24th day of February 2005 in the state of New York.

_____
Notary Public

**DANA ROSALES**
**Notary Public, State of New York**
No. 01RO6059690
Qualified in New York County
Commission Expires August 29, 2007

THE WORLD'S DAILY NEWSPAPER

# LEGAL NOTICE
## To named Defendants listed below:

Tribune

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samed Al-Ta'ish
Abd Al-Muhsin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdalrahman Alamoudi Abu Afer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdul-Fettah Zammar
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mehdi
Abdullah Omar Naseef a/k/a Abdallah Omar
Abdullah Qassim
Abdullahi Hussein Kahie
Abdurahman Hassan Sharbatly
Abelmagne Ali Eideen
Abrash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Agab
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filastini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Alamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'id Al-Kadr
Ahmad Salah a/k/a Salim
Ahmed Hasni Rambo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji

Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Al-Gammah Al Islamiah
Al Khaleejia for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Shamal Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co. a/k/a Al-Barakat Financial Company
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih
Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center

SA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company

Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company a/k/a Al Barakaat Wire Service
Baraka Trading Company, LLC
Basheh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence-International Foundation a/k/a Al-Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Botanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami

Cemsteel Impex Establishment
Chheb Ben Mohamed Ayari
Cobis
Contratas Gioma

Dahir Ubaidullahi Aweys
Dalah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dekhil
Dr. Mohamed Ali Elgari
Dubai Islamic Bank

Egyptian Islamic Jihad
Essam Al-Bedawi
Eurocovia Obras, S.A.

Fahad Al-Thumairy
Fahid Mohammed Aly Msalam
Faruq al-Hijazi
Fazeh Ahed
Fazul Abdullahi Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoobi

Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited

Habib Faris Abdullah Al-Mamouri
Habib Waddani
Haj Abdul Manan Agha
Haj Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hassan Izz-Al-Din
Hashim Abduirahman
Hassan A.A. Behtzallah

Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hichami Arnaout
Human Concern International Society a/k/a Human Concern International
Hussein Mahmud Abdulkadir

Ibn al-Shaykh al-Libi
Ibrahim Beh
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Mohammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddie Barakat Yarkas a/k/a Abu Dahdah
Imad Mugniniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhaberat a/k/a The Fedayeen a/k/a Al-Qa'e a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed

Jeish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Bedawi
Jamal Nyabeh
Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization

Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya

Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballad
Liban Hussein
Lionel Dumont
Lujain Al-Iman

M.M. Backook Company for Catering & Trading
Mahdi Chamran Saveli
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company

Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a Miga-Malaysian Organization SA Gulf and African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammed S. Mohammed
Mohammed Al Massad
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Al Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chebade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mofrez Amdouni
Moncher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of Muhammed Atef
Muhammad Omar
Muhammad Saleh
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwafaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn

Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.

Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jafi
Nurjaman Riduan Ismuddin a/k/a Hambali

Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan

Palestine Islamic Jihad
Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan Prioote, S.A.
Proyectos Ediepah
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.

Queen City Cigarettes and Candy

Rabih Haddah
Rachid Fetar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs

S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Sahir Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden

Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishir
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Kheir
Sanus Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf el-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Naqi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Shaikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Sulaiman Ahmer

Taba Investments
Tadamon Islamic Bank a/k/a Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Backook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Taric Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a Banihammad Fayez

The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjoor
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement

Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden

Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sowroun

Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousaf Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali

Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.

Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.sept11terrorlitigation.com.