UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 06 2014

Any opposition to the Renewed Motion to Dismiss of the Kingdom and SHC is due on or before December 30, 2014. Any reply is due on or before January 30, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before December 30, 2014. Any reply is due on or before January 30, 2015.

Dated: November 6, 2014
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge