UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) |

This filing applies to:

*The Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (FM)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

November 18, 2014

                                             By: /s/ Bruce E. Strong
                                                    Bruce E. Strong

                                                    Anderson Kill P.C.
                                                    1251 Avenue of the Americas
                                                    New York, New York 10020-1182
                                                    Telephone: 212-278-1000

                                                    Attorneys for Plaintiffs
                                                    Estate of John P. O'Neill, Sr., et al.