UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to:   Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD)

## REQUEST TO THE CLERK OF COURT FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SERVED BY PUBLICATION PURSUANT TO THE SEPTEMBER 16, 2004 ORDER OF THE HONORABLE RICHARD C. CASEY AND FOR A CLERK'S CERTIFICATE OF DEFAULT

TO THE CLERK OF COURT:  Please enter default of all defendants served by publication in the above-referenced action by Plaintiffs Estate of John P. O'Neill, Sr. *et al.* based on the September 16, 2004 Order of the Honorable Richard C. Casey, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the accompanying affidavit of Jerry S. Goldman, Esq.  Please further issue a Clerk's Certificate of Default in the form attached to the accompanying affidavit of Jerry S. Goldman, Esq.

Dated:  November 25, 2014
        New York, New York

/s/ Jerry S. Goldman
Jerry S. Goldman, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020