# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM)<br><br>**Clerk's Certificate of Default** |

This document relates to:   Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD)

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the above-referenced action Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD) was commenced in the United States District Court for the Southern District of New York on March 10, 2004 by the filing of Plaintiffs' Complaint. Plaintiffs' Amended Complaint was filed September 27, 2004. Each of the Defendants listed below was served by publication pursuant to an Order by the Honorable Richard C. Casey dated September 16, 2004, permitting service by publication, and proofs of such service were filed on the dates set forth below.

I further certify that the docket entries indicate that the Defendants listed below did not file an answer or otherwise move with respect to Plaintiffs' Amended Complaint. The default of the Defendants listed below is hereby noted.

Dated: _____, 2014
         New York, NY

RUBY J. KRAJICK
Clerk of the Court

By: _____
         Deputy Clerk

| |
|---|
| Bank Al-Taqwa Ltd. |
| Nada International Anstalt |
| Youssef M. Nada & Co. |
| Albert Friedrich Armand Huber |
| Ali Ghaleb Himmat |
| Akida Bank Private Limited |
| Al Barakaat Exchange LLC a/k/a Barakaat Bank |
| Nada Management Organization, S.A. |
| Youssef M. Nada |
| Youssef M. Nada & Co. Gesellschaft M.B.H. |
| Ahmed I. Nasreddin |
| Nasco Nasreddin Holding A.S. |
| Nascoservice S.R.L. |
| Nascotex S.A. |
| Nasreddin Company Nasco SAS DI Ahmed Nasreddin EC |
| Nasreddin Foundation |
| Nasreddin Group International Holding |
| Nasreddin International Group Limited Holding |
| Success Foundation |
| Saar Foundation |
| Benevolence International Foundation |
| Muwaffaq Foundation |
| Mazin M.H. Bahareth |
| Hassan Bahtzallah |