# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) <br><br> **Clerk's Certificate of Default** |

This document relates to:   Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04-CV-1076 (GBD)

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the above-referenced action Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04-CV-1076 (GBD) was commenced on August 20, 2003 as action number 03-CV-1766 (RBW) in the United States District Court for the District of Columbia and transferred to this Court by the Judicial Panel on Multidistrict Litigation. Plaintiffs' First Amended Complaint was filed September 28, 2004. Each of the Defendants listed below was served by publication pursuant to an Order by the Honorable Richard C. Casey dated September 16, 2004, permitting service by publication, and proofs of such service were filed on the dates set forth below.

I further certify that the docket entries indicate that the Defendants below did not file an answer or otherwise move with respect to Plaintiffs' First Amended Complaint. The default of the Defendants listed below is hereby noted.

Dated: _____ ___, 2014
       New York, NY

                                        RUBY J. KRAJICK
                                        Clerk of the Court

                                        By: _____
                                            Deputy Clerk

nydocs1-1001211.2

| |
|---|
| Saddam Hussein |
| The Estate of Quday Hussein |
| The Estate of Uday Hussein |
| Abdel Hussein (a/k/a/ "The Ghost") |
| Ahmed Khalil Ibrahim Samir Al-Ani |
| Faruq Al-Hijazi |
| Habib Faris Abdullah Al-Mamouri |
| Taha Yassin Ramadan |
| Muhammed Madhi Salah |
| Salah Suleiman |
| Abu Agab |
| Abu Waiel |
| Abu Sayyaf |
| Al Qaeda Islamic Agency |
| Osama Bin Laden |
| Ayman Zawahiri |
| Abu Hafs the Mauritanian |
| Saif Al-Adil |
| Imad Mughniyeh |
| Abu Musab Zarqawi |
| Egyptian Islamic Jihad |
| Al-Gammaah Al Islamiah |
| Abu Zubaydh |
| Khalid Sheikh Mohammed |

| |
|---|
| Abu Abdul Rahman |
| Abdul Rahman Yasin |
| Albert Friedrich Armand Huber |
| Ali Ghaleb Himmat |
| Al Taqwa Bank |
| Al Taqwa Trade, Property and Industry, Ltd. |
| Akida Bank Private Limited |
| Akida Investment Co. Ltd |
| Nada Management Organization, S.A. |
| Youssef M. Nada |
| Youssef M. Nada & Co. Gesellschaft, M.B.H. |
| Nada International Anstalt |
| Ahmed I. Nasreddin |
| Nasco Nasreddin Holdings A.S. |
| Nascoservice S.R.L. |
| Nascotex S.A. |
| Nasreddin Company Nasco SAS DI Ahmed Nasreddin EC |
| Nasreddin Foundation |
| Nasreddin Group International Holding |
| Nasreddin International Group Limited Holding |
| The Estate of Abdulaziz Al Omari |
| The Estate of Wail Al Shehri |
| The Estate of Waleed M. Al Shehri |
| The Estate of Satam M.A. Al Suqami |

| |
|---|
| The Estate of Mohammed Atta |
| The Estate of Fayez Ahmed |
| The Estate of Ahmed Al-Ghamdi |
| The Estate of Hamza Al-Ghamdi |
| The Estate of Marwan Al-Shehhi |
| The Estate of Mohald Al-Shehri |
| The Estate of Khalid Al-Midhar |
| The Estate of Nawaf Al-Hazmi |
| The Estate of Salem Al-Hazmi |
| The Estate of Hani Hanjour |
| The Estate of Majed Moqued |
| The Estate of Saeed Al Ghamdi |
| The Estate of Ahmed Ibrahim A. Al Haznawi |
| The Estate of Ahmed Al Nami |
| The Estate of Ziad Samir Jarrah |
| Zacarias Moussaui |
| The Estate of Muhammad Atef |
| The Taliban |
| Muhammad Omar |
| Muslim Brotherhood |

nydocs1-1001211.2