# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM)<br><br>**Clerk's Certificate of Default** |

This document relates to:    Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD)

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the above-referenced action Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corp, et al., 04-CV-1923 (GBD) was commenced in the United States District Court for the Southern District of New York on March 10, 2004 by the filing of Plaintiffs' Complaint. Plaintiffs' Amended Complaint was filed September 27, 2004. Plaintiffs' Second Amended Complaint was filed December 30, 2004. Defendants Enaam M. Arnaout, Hamed Al Barakati, Tatex Trading Company GmbHT a/k/a Tatex Trading Company GmbH, Triple B Trading Company GmbH, Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC a/k/a Nasco Business Residence SAS, and Nasco Service S.R.L. were served by the means set forth in Plaintiff's Affidavit in Support of Request for Entry of Default and Judgment by Default. Proofs of such service were filed on October 31, 2014. *See* 03-MD-1570, Docket No. 2907.

I further certify that the docket entries indicate that the above Defendants did not file an answer or otherwise move with respect to Plaintiffs' Complaint, Amended Complaint and/or Second Amended Complaint. The default of the Defendants listed above is hereby noted.

Dated: _____, 2014
       New York, NY

                                       **RUBY J. KRAJICK**
                                       Clerk of the Court

                                       By: _____
                                                  Deputy Clerk