UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

DEC 16 2014

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before January 9, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before January 9, 2015.

The parties' request for an extension of the page limitation is GRANTED. Any opposition is not to exceed 30 pages in length.

Dated: December ___, 2014
       New York, New York

DEC 16 2014

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge