UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :      ORDER
In re Terrorist Attacks on September 11, 2001              :
                                                           :      03 MDL 1570 (GBD)(FM)
                                                           :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------x

                                                                              DEC 16 2014

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and

Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before January 9, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before January 9, 2015.

The parties' request for an extension of the page limitation is GRANTED. Any

opposition is not to exceed 30 pages in length.

Dated: December ___, 2014
       New York, New York
       DEC 16 2014

                                                    SO ORDERED:

                                                    _George B Daniels_____
                                                    GEORGE B. DANIELS
                                                    United States District Judge