# Exhibit A

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 4 2014

JEFFREY P. COLWELL
CLERK

In The Name of ALLAH

Civil Action No 14-cv 03-179-GPG

US Magistrate Judge                    Slave of ALLAH
Gordon P. Gallagher.                   Zacarias Moussaoui
US District Court
Denver Colorado.          the 01 December 2014

Today I received (12/01/14) your order of
the 25 of Nov 2014 regarding the cure of
deficiency in my Civil Action against Obama
administration agents obstruction of Justi
ce in order to prevent me through intimida-
tion, death threat to Testify in Court against
the Saudi Prince Turke Al Faisal AL Saud and
Saudi Princess Haifai AL Faisail Al Saud the
real 9/11 Mastermind, which I personally
met in Oklahoma and Dallas (TX) in
2001 before 9/11. Saudi Prince Turke
is the one who specifically directed Mohamed
Atta to attack the White House and the Pentagon
over the objection of Mohamed Atta who fear
that the hijack plane will be shat down before
reaching their target. Princess Haifa with
Prince Turke gave me money and advise
me to work with Omar Al Bayoumi as
other 19 hijacker have done. Also on
the 20 and 21 October 2014 I gave an under
State oath teslim deposition with a Court

reporter (Priscilla Medina). & to the
Plaintiff's Executive Committees for In
re Terrorist Attack on September 11, 2001
(S.D.N.Y) with the attorney. Sean Carter
(Cozen O'Connor) Andrew Maloney (Kreindle-
Robert Haefele (Motley Rice), Ewan Kohl
man (consultant Motley Rice), Terry Gold-
man (Anderson Kill) to which I testify
against the financial, logistical support
the following people and institution
gave to Usama Bin Laden and Al Qae-
da: Saudi Prince Walid Bin Talal
Prince Sultan Bin Abdelaziz
Prince Salman and Prince Mohamed
Prince Naif Bin Abdalaziz
Prince Bandar bin Sultan
and the New King Abd AllAH Al Saud
King of Saudi Arabia.

Also I testify against.
Yassin Abdallah Kadi
Sherif Sedky
Mohamed Hussein Al Amoudi
Mohamed Salim bin Mahfouz
Kaled bin Mahfouz, a Abdebrahim
and
the Saudi American Bank
the National Commercial bank of Saudi Arabia

2

the Ariah bank

the Standard Chartered bank

and the beques, cover charitable institu-

tion for the Wahabi Terrorist Conspiracy

I testify against their direct facilitation

and financial support to Bin Laden

and Al Qaeda.

the International Islamic Relief Organization

the Muslim World League

Al Haramain Islamie Foundation

Rabitat Trust

the World Assembly of Muslim Youth

the Muwafaq Foundation

the Third World Relief Agency

the Saudi Joint Relief committee

the Saudi High Commission

the Saudi Red Crescent.

I politely and strongly suggest to this

Court of Judge Gordon Gallagher

to read the Court transcript of my

deposition on the 20, 21 of October 2014

in ADX, Florence, Colorado as this deposi-

tion on the Real 9/11 Saudi Mastermind

will make an undenial case in the interest

of Justice to place me in protective custody

as the Obama agents and the Saudi Agents

of the Ramzi Yusuf Gang in Hunt Al Qaeda

stronghold are colluding to wage a vicious persistent campaign of harassement, intimidation, death threat to make me renunce on testefying in the trial to potentially come in front of District Judge Daniel for the 9/11 victim and against the Saudi Prince 9/11 Master

On the 22 Nov 2014 I was assaulted by ADX Hunt CO Schmidt working with CO Holbrook I reported the assault of CO Schmidt to CO Behle. Lieutenant Kouchalako and Lieutenant Gardner came to investigate and took picture of my head, hand/feet for injury documentation Lieutenant Gardner also took away two piece of evidence of the CO Schmidt assault on me

On the 06 of June 2014 I was assaulted by Oussama Kassir a Saudi agents of the Ramzi Yusuf Gang in H unit after Ramzi Yusuf issue a death order as I rejected Ramzi Yusuf deal that he made with the CIA Frank Pellegrino that I drop my testimony against the 9/11 Saudi and the CIA intervene to spare "the death penalty to Kaled Sheir Mohamed in Guantanamo

Civil Action 14-cv-03179-GPG

3

Also on the 26 November 2014 next door cell
neighbor no. Mohamed Jabarra swears
that "he" will cut my head and bring
it on a plate to Oussama Kassir (who
assaulted me on 06/06/14). Mohamed
Jabarra had previously agree to
testify falsely against me for the US
prosecutor Raskin in my 9/11 case
in Alexandria Virginia before I
pleaded Guilty. Mohamed Jabarra
is the one who gave to the Oman intellig-
ence, the canadian intelligence and
the US prosecutor a intelligence the
location, telephone of Ralid Sheir Moha-
med and the identity of Ahmed Al kwa
oity the brother who was the courier,
the go between Usama Bin loden
and KSM, and this Ahmed Al kuwait
was follow to the House of Usama Bin
loden where Usama Bin loden was
kill by O'Neill (Seal)

Also this Court of Judge Gallagher
must know that Unit Manager
Keys and Counselor Hansen have
refused just last week again to make
available to buy stamps and to make
money order to pay Court fees

This Gallagher Court must know that
for years I request Supervisory
Attorney C Cynwall and B Bueschke
to allow to retain an attorney in
Denver Colorado recommended by
the Nation of of Islam and more
recently to be allow to retain attorney
Mr Benjamin Crump and Mr Anthony
Grays (Ferguson, Missouri). Last
week or two Mr Cynwall responded
to my Administrative Remedy complain
that he was not authorized to allow
me to get a lawyer. Despite the fact
that I have a court proceeding in
Oklahoma in front of Judge Shon
Erwin, a Case in the Northern Distri-
ct of Texas (Dallas) in front of Judge
Jorge Solis and initiated by Judge
Renee Harris Tolwere and I have
court proceeding in Florida

This Court should know that since
the 03/ November / 2014 I have
started an Hunger Strike and
since the 30 / November / 2014
I have started an 100% Water Strike
so I am not drinking any water since
11/30/14 at 5am.

4/5

This Court must know that my Water and
my hunger Strike from (11/30/14 and
the 11/09/04) are in order to obtain a
lawyer to petition effectively this Court.
Indeed a professional lawyer could
petition on my behalf this Court so I be
put in Protective Custody and Remove
from ADX, FL, CO.

Also this Court must know that ADX Medical
& Dr Santini, Dr Cordava, and CPH have
cancel an surgical hernia operation on
me after. I was examined ~~then~~ almost
two year ago by outside a surgeon
contractor Dr Yu. This is another reason
I want a lawyer to petition this Court
to supervise and nominate a surgeon
to perform an urgent Hernia Operation
on me as I have an degrading Hernia
since 2008.

Also I want a Lawyer to petition this
Court to receive on a weekly bases outside
Non BOP Psychological support by a doctor
in psychology or the Psychological Dept
in ADX with Dr O'Neill, Dr Moody, Dr Davis
Dr Seaton et have been denying me any
kind of real interaction or psychological

This Court should not construe any of
my writting or petition as obnoxious or
rude to this court. This Court should know
that I feel acknowledge the deficiency of
my initial petition but because of the nasty
tactic by Unit Manager Keeps and Counselor
Hansen, attorney Counsell an Boieschke
and ultimately under the order of
ADX Warden Oliver I will not be able
to provide document and the money
requested.

This Court should know that only
a lawyer could give an effective
assestance to make my petition to
this court to be place on Protective
custody, to be remove from Federal
agents custody and ADX custody
to be transfer to the Military Commission
Prison in Guatanamo, to sue the
Obama for Obstruction of Justice
and sue the BOP for obstruction of
Justice. So I hereby petition the Court
of Judge Gordon P. Gallagher to order
and appoint an attorney for me and
to order the BOP ADX, FL CO. Supervisory, attorney
ney Counsell to free my money, to allow me to
retain a Denver attorney recommended

5/5

by the Nation of Islam and to allow
me to retain attorney Mr Crump and
Mr Gray (Ferguson Missouri)
Taking account of the many petition
and case I need to pursue my request
of numerous attorney should not be
considered frivolous

In fact one, once upon the time attorney
Ms Joyce Ellen Rosendahl, P.O. Box
19966 New Port Beach California
97659-9966 withdraw from her
assistance as she declined to assist me
to testify against the Saudi and she
declined to fund me some to replacing
lawyers and she declined to inform
and contact District Judge Leonie
Brinkema in Alexandria Virginia
Ms Rosendahl explained to be under
"tremendous stress" on learning
about my legal situation. (I sent
the letter of Ms Rosendahl to Oklahoma
Judge Shon Erwin last week or two)

Also Judge Gallagher surely will
understand that being on Water & food
strike to obtain access to a lawyer to petition
his Court make it more difficult if not impossible

to in time for the 30 day deadline to
cure the deficiency of my transfer petition

Nota to forget that I a french citizen
I am not familliar well all the intricate
rule of your judiciale systeme and
I have be deny for year to have a
telephone call to my French Conculat
my Counselor Hansen, Ma Keys and
cynswell

This Court of Judge Callagher should
will be aware of the geo strategical
dimension of this case to testify
against the Saudi Prince 9/11
Mastermind, But Now a political
dimension for Obama to stop me As
I want to see him him for a misdeame
anor offense of Obstruction of 9/11
Justice.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker
a/k/a Enemy Combattant