UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re Terrorist Attacks on September 11, 2001       :      ORDER
                                                    :
                                                    :      03 MDL 1570 (GBD)(FM)
                                                    :
                                                    :      USDC SDNY
                                                    :      DOCUMENT
                                                    :      ELECTRONICALLY FILED
                                                    :      DOC #:
                                                    :      DATE FILED: JAN 06 2015
------------------------------------------------------------------x

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and

Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before January 30, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before January 30, 2015.


Dated: December ___, 2014
       New York, New York

JAN 06 2015

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge