UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001　　:　　ORDER
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　03 MDL 1570 (GBD)(FM)
-----------------------------------------------------------------x

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before January 30, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before January 30, 2015.

Dated: December ___, 2014
　　　　New York, New York

JAN 06 2015

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JAN 06 2015]