UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

In re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD)(FM)

------------------------------------- x

The conference currently scheduled for January 15, 2015, is rescheduled to April 9, 2015, at 9:45 AM.

Dated: January 13, 2015
       New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge