# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

January 27, 2015

**Fax 212-805-6737**
Honorable George B. Daniels
United States Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007-1312

    Re:   *In re Terrorist Attacks on September 11*, 2001, MDL 03-1570 (GBD) (FM)

Dear Judge Daniels:

    Due to difficulties and disruptions caused by the blizzard, plaintiffs respectfully request a two day adjournment of the deadline for the briefs currently due on Friday, January 30, 2015, to Tuesday, February 3, 2015. Michael Kellogg has consented to this adjournment on behalf of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina. A proposed form of Order is enclosed for the Court's consideration and convenience.

    Respectfully submitted,

    KREINDLER & KREINDLER LLP

By: *James P. Kreindler*

    James P. Kreindler

cc:    Honorable Frank Maas
       All counsel of record via email

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :       ORDER
In re Terrorist Attacks on September 11, 2001               :
                                                            :       03 MDL 1570 (GBD)(FM)
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
```

      Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before February 3, 2015.

      Any opposition to Plaintiffs' Motion to Amend is due on or before February 3, 2015.

Dated: January ___, 2015
       New York, New York

                                                  SO ORDERED:

                                                  _____
                                                  GEORGE B. DANIELS
                                                  United States District Judge