UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                 :       ORDER

In re Terrorist Attacks on September 11, 2001   :

                                                 :       03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before February 3, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before February 3, 2015.

Dated: January ___, 2015
         New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge