**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                   :

In re Terrorist Attacks on September 11, 2001   :

                                   :

                                   :

                                   :

---------------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD)(FM)

Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and

Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before February 3, 2015.

Any opposition to Plaintiffs' Motion to Amend is due on or before February 3, 2015.

Dated: January ___, 2015
      New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge