# Exhibit "5"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

STATEMENT UNDER OATH

OF

ZACARIAS MOUSSAOUI


The following statement was taken at 2:06 p.m.

before Priscilla Naff Medina, Registered Professional

Reporter and Notary Public in and for the State of

Colorado:

ADMAX USP
5880 Highway 67
Florence, Colorado 81226
October 20, 2014

PRESENT:

| | |
|---|---|
| For the Federal Insurance Plaintiffs and Plaintiffs' Executive Committees: | SEAN P. CARTER, ESQ. J. SCOTT TARBUTTON, ESQ. Cozen O'Connor 1900 Market Street Philadelphia, Pennsylvania 19103 |
| For the Ashton Plaintiffs, 9/11 victims, and Plaintiffs' Executive Committees: | ANDREW J. MALONEY, III, ESQ. Plaintiffs' Liason Counsel and Kreindler & Kreindler, LLP 750 Third Avenue New York, New York 10017 |
| For the Burnett Plaintiffs and Plaintiffs' Executive Committees: | ROBERT T. HAEFELE, ESQ. Motley Rice LLC 28 Bridgeside Boulevard Mt. Pleasant, South Carolina 29464 |
| For the O'Neill Plaintiffs and Plaintiffs' Executive Committees: | JERRY S. GOLDMAN, ESQ. Anderson Kill, P.C. 1251 Avenue of the Americas New York, New York 10020 |
| Also Present: | John Fawcett Evan Kohlmann |

```
 1                      I N D E X

 2                                      Page Number

 3   Examination by Mr. Carter                     4

 4                  E X H I B I T S

 5   Exhibit Number                 Initial Reference

 6        (No exhibits were marked for identification.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2          MR. CARTER:  Afternoon, Mr. Moussaoui.  As --
 3   as you know, we'd like to take down some of your testimony
 4   con -- concerning your experiences in Osama bin Laden's
 5   organization for purposes of the 9/11 families' and
 6   victims' civil lawsuit which is pending in the Federal
 7   Court in the Southern District of New York.
 8          Before we begin today can you please just
 9   simply tell us your name for the record?
10          THE WITNESS:  My name is Zacarias Moussaoui.
11          MR. CARTER:  And -- and, Mr. Moussaoui, because
12   our hope is that we will be able to present this testimony
13   in court, are you willing to present an oath that the
14   testimony that you're giving will be truthful?
15          THE WITNESS:  Yes, I take an oath.  I swear by
16   Allah that everything that I will say from now on and to
17   the end of this testimony will be true.  I swear by Allah
18   that everything I say until the end of this testimony will
19   be true.  And I swear by Allah that everything I say until
20   the end of this testimony will be true.  And I swear by
21   Allah that everything I say until the end of this
22   testimony will be true.  May Allah curse the liar.
23          MR. CARTER:  Thank you, Mr. Moussaoui.
24   /
25   /
```

Page 4

```
 1                          EXAMINATION

 2   BY MR. CARTER:

 3        Q    We would like to begin in or around the period

 4   of 1998.  In 1998, at the time the bombings of the U.S.

 5   Embassies in East Africa occurred, where were you?

 6        A    In the time of the East African bomb being in

 7   1998 I was in the camp of Khalden, Afghanistan.

 8        Q    And who ran that camp?

 9        A    The camp was the -- the -- under the -- the

10   leadership of Abu Zubaydah, and it was run also by Ibn

11   Shaykh al Liby, and it was a -- it was a -- an Libyan

12   brother who used to be the pri -- the -- the on-the-spot

13   Imam.

14        Q    How much time did you spend at that camp?

15        A    I be -- I believe something around seven or

16   eight months.

17        Q    Did you at some point leave that camp to go to

18   a -- a separate camp in Derunta?

19        A    Yes, I -- I -- at the end of the camp I went to

20   Derunta, which next to Jalalabad, okay, to the ca -- to

21   the camp of Abu Khabab.  Ab Khabab was specialize in

22   handmade explosives, meaning explosives made with ammonium

23   nitrate and -- and everything you find in the kitchen.

24        Q    This camp in Derunta, was it affiliated with

25   Osama bin Laden?
```

1     A     It was affiliated religiously, yes, of course,

2  'cause it was a jihad camp, okay, but it was not directly,

3  strict -- strictly speaking, under the authority, but they

4  had financial support from Osama bin Laden, I'm sure

5  because Khabab told me so, and because Osama bin Laden

6  used to give handout, financial support to almost every

7  camp in -- of jihad in Afghanistan.

8     Q     At the time you initially went to the Derunta

9  camp, were you at that time a member of Osama bin Laden's

10 organization?

11    A     No, the first time I was not a member of Osama

12 bin Laden the first time I went to the -- to the camp, no.

13    Q     Did you at some point seek an opportunity to

14 join bin Laden's organization?

15    A     Yes, I met -- I went to Kabul and met with Saif

16 al-Adel, okay, and asked him to read about myself, and he

17 basically flatly rejected me, then I went back to

18 Jalalabad and I met somebody who told me that I just spoke

19 to the wrong person, so I went back to -- to Kabul and I

20 give this time my resume to Abdelhadi al-Iraqi, and -- he

21 used to be the Emir of the front line at the time -- and

22 my resume was intended to be sent to -- to Osama bin

23 Laden, and it was because I knew later.

24    Q     Do you remember what particular background you

25 identified on that resume?

```
1        A    Yes, I do, 'cause -- I do remember.  I re -- I
2   talk to him about the fact that I had a -- a Master degree
3   in international business, I have a Di -- Diploma of the
4   Institute of Export, and also I have been to Chechnya and
5   I was a -- a part of the -- initially I a part of the
6   group of Tooting of Babar Ahmad, okay; and I -- I had the
7   contact to meet Abdul -- Abdulwahid -- Abdulwahid
8   al-Yemani, and, also, Shaykh Umar al Saif -- Shaykh Umar
9   al Saif, because he's in Chechnya in the south, the south.
10       Q    Why was it important for you to identify your
11  relationships with all of those people in your resume?
12       A    Because trust is extremely important into this
13  environment, in this community, and I had to prove my
14  credential.
15            And I didn't know at the time, but Sadaf and
16  Abu al-Amoudi had saw me, I met with them in Chechnya, but
17  I didn't know at the time, and they were close attendant
18  of Osama bin Laden.
19       Q    You mentioned a moment ago that it's your
20  understanding that your resume eventually did reach Osama
21  bin Laden, how -- how do you know that?
22       A    Because Abu Hafs told me because -- and when I
23  meet him he had my resume in his hand.
24       Q    And when did that occur?
25       A    He -- it occur -- it was -- I can't be
```

1   precise -- exact precision of the -- of the -- but it was

2   the end of '90 -- '98.

3          Q     And were you thereafter accepted into bin

4   Laden's organization?

5          A     I was definitely accepted.  I mean, the -- I

6   will even say that I was angry because a -- a lot of

7   people who -- didn't understand that somebody like me, who

8   had the -- was not Saudi, from a French-Morrocan

9   background, so quickly could be on a daily basis contact

10  with Abu Hafs and Shaykh Saeed, and also -- also had

11  absolutely no problem to meet with Shaykh Osama, so that

12  was very surprising for a lot of people, okay.

13              And also at the time, okay, it was a very small

14  organization, so -- and it was just after the -- the --

15  the Eastern -- the East Africa bombing, so security was

16  much ti -- was very tight, so to see me be able to -- to

17  go and to do what I was doing it was surprising for some

18  people.

19         Q     What was the first assignment you were given

20  after you were accepted into bin Laden's organization?

21         A     Abu Hafs ask me to -- to create -- to

22  computerize everything, to create a database of the -- the

23  financial record of Osama bin Laden, because Group bin

24  Laden -- at the time we used to use this terminology, but

25  now you talk al-Qaeda, that's what you -- you Americans

1    say al-Qaeda -- so Abu Hafs asked me to -- to put into a

2    computer all the record for al-Qaeda, because after the

3    cruise missile attack ordered by Bill Clinton, okay, he

4    was afraid that the Shaykh Saeed will be killed because a

5    few people have been killed in the camp, and it was a

6    possibility that there would be further attack.  So he

7    asked me to make it into a computer, create a database --

8    database -- data ba -- bank, and that's what I did.

9         Q    All right, just to provide some context, what

10   was Abu Hafs' role within bin Laden's organization at that

11   time?

12        A    He was the second in command and he was a

13   military commander, Shaykh Osama told me himself, okay,

14   because the structure was -- Shaykh Osama bin Laden was

15   the -- the head, the second in command was Abu Hafs, and

16   the -- the -- the -- the right hand of Abu Hafs was

17   Mohammed Masa.

18        Q    And what was Shaykh Saeed's role?

19        A    Shaykh Saeed was the finance -- the CFO,

20   financial officer.

21        Q    Did you thereafter begin the work of trying to

22   computerize the al-Qaeda organization's finances?

23        A    Can you repeat?  Sorry.

24        Q    Did you at some point thereafter actually begin

25   building a computer database of al-Qaeda's finances?

1        A    Yes, we -- at the time we went to the house was

2   not very far from the house of the Chief of the Taliban,

3   okay, and many time -- maybe the morning, maybe an

4   afternoon, during the day -- he will come out either with

5   Abu Hafs or either with Shaykh Saeed, and we -- we -- we

6   make -- enter thing into Toshiba computer.

7        Q    Where was this house located?

8        A    It was in Kandahar, okay.  It was not far from

9   the hospital of Kandahar.  The Chinese hospital in

10  Kandahar.

11       Q    During your criminal trial there were numerous

12  references to a -- a guest house where you had provided

13  security, are you talking about a different house?

14       A    Yes, definitely.  At this time this guest house

15  in -- in Hadibad(sic) -- Hadiba -- Habash was not open, at

16  this there was no camp in Kandahar, okay, it was -- the

17  camp was in Kabul, okay, and, in fact, the camp was

18  basically the front line, okay, and only restrict number

19  of people will go to Kandahar, okay, the top people, okay,

20  okay.

21            And, so, the house was -- was very secret, and

22  it was run by Saadov, okay, and that's where I will sit

23  down, okay, and I will -- I will sit down with Abu Hafs,

24  the commander, and sometime Abu -- Shaykh Saeed, okay, and

25  I would do this work to enter, and they will tell me and

1   they would provide document to me, okay.  And some of the

2   document were in Arabic, so I would ask them to -- to tell

3   me what does that mean exactly.  It -- it was a -- a

4   financial document, okay.  A lot of them were between

5   Saudi bank, okay, and a Pakistani bank.

6        Q    How long did the work that you were involved in

7   building the database take?

8        A    I think so -- something along two months,

9   something like that, okay, because at some point some --

10  somebody was injure, so it -- it become more so a

11  responsibility with me, because somebody from the front

12  came severely injure and he was placed in the Chinese

13  hospital, so I -- I think the two or three months, but

14  I -- I remember in the beginning I was only dedicated to

15  this stuff.

16       Q    All right.  Do you recall how many years the

17  database covered?

18       A    I definitely re -- recall that it was 1998, but

19  I don't know 1997 or 1996, I don't know, okay.

20            But when I was there it was re -- the date of

21  the document was the -- the -- the time period I was there

22  was 1998, '99.

23       Q    And did the database you were creating include

24  a list of the people and organizations that were donors to

25  bin Laden's organization?

1      A     That's -- that's -- that's exactly the purpose

2  of me, was to create a database of donation to see how

3  much money was being given to al-Qaeda, because I was not

4  creating a database of al-Qaeda expense, if it came or for

5  their mission or whatnot, it was only for donation, okay,

6  because he wanted to have -- Shaykh Osama wanted to keep a

7  record who give money because -- who give money, who --

8  who is to be listened to or who contribute to -- to the

9  jihad.

10      Q     Okay.  Did it also indicate how the transfers

11  were carried out?

12      A     Through the financial document I -- I could

13  see, you know, some -- some money was being transferred

14  from an account to a relief so -- organization who

15  ultimately will give or pay people ticket to come to the

16  camp, or they will pay for them for material, okay,

17  building material, or -- I mean, when it's building, like

18  electrical material, when -- 'cause building you buy

19  on-site, but everything from electrical usually come

20  from -- from Pakistan.

21      Q     Do you remember any of the individuals who were

22  identified within that database as donors?

23      A     I remember -- I -- I would rather have a --

24  I -- I remember many of them, because some of them that

25  are -- were known within the circle of the mujahideen,

1    some of them extremely famous, like Waleed -- Waleed bin

2    Talal, Prince -- Prince Turki Al Faisal Al Saud, Prince --

3    Prince Bandar bin Sultan Al Saud, Prince Mohammed Al

4    Faisal Al Saud, and Haifa Al Faisal Al Saud, I know there

5    was another -- a woman.  It will come back to me.

6            But Yassin Adbullah al Kadi, Sharif Sedky,

7    Mohammed Al Hussein al Almoudi, Ibrahim bin Mahfouz,

8    Khalid bin Mahfouz.

9            That's all that come to mind on the top of my

10   head now.

11           Organization like the Saudi American Bank,

12   that's -- was a lot -- oh, so the -- the -- Abdulla --

13   Abdulla bin Laden, the brother of bin Laden, who used to

14   be in America, because -- I know because I send him e-mail

15   so he send us a laser for the copy and printing machine

16   laser, okay, okay, because we wanted -- al-Qaeda wanted to

17   do some count -- American dollar counterfeit, okay.

18       Q    Did you send that e-mail to Abdulla bin Laden

19   from Afghanistan?

20       A    No, from -- from Karachi.  I used to go either

21   Karachi or Quetta, but I think Karachi.  Karachi.

22       Q    Do you recall approximately when that happened?

23       A    Between 1999 -- I don't recall precisely.  I

24   remember that the -- when I went to Karachi I went to --

25   for -- to -- one of the main purpose, you know, okay,

Page 13

1  because Shaykh Abu Hafs gave me the e-mail and the

2  telephone number, okay, and, so, that's why on my way

3  to -- I think to go to London.

4      Q    Do you recall whether there were any members of

5  the Saudi ulema on your donor list?

6      A    I -- I recall that the -- I wonder if it was

7  not -- I want to say there were -- all of them were there,

8  in the Majlis ash-Shura ulema.

9            THE COURT REPORTER:  Are what?

10           MR. CARTER:  In the --

11           THE WITNESS:  In the -- in the great concert of

12  the -- of the -- the great -- what we -- the great scholar

13  ash-Shura.  It's -- there was definitely Bin Baz,

14  Uthaimeen, Shehri; and -- and for Commission, Shaykh

15  Jibreen and -- and Shaykh -- there was also some people

16  who -- who -- who were not -- Shaykh Hammoud al Uqlaa,

17  Hammoud al-Uqlaa, it was Shaykh -- many -- many -- you --

18  I mean, for -- it was all the -- the people of important

19  used to -- donate money to bin Laden, that's my

20  understanding.

21      Q    (By Mr. Carter)  What -- what was bin Laden's

22  attitude towards the Saudi ulema?

23      A    It was of complete reverence and obedience,

24  meaning that the -- that he told the Majlis ash-Shura --

25  you could see somebody will have Catholic -- I don't want

Page 14

1   to offend anybody -- toward the Pope.

2        Q    Did bin Laden believe that what he was doing

3   with his organization was consistent with the teachings of

4   the ulema?

5        A    He was doing it with the express advice and

6   consent and directive of the ulema.  He will not have a

7   single persons coming from Saudi Arabia if the ulema and

8   Baz or Uthaimeen state this man is wrong, just to say he's

9   wrong.  Not to say he's an apostate, not just he's wrong,

10  there would -- everybody will have left, except the North

11  African maybe.  There were not many.

12       Q    You -- you mentioned earlier in your testimony,

13  or you made reference to some charities, you recall

14  whether there were any charitable organizations identified

15  on your donor list?

16       A    I definitely recall that -- the International

17  Islamic Relief Organization and the Muslim World -- World

18  League, and the Al-Haramain Islamic Foundation and the

19  Rabita Trust and the World Family of Muslim Youth and the

20  Third World Relief Agency, and I believe the Saudi Joint

21  Relief Committee, and I'm definitely certain about Saudi

22  High Commission and the Saudi Crescent -- Red Crescent.

23       Q    Do you have any recollection of seeing the name

24  Muwafaq Foundation on that list?

25       A    I'm not confident to say.

1        Q    You -- you said just a second ago that you're

2   absolutely certain about the Saudi High Commission, did

3   you have any interactions yourself with the Saudi High

4   Commission?

5        A    Through my -- my interaction with them was

6   before even Afghanistan, it was in Chechnya, because when

7   I was in Chechnya, towards the -- we went the house, it

8   was being basically rented or organized by the

9   Al-Haramain, but towards the Saudi Commission who used to

10  provide us exit permit to -- to go out of the country,

11  'cause in this country when you want to go airport you

12  have to give them an exit permit that you have no business

13  with the police and blah, blah, blah, so you can leave the

14  country.

15       Q    When the Saudi High Commission would give you

16  those exit papers in Chechnya was it aware that you were a

17  fighter?

18       A    They used to call my -- the -- the -- the -- he

19  used to eat every day with us, he used to be with us, one

20  of -- one of them was Tuwaijri, okay, he used to work for

21  the Islamic, the Al-Haramain and the Saudi Commission of

22  Tuwaijri -- Abdullah al Tuwaijri, okay, so he used to work

23  with them, and it was no different, okay, it was just one

24  guy with two hat.

25            THE COURT REPORTER:  And two what?

Page 16

1           MR. KOHLMANN:  Two hats.

2           MR. CARTER:  Hats.

3           THE WITNESS:  Two hat.

4           THE COURT REPORTER:  Oh, thank you.

5      Q    (By Mr. Carter)  Do you -- do you recall from

6  your experiences in bin Laden's organization whether any

7  of the charities provided support other than financial?

8  For instance, documentation or support of that nature.

9      A    Yes, they used to give support for them for

10  help people to get visa to go to Pakistan, okay.  So if

11  they're from Yemeni, or even Saudi, because -- especially

12  Yemeni, if they have a problem to getting a visa from

13  Pakistan to go they will get some -- a relief organization

14  to say they are a relief worker going to Pakistan, okay,

15  and they will get the money to travel to get to.  The

16  Yemeni people were not financially well off, okay.

17           In Saudi Arabia they will send us, for example,

18  food -- food, let's say like container, not the -- okay,

19  of -- of food; and also if we want to buy computer

20  equipment or this, okay, it will go through any of the

21  relief organization because it was more discreet.

22      Q    And which of the relief organizations provided

23  that kind of assistance?

24      A    The Saudi High Commission in Pakistan heavy,

25  okay, and -- and the -- and the Al-Haramain, that's --

1   that's the -- the thing that I vividly remember.

2       Q   Turning back to the donor list that you created

3   on the Toshiba computer, do you recall any references to

4   any individuals named Al-Rajhi?

5       A   Yes, I do recall Al-Rajhi, I re -- the -- the

6   Arab Bank, I do re -- recall Yassid -- Yassin al Kadi with

7   Sharif Asafi; and I recall Mahfouz -- Ibrahim and -- and

8   Khalid Mahfouz, father and son; and that's what I recall.

9   Oh, yeah, Mohammed Hussein al Amoudi.

10      Q   With regard to the Al-Rajhis, were you aware at

11   the time that the Al-Rajhi family owned a bank?

12      A   Yes, I believe.  Yes.  Yes.

13      Q   Do you recall there being any discussion within

14   al-Qaeda about that bank?

15      A   I don't know al-Qaeda in general, but Shaykh

16   Osama bin Laden, yes.

17      Q   What did Shaykh Osama bin Laden say about

18   Al-Rajhi bank?

19      A   I know that the discussion we have they were

20   like a good brother, I mean, they were -- they were

21   one -- one of the main support with the Haramain and the

22   High Commission, and -- and the -- the -- the -- and

23   national commission of the financial support and moving --

24   moving money around, I know this for a fact.

25      Q   You had mentioned earlier as well having

Page 18

1    contact with Abdulla bin Laden, were the names of any

2    other bin Laden family members included on your list of

3    donors?

4         A    As far as I am aware they were altogether,

5    they -- all of them, okay, they never meet -- met any bin

6    Laden, I believe that all of the -- Saad, Mohammed, all

7    the bin Ladens that were in Afghanistan with them, they

8    were all in there with -- and I think that the -- I can

9    truly say that even his mother came to visit him in -- in

10   Afghanistan, and the -- the -- the visitation was arranged

11   by General Gul, the Chief of the ISI, the -- the Pakistani

12   Secret Service Intelligence.

13        Q    Was the visit by Osama bin Laden's mother a

14   significant event?

15        A    It was, yes, it was organized as a very

16   significant exit event, it was a festivity.  They --

17   they -- they organized by shooting RPG and shooting a PKM,

18   and it was a -- there was a banquet, you know.

19             She was not there, that's the way -- way --

20   she have -- we have to thank them for her, a woman, okay,

21   so -- but it was -- it was a well -- because she didn't

22   come alo -- alone, it was the -- some other family mem --

23   member, okay, she was not the only one.

24        Q    The other family member was a man or a woman?

25        A    It was a -- I think two brother.  I think two

1    brother of Shaykh Osama, okay, I -- and I don't know if

2    it -- if it was brother-in-law, but I -- I think there was

3    two brother of Shaykh Osama, okay, they came with -- the

4    mother.

5         Q    How long did they stay?

6         A    Not very long.  I think that it was a matter

7    of -- I don't believe it -- if they stay a week or 10 day.

8         Q     It -- it's been suggested in our litigation by

9    the bin Ladens that the family severed all ties with Osama

10   in 1994, from your experience do you believe that to be

11   true?

12        A    A complete lie.  An -- an absolute lie.  I

13   have -- Shaykh Osama give me the name and the e-mail and

14   the telephone number of his brother in the United State,

15   okay, I went -- I went to -- to -- to what's Jeddah, I had

16   contact with the -- one of the brother of Shaykh

17   Osama -- and his brother I know, okay, and his brother I

18   know was -- the first time I went he was sitting in the --

19   in the compound, okay, and he receive his -- his mother,

20   okay, with two I think the brother -- it was one brother

21   or a brother-in-law, two -- two brother, okay, but family

22   member, okay.

23             And I saw all the -- the children of Osama bin

24   Laden, even the one who wrote the book about Osama bin

25   Laden, I knew exactly the -- that he was in Afghanistan,

Page 20

1  okay.  Abdulla bin -- bin -- oh, Abdulla bin -- bin Laden,

2  the son -- the -- the -- the oldest son of Osama Laden was

3  in the hospital -- hospital -- Chinese hospital with me

4  when I had malaria, and I remember because we were on the

5  floor and I was receiving an IV, and I didn't know that he

6  was the son of Osama bin Laden because he was dressed like

7  an Afghan, okay.

8          And, then, I -- Richard Reid also witness it.

9  And, then, after that him -- you couldn't differentiate

10 him between an Afghan.  You couldn't know that he was a

11 bin Laden, he was dressing 100 percent with the -- like an

12 Afghan, and, then, after that it's more -- Abu Bakr

13 al-Suri, he told me this is Abdulla bin Laden, and, then,

14 we talk, and that's how I -- and -- I met bin Laden, I met

15 him in -- be -- well before when -- the first time I was

16 on the front line, okay, I met bin Laden, okay.

17          And I also didn't know initially that he was

18 bin Laden until I went to Kandahar and discovered that the

19 guy I used to be with was the son of bin Laden.

20          So I know that his family was never cut, and he

21 become -- I will say this because I heard on televi -- on

22 the radio, okay, and I was taught that -- that just the

23 Saudi tell him either you fit in publicly or we take your

24 money away.  So it was pure cosmetic, he -- there was --

25 never been a shred of truth.

```
                                                        Page 21
 1              And he go against every Arabic way, especially

 2    tribe, the mother cutting the tie with the -- the -- a son

 3    doesn't exist.

 4         Q    Did you receive any information indicating that

 5    the family in general was continuing -- continuing to send

 6    money to Osama bin Laden?

 7         A    Yes, I receive -- I used to -- to enter into

 8    database a financial document of money of -- of account of

 9    the bin Laden group within Saudi Arabia; al -- also when

10    we wanted to buy spare part of -- okay, the -- the spare

11    part were bought by the Saudi bin Laden group, and was

12    sending to -- to Jeddah, and, then, after to Karachi.

13         Q    (Reviewed documents.)

14              You -- you told us a little bit ago that

15    members of the Saudi royal family were contributing to bin

16    Laden's organization during this time, the royal family

17    and government of the Kingdom have said that that's an

18    illogical idea because bin Laden was the enemy of the --

19    of Saudi Arabia, how would you respond to that?

20         A    This is a complete misleading explanation for

21    assumption of people who are not familiar with the way the

22    Saudi government is established, because the Saudi

23    government is -- they have two heads of the snake, they

24    have the Saudi, like Al Saud, and the Wahhabi were in

25    charge of the Islamic Code of the Islam -- or Islamic
```

1 power in Saudi Arabia, okay, and that's why they have the

2 name "Wahhabi," okay, okay.

3          So the Saudi cannot keep power in Saudi Arabia

4 without having the agreement, okay, of the Wahhab, the

5 Wahhabi, the scholar, okay.

6          So Shaykh Osama bin Laden had been sent

7 initially 100 percent -- it's a matter of public record,

8 there are books about this I believe, okay -- that he was

9 saying that -- with Abdullah Azzam, okay -- as being the

10 one who organize the jihad against the communists, okay.

11          So he was his -- father of Osama bin Laden was

12 best friend, he was known, okay, of -- of -- of -- of Fahd

13 Al Saud, the ruler, the King of Saudi Arabia, and he's the

14 one -- Al Saud -- okay, who give to bin Laden to rebuild

15 the Holy Mosque in Mecca and to rebuild the Holy Mosque in

16 Medina and also to rebuild the Holy Mosque in Jerusalem,

17 okay.  So the three mosques -- the hol -- the three holy

18 sites in Islam was built by the father of Osama bin Laden,

19 okay.

20          So bin Laden was pure -- a pure Wahhabi and

21 will obey the Wahhabi scholar to the letter, and, in fact,

22 even in schween(phonetic), in his testament he say that --

23 he refer that vase guda(phonetic) ulema Saudi Arabia, and

24 he didn't want to give them by name, okay.

25          So Osama bin Laden went against Al Saud, but

1   not all of Al Saud, he went against Fahd, but he didn't

2   want to go against -- for many year against Abdullah Saud

3   and Turki and the people who have been classified by -- as

4   the ulema, the scholar -- Bin Baz, Uthaimeen and Shehri --

5   as fath(phonetic) criminal, but not apostate, so that's

6   where there is a difference, okay.

7           If you were being branded an apostate Osama bin

8   Laden most likely 100 percent will not have any business

9   with you and wage war, but at the fath he will not be --

10  will not be allowed to wage war unless he was guaranteed

11  success, and, so, the ulema told him not to wage war

12  against Al Saud because Fahd was going to die and,

13  therefore, that Al -- Abdullah Al Saud will take power and

14  he will reestablish a true power, okay.

15          You have to see that on -- after the seizure of

16  Mecca, okay, you -- after the seizure of Mecca by

17  Juhaiman, okay, the -- the Saudi Kingdom reverted to a

18  more autotic(phonetic) or more drastic Draconion Islam 100

19  percent in the hand of the ulema, the scholar of Saudi

20  Arabia, so Bin Baz, Uthaimeen, who used to be the mentor,

21  the scholar of Juhaiman, the person who make the city of

22  Mecca, okay.

23          So bin Laden was the child of Wahhabi, the

24  child of the -- of the -- of the scholar, and he -- he --

25  he obeyed them and will -- did it with jihad in Saudi

Page 24

1    Arabia in 2003 I believe, okay, because the Saudi

2    gov -- Saudi scholar, the Wahhabi, told him not to do it,

3    that's why he went to -- to East Africa where I -- he had

4    much more capability to do it in Saudi Arabia at the time

5    where the American troop were, had boots on the ground.

6         Q    What would be the specific benefit to the Saudi

7    royal family in this 1998, '99 period to giving money to

8    bin Laden's organization?

9         A    There is -- there -- there is many benefit.

10   First of all it was a -- a matter of survival for them,

11   okay, because all of the mujahideen, okay -- I believe --

12   I believe all of them, okay, the hard core believe that

13   Za -- Al Fahd was an apostate, so they would have wanted

14   jihad against Saudi Arabia, so it was the policy for the

15   Saudi government to finance jihad in the first Af --

16   Afghanistan -- the first jihad in Afghanistan, then in

17   Bosnia, then before that in Tajikistan, and Saudi used to

18   send people, and you could travel and you could -- as long

19   as you don't do stuff in your back -- back -- backyard.

20        Q    Okay, in your view was the ule -- ulema

21   demanding that the royal family support bin Laden's

22   organization?

23        A    If -- it was a -- it was a credential to the

24   proof that they were emphatic in an apostate.

25        Q    It was a proof for whom?

1       A    For -- for -- for -- to give to -- money to bin

2   Laden could be used by the Saudi to say to the ulema,

3   "Look, see, we are not against Islam or the jihad, we

4   finance bin Laden."

5       Q    And that would assist them in their

6   relationship with the ulema?

7       A    It -- it will guarantee that the ulema will not

8   raise their -- their voice and their concern about many

9   thing wrong with Saudi Arabia, like, you know, widespread

10  homosexuality, it's endemic, okay; usury, you know,

11  interest rate in bank; American troop on the ground,

12  you -- I think -- I don't remember exactly the date, but

13  you stay long time in Saudi Arabia after the Gulf War,

14  okay, and Shaykh Hudhaify even make a speech and say that

15  you -- you are to -- you are to leave, and he's -- he's

16  a -- he was a -- Hudhaify was the -- the Imam of the

17  second holy site in Islam, Medina.

18           So he -- bin Laden was also -- was proof

19  that -- because when -- bin Laden, al-Qaeda and the people

20  that come to him was the proof that these people were not

21  apostate, 'cause they say, "You don't finance jihad if you

22  don't believe in Allah."

23      Q    The money that was coming from the Saudi

24  donors, how important was it to bin Laden's ability to

25  maintain the organization?

Page 26

```
 1        A    It was crucial.  I mean, without the money of

 2    the -- of the Saudi you will have nothing, I mean, that

 3    you would have like a kalashnikov, it was absolutely

 4    fundamental, because at the time -- at the end there was

 5    hundred of people coming, you have to feed them, you have

 6    to pay for -- for kalashnikov, or all the military

 7    equipment, as -- after that it become more important

 8    because some come from tank, some bulldozer, and -- and

 9    that's -- and they were paying the house of everything the

10    member for the -- for the housing, the family, and they

11    will give you -- I -- I used to receive -- being pay by

12    bin Laden, it was very small, but I didn't have children;

13    but if you had children every child had a certain amount,

14    okay, and every -- the rent will be paid by al-Qaeda, and

15    for every child you have a -- a certain amount, every wife

16    you have a certain -- certain amount, it was a -- I --

17    then it might be military not very organized, but

18    financially they were the people being -- taking all of

19    the money.

20        Q    When the donations came in were they

21    essentially just placed into a central pool to be used as

22    the organization deemed fit?

23        A    You had too broad -- too broad way of spending

24    the money, okay.  You have Kandahar and -- and Kabul,

25    okay, that's what I know, okay, maybe -- probably
```

1    Jalalabad, because they also have a guest house where I

2    was in Jalalabad, I went there, okay.  I went there, okay.

3           But I know certain with Jalalabad and Kabul

4    because the money used to be given, a lot of money -- lot

5    of money . . .

6           (A discussion was held off the record.)

7           MR. MALONEY:  I think we're almost out of time.

8    We've still got about five minutes probably.

9           THE WITNESS:  A lot of money were -- were sent

10   to -- to the front line because they will be paying

11   everything, okay, everything will be paid by bin Laden,

12   okay, and -- and he -- we go to Al Belajari, and in Kan --

13   in Kandahar it was just Saeed, okay.  Me, I -- I used to

14   take my money from just Saeed.

15      Q    (By Mr. Carter)  Do you recall any of the

16   transfers that you worked on involving National Commercial

17   Bank?

18      A    Definitely I recall very -- from -- from Jeddah

19   to Karachi opening amount, line of credit, send money, and

20   never send good, okay, then after we receive the money it

21   will buy material that we send to -- to -- to Quetta and

22   to Kandahar.

23      Q    And do you recall whose account at National

24   Commercial Bank was used to make those transfers?

25      A    The name I don't recall.  I don't recall, you

Page 28

1    know.  It was a different name, a different company, I

2    don't recall the name.

3        Q    And the company receiving the funds in Pakistan

4    was essentially a front of some sort?

5        A    If it was created.  And I even almost

6    considered I give the idea and I initiated it to -- to

7    tell to the brother Khal -- Khal it was a good, effective

8    thing to -- to do, you know, with this fake account, fake

9    letter of credit and all this, rather than to send Khallad

10   to have a bunch of money, padding himself, and come back

11   to -- to Karachi and take the plane, and it was don't go

12   do it, you know, I -- this is more effective and you

13   can -- you can do much more money, okay (indicating).  But

14   I -- I'm not sure that I was the first one to -- to say it

15   to them.

16       Q    Mr. Moussaoui, I think we're at the end of our

17   time for today, but we want to thank you, and we expect to

18   see you again tomorrow morning.

19       A    I definitely will be here tomorrow morning for

20   a time for sure this testimony.

21       Q    Thank you.

22            MR. MALONEY:  Thank you.

23            MR. KOHLMANN:  Thank you very much.

24            MR. CARTER:  Oh, I am sorry, did you want to

25   take an oath at the conclusion of today's testimony?

Page 29

1                    THE WITNESS:  Yes.  I swear by Allah that all

2      my testimony, what I say was true.  I swear by Allah that

3      all I say was true.  I swear by Allah all I say was true.

4      I swear by Allah that all I say was true.  Cursed be on

5      the liar.

6                    (The statement under oath was concluded at 2:55

7      p.m., on Monday, October 20, 2014.)

8      /

9      /

10     /

11     /

12     /

13     /

14     /

15     /

16     /

17     /

18     /

19     /

20     /

21     /

22     /

23     /

24     /

25     /

```
 1                  REPORTER'S CERTIFICATE

 2            I, Priscilla Naff Medina, Registered

 3    Professional Reporter and Notary Public in and for the

 4    State of Colorado, do hereby certify that prior to the

 5    commencement of the examination the Witness first duly

 6    swore to testify the truth; that said statement under oath

 7    was taken in shorthand by me at the time and place

 8    hereinabove set forth and was thereafter reduced to

 9    typewritten form by me, as per the foregoing transcript;

10    that the same is a full, true, and correct transcription

11    of my shorthand notes then and there taken.

12            I further certify that I am not related to,

13    employed by, nor of counsel for any of the parties or

14    attorneys herein, nor otherwise interested in the event of

15    the within action.

16            My commission expires July 2, 2015, and I have

17    hereunto set my hand this October 24, 2014.

18

19
                       _____
20                     Registered Professional Reporter
                                     and
21                            Notary Public

22

23

24

25
```

**A**

**Ab** 4:21
**Abdelhadi** 5:20
**Abdul** 6:7
**Abdulla** 12:12
  12:13,18 18:1
  20:1,1,13
**Abdullah** 15:22
  22:9 23:2,13
**Abdulwahid** 6:7
  6:7
**ability** 25:24
**able** 3:12 7:16
**absolute** 19:12
**absolutely** 7:11
  15:2 26:3
**Abu** 4:10,21
  6:16,22 7:10
  7:21 8:1,10,15
  8:16 9:5,23,24
  13:1 20:12
**accepted** 7:3,5
  7:20
**account** 11:14
  21:8 27:23
  28:8
**action** 30:15
**Adbullah** 12:6
**ADMAX** 1:9
**advice** 14:5
**Af** 24:15
**affiliated** 4:24
  5:1
**Afghan** 20:7,10
  20:12
**Afghanistan** 4:7
  5:7 12:19 15:6
  18:7,10 19:25
  24:16,16
**afraid** 8:4
**Africa** 4:5 7:15
  24:3
**African** 4:6
  14:11
**afternoon** 3:2
  9:4
**Agency** 14:20
**ago** 6:19 15:1

21:14
**agreement** 22:4
**Ahmad** 6:6
**airport** 15:11
**al** 4:11 6:8,9
  12:2,2,3,3,4,4
  12:4,6,7,7
  13:16 15:22
  17:6,9 21:9,24
  22:13,14,25
  23:1,12,13,13
  24:13 27:12
**al-Adel** 5:16
**al-Amoudi** 6:16
**Al-Haramain**
  14:18 15:9,21
  16:25
**al-Iraqi** 5:20
**al-Qaeda** 7:25
  8:1,2,22 11:3,4
  12:16 17:14,15
  25:19 26:14
**al-Qaeda's** 8:25
**Al-Rajhi** 17:4,5
  17:11,18
**Al-Rajhis** 17:10
**al-Suri** 20:13
**al-Uqlaa** 13:17
**al-Yemani** 6:8
**Allah** 3:16,17,19
  3:21,22 25:22
  29:1,2,3,4
**allowed** 23:10
**Almoudi** 12:7
**alo** 18:22
**altogether** 18:4
**America** 12:14
**American** 12:11
  12:17 24:5
  25:11
**Americans** 7:25
**Americas** 1:22
**ammonium** 4:22
**Amoudi** 17:9
**amount** 26:13
  26:15,16 27:19
**Anderson** 1:21
**ANDREW** 1:15

**angry** 7:6
**anybody** 14:1
**apostate** 14:9
  23:5,7 24:13
  24:24 25:21
**approximately**
  12:22
**Arab** 17:6
**Arabia** 14:7
  16:17 21:9,19
  22:1,3,13,23
  23:20 24:1,4
  24:14 25:9,13
**Arabic** 10:2
  21:1
**arranged** 18:10
**Asafi** 17:7
**ash-Shura** 13:8
  13:13,24
**Ashton** 1:15
**asked** 5:16 8:1,7
**assignment** 7:19
**assist** 25:5
**assistance** 16:23
**assumption**
  21:21
**attack** 8:3,6
**attendant** 6:17
**attitude** 13:22
**attorneys** 30:14
**authority** 5:3
**autotic(phone...**
  23:18
**Avenue** 1:17,22
**aware** 15:16
  17:10 18:4
**Azzam** 22:9

**B**

**B** 2:4
**ba** 8:8
**Babar** 6:6
**back** 5:17,19
  12:5 17:2
  24:19,19 28:10
**background**
  5:24 7:9
**backyard** 24:19

**Bakr** 20:12
**Bandar** 12:3
**bank** 8:8 10:5,5
  12:11 17:6,11
  17:14,18 25:11
  27:17,24
**banquet** 18:18
**basically** 5:17
  9:18 15:8
**basis** 7:9
**Baz** 13:13 14:8
  23:4,20
**beginning** 10:14
**Belajari** 27:12
**believe** 4:15
  14:2,20 17:12
  18:6 19:7,10
  22:8 24:1,11
  24:12,12 25:22
**benefit** 24:6,9
**best** 22:12
**Bill** 8:3
**bin** 3:4 4:25 5:4
  5:5,9,12,14,22
  6:18,21 7:3,20
  7:23,23 8:10
  8:14 10:25
  12:1,3,7,8,13
  12:13,18 13:13
  13:19,21 14:2
  16:6 17:16,17
  18:1,2,5,7,13
  19:9,23,24
  20:1,1,1,1,6,11
  20:13,14,16,18
  20:19 21:6,9
  21:11,15,18
  22:6,11,14,18
  22:20,25 23:4
  23:7,20,23
  24:8,21 25:1,4
  25:18,19,24
  26:12 27:11
**bit** 21:14
**blah** 15:13,13,13
**bomb** 4:6
**bombing** 7:15
**bombings** 4:4

**book** 19:24
**books** 22:8
**boots** 24:5
**Bosnia** 24:17
**bought** 21:11
**Boulevard** 1:19
**branded** 23:7
**Bridgeside** 1:19
**broad** 26:23,23
**brother** 4:12
  12:13 17:20
  18:25 19:1,3
  19:14,16,17,17
  19:20,20,21
  28:7
**brother-in-law**
  19:2,21
**building** 8:25
  10:7 11:17,17
  11:18
**built** 22:18
**bulldozer** 26:8
**bunch** 28:10
**Burnett** 1:18
**business** 6:3
  15:12 23:8
**buy** 11:18 16:19
  21:10 27:21

**C**

**C** 3:1
**ca** 4:20
**call** 15:18
**camp** 4:7,8,9,14
  4:17,18,19,21
  4:24 5:2,7,9,12
  8:5 9:16,17,17
  11:16
**capability** 24:4
**Carolina** 1:20
**carried** 11:11
**Carter** 1:12 2:3
  3:2,11,23 4:2
  13:10,21 16:2
  16:5 27:15
  28:24
**Catholic** 13:25
**cause** 5:2 6:1

11:18 15:11 25:21
**central** 26:21
**certain** 14:21 15:2 26:13,15 26:16,16 27:3
**CERTIFICA...** 30:1
**certify** 30:4,12
**CFO** 8:19
**charge** 21:25
**charitable** 14:14
**charities** 14:13 16:7
**Chechnya** 6:4,9 6:16 15:6,7,16
**Chief** 9:2 18:11
**child** 23:23,24 26:13,15
**children** 19:23 26:12,13
**Chinese** 9:9 10:12 20:3
**circle** 11:25
**city** 23:21
**civil** 3:6
**classified** 23:3
**Clinton** 8:3
**close** 6:17
**Code** 21:25
**Colorado** 1:8,10 30:4
**come** 9:4 11:15 11:19 12:5,9 18:22 25:20 26:8 28:10
**coming** 14:7 25:23 26:5
**command** 8:12 8:15
**commander** 8:13 9:24
**commencement** 30:5
**Commercial** 27:16,24
**commission** 13:14 14:22

15:2,4,9,15,21 16:24 17:22,23 30:16
**Committee** 14:21
**Committees** 1:14,17,20,22
**communists** 22:10
**community** 6:13
**company** 28:1,3
**complete** 13:23 19:12 21:20
**compound** 19:19
**computer** 8:2,7 8:25 9:6 16:19 17:3
**computerize** 7:22 8:22
**con** 3:4
**concern** 25:8
**concerning** 3:4
**concert** 13:11
**concluded** 29:6
**conclusion** 28:25
**confident** 14:25
**consent** 14:6
**considered** 28:6
**consistent** 14:3
**contact** 6:7 7:9 18:1 19:16
**container** 16:18
**context** 8:9
**continuing** 21:5 21:5
**contribute** 11:8
**contributing** 21:15
**copy** 12:15
**core** 24:12
**correct** 30:10
**cosmetic** 20:24
**counsel** 1:16 30:13
**count** 12:17
**counterfeit**

12:17
**country** 15:10 15:11,14
**course** 5:1
**court** 3:7,13 13:9 15:25 16:4
**covered** 10:17
**Cozen** 1:13
**create** 7:21,22 8:7 11:2
**created** 17:2 28:5
**creating** 10:23 11:4
**credential** 6:14 24:23
**credit** 27:19 28:9
**Crescent** 14:22 14:22
**criminal** 9:11 23:5
**crucial** 26:1
**cruise** 8:3
**curse** 3:22
**Cursed** 29:4
**cut** 20:20
**cutting** 21:2

—— **D** ——
**D** 2:1 3:1
**daily** 7:9
**data** 8:8
**database** 7:22 8:7,8,25 10:7 10:17,23 11:2 11:4,22 21:8
**date** 10:20 25:12
**day** 9:4 15:19 19:7
**dedicated** 10:14
**deemed** 26:22
**definitely** 7:5 9:14 10:18 13:13 14:16,21 27:18 28:19
**degree** 6:2

**demanding** 24:21
**Derunta** 4:18,20 4:24 5:8
**Di** 6:3
**die** 23:12
**difference** 23:6
**different** 9:13 15:23 28:1,1
**differentiate** 20:9
**Diploma** 6:3
**directive** 14:6
**directly** 5:2
**discovered** 20:18
**discreet** 16:21
**discussion** 17:13 17:19 27:6
**District** 3:7
**document** 10:1 10:2,4,21 11:12 21:8
**documentation** 16:8
**documents** 21:13
**doing** 7:17 14:2 14:5
**dollar** 12:17
**donate** 13:19
**donation** 11:2,5
**donations** 26:20
**donor** 13:5 14:15 17:2
**donors** 10:24 11:22 18:3 25:24
**Draconion** 23:18
**drastic** 23:18
**dressed** 20:6
**dressing** 20:11
**duly** 30:5

—— **E** ——
**E** 2:1,4 3:1,1
**e-mail** 12:14,18

13:1 19:13
**earlier** 14:12 17:25
**East** 4:5,6 7:15 24:3
**Eastern** 7:15
**eat** 15:19
**effective** 28:7,12
**eight** 4:16
**either** 9:4,5 12:20 20:23
**electrical** 11:18 11:19
**Embassies** 4:5
**Emir** 5:21
**emphatic** 24:24
**employed** 30:13
**endemic** 25:10
**enemy** 21:18
**enter** 9:6,25 21:7
**environment** 6:13
**equipment** 16:20 26:7
**especially** 16:11 21:1
**ESQ** 1:12,13,15 1:18,21
**essentially** 26:21 28:4
**established** 21:22
**Evan** 1:24
**event** 18:14,16 30:14
**eventually** 6:20
**everybody** 14:10
**exact** 7:1
**exactly** 10:3 11:1 19:25 25:12
**examination** 2:3 4:1 30:5
**example** 16:17
**Executive** 1:14 1:17,19,22

**Exhibit** 2:5
**exhibits** 2:6
**exist** 21:3
**exit** 15:10,12,16
  18:16
**expect** 28:17
**expense** 11:4
**experience**
  19:10
**experiences** 3:4
  16:6
**expires** 30:16
**explanation**
  21:20
**explosives** 4:22
  4:22
**Export** 6:4
**express** 14:5
**extremely** 6:12
  12:1

**F**

**fact** 6:2 9:17
  17:24 22:21
**Fahd** 22:12 23:1
  23:12 24:13
**Faisal** 12:2,4,4
**fake** 28:8,8
**familiar** 21:21
**families'** 3:5
**family** 14:19
  17:11 18:2,22
  18:24 19:9,21
  20:20 21:5,15
  21:16 24:7,21
  26:10
**famous** 12:1
**far** 9:2,8 18:4
**fath** 23:9
**fath(phonetic)**
  23:5
**father** 17:8
  22:11,18
**Fawcett** 1:23
**Federal** 1:12 3:6
**feed** 26:5
**festivity** 18:16
**fighter** 15:17

**finance** 8:19
  24:15 25:4,21
**finances** 8:22,25
**financial** 5:4,6
  7:23 8:20 10:4
  11:12 16:7
  17:23 21:8
**financially**
  16:16 26:18
**find** 4:23
**first** 5:11,12
  7:19 19:18
  20:15 24:10,15
  24:16 28:14
  30:5
**fit** 20:23 26:22
**five** 27:8
**flatly** 5:17
**floor** 20:5
**Florence** 1:10
**following** 1:5
**food** 16:18,18,19
**foregoing** 30:9
**form** 30:9
**forth** 30:8
**Foundation**
  14:18,24
**French-Morr...**
  7:8
**friend** 22:12
**front** 5:21 9:18
  10:11 20:16
  27:10 28:4
**full** 30:10
**fundamental**
  26:4
**funds** 28:3
**further** 8:6
  30:12

**G**

**G** 3:1
**general** 17:15
  18:11 21:5
**getting** 16:12
**give** 5:6,20 11:7
  11:7,15 15:12
  15:15 16:9

  19:13 22:14,24
  25:1 26:11
  28:6
**given** 7:19 11:3
  27:4
**giving** 3:14 24:7
**go** 4:17 7:17
  9:19 12:20
  13:3 15:10,11
  16:10,13,20
  21:1 23:2
  27:12 28:11
**going** 16:14
  23:12
**GOLDMAN**
  1:21
**good** 17:20
  27:20 28:7
**gov** 24:2
**government**
  21:17,22,23
  24:15
**great** 13:11,12
  13:12
**ground** 24:5
  25:11
**group** 6:6 7:23
  21:9,11
**guarantee** 25:7
**guaranteed**
  23:10
**guda(phonetic)**
  22:23
**guest** 9:12,14
  27:1
**Gul** 18:11
**Gulf** 25:13
**guy** 15:24 20:19

**H**

**H** 2:4
**Habash** 9:15
**Hadiba** 9:15
**Hadibad(sic)**
  9:15
**HAEFELE** 1:18
**Hafs** 6:22 7:10
  7:21 8:1,15,16

  9:5,23 13:1
**Hafs'** 8:10
**Haifa** 12:4
**Hammoud**
  13:16,17
**hand** 6:23 8:16
  23:19 30:17
**handmade** 4:22
**handout** 5:6
**happened** 12:22
**Haramain** 17:21
**hard** 24:12
**hat** 15:24 16:3
**hats** 16:1,2
**head** 8:15 12:10
**heads** 21:23
**heard** 20:21
**heavy** 16:24
**held** 27:6
**help** 16:10
**hereinabove**
  30:8
**hereunto** 30:17
**High** 14:22 15:2
  15:3,15 16:24
  17:22
**Highway** 1:9
**hol** 22:17
**holy** 22:15,15,16
  22:17 25:17
**homosexuality**
  25:10
**hope** 3:12
**hospital** 9:9,9
  10:13 20:3,3,3
**house** 9:1,2,7,12
  9:13,14,21
  15:7 26:9 27:1
**housing** 26:10
**Hudhaify** 25:14
  25:16
**hundred** 26:5
**Hussein** 12:7
  17:9

**I**

**Ibn** 4:10
**Ibrahim** 12:7

  17:7
**idea** 21:18 28:6
**identification**
  2:6
**identified** 5:25
  11:22 14:14
**identify** 6:10
**III** 1:15
**illogical** 21:18
**Imam** 4:13
  25:16
**important** 6:10
  6:12 13:18
  25:24 26:7
**include** 10:23
**included** 18:2
**indicate** 11:10
**indicating** 21:4
  28:13
**individuals**
  11:21 17:4
**information**
  21:4
**Initial** 2:5
**initially** 5:8 6:5
  20:17 22:7
**initiated** 28:6
**injure** 10:10,12
**instance** 16:8
**Institute** 6:4
**Insurance** 1:13
**Intelligence**
  18:12
**intended** 5:22
**interaction** 15:5
**interactions**
  15:3
**interest** 25:11
**interested** 30:14
**international**
  6:3 14:16
**involved** 10:6
**involving** 27:16
**ISI** 18:11
**Islam** 21:25
  22:18 23:18
  25:3,17
**Islamic** 14:17,18

15:21 21:25,25
IV 20:5

**J**

**J** 1:13,15
**Jalalabad** 4:20
5:18 27:1,2,3
**Jeddah** 19:15
21:12 27:18
**JERRY** 1:21
**Jerusalem** 22:16
**Jibreen** 13:15
**jihad** 5:2,7 11:9
22:10 23:25
24:14,15,16
25:3,21
**John** 1:23
**join** 5:14
**Joint** 14:20
**Juhaiman** 23:17
23:21
**July** 30:16

**K**

**Kabul** 5:15,19
9:17 26:24
27:3
**Kadi** 12:6 17:6
**kalashnikov**
26:3,6
**Kan** 27:12
**Kandahar** 9:8,9
9:10,16,19
20:18 26:24
27:13,22
**Karachi** 12:20
12:21,21,21,24
21:12 27:19
28:11
**keep** 11:6 22:3
**Khabab** 4:21,21
5:5
**Khal** 28:7,7
**Khalden** 4:7
**Khalid** 12:8
17:8
**Khallad** 28:9
**Kill** 1:21

**killed** 8:4,5
**kind** 16:23
**King** 22:13
**Kingdom** 21:17
23:17
**kitchen** 4:23
**knew** 5:23 19:25
**know** 3:3 6:15
6:17,21 10:19
10:19 11:13
12:4,14,25
17:15,19,24
18:18 19:1,17
19:18 20:5,10
20:17,20 25:9
25:10 26:25
27:3 28:1,8,12
**known** 11:25
22:12
**Kohlmann** 1:24
16:1 28:23
**Kreindler** 1:16
1:16

**L**

**Laden** 4:25 5:4
5:5,12,23 6:18
6:21 7:23,24
8:14 12:13,13
12:18 13:19
14:2 17:16,17
18:1,2,6 19:24
19:25 20:1,2,6
20:11,13,14,16
20:18,19 21:6
21:9,11,18
22:6,11,14,18
22:20,25 23:8
23:23 25:2,4
25:18,19 26:12
27:11
**Laden's** 3:4 5:9
5:14 7:4,20
8:10 10:25
13:21 16:6
18:13 21:16
24:8,21 25:24
**Ladens** 18:7

19:9
**laser** 12:15,16
**lawsuit** 3:6
**leadership** 4:10
**League** 14:18
**leave** 4:17 15:13
25:15
**left** 14:10
**let's** 16:18
**letter** 22:21 28:9
**liar** 3:22 29:5
**Liason** 1:16
**Liby** 4:11
**Libyan** 4:11
**lie** 19:12,12
**line** 5:21 9:18
20:16 27:10,19
**list** 10:24 13:5
14:15,24 17:2
18:2
**listened** 11:8
**litigation** 19:8
**little** 21:14
**LLC** 1:19
**LLP** 1:16
**located** 9:7
**London** 13:3
**long** 10:6 19:5,6
24:18 25:13
**Look** 25:3
**lot** 7:6,12 10:4
12:12 27:4,4,9

**M**

**machine** 12:15
**Mahfouz** 12:7,8
17:7,8
**main** 12:25
17:21
**maintain** 25:25
**Majlis** 13:8,24
**malaria** 20:4
**MALONEY**
1:15 27:7
28:22
**man** 14:8 18:24
**marked** 2:6
**Market** 1:14

**Masa** 8:17
**Master** 6:2
**material** 11:16
11:17,18 27:21
**matter** 19:6 22:7
24:10
**mean** 7:5 10:3
11:17 13:18
17:20 26:1,2
**meaning** 4:22
13:24
**Mecca** 22:15
23:16,16,22
**Medina** 1:6
22:16 25:17
30:2
**meet** 6:7,23 7:11
18:5
**mem** 18:22
**member** 5:9,11
18:23,24 19:22
26:10
**members** 13:4
18:2 21:15
**mentioned** 6:19
14:12 17:25
**mentor** 23:20
**met** 5:15,15,18
6:16 18:5
20:14,14,16
**military** 8:13
26:6,17
**mind** 12:9
**minutes** 27:8
**misleading**
21:20
**missile** 8:3
**mission** 11:5
**Mohammed**
8:17 12:3,7
17:9 18:6
**moment** 6:19
**Monday** 29:7
**money** 11:3,7,7
11:13 13:19
16:15 17:24
20:24 21:6,8
24:7 25:1,23

26:1,19,24
27:4,4,5,9,14
27:19,20 28:10
28:13
**months** 4:16
10:8,13
**morning** 9:3
28:18,19
**Mosque** 22:15
22:15,16
**mosques** 22:17
**mother** 18:9,13
19:4,19 21:2
**Motley** 1:19
**Moussaoui** 1:3
3:2,10,11,23
28:16
**moving** 17:23,24
**Mt** 1:20
**mujahideen**
11:25 24:11
**Muslim** 14:17
14:19
**Muwafaq** 14:24

**N**

**N** 2:1 3:1
**Naff** 1:6 30:2
**name** 3:9,10
14:23 19:13
22:2,24 27:25
28:1,2
**named** 17:4
**names** 18:1
**national** 17:23
27:16,23
**nature** 16:8
**never** 18:5 20:20
20:25 27:20
**New** 1:17,17,22
1:22 3:7
**nitrate** 4:23
**North** 14:10
**Notary** 1:7 30:3
30:21
**notes** 30:11
**number** 2:2,5
9:18 13:2

19:14
numerous 9:11

**O**

O 3:1
O'Connor 1:13
O'Neill 1:21
oath 1:1 3:13,15
  28:25 29:6
  30:6
obedience 13:23
obey 22:21
obeyed 23:25
occur 6:24,25
occurred 4:5
October 1:10
  29:7 30:17
offend 14:1
officer 8:20
oh 12:12 16:4
  17:9 20:1
  28:24
okay 4:20 5:2,16
  6:6 7:12,13 8:3
  8:13 9:3,8,16
  9:17,18,19,19
  9:20,22,23,24
  10:1,4,5,9,19
  11:5,10,16
  12:16,16,17,25
  13:2 15:20,22
  15:23 16:10,14
  16:16,18,20,25
  18:5,20,23
  19:1,3,15,17
  19:19,20,21,22
  20:1,7,16,16
  20:22 21:10
  22:1,2,2,4,5,8
  22:9,10,12,14
  22:17,19,24
  23:6,14,16,17
  23:22 24:1,11
  24:11,12,20
  25:10,14 26:14
  26:24,25,25
  27:2,2,11,12
  27:13,20 28:13

oldest 20:2
on-site 11:19
on-the-spot 4:12
open 9:15
opening 27:19
opportunity
  5:13
ordered 8:3
organization 3:5
  5:10,14 7:4,14
  7:20 8:10
  10:25 11:14
  12:11 14:3,17
  16:6,13,21
  21:16 24:8,22
  25:25 26:22
organization's
  8:22
organizations
  10:24 14:14
  16:22
organize 22:10
organized 15:8
  18:15,17 26:17
Osama 3:4 4:25
  5:4,5,9,11,22
  6:18,20 7:11
  7:23 8:13,14
  11:6 17:16,17
  18:13 19:1,3,9
  19:13,17,23,24
  20:2,6 21:6
  22:6,11,18,25
  23:7
owned 17:11

**P**

P 1:12 3:1
P.C 1:21
p.m 1:5 29:7
padding 28:10
Page 2:2
paid 26:14 27:11
Pakistan 11:20
  16:10,13,14,24
  28:3
Pakistani 10:5
  18:11

papers 15:16
part 6:5,5 21:10
  21:11
particular 5:24
parties 30:13
pay 11:15,16
  26:6,11
paying 26:9
  27:10
pending 3:6
Pennsylvania
  1:14
people 6:11 7:7
  7:12,18 8:5
  9:19,19 10:24
  11:15 13:15,18
  16:10,16 21:21
  23:3 24:18
  25:19,20 26:5
  26:18
percent 20:11
  22:7 23:8,19
period 4:3 10:21
  24:7
permit 15:10,12
person 5:19
  23:21
persons 14:7
Philadelphia
  1:14
PKM 18:17
place 30:7
placed 10:12
  26:21
Plaintiffs 1:13
  1:16,19,21
Plaintiffs' 1:13
  1:16,17,19,22
plane 28:11
Pleasant 1:20
please 3:8
point 4:17 5:13
  8:24 10:9
police 15:13
policy 24:14
pool 26:21
Pope 14:1
possibility 8:6

power 22:1,3
  23:13,14
precise 7:1
precisely 12:23
precision 7:1
present 1:11,23
  3:12,13
pri 4:12
Prince 12:2,2,2
  12:3,3
printing 12:15
prior 30:4
Priscilla 1:6
  30:2
probably 26:25
  27:8
problem 7:11
  16:12
Professional 1:6
  30:3,20
proof 24:24,25
  25:18,20
prove 6:13
provide 8:9 10:1
  15:10
provided 9:12
  16:7,22
public 1:7 22:7
  30:3,21
publicly 20:23
pure 20:24
  22:20,20
purpose 11:1
  12:25
purposes 3:5
put 8:1

**Q**

Quetta 12:21
  27:21
quickly 7:9

**R**

R 3:1
Rabita 14:19
radio 20:22
raise 25:8
ran 4:8

rate 25:11
reach 6:20
read 5:16
rebuild 22:14,15
  22:16
recall 10:16,18
  12:22,23 13:4
  13:6 14:13,16
  16:5 17:3,5,6,7
  17:8,13 27:15
  27:18,23,25,25
  28:2
receive 19:19
  21:4,7 26:11
  27:20
receiving 20:5
  28:3
recollection
  14:23
record 3:9 7:23
  8:2 11:7 22:7
  27:6
Red 14:22
reduced 30:8
reestablish
  23:14
refer 22:23
reference 2:5
  14:13
references 9:12
  17:3
regard 17:10
Registered 1:6
  30:2,20
Reid 20:8
rejected 5:17
related 30:12
relationship
  25:6
relationships
  6:11
relief 11:14
  14:17,20,21
  16:13,14,21,22
religiously 5:1
remember 5:24
  6:1 10:14
  11:21,23,24

12:24 17:1
20:4 25:12
rent 26:14
rented 15:8
repeat 8:23
Reporter 1:7
  13:9 15:25
  16:4 30:3,20
REPORTER'S
  30:1
respond 21:19
responsibility
  10:11
restrict 9:18
resume 5:20,22
  5:25 6:11,20
  6:23
reverence 13:23
reverted 23:17
Reviewed 21:13
Rice 1:19
Richard 20:8
right 8:9,16
  10:16
ROBERT 1:18
role 8:10,18
royal 21:15,16
  24:7,21
RPG 18:17
ruler 22:13
run 4:10 9:22

—— S ——
S 1:21 2:4 3:1
Saad 18:6
Saadov 9:22
Sadaf 6:15
Saeed 7:10 8:4
  8:19 9:5,24
  27:13,14
Saeed's 8:18
Saif 5:15 6:8,9
Saud 12:2,3,4,4
  21:24 22:13,14
  22:25 23:1,2
  23:12,13
Saudi 7:8 10:5
  12:11 13:5,22

14:7,20,21,22
15:2,3,9,15,21
16:11,17,24
20:23 21:9,11
21:15,19,22,22
21:24 22:1,3,3
22:13,23 23:17
23:19,25 24:1
24:2,4,6,14,15
24:17 25:2,9
25:13,23 26:2
saw 6:16 19:23
saying 22:9
scholar 13:12
  22:5,21 23:4
  23:19,21,24
  24:2
schween(phon...
  22:22
SCOTT 1:13
SEAN 1:12
second 8:12,15
  15:1 25:17
secret 9:21
  18:12
security 7:15
  9:13
Sedky 12:6
see 7:16 11:2,13
  13:25 23:15
  25:3 28:18
seeing 14:23
seek 5:13
seizure 23:15,16
send 12:14,15
  12:18 16:17
  21:5 24:18
  27:19,20,21
  28:9
sending 21:12
sent 5:22 22:6
  27:9
separate 4:18
Service 18:12
set 30:8,17
seven 4:15
severed 19:9
severely 10:12

Sharif 12:6 17:7
Shaykh 4:11 6:8
  6:8 7:10,11 8:4
  8:13,14,18,19
  9:5,24 11:6
  13:1,14,15,16
  13:17 17:15,17
  19:1,3,13,16
  22:6 25:14
Shehri 13:14
  23:4
shooting 18:17
  18:17
shorthand 30:7
  30:11
shred 20:25
significant
  18:14,16
simply 3:9
single 14:7
sit 9:22,23
site 25:17
sites 22:18
sitting 19:18
small 7:13 26:12
snake 21:23
somebody 5:18
  7:7 10:10,11
  13:25
son 17:8 20:2,2
  20:6,19 21:2
sorry 8:23 28:24
sort 28:4
south 1:20 6:9,9
Southern 3:7
spare 21:10,10
speaking 5:3
specialize 4:21
specific 24:6
speech 25:14
spend 4:14
spending 26:23
spoke 5:18
state 1:7 14:8
  19:14 30:4
statement 1:1,5
  29:6 30:6
stay 19:5,7

25:13
Street 1:14
strict 5:3
strictly 5:3
structure 8:14
stuff 10:15
  24:19
success 23:11
suggested 19:8
Sultan 12:3
support 5:4,6
  16:7,8,9 17:21
  17:23 24:21
sure 5:4 28:14
  28:20
surprising 7:12
  7:17
survival 24:10
swear 3:15,17
  3:19,20 29:1,2
  29:3,4
swore 30:6

—— T ——
T 1:18 2:4
Tajikistan 24:17
take 3:3,15 10:7
  20:23 23:13
  27:14 28:11,25
taken 1:5 30:7
  30:11
Talal 12:2
Taliban 9:2
talk 6:2 7:25
  20:14
talking 9:13
tank 26:8
TARBUTTON
  1:13
taught 20:22
teachings 14:3
telephone 13:2
  19:14
televi 20:21
tell 3:9 9:25 10:2
  20:23 28:7
terminology
  7:24

testament 22:22
testify 30:6
testimony 3:3,12
  3:14,17,18,20
  3:22 14:12
  28:20,25 29:2
thank 3:23 16:4
  18:20 28:17,21
  28:22,23
thing 9:6 17:1
  25:9 28:8
think 10:8,13
  12:21 13:3
  18:8,25,25
  19:2,6,20
  25:12 27:7
  28:16
Third 1:17
  14:20
three 10:13
  22:17,17
ti 7:16
ticket 11:15
tie 21:2
ties 19:9
tight 7:16
time 4:4,6,14 5:8
  5:9,11,12,20
  5:21 6:15,17
  7:13,24 8:11
  9:1,3,14 10:21
  17:11 19:18
  20:15 21:16
  24:4 25:13
  26:4 27:7
  28:17,20 30:7
today 3:8 28:17
today's 28:25
told 5:5,18 6:22
  8:13 13:24
  20:13 21:14
  23:11 24:2
tomorrow 28:18
  28:19
Tooting 6:6
top 9:19 12:9
Toshiba 9:6
  17:3

transcript 30:9
transcription
  30:10
transferred
  11:13
transfers 11:10
  27:16,24
travel 16:15
  24:18
trial 9:11
tribe 21:2
troop 24:5 25:11
true 3:17,19,20
  3:22 19:11
  23:14 29:2,3,3
  29:4 30:10
truly 18:9
trust 6:12 14:19
truth 20:25 30:6
truthful 3:14
trying 8:21
Turki 12:2 23:3
Turning 17:2
Tuwaijri 15:20
  15:22,22
two 10:8,13
  15:24,25 16:1
  16:3 18:25,25
  19:3,20,21,21
  21:23
typewritten
  30:9

                U
U.S 4:4
ule 24:20
ulema 13:5,8,22
  14:4,6,7 22:23
  23:4,11,19
  24:20 25:2,6,7
ultimately 11:15
Umar 6:8,8
understand 7:7
understanding
  6:20 13:20
United 19:14
Uqlaa 13:16
use 7:24

USP 1:9
usually 11:19
usury 25:10
Uthaimeen
  13:14 14:8
  23:4,20

                V
vase 22:23
victims 1:16
victims' 3:6
view 24:20
visa 16:10,12
visit 18:9,13
visitation 18:10
vividly 17:1
voice 25:8

                W
wage 23:9,10,11
Wahhab 22:4
Wahhabi 21:24
  22:2,5,20,21
  23:23 24:2
Waleed 12:1,1
want 13:7,25
  15:11 16:19
  22:24 23:2
  28:17,24
wanted 11:6,6
  12:16,16 21:10
  24:13
war 23:9,10,11
  25:13
way 13:2 18:19
  18:19 21:1,21
  26:23
we're 27:7 28:16
We've 27:8
week 19:7
went 4:19 5:8,12
  5:15,17,19 9:1
  12:24,24 15:7
  19:15,15,18
  20:18 22:25
  23:1 24:3 27:2
  27:2
whatnot 11:5

widespread 25:9
wife 26:15
willing 3:13
witness 3:10,15
  13:11 16:3
  20:8 27:9 29:1
  30:5
woman 12:5
  18:20,24
wonder 13:6
work 8:21 9:25
  10:6 15:20,22
worked 27:16
worker 16:14
World 14:17,17
  14:19,20
wrong 5:19 14:8
  14:9,9 25:9
wrote 19:24

                X
X 2:1,4

                Y
Yassid 17:6
Yassin 12:6 17:6
yeah 17:9
year 23:2
years 10:16
Yemeni 16:11
  16:12,16
York 1:17,17,22
  1:22 3:7
Youth 14:19

                Z
Za 24:13
Zacarias 1:3
  3:10
Zubaydah 4:10

                0

                1
10 19:7
100 20:11 22:7
  23:8,18
10017 1:17
10020 1:22

1251 1:22
1900 1:14
19103 1:14
1994 19:10
1996 10:19
1997 10:19
1998 4:4,4,7
  10:18,22 24:7
1999 12:23

                2
2 30:16
2:06 1:5
2:55 29:6
20 1:10 29:7
2003 24:1
2014 1:10 29:7
  30:17
2015 30:16
24 30:17
28 1:19
29464 1:20

                3

                4
4 2:3

                5
5880 1:9

                6
67 1:9

                7
750 1:17

                8
81226 1:10

                9
9/11 1:16 3:5
90 7:2
98 7:2
99 10:22 24:7