# Exhibit "6"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

STATEMENT UNDER OATH

OF

ZACARIAS MOUSSAOUI


The following statement was taken at 9:31 a.m.

before Priscilla Naff Medina, Registered Professional

Reporter and Notary Public in and for the State of

Colorado:

ADMAX USP
5880 Highway 67
Florence, Colorado 81226
October 21, 2014

PRESENT:

| | |
|---|---|
| For the Federal Insurance Plaintiffs and Plaintiffs' Executive Committees: | SEAN P. CARTER, ESQ. J. SCOTT TARBUTTON, ESQ. Cozen O'Connor 1900 Market Street Philadelphia, Pennsylvania 19103 |
| For the Ashton Plaintiffs, 9/11 victims, and Plaintiffs' Executive Committees: | ANDREW J. MALONEY, III, ESQ. Plaintiffs' Liason Counsel Kreindler & Kreindler, LLP 750 Third Avenue New York, New York 10017 |
| For the Burnett Plaintiffs and Plaintiffs' Executive Committees: | ROBERT T. HAEFELE, ESQ. Motley Rice LLC 28 Bridgeside Boulevard Mt. Pleasant, South Carolina 29464 |
| For the O'Neill Plaintiffs and Plaintiffs' Executive Committees: | JERRY S. GOLDMAN, ESQ. Anderson Kill, P.C. 1251 Avenue of the Americas New York, New York 10020 |
| Also Present: | John Fawcett Evan Kohlmann |

```
 1                          I N D E X

 2                                        Page Number

 3   Examination by Mr. Carter                        3

 4                     E X H I B I T S

 5   Exhibit Number                     Initial Reference

 6        (No exhibits were marked for identification.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               P R O C E E D I N G S

2               MR. CARTER:  Mr. Moussaoui, when we reached the

3       expiration of the visiting time yesterday we were speaking

4       about your work in creating an elect -- electronic

5       database of al-Qaeda's donors in the period of 1998 and

6       1999, and we would like to speak with you a bit more about

7       that and close out your statement on that subject.

8               Before we do so can we follow the same process

9       yesterday with regard to your oath?

10              THE WITNESS:  Yes.  I swear by Allah that

11      everything I say in this testimony is true.  I swear by

12      Allah that everything I say in this testimony is true.  I

13      swear by Allah that everything I say in this testimony is

14      true.  I swear by Allah that everything I say in this

15      testimony is true.

16                          EXAMINATION

17      BY MR. CARTER:

18          Q    Mr. Moussaoui, when we began speaking about

19      this subject you mentioned to us that you had presented

20      your resume to Osama bin Laden in 1998, and you mentioned

21      some of the qualifications that you identified on your

22      resume.  What particular business degrees did you identify

23      on the resume that was submitted to Osama bin Laden?

24          A    I -- I -- I told him that I had the Master

25      degree in International Business from the University --

1   University of South Bank in London, and also a -- a

2   diploma of the Institute of Export in London, and also a

3   business degree of Commerce Technology from French -- a

4   French degree, okay, and -- so that's the main credential

5   I think for the education, okay.

6          And, of course, I speak English and French, and

7   colloquial Arabic.

8      Q    Were there many other members of al-Qaeda at

9   that time who had that kind of business education?

10     A    Absolutely no one, absolutely -- at the time

11  al-Qaeda -- I was only person, okay, who spoke English and

12  who was trusted, they -- they were absolutely nobody, and

13  it's only by 2000 that there were some other people who

14  came who spoke English.  After the -- I brought the only

15  other person spoke English but don't have any kind of

16  education, is Richard Reid, and he was never involved with

17  any kind of leadership position or decision position

18  because he -- he's not -- he's not Arab and he's not a

19  true Muslim by bir -- by birth, so he don't have the same

20  level of trust with them at all.

21     Q    Did you believe that your education and fluency

22  in English were significant factors in Osama bin Laden

23  deciding to delegate you to build the electronic database?

24     A    The combination of the fact that I was in

25  Chechnya and the fact that I speak English, and I was

1  knowledgeable at the time because I was fresh from my

2  study and some job experience into this commercial and

3  financial activity definitely make Osama bin Laden decide

4  that, yes, this is the guy I need.

5      Q    In connection with constructing this database

6  you mentioned that you had access to certain types of

7  financial documents, can you describe the kinds of

8  financial documents you saw?

9      A    A lot of statement from bank about financial

10  position, a lot of document about a -- credit -- credit

11  and bill of lading, line of credit, insurance regarding,

12  you know, transportation of material -- I know that most

13  of them were fake -- but that's the kind of thing.

14           And also bank statement, okay, regarding

15  deposits and the transfer of money from -- whether Saudi

16  Arabia or from Dubai or -- that's what -- what -- mainly

17  from Saudi Arabia and Dubai money was moving around.  And

18  from Emirate, 'cause sometime I show Dubai and Emirate.

19      Q    Were there any particular banks in Dubai that

20  were involved in these transactions you saw?

21      A    I do remember Cha -- Charter -- Standard

22  Charter, I -- I remember this bank.  A bank -- I remember

23  the National -- National -- the National Commercial Bank

24  of Saudi Arabia.  It was not in Dubai, but in Saudi

25  Arabia.

1          And also there was the bank of -- Arab Bank,

2    okay, and the Saudi American Bank, and there was the --

3    the Rajhi -- the Rajhi bank -- or Foundation.

4          And the -- the -- they had -- also they were

5    using -- it's not a bank, it's a system, okay, that you --

6    you give money to somebody, and somebody -- the other

7    country trusted give you the equivalent.  It's not -- it's

8    not the bank, there is no paper.

9          Q    Is this the Hawala system?

10         A    Yeah.  And -- that's what, the Ha -- Hawala

11   system, and it's -- it's -- you -- there's no money

12   involved, it's -- and that's -- initially when I came they

13   would bring a lot of these, you know, but because of the

14   mon -- the level of money was increasing they wanted to

15   give us --

16              THE COURT REPORTER:  Give us what?

17              MR. CARTER:  Diversify.

18              THE COURT REPORTER:  Thank you.

19              THE WITNESS:  Diversify.

20         Q    (By Mr. Carter)  You indicated previously that

21   there were front -- front companies set up in Pakistan to

22   facilitate some of the transfers, do you know where they

23   were located in Pakistan?

24         A    Yes, what I know, in Karachi that was the

25   main -- main thing, 'cause in Karachi they use the sea

1  port, okay, and they -- they were having a full document

2  of stuff, but also they were buying thing needed for the

3  camp and also the organization, okay.  So all -- what I

4  know that most of the activity co -- bus -- business

5  activity was conducted in Karachi.

6      Q    Was there a particular person who was in charge

7  of that business activity?

8      A    Abdullah al-Pakistani, and Ba -- Badr.  He's

9  not Arab, he's not -- he's not Pakistani, I think he's

10  from -- he's an immigrant from Mayanmar, but -- but he --

11  I know he's not Arab, okay, and I know he's not Pakistani,

12  I heard he's from East, but he wasn't African, he was

13  raised in Kuwait.

14      Q    Did you ever personally receive money in

15  Karachi to take back to Afghanistan?

16      A    Many time I -- when our -- when even --

17  sometime even I will go from -- from Kandahar to Karachi

18  to the -- do some Internet or do some business with

19  help -- helping people to travel, or to do some -- some

20  activity that we are needed, but on my way back I will

21  take money to -- to bring back to Kandahar from the

22  brother Abdullah al Pakistani or Badar, or -- or even

23  Mukhtar, will bring back some money to them.

24          Because in Pakistan you don't have any banking

25  system and you only use $100 bill, you can't have a $50

1    bill, nobody takes it in -- in Afghanistan.  And -- and

2    the bill must be brand-new, they don't take used currency,

3    you -- that -- that's -- that -- at the time it was very

4    problematic, you can't have -- you don't have -- you give

5    a $100 bill to somebody and you take it to give to

6    somebody, no, that's not how it work, okay (indicating).

7    You have to give it to the money dealer and he give you

8    Pakistani money, and anything else you are stuck, you have

9    to wait until you go back to Pakistan and take the new --

10   the new $100 bill, and that's all yours.

11        Q    Do you know what the money you were bringing

12   back was being used for?

13        A    It was being -- being used -- like I know --

14   because I -- sometimes I saw -- I saw -- at some point in

15   time I run the -- the guest house, the -- the secret

16   arrangements from the guest house, so -- and on the visa I

17   used to organize the -- the shop inside the guest house,

18   and also paid for the cleaning -- the -- the cleaner and

19   all this, and also buy -- because we -- we brought builder

20   to -- to do the electric, you know, the old toi -- toilet

21   and the shower, okay, and I -- I am the one who went and

22   pay.

23             I used to go to the market once a week, okay,

24   to buy all thing for the shop, okay, and also buy all the

25   food, it was a large amount, I think about a thousand of

1    dollar on the week, because at some point when -- on

2    2000 -- in 2000 they probably have in the guest house more

3    than 200 people at the time.

4         Q    All right.  The guest house was separate from

5    the camp, correct?

6         A    Definitely was very far.  The camp was in the

7    wilderness, it was a -- a minimum two-hour drive in the

8    desert away from any kind of road, okay.  The -- the --

9    the guest house was across the road from the Arabic

10   Institute, Hajji Habash, okay.  It was -- it was not in

11   the center of Kandahar, but it was inside Kandahar.

12        Q    And was al-Qaeda also using the money from its

13   donors to sustain the training camp?

14        A    That the -- that's the purpose.  And we also

15   have a lot of money going -- brought by the -- the -- the

16   brother, the mujahideen, who will come and they will give

17   you $10,000, okay, and it will be handled mainly by Abu

18   Khubayb, who used to be the Emir, the only person above

19   me, okay, and Abu Bakr al-Suri used to be the one who will

20   keep the account.  Me, I was the se -- in charge of

21   security.

22        Q    And, so, was the money also being used to train

23   the al-Qaeda members?

24        A    The money was used to -- to -- for them to buy

25   all the supply for the feeding the camp, to buy for the --

1   the ammunition, okay, 'cause we used to buy it from the

2   Taliban, okay; to buy any medical expense.  'Cause when

3   somebody would come in sick we bring back initially to the

4   Chinese hospital, okay -- there were no Chinese there, but

5   they just called it the Chinese hospital, okay -- and,

6   then, after that we go back to the -- the -- the clinic,

7   who was at the back initially toward -- inside the --

8   the -- the -- the guest house.  Later on we move it back

9   on the back of the Arabic Institute so that it become a

10  different place.

11          And the -- we use all the money also to

12  transfer people, for example, when -- when we have people

13  being injured in the -- in the -- in Kan -- in -- in the

14  front line in Kabul, okay, we will have for people to pay

15  helicopter if they were severely -- severely injured to

16  bring back from Kabul to -- to Kandahar.

17          Didn't happen often, but I -- I do remember one

18  it happen for somebody who had very, very dif -- big

19  injury, and we used to pay this.  We used to pay for

20  doctor.

21          We -- the money -- the donation who came was

22  used on a daily basis for all the expense of the camp

23  and -- and the mujahideen.

24      Q    Do you remember the amounts of any of the

25  donations reflected on the database you built?

1        A    I do, ye -- yes.  I mean, you talk about

2   million of dollar, that's -- million of dollar.  You

3   had -- for example, they -- depending -- the -- the -- the

4   Saudi, okay -- the Saudi prince, you know, Abdullah -- and

5   he was a new prince at the time, you know -- they will

6   give 2, $3 million, okay, and it was -- each time they

7   will have interaction with somebody from there, because

8   most of the -- the top-ranking close to Osama bin Laden

9   were also from the biggest family in Saudi Arabia.

10             For example, the house we use -- you know,

11   Abu -- Abu Ghaith is the one you -- brother-in-law of

12   Osama bin Laden that you -- you -- was captured and in

13   jail, he -- he marry the -- the widow of Hafs, the Hafs is

14   the -- the nephew is from the family of the -- the Defense

15   Minister of Saudi Arabia of the Air Force.  He's one of

16   the -- of the biggest family.

17             And his uncle, who is the same age -- it is not

18   uncommon in Arabic, okay, same age -- I think he is Sakaf,

19   okay, he's the -- he's uncle, and they are -- both become

20   family member of Osama bin Laden, but the -- the big

21   brother of Sakaf was the uncle of house, his bro -- big

22   brother was 80-year-old and he have family, one of the

23   brother is the Minister, like I just say, of the Air

24   Force.  He's a -- he's a top general or a minister, one of

25   the two, you understand me?

Page 12

1        Q     (Attorney nodded.)

2        A     So when I say each time for country that you

3   have these people going to Saudi Arabia, or Bin Baz or

4   Uthaimeen or Shehri, or Hammoud al-Uqlaa, they will come

5   back and say to Sakaf, okay, he gave X amount of money for

6   this, okay.

7              Initially I heard it and initially I -- I wrote

8   for -- for -- for Shaykh Abu Hafs and Shaykh Saeed, and I

9   will only know that he brought 1 million, 2 million and 3

10  million, and it was something that was not a big deal

11  for -- for them, you know, they are -- it was something

12  that very common in the inner circle of the Saudi, because

13  they all are from the richest family in Saudi Arabia.

14       Q     And all of this money was used to sustain

15  al-Qaeda's operations, correct?

16       A     Absolutely.  I mean, all this money were there

17  to buy, because -- to expenses I have because --

18  especially to set up the camp, because nothing was there,

19  it was the desert, so we have to pay Afghan to dig a well,

20  you have to dig to build the base for tent and camp and

21  medical, everything was created from scratch, it was very

22  expensive, okay.  You have to move material from -- from

23  Kabul to -- to it's all done, and spending, I mean,

24  hundred of thousand of dollar on a weekly basis, you know.

25              You have a lot of car, you have to pay for the

1  maintenance of the tank and dozer, okay, and all of the

2  spare part, and all of this money came from Shaykh Saeed,

3  it was given from Shaykh Saeed, and it was hundred.

4       And everybody would get expense as a -- as a --

5  as a ratio, a quota, from the family, from -- every child

6  have X amount of money, every woman have X amount of

7  money, every person have X amount of money, okay, so you

8  have 10 children you will receive a -- I don't know

9  exactly, but you will receive a -- quite substantial of

10  money.  And they were living quite a decent life by

11  Afghan -- Afghani standards, they were not living in

12  poverty.

13       Q    To clarify, you're saying that the al-Qaeda

14  members received salaries?

15       A    They do, absolutely.  A salary -- the word is

16  just "salary," but a -- a location or -- I don't know,

17  kind of salary, but . . .

18            (A discussion was held off the record between

19  Mr. Goldman and Mr. Carter.)

20            MR. CARTER:  Mr. Moussaoui, I don't think we

21  have anything else on this issue, thank you very much.

22            THE WITNESS:  Thank you.  And . . .

23            MR. CARTER:  Can you take your oath?

24            THE WITNESS:  Yeah.  I swear by Allah that

25  everything I just said is true.  I jus -- I said -- I

Page 14

1    swear by Allah that everything I just say is true.  I

2    swear by Allah that everything I just say is true.  I

3    swear by Allah that everything I just say is true.

4              MR. CARTER:  Okay, great.

5              (The statement under oath was concluded at 9:50

6    a.m., on Tuesday, October 21, 2014.)

7    /

8    /

9    /

10   /

11   /

12   /

13   /

14   /

15   /

16   /

17   /

18   /

19   /

20   /

21   /

22   /

23   /

24   /

25   /

Page 15

1                       REPORTER'S CERTIFICATE

2              I, Priscilla Naff Medina, Registered

3    Professional Reporter and Notary Public in and for the

4    State of Colorado, do hereby certify that prior to the

5    commencement of the examination the Witness first duly

6    swore to testify the truth; that said statement under oath

7    was taken in shorthand by me at the time and place

8    hereinabove set forth and was thereafter reduced to

9    typewritten form by me, as per the foregoing transcript;

10   that the same is a full, true, and correct transcription

11   of my shorthand notes then and there taken.

12              I further certify that I am not related to,

13   employed by, nor of counsel for any of the parties or

14   attorneys herein, nor otherwise interested in the event of

15   the within action.

16              My commission expires July 2, 2015, and I have

17   hereunto set my hand this October 24, 2014.

18

19
                     _____
20                   Registered Professional Reporter
                                   and
21                           Notary Public

22

23

24

25

**A**

**a.m** 1:6 14:6
**Abdullah** 7:8,22
 11:4
**absolutely** 4:10
 4:10,12 12:16
 13:15
**Abu** 9:17,19
 11:11,11 12:8
**access** 5:6
**account** 9:20
**action** 15:15
**activity** 5:3 7:4
 7:5,7,20
**ADMAX** 1:10
**Afghan** 12:19
 13:11
**Afghani** 13:11
**Afghanistan**
 7:15 8:1
**African** 7:12
**age** 11:17,18
**Air** 11:15,23
**al** 7:22
**al-Pakistani** 7:8
**al-Qaeda** 4:8,11
 9:12,23 13:13
**al-Qaeda's** 3:5
 12:15
**al-Suri** 9:19
**al-Uqlaa** 12:4
**Allah** 3:10,12,13
 3:14 13:24
 14:1,2,3
**American** 6:2
**Americas** 1:23
**ammunition**
 10:1
**amount** 8:25
 12:5 13:6,6,7
**amounts** 10:24
**Anderson** 1:22
**ANDREW** 1:16
**Arab** 4:18 6:1
 7:9,11
**Arabia** 5:16,17
 5:24,25 11:9
 11:15 12:3,13

**Arabic** 4:7 9:9
 10:9 11:18
**arrangements**
 8:16
**Ashton** 1:16
**Attorney** 12:1
**attorneys** 15:14
**Avenue** 1:18,23

**B**

**B** 2:4
**Ba** 7:8
**back** 7:15,20,21
 7:23 8:9,12
 10:3,6,7,8,9,16
 12:5
**Badar** 7:22
**Badr** 7:8
**Bakr** 9:19
**bank** 4:1 5:9,14
 5:22,22,23 6:1
 6:1,2,3,5,8
**banking** 7:24
**banks** 5:19
**base** 12:20
**basis** 10:22
 12:24
**Baz** 12:3
**began** 3:18
**believe** 4:21
**big** 10:18 11:20
 11:21 12:10
**biggest** 11:9,16
**bill** 5:11 7:25
 8:1,2,5,10
**bin** 3:20,23 4:22
 5:3 11:8,12,20
 12:3
**bir** 4:19
**birth** 4:19
**bit** 3:6
**Boulevard** 1:20
**brand-new** 8:2
**Bridgeside** 1:20
**bring** 6:13 7:21
 7:23 10:3,16
**bringing** 8:11
**bro** 11:21

**brother** 7:22
 9:16 11:21,22
 11:23
**brother-in-law**
 11:11
**brought** 4:14
 8:19 9:15 12:9
**build** 4:23 12:20
**builder** 8:19
**built** 10:25
**Burnett** 1:19
**bus** 7:4
**business** 3:22,25
 4:3,9 7:4,7,18
**buy** 8:19,24,24
 9:24,25 10:1,2
 12:17
**buying** 7:2

**C**

**C** 3:1
**called** 10:5
**camp** 7:3 9:5,6
 9:13,25 10:22
 12:18,20
**captured** 11:12
**car** 12:25
**Carolina** 1:21
**Carter** 1:13 2:3
 3:2,17 6:17,20
 13:19,20,23
 14:4
**cause** 5:18 6:25
 10:1,2
**center** 9:11
**certain** 5:6
**CERTIFICA...**
 15:1
**certify** 15:4,12
**Cha** 5:21
**charge** 7:6 9:20
**Charter** 5:21,22
**Chechnya** 4:25
**child** 13:5
**children** 13:8
**Chinese** 10:4,4,5
**circle** 12:12
**clarify** 13:13

**cleaner** 8:18
**cleaning** 8:18
**clinic** 10:6
**close** 3:7 11:8
**colloquial** 4:7
**Colorado** 1:9,11
 15:4
**combination**
 4:24
**come** 9:16 10:3
 12:4
**commencement**
 15:5
**Commerce** 4:3
**commercial** 5:2
 5:23
**commission**
 15:16
**Committees**
 1:15,18,21,23
**common** 12:12
**companies** 6:21
**concluded** 14:5
**conducted** 7:5
**connection** 5:5
**constructing** 5:5
**correct** 9:5
 12:15 15:10
**counsel** 1:17
 15:13
**country** 6:7 12:2
**course** 4:6
**COURT** 6:16,18
**Cozen** 1:14
**created** 12:21
**creating** 3:4
**credential** 4:4
**credit** 5:10,10
 5:11
**currency** 8:2

**D**

**D** 2:1 3:1
**daily** 10:22
**database** 3:5
 4:23 5:5 10:25
**deal** 12:10
**dealer** 8:7

**decent** 13:10
**decide** 5:3
**deciding** 4:23
**decision** 4:17
**Defense** 11:14
**definitely** 5:3
 9:6
**degree** 3:25 4:3
 4:4
**degrees** 3:22
**delegate** 4:23
**depending** 11:3
**deposits** 5:15
**describe** 5:7
**desert** 9:8 12:19
 10:18
**dif** 10:18
**different** 10:10
**dig** 12:19,20
**diploma** 4:2
**discussion** 13:18
**Diversify** 6:17
 6:19
**doctor** 10:20
**document** 5:10
 7:1
**documents** 5:7,8
**dollar** 9:1 11:2,2
 12:24
**donation** 10:21
**donations** 10:25
**donors** 3:5 9:13
**dozer** 13:1
**drive** 9:7
**Dubai** 5:16,17
 5:18,19,24
**duly** 15:5

**E**

**E** 2:1,4 3:1,1
**East** 7:12
**education** 4:5,9
 4:16,21
**elect** 3:4
**electric** 8:20
**electronic** 3:4
 4:23
**Emir** 9:18
**Emirate** 5:18,18

**employed** 15:13
**English** 4:6,11
  4:14,15,22,25
**equivalent** 6:7
**especially** 12:18
**ESQ** 1:13,14,16
  1:19,22
**Evan** 1:25
**event** 15:14
**everybody** 13:4
**exactly** 13:9
**examination** 2:3
  3:16 15:5
**example** 10:12
  11:3,10
**Executive** 1:15
  1:18,20,23
**Exhibit** 2:5
**exhibits** 2:6
**expense** 10:2,22
  13:4
**expenses** 12:17
**expensive** 12:22
**experience** 5:2
**expiration** 3:3
**expires** 15:16
**Export** 4:2

---

**F**

**facilitate** 6:22
**fact** 4:24,25
**factors** 4:22
**fake** 5:13
**family** 11:9,14
  11:16,20,22
  12:13 13:5
**far** 9:6
**Fawcett** 1:24
**Federal** 1:13
**feeding** 9:25
**financial** 5:3,7,8
  5:9
**first** 15:5
**Florence** 1:11
**fluency** 4:21
**follow** 3:8
**following** 1:6
**food** 8:25

**Force** 11:15,24
**foregoing** 15:9
**form** 15:9
**forth** 15:8
**Foundation** 6:3
**French** 4:3,4,6
**fresh** 5:1
**front** 6:21,21
  10:14
**full** 7:1 15:10
**further** 15:12

---

**G**

**G** 3:1
**general** 11:24
**Ghaith** 11:11
**give** 6:6,7,15,16
  8:4,5,7,7 9:16
  11:6
**given** 13:3
**go** 7:17 8:9,23
  10:6
**going** 9:15 12:3
**Goldman** 1:22
  13:19
**great** 14:4
**guest** 8:15,16,17
  9:2,4,9 10:8
**guy** 5:4

---

**H**

**H** 2:4
**Ha** 6:10
**Habash** 9:10
**HAEFELE** 1:19
**Hafs** 11:13,13
  12:8
**Hajji** 9:10
**Hammoud** 12:4
**hand** 15:17
**handled** 9:17
**happen** 10:17,18
**Hawala** 6:9,10
**heard** 7:12 12:7
**held** 13:18
**helicopter** 10:15
**help** 7:19
**helping** 7:19

**hereinabove**
  15:8
**hereunto** 15:17
**Highway** 1:10
**hospital** 10:4,5
**house** 8:15,16
  8:17 9:2,4,9
  10:8 11:10,21
**hundred** 12:24
  13:3

---

**I**

**identification**
  2:6
**identified** 3:21
**identify** 3:22
**III** 1:16
**immigrant** 7:10
**increasing** 6:14
**indicated** 6:20
**indicating** 8:6
**Initial** 2:5
**initially** 6:12
  10:3,7 12:7,7
**injured** 10:13,15
**injury** 10:19
**inner** 12:12
**inside** 8:17 9:11
  10:7
**Institute** 4:2
  9:10 10:9
**insurance** 1:14
  5:11
**interaction** 11:7
**interested** 15:14
**International**
  3:25
**Internet** 7:18
**involved** 4:16
  5:20 6:12
**issue** 13:21

---

**J**

**J** 1:14,16
**jail** 11:13
**JERRY** 1:22
**job** 5:2
**John** 1:24

**July** 15:16
**jus** 13:25

---

**K**

**Kabul** 10:14,16
  12:23
**Kan** 10:13
**Kandahar** 7:17
  7:21 9:11,11
  10:16
**Karachi** 6:24,25
  7:5,15,17
**keep** 9:20
**Khubayb** 9:18
**Kill** 1:22
**kind** 4:9,15,17
  5:13 9:8 13:17
**kinds** 5:7
**know** 5:12,12
  6:13,22,24 7:4
  7:11,11 8:11
  8:13,20 11:4,5
  11:10 12:9,11
  12:24 13:8,16
**knowledgeable**
  5:1
**Kohlmann** 1:25
**Kreindler** 1:17
  1:17
**Kuwait** 7:13

---

**L**

**Laden** 3:20,23
  4:22 5:3 11:8
  11:12,20
**lading** 5:11
**large** 8:25
**leadership** 4:17
**level** 4:20 6:14
**Liason** 1:17
**life** 13:10
**line** 5:11 10:14
**living** 13:10,11
**LLC** 1:20
**LLP** 1:17
**located** 6:23
**location** 13:16
**London** 4:1,2

**lot** 5:9,10 6:13
  9:15 12:25

---

**M**

**main** 4:4 6:25
  6:25
**maintenance**
  13:1
**MALONEY**
  1:16
**marked** 2:6
**market** 1:15
  8:23
**marry** 11:13
**Master** 3:24
**material** 5:12
  12:22
**Mayanmar** 7:10
**mean** 11:1 12:16
  12:23
**medical** 10:2
  12:21
**Medina** 1:7 15:2
**member** 11:20
**members** 4:8
  9:23 13:14
**mentioned** 3:19
  3:20 5:6
**million** 11:2,2,6
  12:9,9,10
**minimum** 9:7
**minister** 11:15
  11:23,24
**mon** 6:14
**money** 5:15,17
  6:6,11,14 7:14
  7:21,23 8:7,8
  8:11 9:12,15
  9:22,24 10:11
  10:21 12:5,14
  12:16 13:2,6,7
  13:7,10
**Motley** 1:20
**Moussaoui** 1:4
  3:2,18 13:20
**move** 10:8 12:22
**moving** 5:17
**Mt** 1:21

**mujahideen** 9:16 10:23
**Mukhtar** 7:23
**Muslim** 4:19

**N**

**N** 2:1 3:1
**Naff** 1:7 15:2
**National** 5:23,23 5:23
**need** 5:4
**needed** 7:2,20
**nephew** 11:14
**never** 4:16
**new** 1:18,18,23 1:23 8:9,10 11:5
**nodded** 12:1
**Notary** 1:8 15:3 15:21
**notes** 15:11
**Number** 2:2,5

**O**

**O** 3:1
**O'Connor** 1:14
**O'Neill** 1:22
**oath** 1:2 3:9 13:23 14:5 15:6
**October** 1:11 14:6 15:17
**okay** 4:4,5,11 5:14 6:2,5 7:1 7:3,11 8:6,21 8:23,24 9:8,10 9:17,19 10:1,2 10:4,5,14 11:4 11:6,18,19 12:5,6,22 13:1 13:7 14:4
**old** 8:20
**once** 8:23
**operations** 12:15
**organization** 7:3
**organize** 8:17
**Osama** 3:20,23

4:22 5:3 11:8 11:12,20

**P**

**P** 1:13 3:1
**P.C** 1:22
**Page** 2:2
**paid** 8:18
**Pakistan** 6:21 6:23 7:24 8:9
**Pakistani** 7:9,11 7:22 8:8
**paper** 6:8
**part** 13:2
**particular** 3:22 5:19 7:6
**parties** 15:13
**pay** 8:22 10:14 10:19,19 12:19 12:25
**Pennsylvania** 1:15
**people** 4:13 7:19 9:3 10:12,12 10:14 12:3
**period** 3:5
**person** 4:11,15 7:6 9:18 13:7
**personally** 7:14
**Philadelphia** 1:15
**place** 10:10 15:7
**Plaintiffs** 1:14 1:17,20,22
**Plaintiffs'** 1:14 1:17,18,20,23
**Pleasant** 1:21
**point** 8:14 9:1
**port** 7:1
**position** 4:17,17 5:10
**poverty** 13:12
**Present** 1:12,24
**presented** 3:19
**previously** 6:20
**prince** 11:4,5
**prior** 15:4
**Priscilla** 1:7

15:2
**probably** 9:2
**problematic** 8:4
**process** 3:8
**Professional** 1:7 15:3,20
**Public** 1:8 15:3 15:21
**purpose** 9:14

**Q**

**qualifications** 3:21
**quite** 13:9,10
**quota** 13:5

**R**

**R** 3:1
**raised** 7:13
**Rajhi** 6:3,3
**ratio** 13:5
**reached** 3:2
**receive** 7:14 13:8,9
**received** 13:14
**record** 13:18
**reduced** 15:8
**Reference** 2:5
**reflected** 10:25
**regard** 3:9
**regarding** 5:11 5:14
**Registered** 1:7 15:2,20
**Reid** 4:16
**related** 15:12
**remember** 5:21 5:22,22 10:17 10:24
**Reporter** 1:8 6:16,18 15:3 15:20
**REPORTER'S** 15:1
**resume** 3:20,22 3:23
**Rice** 1:20
**Richard** 4:16

**richest** 12:13
**right** 9:4
**road** 9:8,9
**ROBERT** 1:19
**run** 8:15

**S**

**S** 1:22 2:4 3:1
**Saeed** 12:8 13:2 13:3
**Sakaf** 11:18,21 12:5
**salaries** 13:14
**salary** 13:15,16 13:17
**Saudi** 5:15,17 5:24,24 6:2 11:4,4,9,15 12:3,12,13
**saw** 5:8,20 8:14 8:14
**saying** 13:13
**SCOTT** 1:19
**scratch** 12:21
**se** 9:20
**sea** 6:25
**SEAN** 1:13
**secret** 8:15
**security** 9:21
**separate** 9:4
**set** 6:21 12:18 15:8,17
**severely** 10:15 10:15
**Shaykh** 12:8,8 13:2,3
**Shehri** 12:4
**shop** 8:17,24
**shorthand** 15:7 15:11
**show** 5:18
**shower** 8:21
**sick** 10:3
**significant** 4:22
**somebody** 6:6,6 8:5,6 10:3,18 11:7
**South** 1:21 4:1

**spare** 13:2
**speak** 3:6 4:6,25
**speaking** 3:3,18
**spending** 12:23
**spoke** 4:11,14 4:15
**Standard** 5:21
**standards** 13:11
**State** 1:8 15:4
**statement** 1:2,6 3:7 5:9,14 14:5 15:6
**Street** 1:15
**stuck** 8:8
**study** 5:2
**stuff** 7:2
**subject** 3:7,19
**submitted** 3:23
**substantial** 13:9
**supply** 9:25
**sustain** 9:13 12:14
**swear** 3:10,11 3:13,14 13:24 14:1,2,3
**swore** 15:6
**system** 6:5,9,11 7:25

**T**

**T** 1:19 2:4
**take** 7:15,21 8:2 8:5,9 13:23
**taken** 1:6 15:7 15:11
**takes** 8:1
**Taliban** 10:2
**talk** 11:1
**tank** 13:1
**TARBUTTON** 1:14
**Technology** 4:3
**tent** 12:20
**testify** 15:6
**testimony** 3:11 3:12,13,15
**thank** 6:18 13:21,22

**thing** 5:13 6:25 7:2 8:24
**think** 4:5 7:9 8:25 11:18 13:20
**Third** 1:18
**thousand** 8:25 12:24
**time** 3:3 4:9,10 5:1 7:16 8:3,15 9:3 11:5,6 12:2 15:7
**toi** 8:20
**toilet** 8:20
**told** 3:24
**top** 11:24
**top-ranking** 11:8
**train** 9:22
**training** 9:13
**transactions** 5:20
**transcript** 15:9
**transcription** 15:10
**transfer** 5:15 10:12
**transfers** 6:22
**transportation** 5:12
**travel** 7:19
**true** 3:11,12,14 3:15 4:19 13:25 14:1,2,3 15:10
**trust** 4:20
**trusted** 4:12 6:7
**truth** 15:6
**Tuesday** 14:6
**two** 11:25
**two-hour** 9:7
**types** 5:6
**typewritten** 15:9

**U**

**uncle** 11:17,19 11:21

**uncommon** 11:18
**understand** 11:25
**University** 3:25 4:1
**use** 6:25 7:25 10:11 11:10
**USP** 1:10
**Uthaimeen** 12:4

**V**

**victims** 1:17
**visa** 8:16
**visiting** 3:3

**W**

**wait** 8:9
**wanted** 6:14
**wasn't** 7:12
**way** 7:20
**week** 8:23 9:1
**weekly** 12:24
**went** 8:21
**widow** 11:13
**wilderness** 9:7
**Witness** 3:10 6:19 13:22,24 15:5
**woman** 13:6
**word** 13:15
**work** 3:4 8:6
**wrote** 12:7

**X**

**X** 2:1,4 12:5 13:6,6,7

**Y**

**ye** 11:1
**Yeah** 6:10 13:24
**yesterday** 3:3,9
**York** 1:18,18,23 1:23

**Z**

**ZACARIAS** 1:4

**0**

**1**

**1** 12:9
**10** 13:8
**10,000** 9:17
**100** 7:25 8:5,10
**10017** 1:18
**10020** 1:23
**1251** 1:23
**1900** 1:15
**19103** 1:15
**1998** 3:5,20
**1999** 3:6

**2**

**2** 11:6 12:9 15:16
**200** 9:3
**2000** 4:13 9:2,2
**2014** 1:11 14:6 15:17
**2015** 15:16
**21** 1:11 14:6
**24** 15:17
**28** 1:20
**29464** 1:21

**3**

**3** 2:3 11:6 12:9

**4**

**5**

**50** 7:25
**5880** 1:10

**6**

**67** 1:10

**7**

**750** 1:18

**8**

**80-year-old** 11:22
**81226** 1:11

**9**

**9/11** 1:17
**9:31** 1:6

**9:50** 14:5

**A**

**a.m** 1:6 14:6
**Abdullah** 7:8,22
  11:4
**absolutely** 4:10
  4:10,12 12:16
  13:15
**Abu** 9:17,19
  11:11,11 12:8
**access** 5:6
**account** 9:20
**action** 15:15
**activity** 5:3 7:4
  7:5,7,20
**ADMAX** 1:10
**Afghan** 12:19
  13:11
**Afghani** 13:11
**Afghanistan**
  7:15 8:1
**African** 7:12
**age** 11:17,18
**Air** 11:15,23
**al** 7:22
**al-Pakistani** 7:8
**al-Qaeda** 4:8,11
  9:12,23 13:13
**al-Qaeda's** 3:5
  12:15
**al-Suri** 9:19
**al-Uqlaa** 12:4
**Allah** 3:10,12,13
  3:14 13:24
  14:1,2,3
**American** 6:2
**Americas** 1:23
**ammunition**
  10:1
**amount** 8:25
  12:5 13:6,6,7
**amounts** 10:24
**Anderson** 1:22
**ANDREW** 1:16
**Arab** 4:18 6:1
  7:9,11
**Arabia** 5:16,17
  5:24,25 11:9
  11:15 12:3,13

**Arabic** 4:7 9:9
  10:9 11:18
**arrangements**
  8:16
**Ashton** 1:16
**Attorney** 12:1
**attorneys** 15:14
**Avenue** 1:18,23

**B**

**B** 2:4
**Ba** 7:8
**back** 7:15,20,21
  7:23 8:9,12
  10:3,6,7,8,9,16
  12:5
**Badar** 7:22
**Badr** 7:8
**Bakr** 9:19
**bank** 4:1 5:9,14
  5:22,22,23 6:1
  6:1,2,3,5,8
**banking** 7:24
**banks** 5:19
**base** 12:20
**basis** 10:22
  12:24
**Baz** 12:3
**began** 3:18
**believe** 4:21
**big** 10:18 11:20
  11:21 12:10
**biggest** 11:9,16
**bill** 5:11 7:25
  8:1,2,5,10
**bin** 3:20,23 4:22
  5:3 11:8,12,20
  12:3
**bir** 4:19
**birth** 4:19
**bit** 3:6
**Boulevard** 1:20
**brand-new** 8:2
**Bridgeside** 1:20
**bring** 6:13 7:21
  7:23 10:3,16
**bringing** 8:11
**bro** 11:21

**brother** 7:22
  9:16 11:21,22
  11:23
**brother-in-law**
  11:11
**brought** 4:14
  8:19 9:15 12:9
**build** 4:23 12:20
**builder** 8:19
**built** 10:25
**Burnett** 1:19
**bus** 7:4
**business** 3:22,25
  4:3,9 7:4,7,18
**buy** 8:19,24,24
  9:24,25 10:1,2
  12:17
**buying** 7:2

**C**

**C** 3:1
**called** 10:5
**camp** 7:3 9:5,6
  9:13,25 10:22
  12:18,20
**captured** 11:12
**car** 12:25
**Carolina** 1:21
**Carter** 1:13 2:3
  3:2,17 6:17,20
  13:19,20,23
  14:4
**cause** 5:18 6:25
  10:1,2
**center** 9:11
**certain** 5:6
**CERTIFICA...**
  15:1
**certify** 15:4,12
**Cha** 5:21
**charge** 7:6 9:20
**Charter** 5:21,22
**Chechnya** 4:25
**child** 13:5
**children** 13:8
**Chinese** 10:4,4,5
**circle** 12:12
**clarify** 13:13

**cleaner** 8:18
**cleaning** 8:18
**clinic** 10:6
**close** 3:7 11:8
**colloquial** 4:7
**Colorado** 1:9,11
  15:4
**combination**
  4:24
**come** 9:16 10:3
  12:4
**commencement**
  15:5
**Commerce** 4:3
**commercial** 5:2
  5:23
**commission**
  15:16
**Committees**
  1:15,18,21,23
**common** 12:12
**companies** 6:21
**concluded** 14:5
**conducted** 7:5
**connection** 5:5
**constructing** 5:5
**correct** 9:5
  12:15 15:10
**counsel** 1:17
  15:13
**country** 6:7 12:2
**course** 4:6
**COURT** 6:16,18
**Cozen** 1:14
**created** 12:21
**creating** 3:4
**credential** 4:4
**credit** 5:10,10
  5:11
**currency** 8:2

**D**

**D** 2:1 3:1
**daily** 10:22
**database** 3:5
  4:23 5:5 10:25
**deal** 12:10
**dealer** 8:7

**decent** 13:10
**decide** 5:3
**deciding** 4:23
**decision** 4:17
**Defense** 11:14
**definitely** 5:3
  9:6
**degree** 3:25 4:3
  4:4
**degrees** 3:22
**delegate** 4:23
**depending** 11:3
**deposits** 5:15
**describe** 5:7
**desert** 9:8 12:19
**dif** 10:18
**different** 10:10
**dig** 12:19,20
**diploma** 4:2
**discussion** 13:18
**Diversify** 6:17
  6:19
**doctor** 10:20
**document** 5:10
  7:1
**documents** 5:7,8
**dollar** 9:1 11:2,2
  12:24
**donation** 10:21
**donations** 10:25
**donors** 3:5 9:13
**dozer** 13:1
**drive** 9:7
**Dubai** 5:16,17
  5:18,19,24
**duly** 15:5

**E**

**E** 2:1,4 3:1,1
**East** 7:12
**education** 4:5,9
  4:16,21
**elect** 3:4
**electric** 8:20
**electronic** 3:4
  4:23
**Emir** 9:18
**Emirate** 5:18,18

**employed** 15:13
**English** 4:6,11
    4:14,15,22,25
**equivalent** 6:7
**especially** 12:18
**ESQ** 1:13,14,16
    1:19,22
**Evan** 1:25
**event** 15:14
**everybody** 13:4
**exactly** 13:9
**examination** 2:3
    3:16 15:5
**example** 10:12
    11:3,10
**Executive** 1:15
    1:18,20,23
**Exhibit** 2:5
**exhibits** 2:6
**expense** 10:2,22
    13:4
**expenses** 12:17
**expensive** 12:22
**experience** 5:2
**expiration** 3:3
**expires** 15:16
**Export** 4:2

**F**
**facilitate** 6:22
**fact** 4:24,25
**factors** 4:22
**fake** 5:13
**family** 11:9,14
    11:16,20,22
    12:13 13:5
**far** 9:6
**Fawcett** 1:24
**Federal** 1:13
**feeding** 9:25
**financial** 5:3,7,8
    5:9
**first** 15:5
**Florence** 1:11
**fluency** 4:21
**follow** 3:8
**following** 1:6
**food** 8:25

**Force** 11:15,24
**foregoing** 15:9
**form** 15:9
**forth** 15:8
**Foundation** 6:3
**French** 4:3,4,6
**fresh** 5:1
**front** 6:21,21
    10:14
**full** 7:1 15:10
**further** 15:12

**G**
**G** 3:1
**general** 11:24
**Ghaith** 11:11
**give** 6:6,7,15,16
    8:4,5,7,7 9:16
    11:6
**given** 13:3
**go** 7:17 8:9,23
    10:6
**going** 9:15 12:3
**Goldman** 1:22
    13:19
**great** 14:4
**guest** 8:15,16,17
    9:2,4,9 10:8
**guy** 5:4

**H**
**H** 2:4
**Ha** 6:10
**Habash** 9:10
**HAEFELE** 1:19
**Hafs** 11:13,13
    12:8
**Hajji** 9:10
**Hammoud** 12:4
**hand** 15:17
**handled** 9:17
**happen** 10:17,18
**Hawala** 6:9,10
**heard** 7:12 12:7
**held** 13:18
**helicopter** 10:15
**help** 7:19
**helping** 7:19

**hereinabove**
    15:8
**hereunto** 15:17
**Highway** 1:10
**hospital** 10:4,5
**house** 8:15,16
    8:17 9:2,4,9
    10:8 11:10,21
**hundred** 12:24
    13:3

**I**
**identification**
    2:6
**identified** 3:21
**identify** 3:22
**III** 1:16
**immigrant** 7:10
**increasing** 6:14
**indicated** 6:20
**indicating** 8:6
**Initial** 2:5
**initially** 6:12
    10:3,7 12:7,7
**injured** 10:13,15
**injury** 10:19
**inner** 12:12
**inside** 8:17 9:11
    10:7
**Institute** 4:2
    9:10 10:9
**insurance** 1:14
    5:11
**interaction** 11:7
**interested** 15:14
**International**
    3:25
**Internet** 7:18
**involved** 4:16
    5:20 6:12
**issue** 13:21

**J**
**J** 1:14,16
**jail** 11:13
**JERRY** 1:22
**job** 5:2
**John** 1:24

**July** 15:16
**jus** 13:25

**K**
**Kabul** 10:14,16
    12:23
**Kan** 10:13
**Kandahar** 7:17
    7:21 9:11,11
    10:16
**Karachi** 6:24,25
    7:5,15,17
**keep** 9:20
**Khubayb** 9:18
**Kill** 1:22
**kind** 4:9,15,17
    5:13 9:8 13:17
**kinds** 5:7
**know** 5:12,12
    6:13,22,24 7:4
    7:11,11 8:11
    8:13,20 11:4,5
    11:10 12:9,11
    12:24 13:8,16
**knowledgeable**
    5:1
**Kohlmann** 1:25
**Kreindler** 1:17
    1:17
**Kuwait** 7:13

**L**
**Laden** 3:20,23
    4:22 5:3 11:8
    11:12,20
**lading** 5:11
**large** 8:25
**leadership** 4:17
**level** 4:20 6:14
**Liason** 1:17
**life** 13:10
**line** 5:11 10:14
**living** 13:10,11
**LLC** 1:20
**LLP** 1:17
**located** 6:23
**location** 13:16
**London** 4:1,2

**lot** 5:9,10 6:13
    9:15 12:25

**M**
**main** 4:4 6:25
    6:25
**maintenance**
    13:1
**MALONEY**
    1:16
**marked** 2:6
**market** 1:15
    8:23
**marry** 11:13
**Master** 3:24
**material** 5:12
    12:22
**Mayanmar** 7:10
**mean** 11:1 12:16
    12:23
**medical** 10:2
    12:21
**Medina** 1:7 15:2
**member** 11:20
**members** 4:8
    9:23 13:14
**mentioned** 3:19
    3:20 5:6
**million** 11:2,2,6
    12:9,9,10
**minimum** 9:7
**minister** 11:15
    11:23,24
**mon** 6:14
**money** 5:15,17
    6:6,11,14 7:14
    7:21,23 8:7,8
    8:11 9:12,15
    9:22,24 10:11
    10:21 12:5,14
    12:16 13:2,6,7
    13:7,10
**Motley** 5:20
**Moussaoui** 1:4
    3:2,18 13:20
**move** 10:8 12:22
**moving** 5:17
**Mt** 1:21

**mujahideen**
9:16 10:23
**Mukhtar** 7:23
**Muslim** 4:19

**N**

**N** 2:1 3:1
**Naff** 1:7 15:2
**National** 5:23,23
5:23
**need** 5:4
**needed** 7:2,20
**nephew** 11:14
**never** 4:16
**new** 1:18,18,23
1:23 8:9,10
11:5
**nodded** 12:1
**Notary** 1:8 15:3
15:21
**notes** 15:11
**Number** 2:2,5

**O**

**O** 3:1
**O'Connor** 1:14
**O'Neill** 1:22
**oath** 1:2 3:9
13:23 14:5
15:6
**October** 1:11
14:6 15:17
**okay** 4:4,5,11
5:14 6:2,5 7:1
7:3,11 8:6,21
8:23,24 9:8,10
9:17,19 10:1,2
10:4,5,14 11:4
11:6,18,19
12:5,6,22 13:1
13:7 14:4
**old** 8:20
**once** 8:23
**operations**
12:15
**organization** 7:3
**organize** 8:17
**Osama** 3:20,23

4:22 5:3 11:8
11:12,20

**P**

**P** 1:13 3:1
**P.C** 1:22
**Page** 2:2
**paid** 8:18
**Pakistan** 6:21
6:23 7:24 8:9
**Pakistani** 7:9,11
7:22 8:8
**paper** 6:8
**part** 13:2
**particular** 3:22
5:19 7:6
**parties** 15:13
**pay** 8:22 10:14
10:19,19 12:19
12:25
**Pennsylvania**
1:15
**people** 4:13 7:19
9:3 10:12,12
10:14 12:3
**period** 3:5
**person** 4:11,15
7:6 9:18 13:7
**personally** 7:14
**Philadelphia**
1:15
**place** 10:10 15:7
**Plaintiffs** 1:14
1:17,20,22
**Plaintiffs'** 1:14
1:17,18,20,23
**Pleasant** 1:21
**point** 8:14 9:1
**port** 7:1
**position** 4:17,17
5:10
**poverty** 13:12
**Present** 1:12,24
**presented** 3:19
**previously** 6:20
**prince** 11:4,5
**prior** 15:4
**Priscilla** 1:7

15:2
**probably** 9:2
**problematic** 8:4
**process** 3:8
**Professional** 1:7
15:3,20
**Public** 1:8 15:3
15:21
**purpose** 9:14

**Q**

**qualifications**
3:21
**quite** 13:9,10
**quota** 13:5

**R**

**R** 3:1
**raised** 7:13
**Rajhi** 6:3,3
**ratio** 13:5
**reached** 3:2
**receive** 7:14
13:8,9
**received** 13:14
**record** 13:18
**reduced** 15:8
**Reference** 2:5
**reflected** 10:25
**regard** 3:9
**regarding** 5:11
5:14
**Registered** 1:7
15:2,20
**Reid** 4:16
**related** 15:12
**remember** 5:21
5:22,22 10:17
10:24
**Reporter** 1:8
6:16,18 15:3
15:20
**REPORTER'S**
15:1
**resume** 3:20,22
3:23
**Rice** 1:20
**Richard** 4:16

**richest** 12:13
**right** 9:4
**road** 9:8,9
**ROBERT** 1:19
**run** 8:15

**S**

**S** 1:22 2:4 3:1
**Saeed** 12:8 13:2
13:3
**Sakaf** 11:18,21
12:5
**salaries** 13:14
**salary** 13:15,16
13:17
**Saudi** 5:15,17
5:24,24 6:2
11:4,4,9,15
12:3,12,13
**saw** 5:8,20 8:14
8:14
**saying** 13:13
**SCOTT** 1:14
**scratch** 12:21
**se** 9:20
**sea** 6:25
**SEAN** 1:13
**secret** 8:15
**security** 9:21
**separate** 9:4
**set** 6:21 12:18
15:8,17
**severely** 10:15
10:15
**Shaykh** 12:8,8
13:2,3
**Shehri** 12:4
**shop** 8:17,24
**shorthand** 15:7
15:11
**show** 5:18
**shower** 8:21
**sick** 10:3
**significant** 4:22
**somebody** 6:6,6
8:5,6 10:3,18
11:7
**South** 1:21 4:1

**spare** 13:2
**speak** 3:6 4:6,25
**speaking** 3:3,18
**spending** 12:23
**spoke** 4:11,14
4:15
**Standard** 5:21
**standards** 13:11
**State** 1:8 15:4
**statement** 1:2,6
3:7 5:9,14 14:5
15:6
**Street** 1:15
**stuck** 8:8
**study** 5:2
**stuff** 7:2
**subject** 3:7,19
**submitted** 3:23
**substantial** 13:9
**supply** 9:25
**sustain** 9:13
12:14
**swear** 3:10,11
3:13,14 13:24
14:1,2,3
**swore** 15:6
**system** 6:5,9,11
7:25

**T**

**T** 1:19 2:4
**take** 7:15,21 8:2
8:5,9 13:23
**taken** 1:6 15:7
15:11
**takes** 8:1
**Taliban** 10:2
**talk** 11:1
**tank** 13:1
**TARBUTTON**
1:14
**Technology** 4:3
**tent** 12:20
**testify** 15:6
**testimony** 3:11
3:12,13,15
**thank** 6:18
13:21,22

**thing** 5:13 6:25
    7:2 8:24
**think** 4:5 7:9
    8:25 11:18
    13:20
**Third** 1:18
**thousand** 8:25
    12:24
**time** 3:3 4:9,10
    5:1 7:16 8:3,15
    9:3 11:5,6 12:2
    15:7
**toi** 8:20
**toilet** 8:20
**told** 3:24
**top** 11:24
**top-ranking**
    11:8
**train** 9:22
**training** 9:13
**transactions**
    5:20
**transcript** 15:9
**transcription**
    15:10
**transfer** 5:15
    10:12
**transfers** 6:22
**transportation**
    5:12
**travel** 7:19
**true** 3:11,12,14
    3:15 4:19
    13:25 14:1,2,3
    15:10
**trust** 4:20
**trusted** 4:12 6:7
**truth** 15:6
**Tuesday** 14:6
**two** 11:25
**two-hour** 9:7
**types** 5:6
**typewritten**
    15:9

**U**

**uncle** 11:17,19
    11:21

**uncommon**
    11:18
**understand**
    11:25
**University** 3:25
    4:1
**use** 6:25 7:25
    10:11 11:10
**USP** 1:10
**Uthaimeen** 12:4

**V**

**victims** 1:17
**visa** 8:16
**visiting** 3:3

**W**

**wait** 8:9
**wanted** 6:14
**wasn't** 7:12
**way** 7:20
**week** 8:23 9:1
**weekly** 12:24
**went** 8:21
**widow** 11:13
**wilderness** 9:7
**Witness** 3:10
    6:19 13:22,24
    15:5
**woman** 13:6
**word** 13:15
**work** 3:4 8:6
**wrote** 12:7

**X**

**X** 2:1,4 12:5
    13:6,6,7

**Y**

**ye** 11:1
**Yeah** 6:10 13:24
**yesterday** 3:3,9
**York** 1:18,18,23
    1:23

**Z**

**ZACARIAS** 1:4

**0**

**1**

**1** 12:9
**10** 13:8
**10,000** 9:17
**100** 7:25 8:5,10
**10017** 1:18
**10020** 1:23
**1251** 1:23
**1900** 1:15
**19103** 1:15
**1998** 3:5,20
**1999** 3:6

**2**

**2** 11:6 12:9
    15:16
**200** 9:3
**2000** 4:13 9:2,2
**2014** 1:11 14:6
    15:17
**2015** 15:16
**21** 1:11 14:6
**24** 15:17
**28** 1:20
**29464** 1:21

**3**

**3** 2:3 11:6 12:9

**4**

**5**

**50** 7:25
**5880** 1:10

**6**

**67** 1:10

**7**

**750** 1:18

**8**

**80-year-old**
    11:22
**81226** 1:11

**9**

**9/11** 1:17
**9:31** 1:6

**9:50** 14:5