# Exhibit "7"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

STATEMENT UNDER OATH

OF

ZACARIAS MOUSSAOUI


The following statement was taken at 11:15 a.m.

before Priscilla Naff Medina, Registered Professional

Reporter and Notary Public in and for the State of

Colorado:

ADMAX USP
5880 Highway 67
Florence, Colorado 81226
October 21, 2014

PRESENT:

| | |
|---|---|
| For the Federal Insurance Plaintiffs and Plaintiffs' Executive Committees: | SEAN P. CARTER, ESQ. J. SCOTT TARBUTTON, ESQ. Cozen O'Connor 1900 Market Street Philadelphia, Pennsylvania 19103 |
| For the Ashton Plaintiffs, 9/11 victims, and Plaintiffs' Executive Committees: | ANDREW J. MALONEY, III, ESQ. Plaintiffs' Liason Counsel Kreindler & Kreindler, LLP 750 Third Avenue New York, New York 10017 |
| For the Burnett Plaintiffs and Plaintiffs' Executive Committees: | ROBERT T. HAEFELE, ESQ. Motley Rice LLC 28 Bridgeside Boulevard Mt. Pleasant, South Carolina 29464 |
| For the O'Neill Plaintiffs and Plaintiffs' Executive Committees: | JERRY S. GOLDMAN, ESQ. Anderson Kill, P.C. 1251 Avenue of the Americas New York, New York 10020 |
| Also Present: | John Fawcett Evan Kohlmann |

1                          I N D E X

2                                          Page Number

3    Examination by Mr. Carter                        3

4                     E X H I B I T S

5    Exhibit Number                    Initial Reference

6        (No exhibits were marked for identification.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  P R O C E E D I N G S
 2             MR. CARTER:  Mr. Moussaoui, we're going to
 3   discuss with you some of your experiences in Kandahar and
 4   the different facilities that you are aware of that
 5   al-Qaeda maintained in that area during the time that you
 6   were there.
 7             Before we begin again will you -- will you take
 8   the oath?
 9             THE WITNESS:  Yes, I do.  I swear by Allah that
10   everything that -- they I will say is true.  I swear by
11   Allah that everything I will say is true.  I swear by
12   Allah that everything I say will be the truth.  I swear by
13   Allah that everything I say will be the truth.
14                          EXAMINATION
15   BY MR. CARTER:
16        Q    Mr. Moussaoui, at some point in 1998 did you
17   become affiliated with Osama bin Laden's organization?
18        A    Yes, I did, after having send my resume to
19   Osama bin Laden and I tell him that I was -- I have a
20   Master degree, I speak English and French, and I had
21   been -- I had been to Chechnya, I we -- I went to Kandahar
22   where I met Shaykh Abu Hafs, the commander, Mohammed
23   Chief; and also Mohammed Masri, okay, was his right hand,
24   okay, and, then, I met also Osama bin Laden the day after
25   privately, okay.
```

1        And, so, I started to have agreement on

2    different activity that I wanted to -- to conduct with --

3    with him, okay, and -- relating to bombing the American

4    Embassy in London, okay.

5        And with Abu Hafs we have -- make an agreement

6    that I will undergo renewed training in the homemade

7    explosive, what you call "dusnia(phonetic)," meaning that

8    am -- ammonium nitrate and hydrochloric acid and -- to

9    make detonator.

10       After that I started to -- to -- to -- to work

11   for -- to -- to -- for Abu Hafs, 'cause he asked me to --

12   to create a data ba -- bank of the donation to -- to --

13   to -- to al-Qaeda, Shaykh Osama, and, so, I took a

14   computer and I went in the guest house and I was, on a

15   daily basis, entering that data about who give money and

16   how much money were given to al-Qaeda by mainly Saudi

17   people, relief foundation, bank and Saudi prince, and

18   Saudi scholar, shaykh Saudi Arabia.

19   Q    Between the time you became affiliated with bin

20   Laden's organization in 1998 and the year 2000 did you

21   spend an appreciable amount of time in Kandahar?

22   A    I in and out, I must have spend more than two

23   year, okay, and I stay many months, because I used to run,

24   at some point, the guest house, I used to be responsible

25   for the security at -- arrangement of the guest house in

1   Kandahar in -- in -- the press called "Hajji Habash" in

2   Kandahar, who was across the road of the Arab --

3           THE COURT REPORTER:  The Arab what?

4           MR. CARTER:  Institute.

5           THE COURT REPORTER:  Thank you.

6      Q    (By Mr. Carter)  During the time you were

7   associated with bin Laden's organization and in the

8   Kandahar area, did you become familiar with al-Qaeda's

9   facilities in Kandahar?

10      A    Yes, initially I become -- I was receiving

11   secret house, it was just very close from the house of the

12   Chief of the Taliban, okay, it was run by -- secret house

13   by somebody who called "Sadaf," okay, and I was there,

14   okay, and that's where I met Shaykh Abu -- Shaykh Abu Hafs

15   and Abu Mohammed and most of the people of -- of the

16   top-ranking of al-Qaeda, okay, and that's where -- I got

17   to go there.

18           And, then, after that we move across the road

19   to a place that was also very close to the Chief -- the

20   Chief of the Taliban, it was just a park, a garden

21   separating from the house of the -- of the Chief of the

22   Taliban.  That's the second place, okay.

23           All this being very close -- not far -- on the

24   same road of the Chi -- of the Chinese hospital.  There's

25   a dispensary and you go further and there is the Chinese

1    hospital (indicating).

2           Q     (Attorney nodded.)

3           You mentioned the two secret houses near the

4    home of the head of the Taliban.  Did other al-Qaeda

5    facilities open up later in Kandahar that you are aware

6    of?

7           A     Yes.  After that the -- the airport was opened

8    and all the top people, Osama bin Laden and Abu Hafs,

9    the -- the comman -- the military commander Abu Mohammed,

10   and all of the family -- the main family the -- went,

11   there was roughly 50 people living -- being housed on a

12   permanent basis, okay, into the -- into the airport.

13          Then there was also a guest house who was

14   opened after the camp post closed in Kabul, okay, and

15   before effectively we opened the camp into the -- the

16   desert in Kandahar.  So the guest house was opened and

17   basically I -- we opened -- I and Abu Khallad -- it was

18   open -- he was the on-the site Emir Chief, okay, and it

19   was the -- the overlord Chief was Abu Yasir Al Jazairi,

20   okay, and that was a guest house.

21          There was also the Institute -- the Arabic

22   Institute was just across the road, okay, and this

23   Institute was teaching Arabic and Islamic study mainly to

24   the -- the top of the Taliban who used to come every

25   afternoon, okay, to -- to learn Arabic and to be Islamic

1  study, okay, and also used to be used for -- for very

2  important pe -- people coming from outside, you know, from

3  the -- Saudi Arabia, some people from -- being sent by the

4  ulema, Bin Baz, Uthaimeen, or -- or any shaykh, or

5  anybody, because it was also an Islamic study center,

6  okay.

7           So Shaykh Abu Haf Mauritani used to come every

8  day there, used to -- used to be split for -- Shaykh Yusef

9  al Mauritani as well, okay, Shaykh Aman al Mauritani was

10 also working there all the time.

11          There used to be a big library where all the

12 books -- Islamic books were there, so they will come all

13 the time, take books and bring them back all -- all the

14 time.

15          And also Shaykh Esa al Mauritani, okay.

16    Q    The facility that you referred to as the

17 airport, was that some sort of compound?

18    A    Yeah, it was a compound with -- within the

19 airport -- next to airport, a five-minute drive from the

20 actual airport of Kandahar, okay, and it was a compound

21 with -- with a big hangar, okay.

22          Then there was -- there was two -- it was split

23 in two, three -- two main -- two main section where --

24 there was a gate where one section was -- it was all the

25 family, okay, where people, children, family was there,

1   and Osama bin Laden was there; and, then, there was an

2   aflab, the -- the celibate people, okay, okay, and here

3   there was a guest house; and behind this there was the

4   media center where the -- we call it "Ali Allah," or media

5   center, and where there was also office for Shaykh Saeed,

6   and some people -- Shaykh Abu Hafs, the commander had

7   office there.

8        Q    Was there a mosque in the airport compound?

9        A    Yes, next to -- next to the house of Shaykh

10  Osama there was a mosque.

11       Q    The guest house you ran, was that named "Hajji

12  Habash"?

13       A    Yes, that's -- I -- I don't know if it was the

14  name that you give to the taxi, to the Rachians(sic) --

15  the Karachians, the -- the free -- free-wheeler taxi,

16  okay, when you want to go there you say "Hajji Habash."

17       Q    So if you wanted to go to the guest house you

18  would say "Hajji Habash"?

19       A    Yeah, that's correct, that's what you would

20  say.

21       Q    And was that directly across from the Arab

22  Institute?

23       A    Yes.  And just in front there was a mosque

24  that -- that was -- on the left there was a mosque, okay,

25  on the right there was a --

1       Q     Was --

2       A     -- was the guest house, in the middle there was

3   Arab --

4       Q     Was the Ar --

5             THE COURT REPORTER:  In the middle was what?

6             MR. HAEFELE:  Arabic Institute.

7             THE WITNESS:  Arabic Institute.

8             THE COURT REPORTER:  Thank you.

9       Q     (By Mr. Carter)  Was the Arabic Institute

10  associated with bin Laden's organization?

11      A     It was created by him, he -- it was created

12  especially by Shayk Abu Hafs Mauritani, and he was the

13  Director, he was in charge.  When we have the -- Bra --

14  Braman Masli used to be the undersight guy, okay, but the

15  one that was Director of the Institute was Abu Hafs

16  Moritani.

17      Q     What was your responsibility at the Hajji

18  Habash guest house?

19      A     Shaykh Abu Hafs, the commander, asked me --

20  the -- asked me -- I don't know -- the middle of 1999 or

21  2 -- 2000, okay, just -- the beginning and to the middle,

22  'cause I left I think May or June, okay -- he asked me

23  to -- to -- to -- to work with Abu Fouz, okay, and to

24  organize the shop, the canteen and the security, and --

25  and do -- and -- and -- the shop, the canteen, the

1   security of the -- the guest house, so -- and also the

2   clinic, or later when more people come in he created --

3   because people were getting more sick, so we use a

4   basement initially for the clinic, and, then, when people

5   were -- we thought that it was -- it was not Ebola, but we

6   thought that it can have some contamination, so we created

7   a -- a clinic net on the back of the Arabic Institute, but

8   we took it out of the -- the guest house.

9        Q    What -- what was the purpose of the Hajji

10  Habash guest house?

11       A    To receive all the -- the -- the mujahideen,

12  the people who wanted to receive military training, okay,

13  and -- to -- to receive them.

14            Also we receive donation from the people who --

15  who will come, okay.  We also recei -- we -- we check

16  their background, receive a letter of introduction, okay,

17  it's called a "duskia(phonetic)," okay.  So, like, look

18  over them, okay, this one is being sent by Shehri --

19  Shehri Uthaimeen and Shehri -- so they will all come with

20  a letter of introduction.

21            But if you come and you just walk in probably

22  you walk out, 'cause at the time it was not -- everybody

23  will not be accepted, okay.  I -- I personally remember

24  saying some people, "I am sorry, we don't know who you

25  are, you have to leave."

1            So -- so they -- most of the people will have a

2    letter of introduction, or we have someone to vote for

3    them, "I know these people, he is my neighbor in Saudi

4    Arabia, I came, he's safe, he's not -- not a spy," that's

5    all you used to -- used to -- you have to have somebody

6    who know you, or to have a letter of introduction.

7         Q    Was it common for the letter of -- letters of

8    introduction to be written by an Imam?

9         A    That's what -- what was expected if you were

10   from Saudi Arabia.  If you are from -- if you are Shehri

11   al-Uqlaa, Shaykh Salman, Shaykh Uthaimeen, and some people

12   are famous -- I mean, if -- if you -- if you are not known

13   you need a letter, if you are known you just need to say,

14   okay, he know me, and some people said, yes, he know me

15   and that's going to be enough, okay, or he -- that's all

16   he -- he would.

17            But somebody have to vote for you or somebody

18   have to do a letter, but you cannot come now, although I

19   think there is good explanation.

20            And -- and we -- we -- if you are suspicious

21   they -- we send you to the front line and we send you to a

22   good operation to make sure that you are ready.

23         Q    As the -- as the security officer at the guest

24   house did you personally see these letters of

25   introduction?

Page 12

1      A    I -- I used to be the first one who would take

2  them.

3      Q    And do you remember the names of any of the

4  Saudi shaykhs whose letters you saw?

5      A    No, because I used to think about it, I knew

6  not to read them because I am not very good, so I will

7  give them to Abu (indicating).

8      Q    And did he ever tell you the names of any of

9  the shaykhs who were providing recommendations?

10     A    Yeah, they were very familiar, like I say,

11  Uthaimeen, Bin Baz, and Shaykh Aman and Shaykh Amoudi,

12  Shaykh Hawari.  Many they were very familiar, and as soon

13  as you -- he -- if he would say okay, he's okay, then I

14  will not ask him who shaykh vote for him or who -- who

15  give recommendation, he say it's okay.  I will give him

16  the letter, he will read it, it's okay, can go, that's all

17  we go talk about.

18          After that -- because when he come we will --

19  we had to -- like a room on the first floor at the

20  entrance, okay, and he will be there, we put his -- all

21  his belonging and I will search it, okay, because we were

22  looking maybe somebody bring a bomb and just leave it and

23  go during the night, then explode us, you know.  So I will

24  search his stuff, okay, okay, make sure he don't have any

25  weapon.

1          We will forbid any electronic, okay, radio,

2     anything, because we knew that -- we had experience that

3     some radio were not radio, they were transmitter, and

4     blah, blah, blah, okay, so we -- we search them for any

5     elect -- electronic, okay.  And, then, after that he

6     will -- he will already be to go to sleep and all, okay.

7          In the morning, if he had a letter, we will

8     talk with him to know exactly what he wanted to do, you

9     know, his -- and what he -- he will feel, especially with

10    Abu Bakr he will feel kind of admission letter to know

11    what is his trade, what is his knowledge, what he can do,

12    what he can't do, you know -- that's the kind of thing

13    that we wanted to know, 'cause maybe somebody is -- is --

14    is a mechanic, somebody is a good -- know topography, you

15    understand?  We were looking to know what this guy know,

16    how can we use this guy.

17        Q    Where were the majority of the recruits coming

18    from during the period that you ran security at Hajji

19    Habash?

20        A    Initially 100 percent Saudi, initially.

21    Initially were I feel -- when -- sorry -- Saudi, when I --

22    I always say Saudi -- Saudi, Yemeni, so we -- because a

23    lot of Yemeni in Saudi Arabia, and some Yemeni are

24    Chechnya, okay, the Arab -- Arabic peninsula.

25          After 2000 when there was reconciliation I

1   would say between the Morrocan, Nigerian and Tunisian with

2   Osama bin Laden and Abu Zubayda then we had everybody,

3   everybody -- Tunisian, Morrocan, Algerian -- they come,

4   okay; before the middle of 2000, okay, that was -- there

5   was Saudi, Yemeni, very little would be -- when I say

6   "little," little, one, two Qatari, Emirate, very few, and

7   Egyptian to -- no -- no simple guy, no foot soldier,

8   Egyptian not, that -- you know -- you know, when I think

9   about it, only the top people, the old jihad.  But we

10  didn't have any new Egyptian, nothing.

11       Q    Did the Saudi recruits ever arrive with money?

12       A    The -- most of the Saudi we -- on our record

13  give to me first, okay, okay, and I will approve --

14  approve them to office so I will give it to Abu Bakr

15  al-Suri, okay, money, $50,000, $100,000, quite big money

16  for me I think, okay, but for them that's what -- and it

17  represent -- they were -- represented their donation from

18  their mosque or for a group of friend where they collected

19  the money from a -- from a -- that's their way -- their

20  money that they collected by themselves, I'm not talking

21  about the money that was send by the shaykh.

22       Q    When you were speaking about the population of

23  the recruits in the early part of the time you were

24  running the guest house you indicated that -- I think you

25  said that 100 percent of them were Saudis or Yemenis; am I

Page 15

1    correct?

2        A    Yeah, that's -- yeah, I could say, I mean,

3    the one -- truly there would be one Nigerian, one Morrocan

4    here, but I can say 100 percent were Yemeni.  There were

5    also Western.

6        Q    At its height how many recruits were staying at

7    Hajji Habash at any one time?

8        A    You want exponentially.  Initially it was 100,

9    and after I -- I remember it -- we have -- we have to

10   build new electric, new toilet and shower, and it must

11   have been 200, something like that, and when I left it was

12   full, and we had -- we had to -- to -- to -- to shift

13   people more quickly because people be -- initially we do

14   one or two -- because I -- I used to drive a van

15   initially, okay, to -- to take -- the minivan to take the

16   people from the -- the guest house to the camp, we used to

17   do once or twice a week, then after it become every day,

18   okay.  So when I -- I left it become every day.

19       Q    How long would a recruit typically stay at

20   Hajji Habash before going to the camp?

21       A    Initially it -- they will stay a week, after

22   that they will probably be three day, and depending which

23   time of the year, because -- depending if it's winter

24   or -- or -- or autumn.

25            And also it depends if there were military,

Page 16

1   because sometime everybody will be sent to the -- to the

2   front line in Kabul, that happen.  If we had -- we were

3   informed that there will be an offensive of the Taliban,

4   they will attack the -- the Mosul, everybody will go to

5   the -- to the front line.

6            Also, when the -- the Iranian Sharif in the --

7   in the -- what's his name -- Mazar Sharif, they -- they

8   had to stand up to the Taliban, everybody went, many

9   people went there, okay.

10           So sometime you -- you be empty in matter of

11  one day, and sometime we will be full, you understand me?

12       Q    (Attorney nodded.)

13       A    Okay.  So they not -- there was not, I mean, a

14  real routine, but if there was -- when on normal time,

15  okay, okay, initially it would be every week, and, then,

16  after three day, and the faster the better, because we had

17  the -- we had problem in the -- in the -- in the -- in

18  the -- in the guest house when people stay without doing

19  nothing, so they become -- they start to act --

20           THE COURT REPORTER:  Act what?

21           THE WITNESS:  Silly.  Sorry.

22           THE COURT REPORTER:  That's okay.

23           THE WITNESS:  They -- they act -- they don't

24  have nothing to do they start to -- to acting silly.

25           MR. MALONEY:  Silly.

```
 1        Q     (By Mr. Carter)  In your position running

 2   security at Hajji Habash, do you know whether any of the

 3   recruits ever received assistance from relief

 4   organizations to facilitate their travel?

 5        A     Most of the Yemen people will obtain their visa

 6   from Pakistan relief organizations.

 7        Q     Do you recall the names of any of those relief

 8   organizations?

 9        A     I recall the Al-Haramain Islamic Relief, the

10   World -- the World Muslim League, the -- that's what I

11   recall now.  I will -- I give you a list, you know, I -- I

12   didn't memorize this.  But when -- it was also a Muslim

13   Youth Re -- Foundation, the -- the Rahji Foundation.  It

14   was also the -- the bank of Rahji, and there was also the

15   Saudi High Commission, okay.

16            That's when the Saudi get -- for example, I

17   know Osama bin Laden told me that he -- this is not

18   directly to what you say -- but Osama bin Laden told me

19   himself -- but I recall it now -- when I came back from --

20   from -- from Malaysia and London and I had to renew my

21   passport, and there was a stamp, a Pakistani, so I got a

22   new Pakistani stamp, and I didn't want -- didn't want

23   Paki -- Paki -- Pakastani stamp when I knew that I was

24   going over to the United States, and Shaykh Osama told me

25   that if I had been Saudi, Turki will have renew my
```

1    passport, and, so, I knew that most of the 19 highjackers

2    had their passport renewed by Turki with the help of them.

3         Q    Okay, you indicated that the Hajji Habash guest

4    house was across the street from the Arabic Institute,

5    correct?

6         A    That's correct, it was just across -- I mean,

7    literally across on the -- on the -- on the right of

8    the -- of the Institute.

9         Q    Did the Arabic Institute serve any function in

10   housing people who were visiting al-Qaeda?

11        A    The Arabic Institute we be -- use as kind of a

12   semi-guest house for top people, okay, who we don't want

13   to be exposed to the -- the foot soldier of al-Qaeda,

14   okay, who wanted to maintain a -- a good cover of secrecy,

15   okay.  So any shaykh will go there, any Saudi shaykh, any

16   shaykh there usually that's -- they will come -- okay,

17   everything, okay, work by taxi, so they will come in the

18   morning, afternoon taxi, and just for -- for the time he's

19   there they will stay one or two day, or just the time to

20   organize the transportation and they will be taken

21   directly to the airport; and some people will directly, if

22   really they're -- they are -- they want complete secrecy,

23   they will come directly to the airport, they will not come

24   to the Arab Institute.

25             But the Arab Institute was used as a secret

```
 1   guest house for -- for important people who wanted to --
 2   to maintain some of their secrecy.  For example, Shaykh
 3   Salman, Shaykh -- Shaykh -- Shaykh -- oh, what's his name
 4   now -- al-Hawali went directly on -- probably I think on
 5   the same day they went to the airport.
 6        Q    When you say Shaykh Salman, do you know the
 7   full name of that shaykh?
 8        A    Shaykh Salman al-Awdah.
 9        Q    And when you say Shaykh Hawali, do you know the
10   full name of that shaykh?
11        A    I never is -- I don't -- I -- I -- I used to
12   know it, but I don't remember it.
13        Q    Is he a Saudi?
14        A    Yes, yes, he's very famous.  Yeah, he have a
15   famous book, or he's famous.
16        Q    Did both of those shaykhs, to your knowledge,
17   come to visit Osama bin Laden?
18        A    Yes.  Yes, definitely.  I -- I saw them in
19   the -- I saw them -- I don't remember if it was I saw them
20   in the Institute or in the -- in the airport, but I saw
21   them.
22        Q    Do you recall --
23        A    I think it was -- become quite -- quite the
24   talk of the day despite -- despite the secrecy, because
25   there never is any secrecy.  I mean, secrecy, it's a
```

Page 20

1    concept.

2        Q    Do -- do you recall whether any other

3    representatives or members of the Saudi ulema visited the

4    Institute?

5        A    Yes, the -- the -- some messenger of them.  I

6    know that people directly sent by Dami and Bin Baz and

7    shaykh came many time, okay, I don't recall their name

8    because they were -- they were not famous to me.

9        Q    Do you know what the purpose of their visits

10   were?

11       A    I know that it -- some of them -- initially

12   there were a lot of people who came to assault(sic) and --

13   the Taliban way and -- towards -- towards -- to a -- a

14   real Islamic state, that was to be something that was the

15   talk of the day, you know, okay, a lot of people came for

16   this; then after that some people came just to -- to pay

17   the visit and give money and to have the aura of having

18   been to -- to Afghanistan, because -- I don't want to go

19   too much into this -- but the -- there was a lot of

20   bragging about I been to Shaykh Osama bin Laden, I been to

21   Afghanistan, I'm the real deal, I'm a real mujahid, I'm a

22   real fighter for Allah.

23       Q    Were the shaykhs who came to visit bin Laden in

24   Afghanistan supporters of bin Laden's operations?

25       A    I can -- can say with absolute certainty that

Page 21

1    without the express and direct consent, approval and help

2    of Bin Baz, Uthaimeen and Shehri and the ulema -- the --

3    the top ulema of -- of Saudi Arabia there will be not a

4    single Saudi inside the camp, because all of them will be

5    only come because it was Islamically halab and mubier auto

6    right(phonetic) -- it was Islamically auto right to fight

7    and to front line, personal obligation for Muslim to fight

8    against Basru and to create an Islamic state.

9           Q    You mentioned that there was a large library

10   within the Arabic Institute, do you know where most of the

11   books came from?

12          A    All of them come from Saudi Arabia.

13          Q    Okay.

14          A    Because I -- I can know because we -- we --

15   company -- it was shipped from Saudi Arabia through a

16   company, and the company was to -- from Ka -- Karachi,

17   and, then, after it come from Budette, and, then, after

18   to -- to Kandahar.

19               And all the book were brand-new, and all of

20   them had been given by Uthaimeen and -- mainly by

21   Uthaimeen, and it was Abu Hafs who receive.  Abu Hafs al

22   Mauritani.

23          Q    Do you remember who published the books?

24          A    You talking about a complete Islamic library.

25   I mean, you -- you have all the -- it's not one publisher

Page 22

1   or one author, you have a thousand, you -- you talking

2   about the -- there was three room with all of them the --

3   from top to bottom the wall full of books.

4        Q    And all of the books were Saudi, correct?

5        A    All of them came from Saudi Arabia, they're

6   all -- all been sent by Uthaimeen, and it was kind of a

7   gift to Shaykh Osama, and it was given to -- under the

8   responsibility of Abu Hafs Moritani.

9        Q    And was there Islamic instruction given at the

10  Arabic Institute?

11       A    Yes, it used to teach Arabic.  I stayed there a

12  few months where I -- for the first time I sit down and

13  start to learn read and all this; and -- and the Taliban

14  used to come every afternoon, okay, to receive either

15  Islamic study course or Arabic courses.

16       Q    And was the Islamic teaching at the Institute

17  closely aligned with Saudi Islamic teaching?

18       A    It was -- it was 100 percent.  It - it's

19  what -- what -- the American use the word "Wahhabi," yes,

20  it's actually what the -- that's what -- the famous

21  Wahhabi, we -- but it was the -- the understanding of

22  Islam was the understanding that you teach by the Wahhabi

23  scholar, nothing else, you have -- they were not teaching

24  Hanafi or al-Maliki or al-Ashafali, no, or Hana -- even

25  Hana -- Hanafi with the -- the -- the supposedly creator

Page 23

1    of Saudi Arabia, he's being -- only teach in line with the

2    Wahhabi, and the Uthaimeen and Bin Baz understand.

3         Q    Was there also a -- a house 6 in Kandahar that

4    was associated with al-Qaeda?

5         A    Yeah, that's -- the house 6 was the house where

6    you will bring people that were under suspicious of being

7    spy.

8         Q    At a certain point in time did you receive an

9    additional assignment from Osama bin Laden to deliver

10   letters on his behalf?

11        A    I did receive -- Osama bin Laden ask me to --

12   to -- to take a pack of letter to Saudi Arabia, and he

13   told me that I will go to -- to Pakistan, and in Quetta I

14   met with Abdullah al-Pakistani, okay, and, then, we went

15   to -- to Islamabad, and he -- he was the one who was

16   organizing the -- the stuff for me, but we meet Baba Gul,

17   who is knowing General Gul, okay, and he's the one who

18   brought me to the Saudi High Commission, the embassy,

19   okay.

20             And, then, I stay, I think, the same day, okay,

21   okay, I went to -- by private plane to Riyadh, and that's

22   the first time I made to meet with the Prince -- what

23   you -- what he call himself -- Emir, Prince Turki Al

24   Faisal Al Saud, okay.

25             And the -- the day after, okay, I -- I -- I

1   went and toured -- toured a big palace, okay, okay, and I

2   spent one night there, overnight, the morning -- I believe

3   it was in the morning -- I -- I went to a -- with Turki,

4   he came to get me, and we went to a -- to a -- a meeting

5   room, or big room, okay, where there was Abdullah and

6   Bandar -- Prince Abdullah, Prince Bandar, okay -- and I

7   give Prince -- I remember Prince -- to give letter to

8   Prince Abdullah, Prince Bandar, Prince Salman, and Waleed

9   bin Talal, okay.

10          And there was other letter that Prince Turki

11  told me that the people were not available, okay, and I

12  say he wanted me -- he wanted me to give it to him, I say

13  no, that Shaykh Osama said to give them by hand.

14          And, so, the day after -- I think the day -- it

15  was the day after -- one or two day, okay, not more -- not

16  more, okay, Turki give me two letter I believe -- one or

17  two, but I think -- I believe two, okay -- to brought back

18  to Osama bin Laden, okay.

19          And I -- so we went -- okay, so I didn't go to

20  the airport, the plane landed into a private airport,

21  okay, and -- so after that I took pro -- took -- took the

22  plane back, okay, the same plane I believe so, and we went

23  to Islamabad, okay, from Islamabad I went to Ab --

24  Abdullah, I took a plane from Islamabad to -- to Quetta,

25  and Quetta I went by car to Codette(phonetic) -- Codette,

Page 25

1    Quetta -- and I gave the letter to Osama bin Laden; and I

2    think that two, three day, but not much, okay, Osama bin

3    Laden asked me a second time to give to -- to -- a

4    letter -- letter -- I think it was two letter, okay, and

5    this time just to give it to Turki.

6              So this time I went -- did the same thing, I

7    went back and I went to the High Commission, this time I

8    didn't see what's his name, Baba Gul -- General Gul -- and

9    I went -- okay, the first time Turki give me a card, a --

10   a business card, and the -- the people in the High

11   Commission they -- they -- they recognize me, okay, I give

12   them the card, okay, and I -- I believe that some

13   telephone call was -- was done, and I was put on a plane,

14   and I went to -- to Ja -- to -- to Riyadh, 'cause

15   that's -- I -- I am going to Jeddah, okay -- that was

16   another time, okay -- and after that I give the letter,

17   and, then, I come back.

18        Q    During your first trip do you recall

19   approximately how many letters Shaykh Osama gave you?

20        A    I think seven or eight.

21        Q    Do you recall whom they were addressed to?

22        A    Only the people -- I recall the people that

23   I believe I was familiar, the name I heard before, okay,

24   Abdullah, Fahd, okay, Salman, Waleed bin Talal, Bandar,

25   Turki of course, and Shaykh -- Shaykh Bin Baz, Shaykh

1    Uthaimeen, Shaykh Shehri, and Shaykh Hammoud al-Uqlaa, but

2    Shaykh Osama told me that the -- the letter for the --

3    for -- for the ulema I could give it -- give it to Turki,

4    but the letter for the -- for the prince, no, he didn't

5    want it.

6            Q     Did Osama bin Laden at that time identify

7    Prince Turki as your principal point of contact for this

8    trip?

9            A     He told me, yes, he said that you will -- you

10   will go and you see Prince Turki, and I ask Abu -- Abu

11   Hafs about why the -- that I was -- because I knew that

12   the one who was used to be doing this it was Khalad, and

13   he told me that they wanted me to do it because I was not

14   Saudi and, so, they -- they thought that it will be out --

15   I could not be pressurized and I could not be corrupt or

16   threatened because I didn't have any family in Saudi

17   Arabia, so that's why they asked me.

18           Q     You mentioned that you --

19           A     Before I forget also, that my -- that they saw

20   that I -- I could travel and not have problem, 'cause they

21   know that Saudi, they are not good at travel.

22           Q     You mentioned that during your journey you

23   visited offices of the Saudi High Commission, did I

24   understand that you said that those were located in an

25   embassy?

1      A      Yeah, Islamabad.  The Embassy in Islamabad,

2   that's where I was brought by Baba Gul.  General Gul.

3      Q      Which embassy?

4      A      Of Saudi Arabian Embassy in Islamabad.

5      Q      And you also visited that embassy during your

6   second trip; is that correct?

7      A      That's the -- the second I -- I -- just exactly

8   like the first time.  I went to Islamabad, and this time I

9   didn't ask for General Gul, and I went with Abdullah,

10  Pakastani, to the embassy, and I just give them the card,

11  and, then, after I was put on a plane, and this time I

12  went to Riyadh, but I didn't stay except maybe a day,

13  okay, but -- I just -- I saw Turki and I went back.

14     Q      During the first trip did you at any point read

15  any of the letters?

16     A      No.

17     Q      Do you know what the letters were about?

18     A      No, I don't know what the letter were about --

19  about because Osama bin Laden didn't tell me, but I know

20  that it -- at the time the -- the -- the -- the talk

21  inside the -- the circle of Osama bin Laden was about the

22  fact that King Fahd was very sick, he was going to die,

23  and it was to -- to know about who was going to take the

24  succession, and there was competing between Nawaf, who was

25  Chief of the National Guard, or -- okay, one who had

Page 28

1   the -- Sultan who -- another bro -- brother -- they have

2   seven brother to -- who -- who are taking power, that was

3   what it was about, that's the general idea I had, but I

4   don't -- I never saw the written letter or never --

5   never Osama bin Laden told me specifically what it was

6   about, no.

7          Q    Do you have any understanding why in that

8   context Osama bin Laden would have been sending letters to

9   both members of the royal family and the senior ulema?

10         A    My understanding from talking with people like

11  Abu Basir al-Wahishi who become the -- the head of

12  al-Qaeda in the Arabian peninsula, who I used to be close

13  to, okay, or Halad or Shaykh Abu Hasan, Shayk Mujahideen,

14  Shaykh Aman, and Shaykh Abul Sef -- my understanding that

15  they -- they want to know who they should support,

16  because -- and they supported Abdullah, who become the

17  King, okay, and that's what it was about.

18              Because for them the -- the Prince Abdullah was

19  the lesser of all the evil, because Nawaf was known as a

20  extremely anti-Islamic person, okay, Sul -- Sultan was

21  being seen as a sodomite, okay, okay, and -- and -- and

22  the Abdullah was seen as a traditional Arab most -- mostly

23  be -- be fasiq and touching in -- in criminal activity.

24  When I say "criminal activity," fornication,

25  homosexuality, drinking, but still a Muslim, so -- but

```
 1    Nawaf was branded an apostate, Fahd was an apostate, so

 2    for -- at the time the -- the -- my understanding is that

 3    Osama bin Laden, and be -- in talking with Abu Hafs --

 4    Commander Abu Hafs al Mauritani and the people of -- of

 5    Saeed and the people of -- of -- of al-Qaeda ash-Shura,

 6    they were seeing that it's better for ul -- for al-Qaeda

 7    to -- to -- to accept Sul -- what's his name --

 8    Abdullah -- Prince Abdullah than to have -- to declare an

 9    apostate and to be against him, that will give him more

10    chance to -- Nawaf and Sultan -- to take power.

11         Q    Why would the ulema have a say in that process?

12         A    Ulema, essentially they are the king maker.

13    If -- if the ulema say that you should not take power, you

14    are not going to take power.

15              And the ulema were important because they are

16    the people who -- who -- who certify the Islamic legality

17    of the jihad of Osama bin Laden.

18              So Nawaf, Sultan, all the prince, they were

19    giving money, helping Osama bin Laden so he know the -- to

20    get, let's say, favor, or especially not to get the -- the

21    wrath of the ulema -- the Wahhabi ulema and to declare

22    apostate, because they could -- they could, let's say, put

23    forward their -- their donation and activity for Osama bin

24    Laden to counteract or to contradict anybody who said that

25    people are apostate because, look, he is drinking, he is
```

1  doing fornication, he is now engaging in homosexuality, so

2  he is not a Muslim, okay, the bad news anymore he is not a

3  Muslim, or he is a friend of the America, but it's okay

4  for -- he is doing all this, but, look, he is giving money

5  to Osama bin Laden, he is sending people, material, blah,

6  blah, blah, and -- and everything, all this charity work

7  and all the supervision, and he could stop them, but he

8  allow them to operate, this is proof that this guy is not

9  a complete apostate, he's what's called a "fasiq," or even

10  a munah(phonetic), because even you can be a munah, it's

11  better Islamically than to be a -- a motah(phonetic).

12  Motah is an apostate.  Once you are -- you are branded a

13  motah is finished, okay, but it's never finished.

14       Q    All right.

15            Did the members of the Saudi royal family you

16  met with during that first trip know that you came as a

17  representative of Osama bin Laden?

18       A    Absolutely, because my -- my name was never

19  mentioned, okay, and this was a letter from Shaykh Osama

20  bin Laden, and Turki, I mean, that -- he said -- I was

21  introduced as the messenger for Shaykh Osama bin Laden.

22       Q    Did they treat you well during the visit?

23       A    Extremely well.

24       Q    Okay.  Where --

25       A    It's a holy place.

1          Q     Where did the meeting that Prince Turki took

2     you to with the other members of the royal family take

3     place?

4          A     I mean, the -- I know that the -- we went in

5     the -- to a private airport, okay, then when I went out --

6     went out of the plane there was a car, we get into a car,

7     a -- a limousine, and I was taken to a place, it was like

8     a Hilton Hotel, okay, and the next morning I was -- Turki

9     came and we went to a -- to -- to a big room, and there

10    was Abdullah and there was Sultan, Bandar, and there was

11    Waleed bin Talal, and Salman, there was one person I

12    believe more, I don't know his name, but there's plenty of

13    princes, okay, when I say this, there's much more, okay.

14               And -- and I give them the letter, okay, and I

15    had gave the letter of the ulema to Turki, but the letter

16    to the other prince was given -- Shaykh Osama asked me to

17    give it by hand to them, and I returned with some, I

18    believe two letter, that was not given to Turki.

19         Q     Did Prince Turki also give you a letter to

20    return to --

21         A     Yes, I -- I believe that he give me two letter

22    to return to Shaykh Osama bin Laden.

23         Q     Do you know who wrote those letters?

24         A     No, I -- I believe it one of the prince, but

25    I -- I don't -- I don't -- I didn't ask or try to find

Page 32

1   out.

2        Q    Did Prince Turki specifically ask you to

3   deliver those letters to Osama bin Laden?

4        A    Yes.  Yes, he -- that's -- was the whole

5   purpose of my visitation, so I -- he -- he did ask me, say

6   this is for Shaykh Osama bin Laden.

7        Q    When you -- after you gave those letters to

8   Osama bin Laden did he give you a further letter to take

9   to Prince Turki?

10       A    The second time the -- after I was in the

11  first?

12       Q    (Attorney nodded.)

13       A    Yes, I -- I returned with two letter, and I

14  give only to Turki.

15       Q    Did you understand that there was some kind of

16  ongoing dialogue at this time between Osama bin Laden and

17  the Saudi royal family?

18       A    Definitely, because the second time when I came

19  back I came back with some money.

20       Q    Who gave you the money?

21       A    In the -- in Pakistan.  So I know that went

22  well.  It went -- it went well because -- it was not a big

23  amount of money, but I know it -- it went well because it

24  was money -- it was given for me for travel, but I knew

25  that by -- by doing this I know that it -- it went well.

1          Q     Where in Pakistan did you pick up this money?

2          A     No, but -- let -- let me tell you, it was

3    the -- the guy in the High Commission asked me if I

4    need -- if I need anything, he said money for you to

5    travel, okay, but -- so I knew that the -- it went well

6    because, otherwise, he would not have given me this money.

7          Q     And that was at the Saudi Embassy in Islamabad?

8          A     The Saudi, yeah, Embassy in Islamabad.  'Cause

9    the first time he didn't give me money.

10         Q     (Attorney nodded.)

11         A     I think that the bribe money.

12               THE COURT REPORTER:  Excuse me?

13               THE WITNESS:  I know that's the way they

14   operate.

15         Q     (By Mr. Carter)  What size was the private jet

16   that you took the first trip from Islamabad to Saudi

17   Arabia?

18         A     A major.  Not the king craft -- king, but

19   smaller than a king.

20         Q     Do you recall how many seats it had?

21         A     I think six.  I -- I saw many time this is a

22   small -- small, private jet.  It's familiar to me, a

23   small-size airplane, not -- I would think six or eight,

24   but not more.

25         Q     Were you the only passenger?

Page 34

1       A     In the -- only one Saudi with me, okay, and

2     also the crew, but only one Saudi from the High

3     Commission.

4       Q     Did you take any other trips to Saudi Arabia on

5     behalf of Osama bin Laden?

6       A     Yes, yes, I went on behalf for al-Qaeda -- for

7     al-Qaeda -- for my business for al-Qaeda, yes, to Jeddah,

8     I went to -- to Mecca, to -- to Riyadh, I went to -- to

9     Medina, okay.  So, yes, I did, but it was not like this

10    trip.  This trip was basically as being kind of a military

11    or familiar to -- from a -- to -- to the prince, okay,

12    that's basically.

13            Otherwise, for my business, when I need -- for

14    example, if I leave for -- for different arrangement

15    during -- when I was trying to do thing for my -- my -- my

16    operation or -- or also after that for -- for -- Abu Hafs

17    ask me something that can you go there, or if we have

18    problem with brother to find out who they were and all

19    this I would go to Saudi Arabia, and -- or to --

20    especially to Jadar and Mecca, and I come back.

21      Q     Did you ever on any of those trips meet with

22    any of al-Qaeda's supporters?

23      A     Yeah, yeah, I met in Karachi plenty of time,

24    Halad, Mukhtar, and Ha -- Badr.

25      Q     No, I -- I apologize, Mr. Moussaoui, I -- I was

1    asking whether or not you met with any of al-Qaeda's Saudi

2    supporters within Saudi Arabia on any of your trips.

3         A    Yes, I am going to say Croatiary -- Croatiary,

4    I -- Ibrahim bin Mahfouz, then Abu Bakr al-Akida, and

5    some -- some -- I mean, when I went to Mecca, plenty --

6    when I would go to Mecca, plenty; and when I went to

7    Medina, also plenty.  I mean, the -- when I went to --

8    to -- to this place you go to -- to certain house and

9    everybody was not Afghanistan, you understand?  I mean,

10   everybody was an Afghanistan.

11              When I went to Medina the same thing, I mean --

12   and you go to a certain mosque and you see that the --

13   everybody Afghanistan or a brother from Afghanistan, this

14   is like a very -- a -- a kind of jihad circle, you know,

15   if that's the way -- if you -- you go to the -- to Shaykh

16   Salman, everybody supporting the jihad.  At the time

17   everybody was supporting jihad, because everybody was

18   trying to -- to have the American leave the -- the -- the

19   holy mosque land -- the land of holy mosque.  That's what

20   we call it, Saudi Arabia.

21        Q    Mr. Moussaoui, thank you, I think that is the

22   end of our questions on the subject of the trips.

23              Do you want to take your oath again?

24        A    Yes.  I swear by Allah that everything I just

25   say is true.  I swear by Allah that everything I just say

```
                                                    Page 36
 1    is true.  I swear by Allah that everything I just say is

 2    true.  I swear by Allah that everything I just say is

 3    true.

 4                 (The statement under oath was concluded at

 5    12:11 p.m., on Tuesday, October 21, 2014.)

 6    /

 7    /

 8    /

 9    /

10    /

11    /

12    /

13    /

14    /

15    /

16    /

17    /

18    /

19    /

20    /

21    /

22    /

23    /

24    /

25    /
```

Page 37

```
 1                    REPORTER'S CERTIFICATE

 2              I, Priscilla Naff Medina, Registered

 3   Professional Reporter and Notary Public in and for the

 4   State of Colorado, do hereby certify that prior to the

 5   commencement of the examination the Witness first duly

 6   swore to testify the truth; that said statement under oath

 7   was taken in shorthand by me at the time and place

 8   hereinabove set forth and was thereafter reduced to

 9   typewritten form by me, as per the foregoing transcript;

10   that the same is a full, true, and correct transcription

11   of my shorthand notes then and there taken.

12              I further certify that I am not related to,

13   employed by, nor of counsel for any of the parties or

14   attorneys herein, nor otherwise interested in the event of

15   the within action.

16              My commission expires July 2, 2015, and I have

17   hereunto set my hand this October 24, 2014.

18

19
                     _____
20                   Registered Professional Reporter
                                  and
21                          Notary Public

22

23

24

25
```

**A**

**a.m** 1:5
**Ab** 24:23
**Abdullah** 23:14
24:5,6,8,24
25:24 27:9
28:16,18,22
29:8,8 31:10
**absolute** 20:25
**Absolutely**
30:18
**Abu** 3:22 4:5,11
5:14,14,15 6:8
6:9,17,19 7:7
8:6 9:12,15,19
9:23 12:7
13:10 14:2,14
21:21,21 22:8
26:10,10 28:11
28:13 29:3,4
34:16 35:4
**Abul** 28:14
**accept** 29:7
**accepted** 10:23
**acid** 4:8
**act** 16:19,20,23
**acting** 16:24
**action** 37:15
**activity** 4:2
28:23,24 29:23
**actual** 7:20
**additional** 23:9
**addressed** 25:21
**ADMAX** 1:9
**admission** 13:10
**affiliated** 3:17
4:19
**Afghanistan**
20:18,21,24
35:9,10,13,13
**aflab** 8:2
**afternoon** 6:25
18:18 22:14
**agreement** 4:1,5
**airplane** 33:23
**airport** 6:7,12
7:17,19,19,20
8:8 18:21,23

19:5,20 24:20
24:20 31:5
**al** 6:19 7:9,9,15
21:21 23:23,24
29:4
**al-Akida** 35:4
**al-Ashafali**
22:24
**al-Awdah** 19:8
**Al-Haramain**
17:9
**al-Hawali** 19:4
**al-Maliki** 22:24
**al-Pakistani**
23:14
**al-Qaeda** 3:5
4:13,16 5:16
6:4 18:10,13
23:4 28:12
29:5,6 34:6,7,7
**al-Qaeda's** 5:8
34:22 35:1
**al-Suri** 14:15
**al-Uqlaa** 11:11
26:1
**al-Wahishi**
28:11
**Algerian** 14:3
**Ali** 8:4
**aligned** 22:17
**Allah** 3:9,11,12
3:13 8:4 20:22
35:24,25 36:1
36:2
**allow** 30:8
**Aman** 7:9 12:11
28:14
**America** 30:3
**American** 4:3
22:19 35:18
**Americas** 1:22
**ammonium** 4:8
**Amoudi** 12:11
**amount** 4:21
32:23
**Anderson** 1:21
**ANDREW** 1:15
**anti-Islamic**

28:20
**anybody** 7:5
29:24
**anymore** 30:2
**apologize** 34:25
**apostate** 29:1,1
29:9,22,25
30:9,12
**appreciable**
4:21
**approval** 21:1
**approve** 14:13
14:14
**approximately**
25:19
**Ar** 9:4
**Arab** 5:2,3 8:21
9:3 13:24
18:24,25 28:22
**Arabia** 4:18 7:3
11:4,10 13:23
21:3,12,15
22:5 23:1,12
26:17 33:17
34:4,19 35:2
35:20
**Arabian** 27:4
28:12
**Arabic** 6:21,23
6:25 9:6,7,9
10:7 13:24
18:4,9,11
21:10 22:10,11
22:15
**area** 3:5 5:8
**arrangement**
4:25 34:14
**arrive** 14:11
**ash-Shura** 29:5
**Ashton** 1:15
**asked** 4:11 9:19
9:20,22 25:3
26:17 31:16
33:3
**asking** 35:1
**assault(sic)**
20:12
**assignment** 23:9

**assistance** 17:3
**associated** 5:7
9:10 23:4
**attack** 16:4
**Attorney** 6:2
16:12 32:12
33:10
**attorneys** 37:14
**aura** 20:17
**author** 22:1
**auto** 21:5,6
**autumn** 15:24
**available** 24:11
**Avenue** 1:17,22
**aware** 3:4 6:5

**B**

**B** 2:4
**ba** 4:12
**Baba** 23:16 25:8
27:2
**back** 7:13 10:7
17:19 24:17,22
25:7,17 27:13
32:19,19 34:20
**background**
10:16
**bad** 30:2
**Badr** 34:24
**Bakr** 13:10
14:14 35:4
**Bandar** 24:6,6,8
25:24 31:10
**bank** 4:12,17
17:14
**basement** 10:4
**basically** 6:17
34:10,12
**Basir** 28:11
**basis** 4:15 6:12
**Basru** 21:8
**Baz** 7:4 12:11
20:6 21:2 23:2
25:25
**beginning** 9:21
**behalf** 23:10
34:5,6
**believe** 24:2,16

24:17,22 25:12
25:23 31:12,18
31:21,24
**belonging** 12:21
**better** 16:16
29:6 30:11
**big** 7:11,21
14:15 24:1,5
31:9 32:22
**bin** 3:17,19,24
4:19 5:7 6:8
7:4 8:1 9:10
12:11 14:2
17:17,18 19:17
20:6,20,23,24
21:2 23:2,9,11
24:9,18 25:1,2
25:24,25 26:6
27:19,21 28:5
28:8 29:3,17
29:19,23 30:5
30:17,20,21
31:11,22 32:3
32:6,8,16 34:5
35:4
**blah** 13:4,4,4
30:5,6,6
**bomb** 12:22
**bombing** 4:3
21:19
**book** 19:15
21:19
**books** 7:12,12
7:13 21:11,23
22:3,4
**bottom** 22:3
**Boulevard** 1:19
**Bra** 9:13
**bragging** 20:20
**Braman** 9:14
**brand-new**
21:19
**branded** 29:1
30:12
**bribe** 33:11
**Bridgeside** 1:19
**bring** 7:13 12:22
23:6
**bro** 28:1

**brother** 28:1,2
   34:18 35:13
**brought** 23:18
   24:17 27:2
**Budette** 21:17
**build** 15:10
**Burnett** 1:18
**business** 25:10
   34:7,13

———————
**C**

**C** 3:1
**call** 4:7 8:4
   23:23 25:13
   35:20
**called** 5:1,13
   10:17 30:9
**camp** 6:14,15
   15:16,20 21:4
**canteen** 9:24,25
**car** 24:25 31:6,6
**card** 25:9,10,12
   27:10
**Carolina** 1:20
**Carter** 1:12 2:3
   3:2,15 5:4,6
   9:9 17:1 33:15
**cause** 4:11 9:22
   10:22 13:13
   25:14 26:20
   33:8
**celibate** 8:2
**center** 7:5 8:4,5
**certain** 23:8
   35:8,12
**certainty** 20:25
**CERTIFICA...**
   37:1
**certify** 29:16
   37:4,12
**chance** 29:10
**charge** 9:13
**charity** 30:6
**Chechnya** 3:21
   13:24
**check** 10:15
**Chi** 5:24
**Chief** 3:23 5:12

5:19,20,21
   6:18,19 27:25
**children** 7:25
**Chinese** 5:24,25
**circle** 27:21
   35:14
**clinic** 10:2,4,7
**close** 5:11,19,23
   28:12
**closed** 6:14
**closely** 22:17
**Codette** 24:25
**Codette(phon...**
   24:25
**collected** 14:18
   14:20
**Colorado** 1:8,10
   37:4
**come** 6:24 7:7
   7:12 10:2,15
   10:19,21 11:18
   12:18 14:3
   18:16,17,23,23
   19:17 21:5,12
   21:17 22:14
   25:17 34:20
**coming** 7:2
   13:17
**comman** 6:9
**commander**
   3:22 6:9 8:6
   9:19 29:4
**commencement**
   37:5
**commission**
   17:15 23:18
   25:7,11 26:23
   33:3 34:3
   37:16
**Committees**
   1:14,17,20,22
**common** 11:7
**company** 21:15
   21:16,16
**competing**
   27:24
**complete** 18:22
   21:24 30:9

**compound** 7:17
   7:18,20 8:8
**computer** 4:14
**concept** 20:1
**concluded** 36:4
**conduct** 4:2
**consent** 21:1
**contact** 26:7
**contamination**
   10:6
**context** 28:8
**contradict** 29:24
**correct** 8:19
   15:1 18:5,6
   22:4 27:6
   37:10
**corrupt** 26:15
**counsel** 1:16
   37:13
**counteract**
   29:24
**course** 22:15
   25:25
**courses** 22:15
**COURT** 5:3,5
   9:5,8 16:20,22
   33:12
**cover** 18:14
**Cozen** 1:13
**craft** 33:18
**create** 4:12 21:8
**created** 9:11,11
   10:2,6
**creator** 22:25
**crew** 34:2
**criminal** 28:23
   28:24
**Croatiary** 35:3
   35:3

———————
**D**

**D** 2:1 3:1
**daily** 4:15
**Dami** 20:6
**data** 4:12,15
**day** 3:24 7:8
   15:17,18,22
   16:11,16 18:19

19:5,24 20:15
   23:20,25 24:14
   24:14,15,15
   25:2 27:12
**deal** 20:21
**declare** 29:8,21
**definitely** 19:18
   32:18
**degree** 3:20
**deliver** 23:9
   32:3
**depending**
   15:22,23
**depends** 15:25
**desert** 6:16
**despite** 19:24,24
**detonator** 4:9
**dialogue** 32:16
**die** 27:22
**different** 3:4 4:2
   34:14
**direct** 21:1
**directly** 8:21
   17:18 18:21,21
   18:23 19:4
   20:6
**Director** 9:13,15
**discuss** 3:3
**dispensary** 5:25
**doing** 16:18
   26:12 30:1,4
   32:25
**donation** 4:12
   10:14 14:17
   29:23
**drinking** 28:25
   29:25
**drive** 7:19 15:14
**duly** 37:5
**duskia(phonet...**
   10:17
**dusnia(phonet...**
   4:7

———————
**E**

**E** 2:1,4 3:1,1
**early** 14:23
**Ebola** 10:5

**effectively** 6:15
**Egyptian** 14:7,8
   14:10
**eight** 25:20
   33:23
**either** 22:14
**elect** 13:5
**electric** 15:10
**electronic** 13:1,5
**embassy** 4:4
   23:18 26:25
   27:1,3,4,5,10
   33:7,8
**Emir** 6:18 23:23
**Emirate** 14:6
**employed** 37:13
**empty** 16:10
**engaging** 30:1
**English** 3:20
**entering** 4:15
**entrance** 12:20
**Esa** 7:15
**especially** 9:12
   13:9 29:20
   34:20
**ESQ** 1:12,13,15
   1:18,21
**essentially** 29:12
**Evan** 1:24
**event** 37:14
**everybody**
   10:22 14:2,3
   16:1,4,8 35:9
   35:10,13,16,17
   35:17
**evil** 28:19
**exactly** 13:8
   27:7
**examination** 2:3
   3:14 37:5
**example** 17:16
   19:2 34:14
**Excuse** 33:12
**Executive** 1:14
   1:17,19,22
**Exhibit** 2:5
**exhibits** 2:6
**expected** 11:9

**experience** 13:2
**experiences** 3:3
**expires** 37:16
**explanation**
  11:19
**explode** 12:23
**explosive** 4:7
**exponentially**
  15:8
**exposed** 18:13
**express** 21:1
**extremely** 28:20
  30:23

**F**

**facilitate** 17:4
**facilities** 3:4 5:9
  6:5
**facility** 7:16
**fact** 27:22
**Fahd** 25:24
  27:22 29:1
**Faisal** 23:24
**familiar** 5:8
  12:10,12 25:23
  33:22 34:11
**family** 6:10,10
  7:25,25 26:16
  28:9 30:15
  31:2 32:17
**famous** 11:12
  19:14,15,15
  20:8 22:20
**far** 5:23
**fasiq** 28:23 30:9
**faster** 16:16
**favor** 29:20
**Fawcett** 1:23
**Federal** 1:12
**feel** 13:9,10,21
**fight** 21:6,7
**fighter** 20:22
**find** 31:25 34:18
**finished** 30:13
  30:13
**first** 12:1,19
  14:13 22:12
  23:22 25:9,18

27:8,14 30:16
32:11 33:9,16
37:5
**five-minute** 7:19
**floor** 12:19
**Florence** 1:10
**following** 1:5
**foot** 14:7 18:13
**forbid** 13:1
**foregoing** 37:9
**forget** 26:19
**form** 37:9
**fornication**
  28:24 30:1
**forth** 37:8
**forward** 29:23
**foundation** 4:17
  17:13,13
**Fouz** 9:23
**free** 8:15
**free-wheeler**
  8:15
**French** 3:20
**friend** 14:18
  30:3
**front** 8:23 11:21
  16:2,5 21:7
**full** 15:12 16:11
  19:7,10 22:3
  37:10
**function** 18:9
**further** 5:25
  32:8 37:12

**G**

**G** 3:1
**garden** 5:20
**gate** 7:24
**general** 23:17
  25:8 27:2,9
  28:3
**getting** 10:3
**gift** 22:7
**give** 4:15 8:14
  12:7,15,15
  14:13,14 17:11
  20:17 24:7,7
  24:12,13,16

25:3,5,9,11,16
26:3,3 27:10
29:9 31:14,17
31:19,21 32:8
32:14 33:9
**given** 4:16 21:20
  22:7,9 31:16
  31:18 32:24
  33:6
**giving** 29:19
  30:4
**go** 5:17,25 8:16
  8:17 12:16,17
  12:23 13:6
  16:4 18:15
  20:18 23:13
  24:19 26:10
  34:17,19 35:6
  35:8,12,15
**going** 3:2 11:15
  15:20 17:24
  25:15 27:22,23
  29:14 35:3
**GOLDMAN**
  1:21
**good** 11:19,22
  12:6 13:14
  18:14 26:21
**group** 14:18
**Guard** 27:25
**guest** 4:14,24,25
  6:13,16,20 8:3
  8:11,17 9:2,18
  10:1,8,10
  11:23 14:24
  15:16 16:18
  18:3 19:1
**Gul** 23:16,17
  25:8,8 27:2,2,9
**guy** 9:14 13:15
  13:16 14:7
  30:8 33:3

**H**

**H** 2:4
**Ha** 34:24
**Habash** 5:1 8:12
  8:16,18 9:18

10:10 13:19
15:7,20 17:2
18:3
**HAEFELE** 1:18
  9:6
**Haf** 7:7
**Hafs** 3:22 4:5,11
  5:14 6:8 8:6
  9:12,15,19
  21:21,21 22:8
  26:11 29:3,4
  34:16
**Hajji** 5:1 8:11
  8:16,18 9:17
  10:9 13:18
  15:7,20 17:2
  18:3
**halab** 21:5
**Halad** 28:13
  34:24
**Hammoud** 26:1
**Hana** 22:24,25
**Hanafi** 22:24,25
**hand** 3:23 24:13
  31:17 37:17
**hangar** 7:21
**happen** 16:2
**Hasan** 28:13
**Hawali** 19:9
**Hawari** 12:12
**head** 6:4 28:11
**heard** 25:23
**height** 15:6
**help** 18:2 21:1
**helping** 29:19
**hereinabove**
  37:8
**hereunto** 37:17
**High** 17:15
  23:18 25:7,10
  26:23 33:3
  34:2
**highjackers**
  18:1
**Highway** 1:9
**Hilton** 31:8
**holy** 30:25 35:19
  35:19

**home** 6:4
**homemade** 4:6
**homosexuality**
  28:25 30:1
**hospital** 5:24 6:1
**Hotel** 31:8
**house** 4:14,24
  4:25 5:11,11
  5:12,21 6:13
  6:16,20 8:3,9
  8:11,17 9:2,18
  10:1,8,10
  11:24 14:24
  15:16 16:18
  18:4,12 19:1
  23:3,5,5 35:8
**housed** 6:11
**houses** 6:3
**housing** 18:10
**hydrochloric**
  4:8

**I**

**Ibrahim** 35:4
**idea** 28:3
**identification**
  2:6
**identify** 26:6
**III** 1:15
**Imam** 11:8
**important** 7:2
  19:1 29:15
**indicated** 14:24
  18:3
**indicating** 6:1
  12:7
**informed** 16:3
**Initial** 2:5
**initially** 5:10
  10:4 13:20,20
  13:21 15:8,13
  15:15,21 16:15
  20:11
**inside** 21:4
  27:21
**Institute** 5:4
  6:21,22,23
  8:22 9:6,7,9,15

10:7 18:4,8,9
18:11,24,25
19:20 20:4
21:10 22:10,16
**instruction** 22:9
**Insurance** 1:13
**interested** 37:14
**introduced**
30:21
**introduction**
10:16,20 11:2
11:6,8,25
**Iranian** 16:6
**Islam** 22:22
**Islamabad**
23:15 24:23,23
24:24 27:1,1,4
27:8 33:7,8,16
**Islamic** 6:23,25
7:5,12 17:9
20:14 21:8,24
22:9,15,16,17
29:16
**Islamically** 21:5
21:6 30:11

**J**

**J** 1:13,15
**Ja** 25:14
**Jadar** 34:20
**Jazairi** 6:19
**Jeddah** 25:15
34:7
**JERRY** 1:21
**jet** 33:15,22
**jihad** 14:9 29:17
35:14,16,17
**John** 1:23
**journey** 26:22
**July** 37:16
**June** 9:22

**K**

**Ka** 21:16
**Kabul** 6:14 16:2
**Kandahar** 3:3
3:21 4:21 5:1,2
5:8,9 6:5,16

7:20 21:18
23:3
**Karachi** 21:16
34:23
**Karachians**
8:15
**Khalad** 26:12
**Khallad** 6:17
**Kill** 1:21
**kind** 13:10,12
18:11 22:6
32:15 34:10
35:14
**king** 27:22 28:17
29:12 33:18,18
33:19
**knew** 12:5 13:2
17:23 18:1
26:11 32:24
**know** 7:2 8:13
9:20 10:24
11:3,6,14,14
12:23 13:8,9
13:10,12,13,14
13:15,15 14:8
14:8 17:2,11
17:17 19:6,9
19:12 20:6,9
20:11,15 21:10
21:14 26:21
27:17,18,19,23
28:15 29:19
30:16 31:4,12
31:23 32:21,23
32:25 33:13
35:14
**knowing** 23:17
**knowledge**
13:11 19:16
**known** 11:12,13
28:19
**Kohlmann** 1:24
**Kreindler** 1:16
1:16

**L**

**Laden** 3:19,24

6:8 8:1 14:2
17:17,18 19:17
20:20,23 23:9
23:11 24:18
25:1,3 26:6
27:19,21 28:5
28:8 29:3,17
29:19,24 30:5
30:17,20,21
31:22 32:3,6,8
32:16 34:5
**Laden's** 3:17
4:20 5:7 9:10
20:24
**land** 35:19,19
**landed** 24:20
**large** 21:9
**League** 17:10
**learn** 6:25 22:13
**leave** 10:25
12:22 34:14
35:18
**left** 8:24 9:22
15:11,18
**legality** 29:16
**lesser** 28:19
**let's** 29:20,22
**letter** 10:16,20
11:2,6,7,13,18
12:16 13:7,10
23:12 24:7,10
24:16 25:1,4,4
25:4,16 26:2,4
27:18 28:4
30:19 31:14,15
31:15,18,19,21
32:8,13
**letters** 11:7,24
12:4 23:10
25:19 27:15,17
28:8 31:23
32:3,7
**Liason** 1:16
**library** 7:11
21:9,24
**limousine** 31:7
**line** 11:21 16:2,5
21:7 23:1

**list** 17:11
**literally** 18:7
**little** 14:5,6,6
**living** 6:11
**LLC** 1:19
**LLP** 1:16
**located** 26:24
**London** 4:4
17:20
**long** 15:19
**look** 10:17 29:25
30:4
**looking** 12:22
13:15
**lot** 13:23 20:12
20:15,19

**M**

**Mahfouz** 35:4
**main** 6:10 7:23
7:23
**maintain** 18:14
19:2
**maintained** 3:5
**major** 33:18
**majority** 13:17
**maker** 29:12
**Malaysia** 17:20
**MALONEY**
1:15 16:25
**marked** 2:6
**Market** 1:14
**Masli** 9:14
**Masri** 3:23
**Master** 3:20
**material** 30:5
**matter** 16:10
**Mauritani** 7:7,9
7:9,15 9:12
21:22 29:4
**Mazar** 16:7
**mean** 11:12 15:2
16:13 18:6
19:25 21:25
30:20 31:4
35:5,7,9,11
**meaning** 4:7
**Mecca** 34:8,20

35:5,6
**mechanic** 13:14
**media** 8:4,4
**Medina** 1:6 34:9
35:7,11 37:2
**meet** 23:16,22
34:21
**meeting** 24:4
31:1
**members** 20:3
28:9 30:15
31:2
**memorize** 17:12
**mentioned** 6:3
21:9 26:18,22
30:19
**messenger** 20:5
30:21
**met** 3:22,24 5:14
23:14 30:16
34:23 35:1
**middle** 9:2,5,20
9:21 14:4
**military** 6:9
10:12 15:25
34:10
**minivan** 15:15
**Mohammed**
3:22,23 5:15
6:9
**money** 4:15,16
14:11,15,15,19
14:20,21 20:17
29:19 30:4
32:19,20,23,24
33:1,4,6,9,11
**months** 4:23
22:12
**Moritani** 9:16
22:8
**morning** 13:7
18:18 24:2,3
31:8
**Morrocan** 14:1
14:3 15:3
**mosque** 8:8,10
8:23,24 14:18
35:12,19,19

Mosul 16:4
motah 30:12,13
motah(phonet...
 30:11
Motley 1:19
Moussaoui 1:3
 3:2,16 34:25
 35:21
move 5:18
Mt 1:20
mubier 21:5
mujahid 20:21
mujahideen
 10:11 28:13
Mukhtar 34:24
munah 30:10
munah(phone...
 30:10
Muslim 17:10
 17:12 21:7
 28:25 30:2,3

**N**

N 2:1 3:1
Naff 1:6 37:2
name 8:14 16:7
 19:3,7,10 20:7
 25:8,23 29:7
 30:18 31:12
named 8:11
names 12:3,8
 17:7
National 27:25
Nawaf 27:24
 28:19 29:1,10
 29:18
near 6:3
need 11:13,13
 33:4,4 34:13
neighbor 11:3
net 10:7
never 19:11,25
 28:4,4,5 30:13
 30:18
new 1:17,17,22
 1:22 14:10
 15:10,10 17:22
news 30:2

Nigerian 14:1
 15:3
night 12:23 24:2
nitrate 4:8
nodded 6:2
 16:12 32:12
 33:10
normal 16:14
Notary 1:7 37:3
 37:21
notes 37:11
Number 2:2,5

**O**

O 3:1
O'Connor 1:13
O'Neill 1:21
oath 1:1 3:8
 35:23 36:4
 37:6
obligation 21:7
obtain 17:5
October 1:10
 36:5 37:17
offensive 16:3
office 8:5,7
 14:14
officer 11:23
offices 26:23
oh 19:3
okay 3:23,24,25
 4:3,4,23 5:12
 5:13,14,16,22
 6:12,14,18,20
 6:22,25 7:1,6,9
 7:15,20,21,25
 8:2,2,16,24
 9:14,21,22,23
 10:12,15,16,17
 10:18,23 11:14
 11:15 12:13,13
 12:15,16,20,21
 12:24,24 13:1
 13:4,5,6,24
 14:4,4,13,13
 14:15,16 15:15
 15:18 16:9,13
 16:15,15,22

17:15 18:3,12
18:14,15,16,17
20:7,15 21:13
22:14 23:14,17
23:19,20,21,24
23:25 24:1,1,5
24:6,9,11,15
24:16,17,18,19
24:21,22,23
25:2,4,9,11,12
25:15,16,23,24
27:13,25 28:13
28:17,20,21,21
30:2,3,13,19
30:24 31:5,8
31:13,13,14
33:5 34:1,9,11
old 14:9
on-the 6:18
once 15:17
 30:12
ongoing 32:16
open 6:5,18
opened 6:7,14
 6:15,16,17
operate 30:8
 33:14
operation 11:22
 34:16
operations
 20:24
organization
 3:17 4:20 5:7
 9:10
organizations
 17:4,6,8
organize 9:24
 18:20
organizing
 23:16
Osama 3:17,19
 3:24 4:13 6:8
 8:1,10 14:2
 17:17,18,24
 19:17 20:20
 22:7 23:9,11
 24:13,18 25:1
 25:2,19 26:2,6

27:19,21 28:5
28:8 29:3,17
29:19,23 30:5
30:17,19,21
31:16,22 32:3
32:6,8,16 34:5
outside 7:2
overlord 6:19
overnight 24:2

**P**

P 1:12 3:1
P.C 1:21
p.m 36:5
pack 23:12
Page 2:2
Pakastani 17:23
 27:10
Paki 17:23,23
Pakistan 17:6
 23:13 32:21
 33:1
Pakistani 17:21
 17:22
palace 24:1
park 5:20
part 14:23
parties 37:13
passenger 33:25
passport 17:21
 18:1,2
pay 20:16
pe 7:2
peninsula 13:24
 28:12
Pennsylvania
 1:14
people 4:17 5:15
 6:8,11 7:2,3,25
 8:2,6 10:2,3,4
 10:12,14,24
 11:1,3,11,14
 14:9 15:13,13
 15:16 16:9,18
 17:5 18:10,12
 18:21 19:1
 20:6,12,15,16
 23:6 24:11

25:10,22,22
28:10 29:4,5
29:16,25 30:5
percent 13:20
 14:25 15:4
 22:18
period 13:18
permanent 6:12
person 28:20
 31:11
personal 21:7
personally
 10:23 11:24
Philadelphia
 1:14
pick 33:1
place 5:19,22
 30:25 31:3,7
 35:8 37:7
Plaintiffs 1:13
 1:16,19,21
Plaintiffs' 1:13
 1:16,17,19,22
plane 23:21
 24:20,22,22,24
 25:13 27:11
 31:6
Pleasant 1:20
plenty 31:12
 34:23 35:5,6,7
point 3:16 4:24
 23:8 26:7
 27:14
population
 14:22
position 17:1
post 6:14
power 28:2
 29:10,13,14
Present 1:11,23
press 5:1
pressurized
 26:15
prince 4:17
 23:22,23 24:6
 24:6,7,7,8,8,8
 24:10 26:4,7
 26:10 28:18

29:8,18 31:1
31:16,19,24
32:2,9 34:11
**princes** 31:13
**principal** 26:7
**prior** 37:4
**Priscilla** 1:6
37:2
**private** 23:21
24:20 31:5
33:15,22
**privately** 3:25
**pro** 24:21
**probably** 10:21
15:22 19:4
**problem** 16:17
26:20 34:18
**process** 29:11
**Professional** 1:6
37:3,20
**proof** 30:8
**providing** 12:9
**Public** 1:7 37:3
37:21
**published** 21:23
**publisher** 21:25
**purpose** 10:9
20:9 32:5
**put** 12:20 25:13
27:11 29:22

_____ Q _____
**Qatari** 14:6
**questions** 35:22
**Quetta** 23:13
24:24,25 25:1
**quickly** 15:13
**quite** 14:15
19:23,23

_____ R _____
**R** 3:1
**Rachians(sic)**
8:14
**radio** 13:1,3,3
**Rahji** 17:13,14
**ran** 8:11 13:18
**read** 12:6,16

22:13 27:14
**ready** 11:22
**real** 16:14 20:14
20:21,21,22
**really** 18:22
**recall** 17:7,9,11
17:19 19:22
20:2,7 25:18
25:21,22 33:20
**recei** 10:15
**receive** 10:11,12
10:13,14,16
21:21 22:14
23:8,11
**received** 17:3
**receiving** 5:10
**recognize** 25:11
**recommendat...**
12:15
**recommendat...**
12:9
**reconciliation**
13:25
**record** 14:12
**recruit** 15:19
**recruits** 13:17
14:11,23 15:6
17:3
**reduced** 37:8
**Reference** 2:5
**referred** 7:16
**Registered** 1:6
37:2,20
**related** 37:12
**relating** 4:3
**relief** 4:17 17:3
17:6,7,9
**remember**
10:23 12:3
15:9 19:12,19
21:23 24:7
**renew** 17:20,25
**renewed** 4:6
18:2
**Reporter** 1:7 5:3
5:5 9:5,8 16:20
16:22 33:12
37:3,20

**REPORTER'S**
37:1
**represent** 14:17
**representative**
30:17
**representatives**
20:3
**represented**
14:17
**responsibility**
9:17 22:8
**responsible** 4:24
**resume** 3:18
**return** 31:20,22
**returned** 31:17
32:13
**Rice** 1:19
**right** 3:23 8:25
18:7 21:6
30:14
**right(phonetic)**
21:6
**Riyadh** 23:21
25:14 27:12
34:8
**road** 5:2,18,24
6:22
**ROBERT** 1:18
**room** 12:19 22:2
24:5,5 31:9
**roughly** 6:11
**routine** 16:14
**royal** 28:9 30:15
31:2 32:17
**run** 4:23 5:12
**running** 14:24
17:1

_____ S _____
**S** 1:21 2:4 3:1
**Sadaf** 5:13
**Saeed** 8:5 29:5
**safe** 11:4
**Salman** 11:11
19:3,6,8 24:8
25:24 31:11
35:16
**Saud** 23:24

**Saudi** 4:16,17
4:18,18 7:3
11:3,10 12:4
13:20,21,22,22
13:23 14:5,11
14:12 17:15,16
17:25 18:15
19:13 20:3
21:3,4,12,15
22:4,5,17 23:1
23:12,18 26:14
26:16,21,23
27:4 30:15
32:17 33:7,8
33:16 34:1,2,4
34:19 35:1,2
35:20
**Saudis** 14:25
**saw** 12:4 19:18
19:19,19,20
26:19 27:13
28:4 33:21
**saying** 10:24
**scholar** 4:18
22:23
**SCOTT** 1:13
**SEAN** 1:12
**search** 12:21,24
13:4
**seats** 33:20
**second** 5:22 25:3
27:6,7 32:10
32:18
**secrecy** 18:14,22
19:2,24,25,25
**secret** 5:11,12
6:3 18:25
**section** 7:23,24
**security** 4:25
9:24 10:1
11:23 13:18
17:2
**see** 11:24 25:8
26:10 35:12
**seeing** 29:6
**seen** 28:21,22
**Sef** 28:14
**semi-guest**

18:12
**send** 3:18 11:21
11:21 14:21
**sending** 28:8
30:5
**senior** 28:9
**sent** 7:3 10:18
16:1 20:6 22:6
**separating** 5:21
**serve** 18:9
**set** 37:8,17
**seven** 25:20 28:2
**Sharif** 16:6,7
**Shayk** 9:12
28:13
**shaykh** 3:22
4:13,18 5:14
5:14 7:4,7,8,9
7:15 8:5,6,9
9:19 11:11,11
12:11,11,12,14
14:21 17:24
18:15,15,16
19:2,3,3,6,7
19:8,9,10 20:7
20:20 22:7
24:13 25:19,25
25:25,25 26:1
26:1,2 28:13
28:14,14 30:19
30:21 31:16,22
32:6 35:15
**shaykhs** 12:4,9
19:16 20:23
**Shehri** 10:18,19
10:19 11:10
21:2 26:1
**shift** 15:12
**shipped** 21:15
**shop** 9:24,25
**shorthand** 37:7
37:11
**shower** 15:10
**sick** 10:3 27:22
**silly** 16:21,24,25
**simple** 14:7
**single** 21:4
**sit** 22:12

site 6:18
six 33:21,23
size 33:15
sleep 13:6
small 33:22,22
small-size 33:23
smaller 33:19
sodomite 28:21
soldier 14:7
  18:13
somebody 5:13
  11:5,17,17
  12:22 13:13,14
soon 12:12
sorry 10:24
  13:21 16:21
sort 7:17
South 1:20
speak 3:20
speaking 14:22
specifically 28:5
  32:2
spend 4:21,22
spent 24:2
split 7:8,22
spy 11:4 23:7
stamp 17:21,22
  17:23
stand 16:8
start 16:19,24
  22:13
started 4:1,10
state 1:7 20:14
  21:8 37:4
statement 1:1,5
  36:4 37:6
States 17:24
stay 4:23 15:19
  15:21 16:18
  18:19 23:20
  27:12
stayed 22:11
staying 15:6
stop 30:7
street 1:14 18:4
study 6:23 7:1,5
  22:15
stuff 12:24

23:16
subject 35:22
succession 27:24
Sul 28:20 29:7
Sultan 28:1,20
  29:10,18 31:10
supervision 30:7
support 28:15
supported 28:16
supporters
  20:24 34:22
  35:2
supporting
  35:16,17
supposedly
  22:25
sure 11:22 12:24
suspicious 11:20
  23:6
swear 3:9,10,11
  3:12 35:24,25
  36:1,2
swore 37:6

T
T 1:18 2:4
take 3:7 7:13
  12:1 15:15,15
  23:12 27:23
  29:10,13,14
  31:2 32:8 34:4
  35:23
taken 1:5 18:20
  31:7 37:7,11
Talal 24:9 25:24
  31:11
Taliban 5:12,20
  5:22 6:4,24
  16:3,8 20:13
  22:13
talk 12:17 13:8
  19:24 20:15
  27:20
talking 14:20
  21:24 22:1
  28:10 29:3
TARBUTTON
  1:13

taxi 8:14,15
  18:17,18
teach 22:11,22
  23:1
teaching 6:23
  22:16,17,23
telephone 25:13
tell 3:19 12:8
  27:19 33:2
testify 37:6
thank 5:5 9:8
  35:21
thing 13:12 25:6
  34:15 35:11
think 9:22 11:19
  12:5 14:8,16
  14:24 19:4,23
  23:20 24:14,17
  25:2,4,20
  33:11,21,23
  35:21
Third 1:17
thought 10:5,6
  26:14
thousand 22:1
threatened
  26:16
three 7:23 15:22
  16:16 22:2
  25:2
time 3:5 4:19,21
  5:6 7:10,13,14
  10:22 14:23
  15:7,23 16:14
  18:18,19 20:7
  22:12 23:8,22
  25:3,5,6,7,9,16
  26:6 27:8,8,11
  27:20 29:2
  32:10,16,18
  33:9,21 34:23
  35:16 37:7
toilet 15:10
told 17:17,18,24
  23:13 24:11
  26:2,9,13 28:5
top 6:8,24 14:9
  18:12 21:3

22:3
top-ranking
  5:16
topography
  13:14
touching 28:23
toured 24:1,1
trade 13:11
traditional
  28:22
training 4:6
  10:12
transcript 37:9
transcription
  37:10
transmitter 13:3
transportation
  18:20
travel 17:4
  26:20,21 32:24
  33:5
treat 30:22
trip 25:18 26:8
  27:6,14 30:16
  33:16 34:10,10
trips 34:4,21
  35:2,22
true 3:10,11
  35:25 36:1,2,3
  37:10
truly 15:3
truth 3:12,13
  37:6
try 31:25
trying 34:15
  35:18
Tuesday 36:5
Tunisian 14:1,3
Turki 17:25
  18:2 23:23
  24:3,10,16
  25:5,9,25 26:3
  26:7,10 27:13
  30:20 31:1,8
  31:15,18,19
  32:2,9,14
twice 15:17
two 4:22 6:3

7:22,23,23,23
  14:6 15:14
  18:19 24:15,16
  24:17,17 25:2
  25:4 31:18,21
  32:13
typewritten
  37:9
typically 15:19

U
ul 29:6
ulema 7:4 20:3
  21:2,3 26:3
  28:9 29:11,12
  29:13,15,21,21
  31:15
undergo 4:6
undersight 9:14
understand
  13:15 16:11
  23:2 26:24
  32:15 35:9
understanding
  22:21,22 28:7
  28:10,14 29:2
United 17:24
use 10:3 13:16
  18:11 22:19
USP 1:9
usually 18:16
Uthaimeen 7:4
  10:19 11:11
  12:11 21:2,20
  21:21 22:6
  23:2 26:1

V
van 15:14
victims 1:16
visa 17:5
visit 19:17 20:17
  20:23 30:22
visitation 32:5
visited 20:3
  26:23 27:5
visiting 18:10
visits 20:9

vote 11:2,17
   12:14

**W**

Wahhabi 22:19
   22:21,22 23:2
   29:21
Waleed 24:8
   25:24 31:11
walk 10:21,22
wall 22:3
want 8:16 15:8
   17:22,22 18:12
   18:22 20:18
   26:5 28:15
   35:23
wanted 4:2 8:17
   10:12 13:8,13
   18:14 19:1
   24:12,12 26:13
way 14:19 20:13
   33:13 35:15
we're 3:2
weapon 12:25
week 15:17,21
   16:15
went 3:21 4:14
   6:10 16:8,9
   19:4,5 23:14
   23:21 24:1,3,4
   24:19,22,23,25
   25:6,7,7,9,14
   27:8,9,12,13
   31:4,5,6,9
   32:21,22,22,23
   32:25 33:5
   34:6,8,8 35:5,6
   35:7,11
Western 15:5
winter 15:23
Witness 3:9 9:7
   16:21,23 33:13
   37:5
word 22:19
work 4:10 9:23
   18:17 30:6
working 7:10
World 17:10,10

wrath 29:21
written 11:8
   28:4
wrote 31:23

**X**

X 2:1,4

**Y**

Yasir 6:19
yeah 7:18 8:19
   12:10 15:2,2
   19:14 23:5
   27:1 33:8
   34:23,23
year 4:20,23
   15:23
Yemen 17:5
Yemeni 13:22
   13:23,23 14:5
   15:4
Yemenis 14:25
York 1:17,17,22
   1:22
Youth 17:13
Yusef 7:8

**Z**

ZACARIAS 1:3
Zubayda 14:2

**0**

**1**

100 13:20 14:25
   15:4,8 22:18
100,000 14:15
10017 1:17
10020 1:22
11:15 1:5
12:11 36:5
1251 1:22
19 18:1
1900 1:14
19103 1:14
1998 3:16 4:20
1999 9:20

**2**

2 9:21 37:16
200 15:11
2000 4:20 9:21
   13:25 14:4
2014 1:10 36:5
   37:17
2015 37:16
21 1:10 36:5
24 37:17
28 1:19
29464 1:20

**3**

3 2:3

**4**

**5**

50 6:11
50,000 14:15
5880 1:9

**6**

6 23:3,5
67 1:9

**7**

750 1:17

**8**

81226 1:10

**9**

9/11 1:16