# Exhibit "8"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

STATEMENT UNDER OATH

OF

ZACARIAS MOUSSAOUI


        The following statement was taken at 1:18 p.m.

before Priscilla Naff Medina, Registered Professional

Reporter and Notary Public in and for the State of

Colorado:

                        ADMAX USP
                        5880 Highway 67
                        Florence, Colorado 81226
                        October 21, 2014

        PRESENT:

For the Federal         SEAN P. CARTER, ESQ.
Insurance Plaintiffs    J. SCOTT TARBUTTON, ESQ.
and Plaintiffs'         Cozen O'Connor
Executive Committees:   1900 Market Street
                        Philadelphia, Pennsylvania 19103

For the Ashton          ANDREW J. MALONEY, III, ESQ.
Plaintiffs, 9/11        Plaintiffs' Liason Counsel
victims, and            Kreindler & Kreindler, LLP
Plaintiffs' Executive   750 Third Avenue
Committees:             New York, New York 10017

For the Burnett         ROBERT T. HAEFELE, ESQ.
Plaintiffs and          Motley Rice LLC
Plaintiffs' Executive   28 Bridgeside Boulevard
Committees:             Mt. Pleasant, South Carolina 29464

For the O'Neill         JERRY S. GOLDMAN, ESQ.
Plaintiffs, and         Anderson Kill, P.C.
Plaintiffs' Exexutive   1251 Avenue of the Americas
Committees:             New York, New York, 10020

Also Present:           John Fawcett
                        Evan Kohlmann

Page 2

1                          I N D E X

2                                              Page Number

3  Examination by Mr. Carter                        3

4                        E X H I B I T S

5  Exhibit Number                          Initial Reference

6        (No exhibits were marked for identification.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                    P R O C E E D I N G S

2              MR. CARTER:  Mr. Moussaoui, we -- we would like

3    to speak with you and take your statement concerning

4    certain operations that you might have been familiar with

5    at -- during your time with al-Qaeda.  Will you take an

6    oath at the beginning of the testimony?

7              THE WITNESS:  Yes, indeed.  I swear by Allah

8    that everything I say -- I say now is the truth.  I swear

9    by Allah that everything I say is the truth.  I swear by

10   Allah that everything I say is the truth.  I swear by

11   Allah that everything I say is the truth.

12                         EXAMINATION

13   BY MR. CARTER:

14        Q    By late 1998 had you become a member of Osama

15   bin Laden's organization?

16        A    Yes, in practice, yes, I was definitely a

17   member of them.  I was given money and given work, and I

18   was receiving a kind of financial allocation on a monthly

19   basis from Shaykh Saeed, and it was Shaykh Abu Hafs that

20   told me that I will receive 'cause I was a member of

21   al-Qaeda.

22        Q    During the time that you were a member of

23   al-Qaeda did you participate in any training for any

24   operations against the United States?

25        A    Yes, I undertook -- took dusnia(phonetic),

Page 4

1    handmade explosive training, initially with Abdullah

2    Mohaja, who is the person who supervise East African

3    bombing, okay; and, then, I went also in the camp --

4    return to the camp of Derunta in Jalalabad in Fiba where I

5    conducted a trial test of -- of explosive for bomb of 750

6    kilogram of ammonium nitrate.  It was -- this was

7    specifically a training done in order to later on do the

8    same thing to -- to attack the United States Embassy in

9    London in Hyde Park Court.

10       Q    Did that plot pursue beyond the test you

11   conducted in Derunta?

12       A    The plot -- the plot was agreed with Shaykh

13   Osama bin Laden and Abu Hafs, okay, and I had assembled a

14   team where there was a Richard Reid, or Abu Talha, and --

15   and oth -- other member, okay.

16            And I had the final agreement -- I had made

17   reconnaissance to the -- to the rich embassies, okay, and

18   also know -- knew where to buy the ammonium in the United

19   Kingdom, 'cause I made habit -- I make reconnaissance

20   investigation when I was there for the purpose; and, then,

21   when I came back -- I came back I had a final agreement

22   with Shaykh Abu Hafs, the commander, and when I left

23   Kandahar, Kabul, to reassemble my team, Richard Reid and

24   other people -- because they had been sent to the front --

25   front line, okay -- I went by car, and Shaykh Abu Hafs,

Page 5

1   the commander, went by plane, and came in Kabul as -- as

2   well, to tell me that my operation against the United

3   States Embassy in London was being canceled because of the

4   order of the Chief of the Believer, Mohammed al-Mullah,

5   okay, the Chief of the Taliban was forbidding al-Qaeda to

6   do any operation insi -- outside of Kandisa when -- when

7   they were inside Afghanistan.

8        Q    Do you remember where the U.S. Embassy in

9   London is located?

10       A    Is it located in Hyde Park?  The U.S. Embassy

11  is there.  Big park, the big park, the big -- big square,

12  okay.  It's just next to marble arch, just a -- two minute

13  from the U.S. Embassy marble arch, not far, okay, in the

14  Hyde Park there, okay.

15       Q    How did you intend to deliver the ammonium

16  nitrate bomb?

17       A    Through a truck.  The same mode apparently that

18  was done in the East African bombing.

19       Q    Do you remember the names of each of the

20  individuals who were supposed to be part of your team for

21  this operation?

22       A    I knew that -- the -- the Kunya from which we

23  used to call each other, okay, Richard Barr or Richard

24  Reid, okay; Hafez, who -- who I used to call him "Ladak"

25  'cause he's a -- he's a -- he's member of the Quran, okay,

Page 6

1   and just, once again, seeing the -- the -- the other

2   member, I know -- I know his name, but even at the time I

3   only find -- Abdul -- he will come back.  I -- I know

4   because -- he -- he will come back.

5        Q    Do you remember the nationalities of the

6   members of that team?

7        A    They were all Pakistan.  Pakistan-British.

8        Q    After the cancellation of that operation did

9   you become involved in plotting for a -- another operation

10  against the United States?

11       A    There was operation, yes, to -- to free up the

12  Imam, okay, and the idea was taken from the -- the

13  operation where an Indian airliner was highjacked and

14  brought to Kandahar.  So that was the idea that -- Shaykh

15  Abu Hafs and me talk about this, okay, and that's the main

16  thing, okay.

17            And I was sent to -- to flying school in

18  Malaysia to learn to be a pilot, to which I had some idea

19  there was no school there, okay.  So I went there, okay,

20  and discover that I was right, that there was no school,

21  and I get involved with Yazid Sufaat in the idea of

22  blowing up the United State Embassy in Kuala Lumpur,

23  okay -- and that was not under the -- the order of -- of

24  Shaykh Osama or Shaykh Abu Hafs -- and at the -- at the

25  end -- because Hambali, who is -- used to be the head

Page 7

1    of -- of the Jamaat jihad in -- in Malaysia -- Abu

2    probably informed -- didn't inform Mukhtar, and they told

3    me to leave because they saw that -- they become aware

4    that Yazid Sufaat bought 10 ton of ammonium nitrate, so

5    they knew he had to do -- they thought he had to do

6    something with me, but it didn't have to do with me

7    because I didn't specifically give him the order, but I

8    was in that agreement philosophically.

9              THE COURT REPORTER:  Field(sic) of what?

10             MR. CARTER:  Philosophically.

11             MR. MALONEY:  Philosophically.

12             THE COURT REPORTER:  Thank you.

13        Q    (By Mr. Carter)  Did you get in trouble with

14   the al-Qaeda leadership for your involvement with Yazid

15   Sufaat in the Indonesian plot?

16        A    Yeah, that's why -- that's why I was recalled,

17   'cause I was already -- already -- after Malaysia I went

18   to London, okay, and I was -- I already have renew my

19   passport so not to have Pakastani stamp on the passport

20   because I was thinking I was going to the United State

21   now, okay, and instead of these Mukhtar personally, by

22   phone, informed me that I was being recalled to -- to

23   Afghanistan.

24             So I returned to Afghanistan, and he -- I get

25   the idea that I was in trouble because after -- have to do

Page 8

1   with up in Malaysia, okay, but also because -- so when I

2   went to Kandahar I had a meeting with the -- a one-to-one

3   meeting with Osama bin Laden, and he asked me, and I just

4   told him in a general way, because I -- I didn't want

5   to -- I just say I admitted that I get involved in thing

6   that I was not supposed to get involved, and he told me,

7   okay, because you -- you confess that make we are not

8   going to kick you out.

9         Q    Did you at that time get assigned to

10  participate in an operation?

11        A    Yes, I was -- at this time after that I went

12  to -- to Shaykh Abu Hafs, okay, and he specifically told

13  me -- and this time we make -- we make the agreement in

14  that writing, because we had -- there was a bit of

15  discrepancy about what was my order when I left the first

16  time for Malaysia, okay -- so because I get involved in

17  different thing he told me, okay, let's do it in writing,

18  okay, and, so, after that we make it in writing -- and it

19  was I was going to become a pilot, I was going to buy crop

20  dusting plane, okay, and also organize everything to do to

21  ship chemical, material, and all this; and -- and also I

22  was going to see the feasibility of -- of doing an attack

23  on Air Force One, okay, and he told me that they will give

24  me more information about this, okay.  Okay.

25             But the idea was -- the -- the idea that we had

Page 9

1    general discussion about this, okay, because I knew that

2    we had stinger, I saw them, okay, because initially when

3    they moved to Kandahar the -- they were -- the stinger

4    were in the -- in the house -- in the first secret house,

5    then after they -- they were brought to the airport, and,

6    then, finally they were brought to the camp in the middle

7    of -- of nowhere, okay.  So I know that they had stinger,

8    okay.

9             And he -- we talk about the feasibility of --

10   of -- of shooting Air Force One.  And I knew from

11   Afichisi(phonetic) or -- he was sweno(phonetic) -- sent on

12   base sweno, okay, people in -- who are just west of

13   Medina, okay, and, so, I told them that we talk about

14   this, okay, and I said -- he said to me that they had

15   abi -- ability to -- to -- to have people inside the --

16   the Saudi Arabian Embassy to help them and to work for

17   them, because they had secure, okay, the fatwa from --

18   from Shehri Uthaimeen, okay, let's say that even Saudi

19   embassy employee can have an obligation to -- a personal

20   obligation to help the jihad if they can, even if they

21   were not order by their -- their -- the Saudi government.

22        Q    Focusing on the feasibility of a plot to attack

23   Air Force One, how -- how did you envision that that might

24   be carried out?

25        A    I met the -- the -- the -- the brother in

Page 10

1   Kandahar, he came, okay, in the airport I met him, and he

2   was somewhat -- he spoke English, and he was working into

3   the Dawa, the Islamic Department in the Saudi Embassy

4   and -- in -- in Wash -- in Washington, okay, and after

5   that we -- I was supposed -- Shaykh Abu Hafs told me that

6   I was supposed to go to Washington and to go with him to

7   find -- to see a location -- to find a location where it

8   may be a -- suitable to launch a stinger attack and, then,

9   after be able to escape, okay.  That was the idea who was

10  not put into action because I was the -- I was arrested

11  before going to Washington.

12          But my -- my plan was not to launch the attack,

13  it was only to see the feasibility of the attack.

14      Q    When you said that you met this person at the

15  airport in Kandahar, are you referring to the al-Qaeda

16  compound that was known as the "airport"?

17      A    Yes, I -- yeah, that's where I met him.  And

18  he -- he -- if I'm not wrong, he -- he was into -- he came

19  initially to the -- the Arabic Institute, he stayed there,

20  because he was a -- he was a -- a kind of Islamic scholar,

21  he was involved in the Dawa; but he -- he spent a lot of

22  time in talking with the Shaykh Abu Hafs al Mauritani.

23      Q    Can you tell us what the Arabic Institute was?

24      A    Can you repeat that?

25      Q    What was the Arabic Institute in Kandahar?

1        A    It -- it was across the road of the guest

2   house, okay, and it was the center of the Ching Arabic,

3   and also Islamic study to the top of the Taliban, and also

4   used at the time of the secret or -- secret guest house

5   for important people before going to the airport.

6        Q    Was the Arabic Institute run by al-Qaeda?

7        A    It was created by al-Qaeda, financed, and

8   the -- the bookkeeping was signed by Uthaimeen.

9        Q    Okay, the individual from the embassy in

10  Washington, do you remember his name?

11       A    Yes, but -- I think it's Muawiya.  Mu --

12  Muawiya.

13       Q    Do you know if that's his real name?

14       A    No, I -- Abu Omar.  Abu Omar ~Muawiya.

15       Q    You understood that he was some sort of Islamic

16  scholar?

17       A    I understood clearly through -- through what we

18  talked, because he speak English quite well, I mean -- and

19  also by seeing talking with Shaykh Abu Hafs, the -- the

20  Mauritani, who was somebody with -- a scholar by himself.

21       Q    Do you recall what they spoke about?

22       A    No, I mean, they were talking about -- all the

23  time talking about Islamic knowledge.

24       Q    Do you know what role this individual from the

25  embassy played within the embassy?

Page 12

1        A    I think -- I'm pretty sure it was the fact that

2    he was in charge of the Dawa Department in the embassy.

3    The Islamic it -- Dawa was always preaching education,

4    Islamic study in -- inside the embassy.

5        Q    Do you know what the Islamic Affairs Department

6    of the embassies is?

7        A    I don't understand the question.

8        Q    Would the Dawa office of an embassy possibly be

9    referred to as the "Islamic Affairs Department"?

10       A    Yeah, that's what it really -- I believe so, or

11   education or presenting(phonetic).  I don't know if it's

12   English or French.

13       Q    (Attorney nodded.)

14            Did you ever have an opportunity to meet this

15   individual in the United States?

16       A    No, because I was -- I had this e-mail address,

17   I had this telephone number, but I never use it, and I

18   didn't meet him because I was arrested before came to

19   Washington.

20       Q    But the plan as -- as you had received it from

21   al-Qaeda leadership was that you were to meet him in the

22   United States to assess the feasibility of a plot that was

23   to take place in the United States?

24       A    Absolutely, that's -- and that's what we

25   talk -- talked, and it -- it was Abu Hafs and me and --

Page 13

 1   and Abu -- Mu -- Muawiya, and -- and we talk -- we talk

 2   about this, and -- and that was what was agreed, but he --

 3   he knew that it was about attacking Air Force One; and

 4   also he knew that -- because I knew that he was the one

 5   who was supposed to smuggle the -- the stinger in the

 6   United State through the --

 7            THE COURT REPORTER:  Through what?

 8            THE WITNESS:  Through the embassy.

 9            THE COURT REPORTER:  Thank you.

10            MR. CARTER:  That's all I have, Mr. Moussaoui,

11   do you want to take your oath now again at the end of your

12   testimony?

13            THE WITNESS:  I swear by Allah that everything

14   I say was true.  I swear by Allah that everything I say

15   was true.  I swear by Allah that everything I say was

16   true.

17            (The statement under oath was concluded at 1:36

18   p.m., on Tuesday, October 21, 2014.)

19   /

20   /

21   /

22   /

23   /

24   /

25   /

Page 14

1                REPORTER'S CERTIFICATE

2          I, Priscilla Naff Medina, Registered

3   Professional Reporter and Notary Public in and for the

4   State of Colorado, do hereby certify that prior to the

5   commencement of the examination the Witness first duly

6   swore to testify the truth; that said statement under oath

7   was taken in shorthand by me at the time and place

8   hereinabove set forth and was thereafter reduced to

9   typewritten form by me, as per the foregoing transcript;

10  that the same is a full, true, and correct transcription

11  of my shorthand notes then and there taken.

12          I further certify that I am not related to,

13  employed by, nor of counsel for any of the parties or

14  attorneys herein, nor otherwise interested in the event of

15  the within action.

16          My commission expires July 2, 2015, and I have

17  hereunto set my hand this October 24, 2014.

18

19

20    _____
      Registered Professional Reporter
                  and
21              Notary Public

22

23

24

25

## A

Abdul 6:3
Abdullah 4:1
abi 9:15
ability 9:15
able 10:9
Absolutely 12:24
Abu 3:19 4:13 4:14,22,25 6:15,24 7:1 8:12 10:5,22 11:14,14,19 12:25 13:1
action 10:10 14:15
address 12:16
ADMAX 1:9
admitted 8:5
Affairs 12:5,9
Afghanistan 5:7 7:23,24
Afichisi(phon... 9:11
African 4:2 5:18
agreed 4:12 13:2
agreement 4:16 4:21 7:8 8:13
Air 8:23 9:10,23 13:3
airliner 6:13
airport 9:5 10:1 10:15,16 11:5
al 10:22
al-Mullah 5:4
al-Qaeda 3:5,21 3:23 5:5 7:14 10:15 11:6,7 12:21
Allah 3:7,9,10 3:11 13:13,14 13:15
allocation 3:18
Americas 1:22
ammonium 4:6 4:18 5:15 7:4
Anderson 1:21
ANDREW 1:15

apparently 5:17
Arabian 9:16
Arabic 10:19,23 10:25 11:2,6
arch 5:12,13
arrested 10:10 12:18
Ashton 1:15
asked 8:3
assembled 4:13
assess 12:22
assigned 8:9
attack 4:8 8:22 9:22 10:8,12 10:13
attacking 13:3
Attorney 12:13
attorneys 14:14
Avenue 1:17,22
aware 7:3

## B

B 2:4
back 4:21,21 6:3 6:4
Barr 5:23
base 9:12
basis 3:19
beginning 3:6
believe 12:10
Believer 5:4
beyond 4:10
big 5:11,11,11 5:11
bin 3:15 4:13 8:3
bit 8:14
blowing 6:22
bomb 4:5 5:16
bombing 4:3 5:18
bookkeeping 11:8
bought 7:4
Boulevard 1:19
Bridgeside 1:19
brother 9:25
brought 6:14

9:5,6
Burnett 1:18
buy 4:18 8:19

## C

C 3:1
call 5:23,24
camp 4:3,4 9:6
canceled 5:3
cancellation 6:8
car 4:25
Carolina 1:20
carried 9:24
Carter 1:12 2:3 3:2,13 7:10,13 13:10
cause 3:20 4:19 5:25 7:17
center 11:2
certain 3:4
CERTIFICA... 14:1
certify 14:4,12
charge 12:2
chemical 8:21
Chief 5:4,5
Ching 11:2
clearly 11:17
Colorado 1:8,10 14:4
come 6:3,4
commander 4:22 5:1
commencement 14:5
commission 14:16
Committees 1:14,17,20,22
compound 10:16
concerning 3:3
concluded 13:17
conducted 4:5 4:11
confess 8:7
correct 14:10
counsel 1:16

14:13
Court 4:9 7:9,12 13:7,9
Cozen 1:13
created 11:7
crop 8:19

## D

D 2:1 3:1
Dawa 10:3,21 12:2,3,8
definitely 3:16
deliver 5:15
Department 10:3 12:2,5,9
Derunta 4:4,11
different 8:17
discover 6:20
discrepancy 8:15
discussion 9:1
doing 8:22
duly 14:5
dusnia(phonet... 3:25
dusting 8:20

## E

E 2:1,4 3:1,1
e-mail 12:16
East 4:2 5:18
education 12:3 12:11
embassies 4:17 12:6
embassy 4:8 5:3 5:8,10,13 6:22 9:16,19 10:3 11:9,25,25 12:2,4,8 13:8
employed 14:13
employee 9:19
English 10:2 11:18 12:12
envision 9:23
escape 10:9
ESQ 1:12,13,15 1:18,21

Evan 1:24
event 14:14
examination 2:3 3:12 14:5
Executive 1:14 1:17,19
Exexutive 1:22
Exhibit 2:5
exhibits 2:6
expires 14:16
explosive 4:1,5

## F

fact 12:1
familiar 3:4
far 5:13
fatwa 9:17
Fawcett 1:23
feasibility 8:22 9:9,22 10:13 12:22
Federal 1:12
Fiba 4:4
Field(sic) 7:9
final 4:16,21
finally 9:6
financed 11:7
financial 3:18
find 6:3 10:7,7
first 8:15 9:4 14:5
Florence 1:10
flying 6:17
Focusing 9:22
following 1:5
forbidding 5:5
Force 8:23 9:10 9:23 13:3
foregoing 14:9
form 14:9
forth 14:8
free 6:11
French 12:12
front 4:24,25
full 14:10
further 14:12

## G

G 3:1
general 8:4 9:1
give 7:7 8:23
given 3:17,17
go 10:6,6
going 7:20 8:8
    8:19,19,22
    10:11 11:5
GOLDMAN
    1:21
government
    9:21
guest 11:1,4

**H**

H 2:4
habit 4:19
HAEFELE 1:18
Hafez 5:24
Hafs 3:19 4:13
    4:22,25 6:15
    6:24 8:12 10:5
    10:22 11:19
    12:25
Hambali 6:25
hand 14:17
handmade 4:1
head 6:25
help 9:16,20
hereinabove
    14:8
hereunto 14:17
highjacked 6:13
Highway 1:9
house 9:4,4 11:2
    11:4
Hyde 4:9 5:10
    5:14

**I**

idea 6:12,14,18
    6:21 7:25 8:25
    8:25 10:9
identification
    2:6
III 1:15
Imam 6:12
important 11:5

Indian 6:13
individual 11:9
    11:24 12:15
individuals 5:20
Indonesian 7:15
inform 7:2
information
    8:24
informed 7:2,22
Initial 2:5
initially 4:1 9:2
    10:19
insi 5:6
inside 5:7 9:15
    12:4
Institute 10:19
    10:23,25 11:6
Insurance 1:13
intend 5:15
interested 14:14
investigation
    4:20
involved 6:9,21
    8:5,6,16 10:21
involvement
    7:14
Islamic 10:3,20
    11:3,15,23
    12:3,4,5,9

**J**

J 1:13,15
Jalalabad 4:4
Jamaat 7:1
JERRY 1:21
jihad 7:1 9:20
John 1:23
July 14:16

**K**

Kabul 4:23 5:1
Kandahar 4:23
    6:14 8:2 9:3
    10:1,15,25
Kandisa 5:6
kick 8:8
Kill 1:21
kilogram 4:6

kind 3:18 10:20
Kingdom 4:19
knew 4:18 5:22
    7:5 9:1,10 13:3
    13:4,4
know 4:18 6:2,2
    6:3 9:7 11:13
    11:24 12:5,11
knowledge
    11:23
known 10:16
Kohlmann 1:24
Kreindler 1:16
    1:16
Kuala 6:22
Kunya 5:22

**L**

Ladak 5:24
Laden 4:13 8:3
Laden's 3:15
late 3:14
launch 10:8,12
leadership 7:14
    12:21
learn 6:18
leave 7:3
left 4:22 8:15
let's 8:17 9:18
Liason 1:16
line 4:25
LLC 1:19
LLP 1:16
located 5:9,10
location 10:7,7
London 4:9 5:3
    5:9 7:18
lot 10:21
Lumpur 6:22

**M**

main 6:15
Malaysia 6:18
    7:1,17 8:1,16
MALONEY
    1:15 7:11
marble 5:12,13
marked 2:6

Market 1:14
material 8:21
Mauritani 10:22
    11:20
mean 11:18,22
Medina 1:6 9:13
    14:2
meet 12:14,18
    12:21
meeting 8:2,3
member 3:14,17
    3:20,22 4:15
    5:25 6:2
members 6:6
met 9:25 10:1,14
    10:17
middle 9:6
minute 5:12
mode 5:17
Mohaja 4:2
Mohammed 5:4
money 3:17
monthly 3:18
Motley 1:19
Moussaoui 1:3
    3:2 13:10
moved 9:3
Mt 1:20
Mu 11:11 13:1
Muawiya 11:11
    11:12,14 13:1
Mukhtar 7:2,21

**N**

N 2:1 3:1
Naff 1:6 14:2
name 6:2 11:10
    11:13
names 5:19
nationalities 6:5
never 12:17
New 1:17,17,22
    1:22
nitrate 4:6 5:16
    7:4
nodded 12:13
Notary 1:7 14:3
    14:21

notes 14:11
number 2:2,5
    12:17

**O**

O 3:1
O'Connor 1:13
O'Neill 1:21
oath 1:1 3:6
    13:11,17 14:6
obligation 9:19
    9:20
October 1:10
    13:18 14:17
office 12:8
okay 4:3,13,15
    4:17,25 5:5,12
    5:13,14,23,24
    5:25 6:12,15
    6:16,19,19,23
    7:18,21 8:1,7
    8:12,16,17,18
    8:20,23,24,24
    9:1,2,7,8,12,13
    9:14,17,18
    10:1,4,9 11:2,9
Omar 11:14,14
once 6:1
one-to-one 8:2
operation 5:2,6
    5:21 6:8,9,11
    6:13 8:10
operations 3:4
    3:24
opportunity
    12:14
order 4:7 5:4
    6:23 7:7 8:15
    9:21
organization
    3:15
organize 8:20
Osama 3:14
    4:13 6:24 8:3
oth 4:15
outside 5:6

**P**

**P** 1:12 3:1
**P.C** 1:21
**p.m** 1:5 13:18
**Page** 2:2
**Pakastani** 7:19
**Pakistan** 6:7
**Pakistan-Briti...** 6:7
**park** 4:9 5:10,11 5:11,14
**part** 5:20
**participate** 3:23 8:10
**parties** 14:13
**passport** 7:19,19
**Pennsylvania** 1:14
**people** 4:24 9:12 9:15 11:5
**person** 4:2 10:14
**personal** 9:19
**personally** 7:21
**Philadelphia** 1:14
**philosophically** 7:8,10,11
**phone** 7:22
**pilot** 6:18 8:19
**place** 12:23 14:7
**Plaintiffs** 1:13 1:16,19,21
**Plaintiffs'** 1:13 1:16,17,19,22
**plan** 10:12 12:20
**plane** 5:1 8:20
**played** 11:25
**Pleasant** 1:20
**plot** 4:10,12,12 7:15 9:22 12:22
**plotting** 6:9
**possibly** 12:8
**practice** 3:16
**preaching** 12:3
**Present** 1:11,23
**presenting(ph...** 12:11
**pretty** 12:1

**prior** 14:4
**Priscilla** 1:6 14:2
**probably** 7:2
**Professional** 1:6 14:3,20
**Public** 1:7 14:3 14:21
**purpose** 4:20
**pursue** 4:10
**put** 10:10

———————
**Q**

**question** 12:7
**quite** 11:18
**Quran** 5:25

———————
**R**

**R** 3:1
**real** 11:13
**really** 12:10
**reassemble** 4:23
**recall** 11:21
**recalled** 7:16,22
**receive** 3:20
**received** 12:20
**receiving** 3:18
**reconnaissance** 4:17,19
**reduced** 14:8
**Reference** 2:5
**referred** 12:9
**referring** 10:15
**Registered** 1:6 14:2,20
**Reid** 4:14,23 5:24
**related** 14:12
**remember** 5:8 5:19 6:5 11:10
**renew** 7:18
**repeat** 10:24
**Reporter** 1:7 7:9 7:12 13:7,9 14:3,20
**REPORTER'S** 14:1
**return** 4:4

**returned** 7:24
**Rice** 1:19
**rich** 4:17
**Richard** 4:14,23 5:23,23
**right** 6:20
**road** 11:1
**ROBERT** 1:18
**role** 11:24
**run** 11:6

———————
**S**

**S** 1:21 2:4 3:1
**Saeed** 3:19
**Saudi** 9:16,18 9:21 10:3
**saw** 7:3 9:2
**scholar** 10:20 11:16,20
**school** 6:17,19 6:20
**SCOTT** 1:13
**SEAN** 1:12
**secret** 9:4 11:4,4
**secure** 9:17
**see** 8:22 10:7,13
**seeing** 6:1 11:19
**sent** 4:24 6:17 9:11
**set** 14:8,17
**Shaykh** 3:19,19 4:12,22,25 6:14,24,24 8:12 10:5,22 11:19
**Shehri** 9:18
**ship** 8:21
**shooting** 9:10
**shorthand** 14:7 14:11
**signed** 11:8
**smuggle** 13:5
**somebody** 11:20
**somewhat** 10:2
**sort** 11:15
**South** 1:20
**speak** 3:3 11:18
**specifically** 4:7

7:7 8:12
**spent** 10:21
**spoke** 10:2 11:21
**square** 5:11
**stamp** 7:19
**State** 1:7 6:22 7:20 13:6 14:4
**statement** 1:1,5 3:3 13:17 14:6
**States** 3:24 4:8 5:3 6:10 12:15 12:22,23
**stayed** 10:19
**stinger** 9:2,3,7 10:8 13:5
**Street** 1:14
**study** 11:3 12:4
**Sufaat** 6:21 7:4 7:15
**suitable** 10:8
**supervise** 4:2
**supposed** 5:20 8:6 10:5,6 13:5
**sure** 12:1
**swear** 3:7,8,9,10 13:13,14,15
**sweno** 9:12
**sweno(phonet...** 9:11
**swore** 14:6

———————
**T**

**T** 1:18 2:4
**take** 3:3,5 12:23 13:11
**taken** 1:5 6:12 14:7,11
**Talha** 4:14
**Taliban** 5:5 11:3
**talk** 6:15 9:9,13 12:25 13:1,1
**talked** 11:18 12:25
**talking** 10:22 11:19,22,23
**TARBUTTON** 1:13

**team** 4:14,23 5:20 6:6
**telephone** 12:17
**tell** 5:2 10:23
**test** 4:5,10
**testify** 14:6
**testimony** 3:6 13:12
**Thank** 7:12 13:9
**thing** 4:8 6:16 8:5,17
**think** 11:11 12:1
**thinking** 7:20
**Third** 1:17
**thought** 7:5
**time** 3:5,22 6:2 8:9,11,13,16 10:22 11:4,23 14:7
**told** 3:20 7:2 8:4 8:6,12,17,23 9:13 10:5
**ton** 7:4
**top** 11:3
**training** 3:23 4:1,7
**transcript** 14:9
**transcription** 14:10
**trial** 4:5
**trouble** 7:13,25
**truck** 5:17
**true** 13:14,15,16 14:10
**truth** 3:8,9,10 3:11 14:6
**Tuesday** 13:18
**two** 5:12
**typewritten** 14:9

———————
**U**

**U.S** 5:8,10,13
**understand** 12:7
**understood** 11:15,17
**undertook** 3:25
**United** 3:24 4:8

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334

| | |
|---|---|
| 4:18 5:2 6:10 6:22 7:20 12:15,22,23 13:6 | **1:36** 13:17 |
| **use** 12:17 | **10** 7:4 |
| **USP** 1:9 | **10017** 1:17 |
| **Uthaimeen** 9:18 11:8 | **10020** 1:22 |
| | **1251** 1:22 |
| | **1900** 1:14 |
| | **19103** 1:14 |
| | **1998** 3:14 |

**V**

**victims** 1:16

**2**

**2** 14:16
**2014** 1:10 13:18 14:17
**2015** 14:16
**21** 1:10 13:18
**24** 14:17
**28** 1:19
**29464** 1:20

**W**

**want** 8:4 13:11
**Wash** 10:4
**Washington** 10:4,6,11 11:10 12:19
**way** 8:4
**went** 4:3,25 5:1 6:19 7:17 8:2 8:11
**west** 9:12
**Witness** 3:7 13:8 13:13 14:5
**work** 3:17 9:16
**working** 10:2
**writing** 8:14,17 8:18
**wrong** 10:18

**3**

**3** 2:3

**4**

**5**

**5880** 1:9

**6**

**67** 1:9

**7**

**750** 1:17 4:5

**X**

**X** 2:1,4

**8**

**81226** 1:10

**Y**

**Yazid** 6:21 7:4 7:14
**yeah** 7:16 10:17 12:10
**York** 1:17,17,22 1:22

**9**

**9/11** 1:16

**Z**

**ZACARIAS** 1:3

**0**

**1**

**1:18** 1:5

Javernick & Stenstrom, LLC
3131 South Vaughn Way, Suite 224, Aurora, Colorado  80014  (720) 449-0329  FAX (720) 449-0334