# Exhibit "12"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina

Umm Al-Qura – [Saudi Arabia's official newspaper]

Year 70 Issue 3462

July 16, 1993

**Royal Decrees**

In the Name of Allah, the Merciful and the Compassionate

Number A/4

Date: 20/1/1414 AH [July 10, 1993]

With the assistance of Almighty God:

We, Fahd bin Abdel Aziz

Al Saud

King of the Kingdom of Saudi Arabia

Upon review of Articles 45 and 58 of the Basic Law of Governance, issued pursuant to Royal Decree number A/90, dated 27/8/1412 AH [March 1, 1992];

And upon review of Article One of the Ministers, Deputy Ministers and Senior Officials Regulation issued pursuant to Royal Decree number M/10, dated 18/3/1391 AH [May 14, 1971];

And upon review of Royal Decree number A/138, dated 8/7/1391 AH [August 30, 1971] and Royal Decree number A/247, dated 14/10/1395 AH [October 20, 1975];

And upon review of Royal Decree number A/3, dated 20/1/1414 AH [July 10, 1993];

Hereby decree the following:

First: That His Eminence Sheikh Abdul Aziz bin Abdullah bin Baz shall be appointed general mufti for the Kingdom of Saudi Arabia and head of the Council of Senior Scholars and the Department of Scientific Research and Ifta [fatwa issuing] with the rank of minister.

Second: His Eminence, or whomever he may delegate, shall head the sessions of the Council of Senior Scholars. Article Two of the Conduct of Work Rules at the Council issued pursuant to Royal Decree Number A/137, dated 8/7/1391 AH [August 30, 1971], shall be amended accordingly.

Third: The concerned authorities shall be informed of our Decree for approval and implementation.

Continued on Page 24

PEC-KSA000267

Page 24

**Royal Decrees, continuation**

In the Name of Allah, the Merciful and the Compassionate

Number A/3

Date: 20/1/1414 AH [July 10, 1993]

With the assistance of Almighty God:

We, Fahd bin Abdel Aziz

Al Saud

King of the Kingdom of Saudi Arabia

Upon review of Article 57 of the Basic Law of Governance, issued pursuant to Royal Decree number A/90, dated 27/8/1412 AH [March 1, 1992];

And upon review of Article Eight of the Regulation of the Council of Ministers issued pursuant to Royal Decree number 38, dated 22/1/1377 AH [August 19, 1957], as amended by Royal Decree Number 14, dated 14/7/1384 AH [November 19, 1964];

And pursuant to what has been presented to us by His Eminence Sheikh Abdel Aziz bin Abdullah bin Baz in his letter number 162/kh, dated 13/1/1414 AH [July 3, 1993], concerning the need to establish the Ministry of Islamic Affairs, Endowments, Call, and Guidance, and our support thereof;

Hereby Decree the following:

First: A Ministry under the name of the Ministry of Islamic Affairs, Endowments, Call, and Guidance shall be established.

Second: This Ministry shall assume responsibility over anything related to Islamic affairs, religious endowments, mosques, guidance and advocacy for God.

Third: A committee to include the concerned authorities shall be formed to determine the extent to which the authorities exercised by the ministries and government departments overlaps with the work of this Ministry and to arrange for the transfer of these authorities to Ministry.

Fourth: Sheikh Dr. Abdullah bin Abdul Muhsen Al-Turki shall be appointed Minister of Islamic Affairs, Endowments, Call, and Guidance.

Fifth: His Highness the Deputy Prime Minister and all the ministers shall execute this decree in all areas that fall under their jurisdiction.