# Exhibit "13"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

Lecture of Sheikh Saleh bin Abdel Aziz Al Sheikh, Minister of Religious Affairs


Efforts of the Servant of the Two Holy Mosques in Advocacy and the Service of Islam and Muslims

His Excellency Sheikh Saleh bin Abdel Aziz Al Sheikh

Minister of Islamic Affairs


May thanks be to God, the Lord of the universe and may God's peace and prayers be upon the most honorable messenger, our prophet Mohammad and his family and companions:

To talk about the Servant of the Two Holy Two Holy Shrines in terms of his approach to advocacy to God and Islam is one that is rife with emotions, and there is so much to be said about it, as it involves his own vision concerning advocacy to God Almighty and the means to realize these goals. It also entails his own accomplishments in this regard and the actual work in which he has been involved.

The Kingdom of Saudi Arabia was established by King Abdul Aziz bin Abdel Rahman – may God bless his soul- on the principles of the holy book and the tradition [Sunna] of the prophet, and following in the footsteps of the good predecessors and the spread of the call to God Almighty. He had stated this in more than one speech. This was the foundation at a time when countries in the East and the West were fighting in search of various constitutions. Therefore, it was premised on a pious and good call, which is the call to the holy book and the tradition of the pious predecessors, following in the footsteps of his great  grandfathers in adhering to the reformist advocacy which he renewed, and which had been laid down by the late reformist, Imam Sheikh Mohammad bin Abdel Wahab – may God bless his soul.

On this foundation, which is established on the holy book, the tradition and following in the footsteps of the pious predecessors, the Kingdom has had to follow since its inception to this day, the dictates of the holy book and the tradition. The clues to advocacy to God in the holy book are countless. These include the words of God Almighty: {Let there be among you a group of people that advocates for the good} (Al Imran, verse 104). And the Almighty said: {Those whom we have empowered on earth and they observed prayers and paid alms and called to charity and dissuaded people against committing sins} (Al-Haj, Verse 41). And the scholars said on the meaning of charity: It is that which is known for its goodness and to advocate to it has been mandated in the Shari'a. This includes the call to God Almighty and any charity that is mandated by God. As for sins, these include actions that are known for their ugliness, and to order people not to commit sins is also a duty according to the Almighty God, who even made a trait of this group of people that has been enabled on earth. It is also indicated in the words of God Almighty: {Call on people to follow the path of God with wisdom and kind preaching and argue with people using kind words; your God is more knowledgeable about those who have strayed from His path, and He knows more about those who follow His path} (Al-Nahl, Verse 125). This address was used with the prophet, given his status as the messenger of God, and also as an imam (religious leader) in charge of Muslims and their affairs. For it was documented in the Sahih that the prophet said: "Those who

advocate to righteousness would get the same reward as those who followed the path of righteousness." And he also said: "Anyone who followed a tradition in Islam would get his own reward and the reward of those who followed it until the Day of Judgment, and nothing will take away from this reward." And he also said: "whoever followed a good tradition in Islam that has been forgotten or diminished," in reference to anyone who revives a tradition in Islam. It was narrated that a group of people came to the prophet in need of charity and he ordered some assistance be given to them, and a man made a donation and others followed his suit. So the prophet, may God's peace and prayers be upon him, said: "whoever followed a good tradition in Islam," meaning that this man followed this tradition and people emulated that in his actions.

There is no doubt that the Kingdom of Saudi Arabia has shouldered the burdens of advocacy to God Almighty since its inception. This was the thinking of its leaders and they ordered the scholars to send out advocates inside the Kingdom of Saudi Arabia and the delegations of pilgrims contacted officials in the Kingdom and their relations with them have been enhanced throughout the world, such that they would spread the call to God Almighty in their countries.

King Fahd bin Abdel Aziz Al Saud in his time, when he assumed power in 1402 Hijri, studied this issue and saw that advocating to God and serving Islam required various actions. These various actions should work along various axes, with each action feeding into the next. So he embarked on elevating and spreading the message of the Two Holy Shrines and the spreading of the guidance of the Holy Quran, in terms of spreading holy books and translating the meaning of the holy Quran into the languages of Muslims and non-Muslims alike. In the era of the Servant of the Two Holy Two Holy Shrines, the work of charitable organizations thrived, as it was sanctioned by the state. This helped spread the da'wah (Call). King Fahd largely saw that advocacy to God Almighty and the service of Islam during his time had to follow various axes, including the political and popular axes and the axis that related to scholars, universities, charities, Islamic and international organizations and bodies. His Excellency pointed out that each of these institutions and others work in its own field under the umbrella of one comprehensive complementary vision.

King Fahd bin Abdel Aziz, may God preserves him, saw that the guidance to Islam has been spread and has moved from this peninsula from holy Mecca and Medina through the spread of the guidance of the Holy Quran. So he paid attention to these two issues: the construction of the Two Holy Shrines; the Grand Mosque and the Mosque of the Prophet, as well as the printing of the holy Quran and its translation into the languages of Muslims. The construction of the Two Holy Two Holy Shrines was not a calculated matter in the mind of King Fahd bin Abdel Aziz; rather he wanted to ensure that Muslims would frequent it more and more, which meant that the guidance of the Two Holy Two Holy Shrines, with the worship, prayers, sermons, and different scientific lessons, would be spread among the hosts of millions of people who frequented them.

His Excellency proceeded to say: Also The King Fahd Complex for Printing the Holy Quran has filled a gap that the King evidenced during his visits to various countries in terms of the insufficient number of Qurans and the translation of the meanings of the holy book and various books on the Holy Quran. There is no doubt that the Quran is a source of guidance, so if present, then also present would be the

circles of teaching the Quran and the interpretation of the holy book. Also, if present, strong commitment to the holy Quran and Islam and its people can also be found. This is a philosophy and far sighted vision in implementing the orders of God Almighty and a strengthening of His worship among Muslims and those committed to Islam.

## Service of Islam in the Kingdom

We can sum up the work along two axes: the first are the efforts of the Servant of the Two Holy Shrines inside the Kingdom of Saudi Arabia in terms of advocating to God Almighty and guidance. The second axis is his efforts made outside the Kingdom of Saudi Arabia and his relations with Muslims. On the inside, the first of his efforts was the establishment and strengthening of the relationship between religious scholars and leaders, or between the religious and political leadership, which exists by the virtue of the establishment of the Kingdom of Saudi Arabia on the basis of advocacy and the tradition of the pious predecessors. However, the king strengthened this constant relationship with the religious scholars and students and consulted them on several issues. This relationship bestows dimensions on the psychological strength of religious scholars and students. The construction of mosques during the time of the Servant of the Two Holy Shrines received the largest share in the last twenty years in the Kingdom of Saudi Arabia, and thousands of mosques were constructed. The number of mosque complexes in the Kingdom has, to this day, reached more than ten thousand, while the number of mosques has reached more than forty five thousand. This entailed the spread of the guidance and the proliferation of the houses of God, as rarely can you find a mosque in the Kingdom were religious seminars for teaching the Quran to the young is not being organized. Many of these mosques were established at the expense of

the state and many at the expense of the Servant of the Two Holy Shrines.

As for the spread of the centers of advocacy in the last twenty years, the king, may God bless him, enhanced and broadened the presence of advocacy spread throughout the Kingdom and in the provinces and neighborhoods. Now we have offices that specialize in the spread of guidance among Muslims through lectures and the spread of books and leaflets and Islamic tapes, among other things.

As for advocacy among non-Muslims who have come to the Kingdom for work, offices specializing in spreading awareness among non-Muslim expatriates were spread through the General Presidency of Religious Scholars and Fatwas during the time of His Eminence Sheikh Abdel Aziz bin Baz – may God rest his soul, and later were brought under the Ministry of Islamic Affairs. Today there are more than one hundred twenty offices for advocacy among non-Muslims, and those who have converted to Islam in the last twenty years number more than fifty thousand Muslims who have adhered to their Islam, and some of them even became advocates among their own people in this country and in their home countries upon their return.

The King spread and strengthened official religious awareness departments at the level of ministries and institutions and there is rarely any institution that does not have a religious awareness department. He also paid attention to the military in particular, in their defense of Islam and Muslims based on religious and spiritual readiness and the sincerity of intentions. So we find today special departments for religious awareness equipped with advocates and religious scholars. Several publications and tapes are being prepared to spread awareness among the public. At the Ministry of Health, also special religious awareness departments have been established, and the same applies to the Ministry of Interior, the intelligence services and public investigation departments, as well as the Ministry of Health, and even in hospitals.

The time of the Servant of the Two Holy Shrines over the last twenty years has been characterized with the spread of religious education and seminars, and it is well known that the state's approval of this, is at the guidance and direction of the Servant of the Two Holy Shrines. He even encouraged religious leaders in his meetings with them to teach the beneficial religious science and to stay in touch with the nation, following in the footsteps of the predecessors, especially with respect to the interpretation of the holy Quran which he cared so much about and the pure tradition of the prophet.

The Servant of the Two Holy Shrines – may God protect him – opened up the space for Islamic tapes – whether visual or audio – to play an influential role, and he supported their use and the existence of Islamic tapes in general and regulated their use.

Also, in the last twenty years, he strengthened institutional work forces inside the Kingdom of Saudi Arabia in support of charitable work that was in the past largely an individual effort, or the subject of individual effort. However, these efforts were transformed in the past twenty years into institutional work. There were tens of official regulations issued by the Council of Ministers in this regard regulating the work of charities. He said: Some of these charities were public, while others were run by families or specific funds and things of the like. However, charities, be they private or public, aim to strengthen

charitable work, including advocacy to God and Islamic guidance in the country, and enhancing Islamic presence outside the Kingdom of Saudi Arabia.

Also charities that worked in the area of humanitarian relief were active in the past. So these institutions organized several relief efforts at the direction of the Servant of the Two Holy Shrines with respect to the number of catastrophes that had afflicted the Muslim nation, whether with respect to the catastrophe that befell the Afghan people in the past and present time, and the catastrophe that befell the Palestinian people in terms of the unjust Zionist aggression, and the catastrophes in Bosnia and Herzegovina or Kosovo and other similar situations. So we find that the Kingdom endeavored to provide relief for Muslims through institutions that worked in the Kingdom, and this work was not at an individual level, but rather conducted through institutions and committees and special entities headed by their royal highnesses the princes, and state officials.

As for the Kingdom's attention and care for the two holy mosques and the spread of its guidance, the Servant of the Two Holy Shrines was keen to air prayers, especially during the month of Ramadan. He – may God preserve him – ordered the airing of the taraweeh prayers and the sermons of the Two Holy Shrines  throughout the Kingdom and to the four corners of the world. He also had an important vision, which is that his service to the Two Holy Shrines - and he honored himself with the title of the Servant of the Two Holy Shrines – is not mere service of the buildings of the Two Holy Shrines, but rather exceeds that to serve anything related to the title of the Servant of the Two Holy Mosques. He said – may God bless him – in some meetings with the religious scholars and leaders that he wanted to facilitate the strong bonds that Muslims everywhere harbor with these Two Holy Shrines, as they are a means to reach their hearts and to bring them together around charity and piety.

The transmission of the prayers at the Two Holy Shrines, the sermons, and religious lessons and lectures has had a great effect, and Saudi radio and television air material that has had the greatest impact on the spread of guidance to the path of Islam and the strengthening of bonds with the two holy mosques.

As far as The King Fahd Complex for the printing of the holy Quran in Medina, it has, to date, produced close to (170) million copies of the Holy Quran and the interpretation of its meanings. Accredited translations have reached fifty to this date, and will reach one hundred translations of the meaning of the Holy Quran, God willing, within the next three or five years.


Serving Islam Abroad

The Servant of the Two Holy Shrines has expended tremendous effort in terms of advocacy to God and serving Islam abroad. These efforts are represented in the following points:

First: Political support for and defense of the causes of Muslims from a purely political angle, or financially in a manner intended to improve situations. This strong political support of Muslim causes emanates from the standing of the Kingdom of Saudi Arabia in the first place and from the ability of King Fahd to formulate political work in such a way that would serve the objectives of the Islamic Shari'a. It is

well known that the Islamic Shari'a calls for the spread of good deeds among people and fighting injustice, as Islam is a religion of justice, and justice negates injustice of various forms. This was the driving force behind King Fahd bin Abdel Aziz's desire to lift the injustices committed among those who have been done injustice and to strengthen the weak and adjudicate between adversaries, support and strengthen those who work for what is in the best interest of his people and nation. The causes he espoused in this regard were numerous, and they include the Palestinian cause, the Lebanese problem and what happened in Afghanistan during the Soviet invasion at the time, followed by the conflict in Chechnya, Bosnia, Herzegovina and Kosovo. And he is known to have expended political, material, and moral efforts, as well as numerous efforts at all levels.

Second: Strengthening Islamic organization such as the Conference of Islamic States, the Islamic World League, the Islamic Development Bank, World Assembly of Muslim Youth, and other similar public Islamic institutions.

The third issue is related to the spread of advocacy outside the Kingdom of Saudi Arabia. This included the fact that advocacy to Islam should be considered from the vantage point of tolerance and that the key to the strengthening of people's sense of belonging to their nation and their religion lies in strengthening their Islamic belief. He used to reiterate the importance of Islamic belief and the advocacy to this belief that included paying attention to monotheism, the Shari'a and ruling according to the dictates of the Almighty God. Therefore, the call to God was spread through subtle and fair means through the dispatch of advocates to the four corners of the universe to guide people to righteousness, be they advocates from the Kingdom or through other institutions or organizations that received a great deal of attention. Advocacy seminars were organized for them under the title of the Advocates' Gatherings and they consulted on matters that served the moderate approach that the Kingdom of Saudi Arabia wished for these advocates to adhere to in serving their nation and spreading their religion and strengthening Muslims.

As for Shari'a courses, in the last ten years, there has been an orientation to spread religious scholarship in countries that are in need of it and have people or imams or some advocates present in them. Several Shari'a courses were organized at the personal expense of King Fahd at huge cost by several parties supported by the State. These included the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance and the Ministry of Higher Education, represented in a number of universities, such as the Imam Mohammad bin Saud Islamic University, Umm Al-Qura University, and others. These also include the Shari'a courses held by the World Islamic Assembly and by Islamic charities in the Kingdom such as the Al-Haramain Charitable Association, the World Assembly of Islamic Youth, the management of charitable projects and mosques, the Endowment Authority and others.

The Servant of the Two Holy Shrines also wanted for there to be an annual gathering of advocates to the Almighty God which would also include the heads of Islamic centers and societies in Europe and the United States, such that there would be cooperation between them in the first place, and to bridge the gap between them so that they can get to know each other and adopt a moderate approach by which they all abide in the service of Islam. And it is well known that the spread of Islam or the power of Muslims who live in the West requires a moderate approach that would enable them to live in those countries and have an impact over others and be especially educated and knowledgeable in their religion. This is especially important among the heads of Islamic centers, societies and research centers. For that reason, King Fahd ordered the establishment of the Servant of the Two Holy Shrines Assemblies and to this date, five such meetings have taken place under the auspices of the annual assembly of the Servant of the Two Holy Shrines. These assemblies are dedicated to the leaders of Islamic work, or the heads of centers, societies and institutions in the West, and North and South America, and some of these interested in this work from Africa and Asia. In the West, there was a futuristic vision. This took place one week prior to September 11; on September 7, and concluded on September 9, and the meetings seem to have had a special futuristic outlook in terms of the importance of cooperation in serving the Islamic call with a moderate view that the participants emphasized.

During the era of the Servant of the Two Holy Shrines, the printing of major Islamic books and messages in various languages thrived, and the translation movement flourished. The King's order to establish the King Fahd Global Translation Center was nothing but the cumulative sum of major efforts in this regard from which he meant to benefit his nation and spread the meaning of the Holy Quran. Among these programs was the dispatch of imams (religious leaders) during the month of Ramadan who had memorized the Quran by heart to those countries in need and to those who would ask for their assistance from all over the world. Last year, he dispatched hundreds of imams throughout the world so that they would lead the five prayers and the taraweeh prayers and then return to their country at the end of the holy month.

As for the establishment of Islamic centers, this represented the fourth avenue in his efforts outside the Kingdom. King Fahd bin Abdel Aziz paid great attention to Islamic centers and the Islamic center in the West included a mosque, school and library. The education took place where Muslim communities met, and the centers defined and even nurtured the sense of belonging and bond with this religion through strengthening the bonds between the individuals and the center and mosque. And if the message of the mosque was important in Muslim countries, it is far greater in importance in non-Muslim countries in

terms of preserving the identity of Muslims and preventing them from melting into principles that are not sanctioned by the Islamic Shari'a.

The total number of mosques built at the expense of the Servant of the Two Holy Shrines reached 1,359 mosques that the Kingdom of Saudi Arabia built in the last twenty years. The Kingdom also fully funded the establishment of eighteen centers at a total cost that exceeds five hundred seven million and eight hundred forty four thousand Saudi Riyals. The Kingdom also established more than thirty five schools especially dedicated to the children of Muslims in a number of countries around the world.

As for hosting the pilgrims, the Servant of the Two Holy Shrines established a major program that has hosted pilgrims for several years now. As a result of this program which was funded by him personally, more than 20,000 Muslims have made pilgrimage. He also paid attention to the establishment of specialized positions at well-known universities around the world, such as Moscow, Italy, London, and in other places. These strong academic ties and interest in Islamic studies or in the Islamic nation have had a great effect on academics and universities so that they would engage in the right study of Islam and get to know Muslims and Muslim minorities through transparent and in-depth knowledge about them. He also paid close attention to Muslim minorities in several countries, and this attention was manifested in various ways: first, through support for these minorities and the strengthening of ties between these communities and the Kingdom, and the establishment of special councils to coordinate efforts between these councils that work with Muslim minorities.  His Excellency concluded by saying in his lecture: Lastly, we can mention also the attention the Servant of the Two Holy Shrines has paid to scholarly circles in the Islamic world, such as Al-Azhar, Islamic Jurisprudence Center, and other scholarly institutions, which he paid a great deal of attention to and held in high esteem and was keen to maintain close relations with.

At the conclusion of his lecture, His Excellency prayed to the Almighty God to grant great reward to the Servant of the Two Holy Shrines and to make him and us among those who cooperate in the service of charity and piety, and praying for all to be blessed for their good deeds.