# Exhibit "14"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina

Saturday, the 28th of August, 1999 G No.   Al-Jazira Newspaper

9830

## A Blessed Occasion

The Kingdom of Saudi Arabia, since its inception, has been a strong bastion for Islam and a stronghold for the sound Salafist doctrine that all deviant and foreign trends and thought deviate from. The Kingdom of Saudi Arabia, since its inception at the hands of its founder King Abdel Aziz – may God bless his soul - has been established on the principle of using the Shari'a and advocacy to God that is based on the holy book and the tradition (Sunna) and the implementation of the correct teaching of Islam in all its affairs and in the service of Islam and Muslims. The King's pious sons, King Saud, King Faisal, and King Khaled – may God have mercy on them – walked in the same tradition. This was crowned with what the regimes that emerged as a result of this blessed covenant, the covenant of the Servant of the Two Holy Mosques, and in the basic law, themselves underscored in terms of the emphasis on Islamic advocacy and the service of Islam and Muslims and the guardianship of the Servant of the Two Holy mosques. The Islamic work for the Kingdom was premised on fixed principles, the most important of which were:

1- The standing of the Kingdom of Saudi Arabia in the world, as it occupies a leading position in the world civilization, not to mention its political weight and vast wealth, and the fact that the Kingdom of Saudi Arabia is distinguished from other countries in that it is entrusted with the purest areas. King Abdel Aziz – may God have mercy on him – established a solid deeply rooted rule based on the implementation of the Shari'a. Thus, the correct implementation of Islam was realized and prosperity and justice prevailed, thanks to God's grace first and to his prudent policy second.
2- The service rendered by the Kingdom to Muslims is nothing but a religious duty.
3- What the Kingdom provides for the Muslims in terms of care and service serves solely the interests of the Islamic nation, and it does not await any reward; the reward is only from God Almighty.
4- The keenness of the Kingdom for the unity of Muslims and the clarity of relations between the Kingdom and the Islamic countries. This relationship is not of a passing or temporary nature, or for the purpose of establishing hegemony or influence. Rather, it is a relationship between people on the basis of faith (the faithful are brothers [Quran]).

Based on these premises and fundamentals, the Kingdom of Saudi Arabia established goals and means toward that end. Islamic advocacy is one of the policy goals of the Kingdom at all times. This is what King Abdel Aziz – may God have mercy on his soul – and his pious children after him, emphasized. Through this policy, the correct Islam was realized and spread. This includes:
   1- The trust of overseeing and serving the two holy mosques by providing all means of comfort and security to pilgrims and expanding the Two Holy Mosques with great generosity and giving.
   2-  Unifying and supporting Muslim stands and defending their causes, by calling for Islamic solidarity and the establishment of Islamic organizations, such as the Muslim World League,

      the World Assembly of Muslim Youth, the International Islamic Relief Organization, caring for Islamic minorities and assisting and standing by them and defending their causes.

3- Islamic work in the area of proselytizing by sending missionaries and caring for them throughout the world and establishing forums and training courses for missionaries.

4- Raising the level of Muslims through education, learning and sociocultural development by supporting schools and cultural centers and publishing books and providing scholarships and relief efforts.

On this blessed occasion on which the Ministry of Islamic Affairs is holding the Servant of the Two Holy Mosques Forum in Belgium about Islamic education in the West at the direction of the Servant of the Two Holy Mosques, King Fahd bin Abdel Aziz and his trusted crown prince, His Royal Highness Prince Abdullah bin Abdel Aziz and His Royal Highness Second Deputy Prince Sultan bin Abdel Aziz Al Saud – may God preserve them all – this forum is being held with the participation of a host of the brightest missionaries and scholars and those interested in the affairs of proselytizing, especially in the western countries. They came together to study the conditions of Islamic education in the western countries and to identify the impediments and threats suffered by Islamic diaspora in the West and the dangerous trends of distortion experienced by the Islamic individual and the suspicions and threats facing the Islamic creed as a result of Western life that is far removed from Islam. Hope is pinned on this meeting to emerge with prudent positions that will help the Islamic diasporas build their own character. This blessed and kind gesture on the part of the Servant of the Two Holy Mosques toward his Muslim brethren all over the world, especially those living in a non-Islamic environment, has come in fulfillment of the principle of Islamic solidarity that the leadership of the Kingdom of Saudi Arabia has espoused as a guiding light since the days of King Abdel Aziz – may God have mercy on him. The Islamic nation has not forgotten the Islamic Conference inaugurated by King Abdel Aziz in 1344 AH [1925-1926] in holy Mecca and the positive results it achieved in upholding the dignity and honor of Muslims, and the many blessed conferences and seminars held thereafter. This forum is an expression of the unity of the hope and pain faced by the Islamic nation [from Surat Al-Anbiyaa', Verse 92 in the Quran]: "This nation of yours is but one nation and I am your God, so worship me."

There is also the saying of the prophet, may God's peace and prayers be upon him, when he said: "The faithful in their love and mercy towards each other are the like one body; if one member complained of pain, the rest of the body would stay up to look after it." There is no country in the Islamic world that pays as much attention to and cares for the affairs of Muslims as much as the government of the Kingdom of Saudi Arabia.

On such blessed occasions, the hearts come together and unify for cooperation, and in such meetings, a great deal of goodness is realized, God willing.

The organization of this forum was done under the care, guidance and follow-up of His Excellency Sheikh Saleh bin Abdel Aziz bin Mohammad Al Al-Sheikh, minister of Islamic Affairs, Endowments, Dawah and Guidance. May God reward his blessed efforts and endeavors and we ask God for His blessings and guidance.

        Abdel Aziz bin Abdullah Al-Ammar

        Assistant Deputy Minister of Islamic Affairs for Missionary Affairs

http://www.al-jazirah.com/1999/19990828/fu3.htm