# Exhibit "15"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina

Knowledge Exchange Program                                    Jan 22, 2014

The Islamic Nation is undergoing a difficult time period. Many countries have abandoned their missionary role, leaving a large void, which has led to individuals or groups from the Nation to adopt the duties of Calling to Islam. They utilize varying methods, from proselytizing with insight and reasonableness to methods using fundamentalism and extremism. This highlights the importance of the missionary work of the Kingdom, since the Kingdom of Saudi Arabia has held and still holds the upper hand in the service of the Call to Islam, as well as in spreading its true provisions throughout the world by utilizing the good call to Islamic faith, using proper argumentation, persuasion, and proof, without **vagary**, ulterior motive, sectarianism, or fads, whether in doctrine, worship, or procedure. This prompts us to point out an important fact, which is that the Kingdom of Saudi Arabia has utilized monies that God has bestowed upon it in the service of its people and in the service of Arabs, Muslims, and holy places. The Kingdom has not provided assistance to the Arab and Islamic worlds, as well as to the Third World with the intent to interfere politically, nor for any worldly goals. Rather, its efforts stem from religious beliefs and faith in the Kingdom's duty, which has had a positive impact on all the peoples and minorities of Islam. The Ministry For Islamic Affairs, Endowment, Dawa and Guidance in the Kingdom has received the interest of His Highness, Sheikh Saleh Al Al-Sheikh, and the rest of the ministerial staff in an increasing role in supporting missionary work and projects, setting up charitable projects, and supporting missionary institutions, as well as taking an interest in Muslim affairs inside or outside of the Kingdom.

To shed the light on some of the efforts by our blessed country in Islamic work abroad, we met with the General Manager for External Relations in the Ministry of Islamic Affairs, Abdul Majid Bin Muhammad Al Omari.

[Highlighted in Red]: The Kingdom of Saudi Arabia makes efforts on behalf of missionary work, thankfully, by embracing missionaries and by establishing missionary offices for them as well as Islamic centers. What are the most prominent features of missionary work abroad?

The most prominent characteristic of the Kingdom of Saudi Arabia's role in spreading Islamic missionary work is that it has made it one of the goals of the country. This means that this is a role that has been adopted by the state and is part of its plans. The government provides it with the necessary financial and human resources. With this, the Kingdom has resurrected one of the original government duties in Islam and one of the goals of Shari'a, which is the Call to Islam.

This comes during a difficult time period for the Islamic Nation, as many countries have given up on this duty which has left a huge void and led some individuals or groups of the Nation who utilize varying methods from proselytizing with insight and reasonableness to those using fundamentalism and extremism.

This adds another feature to the role of the Kingdom in spreading the Call to Islam, by giving the leadership of the Call to the Islamic Scholars, and providing them with what they need in order to fulfill their duties of the Call. There are over thirty offices for the Call to Islam abroad in addition to the Islamic centers, and missionaries who are under the supervision of the Ministry For Islamic Affairs, Endowment, Dawa and Guidance. With this, all the factors for the success of the Call to Islam are combined: the foresight of the scholars and the patronage of the Sultan. This is an extension of the methodology the Kingdom has chosen in its modern history when the affairs of the country were managed by the leadership of its founder King Abdul Aziz Al Saud (may God have mercy on him) on the foundations of the two imams, Muhammad bin Saud and Muhammad bin Abdul Wahhab (may God have mercy on them).

The Kingdom has translated its care for the Call to Islam into work that is exemplified by the patronage of Islamic centers and societies throughout the world, the adoption of missionaries, the publication of scholarly books, and care for religious education. It has embraced certain institutions concerned with Islamic affairs, such as the Muslim World League, the Organization of the Islamic Conference, the Islamic Fiqh Academy, the World Association of Muslim Youth, and other organizations and popular Islamic institutions. It has also shown concern about the defamation of the image of Islam in the West.  It is hoped that the Kingdom will take on this prominent role. It has worked on correcting the false mental image projected by some of the extremist missionary factions that appear every now and then throughout the world, those who adopt interpretations and opinions that deviate from what is known and accepted by the Nation, and have dragged the Nation into conflicts and ordeals that have not only distracted the nation from its main causes, but have also led to the disruption of Islamic missionary work with the  distorted concepts of Islam they have caused and the ensuing suspicions about it. One of the most important reasons why the Kingdom is prepared for this role is its unique position in the world in general and within the Arab and Islamic worlds in particular, which obligates it with the duty of representing the Islamic Nation as a whole.

Accordingly, the Kingdom adopts a general missionary message that represents Islam and is open to every point of view and opinion accepted by the rules of Islamic Shari'a, and which represents an acceptable interpretation where interpretation is deemed acceptable, and differences are warranted.

[Highlighted in Red]: Our blessed country has made many efforts in the establishment of Islamic centers and mosques throughout the world, as well as printing the Holy Qur'an. Would you please mention some of this work?

Through its interest in the affairs of Islam and Muslims, and the Muslim minorities throughout the world, the Kingdom has endeavored to print and distribute the Holy Qur'an and translate it into many languages. This has had the greatest effect in spreading and firmly establishing the Islamic religion. This is not strange to the Kingdom of Saudi Arabia which was the cradle of the message of Islam and the source of the monotheism that it calls for, and whose flag it raises and defends. It is, no doubt, the heart of the Islamic World and its exemplar in spreading the blessed Salafi creed.

The Kingdom of Saudi Arabia has also constructed more than 1,500 mosques and Islamic centers throughout the world, and it has constructed schools and specialized Islamic institutes that provide education to the children of Muslims in their religion. The High Council for Islamic Affairs takes care of studying these projects and recommending their support. The accomplishments are far more than can be counted, and they are an example of what has been achieved in various educational, economic, and social fields that are beneficial to many Muslims throughout the world.

Without doubt that represents a great effort in which the Ministry For Islamic Affairs, Endowment, Dawa and Guidance is participating. The facilities and capabilities of the Ministry have been utilized with the kind guidance of the Servant of the Two Holy Mosques (may God preserves him for the service of Islam and the Muslims). His Excellency the Minister of Islamic Affairs, Endowment, Dawa , and Guidance Sheikh Saleh bin Abdul Aziz Al Al-Sheikh and the rest of the Ministry officials devoted great attention and effort towards the achievement and execution of these noble directions, which has led, with the approval of God Almighty, to a large number of Muslims staying steadfast in their religion.

[Highlighted in Red]: The Ministry of Islamic Affairs has embraced the sponsorship of Callers to Islam in various countries of the world. What is the methodology for choosing Callers to Islam?

The scholarly and practical side connected to the Call to Islam confirms the large role that the Kingdom has played in the spread of the Call to Allah, which starts by accepting the children of Muslims into Islamic Universities that graduate those who are qualified and who hold the highest academic degrees and then sponsoring them as callers to Allah until they become eminent leaders among Islamic scholars who move internationally and they become famous. They all play an effective role in the service of Calling to God Almighty and the Call to Islam, and in the Islamic centers abroad. After the students have graduated, the right people are chosen for the Call to God Almighty, provided that they have the right qualifications in Shari'a and have successfully passed the interviews. These missionaries are distinguished by productivity, flexibility, dedication, and hard work in spreading the correct Islamic faith, while taking into account distinctive contemporary methods to present this faith in calling to God with wisdom, good council, and moderation, which is a distinguishing trait of those missionaries who are the sons of the Kingdom and those who studied here. After an objective study to the current situation in different countries, the needs are met according to what is available, to put in motion the missionary work, and to support their needs in this regard. They are issued financial bonuses and they join centers for the teaching of Islamic sciences and to teach Muslims about their religion. This is done equally in all countries in Asia, Africa, Europe, the Americas, and all countries regardless of language, location, or beliefs. The Kingdom of Saudi Arabia will spare no effort in providing all its missionary services to all without the least discrimination.

[Highlighted in Red]: What is the Kingdom's role in building mosques, prayer assemblies, and Islamic centers?

Wherever a Muslim individual turns, he sees mosques being built, prayer assemblies being constructed, and Islamic centers being erected, and houses of worship being built in the heart of Europe, the unexplored areas of Africa, the ravines of Asia, and the states of America, and in every remote spot in the world, you see a touch of good, a stamp of truth, and an edifice to missionary work with the loud, true, and forgiving sounds, built by the government of the servant of the Two Holy Mosques with august guidance and generosity both financial and moral for the service of Islam and Muslims. This is a continuation of the march of giving led by the late King Abdul Aziz bin Abdul Rahman Al Saud, the founder of the Kingdom, and after him his generous progeny, to facilitate the Call to Islam, with wisdom and good council. Despite the overwhelming political events, deviant ideas, racist theories, colliding cultures, ethnic wars, fascism and devastating fanaticism, the Call to Islam has kept on adding to its ranks large numbers of non-Muslims, in the midst of these events, with their dangerous dimensions, by the grace of God and the support and patronage of the servant of the Two Holy Mosques – may God preserves him -- without any complaint or fatigue from taking care of the support and the costs of spreading the Call to God throughout the entire world.

[Highlighted in Red]: What is the role of the Kingdom in supporting commissions, societies, and Islamic institutions?

The Kingdom of Saudi Arabia has assisted in supporting commissions, societies, and Islamic institutions with monies and scholarly expertise, generous financial support, and huge moral support turning them into an oasis for all Muslims. There is no commission, society or institution on the face of this earth, either in an Arab or a foreign country, either Islamic or with Muslim minorities, that has not received tangible, financial, or material support from the Kingdom.

[Highlighted in Red]: What is the role of the Kingdom in preserving Islam and Muslims in countries where they are a minority?

The Kingdom of Saudi Arabia had and still has the upper hand in support of the Call to Islam, and in spreading the provisions of true Islam throughout the world by proper argumentation, persuasion, and proof, and by utilizing the proper call to the Islamic faith in a way which is far from vagary, other purposes, sectarianism, and fads, whether in faith itself or worship in particular. The Kingdom has also provided Islamic schools for teaching the Arabic language to the children of Muslims as well as providing them with the rules of Islam, away from all the sectarian differences or fads, to maintain their values and principles in order for them to remain within their religion for which the Kingdom has provided them with the ways to live within in the countries of non-Muslims, in assistance to all of those who live in foreign countries both temporarily or permanently for the purpose of raising their children in a proper manner in order to preserve their familial bonds within the waves of disintegration that surround them from all sides in the

countries where they are expatriates wherever they are. This is thanks to the Kingdom of Saudi Arabia's care and its supreme and humane mission.

[Highlighted in Red]: Education is a cornerstone in the process of missionary work. What about the efforts in this field?

The Kingdom of Saudi Arabia has played a recognized role in the spread of the Call to Islam all over the earth. For the sake of this great message, many methods have been used in order to accomplish this task.

One of the most important methods used by the Kingdom, in my opinion, in promoting the Call, as well as having the most influence on the youth of the Islamic Nation, is the establishment of educational institutes, each of which has become a beacon for the Calling to God, by graduating classes of young Muslims who have been provided with the useful knowledge and proper behavior to be good examples and role models among their people, parents, and families; guiding them in the path of righteousness and spreading the teachings of Islam with ease since they know the traditions and norms of the their people, while being knowledgeable in using the Arabic language and aware of the difficulties their people face, as they already have the right knowledge. Some of these youth people will become leaders of their people based on what their knowledge of the religion that they have acquired, spreading among their people, and wherever they end up being.

We also find that these institutes that the Kingdom has established on the different continents, some of which go on to provide university level education, are also considered as beacons of light of the true religion, and radiant centers for the Call to Islam.

Among the important methods that the Kingdom has utilized for the purpose of spreading Islam is the establishment of a university in the Kingdom for the children of Islamic countries. The Kingdom has established the Islamic University in Medina to prepare the children of Muslims to direct towards the Islamic way of life in their countries, by bringing them through scholarships provided by the Kingdom to study the various Shari'a sciences at this university and to return after graduation to their countries all over the world after being prepared for formal legal opinion, missionary work, organizing study groups, and enlightening their own kind in the affairs of their religion.

[Highlighted in Red]: Conferences and seminars have an effective impact in bringing together experts to look into current issues and provide ongoing research and discussions of the differences in the best methodologies and ideas in the fields being discussed. Are there any efforts to take care of this issue?

Conferences have become an important tool in guiding Muslims and connecting them to the Islamic culture, as well as creating an Islamic society, while strengthening the ties between those working in the field of the Call to Islam. This is where scholars and experts from different places get together to discuss emerging contemporary issues and

scholars from different countries meet in one place to exchange ideas and expertise. It is without doubt a great method to connect the individuals of the Nation with their scholars and guides. The circle of seminars, conferences, and meetings that the Kingdom has organized or helped to organize and sponsor, has grown all over the world. Many conferences and seminars have been held inside and outside of the Kingdom.

Pursuant to your field meeting on missionary work outside the Kingdom.

[Highlighted in Red]: How do you see the appreciation of these efforts within the Islamic communities and Islamic minorities?

The Islamic role of the Kingdom is manifest as a field application and a realistic interpretation of Islam, built upon the principles and constants of the true religion of Islam, in support of Arab and Islamic solidarity, and the defense of the just causes of the Nation, and the service of Islam and Muslims throughout the world.

There is no stronger evidence of this than the Kingdom's care and firm historical commitment to the application of the respected laws of Islamic Shari'a, the promotion of virtue and prevention of vice, the care of the pilgrims and serving them, the care of The Two Holy Mosques, the spread of the Call to Islam, the strengthening of Islamic solidarity, the sponsorship and patronage of Islamic organizations, the establishment of Islamic educational and cultural institutions abroad, the provision of financial assistance to Islamic countries, taking up Islamic causes, the defense of Muslims' rights throughout the world through the unique relationships that tie the Kingdom of Saudi Arabia with governments and regional and international organizations. All Muslims have very strong positive feelings towards both the government and the people of the Kingdom of Saudi Arabia.

[Highlighted in Red]: Any last words you would like to say?

Very few people realize the huge efforts that have been expended by the government of the Servant of the Two Holy Mosques. These are large efforts that have embraced the entire world, with its Muslim majorities and minorities. This impels us to note an important fact, which is that the Kingdom of Saudi Arabia has utilized the monies that God has bestowed on it in the service of its people, the service of Arabs and Muslims, and the holy places. The Kingdom provides assistance to the Arab and Islamic worlds, as well as to the Third World, with no intent to interfere politically, or for any worldly goals. Rather, its efforts stem from religious beliefs and faith in the Kingdom's duty which has had a positive impact on altering the prevailing situations in many parts of the earth. No doubt that the observer would notice the distinctive role that both the government and the people of the Kingdom of Saudi Arabia have played under the leadership of the Servant of the Two Holy Mosques King Abdullah bin Abdul Aziz Al Saud (God keep him safe) in maintaining the authenticity of the Islamic direction that the Kingdom has been distinguished with since its inception, and his resilience in the face of the pressures and influences that have shaken many values and norms. The Kingdom has also maintained its role in embracing the call for monotheism in all countries and in the

support of Islamic activities and projects. Within the Kingdom of Saudi Arabia it has encouraged Islamic, academic, and missionary universities which entrench the movement towards enlarging the Shari'a base, and towards graduating more scholars and missionaries, and accomplishing many Islamic studies in various fields of specialty, the effect of which spreads through the entire world. The call for monotheism is entrusted to them, places like the Islamic University in Madinah, Umm Al Qura University in the holy city of Mecca, and the Islamic University of Imam Muhammad bin Saud in Riyadh, as well as many colleges and institutes and houses for memorizing the Qur'an throughout the Kingdom.

In addition, the Ministry For Islamic Affairs, Endowment, Dawa and Guidance in the Kingdom has the special attention of His Excellency, Sheikh Saleh Al Al-Sheikh and the entire team at the ministry in playing an increasing role in support of missionary projects and work, and in establishing charitable projects, supporting missionary institutions, as well as interest in the affairs of Muslims both within and outside of the Kingdom.

The Kingdom also hosts the pilgrims and those performing the minor pilgrimage to the Holy House of Allah every year, and spares no effort in providing care, facilities, and services to their delegations.

The King Fahd bin Abdul Aziz Al Saud Center for printing the Holy Qur'an produces huge numbers of printed Qur'ans that are distributed in various countries to various communities, centers, and mosques. The missionary and aid institutions that are sponsored by the Kingdom have a role in providing care for Muslims in various places, in aiding their disaster victims, teaching their ignorant, and in the victory of the calling to Islam. The Kingdom also supports missionary projects by providing support and care in the construction of centers and mosques. I pray to God and ask him to maintain for our country the grace of security and faith, and to always and forever keep it the patron and leader to carry the banner of Islam and to care for the Sunna and the Qur'an.