# Exhibit "16"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina

Al-Riyadh Daily Newspaper                                                                                                 Page 1 of 2

**Secretary General of the Supreme Council for Islamic Affairs to "Al-Riyadh":
Council Soon to Coordinate and Unify Saudi Charity Organizations' Efforts Abroad
Ready to Support Charity Organizations with Information on any Country
to Avoid Falling into Fraud Trap**

By – Ali Al-Shethry                                                                                                             [photo]

The Supreme Council for Islamic Affairs will start finding a way to coordinate the work of all charity organizations and agencies abroad.

This was confirmed by the Council's Secretary General, Dr. Saleh bin Hussein Al-Ayed, who said that specializing in Da'wah work (missionary work) is necessary abroad, calling on charity organization to specialize in their work for this work to bear fruit. In an interview with "Al-Riyadh," Dr. Al-Ayed called on the charity organizations and associations that wish to work in any country to access the information the Council has on the country in which they work. Following is the text of the interview.

**Council Duties and Activities**

Dr. Al-Ayed indicated that the Supreme Council for Islamic Affairs is proud to have as its president Second Deputy Prime Minister, Minister of Defense and Aviation and Inspector General, His Royal Highness Prince Sultan bin Abdulaziz. The Council oversees many activities, but overall, it is responsible for the Islamic work by the Kingdom abroad, including providing in-kind and financial assistance to Islamic centers as well as Islamic organizations and associations abroad, and coordinating Saudi activities undertaken by the organizations, whether at the official or individual levels, all of which fall under the responsibility of the Supreme Council. It studies all the requests submitted to it from associations, centers, and organizations; and allocates the assistances it deems appropriate. This is a quick summary; however, there are other details that might not be appropriate to mention in this context.

**The Council is Responsible for Da'wah Abroad**

Dr. Al-Ayed explained that the Council is not responsible for Islamic advocacy work in the country. Rather, it oversees Da'wah and the Islamic work undertaken by the Kingdom abroad. Most prominent among these is providing assistance for the construction of mosques, assisting Islamic associations and minorities abroad, as well as using the Kingdom's political influence to find justice for Muslims and Islamic minorities abroad. It should also be known that the Council operates in broad daylight, as it works with the knowledge of the host governments in which these centers and organizations are based. Given the benevolent nature of its work, the Council does not interfere in the internal affairs of other countries; instead, it assists Muslims in ways that help them adhere to their religion and maintain their Islamic identity and Sharia culture.

**The Council as a Planning Body**

Dr. Al-Ayed explained that the Council is not an executive authority; but rather a planning body. As a result, other authorities, such as the Ministry of Islamic Affairs, for example, execute its decisions. Secondly, the Ministry of Islamic Affairs undertakes some preliminary work, while the Supreme Council is a planning body, and therefore, there is no duplication. Furthermore, the Minister of Islamic Affairs serves as a member of the board of directors of the Supreme Council for Islamic Affairs.

**Charity Organizations Abroad**

Regarding the duplicity of multiple Saudi charity organizations in the same country abroad, Dr. Al-Ayed stressed that this is true, and that reaching perfection in any work needs coordination between organizations active in this field. He further indicated that the Council is aware of this fact, and therefore, preliminary steps have been initiated to ensure such coordination. It might be appropriate to discuss such coordination; but must first emanate from the charity associations and organizations themselves, after which the coordination mission of the Supreme Council for Islamic Affairs begins. This is necessary, and God willing, the Supreme Council will soon find a method for coordination, in which all parties must cooperate, especially that, thank God, we have started to hear a call from these organizations to establish a body to coordinate amongst them with respect to Islamic Da'wah and in helping Muslims, as lack of coordinated efforts undermines the work being done. We have seen numerous examples in countries where perhaps, Saudi associations and organizations exist but with no coordination, which therefore results some sort of dis-organization. Here, I would like to seize this opportunity to praise the work of the Kingdom's former Ambassador to Kenya, Dr. Youssef bin Abdullah Al-Salloum, who established a coordinating council for Islamic associations and Saudi organizations working in Kenya; a coordination that had a clear effect on the success of the work, as well as putting it within a framework that does not undermine the sovereignty of the Kenyan State. First and foremost, this was appreciated by the Kenyan Government, as well as Muslims in-county, and Saudi officials in the Kingdom.

**Specializing in Da'wah**

Dr. Al-Ayed stressed that specializing in Da'wah work is necessary abroad. Examples include visiting an African country that has eleven Islamic associations, all related to the Kingdom, working in that country, while a neighboring country does not have a single association, and that – truly – should not be the case. Instead, activities should be distributed to all countries, and there should be specialization. I remember one country in which no Islamic advocacy work had ever been undertaken and no Islamic association ever worked there. When some (Saudi) students went there, they became interested in that country, and they launched some very good activity and were in constant communication with us. So I asked those two to specialize in that country, and indeed they now have a big interest in that country. They help Muslims, send them books, and whatever else they need. I have a rule that I always repeat, we are not a sun dawning on the entire world, but we can provide something in a limited place that is obvious, prominent, and very useful. Therefore, I call on charity organizations and those working in the field of Islamic Da'wah and helping Muslims, to ensure that each

http://www.alriyadh.com/Contents/2000/10/27-10-2000/page13.html                15/12/2014

association narrowly focus its work on one country to get to know it very well, and become a reference for understanding that particular country and the conditions of Muslims living in it.

And also to know what is good and what is not good, and to get to know all those active in Islamic work in these countries.

**Ready to Cooperate**

He added that the Supreme Council for Islamic Affairs has information on trusted associations and missionaries, with whom a Muslim or a society could cooperate. Therefore, if the charity associations working in that field consulted with the Supreme Council for Islamic Affairs or the Ministry of Islamic Affairs regarding with whom to cooperate, they would find a clear answer in that field, because experience plays a major role. This would be particularly important, given that the Supreme Council for Islamic Affairs' access to sources of information from the associations and organizations cooperating with it and assisting it in collecting the information that enables it to work with vision. Therefore, I say and stress, that Islamic associations that wish to work in any country should access the information that the Supreme Council for Islamic Affairs has about that country or that association they wish to cooperate with so that they would not fall into the fraud trap that some weak souls may set up for them. Also, if the Council receives information on dubious associations or the weak individuals we mentioned, it publicizes the information and notifies the Islamic organizations and associations affiliated with the Kingdom and working in this field.

**Islamic Information Center**

Regarding the establishment of an Islamic information center that contains names and information on Islamic organizations and associations abroad, Dr. Al-Ayed said that this is a call that is indeed worth nourishing and working on materializing, as it has become a vital request today. That is why I hope that the Supreme Council for Islamic Affairs would adopt this idea and realize it, and I believe that His Royal Highness, Prince Sultan bin Abdulaziz, whom we know and is known to all people for his keenness on accuracy and coping with the developments of the era, will not hesitate to establish that center that would be at the level of the services provided by the Kingdom in that respect. The Kingdom is the true reference for Islam in the world and is the true reference for Muslims around the world, especially those who follow the Sunni sect. I believe this is an important request and that any delay in its implementation would be unjustified. I hope the Supreme Council for Islamic Affairs would be honored with the presence of that center that would hopefully become a reference point for information in this field.

**We Do Not Want Differences or Division**

Dr. Al-Ayed concluded by addressing a word to those working in the field of Islamic Da'wah abroad: The time has come for them to know where they are heading and in which direction their actions would lead them. Muslims are in dire need today for warmth and harmony away from differences and division. There will not be unity as the dreamers hope, but at least let there would be harmony and closeness, not differences and antagonism. And if we differed, let us not divide, that is why I call on them to cooperate, and share affection and mercy, as I also call on them to follow the true faith and the true teachings (of Islam). The many stray calls should not fool us; instead, we should search for the true religion that leads us to paradise with the mercy of the Almighty God.

http://www.alriyadh.com/Contents/2000/10/27-10-2000/page13.html                  15/12/2014