# Exhibit "24"

to the Affirmation of Sean P. Carter Transmitting Evidence in Support of Plaintiffs'
Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Saudi Arabia
and Saudi High Commission for Relief of Bosnia & Herzegovina

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

*This document relates to:  All Actions*

## INDEX OF EVIDENCE SUPPORTING PLAINTIFFS' AVERMENT OF FACTS IN SUPPORT OF THEIR CLAIMS AGAINST THE KINGDOM OF SAUDI ARABIA AND THE SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA

Exhibit 1 – Declaration of Dr. Mutlib Bin Abdullah Al Nafissa, Member of the Council of Ministers of the Kingdom of Saudi Arabia.  Averment at ¶ 5.

Exhibit 2 – October 1998 Department of Defense Intelligence Agency Report, *IIR[REDACTED]/Swift Knight –Usam Ben Laden's Current and Historical Activities*.  Averment at ¶¶ 28, 452.

Exhibit 3 – Testimony of Stuart A. Levey, Undersecretary of Terrorism and Financial Intelligence, U.S. Department of the Treasury Press Release, August 23, 2004.  Averment at ¶ 35.

Exhibit 4 – Testimony of Stuart A. Levey, Undersecretary of Terrorism and Financial Intelligence, before the U.S. House Financial Services Subcommittee on Oversight and Investigations, U.S. Department of the Treasury Press Release, July 11, 2006.  Averment at ¶ 35.

Exhibit 5 – Prepared Remarks of Daniel L. Glaser, Acting Assistant Secretary for Terrorist Financing and Financial Crimes before the Annual Meetings Program of Seminars: *The Importance of Expanding Targeted Financial Transactions Programs Around the Globe: Challenges and Opportunities*, September 23, 2005.  Averment at ¶ 35.

Exhibit 6 – Michael Jacobsen and Matthew Levitt, *The Money Trail: Finding, Following and Freezing Terrorist Finances*, The Washington Institute for Near East Policy, Policy Focus #89, November 2008, p. 3.  Averment at ¶ 35.

Exhibit 7 – Michael J. Jacobsen and Matthew Levitt, *Follow the Money*, Los Angeles Times, December 23, 2008.  Averment at ¶ 35.

Exhibit 8 – U.N. Security Council Committee, *Second Report of the Monitoring Group on Al Qaida*, December 2, 2003.  Averment at ¶¶ 40, 419, 421, 570.

Exhibit 9 – March 20, 2000 letter from the General Director of the Muslim World League's branch office in Pakistan to Sheikh Abu Hafs.  Averment at ¶¶ 47, 48, 286, 287, 289.

Exhibit 10 – May 13, 1999 letter from the Main Regional Office of the International Islamic Relief Organization in Peshawar, Pakistan to Abu Hafs.  Averment at ¶¶ 47, 48, 286, 287, 289.

Exhibit 11 – July 12, 1999 letter from the Main Regional Office of the International Islamic Relief Organization in Peshawar, Pakistan to Abdul Hadi al Iraqi.  Averment at ¶¶ 47, 48, 286, 287, 289.

Exhibit 12 – April 27, 2007 Department of Defense News Release, *Defense Department Takes Custody of a High-Value Detainee* [Abdul Hadi al Iraqi].  Averment at ¶¶ 47, 48, 286, 287, 289.

Exhibit 13 – April 25, 2000 letter from Chief Al-Haj Maulawi Abdul-Kabir Akhund to the "managing director of the Islamic League Trust."  Averment at ¶¶ 47, 48, 286, 287, 289.

Exhibit 14 – Helen Chapin Metz, *Saudi Arabia, A Country Study*, Federal Research Division, Library of Congress, December 1992, pp. 208-209.  Averment at ¶¶ 60-64.

Exhibit 15 – Wa'el Hamza Jelaidan's Curriculum Vitae.  Averment at ¶ 82.

Exhibit 16 – Transcript, *A Conversation with Prince Turki Al Faisal*, Council on Foreign Relations, February 13, 2006.  Averment at ¶ 88.

Exhibit 17 – Michael Scheuer, *Osama Bin Laden*, pp. 76-77 (2011).  Averment at ¶ 90.

Exhibit 18 – Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11*, pp. 150-151, 405 (2011).  Averment at ¶ 91.

Exhibit 19 – The Letter of Demands ("Kitab Al Matalib"), as printed in the Egyptian newspaper Al-Sha'ab on May 21, 1991, including excerpts from Anders Jerichow, *The Saudi File*, Chapter 4 ("Political Reform"), pp. 52-54 (1998).  Averment at ¶¶ 106, 107, 290.

Exhibit 20 – The Memorandum of Advice, including excerpts from Mamoun Fandy, *Saudi Arabia and the Politics of Dissent*, pp. 50-60 (2001).  Averment at ¶¶ 108, 109, 290.

Exhibit 21 – Saudi Arabian Royal Decree published in Umm Al-Qura [Saudi Arabia's official newspaper], Year 70, Issue 3462, July 16, 1993.  Averment at ¶¶ 114, 115.

Exhibit 22 – Notification by the Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") that Mohammed Jamal Khalifa is the Regional Director for the IIRO in South-East Asia.  Averment at ¶¶ 136, 350.

Exhibit 23 – Affirmation of Daniel Robert "Bob" Graham, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 2558.  Averment at ¶¶ 152, 190, 245.

Exhibit 24 – Affirmation of Joseph Robert "Bob" Kerrey, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 2557-3.  Averment at ¶ 244.

Exhibit 25 – Michael Isikoff, *Failure to Communicate*, Newsweek, August 3, 2003.  Averment at ¶ 152.

Exhibit 26 – Senator Bob Graham, *Intelligence Matters: The CIA, the FBI, Saudi Arabia, and the Failure of America's War on Terror*, pp. 11-13, 18-21, 24, 25, 166-169 (2004).  Averment at ¶¶ 154, 155, 161, 162, 172, 175, 179, 181, 190, 196-198, 201, 209, 219, 220.

Exhibit 27 – "Tareekh Osama" (or "Osama's History") document identifying the principal financiers of al Qaeda (the "Golden Chain").  Averment at ¶ 156.

Exhibit 28 – Testimony of Jamal al Fadl, August 29, 2002 [Fadl, a former al Qaeda leader who repudiated Osama bin Laden in the 1990's and has appeared as a principal government witness in numerous al Qaeda terrorist trials, confirmed the existence of the Golden Chain and specifically identified Saleh Kamel, Yousef Jameel, Wael Jelaidan, Adel Batterjee and others as direct financiers and facilitators of al Qaeda.].  Averment at ¶ 156.

Exhibit 29 – Penal Law on Dissemination and Disclosure of Classified Information and Documents, Royal Decree No. M/35, December 4, 2011.  Averment at ¶ 157.

Exhibit 30 – 9/11 Commission Memorandum for the Record, Interview of Omar al Bayoumi, October 16-18, 2003.  Averment at ¶¶ 153, 154, 159, 161, 167, 172, 174, 204.

Exhibit 31 – 9/11 Commission Memorandum for the Record, Interview of Fahad al Thumairy, February 23-25, 2004.  Averment at ¶¶ 163, 164, 168, 169.

Exhibit 32 – 9/11 Commission Memorandum for the Record, Interview of Cayson bin Don, April 20, 2004.  Averment at ¶¶ 161, 172, 179.

Exhibit 33 – 9/11 Commission Memorandum for the Record, Interview of FBI Special Agent, November 17, 2003.  Averment at ¶¶ 173, 199, 204, 205.

Exhibit 34 – 9/11 Commission Memorandum for the Record, Interview of Osama Basnan, October 21-22, 2003.  Averment at ¶¶ 197, 198, 204.

Exhibit 35 – FBI Report, *Fahad Althumairy (NON-USPER), IT-OTHER (UBL/AL-QAEDA)*, September 4, 2002.  Averment at ¶¶ 162, 166, 170, 172, 173, 177, 219, 221.

Exhibit 36 – FBI Report, *Omar Al Bayoumi, Employed By Dallah Al Baraka*, April 15, 2002. Averment at ¶¶ 155, 158, 159, 161, 182, 184, 185, 188, 193, 195.

Exhibit 37 – U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #1).  Averment at ¶¶ 153, 158, 172, 177, 184, 189, 194, 195, 197.

Exhibit 38 – U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #2).  Averment at ¶¶ 153, 158, 172, 177, 184, 189, 194, 195, 197.

Exhibit 39 – U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #3).  Averment at ¶¶ 153, 158, 172, 177, 184, 189, 194, 195, 197.

Exhibit 40 – U.S. Department of Justice, Office of the Inspector General, *A Review of the FBI's Handling of Intelligence Information Related to the September 11 Attacks (November 2004)*, Released Publicly June 2006.  Averment at ¶¶ 160, 227.

Exhibit 41 – Richard B. Schmitt and Josh Meyer, *9/11 Report: No Evidence of Critical Mistakes*, July 23, 2003.  Averment at ¶ 160.

Exhibit 42 – Shared Address for Omar al Bayoumi and Suleiman al Ali.  Averment at ¶ 167.

Exhibit 43 – Glenn R. Simpson, *Riyadh Paid Man Linked to Sept. 11 Hijackers*, Wall Street Journal, August 8, 2003.  Averment at ¶ 185.

Exhibit 44 – Pilip Shenon, *The Commission: The Uncensored History of the 9/11 Investigation*, pp. 185, 398, 399 (2008).  Averment at ¶¶ 191, 192, 201.

Exhibit 45 – Excerpts from a FBI 302 Statement regarding Omar al Bayoumi and Mohdar Abdullah, January 15, 2002 and January 11, 2001.  Averment at ¶ 219.

Exhibit 46 – FBI Report, *Mihdar Mohammad Al-Mihdar Zaid, A.K.A. Mohdar Mohamed Abdullah; IT-UBL/Al QAIDA*, May 17, 2004.  Averment at ¶¶ 220, 223.

Exhibit 47 – FBI Report, *Mihdar Mohammad Al-Mihdar Zaid, A.K.A. Mohdar Mohamed Abdullah; IT-UBL/Al QAIDA*, May 18, 2004.  Averment at ¶¶ 220, 223.

Exhibit 48 – Lisa Myers and Jim Popkin, *Did The 9/11 Hijackers Have a U.S. Accomplice?*, NBC News, September 8, 2006.  Averment at ¶ 221.

Exhibit 49 – FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #1). Averment at ¶¶ 150, 175, 177, 188, 194, 196, 197, 198, 206, 209.

Exhibit 50 – FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #2). Averment at ¶¶ 150, 175, 177, 188, 194, 196, 197, 198, 206, 209.

Exhibit 51 – FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #3). Averment at ¶¶ 150, 175, 177, 188, 194, 196, 197, 198, 206, 209.

Exhibit 52 – FBI 302 Statement Regarding Omar al Bayoumi, September 22, 2001.  Averment at ¶ 188.

Exhibit 53 – *FBI Report Implicates Saudi Government in 9/11*, WashingtonsBlog, April 29, 2013.  Averment at ¶¶ 152, 162.

Exhibit 54 – FBI Report, *Anwar Nasser Aulaqi*, September 26, 2001 (Version #1).  Averment at ¶¶ 209, 212, 213, 215, 217, 218.

Exhibit 55 – FBI Report, *Anwar Nasser Aulaqi*, September 26, 2001 (Version #2).  Averment at ¶¶ 209, 212, 213, 215, 217, 218.

Exhibit 56 – Susan Schmidt, *Imam From VA Mosque Now Thought to Have Aided Al Qaeda*, Washington Post, February 27, 2008.  Averment at ¶¶ 213, 214, 215, 216.

Exhibit 57 – FBI Report, *PENTTBOMB*, September 26, 2001.  Averment at ¶¶ 217, 218.

Exhibit 58 – FBI Report, *Anwar Nasser Aulaqi, aka N.A. Aulaqi, Anwar N. Alaulaqi*, October 23, 2001.  Averment at ¶¶ 177, 209, 215.

Exhibit 59 – FBI 302 Statement Regarding Anwar Aulaqi Purchasing Airline Tickets for 9/11 Hijackers, September 27, 2001.  Averment at ¶ 218.

Exhibit 60 – FBI Report, *Anwar Aulaqi*, May 9, 2002.  Averment at ¶¶ 209, 213, 217, 218.

Exhibit 61 – FBI Memorandum, *Abu Atiq Anwar Aulaqi*, December 1, 2006.  Averment at ¶¶ 173, 209, 215, 216, 219, 220.

Exhibit 62 – December 1, 2006 Letter from the U.S. Department of Justice to Yemen's Ministry of Interior, Re: Anwar Nasser Aulaqi, aka Anwar Al-Awlaki, Abu Atiq.  Averment at ¶¶ 209, 216.

Exhibit 63 – FBI Report, *PENTTBOMB*, April 11, 2002.  Averment at ¶¶ 219, 226.

Exhibit 64 – Susan Schmidt, *Spreading Saudi Fundamentalism in U.S.*, Washington Post, October 2, 2003.  Averment at ¶¶ 234, 236, 240, 462.

Exhibit 65 – David Rennie, *Hijackers in Same Hotel as Saudi Minister*, The Telegraph, October 3, 2003.  Averment at ¶¶ 234, 236, 237, 239, 240.

Exhibit 66 – Dan Christensen and Anthony Summers, *FBI Records Say Sarasota Saudis Who Fled Home Had Many Connections to Individuals Tied to 9/11*, Broward Bulldog, April 16, 2013.  Averment at ¶¶ 249, 250, 251.

Exhibit 67 – Dan Christensen and Anthony Summers, *New FBI Records: A Chilling Find in a Dumpster; 9/11 "Person of Interest" Re-Enters U.S.*, Broward Bulldog, July 1, 2014.  Averment at ¶¶ 249, 250, 251.

Exhibit 68 – Dan Christensen, *9-11, Saudi Arabia and the Search for Answers Amid Government Secrecy*, Broward Bulldog, September 10, 2014.  Averment at ¶¶ 249, 250, 251.

Exhibit 69 – FBI Report regarding Sarasota Saudi investigation, April 16, 2002.  Averment at ¶¶ 249, 250, 251.

Exhibit 70 – FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation, June 27, 2014.  Averment at ¶¶ 249, 250, 251.

Exhibit 71 – FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation, June 6, 2014.  Averment at ¶¶ 249, 250, 251.

Exhibit 72 – FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation, May 9, 2014.  Averment at ¶¶ 249, 250, 251.

Exhibit 73 – FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation, March 28, 2013.  Averment at ¶¶ 249, 250, 251.

Exhibit 74 – 9/11 Commission Memorandum for the Record, Interview of Muhammad Jabber Hassan Fakihi, October 20-21, 2003.  Averment at ¶¶ 254, 255, 263.

Exhibit 75 – David Crawford, *How a Diplomat From Saudi Arabia Spread His Faith*, Wall Street Journal, September 10, 2003.  Averment at ¶¶ 254-258, 260, 262, 504.

Exhibit 76 – Newsweek Staff, *Saudi Government: Bin Laden Loyalists: How High Do They Go?*, Newsweek, May 4, 2003.  Averment at ¶¶ 258, 261, 262.

Exhibit 77 – Stefan Theil, *The Saudis: A Missing Diplomat?*, Newsweek, March 13, 2010. Averment at ¶ 259.

Exhibit 78 – Matt Levitt, *Drawing a Line in the Saudi Sand*, National Review Online, April 16, 2003.  Averment at ¶¶ 260, 262.

Exhibit 79 – Matt Levitt, *Subversion From Within: Saudi Funding of Islamic Extremist Groups in the United States*, Policy Watch, October 2, 2003.  Averment at ¶¶ 259, 261.

Exhibit 80 – Susan Schmidt and Caryle Murphy, *U.S. Revokes Visas of Cleric at Saudi Embassy, Monarchy to No Longer Be Islamic Institute's Sponsor*, Washington Post, December 7, 2003. Averment at ¶¶ 265-169, 271.

Exhibit 81 – Staff, *Islamic Institute Closed, Searched*, Washington Times, July 1, 2004. Averment at ¶¶ 265-169, 271.

Exhibit 82 – Letter from Senator Charles Schumer to the Honorable Colin L. Powell, January 29, 2004.  Averment at ¶ 270.

Exhibit 83 – Official Press Release from the Office of Senator Chuck Schumer, *Schumer: Yesterday's State Department Move to Revoke Visas of Saudis Linked to Wahhabism Doesn't Go Far Enough*, January 29, 2004.  Averment at ¶ 270.

Exhibit 84 – Official Press Release from the Office of Senator Chuck Schumer, *Schumer, Collins Urge State Dept to Add Saudi Arabia to List of Religiously Intolerant Nations*, August 9, 2004. Averment at ¶ 272.

Exhibit 85 – Diplomatic Cable, *Islamic Extremism in the Netherlands*, October 6, 2005. Averment at ¶¶ 273, 274, 275.

Exhibit 86 – Beatrice de Graaf, *The Nexus Between Salafism and Jihadism in the Netherlands*, CTC Sentinel, March 3, 2010.  Averment at ¶¶ 275, 276.

Exhibit 87 – Diplomatic Cable, U.S. Embassy The Hague, *Radical Imams Expelled From the Netherlands*, February 17, 2006.  Averment at ¶¶ 281, 282.

Exhibit 88 – Ian Johnson and David Crawford, *A Saudi Group Spreads Extremism in 'Law' Seminars, Taught in Dutch*, Wall Street Journal, April 15, 2003.  Averment at ¶¶ 277, 278, 279, 280.

Exhibit 89 – Expatica.com, *Dutch Expel Fourth Imam in Anti-Terror Offensive, AIVD Keeps Watch on Six Suspicious Islamic Groups*, February 24, 2005.  Averment at ¶¶ 273, 274, 283.

Exhibit 90 – Robert Spencer, *Dutch Expel Fourth Imam in Anti-Terror Offensive*, Jihad Watch, February 25, 2005.  Averment at ¶ 283.

Exhibit 91 – Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter for APHSCT Townsend Visit to Saudi Arabia, 5-8 February 2007*, February 1, 2007.  Averment at ¶ 285.

Exhibit 92 – Diplomatic Cable, U.S. Embassy Riyadh, *Confronting Intolerance in Saudi Mosques*, February 10, 2008.  Averment at ¶ 285.

Exhibit 93 – Al-Sirat Al-Mustaqeem, Interview with Sheikh al Mujahideen Abu Abdel Aziz, August 1994.  Averment at ¶¶ 292, 293.

Exhibit 94 – Ministry of the Interior and Kingdom Relations, General Intelligence and Security Service, *From Dawa to Jihad: The Various Threats From Radical Islam to the Democratic Legal Order*, December 2004.  Averment at ¶ 314.

Exhibit 95 – 1996 Central Intelligence Agency Report.  Averment at ¶¶ 315, 382, 507.

Exhibit 96 – *Money Laundering and Terror Financing Issues in the Middle East*, Hearing Before the U.S. Senate Committee on Banking, Housing, and Urban Affairs (July 13, 2005), Testimony of Treasury Department Undersecretary for Terrorism and Financial Intelligence Stuart A. Levey, and Dennis M. Lormel.  Averment at ¶¶ 316, 472.

Exhibit 97 – *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee (November 8, 2005), Statement of Senator Patrick J. Leahy.  Averment at ¶ 316.

Exhibit 98 – *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee (November 8, 2005), Statement of Senator Russell D. Feingold.  Averment at ¶ 316.

Exhibit 99 – *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee (November 8, 2005), Statement of Senator Arlen Specter.  Averment at ¶ 316.

Exhibit 100 – *Terrorism Financing: Origination, Organization, and Prevention*, Hearing Before the U.S. Senate Committee on Governmental Affairs (July 31, 2003), Statements of Senator Susan M. Collins and Senator Carl M. Levin, and Prepared Testimony of Steven Emerson and Jonathan Levin.  Averment at ¶¶ 316, 407.

Exhibit 101 – *Terrorism: Two Years After 9/11, Connecting the Dots*, Hearing Before the U.S. Senate Judiciary Subcommittee on Terrorism, Technology and Homeland Security (September 10, 2003), Statement of Senator Jon Kyl and Testimony of Simon Henderson and Matthew Epstein.  Averment at ¶ 316.

Exhibit 102 – *Efforts to Combat Terrorism Financing*, Hearing Before the U.S. Senate Committee on Banking, Housing and Urban Affairs (September 25, 2003), Testimony of former Treasury Department General Counsel David D. Aufhauser.  Averment at ¶ 316.

Exhibit 103 – *An Assessment of Current Events to Combat Terrorism Financing*, Hearing Before the U.S. Senate Committee on Governmental Affairs (June 15, 2004), Statements of Senator Carl M. Levin and Lee S. Wolosky.  Averment at ¶ 316.

Exhibit 104 – Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter for Special Representative Ambassador Holbrooke's February 15-16 Visit to Riyadh*, February 12, 2010.  Averment at ¶ 318.

Exhibit 105 – Diplomatic Cable, Secretary of State Hillary Clinton, *Terrorist Finance: Action Request for Senior Level Engagement on Terrorism Finance*, December 30, 2009.  Averment at ¶¶ 319, 369.

Exhibit 106 – Diplomatic Cable, U.S. Embassy Khartoum, *Southern Sudan Security Environment Profile Questionnaire (SEPQ)*, April 1, 2009.  Averment at ¶ 320.

Exhibit 107 – Diplomatic Cable, U.S. Embassy Riyadh, *Saudi Ministry of the Interior on Terrorist Financing Issues*, March 25, 2009.  Averment at ¶ 321.

Exhibit 108 – Diplomatic Cable, U.S. Embassy Kampala, *2008 Security Environment Profile Questionnaire (SEPQ), Kampala*, March 12, 2009.  Averment at ¶ 322.

Exhibit 109 – Diplomatic Cable, U.S. Embassy Sana'a, *Sanaa Security Environment Profile Questionnaire (SEPQ) – Spring 2009*, March 2, 2009.  Averment at ¶ 323.

Exhibit 110 – Diplomatic Cable, U.S. Embassy Jakarta, *Radical Muslim Group Stages Congress*, August 21, 2008.  Averment at ¶ 324.

Exhibit 111 – Diplomatic Cable, Secretary of State, *Reporting and Collection Needs: Paraguay*, March 24, 2008.  Averment at ¶ 325.

Exhibit 112 – Diplomatic Cable, U.S. Embassy Khartoum, *Terrorist Finance: Post-Vetting of Human Appeal International (HAI)*, February 13, 2007.  Averment at ¶ 326.

Exhibit 113 – Diplomatic Cable, Secretary of State, *Terrorism Finance: International Islamic Relief Organization (IIRO)*, June 16, 2006.  Averment at ¶ 327.

Exhibit 114 – Diplomatic Cable, U.S. Embassy Sofia, *Islam and Islamic Extremism in Bulgaria*, October 11, 2005.  Averment at ¶ 328.

Exhibit 115 – Diplomatic Cable, U.S. Embassy Manila, *Islamic NGOs in the Philippines*, May 23, 2005.  Averment at ¶¶ 329, 395.

Exhibit 116 – Diplomatic Cable, Secretary of State, *Terrorist Finance: [REDACTED]*, June 2004.  Averment at ¶¶ 330, 394.

Exhibit 117 – Diplomatic Cable, Secretary of State, *Terrorist Financing – [REDACTED] IIRO*, April 2004.  Averment at ¶¶ 331, 393.

Exhibit 118 – Declaration of Ali Muhammad al Kamal, Manager for the Financial Affairs Administration of the Muslim World League.  Averment at ¶ 336.

Exhibit 119 – Declaration of Abdulaziz H. al Fahad, Member of the Council of Ministers.  Averment at ¶ 337.

Exhibit 120 – Declaration of Abdullah bin Saleh al Obaid, former Secretary General of the Muslim World League.  Averment at ¶ 338.

Exhibit 121 – The Muslim World League Journal, Vol. 11, Nos. 5 & 6, February-March 1984.  Averment at ¶ 339.

Exhibit 122 – *Minister of Citizenship and Immigration v. Mahmoud Jaballah*, Federal Court of Canada, Docket DES-6-99, November 2, 1999.  Averment at ¶¶ 340, 423, 442.

Exhibit 123 – Defendant Muslim World League's Answer to First Amended Complaint, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 346, July 30, 2004.  Averment at ¶ 341.

Exhibit 124 – U.S. Treasury Department Statement on the Designation of Wa'el Hamza Julidan, September 6, 2002.  Averment at ¶¶ 342, 551, 564.

Exhibit 125 – "Tareekh Osama" (or "Osama's History") files.  Averment at ¶¶ 344, 345, 348, 349, 549, 550, 564.

Exhibit 126 – Statement of Abdullah al Hashayka, December 24, 1994.  Averment at ¶¶ 351, 352.

Exhibit 127 – Mohammed Jamal Khalifa arrest records ("Known Terrorist"), December 16, 1994.  Averment at ¶¶ 353, 383.

Exhibit 128 – Dar al Imam al Shafi'i Terrorism Curriculum.  Averment at ¶¶ 353, 384.

Exhibit 129 – Declaration in Support of Pre-Trial Detention, *U.S. v. Soliman S. Biheiri*, Case No. 03-365-A, August 14, 2003.  Averment at ¶ 362.

Exhibit 130 – Diplomatic Cable, U.S. Embassy Madrid, *DOJ Counterterrorism Meetings With Spanish Authorities*, June 1, 2005.  Averment at ¶ 364.

Exhibit 131 – Nick Wood, *US Fears Terrorist Attack in Kosovo*, BBC News, April 3, 2000. Averment at ¶¶ 366, 551, 565, 566.

Exhibit 132 – Excerpt from the Muslim World League magazine, Interview with Dr. Abdullah bin Saleh al Obaid, July 21-27, 1997.  Averment at ¶¶ 368, 563.

Exhibit 133 – Defendant International Islamic Relief Organization's Amended Answer to First Amended Complaint, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 1548, December 13, 2005.  Averment at ¶ 372.

Exhibit 134 – March 16, 1999 Memorandum from Secretary-General Dr. Adnan Khalil Basha to the managers of all the overseas branch offices of the International Islamic Relief Organization. Averment at ¶ 372.

Exhibit 135 – Declaration of Saleh Abdullah al Saykhan, Manager of the Financial Administration of the International Islamic Relief Organization.  Averment at ¶ 373.

Exhibit 136 – 2000-2001 Annual Report of the International Islamic Relief Organization. Averment at ¶ 374.

Exhibit 137 – Center for Contemporary Conflict, *Al Qaeda Finances and Funding to Affiliated Groups*, January 2005.  Averment at ¶¶ 376, 380, 382, 419.

Exhibit 138 – Government's Evidentiary Proffer Supporting the Admissibility of Coconspirator Statements, *United States v. Enaam Arnaout*, United States District Court for the Northern District of Illinois, Case No. 02-CR-892, January 6, 2003 [By way of background, Usama Bin Laden and Abdallah Azzam formed Mekhtab al Khidemat ("MK") (the "Office of Services") to support mujahideen in Afghanistan engaged in a conflict with the Soviet Union at a time prior to the Soviet withdrawal in 1989.  Various relief organizations – including LBI, the BIF forerunner – worked with MK to provide travel documents, funds and other logistical support to the mujahideen.  MK also worked with a number of other charitable/relief organizations, especially with WaeI Julaidan ("Abu Hassan al Madani") of the International Islamic Relief Organization (hereafter "IIRO", sometimes referred to as "Igatha" based upon its Arabic name "Hay'at al-lgatha al-lslamiya al 'Alamiyaa'"), which was under the umbrella of al Rabita al Alami al Islamiya, also known as the Muslim World League ("MWL").  In many respects, Wael Julaidan was a leading supporter of the jihad through the relief organization network.  Persons affiliated with charities provided logistical support to the mujahideen so integral to the success of the mujahideen that, as discussed below, Julaidan was featured in organizational charts as the person responsible for "Jihad Support," even dating to the time prior to the forming of al Qaeda.]. Averment at ¶ 376.

Exhibit 139 – FBI 302 Cooperating Witness Statements of Jamal al Fadl, November 1996. Averment at ¶¶ 377, 385.

Exhibit 140 – FBI 302 Cooperating Witness Interview of Jamal al Fadl, June 2, 2004.  Averment at ¶ 377.

Exhibit 141 – Transcript Excerpts from Videotape Interviews of Jamal al Fadl, submitted as evidence in *United States v. Fazul Abdullah Mohammed, et al.*, Case No. 01-1535-cr(L), United States Second Circuit Court of Appeals, filed June 14, 2007, pp. SA-894-901 [Former al Qaeda member Jamal al Fadl told U.S. authorities that Jelaidan ran the IIRO office in Peshawar, Pakistan which was responsible for providing International Islamic Relief Organization identification cards to al Qaeda and other mujahideen in order to get them across the Pakistan-Afghanistan border.].  Averment at ¶ 377.

Exhibit 142 – FBI 302 Cooperating Witness Statements of Jamal al Fadl, January-February 1998.  Averment at ¶ 378.

Exhibit 143 – *The Evolution of Terrorist Financing in the Philippines*, PCSUPT Rodolfo B. Mendoza, Jr., Philippine National Police.  Averment at ¶¶ 380, 381.

Exhibit 144 – U.S. Treasury Department Executive Order 13224 Designation Memorandum for Dr. Abd al Hamid Sulaiman al Mujil and the International Islamic Relief Organization's Philippines and Indonesia Branches.  Averment at ¶ 381.

Exhibit 145 – December 16, 1994 letter authored by Philip C. Wilcox, Jr., U.S. Department of State's Coordinator for Counterterrorism.  Averment at ¶ 386.

Exhibit 146 – December 20, 1994 letter authored by Philip C. Wilcox, Jr., U.S. Department of State's Coordinator for Counterterrorism.  Averment at ¶ 387.

Exhibit 147 – Diplomatic Cable, Secretary of State, *Arrest in US of Terrorist Financier Muhammad Khalifah Now Under Indictment in Jordan*, December 1994.  Averment at ¶ 389.

Exhibit 148 – Diplomatic Cable, Secretary of State, *Official-Informal*, December 1994. Averment at ¶ 389.

Exhibit 149 – Diplomatic Cable, U.S. Embassy Manila, *Who Was Behind IPIL? No Shortage of Suspects*, April 1995.  Averment at ¶ 390.

Exhibit 150 – Diplomatic Cable, Secretary of State, *September 11: Working Together to Fight the Plague of Global Terrorism and the Case Against Al-Qa'ida*, October 2001.  Averment at ¶ 392.

Exhibit 151 – Diplomatic Cable, Secretary of State, *Terrorist Finance: [REDACTED]*, June 2004.  Averment at ¶ 394.

Exhibit 152– September 1, 2003 letter from Mohammed Jamal Khalifa to Dr. Adnan bin Khalil Basha.  Averment at ¶ 396.

Exhibit 153 – Diplomatic Cable, U.S. Embassy Manama, *OFAC Director Werner's Meetings With Finance Minister, Minister of Social Affairs, Central Bank Governor*, October 3, 2005. Averment at ¶ 397.

Exhibit 154 – Diplomatic Cable, U.S. Embassy Manama, *Treasury Undersecretary Stuart Levey Visits Bahrain to Discuss AML/CFT Efforts*, February 20, 2006.  Averment at ¶ 397.

Exhibit 155 – Diplomatic Cable, U.S. Consulate Jeddah, *IIRO Secretary-General Talks of Saudi Programs and Expansions*, October 9, 2006.  Averment at ¶ 398.

Exhibit 156 – Diplomatic Cable, U.S. Embassy Khartoum, *Terrorist Finance: Post-Vetting of Human Appeal International (HAI)*, February 13, 2007.  Averment at ¶ 399.

Exhibit 157 – Diplomatic Cable, U.S. Embassy Riyadh, *APHSCT Townsend February 6 Meeting With Foreign Minister Prince Saud Al-Faisal*, February 24, 2007.  Averment at ¶ 400.

Exhibit 158 – Diplomatic Cable, U.S. Embassy Skopje, *Macedonia: A/S O'Brien Visit Highlights Terrorism Financing Issues*, August 22, 2007.  Averment at ¶ 401.

Exhibit 159 – Diplomatic Cable, U.S. Embassy Dhaka, *International Islamic Relief Organization (IIRO) Seeks to Access Funds Frozen by Islami Bank Bangladesh*, November 3, 2008.  Averment at ¶ 402.

Exhibit 160 – U.S. Treasury Department Designates Director, Branches of Charity Bankrolling Al Qaida Network, August 3, 2006.  Averment at ¶¶ 403, 404.

Exhibit 161 – Diplomatic Cable, U.S. Embassy Riyadh, *Terrorism Finance: Saudi Response of IIRO's Al-Mua'jjil UNSCR 1267 Designation*, August 14, 2006.  Averment at ¶ 405.

Exhibit 162 – Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter: APHSCT Townsend Visit to Saudi Arabia, 4-7 November 2006*, October 24, 2006.  Averment at ¶ 405.

Exhibit 163 – Diplomatic Cable, U.S. Consulate Jeddah, *International Islamic Relief Organization – Designated by UN 1267 and US Treasury – Issues Letter of Congratulations to President Obama*, March 2, 2009.  Averment at ¶ 406.

Exhibit 164 – Affirmation of Evan F. Kohlman, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, April 22, 2010.  Averment at ¶¶ 408-418, 531.

Exhibit 165 – Associated Press, *Pakistan Deporting 89 Arab Aid Workers*, October 6, 2001. Averment at ¶¶ 420, 554.

Exhibit 166 – International Islamic Relief Organization Pakistan Branch, Verification of Receipts and Payments for the Period From January 1, 1996 to February 22, 2001, Ford Rhodes Sidat Hyder & Co. Chartered Accountants (A Member of Ernst & Young International) [The "audit" of the IIRO-Pakistan branch, dated just a few months before the September 11th attacks, uncovered the apparent diversion of millions of dollars of funds by that branch, and the wholesale fabrication of invoices, receipts and entire projects to conceal that activity.  This is the

same branch office that was used by the IIRO to fund 6 al Qaeda training camps, according to the 1996 CIA Report at Exhibit 95.].  Averment at ¶ 420.

Exhibit 167 – *Investigating Patterns of Terrorism Financing*, Hearing Before the U.S. House Committee on Financial Services Subcommittee on Oversight and Investigations (February 12, 2002), Testimony of Steven Emerson.  Averment at ¶ 423.

Exhibit 168 – U.S. Department of Defense, JTF-GTMO Matrix of Threat Indicators for Enemy Combatants.  Averment at ¶ 427.

Exhibit 169 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Samir N. al Hasan (ISN No. 043), October 13, 2006, March 4, 2008.  Averment at ¶¶ 427, 428.

Exhibit 170 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Rashed Awad Khalaf Balkhair (ISN No. 186), May 27, 2005, June 28, 2006.  Averment at ¶ 429.

Exhibit 171 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Said Muhammad Husayn Qahtani (ISN No. 200), September 21, 2004, July 1, 2005, August 12, 2006, January 5, 2009.  Averment at ¶¶ 430, 512.

Exhibit 172 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdallah Ibrahim al Rushaydan (ISN No. 343), September 10, 2004, April 12, 2005, April 19, 2005.  Averment at ¶¶ 431, 432.

Exhibit 173 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Rashid Abd al Muslih Qaida al Qaid (ISN No. 344), September 30, 2004, May 13, 2005, June 24, 2005.  Averment at ¶ 433.

Exhibit 174 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Ghanim Abd al Rahman Ghanim al Huwaymadi al Harbi (ISN No. 516), October 25, 2005, June 23, 2006, June 5, 2007.  Averment at ¶ 434.

Exhibit 175 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Tariq Mahmoud Ahmed al Sawah (ISN No. 535), January 16, 2008, September 30, 2008. Averment at ¶¶ 435, 436.

Exhibit 176 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Ahmed Hassan Jamil Suleyman (ISN No. 662), June 18, 2004, March 28, 2005.  Averment at ¶ 437.

Exhibit 177 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdul Latif Elbanna (ISN No. 905), May 15, 2005, August 26, 2005.  Averment at ¶ 438.

Exhibit 178 – Declaration of Mutaz Saleh Abu Unuq, Financial Director of the World Assembly of Muslim Youth, April 7, 2003.  Averment at ¶ 441.

Exhibit 179 – *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee (November 8, 2005), Testimony of Steven Emerson.  Averment at ¶ 442.

Exhibit 180 – *Terrorism Financing: Origination, Organization, and Prevention*, Hearing Before the U.S. Senate Committee on Governmental Affairs (July 31, 2003), Prepared Testimony of Steven Emerson and Jonathan Levin.  Averment at ¶¶ 445, 464, 533, 553.

Exhibit 181 – *Persecution of Christians Worldwide*, Hearing Before the U.S. House Subcommittee on International Operations and Human Rights (February 15, 1996), Written Statement of James B. Jacobson.  Averment at ¶ 446.

Exhibit 182 – World Assembly of Muslim Youth, *Islamic Camps: Objectives, Program Outlines, Preparatory Steps*.  Averment at ¶ 446.

Exhibit 183 – Chris Hedges, *Muslims From Afar Joining 'Holy War' in Bosnia*, New York Times, December 5, 1992.  Averment at ¶¶ 449, 450.

Exhibit 184 – U.S. Treasury Department Designates Two Individuals With Ties to Al Qaida, UBL Former BIF Leader and Al Qaida Associate Named Under E.O. 13224, December 21, 2004.  Averment at ¶ 450.

Exhibit 185 – *U.S. Links Bin Laden to Chechnya*, NBC News, August 1999.  Averment at ¶ 453.

Exhibit 186 – India Today Magazine, *SIMI: Bitter With India, Safdar Nagori, SIMI's Secretary General Speaks to Sayantan Chakravarty*, August 20, 2008.  Averment at ¶ 457.

Exhibit 187 – *Terrorism, Al Qaeda, and the Muslim World; The Challenge Within the Muslim World*, Hearing before the National Commission on Terrorist Attacks Upon the United States, Testimony of Steven Emerson, July 9, 2003.  Averment at ¶¶ 445, 446, 460, 461, 464.

Exhibit 188 – Jerry Markon, *U.S. Raids N. Va. Office of Saudi-Based Charity*, Washington Post, June 2, 2004.  Averment at ¶ 462.

Exhibit 189 – Sarah Boesveld, *Canadian Muslim Youth Group Tied to Al-Qaeda Stripped of Charitable Status*, National Post, March 6, 2012.  Averment at ¶¶ 466-471.

Exhibit 190 – August 23, 2011 letter from the Canada Revenue Agency to Mr. Ayman al Taher, President of the World Assembly of Muslim Youth, regarding the "Audit of the World Assembly of Muslim Youth."  Averment at ¶¶ 466-471.

Exhibit 191 – January 5, 2012 letter from the Canada Revenue Agency to Mr. Ayman al Taher, President of the World Assembly of Muslim Youth, regarding the "Notice of Intention to Revoke the World Assembly of Muslim Youth."  Averment at ¶¶ 466-471.

Exhibit 192 – U.S. Treasury Department Designates Benevolence International Foundation and Related Entities as Financiers of Terrorism, November 19, 2002.

Exhibit 193 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mammar Ameur (ISN No. 939), April 13, 2005, July 25, 2005.  Averment at ¶ 474.

Exhibit 194 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Adel Hassan Hamed (ISN No. 940), November 19, 2004, March 25, 2005  Averment at ¶ 475.

Exhibit 195 – Affidavit of Khalid bin Obaid Azzahri, Financial and Administrative Manager of Al Haramain Islamic Foundation, April 7, 2004.  Averment at ¶ 478.

Exhibit 196 – Sharon LaFraniere, *How Jihad Made its Way to Chechnya; Secular Separatist Movement Transformed by Militant Vanguard*, Washington Post, April 26, 2003.  Averment at ¶¶ 478, 482.

Exhibit 197 – Statement by Sheikh Muhmad al Tujri, Chairman of the Al Haramain Islamic Foundation's Africa Committee, www.alharamain.org.  Averment at ¶ 478.

Exhibit 198 – National Commission on Terrorist Attacks Upon the United States, Monograph on Terrorist Financing, Chapter 7, *Al Haramain Case Study*, pp. 114-130.  Averment at ¶ 479.

Exhibit 199 – Diplomatic Cable, Secretary of State, *Terrorism Financing: Updated Nonpaper on Al Haramain*, January 28, 2003.  Averment at ¶ 480.

Exhibit 200 – Republic Secretariat for Relations with the International Criminal Tribunal in the Hague and War Crimes Research, *Terrorism: Global Network of Islamic Fundamentalist's – Part I – Modus Operandi – Model Bosnia*, April 2004.  Averment at ¶ 481.

Exhibit 201 – Remarks by U.S. Treasury Department Secretary Paul O'Neill on New U.S.-Saudi Arabia Terrorist Financing Designations, March 11, 2002.  Averment at ¶ 483.

Exhibit 202 – U.S. Treasury Department Executive Order 13224 designation summaries for Al Haramain Islamic Foundation's branch offices.  Averment at ¶ 483.

Exhibit 203 – U.S. Treasury Department Announces Joint Action with Saudi Arabia Against Four Branches of Al-Haramain in the Fight Against Terrorist Financing, January 22, 2004. Averment at ¶¶ 484-487, 502.

Exhibit 204 – Additional Al-Haramain Branches, Former Leader Designated by Treasury as Al Qaida Supporters, Treasury Marks Latest Action in Joint Designation with Saudi Arabia, June 2, 2004.  Averment at ¶¶ 488-490.

Exhibit 205 – U.S. Treasury Department Executive Order 13224 Designation Memorandum for Al Haramain Islamic Foundation's branch offices in Afghanistan, Albania, Bangladesh, Ethiopia and The Netherlands, and Aqeel Abdelaziz al Aqil.  Averment at ¶ 491.

Exhibit 206 – U.S.-Based Branch of Al Haramain Foundation Linked to Terror, Treasury Designated U.S. Branch, Director, September 9, 2004.  Averment at ¶¶ 492, 502.

Exhibit 207 – Diplomatic Cable, U.S. Embassy Riyadh, *Terrorism Finance: UNSC 1267 Designee, Suliman al-Buthe, Featured in Local Press, Still on SAG Payroll*, October 17, 2006. Averment at ¶ 492.

Exhibit 208 – Internal Revenue Service Form 990 for Al Haramain Islamic Foundation, Inc. (2001).  Averment at ¶ 493.

Exhibit 209 – Excerpts from the Articles of Incorporation of Al Haramain Islamic Foundation, Inc., February 11, 1999.  Averment at ¶ 493.

Exhibit 210 – *In the Matter of the Search of One Story Residential Building Located at 3800 S. Highway 99 in Ashland, Oregon*, Application and Affidavit of Colleen Anderson, Special Agent, Internal Revenue Service, Criminal Investigation, February 13, 2004.  Averment at ¶¶ 495-500.

Exhibit 211 – Transcript, *U.S. v. Usama Bin Laden*, Case No. S(7) 98 Cr. 1023, May 1, 2001. Averment at ¶ 502.

Exhibit 212 – Transcript, *U.S. v. Usama Bin Laden*, Case No. S(7) 98 Cr. 1023, May 2, 2001. Averment at ¶ 502.

Exhibit 213 – U.S. Treasury Department Designated Al Haramain Islamic Foundation, June 19, 2008.  Averment at ¶ 503.

Exhibit 214 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Zaid Muhammad Sa'ad al Husayn (ISN No. 050), April 2, 2005, December 5, 2005, February 23, 2006.  Averment at ¶ 509.

Exhibit 215 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdel Hadi Mohammed Badan al Sebaii Sebaii (ISN No. 064), September 25, 2004, May 13,2005, July 18, 2005.  Averment at ¶ 510.

Exhibit 216 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdul Rahman Owaid Mohammad al Juaid (ISN No. 179), September 27, 2004, September 20, 2005, May 1, 2006, March 3, 2007.  Averment at ¶ 511.

Exhibit 217 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Fahd Muhammad Abdullah al Fouzan (ISN No. 218), February 27, 2006, February 14, 2007. Averment at ¶ 513.

Exhibit 218 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Wasm Awad Umar Wasim (ISN No. 338), October 7, 2004, July 11, 2005, February 17, 2006, April 6, 2006.  Averment at ¶ 514.

Exhibit 219 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Sami al Haj (ISN No. 345), July 8, 2005, September 4, 2006, September 11, 2007, April 4, 2008. Averment at ¶ 515.

Exhibit 220 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Jamal Muhammad Alawi Mari (ISN No. 577), September 22, 2004, October 26, 2005, November 25, 2006, January 11, 2008, May 5, 2008.  Averment at ¶¶ 516, 517.

Exhibit 221 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Khalid Mahomoud Abdul Wahab al Asmr (ISN No. 589), March 6, 2004 November 9, 2004. Averment at ¶ 518.

Exhibit 222 – Declaration of Dr. Mutlib bin Abdullah al Nafissa, Member of the Council of Ministers, January 31, 2004.  Averment at ¶ 521.

Exhibit 223 – Declaration of Saud bin Mohammad al Roshood, Director of the Executive Office of the Saudi High Commission, February 17, 2004.  Averment at ¶ 522.

Exhibit 224 – Declaration of Ali Ahmad Ali Hamad, March 4, 2008 (English and Arabic).  Averment at ¶¶ 525-527.

Exhibit 225 – Recorded Witness Statement of Ali Ahmad Ali Hamad, March 4, 2008.  Averment at ¶¶ 525-527.

Exhibit 226 – Saudi High Commission Employment Certificate for Ali Ahmad Ali Hamad, December 30, 1996.  Averment at ¶¶ 525-527.

Exhibit 227 – Transcript, Testimony of Ali Ahmad Ali Hamad before the International Criminal Tribunal for the Former Yugoslavia ("ICTY") (September 8, 2007) [Ali Hamad testifies that the Saudi High Commission provided considerable assistance to the Bosnian mujahideen and the "Zubeir" unit that Ali Hamad commanded.  According to Ali Hamad:  (i) the Zubeir unit was formed by the main al Qaeda cell outside Bosnia-Herzegovina; (ii) al Qaeda made the determination that Hamad would join the Zubeir unit and thus informed him of the decision; (iii) Hamad says that the Zubeir unit was a completely separate mujahedin unit from others in the area; (iv) the Saudi High Commission provided more assistance to the Zubeir unit than other mujahideen units.].  Averment at ¶¶ 525-527.

Exhibit 228 – FBI Report, *Murder of William Arnold Jefferson, November 18, 1995, Interview of Ali Ahmed Ali Hamad*.  Averment at ¶¶ 525-527, 532.

Exhibit 229 – Diplomatic Cable, U.S. Embassy Sarajevo, *Terrorist Finance: Bosnia's Dirty Dozen*, November 2002.  Averment at ¶ 528.

Exhibit 230 – Official Record from the Republic of Bosnia and Herzegovina, Ministry of the Interior, State Security Service ("Official Secret"; "Strictly Confidential"), October 23, 1995.  Averment at ¶ 529.

Exhibit 231 – Federal Office of Criminal Investigation, Expert Report Concerning the Area – Financial Investigations – Relating to the Judicial Assistance Request, Ref. No. INV/10289/T09-PH (245), dated 8/27/2002 of the "Office of the Prosecutor" (OTP) of the International Court of Criminal Justice for the former Yugoslavia relating to the "Third World Relief Agency" (TWRA), Vienna/Austria (also referred to as the "TWRA Report"), August 8, 2003.  Averment at ¶ 530.

Exhibit 232 – Adam Kredo, *Saudi Arabia's New King Helped Fund Radical Terrorist Groups*, Washington Free Beacon, January 26, 2015.  Averment at ¶ 533.

Exhibit 233 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Bensayah Belkacem (ISN No. 10001), September 24, 2004, December 28, 2005, November 19, 2006, April 28, 2008.  Averment at ¶¶ 535-539.

Exhibit 234 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Saber Mahfouz Lahmar (ISN No. 10002), September 23, 2004, November 29, 2005, October 25, 2006, April 17, 2008.  Averment at ¶ 540.

Exhibit 235 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mohammed Nechle (ISN No. 10003), September 23, 2004, November 17, 2005, November 7, 2006, April 5, 2008.  Averment at ¶¶ 541, 554.

Exhibit 236 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mustafa Ait Idr (ISN No. 10004), September 21, 2004, December 7, 2005, November 29, 2006, June 30, 2008.  Averment at ¶ 541.

Exhibit 237 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Lakhdar Boumediene (ISN No. 10005), September 21, 2004, November 30, 2005, October 20, 2006, April 1, 2008.  Averment at ¶¶ 541, 554.

Exhibit 238 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Boudella al Hajj (ISN No. 10006), October 6, 2004, November 30, 2005, November 20, 2006, May 5, 2008.

Exhibit 239 – Defense Intelligence Agency Report, *IIR [REDACTED] Aideed Receives Humanitarian Aid and Weapon Shipments From Saudi Arabian Relief Organization*.  Averment at ¶ 542.

Exhibit 240 – Declaration of Abdul Rahman al Swailem, President of the Saudi Arabian Red Crescent Society, April 2, 2004 (ECF No. 96-2).  Averment at ¶ 545.

Exhibit 241 – Declaration of Abdul Rahman al Swailem, President of the Saudi Arabian Red Crescent Society, April 2, 2004 (ECF No. 96-3).  Averment at ¶ 545.

Exhibit 242 – James Rupert, *Dreams of Martyrdom Draw Islamic Arabs to Join Afghan Rebels*, Washington Post, July 21, 1986.  Averment at ¶ 547.

Exhibit 243 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mohamed Atiq Awayd al Harbi (ISN No. 333), July 5, 2005, April 23, 2006, March 3, 2007. Averment at ¶ 556.

Exhibit 244 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Said Ali al Shihri (ISN No. 372), December 10, 2004, June 16, 2005, April 13, 2007.  Averment at ¶ 557.

Exhibit 245 – U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Muhamed Hussein Abdallah (ISN No. 704), December 10, 2004, April 22, 2005, July 26, 2005. Averment at ¶ 558.

Exhibit 246 – High Order No. 7/B/1863 (the "Albanian High Order"), May 19, 1999.  Averment at ¶ 559.

Exhibit 247 – Declaration of Dr. Abdulrahman A. Al-Suwailem, President of the Saudi Joint Relief Committee and the Saudi Red Crescent Society, January 10, 2005.  Averment at ¶ 560.

Exhibit 248 – U.S. Treasury Department Designates Bosnian Charities Funneling Dollars to Al Qaida, May 6, 2004.  Averment at ¶ 562.

Exhibit 249 – U.S. Treasury Department Executive Order 13224 designation summary for Al Haramain Al Masjed Al Aqsa Charity Foundation.  Averment at ¶ 562.

Exhibit 250 – INTERPOL Fusion Taskforce Report, *Financing of Terrorism and Charities*, Booklet 3, July 2003.  Averment at ¶¶ 564, 565, 571.

Exhibit 251 – INTERPOL Fusion Taskforce Report, *Financing of Terrorism*, March 2003.  Averment at ¶ 564.

Exhibit 252 – INTERPOL Fusion Taskforce Report, *Financing of Terrorism and Charities*, Booklet 2, July 2003.  Averment at ¶¶ 564, 565.

Exhibit 253 – Stephen Schwartz, *Islamic Fundamentalism in the Balkans*, Partisan Review, August 1, 2000.  Averment at ¶ 566.

Exhibit 254 – Fawaz Mohmmad, *Riyadh to Close Charities Oversees*, IslamOnline.net, March 29, 2004.  Averment at ¶ 566.

Exhibit 255 – Glenn R. Simpson, *Terror Finance: U.S. Tracks Saudi Bank Favored by Extremists*, Wall Street Journal, July 26, 2007, including Excerpt from 2003 CIA Report.  Averment at ¶ 571.

Exhibit 256 – *U.S. Vulnerabilities to Money Laundering, Drugs, and Terrorist Financing: HSBC Case History*, U.S. Senate Permanent Subcommittee on Investigations, July 17, 2012, pp. 193-202.  Averment at ¶ 571.

Exhibit 257 – Diplomatic Cable, Secretary of State, *Joint Examination of Al Rajhi Bank Through the Joint Terrorist Financing Task Force*, November 25, 2004.  Averment at ¶ 571.

Exhibit 258 – British Intelligence Report ["A most reliable and sensitive source advises that KbM/NCB has channeled funds to OBL on behalf of some of the Saudi Royal family, as insurance against attack on their various assets."].  Averment at ¶ 572.

Exhibit 259 – *Al Qaeda and Terrorism's Global Reach*, Hearing before the U.S. House Committee on International Relations, Testimony of Vincent Cannistraro, Former CIA Chief of Counterterrorism Operations and Analysis, October 3, 2001.  Averment at ¶ 572.

Exhibit 260 – U.S. Treasury Department Executive Order 13224 Designation Memorandum for Yassin al Kadi (Version #1).  Averment at ¶ 572.

19

<u>Exhibit 261</u> – U.S. Treasury Department Executive Order 13224 Designation Memorandum for Yassin al Kadi (Version #2).  Averment at ¶ 572.

<u>Exhibit 262</u> – Statement of Yassin Abdullah Kadi, *In the Matter of Yassin Abdullah Kadi and the Office of Foreign Assets Control, U.S. Department of the Treasury*.  Averment at ¶ 572.

<u>Exhibit 263</u> – Memorandum in Support of Defendants' Motion to Dismiss or in the Alternative, For Summary Judgment, *Yassin Abdullah Kadi v. Timothy Geithner, et al.*, Civil Action No. 09-0108 (JDB), May 22, 2009.  Averment at ¶ 572.

<u>Exhibit 264</u> – November 29, 2001 letter from David D. Aufhauser, Treasury Department General Counsel, to Switzerland's M. Claude Nicati, Substitut du Procureur General, regarding Yassin A. Kadi.  Averment at ¶ 572.

<u>Exhibit 265</u> – German Internal Intelligence Service, Summary of Findings, Investigation of Yassin Qadi and Muwafaq.  Averment at ¶ 572.

<u>Exhibit 266</u> – Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad, February 8, 2008 [Awad testifies that he went to Bosnia-Herzegovina in December 1992 intending to fight on the side of Bosnian Muslims.  To do so, Awad states that he joined Muwafaq:  *"In late 1992, I joined the Mowafaq Foundation, humanitarian organisation, and that is the organisation I was a member of when I entered Bosnia and Herzegovina."*  Awad further testifies that there were several *"humanitarian organizations"* he was working with in Rijeka in 1992, including IGASA [International Islamic Relief Organization]].  Averment at ¶ 572.

<u>Exhibit 267</u> – Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad, February 9, 2008 [Awad again testifies that he came to Bosnia-Herzegovina in late 1992 via the assistance of the Arab humanitarian organization Muwafaq and further states that he received his first uniform from the logistics person of the 7th Muslim Brigade as a gift while he was a member of the humanitarian organization.  According to Awad: *"Bosniaks considered every Arab who came to – everyone who came to Bosnia and Herzegovina who wore a uniform and wore a beard, they considered them Mujahedin, to be Mujahedin.  And even some people who worked for humanitarian organisations, the people in Bosnia referred to them as El Mujahedin."*].  Averment at ¶ 572.

<u>Exhibit 268</u> – Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad, February 10, 2008 [Awad explains that he joined Muwafaq to get into Bosnia to offer his translation services and participate in the fighting.  Moreover, Muwafaq was giving him a salary.  *"I said that I worked for a humanitarian organisation.  I joined the organisation, the Mowafaq foundation, thinking that they were organising training for soldiers in Bosnia and Herzegovina, for Bosniak soldiers in Bosnia and Herzegovina.  I wanted to work as an interpreter and translator, and I also wished to participate in the fighting.  When I was asked by the director of the humanitarian organisation, the Mowafaq Foundation, who wanted to enter Bosnia or who wanted to go to Bosnia, to be there, and he said that there was a possibility for that, I used that option, and I entered Bosnia and Herzegovina at the expense of the humanitarian organization that I was working for.  Excuse me.  I was receiving a salary at this*

*organisation, so this is what I used to live on."*  He further testifies that the *"High Saudi Committee"* was also active in the territory of Zenica, as well as *"Igasa"* (IIRO) and *"Human Relief International."*].  Averment at ¶ 572.

Exhibit 269 – Foreign Broadcast Information Service Report, *Compilation of Usama Bin Laden Statements, 1994-January 2004* [In a June 17, 1996 interview with Osama bin Laden in Cairo, bin Laden expressed his support for "the Muwaffaq Society in Zagreb."].  Averment at ¶ 572.

Exhibit 270 – Excerpt from the Muslim World League Journal [advertisements for Saudi Joint Relief Committee bank accounts managed by National Commercial Bank and Al Rajhi Banking & Investment Corporation].  Averment at ¶ 573.

Exhibit 271 – Summary of the Saudi National Commercial Bank Audit Report.  Averment at ¶ 574.

Exhibit 272 – U.S. Treasury Department Executive Order 13224 designation summary for Rabita Trust.  Averment at ¶ 580.

Exhibit 273 – Glenn R. Simpson, *Saudi Charity Worried French in '94*, Wall Street Journal, January 13, 2004.  Averment at ¶ 585.