

# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 04 2015

Via Facsimile 212-805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: In Re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD-FM)

Dear Judge Daniels:

Earlier today Plaintiffs in the September 11 Terror Attack litigation filed our opposition to the Kingdom of Saudi Arabia ("KSA") and the Saudi High Commission for Relief in Bosnia & Herzegovina's ("SHC") motion to dismiss. The memorandum of law contained affirmations and 24 exhibits. An index included as an attachment to the affirmation identified over 200 exhibits supporting plaintiffs' Averment of Fact, also an exhibit to the affirmation. Those exhibits span approximately 4,000 additional pages. Earlier today we hand served a courtesy copy of those 4,000 pages to chambers and to the chambers of Magistrate Judge Maas. We further served a hard copy and CD copy of these documents on counsel for the KSA and SHC.

Due to the large volume of documents, the clerk's office declined to accept them short of a court order. Accordingly, plaintiffs respectfully request the Court order the clerk's office to accept a CD Rom ~~or thumb drive~~ of the 4,000 pages to ensure that they are part of the publically filed record that both the Court and defense counsel now have.

Respectfully submitted,

KREINDLER & KREINDLER LLP

Andrew J. Maloney, III
Plaintiffs' Liaison Counsel

cc: Michael Kellogg, Esq.
    Lee Friedman, Esq.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120