# EXHIBIT G



Amy Rothstein <amyrothsteinlaw@gmail.com>

## Outstanding Discovery Issues
1 message

**Amy Rothstein** <amyrothsteinlaw@gmail.com>                                    Fri, Jan 23, 2015 at 5:07 PM
To: "Tarbutton, J. Scott" <starbutton@cozen.com>, R Haefele <rhaefele@motleyrice.com>
Cc: "Carter, Sean" <scarter1@cozen.com>, jerry goldman <jgoldman@andersonkill.com>, "WTC[jkreindler@kreindler.com]" <jkreindler@kreindler.com>, kabat@bernabeipllc.com

Dear Scott and Bob,

Following up on the email I sent you earlier this week, I just left you each a voicemail asking that we schedule a conference call for early February, after Peter and I return from the vacation we are leaving on next week.

Please let me hear from you.

Thanks,
Amy
Amy Rothstein
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
T: 518.771.3050
F: 866.589.9010
E: amyrothsteinlaw@gmail.com
URL: www.salernorothstein.com