## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

VIA FACSIMILE

**MEMO ENDORSED**

March 3, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ 3/3/15

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to request an extension of the deadline for submission of plaintiffs' response to the motion to compel recently filed by defendant Yassin Abdullah Kadi (ECF No. 2931), currently due March 5. Plaintiffs respectfully request that the deadline be extended to March 19 to allow the parties to engage in the meet and confer process, which plaintiffs believe will lead to the resolution of some and/or all of the issues described in the defendant's motion. Plaintiffs have conferred with Kadi's counsel, and they do not object to the extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/15

The Honorable Frank Maas
March 3, 2015
Page 2

---

cc:    Members of the Plaintiffs' Executive Committees
       Amy Rothstein, Esq.
       Peter C. Salerno, Esq.
       Alan R. Kabat, Esq.

LEGAL\22294288\1 00000.0000.000/117430.000