USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: 03 MDL 1570 (GBD) (FM)

:

: **CLERK'S CERTIFICATE**

:
------------------------------------------------------------------x

This Document Relates to
Hoglan v. Islamic Republic of Iran,
11 Civ. 7550 (GBD) (FM)

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 22, 2013, with the filing of sixteen (16) Summonses and the Second Amended Complaint, naming the following as Defendants: (1) Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah.

    A copy of a Summons and Second Amended Complaint was served on each Defendant through the U.S. Department of State, which received the materials necessary for service from the Clerk of Court via a mailing on December 13, 2013. A Certificate of Mailing from the Clerk of Court to Washington, D.C. was docketed for each Defendant on this same date. The U.S.

Department of State subsequently served these materials on each Defendant through diplomatic means and confirmed service through a letter to the Clerk of Court dated March 27, 2013 and docketed on April 7, 2014, and a letter to counsel for Plaintiffs on February 3, 2015.

I further certify that the docket entries indicate that the Defendants have not filed an Answer or otherwise moved with respect to the Second Amended Complaint herein. The default of the Defendants is hereby noted.

Date: March 17, 2015
New York, New York

                                      **RUBY J. KRAJICK**
                                      Clerk of Court

                                 By: _____
                                         Deputy Clerk