## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF & UPS OVERNIGHT MAIL**

March 18, 2015

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Daniels:

Plaintiffs write to respectfully request the Court's endorsement of a two-week extension of the common deadline for (1) plaintiffs' reply brief in support of their pending motion for leave to amend, Dkt. No. 2890; and (2) the reply brief in support of the pending motion to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission, Dkt. No. 2893. Those reply briefs presently are due on March 27, 2015, and plaintiffs respectfully request that the deadline be extended to April 10, 2015. The extension is needed to accommodate conflicts among the numerous attorneys representing plaintiffs over the next few weeks, and to allow plaintiffs sufficient time to obtain necessary approvals from all parties for their joint filing. Defendants consent to the proposed extension of the deadline for the reply briefs.

A proposed form of Order is enclosed for the Court's consideration.

Respectfully submitted,

SEAN P. CARTER

The Honorable George B. Daniels
March 18, 2015
Page 2

_____

SPC/bdw
Enclosure

cc: The Honorable Frank Maas (via ECF & UPS Overnight Mail)
     All counsel of record (via ECF)

LEGAL\22423039\1 00000.0000.000/117430.000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re Terrorist Attacks on September 11, 2001     :     ORDER
                                                            :     03 MDL 1570 (GBD) (FM)
------------------------------------------------------------x

       Any reply in support of the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before April 10, 2015.

       Any reply in support of Plaintiffs' Motion to Amend is due on or before April 10, 2015.

Dated: March ___, 2015
           New York, New York

                                            SO ORDERED:

                                            _____
                                            GEORGE B. DANIELS
                                            United States District Judge