UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re Terrorist Attacks on September 11, 2001

ORDER

03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

Any reply in support of the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before April 10, 2015.

Any reply in support of Plaintiffs' Motion to Amend is due on or before April 10, 2015.

Dated: March ___, 2015
       New York, New York

MAR 19 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge