# SALERNO & ROTHSTEIN
#### ATTORNEYS AT LAW

AMY ROTHSTEIN  
PETER C. SALERNO

221 SCHULTZ HILL ROAD  
PINE PLAINS, NY 12567

T: 518.771.3050  
F: 866.589.9010

WRITER'S EMAIL ADDRESS:  
peter.salerno.law@gmail.com

March 26, 2015

<u>By Fax And E-File</u>

Hon. Frank Maas  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 740  
New York, New York 10007

Re: *In re Terrorist Attacks on September 11, 2001*  
03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

We write to request that the Court defer consideration of our letter-motion to compel dated February 12, 2015, filed on behalf of our client, defendant Yassin Abdullah Kadi. We have been engaged in discussions with plaintiffs' counsel that may result in a resolution of the issues raised by that motion, and we have agreed that they need not file a response pending completion of those discussions. We will of course inform the Court of any further developments.

Respectfully,

*/s/ Peter C. Salerno*

Peter C. Salerno

cc: All counsel (by email and e-file)