To: Hon. Frank Maas   Page 2 of 2   2015-03-26 16:58:53 (GMT)   18665899010 From: Peter C. Salerno

Case 1:03-md-01570-GBD-SN   Document 2942   Filed 03/26/15   Page 1 of 1
Case 1:03-md-01570-GBD-FM   Document 2941   Filed 03/26/15   Page 1 of 1

# SALERNO & ROTHSTEIN
### ATTORNEYS AT LAW

AMY ROTHSTEIN
PETER C. SALERNO

221 SCHULTZ HILL ROAD
PINE PLAINS, NY 12567

T: 518.771.3050
F: 866.589.9010

WRITER'S EMAIL ADDRESS:
peter.salerno.law@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/15

March 26, 2015

**MEMO ENDORSED**

By Fax And E-File

Hon. Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

Re: *In re Terrorist Attacks on September 11, 2001*
03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

Approved.
FMaas, USMJ,
3/26/15

We write to request that the Court defer consideration of our letter-motion to compel dated February 12, 2015, filed on behalf of our client, defendant Yassin Abdullah Kadi. We have been engaged in discussions with plaintiffs' counsel that may result in a resolution of the issues raised by that motion, and we have agreed that they need not file a response pending completion of those discussions. We will of course inform the Court of any further developments.

Respectfully,

Peter C. Salerno

Peter C. Salerno

cc: All counsel (by email and e-file)