UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(FM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The conference currently scheduled for April 9, 2015 is adjourned to July 30, 2015 at 11:00 AM.

Dated: April 6, 2015
      New York, New York

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge