# Exhibit D

# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

1775 T STREET, N.W.

WASHINGTON, D.C. 20009

LYNNE BERNABEI  
DAVID WACHTEL  
ALAN R. KABAT

202.745.1942  
FAX: 202.745.2627  
WWW.BERNABEIPLLC.COM

PETER M. WHELAN  
LAUREN R. S. MENDONSA  
MATTHEW E. RADLER▲  
KAREN TANENBAUM

▲ADMITTED IN VA ONLY

By Priority Mail  
March 6, 2015

Sean Carter, Esquire  
Cozen O'Connor  
1900 Market Street  
Philadelphia, PA 19103

Robert Haefele  
Motley Rice  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29465

Re: *In re Terrorist Attacks*, MDL No. 03-1570 (GBD) (FM).

Dear Sean and Robert:

Enclosed please find a CD-ROM with documents produced by AHIF-USA, which supplement its prior document productions. As you know, AHIF-USA has already produced over 80,000 pages of documents through September 2013.

The documents Bates-stamped AHIF 4242-4428 are or may be responsive to Document Request No. 30; documents Bates-stamped AHIF 4429-4954 are or may be responsive to Document Request No. 26.

Sincerely,

/s/ Alan

Alan R. Kabat

Enc.

cc: MDL-1570 counsel  
 (by e-mail)