# Exhibit F

## Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Carter, Sean |
| **Sent:** | Thursday, December 11, 2014 9:53 AM |
| **To:** | Kry, Robert; Tarbutton, J. Scott |
| **Cc:** | WTC[mm@martinmcmahonlaw.com]; Nitz, Eric; William Fox; 'Haefele, Robert' (rhaefele@motleyrice.com); WTC[jkreindler@kreindler.com]; WTC[jgoldman@andersonkill.com]; WTC[amaloney@kreindler.com] |
| **Subject:** | RE: Dallah Avco correspondence |

Robert: Thank you for your letter of yesterday, which was not unanticipated given the prior communications in September that you have referenced. Do you have a sense how long Dallah Avco will need to complete the document review and produce its documents? Also, have you had a chance to check with other defendants to see whether their productions may also extend beyond December 15? We are amenable to a reasonable omnibus extension of the production deadline to accommodate the completion of the productions, and believe that would be the best approach. Let us know. Best, Sean

**From:** Kry, Robert [mailto:rkry@mololamken.com]
**Sent:** Wednesday, December 10, 2014 7:06 PM
**To:** Carter, Sean; Tarbutton, J. Scott
**Cc:** WTC[mm@martinmcmahonlaw.com]; Nitz, Eric; William Fox
**Subject:** Dallah Avco correspondence

Counsel:

Please see the correspondence attached.

Best regards,

Robert


**Robert K. Kry**
**MoloLamken**
MoloLamken LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: (202) 556-2011
M: (202) 631-1067
F: (202) 536-2011
rkry@mololamken.com
www.mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.