# Exhibit G

# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Kry, Robert <rkry@mololamken.com> |
| **Sent:** | Tuesday, January 13, 2015 1:00 PM |
| **To:** | Carter, Sean; Tarbutton, J. Scott |
| **Cc:** | WTC[mm@martinmcmahonlaw.com]; Nitz, Eric; William Fox |
| **Subject:** | Dallah Avco |

Sean,

We are writing to provide an update on the progress of the Dallah City document search. Dallah Avco has retained a document vendor to assist in scanning and processing the Dallah City ANSS manpower project files, and a vendor representative has visited the Dallah City storage facility to which the files were removed after their retrieval. Unfortunately, the vendor has reported that there will be delays starting the scanning process because the vendor needs to relocate certain necessary equipment from the United States to Dallah City. The vendor expects to have that equipment in place around the end of the month. The vendor also indicated that the time required to scan and process the full file set will be around 3 months. We are working with the vendor to reduce that estimate.

In light of those delays, Dallah Avco is also taking additional steps to locate and review documents from the Dallah City document set. Dallah Avco has located certain files through a file-level review of the documents, including Omar Al Bayoumi's ANSS project employee file. That file has now been scanned and dispatched to U.S. counsel. We expect to receive it shortly and to produce any responsive, non-privileged documents from it by the end of January. We expect that this file will contain most, if not all, of the responsive documents from Dallah City. Nevertheless, Dallah Avco is also now proceeding to manually scan certain other general and administrative ANSS project files. We expect to be able to produce the responsive, non-privileged results of that review, if any, in February. Of the remaining files, the vast majority are ANSS project employee files for individuals other than Al Bayoumi. Although we currently still plan to include those files in the vendor scan, the chances that they contain responsive documents appear to be remote.

Please let us know if you have any questions.

Best regards,

Robert

**Robert K. Kry**
**ML MOLOLAMKEN**
MoloLamken LLP
600 New Hampshire Ave., NW
Washington, DC 20037
T: (202) 556-2011
M: (202) 631-1067
F: (202) 536-2011
rkry@mololamken.com
www.mololamken.com

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.