# Exhibit H

# Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Kry, Robert <rkry@mololamken.com> |
| **Sent:** | Thursday, March 19, 2015 8:41 PM |
| **To:** | Carter, Sean; Tarbutton, J. Scott |
| **Cc:** | WTC[mm@martinmcmahonlaw.com]; Nitz, Eric; William Fox |
| **Subject:** | Dallah Avco production |

Sean,

I'm writing to provide updated information we received today from the vendor processing the Dallah City ANSS files. The vendor now estimates that scanning of the files will be 70% complete by the end of this month and fully complete by mid-April. There were some unanticipated delays in January and February, apparently due to the need to move certain equipment on site, but those issues appear to have been resolved. In light of the foregoing, we now estimate that Dallah Avco will finish production during May.

Best regards,

Robert


**Robert K. Kry**
**MoloLamken**
600 New Hampshire Ave., NW
Washington, DC 20037
T: (202) 556-2011
M: (202) 631-1067
F: (202) 536-2011
rkry@mololamken.com
www.mololamken.com

---

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.