# EXHIBIT "A"

To Plaintiffs' Reply in Further Support of their Motion to File a Consolidated Amended Pleading of Facts and Evidence as to the Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia & Herzegovina

# EXHIBIT "A"

**EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' AVERMENT OF FACTS AND EVIDENCE IN SUPPORT OF THEIR CLAIMS AGAINST THE KINGDOM OF SAUDI ARABIA AND THE SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA – ECF NOS. 2927-1 AND 2927-24**

<u>**DOCUMENTS PUBLICLY RELEASED AFTER 2004**</u>

| EXHIBIT | DOCUMENT | DATE AVAILABLE |
|---|---|---|
| 4 | Testimony of Stuart A. Levey, Undersecretary of Terrorism and Financial Intelligence, before the U.S. House Financial Services Subcommittee on Oversight and Investigations, U.S. Department of the Treasury Press Release. | July 11, 2006 |
| 5 | Prepared Remarks of Daniel L. Glaser, Acting Assistant Secretary for Terrorist Financing and Financial Crimes before the Annual Meetings Program of Seminars: *The Importance of Expanding Targeted Financial Transactions Programs Around the Globe: Challenges and Opportunities*. | September 23, 2005 |
| 6 | Michael Jacobsen and Matthew Levitt, *The Money Trail: Finding, Following and Freezing Terrorist Finances*, The Washington Institute for Near East Policy, Policy Focus #89. | November 2008 |
| 7 | Michael J. Jacobsen and Matthew Levitt, *Follow the Money*, Los Angeles Times. | December 23, 2008 |
| 12 | Department of Defense News Release, *Defense Department Takes Custody of a High-Value Detainee* [Abdul Hadi al Iraqi]. | April 27, 2007 |
| 15 | Wa'el Hamza Jelaidan's Curriculum Vitae. | August 15, 2006 |
| 16 | Transcript, *A Conversation with Prince Turki Al Faisal*, Council on Foreign Relations. | February 13, 2006 |
| 17 | Michael Scheuer, *Osama Bin Laden*. | February 17, 2011 |
| 18 | Lawrence Wright, *The Looming Tower: Al-Qaeda and the Road to 9/11*. | 2006 |
| 22 | Notification by the Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") that Mohammed Jamal Khalifa is the Regional Director for the IIRO in South-East Asia. | December 2009 |
| 23 | Affirmation of Daniel Robert "Bob" Graham, *In Re: Terrorist Attacks* | February 24, 2012 |

| | | |
|---|---|---|
| | *on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 2558. | |
| 24 | Affirmation of Joseph Robert "Bob" Kerrey, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 2557-3. | February 24, 2012 |
| 28 | Testimony of Jamal al Fadl. | January 14, 2009 |
| 29 | Penal Law on Dissemination and Disclosure of Classified Information and Documents, Royal Decree No. M/35. | December 4, 2011 |
| 30 | 9/11 Commission Memorandum for the Record, Interview of Omar al Bayoumi. | January 14, 2009 |
| 31 | 9/11 Commission Memorandum for the Record, Interview of Fahad al Thumairy. | January 14, 2009 |
| 32 | 9/11 Commission Memorandum for the Record, Interview of Cayson bin Don. | January 14, 2009 |
| 33 | 9/11 Commission Memorandum for the Record, Interview of FBI Special Agent. | January 14, 2009 |
| 34 | 9/11 Commission Memorandum for the Record, Interview of Osama Basnan. | January 14, 2009 |
| 35 | FBI Report, *Fahad Althumairy (NON-USPER), IT-OTHER (UBL/AL-QAEDA)*. | January 16, 2007 |
| 36 | FBI Report, *Omar Al Bayoumi, Employed By Dallah Al Baraka*. | April 19, 2006 |
| 37 | U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #1). | January 17, 2007 |
| 38 | U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #2). | January 16, 2007 |
| 39 | U.S. Intelligence Report, *Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia* (Version #3). | April 11, 2006 |
| 40 | U.S. Department of Justice, Office of the Inspector General, *A Review of the FBI's Handling of Intelligence Information Related to the September 11 Attacks*. | June 2006 |
| 44 | Philip Shenon, *The Commission: The Uncensored History of the 9/11 Investigation*. | February 5, 2008 |
| 45 | Excerpts from a FBI 302 Statement regarding Omar al Bayoumi and | December 19, 2006 |

|    |                                                                                                                                                                | |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|
|    | Mohdar Abdullah.                                                                                                                                               |                    |
| 46 | FBI Report, *Mihdar Mohammad Al-Mihdar Zaid, A.K.A. Mohdar Mohamed Abdullah; IT-UBL/Al QAIDA*.                                                                   | January 25, 2007   |
| 47 | FBI Report, *Mihdar Mohammad Al-Mihdar Zaid, A.K.A. Mohdar Mohamed Abdullah; IT-UBL/Al QAIDA*.                                                                   | January 25, 2007   |
| 48 | Lisa Myers and Jim Popkin, *Did The 9/11 Hijackers Have a U.S. Accomplice?*                                                                                      | September 8, 2006  |
| 49 | FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #1).                                                                                          | December 11, 2006  |
| 50 | FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #2).                                                                                          | December 11, 2006  |
| 51 | FBI Report, *PENTTBOMB; Major Case 182*, October 3, 2001 (Version #3).                                                                                          | October 31, 2012   |
| 52 | FBI 302 Statement Regarding Omar al Bayoumi, September 22, 2001.                                                                                                | October 25, 2012   |
| 53 | *FBI Report Implicates Saudi Government in 9/11*, WashingtonsBlog.                                                                                              | April 29, 2013     |
| 54 | FBI Report, *Anwar Nasser Aulaqi*, September 26, 2001 (Version #1).                                                                                             | December 13, 2006  |
| 55 | FBI Report, *Anwar Nasser Aulaqi*, September 26, 2001 (Version #2).                                                                                             | December 13, 2006  |
| 56 | Susan Schmidt, *Imam From VA Mosque Now Thought to Have Aided Al Qaeda*, Washington Post.                                                                        | February 27, 2008  |
| 57 | FBI Report, *PENTTBOMB*.                                                                                                                                        | May 21, 2013       |
| 58 | FBI Report, *Anwar Nasser Aulaqi, aka N.A. Aulaqi, Anwar N. Alaulaqi*.                                                                                          | November 11, 2012  |
| 59 | FBI 302 Statement Regarding Anwar Aulaqi Purchasing Airline Tickets for 9/11 Hijackers.                                                                         | October 22, 2012   |
| 60 | FBI Report, *Anwar Aulaqi*.                                                                                                                                     | December 11, 2012  |
| 61 | FBI Memorandum, *Abu Atiq Anwar Aulaqi*.                                                                                                                         | December 8, 2012   |
| 62 | December 1, 2006 Letter from the U.S. Department of Justice to Yemen's Ministry of Interior, Re: Anwar Nasser Aulaqi, aka Anwar Al-Awlaki, Abu Atiq.            | December 8, 2012   |
| 63 | FBI Report, *PENTTBOMB*.                                                                                                                                        | January 25, 2007   |
| 66 | Dan Christensen and Anthony Summers, *FBI Records Say Sarasota*                                                                                                  | April 16, 2013     |

3

|    |                                                                                                                                                                    |                    |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|
|    | *Saudis Who Fled Home Had Many Connections to Individuals Tied to 9/11*, Broward Bulldog.                                                                          |                    |
| 67 | Dan Christensen and Anthony Summers, *New FBI Records: A Chilling Find in a Dumpster; 9/11 "Person of Interest" Re-Enters U.S.*, Broward Bulldog.                  | July 1, 2014       |
| 68 | Dan Christensen, *9-11, Saudi Arabia and the Search for Answers Amid Government Secrecy*, Broward Bulldog.                                                         | September 10, 2014 |
| 69 | FBI Report regarding Sarasota Saudi investigation.                                                                                                                 | March 14, 2013     |
| 70 | FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation. | June 27, 2014      |
| 71 | FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation. | June 6, 2014       |
| 72 | FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation. | May 9, 2014        |
| 73 | FBI Documents produced to Dan Christensen (Broward Bulldog) in response to a Freedom of Information Act ("FOIA") request concerning the Sarasota Saudi investigation. | March 28, 2013     |
| 74 | 9/11 Commission Memorandum for the Record, Interview of Muhammad Jabber Hassan Fakihi.                                                                             | January 14, 2009   |
| 85 | Diplomatic Cable, *Islamic Extremism in the Netherlands*.                                                                                                          | November 28, 2010  |
| 86 | Beatrice de Graaf, *The Nexus Between Salafism and Jihadism in the Netherlands*, CTC Sentinel.                                                                     | March 3, 2010      |
| 87 | Diplomatic Cable, U.S. Embassy The Hague, *Radical Imams Expelled From the Netherlands*.                                                                           | November 28, 2010  |
| 89 | Expatica.com, *Dutch Expel Fourth Imam in Anti-Terror Offensive, AIVD Keeps Watch on Six Suspicious Islamic Groups*.                                               | February 24, 2005  |
| 90 | Robert Spencer, *Dutch Expel Fourth Imam in Anti-Terror Offensive*, Jihad Watch.                                                                                   | February 25, 2005  |
| 91 | Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter for APHSCT Townsend Visit to Saudi Arabia, 5-8 February 2007*.                                                 | November 28, 2010  |
| 92 | Diplomatic Cable, U.S. Embassy Riyadh, *Confronting Intolerance in                                                                                                 | November 28, 2010  |

|  |  |  |
|---|---|---|
|  | *Saudi Mosques*. |  |
| 95 | 1996 Central Intelligence Agency Report. | November 21, 2006 |
| 96 | *Money Laundering and Terror Financing Issues in the Middle East*, Hearing Before the U.S. Senate Committee on Banking, Housing, and Urban Affairs, Testimony of Treasury Department Undersecretary for Terrorism and Financial Intelligence Stuart A. Levey, and Dennis M. Lormel. | July 13, 2005 |
| 97 | *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee, Statement of Senator Patrick J. Leahy. | November 8, 2005 |
| 98 | *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee, Statement of Senator Russell D. Feingold. | November 8, 2005 |
| 99 | *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee, Statement of Senator Arlen Specter. | November 8, 2005 |
| 104 | Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter for Special Representative Ambassador Holbrooke's February 15-16 Visit to Riyadh*. | November 28, 2010 |
| 105 | Diplomatic Cable, Secretary of State Hillary Clinton, *Terrorist Finance: Action Request for Senior Level Engagement on Terrorism Finance*. | November 28, 2010 |
| 106 | Diplomatic Cable, U.S. Embassy Khartoum, *Southern Sudan Security Environment Profile Questionnaire (SEPQ)*. | November 28, 2010 |
| 107 | Diplomatic Cable, U.S. Embassy Riyadh, *Saudi Ministry of the Interior on Terrorist Financing Issues*. | November 28, 2010 |
| 108 | Diplomatic Cable, U.S. Embassy Kampala, *2008 Security Environment Profile Questionnaire (SEPQ), Kampala*. | November 28, 2010 |
| 109 | Diplomatic Cable, U.S. Embassy Sana'a, *Sanaa Security Environment Profile Questionnaire (SEPQ) – Spring 2009*. | November 28, 2010 |
| 110 | Diplomatic Cable, U.S. Embassy Jakarta, *Radical Muslim Group Stages Congress*. | November 28, 2010 |
| 111 | Diplomatic Cable, Secretary of State, *Reporting and Collection Needs: Paraguay*. | November 28, 2010 |
| 112 | Diplomatic Cable, U.S. Embassy Khartoum, *Terrorist Finance: Post-* | November 28, 2010 |

| | | |
|---|---|---|
| | *Vetting of Human Appeal International (HAI)*. | |
| 113 | Diplomatic Cable, Secretary of State, *Terrorism Finance: International Islamic Relief Organization (IIRO)*. | November 28, 2010 |
| 114 | Diplomatic Cable, U.S. Embassy Sofia, *Islam and Islamic Extremism in Bulgaria*. | November 28, 2010 |
| 115 | Diplomatic Cable, U.S. Embassy Manila, *Islamic NGOs in the Philippines*. | November 28, 2010 |
| 116 | Diplomatic Cable, Secretary of State, *Terrorist Finance: [REDACTED]*. | August 19, 2009 |
| 117 | Diplomatic Cable, Secretary of State, *Terrorist Financing – [REDACTED] IIRO*. | August 19, 2009 |
| 126 | Statement of Abdullah al Hashayka. | December 2009 |
| 127 | Mohammed Jamal Khalifa arrest records ("Known Terrorist"). | December 2009 |
| 128 | Dar al Imam al Shafi'i Terrorism Curriculum. | June 19, 2009 |
| 130 | Diplomatic Cable, U.S. Embassy Madrid, *DOJ Counterterrorism Meetings With Spanish Authorities*. | November 28, 2010 |
| 133 | Defendant International Islamic Relief Organization's Amended Answer to First Amended Complaint, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570, ECF No. 1548. | December 13, 2005 |
| 134 | March 16, 1999 Memorandum from Secretary-General Dr. Adnan Khalil Basha to the managers of all the overseas branch offices of the International Islamic Relief Organization. | October 28, 2008 |
| 136 | 2000-2001 Annual Report of the International Islamic Relief Organization. | May 11, 2011 |
| 137 | Center for Contemporary Conflict, *Al Qaeda Finances and Funding to Affiliated Groups*. | January 2005 |
| 139 | FBI 302 Cooperating Witness Statements of Jamal al Fadl. | January 14, 2009 |
| 140 | FBI 302 Cooperating Witness Interview of Jamal al Fadl. | January 14, 2009 |
| 141 | Transcript Excerpts from Videotape Interviews of Jamal al Fadl, submitted as evidence in *United States v. Fazul Abdullah Mohammed, et al.*, Case No. 01-1535-cr(L), United States Second Circuit Court of Appeals. | June 14, 2007 |
| 142 | FBI 302 Cooperating Witness Statements of Jamal al Fadl. | January 14, 2009 |

6

| 144 | U.S. Treasury Department Executive Order 13224 Designation Memorandum for Dr. Abd al Hamid Sulaiman al Mujil and the International Islamic Relief Organization's Philippines and Indonesia Branches. | 2006 |
|---|---|---|
| 145 | Letter authored by Philip C. Wilcox, Jr., U.S. Department of State's Coordinator for Counterterrorism. | December 2009 |
| 146 | Letter authored by Philip C. Wilcox, Jr., U.S. Department of State's Coordinator for Counterterrorism. | December 2009 |
| 147 | Diplomatic Cable, Secretary of State, *Arrest in US of Terrorist Financier Muhammad Khalifah Now Under Indictment in Jordan*. | October 7, 2008 |
| 148 | Diplomatic Cable, Secretary of State, *Official-Informal*. | October 7, 2008 |
| 149 | Diplomatic Cable, U.S. Embassy Manila, *Who Was Behind IPIL? No Shortage of Suspects*. | October 7, 2008 |
| 150 | Diplomatic Cable, Secretary of State, *September 11: Working Together to Fight the Plague of Global Terrorism and the Case Against Al-Qa'ida*. | August 19, 2009 |
| 151 | Diplomatic Cable, Secretary of State, *Terrorist Finance: [REDACTED]*. | August 19, 2009 |
| 152 | September 1, 2003 letter from Mohammed Jamal Khalifa to Dr. Adnan bin Khalil Basha. | October 28, 2010 |
| 153 | Diplomatic Cable, U.S. Embassy Manama, *OFAC Director Werner's Meetings With Finance Minister, Minister of Social Affairs, Central Bank Governor*. | November 28, 2010 |
| 154 | Diplomatic Cable, U.S. Embassy Manama, *Treasury Undersecretary Stuart Levey Visits Bahrain to Discuss AML/CFT Efforts*. | November 28, 2010 |
| 155 | Diplomatic Cable, U.S. Consulate Jeddah, *IIRO Secretary-General Talks of Saudi Programs and Expansions*. | November 28, 2010 |
| 156 | Diplomatic Cable, U.S. Embassy Khartoum, *Terrorist Finance: Post-Vetting of Human Appeal International (HAI)*. | November 28, 2010 |
| 157 | Diplomatic Cable, U.S. Embassy Riyadh, *APHSCT Townsend February 6 Meeting With Foreign Minister Prince Saud Al-Faisal*. | November 28, 2010 |
| 158 | Diplomatic Cable, U.S. Embassy Skopje, *Macedonia: A/S O'Brien Visit Highlights Terrorism Financing Issues*. | November 28, 2010 |
| 159 | Diplomatic Cable, U.S. Embassy Dhaka, *International Islamic Relief Organization (IIRO) Seeks to Access Funds Frozen by Islami Bank* | November 28, 2010 |

|     |     |     |
| --- | --- | --- |
|     | *Bangladesh*. |     |
| 160 | U.S. Treasury Department Designates Director, Branches of Charity Bankrolling Al Qaida Network. | August 3, 2006 |
| 161 | Diplomatic Cable, U.S. Embassy Riyadh, *Terrorism Finance: Saudi Response of IIRO's Al-Mua'jjil UNSCR 1267 Designation*. | November 28, 2010 |
| 162 | Diplomatic Cable, U.S. Embassy Riyadh, *Scenesetter: APHSCT Townsend Visit to Saudi Arabia, 4-7 November 2006*. | November 28, 2010 |
| 163 | Diplomatic Cable, U.S. Consulate Jeddah, *International Islamic Relief Organization – Designated by UN 1267 and US Treasury – Issues Letter of Congratulations to President Obama*. | November 28, 2010 |
| 164 | Affirmation of Evan F. Kohlmann, *In Re: Terrorist Attacks on September 11, 2001*, MDL Case No. 1:03-md-01570. | April 22, 2010 |
| 166 | International Islamic Relief Organization Pakistan Branch, Verification of Receipts and Payments for the Period From January 1, 1996 to February 22, 2001, Ford Rhodes Sidat Hyder & Co. Chartered Accountants (A Member of Ernst & Young International). | February 23, 2012 |
| 168 | U.S. Department of Defense, JTF-GTMO Matrix of Threat Indicators for Enemy Combatants. | The Department of Defense began publicly releasing documentation regarding Guantanamo Bay detainees in or around March 2006. |
| 169 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Samir N. al Hasan (ISN No. 043). | See above. |
| 170 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Rashed Awad Khalaf Balkhair (ISN No. 186). | See above. |
| 171 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Said Muhammad Husayn Qahtani (ISN No. 200). | See above. |
| 172 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdallah Ibrahim al Rushaydan (ISN No. 343). | See above. |
| 173 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Rashid Abd al Muslih Qaida al Qaid (ISN No. 344). | See above. |
| 174 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Ghanim Abd al Rahman Ghanim al Huwaymadi al Harbi | See above. |

|     |     |     |
| --- | --- | --- |
|     | (ISN No. 516). |     |
| 175 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Tariq Mahmoud Ahmed al Sawah (ISN No. 535). | See above. |
| 176 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Ahmed Hassan Jamil Suleyman (ISN No. 662). | See above. |
| 177 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdul Latif Elbanna (ISN No. 905). | See above. |
| 179 | *Saudi Arabia: Friend or Foe in the War on Terror*, Hearing Before the U.S. Senate Judiciary Committee, Testimony of Steven Emerson. | November 8, 2005 |
| 186 | India Today Magazine, *SIMI: Bitter With India, Safdar Nagori, SIMI's Secretary General Speaks to Sayantan Chakravarty*. | August 20, 2008 |
| 189 | Sarah Boesveld, *Canadian Muslim Youth Group Tied to Al-Qaeda Stripped of Charitable Status*, National Post. | March 6, 2012 |
| 190 | Letter from the Canada Revenue Agency to Mr. Ayman al Taher, President of the World Assembly of Muslim Youth, regarding the "Audit of the World Assembly of Muslim Youth." | March 2012 |
| 191 | Letter from the Canada Revenue Agency to Mr. Ayman al Taher, President of the World Assembly of Muslim Youth, regarding the "Notice of Intention to Revoke the World Assembly of Muslim Youth." | March 2012 |
| 193 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mammar Ameur (ISN No. 939). | The Department of Defense began publicly releasing documentation regarding Guantanamo Bay detainees in or around March 2006. |
| 194 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Adel Hassan Hamed (ISN No. 940). | See above. |
| 199 | Diplomatic Cable, Secretary of State, *Terrorism Financing: Updated Nonpaper on Al Haramain*, January 28, 2003. | November 28, 2010 |
| 207 | Diplomatic Cable, U.S. Embassy Riyadh, *Terrorism Finance: UNSC 1267 Designee, Suliman al-Buthe, Featured in Local Press, Still on SAG Payroll*. | November 28, 2010 |
| 213 | U.S. Treasury Department Designated Al Haramain Islamic | June 19, 2008 |

9

|     |                                                                                                                                                     |                                                                                                                           |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------- |
|     | Foundation.                                                                                                                                         |                                                                                                                           |
| 214 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Zaid Muhammad Sa'ad al Husayn (ISN No. 050).                             | The Department of Defense began publicly releasing documentation regarding Guantanamo Bay detainees in or around March 2006. |
| 215 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdel Hadi Mohammed Badan al Sebaii (ISN No. 064).                       | See above.                                                                                                                |
| 216 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Abdul Rahman Owaid Mohammad al Juaid (ISN No. 179).                      | See above.                                                                                                                |
| 217 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Fahd Muhammad Abdullah al Fouzan (ISN No. 218).                          | See above.                                                                                                                |
| 218 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Wasm Awad Umar Wasim (ISN No. 338).                                      | See above.                                                                                                                |
| 219 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Sami al Haj (ISN No. 345).                                               | See above.                                                                                                                |
| 220 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Jamal Muhammad Alawi Mari (ISN No. 577).                                 | See above.                                                                                                                |
| 221 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Khalid Mahomoud Abdul Wahab al Asmr (ISN No. 589).                       | See above.                                                                                                                |
| 224 | Declaration of Ali Ahmad Ali Hamad.                                                                                                                 | March 4, 2008                                                                                                             |
| 225 | Recorded Witness Statement of Ali Ahmad Ali Hamad.                                                                                                  | March 4, 2008                                                                                                             |
| 226 | Saudi High Commission Employment Certificate for Ali Ahmad Ali Hamad.                                                                               | April 2008                                                                                                                |
| 227 | Transcript, Testimony of Ali Ahmad Ali Hamad before the International Criminal Tribunal for the Former Yugoslavia ("ICTY").                         | April 2008                                                                                                                |
| 228 | FBI Report, *Murder of William Arnold Jefferson, November 18, 1995, Interview of Ali Ahmed Ali Hamad*.                                              | April 14, 2008                                                                                                            |
| 229 | Diplomatic Cable, U.S. Embassy Sarajevo, *Terrorist Finance: Bosnia's Dirty Dozen*.                                                                 | October 11, 2012                                                                                                          |
| 230 | Official Record from the Republic of Bosnia and Herzegovina,                                                                                        | April 14, 2008                                                                                                            |

10

|     |                                                                                                                                                               |                                                                                                                               |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------|
|     | Ministry of the Interior, State Security Service ("Official Secret"; "Strictly Confidential").                                                                |                                                                                                                               |
| 232 | Adam Kredo, *Saudi Arabia's New King Helped Fund Radical Terrorist Groups*, Washington Free Beacon.                                                           | January 26, 2015                                                                                                              |
| 233 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Bensayah Belkacem (ISN No. 10001).                                                 | The Department of Defense began publicly releasing documentation regarding Guantanamo Bay detainees in or around March 2006.  |
| 234 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Saber Mahfouz Lahmar (ISN No. 10002).                                              | See above.                                                                                                                    |
| 235 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mohammed Nechle (ISN No. 10003).                                                   | See above.                                                                                                                    |
| 236 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mustafa Ait Idr (ISN No. 10004).                                                   | See above.                                                                                                                    |
| 237 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Lakhdar Boumediene (ISN No. 10005).                                                | See above.                                                                                                                    |
| 238 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Boudella al Hajj (ISN No. 10006).                                                  | See above.                                                                                                                    |
| 239 | Defense Intelligence Agency Report, *IIR [REDACTED] Aideed Receives Humanitarian Aid and Weapon Shipments From Saudi Arabian Relief Organization*.            | June 2009                                                                                                                     |
| 243 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Mohamed Atiq Awayd al Harbi (ISN No. 333).                                         | The Department of Defense began publicly releasing documentation regarding Guantanamo Bay detainees in or around March 2006.  |
| 244 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Said Ali al Shihri (ISN No. 372).                                                  | See above.                                                                                                                    |
| 245 | U.S. Department of Defense Unclassified Summaries of Evidence for Detainee Muhamed Hussein Abdallah (ISN No. 704).                                            | See above.                                                                                                                    |

| 247 | Declaration of Dr. Abdulrahman A. Al-Suwailem, President of the Saudi Joint Relief Committee and the Saudi Red Crescent Society. | January 10, 2005 |
|---|---|---|
| 255 | Glenn R. Simpson, *Terror Finance: U.S. Tracks Saudi Bank Favored by Extremists*, Wall Street Journal, including Excerpt from 2003 CIA Report. | July 26, 2007 |
| 256 | *U.S. Vulnerabilities to Money Laundering, Drugs, and Terrorist Financing: HSBC Case History*, U.S. Senate Permanent Subcommittee on Investigations. | July 17, 2012 |
| 257 | Diplomatic Cable, Secretary of State, *Joint Examination of Al Rajhi Bank Through the Joint Terrorist Financing Task Force*. | November 28, 2010 |
| 260 | U.S. Treasury Department Executive Order 13224 Designation Memorandum for Yassin al Kadi (Version #1) | May 22, 2009 |
| 262 | Statement of Yassin Abdullah Kadi, *In the Matter of Yassin Abdullah Kadi and the Office of Foreign Assets Control, U.S. Department of the Treasury*. | May 22, 2009 |
| 263 | Memorandum in Support of Defendants' Motion to Dismiss or in the Alternative, For Summary Judgment, *Yassin Abdullah Kadi v. Timothy Geithner, et al.*, Civil Action No. 09-0108 (JDB). | May 22, 2009 |
| 266 | Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad. | February 8, 2008 |
| 267 | Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad. | February 9, 2008 |
| 268 | Transcript, International Criminal Tribunal for the Former Yugoslavia, Testimony of Ajman Awad. | February 10, 2008 |

LEGAL\22594272\1