```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                            :

    TERRORIST ATTACKS                    :
    ON SEPTEMBER 11, 2001

                                                    :

-----------------------------------------------------------x

**ORDER**

03md1570-GBD-FM

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held on May 13, 2015, it is hereby ORDERED that:

1. Plaintiffs' motion to compel Dallah Avco to disclose the scope of its searches in response to Plaintiffs' first set of jurisdictional requests for production of documents, (ECF No. 2886), is denied without prejudice.

2. By May 27, 2015, Plaintiffs shall submit a proposed schedule for filing motions to compel which shall ensure that all such motions are filed by September 30, 2015.

3. By July 30, 2015, Plaintiffs shall submit amended Initial Disclosures, pursuant to Rule 26(a)(1).

4. A subsequent conference shall be held, if necessary, on July 30, 2015 following the conference before Judge Daniels. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Requests for adjournment must be made to the Court, in writing, at least two business day prior to the conference.

        SO ORDERED.

Dated:      New York, New York
              May 13, 2015

                                                                 FRANK MAAS
                                                       United States Magistrate Judge

Copies to:

Hon. George B. Daniels     (By Hand)
United States District Judge

All Counsel via ECF