# Exhibit 3

| A. Settlement Statement | | | | | U.S. Department of Housing and Urban Development |
|---|---|---|---|---|---|
| | | | | | OMB No. 2502-0265 |

**B. Type of Loan**

1. ☐ FHA    2. ☐ FmHA    3. ☐ Conv. Unins.    4. ☐ VA    5. ☐ Conv. Ins.

File Number: 036003
Loan Number:
Mortgage Insurance Case Number:

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "p.o.c" were paid outside of closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER:** AL HARAMAIN ISLAMIC FOUNDATION
1257 SISKIYOU BOULEVARD, ASHLAND, OR

**E. NAME AND ADDRESS OF SELLER:** MUNICIPAL FINANCIAL GROUP, INC.
1132 LUTTRELL, BLUE SPRINGS, MO 64015

**F. NAME AND ADDRESS OF LENDER:**

**G. PROPERTY LOCATION:** 2151 E. DIVISION
SPRINGFIELD, MO 658803

**H. SETTLEMENT AGENT:** FIRST ESCROW, INC.
**PLACE OF SETTLEMENT:** 1342 E. PRIMROSE, STE B, SPRINGFIELD, MO 65804
**TIN:** 43-1209368

**I. SETTLEMENT DATE:** 06/23/2000    **RESCISSION DATE:**

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | $375,000.00 | 401. Contract Sales Price | $375,000.00 |
| 102. Personal Property | | 402. Personal property | |
| 103. Settlement charges to borrower: (from line 1400) | $6,071.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/town taxes    to | | 406. City/town Taxes    to | |
| 107. County Taxes    to | | 407. County Taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER: | $381,071.00 | 420. GROSS AMOUNT DUE TO SELLER: | $375,000.00 |
| 200. AMOUNTS PAID BY CR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | $60,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | $90,973.65 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes 01/01/2000 to 06/23/2000 | $2,779.26 | 511. County taxes 01/01/2000 to 06/23/2000 | $2,779.26 |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER: | $62,779.26 | 520. TOTAL REDUCTIONS IN AMOUNT DUE TO SELLER: | $93,752.91 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | $381,071.00 | 601. Gross amount due to seller (line 420) | $375,000.00 |
| 302. Less amount paid by/for borrower (line 220) | $62,779.26 | 602. Less reductions in amt. due seller (line 520) | $93,752.91 |
| 303. CASH  (☒ FROM) (☐ TO) BORROWER | $318,291.74 | 603. CASH  (☐ FROM) (☒ TO) SELLER | $281,247.09 |

HUD-1 (3-86) - RESPA, HB 4305.2

PAGE 1

2 0 0 1 5

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

FPDUS0013454

D-1 (Rev. 3/86)                                                                                                       OMB No. 2502-0265

## SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **9. TOTAL SALES/BROKER'S COMMISSION** BASED ON PRICE $375,000.00 @ 6 % = $22,500.00 | | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | |
| 1. $22,500.00 to | | | |
| 2. to HEYLE REALTORS & COUNSELING SERVICES | | | |
| 3. Commission paid at settlement | | | $22,500.00 |
| 4. | | | |
| **10. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | | |
| 1. Loan origination fee  % | | | |
| 2. Loan discount  % | | | |
| 3. Appraisal fee to | | | |
| 4. Credit report to | | | |
| 5. Lender's inspection fee | | | |
| 6. Mortgage insurance application fee to | | | |
| 7. Assumption fee | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| **1100. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | | |
| 901. Interest from 06/23/2000 to 07/01/2000 @ / day | | | |
| 902. Mortgage insurance premium for mos. to | | | |
| 903. Hazard insurance premium for yrs. to | | | |
| 904. Flood insurance premium for yrs. to | | | |
| 905 | | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | | |
| 1001. Hazard insurance months @ per month | | | |
| 1002. Mortgage insurance months @ per month | | | |
| 1003. City property taxes months @ per month | | | |
| 1004. County property taxes months @ per month | | | |
| 1005. Annual assessments months @ per month | | | |
| 1006. Flood insurance months @ per month | | | |
| 1007. months @ per month | | | |
| 1008. months @ per month | | | |
| 1009. Aggregate Accounting Escrow Adjustment | | | |
| **1100. TITLE CHARGES:** | | | |
| 1101. Settlement or closing fee to FIRST ESCROW, INC. | | | $135.00 | $135.00 |
| 1102. Abstract or title search to FIRST ESCROW, INC. | | | | $230.00 |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to KANAN LAW OFFICES | | | $3,750.00 | |
| (includes above items Numbers: ) | | | |
| 1108. Title insurance to FIRST ESCROW, INC. | | | $875.00 | |
| (includes above items Numbers: FE5209 ) | | | |
| 1109. Lender's coverage | | | |
| 1110. Owner's coverage $875.00 ( $375,000.00 ) | | | |
| 1111. ESCROW FEE | | | | $200.00 |
| 1112. ESCROW FOR MECHANICS LIEN RELEASE | | | | $66,000.00 |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | | |
| 1201. Recording fees: Deed $21.00 ; Mortgage ; Releases | | | $21.00 | |
| 1202. City/county tax/stamps: Deed ; Mortgage | | | |
| 1203. State tax/stamps: Deed ; Mortgage | | | |
| 1204. OVERNIGHT FEES | | | | $40.00 |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | | |
| 1301. Survey to JOHN GORDON & ASSOC: | | | $1,290.00 | |
| 1302. Pest inspection to | | | |
| 1303. | | | |
| 1304. WARD PLUMBING - PLUMBING | | | | $1,143.65 |
| 1305. WADE WATSON - CLEANUP | | | | $825.00 |
| 1306. ATLAS - EST ($1,900.00) P.O.C. | | | |
| 1307. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** | | | $6,071.00 | $90,973.65 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower _WALEED ALHATLARI_ Date: _____   Seller or Agent: _L. B. PRIOR, SEN. VICE PRES._ Date: _____

Borrower _Mohamed Al Kados_ Date: _____   Seller or Agent: _____ Date: _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____ Date: _____ Settlement Agent _JERRY W. MATNEY_ Date 6-26-2000

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see Title 18 U.S. Code Section 1001 and Section 1010.

20016

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

FPDUS0013455

KIRK A HEYLE   4,78695488

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700 TOTAL SALES/BROKER'S COMMISSION BASED ON PRICE $375,000.00 @ % = $22,500.00 | | | |
| Division of Commission (Line 700) as follows: | | | |
| 701  $22,500.00 to | | | |
| 702  to HEYLE REALTORS & COUNSELING SERVICES | | | |
| 703  Commission paid at Settlement | | | $22,500.00 |
| 704 | | | |
| 800 ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801 Loan origination fee | | | |
| 802 Loan discount | | | |
| 803 Appraisal fee to | | | |
| 804 Credit report to | | | |
| 805 Lender's inspection fee | | | |
| 806 Mortgage insurance application fee to | | | |
| 807 Assumption fee | | | |
| 808 | | | |
| 809 | | | |
| 810 | | | |
| 811 | | | |
| 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901 Interest from 06/22/2000 to 07/01/2000 @ /day | | | |
| 902 Mortgage Insurance premium for | | | |
| 903 Hazard Insurance premium for | | | |
| 904 Flood Insurance premium for | | | |
| 905 | | | |
| 1000 RESERVES DEPOSITED WITH LENDER | | | |
| 1001 Hazard Insurance  months @   per month | | | |
| 1002 Mortgage Insurance  months @   per month | | | |
| 1003 City property taxes  months @   per month | | | |
| 1004 County property taxes  months @   per month | | | |
| 1005 Annual assessments  months @   per month | | | |
| 1006 Flood Insurance  months @   per month | | | |
| 1007  months @   per month | | | |
| 1008  months @   per month | | | |
| 1009 Aggregate Accounting Escrow Adjustment | | | |
| 1100 TITLE CHARGES | | | |
| 1101 Settlement or closing fee to FIRST ESCROW, INC. | | $125.00 | $125.00 |
| 1102 Abstract or title search to FIRST ESCROW, INC. | | | $125.00 |
| 1103 Title examination to | | | |
| 1104 Title insurance binder to | | | |
| 1105 Document preparation to | | | |
| 1106 Notary fees to | | | |
| 1107 Attorney's fees to KHAN LAW OFFICES | | $1,150.00 | |
| 1108 Title insurance to FIRST ESCROW, INC.  File Number: FE3205 | | $875.00 | |
| 1109 Lender's coverage | | | |
| 1110 Owner's coverage $875.00 / $375,000.00 | | | |
| 1111 ESCROW FEE | | | $100.00 |
| 1112 ESCROW FOR MECHANICS LIEN RELEASE | | | $66,000.00 |
| 1113 | | | |
| 1200 GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201 Recording fees Deed $21.00 ; Mortgage ; Releases | | $21.00 | |
| 1202 City/county tax/stamps Deed ; Mortgage | | | |
| 1203 State tax/stamps Deed ; Mortgage | | | |
| 1204 OVERNIGHT FEES | | | $40.00 |
| 1205 | | | |
| 1300 ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301 Survey to JOHN GORDON & ASSOC. | | $1,280.00 | |
| 1302 Pest inspection to | | | |
| 1303 | | | |
| 1304 OLD PLUMBING - PLUMBING | | | $1,143.65 |
| 1305 KLDE NATION - CLEANUP | | | $425.00 |
| 1306 ATLAS (EST.) POC ($1,300.00) | | | |
| 1307 | | | |
| 1400 TOTAL SETTLEMENT CHARGES | | $4,076.00 | $90,373.12 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Buyer: _____  Seller: L.B. Prior  L.B. PRIOR, SEN. VICE PRES.   Date 6/21/00
WALEED ALHATLANI

Seller: _____   Seller: _____   Date _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent: Jerry W. Matney   5/23/2000
JERRY W. MATNEY

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

20017

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

FPDUS0013456