# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to: *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-CV-06978

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that the *Federal Insurance* plaintiffs' complaint, summons, and notice of suit, including translations of each, were served on defendant, the Islamic Republic of Iran ("Iran"), as follows:

Service was effectuated on defendant Iran via diplomatic channels by the U.S. Department of State on December 7, 2004. Proof of service on defendant Iran was transmitted by the Department of State to Joseph LaMura, Chief Deputy Clerk of the SDNY, on January 13, 2005. The *Federal Insurance* plaintiffs filed their Affidavit of Service as to defendant Iran and other supporting documentation with this Court on September 8, 2005. *See* MDL Docket No. 1208.

I further certify that the docket entries indicate that defendant Iran has not filed an answer or otherwise moved with respect to the *Federal Insurance* plaintiffs' complaint. The default of the defendant, the Islamic Republic of Iran, is hereby noted.

Dated: May ___, 2015            RUBY J. KRAJICK
New York, New York         Clerk of the Court

                                                  By:_____