UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In Re:                                    :        **<u>ORDER</u>**

TERRORIST ATTACKS                         :
ON SEPTEMBER 11, 2001
                                          :        03mdl1570-GBD-FM


-----------------------------------------------------------

**FRANK MAAS,** United States Magistrate Judge.

   It is hereby ORDERED that:

      By July 30, 2015, all defendants engaged in merits discovery shall submit
amended Initial Disclosures, pursuant to Rule 26(a)(1).


       SO ORDERED.


Dated:      New York, New York
            May _____, 2015




                        _____
                                FRANK MAAS
                     United States Magistrate Judge

Copies to:

Hon. George B. Daniels (By Hand)
United States District Judge


All Counsel via ECF