UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                          :     **ORDER**

TERRORIST ATTACKS                               :
ON SEPTEMBER 11, 2001
                                                :     03 MDL 1570 (GBD) (FM)
                                                :

---

**FRANK MAAS,** United States Magistrate Judge.

It is hereby ORDERED that the following discovery deadlines shall apply:

June 30, 2015:  Deadline for motions to compel as to defendant Dubai Islamic Bank.

July 30, 2015:  Deadline for motions to compel as to defendants Wa'el Jelaidan, Soliman H.S. al Buthe, and Perouz Sedaghaty.

August 15, 2015:  Deadline for motions to compel as to defendants Adnan Basha, Abdullah Omar Naseef, Abdullah al Turki, Abdullah al Obaid, and Abdul Rahman al Swailem.

August 30, 2015:  Deadline for motions to compel as to defendants Sana-Bell, Inc., Sanabel al Kheer, Inc., and Al Haramain Islamic Foundation, Inc. (USA).

September 30, 2015:  Deadline for motions to compel as to defendants Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth-Saudi Arabia, World Assembly of Muslim Youth-International, Dallah Avco, and Yassin Abdullah Kadi.

SO ORDERED.

Dated:      New York, New York
            May ___, 2015

                                                    _____
                                                    FRANK MAAS
                                                    United States Magistrate Judge

Copies to:

Hon. George B. Daniels (By Hand)
United States District Judge

All Counsel via ECF