UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In Re: : **ORDER**

TERRORIST ATTACKS :
ON SEPTEMBER 11, 2001
: 03 MDL 1570 (GBD) (FM)
:

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/15

**FRANK MAAS,** United States Magistrate Judge.

It is hereby ORDERED that the following discovery deadlines shall apply:

June 30, 2015: Deadline for motions to compel as to defendant Dubai Islamic Bank.

July 30, 2015: Deadline for motions to compel as to defendants Wa'el Jelaidan, Soliman H.S. al Buthe, and Perouz Sedaghaty.

August 15, 2015: Deadline for motions to compel as to defendants Adnan Basha, Abdullah Omar Naseef, Abdullah al Turki, Abdullah al Obaid, and Abdul Rahman al Swailem.

August 30, 2015: Deadline for motions to compel as to defendants Sana-Bell, Inc., Sanabel al Kheer, Inc., and Al Haramain Islamic Foundation, Inc. (USA).

September 30, 2015: Deadline for motions to compel as to defendants Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth-Saudi Arabia, World Assembly of Muslim Youth-International, Dallah Avco, and Yassin Abdullah Kadi.

SO ORDERED.

Dated: New York, New York
May 16, 2015

FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. George B. Daniels (By Hand)
United States District Judge

All Counsel via ECF