**MEMO ENDORSED**

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA FACSIMILE**

June 30, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/15
```

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to request an extension of the deadline for submission of plaintiffs' motion to compel as to Dubai Islamic Bank ("DIB"), currently set for June 30, 2015. *See* June 16, 2015 Order (ECF No. 2963). Cozen O'Connor, counsel for the *Federal Insurance* plaintiffs and head of the Plaintiffs' Executive Committee for Commercial Claims, is in the process of moving its Philadelphia headquarters which is proving to be more disruptive to its lawyers than originally anticipated. Travel and vacation schedules of some members of the PEC are also creating difficulties in coordinating a joint response. Plaintiffs respectfully request that the deadline be extended to Tuesday, July 14. Plaintiffs have conferred with counsel for DIB, and they do not object to the extension.

*Approved. The time to respond is also extended 14 days. USMJ 7/1/15.*

The Honorable Frank Maas
June 30, 2015
Page 2

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

cc: Members of the Plaintiffs' Executive Committees
Steven T. Cottreau, Esq.
Roni Bergoffen, Esq.
Alan R. Kabat, Esq.

LEGAL\23339165\1 00000.0000.000/117430.000