UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
*Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977

## *FEDERAL INSURANCE* AND *ASHTON* PLAINTIFFS' JOINT MOTION TO PROCEED UNDER 28 U.S.C. § 1605A AS AGAINST DEFENDANT, THE ISLAMIC REPUBLIC OF IRAN

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and exhibits thereto, the *Federal Insurance* Plaintiffs, by and through their counsel, Cozen O'Connor, and the *Ashton* Plaintiffs, by and through their counsel, Kreindler & Kreindler, LLP, will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' motion to amend their complaint solely as against the Islamic Republic of Iran ("Iran"), to proceed under 28 U.S.C. § 1605A, and confirming that service of the amended complaint on Iran is not required.

Respectfully submitted,

COZEN O'CONNOR

BY:     /s/    
    Stephen A. Cozen, Esquire
    Elliott R. Feldman, Esquire
    Sean P. Carter, Esquire
    J. Scott Tarbutton, Esquire
    1650 Market Street
    Philadelphia, PA 19103
    Tel: (215) 665-2000

*Attorneys for Federal Insurance Plaintiffs*

2

        KREINDLER & KREINDLER, LLP

        BY:   /s/
            James P. Kreindler, Esquire
            Andrew J. Maloney, III, Esquire
            750 Third Avenue, 32nd Floor
            New York, New York 10017
            Tel: (212) 687-8181

        *Attorneys for Ashton Plaintiffs*

LEGAL\20171170\1