*Federal Insurance* and *Ashton* Plaintiffs' Memorandum of Law in Support of Joint Motion to Proceed Under 28 USC § 1605A as against Defendant, The Islamic Republic of Iran

# EXHIBIT "B"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
*Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977

## <u>ORDER</u>

    The motion of the *Federal Insurance* and *Ashton* Plaintiffs to file their Amended Consolidated Pleading, solely as to Defendant Islamic Republic of Iran ("Iran"), to proceed with claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED.

    Service of the Consolidated Amended Complaint upon Defendant Iran is not required under 28 U.S.C. § 1608, as the *Federal Insurance* and *Ashton* Plaintiffs properly served their initial complaints upon Defendant Iran, and the Consolidated Amended Complaint merely clarifies and converts the claims asserted in the original complaints under 26 U.S.C. § 1605(a)(7) to claims under 28 U.S.C. § 1605A.

Dated: July ___, 2015
      New York, New York

                                    SO ORDERED:

                                      _____

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE