UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
*Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977

### *FEDERAL INSURANCE* AND *ASHTON* PLAINTIFFS' JOINT MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO LIABILITY AGAINST DEFENDANT, THE ISLAMIC REPUBLIC OF IRAN, PURSUANT TO 28 U.S.C. § 1605A

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and exhibits thereto, the *Federal Insurance* Plaintiffs, by and through their counsel, Cozen O'Connor, and the *Ashton* Plaintiffs, by and through their counsel, Kreindler & Kreindler, LLP, will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' motion for entry of default judgment against defendant, the Islamic Republic of Iran ("Iran"), pursuant to 28 U.S.C. § 1605A.

Respectfully submitted,

COZEN O'CONNOR

BY: /s/
     Stephen A. Cozen, Esquire
     Elliott R. Feldman, Esquire
     Sean P. Carter, Esquire
     J. Scott Tarbutton, Esquire
     1650 Market Street
     Philadelphia, PA 19103
     Tel: (215) 665-2000

*Attorneys for Federal Insurance Plaintiffs*

2

          KREINDLER & KREINDLER, LLP


BY: /s/ _____
     James P. Kreindler, Esquire
     Andrew J. Maloney, III, Esquire
     750 Third Avenue, 32nd Floor
     New York, New York 10017
     Tel: (212) 687-8181

*Attorneys for Ashton Plaintiffs*

LEGAL\23804580\1