Case 1:03-md-01570-GBD-FM   Document 1239   Filed 09/16/05   Page 1 of 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*        *Ashton, et al. v. Al Qaeda, et al.*
                                   02 CV 6977

## AFFIDAVIT OF SERVICE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK:

Andrew J. Maloney, Esq., hereby states that Plaintiffs' Summons, Complaint and Notice
of Suit, and translations of each, filed in the above-captioned matter were served upon defendants
the Islamic Republic of Iran and the Republic of Sudan.

Service was effectuated upon the Ministry of Foreign Affairs of the Islamic Republic of
Iran as transmitted by the Swiss Foreign Ministry on April 30, 2003 in accordance with the
Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* True and correct copies of the
Return of Service and supporting U.S. Department of State documents are attached hereto as
Exhibit A.

Service was effectuated upon the Sudanese Ministry of Foreign Affairs, as transmitted by
the Embassy of the United States of America, in Khartoum, Sudan on April 29, 2003 in
accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* True and
correct copies of the Return of Service and supporting U.S. Department of State documents are
attached hereto as Exhibit B.

Exhibit C contains my March 24, 2003 transmittal letter to the Clerk of the Court and the

Clerk's April 2003 transmittal to the State Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.


Dated: New York, New York
       September 14, 2005

                                    Andrew J. Maloney, III, Esq. (AM8684)
                                    Kreindler & Kreindler LLP
                                    100 Park Avenue
                                    New York, NY 10017

Sworn to before me this
14 day of September, 2005.

_____
    Notary Public

**EUGENIE L. MASTERSON**
**Notary Public, State of New York**
**No. 30-4719641**
**Qualified in Nassau County**
**Term Expires October 31, 2006**

EXHIBIT A



United States Department of State

*Washington, D.C.   20520*
July 7, 2003

Re: **Ashton, et al. v. Islamic Republic
of Iran, et al., Case No. 02-CV-
6977 (AGS)**

Dear Mr. McMahon:

I am writing regarding the Court's request for transmittal of a *Summons, Complaint and
Notice of Suit* to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a
defendant in the referenced case.

The American Embassy in Bern, Switzerland transmitted the *Summons, Complaint and
Notice of Suit* to the Swiss Foreign Ministry with diplomatic note no. 13533 on April 23, 2003.
The Swiss Foreign Ministry transmitted the documents to its Embassy, American Interests
Section, in Tehran.  The American Interests Section, in turn, transmitted the documents to the
Ministry of Foreign Affairs of the Islamic Republic of Iran under cover of diplomatic note No.
1013-IE dated April 30, 2003.

A certified copy of the Swiss Foreign Ministry's May 14, 2003 diplomatic note no.
21085 to the American Embassy in Bern is enclosed.  The note confirms the Swiss Embassy's
delivery of the documents with translations to the Iranian Ministry of Foreign Affairs, which
returned the documents without comment.

A certified copy of all these notes and the documents transmitted to the Iranian Ministry
of Foreign Affairs are enclosed herewith in accordance with the procedures established for the
implementation of the Foreign Sovereign Immunities Act.  Should you have any questions
regarding this matter, please do not hesitate to contact Mr. Luke Bellocchi, Attorney Adviser, of
this office at 202-312-9750.

Sincerely,

*Edward A. Betancourt*

Edward A. Betancourt
Director
Office of Policy Review and Interagency Liaison
Bureau of Consular Affairs

CC: Mr. Andrew J. Maloney III, Esq.

Mr. J. Michael McMahon, Clerk,
U.S. District Court, Southern District of New York
New York, New York

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )

I, Scott D. BOSWELL, a consular officer at the Embassy of the
United States at Bern, Switzerland, certify that this is a true
copy of Embassy note number 13533 dated April 23, 2003, which
was transmitted to the Swiss Ministry of Foreign Affairs on
April 23, 2003 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)


Scott D. BOSWELL
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


July 2, 2003
(Date)



*Embassy of the United States of America*
April 23, 2003

CONS NO.    13533

U R G E N T!

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of Summons and
Complaint and Notice of Suit Pursuant to the Foreign
Sovereign Immunities Act - Kathleen Ashton, et al. v. Islamic
Republic of Iran, et al.; Civil Case No. 02-CV-6977 (AGS)

REF:      ----

The Department of State has requested the delivery of the
enclosed Summons and Complaint and Notice of Suit to the
Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter of Kathleen Ashton, et al. v.
Islamic Republic of Iran, et al.; Civil Case No. 02-CV-6977
(AGS).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
American Interests Section should transmit the Summons and
Complaint and Notice of Suit to the Islamic Republic of Iran
under cover of a diplomatic note utilizing the language
provided in the enclosed instruction.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute the certification of the diplomatic note,
which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a message the Embassy
received from the Department of State as well as two sets of
the Summons and Complaint and Notice of Suit for the Iranian
Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the Summons and Complaint and Notice of Suit to the Iranian authorities.

SPP's speedy assistance is much appreciated.



# EMBASSY OF SWITZERLAND

No. 1013-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit entitled Ashton, et al. v. Al Qaeda Islamic Army, et al. Case No. 02-CV-6977 (AGS) in which the Islamic Republic of Iran is a defendant. The case is pending in United States District Court, Southern District of New York. The Embassy herewith transmits a Notice of Suit with Summons and Complaint. This note constitutes service of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the Summons and Complaint or some other responsive pleading within 60 days from the date of service of the Summons and Complaint (i.e. the date of this note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Foreign Interests Section requests that the enclosed summons be forwarded to the appropriate authority of the Government of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to answer the Summons and Complaint.

Please note that under United States law and procedure neither the Embassy nor the Department of State is in a position to comment on the present suit. Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.

The enclosure includes a copy of pertinent United States laws concerning sovereign immunities.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, April 30  (Ordibehesht 10, 1381)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

I , Ernst Hofstetter, Head of the Foreign Interests Section, Embassy of Switzerland, in Tehran certify that this is a true copy of the Embassy of Switzerland, Foreign Interests Section diplomatic note number 1013-IE dated April 30,2003, and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on April 30, 2003 .

Ernst Hofstetter
Head of Foreign Interests Section

Tehran, April 30, 2003

**No.**    4 0 2 4
Seen for legalization of
the above signature
Berne,   1 3. Mai 2003
**Swiss Federal Chancellery**

Claudia Langenegger

## EIDGENÖSSISCHES DEPARTEMENT
## FÜR AUSWÄRTIGE ANGELEGENHEITEN

K.252.22 USA/IRAN

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 13533 vom 23. April 2003 betr. die Übermittlung von Gerichtsakten im Fall **Kathleen Ashton** gegen die Islamische Republik Iran und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika in der Beilage den ersten und zweiten Satz der Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat.

- **2 Sätze Gerichtsakten Kathleen Ashton v. Islamic Republic of Iran, et al.; Civil Case No. 02-CV-6977 AGS**

- **"Proof of Service", datiert vom 30. April 2003**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1013-IE datiert vom 30. April 2003, **ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten.** Die Bestätigung des 'proof of service' ist datiert vom 30. April 2003 und die Legalisierung wurde am 13. Mai 2003 in Bern vorgenommen.

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 14. Mai 2003



Beilagen erwähnt

An die Botschaft der
Vereinigten Staaten von Amerika

**B e r n**

Informal Embassy translation from the German of SPP Note No. 21085 dated May 14, 2003:

"The Federal Department of Foreign Affairs, referring to Embassy's note No. 13533 of April 23, 2003 concerning the transmission of the court documents in the case Kathleen Ashton vs. the Islamic Republic of Iran, has the honor to submit to the Embassy of the Untied States of America the following enclosures received from the American Interests Section of the Swiss Embassy in Tehran.

-   **2 sets of the court documents Kathleen Ashton v. the Islamic Republic of Iran, et al.; Civil Case No. 02-CV-6977 AGS**
-   **"Proof of service"** dated April 30, 2003


The Interests Section received back the above mentioned court documents as well as its Note No. 1013-IE dated April 30, 2003 from **the Iranian Ministry of Foreign Affairs with no comments.** The "proof of service" is dated April 30, 2003 and was legalized on May 13, 2003 in Bern.

Complimentary close.

Bern, May 14, 2003

Enclosures as stated

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    )
Embassy of the United States of America )  SS:

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Claudia LANGENEGGER
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____
Scott D. Boswell
(Typed name of Consular Officer)

_____
Consul of the United States of America
(Title of Consular Officer)

_____
July 2, 2003
(Date)

EXHIBIT B



United States Department of State

*Washington, D.C.  20520*

May 15, 2003

Re:   **Kathleen Ashton, et al.  v.
Republic of Sudan, et al.,
Case    No.    02-CV-06977
(AGS).**

Dear Mr. McMahon:

I am writing regarding the Court's request for transmittal of a *Summons,
Complaint and Notice of Suit* to the Republic of Sudan pursuant to 28 U.S.C. Section
1608(a)(4) as a defendant in the referenced case.

The American Embassy in Khartoum, Republic of Sudan, transmitted the
*Summons, Complaint and Notice of Suit* with diplomatic note No.
MANG/04/29/2003/212, dated April 29, 2003, to the Sudanese Ministry of Foreign
Affairs.

A certified copy of the diplomatic note and a copy of the documents transmitted to
the Sudanese Ministry of Foreign Affairs are enclosed herewith in accordance with the
procedures established for the implementation of the Foreign Sovereign Immunities Act.

Should you have any questions regarding this matter, please contact Mr. Luke
Bellocchi, Attorney Adviser, in this office at (202) 312-9750.

Sincerely,

*Edward A. Betancourt*

Edward A. Betancourt
Director
Office of Policy Review and Interagency Liaison
Bureau of Consular Affairs

CC: Mr. Andrew J. Maloney, Esq.

Mr. J. Michael McMahon, Clerk
U.S. District Court (SDNY)
New York, New York



*Embassy of the United States of America*

*Khartoum, Sudan*

I, Fredric Stern, a consular officer at the U.S. Embassy of Khartoum,

Sudan, certify that this is a true copy of diplomatic note number

MANG/04/29/2003/212 dated April 29, 2003, which was transmitted to

the Foreign Ministry of Sudan on April 29, 2003.

April 29, 2003

EMBASSY OF THE
UNITED STATES OF AMERICA
Khartoum, Sudan

MANG/04/29/2003/212

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of Sudan and has the honor to refer the Foreign Ministry of the Republic of Sudan to the lawsuit entitled ASHTON, ET AL. V. Al QAEDA ISLAMIC ARMY, REPUBLIC OF SUDAN, ET AL., CASE NO. 02-CV-6977 (AGS), in which Sudan is a defendant. The case is pending in the U.S. District Court for the Southern District of New York. The Embassy herewith transmits a Summons, Complaint and Notice of Suit. This note conforms with the actions contemplated in Title 28, United States Code, Section 1608.

Under applicable United States law a defendant in a lawsuit must respond to the Summons, Complaint and Notice of Suit within sixty (60) days or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the United States Embassy requests that the enclosed Summons, Complaint and Notice of Suit be forwarded to the appropriate authority of Sudan with a view toward taking whatever steps are necessary to respond to the Summons, Complaint and Notice of Suit.

Please note that under United States law and procedure, neither the Embassy nor the U.S. Department of State is in a position to comment on the present suit. Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Republic of the Sudan the assurances of its highest consideration.

The Embassy of the United States of America
Khartoum, April 29, 2003

EXHIBIT C



# KREINDLER & KREINDLER

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
email: legal@kreindler.com
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beckman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
   Counsel

Susan A. Friery, M.D.*
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher**
Paul A. Loh
Susan D. Bainnson
Dennis J. Nolan***
Myrna Ocasio

*Admitted in MA & DC only
**Admitted in CA & Awaiting Admission NY
***Awaiting Admission NY

March 24, 2003

**BY HAND**

James M. Parkinson
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    **Ashton, et al. v. Al Qaeda Islamic Army, et al.
       02 CV 6977(AGS)**

Dear Mr. Parkinson:

We represent several hundred death cases and many more personal injury cases resulting from the September 11, 2001 terrorist attacks.  Judge Schwartz consolidated *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)), *Beyer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6978(AGS)), *Burlingame, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7230(AGS)), *Bauer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7236(AGS)), *Schneider, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7209(AGS)), and *Mayore Estates, LLC, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7214(AGS)) [this includes business and property damage cases] into one action before him and appointed James P. Kreindler liaison counsel for the plaintiffs (see attached).  Judge Schwartz then ordered us to prepare and file a Consolidated Master Complaint known as  (*Ashton, et al. v. Al Qaeda Islamic Army, et al.* 02 CV 6977(AGS)).

We are attempting to serve various defendants through traditional means, including the States of Iraq, Sudan and Iran, their political subdivisions, instrumentalities, agents, servants and employees.  All three of these States are listed by the United States as State Sponsors of terrorism.  Plaintiffs have alleged that each of them have conspired with Al Qaeda and others to attack the United States and its citizens, including the terrorist attacks on September 11, 2001.

**Kreindler & Kreindler**
March 26, 2003
Page 2

Enclosed please find two copies of the Notice of Suit (pursuant to 22 C.F.R. § 93.2) and the Summonses and Complaints in English and Farsi to be served on the Republic of Iran. Please forward them to the Secretary of State, Colin Powell, in Washington, D.C. pursuant to 28 U.S.C. § 1608(a)(4), to the attention of the Director of Special Consular Services - in order for the Secretary to transmit one copy of the papers through diplomatic channels to the State of Iran, whose official language is Farsi.

Please ensure that the State Department sends a certified copy of the diplomatic note to you indicating when the papers were transmitted and provide same to me at your earliest convenience.

Very truly yours,

KREINDLER & KREINDLER

By _____
       Andrew J. Maloney, III

AJM/gm
Enclosures

#110676-1

# United States District Court

| Southern | District of | New York |

KATHLEEN ASHTON, et al.

                              Plaintiffs,          CONSOLIDATED
                                                   MASTER COMPLAINT

             v.

AL QAEDA ISLAMIC ARMY, et al.              CASE NUMBER: 02 CV 6977 (AGS)

                              Defendants.


To:          SEE CAPTION ATTACHED



          YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)


          KREINDLER & KREINDLER
          100 Park Avenue, New York, NY 10017
          (212) 687-8181


an answer to the complaint which is herewith served upon you, within ___20___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.


**J. MICHAEL McMAHON**                     MAR 6  2003
CLERK                                      _____
  Melanie L. Lopez                         DATE

_____
BY DEPUTY CLERK

# NOTICE OF SUIT
## Pursuant to 28 U.S.C. § 1608 22 C.F.R. § 93.2

1.      PLEASE TAKE NOTICE that legal actions have been commenced against you in the United States District court for the Southern District of New York known as *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)), *Beyer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6978(AGS)), *Burlingame, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7230(AGS)), *Bauer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7236(AGS)), *Schneider, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7209(AGS)), and *Mayore Estates, LLC, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7214(AGS)) and have been consolidated as *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)) against the Islamic Republic of Iran, Islamic Revolutionary Guard ("Irgc") Iranian Ministry of Intelligence And Security ("Mois"), Lashkar Redayan-E-Islami (Islamic Martyrs Brigade), Ayatollah Ali Khamenei, Spiritual Leader of Iran, Momammed Mohammadi Rayshahri, special advisor to Spiritual Leader, Qorban Ali Najaf-Abadi, Minister of Intelligence, Ali Falahyan, Director of Public Intelligence, General Ali Blokian, former advisor to Hezbollah Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah, Mahdi Chamran Savehi, director of International, Hezbollah and Iranian External Intelligence chief, General Mohsen Reza'i, Iranian security director, Hoseyn Shaykh Ol-eslam, former Assistant Foreign Minister, General Mohsen Reza'i, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus; General Yahya Rahim Safavi, head of the IRGC; Information Minister Qorban 'Ali Najaf 'Abadi; Former minister 'Ali Falahyan; Mohammed Mohammadi Rayshahri, special adviser to Iran's supreme leader Ali Khamene'i; Hoseyn Shaykh Ol-Eslam, former assistant foreign minister, and others. The presiding Judge is the Honorable Allen G Schwartz and the consolidated docket number is 02 CV 6977(AGS).

2.      The Republic of Iran is the foreign state concerned and its political subdivisions as described above, as well as the Islamic Republic of Iran, Islamic Revolutionary Guard ("Irgc") Iranian Ministry of Intelligence And Security ("Mois"), Lashkar Redayan-E-Islami (Islamic Martyrs Brigade), Ayatollah Ali Khamenei, Spiritual Leader of Iran, Momammed Mohammadi Rayshahri, special advisor to Spiritual Leader, Qorban Ali Najaf-Abadi, Minister of Intelligence, Ali Falahyan, Director of Public Intelligence, General Ali Blokian, former advisor to Hezbollah Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah, Mahdi Chamran Savehi, director of International, Hezbollah and Iranian External Intelligence chief, General Mohsen Reza'i, Iranian security director, Hoseyn Shaykh Ol-eslam, former Assistant Foreign Minister, General Mohsen Reza'i, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus; General Yahya Rahim Safavi, head of the IRGC; Information Minister Qorban 'Ali Najaf 'Abadi; Former minister 'Ali Falahyan; Mohammed Mohammadi Rayshahri, special adviser to Iran's supreme leader Ali Khamene'i; Hoseyn Shaykh Ol-Eslam, former assistant foreign minister, and others. and others as described above in their individual capacities as well as in their capacity as agents, servants, and employees of the Iran government as described above.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                        FILED
                                    DISTRICT COURT NE

KATTHLEEN ASHTON, et al,              :   2003  4/2  P 2:43
                                      :
                                      :       .U. OF N.Y.
               Plaintiffs,            :   CERTIFICATE OF MAILING
                                      :
     V.                               :
                                      :   **DOC #** 13
AL QUAEDA ISLAMIC ARMY, et al,        :
                                      :
               Defendants.            :   02 CV 6977 (AGS)
                                      :
                                      :

          I, J.MICHAEL MCMAHON, CLERK OF COURT FOR THE SOUTHERN

DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT ON 2nd DAY OF

 April , 200 3  I SERVED THE SUMMONS AND COMPLAINT, NOTICE OF SUIT

AND AFFIDAVIT FROM THE THE TRANSLATOR PURSUANT TO THE FOREIGN

SOVEREIAGN IMMUNITES ACT (28U.S.C §1608(A)(4) FILED AND ISSUED HEREIN

ON THE 6TH DAY OF  March 2003 BY MAILING BY REGISTERED MAIL, RETURN

RECEIPT REQUESTED, AT THE UNITED STATES POST OFFICE, CHINATOWN STATION,

NEW YORK, N.Y., A COPY OF EACH THEREOF, SECURELY ENCLOSED IN A POST-

PAID WRAPPER ADDRESSED TO:

               SEE ATTACHED FOR LISTING OF DEFENDANTS

THAT ANNEXED TO THE ORIGINAL HEREOF IS REGISTERED MAIL

RECEIPT(S)

# 7002 2510 0007 2575 6385                 #

# _____  # _____       # _____

# 7002 0510 0003 9500 4675

(CHINATOWN STATION) THAT WAS ISSUED AT MY REQUEST AS AFOREMENTIONED,

                              J. Michael McMahon
                         _____
                                        CLERK

DATED:  NEW YORK, N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### OFFICE OF THE CLERK
#### 500 PEARL STREET
#### NEW YORK, NEW YORK 10007

April 2, 2003

J. MICHAEL MCMAHON
CLERK

United States Department of State
Office of Citizens Consular Services
2201 "C" Street, N.W.
Washington, D.C. 20520

     Re:  Ashton, et al. v. AlQaeda Islamic Army, et al.
         02 Cv.. 6977 (AGS)

Dear Sir/Madam:

   Enclosed please find one copy of each of the following documents in the above-referenced case.  I am hereby requesting that you serve them upon:

   Islamic Republic of Iran
   2209 Wisconsin Avenue NW
   Washington, DC 2007

        Summons
        Complaint
        Notice of Suit
        Order
      Affidavit of the Translator

   The above-referenced documents have been translated into Farsi,  Iran's official language.

page2

There is no arrangement for service by the and between Plaintiffs and with Defendants; no special arrangement exists for delivery of Summons and Complaint in accordance applicable international convention and service could not be made within thirty days under Para, 3 of § 1608(a)(4).

If there are any questions, you may contact me at (212) 805-0140

Sincerely,

Joseph LaMura
Chief Deputy

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ | 6.30 |

UNIT ID: 0004

| | | |
|---|---|---|
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |

Postmark Here

Clerk: KJC6FK

| | | |
|---|---|---|
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 10.35 |

04/02/03

Sent To
U.S. Dept. of State
Street, Apt. No.; or PO Box No.
Office of Citizens Consular Svc
City, State, ZIP+4
2201 "C" Street, N.W.
Wash. D.C. 20520

7001 2510 0007 2575 6385

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Dept. of state
Office of Citizens Consular
Svc.
2201 "C" Street, N.W.
Washington, D.C. 20520

A. Signature
X

B. Received by (Printed Name)

C. Date of Delivery
4/8/03

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0007 2575 6385

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ | 6.30 |

UNIT ID: 0004

| | | |
|---|---|---|
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |

Postmark Here

Clerk: KJC6FK

| | | |
|---|---|---|
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 10.35 |

04/02/03

Sent To
U.S. Dept. of State
Street, Apt. No.; or PO Box No.
Office of Citizens Consular Svc
City, State, ZIP+4
2201 "C" Street, N.W.
Wash., D.C. 20520

7001 2510 0007 2575 6385

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. dept State
Office of Citizens Consular Svc
2201 "C" Street, N.W.
Washington, DC 20520

A. Signature
X

B. Received by (Printed Name)

C. Date of Delivery
4/8/03

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0003 9500 4675

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-25K

7002 0510 0003 9500 4675