UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978
*Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977

## ORDER

The Court hereby adopts its Findings of Fact and Conclusions of Law as to Defendant Islamic Republic of Iran ("Iran"), entered in *Havlish v. Bin Laden*, Case No. 03-CV-09848, ECF No. 294, in *Federal Insurance Co. v. al Qaida*, and *Ashton v. al Qaeda Islamic Army*;

Pursuant to the Court's Findings of Fact and Conclusions of Law as to Defendant Iran, the Court hereby enters default judgment as to liability against Iran, and in favor of the Plaintiffs in *Federal Insurance Co. v. al Qaida*, in relation to their claims pursuant to 28 U.S.C. § 1605A(d), and for their claims pursuant to 28 U.S.C. § 1605A(c) for assigned wrongful death and personal injury claims suffered by United States nationals; and

Pursuant to the Court's Findings of Fact and Conclusions of Law as to Defendant Iran, the Court hereby enters judgment by default as to liability against Iran, and in favor of the United States national Plaintiffs in *Ashton v. al Qaeda Islamic Army*, in relation to their claims pursuant to 28 U.S.C. § 1605A(c).

The Clerk of Court is therefore hereby directed to enter default judgment as to liability against Defendant Iran in *Federal Insurance Co. v. al Qaida*, and *Ashton v. al Qaeda Islamic Army*, in accordance with this Order.

2

Dated: July ___, 2015
      New York, New York

                                              SO ORDERED:

                                              _____
                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE