# Exhibit B

# العمليات الاستشهادية

9 ديسمبر، 2005     2,588 زيارة     السياسة

السؤال :

هل يجوز للمسلم إذا كانت أرضه محتله ولا يستطيع أن يقاتل العدو إلا بقتل نفسه، كأن يضع في وسطه حزاما ناسفا، فيفجر نفسه فيقتل من العدو العدد الكثير، أو يفجر نفسه بسيارة وما إلى ذلك. هل يعتبر منتحرا، أو يعتبر شهيدا، وهل يعتبر هذا الشاب قد ألقى بنفسه في التهلكة والله عز وجل يقول: " ولا تلقوا بأيديكم إلى التهلكة ".

الجواب :

الانتحار هو أن يقتل الإنسان نفسه بنفسه، كان يطعن نفسه بسكينة أو يطلق على نفسه رصاص بندقية أو يأكل سما، أو يلقي بنفسه من شاهق، أو يمتنع عن الأكل والشرب، أو يترك جرحه ينزف، وهو قادر على وقفه. والانتحار يحتاج إلى القصد، فإن انتفى القصد فلا يعد الفعل انتحارا. روى أبو داود عن رجل من أصحاب النبي صلى الله عليه وسلم قال: " أغرنا على حي من جهينة فطلب رجل من المسلمين رجلا منهم، فضربه فأخطأه ، فأصاب نفسه بالسيف، فقال رسول إلى صلى إلى عليه وسلم: أخوكم يا معشر المصلين، فابتدره الناس, فوجدوه قده مات، فلفه رسول الله صلى الله عليه وسلم بثيابه ودمائه، وصلى عليه، فقالوا: يا رسول الله: أشهيد هو: قال: نعم وأنا له شهيد، وقال محمد بن الحسن الشيباني: ذكر مكحول أن رجلا من أصحاب رسول الله صلى الله عليه وسلم تناول رجلا من العدو ليضربه فأخطأ فأصاب رجله فنزف حتى مات، فصلى عليه رسول الله صلى الله عليه وسلم، فقال أصحابه رضى الله عنهم: أشهيد هو: قال: " نعم، وأنا عليه شهيد " . قال السرخسي شارحا: تأويل الحديث أنه شهيد فيما تناول من الثواب في الآخرة.. وهذا صار مقتولا بفعل نفسه ولكنه معذور في ذلك، لأنه قصد العدو لا نفسه، فيكون شهيد في حكم الآخرة، ويصنع به ما يصنع بالميت في الدنيا، ومثله ما روى عن سلمة بن الأكوع رضى الله عنه قال: قلت: يارسول الله، زعم أسيد بن حضير أن عامر بن سنان بن الأكوع حبط عمله ، وكان ضرب يهوديا فقطع رجله ورجع السيف على عامر فعقره فمات منها، فقال: كذب من قال ذلك، إن له لأجرين، إنه جاهد مجاهد، وإنه ليعوم في الجنة عوم الدعموس) و الدعموس- دويبة سوداء- (السير. الكبير لمحمد بن الحسن الشيباني وشرحه للسرخسى 1/102) وقال ابن قدامة : فإن كان الشهيد عاد عليه سلاحا فقتله، فهو كالمقتول بأيدي العدو (المغنى 397/2) وقد اتفق الفقهاء على أن قاصد قتل نفسه عمدا مرتكب لكبيرة أكبر من قتل نفس الغير وهو من المخلدين في النار لقوله صلى الله عليه وسلم: " من تردى من جبل فقتل نفسه فهو في نار جهنم يتردى فيها خالداً مخلداً فيها أبداً " (البخاري 247/10 ومسلم 103/1) وقد حرم الله قتل النفس فقال: " ولا تقتلوا النفس التي حرم الله إلا بالحق " الأنعام: 151، وقال عز وجل: " ولا تقتلوا أنفسكم إن الله كان بكم رحيما " (النساء:29). والآية صريحة في أن الإنسان لا يملك نفسه حتى يتصرف فيها كما يشاء، فالمالك الحقيقي هو الله عز وجل، فمن قتل نفسه فقد تعدى على ملك الله عز وجل واستحق العقوبة. والشاب الذي يقتل نفسه بحزام ناسف أو سيارة أو أية وسيلة لا يعتبر منتحرا، إلا إذا قصد أن يقتل نفسه دون غاية من وراء ذلك فإن كان قصده من التسبب بقتل نفسه بهذه الوسائل إحداث القتل والنكاية بالعدو، وإعلاء كلمة الله فلا يعد منتحرا بل يعد شهيدا إن شاء الله، ولا شك أن التسبب بقتل النفس بفعل مباشر من الشخص أشد على النفس من قتل الغير له، فهذه شهادة مع عزيمة، وهذا الحكم ليس مطلقا وإنما هو مقيد بقيود إن توافرت كان شهادة إن شاء الله. أولها: ما ذكرناه من أن يكون قصد الفاعل إعلاء كلمة الله والموت في سبيله وإعزاز الدين، والعدو إذا احتل أرضاً مسلمة أو جزء منها وجب قتاله، وقتاله جهاد. إلا إذا صالحوه، ولا يجوز صلحه صلحاً دائماً على أن يأخذ جزء من أرض المسلمين- وليس هنا محل التفضيل. ثانيها: أن يكون قتل النفس الطريق الوحيد لإحداث القتل في

العدو أو الطريقة الأكثر تأثيراً بالعدو، فإذا غلب على الظن أن هذا الأسلوب في القتل لن يؤثر في العدو، ولن يحقق قتل أحد منهم، أو كان هناك وسائل ممكنة أنجح في تحقيق الغاية، فلا يقدم على هذا العمل. ثالثها:. أن يكون تقدير أثر قتل النفس بتلك الوسائل إلى جماعة لا إلى فرد، بحيث تقدر الجماعة المفاسد والمصالح، فقد يحدث هذا الفعل النكاية في العدو، ويحدث القتل فيه وبأعداد كبيرة، لكنه سيعود على غيره من أهل أو عشيرة أو جماعة بالأذى الأشد وسيقتل العدو منهم أضعاف ما قتل منه، أو قد يعرض مزيدا من الأعراض والدماء و الأراضي للأذى والسلب، فذلك كله موكول إلى تقدير الجماعة لمن كانت له جماعة ولا يجوز الإقدام عليه فردياً أو دون دراسة متأنية ترجح فيها المصالح على المفاسد، فإن غلبت وتوافرت تلك الشروط كان الإقدام على العمل جائزاً إن لم يكن واجبا، ويقدم المسلم على قتل نفسه بتفجيرها، أو الهجوم وحده على العدو، مع يقينه انه سيقتل. وقد نص الفقهاء على جواز هذا الفعل اهتداء وفهما لنصوص الآيات والأحاديث والآثار التي سترد في كلام الفقهاء . فقد نص الحنفية على جواز ذلك وقال الجصاص: قال محمد بن الحسن الشيباني: " لو أن رجلا حمل على ألف رجل وهو وحده لم يكن بذلك بأس إذا كان يطمع في نجاة أو نكاية، فإن كان لا يطمع في نجاة ولا نكاية فإني أكره له ذلك، لأنه عرض نفسه للتلف في غير منفعة للمسلمين، وإنما ينبغي للرجل أن يفعل هذا إذا كان يطمع في نجاة أو منفعة للمسلمين، فإن كان لا يطمع في نجاة أو نكاية ولكنه يجرئ المسلمين بذلك حتى يفعلوا مثل ما فعل فيقتلون وينكون في العدو فلا بأس وأرجو أن يكون فيه مأجوراً " (أحكام القرآن للجصاص 1/309) . وقال المالكية في نص خليل والدردير: " وجاز إقدام المسلم على كثير من الكفار إن لم يكن قصده ليظهر شجاعته، بل لإعلاء كلمة الله، قال الدسوقي: الحاصل جواز إقدام الواحد على الكثير مقيد بأمرين : أن يكون قصده إعلاء كلمة الله، وأن يظن تأثيره فيهم ، والظاهر أن الشرط الأول للكمال بم لأنه يجوز الافتخار في الحرب فمفهومه الكراهة فقط. (الدسوقي 2/183، والقرطبي 2/363). وقال القرطبي في تفسير قوله تعالى: "ا ولا تلقوا بأيديكم إلى التهلكة " عن بعض علماء المالكية: لا بأس أن يحمل الرجل وحده على الجيش العظيم إذا كان فيه قوة، وكان لله بنية خالصة، لأن مقصوده واحد منهم وذلك بين في قوله تعالى: " ومن الناس من يشري نفسه ابتغاء مرضات الله " (البقرة:207) وقال ابن خويز منداد: فأما أن يحمل الرجل على مائة أو على جملة العسكر.. فلذلك حالتان : إن علم وغلب على ظنه أنه سيقتل من حمل عليه وينجو فحسن، وكذلك لو علم وغلب على ظنه أن يقتل ولكن سينكى نكاية أو سيبلى أو يؤثر أثراً ينتفع به المسلمون فجائز أيضا، وفي يوم اليمامة لما تحصنت بنو حنيفة بالحديقة قال البراء بن مالك: ضعوني في الجحفة – ترس يتخذ من الجلود- و ألقوني إليهم. ففعلوا وقاتلهم وحده وفتح الباب. قال القرطبي: ومن هذا ما روي عن أنس بن مالك أن رسول الله صلى الله عليه وسلم أفرد يوم أحد في سبعة من الأنصار ورجلين من قريش، فلما رهقوه - أي لحقه العدو- قال: " من يردهم عنا وله الجنة أو هو رفيقي في الجنة " فتقدم رجل من الأنصار فقاتل حتى قتل، فلم يزل كذلك حتى قتل السبعة... " (رواه مسلم، القرطبي 342/2) وقد ورد أن رسول الله صلى الله عليه وسلم ذكر الجنة فقال له رجل: " أرأيت أن قتلت في سبيل الله فأين أنا، فقال: في الجنة، فألقى تمرات في يديه ثم قاتل حتى قتل " (مسلم 3/1309) واعتبر ابن تيمية جواز ذلك من باب ترجيح مصلحة الدين فقال: " روى مسلم في صحيحه عن النبي صلى الله عليه وسلم قصة أصحاب الأخدود وفيها: " أن الغلام أمر بقتل نفسه لأجل مصلحة ظهور الدين " ولهذا جوز الأئمة الأربعة أن ينغمس المسلم في صف الكفار وإن غلب على ظنه أنهم يقتلونه، إذا كان في ذلك مصلحة للمسلمين. فإذا كان الرجل يفعل ما يعتقد أنه يقتل به لأجل مصلحة الجهاد مع أن قتله نفسه أعظم من قتله غيره. كان ما يفضي إلى قتل غيره لأجل مصلحة التي لا تحصل إلا بذلك، ودفع ضرر العدو المفسد للدين والدنيا الذي لا يندفع إلا بذلك أولى" (الفتاوى 28/ 540). وعلى ذلك فالشاب الذي يقتل نفسه بهذا الأسلوب مخلصاً نيته لله ، مبتغياً إعلاء كلمة الله، ورجحت جماعته إعزاز الدين وإعلاء كلمة الله بفعله هذا، وتحقيق الأهداف المرتجاة وغلبة المصالح على المفاسد، فانه أقدم على خير العمل، وشرى نفسه ابتغاء مرضاة الله وهو معني بقوله تعالى: " ومن الناس من يشري نفسه ابتغاء مرضات الله والله رؤف بالعباد "( البقرة:207)، وقد ورد من أسباب نزول هذه الآية أنها فيمن يقتحم القتال، كما حمل هشام بن عامر رضي الله عنه على الصف في القسطنطينية

فقاتل حتى قتل فقرأ أبو هريرة رضى الله عنه: " ومن الناس من يشري نفسه ابتغاء مرضاة الله " وروى مثله عن أبى أيوب (القرطبي 3/21 ) . وإذا قلنا إن إقدام المسلم على مثل هذا العمل طريقه قرار جماعته أو أميره، أو قائد جيشه، ومن في حكمهم حذرا من أن يكون إقدامه على هذا العمل لا يحقق غايته، ويعود على عموم المسلمين بأشد من نكايته في العدو فإن الحكم يختلف لو كان الهجوم عليه من العدو واحدا أو اكثر فيبادرهم حينئذ بكل ما يستطيع ولو بتفجير نفسه على ظن انهم قاتلوه لا محالة ، ويقتل منهم أكبر عدد يستطيع، ولا يتقيد تصرفه حينئذ بما ذكرنا من رأي جماعته، ومراعاة المصالح، فحاله حينئذ حال من صال عليه العدو، فيجب عليه- على رأى جمهور الفقهاء- أن يقتل من هجم عليه وصال، لقوله تعالى: " ولا تلقوا بأيديكم إلى التهلكة " (البقرة: 195) فإذا أسلم أمره لهم ليقتلوه، أو يستدلوا به على غيره، فقد ألقى بنفسه إلى التهلكة وربما تسبب في هلكة غيره ، فإن قتل فهو شهيد، لقوله صلى الله عليه وسلم : " من قتل دون دمه فهو شهيد " (الترمذي 4/30 وقال : حديث حسن صحيح). بل لو لم يستطع أن يرد من يعزم الهجوم عليه، أو حوصر موقعه، وليس لديه ما يدفع به عن نفسه، وعنده من الأسرار التي لو أجبر على إظهارها عند الأسر يعرض غيره للهلاك ويتسبب في إفشال خطط المسلمين، ويكشف عوراتهم، جاز أن يقتل نفسه، أو يستسلم لهم، ويرجع تقدير ذلك له، فإن علم من نفسه صلابة لا تلين تحت التعذيب فلا يفشى سرا، استسلم وسلم نفسه، وإن غلب على ظنه أو تيقن أنه لا يتحمل ذلك، قتل نفسه ولا أرى قواعد الشرع تأبى عليه ذلك. وقد نص الفقهاء على أن من تعين موته بسببين واستويا في السوء فله أن يتخير بينهما، كمن احترقت سفينته ولا يحسن السباحة أو كانت الأسماك المفترسة تحته تنتظر إلقاء نفسه إليها فلو اختار موته غرقا أو احتراقا جاز، وان غلب على ظنه أن أحد السببين أهون من الآخر، فيتبع الأهون وبه قال جمهور الفقهاء، قال ابن السبكى: " لو وقع في. نار محرقة ولم يخلص إلا بماء يغرقه، ورآه أهون عليه من الصبر على نفحات النار فله الانتقال إليه في الأصح " (الأشباه والنظائر للسيوطي 865) ويتخرج على كلام الفقهاء هذا لو أيقن أو غلب على ظنه أنه ميت وليس عنده ما يدافع به عن نفسه، فله أن يقتل نفسه فيحتسي سما، أو أي وسيلة أخرى يختارها عن قتلهم له لأنه ميت بأحد السببين فيختار، فإن كان صاحب أسرار لا يقوى على كتمانها كان اختيار قتل نفسه أولى وأسلم- كما سبق القول- وهو في كل الأحوال شهيد إن شاء الله، لأنه يقصد قتل نفسه اختيارا، فحكمه في أقل أحواله حكم المكره إكراها ملجئا لقتل نفسه بل قياسه على المكره قياس أولوي لموضع الشهادة وإعزاز الدين وتحقيق مصلحة المسلمين. أما الجزء الأخير من السؤال وهو احتمال شمول قوله تعالى: " ولا تلقوا بأيديكم إلى التهلكة " لهذا الشاب فيقع تحت نهى الله عز وجل. فإن هذا بعيد عن مفهوم الآية، خاصة إذا راعينا القيود التي ذكرناها لجواز تفجير المسلم نفسه. وقد ذهب أكثر المفسرين إلى أن معنى الآية ما رواه الترمذي عن يزيد بن أبى حبيب عن أسلم أبى عمران قال: " كنا بمدينة الروم القسطنطينية- فأخرجوا إلينا صفا عظيما من الروم فخرج إليهم من المسلمين مثلهم أو أكثر.. فحمل رجل من المسلمين على صف الروم حتى دخل فيهم، فصاح الناس، وقالوا: سبحان الله، يلقى بيديه إلى التهلكة، فقام أبو أيوب الأنصاري فقال: يا أيها الناس، إنكم تتأولون هذه الآية هذا التأويل، وإنما أنزلت هذه الآية فينا معاشر الأنصار لما أعز الله الإسلام وكثر ناصروه ، قال بعضنا لبعض سرا دون رسول الله صلى الله عليه وسلم: إن أموالنا قد ضاعت، وإن الله قد أعز الإسلام وكثر ناصروه، فلو أقمنا في أموالنا فأصلحنا ما ضاع منها، فأنزل الله على نبيه صلى الله عليه وسلم يرد علينا ما قلنا: " وأنفقوا في سبيل الله ولا تلقوا بأيديكم إلى التهلكة " فكانت التهلكة الإقامة على الأموال وإصلاحها وتركنا الغزو" (الترمذي 8/ 311 والقرطبي 2/341، وانظر الروايات في هذا في تفسير ابن كثير 1/28 وحديث أبى أيوب اخرجه مسلم والنسائي وأبو داود والترمذي وابن حبان والحاكم كما قال ابن حجر فتح الباري8/185) فالآية نزلت في ترك النفقة كما قال البخاري وغيره من المفسرين. وهذا لا يمنع عمومها فالعبرة بعموم اللفظ لا بخصوص السبب، ولا إشكال فيها ولا شبهة تلحق الشاب المفجر نفسه بين أفراد العدو لما ذكرناه من عدم قصد نفسه بالقتل، بل لتوقف ذلك على الاعتبارات والمصالح السابق ذكرها، فإن كان كذلك فهو شهيد إن شاء الله، ونرجو أن تلحقه شهادة النبي صلى الله عليه وسلم، وهو عليه شهيد.