# Exhibit C

# FATWA
## by Sr. Akeel Al-Nashmi
### Dean, College of Sharia'a, University of Kuwait

**Paying Zakat to Those Who Work to Restore the Shar'a of Allah**

We believe that the meaning of "In the Path of Allah" includes supporting Islamic da'wa and making the Word of Allah high (prevail). This is strongly supported because it is a general term that includes Jihad with arms to fight the enemies which is more important than other things. The same term also includes everything that pleases Allah because of the term's generality and there is nothing to support its specificity to Jihad only, therefore it remains a general term that includes all interests of Muslims especially anything that makes them victorious.

There is no doubt that working to restore Islamic life and to reestablish the Islamic State is a tremendous task and a duty on everyone to the best of his/her abilities and if the first opinion or meaning of the them "In the Path of Allah" is applied to today's situation, it would then mean "TO SUPPORT EVERY EFFORT THAT STOPS KUFR AND ITS REGIMES AND REESTABLISHES THE ISLAMIC STATE."

It is therefore allowed to pay Zakat to those parties, groups, and Islamic societies in the west, for example, because they aspire to restore Islamic life, erase Kufr regimes, and replace them with the Sharia'a of Allah. It is in fact enough that they would most likely influence the realization of that goal even in a partial manner for that "partially" would grow through years to become big, and at that time, Zakat will be paid to every action that could be considered as a means to reach the goal, because means are considered that same as goals and whatever is a precondition or requirement to a duty "wajib" is considered a duty "wajid" provided that MEANS themselves are Islamicly LAWFUL.

> This opinion is supported by Sayid Rasheed Rida, Dr. Yousef El Karadawi, Sheikh Sayid Sabiq and others.

18

HLSD06  0001458