# Exhibit D



الموقع الإلكتروني الرسمي

فضيلة أ.د علي محيي الدين القره داغي

Like 0 Tweet 0 Share 8+1 0

## هل يجوز إرسال الأموال الى حماس في الظرف الراهن؟

اقرا فتاوى الشيخ - ملف الفتاوى

الأحد, 21 شباط 2010 13:44

### السؤال :

هل يجوز في الظرف الراهن ارسل اموالا الى حماس ، اسال لان هناك من يتحرج من هذا الامر كما لو كانت حماس منظمة ارهابية
جزاكم الله خيرا.

### الجواب :

بسم الله الرحمن الرحيم
الحمد لله رب العالمين والصلاة والسلام على المبعوث رحمة للعالمين وعلى آله الطيبين وصحبه أجمعين وبعد
فيجب أن يقوم المسلمون بواجبهم الشرعي نحو إخوانهم في فلسطين الذين يضحون بأنفسهم ودمائهم وأموالهم وبيوتهم وبأبنائهم ونسائهم، فهؤلاء يدفعون دماءهم وكل ما لديهم في سبيل الله وفي سبيل الدفاع عن دينهم ووطنهم، فكيف إذن لا يقوم المسلمون بواجبهم نحوهم، بل كان المفروض أن يقوم المسلمون جميعاً بالنفير العام ضد العدو الصهيوني المحتل الغاشم الظالم الذي لا يرغب فينا أي عهد ديني ولا دولي ولا أممي ، فهؤلاء الصهاينة عاثوا في الأرض فساداً وأذاقوا إخواننا الأمرين، ولذلك أقول بكل صدق وصراحة : فإن الجهاد اليوم فرض عين على كل من هو قادر على ذلك بالنفس بالمال بالبدن بالإعلام بالقلم بكل وسائل الجهاد.
وقد أجمع المسلمون قاطبة على مر العصور على أن الجهاد يصبح فرض عين إذا احتل أرض من أراضي الإسلام وأذل شعب من شعوب الإسلام، واليوم نجد احتلالا وغصبا لأراضي المسلمين مما يحدث في فلسطين ، وأقول هنا يجب على الدول التي لها حدود مع فلسطين أن تفتح هذه الحدود للشعوب المسلمة لتقوم بواجبها إذا لم تستطع هذه الدول بنفسها أن تقوم بواجب الحماية لإخواننا في فلسطين ، فالجهاد في فلسطين أفضل أنواع الجهاد على الإطلاق ، ومن استطاع أن يجاهد فيه فهذا شرف عظيم يتمناه كل مسلم ومسلمة في العالم الإسلامي كله ، وأنا من خلال منبر إسلام أون لاين أعلن ذلك بكل صراحة وأقول كل من يمنع الجهاد في فلسطين أو لا يفتح الحدود أو لا يقوم بواجبه نحو إخوانه في فلسطين، فإنه آثم يلقى الله تعالى وهو عنه غير راضٍ .
أيها الإخوة والأخوات هبوا لنجدة أخوانكم في فلسطين بكل ما تملكون، فهذه فرصة قد لا يتكرر مثلها في التضحية بالمال والأنفس، وكل ما هو غال ونفيس في سبيل الأرض المباركة ، أرض فلسطين القدس المسجد الأقصى الذي بارك الله حوله .

والله أعلم

بحث...

Dr. Ali Al Qarad...
105,249 likes

Like Page Share

Be the first of your friends to like this

احصائيات
2039035
اليوم 566
الامس 1382
هذا الاسبوع 1948
الاسبوع الماضي 11440
هذا الشهر 19422
الشهر الماضي 44842
الكل 2039035

مرحبا بكم في الموقع الرسمي لفضيلة الأستاذ الدكتور علي محيي الدين القره داغي

التصويت

ما رأيك في التصميم للموقع

○ ممتاز
○ جيد
○ مقبول

[البيان] [التصويت]

أكثر المواضيع قراءة

Qatar First Investment Bank trains staff on Shari'ah compliant banking practices

Al Qaradaghi: Islamic Banking Really Does Differ from Conventional Rival

مشاكل و حلول

Huge growth potential seen for Takaful market

Alqaradaghi: Objective journalism facing new challenges

English Articles

**Bioethics seminar adopts Qaradaghi's proposal linking them to Shariah purposes**



A bioethics seminar has recently adopted the proposal by iUMS Secretary General Dr. Ali Al-Qaradaghi linking the general principles of medical and biological ethics to the objectives of Shariah instead of the prevailing four principles.

**Protecting the environment, inspired by faith**



Interfaith leaders highlighted the important link between faith and good environmental stewardship at a seminar in the Qatar National Convention Centre. The seminar was presented by Muslim and Christian leaders, a leader from the Brahma Kumaris spiritual tradition and a scientific researcher from the Gulf Organisation for Research and Development.

7/13/2015     مرحبا بكم في الموقع الرسمي لفضيلة الأستاذ الدكتور على محيي الدين القره داغي



### Alqaradaghi: Objective journalism facing new challenges

Journalism is a noble profession and objective journalism is facing new challenges in the region, said Dr. Ali Muhiyudeen Alquradagi, the General Secretary of the International Islamic Scholars' Union.

