# Exhibit E

FD-302 (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Al-Fadl
**3501-13**

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription _____2/4/98_____

On 1/8/98, 1/14/98, 1/23/98, and 2/20/98, a Co-
operating Witness (CW) was interviewed at an undisclosed
location.  Present during the interviews on 1/8/98 and 1/14/98
were FBI Special Agents ———————————————— New York
City Police Department Detective ——————— and Assistant
United States Attorney (Southern District of New York) KEN KARAS.
Present during the 1/23/98 interview were FBI Special Agent
———————————————' and AUSA KEN KARAS.  Present during the 2/20/98
interview were FBI Special Agents ————————————————
and AUSA KEN KARAS.

The topic covered in this interview was MADANI AL-
TAYYIB.  The CW advised that AL-TAYYIB's full name is SAIDI
MADANI AL-TAYYIB and that he also used the aliases ABU FADIL and
ABU FADIL AL-MAKKI.  The CW advised that AL-TAYYIB is Saudi
Arabian of Moroccan descent, is in his early to mid 30's,
approximately 5'9", fair skinned (almost pale), and has light
colored hair.  Furthermore, AL-TAYYIB is missing his right leg up
to the knee.

The CW advised that he first met AL-TAYYIB in the early
part of 1988 at the JAJI (phonetic) base located on the front
lines of Afghanistan in an area called the PAKTIA state.  At this
time, the JAJI base was logistically run by ABU ABDUL RAHMAN AL-
SAHRAHI and the military leader (Emir) for this camp was ABU
UBAIDAH AL-BANSHIRI. However, the CW advised that this was an
OSAMA BIN LADIN and ABDULLAH AZZAM base. The CW advised that AL-
TAYYIB was using the name ABU FADIL MAKKI and that he (AL-TAYYIB)
may have gotten to this base just before the CW. The CW advised
that AL-TAYYIB was conducting logistical work under ABU ANTER AL-
MASRI and ABU OMAR AL-MAKKI.

The CW also saw AL-TAYYIB at the AL-ARIN camp in
Afghanistan.  This camp was run by a Saudi Arabian known as ABU
NOFUR (ph).  The CW advised that ABU NOFUR's true name is MAJID
AL-KAAKI (ph).  The CW advised that this was also an OSAMA BIN
LADIN camp and that he (BIN LADIN) also maintained a bunker at
this camp. The CW explained that this camp was used for storing

Investigation on __1/8/98, etc__ at UNDISCLOSED LOCATION

File # ————————————————————————  Date dictated __2/4/98__

by ————————————————————————

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

SNY101-0092

FD-302a (Rev. 10-6-95)

PARTICULARLY
SENSITIVE

Continuation of FD-302 of ___CO-OPERATING WITNESS_____ , On 1/8/98, etc . Page ___2___

supplies and weapons.  This camp, according to the CW, also
housed a small hospital.  The CW advised that he and AL-TAYYIB
worked at this camp under ABU TURAB AL-MASRI and that the camp
would often receive shipments of new weapons which were then
cleaned and test fired.  Supplies stored at this camp also
included food, clothing, boots, shovels, medicine, etc.

        After the AL-ARIN camp, the CW, AL-TAYYIB and
approximately 100-115 people went with ABU TALHA CHECKASI (ph), a
Jordanian and Emir of this group, to an area called SARKHAB in
the LOGAR state of Afghanistan near Kabul to fight against the
communists.

        From SARKHAB, AL-TAYYIB was sent to the MOHAMMED AGA
area of the LOGAR state and approximately two weeks later the CW
followed.  The CW advised that this area was the front lines
between the Mujahideen and the communists and that people were
sent there by a number system.  The CW and AL-TAYYIB spent
approximately two months together in the MOHAMMED AGA area.  The
CW advised that while they were in the MOHAMMED AGA area, the
Russians attacked the Mujahideen and pushed them out of the
MOHAMMED AGA and SARKHAB areas back to AL-ARIN.  From AL-ARIN,
the CW, AL-TAYYIB, and approximately 80 others were sent to
Peshawar, Pakistan for a rest.

        While in Peshawar, the CW advised that AL-TAYYIB was
sent to KHOST and worked under an Egyptian named SABIR in an
engineering section responsible for such things as building new
camps and mine clearing.  The CW heard that while AL-TAYYIB was
in KHOST, he (AL-TAYYIB) traveled several times back and forth to
Saudi Arabia.  The CW advised that AL-TAYYIB's brother worked for
Saudi Air.  The CW also believed that AL-TAYYIB's brother was
involved in transporting supplies to Afghanistan using Saudi Air.

        The CW advised that in late 1989, AL-TAYYIB went to
Saudi Arabia and was involved in lecturing, propaganda,
collecting money, etc.  The CW advised that during this time, AL-
TAYYIB was working under ABU HAMAM AL-SAUDI, the individual who
ran the ISLAMIC INTERNATIONAL RELIEF ORGANIZATION in Peshawar,
Pakistan.  The CW believes that ABU HAMAM AL-SAUDI is in fact

FD-302a (Rev. 10-6-95)

**PARTICULARLY**
**SENSITIVE**

Continuation of FD-302 of ___CO-OPERATING WITNESS_____ , On _1/8/98, etc_ , Page ___3___

OSAMA BIN LADIN's cousin.

The CW advised that during this time frame, OSAMA BIN
LADIN's organization started to become more structured and
started to go by the name AL-QAIDA. The CW advised that the
members of the group were now making BAYAT, filling out formal
paperwork and giving allegiance to AL-QAIDA and OSAMA BIN LADIN.

Also during this period, ABU UBAIDAH AL-BANSHIRI became
the military Emir of AL-QAIDA under OSAMA BIN LADIN and ABU HAFS
AL-MASRI, aka ABU HAFS AL-KABIR, became the Emir of camps.  ABU
HAMAM AL-SAUDI continued to be the Emir of finance and AL-TAYYIB
continued to work under ABU HAMAM AL-SAUDI.  The CW advised that
ABU HAMAM AL-SAUDI would give money to AL-TAYYIB who would then
distribute certain amounts to both SHEIKH SAID AL-MASRI (an
Egyptian) and  ABU YASSIR SARRIR (an Algerian), aka ABU YASSIR
AL-GIZARI (ph).  These two individuals were in charge of salary,
travel, and health benefits for AL-QAIDA.  During this time
frame, the CW advised that he would see AL-TAYYIB frequently, but
not as often as when they were in the camps together because AL-
TAYYIB was moving up in the organization.

The CW advised that he was then sent to JALALABAD and
AL-TAYYIB was sent to the KHARKULA (ph) guesthouse in Peshawar,
Pakistan.  After JALALABAD, the CW was sent to Peshawar and was
told by ABU UBAIDAH AL-BANSHIRI to go to Sudan. Also present
during this meeting at the Islamic Relief guesthouse was MOHAMMED
YASSIR AL-MASRI and ABU HAFS AL-KABIR, aka ABU HAFS AL-MASRI. The
CW recalls this to be late 1989 or early 1990 because he went to
Sudan after the coup d'etat (Note: The coup occurred in June
1989).  Before going to Sudan, the CW was given $55,000 USD and
17,000 Saudi Riyals by AL-TAYYIB to rent a guesthouse and office
in Khartoum.  The CW advised that ABU UBAIDAH AL-BANSHIRI gave
the CW paperwork for AL-TAYYIB to release the money.  The CW
advised that during this time frame, MOHAMMED YASSIR AL-MASRI
(supra) worked with OSAMA BIN LADIN, but that he was actually a
member of a terrorist organization known as EGYPTIAN AL-JIHAD.
(Further information regarding this transaction is located on
page 8)

SNY101-0094

FD-302a (Rev. 10-6-95)

**PARTICULARLY**
**SENSITIVE**

Continuation of FD-302 of ___CO-OPERATING WITNESS_____ , On _1/8/98, etc_ , Page ___4___

      While in Sudan, the CW learned that AL-TAYYIB lost his right leg up to the knee on a land mine in Afghanistan. In the early part of 1991, AL-TAYYIB also went to Sudan and moved there after OSAMA BIN LADIN's visit the Sudan. The CW believed that OSAMA BIN LADIN and AL-TAYYIB may have moved to Sudan at the same time. At this time, the CW advised that he was traveling between Sudan and Peshawar renting guesthouses, offices and even purchased a farm in Sudan for AL-QAIDA.

      The CW advised that when he went back to Sudan on a permanent basis, OSAMA BIN LADIN told him not to talk negatively about the National Islamic Front (as he had in the past) with the Sudanese people because the National Islamic Front (NIF) was sensitive about the issue. At the same time, OSAMA BIN LADIN told the NIF that the CW would behave. The CW advised that OSAMA BIN LADIN was dealing directly with ALI OSMAN MOHAMMED TAHA, the current Secretary of State of Sudan. The CW was told by OSAMA BIN LADIN that he (CW) will be working for AL-TAYYIB. The CW believed that it was at AL-TAYYIB's request that he (CW) was told by OSAMA BIN LADIN to work for him (AL-TAYYIB) in Sudan.

      During this time frame, AL-TAYYIB took ABU HAMAM AL-SAUDI's position as Emir of finances for AL-QAIDA. According to the CW, AL-TAYYIB was now in charge of all of OSAMA BIN LADIN's money in Sudan, his companies, as well as his money with the NIF, for example, the AL-HIDRA CONSTRUCTION COMPANY's road project to connect Khartoum and Port Sudan.

      Only after a few months of the CW's arrival to Sudan, AL-TAYYIB married OSAMA BIN LADIN's uncle's (SAID BIN LADIN) daughter and became one of OSAMA BIN LADIN's closest associates. After this marriage, AL-TAYYIB became a secretary (in a high ranking manner) in AL-QAIDA and was now in charge of most of OSAMA BIN LADIN's money, including the money located outside of Sudan. During this period in Sudan, AL-QAIDA became known as the ISLAMIC ARMY.

      The CW advised that while he worked under AL-TAYYIB, the ISLAMIC ARMY created many OSAMA BIN LADIN companies such as TABA INVESTMENT, BIN LADIN INTERNATIONAL, which was located on

FD-302a (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Continuation of FD-302 of   CO-OPERATING WITNESS _____ , On 1/8/98, etc . Page   5

McNimer street in Khartoum, the BLESSED FRUITS COMPANY, which was
responsible for the DAMAZIN and KASSALA camps, and the QUDARAT
TRANSPORT COMPANY.  They were also responsible for obtaining
licenses to ship animals and purchased the SOBA training camp.
At this time, OSAMA BIN LADIN became a partner in the ANIMAL
RESOURCES BANK. The CW advised that he and AL-TAYYIB traveled
together to KASSALLA, PORT SUDAN, and AL-FOWER, an area where
peanut farmers are located.

     While in Port Sudan, AL-TAYYIB gave the CW $50,000 USD
to purchase a facility to process salt from the Red Sea.  The CW
advised that this facility included an office, guesthouse and
processing facility and was located approximately two hours
driving time away from the city. The CW advised that this
facility was used by the ISLAMIC ARMY to store and ship weapons.
Although the facility was not purchased on this initial visit to
Port Sudan, the CW advised that on a subsequent trip to the city
without AL-TAYYIB, the facility was purchased.  The CW advised
that he was accompanied on the subsequent trip by ABDEL AZIZ
MOHAMMED ISSAWI, a former Sudanese police officer working for the
Sudanese Security Service with the rank of one eagle (in Arabic
called RAID which translates into Major).  The CW advised that
ISSAWI was a member of the NIF, a Sudanese Tae Khwon Do camp and
last known to be residing in Canada.

     The CW further advised that AL-TAYYIB controlled and
monitored OSAMA BIN LADIN's money and kept portions of the money
in banks under his (AL-TAYYIB) own name and in other names such
as ABU AMJED, ABU MAHDI, and ABU KHALLIFAH AL-OMANI.  The CW
advised that AL-TAYYIB opened several accounts for the LADIN
INTERNATIONAL COMPANY at the AL-SHAMAL BANK in Khartoum including
one account under his (AL-TAYYIB) own name, a second account
under his and OSAMA BIN LADIN name, and a third account under
his, OSAMA BIN LADIN and the CW's name for foreign business
transactions only.  The CW advised that during the earlier part
of OSAMA BIN LADIN's stay in Sudan, most of the business accounts
were with AL-SHAMAL BANK and FAISAL ISLAMIC BANK.  According to
the CW, AL-TAYYIB used his true name when opening these accounts.
The CW advised that AL-TAYYIB also opened a US dollar account at
CITIBANK which was later closed. A US dollar account was also

SNY101-0096

FD-302a (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Continuation of FD-302 of   CO-OPERATING WITNESS                .On 1/8/98, etc .Page   6

held at the AL-SHAMAL BANK.  The CW further advised that OSAMA
BIN LADIN used AL-TAYYIB to hide part of his money after he (BIN
LADIN) had his problems with the Saudi authorities regarding his
activities.

          The CW advised that AL-TAYYIB held other accounts at
the following banks in Sudan: ISLAMIC WEST BANK, BANK OF
KHARTOUM, BANK OF SAUDI-SUDANI, AL-BARAKA SUDANESE BANK, ANIMAL
RESOURCES BANK, and NILEIM INDUSTRIAL DEVELOPMENT BANK.  Accounts
held at banks located outside the Sudan included the following:
BARCLAYS BANK, MASHREQ BANK, FAISAL AL-BAHRAINI, and TADAMON
BANK.  The CW further advised that AL-TAYYIB had a relationship
with AHMED LOOTAH from the United Arab Emirates.

          The CW advised that during 8/92, he was sent by OSAMA
BIN LADIN and AL-TAYYIB to Budapest, Hungary and Zagreb, Croatia.
On this trip, the CW traveled to Budapest via Sofia, Bulgaria.
While in Budapest, the CW stayed at an OSAMA BIN LADIN guesthouse
and was told to meet with a Lebanese guy whose name the CW could
not remember.  The CW advised that the Lebonese individual never
showed up and he then coninued his trip to Zagreb.  The CW
advised that he was sent to Zagreb to find out more information
regarding the privatization of businesses in Croatia and to
obtain more information regarding the banking system, ie.
currency conversions.  The CW was ordered by OSAMA BIN LADIN and
AL-TAYYIB to meet with ABU ABDEL RAHMAN AL-DOSARI when he arrived
in Zagreb.  The CW advised that he met AL-DOSARI at an office
called the THIRD WORLD (CW could not remember the rest of the
name) headed by a Sudanese NIF member named EL-FATIH ABU
HASSANIEN.  The CW advised that this organization also had an
office located in Vienna, Austria.

          The CW advised that while in Zagreb, Croatia, he had
heard about about a big non-secret meeting involving Islamic
scholars to discuss ways to co-ordinate the relief effort in
Bosnia. The CW heard about this meeting from AL-DOSARI, a Syrian
male whose name he could not remember of the AL-BIR AL-DAWALIA
(ph), an Islamic relief organization, and possibly ABU AL-ZABIR
AL-MADANI.  The CW advised that ABU AL-ZABIR AL-MADANI is one of
OSAMA BIN LADIN's cousins and was a commander in Jalalabad under

SNY101-0097

FD-302a (Rev. 10-6-95)

**PARTICULARLY**
**SENSITIVE**

Continuation of FD-302 of    CO-OPERATING WITNESS        , On 1/8/98, etc , Page    7

OSAMA BIN LADIN during the war in Afghanistan.

       While in Zagreb, the CW accompanied AL-DOSARI and DR. IBRAHIM (LNU) to three refugee/DAWA camps.  The CW advised that these were not military camps, but they were used to recruit people.  The CW believed that the camps were funded by OSAMA BIN LADIN through the organization called THIRD WORLD (rest of the name he could not remember) (supra) and EL-FATIH ABU HASSANIAN (supra).  Approximately October 1992, the CW departed Croatia and went back to Khartoum via Budapest.  While in Budapest, he stayed in a OSAMA BIN LADIN guesthouse for a few days.

       After the CW's arrival in Khartoum, he went to see AL-TAYYIB and ABU UBAIDAH AL-BANSHIRI and gave a report to AL-TAYYIB concerning his mission in Croatia.  The CW also advised that he subsequently gave OSAMA BIN LADIN a two hour briefing on his mission.  The CW advised that BIN LADIN seemed concerned about the business aspects regarding privatization and the banking system in Croatia, as well as his reputation in Bosnia.

       The CW advised that when OSAMA BIN LADIN went to the Sudan, the ISLAMIC ARMY grew.  As it grew the CW advised that it became closer with other terrorist groups and a formal SHURA COUNCIL was formed.  The CW advised that AL-TAYYIB was a part of this SHURA COUNCIL from the very beginning.  AT this time, AL-TAYYIB basically became the man in charge of most of the finances for the ISLAMIC ARMY and attended nightly meetings with OSAMA BIN LADIN to discuss monetary issues.  The CW advised that no one, except OSAMA BIN LADIN, could make any decisions regarding money without an order coming from AL-TAYYIB.

       The following are examples of AL-TAYYIB's involvement with OSAMA BIN LADIN and the ISLAMIC ARMY:

       1) (Supra) The CW advised that approximately 1990 while he was in Peshawar, Pakistan, he was ordered by ABU UBAIDAH AL-BANSHIRI to go to Sudan and help NOUH AL-MASRI and ABDEL AZIZ MOHAMED ISSAWI, aka ABU AL-HASSAN AL-SUDANI by taking money to these two individuals.  AL-BANSHIRI gave the CW a letter addressed to AL-TAYYIB for him (AL-TAYYIB) to give the CW the

FD-302a (Rev. 10-6-95)

## PARTICULARLY
## SENSITIVE

Continuation of FD-302 of ___CO-OPERATING WITNESS_____ , On __1/8/98, etc__ , Page ___8___

money. AL-TAYYIB then gave the CW $55,000 USD and 17,000 Saudi
Riyals. The CW advised that he went to Sudan and gave NOUH AL-
MASRI and ISSAWI part of the money and used the rest (with
ISSAWI) to purchase several vehicles. As a side note, the CW
advised that ISSAWI was involved in bringing Egyptian terrorists
into Sudan from Egypt.

2) During late 1992, the CW recalls being told by AL-
TAYYIB to go to Amman, Jordan and bring money to ABU AKRAM. At a
later date and after the CW obtained a visa, AL-TAYYIB gave the
CW $200,000 USD in two separate $100,000 packs. The CW then flew
Sudan Airways to Amman and gave ABU AKRAM the money which was
used to support both the families of the maryters and families of
people who were in jail as a result of terrorist activities. The
CW further believed that some of the money was used to support
ABU AKRAM's farm outside of Amman, a guesthouse and mosque
located at the farm. The CW advised that the money was basically
given to ABU AKRAM for the ABU ALI GROUP, an organization the CW
described as a terrorist group. The CW advised that he spent four
or five days with ABU AKRAM before returning to Sudan.

The CW advised that ABU AKRAM is a Jordanian from
Palestine and part of a Palestinian Jihad group. Furthermore,
the CW advised that ABU AKRAM is part of OSAMA BIN LADIN's SHURA
COUNCIL and the political and financial leader of the ABU ALI
GROUP. ABU AKRAM was with AL-QAIDA in Afghanistan and later with
the ISLAMIC ARMY. According to the CW, ABU AKRAM started the
MAKTAB AL-KHIDMAT RELIEF ORIGANIZATION in Peshawar in the early
1980's and started the first Arab Afghan training camp in
Afghanistan at the start of the war called the WARSAK CAMP.
Finally, the CW believes that ABU AKRAM is currently in his late
50's or early 60's.

3) In early 1993, the CW advised that he was with ABU
UBAIDAH AL-BANSHIRI and AL-TAYYIB when they went to an ERITREAN
ISLAMIC JIHAD (EIJ) guesthouse located in the Riyadh section of
Khartoum. At this guesthouse, AL-TAYYIB gave SHEIKH ARAFA what
he believed to be $100,000 USD. The CW described SHEIKH ARAFA as
being the political leader of this EIJ terrorist group. Also
present at this guesthouse was MOHAMED KHAIR, a member of EIJ.

FD-302a (Rev. 10-6-95)

**PARTICULARLY**
**SENSITIVE**

Continuation of FD-302 of    CO-OPERATING WITNESS                    , On 1/8/98, etc , Page    9

The CW advised that during this meeting he only accompanied AL-TAYYIB and AL-BANSHIRI and never handled the money.

4) (Supra) The CW advised that AL-TAYYIB gave him $50,000 USD to purchase a salt making facility near Port Sudan which was purchased under the CW's name.  This facility was used by OSAMA BIN LADIN'S ISLMAIC ARMY to store weapons and to move terrorists in and out of the country.  Approximately $4,000 of the $50,000 was used to rent apartments that were used as guesthouses for these terrorists in the TARIB HADIL section of Port Sudan.  These apartments were rented and run by ISSAWI.

5) During late 1992, AL-TAYYIB told the CW to go to AL-QADARIF and meet AKRAM YOUSIF ABBASS, the manager of the DANFUDYO COMPANY, an NIF front company.  AL-TAYYIB told the CW that the DANFUDYO COMPANY would help him (CW) get started in trading sesame seeds and that the CW would pay them a commission.  The CW advised that an agreement was made between the LADIN INTERNATIONAL COMPANY and the DANFUDYO COMPANY.  The companies were involved in purchasing sesame from local farmers. After the CW met AKRAM YOUSIF ABBASS, he (CW) opened a bank account and told AL-TAYYIB that they were ready to do business.  The CW advised that AL-TAYYIB then sent the CW in excess of $1,000,000 over the course of three weeks to purchase sesame.

The CW advised that AL-TAYYIB instructed the CW to set up the same type of businesses involving peanuts and sunflower seeds.

The CW advised that he and AL-TAYYIB were also involved in the payment aspects of the "challenge road" built by OSAMA BIN LADIN for the Sudanese government.  To pay OSAMA BIN LADIN for building the road, the NIF gave BIN LADIN sesame without levying export and customs taxes, as opposed to cash because of the currency problem with the Sudanese Pound.  Further payment for the "challange road" and other road construction projects included the NIF giving OSAMA BIN LADIN the KASSALLA and DAMAZIN CAMPS, as well as the KHARTOUM TANNERY.

The CW advised that MOHAMED SULIEMAN AL-NALFI, aka ABU

SNY101-0100

FD-302a (Rev. 10-6-95)

**PARTICULARLY**
**SENSITIVE**

Continuation of FD-302 of   CO-OPERATING WITNESS                      , On 1/8/98, etc . Page   10

MUSAB, also held two accounts at the AL-SHAMAL BANK in Khartoum
for two different Libyian terrorist groups called GAMA AL-LIBYA
AL-MUKATILA and the LIBYIAN JIHAD GROUP.  The CW advised that
these groups had members in the ISLAMIC ARMY and representation
in OSAMA BIN LADIN's SHURA COUNCIL.  These two groups had ties
with OSAMA BIN LADIN dating back to Afghanistan.

    The CW advised that OSAMA BIN LADIN would often
designate separate accounts for different terrorist groups and
that AL-TAYYIB controlled the flow of money to the groups on
behalf of OSAMA BIN LADIN.

    The CW advised that money donated to Islamic causes,
i.e. from wealthy individuals in the Gulf area, money collected
in Europe, and money collected from groups, was sent to OSAMA BIN
LADIN instead of the groups themselves.  The CW advised that this
was done to avoid misuse from the groups because these people
trusted OSAMA BIN LADIN more, and they believed that the money
controlled by OSAMA BIN LADIN would be used more effectively by
various terrorist groups because of OSAMA BIN LADIN's ideology
and reputation.  The CW advised that this money came to OSAMA BIN
LADIN and was subsequently controlled by AL-TAYYIB.

    The CW advised that when he last saw AL-TAYYIB, he (AL-
TAYYIB) was married and resided in an OSAMA BIN LADIN guesthouse
in the Riyadh section of Khartoum.  AL-TAYYIB lived on the second
floor, as did SA'AD AL-SHARIF.  The CW advised that AL-SHARIF was
incharge of the ISLAMIC ARMY's FATWA and INFORMATION COMMITTEES.
On the first floor lived ABU UBAIDAH AL-BANSHIRI and ABU HAFS AL-
KHIBIR.  The CW further advised that across the street from this
guesthouse lived ABDU AL-MUKHLAF, OSAMA BIN LADIN's driver and
bodyguard.

    The following is a list of activities conducted by the
ISLAMIC ARMY that were told to the CW by AL-TAYYIB:

    1) The CW advised that approximately two to three
months after SHEIKH OMAR ABDEL RAHMAN was arrested in the United
States (US), the ISLAMIC ARMY had general discussions about
retaliating against the US in the US.  AL-TAYYIB mentioned to the

SNY101-0101

FD-302a (Rev. 10-6-95)

## PARTICULARLY
## SENSITIVE

Continuation of FD-302 of ___CO-OPERATING WITNESS_____ , On _1/8/98, etc_ , Page ___11___

CW that ABU KHADIJA AL-IRAQI, USAMA LUBNANI, and an Iranian Shia
whose name he could not remember, were sent to Cuba through
Europe.  The CW believes that ABU KHADIJA AL-IRAQI may be a US
citizen.  The CW advised that one or all of these individuals
were to go to the US and conduct a terrorist act in retaliation.
AL-TAYYIB told the CW that the ISLAMIC ARMY had people in the US.
The CW advised that he was not privy to any specific operational
plans and further advised that he never heard of any such
retaliatory operation taking place.  The CW believed that the
Iranian government was aware of this plan because of the unknown
Iranian and USAMA LUBNANI.

The CW advised that in the past, USAMA LUBNANI had
facilitated travel documents and housing at the HARAK guesthouse
for eight OSAMA BIN LADIN associates who were sent to Lebanon to
train with HIZBOLLAH.  The CW advised that since Iran supported
HIZBOLLAH, the Iranians would therefore know about OSAMA BIN
LADIN's associates training in Lebanon. The CW further advised
that ASAFI AHMEDI/MOHAMADI, an Iranian IO (the CW was not sure if
ASAFI's last name was AHMEDI or MOHAMADI) and SHEIKH AN'NORMANI
were associated with OSAMA BIN LADIN and the ISLAMIC ARMY.  The
CW advised that AN'NORMANI held an official Iranian title as a
religious ambassador responsible for the Horn of Africa and
stationed in Khartoum.  The CW believes that both ASAFI and
AN'NORMANI were also responsible for facilitating the eight OSAMA
BIN LADIN associates being trained in Lebanon.  The CW recalls
five of the eight individuals as follows: ABU JAFER AL-TAYAR, ABU
ISLAM AL-MASRI, ABU TALHA AL-SUDANI, HAYDAR AL-DOSARI, and SALAM
AL-MASRI.

On a side note, the CW advised that ABU AYOUB AL-IRAQI,
ABU HAJER AL-IRAQI, and ABU UBAIDAH AL-BANSHIRI were sent to Iran
with AL-BANSHIRI going more then once.

2) The CW advised that AL-TAYYIB told him that when the
Somalia crisis started, OSAMA BIN LADIN's group and the NIF
thought that the US was behind the United Nations (UN) decision
to send the military to Somalia.  Both the ISLAMIC ARMY and the
NIF were nervous because they thought that the UN and the US
would come into the south of Sudan after Somalia to end the civil

SNY101-0102

FD-302a (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Continuation of FD-302 of   CO-OPERATING WITNESS                    , On 1/8/98, etc . Page   12

war in Sudan.  The CW advised that the SHURA COUNCIL issued a
FATWA to support any efforts to get the UN and US out of Somalia.
At this time, the CW was ordered by AL-TAYYIB to stop his daily
business activities.  Approximately two to three months later,
the CW was told by AL-TAYYIB that he (CW) would be sent to
Somalia because of his combat and logistic experiences from
Afghanistan.  At a later date, the CW was told the same thing by
ABU UBAIDAH AL-BANSHIRI.  The CW advised that he never went to
Somalia.

     3) The CW advised that he was told by AL-TAYYIB to work
with ABU AYOUB AL-IRAQI in Port Sudan.  ABU AYOUB AL-IRAQI told
the CW that he (CW) was to help with the security of sending a
truck containing two containers of explosives from Khartoum to
Port Sudan the following day.  With the CW on this trip was ABU
NAIM AL-LIBI (the driver), ABU ALI AL-SUDANI, and a fourth person
whose name he does not recall.  The CW advised that ABU ALI AL-
SUDANI is an NIF member and IO from the DELEGATION OFFICE who was
assigned to OSAMA BIN LADIN's bodyguard detail.  The truck that
was used to transport the explosives was an OSAMA BIN LADIN
vehicle from the QUADARAT TRANSPORTATION COMPANY which used a
Sudanese military licences plate.  When they got to Port Sudan,
the CW met ABU AYOUB AL-IRAQI at the Palace Hotel.  With ABU
AYOUB AL-IRAQI was IBRAHIM AHMED MAHMUD, aka ABU KHOBAB who was
told by ABU AYOUB AL-IRAQI to bring the truck to a military
hangar.  That night, the CW saw ABU KHOBAB, MOHAMED JARNEBI, ABU
AYOUB AL-IRAQI, MOHAMED ELAMIN, ABU HAFS AL-MANSURI (Egyptian)
and others place the two containers into other containers.  The
containers were then brought to the south port of Port Sudan and
placed on a ship whose name ended with ___TAL.  The next day, ABU
KHOBAB told the CW that the ship was going to Saudi Arabia via
Yemen.  When the CW returned to Khartoum, AL-TAYYIB also told the
CW that the explosives were going to Saudi Arabia via Yemen.
Common knowledge throughout the ISLAMIC ARMY was that the
explosives were going to be used against the US military in Saudi
Arabia.

     A few months later, AL-TAYYIB told the CW that HAYDAR
AL-DOSARI and his group were arrested in Saudi Arabia.  The CW
advised that AL-TAYYIB was relieved because the Saudis arrested

FD-302a (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Continuation of FD-302 of ___CO-OPERATING WITNESS___ , On _1/8/98, etc._ Page __13__

AL-DOSARI for an unrelated matter.  Al-TAYYIB told the CW that
because of the arrest, the operation was postponed.  AL-TAYYIB
later told the CW that AL-DOSARI never told the Saudis about the
operation.

        The CW advised that he was told, possibly by AL-TAYYIB,
that the explosives were destined for IBN AL-MUBARAK AL-SHARQAWI
who resided in eastern Saudi Arabia. The CW advised that IBN AL-
MUBARAK AL-SHARQAWI started with AZMARAI in Afghanistan after IBN
AL-MUBARAK AL-SHARQAWI's brother was recruited by AZMARAI.  IBN
AL-MUBARAK AL-SHARQAWI later joined AL-QAIDA and went to Sudan
with the ISLAMIC ARMY.  At the start of AL-QAIDA, IBN AL-MUBARAK
AL-SHARQAWI was a leader of the MANAKANDO area near Khost,
Afghanistan for AL-QAIDA.  At this time, the CW was working under
IBN AL-MUBARAK AL-SHARQAWI, while HAYDAR AL-DOSARI was a JIHAD
WAL CAMP military trainer at a HEKMATYAR base who would
frequently come and fight under IBN AL-MUBARAK AL-SHARQAWI.
Furthermore, during late 1989 or early 1990, IBN AL-MUBARAK AL-
SHARQAWI worked under AZMARAI on the frontline in Jalalabad City
in the KHOSH GUM BAD area.

        4) AL-TAYYIB told the CW that AZMARAI was doing a great
job in Tajikistan and later showed the CW a video tape of AZMARAI
leading an attack against the Tajikistan communists.  The video
tape showed the group prior to, during and after the attack.  The
tape also showed the results of the battle including Tajik
corpses, many of which were decapitated, with human heads
displayed on a table.

        The CW advised that Al-TAYYIB and others had radios to
communicate with various OSAMA BIN LADIN camps and guesthouses,
for example, DAMAZIN, SOBA, PORT SUDAN, KASSALLA, SHENDI, etc.
The CW advised that permission to use the radios was granted to
the ISLAMIC ARMY by the Sudanese military.

        The CW further advised that satellite telephones were
used by OSAMA BIN LADIN, ABU HAMAM AL-SAUDI (supra), and SA'AD
AL-SHARIF, aka ABU MOHAMED, the leader of both the Information
and Fatwa Committees.

SNY101-0104

FD-302a (Rev. 10-6-95)

**PARTICULARLY
SENSITIVE**

Continuation of FD-302 of   CO-OPERATING WITNESS _____ .On 1/8/98, etc .Page   14

    The CW advised that the ISLAMIC ARMY used the following
methods to communicate with each other:  mobile telephones,
verbal and/or coded messages by courier, walkie-talkies,  and an
invisible ink pen with a blue light to read messages.  The CW
advised that these pens were purchased by ABDEL AZIZ MOHAMED
ISSAWI in Colgne, Germany.  The CW advised that the ISLAMIC ARMY
also had communications centers in Khartoum. One which was
located on McNimer Street and a second located in a OSAMA BIN
LADIN guesthouse in the Square 9 area of the Riyadh section of
Khartoum.