**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br><br>**CORRECTED MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Eric R. Nitz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Dallah Avco Trans Arabia Co. in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 21, 2015

Respectfully submitted,

MOLO LAMKEN LLP

_____
Eric R. Nitz
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Phone: (202) 556-2021
Facsimile: (202) 536-2021
enitz@mololamken.com