# Exhibit 1

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Eric Richard Nitz

was admitted to practice as an attorney and counsellor at the bar of this Court on October 31, 2011.

I further certify that so far as the records of this office are concerned, Eric Richard Nitz is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of July
A.D. 2015
By: _____
Deputy Clerk