UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) ) ) ) ) ) 03 MDL 1570 (GBD) (FM)  **ORDER FOR ADMISSION PRO HAC VICE** |

The corrected motion of Eric R. Nitz, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and that his contact information is as follows:

Applicant's Name:   Eric R. Nitz

Firm Name:   MoloLamken LLP

Address:   The Watergate, Suite 660, 600 New Hampshire Ave., N.W.

City / State / Zip:   Washington, D.C. 20037

Telephone / Fax:   (202) 556-2021 (T) / (202) 536-2021 (F)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Dallah Avco Trans Arabia Co. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                    United States District / Magistrate Judge