USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to: *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-CV-06978

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on September 10, 2003 with the filing of the *Federal Insurance* plaintiffs' Complaint and Summons (Case No. 03-cv-06978 – Docket No. 1). A copy of the *Federal Insurance* plaintiffs' First Amended Complaint (Case No. 03-cv-06978 – Docket No. 104), Summons, and Notice of Suit, including translations of each, were served on defendant, the Islamic Republic of Iran ("Iran"), via diplomatic channels by the U.S. Department of State on December 7, 2004. *See Federal Insurance* plaintiffs' Affidavit of Service as to defendant Iran and other supporting documentation filed with this Court on September 8, 2005. *See* MDL Docket No. 1208. Proof of service on defendant Iran was transmitted by the Department of State to Joseph LaMura, Chief Deputy Clerk of the SDNY, on January 13, 2005. *Id.*

I further certify that the docket entries indicate that defendant Iran has not filed an answer or otherwise moved with respect to the *Federal Insurance* plaintiffs' complaint herein. The default of the defendant, the Islamic Republic of Iran, is hereby noted.

Dated: July 27, 2015  
New York, New York

RUBY J. KRAJICK  
Clerk of the Court

By: _____  
Deputy Clerk