UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

――――――――――――――――――――――― x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned ___In Re: Terrorist Attacks on September 11, 2001___

_____, No.03-MD-1570 The date(s) for which such authorization is provided is (are) ___July 30, 2015___.

| Attorney | Device(s) |
| --- | --- |
| 1. J. Scott Tarbutton<br>Cozen O'Connor<br>Federal Insurance Plaintiffs | Laptop |
| 2. | |

6

| | |
|---|---|
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _JUL 29 2015_

_____
George B. Daniels
United States Judge

Revised: February 26, 2014