**C L I F F O R D**

**C H A N C E**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By ECF**

Direct Dial: +1 202 912 5109
E-mail: Steve.Cottreau@cliffordchance.com

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

August 7, 2015

**Re: In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD/FM)**

Dear Judge Maas:

Defendant Dubai Islamic Bank ("**DIB**") respectfully requests an extension until September 30, 2015 for its response to Plaintiffs' Motions to Compel filed on July 14, 2015.

DIB has met and conferred with the Plaintiffs' Executive Committees on this matter, and Plaintiffs have consented to the requested extension.

We respectfully request a revised deadline of September 30, 2015 for DIB to respond to Plaintiffs' Motions to Compel.

Sincerely,

Steven T. Cottreau

cc:    Hon. George B. Daniels
       Counsel of Record (by ECF)