**EXHIBIT B**

**EXPERT WITNESS TESTIMONY**

*El Camino Resources, Ltd., et al. v. Huntington National Bank*, No. 1:07-cv-598 (W.D. Mich.) (deposed);

*Richardson v. Huntington National Bank,* No. 06-80989-jrh (Bkrtcy. W.D. Mich.) (deposed and testified at trial);

*Dale, et al. v. Dreyfus Service Corp., et al.,* No. 3:00 CV 359LN (S.D. Miss. Jackson Div.) (deposed); and

*BDP International Finance Corp., Ltd., et.al. v. 6-F Corporation, Pedro Castillo,* No. 06-02544-CA 21 (11th Dist. Miami-Dade Cty) (deposed)

## EXHIBIT C

## PUBLICATIONS

### BOOKS

PRINCIPLES OF COUNTER-TERRORISM LAW (West Publ. 2011) (with Prof. Geoffrey Corn);

UNFUNDING TERROR: THE LEGAL RESPONSE TO THE FINANCING OF GLOBAL TERRORISM (Edward Elgar Publ. 2008);

COMPLEX CRIMINAL LITIGATION: PROSECUTING DRUG ENTERPRISES AND ORGANIZED CRIME (Lexis Publ., 2d ed. 2000);

INTERNATIONAL CRIMINAL LAW, CASES AND MATERIALS (with Prof. Jordan Paust, Cherif Bassiouni, Michael Scharf, Leila Sadat, and Bruce Zagaris (Carolina Academic Press, 3d ed. 2007);

INTERNATIONAL CRIMINAL LAW DOCUMENTS SUPPLEMENT (with Prof. Jordan Paust, Cherif Bassiouni,  Michael Scharf, Leila Sadat, and Bruce Zagaris (Carolina Academic Press 2007);

THE LAW OF ASSET FORFEITURE (with Prof. Sandra Guerra Thompson and Michael O'Hear) (Lexis Publ., 2d ed. 2004); and

HOW TO COMBAT  MONEY LAUNDERING AND TERRORIST FINANCING (Chapter 13) (Central Bank Publ.) (2005).

### LAW REVIEW and OTHER LEGAL ARTICLES

*The Demise of the U.N. Economic Sanctions Regime to Deprive Terrorists of Funding,* CASE W. RES. J. INT'L L., 41 CASE W. RES. J. INT'L L. 19 (2009);

*Does "Proceeds" Really Mean "Net Profits"? The Supreme Court's Efforts to Diminish the Utility of the Federal Money Laundering Statute,* 7 AVE MARIA L. REV. 339 (2009);

*Who is Winning the War on Terror Financing?,* 10 THE FINANCIAL REGULATOR  25 (Sept. 2005);

*Unfunding Terror, U.S. and International Response to 9/11,* 17 TRANSNAT'L. LAWYER 113 (2004); and

*The Global Efforts to Stop Terrorist Financing,* AM. INT'L ELECT. J., U.S. State Department (August 2003).

**OTHER PUBLICATION IN THE PRECEDING TEN YEARS**

CRIMINAL AND FORENSIC EVIDENCE – CASES, MATERIALS, PROBLEMS (with Prof. Robert Goodwin) (LexisNexis, 3d ed. 2009);

HUMAN RIGHTS MODULE ON CRIMES AGAINST HUMANITY, GENOCIDE, OTHER CRIMES AGAINST HUMANITY, AND WAR CRIMES (with Prof. Jordan Paust, Cherif Bassiouni, Michael Scharf, Leila Sadat, and Bruce Zagaris) (Carolina Academic Press) (2006); and

*U.S. Opposition to the 1998 Rome Statute Establishing an International Criminal Court: Is the Court's Jurisdiction Truly Complementary to National Criminal Jurisdictions?*, 35 Cornell Int'l Law Journal 1 (2002)

# EXHIBIT 2

## FAISAL FINANCE (SWITZERLAND) SA

MR. WAEL HAMZAH JELAIDAN

### DETAILED OVERALL PORTFOLIO POSITION AS AT 31/01/05

010409.01

| CATEGORY CURRENCY | DESCRIPTION | HOLDINGS | BOOK VALUE | MKT PRICE | MARKET VALUE CCY | YIELD % | MARKET VALUE USD | USD UNREALIZED GAIN/LOSS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Market | Transl. | Total |
| CASH ACCOUNTS | | | | | | | | | | |
| DEM | CASH WITH CITIBANK | | 0.00 | | 0.00 | | 0.00 | | | |
| USD | CASH WITH CITIBANK | | 366.58 | | 366.58 | | 366.58 | | | |
| EUR | CASH WITH CITIBANK | | 4,188.08 | | 4,188.08 | | 5,451.20 | | | |
| | | | | | | | 5,817.78 | | | |
| PARALLEL PURCHASE & SALE OF CURRENCIES (*) | | | | | | | | | | |
| USD | INVESTMENT 76927 01/02/05 | | 105,000.00 | | 105,037.98 | 2.17 | 105,037.98 | 37 | | 37 |
| | | | | | | | 105,037.98 | 37 | | 37 |
| | | | | | GRAND TOTALS | | 110,855.76 | 37 | 0 | 37 |

(*) Used With Banque Int. Luxembourg, Societe generale, Chase Manhattan bk N.A, Citibank Bahrain, Arab Invt.Company
    Chf With Banque Int. Luxembourg, Societe generale
    Gbp With Banque Int. Luxembourg
    Eur With Banque Int. Luxembourg, Societe generale
    Sar With Citibank Bahrain

003

IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL

FAISAL FINANCE (Switzerland) S.A.



مؤسسة فيصل المالية (سويسرا) ش.م.

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE: +41 022 908 53 00 - TELEX: 415 354 FFS-CH
FAX: +41 022 908 53 99

٣ كي دي مون – بلان – ص. ب ١٤٩٤ – ١٢١١ جنيف ١
سويسرا – هاتف: ٠٠ ٥٣ ٩٠٨ ٠٢٢ ٤١+ – تلكس: ٣٥٤ ٤١٥ FFS-CH
تلفاكس: ٩٩ ٥٣ ٩٠٨ ٠٢٢ ٤١+

MR. WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

| EXTRACT OF ACCOUNT | | | USD    IFA | | 010409.01.00.840 |
|---|---|---|---|---|---|

FROM  01/01/2005 TO 31/01/2005        *** CASH BALANCE WITH CITIBANK ***

| DATE | DESCRIPTION | DEBIT | CREDIT | VALUE | USD BALANCE |
|---|---|---|---|---|---|
| 01/01 | CARRIED FORWARD | | | | 179.70 |
| 14/01 | PPSC/C REIMBURSEMENT | | 105,000.00 | 18/01/05 | 105,179.70 |
| 14/01 | PPSC/C GROSS INCOME | | 187.83 | 18/01/05 | 105,367.53 |
| 14/01 | PROFIT PARTICIPATION | 18.78 | | 18/01/05 | 105,348.75 |
| 18/01 | PPSC/C INVESTMENT | 105,000.00 | | 18/01/05 | 348.75 |
| 21/01 | PPSC/C REIMBURSEMENT | | 105,000.00 | 25/01/05 | 105,348.75 |
| 21/01 | PPSC/C GROSS INCOME | | 44.92 | 25/01/05 | 105,393.67 |
| 21/01 | PROFIT PARTICIPATION | 4.49 | | 25/01/05 | 105,389.18 |
| 25/01 | PPSC/C INVESTMENT | 105,000.00 | | 25/01/05 | 389.18 |
| 31/01 | MANAGEMENT FEES | 22.60 | | 31/01/05 | 366.58 |

This document is considered approved unless
we are notified in writing of any objection
within one month.

| BALANCE | 366.58 |
|---|---|

ACHT620/FFS/FFS 04/02/05

IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL

**FAISAL FINANCE (Switzerland) S.A.**



مؤسسة فيصل المالية (سويسرا) ش.م.

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE: +41 022 908 53 00 - TELEX: 415 354 FFS-CH
FAX: +41 022 908 53 99

٣ كي دي مون – بلان – ص. ب ١٤٩٤ – ١٢١١ جنيف ١
سويسرا – هاتف: ٠٠ ٥٣ ٩٠٨ ٠٢٢ +٤١ – تلكس: ٣٥٤ ٤١٥ FFS-CH
تليفاكس: ٩٩ ٥٣ ٩٠٨ ٠٢٢+٤١

MR. WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

| EXTRACT OF ACCOUNT | | EUR    IFA | | 010409.01.00.978 | |
|---|---|---|---|---|---|

FROM  01/01/2005 TO 31/01/2005        *** CASH BALANCE WITH CITIBANK ***

| DATE | DESCRIPTION | DEBIT | CREDIT | VALUE | EUR BALANCE |
|---|---|---|---|---|---|
| 01/01 | CARRIED FORWARD | | | | 4,188.08 |

This document is considered approved unless
we are notified in writing of any objection
within one month.

| BALANCE | 4,188.08 |
|---|---|

ACNT640/FRS/FRS 04/02/00

IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL

**FAISAL FINANCE (Switzerland) S.A.**



مؤسسة فيصل المالية (سويسرا) ش.م.

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE: +41 022 908 53 00 - TELEX: 415 354 FFS-CH
FAX: +41 022 908 53 99

٣ كي دي مون ــ بلان ــ ص. ب ١٤٩٤ ــ ١٢١١ جنيف ١
سويسرا ــ هاتف: ٠٠ ٥٣ ٩٠٨ ٠٢٢ ٤١+ ــ تلكس: ٣٥٤ ٤١٥ FFS-CH
تلفاكس: ٩٩ ٥٣ ٩٠٨ ٠٢٢ ٤١+

Mr.Wael Hamzah Jelaidan
P.O. Box: 1436
Jeddah 21431
Saudi Arabia

10, February 2005

Dear Sir

We are pleased to enclose herewith your Statement of Accounts for the month of January 2005 comprising, an extract of accounts and a detailed overall portfolio position as at 31.01.2005.

The beginning of the New Year has been marked by a strong pace of activities within Faisal Finance (Switzerland) SA, including a heavy travel schedule both from the Wealth Management and Investment teams.

Our Real Estate portfolio and particularly the USA program are currently attracting tremendous interest from institutional partners, comprising large and reputed European but also Middle Eastern banks. This is mainly due to the fact that such investments have very little correlation to corporate performance which, albeit hedged or diluted, nevertheless constitutes the main underlying risk in most investment solutions – including real estate funds - offered by both conventional and Islamic institutions. In this respect we are currently coordinating efforts, particularly in terms of structuring and compliance with Swiss and international legislations in order to cater to our partners' respective needs.

Our strategic partnership with financial institutions has also been geared towards developing best in class investment solutions in order to diversify our overall portfolio. In this respect we now have the capacity to offer excellent solutions for those interested in capital protection, global equities, or in capturing the opportunities offered by the Asian markets, Japan and recently China.

We of-course continue to be at the entire disposal of our clients not only in terms of providing tailor made wealth management, but also by extending our in-house capacities and strategic partners in view of acting as your one-stop-shop advisors. In this respect, please do not hesitate to contact us.

Yours sincerely,

Marco Rochat
Chief Executive

Alexander Theocharides
Director, Wealth Management

# EXHIBIT 3



The Middle East's Leading English Language Daily

Friday 18 April 2008 (11 Rabi' al-Thani 1429)



## WAMY Organizing Forum on Integration of Charity Work
P.K. Abdul Ghafour, Arab News —

JEDDAH, 18 April 2008 — "Specialization and Integration of Charitable Organizations" is the theme of a major seminar to be organized by the World Assembly of Muslim Youth (WAMY) at the Inter.Continental Hotel here on April 27-28.

Dr. Muhammad Badahdah, assistant secretary-general of WAMY, said several nongovernmental organizations in the Kingdom and abroad would take part in the seminar, which will be opened by Makkah Gov. Prince Khaled Al-Faisal. "We hope the seminar will contribute to improving the activities of charitable organizations in terms of quality and quantity," Badahdah told Arab News.

Prominent researchers and experts in developmental and voluntary work will present papers at the event, Badahdah said, and he thanked the ministries of Islamic affairs and social affairs for their support.

A meeting of the directors of WAMY's overseas offices in 20 countries will be held on the sidelines of the seminar, he said, adding that Dr. Saleh Al-Wohaiby, secretary-general the Riyadh-based organization, would attend the function.

Wohaiby, Dr. Abdul Hameed Mazroue and Dr. Ihsan Tayeb will speak at the first session that will focus on the role of private and public organizations in promoting specialization and integration among charitable societies.

Dr. Ahmed Muhammad Ali, president of the Islamic Development Bank, will address the second session on "The Role of Donor Agencies in the Development of Charitable Organizations." Dr. Hani Al-Banna will also speak at the session, which will be presided over by Dr. Muhammad Al-Najaifi.

The third session will focus on the topic: "Civil Society Organizations: Present and Future" with professor Khaled Habbani and Dr. Ali Al-Henaki presenting papers. During the same session, Badahdah will lead a discussion on the importance of specialization in charitable work.

Dr. Abdul Wahab Noorwali, Dr. Samir Fakhru, Dr. Humaid Al-Shaiji, Dr. Owaish Al-Harbi, Dr. Yuslim Al-Shaiba, Dr. Ali Badahdah, professor Wael Julaidan and Dr. Adnan Al-Bar are other major speakers.

Meanwhile, Badahdah said he had received a message from charitable organizations in Gaza, requesting emergency assistance for Palestinians in the strip. The message highlighted the difficult situation of Palestinians in Gaza as a result of the unjust Israeli siege.

"No public facilities in the area including health and educational institutions are working," said the message. "Hunger has hit about 90 percent of the population while 80 percent are unemployed."

Badahdah urged Saudis and expatriate to respond favorably to the call and stand by their Palestinian brethren at this time of need by extending them the necessary financial and material assistance.

# EXHIBIT 4

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Tareekh Osama/30/Tareekh Osama 93**)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah        President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

١ـ مجلس الشورى

٢ـ التعاون مع المشير حماح

٣ـ ضوابط الأمن

ـ تقديم مدد العاملين

ـ تشكيل لجنة لمتابعة مهمة كل الدعوة

١ـ الشيخ عبدالله

٢ـ الشيخ نعيم

٣ـ الأخ وائل جليدان

٤ـ الأخ أبو صالح

٥ـ الأخ عادل فرضات

٦ـ أبو عبدالله رضا

٧ـ أحمد نفاذ له

٨ـ أبو عبيدة

ـ لجنة الاستثمار المشير عدلا والمشير نعيم

# EXHIBIT 5

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/29/Tareekh Osama.91)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside.  Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

___ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that.  Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

BOS000067

unclear which paragraph they were intended for)

16.   Reducing the number of the working brethren, except for those who are needed urgently.

17.   Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

*(Text continues in TAREEKHOSAMA/29/Tareekh Osama.92)*

BOS000068

بسم الله الرحمن الرحيم

١- تبقى المعادلات كما هي
٢- ؟ المعسكرات كما هي       ""  ؟؟
٣- تحربين الله قوة بيان الاستفادة من التدريبي ""
٤- تحربين القيادة على الدخول الداخلي الدخلي
٥- معرفة القدرة المستعدين للدخول من الجميع
٦- القيام بجميع إدارية ومراسمه لجميع النبوعاتية الخبر
٧- تغيير موقف المجاهدين للعالم و إذكاء ردود الكتاب
٨- إرسال أخره في هذا السير لتهيئه قواعد لوطو العرب
٩- تشكيل مجلس شورى للأخوة الخرجية والقيادة كفاءة
١٠- تشكيل لهيئة لجميع لاستغلا النبوعات خص الأبورية
  الميلاني والراجعة والشيخ عبد الله ومحية اوقاتية
١١- همت المكاتب إلو سلد صية لد ذال ماعند صاعاية
  ١٢- إيثال في التوسع
١٣- تم عيد إدارة إجراء تيارات قدية نكل من بيناء
  من يده و درساله وساعده
١٤- استفادة من ون بالنبي الأمور والعيب بات كالبا
  ١- البحث مع ما قة جيدهم ون إمكا ينتسر للبحر
  الو اخل و بعث التخرمه الكز دبه لذلك
١٦- تقليم كثرد الة قوة العا مبين إلا الأمور الخلمة
١٧- النما درس من كبي ابة لمو سلد به الاته وضائ المالي
  م امكا نبه التعاون أو أو السعود

# EXHIBIT 6

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121)*

Number 1, ‏خ:ش‏ *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1.    A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

_____The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2.    The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3.    The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4.    The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

5.   All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

6.   That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

7.   In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

8.   Assigning a car to secure what the brothers need at the front.

9.   After these *(follow)* the steps that are mentioned in Adel's paper which you have

*(text continues in document* TAREKHOSANA/49/Taraekh Osama.121a*)*

BOS000023



*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121a, continuation of document TAREEKHOSAMA/49/Tareekh Osama.121)*

10.     I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

11.     To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.



12.     I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear).*

After this, *(continue)* in accordance
with Adel's paper, and if anything                          .18952410
new comes up I will inform you

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.



You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this).*

Your brother

BOS000024

Abu Anees

*(signature)*

BOS000025

MUSLIM WORLD LEAGUE

**INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION**

رابطة ، العالم الإسلامي
بـاكستـان ــ بـشـاور
هيئة الإغاثة الإسلامية العالمية

No _____

Date _____

ارجو جميع من تأثروا مع الناس بالتقدم لرئاسة والعمال ...

النظر في او الاندية بما ليس ...

اوصلت الشيخ سيان ...

٠١١٥٦٩٨٦