# Exhibit G

# Tarbutton, J. Scott

**From:** Martin McMahon <mm@martinmcmahonlaw.com>
**Sent:** Monday, December 5, 2011 2:56 PM
**To:** Carter, Sean; Tarbutton, J. Scott
**Subject:** re: Wael Jelaidan

Dear Sean and Scott,

Hope you guys are doing well. We recently received a letter from Bassim Alim, counsel to Wael Jelaidan in Jeddah, Saudi Arabia. Mr. Alim explains that Mr. Jelaidan and himself have made a number of attempts to request and obtain responsive documents from governmental and commercial entities but these entities have not cooperated with them.

Mr. Alim states that he is sure that Mr. Jelaidan, on his own, cannot procure any additional documents. Mr. Alim is available to help in any way that the Plaintiffs or the Court feels is appropriate.

Regards,
Martin