# Exhibit M

بسم الله الرحمن الرحيم
IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL

**FAISAL FINANCE (Switzerland) S.A.**

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE +41 022 908 53 00 - TELEX 415 354 FFS-CH
FAX +41 022 906 53 99



مؤسسة فيصل المالية (سويسرا) ش.م.

## CONFIDENTIEL

Mr. Wael Hamzah Jelaidan
Office No. 9, 3rd Floor,
Beshwari Building,
Sari Bridge,
Madinah Road,
P.O. Box 126756,
Jeddah 21352
Saudi Arabia.
Phone: 966 2 6823605
Fax: 966 2 6824007
E-mail: whajsa@yahoo.com

18th July 2003

Dear Sir,

We have already started the work you requested by fax dated July 8, 2003.
Please note however that this request is time consuming, since the information goes back to October 1997 and must be retrieved from our archives. We kindly ask you therefore to courier to us your check in the amount of CHF 700.- as a participation towards our expenses. Upon receipt of your payment, we will courier to you the documents retrieved.

Sincerely yours,

Mondher Bach-Hamba
Authorised signatory

Shabbir Ameen
Authorised signatory

Copy: Dr. Bassim A. Alim Law Office,
Fax: 966 2 6510846, Saudi Arabia