# Exhibit N



**SCHWEIZERISCHE BUNDESANWALTSCHAFT**
**MINISTERE PUBLIC DE LA CONFEDERATION**
**MINISTERO PUBBLICO DELLA CONFEDERAZIONE**
**PROCURA FEDERALA**

---

Proceeding# MPC/EAII/1/01/0006        Riyadh, the 3rd of May 2004

Start of the interrogation: 09h00

## Interrogation as a person invited to provide information

in presence of:
- Claude Nicati, Deputy Attorney General of Switzerland
- Jean-Paul Rouiller, Federal Criminal Police
- ...., attorney-at-law

**Jelaidan Wael H. A.**, born 22/01/1958, from Saudi Arabia, adress: Jelaidan House, Al Salamah District, P.O. Box 1436, SA-21431 Jeddah. Phone number 6823605 in Jeddah.

### Instructions about legal rights

We notify you of your right to refuse to testify. However, if you do testify you are under the duty to tell the truth. We also notify you of the legal consequences of the following offences: false accusation (Art. 303 of the Swiss Penal Code, SPC); misleading the judicial authorities (Art. 304 SPC); and assisting offenders (Art. 305 SPC).

Have you understood these instructions?

1 Answer Yes, but I would like to have it in a printed form please.
2
3 Question 1: Mr Juleidan, what was exactly your role during the first Afghan war
4 (against the Soviet Union) ?
5
6 Answer : In 1985 I went there as a volunteer, to provide some relief work as a vol-
7 unteer. I was then selected as the director of the Saudi Red Crescent Society from
8 1986 to 1987. In 1988 I transferred my activities to the Muslim World League. From
9 88 to the beginning 94. But in 1992 also there was a repatriation program initiated
10 by the Rabita Trust. I was the project director. I performed that duty from 1992 to

---

Signature

Deputy General Attorney        Clerk        Person to give some Information

KADI0012162

*[signature]*

KADI0012163

1995. That summarized my work over there. I came back here in Saudi Arabia in 1994. To answer your question about my job in the Saudi Red Crescent, we had two main fields, medical and relief in general. So we had hospitals, dispensaries, clinics. We also had relief programs. We were providing relief goods to refugees all around Pakistan.

Question 2 : Did you stay in Afghanistan after the Soviet left the country ?

Answer : The Soviets left at the beginning of 89. Our work continued and we performed our duty even after they left. To answer your question we dealt with the leaders of the Afghan resistance, all of them. To answer your question about the leaders of the Afghan resistance, Mujaddidi, Sayaff, Rabbani, Khalis, Hekmattyar and all the others. To answer your question Ahmed Shah Massud was a field commander, he was not in Pakistan. To answer your question, in the beginning we were not allowed to go in Afghanistan. We then were allowed to enter Afghanistan. To answer your question the Afghan first received the relief goods and transported it themselves in Afghanistan. Later on, after the declaration of reconstruction of Afghanistan, most agencies joined Afghanistan and entered the country to perform their duty. Mainly in 1992, we spoke mainly of repatriation, rehabilitation and reconstruction programs.

Question 3 : Have you been in Afghanistan for other purposes after the Soviet left the country ?

Answer : Yes we did from time to time to check the work done there. To answer your question, no. But there were a lot of disputes between the Afghan factions. Apart from delivering goods we tried to mediate between the different factions. To answer your question, I haven't heard of a trip of the Muslim brotherhood but I have heard of a trip of Muslim scholars. To answer your question I don't remember the name of the people. They were too numerous. To answer your question, the Afghan leaders stayed in Peshawar, in camps. For example Sayyaf had a camp with the name of Babi. Most of their communities were surrounding them. To answer your question yes, I had to. Everybody had to go from Jalalabad to Kabul. To answer your question, no there was no camp in the area. After 92, this was civil war time. No more camps for the mujahedin. To answer your question I know of Mustafa Mahshur by the name. I don't recall having met him. To answer your question yes, I was in touch with Qazi Ahmed Husseyn. He is well established in Pakistan. There were no special contacts but I met him on several occasion.

Question 4 : What was your exact relationship to Usama Ibn Mohamed Ibn Laden ?

Answer : We have to go back years ago. From 85 to 89 no one had any idea of UBL. He was devoting himself to the Afghan people. No one had doubts about his

| Deputy General Attorney | Clerk | Signature Person to give some information |
|---|---|---|

KADI0012164

activities. Saudi people were proud of him. Then he came back home and stayed there for almost a year, a year and a half. He was in Saudi Arabia during the Gulf war. Then in 1990, late 1991 he came back to Pakistan. He then restrained himself to mediate between the Afghan leaders to prevent them fighting each others. It is at that time that some Egyptians began to surround him. They came with a takfiri mentality. Even if a person is sharing your beliefs, you can excommunicate that person. Those Egyptians were surrounding him even if nobody liked it. At the beginning of 1992, the civil war started the day after the Soviet left the country and Afghanistan fell into civil war. Instead of staying there he left for Sudan. From that moment on, nobody knew about it but everybody had reservations about what happened in Sudan. In 1994, it became very clear to everybody that UBL had left the right path and joined the takfiri brand. To come back from 1985 to 1989, we worked for the same cause. Then when he worked mediations we still worked together. From 1992 onwards, no one really knew what happened to him. His family, the Saudi government or any people related to him severed their connections to him. To answer your question there were some figures, among them, Ayman al Zawahiri. He was always against the Saudi agencies and declared that all relief agencies were working for the US Government. Another figure was Abu Hafs al Masri. I would like to add one point. We severed our relation on the ground of principles, not because our government asked it from us. A lot of efforts have been done by his family to bring him back in the right path but all attempts failed.

Question 4.1 : When did you see Usama Ibn Mohamed Ibn Laden for the last time ?

Answer : I saw him in Pakistan in 1992 and saw him for the last time in Sudan in 1993. At that time I went there to check for land on behalf of the Muslim World League. It was during my period with the Muslim World League.

Question 4.2 : When was your last contact to Usama Ibn Mohamed Ibn Laden ?

Answer : No to answer your question. Our relation was severed. No phone connections no nothing. We knew each other for a long time. To answer your question we never attended school together.

Question 4.3 What was your exact relationship to Professor Abdallah Azzam ?

Answer : Azzam is a very well known scholar. He was teaching at the Islamic University in Islamabad. He had a big interest to promote any kind of help to the Afghan people. To us Dr Abdallah Azzam was a very moderate scholar, very fair and we respected him very much. I had very good relations to him. To answer your question yes, I have read those texts. They were well published. To answer your question and it is my perception, he was very moderate. I didn't wanted to go into the grey area. His ideology was very clear and he visited Gulf countries up to the last days. Our scholars had an open eye on it. He was a good model for relief at



| Deputy General Attorney | Clerk | Signature | Person to give some information |

that time. Actually, on the period were you could have told people would have turned fanatical, Abdallah Azzam didn't turn fanatical. To answer your question, do you know the concept of fithah ? Abdallah Azzam saw things black and white. He knew that from the time the Soviet invaded Afghanistan, there would be no other solution for them but to leave the country. He disagreed with people fighting each other like in Algeria. What happened in Algeria was just fitnah. Abdallah Azzam would support the freedom fighters but nothing more. That's how I saw him. To answer your question, I don't know about the Azzam writing you mentioned. If you go to our library you will find the al Qa'eda name overall. No I haven't read that text.

Question 4.4 : What was your role in the Maktab ul Khidamat ?

Answer : No I was heading my organization but there were some coordination meetings where we met with MaK (through the ICC).

Question 5 : What was your exact relationship to Dr Ayman al Zawahiri ?

Answer : He didn't like me from day one. To answer your question, my being a Saudi was enough for him to reject me. People like him could only see my as an agent. He was against Abdallah Azzam, against the chairman of the Relief organizations. We were most hated by those people. To answer your question, yes I saw him down the street. Even if I greeted him he would not answer my salutation. But even at that time, he was not a good person. To answer your question fitnah has no legal and no rational reasons. This is how we would describe this. They cannot base their acts on religious teachings and on no rational basis. To answer your question I never met with Sa'ef al Adel.

Question 6 : What were, according to your knowledge, the exact relationship of both Usama Ibn Mohamed Ibn Laden and Ayman al Zawahri with Switzerland ?

Answer : No I don't know of any. Not at all.

Question 7 : What was the nature and extent of your relationship to Switzerland ?

Answer :  First of all, I went there to visit my uncle in Switzerland. To answer your question my uncle's name is Ibrahim Juleidan. He lives in Montreux during the summertime.  I visited him twice there. To answer your question one visit was in early or late 90'. I don't really recall. To answer your question, the only other connection is through my Faysal account in Geneva. To answer your question I know Taimur, that is the person who came to Saudi Arabia from time to time. To answer your question yes I know the name al Taqwa bank as a name. But I don't know of any people belonging to the board of the al Taqwa bank. I have no relation with them at all. I saw his interview on the al Jazeera.



| Deputy General Attorney | Clerk | Signature<br>Person to give some information |
|---|---|---|

Question 8 : Do you know of a person with the name of Abdallah Mohamed Shangity ?

Answer : He is a teacher at the Islamic University of Medinah. Still professor overthere. I supported him for some medical treatment. His son was in the Hospital, fully paralyzed.

Question 9 : What kind of relationship do you have with Yassin al Kadi ?

Answer : As a friend, as a family friend and also as a person who came lately to the relief work. To answer your question, I don't know much of him in Saudi Arabia. I really got to know him when he visited Pakistan. He came sometimes around 1992 in Pakistan. To answer your question, he began his relief work in 1992. He came there and wanted to establish some educational institutions. At that time I assisted him to establish institutions for both boys and girls. Then I was in another visit deputation to Croatia, to visit refugees. Again, I assisted him to establish institutions for teaching and training of girls, also when he first started in Bosnia I recommended the director of the al Muwaffaq Foundation. He worked with me in the reconstruction program in Pakistan. He expressed the wish to move from Pakistan and I asked him if he could go to the Balkans. As a Tunisian he had no problems going there. To answer your question, his name was Shafiq al Ayadi.

Question 10 : What can you tell us on Shafiq al Ayadi ?

Answer : To give you a general idea, people came in Pakistan as volunteers. Later on, they felt limited. They brought there families and felt established.The only real opportunities were working on with Relief agencies. Shafiq joined us as a relief worker. He was really good at that. To answer your question, he was a real devoted man. When you gave him a project he would work real hard. That is the reason why I recommended him from the start. To answer your question it is very hard to describe oneself. I do anyway consider myself openminded. I can communicate with anyone. If I had difficulties with him I wouldn't have gone along with him. To answer your question I have no idea about all the Tunisian organizations you mentioned. During the time he spent in Afghanistan and Pakistan he had a very good reputation, very dedicated to his work. He did the same when being in the Balkans.

Question 11 : Do you know of the Maram Limited Company in Istanbul ? What was the goal of that Company ?

Answer : In the beginning of 1987, the umrah was opened all the year long. I saw this as a good business opportunity. That was a good opportunity for everyone. I saw for a Company in Turkey connected to our Company here in Saudi Arabia. I saw a friend in Turkey, Mohamed Luay Bayazid, who was looking for a job. He told me there was a Company with the right specifications according to Turkish law,



| Deputy General Attorney | Clerk | Signature<br>Person to give some information |

KADI0012167

1  both travel and IM-EX. I realized it could work into my schedule. I then realized the
2  Company had never been activated. It was brand new and there was nothing to
3  change to it. To answer your question after I bought the Company I realized that we
4  had to be in the business for five years before being allowed to enter into the pil-
5  grimage business. I could therefore only use it as an IM-EX Company. To answer
6  your question, Mahmud Mamduh Salim and his wife founded the company. I have
7  never seen them. My role was just to go there and sign the papers. To answer your
8  question I know him from Pakistan. He was leading prayers for Muslims. He is a
9  know person. But in Turkey both (Salim and his wife) were not there when we
10 bought the Company. To answer your question and until 92, Mahmud Mamduh Sa-
11 lim can be seen as an Imam. He was a beautiful reciter of the Quran. To answer
12 your question, yes, he really learned the Quran by heart. To answer your question,
13 he was active especially in teaching the Quran because he had learned the local
14 language (afghan brand of farsi). To answer your person, he was an intellectual
15 yes.

17 Question 15 : What do you know about Mohamed Luay Bayazid ?

19 Answer : He was my partner in Maram. We used to be University friends. To an-
20 swer your question I finished high school in Medinah and went to the US of America
21 and got a bachelor's degree in soil sciences in the agricultural field. After graduation
22 I became a tutor from 1982 to 1983 in King Abdulaziz University in Jeddah. I then
23 got a scholarship for higher education at the University of Tucson Arizona. Mo-
24 hamed Luay Bayazid studied at the same University.

26 Question 16 : About your partner, what can you tell us about him ?

28 Answer : To start the Company someone had to stay in Turkey. Bayazid was the
29 director of the Maram. He also worked as a relief worker in Pakistan. I know him
30 very well. He is a trusted person. He was a good worker and good in business.
31 When I came to buy this company I accepted him as a partner (50 % of the shares).

33 Question 17 : Do you have other businesses or financial relations with Mr Bayazid ?

35 Answer : No it was the only one. To answer your question he was a good manager.
36 You have to pay attention to one thing. Until 1994, it was personal stand if I liked
37 one person or agreed with the doctrinal choices of that person. After 1994, it was a
38 matter of security in this country to choose the right person. Anyone I would have
39 had a doubt about, I wouldn't have worked with. To answer your question, you can-
40 not go into the depth of anyone. But if you travel, if you meet people, you can try to
41 understand them. You can see if they change by day work. To answer your ques-
42 tion, it is very clear to me. As far as my judgement goes, I wouldn't go to the point
43 where I would have had a doubt. If I saw a doubt, I would have refused to work with
44 one specific person. My all career has been built on such a way of dealing with

Signature

| Deputy General Attorney | Clerk | Person to give some information |
|---|---|---|

KADI0012168

people. My people, my country and my family are coming first. Anything coming against that was out of the question. We consider there is right and wrong. If the whole system here is rejected as wrong, it is clear to everybody. This was clear in my mind. I don't accept anything as a doubt.

Question 18 : About the al Iman University housing project, who gave you the mission to realize this project ?

Answer : I was there in Turkey when Dr Zubayr came to talk about the housing unit for the al Iman University. The problem at that time was that all University students were all scattered. A solution was needed. Temporary student housing was to be manufactured. Yassin al Kadi was willing to budget that project. Both Yassin al Kadi and Dr Zubayr both asked me. I was interested myself. To answer your question I was contacted because I was very well known by them because of my accomplishments. I knew of housing projects. I had done that before. Very similar and important projects were accomplished by me in Pakistan. At the same time in 1992, when the Pakistani government approved of the first repatriation program, when began in project for one thousand housing units in Mianshan in Punjab (phonetic). I was managing that project fully. Those examples just to show you I had the experience. I was in Turkey, I had the opportunity and the experience. It was a good opportunity to subcontract.

Question 19 : Who decided of the project budget ?

Answer : We were not that professional at that time. What we did was to calculate how much prefab material would cost us. How much the transportation would cost and so on. We just got an approximation figure. Mr al Kadi trusted me and when I gave him a round figure he trusted me. The profit also had to be given at that time. To answer your question it was prefab housing, for a temporary duration. It was necessary to prepare the house grounding but we had very limited time. To answer your question, yes it was completely finished. I told the same to Mr al Kadi's lawyers. I told them they were free to go to Turkey and check my company over there. Everything could be checked. To answer your question, Dr Zubayr checked that everything was allright I didn't go to Yemen. Al Bayazid was following the business on a daily basis.

Question 20 : Did you ever go to Yemen ?

Answer : No I never went to Yemen for the project. The engineers gave us all we needed. My agreement with Bayazid was he would have the supervision of the all thing. To answer your question I never went to Yemen. To answer your question, I have absolutely never been there. For example in the relief work, reconstruction work, I couldn't go to all the places. To answer your question the housing are still



|  | Signature |  |
|---|---|---|
| Deputy General Attorney | Clerk | Person to give some information |

used today. Those people don't have the budget to start their own buildings so they are still used.

Question 21 : Do you know sheikh Abdul Magid al Zindani ?

Answer : Well known scholar yes. I know him personally. I came here regularly. To answer your question he is a respected scholar and I did attend his lectures. In his field he is very attractive from an intellectual point of view. To answer your question, al Zindani also came to Pakistan to mediate between the Afghan factions.

Question 22 : Do you know Khalid Khattan ?

Answer : Yes I know about him. To answer your question when I was to go to Croatia, we did buy a lot of relief goods through Vienna. He was a medical student there. I opened an account there and as he was known to me, he was in charge of this account. To answer your question, I needed him because he was a permanent resident in Austria. I was not.

Question 23 : Was it this account ( we present him a document joined to the questioning statement) ?

Answer : Yes.

Question 24 : let's come back to Manna Khalil al Khattan ?

Answer : I don't think he is the father of Khalid. It is another family.

Question 25 : You don't know Manna Khalil al Khattan at all ?

Answer : I only know he is a scholar in Saudi Arabia that is all .

Question 26 : Did you have another address or P.O. Box with Khalid Khattan in Austria ?

Answer : No, only his address.

Question 27 : Mr Juleidan, I will show you some pictures and will ask you to identify the people on those pictures and maybe make some comments. Picture number 1 is shown to you now

Answer : That is Mr Yassin al Kadi

Question 28 : Second picture



|                         | Signature |                                 |
|-------------------------|-----------|---------------------------------|
| Deputy General Attorney | Clerk     | Person to give some information |

KADI0012170

Answer : this is Yassin al Kadi too

Picture 3 is Dr Zubayr

Picture 4 should be Mr Amir Mahdi. Muwafaq director in Pakistan.

Picture 5 is me.

Picture 6 should be me, Dr Zubayr, and then the Defence minister of Afghanistan. He was the first commander with Mr Massud. Then you have Mr Yassin al Kadi. They came for mediation between the Afghan . This is sometimes in 1993. I remember this year. This was during Mr Rabbani's government but before Hekmattyar became Prime minister.

Picture 7 shows Mahmud Mahdi on the left. I don't know the man sitting in front of me. All the people took that flight. The person on the right side of the picture might be Khalid Khawajah, a Pakistani.

Picture 7.1 shows a person I don't know.

Picture 8 shows me visiting one educational institution nearby our Rabita office in Islamabad, Pakistan. As far as I remember it was in 1993 too.

Picture 9 shows Dr Zubayr, Yassin al Kadi and myself. The person with an AK was there for security purposes.

Picture 10 shows Mr Kadi and the second one could be Dr Rais Bin Mahfouz. I am not sure.

Picture 11 shows Mr Kadi with Massud's security in Kabul.

Picture 12 shows Mr Kadi in an educational institution in Peshawar Pakistan. I think it was the same journey as mentioned above.

Picture 13 shows Mr Kadi, Mr Mahdi. This is the teaching program in Peshawar.

Picture 14 shows the tree of us Mr Kadi, Mahdi, and myself.

Picture 15 shows Mr Kadi, Dr Zubayr and myself.

Picture 16 shows myself, professor Rabbani and Dr Mohammad Said who is the speaker. He was the ICC secretary general. To answer the question the year was maybe 1989.

|  | Signature |  |
|---|---|---|
| Deputy General Attorney | Clerk | Person to give some information |

KADI0012171

1  Picture 17 shows the same conference. One of them is a Pakistani scholar but I
2  cannot remember is name. There is Mr Khalid Khawajah.

4  Picture 18 shows me.

6  Picture 19 shows Mohammed Luay Bayazid

8  Picture 20 shows Mahmud Mamduh Salim.

10 We are quiet finished with our questioning you. Do you have any additional com-
11 ments?

13 Every time we receive US lawyers here, we ask them if there is any justice left in
14 the USA. We have lived there. We learned from them. But we have been very
15 shocked by the way they have accused us without any serious reasons. This
16 morning I was talking to my friends hoping that Swiss justice will be as precise as
17 their watches. I feel it is a good luck for me to begin with Swiss people. You might
18 really understand what has happened. Last thing I would like to say is that it is a
19 matter of principles. What we reject here, is rejected because of our values and be-
20 liefs. When we have rejected the radical ideology, we did on our own, without any-
21 one telling us. I hope this might tell you that we also are victims. They have desig-
22 nated my name one year after September 2001. The Americans designated me
23 after they realized I had been part of the Rabita Trust. But they haven't found a sin-
24 gle paper to accuse me. I am looking for justice.

**Person to give some information:**

Jelaidan Wael H. A.

**The Deputy Attorney General of Switzerland:**   **Clerk:**

Claude Nicati                                      Jean-Paul Rouiller

**End of Interrogation: 11h15**

| Deputy General Attorney | Signature Clerk | Person to give some information |
|---|---|---|

KADI0012172