# Exhibit P

**950905006  USD HESABI**
**1998 YILI**

| TARİH | YATAN/CEKILEN | BAKİYE | BIRIM_DEGER |
|---|---|---|---|
| 05.08.1998 + | 300.000,00 | 300.000,00 | 229,88 |
| 02.09.1998 - | 60.000,00 | 240.000,00 | 231,02 |
| 02.09.1998 - | 10.000,00 | 230.000,00 | 231,02 |
| 02.09.1998 - | 2.600,00 | 227.400,00 | 231,02 |
| 04.09.1998 + | 979,00 | 228.379,00 | 231,02 |
| 04.09.1998 + | 108,00 | 228.487,00 | 231,02 |
| 04.09.1998 + | 272,00 | 228.759,00 | 231,02 |
| 04.09.1998 + | 6.364,00 | 235.123,00 | 231,02 |
| 04.09.1998 - | 50.000,00 | 185.123,00 | 231,02 |
| 04.09.1998 - | 15.000,00 | 170.123,00 | 231,02 |
| 07.09.1998 - | 5.000,00 | 165.123,00 | 231,29 |
| 07.09.1998 - | 5.000,00 | 160.123,00 | 231,29 |
| 07.09.1998 - | 15,00 | 160.108,00 | 231,29 |
| 07.09.1998 - | 1.750,00 | 158.358,00 | 231,29 |
| 21.09.1998 - | 1.000,00 | 157.358,00 | 231,89 |
| 05.10.1998 + | 838,00 | 158.196,00 | 232,44 |
| 03.11.1998 + | 703,00 | 158.879,00 | 233,63 |
| 16.11.1998 - | 5.660,00 | 153.219,00 | 234,24 |
| 03.12.1998 + | 683,00 | 153.902,00 | 234,83 |
| 28.12.1998 - | 25.000,00 | 128.902,00 | 236,02 |
| 31/12/1998 tarihli durum | | 128.902,00 | 236,02 |



FAMILY
FINANS KURUMU
Merkez Şube / İSTANBUL

0001069
KADI0004408