# Exhibit Q

MACAM SEYAHAT ITHACAT IHZACAT LTD. ŞTİ

160377001   USD HESABI
1998 YILI

| TARİH | YATAN/ÇEKİLEN | BAKİYE | |
|---|---|---|---|
| 18.02.1998 + | 100,00 | 100,00 | START ACCOUNT. |
| 11.03.1998 + | 150.000,00 | 150.100,00 | |
| 11.03.1998 - | 10.000,00 | 140.100,00 | |
| 12.03.1998 - | 60.000,00 | 80.100,00 | |
| 12.03.1998 - | 31.080,00 | 49.020,00 | |
| 12.03.1998 - | 18.800,00 | 30.220,00 | |
| 13.03.1998 - | 8.636,00 | 21.584,00 | |
| 13.03.1998 - | 15.000,00 | 6.584,00 | |
| 13.03.1998 - | 45,00 | 6.539,00 | |
| 03.04.1998 + | 199.985,00 | 206.524,00 | |
| 06.04.1998 - | 100.000,00 | 106.524,00 | |
| 06.04.1998 - | 250,00 | 106.274,00 | |
| 06.04.1998 - | 17.000,00 | 89.274,00 | |
| 06.04.1998 - | 38.000,00 | 51.274,00 | |
| 22.04.1998 + | 250.000,00 | 301.274,00 | |
| 24.04.1998 - | 301.000,00 | 274,00 | |
| 24.04.1998 + | 150.393,00 | 150.667,00 | |
| 28.04.1998 - | 20.000,00 | 130.667,00 | |
| 29.04.1998 - | 129.330,00 | 1.337,00 | |
| 29.04.1998 + | 128.993,00 | 130.330,00 | |
| 30.04.1998 - | 26.300,00 | 104.030,00 | |
| 30.04.1998 + | 50.000,00 | 154.030,00 | |
| 30.04.1998 - | 154.000,00 | 30,00 | |
| 30.04.1998 + | 103.861,00 | 103.891,00 | |
| 01.05.1998 - | 98.920,00 | 4.771,00 | |
| 01.05.1998 + | 98.722,00 | 103.493,00 | |
| 08.05.1998 - | 12.950,00 | 90.543,00 | |
| 11.05.1998 - | 15.000,00 | 75.543,00 | |
| 11.05.1998 - | 50.000,00 | 25.543,00 | |
| 11.05.1998 - | 15.000,00 | 10.543,00 | |
| 20.05.1998 - | 8.000,00 | 2.543,00 | |
| 26.05.1998 + | 200.000,00 | 202.543,00 | |
| 26.05.1998 + | 50.000,00 | 252.543,00 | |
| 27.05.1998 - | 70.000,00 | 182.543,00 | |
| 27.05.1998 - | 350,00 | 182.193,00 | |
| 01.06.1998 - | 20.000,00 | 162.193,00 | |
| 02.06.1998 - | 10.000,00 | 152.193,00 | |
| 02.06.1998 - | 91.800,00 | 60.393,00 | |
| 02.06.1998 + | 91.567,00 | 151.960,00 | |
| 17.06.1998 + | 2.200,00 | 154.160,00 | |
| 24.06.1998 - | 35.000,00 | 119.160,00 | |
| 29.06.1998 - | 10.000,00 | 109.160,00 | |
| 27.07.1998 - | 10.000,00 | 99.160,00 | |
| 31.07.1998 - | 16.000,00 | 83.160,00 | |
| 04.08.1998 - | 1.500,00 | 81.660,00 | |
| 04.08.1998 - | 70.000,00 | 11.660,00 | |
| 04.08.1998 - | 10.000,00 | 1.660,00 | |
| 04.09.1998 + | 50.000,00 | 51.660,00 | |
| 04.09.1998 - | 15.000,00 | 36.660,00 | |
| 02.11.1998 - | 2.000,00 | 34.660,00 | |

FAMILY FİNANS KURUMU A.Ş.
Merkez Güney İSTANBUL

209

| Date | Amount | Balance |
|---|---|---|
| 30.11.1998 - | 2.000,00 | 32.660,00 |
| 16.12.1998 - | 5.000,00 | 27.660,00 |
| 24.12.1998 - | 20.000,00 | 7.660,00 |
| 24.12.1998 - | 20,00 | 7.640,00 |
| 28.12.1998 + | 25.000,00 | 32.640,00 |
| 28.12.1998 - | 20.000,00 | 12.640,00 |



FAMILY FINANS KURUMU A.Ş.
MERTER ŞUBESİ / İSTANBUL

210