# EXHIBIT E

DE: 3/10/99
Transcribed from existing document

## Video E51 [Arabic]
## GIV INTERVIEW WITH ABDULLAH AZZAM

"Russia told America, don't be happy with my losses in Afghanistan because Islam is a deen that ruled Europe for five centuries, and Europe paid Jeziah to it. Tomorrow, this people could bring Islam back to its glory and break into Europe. And you Americans have to be careful."

[On the attempt of the superpowers to bring about a secular government, one of the possibilities was to bring back the previous king, Thahir Shah. 'Azzam quotes Sayyaf: "We would welcome the king, so that we can kill him in the airport."]

[He says, Russia sees the alternative to this Islam: an American brand of Islam.]

["The Jew-controlled media are trying to show that this Jihad is an American-made phenomenon, in order to defeat the conviction of this struggle, which was built over ten years, and a million and a half lives -- the conviction that Islam can defeat any country ..."]

"There are seven factions of the Afghani mujahedin recognized by the Pakistani government:

1. Al Jam'iya al Islamiyya, headed by the Sheikh Burhannudin Rabbani
2. Al Hizbil Islami, headed by the engineer Gulbuddin Hekmatyar
3. Al Ittihad al Islami l'Mujahedi Afghanistani, whose head is the Professor 'Abd Rab ar-Rassul Sayyaf
4. Al Hizbil Islami, whose head is Younis Khalis.

There are three others:

5. Mahazi Milli, which means the Party of the Nationalist Line, whose head is Ahmed Jilan
6. Al Najati Milli, which means the Salvationist Front, and its head is Sibratullahi Mujaddidi
7. Al 'Harakat al Inqilab al Islaami [The Islamic Coup] 'Aalim Maulawi and an-Nabi Mohammadi.

"The four first parties are about 85%, and the last three about 15%. Everybody is content with what he has ... The three small ones accept the American solution, as a first step to separate themselves from Communism ... The other four reject the American solution ..."

[He then talks about generals. "The most important on the battlefield is Ahmed Shaa Mas'oud, a great general ..."]

QUESTION: "Did he study here in America?

1

1011255

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

KADI0052039

ANSWER: "No, not the Ahmed Shaa who is Sayyaf's assistant, but rather Ahmed Shaa Mas'oud who works for Rabbani."

[Names of other key officers: Mohammad Ismail, Mohammad 'Alam, Ilyam Buur, Jalaladin Hakkani, Maulali Malank, Shir 'Alam, Engineer Bashir]

QUESTION: Who donates to the Mujahedin?

ANSWER: "Saudi Arabia is the only one that participated as a state and a people, more as a people. ... The Saudi Red Crescent and the Saudi Relief Agency headed by Salman Abdel 'Aziz, has a budget of 100 million rial per year. These two Saudi organizations are under one headed, <u>Wa'il Jlaydan</u>, who happens to be head of the Red Crescent as well. He was a representative of the University of King Abdel Aziz in Saudi Arabia in the United States, and left it to become the head of the Red Crescent.

And the government of Pakistan donates many times more. Of the women who contributed, most were Yemenite women, who contributed kilograms of gold jewelry, brought to Afghanistan to Abdel Majid Zindany.

[Note: An adversary of Shalabi's and Omar Ahmed Said]

"There is also a third funding agency: the Kuwaiti Lajnat ad-Da-wa, the Human Concern International.

['Azzam identifies this organization by its English name]

This organization takes care of the medical needs ... Their ambulances take in all our injured from Afghanistan. They have a hospital in Peshawar. And they are fighting the crusaders' activities. They get doctors from the Doctors' Union in Egypt. There is also the <u>Islamic Relief Agency</u>, that works mainly in the educational field. It is headed by <u>Abder-Rahman as-Swuedani</u>. And there is the Service Center. 90% of the Arab youngsters who are in Afghanistan now have been recruited by the Service Center. Mainly, 500 young men."

[This is very significant. According to Azzam himself, only 500 Afghan Arabs fought on the battlefield. The rest, presumably, enjoyed the same training operations, but hung around in Pakistan, holding onto their lives for battles in other countries. Compare this number 500, with breakdowns of Afghan Arabs still in Peshawar according to the Egyptian Al Hayat reporter, and you see hundreds, if not thousands, of Afghan Arab Freeloaders.]

[There was a new phenomenon after the Russian withdrawal. A new figure emerged in Kabul, an ex-general in the Communist Afghani Army named General Dustum Bey, who managed to activate some army units to a very forceful challenge to the Mujahedin, who had to unite against him. Not too successfully.]

"From all the Arab world, we only got about 500 fighters [actually in Afghanistan]. That means,

2

011256

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

KADI0052040