# EXHIBIT F

PHOENIX, AZ 85008     PHOENIX, ARIZONA 85007     402 W. CONGRESS, TUCSON, AZ 85701

# ANNUAL REPORT & CERTIFICATE OF DISCLOSURE
(Pursuant to ARS 10-125, 10-1081, 10-128 and 10-1084)

DIRECTIONS: ANSWER ALL QUESTIONS IN EACH SECTION OF THIS ANNUAL REPORT AND RETURN WITH YOUR FEE TO THE ARIZONA CORPORATION COMMISSION.

## A. CORPORATION INFORMATION

FILE NO.: -062871-0

000787

Corporation Name: ISLAMIC CENTER, TUCSON
Street Address: 1627 E 1ST ST
P.O. Box (if any): BOX 40271
City, State, Zip Code: TUCSON    AZ 85717

TYPE OF CORPORATION: NON PROFIT
FEE: 10
PENALTY:
TOTAL:

Name of Arizona Statutory Agent: MOHAMMAD ISSA SAITI
3601 N COLUMBUS BLVD
Street Address (NOT P.O. BOX): PO BOX 40271
City, State, Zip Code: TUCSON    AZ 85712

ANNUAL REPORT FOR YEAR ENDING
12 / 31 / 83
MO / DAY / YR

DUE ON OR BEFORE
04 / 15 / 84
MO / DAY / YR

B. SPECIAL INSTRUCTIONS: If there has been a change in any of the preprinted information above, please list below.

Dr. M. SHAFIQULLAH
DEPT. OF GEOSCIENCES
UNIVERSITY OF ARIZONA
TUCSON, AZ 85721

## C. BRIEF STATEMENT OF THE CHARACTER OF BUSINESS IN WHICH THE CORPORATION IS ACTUALLY ENGAGED IN ARIZONA

RELIGIOUS FUNCTIONS AND ACTIVITIES

## D. CAPITALIZATION (Per Articles of Incorporation): *NOT REQUIRED FOR NON PROFIT CORPORATIONS.

| NUMBER AUTHORIZED | CLASS | SERIES | PAR VALUE |
|---|---|---|---|
| | | | |

| NUMBER ISSUED | CLASS | | PAR VALUE |
|---|---|---|---|
| | | | |

E. SHAREHOLDERS DIRECTIONS: Fill in names of shareholders of record... (illegible)

| Shareholder Name: | Shareholder Name: |
|---|---|
| Shareholder Name: | Shareholder Name: |

INC 0048 (Rev. 11-82)

DATE REC'd 03/09   00 U 8   to that appointment.   082871-0

I, (individual) and/or We (corporation), having been appointed to act as Statutory Agent, hereby consent to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

_M. Shafiqullah_
STATUTORY AGENT

**FOREIGN CORPORATIONS:** If not included on page 1, please submit address of place of business in Arizona, if applicable.

___

NOTE: ALL CORPORATIONS MUST LIST THEIR OFFICERS AND DIRECTORS —
ATTACH ADDITIONAL SHEETS IF NECESSARY.
DATES TAKING OFFICE MUST BE INCLUDED.

### F. OFFICERS

**President**
Name: Wael, Jelaidan
Street Address: 3872 N Pasatiempo
PO Box:
City, State, Zip Code: Tucson, AZ
Date of taking this office: MO 3 DAY 12 YR 84

**Vice-President**
Name: Gajam, Soliman
Street Address: 3401 N Columbus
PO Box:
City, State, Zip Code: Tucson AZ 85712
Date of taking this office: MO 3 DAY 12 YR 84

**Secretary**
Name: M. SHAFIQULLAH, M
Street Address: 1421 E Elm St
PO Box:
City, State, Zip Code: Tucson, AZ 85719
Date of taking this office: MO 3 DAY 12 YR 84

**Treasurer**
Name: Mir, RAHMATULLAH
Street Address: 2752 W Bilby Rd
PO Box:
City, State, Zip Code: Tucson AZ
Date of taking this office: MO 3 DAY 12 YR 84

**Other Executive Officer (title)**
Name: ABDULLA Ismail
Street Address:
PO Box: 20792
City, State, Zip Code: Tucson, AZ 85721
Date of taking this office: MO 3 DAY 12 YR 84

### G. DIRECTORS

**Director**
Name: Same as President
Street Address:
PO Box:
City, State, Zip Code:
Date of taking this office: MO __ DAY __ YR __

**Director**
Name: Same as Vice President
Street Address:
PO Box:
City, State, Zip Code:
Date of taking this office: MO __ DAY __ YR __

**Director**
Name: Same as Secretary
Street Address:
PO Box:
City, State, Zip Code:
Date of taking this office: MO __ DAY __ YR __

**Director**
Name: Same as Treasurer
Street Address:
PO Box:
City, State, Zip Code:
Date of taking this office: MO __ DAY __ YR __

**Director**
Name:
Street Address:
PO Box:
City, State, Zip Code:
Date of taking this office: MO __ DAY __ YR __

2

1 0 3 4 0 9   0 0 4 8   IAL CONDITION   082891

THE FOLLOWING STATEMENT OF FINANCIAL CONDITION IF NO BUSINESS WAS CONDUCTED THIS FISCAL YEAR. THEN IN STATE IN PLACE OF THIS FORM YOU MAY SUBSTITUTE AN EXACT COPY OF THE FINANCIAL REPORT TO SHAREHOLDERS AS PROVIDED IN A.R.S. §10-127, A COPY OF SCHEDULE L, FILED WITH THE INTERNAL REVENUE SERVICE, OR A COPY OF SCHEDULE L, FORM 120 FILED WITH THE ARIZONA DEPARTMENT OF REVENUE FOR THE PURPOSES OF TAXATION OF INCOME PURSUANT TO TITLE 43, ARIZONA REVISED STATUTES.

| ASSETS | AMOUNT | TOTAL |
|---|---|---|
| Cash | | 31257 |
| Trade notes and accounts receivable | 0 | |
| (a) Less allowance for bad debts | 0 | 0 |
| Inventories | | 0 |
| Gov't obligations (a) U.S. and instrumentalities | 0 | |
| (b) State, subdivisions thereof, etc | 0 | 0 |
| Other current assets | | 0 |
| Loans to shareholders | | 0 |
| Mortgage and Real Estate loans | | 0 |
| Other investments | | 0 |
| Buildings and other fixed depreciable assets | 25458 | |
| (a) Less accumulated depreciation | 0 | 0 |
| Depletable assets | 0 | |
| (a) Less accumulated depletion | 0 | 0 |
| Land (net of any amortization) | | 0 |
| Intangible assets (amortizable only) | 0 | |
| (a) Less accumulated amortization | 0 | 0 |
| Other assets | | |
| Total assets | | 56715 |

**LIABILITIES AND CAPITAL**

| | | |
|---|---|---|
| Accounts payable | | 0 |
| Mtges., notes, bonds payable in less than 1 yr | | 0 |
| Other current liabilities | | 0 |
| Loans from shareholders | | 0 |
| Mtges., notes, bonds payable in 1 yr or more | | 0 |
| Other liabilities | | 0 |
| Total Liabilities | | 0 |
| Capital stock (a) Preferred stock | 0 | |
| (b) Common stock | 0 | 0 |
| Paid-in-or capital surplus | | 0 |
| Retained earnings - Appropriated | | 0 |
| Retained earnings - Unappropriated | | 0 |
| Less cost of treasury stock | | 0 |
| Total Capital | | |
| Total Liabilities and Capital | | 0 |

3

CHECK NO. **1 0 3 J 0 9    0 0 0 8**   ISLAMIC CENTER AT TUCSON    08 23

EXACT CORPORATE NAME

THE UNDERSIGNED CERTIFY THAT:

A. No person serving either by election or appointment as officers, directors, trustees, incorporators and persons controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation

1. Have been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate
2. Have been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate
3. Have been or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding the execution of this certificate where such injunction, judgment, decree or permanent order

   (a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction, or
   (b) Involved the violation of the consumer fraud laws of that jurisdiction, or
   (c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction

B. For any person or persons who have been or are subject to one or more of the statements in Items A.1 through A.3 above the following information MUST be attached

1. Full name and other names used
2. Full birth name
3. Present home address
4. Prior addresses (for immediate preceding 7 year period)
5. Date and location of birth
6. Social Security number
7. The nature and description of each conviction or judicial action, the date and location, the court and public agency involved, and the file or cause number of the case

J. ALL CORPORATE TAX RETURNS REQUIRED BY TITLE 43 HAVE BEEN FILED WITH THE ARIZONA DEPARTMENT OF REVENUE

Under penalties of law, I declare that I have examined this report and the certificate, including any attachments, and to the best of my knowledge and belief it is true, correct and complete. (NON PROFIT CORPORATIONS MUST HAVE THIS REPORT NOTARIZED (A.R.S. 10-1081).

BY M. Shafiqullah  DATE April 8 84    BY Wael Jelaidan (President)  DATE 4.8.89
TITLE Secretary                          TITLE Treasurer

REMINDER: FORM MUST BE SIGNED, ALL FEES INCLUDED AND THE FINANCIAL STATEMENT COMPLETED.

STATE OF ARIZONA )   This instrument was acknowledged before me this 30th day of April, 1984
COUNTY OF PIMA   )   by M. Shafiqullah, Secretary and Wael Jelaidan, President, of
                     ISLAMIC CENTER, TUCSON

ARIZONA CORPORATION COMMISSION
1200 W. WASHINGTON
PHOENIX, ARIZONA 85007

PHOENIX AZ
Permit No. 621

ISLAMIC CENTER, TUCSON
1627 E. 1ST ST
BOX 40271
TUCSON                    AZ 85717

14201

MAIL OR DELIVER TO:
ARIZONA CORPORATION COMMISSION
1200 WEST WASHINGTON
PHOENIX, ARIZONA 85007

P.O. BOX 6019
PHOENIX, AZ 85005

402 W. CONGRESS
TUCSON, AZ 85701

# ANNUAL REPORT & CERTIFICATE OF DISCLOSURE
(Pursuant to ARS 10-125, 10-1061, 10-128 and 10-1064)

DIRECTIONS: ANSWER ALL QUESTIONS IN EACH SECTION OF THIS ANNUAL REPORT AND RETURN WITH YOUR FEE TO THE ARIZONA CORPORATION COMMISSION.

**A. CORPORATION INFORMATION**

FILE NO.: -082871-9

Corporation Name: ISLAMIC CENTER, TUCSON
Street Address: X, DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
P.O. Box (if any): UNIVERSITY OF ARIZONA
City, State, Zip Code: TUCSON          AZ 85721

TYPE OF CORPORATION: NON PROFIT
FEE: 10
PENALTY:
TOTAL:

Name of Arizona Statutory Agent: DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
Street Address (NOT P.O. BOX): UNIVERSITY OF ARIZONA
City, State, Zip Code: TUCSON          AZ 85721

ANNUAL REPORT FOR YEAR ENDING
12 / 31 / 84

12/83

000974

DUE ON OR BEFORE
04 / 15 / 85

**B. SPECIAL INSTRUCTIONS:** If there has been a change in any of the preprinted information above, please list below.

**C. BRIEF STATEMENT OF THE CHARACTER OF BUSINESS IN WHICH THE CORPORATION IS ACTUALLY ENGAGED IN ARIZONA:**

Religious functions and activities

**D. *CAPITALIZATION:** (Per Articles of Incorporation): *NOT REQUIRED FOR NON PROFIT CORPORATIONS.

| NUMBER AUTHORIZED | CLASS | | PAR VALUE |
|---|---|---|---|
| | | | |
| NUMBER ISSUED | CLASS | | PAR VALUE |
| | | | |

**E. SHAREHOLDERS DIRECTIONS:** Fill in names of shareholders of record holding more than 20% of any class of shares issued by the corporation, including persons beneficially holding such shares through nominees. If additional space is needed, attach a separate sheet. (IF NONE, SO STATE.)

Shareholder Name: _____
Shareholder Name: _____

Shareholder Name: _____
Shareholder Name: _____

(NC 0046 (Rev. 11/83))

082871-0

**NOTE:** If appointing a new statutory agent, the new agent must consent to that appointment.

I, (individual) and/or, We, (corporation), having been appointed to act as Statutory Agent, hereby consent to act in that capacity until removal or resignation is submitted in accordance with the Arizona Revised Statutes.

_____
STATUTORY AGENT

**FOREIGN CORPORATIONS:** If not included on page 1, please submit address of place of business in Arizona, if applicable.

_____
_____
_____

**NOTE:** ALL CORPORATIONS MUST LIST THEIR OFFICERS AND DIRECTORS —
ATTACH ADDITIONAL SHEETS IF NECESSARY.
DATES TAKING OFFICE MUST BE INCLUDED.

**OFFICERS:**

**President**
Name: Wael Jelaidan
Address: 1901 N. Wilmot #1093
City, State, Zip Code: Tucson, AZ 85711
Date of taking this office: MO 3 DAY 12 YR 84

**V.P.**
Name: Soliman Gayam
Address: 3401 N. Columbus
City, State, Zip Code: Tucson, AZ 85711
Date of taking this office: MO 3 DAY 12 YR 84

**Secretary**
Name: M. Shafiqullah
Address: 421 E. Elm St.
City, State, Zip Code: Tucson, AZ 85719
Date of taking this office: MO 3 DAY 12 YR 84

**Treasurer**
Name: Rahmatullah _____
Address: _____
City, State, Zip Code: Tucson, AZ _____
Date of taking this office: MO 3 DAY 12 YR 84

**_____**
Name: Abdullah Ismail
Address: _____ #0792
City, State, Zip Code: Tucson, AZ 85721
Date of taking this office: MO 3 DAY 12 YR 84

**DIRECTORS:**

Director Name: Same as President
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ___ DAY ___ YR ___

Director Name: Same as V.P.
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ___ DAY ___ YR ___

Director Name: Same as Secretary
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ___ DAY ___ YR ___

Director Name: Same as Treasurer
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ___ DAY ___ YR ___

Director Name:
Street Address:
P.O. Box:
City, State, Zip Code:
Date of taking this office: MO ___ DAY ___ YR ___

2

1420140033

082871-0

# H. STATEMENT OF FINANCIAL CONDITION
## BALANCE SHEET

THE FOLLOWING FORM MUST BE COMPLETED. IF NO BUSINESS WAS CONDUCTED THIS FISCAL YEAR, THEN SO STATE. IN PLACE OF THIS FORM YOU MAY SUBSTITUTE AN EXACT COPY OF THE FINANCIAL REPORT TO SHAREHOLDERS AS PROVIDED IN A.R.S. §10-127, A COPY OF SCHEDULE L FILED WITH THE INTERNAL REVENUE SERVICE, OR A COPY OF SCHEDULE L FORM 120 FILED WITH THE ARIZONA DEPARTMENT OF REVENUE FOR THE PURPOSES OF TAXATION OF INCOME PURSUANT TO TITLE 43, ARIZONA REVISED STATUTES.

| ASSETS | AMOUNT | TOTAL |
|---|---|---|
| Cash | | 20,341 |
| Trade notes and accounts receivable | | |
| (a) Less allowance for bad debts | | |
| Inventories | | |
| Gov't obligations: (a) U.S. and instrumentalities | | |
| (b) State, subdivisions thereof, etc. | | |
| Other current assets | | |
| Loans to shareholders | | |
| Mortgage and Real Estate loans | | |
| Other investments | | |
| Buildings and other fixed depreciable assets | 25,458 | |
| (a) Less accumulated depreciation | | |
| Depletable assets | | |
| (a) Less accumulated depletion | | |
| Land (net of any amortization) | | 23,000 |
| Intangible assets (amortizable only) | | |
| (a) Less accumulated amortization | | |
| Other assets | | |
| Total assets | | 69,799 |

## LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Accounts payable | | |
| Mtges., notes, bonds payable in less than 1 yr | | |
| Other current liabilities | | |
| Loans from shareholders | | |
| Mtges., notes, bonds payable in 1 yr or more | | |
| Other liabilities | | |
| Total Liabilities | | |
| Capital stock  (a) Preferred stock | | |
| (b) Common stock | | |
| Paid-in or capital surplus | | |
| Retained earnings - Appropriated | | |
| Retained earnings - Unappropriated | | |
| Less cost of treasury stock | | |
| Total Capital | | |
| Total Liabilities and Capital | | |

3.

# I. CERTIFICATE OF DISCLOSURE
A.R.S. Sections 10-128, 10-1084

082871-0

EXACT CORPORATE NAME: Islamic Center Tucson

CHECK ONE BOX — "A" or "B"

THE UNDERSIGNED CERTIFY THAT:

1. No person serving either by election or appointment as officers, directors, trustees, incorporators and persons controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation, has been convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.

2. No such person has been convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses, or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate.

3. No such person is or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding the execution of this certificate where such injunction, judgment, decree or permanent order:

    (a) Involved the violation of fraud or registration provisions of the securities laws of that jurisdiction; or
    (b) Involved the violation of the consumer fraud laws of that jurisdiction; or
    (c) Involved the violation of the antitrust or restraint of trade laws of that jurisdiction.

If any person or persons who have been or are subject to one or more of the statements in items A.1 through A.3 above, the following information MUST be attached:

1. Full name and all other names used
2. Prior and present home address
3. Full birth name
4. Present business address
5. Prior addresses (for immediate preceding 7 year period)
6. Date and location of birth
7. Social Security number
8. The nature and description of each conviction or judicial action, the date and location, the court and public agency involved, and the file or cause number of the case.

ALL CORPORATE TAX RETURNS REQUIRED BY TITLE 43 HAVE BEEN FILED WITH THE ARIZONA DEPARTMENT OF REVENUE

Under penalties of law, I declare that I have examined this report and the certificate, including any attachments, and to the best of my knowledge and belief it is true, correct and complete. (NON PROFIT CORPORATIONS MUST HAVE THIS REPORT NOTARIZED [A.R.S. 10-1081]).

BY: Wa'el [signature]   DATE: Feb 7, 85
TITLE: President

BY: [signature] Trustee   DATE: Feb 7, 85

BY: M. Shafiqullah   DATE: Feb 7, 85
TITLE: Secretary

REMINDER: FORM MUST BE SIGNED, ALL FEES INCLUDED AND THE FINANCIAL STATEMENT COMPLETED.

Subscribed and sworn to before me this 7th day of February 85.

[Notary signature]
Notary Public
My Commission Expires May 4, 1987

ARIZONA CORPORATION COMMISSION
1200 W. WASHINGTON
PHOENIX, ARIZONA 85007

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
PHOENIX, AZ
Permit No. 621

ISLAMIC CENTER, TUCSON
% DR M SHAFIQULLAH
DEPT OF GEOSCIENCES
UNIVERSITY OF ARIZONA
TUCSON   AZ 85721