# EXHIBIT H

*Yale University Library*
*Manuscripts and Archives*

# Guide to the Islamic Fundamentalist Audio Recordings Collection

## MS 1880



compiled by Mary Caldera, Fawaz Alwash, and Khadija El-Hazimy

August 2012

New Haven, Connecticut

Copyright © 2012 by the Yale University Library.

ASH 031431

# Table of Contents

| | |
|---|---|
| Paging Instructions | 3 |
| Overview | 3 |
| Administrative Information | 4 |
|     Provenance | 4 |
|     Information about Access | 4 |
|     Ownership & Copyright | 4 |
|     Cite As | 4 |
|     Processing Notes | 4 |
|     Alternative Formats | 4 |
|     Other Finding Aids | 4 |
| Scope and Contents note | 4 |
| Arrangement note | 5 |
| Collection Contents | 6 |
| General note | 459 |
| Access Terms | 460 |

ASH 031432

## Paging Instructions

To request items from this collection for use in the Manuscripts and Archives reading room, please use the request links in the HTML version of this finding aid, available at http://hdl.handle.net/10079/fa/mssa.ms.1880.

To order reproductions from this collection, please go to http://www.library.yale.edu/mssa/ifr_copy_order.html. The information you will need to submit an order includes: the collection call number, collection title, series or accession number, box number, and folder number or name.

## Overview

| | |
|---|---|
| **REPOSITORY:** | Manuscripts and Archives<br>Sterling Memorial Library<br>128 Wall Street<br>P.O. Box 208240<br>New Haven, CT 06520<br>Web: http://www.library.yale.edu/mssa/<br>Email: mssa.assist@yale.edu<br>Phone: (203) 432-1735<br>Fax: (203) 432-7441 |
| **CALL NUMBER:** | MS 1880 |
| **TITLE:** | Islamic fundamentalist audio recordings collection |
| **DATES:** | Circa 1965-2000 |
| **PHYSICAL DESCRIPTION:** | 19.25 linear feet (1459 boxes) |
| **LANGUAGE(S):** | The materials are in Arabic. |
| **SUMMARY:** | The collection consists of audio recordings (in Arabic) of sermons, lectures, speeches, recitations of the Qur'ān (Koran) and poetry, interviews, radio broadcasts, and conversations, pertaining to Islam, in particular the fundamentalist perspective, and the Arab world. Over 200 speakers, primarily clerics, from over a dozen countries in the Middle East, Indian subcontinent, and Africa, are represented, documenting the views of a range of Jihadi, reformist, and moderate Islamic religious leaders. Only a few of the speakers are identified, including Osama bin Laden. The topics covered are wide-ranging and include the Qur'ān, Islamic jurisprudence, religious obligations and practices, mujahideen, Jihad, religious instruction, women, marriage, divorce, roles and responsibilities of husbands and wives, youth, death, extremism, secularism, evangelical Christians, Jewish people, and events and conflicts in the regions represented. The recordings date primarily from the 1980s to 2000, although some date from as early as the 1960s. The recordings are comprised of commercially-produced releases, copies of commercially-produced releases, and amateur recordings. |
| **FINDING AID LINK:** | To cite or bookmark this finding aid, use the following address:<br>http://hdl.handle.net/10079/fa/mssa.ms.1880 |

ASH 031433

## Administrative Information

### Provenance

The materials were a gift of David B. Edwards, 2006 and 2008.

The recordings are thought to have originated in Osama bin Laden's compound in Kandahār, Afghanistan. Following the Taliban's evacuation from Kandahār on December 7, 2001, the audiocassettes were acquired by CNN. CNN transferred the materials to Williams College's Afghan Media Project, headed by anthropologist David Edwards, who later donated them to Yale University.

### Information about Access

The collection is open for research.

Original audiovisual materials, as well as preservation and duplicating masters, may not be played.

The entire collection has been digitized. Researchers must use the digital copies instead of the originals. Researchers wishing to access the digital copies or obtain a copy for their personal use should contact Manuscripts and Archives.

### Ownership & Copyright

Copyright status for collection materials is unknown. Transmission or reproduction of materials protected by U.S. Copyright Law (Title 17, U.S.C.) beyond that allowed by fair use requires the written permission of the copyright owners. Works not in the public domain cannot be commercially exploited without permission of the copyright owners. Responsibility for any use rests exclusively with the user.

### Cite As

Islamic Fundamentalist Audio Recordings Collection (MS 1880). Manuscripts and Archives, Yale University Library.

### Processing Notes

Due to numbering anomalies and the separation of blank tapes from the collection, there are gaps in the box numbers.

### Alternative Formats

The collection is available in digital form through Manuscripts and Archives, Yale University Library.

### Other Finding Aids

An English/Arabic version of the finding aid is also available. See  Guide to the Islamic Fundamentalist Audio Recordings Collection (English/Arabic).

## Scope and Contents note

The collection consists of audio recordings (in Arabic) of sermons, lectures, speeches, recitations of the Qur'ān (Koran) and poetry, interviews, radio broadcasts, and conversations, pertaining to Islam, in particular the fundamentalist perspective, and the Arab world. Over 200 speakers, primarily clerics, from over a dozen countries in the Middle East, Indian subcontinent, and Africa, are represented, documenting the views of a range of Jihadi, reformist, and moderate Islamic religious leaders. Only a few of the speakers are identified, including Osama bin Laden. The topics covered are wide-ranging and include the

Qur'ān, Islamic jurisprudence, religious obligations and practices, mujahideen, Jihad, religious instruction, women, marriage, divorce, roles and responsibilities of husbands and wives, youth, death, extremism, secularism, evangelical Christians, Jewish people, and events and conflicts in the regions represented. The recordings date primarily from the 1980s to 2000, although some date from as early as the 1960s. The recordings are comprised of commercially-produced releases, copies of commercially-produced releases, and amateur recordings. Associated materials consist of inserts and photocopies of cassette casings.

## Arrangement note

The collection is arranged by repository assigned tape number.

ASH 031435

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 7 of 461
Tape 1. Political situation in Algeria                                Islamic fundamentalist audio recordings
collection
MS 1880 - Page 6

---

## Collection Contents

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1 | Tape 1. Political situation in Algeria<br>*1 audiocassette*<br>Arabic | Circa 1991-1992 |

Summary (English)

Side A. A speaker gives a lecture and Q&A on duty to fight in Algeria, likely soon after beginning of civil war in 1991. References to Islamic Salvation Front, Bush (unspecified), Muslim Brotherhood. Mostly in Modern Standard, sometimes in Palestinian Arabic. Audio cuts occasionally, but mostly intelligible.

Side B. 0.00-18.00: Continuation of lecture on Side A. More specific information about weapons and training. 18.30 onwards: a different speaker recites Q 3:1-42.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 2 | Tape 2. The Islamic umma<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A: A speaker gives a sermon in Modern Standard Arabic on or around the anniversary of Battle of Uhud. Subjects include West as enemy, the need for patience and persistence in Islam, the impending victory of Islam, corruption of Islamic thought by Sufism. Occasional gaps in audio.

Side B. 0.00-3.00: Continuation of sermon on Side A. 8.30-14.30: A different speaker recites hadith and gives a sermon on the correct dress for men and women during prayer. 14.30-19.00: A different sermon by the same speaker on the requirement to face Mecca during prayer. 3.00-8.30: A different sermon by the same speaker on the corruption and misunderstanding of Islam by Muslims and the need to educate them in their religion.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 3 | Tape 3. The Islamic umma<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A: A speaker gives a sermon in Modern Standard Arabic on the backwardness of the Islamic umma and the need for action to restore it to power. He discusses need for educational instutitions promoting pure Islam and for rich Muslims to finance Islamist projects.

Side B: 0.00-5.00: Continuation of sermon on side A. 5.00-11.00: A different speaker gives a sermon on need for confrontation in Riyadh, Saudi Arabia. 11.00 onwards: A third, unknown speaker gives a sermon on personal virtues needed for the victory of Islam.

ASH 031436

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 4 | Tape 4. The Islamic umma<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. [Duplicate of Tape 3]. | |
| | Side B. [Duplicate of Tape 3]. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 5 | Tape 5. The demands of Islam and Islamic law<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a sermon in Modern Standard Arabic on piety. He discusses contemporary approaches to Islam among Muslims and criticizes flexibility and lack of commitment. | |
| | Side B. 0.00-11.00: A speaker gives a general sermon on piety and the Day of Judgment. There are multiple breaks in audio, including a few seconds of conversation in colloquial Arabic at 8.08. 11.00-18.30: a recording of the following adhan and prayer. 18.30 onwards: a different, unknown speaker gives a sermon on the unacceptability of Muslim women seeing male doctors. The last minute of audio is unintelligible. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 6 | Tape 6. Relations with non-Muslims (sermon); live Quran recitation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. 0.00-16.00: A speaker in Saudi Arabia gives a sermon on the relations between Muslims and non-Muslims. He refers to a recent loan made by Saudi Arabia to the Soviet Union (December 1990) as example of unacceptable relations. 16.00 onwards: a different speaker recites Q 9:1-44. | |
| | Side B. A speaker recites Q 9:44-104 and 7:1-53. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |

| Box | Description | Date(s) |
|---|---|---|
| 7 | **Tape 7. Qur'ān recitation**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites Q 10:102-109, 11, and 12:1-79.

Side B. 0.00-5.30: Continuation of Q 12. 5.30 onwards: a different speaker recites Q 13, 14, 15, and 16:1-55

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 8 | **Tape 8. Sermons by various speakers**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. 0.00-22.00: A speaker recites a prayer near the end of Ramadan. A large crowd responds with "amen" after each sentence. 22.00-30.00: A different speaker reads a letter from women in a (possibly Syrian) prison, published in a Kuwaiti magazine, describing prison conditions and torture. He urges Muslims to act, especially by donating money, and prays for the destruction of their oppressors. 30.00 onwards: A different speaker gives a sermon on da'wa.

Side B. 0.00-8.00: Continuation of sermon at the end of side A. 8.00-13.30: A different speaker gives a sermon on piety. 13.30-23.00: A different speaker gives another sermon on piety. 23.00-29.00: A different speaker gives another sermon. Circa 28.10, the volume drops and fragments of conversation in colloquial Arabic are heard over the original audio. 29.00 onward: A different speaker recites Q 19:1-10.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 9 | **Tape 9. Qur'ān recitation**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker introduces the contents of the tape. It is part of a complete recording of the Quran undertaken by an Islamic recording company, Tasjeelat Uhud, made at tarawih prayers by five different imams. This tape is of al-Tubaykhi. Recitation begins at 2.30 and covers Q: 8 - 9:30.

Side B. Recitation of Q 9:30-129.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 10 | **Tape 10. Women's ethics (lecture)**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

ASH 031438

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker introduces a lecture by al-'Id on women's ethics. Al-'Id is a lecturer at a shari'a department (unspecified). Quran recitation and some conversation are audible in the background. The end of side A is announced.

Side B. 0.00-34.00: Continuation of lecture on side A. A speaker announces the end of the tape and the beginning of additional material. 34.00 onward: different speakers recite religious poetry, prayers, and advice for the Muslim listener.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 11 | Tape 11. The headscarf (hijab) and other women's issues | Circa 1965-2000 |
|----|--------------------------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon in colloquial Egyptian Arabic on hijab and other women's issues. Audio quality is poor and some segments are unintelligible. Some unintelligible fragments of Quran and conversation are audible at the beginning and end of the tape.

Side B. A speaker gives a sermon in a mixure of colloquial Egyptian Arabic and Modern Standard Arabic on women's issues. Audio quality is poor and some segments are unintelligible. Some unintelligible fragments of Quran and conversation are audible at the beginning and end of the tape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 12 | Tape 12. Qur'ān recitation | Circa 1965-2000 |
|----|----------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites Q 45:20 - 48:29.

Side B. Identical to Side A. A speaker recites Q 45:20 - 48:29.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 13 | Tape 13. Qur'ān recitation | Circa 1965-2000 |
|----|----------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites Q 41:47 - 43:70.

Side B. A speaker recites Q 43:59 - 45:37.

ASH 031439

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

14  Tape 14. Piety and taqwa                                                       Circa 1965-2000
    *1 audiocassette*
    Arabic

    Summary (English)

    Side A. 0.00-1.45: a fragment of the introduction to a lecture. 1.45 onwards: a different speaker gives a lecture on piety.

    Side B. Continuation of side A.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

15  Tape 15. Ramadan prayers and hadith                                            Circa 1965-2000
    *1 audiocassette*
    Arabic

    Summary (English)

    Side A. Different speakers recite Ramadan prayers and hadith. The tape ends with an announcement from Tasjilat Uhud, an Islamic recording company.

    Side B. Different speakers recite Ramadan prayers and hadith. Side B ends with "this is the middle of the tape". Sides A and B are likely reversed.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

16  Tape 16. Islamic law and the Egyptian government                              Circa 1965-2000
    *1 audiocassette*
    Arabic

    Summary (English)

    Side A. A speaker gives a lecture on the superiority of shari'a to manmade law. He discusses the Egyptian government and its suppression of the Muslim Brotherhood. The speaker is a member who is currently confined to al-Fayyoum. He urges listeners to take immediate action toward Islamic rule. The date of the lecture can be estimated from remarks on actions taken by the government in 1988 and a reference to the current suppression of Sheikh Abdul Hamid Kishk, who died in 1996.

    Side B. A speaker introduces a lecture by Umar [unintelligible] Abd al-Rahman in response to a decision issued by al-Azhar on January 1st (year unknown). The lecture argues that submission to any law but sharia is tantamount to apostasy.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

ASH 031440

| Box | Description | Date(s) |
|---|---|---|
| 17 | **Tape 17. Jihad in hadith**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites hadith, mostly on the topics of martyrdom and jihad. Audio quality is poor, but recitation is intelligible.

Side B. A speaker recites hadith, mostly on the topics of martyrdom and jihad. Audio quality is poor, but recitation is intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 18 | **Tape 18. Lecture and Q&A on miscellaneous topics**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture and answers questions on various questions of faith and Islamic law. The lecture is in Modern Standard Arabic with many interjections in Saudi or Gulf Arabic. Audio quality is medium: some short sections are unintelligible; significant background noise (children, etc.).

Side B. 0.00-11.00: Continuation of lecture and Q&A. A different speaker announces the end of the tape, produced by Tasjeelat Makka al-Mukarrama. 11.00 onwards: the same speaker gives a different lecture and Q&A on various topics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 19 | **Tape 19. Qurʼān recitation**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker reads Q 112 and Q 1:1-5.

Side B. A speaker gives a general lecture on usul al-din and takes questions from the audience. Mostly in Modern Standard Arabic, sometimes in colloquial Egyptian Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 20 | **Tape 20. Topics in hadith**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on various topics in hadith, including food, dress, jewelry, ablution, piety, and women's rights.

ASH 031441

| Box | Description | Date(s) |
|---|---|---|
| | Side B. Continuation of side A. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 21 | Tape 21. Q&A on miscellaneous topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions from the audience about Islamic law in everyday life.

Side B. 0.00-14.30: Continuation of Q&A. 14.30 onwards: a different speaker gives a lecture and Q&A on various topics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 22 | Tape 22. Islamic hygiene | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on Islamic hygiene.

Side B. 0.00-28.00: Continuation of lecture on side A. 28.00 onwards: A speaker announces the end of the tape and the following recitation of Quran 43 and 44 by Mahmud Khalil al-Husari.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 23 | Tape 23. Q&A on miscellaneous topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions from the audience about Islamic law. Audio is faint, but intelligible.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 24 | Tape 24. Qurʾān recitation; Government and the Muslim Brotherhood | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites Q 43:55-65, 44:37-59, and 4:66-72. Circa 5.15, a different speaker gives a speech to and chants Islamic slogans with a large crowd. He urges listeners to follow

ASH 031442

| Box | Description | Date(s) |
|-----|-------------|---------|

God's law and not fear the Egyptian government. He makes several references to incarcerated Brothers.

Side B. Continuation of side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**26**   Tape 26. Egypt                                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation of lecture on side B. Circa 23.00, a different speaker reads Qutb and lectures on the same subject. A speaker announces the date and publisher (Jama'at al-jihad) at the end of the tape.

Side B. A speaker announces the tape as part of a series of publications by Jama'at al-jihad on jihad in Egypt. He describes the actions of the Egyptian government as apostasy and encourages Islamist agitation. He makes several references to the Muslim Brotherhood and other Islamist groups.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**27**   Tape 27. Political strategy in Islamic history                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker announces a lecture by al-'Ubaydi, a professor at al-Imam Muhammad bin S'ud University, as part of a book festival in al-Riyadh. The lecture is titled "Factors of Victory and Defeat throughout Islamic History" and describes the personal and political virtues and strategies necessary for success and victory. The date of the lecture is announced as Wednesday, 23 Rabi' al-Awwal of the year "one thousand, four hundred, and one thousand" of the Hijri calendar, presumably a mistake. Assuming 1400 as a starting point, there are five possibilities within the date range of the collection: 12/28/83, 11/26/86, 10/2/91, 8/31/94, and 7/3/99.

Side B. Continuation of lecture on Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**28**   Tape 28. Sexual relations, zina, and marriage                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Following the adhan, a speaker gives a sermon (likely a Friday sermon) in MSA on zina. He recites the relevant texts and suggests remedies for what he perceives as a widespread

ASH 031443

| Box | Description | Date(s) |
|-----|-------------|---------|

social malady. The tape ends with a general prayer, a crowd responding with "Amen" after each phrase, and cuts in mid-sentence.

Side B. The same speaker on side A gives a different sermon on the importance of regular prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

29   Tape 29. Jihad                                                                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The same speaker on Cassette 28 gives a sermon on jihad. He recites the relevant texts and urges all Muslims to engage in jihad. He describes the conditions in the Marka refugee camp in Jordan and urges all Muslims to fight against Jews for a Muslim Palestine. At 37.15, he concludes and prayer is called. Prayer is heard from a distance, but other material is heard in the background, likely from a previous use of the tape. Audio quality is medium: speech is mostly intelligible, with occasional cuts and faint sections.

Side B. The same sermon on Cassette 28a is heard, but audio quality is much poorer. Circa 10.00-40.00, a different sermon, likely by the same speaker, plays simultaneously. Both sermons are barely intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

30   Tape 30. Jihad in Afghanistan during Soviet War                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker describes his experience fighting with the Mujahideen during the Soviet War. He describes a recent battle in Paghman, Afghanistan, likely in 1988 or 89, in detail. He urges listeners to join the effort and responds to possible objections or obstacles. He speaks in Saudi-accented MSA and the location is likely Saudi Arabia. Audio quality is high to medium.A speaker describes his experience fighting with the Mujahideen during the Soviet War. He describes a recent battle in Paghman, Afghanistan, likely in 1988 or 89, in detail. He urges listeners to join the effort and responds to possible objections or obstacles. He speaks in Saudi-accented MSA and the location is likely Saudi Arabia. Audio quality is high to medium.

Side B. Continuation of side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

31   Tape 31. Jihad in Afghanistan during the Soviet War                                           Circa 1979-1989
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Background noise but audio is intelligible. Side A 30:38 min. Side B 31:04 min.Speaker: Unknown. Place: Unknown.

Side A: A member of the Mujahideen describes recent developments on the war front. He is never introduced but is occasionally addressed as Usāmah. He describes the fighting near Jalalabad and gives details about weaponry and strategy. The Mujahideen suffered an ammunition shortage and the Soviets had deployed a force from Kandahar in anticipation thereof. He then tells personal anecdotes about the deaths of specific people on the field and the signs of martyrdom (painlessness, smell of myrrh, etc.). He describes the capture of Soviet tanks and concludes by asking the audience for questions. Audience members ask about the nature of the obligation to engage in Jihad, objections commonly raised by Muslims against it, and similar issues. The lecture is in Modern Standard Arabic and audio quality is high. There is a notable interruption in the audio circa 15-17 minutes, where different material has been recorded over the lecture. A speaker recites or sings a short poem addressing a walker at night that will eventually arrive.

Side B:

1)   0:00 to 16:00 Continuation of side A. The gathering concludes with some announcements about donations and an unspecified future event.

2)   16:01 to the end of side B, A recitation from the Qurʾān of Sura al-Anfāl verses 1-43.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 32 | Tape 32. Qurʾān recitation | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker, likely amateur, recites Q 3:33-51.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer files (WAV)*

| 33 | Tape 33. A sermon on Jihad and the risks that surround the Islamic nation and the "land of the two holy sanctuaries" | Circa 1987-1990 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint. Audio is intelligible with some background noise. There is a gap in the recording between 3:23 and 3:30 then the same sermon starts again from the beginning in higher quality. Side A: 45:41min. Side B: 25:43 min. Speaker: The speaker is most likely Usāmah ibn Lādin. Place: Saudi Arabia.

Side A: The speaker gives a sermon on Jihad, the risks that surround the Islamic nation, and the infidels' plans to occupy the "land of the two holy sanctuaries" (Saudi Arabia). The speaker refers to "Al-rāfidah" meaning Shiites and to the recent events referring to the clashes in Saudi Arabia with Shiite pilgrims (This occurred in 1987; therefore, the sermon and recording must have been made after that year). The speaker again reiterates the importance of Jihad and the willingness to fight the "infidels". He mentions the "mujahideen" and fighting the Russians in Afghanistan. He also mentions a country in the southern part of the Arab Peninsula ruled by communism and incites people there to Jihad. He praises the mujahideen who went to

ASH 031445

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 17 of 461
Tape 33. A sermon on Jihad and the risks that surround the Islamic nat [...]          Islamic fundamentalist audio recordings
collection
MS 1880 - Page 16

| Box | Description | Date(s) |
|-----|-------------|---------|

Afghanistan from the Arab Peninsula noting that (at the time of the sermon) their number is over seven thousand.

Side B: Continuation of the same sermon by the same speaker. He provides the following names of people who went for Jihad and were killed in battles ( Shafiq ibn Ibrāhīm who was killed recently in one of the battles, Ṭālib ibn 'Abd al-'Azīz , Abū 'Abd Allāh from Ma'rib , Abū 'Abd al-Raḥmān ibn Sarī , Abū 'Ammār al-Shammarī , Abū al-Walīd 'Utaybī, Aḥmad al-Zahrānī and 'Abd al-Wahhāb al-Ghāmidī who were killed in Jalal Abad battles , and Muḥammad Ṣarkhī from al-Ṭā'if in Saudi Arabia , Sa'd al- Khālidī from the eastern region of Saudi Arabia , Nabīl Abū al-dhahab from Sudan and Abū Sahl and Abū Dūjāna from Egypt and Shafiq who was killed in one of the battles). The sermon ends at 10:00 when the speaker allows for questions. People start asking about the news from Afghanistan, "Al-ḥijārah" revolution in Palestine, and the news of the mujahideen in Eritrea. The speaker answers a question about how to join the mujahideen in Afghanistan by providing a phone number which can be called from Riyadh or Jeddah to get discounted flight tickets on Saudi Airlines to Islamabad in Pakistan to meet with persons who wait in the airport to take them to the training camps. The sermon cuts off at 25:34 which is the end of the recording.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 34 | Tape 34. A lecture on the opposition of the unjust ruler or Imam | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible with background noise. Side A: 30:13min. Side B: 6:31 min.

Side A: Part of a lecture on the opposition of the unjust ruler or Imam. The speaker reviews historical examples and the opinions of some Islamic scholars supporting his opinion. He also reminds people about the principle of the promotion of virtue and the prevention of vice. The lecture ends at 30:13 which is the end of side A.

Side B: Part of a lecture by the same speaker about fighting people who disobey an Imam and reviewing ibn Taymīyah's opinion. The lecture ends at 30:13 which is the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 35 | Tape 35. A conversation with someone who pretends that he is a "Genie" | 1989 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise especially on side B but audio is intelligible with occasional gaps. Side A: 27:02min. Side B: 27:02 min.

Side A:

1)  0:00 to 18:25, The speaker pretends that he is a "Genie" inside a human body and has become a Muslim. He answers questions about Islamic jurisprudence from three to four people listening to him. There is a gap from 3:53 - 3:56.

2)  18:26 to the end of side A, A recitation of Sura Maryam verses 1 - 7.

ASH 031446

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker gives a short speech to Muslims about proper behavior and then answers further questions. He mentions the exact date of the recording which is Dhū al-Ḥijjah 10, 1409 Hijrī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**36**    Tape 36. A recitation from the Qur'ān          Circa 1992 - 2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is very good and audio is very intelligible. Side A: 26:48min. Side B: 26:56 Min. Place: Saudi Arabia.

Side A:

1)    0:00 -1:28 A speaker presents a recitation from the Qur'ān by Aḥmad al-'Ajamī who recites Surat Ibrāhīm and Al-Anbiyā' from the Tarāwīḥ prayer in 1412 Hijrī (1992AD). The recording was presented by Al-ẓilāl Islamic Recordings from Al-Aḥsā' in Saudi Arabia.

2)    1:28 - 2:04 Recitation of Sura Al-Fātiḥah by Aḥmad al-'Ajamī.

3)    2:05 - 19:33 Recitation of the whole Sura Ibrāhīm verses 1 - 52 by Aḥmad al-'Ajamī.

4)    19:34 to the end of side A: Recitation of Surat Al-Anbiyā' verses 1 - 33 by Aḥmad al-'Ajamī.

Side B:

1)    0:00 - 8:33 Recitation of Surat Al-Anbiyā' verses 32 - 72 by Aḥmad al-'Ajamī.

2)    8:34 - 9:03 Recitation of Surat Al-Anbiyā' from verses 72- 73 by another reciter.

3)    9:04 - 18:33 Recitation of Surat Al-Anbiyā' from verses 73 to the end by Aḥmad al-'Ajamī.

4)    18:34 - 18:49 The first speaker relays greetings from Al-ẓilāl Islamic Recordings.

5)    18:50 to the end of side B: Continuation of the Tarāwīḥ prayer by Aḥmad al-'Ajamī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**37**    Tape 37. A recitation from the Qur'ān          Circa 1965 - 2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 35:51 min. Side B 35:35min.

Side A:

1)    0:00 -0:11 A speaker introduces a recitation from the Qur'ān of Sura Al 'Imrān.

2)    0:12 to the end of side A Recitation of Sura Al 'Imrān verses 1 –102.

Side B: 0:00 to the end of side B: Continuation of the recitation of Sura Al 'Imrān verses 103 to the end.

Preservation masters
*2 computer files (WAV)*

ASH 031447

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

**38**   Tape 38. A recitation from the Qurʾān from Tarāwīḥ prayer                   Circa 1991-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is very intelligible. Side A 28:05 min. Side B 27:47 min. Place: Saudi Arabia.

Side A:

1)   0:00 - 1:00: A speaker presents recitations from the Qurʾān by Aḥmad ibn ʿAlī al-ʿAjamī
     who recites Surat Al-Raʿd, Al-Ḥijr and Al-Jāthiyah from the Tarāwīḥ prayer in 1411 Hijrī
     (1991AD). The recording was presented by Al-Yanbūʾ foundation for media production and
     distribution in Riyadh, Saudi Arabia in cooperation with Al-hidāyah audio and video center.

2)   1:01 -18:26: A recitation from the Qurʾān of Sura Al-Raʿd verses 1- 43.

3)   18:27 to the end of side A: A recitation from the Qurʾān of Sura Al-Ḥijr verses 1 - 61.

Side B:

1)   0:00 – 5:30: Continuation of the recitation of Sura Al-Ḥijr verses 62 to the end.

2)   5:31 – 16:00: A recitation from the Qurʾān of Sura Al-Jāthiyah verses 1-37.

3)   16:01 – 27:32: Continuation of the Tarāwīḥ prayer.

4)   27:33 to the end of side B: The first speaker thanks the person reciting and sends
     greetings from Al-Yanbūʾa foundation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**39**   Tape 39. Response to threats                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint. Audio quality is good then unintelligible from 1:30 to 1:54. The
language used is Modern Standard Arabic and Shāmī dialect. Side A 47:22 min. side B 46:42
min. Speaker: Abū Aḥmad al-ʿAjamī.

Side A: A speaker responds to threats from a person nicknamed Abū Hammām and his real
name according to the speaker is Muḥammad Ibn Aḥmad Ibn Khalīfah. The speaker mentions
that Abū Hammām is from the "Caliphate" or "Succession" group of believers. The speaker and
all of the others in this recording use Modern Standard Arabic and the Shāmī dialect.

Side B: Continuation of side A. The same speaker and another speaker called Abū Yaḥyá
respond to the threats from the same person. He mentions that Abū Hammām was seeking
political asylum in London, and he reads a fax letter addressed to Abū Hammām from someone
named Abū Zakarīyā in which he pledged allegiance to him as the Caliph.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031448

| Box | Description | Date(s) |
|---|---|---|
| 40 | Tape 40. A recitation from the Qur'ān from Tarāwīḥ prayer<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

Summary (English)

Comments: Audio is intelligible. Side A 32:15 min. side B 31:58 min. Place: Saudi Arabia.

Side A:

1) 0:00 - 18:40: Part of the Tarāwīḥ prayer in Ramadan includes recitation from the Qur'ān of Sura Al-Jāthiyah verses 9 to 37.

2) 18:41- 22:44: A recitation from the Qur'ān of Sura Al-Rūm verses 43 to 60.

3) 22:46 – 31:29: A recitation from the Qur'ān of Sura Luqmān verses 1 to 34.

4) 31:30 The recording cuts off to the end of side A.

Side B:

1) 0:00 - 0:50: A speaker presents recitation from the Qur'ān by Aḥmad ibn ʻAlī al-ʻAjamī who recites Surat Al-Ra'd, Al-Ḥijr and Al-Jāthiyah from the Tarāwīḥ prayer in 1411 Hijrī (1991AD). The recording was presented by Al-Yanbūʻ foundation for media production and distribution in Riyadh, Saudi Arabia in cooperation with Al-hidāyah audio and video center.

2) 0:51 -16:40: A recitation from the Qur'ān of Sura Al-Ra'd verses 1- 43.

3) 16:41- 30:30: A recitation from the Qur'ān of Sura Al-Ḥijr verses 1 - 61.

4) 30:31 to the end of side B recitation from the Qur'ān of Sura Al-Jāthiyah verses 1 to 8.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 41 | Tape 41. A sermon on the mujahideen in Afghanistan, Ḥajj (pilgrimage), and a recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1979-1990 |

Summary (English)

Comments: Audio is intelligible with background noise. Side A 30:23 min. Side B 30:33 min.

Side A:

1) 0:00- 23:56 A speaker gives a sermon about the Afghani mujahideen who fight the Russians, street war, and the victories of the mujahideen over the communists. He describes how some of the cities in Afghanistan are in complete darkness because the mujahideen were successful in destroying the power stations there. He mentions the difficulties obtaining weapons and acknowledges disputes among the mujahideen. He also mentions that the mujahideen have been successful in expelling the Russians after nine years. He criticizes Pakistan saying that it threatens to expel the mujahideen from its territories.

2) 23:57 to the end of side A recitation from the Qur'ān of Sura Al-tawbah verses 36-55.

Side B:

1) 0:00-17:15 The same speaker gives a sermon about Ḥajj (pilgrimage) and reminds people to sacrifice in ʻīd al-uḍḥá for the mujahideen.

2) 17:16- 17:34 Another speaker announces the end of the tape and presents a recitation from the Qur'ān.

ASH 031449

Tape 41. A sermon on the mujahideen in Afghanistan, Ḥajj (pilgrimage) [...]       Islamic fundamentalist audio recordings
collection
MS 1880 - Page 20

| Box | Description | Date(s) |
|---|---|---|

3)   17:35 A recitation from the Qur'ān of Sura Al-Baqarah verses 191-220 by 'Alī 'Abd Allāh Ibn Jābir.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

42   Tape 42. Q&A on Jihad in Afghanistan                                          1987
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is faint with occasional gaps but audio is intelligible. Side A 31:14 min. side B 31:24 min. Speaker: Muḥammad Nāṣir al-Dīn al-Albānī. Place: Saudi Arabia.

Side A: Muḥammad Nāṣir al-Dīn al-Albānī answers questions about Jihad in Afghanistan, Ḥajj (pilgrimage) and marriage. He mentions the date of the recording which is Rabī' al-awwal 27, 1408 – November 18, 1987.

Side B:

1)   0:00 – 24:10 continuation of side A. The same speaker asks Al-Albānī about the Islamic provisions pertaining to Jihad. Al-Albānī answers the questions and reviews a collection of the Prophet's Sayings and verses from the Qur'ān.

2)   24:11 to the end of side B: Another speaker asks about the Islamic provisions pertaining to Jihad and another person answers and reviews the opinion of Ibn Taymīyah andAbū Bakr ibn al-'Arabī. The speaker asks about an article by Muḥammad 'Alī Al-bar which was published in Al-Medina newspaper criticizing a book of 'Abd Allāh 'Azzām and about someone named 'Amir Al-'Awfi who was shot in his head and had a surgery in Riyadh Military Hospital. The conversation cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

43   Tape 43. Jihad, congregational prayer and heresies                            1987
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is faint but audio is intelligible with occasional gaps. Side A 30:37 min. side B 30:33 min. Speaker: Muḥammad Nāṣir al-Dīn al-Albānī. Place: Saudi Arabia.

Side A: Continuation of Cassette 42. Questions and answers about Jihad and other subjects such as congregational prayer and heresies.

Side B:

1)   0:00 – 18:35 continuation of side A by the same speakers. Questions and answers about congregational prayer. The speakers leave the place to a street to look for the car that will drive Al-Albānī then the recording is interrupted.

2)   18:36 to the end of side B: A recitation from the Qur'ān of Sura Al-An'ām verses 120-153.

Preservation masters
*2 computer files (WAV)*

ASH 031450

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

**45**   Tape 45. Interpretation for a collection of Hadiths     Circa 1965 - 2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint but audio is intelligible. The language used is modern standard Arabic and Shāmī dialect. Side A 31:24 min. Side B 31:20 min.

Side A: A speaker gives a lecture about part of the book Al-Targheeb wal Tarheeb (the carrot and stick) by Al-Hāfiz Al-Mundhiñ. He discusses the subject of the Eclipse Prayer which must be performed in case of a solar eclipse and God's response to prayers. He reviews a collection of Hadiths pertinent to these subjects and some Hadith narratives by Muslim and Al-Bukhāñ.

Side B:

1)   0:00 – 24:48 Continuation of side A. The same speaker continues the lecture and speaks about the "Prophet's Companions" and the different Hadith narratives.

2)   24:50 to the end of Side B: Another speaker reads part of a debate between a Sunni and Mu'tazilī about the creation of the Qur'ān. The speech cuts off due to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**46**   Tape 46. Sermon about deeds and intentions     Circa 1965 -2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint but audio is intelligible. Side A 30:42 min. Side B 31:00 min.

Side A: A speaker gives a sermon on the obligation to match deeds and intentions and that a Muslim has to make righteous deeds to please God only and not for worldly purposes. He reviews three Hadiths pertinent to this issue.

Side B: Continuation of side A. The same speaker continues the same sermon and reviews many Hadiths pertinent to deeds and intentions. The sermon cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**47**   Tape 47. Q&A on Jihad in Afghanistan     1987
*1 audiocassette*
Arabic

[Duplicate of Tape 42].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031451

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 23 of 461

Tape 48. A session about disputes among Muslims and the foreign interv [...]      Islamic fundamentalist audio recordings
collection
MS 1880 - Page 22

| Box | Description | Date(s) |
|-----|-------------|---------|
| 48 | Tape 48. A session about disputes among Muslims and the foreign intervention<br>*1 audiocassette*<br>Arabic | Circa 1990-2000 |

Summary (English)

Comments: Recording quality is faint with cut offs but audio is intelligible. Side A: 38:47 min. Side B: 40:41 min.

Side A:

1) 0:00-6:20: A speaker talks about disputes among Muslims emphasizing that they must be resolved without any foreign intervention. He gives an example about a dispute between two Muslim Arabic countries and cites the historical conflict between ʿAlī ibn Abī Ṭālib and Muʿāwiyah ibn Abī Sufyān, considering it a dispute between two Muslims without intervention from the infidels.

2) 6:21- 32:25: Another session with the same speaker on avoiding discord among Muslims, the invasion of Kuwait by Iraq and the intervention of foreign troops. He recalls examples from the history of Islam about the disputes among Muslims and repeats the conflict example between ʿAlī ibn Abī Ṭālib and Muʿāwiyah ibn Abī Sufyān and the attitude of the Prophet's companions about this conflict.

3) 32:26 to 38:47: A third session by the same speaker. He speaks with sarcasm about Ṣaddām Husayn and asks him to repudiate Al-Baʿth party, to eliminate it and prohibit all parties. He also speaks about Iraq and Kuwait and Iraq's claim that Kuwait is part of it and not an independent country.

Side B: Q&A with the same speaker about the Iraqi invasion of Kuwait and the US military intervention and their presence in the Gulf region. He cites a verse from the Qurʾān which states that there should be a reform between two disputing Muslim groups with the necessity of fighting the aggressor. The recording cuts off at 33:00 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 49 | Tape 49. Sermons on different Islamic jurisprudence issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio is intelligible. The language used is standard Arabic and Shāmī dialect. Side A: 30.01 min. side B: 30:35 min.

Side A:

1) 0:00 – 26:06 A speaker gives a sermon on the permitted activities that can be carried out by a Muslim woman and determines these activities occur inside the marital home. He speaks about using musical instruments in Islamic feasts and weddings stressing the prohibition of all musical instruments except the tambourine. He answers a question about the "Barter Marriage" saying that it is prohibited unless there is a dowry. This kind of marriage was popular at the time of ignorance of the divine guidance and is defined as the exchange of the marriage of a brother and sister or father and son and other members of the family with another family.

2) 26:07 to the end of side A: Another speaker reads a poem about the marriage according to the Islamic perspective. The poem cuts off at the end of side A.

Side B:

| Box | Description | Date(s) |
|---|---|---|

1) 0:00- 24:28 The same speaker answers questions about the Islamic ruling of divorce, the advanced and deferred dowry, the marriage of a Muslim man who resides in a foreign country to a non-Muslim woman and the divorce oath.

2) 24:29 to the end of side B: Another speaker called 'Abd al-'Azīz speaks and answers questions about women's unveiling.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

50    Tape 50. A session on Jihad in Afghanistan          Circa 1981-1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A: 29:23 min. Side B: 29:24 min. Speaker: Muḥammad Nāṣir al-Dīn Al-Albānī.

Side A: A speaker has a dialogue with others about supporting the mujahideen in Afghanistan in fighting the Russians. He criticizes articles from Al-Jihād magazine issued by 'Abd Allāh 'Azzām.

Side B: Continuation of the same session on side A. The speaker asks one of the attendees whether he met leaders of the mujahideen in Afghanistan. The attendee mentions names of the Afghani mujahideen leaders such as Abū Sayyāf, Jilānī, Muḥammad Amīn and others. The speaker answers several questions about Hadith narrators and reads different Hadiths in different narratives.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

51    Tape 51. A session about doctrine issues                 1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is good. Audio is intelligible. Side A: 30:20 min. Side B: 30:08 min. Speaker: Muḥammad Nāṣir al-Dīn Al-Albānī. Place: Saudi Arabia.

Side A: A speaker answers many questions about temporary marriage (Al-Mut'ah), pilgrimage, shaking the finger at prayer, obtaining a passport to travel to Afghanistan for Jihad purposes, and other issues.

Side B:

1) 0:00- 29:08 Continuation of side A. the same speaker answers other questions about rites of the pilgrimage, the validity of some Hadiths, the eclipse prayer, and pilgrimage and atonement for sins.

2) 29:09 to the end of side B: A recitation from the Qur'ān of Sura Yūsuf verses 42-45.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031453

| Box | Description | Date(s) |
|---|---|---|
| 52 | Tape 52. A session on Hadiths, a poem on Sufis, and miscellaneous sermons<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording quality is faint. Audio is intelligible with some background noise. Side A: 30:58 min. Side B: 21:54 min. Speaker: Muḥammad Nāṣir al-Dīn Al-Albānī.

Side A:

1)   0:00 to 19:34, A speaker gives a session about verifying the authenticity of Hadiths. He reviews several Hadiths by different narrators.

2)   19:38 to 27:18, Another speaker recites a poem in which he criticizes Sufism and accuses Sufis of atheism.

3)   27:19 to the end of side A third speaker gives a sermon against Sufis and accuses them of changing the Islamic concepts. The sermon cuts off by the end of side A.

Side B: 0:00 to the end of side B, A speaker gives a sermon about paranormal habits and miracles which some people claim to have witnessed and reviews some pertinent stories.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 53 | Tape 53. A session on Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1981-1990 |

[Duplicate of Tape 50].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 54 | Tape 54. A lecture on interpretations of a number of Hadiths<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording is faint. Audio is intelligible with some background noise. Side A: 30:24 min. Side B: 30:33 min. Speaker: The speaker is most likely Muḥammad Nāṣir al-Dīn al-Albānī.

Side A: A speaker interprets a number of the Prophet's Hadiths about good and bad deeds, fear of God, faith, and righteous deeds needed to go to Paradise.

Side B:

1)   0:00- 28:09 Continuation of the same lecture on side A by the same speaker. He interprets other Hadiths about the abilities of the Prophet Muḥammad to see and hear what people can neither hear nor see, such as, seeing the angels ( Jibrā'īl) and his vision of Paradise and Hell when he prayed the eclipse prayer.

2)   28:10 to the end of side B, Another speaker answers a question about the expiation for the oath of divorce. The language used is Modern Standard Arabic and the Gulf dialect. The session cuts off at the end of side B.

Tape 54. A lecture on interpretations of a number of Hadiths

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 25

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 55 | Tape 55. A session on Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

      [Duplicate of Tape 50].

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

| 56 | Tape 56. Q&A session about different jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

      Summary (English)

      Comments: Recording and audio are faint with background noise. Side A: 46:20 min. Side B: 46:07min. Speaker: The speaker is most likely Muḥammad Nāṣir al-Dīn al-Albārī.

      Side A: A speaker answers questions about different jurisprudential issues. Topics include prayer, verification of the Prophet's Hadith, astronomy and the rotation of earth as a scientific fact, and heresies.

      Side B: Continuation of the same session on side A. The same speaker answers other questions. Topics include children's toys, installment and cash sales, the names of Allah, shaving mustaches, and lengthening beards. The session cuts off at the end of side B.

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

| 57 | Tape 57. A lecture titled "The true promise and the false promise"<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

      Summary (English)

      Comments: Audio is intelligible with background noise. Side A 45:27 min. Side B 43:41 min. There is a gap on side A from 27:56 to 28:06. Speaker: Ḥawālī, Safr ibn ʿAbd al-Raḥmān. Place: Saudi Arabia.

      Side A: A speaker gives a lecture about peace between Arabs and Israel and the ideological conflict between Muslims on one hand and Christians and Jewish people on the other hand. He reviews the story of the Prophet Noah from the Book of Genesis from the Torah and describes the Torah as distorted. He also speaks about the "Black Death" which was one of the most devastating pandemics in human history, peaking in Europe between 1348 and 1350.

      Side B: Continuation of the same lecture from side A. The same speaker talks about the Zionist movement in the United States and its prominent supporters such as William Blackstone, the schools and universities that were founded in USA for religious education and teaching of theology such as Harvard and Yale universities, the "visual church" media, and the fundamentalist Protestantism in USA.

ASH 031455

Tape 57. A lecture titled "The true promise and the false promise"

Islamic fundamentalist audio recordings collection

MS 1880 - Page 26

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

58   Tape 58. A lecture titled "The happy living"   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: recording quality is good. Audio is very intelligible. Side A: 40:07 min. Side B: 39:05 min. Speaker: ʿArīfi, Muḥammad ibn ʿAbd al-Raḥmān. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recorded lecture by "Uḥud for media production and distribution", and then the speaker starts the lecture about seeking happiness. He reviews the Hadith about the night prayer and emphasizes its importance and the importance of "Al-watr prayer" as well. He narrates stories about praying to God in distress and hardship, avoiding all taboos even the insignificant ones, and adultery and its punishment in Islam. The speech cuts off at the end of side A.

Side B: The same speaker continues the lecture. He speaks about the ways to happiness and summarizes these ways in obedience and remembrance of God. He cites stories from the history of Islam and describes true happiness as the "happiness of heart" which can be obtained by faith and remembrance of God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

59   Tape 59. Multiple topics   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording and audio are faint with background noise and occasional gaps. The language used is modern standard Arabic. The speakers are not native Arabic. There is another lanugae used in the recording. Side A 30:49 min. Side B 30:50 min.

Side A:

1)   0:00 to 14:14 Different recordings by different speakers. One of the speakers reads a lecture on Jihad and confirms that it is a duty. Another speaker says an odeand mentions his name (Abū Ayyūb) and the other person who is listening to him ( Abū Dūjāna).

2)   14:15 to the end of side A, Another speaker talks in another language.

Side B: The speaker called Abū Al-Barrāʾ gives a sermon in a different language and cites Hadiths and verses from the Qurʾān. He speaks Arabic at the end of the side about Jihad and fighting the enemy as a duty.

Preservation masters
*2 computer files (WAV)*

Use copies
*4 computer files (MP4)*

60   Tape 60. A Sermon and verses of poetry   Circa 1987 -2000
*1 audiocassette*
Arabic

ASH 031456

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 28 of 461
Tape 60. A Sermon and verses of poetry                                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 27

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:17 min. Side B 43:36 min.

Side A: A speaker reads different poems. In one of the poems he criticizes Al-Ba'th Party, in another one, he addresses the information minister (unknown country), and another poem to his mother. The recording ends at 38:26 then background noise and unintelligible audio to the end of side A.

Side B: Another speaker reads poems about Ṣaddām Ḥusayn and describes him as a treacherous person who caused disasters for his people. The speaker mentions the use of chemical weapons on Ḥalabjah, a city in Iraq, and the war with Iran.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**61**   Tape 61. A poetry reading titled "a telegram to Afghanistan"        1992
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 30:37 min. Side B 30:55 min. Speaker: 'Ashmāwī, 'Abd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A: A recording presented and introduced by Al-Anwar Islamic recordings in Al-Taif in Saudi Arabia for a poetry reading by an Islamic poet. The poet reads a number of poems in which he praises Islam and the Arab peninsula and another poem about the effects of war and the destruction that has plagued Sarajevo in Bosnia and Herzegovina.

Side B:

1)   0:00 to 17:15 Continuation of side A, The same speaker continues the poem from side A.

2)   17:16 to the end of side B, The same speaker talks about the war in Afghanistan and denies any conflict between mujahideen in Afghanistan. He identifies himself as an Islamic poet different than other Arabic poets such as Nizār Qabbārī and Ṣalāh 'Abd al-Subūr.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**62**   Tape 62. A series of radio sermons titled "from the memory of the history of     Circa 1992-2000
Islam"
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is missing. Recording quality is good and audio is intelligible. Side A 30:52 min. Speaker: 'Ashmāwī, 'Abd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A: The recording starts with a Qur'ān recitation of Sura Al 'Imrān verses 137 -140, and then an introduction to the tape content by Ṭībah Islamic recordings in Riyadh in Saudi Arabia. A speaker starts a lecture with a Hadith about tolerance and treating people kindly, encourages this behavior, and then reads several more Hadiths about this subject.

Preservation masters
*2 computer files (WAV)*

ASH 031457

Tape 62. A series of radio sermons titled "from the memory of the hist [...]        Islamic fundamentalist audio recordings
collection
MS 1880 - Page 28

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

63     Tape 63. A sermon titled "From the memory of the history of Islam" and a     Circa 1992 - 2000
poetry reading titled "A call from the Muslim world"
*1 audiocassette*
Arabic

Summary (English)

Comments: side A is a continuation of the previous tape 62 which is the missing side B on that
tape. Recording quality is good and audio is intelligible. Side A 29:27 min. side B 23:48 min.
Speaker: 'Ashmāwī, 'Abd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A:

1)     0:00 to 3:50 This is a continuity of the previous tape ms_1880_b0062. The same speaker
continues his sermon about kind treatment and tolerance of others in Islam.

2)     3:51 to 16:16 The same speaker talks about the fall of Al-Andalus due to the distraction of
Muslims with the pleasures of life and forgotten Jihad , then he reads a poem of 'Abd al-
Laṭīf Al-Qayrawānī titled "Rithā'Al-Qayrawān".

3)     16:17 to 25:20 The same speaker gives a sermon titled "The justice of Al-'Umrayn" and
speaks about the justice of 'Umar ibn al-Khaṭṭāb and 'Umar ibn 'Abd al-'Azīz.

4)     25:21 to the end of side A, A recitation from Qur'ān of Sura Al-Nūr verses 55-56. Then the
speaker concludes the sermon.

Side B: The same speaker gives a sermon, recites verses of poetry, and answers questions
from the audience. He reads a poem about the earthquake that hit Egypt in 1992 and another
poem about Madrid Conference which cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

64     Tape 64. A poetry reading     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 45:18 min. Side B 45:38 min. Side B is actually the
beginning and it continues on side A. Speaker: 'Ashmāwī, 'Abd al-Raḥmān Ṣāliḥ. Place: Saudi
Arabia.

Side A: This contains a reading of several poems about the situation in Bosnia, praising the
Prophet Muḥammad, the situation in Algeria and the mujahideen. After the poetry reading, the
poet talks to the audience about supporting mujahideen in Afghanistan.

Side B: This side contains an introduction to the tape by Khālid Islamic Recordings in al-
Madīnah al-Munawwarah in Saudi Arabia, which is a recording for a poetry reading with
'Ashmāwī, 'Abd al-Raḥmān Ṣāliḥ. He reads poems about jihad, his hometown, those expelled
from Palestine, hope for the triumph of Islam, his view of extremism, and Somalia. The recording
cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031458

| Box | Description | Date(s) |
|---|---|---|
| 65 | Tape 65. A lecture and poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1992-2000 |

Summary (English)

Comments: Audio is intelligible with some background noise. Side B is actually the beginning and it continues on side A. Side A 45:46 min. Side B 46:53 min. Speaker: ʿAshmāwī, ʿAbd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A: This side contains a lecture on poetry and its role in Islam and a poetry reading about praising the Prophet Muḥammad, the Qurʾān readers, and the Babri mosque. Then the poet answers questions from the audience about his published poetry.

Side B: This side contains an introduction to the tape by Ayman Islamic Recordings in Makkah in Saudi Arabia, which is a recording for a poetry reading with ʿAshmāwī, ʿAbd al-Raḥmān Ṣāliḥ. He reads poems about al-Madīnah al-Munawwarah, his hope in the triumph of Islam, the situation of the Islamic nation, Somalia, those expelled from Palestine and his view of extremism. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 66 | Tape 66. A poetry reading and a sermon<br>*1 audiocassette*<br>Arabic | Circa 1992-2000 |

Summary (English)

Comments: Background noise. Side A 44:38 min. Side B 45:57 min. Speaker: ʿAshmāwī, ʿAbd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A:

1)   0:00 to 31:00 A speaker reads poetry and gives a speech about Jihad in Afghanistan and Bosnia and the demolition of the Babri mosque in India.

2)   31:10 to the end of side A, Another speaker gives a sermon about the demolition of the Babri mosque in India by the Hindus.

Side B: A poetry reading about the Babri mosque, Somalia, the story of the Prophet Moses from the Qurʾān, prayer to God, and Aḥmad Yāsīn.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 67 | Tape 67. A poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1992 -2000 |

Summary (English)

Comments: Side B is actually the beginning of the reading, which continues on side A. Side A 42:30 min. Side B 43:08 min. Speaker: ʿAshmāwī, ʿAbd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A: A poetry reading about the absence of the role of the Islamic nation in the world, Bosnia, the Islamic issues in his poetry, and his view of extremism.

| Box | Description | Date(s) |
|---|---|---|

Side B: The same speaker reads poems about Hagia Sofia, the Security Council, Yāsir 'Arafāt, and speaks about the secular state in Turkey.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

68    Tape 68. Q&A session and sermons on Islamic jurisprudential women issues    Circa 1965 - 2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible with background noise. There is a gap on side A from 30:00 to 31:08.Side A 45:40 min. Side B 45:04 min. Speaker: Aḥmad al-Qaṭṭān and others.

Side A: The speaker answers questions about some Islamic jurisprudential issues such as cleansing after intercourse , nail polishing, menstruation, trimming eyebrows, singing and using of musical instruments, obedience to the husband, body tattoo , the use of contraceptives, wearing silk and jewelry , gossip and backbiting , and wearing clothes with graphics or pictures. The session cuts off at the end of side A.

Side B:

1)    0:00 to 1:56, A speaker thanks Muslim American women for their questionnaires that he had received about Islamic jurisprudential issues.

2)    2:00 to 10:09, Another speaker (Aḥmad al-Qaṭṭān) gives a sermon on treating the Muslim wife according to the Islamic legislation and gives guidance to the Muslim husband on how to treat his wife.

3)    10:10 to 15:08, Another speaker gives a sermon to the Muslim women in which he clarifies the rights and responsibilities of the husband towards his wife.

4)    15:20 to the end of side B, The same speaker on side A answers question about inheritance, the traveler's prayers and the divorce oath.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

69    Tape 69. Q&A on Islamic jurisprudential issues and recitations from the    Circa 1965-2000
Qur'ān
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 30:37 min. Side B 30:41 min. Side B is actually the beginning of the reading, which continues on side A. Place: Kuwait.

Side A:

1)    0:00 to 13:30, A speaker answers questions on different Islamic jurisprudential issues about charity, Zakāt, what is permissible in Islamic feasts, and fasting the six days of Shawwāl.

2)    13:40 to 17:30, A recitation from the Qur'ān of Sura al-Dhāriyāt verses 31-60.

3)    17:32 to 22:59, A recitation from the Qur'ān of Sura al-Ṭūr verses 1-49.

4)    23:00 to 28:35, A recitation from the Qur'ān of Sura al-Najm verses 1-62.

ASH 031460

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 32 of 461

Tape 69. Q&A on Islamic jurisprudential issues and recitations from th [...]

Islamic fundamentalist audio recordings
collection

MS 1880 - Page 31

| Box | Description | Date(s) |
|---|---|---|

5)   28:36 to the end of side A, A recitation from the Qur'ān of Sura al-Qamar verses 1-18. The recording cuts off at the end of side A.

Side B: A speaker answers questions about different Islamic jurisprudential issues about fasting, al-tarāwīḥ prayer, and Zakāt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**70**   Tape 70. A recording for the Mujahideen Group in Egypt        1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint but audio is intelligible. Side A 31:09 min. Side B 31:08 min.
Place: Egypt.

Side A: A speaker criticizes the statement of al-Azhar, issued in Egypt on January 1, 1989. He considers that supports the Egyptian regime. He speaks about the economical disasters, the financial problems, the government debt, and the prevalence of drugs and rape crimes in Egypt. He reviews several articles from Egyptian journals which address those topics such as al-Majallah and Ākhir sāʿah. He criticizes the first article from the Egyptian constitution which considers Egypt a socialist country.

Side B:

1)   0:00 to 0:59 Another speaker criticizes the Egyptian army. The recording cuts off.
2)   1:00 to the end of side B, the same speaker from side A continues his speech. He describes Egypt as "a home of unbelief". He strongly assaults the regime in Egypt and al-Azhar and describes some al-Azhar scholars such as al-Shaʿrāwī and al-Ghazzālī as "conspirators with the government". The recording cuts of at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**71**   Tape 71. A meeting and speeches on the unity of Yemen        Circa 1978-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise. Side A 29:20 min. Side B 29:26 min. Speaker: ʿAlī ʿAbd Allāh Ṣāliḥ and others. Place: Yemen.

Side A: The recording starts with an introduction to the meeting and recitations from the Qur'ān of Surat al-Nisāʾ and al-Māʾidah. Then a speaker talks to the audience and to the president of Yemen ʿAlī ʿAbd Allāh Ṣāliḥ about unity. After that, the president of Yemen gives a speech to the audience about the unity between the two northern and southern parts of Yemen, and he criticizes the communism in the southern Yemen and emphasizes on rule according to the Islamic legislation. He finishes his speech and gives the chance to the audience for questions. The recording cuts off at the end of side A.

Side B: continuation of side A. The audience comment on the president's speech on unity. While some of them praise the speech, others object on the new unity constitution because some articles violate Islamic legislation.

ASH 031461

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 72 | Tape 72. A lecture titled "The diligence of al-salaf in the worship of God" | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:59 min. Side B 45:01 min. Speaker: Nabīl al-'Awaḍī.

Side A:

1)  0:00 – 12:43, The same speaker continues the lecture on side B and cites a story of 'Umar ibn 'Abd al-'Azīz and verses from the Qur'ān.

2)  12:44 to the end of side A, the same speaker answers questions pertinent to women's worship on the days of menstruation, lengthening beards for men ,prayer and reading of the Qur'ān. He criticizes the situation of the Islamic nation.

Side B: An introduction of the recording by al-Isrā' recordings in Bahrain. The lecture starts with introducing the speaker Nabīl al-'Awaḍī who gives a lecture about the diligence of al-salaf in the worship of God, obedience to God, the mercy of God, and repentance. He cites from Qur'ānic verses and stories of the prophet and his companions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 73 | Tape 73. A sermon on the fate of the human after death | Circa 1965 - 2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint with background noise. Side A 41:32 min. Side B 46:11 min. Speaker: Nabīl al-'Awaḍī. Place: Kuwait.

Side A: The tape starts by introducing the content of the tape by al-taqwá for Islamic recordings. Then the speaker starts his sermon about the fate of the man after death and that the man's deeds determine his fate in the afterlife. He interprets many verses from the Qur'ān about torment in hell and speaks about repentance.

Side B:

1)  0:00 to 7:20, A recording for a speaker who recites verses from Qur'ān and sings a sort of dirge in which he laments a person called 'Azzām and mentions Afghanistan and Jihad.

2)  7:21 to the end of side B, The same speaker from side A continues his sermon. He recites and interprets more verses from the Qur'ān about death and reminds people to maintain the night prayer. Then he answers questions from the audience about prayers, repentance and sins.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 34 of 461
Tape 74. A sermon titled "How to strengthen your faith"   Islamic fundamentalist audio recordings
collection
MS 1880 - Page 33

| Box | Description | Date(s) |
|---|---|---|
| 74 | Tape 74. A sermon titled "How to strengthen your faith"<br>*1 audiocassette*<br>Arabic | Circa 1965 -2000 |

Summary (English)

Comments: Side B is actually the beginning of the reading, which continues on side A. Audio is intelligible. There is a gap on side A from 0:00 to 3:30. Side A 44:31 min. Side B 41:17 min. Speaker: Nabīl al-'Awaḍi.

Side A: The same speaker continues his sermon and answers questions about repentance, the mercy of God, quitting prayer and watching television and satellite channels. Hedirects and advises women concerning the women's role in raising the children. He narrates stories about all of the mentioned topics.

Side B: A speaker gives a sermon on faith and recites and interprets many verses from the Qur'ān about sins, repentance, the mercy of God, and the forgiveness of sins.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 76 | Tape 76. A sermon on the biography of 'Umar ibn 'Abd al-'Azīz<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 22:30 min. Side B 20:18 min.

Side A: The tape starts with calling for prayer. A speaker gives a sermon on the character of the Umawī Caliph 'Umar ibn 'Abd al-'Azīz. He speaks and narrates several stories about the Caliph's justice and the reforms which he conducted in his ruling period.

Side B:

1)   0:00 to 7:20 Continuation of the same sermon by the same speaker. He narrates more stories about 'Umar ibn 'Abd al-'Azīz and his devoutness and piety, and then he reads Du'ā' and calls for prayer.

2)   7:32 to 35:15 The congregational prayer is hold.

3)   15:36 to the end of side B, Another speaker explains the rites of pilgrimage.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 77 | Tape 77. A sermon about Muslim women<br>*1 audiocassette*<br>Arabic | Circa 1992 - 2000 |

Summary (English)

Comments: Side A 27:05 min. Side B 26:38 min. Speaker: Nabīl al-'Awaḍi.

Side A: A speaker gives a sermon to Muslim women in which he narrates stories from the history of Islam about some Muslim women, recites and interprets some verses from the Qur'ān, and criticizes some Muslim women for their interest in songs and movies.

| Box | Description | Date(s) |
|---|---|---|

Side B: The same speaker continues the sermon. He criticizes the interest of some women in songs and singers and chatting on the internet. He narrates more stories from the history of Islam about chaste women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**78**    Tape 78. A sermon on religious obligations                                            Circa 1965 -2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:08 min. Side B 23:40 min.

Side A: A speaker recites and interprets different verses from the Qurʾān on piety and religious obligations such as prayer before death.

Side B:

1)    0:00 to 13:43 The same speaker continues his sermon. He recites and interprets other verses from the Qurʾān on the afterlife and the punishment of sinners.

2)    14:10 to the end of side B, A recitation from the Qurʾān of Sura Fāṭir verses 1-28.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**79**    Tape 79. A lecture titled "The silence and logic"                                          1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:53 min. Side B 44:08 min.

Side A: A recording presented by al-taqwá recordings. A speaker gives a lecture on how people express themselves through the use of senses. He discussed the importance of giving religious speeches and their good and bad consequences. The speaker also encouraged the audience to avoid being superficial in their interactions with others.

Side B: The same speaker continues the sermon. In this part of the sermon he speaks about silence, and he believes that it is not commendable in itself and that the Muslim has to prefer to talk than to be silent to express good views and the promotion of virtue and the prevention of vice but has to keep silent if there is no good in what he wants to say. He reviews and answers a number of questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**80**    Tape 80. A lecture titled "Christianization sweeps the Islamic world"                  Circa 1992-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031464

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Audio quality is very good. Side A 33:08 min. Side B 32:29 min. Speaker: Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings, then a speaker gives a lecture about the Christian missionary and reviews the Christianization curriculum in Muslim countries, learning the English language to face these missionaries, and the doctrinal differences between Christianity and Islam.

Side B: The same speaker continues his lecture. He reviews a book titled "The Christian evangelist among Muslims" which was printed in Nigeria and which calls for conversion to Christianity in a Muslim society. He criticizes the efficacy of the Muslim clerics who call for Islam compared with the Christian clerics whocall to embrace Christianity. He speaks about a Christian plan to convert the entire African continent to Christianity, converting of many Muslims to Christianity in some countries due to the influence of the missionaries and the Christian clerics, and the efforts of the evangelists in the invitation to Christianity in several Muslim countries such as Indonesia, Egypt and Nigeria.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 81 | Tape 81. Multiple topics | Circa 1965 - 2000 |
|----|--------------------------|---------------------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible with some background noise at the beginning of side A. Side A 45:45 min. Side B 45:54 min.

Side A:

1) 0:00 to 29:27 A speaker recites a poem of Kāfi al-Barbarī and ʿAlī ibn al-Ḥusayn Zayn al-ʿAbidīn.

2) 29:28 to the end of side A, Another speaker gives a lecture on abandoning principles due to need or poverty. He speaks about his view of employment saying that it is routine work which kills ambition and creativity in humans. He speaks about an Algerian singer Chab Khālid and about his published songs in media and advises him to repent singing and to use his talent in reciting the Qurʾān.

Side B:

1) 0:00 to 30:44, A speaker recites a poem of Ṣāliḥ al-Zahrānī.

2) 30:45 to the end of side B, Part of the same lecture on side A by the same speaker. He talks about work and urges people to seek alternatives to regular jobs such as recording and selling Islamic tapes and photocopying and selling Islamic lectures as an alternate way of earning money. He reviews some papers with questions about Ibrāhīm ibn Muḥammad al-Dubyān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 82 | Tape 82. A lecture titled "The ethics of conversation" | 1991 |
|----|--------------------------------------------------------|------|

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Comments: Background noise especially on side B but audio is intelligible. Side A 44:50 min. Side B 44:51 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings in Riadh in Saudi Arabia. A speaker gives a lecture on the importance of persuasive conversation. He gives two historical examples of conversations with Kharijites in the reign of 'Alī ibn Abī Ṭālib and 'Umar ibn 'Abd al-'Azīz to persuade them by talking instead of fighting. He speaks about religion as a choice, and he confirms that the Muslims did not enforce anyone to enter Islam throughout their conquests.

Side B: Continuation of the same lecture. The same speaker continues talking about the importance of dialogue, the characteristicss of a good speaker and theethics of conversation and urges people to adhere to the ethics of conversation in inviting others to Islam. He gives some examples from history on dialogue and debate among Muslim scholars. Another speaker gives religious guidance and the recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 83 | Tape 83. A lecture titled "A look at the sidewalk" | 1990 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Background noise but audio is intelligible. Side 45:48 min. Side B 46:15 min. Place: Saudi Arabia.

Side A: A speaker gives a lecture addressed to Muslim youth about the difference between religious and deviant youth. He urges young people to commit themselves to religion, repent, and leave all sins.

Side B:

1)   0:00 to 0:58 another recording cuts off and background noise.

2)   1:00 to 40:37 Continuation of the lecture on side A. The same lecturer speaks about homosexuality and the resulting diseases and masturbation and its causes and effects. He advises young people again to commit themselves to religion and stay away from sins. He speaks about death and retribution. He also gives many examples and stories about the last moments of religious people and those who commit sins.

3)   38:40 to the end of side B, A recitation from the Qur'ān of Sura Maryam verses 45-64.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 84 | Tape 84. A lecture on the risks that surround the Arab Peninsula | Circa 1965- 2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Background noise but audio is intelligible. Side 44:22 min. Side B 45:35 min. Speaker: Salmān ibn Fahd al-'Awdah, Ḥawālī, Safr ibn 'Abd al-Raḥmān and others. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings, then a speaker starts a lecture about the Arab Peninsula as the birthplace of Islam. He believes that

ASH 031466

| Box | Description | Date(s) |
|-----|-------------|---------|

it is forbidden to any non Muslim to stay in the Peninsula. He discusses the Islamic revival and its benefits for the community, and he considers this revival an extension of the intellect of Muḥammad ibn 'Abd al-Wahhāb. He discusses his concept of extremism and its causes. He also talks about the Shiites and calls them "al-rāfiḍah", considering them a threat to the region. He answers questions from the audience about bilād al-Shām as the last stronghold of the Muslims, why the Arab peninsula is distinct and God has chosen it for the start of Islam, the secular regimes, and the separation of religion from the state.

Side B:

1) 0:00 to 21:00 Continuation of the same lecture. The same speaker answers questions about extremism, the expulsion of Jewish people and Christians from the Arab Peninsula, modernity, the expulsion of the Shiites from the Arab Peninsula, the call for Islam, and the diligence in the Islamic religion.

2) 21:15 to the end of side B, A recording of a seminar where other speakers talk about the scourge that affects Muslims. One of the speakers cites verses from the Qur'ān on the affliction and divine punishment which affect people because they violate the orders of God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 85 | Tape 85. Q&A on Islamic jurisprudential issues | Circa 1965-1999 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 23:01 min. Side B 23:10 min. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings and notes that the content of the tape is a continuation of the previous tape (the previous tape is unknown). A speaker gives a lecture on the Prevention of Vice and the way of changing and reforming the community. He reviews questions on jurisprudential issues and answers these questions about deeds and intentions, singing, marriage, prayer, work in women's hairdressing, the role of the scholars in addressing innovations, and disagreement with scholars.

Side B:

1) 0:00 to 16:00 Continuation of side A. The same speaker answers more questions on jurisprudential issues about the disagreement in views with and among scholars, the inappropriate appearance of some scholars, and good manners.

2) 15:16 to the end of side B, Another speaker introduces recitations of some verses from the Qur'ān by Aḥmad ibn 'Alī al-'Ajamī of Surat al-'Ankabūt, al-Rūm, Luqmān, and al-Sajdah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 86 | Tape 86. The explanation on purity chapter in "Bulūgh al-marām" | Circa 1965-1999 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side 46:37 min. Side B 46:45 min.
Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

ASH 031467

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 39 of 461

Tape 86. The explanation on purity chapter in "Bulūgh al-marām"                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 38

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: The tape starts with an introduction of the recording by al-Qādisīyah Islamic recordings. A speaker gives a session on the provisions of ablution. He reviews several Hadiths pertinent to this subject.

Side B:

1)   0:00 to 39:00 Continuation of side A. The same speaker continues the session on the provisions of ablution.

2)   39:10 to the end of side B, A recitation from the Qurʾān of Sura al-Baqarah verses 197-220 from congregational prayer. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**87**   Tape 87. The explanation on purity chapter in "Bulūgh al-marām"                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 46:12 min. Side B 46:00 min. Speaker: Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-Qādisīyah Islamic recordings. A speaker gives a session on the provisions of menstruation and Siwak. He reviews several Hadiths pertinent to this subject.

Side B:

1)   0:00 to 39:03 Continuation of side A. The same speaker talks about the ablution, the discretion of the Prophet Muḥammad in some issues, and Siwak. He answers questions from the audience.

2)   39:04 to the end of side B, Recitation from the Qurʾān of Sura Ibrāhīm verses 1-17.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**88**   Tape 88. A sermon on the Iraqi invasion of Kuwait                    1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible with some background noise especially on side B. Side A 45:09 min. Side B 45:36 min. Place: Saudi Arabia.

Side A: A speaker gives a sermon on the Iraqi invasion of Kuwait in which he speaks about Saddam Hussein's invasion goals which he believes were to resettle the Palestinians in Kuwait and to end the Islamic revival. He believes that Saddam achieved the plans of the west and the Christians, and that they gave him the green light to invade Kuwait.

Side B:

1)   0:00 to 29:38 Continuation of the sermon. The speaker advises Kuwaitis to be patient. He speaks about the importance of media in life and especially in serious events such as the occupation of Kuwait and helping the afflicted Kuwaitis as a result of this occupation and to increase the religious guidance to them.

ASH 031468

Tape 88. A sermon on the Iraqi invasion of Kuwait

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 39

| Box | Description | Date(s) |
|-----|-------------|---------|

2)  29:40 to the end of side B, A recitation from the Qur'ān for Sura al-'Ankabūt verses 1-69 and a short prayer. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

89  Tape 89. A lecture on Secularism                                    Circa 1990-2000
    *1 audiocassette*
    Arabic

Summary (English)

Comments: Audio is intelligible with some background noise. Side A 43:15 min. Side B 44:12 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with one of the speakers welcoming the audience and reading a poem praising Salmān ibn Fahd al-'Awdah and welcomes him. Then Salmān ibn Fahd al-'Awdah gives a lecture on the clash between Islam and secularism and pre- Islam ideologies. He addresses the issues of women's liberation and usury. He considers secularism "a contemporary pre-Islam ideology" and mentions the fall of a number of Islamic countries such as Turkey and their transformation to secularism.

Side B: The same speaker continues his lecture. He confirms that secularism is unacceptable in the Arab Peninsula and that there is no substitute for Islam. He reviews some books and figures that call for secularism, defines secularism as the isolation of religion from life, and urges people to adhere to Islam and warns them of secular thoughts. He answers several questions about secularism, women, the relationship between Muslims on one hand and Jewish and Christians on the other, and believes that they are both allies against Islam. He ends with a discussion of fundamentalism. Then another speaker announces the next lecture date on the next day and invites people to attend it.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

90  Tape 90. A lecture titled "On the deathbed"                          1991
    *1 audiocassette*
    Arabic

Summary (English)

Comments: Audio is intelligible. Side A 46:28 min. Side B 46:04 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwā recordings. The speaker strats his lecture with reading verses of poetry on Palestine. He speaks about the problems of the Islamic nation and the impact of the media in treating these problems and the missionary activity in calling for Christianity especially through missionary media and broadcastings. Then he speaks about the subject of the lecture which is death for the sake of God and he gives examples.

Side B: Continuation of the same lecture. The speaker continues his speech on death for the sake of God. He narrates stories and reads poems about death and meeting with God. He answers questions from the audience about obedience to parents, the balance between life and calling for religion, methods of prosletyzing, Christianization in the Islamic world, rejection of prejudice, the importance of the congregational dawn prayer, and propagation of the religion.

ASH 031469

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

91    Tape 91. A sermon on Jihad                                                            Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is very faint and audio is unintelligible. Side A 45:44 min. Side B 44:18 min. Place: Saudi Arabia.

Side A:

1)    0:00 to 34:10 The recording is very faint and the audio is unintelligible.

2)    34:14 to the end of side A, A speaker talks about Baghdad during the Abbasid Caliphate, Sayf al-Dīn Quṭuz, al-Tatar occupation of Muslim countries in the late Abbasid Caliphate , and Jihad and preparedness for it.

Side B:

1)    0:00 to 37:40 The same speaker continues his sermon. He speaks about equality between men and women, women's rights in Islam and criticizes the women's rights in the United States, mentioning that the women in the states take only 60% of the man's salary. He speaks about Jihad and preparation of people for it by family, mosque, Jum'ah sermons, seminars, and lectures. He answers several questions from the audience about subjects including Jihad, Saddam Hussein, and Kuwaiti resistance of the Iraqi occupation.

2)    38:12 to the end of side B, Recitation from the Qur'ān of Sura al-Zumar verses 1-21.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

92    Tape 92. A lecture titled "The men of Islam at the present time"                        Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:39 min. Side B 45:42 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings. A speaker gives a lecture about appraising some of the influential Islamic figures and the need for impartiality and fairness when assessing any of these figures. He directs his speech about the influential figures to the youth of the Islamic revival and speaks about some of them such as al-Albārī, Ḥasan al-Bannā and Sayyid Quṭb.

Side B:

1)    0:00 to 2:11 A continuation of the same lecture by the same speaker.

2)    2:12 to 19:37 The same speaker answers questions of the audience about his view on jurisprudential issues.

3)    19:38 to the end of side B, Another speaker gives a lecture on the evenness and moderation in the Islamic religion.

ASH 031470

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 42 of 461

Tape 92. A lecture titled "The men of Islam at the present time"                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 41

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**93** Tape 93. A recorded speech about arresting some Islamic preachers          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 44:42 min. Place: Saudi Arabia.

Side A: A speaker talks about the arrests of some Islamic preachers such as Ḥawālī, Safr ibn
ʿAbd al-Raḥmān and others. He expresses his support for them.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**94** Tape 94. Multiple topics          Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 45:25 min. Side B 44:26 min. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recorded lecture by "Uḥud for media
production and distribution". A speaker gives a lecture in which he talks about subjects including
controversies and political and social awareness. He answers questions from the audience
about fighting the Jewish people, the means of change, and the events in the Gulf region.

Side B:

1) 0:00 to 39:30 The speakers continue the lecture and answer questions from the audience.
   Subjects include the support of Americans to their government in important decisions such
   as war, Saddam Hussein and the invasion of Kuwait, fighting the infidels, the presence of
   foreign troops in the Gulf region, video tape rental stores, and other subjects.

2) 39:39 to the end of side B, a group of recordings about stories and scenes from the Iraqi
   occupation of Kuwait and murder and rape crimes committed there.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**95** Tape 95. A sermon on prophets          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:10 min. Side B 44:13 min.

Side A: A speaker gives a sermon on the prophets' characters. He reviews Hadiths on prophets.
He speaks about the Prophet's mission and migration, Quraysh's war against the Prophet
Muḥammad and the suffering of the prophets when they called people to monotheism. He
speaks about Salmān Rushdī and his book "The Satanic Verses".

ASH 031471

Tape 95. A sermon on prophets

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker continues the sermon. He speaks about the call for monotheism and staying away from all forms of polytheism. He answers questions about the number of messengers, the doctrine of the people of Azerbaijan and other questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

96    Tape 96. A lecture on Islamic scholars                              Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:47 min. Side B 29:51 min.

Side A: The tape starts with an introduction of the recording by al-taqwá recordings. A speaker gives a lecture on Islamic scholars. He speaks about the Islamic renaissance especially among youth, the relationship between people and the historical and contemporary scholars and icons of the Islamic nation. He faults the relationship of Shiites and Sufis with their scholars.

Side B: The same speaker continues his lecture. He speaks about the relationship between Salafiyah scholars and their students, adherence to the scholars, the scholars' seminars such as ibn Taymīyah seminars, and the role of scholars in the reform of society.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

97    Tape 97. A lecture on the verification of the authenticity of news and a     1990
      sermon on lying
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:27 min. Side B 46:14 min.
Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings. A speaker gives a lecture and starts with speaking about death then he speaks about the subject of the lecture which is the verification of the authenticity of news. He speaks about false news and the Sultans preachers. He defends Muḥammad ibn ʿAbd al-Wahhāb and blesses his approach. He gives some examples on some unfounded Hadiths and beliefs among people.

Side B:

1)    0:00 to 34:04 The same speaker continues and emphasizes again the necessity of the verification of authenticity of news before taking any action. He narrates some stories about this subject. He answers the questions from the audience on subjects such as the authenticity of Hadiths which were narrated by al-Bukhārī and Muslim, heresies attributed to Aḥmad ibn Ḥanbal, and women driving cars.

2)    34:05 to the end of side B, Another recording of a sermon on lying. A speaker reviews Hadiths on lying and talks about the classification of lying according to the Islamic legislation. He narrates stories about the sincerity of some Islamic figures such as ʿAbd al-Qādir al-Jīlānī.

Preservation masters
*2 computer files (WAV)*

ASH 031472

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 98 | Tape 98. The explanation on purity chapter in "Bulūgh al-marām"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | [Duplicate of Tape 86]. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 99 | Tape 99. A session titled "The causes of the fall of states"<br>*1 audiocassette*<br>Arabic | 1990 |

Summary (English)

Comments: Side A 46:24 min. Side B 46:26 min.

Side A: A speaker gives a session on the fall of nations throughout history. He speaks about Ibn Khaldūn's classification of phases of states, the fall of the Islamic state in Andalusia, and the reasons for the fall of states and mentions, for example, the fall of the Abbassiad state and the Ottoman empire.

Side B: The same speaker continues his lecture. He speaks about the murder of a servant of one of the Arabic presidents by his son (this is a famous incident which occurred in Iraq in 1988 by Saddam Hussein's son Uday). He speaks sarcastically about this incident which passed without a penalty. He narrates more sotroies about the invasion of countries by other countries, for example, the Iraqi invasion of Kuwait. He speaks once again about the reasons for the fall of states. He answers questions about the war with Iraq and the intervention of foreign forces and directs harsh criticism to al-Ba'th party and Saddam Hussein and talks about killing the Kurds in Iraq with chemical weapons in Ḥalabjah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 100 | Tape 100. A lecture on women's liberation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio is intelligible. Side A 43:44min. Side B 43:41min. Place: Saudi Arabia.

Side A: A speaker reviews and explains four Hadiths. He speaks about the liberation movement of women in Egypt, the women in Saudi Arbia, the press addressing the liberation of women, mixing between men and women in some universities, and women driving cars. He speaks about a secular plan and conspiracy against the Muslim women.

Side B: The same speaker talks about women and the illegal relationships in the west, the conspiracy of Islam's enemies to disrupt the Muslim society, and the negative role of the media in society. He calls Muslims to adhere to the Islamic religion and Salafi ideology.

Preservation masters
*2 computer files (WAV)*

ASH 031473

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 101 | Tape 101. A lecture on apostasy<br>*1 audiocassette*<br>Arabic | 1993 |

Summary (English)

Comments: Audio quality is very good. Side A 45:02 min. Side B 45:03 min. Place: Saudi Arabia.

Side A: A speaker starts the lecture by thanking the audience. Then he speaks about following the right path and adhering to it. He gives examples on apostasy from Islam throughout history.

Side B: The same speaker continues the lecture. He speaks about the reasons for apostasy from Islam and mentions that one of the main reasons was the death of the Prophet. He speaks about the activities of missionaries and their impact on people who believe in Islam. He urges people to adhere to religion. He answers questions from the audience about reading the books of ʿAbd Allāh al-Qaṣīmī and instinctive desires. He calls for fundraising for the Muslims in Bosnia and Somalia.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 102 | Tape 102. A lecture on women's liberation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 100].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 103 | Tape 103. A lecture on apostasy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 101].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 104 | Tape 104. A lecture titled "On the deathbed"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 90].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 105 | Tape 105. A lecture titled "The nation is undergoing a new phase" *1 audiocassette* Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio quality is good on side A. Recording is faint with background noise on all of side B but audio is intelligible. Side A 44:47 min. Side B 44:33 min. Speaker: Salmān ibn Fahd al-'Awdah, Muḥammad al-Fawzān and others. Location: Saudi Arabia.

Side A: The first speaker starts the lecture. He draws the people's attention to a new phase experienced by the Islamic nation and calls them to use new means to face the enemies' plans. Then a second speaker continues the lecture and speaks about the new phase. He describes renaissance in the Islamic nation by Islamic groups and the enemies' plans against these groups. The first speaker talks again about the goal of enemies to eliminate the Islamic religion.

Side B: A different recording of another lecture by another speaker. He speaks about women driving in Saudi Arabia and attacks the views that call for the liberation of the Saudi women. Then another speaker continues speaking about the same subject and mentions a women's protest that was demanding that Saudi women be allowed to drive vehicles. He considers that a war with secularism. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 106 | Tape 106. A lecture on supplication *1 audiocassette* Arabic | 1989 |

Summary (English)

Comments: Audio is intelligible. Side A 45:46 min. Side B 45:24 min. Speaker: Salmān ibn Fahd al-'Awdah. Location: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings. A speaker gives a lecture on supplication to God including its influence on people's lives, the desirable time place for supplication, and supplication etiquette such as ablution and raising hands during supplication. He reviews many Hadiths on this subject.

Side B: Continuation of the same lecture. The same speaker continues his lecture on supplication. He explains more etiquette of supplication. He speaks about God's response to supplication and how sometimes responses are delayed. He reviews more Hadiths on this subject and answers questions from the audience after finishing his lecture.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 107 | Tape 107. A sermon on the oneness of God and visiting the shrines of saints *1 audiocassette* Arabic | 1993 |

Summary (English)

Comments: There is background noise with occasional interruptions by another recording in another language. Audio is intelligible. Side A 44:44 min. Side B 45:45 min. Place: Saudi Arabia.

Side A: At the beginning of the recording, a speaker talks about his production of tapes that includes his religious sermons and lectures and invites people to acquire these tapes. Then

ASH 031475

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 47 of 461

Tape 107. A sermon on the oneness of God and visiting the shrines of s [...]    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 46

| Box | Description | Date(s) |
|---|---|---|

the speaker gives a sermon on the rites of visiting the saints' shrines. He discusses people's tendency to exaggerate the importance of the prophets and saints because of their love for religion, and he strongly criticizes this.

Side B: The same speaker continues his sermon. He speaks about the oneness of God, loving God more than anything, fearing God, secularism, the propagation of Islam in the United States, and the satellite channel providers in Saudi Arabia. Then he answers questions from the audience and invites people to attend more sermons and lectures. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

112    Tape 112. A lecture on peace with Israel                                    1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 42:08 min. Side B 42:37 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recorded lecture by "Uhud for media production and distribution". A speaker gives a lecture on a peace conference between the Arab countries and Israel and the gains that Israel has obtained from this conference. He speaks about Israel's plans to establish normal relations with the Arab counties, divide the Arab states into small states, and sow discord among Muslims.

Side B: The same speaker continues his lecture on peace with Israel and suggests alternatives of the peace option to Arab governments by asking these governments to reconcile with their people, commit to the Islamic legislation, prepare Arab armies to face the enemies, and stop the media's spread of disinformation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

113    Tape 113. A lecture on Jihad                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 44:55 min. Side B 44:47 min. Speaker: One of the speakers is most likely Salmān ibn Fahd al-'Awdah. The other speaker is Muḥsin al-'Awājī. Place: Saudi Arabia.

Side A: A speaker talks about Jihad and its provisions, the linguistic definition of the word "Jihad", and its legitimacy and requirements. He acridly criticizes the peaceful methods of proselytizing and putting it forward to the other nations. He believes in antagonizing any non Muslim. He criticizes the French opposition to the veil and the British support of Salmān Rushdī. He reviews texts from Hadith which illustrate the concept of Jihad. The recording cuts off at the end of side A.

Side B:

1)     0:00 to 28:33 continuation of the same lecture on side A. The speaker talks about the possible ways to contribute to Jihad such as donating money. He believes that Jihad is an obligation but not an individual duty and cites Hadith verses from the Qur'ān. He

ASH 031476

| Box | Description | Date(s) |
|-----|-------------|---------|

believes that there should be jihadist movements in all Muslim countries. He answers many questions from the audience such as getting parents' permission to go for Jihad in Afghanistan, supporting the Palestinian uprising (al-Intifādah), and other questions.

2)   29:04 to the end of side B, Another speaker talks about one of the US congress members who addressed the Islamic revival in Buraydah, Saudi Arabia. He answers questions from the audience about Islam in Europe, the role of Shiites and Sufis in proselytizing Islam, and other questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

114   Tape 114. A sermon on Islamic revival                                          1992
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 44:14 min. Side B 44:02 min. Place: Saudi Arabia.

Side A: A speaker talks about the West's perception of Islam and the studies conducted in the United States on Islam and the Islamic revival. He speaks about the conspiracy theory and how it is used as an excuse to justify any failure. He speaks about articles that were published in Saudi journals on the relationship between Islam and the West. He reviews two books: Seize the Moment and 1999 by Richard Nixon.

Side B: The same speaker continues his sermon. He reviews several articles from Arabic and foreign journals on Islam, Islamic movements, and the views of some Western writers and journalists such as Martin Kramer and Judith Miller. He speaks about the Islamic revival and the unity of Islam as they represent a threat to the West.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

115   Tape 115. A sermon on legislation in Islam                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and bad audio quality. Side A 30:59 min. Side B 31:33 min.

Side A: A speaker gives a sermon on legislation in the Islamic religion in accordance with the Qur'ān and Hadith. He speaks about the Islamic revival, complying with provisions in the Qur'ān and Hadith, and differing opinions among scholars.

Side B: The same speaker continues his sermon. He speaks about differences of opinion among scholars, Islamic doctrines, and imitation and interpretation in the Islamic religion. He advises the listeners to attend the sermons and lectures and to acquire audio tapes of religious sermons and lectures.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 116 | Tape 116. A sermon on Hadith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:05 min. Side B 29:13 min.

Side A: A speaker gives a sermon on Hadith. He speaks about the importance of Hadith as a reference of interpretation and clarification of the Qurʼān for various issues such as prayers and almsgiving (Zakāt). He reviews the book "Bulūgh al-marām" by Ibn Ḥajar al-ʻAsqalānī and how he recorded the Prophet's Hadiths, and speaks about other books that record and explain Hadiths.

Side B: The same speaker continues his sermon. He reviews titles of several books like "Bulūgh al-marām" by Ibn Ḥajar al-ʻAsqalānī. He speaks about verifying the authenticity of Hadiths and advises people to verify any Hadith before circulating it. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 117 | Tape 117. A lecture on the explanation of "Bulūgh al-marām"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio is intelligible. Side A 46:32 min. Side B 46:37min. Speaker: Salmān ibn Fahd al-ʻAwdah. Place: Saudi Arabia.

Side A: A speaker gives a lecture on two jurisprudential issues. The first issue is eating and drinking using gold and silver dishware, and he discusses whether it is forbidden or not. The second issue is the process of making leather (tanning). He reviews a number of Hadiths pertinent to these subjects.

Side B:

1) 0:00 to 35:30 Continuation of the same lecture. The same speaker talks about tanning and reviews the opinions of a number of scholars on this subject. He reviews some Hadiths and interpretations by several scholars.

2) 35:31 to the end of side B, A recitation from the Qurʼān of Surat Al ʻImrān verses 199 –200 and al-Nisāʼ verses 1-19. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 118 | Tape 118. A sermon on provisions of purity and defilement<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:49 min. Side B 39:23 min.

ASH 031478

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 50 of 461
Tape 118. A sermon on provisions of purity and defilement                     Islamic fundamentalist audio recordings
collection
MS 1880 - Page 49

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A speaker gives a sermon in which he talks about jurisprudential issues related to the provisions of purity and defilement. He reviews a number of Hadiths pertinent to this subject and answers questions from the audience.

Side B: The same speaker continues his sermon. He speaks about the purity or defilement of the dog and pig and the use of soil to wash away the impurities. He reviews a number of Hadiths about using knowledge for the benefit of people. He answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**119**   Tape 119. A sermon on the Iraqi invasion of Kuwait          1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 44:29 min. Side B 44:00 min.
Place: Saudi Arabia.

Side A: A speaker starts his sermon by welcoming the Kuwaitis who came to his country. He gives his condolences to Kuwaitis and asks them to be patient. He narrates some stories from the Qurʾān and Hadith about various nations which also suffered from afflictions. He urges people in the Gulf States to adhere to the Islamic religion.

Side B:

1)   0:00 to 38:03 The same speaker continues his sermon. He speaks about the causes of what happened to Kuwait and believes that sins committed by people are the cause of their disasters. He praises the role of the youth of the Islamic revival in Saudi Arabia in providing assistance to Kuwaitis. He advises Kuwaitis to commit to attending the congregational prayers at the mosque. He directs a part of his speech to asking the Kuwaiti women in Saudi Arabia to wear veils and avoid mixing with men and driving a vehicle. He answers questions from the audience.

2)   38:04 to the end of side B, A recording for part of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**120**   Tape 120. A lecture on obscene wealth          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 29:09 min. Side B 29:08 min. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings. A speaker gives a lecture in which he speaks about obscene wealth as well as physical and sexual desires. He criticizes sexual promiscuity and homosexuality in the West. He advises people about asceticism and resisting physical and sexual desires.

Side B:

1)   0:00 to 25:14 The same speaker continues his lecture. He advises people about asceticism and against being deceived by money. He answers questions from the audience on different subjects including extravagance, al-Muslimūn newspaper, exercise in schools, and watching TV.

ASH 031479

| Box | Description | Date(s) |
|-----|-------------|---------|

2)   25:30 to the end of side B, A recitation from the Qurʾān of Sura al-Isrāʾ verses 16-29.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

121   Tape 121. A sermon on the Iraqi invasion of Kuwait          Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 119].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

122   Tape 122. A lecture on the permissible and impermissible of bantering      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 45:09 min. Side B 45:12 min.

Side A: The speaker starts the lecture with definition of banter and lists its methods. He speaks about permissible banter and cites many Hadiths on the banter the Prophet used to practice. He also cites Hadiths on the banter the Prophet's companions used to practice.

Side B: The same speaker continues his lecture. He talks about the impermissible banter and cites Hadiths on this issue. He also talks about propaganda and exaggeration of bantering and considers this obnoxious. He then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

123   Tape 123. A lecture titled "The truth of extremism"          1992
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is very clear. Side A 43:27 min. Side B 42:27 min. Speaker: Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings then the speaker gives a lecture on extremism in which he talks about the West and secular points of view of extremism, the legal definition of the word "extremism", and the reasons for the emergence of extremism. He criticizes the views of the Arabic press on extremism.

Side B: The same speaker continues his lecture. He speaks about the ways to eliminate extremism and the necessity to distinguish between extremist and moderate religious thoughts. He reviews different opinions on extremism. He speaks about the situation in Bosnia and Herzegovina. He answers multiple questions from the audience.

Preservation masters
*2 computer files (WAV)*

ASH 031480

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

124  Tape 124. The explanation on purity chapter in "Bulūgh al-marām"            Circa 1965 -2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 46:49 min. Side B 46:39 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction of the recording by al-Qādisīyah Islamic recordings. A speaker gives a session on the provisions of ablution and ritual washing. He reviews several Hadiths pertinent to this subject and the advisory opinions of some scholars.

Side B: The same speaker continues his session on the provisions of ablution and the ritual washing. He reviews several Hadiths pertinent to this subject and the advisory opinions of some scholars. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

125  Tape 125. A lecture titled "The men of Islam at the present time"              Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 92].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

126  Tape 126. A sermon on Algeria                                                  1992
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:13 min. Side B 45:06 min. Speaker: The speaker is most likely Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A:

1) 0:00 to 2:44 background noise.

2) 2:45 to 41:30 The speaker talks about the Islamic Salvation Front in Algeria and how its members were exposed to harassments and arrests. He calls for supporting the front and consider this a duty. He reads a statement issued by a number of Saudi religious scholars about the events in Algeria and supporting the Islamic Salvation Front.

3) 41:31 to the end of side A, Part of a sermon by another speaker about the prospective victory of the Islamic regime over communism and secularism. The recording cuts off at the end of side A.

Side B: The first speaker on side A gives another sermon in which he talks about Algeria and calls for supporting Algeria as it is a Muslim country. He speaks about the Islamic Salvation Front in Algeria and how its members were exposed to harassments, arrests, and confiscation of property. He speaks about a report from the US Department of Defense which contains information about directing nuclear warheads to many third world countries. He speaks about

| Box | Description | Date(s) |
|---|---|---|

a speech of the former Tunisian president in which he announces the war against t the Islamic revival.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

127   Tape 127. A lecture on Jihad                                                                    Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:22 min. Side B 45:27min.
Speaker: The speaker is most likely Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings; then the speaker gives a lecture on Jihad. He believes that Jihad is a legitimate imposition derived from the Qurʾān and Hadith and it is valid until the Day of Resurrection. He speaks about the Muslim sect who is promised victory and believes it is the Sunnis who are responsible for Jihad and the promotion of virtue and the prevention of vice.

Side B: Continuation of the same lecture on side A. The same speaker talks about the victorious sect. He mentions their distinguishing features and cites Hadiths. He answers various questions from the audience such as questions on al-Baʿth party and the victorious sect.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

128   Tape 128. A lecture on women                                                                    Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:35 min. Side B 29:38 min.
Speaker: Sulaymān ibn Ḥamad al-ʿAwdah. Place: Suadi Arabia.

Side A: The speaker gives a lecture on women. He speaks about the role of women at home and work. He believes that the house is a woman's natural place and that she should not go out without the consent of her husband. He cites verses from the Qurʾān, Hadiths, and stories from the history of Islam on Muslim women. He narrates Hadith in which the Prophet allowed women to go out to do necessary things. The speaker believes in the necessity to separate men from women in educational institutions.

Side B: Continuation of the same lecture on side A. The speaker criticizes Hudá Shaʿrāwī's statement on women's rights. He talks about the views of some Western thinkers on the negative sides of women's liberation in society. He reviews articles by Arab journalists, intellectuals, and media figures on the disadvantages of women's work.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

129   Tape 129. Reviewing aspects of jurisprudential books                                            Circa 1965-2000
      *1 audiocassette*
      Arabic

ASH 031482

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Audio is intelligible. Side A 46:04 min. Side B 46:00 min. Speaker: The speaker is most likely Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

Side A:

1) 0:00 to 35:51 The tape starts with an introduction to the recorded lecture by "Uḥud for media production and distribution". Then, a speaker starts a lecture in which he reviews chapters from "Tadhkirat al-sāmiʿ wa-al-mutakallim fī adab al-ʿālim wa-al-mutaʿallim" by Ibn Jamāʿah. The book mainly addresses the relationship between the religious scholar or al-Shaykh and his student.

2) 35:52 to the end of side A, another recording for the same speaker in which he reviews chapters from "Zād al-maʿād fī hady khayr al-ʿibā" by Ibn Qayyim al-Jawzīyah. He reviews aspects of the book that explain some Hadiths.

Side B: Continuation of the last lecture on side A. The same speaker reviews other chapters from the same book and some jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 130 | Tape 130. A sermon on the Iraqi invasion of Kuwait<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 119].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 131 | Tape 131. Audio recording of a military operation, part of a sermon, and a recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: There is no side A. Side B 46:11 min. Speaker: The speaker is most likely Salmān ibn Fahd al-ʿAwdah.

Side A: [Blank.]

Side B:

1) 0:00 to 19:52 a recording of fire from various weapons with unclear sounds of people speaking through what appears to be a battle somewhere.

2) 19:53 to 29:05 A speaker answers different questions on jurisprudential issues.

3) 30:00 to the end of side B, a recitation from the Qurʾān of Surat al-Ḥujurāt verses 6-18, Qāf verses 1-45, and al-Dhāriyāt verses 1-30.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

ASH 031483

| Box | Description | Date(s) |
|-----|-------------|---------|
| 132 | Tape 132. A sermon on sybarites<br>*1 audiocassette*<br>Arabic | 1990 |

Summary (English)

Comments: Audio is intelligible. Side A 30:08 min. Side B 30:45 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The speaker talks about the events of wars and instability in Palestine, Afghanistan and Lebanon, and then he talks about the Iraqi invasion of Kuwait and the consequences of this invasion on the Kuwaiti people. He concludes that the cause of a disaster experienced by any people is the negligence of people in their worship of God.

Side B: Continuation of the same sermon on side A. The speaker talks about luxury and defines it as the exaggeration of enjoying graces which leads to disobedience of God. He speaks about the disadvantages of excessive luxury.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 133 | Tape 133. A sermon on the causes of happiness<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio is intelligible. Side A 46:19 min. Side B 46:17 min. Side B is actually the beginning and it continues on side A. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The speaker continues his sermon. He lists the causes of happiness. He answers questions from the audience about worship in Ramadan, envy, and other subjects.

Side B: The speaker gives a sermon on the causes of happiness. He speaks about people's different views of happiness and searching for it and narrates stories related to this topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 134 | Tape 134. Reviewing Hadiths on jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio is intelligible. Side A 46:30 min. Side B 40:01 min. Speaker: The speaker is most likely Salmān ibn Fahd al-'Awdah.

Side A: The speaker reviews Hadiths on the permissibility of eating dead animals such as whales and insects like locusts. He reviews Hadiths from different narrators, in particular from Abū Hurayrah.

Side B: The same speaker reviews other Hadiths on animals from different narrators. He answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

ASH 031484

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

135    Tape 135. A lecture on youth delinquency          1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 43:45 min. Side B 43:02 min. Speaker: The speaker is most likely Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The speaker gives a lecture about the causes of delinquency in youth and methods for their reformation. He offers tips to fathers on how to deal, care for, and strengthen the relationship with their children. He recommends that fathers follow up with their children and not leave them vulnerable to delinquency.

Side B: The same speaker continues his lecture and advises mothers to follow up with their children and that siblings should pay attention to their younger siblings. He also directs his speech to teachers and Islamic preachers to contribute in educating youth and guiding them to commit to religion. He answers many questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

136    Tape 136. A sermon on the sneaking whisperer          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is faint and there is background noise especially on side A but audio is intelligible. Side A 28:36 min. Side B 25:28 min. Side B is actually the beginning and it continues on side A. Speaker: The speaker is most likely Salmān ibn Fahd al-'Awdah.

Side A: The speaker continues his sermon on the sneaking whisperer that whispers in the hearts of mankind. He believes that the source of this whisperer is the devil and that the way to get rid of the devil's plots is commitment to religion.

Side B: The speaker gives a sermon on the sneaking whisperer, the devil's plots, and types of satanic whisperers and how to resist them. He advises the audience to be cautious of the devil's machinations. He lists the physical and psychological symptoms of whisperers. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

137    Tape 137. A sermon on war          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 45:37 min. Side B 46:03 min. Speaker: Salmān ibn Fahd al-'Awdah. Place: Saudi Arabia.

Side A: The tape starts with an introduction to the recording by al-taqwá recordings. The speaker gives a sermon on war. He speaks about invasions by Muslims (Islamic conquests). He

ASH 031485

| Box | Description | Date(s) |
|-----|-------------|---------|

criticizes the call for peace by the West and considers that war would be an option for Muslims in particular in their search for justice.

Side B:

1)  0:00 to 41:56 The same speaker continues his sermon and talks about Jewish people as the most dangerous enemies of Muslims. He confirms that Muslims will face a promised war and a decisive battle with Jewish people and promises Muslims the victory in this battle.

2)  42:12 to the end of side B, A recitation from the Qurʾān of Sura al-Anfāl verses 60-66.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 138 | Tape 138. Q&A session | 1990 |
|-----|-----------------------|------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:49 min. Side B 31:06 min. Place: Saudi Arabia.

Side A: A speaker answers questions and speaks about inviting people to Jihad, the promotion of virtue and prevention of vice, teamwork, and supporting religious scholars and preachers. He strongly criticizes women's demonstrations in the city of Riyadh in Saudi Arabia that called for women's emancipation. He attacks the Consultative Assembly of Saudi Arabia and believes that it has been founded with American interference. He speaks about the Iraqi invasion of Kuwait.

Side B: The same speaker on side A continues to answer questions about the position of Saudi press regarding women's demonstrations, accusing them of unbelief and violation of Islamic laws. He attacks the Iraqi and Syrian Baʿth parties and describes the two parties and both Saddam Hussein and Ḥāfiẓ al-Asad as infidels. He urges the audience to prevent any calls for liberation, especially for women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 139 | Tape 139. Q&A session on Arabic and Islamic counties | Circa 1983-2000 |
|-----|-------------------------------------------------------|------------------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. The language used is modern standard Arabic and Shāmī dialect. Side A 42:48 min. Side B 42:45 min. Place: Peshawar-Pakistan.

Side A: A speaker talks about the Islamic countries and regimes and believes that there is no Islamic regime in the present time that fully applies Islamic law. He speaks about the future of Afghanistan and supports ʿAbd al-Rashīd Dostum as he imposes the Islamic laws. He considers it a duty to fight Ṣaddām Husayn and al-Baʿth party and wishes that the United States would attack al-Qadhdhāfi. He mentions protests that took place in his country (Jordan).

Side B: The same speaker continues and answers questions from the audience. He speaks about some of the laws in Islamic countries such as Saudi Arabia and Jordan and criticizes these laws because their conflict with the Islamic legislations such as banking laws. He

ASH 031486

| Box | Description | Date(s) |
|---|---|---|

commends the liberty of Muslims, the proliferation of mosques and the proselytizing of Islam in the United States. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

140    Tape 140. Q&A session on apostasy                                      Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise but audio is intelligible. The language used is modern standard Arabic and Shāmī dialect. Side A 40:02 min. Side B 44:00 min.

Side A: A speaker talks about the apostles throughout the history of Islam such as those who abstained from performing religious impositions such as prayers and alms giving (Zakāt). He discusses the provisions of the Islamic legislation on these apostates. He discusses with the audience several religious obligations and the identification of apostates.

Side B: The same speaker talks about those who abstain from the Islamic law (Sharī'ah), for instance, he mentions that he considers anyone affiliated with the intelligence agency in his country (Jordan) is infidel. He reviews Ibn Taymīyah's opinion in fighting the apostates. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

141    Tape 141. A sermon on faith                                            Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:35 min. Side B 45:29 min.

Side A: A speaker gives a sermon on faith, its meaning and legislative definition, its requirements, and its benefits. He cites verses from the Qur'ān, Hadiths and books from Salafi scholars about faith.

Side B:

1)     0:00 to 28:00 The same speaker continues his sermon on faith. He reviews other resources from Salafi scholars' books on faith. He speaks in more detail about the faith requirements.

2)     28:01 to the end of side B, Recitation from the Qur'ān for Surat al-Insān verses 24-31, al-mursalāt verses 1-50, al-Naba' verses 1-40, al-Nāzi'āt verses 1-46, 'abasa verses 1-42, al-takwīr verses 1-29, al-infitār verses 1-19, and al-muṭafifyn verses 1-16.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 142 | Tape 142. Q&A session on faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 47:03 min. Side B 46:39 min.

Side A:

1)   0:00 to 1:22 recording is very faint and audio is unintelligible.

2)   1:23 to the end of side A, A speaker explains in detail the faith and its requirements for one's intention and will in accordance with the opinion of Sunni Islam (ahl al-Sunnah wa-al-Jamāʻah). He speaks about expiation and its provisions according to some scholars and preachers including Ibn Bāz , Al-Qaraḍāwī, and Al-Ghazālī.

Side B: The same speaker continues his session on expiation in accordance with the opinion of Sunni Islam (ahl al-Sunnah wa-al-Jamāʻah). He answers questions from the audience and speaks in more detail about religious requirements. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 143 | Tape 143. Q&A session on prayer<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 42:46 min. Side B 42:40 min.

Side A: A speaker discusses and answers questions about prayer and the penalty for abandoning it. He cites verses from the Qurʾān, Hadiths and the advisory opinions of some scholars.

Side B: The same speaker continues his session. He answers more questions about faith and unbelief. He cites verses from the Qurʾān, Hadiths and the advisory opinions of some scholars and clerics such as Muḥammad ibn ʻAbd al-Wahhāb.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 144 | Tape 144. A sermon on Sufism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:05 min. Side B 24:12 min. The language used is modern standard Arabic and Egyptian dialect.

Side A: A speaker explains the interpretation of Sura Yūnus verses 62-63. These verses are about the friends of God. The speaker explains the characteristics of the guardians of God. He speaks about ʻAbd Allāh ibn Saba' and the dispute about the succession of the Prophet Mohammed. He reviews the Sufism methodology with stinging criticism and gives an example of the Sufis in Sudan and ʻAbd al-Karīm al-Jīlī who is one of the Sufi intellectuals.

Side B:

ASH 031488

| Box | Description | Date(s) |
|-----|-------------|---------|

1) 0:00 to 2:20 The same speaker continues his sermon on Sufism and concludes it with a short prayer.

2) 2:22 to the end of side B, Another recording for the same speaker in which he answers many questions from the audience about different issues including lying to one's wife, the torment of the grave, almsgiving (Zakāt) , the dawn prayer, children's play with toys, women's grooming with makeup, and other issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

145    Tape 145. A lecture on the British and French colonization of Egypt          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 28:41 min. Side B 30:25 min.
Speaker: Muḥammad Quṭb.

Side A: The speaker gives a lecture on the policies of both Great Britain and France during the colonization of Egypt and the position of al-Azhar's attitude of both colonist countries. He speaks about the education system during the British colonization of Egypt, specifically the teaching of the Arabic language and Islamic studies. He also speaks about the relationship between Great Britain and the Ottoman Empire in its late days.

Side B:

1) 0:00 to 22:20 The same speaker continues his lecture. He speaks about the Great Arab Revolution against the Ottoman Empire and the British role in this revolution including their relationship with Sharīf al-Ḥusayn ibn ʿAlī. He speaks about the Zionist Conference and the role of Theodor Herzl in this conference which led to the establishment of the state of Israel after 50 years.

2) 22:22 to the end of side B, A recording of a congregational prayer. The recording cuts of at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

146    Tape 146. A sermon on Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 30:53 min. Side B 30:52 min.

Side A: The speaker gives a sermon on Jihad. He classifies Jihad into three types and speaks in detail about each type. He speaks about the true Muslim characteristics and the "enemies'" plans to eliminate Islam and Muslims.

Side B:

1) 0:00 1:50 Continuation of the same sermon by the same speaker. He calls for Jihad and concludes his sermon with a prayer.

ASH 031489

Tape 146. A sermon on Jihad

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 60

| Box | Description | Date(s) |
|-----|-------------|---------|

2)    2:00 to the end of side B, Another sermon by the same speaker in which he talks about how Muslims should be faithful to God and answers questions from the audience about different jurisprudence issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

147    Tape 147. A recording for al-tarāwīḥ prayer and recitations from the Qurʾān     Circa 1989-1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:00 min. Side B 46:14 min.

Side A: A recitation from the Qurʾān of Surat Maryam verses 1-98, Ṭāhā verses 1-135, and al-Anbiyāʾ verses 1-102.

Side B:

1)    0:00 to 1:14 A recitation from the Qurʾān of Sura al-Anbiyāʾ verses 103-112.

2)    1:16-6:52 A recording for a prayer.

3)    6:54 to the end of side B, A recitation from the Qurʾān of Surat al-Muʾminūn verses 1-118 and al-Nūr verses 1-38.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

148    Tape 148. A sermon on Islam     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:36 min. Side B 30:36 min.

Side A: The recording starts with the call to prayer, and then a speaker gives a sermon on Islam in the Arab peninsula in its early beginning at the time of the Prophet Muhammad. He also speaks about the leaders of the Mujahideen in Afghanistan. The recording cuts off at the end of side A.

Side B: Another speaker talks about the Islamic conquests in several areas. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

149    Tape 149. A session on the Prophet Muḥammad and the prophetic message     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint with background noise. Side A 29:24 min. Side B 30:10 min.

ASH 031490

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 62 of 461

Tape 149. A session on the Prophet Muḥammad and the prophetic message        Islamic fundamentalist audio recordings
collection
MS 1880 - Page 61

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: The speaker gives a session on the Prophet Muhammad and the prophetic message. He advises people to obey the Prophet and commit to his teachings. He cites the views of some Islamic clerics such as Ibn al-Qayyim and interprets some verses from the Qurʾān.

Side B: The same speaker continues his session. He speaks about the link between religions. He believes that religion and politics should never be separated. He recalls the assassination of the former Egyptian president Anwar al-Sādāt by Khālid al-Islāmbūlī. He believes the assassination was legitimate because al-Sādāt was an infidel under Islamic law, since he applied Islamic ruling on whom he considered an infidel. He speaks about al-Khumaynī's leadership in Iran and believes he is astray. He criticizes Muslims and believes they live in deprivation and calls for them to retrieve their dignity through Jihad to retrieve their dignity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 150 | Tape 150. Sermons on Jihad in Afghanistan | Circa 1991-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint with background noise. Side A 24:10 min. Side B 24:01 min.

Side A: A speaker gives a sermon on Jihad in Afghanistan. He mentions that he is a Palestinian living for eight years in Afghanistan for the purpose of Jihad. He speaks about the issue of Afghanistan and Palestine as an issue of concern to all Muslims. He praises the Afghani Mujahideen. He speaks about the triumph of the Mujahideen in Afghanistan over the Russians and the losses incurred by the Russians in the battles in Afghanistan.

Side B:

1) 0:00 to 6:00 The same speaker continues his sermon on Jihad in Afghanistan. He speaks about the Islamic states under the rule of Soviet communism and calls for Jihad against the Soviet Union. He expects the victory of Muslims and has confidence in their ability to topple the Soviet Union.

2) 6:10 to the 15:45 The same speaker gives another sermon about Afghanistan and Palestine. He believes that the victory of Muslims in Afghanistan will be the beginning of their victory in Palestine. He cites Ibn Taymīyah's advisory opinion on Jihad. He calls for donating to the Mujahideen in Afghanistan.

3) 16:00 to the end of side B, Another speaker gives a sermon on Jihad in Afghanistan. He speaks about the assassination of ʿAbd Allāh ʿAzzām and his biography. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 151 | Tape 151. Lecture on Russia and Afghanistan | Circa 1965-2000 |
|-----|-------------|---------|

*1 audiocassette*
Arabic

Summary (English)

Side A: Speaker discussed Gorbachev, Afghanistan, and military policy, then speaks about poetry, media, and leadership.

Side B: A serman on Jihad.

ASH 031491

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

152    Tape 152. Q&A session on Jihad in Afghanistan      Circa 1985-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:42 min. Side B 44:47 min. Place: Saudi Arabia.

Side A: A speaker answers questions from the audience about Jihad in Afghanistan. He speaks about the support of some countries for the Mujahideen in Afghanistan and praises the Saudi support for them. He speaks about the advisory opinion of Jihad and cites the opinions of Ibn Taymīyah and Abū Bakr ibn al-'Arabī. He narrates stories about the Mujahedeen's miracles.

Side B: The same speaker continues answering questions from the audience. He stresses that Jihad is individual duty in accordance with the advisory opinion of 'Abd al-'Azīz ibn Bāz. He narrates stories of some of the Mujahideen who had been sent to Afghanistan and fought against the Russians under the leadership of Aḥmad Shāh Mas'ūd.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

153    Tape 153. A session on Jihad      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 28:21 min. Side B 29:26 min.

Side A: A speaker talks about Jihad and the importance of preparing for it. He narrates stories from the history of Islam relating to Jihad. He calls for Jihad and praises the Mujahideen in Afghanistan. He promises the Mujahideen paradise in the afterlife.

Side B: The same speaker continues his session on Jihad. He calls for Jihad in Afghanistan. He cites Ibn Taymīyah's advisory opinion on the issue of Jihad. He mentions that he is doing Jihad for the seventh year respectively. He mentions the existence of CIA agents in Peshawar in Pakistan and speaks about the role of the United States and the American media in Afghanistan and the war against the Russians.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

154    Tape 154. A sermon on the role of clerics in the continuity of Islamic religion      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:50 min. Side B 30:49 min.

ASH 031492

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 64 of 461

Tape 154. A sermon on the role of clerics in the continuity of Islamic [...]

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 63

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: The tape starts with a call to prayer. Then a speaker gives a sermon on the role of the Muslim clerics in the continuity and preservation of the Islamic religion. He narrates stories about some of the Prophet's companions and their role in the continuity of Islam.

Side B: The same speaker continues his sermon. He tells more stories about the role of the Prophet's companions in the continuity and preservation of the Islamic religion. He praises the positions of ʿAbd al-ʿAzīz al-Badrī against the Baʿth party in Iraq. He narrates the story of executing Sayyid Quṭb and praises his position against the Egyptian regime at that time.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 155 | Tape 155. A conversation on Palestine<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording is faint with background noise but audio is intelligible. Side A: 31:45 min. Side B 31:46 min.

Side A:

1) 0:00- 13:35 A speaker talks about Palestine including its location, surrounding countries, and the possibility for fighters to go there through Jordan to fight against Israel. He speaks about kinds of missiles and cluster bombs that have been used by the enemy (without identifying the enemy).

2) 13:37 to the end of side A, a recording of songs in French.

Side B: The same speaker talks about Jihad in Afghanistan and the signs of the day of resurrection including an army directed from Afghanistan to Palestine to liberate Jerusalem. He urges the audience to prepare for Jihad and calls for the succession (Caliphate) state. He promises the audience that they are the surviving group. He speaks about the organizational structure of the Islamic community from his point of view and the necessity to establish groups lead by warlords.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 156 | Tape 156. A sermon on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:56 min. Side B 30:01 min.

Side A: Duplicate of Tape 154, Side A.

Side B:

1) 0:00 – 27:55 A speaker talks about some of the Prophet's companions, their devotion to God, and their role in sustaining and preserving the Islamic religion. He calls for Jihad and narrates stories about the Mujahideen in Afghanistan, their fighting against and killing Russians, and some miracles that were attributed to them.

2) 27:56 to the end of side B, A recording for a congregational prayer.

ASH 031493

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**157**  Tape 157. The interpretation of Sura Al-Tawbah     Circa 1982-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:40 min. Side B 29:52 min.

Side A: A speaker gives an interpretation for Sura Al-Tawbah (the repentance) and explains the reasons behind its naming and revelation. He narrates stories contemporaneous with the revelation of this Sura.

Side B: Continuation of side A. The same speaker talks about Jihad and its tribulations and difficulties. He speaks about Jihad in Afghanistan and narrates some events of meetings between Sayyāf and Gulbuddin Hekmatyar there. He also relates stories about the persecution of clerics in Egypt by Jamāl 'Abd al-Nāṣir.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**158**  Tape 158. A speech on one of the Mujahideen in Afghanistan     Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:28 min. Side B 29:09 min. Speaker: 'Abd Allāh 'Azzām and others.

Side A:

1)  0:00-26:35 The speaker, Abd Allāh 'Azzām, talks about Aḥmad al-Aḥmaḍī who is one of the Mujahideen from Yemen who was killed in Afghanistan. He speaks about his characteristics, different stages of his life and his continuous meetings with 'Abd al-'Azīz ibn Bāz and 'Abd al-Majīd al-Zandāñī. He narrates stories from the battles he fought with Azzām in Afghanistan.

2)  26:36 to the end of side B, Other speakers talk about Aḥmad al-Aḥmaḍī, his death, and his funeral.

Side B: Continuation of side A. Other speakers talk about some of the Mujahideen who had been killed, their miracles, and the battles they fought in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**159**  Tape 159. A recording for a conversation on various issues     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031494

Tape 159. A recording for a conversation on various issues

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 65

| Box | Description | Date(s) |
|---|---|---|

Comments: Side A 30:51 min. Side B 30:53 min. The language used is modern standard Arabic and Egyptian dialect.

Side A: A speaker talks about the relationship between the political regimes and Islamists and mentions how they are exposed to harassments by the government in Egypt and some other Arab countries. He speaks about the difficulties faced by the mosques in Egypt and the interventions and harassments by the government and intelligence agencies. He also speaks about the Mujahideen in Afghanistan, the fall of communism and the dissolution of the Soviet Union, and the Iraqi invasion of Kuwait and the US military response to Iraq.

Side B: The same speaker talks about the United States' plans to dominate the oil resources in the Persian Gulf countries and the Middle East. He believes that the Arabian Peninsula is under the occupation of US forces. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

160    Tape 160. A sermon on Jihad in Afghanistan                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is faint with background noise. Side A 30:25 min. Side B 30:24 min.

Side A: The speaker talks about the reason for Jihad which is in his opinion to end oppression on Muslims. He calls for Jihad in Afghanistan and supporting the Mujahideen there. He emphasize that Jihad is an individual duty and a response to God's command.

Side B: The same speaker emphasizes that Jihad is obligatory and cites Ibn Taymīyah's advisory opinion. He believes that Muslims in Palestine are subjected to injustice by the Israelis and tells some related stories.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

161    Tape 161. A lecture on Jihad                                                Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:11 min. Side B 31:10 min. Side B is actually the beginning and it continues on side A. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: The speaker continues his preaching about Jihad and self sacrifice for the sake of God which in his opinion is the guaranteed way to Paradise. He cites verses from the Qur'ān and Hadiths pertinent to this subject.

Side B: The speaker preaches about Jihad and self sacrifice for the sake of God and the Islamic religion which is in his opinion the way to go to Paradise. He cites verses from the Qur'ān and Hadiths pertinent to this subject.

Preservation masters
*2 computer files (WAV)*

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 67 of 461
Tape 161. A lecture on Jihad                                      Islamic fundamentalist audio recordings
collection
MS 1880 - Page 66

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

162    Tape 162. A sermon on Jihad                                 Circa 1980-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint with background noise and occasional gaps. Side A 46:12 min.
Side B 46:03 min.

Side A: The speaker interprets some verses from the Qurʾān about loyalty to Muslims and
hostility to infidels. He speaks about the characteristics of a Muslim ruler and his duties to
defend the Islamic religion. He speaks about the military operations of the Mujahideen in
Afghanistan against Russia and their relationship with Pakistan.

Side B: 0:00 to 34:41 Continuation of the lecture on side A. The same speaker talks about
the sectarian composition and sectarian quotas in Afghanistan among Sunnis, Shiites and
other sects during the days of Muḥammad Ẓāhir Shāh, the king of Afghanistan, and the period
following his reign. The recording includes Takbīr voices from the audience and a sound of a
siren.35:19 to 40:18 A recitation from the Qurʾān of Sura al-Tawbah verses 17-29. From 40:45 to
the end of side B, a recording of an anthem about Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

163    Tape 163. A lecture on Islamic clerics                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:36 min. Side B 30:34 min.
Speaker: ʿAbd Allāh ʿAzzām and others.

Side A: The tape starts with a recitation from the Qurʾān of Sura al-kahf verses 46-50. Then
the speaker talks about the Islamic clerics, their graciousness to society, and their role in the
dissemination of the Islamic thought. He narrates stories about the relationship of the clerics and
preachers with Caliphs and princess throughout the history.

Side B: Another speaker talks about the war in Afghanistan and calls Muslims to fight there. He
narrates Hadiths and stories about some of the Muslims' battles against infidels. The recording
cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

164    Tape 164. A sermon on Afghanistan                               1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:20 min. Side B 30:17 min. Speaker: ʿAbd Allāh ʿAzzām.

Side A: The speaker gives a sermon on Jihad against the Soviets in Afghanistan. He tells stories
about the "Mujahideen miracles" in Afghanistan. He praises the role of Sayyāf and Gulbuddin

ASH 031496

| Box | Description | Date(s) |
|-----|-------------|---------|

Hekmatyar in the leadership of Jihad in Afghanistan. He calls the audience to donate and allocate 5% of their monthly income to Mujahideen.

Side B: Continuation of the same sermon. The same speaker calls the audience to donate for Mujahideen. He then answers questions from the audience on Jihad. He praises Sayyāf and mentions that he is the prime minister of the Mujahideen government. He urges people to make donations to Palestine via Ḥamās. He expects the fall of the Soviet Union in 25 years. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

165   Tape 165. A tribute for one of the Mujahideen     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:38 min. Side B 30:43 min.

Side A: A speaker gives a sermon in which he laments one of the Mujahideen (without identifying him) who had been assassinated in an explosion in Afghanistan. He praises him and tells his biography. He mentions that he moved from Palestine to Afghanistan for the purpose of Jihad. He reads a poem lamenting that person's death.

Side B: The same speaker continues his sermon and laments the death of the person who had been killed in Afghanistan. The same speaker preaches. He recites some verses from the Qurʾān and prays with the congregation. Another speaker gives a sermon about Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

166   Tape 166. A speech on one of the Mujahideen in Afghanistan     Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 158].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

167   Tape 167. A description of a battle in Afghanistan     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is very faint especially on side A. Side A 30:41min. Side B 30:27 min.

Side A: Recording is very faint and audio is unintelligible.

Side B: A speaker gives a description of one of the battles in Afghanistan and mentions many names of Mujahideen who were involved in this battle. Another speaker gives a sermon on

ASH 031497

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 69 of 461
Tape 167. A description of a battle in Afghanistan
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 68

| Box | Description | Date(s) |
|-----|-------------|---------|

Jihad. He speaks about schools dedicated to educate Jihadists and their study courses. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

169    Tape 169. A lecture on Jihad                                                    Crca 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:34 min. Side B 20:22 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: The speaker emphasizes that Jihad is individual duty and cites Ibn Taymīyah's advisory opinion. He urges people to go to Afghanistan for Jihad and emphasizes that Muslims must give priority to Jihad more than any other religious or social obligation.

Side B: The same speaker continues his lecture and reviews the opinions of a number of scholars on Jihad in Afghanistan. He defends the Muslim brotherhood and Sayyid Quṭb's attiudes in Egypt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

170    Tape 170. A preaching on self discipline                                          Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:32 min. Side B 30:55 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: The speaker preaches on self discipline, patience and how to confront life difficulties. He tells stories about the difficulties that Prophet Muḥammad faced while bringing Islam in the Arab Peninsula.

Side B: The same speaker talks about Jihad in Afghanistan as well as conflicts and clashes among the Afghani factions. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

171    Tape 171. A conversation on Jihad                                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (Englsih)

Comments: Background noise but audio is intelligible. Side A 28:55 min. Side B 29:06 min.

Side A: A speaker talks about Jihad's virtues. He considers Jihad individual duty more important than all other obligations in the Islamic religion such as fasting, prayer, and pilgrimage. He cites Hadiths and Ibn Taymīyah's advisory opinion in this issue.

ASH 031498

Tape 171. A conversation on Jihad

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 69

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker reviews different views and opinions concerning the obligation of Jihad. He criticizes anyone who believes that Jihad is not a duty. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

172    Tape 172. A conversation on the signs of the resurrection day         Circa 1980-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:53 min. Side B 31:11 min. Speaker: The speaker is most likely ʿAbd Allāh ʿAzzām.

Side A: The speaker tells stories about the signs of Resurrection day and the emergence of the Antichrist according to the opinion of the Sunnis "ahl al-Sunnah wa-al-Jamāʿah".

Side B: The same speaker continues the conversation on the signs of Resurrection day. He tells stories about arrests, torture, and executions against members of Islamic organizations in Iraq and Egypt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

173    Tape 173. A recording of a number of lectures         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:02 min. Side B 30:10 min.

Side A: A speaker gives a lecture on the importance of work and livelihood and gives examples of occupations that were practiced by some of the prophets. Another speaker gives an interpretation of some verses from the Qurʾān.

Side B: The second speaker on side A answers questions from the audience on marriage to a non-Muslim woman. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

174    Tape 174. A lecture on the death of the Prophet         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and faint recording quality especially on side A. Side A 30:13 min. Side B 30:26 min.

Side A: Recording is faint and audio is unintelligible.

Side B: The speaker talks about the Prophet's last commandments to the Muslims before his death. He narrates stories about some of the events that Muslims experienced before the

ASH 031499

| Box | Description | Date(s) |
|-----|-------------|---------|

death of the Prophet. He considers civil laws and constitutions set out in the Arab and Muslim countries as null and void because they violate the Islamic laws. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

175    Tape 175. A lecture on Jihad                                               Circa 1965-1989
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Background noise especially on side B but audio is intelligible. Side A 31:10 min. Side B 29:57 min. Speaker: The speaker is most likely ʿAbd Allāh ʿAzzām.

       Side A: The speaker gives a lecture on Jihad and confirms that it is individual duty especially in response to any attack on or occupation of a Muslim country. He cites the advisory opinion on Jihad of some Islamic scholars such as al-Shāfiʿī, Aḥmad ibn Ḥanbal and ibn Taymīyah.

       Side B: The same speaker continues his lecture on Jihad. He emphasizes the obligatory nature of Jihad to establish the Islamic state. He believes that the United States is conspiring against Mujahideen in Afghanistan. He narrates stories from the Islamic conquests.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

176    Tape 176. A lecture on Jihad                                               Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Recording is very faint and audio is unintelligible on side A. Side A 28:04 min. Side B 28:21 min.

       Side A: Recording is faint and audio is unintelligible.

       Side B: The speaker lectures on the role of the preachers in the dissemination of the Islamic religion. He speaks about the intellectual and spiritual factors that help preachers to propagate religion. He reviews the role of a number of figures from the history of Islam in the dissemination of the Islamic religion.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

177    Tape 177. A recording for press conference of ʿAbd Allāh ʿAzzām               1989
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Side A 46:38 min. Side B 46:04 min. Speaker: ʿAbd Allāh ʿAzzām. Place: Kuwait.

       Side A: The speaker answers questions from journalists about the latest situation on the ground and military operations in Afghanistan and the latest news from the Mujahedeen's government.

ASH 031500

| Box | Description | Date(s) |
|-----|-------------|---------|

He mentions the visit of Eduard Shevardnadze to Kabul and how the Mujahideen bombed the city and the hotel where he stayed during his visit.

Side B: Continuity of the same press conference. The speaker calls to kill Najīb Allāh and anyone of his followers. He answers more questions from the journalists and describes the ground situation and the ongoing battles in Afghanistan. He lists the causalities of the Soviet army since the beginning of the battles in Afghanistan until 1988.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

178    Tape 178. A sermon on Jihad                                                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Recording quality is very poor and audio is unintelligible. Side A 30:46 min. Side B 31:03 min.

Side A: Recording quality is very poor and audio is unintelligible.

Side B: Recording quality is very poor and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

179    Tape 179. A recording of a speech on Mujahideen in Afghanistan          Circa 1965-1989
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Occasional gaps on side B. Side A 33:08 min. Side B 30:50 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: The speaker describes some of the battles that the Mujahideen fought in Afghanistan. He praises one of the Mujahideen called al-Shaykh Tamīm and reads verses of poetry praising him.

Side B: The same speaker narrates the life story of al-Shaykh Tamīm reviewing stages of his life in Egypt and Saudi Arabia, then his trip to Afghanistan and his meetings with some Afghani leaders. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

180    Tape 180. A lecture on Jihad                                                        Circa 1965-1989
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:31 min. Side B 30:01 min.
Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

ASH 031501

| Box | Description | Date(s) |
|---|---|---|

Side A: The speaker directs his speech to the audience who recently joined Jihad. He speaks about the predictable difficulties faced by Mujahideen and gives the audience advice on patience and surviving under hard circumstances.

Side B: the same speaker continues his advice to the audience on the ways for self preparation for Jihad by patience and preventing self gratification.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

181    Tape 181. A lecture on Jihad                                        Circa 1965-1989
       *1 audiocassette*
       Arabic

Summary (Englsih)

Comments: Background noise on side B but audio is intelligible. Side A 31:20 min. Side B 31:35 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: The speaker defines Jihad and determines who the Mujahideen are in his view based on Qur'ānic texts and Hadiths. He accuses al-Ba'th party in Iraq and Syria and the Egyptian regime of atheism, unbelief and anti Islamic behavior. He criticizes the Egyptian regime and compares the economy of the country before and after the famous July revolution.

Side B: The same speaker continues his lecture and directs more advice and exhortations to the audience on the necessity of joining and supporting Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

182    Tape 182. A sermon on conversion to Islam                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 45:51 min. Side B 46:32 min.

Side A: A recording of a sermon on the Islamic message and people's conversion to Islam throughout different times. The speaker interprets Qur'ānic texts and reviews Hadiths and discusses this with the audience.

Side B: The recording quality is very poor and audio is unintelligible until 27:00. Then the same sermon from side A continues till the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

183    Tape 183. A sermon on the situation in Egypt                       Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise on side B. Side A 31:44 min. Side B 32:05 min. The language used is modern standard Arabic and Egyptian dialect.

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a sermon on the implementation of the Islamic religion in Egypt. The speaker directs harsh criticism to the Egyptian government and the Mufti of Egypt. He calls for changing laws to conform to the Islamic laws. From 29:00 to the end of side B, a recording of a prayer.

Side B: A recording of another sermon by another speaker about arrests and assassinations by the Egyptian government within the Islamic groups in Egypt. He accuses the Egyptian government of terrorism, intimidation, and killing the Islamic groups. From 19:33 to the end of side B, a recitation from the Qurʾān of Surat Ibrāhīm verses 23-52 and al-Hijr verses 1-18.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

184    Tape 184. A speech on the Mujahedeen's battles in Afghanistan         Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:49 min. Side B 30:55 min. Speaker: ʿAbd Allāh ʿAzzām and others. Place: Saudi Arabia.

Side A: A recording by ʿAbd Allāh ʿAzzām in which he describes a number of battles in Afghanistan with the Soviets. He praises Usāmah ibn Lādin and others from the Mujahideen. He narrates stories about some "miracles" that occurred to Mujahideen in Afghanistan.

Side B: A continuation of the same recording on side A. ʿAbd Allāh ʿAzzām speaks about Mujahideen in Afghanistan and their "miracles". Another speaker calls people to join the Mujahideen in Afghanistan. ʿAbd Allāh ʿAzzām continues his speech, answers questions from the audience, and praises Mujahideen in Afghanistan. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

185    Tape 185. A sermon on monotheism and Jihad                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise on side A but audio is intelligible. Recording is very faint on side B. Side A 30:51 min. Side B 28:58 min. Speaker: The speaker is most likely ʿAbd Allāh ʿAzzām.

Side A: A recording of a sermon about Jihad. The speaker emphasizes that monotheism is the most essential doctrine in Islam. Jihad is a duty. He narrates some stories about Mujahideen leaders in Afghanistan.

Side B: The speaker talks about monotheism and narrates stories on some of Mujahideen in Afghanistan, the execution of Sayyid Qutb in Egypt and some of the battles in Afghanistan against the Soviets.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031503

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 75 of 461
Tape 186.A lecture on God's names and attributes

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 74

| Box | Description | Date(s) |
|-----|-------------|---------|
| 186 | Tape 186.A lecture on God's names and attributes<br>*1 audiocassette*<br>Arabic | Circa 1984-2000 |

Summary (English)

Comments: Side A 41:39 min. Side B 41:50 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording presented by the ministry of religious endowment in Saudi Arabia of a lecture by Muḥammad ibn Ṣāliḥ al-'Uthaymīn on the names and attributes of God. He reviews the opinion of ahl al-Sunnah wa-al-Jamā'ah on this subject and cites the advisory opinion of ibn Taymīyah.

Side B: Continuation of the same lecture on side A by the same speaker. He reviews and interprets a number of Qur'ānic texts on names and attributes. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 187 | Tape 187. A sermon on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:13 min. Side B 29:55 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: A recording of a sermon by a speaker who is most likely 'Abd Allāh 'Azzām on Jihad. He reviews the advisory opinions of some Islamic scholars such as Ibn Bāz about Jihad being an individual duty in the event of the invasion of any Muslim country.

Side B: A recording for a sermon by another speaker on the Palestinian insurrection. The speaker calls for Jihad in Palestine and defending al-Aqṣá mosque.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 188 | Tape 188. A sermon on Jihad<br>*1 audiocassette*<br>Arabic | 1989 |

Summary (English)

Comments: Side A 22:48 min. Side B 23:00 min.

Side A: A recording of a sermon about Jihad. The speaker cites the examples of the Islamic conquests, Sayyid Quṭb and Abd Allāh 'Azzām. From 7:02 there is another recording of a sermon by another speaker on Jihad and Abd Allāh 'Azzām's death. From 18:42 a recitation from the Qur'ān of Surat Al-Tawbah verses 38-39 and al-Mā'idah verses 51-54.

Side B: A recording of a sermon on Abd Allāh 'Azzām's death. The speaker describes the assassination attempts on 'Azzām. He narrates the story of his death with his two sons. He continues the sermon, lamenting the loss of Abd Allāh 'Azzām.

ASH 031504

Tape 188. A sermon on Jihad

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 75

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

189   Tape 189. A sermon on the Islamic movements          Circa 1977-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:38 min. Side B 29:49 min. Speaker: Abd Allāh ʿAzzām.

Side A: A recording of a sermon on the Islamic movements. The speaker talks about a number of activities which he carried out and Islamic conferences which he attended in the United States. He mentions number of conferences that were held in the United States to support Palestine including a conference held by Ḥamās.

Side B: The same speaker continues his sermon and talks about Jihad in Afghanistan and the meeting of Rabbānī with the Soviets in Saudi Arabia. He promises the Mujahideen triumph in establishing an Islamic state in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

190   Tape 190. A sermon and Q&A session on jurisprudential issues          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:15 min. Side B 28:21 min.

Side A: A recording of a Q&A session on different jurisprudential issues. From 16:12 to the end of side A, another recording for a sermon on secularism and al-Baʿth party.

Side B: Continuations of the Q&A session on side A. the speaker answers more questions on jurisprudential issues. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

191   Tape 191. A lecture on legislation          1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:45 min. Side B 30:56 min. Speaker: Abd Allāh ʿAzzām.

Side A: A recording of a lecture on legislation. The speaker indicates his opinion on legislation and legislative authorities from an Islamic perspective and cites Ibn Taymīyah's opinion in this issue.

Side B: Continuation of the same lecture on side A. The speaker reviews and analyzes some political issues in the Arab world and answers questions from the audience. The recording cuts off at the end of side B.

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**192**  Tape 192. A sermon on Jihad          Circa 1985-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:10 min. Side B 31:15 min.
Speaker: Abd Allāh 'Azzām.

Side A: A recording of a sermon on Jihad in Afghanistan. The speaker praises Mujahideen there
and reviews some events and conflicts between Mujahideen and the Soviets in Afghanistan.

Side B: Continuation of the sermon from Side A. The speaker addresses a group of Arabic
audience and gives them advice on how to deal with Afghani people. He praises the people
of Afghanistan and their role in Jihad. From 23:40 a recitation from the Qur'ān of Sura al-kahf
verses 1-22.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**193**  Tape 193. A recording for a congregational prayer and a sermon          Circa 1970-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint and audio is unintelligible on side A. Background noise but audio
is intelligible on side B. Side A 29:32 min. Side B 29:51 min. Speaker: Abd Allāh 'Azzām.

Side A: A recording of a congregational prayer. Recording is faint.

Side B: A recording of a sermon on Jihad. The speaker talks and narrates some stories of his
role in supporting the Palestinian cause and his conflicts with other Palestinian factions while he
was in Jordan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**194**  Tape 194. A sermon on Jihad in Afghanistan and an interpretation for verses          Circa 1965-1989
from the Qur'ān
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:22 min. Side B 30:37 min. Speaker: Abd Allāh 'Azzām.

Side A: A recording of a sermon in which the speaker interprets verses from the Qur'ān and
explains the reasons behind their revelation.

Side B: Continuation of the same sermon on side A. The speaker gives a preaching on
sustenance. He completes his sermon with talking on Jihad in Afghanistan.

ASH 031506

Tape 194. A sermon on Jihad in Afghanistan and an interpretation for v [...]

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**195** Tape 195. A lecture titled "The role of women in reforming the society"    1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:01 min. Side B 46:18 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn.
Place: Saudi Arabia.

Side A: A recording of a sermon on the role of women in society and women's rights and
obligations from the Islamic perspective. The speaker gives advice and guidance to women to
do their part in reforming society.

Side B: The speaker answers many questions from the audience on jurisprudential issues
including the veil, divorce and other issues. From 39:39 there is another recording of a sermon
by another speaker on marriage and marital disputes.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**196** Tape 196. Q&A session on pilgrimage    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:23 min. Side B 44:30 min. Place: Saudi Arabia.

Side A: A recording of a Q&A session on the provisions for and rites of pilgrimage. The speaker
answers questions and cites Hadiths pertinent to this subject.

Side B: The same speaker answers more questions on the provisions for and rites of pilgrimage
and cites Hadiths pertinent to this subject. From 24:18 recitation from the Qurʾān for Surat al-ḥajj
verses 25-78 and al-Muʾminūn verses 1-16.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**197** Tape 197. A seminar on jurisprudential issues    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:13 min. Side B 46:16 min.

Side A: A recording for a seminar in which the speaker discusses different jurisprudential
subjects and cites the opinion of some Islamic scholars and Prophet's companions such as Ibn
Masʿūd.

Side B: Continuation of the recording on side A. The speaker discusses and explains more
jurisprudential issues.

ASH 031507

Tape 197. A seminar on jurisprudential issues

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 78

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

198    Tape 198. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭiyah"    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:06 min. Side B 45:29 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn.
Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of the al-Wāsiṭiyah creed of Ibn Taymīyah
about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then
answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

199    Tape 199. A lecture titled "Advice for the Muslim women"    1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:45 min. Side B 30:35 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn.
Place: Saudi Arabia.

Side A: A recording of a lecture addressed to Muslim women. The speaker addresses women's
rights before Islam and in the Islamic society and gives guidance to women in proselytizing
Islam and regarding veil issues. He cites Hadiths pertinent to these issues.

Side B: The speaker answers questions from the audience on different jurisprudential issues.
From 23:50 recitation from the Qur'ān of Sura al-A'rāf verses 117-141.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

200    Tape 200. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭiyah"    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Continuation of Cassette # 198. Side A 45:48 min. Side B 44:40 min. Speaker:
Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording for a lecture on the explanation of the al-Wāsiṭiyah creed of Ibn Taymīyah
about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then
answers questions from the audience.

Tape 200. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭīyah"

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 201 | Tape 201. Q&A session<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording is faint and audio is unintelligible. Side A 26:13 min. Side B 40:06 min.

Side A: Recording is faint and audio is unintelligible.

Side B: Recording is faint and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 202 | Tape 202. A sermon on prayer<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 45:41 min. Side B 45:46 min.

Side A: A recording of a sermon on prayer. A speaker reviews Hadiths on prayer and explains in detail the prayers' conditions, times and provisions.

Side B: continuation of the sermon from side A. The same speaker reviews more Hadiths on prayer conditions, times and provisions. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 203 | Tape 203. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭīyah"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 46:35 min. Side B 46:47 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of al-Wāsiṭīyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031509

| Box | Description | Date(s) |
|---|---|---|
| 204 | Tape 204. A seminar on avarice<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 43:47 min. Side B 46:19 min.

Side A: A recording of a seminar on the love of money for worldly purposes. The speaker explains hypocrisy and hypocrites who demonstrate adherence to the religion for worldly purposes such as money and power.

Side B: The discussion addresses commitment to Islamic law, both what is lawful and what is prohibited. The speaker cites Hadiths pertinent to this issue.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 205 | Tape 205. A lecture titled "Sharḥ al-ʿAqīdah al-Wāsiṭiyah"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:46 min. Side B 45:56 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of the al-Wāsiṭiyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 206 | Tape 206. A lecture titled "Sharḥ al-ʿAqīdah al-Wāsiṭiyah"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:49 min. Side B 45:01 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of the al-Wāsiṭiyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031510

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 82 of 461
Tape 207. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭiyah"                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 81

| Box | Description | Date(s) |
|-----|-------------|---------|
| 207 | Tape 207. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭiyah"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 42:05 min. Side B 43:42 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of the al-Wāsiṭiyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience. From 42:38 a recording of a congregational prayer. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 208 | Tape 208. Q&A session on jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:50n min. Side B 29:35 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording of a Q&A session on jurisprudential issues. The speaker answers question on different issues such as singing, congregational prayer, and al-ijtihād (personal religious discretion).

Side B: Continuation of the recording on side A. the speaker answers more questions on asking for knowledge, the prayer times and reciting of the Qur'ān. from 24:30 recitation from the Qur'ān of Sura al-An'ām verses 99-107.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 209 | Tape 209. Questions and answers on almsgiving (Zakāt)<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 40:50 min. Side B 40:29 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording of a discussion with Muḥammad ibn Ṣāliḥ al-'Uthaymīn about almsgiving (Zakāt), its provisions, and its conditions.

Side B: Continuation of the recording of a discussion with Muḥammad ibn Ṣāliḥ al-'Uthaymīn about almsgiving (Zakāt), its provisions, and its conditions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 210 | Tape 210. A seminar on explanation of a book<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:14 min. Side B 46:37 min. Speaker: The speaker is most likely Muḥammad ibn Ṣāliḥ al-'Uthaymīn.

Side A: The speaker discusses and reviews chapters from a book (the book's name was not mentioned in the recording). The speaker interprets many Hadiths and verses from the Qurʾān.

Side B: The speaker discusses and reviews chapters from a book (the book's name was not mentioned in the recording). The speaker interprets many verses from the Qurʾān and Hadiths. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 211 | Tape 211. Q&A session on jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:37 min. Side B 46:38 min. Speaker: The speaker is most likely Muḥammad ibn Ṣāliḥ al-'Uthaymīn.

Side A: A recording of a Q&A session. The speaker answers questions and explains different linguistic and jurisprudential issues.

Side B: Continuation of session from side A. the same speaker answers questions, explains different linguistic and jurisprudential issues, and interprets verses from the Qurʾān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 212 | Tape 212. Q&A session on monotheism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:38 min. Side B 45:37 min. Speaker: The speaker is most likely Muḥammad ibn Ṣāliḥ al-'Uthaymīn.

Side A: A recording of a Q&A session on monotheism. The speaker answers questions from the audience and cites Hadiths.

Side B: Continuation of the session on side A. The same speaker answers question from the audience and cites Hadiths. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 213 | Tape 213. A religious sermon on avoiding prohibited matters<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:07 min. Side B 31:15 min.

Side A: A recording of a sermon and interpretation of Hadiths on the prohibited matters.

Side B: A recording of the same speaker in which he talks about insurance companies and explains how these companies violate the Islamic law. From 27:50 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 214 | Tape 214. A speech about a conspiracy against Islam<br>*1 audiocassette*<br>Arabic | Circa 1965-1989 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:22 min. Side B 30:15 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of 'Abd Allāh 'Azzām on a US conspiracy against the establishment of an Islamic state. He talks about the military coups that have occurred in the twentieth century in various Arabic countries which he believes occurred with US support.

Side B: The same speaker reviews some events from the war of 1967 against Israel. He accuses the Egyptian officials at the time of treason which, in his opinion, was the reason for losing the war against Israel.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 216 | Tape 216. A speech on the modern history of Egypt and Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-1989 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 47:15 min. Side B 31:16 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a speech on the modern history of Egypt. The speaker addresses the French campaign in Egypt and the ruling of Mamluks thereafter led by Muḥammad 'Alī Bāshā. He narrates the story of Sa'd Zaghlūl and how he took important positions in Egypt.

Side B: Continuation of recording on side A. the speaker talks about Jihad and the establishment of an Islamic state in Afghanistan. Recording of prayers from 15:44 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031513

| Box | Description | Date(s) |
|-----|-------------|---------|
| 217 | Tape 217. A sermon on patience<br>*1 audiocassette*<br>Arabic | Circa 1965-1989 |

Summary (English)

Comments: Side A 29:09 min. Side B 27:03 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a sermon on patience, its benefits, and virtues. The speaker recites and interprets verses from the Qur'ān and Hadiths on patience. He speaks about the necessity of patience as one of the key elements of Jihad.

Side B: Continuation of the same sermon on side A. the speaker provides advice to mujahideen and urges them to be patient. He gives some examples, stories, and Hadiths on patience. The sermon ends with calling for a prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 218 | Tape 218. A seminar on the divine revelation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise and audio quality is poor. Side A 46:32 min. Side B 46:52 min.

Side A: A recording of a seminar on the angel Gabriel who typically serves as the messenger from God to the prophet Muḥammad revealing his obligations.

Side B: Recording is faint and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 219 | Tape 219. A seminar on Arabic language grammar and a sermon<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:12 min. Side B 43:16 min.

Side A: A recording of a seminar on the Arabic grammar and I'rāb. The speaker explains to the audience Arabic language grammatical issues and discusses I'rāb and gives many examples on that.

Side B: A recording of a sermon by another speaker on faith and the human need to God. He reviews Hadiths and cites ibn Taymīyah's opinion.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 220 | Tape 220. A seminar on Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Background noise and recording quality is very poor. The language used is modern standard Arabic and Egyptian dialect. Side A 47:13 min. Side B 47:31 min.

Side A: A recording of a seminar on Jihad in Afghanistan. The speaker reviews the active political factions and discusses establishing an Islamic state in Afghanistan.

Side B: The same speaker on side A talks about Jihad and another person speaks about Jihadist organizations. The recoding cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

221   Tape 221. Seminars on shrines and heresies                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:58 min. Side B 47:11 min.

Side A: A seminar on building mosques around graves and using them for worship. The speaker reviews Hadiths pertinent to this subject and explains some of the linguistic meanings from the Qurʾān and grammatical issues.

Side B: A recording of a seminar by the same speaker on heresies. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

222   Tape 222. A sermon on Ramaḍān                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:48 min. Side B 29:40 min.

Side A: A recording of a sermon on the virtues of fasting during the month of Ramaḍān. The speaker reviews verses from the Hadiths Qurʾān on fasting and witnessing the crescent of Ramaḍān.

Side B: A recording of another sermon by the same speaker on the virtues of fasting the month of Ramaḍān. The speaker reviews verses from the Hadiths and Qurʾān on fasting, breakfasting, and witnessing the crescent of Ramaḍān. He explains in detail the types of matters that invalidate fasting.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

223   Tape 223. A seminar on linguistic explanations of some texts from the Qurʾān   Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031515

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 87 of 461

Tape 223. A seminar on linguistic explanations of some texts from the [...]

Islamic fundamentalist audio recordings collection
MS 1880 - Page 86

| Box | Description | Date(s) |
| --- | --- | --- |

Summary (English)

Comments: Side A 44:02 min. Side B 44:13 min.

Side A: A recording of a seminar on a linguistic explanation of some Qurʾānic texts.

Side B: A recording of a seminar by the same speaker on side A in which he speaks about the personality of the prophet Muḥammad, Jesus Christ, and the soul from the Islamic point of view.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 224 | Tape 224. A sermon on patience | Circa 1965-1989 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:16 min. Side B 30:30 min. Speaker: ʿAbd Allāh ʿAzzām.

Side A: A recording of a sermon on patience, its benefits, and virtues. The speaker recites and interprets verses from the Qurʾān and Hadiths on patience. He speaks about the necessity of patience as one of the key elements of Jihad.

Side B: Continuation of the same sermon on side A. the speaker provides advice to mujahideen to be patient. He also calls for joining and supporting the Mujahideen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 225 | Tape 225. Recitations from the Qurʾān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 27:56 min. Side B 28:07 min.

Side A: A recording of recitations of different texts from the Qurʾān and parts of sermons by different speakers describing Paradise.

Side B: Continuation of the recording on side A. A recording of recitations of different texts from the Qurʾān and parts of sermons by different speakers describing the paradise.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 226 | Tape 226. A seminar on Arabic language grammar | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:04 min. Side B 44:52 min.

ASH 031516

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a seminar on the Arabic grammar and I'rāb. The speaker explains to the audience Arabic language grammatical issues. He then discusses these and asks questions about grammar and I'rāb, giving many examples on that.

Side B: Continuation of the same recording on side A. The speaker explains to the audience Arabic language grammatical issues. He discusses and asks questions about grammar and I'rāb, giving many examples on that.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

227    Tape 227. A lecture titled "Sharḥ al-ʿAqīdah al-Wāsiṭīyah"    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:25 min. Side B 45:49 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of the al-Wāsiṭīyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

228    Tape 228. A lecture on the Islamic conquests    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:44 min. Side B 30:26 min. Speaker: ʿAbd Allāh ʿAzzām. Place: Afghanistan.

Side A: Duplicate of Tape 100.

Side B: The speaker talks about the Islamic conquests in Iran and Afghanistan and the Muslim leaders who have led those conquests. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

229    Tape 229    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:08 min. Side B 31:19 min.

Side A: Recording is faint and audio is unintelligible.

Side B: Recording is faint and audio is unintelligible.

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

230    Tape 230. A sermon on establishing an Islamic state      Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:27 min. Side B 30:42 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a sermon on establishing Islamic state and building Islamic society based on the Islamic law. The speaker explains the steps required to build an Islamic society. The speaker also talks about the Islamic conquest of Samarkand led by Qutaybah ibn Muslim al-Bāhilī.

Side B: The same speaker talks about Jihad as individual duty and its requirements and effects on who join the Mujahideen. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

231    Tape 231. A sermon on Jihad in Afghanistan      Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: A language other than Arabic used in the recording. Side A 29:41 min. Side B 29:57 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a sermon on Jihad in Afghanistan and the war against the Soviets and Warsaw Pact. The speaker describes some of the battles that occurred in Afghanistan against the Soviets. The speaker talks about his goal to establish an Islamic state in Afghanistan. Within the sermon, there is someone who translates each section of it to the audience in another language.

Side B: A recording of a sermon for the same speaker ('Abd Allāh 'Azzām) on Jihad. He recites texts from the Qur'ān, Hadiths and the opinion of some Islamic scholars such as ibn Taymīyah on Jihad issue. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

232    Tape 232. A seminar on oath      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:16 min. Side B 46:18 min.

Side A: A recording on oath using the word "Allāh" only and inadmissibility of using any other name or word. The speaker cites Hadiths pertinent to this subject.

ASH 031518

| Box | Description | Date(s) |
|---|---|---|

Side B: A continuation of the recording of a seminar by the same speaker in which he explains texts from the Qur'ān and reviews taking oath using the word "Allāh" and monotheism issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

233    Tape 233. A seminar on the Jihad                                      Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and audio is unintelligible on the most parts of the recording. Side A 29:53 min. Side B 30:55 min. Speaker: 'Abd Allāh 'Azzām.

Side A: On the intelligible parts of the audio recording on this side, the speaker narrates a story about the Mujahideen "miracles" in Afghanistan.

Side B: On the intelligible parts of the audio recording on this side, the speaker explains the monotheism concept.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

234    Tape 234. A preaching on misdeeds                                     Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:07 min. Side B 30:10 min. Speaker: 'Abd Allāh 'Azzām.

Side A: The speaker talks about brotherhood, mercy, and modesty which are some of the charectiristics that Muslims should abide. From 23:45 the speakers leads the audience in congregational prayer.

Side B: A recording of a preaching on misdeeds and repentance. The speaker interprets verses from the Qur'ān on the types of misdeeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

235    Tape 235. A speech and a sermon on Afghani Mujahideen               Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:51 min. Side B 30:43 min. Speaker: 'Abd Allāh 'Azzām. Place: Afghanistan.

Side A: A recording of speech on the Afghani Mujahideen. The speaker narrates stories about them and praises their role in fighting the soviets in Afghanistan. From 26:00 a recitation from the Qur'ān of Sura al-A'rāf verses 1-20.

ASH 031519

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 91 of 461

Tape 235. A speech and a sermon on Afghani Mujahideen          Islamic fundamentalist audio recordings
collection
MS 1880 - Page 90

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: A recording of a sermon by the same speaker on the difficulties encountered by the Muslims in Mecca at the beginning of proselytizing Islam. The speaker also talks about Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

236    Tape 236. A speech and a sermon on the interpretation of Sura al-'Aṣr          Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:28 min. Side B 30:28 min. Speaker: 'Abd Allāh 'Azzām. Place: Unknown.

Side A: A recording of a sermon on the interpretation of Sura al-'Aṣr. The speaker narrates stories from the history of Islam on the Islamic conquests of Iraq and Persia.

Side B: The same speaker talks about the need for establishing an Islamic movement that leads the Islamic society. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

237    Tape 237. A seminar on Jihad          Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:28 min. Side B 30:28 min. Speaker: 'Abd Allāh 'Azzām. Place: Unknown.

Side A: A recording of a seminar on Jihad, its requirements and difficulties. The speaker recites and interprets to the audience verses from the Qur'ān and Hadiths.

Side B: A recording of the same speaker on takfir (excommunication concept in Islam). He cites the opinions of Ibn Taymīyah, Aḥmad ibn Ḥanbal, and Muḥammad ibn 'Abd al-Wahhāb about this issue.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

238    Tape 238. A sermon on the Arab Mujahideen in Afghanistan          Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:19 min. Side B 45:58 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a sermon on the Arab Mujahideen in Afghanistan. The speaker narrates stories about a number of the Arab Mujahideen who had fought battles against Russians in Afghanistan. He mentions their names and some of the situations that they have been through. He calls for joining Mujahideen and answers questions from the audience.

ASH 031520

| Box | Description | Date(s) |
|---|---|---|

Side B: A recording of the same speaker in which he describes one of the battles in Afghanistan which he, himself had fought with Sayyāf against Russians. He criticizes Benazir Bhutto and Pakistan's position from Afghanistan. The recording cuts off at the end of side B.

Preservation masters
*2 computer file (WAV)*

Use copies
*2 computer files (MP4)*

239    Tape 239. A speech on colonization of the Arabic countries throughout the history      Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise with occasional interruptions to the recording. Side A 31:37 min. Side B 31:32 min. Speaker: ʿAbd Allāh ʿAzzām.

Side A: The recording starts with a speech which is interrupted with background noise. From 3:29 a recording of a recitation from the Qurʾān of Sura al-Aḥzāb verses 8-16. From 5:00 a recording of a speech on the occupation of Baghdad by the Tatars led by Hulagu Khan and the French occupation of Egypt led by Napoleon reviewing some of the changes that occurred in Egypt on the Islamic culture during the French colonization.

Side B: Continuation of the speech from side A. the speaker talks about the fact that the Islam does not recognize borders. He gives an example about Daraa City in Syria saying that the Syrian regime is slaughtering the people of this city without any interference from the neighboring Muslim countries because of the borders.

Preservation masters
*2 computer file (WAV)*

Use copies
*2 computer files (MP4)*

240    Tape 240. A seminar on the Arabic language grammar      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:21 min. Side B 47:02 min.

Side A: A recording of a seminar on the Arabic language grammars. The speaker reviews texts from one of the books that narrate Hadiths and stories from the Prophet's biography. He explains the linguistic meaning of these texts to the audience and answers their questions.

Side B: Continuation of the seminar on side A. the same speaker reads and explains more texts to the audience and answers their questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

241    Tape 241. A seminar on the Prophetic invitation to Islam      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031521

| Box | Description | Date(s) |
|---|---|---|

Comments: Background noise but audio is intelligible. Side A 46:50 min. Side B 46:51 min.

Side A: The speaker narrates stories from the Prophetic invitation to Islam in Mecca and interprets verses from the Qurʾān to the audience and answers their questions.

Side B: Continuation of the seminar on side A. the speaker interprets more verses from the Qurʾān and Hadiths to the audience and answers their questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

242    Tape 242. Q&A on jurisprudential issues        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:19 min. Side B 45:46 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn.

Side A: A recording of a Q&A session on jurisprudential issues related to the provisions of purity, impurity, washing, and ablution. From 25:34 a recitation from the Qurʾān of Sura Al ʿUmrān verses 102-148.

Side B: A recording of a Q&A session on jurisprudential issues related to the provisions of purity, impurity, washing, and ablution.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

243    Tape 243. A seminar on linguistic explanation of some texts from the Qurʾān    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and the voice of the audience is unintelligible. Side A 44:21 min. Side B 45:07 min.

Side A: A recording of a seminar on linguistic explanations of some Qurʾānic texts to the audience and answers to their questions.

Side B: Continuation of the seminar on side A. the speaker explains some Qurʾānic texts to the audience and answers their questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

244    Tape 244. A speech on the occupation of Kuwait        1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 43:57 min. Side B 43:50 min. Speaker: Muḥammad ibn Ṣāliḥ al-ʿUthaymīn.

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a speech on the occupation of Kuwait. The speaker believes that it is a disaster for Muslims caused by the lack of commitment by the Muslims to their religious obligations and their committing sins.

Side B: The speaker answers questions from the audience. From 40:06 a recording of a sermon by another speaker in which he calls for fighting Saddam Hussein. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

245 Tape 245. Q&A on jurisprudential issues           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 27:42 min. Side B 25:07 min. Speaker: The speaker is most likely Muḥammad ibn Ṣāliḥ al-'Uthaymīn.

Side A: A recording of a Q&A on many different jurisprudential issues.

Side B: Continuation of side A. A recording of a Q&A on many different jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

246 Tape 246. A seminar On Jihad in Afghanistan         Circa 1987-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and audio is intelligible on most parts of the recording. The language used is modern standard Arabic and Egyptian dialect. Side A 47:06 min. Side B 47:08 min.

Side A: A recording of a seminar on Jihad in Afghanistan. The speaker discusses with the audience the elements of the strategic, military, and political planning to support Jihad in Afghanistan.

Side B: The same speaker from side A who talks in Egyptian dialect, discusses with the audience and answers their questions on the Jihad strategies in Afghanistan. From 6:57 several speakers who use the Shami dialect talk about the Muslim brotherhood organization in Syria and their role in the events in Hamah city in the eighties of the last century.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

247 Tape 247. A seminar on the Arabic language grammar      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:31 min. Side B 45:08 min.

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a seminar on the Arabic grammar and I'rāb. The speaker explains to the audience Arabic language grammatical issues and discusses and asks questions about grammar and I'rāb and gives many examples on that.

Side B: Continuation of the seminar from side A. The speaker explains to the audience Arabic language grammatical issues and discusses and asks questions about grammar and I'rāb and gives many examples on that.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 248 | Tape 248. A lecture on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1979-1989 |

Summary (English)

Comments: Background noise on side B but audio is intelligible. Side A 30:01 min. Side B 30:12 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a lecture on Jihad in which the speaker explains the components and requirements of Jihad.

Side B: A continuation of the same lecture from side A. the speaker explains how Jihad is individual duty in Islam. He speaks about an Islamic conference that took place in Iraq and criticizes the scholars who attended this conference. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 249 | Tape 249. A lecture on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-1989 |

Summary (English)

Comments: Audio quality is very poor. Side A 31:14 min. Side B 31:13 min. Speaker: 'Abd Allāh 'Azzām.

Side A: A recording of a lecture on the call for Jihad. The speaker narrates stories from the history of Islam on Jihad. The audio is unintelligible on some parts of side A.

Side B: Continuation of the lecture from side A. the speaker talks on Jihad and narrates more stories from the history of Islam on Jihad. the audio is unintelligible on most of the parts of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 250 | Tape 250. Interpretation of verses from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-1989 |

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Audio quality is very poor. Side A 31:14 min. Side B 31:13 min. Speaker: ʿAbd Allāh ʿAzzām.

Side A: A recording of a lecture on the interpretation of verses 103-107 from Sura Al ʿUmrān from the Qurʾān. the speaker interprets the mentioned verses and explains the reason of the unrevealing, then he talks about a western conspiracy to eradicate Islam.

Side B: The speaker continues his lecture and talks about Jamāl ʿAbd al-Naṣir and his war against Islam in Egypt. He also speaks about the objective of Jihad in Afghanistan which is to establish an Islamic state there.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 251 | Tape 251. A lecture on the role of Muslims in the next twenty years | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: background noise on side B but audio is intelligible. Side A 45:23 min. Side B 45:24 min. Speaker: Yūsuf al-ʿAẓm.

Side A: The recording starts with an introduction to the lecture and a recitation from the Qurʾān of Sura al-Isrāʾ verses 82-88. Then one of the speakers introduces the lecturer and presents his biography to the audience. From 15:15 the lecturer Yūsuf al-ʿAẓm (who is Jordanian and a member of the Jordanian parliament) starts his lecture about the role of Muslims in the next twenty years.

Side B: Continuation of the lecture from side A. the lecturer talks about the application of the Islamic law (Shafiʿa) and its use as the only source of legislation. Background noise from 35:58 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 252 | Tape 252. A variety of recordings | Circa 1974-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Occasional gaps. Side A 46:36 min. Side B 46:30 min.

Side A: A recording of a mother talking to her children in Shami dialect about their toys. From 2:53 to 8:39 a recording of a sermon in which the speaker talks about fasting and worships in Ramaḍān. from 8:40 to 15:39 a recording of the same mother who talks to her children. From 15:40 to the end of side A, a recording of a conversation on the Qurʾān and miracles (some phenomena that were scientifically explained and were already mentioned in the Qurʾān).

Side B: Continuation of the conversation on the Qurʾān and miracles and some scientific theories that were already mentioned in the Qurʾān such as the Big Bang theory. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

ASH 031525

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 97 of 461
Tape 252. A variety of recordings
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 96

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

253   Tape 253. A recitation from the Qurʾān                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:23 min. Side B 28:24 min. Speaker: Maḥmūd al-Ḥuṣarī.

Side A: A recording of a recitation from the Qurʾān of Sura al-Zukhruf verses 1-63.

Side B: A recording of a recitation from the Qurʾān of Surat al-Zukhruf verses 64-89 and al-Dukhān verses 1-59.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

254   Tape 254. A recording of a radio program with ʿAbd al-ʿAzīz ibn Bāz                        Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 27:48 min. Side B 29:37 min. Speaker: ʿAbd al-ʿAzīz ibn Bāz.

Side A: A recording of a radio program with ʿAbd al-ʿAzīz ibn Bāz in which he answers questions from the listeners on jurisprudential issues.

Side B: A recording of another episode of the same radio program with ʿAbd al-ʿAzīz ibn Bāz in which he answers questions from the listeners on jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

255   Tape 255. A sermon on monotheism and Q&A session on doctrinal issues                       Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:22 min. Side B 32:58 min. Speaker: ʿAbd al-ʿAzīz ibn Bāz. Place: Saudi Arabia.

Side A: A recording of a sermon on monotheism. The speaker explains the monotheistic concept according to the Islamic point of view and emphasizes that it is the basis of faith in the Islamic doctrine.

Side B: The speaker answers question from the audience on doctrinal issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031526

| Box | Description | Date(s) |
|---|---|---|
| 256 | Tape 256. A lecture on loyalty and disavowal<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 29:37 min. Side B 29:40 min. Place: Saudi Arabia.

Side A: A recording of a lecture on the loyalty and disavowal concept which is generally referred to as the Islamic concept of friendship toward fellow Muslims, and never loving nor praising the Non-Muslims.

Side B: Continuation of the lecture on side A. the speaker gives examples on loyalty and disavowal. Background noise from 26:45 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 257 | Tape 257. A recording of a radio program with 'Abd al-'Azīz ibn Bāz<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |

Summary (English)

Comments: Side A 27:48 min. Side B 29:37 min. Speaker: 'Abd al-'Azīz ibn Bāz.

Side A: A recording of a radio program with 'Abd al-'Azīz ibn Bāz in which he answers questions from the listeners on jurisprudential issues.

Side B: A continuation of the recording on side A. the speaker answers more questions from the listeners on jurisprudential issues. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 258 | Tape 258. A speech on the Islamic revival<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise and audio quality is poor. Side A 47:05 min. Side B 41:44 min.

Side A: A recording of a speech on the Islamic revival and its role in changing the society. Then speaker reviews stages from the modern history when the revivals arose in different historical periods.

Side B: Continuation of the speech from side A. background noise from 36:26 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 260 | Tape 260. Q&A on jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Side A 23:31 min. Side B 23:28 min.

Side A: A recording of a Q&A on many different jurisprudential issues.

Side B: Continuation of side A. A recording of a Q&A on many different jurisprudential issues. From 15:00 to the end of side B, recitation from the Qurʾān of Surat al-hamzah verses 1-9, al-fil verses 1-5, Quraysh verses 1-4, al-Māʿūn verses 1-7, al-Kawthar verses 1-3, al-Kāfirūn verses 1-6, al-naṣr verses 1-3, al-Masad verses 1-5, al-nās verses 1-6, and a prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 261 | Tape 261. A conversation about peace with Israel | 1996 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:30 min. Side B 29:24 min.

Side A: A recording of a conversation on reconciliation and the normalization of relations between Israel and some Arabic countries such as Egypt and Jordan.

Side B: The conversation on this side of the tape is about the peace agreement between Palestinians and Israelis and in general on reconciliation between Muslims and the followers of other religions. From 20:31 a recording of a speaker narrates stories about people who converted from Christianity to Islam. From 24:08 continuation of the first recording this is interrupted then by a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 262 | Tape 262. Q&A on jurisprudential issues | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:20 min. Side B 30:09 min.

Side A: A recording of a Q&A on many different jurisprudential issues.

Side B: Continuation of side A. A recording of a Q&A on many different jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 263 | Tape 263. A sermon on the unity of the Islamic nation | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 29:43 min. Side B 29:10 min.

ASH 031528

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a sermon on unity among Muslims, the elements of this unity, and the related texts from the Qur'ān and Hadiths.

Side B: Continuation of the sermon from side A on the necessity of unity and brotherhood among Muslims and avoiding any matters dividing the Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

265  Tape 265. A recitation from the Qur'ān and a prayer          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 39:43 min. Side B 39:21 min. Speaker: Muḥammad al-Barrāk.

Side A: A recording of a recitation from the Qur'ān from al-tarāwīḥ prayer of Surat al-Fātiḥah verses 1-7, al-mulk verses 1-30, al-Qalam verses 1-52, al-ḥāqqah verses 1-52, al-Ma'ārij verses 1-44, Nūḥ verses 1-28, al-jinn verses 1-28, al-muzzammil verses 1-20, and al-muddaththir verses 1-30.

Side B: A recitation from the Qur'ān from al-tarāwīḥ prayer of Surat al-muddaththir verses 31-56, al-qiyāmah verses 1-40, al-dahr verses 1-31, al-mursalāt verses 1-50, and a prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

266  Tape 266. A sermon on a predicted war against Islam          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:20 min. Side B 45:06 min.

Side A: A recording of a sermon on a predicted war. The speaker expects a conspiracy and a war to invade his country an urges people to prepare for Jihad and fighting.

Side B: A recording of a preaching on death. From 15:20 a recording of a sermon on a predicted war in which the speaker urges Muslims to unite to confront this war. From 33:06 a recording of a sermon on Muslims unity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

267  Tape 267. A preaching on proselytizing Islam          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:31 min. Side B 45:37 min. Place: Saudi Arabia.

Side A: A recording of a preaching on committing to the ethics and provisions of the Islamic religion and ways of proselytizing Islam.

ASH 031529

Tape 267. A preaching on proselytizing Islam

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 100

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The speaker continues preaching the audience on committing to the provisions of the Islamic religion and ways of proselytizing Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

268    Tape 268. A sermon on Jihad                                                                      1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:35 min. Side B 31:35 min.

Side A: A recording of a sermon on Jihad. The speaker directs his speech to Muslims calling for Jihad and speaks about international conspiracies against Jihad.

Side B: The same speaker talks about the role of some Muslim clerics in Jihad such as Sulaymān ibn ʿAbd al-Wahhāb who is a descendent of Muḥammad ibn ʿAbd al-Wahhāb. He speaks about the attempts to assassinate ʿAbd Allāh ʿAzzām and eventually his death. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

269    Tape 269. A lecture titled "the cultural invasion"                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:57 min. Side B 44:13 min. Speaker: Saʿd ibn ʿAbd Allāh al-Burayk.

Side A: A recording of a lecture on the cultural invasion which targets Islam. The speaker defines the cultural invasion term and explains its reasons, characteristics, and means and how it targets Muslims.

Side B: Continuation of the lecture from side A. the speaker explains more types and means of cultural invasion. From 41:00 A recitation from the Qurʾān of Sura al-Mujādalah verses 1-9.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

270    Tape 270. A religious preaching on repentance                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 28:59 min. Side B 29:07 min.

Side A: A recording of a preaching on repentance of sins. The speaker narrates stories on the moments of death and what a person feels during the moments of death.

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker continues the preaching and narrates stories, Hadiths, and texts from the Qurʾān on death and the judgment day. He concludes his preaching with a prayer for Mujahideen in Palestine and Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

271   Tape 271. A sermon on Jihad                                             Circa 1965-1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:18 min. Side B 44:00 min.

Side A: A recording of a sermon on Jihad. The speaker starts the sermon with describing the worldly life, death and the resurrection day and how the human ends up to paradise or hell.

Side B: In this part of the sermon, the speaker talks about Jihad and incites people for it and considers Jihad expiation for all sins.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

272   Tape 272. A sermon on repentance                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 22:23 min. Side B 22:18 min.

Side A: A recording of a sermon on repentance. The speaker concludes that Jihad is the proper way to repentance.

Side B: The speaker continues his sermon. He preaches the audience to repent from sins. From 12:56 a recording of part of another sermon on death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

273   Tape 273. A sermon on the assassination of ʿAbd Allāh ʿAzzām           1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:30 min. Side B 23:28 min.

Side A: A recording about the assassination of ʿAbd Allāh ʿAzzām. The speaker laments him, narrates the detailed story of his murder, and speaks about his role in Jihad in Afghanistan. The speaker also talks about the execution of Sulaymān ibn ʿAbd al-Wahhāb who is a descendent of Muḥammad ibn ʿAbd al-Wahhāb.

Side B: The speaker tells more stories on the murder of ʿAbd Allāh ʿAzzām and his final moments before he died. He calls for joining Jihad which, in his opinion, is the way to spread

ASH 031531

Tape 273. A sermon on the assassination of ʿAbd Allāh ʿAzzām

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 102

| Box | Description | Date(s) |
|-----|-------------|---------|

Islam. From 19:02 a recitation from the Qurʾān of Surat al-Tawbah verses 38-39 and al-māʾidah verses 51-54.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**274**  Tape 274. A sermon on the Promotion of the Virtue and the Prevention of Vice     Circa 1989-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and echo especially on side B but audio is intelligible. Side A 22:05 min. Side B 21:42 min.

Side A: A recording of a sermon on the role of the committee of the Promotion of the Virtue and the Prevention of Vice in societal reform and the prevention of manners that conflict with the Islamic laws in Saudi Arabia.

Side B: The speaker praises the members of the committee of the Promotion of the Virtue and the Prevention of Vice. From 13:28 a recording of the proceedings of the "Arab Youth conference" which was held in Kansas city, Missouri USA in December 1989.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**275**  Tape 275. A recording of Jumʿah sermon     1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:49 min. Side B 30:48 min. Speaker: ʿAbd al-Wahhāb al-Ṭurayfī and Saʿd al-Burayk.

Side A: A recording of a Jumʿah sermon on the incident when over 5000 pilgrims were crushed to death in Al-Muʾaisim tunnel in Saudi Arabia. The speaker accuses Iran of being behind this incident. From 20"05 a recording of another sermon on Jihad in Afghanistan.

Side B: A continuation of the sermon on Jihad in Afghanistan. The speaker talks about "international conspiracy" against Jihad and withdrawal of weapons from the black market so that Mujahideen will not be able to find any weapons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**276**  Tape 276. A variety of recordings     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 24:02 min. Side B 24:09 min.

ASH 031532

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a sermon about the commitment of Muslims to their religion. The speaker believes that Muslims who are fully committed to Islamic teachings are very few. From 21:53 recitation from the Qurʼān of Surat al-ʻAnkabūt verse 41, al-Rūm verses 1-7, and Luqmān verse 11.

Side B: A recording of a live combat training. The speaker explains military plans including Guerilla warfare tactics and the stages of attacking the enemy and pouncing the target. Gun fire is heard and communications using a radio as well. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

277   Tape 277. A preaching on death                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A is a duplicate of Tape 276, Side A. Side A 22:53 min. Side B 23:00 min.

Side A: Duplicate of Tape 276, Side A.

Side B: A recording of a preaching on death. The speaker addresses the issue of committing to the teachings of Islam, speaks about the inevitable death, and calls for committing to the religion before the raid of death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

278   Tape 278. A preaching on repentance                                       Circa 1988-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:19 min. Side B 31:00 min.

Side A: A recording of a preaching about committing and atonement of sins and repentance. The speaker cites the opinions of Ibn Taymīyah and ibn al-Jawzī related to guilt and atonement.

Side B: The same speaker continues his preaching and narrates stories about the moments of death and repentance. From 16:22 a recording of a preaching by another speaker about repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

279   Tape 279. A preaching on sins and repentance                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:44 min. Side B 28:41 min.

ASH 031533

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a preaching on sins and repentance which includes pertinent texts from the Qurʾān and stories about committing sins and repentance.

Side B: The speaker continues his preaching on repentance and cites verses from the Qurʾān and stories pertinent to this subject.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

280    Tape 280. A sermon on Jihad                                                 Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 268].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

281    Tape 281. A sermon on repentance                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 22:32 min. Side B 22:30 min.

Side A: The speaker continues his sermon and advices people to go for al-ʿUmrah in Makkah. From 4:38 a recording of a speaker who describes the horrors of the day of resurrection, the voices of the wailing listeners is heard.

Side B: A recording of a sermon on piety of God, avoiding sins and repentance. The speaker talks about death and the judgment day and believes that the worldly life is a divine probation to human beings.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

282    Tape 282. A recitation from the Qurʾān and a prayer                        Circa 1997-1998
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:03 min. Side B 21:20 min. Speaker: Muḥammad al-Barrāk.

Side A: A recording of a recitation from the Qurʾān from al-tarāwīḥ prayer of Surat al-Fātiḥah verses 1-7, al-Aḥqāf verses 1-35, al-Jumʿah verses 1-11, and al-Munāfiqūn verses 1-11 and a prayer.

Side B: A continuation of the prayer from al-tarāwīḥ prayer.

Preservation masters
*2 computer files (WAV)*

ASH 031534

Tape 282. A recitation from the Qur'ān and a prayer

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 283 | Tape 283. A preaching on death and repentance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

283

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:48 min. Side B 30:38 min.

Side A: Continuation of the second preaching on side B. from 10:43 another recording of a preaching by the same speaker on avoiding sins and forbidden things, repentance, and forgiveness.

Side B: A recording of a preaching on death, committing sins, and repentance. From 16:56 another recording of a preaching by the same speaker on death, avoiding sins, and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

284     Tape 284. A preaching on death and repentance                              Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 283].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

285     Tape 285. A preaching on repentance                                        Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 278].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

286     Tape 286. Sermons on Jihad in Afghanistan and the collapse of communism     1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:02 min. Side B 23:12 min.

Side A: Recording is faint and audio is unintelligible. From 4:03 a recording of a sermon on Jihad in Afghanistan and the difficult conditions, such as the climate, which hinder supplies reaching the fighters. The speaker calls for supporting Mujahideen with donations. From 16:30 a recording of another sermon on Jihad.

ASH 031535

Tape 286. Sermons on Jihad in Afghanistan and the collapse of communis [...]    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 106

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: A recording of a sermon on the collapse of communism. The speaker talks about the collapse of the Soviet Union and believes that Jihad in Afghanistan is the main reason for that collapse.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

287    Tape 287. A lecture on the Muslim women                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:02 min. Side B 41:42 min. Place: Saudi Arabia.

Side A: A recording of a lecture on women's rights and freedoms in the Islamic perspective. The speaker compares the perception of the women's rights and freedoms in the Muslim and non Muslim societies. He narrates stories from the history of Islam on the life and attitude of some Muslim women.

Side B: The speaker narrates stories from the history of Islam on the life and attitude of some Muslim women. He calls the audience to donate for the Mujahideen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

288    Tape 288. A sermon on al-Ba'th party                                              Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:44 min. Side B 23:48 min.

Side A: A recording of a sermon on al-Ba'th party. The speaker addresses the establishment of al-Ba'th party, its intellectual approach, ideology, and relationship with the Islamic religion. He assaults al-Ba'th as a secular party contrary to the principles of Islam.

Side B: The speaker continues his sermon and calls for Jihad against al-Ba'th and the infidels.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

289    Tape 289. A preaching on repentance                                              Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 278].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 290 | Tape 290. A lecture on eschatology<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 43:35 min. Side B 43:12 min.

Side A: The speaker continues his lecture and narrates stories about the Prophet's companions and brotherhood among Muslims. From 29:29 a recitation from the Qurʾān of Sura al-Anʿām verses 81-118.

Side B: A recording of a sermon on eschatology. The speaker addressees the topics of human deeds in life and God's judgment after the resurrection day.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 291 | Tape 291. A lecture on justice<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Comments: Side A 30:30 min. Side B 30:30 min. Place: Yemen.

Side A: A recording of a lecture on justice, the forms of injustice, and the need to eradicate injustice. The speaker cites verses from the Qurʾān and stories from the life of the prophets about justice.

Side B: The speaker tells stories on eradicating injustice and achieving justice. From 13:50 recording of celebration of the Prophet's birthday which includes sermons and reciting poetry in praising the Prophet Muḥammad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 292 | Tape 292. A lecture on Islam<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Comments: The language used is English. Side A 31:13 min. Side B 31:47 min. Speaker: ʿAbd Allah ibn ʿUmar Naṣif.

Side A: The lecture starts with a recitation from the Qurʾān of Sura Fuṣṣilat verses 33-36 , then the speaker translates the verses into English for the audience. Then the speaker gives a lecture on Islam as a religion of humanity and reviews the basic principles of Islam.

Side B: This side starts with a call for prayer then from 4:15 a continuation of the lecture on side A. The speaker explains more basic principles of the Islamic religion and answers questions from the audience on several issues including Jihad. the recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

ASH 031537

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

293   Tape 293. A lecture titled "milestones in the methodology of thinking"   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:41 min. Side B 43:35 min. Speaker: Bishr ibn Fahd al-Bishr. Place: Saudi Arabia.

Side A: A recording of a lecture on contemplation in the situation of the nation. The speaker clarifies that contemplation is an order from God. He criticizes the economical, social, and political conditions of Muslims and Islamic countries.

Side B: The speaker provides tips to the audience about contemplation, verifying matters, and benefit from the past experiences to find solutions to various issues and problems faced by Muslims. From 39:55 another recording of a preaching on the month of Ramaḍān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

294   Tape 294. A lecture on Wahhabism   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:36 min. Side B 29:37 min. Speaker: Bishr ibn Fahd al-Bishr. Place: Saudi Arabia.

Side A: A recording of a lecture on Muḥammad ibn 'Abd al-Wahhāb. The speaker addresses the situation in the Islamic countries before and after Muḥammad ibn 'Abd al-Wahhāb, his biography, and his religious methodology.

Side B: the speaker talks about the opposition encountered by Wahhabism, the reasons of the opposition, and the proliferation of it.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

295   Tape 295. A lecture titled "Factors of victory and defeat in the history of   Circa 1965-2000
Islam"
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:16 min. Side B 30:09 min. Speaker: Bishr ibn Fahd al-Bishr.

Side A: A recording of a lecture on Muslims victory and defeat across history and the reasons of each. The speaker talks about the economical and social subordination of the Muslim countries to the Western countries as a form of defeat.

Side B: The speaker addresses the factors and reasons of the defeat of Muslims during different stages of history.

ASH 031538

Tape 295. A lecture titled "Factors of victory and defeat in the histo [...]"    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 109

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

296    Tape 296. A lecture on monotheism                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 37:56 min. Side B
40:50 min.

Side A: The speaker explains the concept of monotheism and faith in the only God according to
the Islamic perspective.

Side B: A recording of a lecture on monotheism. The speaker talks about the oneness of God
and the ways to believe in this principle, the uniqueness of God, and the virtues of monotheism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

297    Tape 297. A sermon on mothers                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:51 min. Side B 28:34 min. Place: Saudi Arabia.

Side A: A recording of a sermon on mothers. The speaker addresses the role of mothers in
education and raising the society, the stature of women in Islamic society, and practicing of work
by women in Saudi Arabia.

Side B: The speaker criticizes and assaults practicing of any form of work by women and their
demanding to drive vehicles in Saudi Arabia. From 23:16 a recording of a prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

298    Tape 298. A sermon on proselytizing Christianity                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 46:03 min. Side B
46:03 min.

Side A: The speaker addresses the impact of the foreign media in its different forms such as
press and television on the Islamic countries.

Side B: A recording of a sermon on proselytizing Christianity as a significant threat to Islam. The
speaker recites Qur'ãnic texts on prophets.

Preservation masters
*2 computer files (WAV)*

ASH 031539

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

| 299 | Tape 299. A lecture on the Promotion of the Virtue and the Prevention of Vice | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:13 min. Side B 46:07 min. Speaker: Ṣāliḥ ibn 'Abd Allāh Darwīsh.

Side A: A recording of a lecture on the Promotion of the Virtue and the Prevention of Vice Committee. The speaker explains his view in this principle according to the terms of jurisprudence.

Side B: The speaker explains the mechanism of the application of the Promotion of the Virtue and the Prevention of Vice. He cites the advisory opinion of Ibn Taymīyah and answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 300 | Tape 300. A lecture on reconciliation | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 40:45 min. Side B 39:26 min.

Side A: A speaker gives a lecture about conflicts arise among people for different reasons and the ways to reconciliation.

Side B: The speaker narrates stories from the time of the Prophet Muḥammad about some conflicts and disputes among Muslims and how to intervene to solve these problems and to reconcile the opposing parties.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 301 | Tape 301. A sermon on Ramaḍān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:13 min. Side B 32:02 min.

Side A: A recording of a sermon about commitment to worship in Ramaḍān. The speaker criticizes people's commitment to worship in the month of Ramaḍān and quitting after the end of it.

Side B: The recording is faint at the beginning of this side and audio is unintelligible. From 5:20 there is a continuation of the sermon from side A. the speaker talks about prayers and worship in Ramaḍān and asks people to continue the same commitment in the other months as well.

Preservation masters
*2 computer files (WAV)*

ASH 031540

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

**302**    Tape 302. A sermon addressed to the Muslim youth    1997
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:54 min. Side B 47:42 min.

Side A: Recording of a sermon addressed to the youth on commitment to the Islamic religion and repentance from sins.

Side B: The speaker gives the advice to youths and parents about choosing a friend and tells stories pertinent to this subject.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**303**    Tape 303. A sermon on commitment to religion    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:07 min. Side B 41:01 min. Speaker: Ibrāhīm ibn ʿAbd Allāh al-Duwaysh.

Side A: A recording of a sermon on monotheism, loyalty in worship for God only, commitment to religion, and repentance.

Side B: The speaker tells Hadiths about commitment to religious teachings and worship.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**304**    Tape 304. A sermon on the good characteristics of the Muslim    1994
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:43 min. Side B 43:48 min. Speaker: Ibrāhīm ibn ʿAbd Allāh al-Duwaysh.

Side A: A recording of a sermon on the good characteristics that a Muslim should have such as honesty, loyalty, and devotion.

Side B: The speaker narrates some stories and situations to the audience on good manners.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**305**    Tape 305. A sermon on the situation in Palestine    2000
*1 audiocassette*
Arabic

Tape 305. A sermon on the situation in Palestine

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 112

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Side A 27:52 min. Side B 26:22 min.

Side A: A recording of a sermon on the situation in Palestine. The speaker talks about the suffering of Palestinians and criticizes the Arabic media's failure in showing this suffering.

Side B: The speaker urges Muslims to stand by Palestinians. He falsifies calling for peace by Israel. He believes that what's happening in Palestine and Chechnya is the major cause of extremism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

306     Tape 306. A sermon on death                                         Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Comments: Audio quality is excellent. Side A 46:24 min. Side B 46:11 min.

Side A: A recording of a sermon about death. The speaker tells a story of a woman who died with her daughter in a car accident and the influence on the father who was the only one who has survived the accident.

Side B: The speaker tells more stories on committing sins and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

307     Tape 307. A sermon on addiction                                     Circa 1997-2000
        *1 audiocassette*
        Arabic

Summary (English)

Comments: Side A 47:31 min. Side B 47:23 min. Speaker: Ibrāhīm ibn ‘Abd Allāh al-Duwaysh.
Place: Saudi Arabia.

Side A: A recording of a sermon on addiction. The speaker warns of addiction to alcohol or drugs believed to be the cause of destruction of communities. He provides statistics about the quantities of drugs that have been seized in Saudi Arabia and other Arabic countries.

Side B: The speaker tells stories about addiction to drugs and its consequences.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

308     Tape 308. A sermon on supplication to God                           Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Tape 308. A sermon on supplication to God

| Box | Description | Date(s) |
|---|---|---|

Comments: Side A 39:10 min. Side B 38:42 min. Speaker: Ibrāhīm ibn ʿAbd Allāh al-Duwaysh. Place: Saudi Arabia.

Side A: A recording of a sermon on supplication and prayer to God in the event of calamities. The speaker tells prayers from the Prophet to removing anguish and grief.

Side B: The speaker continues his sermon and calls for praying to God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

309    Tape 309. A sermon on good deeds                                          1994
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:06 min. Side B 31:20 min. Speaker: Ibrāhīm ibn ʿAbd Allāh al-Duwaysh.

Side A: A recording of a sermon on good deeds that must be faithfully carried out by Muslims in the faith of God and not for worldly purposes. The speaker cites Ibn Taymīyah's advisory opinion in this issue.

Side B: The speaker tells stories about asceticism and good deeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

310    Tape 310. A sermon addressed to the Muslim youth                 Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 302].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

311    Tape 311. A sermon on adultery                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The speaker stammers. Side A 47:09 min. Side B 45:52 min.

Side A: Recording is faint and audio is unintelligible.

Side B: A recording of a sermon on adultery: the reason it's prohibited and its legitimate punishment. The speaker rejects mixing of men and women. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 312 | Tape 312. A recitation from and interpretation of the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio quality is very poor especially on side A. Side A 31:27 min. Side B 30:36 min.

Side A: This side starts with background noise then a recording of a speaker who recites verses from the Qurʾān and followed by another speaker who interprets these verses.

Side B: The speaker continues the interpretation of the verses and answers questions from the audience. From 11:24 a recitation from the Qurʾān of Surat al-Māʾidah verses 114-120 and al-Anʿām verses 1-67.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 313 | Tape 313. A sermon on fate and divine decree<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 29:25 min. Side B 29:24 min.

Side A: A recording of a sermon on fatalism. The speaker reviews advisory opinions of some Salafi scholars on fate and divine decree and explains these opinions to the audience.

Side B: The speaker reads verses of poetry to the audience on fate and divine decree. Other speakers talk about fatalism and patience in the face of calamity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 314 | Tape 314. A sermon on the elements of power of life<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording is faint and audio is unintelligible on most parts of the audio tape. Side A 44:56 min. Side B 44:53 min. Speaker: ʿAbd al-Raḥmān ibn Muḥammad al-Dawsarī.

Side A: The speaker talks about his belief in the elements of power of life and explains each to the audience.

Side B: The speaker calls to uphold the elements of power which he had mentioned and explained.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 315 | Tape 315. Q&A session on different issues<br>*1 audiocassette*<br>Arabic | Date: Circa 1979-2000 |

ASH 031544

Tape 315. Q&A session on different issues

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Audio quality is very poor. Side A 31:13 min. Side B 31:13 min.

Side A: A recording of Q&A session on different issues such as Jihad and establishing Islamic state in Afghanistan, the Islamic revolution in Iran, a revolution in Afghanistan, and watching television.

Side B: The same speaker answers more questions on Jihad in Afghanistan, the commitment of Muslim youth to religion, and other issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

316    Tape 316. A lecture on self resistance to desires and passions      1974
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 44:50 min. Side B 44:50 min.
Speaker: ʿAbd al-Raḥmān ibn Muḥammad al-Dawsañī.

Side A: A recording of a lecture on self resistance to desires and passions. The speaker interprets verses from the Qurʾān on related to this issue. From 22:50 another recording for the same speaker in which he reads a poem.

Side B: The speaker preaches on Jihad and answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

317    Tape 317. A lecture on migration in Islam      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:43 min. Side B 43:45 min.

Side A: A recording of a lecture on the migration of Muslims at the time of the Prophet. The speaker addresses the issue of correlation of Islam with politics. He believes that separation of religion from politics is the reason of Muslims' weakness.

Side B: The speaker talks about the need of the promotion of virtue and prevention of vice and establishing an Islamic state.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

318    Tape 318. A lecture on migration in Islam      Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 317].

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

319   Tape 319. A lecture on self resistance to desires and passions          Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 316].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

320   Tape 320. A speech about progressive regimes                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and audio quality is poor. Side A 43:44 min. Side B 43:42 min.

Side A: A recording of a speech about the progressive regimes, racial discrimination in some countries such as the United States and India, communism, and other varied subjects. The speaker answers questions from the audience on different jurisprudential issues.

Side B: The speaker talks about the Islamic conquests for several countries and the consequent dissemination of the Islamic concepts and civilization.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

321   Tape 321. Q&A session on jurisprudential issues                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:16 min. Side B 31:44 min.

Side A: Duplicate of Tape 315, Side B.

Side B: Duplicate of Tape 315, Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

322   Tape 322. A sermon on the Islamic religion                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio quality is poor. Side A 31:33 min. Side B 31:35 min.

ASH 031546

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a sermon on the Islamic religion in which the speaker explains some of the teachings, objectives, and requirements of Islamic religion.

Side B: The speaker talks about the prohibition of seeking help from the "infidels", such as military assistance. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

323    Tape 323. A sermon on the divine mercy                                    Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 46:50 min. Side B 47:25 min.

Side A: A recording of a sermon on the divine mercy. The speaker explains that application of mercy among humans is a divine order but conditioned with establishment of an Islamic state in order to be achieved. He criticizes the opinions of some Islamic scholars in introducing and defining Islam especially to the West.

Side B: The speaker answers different questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

324    Tape 324. A sermon on God's piety                                         Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 21:49 min. Side B 20:42 min.

Side A: A recording of a sermon on God's piety which includes reading and interpreting verses from the Qur'ān, stories, and Hadiths pertinent to this subject.

Side B: A recording of another sermon which includes reading and interpreting verses from the Qur'ān. From 13:42 recitation from the Qur'ān of Surat al-Jāthiyah verses 24-37 and al-Aḥqāf verses 1-12.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

325    Tape 325. A sermon on the pillars of faith                               Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Sound quality is very poor. Side A 46:18 min. Side B 44:19 min.

Side A: A recording of a sermon on the pillars of faith such as pilgrimage (al-ḥajj). The speaker defines pilgrimage (al-ḥajj), its reasons, and the origin of this obligation. The speaker talks about

ASH 031547

| Box | Description | Date(s) |
|---|---|---|

the origin of Arabs, the prophetic messages, and the prophets sent by God to the Arab people in the Arab peninsula.

Side B: The speaker continues his sermon and talks about commitment to the Islamic teachings as they appeared in the Qurʾān and Hadith and the need to avoid all that was forbidden by God and the Prophet. From 31:50 a recitation from the Qurʾān of Surat al-Jāthiyah verses 24-37 and al-Aḥqāf verses 1-26.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 326 | Tape 326. Q&A session on Jurisprudential issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:19 min. Side B 29:49 min.

Side A: Recording is faint and audio is unintelligible.

Side B: A recording of Q&A session on prayer and on the Islamic punishment of theft by cutting off the hand of the burglar. From 14:40 recording is faint and audio is unintelligible. Background noise from 19:00 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 327 | Tape 327. A sermon on adultery<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 311].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 328 | Tape 328. A poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1984-2000 |

Summary (English)

Comments: Side A 45:42 min. Side B 45:42 min. Speaker: ʿAshmāwī, ʿAbd al-Raḥmān Ṣāliḥ. Place: Saudi Arabia.

Side A: A recording of a poetry reading by an Islamic poet. The poet reads a number of poems in which he criticizes the situation of the Islamic nation.

Side B: The speaker reads more poems about the situation of the Islamic nation, women, and speaks about Islamic literature.

Preservation masters
*2 computer files (WAV)*

ASH 031548

Tape 328. A poetry reading

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 329 | Tape 329. Q&A session on different issues<br>*1 audiocassette*<br>Arabic | Circa 1979-1991 |

Summary (English)

Comments: Audio quality is poor. Side A 30:56 min. Side B 30:53 min.

Side A: A recording of Q&A session on different issues such as times of supplication, the situation of Muslims in the former Soviet Union, the Islamic ruling on men's clothes, and the advantages of reading.

Side B: The speaker answers some questions about the Islamic revolution in Iran, a revolution in Afghanistan, watching television, and prayer. From 19:20 a recording of a sermon on migration in Islam. The recording cuts of at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 330 | Tape 330. A sermon on Muslim women<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 30:40 min. side B 31:09 min.

Side A: A recording of a sermon on Muslim women and their role and place in society, marriage, and the high cost of dowry. The speaker narrates stories about the wives of the Prophet and advices the Muslim wives on education and work. From 26:10 the speaker leads a congregational prayer with the audience.

Side B: A recording of another sermon by the same speaker on Muslim women. The speaker advises the Muslim women to commit to the teachings of Islam as they appeared in the Qurʾān and to disregard the calls for women's liberty and equality with men. From 22:30 the speaker leads a congregational prayer with the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 331 | Tape 331. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 30:54 min. Side B 30:57 min.

Side A: A recitation from the Qurʾān of Sura al-Kahf verses 1-34.

Side B: A recitation from the Qurʾān of Sura al-Kahf verses 31-38. From 4:00 a recitation from the Qurʾān of Sura al-Shūrá verses 1-25.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 332 | Tape 332. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 27:52 min. Side B 27:51 min. Speaker: ʿAbd al-Raḥmān al-Sudays.

Side A: A recitation from the Qurʾān of Surat Maryam verses 1-98 and Ṭāhā verses 1-97.

Side B: A recitation from the Qurʾān of Surat Ṭāhā verses 98-135 and al-Anbiyāʾ verses 1-112. From 25:10 a recording of a prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 333 | Tape 333. A lecture on Islam<br>*1 audiocassette*<br>Arabic | Circa 1979-2000 |
|---|---|---|

Summary (English)

Comments: Side A 46:17 min. Side B 24:56 min. Speaker: Jumʿah ʿAlī al-Khūlī.

Side A: The lecture starts with a recitation from the Qurʾān of Sura Fuṣṣilat verses 30-36 followed by an introduction to the speaker. Then the speaker gives a lecture on the continuity of Islam in which he explains in detail the meaning of the word "Islam" and speaks about the beginning of the Islamic message and its continuity and dissemination through the Islamic conquests.

Side B: The speaker talks about resistance and rejection of the Muslim countries and people to the military and cultural invasion. He believes that Islam is the major motivation to the liberation movements and revolutions in the Arabic and Muslim countries.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 334 | Tape 334. A lecture on the interpretation of the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1973-1978 |
|---|---|---|

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:04 min. Side B 20:35 min.

Side A: A recording of a lecture on the interpretation of the Qurʾān. the speaker explains the meaning and types of interpretations. He addresses the issue of understanding the meanings in the Qurʾān in addition to reading and memorizing it by studying the Qurʾānic texts with reference to the books of interpretations.

Side B: The speaker addresses and criticizes the interpretation of the Qurʾān by some of Islamic sects such as Sufis and by some interpreters such as al-Rāzī.

Preservation masters
*2 computer files (WAV)*

ASH 031550

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 122 of 461
Tape 334. A lecture on the interpretation of the Qurʾān

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 121

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

335    Tape 335. A lecture on education              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:33 min. Side B 29:30 min.

Side A: A speaker gives a lecture on particularly religious education and speaks about the role of the Prophet Muḥammad in delivering and teaching the message of Islam to people.

Side B: The speaker continues his lecture and talks about the role of the Prophet Muḥammad in teaching Islamic religion to people, cites verses from the Qurʾān and Hadiths, and answers questions from the audience. From 21:48 a recitation from the Qurʾān of Sura al-Anʿām verses 1-10.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

336    Tape 336. A sermon on passion              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:23 min. Side B 35:40 min.

Side A: A recording of a sermon on passion, its definition in the Qurʾān, its treatment, and the reviews of some Islamic scholars of this subject. The speaker narrates stories and tells some advisory opinions pertinent to this subject.

Side B: The speaker talks about lust and adoration as some of the reasons for deviation from the Islamic religion, their impact on humans, and how to resist them.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

337    Tape 337. A recitation from the Qurʾān          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:39 min. Side B 43:46 min.

Side A: A recitation from the Qurʾān of Surat Yūsuf verses 68-111; al-Raʿd verses 1-43, and Ibrāhīm verses 1-27.

Side B: A recitation from the Qurʾān of Surat Ibrāhīm verses 28-52, al-Hijr verses 1-99, and al-naḥl verses 1-78.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031551

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 123 of 461
Tape 338. A recording of an explanation of combat plans and battles in [...]        Islamic fundamentalist audio recordings
collection
MS 1880 - Page 122

| Box | Description | Date(s) |
|---|---|---|
| 338 | Tape 338. A recording of an explanation of combat plans and battles in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 30:56 min. Side B 30:51 min.

Side A: A recording of a speaker who explains tactical combat plans and talks about details of battles that took place in Afghanistan between Mujahideen and commando forces.

Side B: The speaker discusses with others in detail a military plan to attack a location in Afghanistan. He addresses many potential attack and defense tactics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 339 | Tape 339. A session on the Islamic Caliphate<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:54 min. Side B 30:59 min.

Side A: The speaker answers questions from the audience on self defense and fighting enemies.

Side B: A recording of a session on the Caliphate and the legitimate duty of choosing a Caliph. The speaker reviews and explains the advisory opinion of Ibn Taymīyah in this issue.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 340 | Tape 340. A lecture on explosives<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Audio quality is very poor. The language used is Egyptian dialect. Side A 29:23 min. Side B 28:43 min.

Side A: A recording of a lecture on the types of explosives, materials used in making bombs, and the explosive impact of bombs on different structures such as buildings and bridges.

Side B: The speaker explains the stages of ignition and the associated physical and chemical changes on the explosive materials which lead to explosion. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031552

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 124 of 461

Tape 341. A sermon on the Promotion of Virtue and the Prevention of Vi [...]     Islamic fundamentalist audio recordings
collection
MS 1880 - Page 123

| Box | Description | Date(s) |
|-----|-------------|---------|
| 341 | Tape 341. A sermon on the Promotion of Virtue and the Prevention of Vice<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:20 min. Side B 46:03 min. Speaker: Muḥammad Ibn ʿAbd Allāh al-Fuhayd. Place: Saudi Arabia.

Side A: The speaker explains the principle of the Promotion of Virtue and the Prevention of Vice, the texts from the Qurʾān and Hadith which addressed this principle, and the task of the committee which is in charge of applying that principle in Saudi Arabia.

Side B: The speaker emphasizes on the importance of applying the Promotion of Virtue and the Prevention of Vice and recalls that it is a duty of every Muslim, not only governments.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 342 | Tape 342. A seminar on Arabic language grammar<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:42 min. Side B 31:33 min.

Side A: A recording of a seminar on the Arabic grammar and Iʿrāb. The speaker explains to the audience Arabic language grammatical issues and discusses Iʿrāb and gives many examples on that. Background noise from 27:20 to the end of side A.

Side B: The speaker explains more grammatical issues and gives more examples on Iʿrāb. Background noise from 29:55 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 343 | Tape 343. A speech on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

Summary (English)

Comments: Recording quality is poor. Side A 28:11 min. Side B 15:12 min.

Side A: A recording of a speech in one of the Mujahideen camps. A speaker talks about Jihad as a duty on Muslims and its virtues and narrates stories of some of the Muslims conquests.

Side B: The speaker talks about the second Gulf war. He strongly criticizes the intervention of the US and multinational troops in the war and the presence of these troops in a Muslim territory. He believes that this is a crusade against Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031553

| Box | Description | Date(s) |
|-----|-------------|---------|
| 344 | Tape 344. A seminar on Arabic language grammar<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording quality is poor. Side A 24:31 min. Side B 24:33 min.

Side A: A recording of a seminar on the Arabic grammar and I'rāb. The speaker explains to the audience Arabic language grammatical issues and discusses I'rāb and gives many examples.

Side B: The speaker explains more grammatical issues and gives more examples on I'rāb. from 14:45 recitation from the Qur'ān of Surat al-Bayyinah verses 1-8, al-zalzalah verses 1-8, al-'Ādiyāt verses 1-11, al-qāri'ah verses 1-11, al-Takāthur verses 1-8.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 345 | Tape 345. A sermon on proselytizing Islam<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:07 min. Side B 31:07 min. Speaker: Māzin ibn 'Abd al-Karīm al-Furayḥ.

Side A: The speaker gives a sermon on the ways and means Muslims should use to preach the Islamic religion. The speaker reviews several advisory opinions of the Salafi scholars on proselytizing Islam.

Side B: A recording of another sermon on proselytizing Islam, the obstacles, and restrictions that prevent people from proselytizing religion and how to overcome these obstacles and restrictions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 346 | Tape 346. A speech about the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:54 min. Side B 30:54 min.

Side A: A recording of a speaker talking about the Qur'ān. the speaker reads many verses from the Qur'ān pertinent to the stature of the Qur'ān, its revelation to the Prophet Muḥammad, and the fact that the sacred texts of the Qur'ān are immutable.

Side B: The same speaker talks about the miracle of the Qur'ān and the inability to come up with a similar book as well as the role of the Prophet in clarifying and interpreting the Qur'ānic texts to people. From 7:50 a recording of Q&A on the Qur'ān and its recommended interpretation books. From 27:50 recitation from the Qur'ān of Surat al-layl verses 1-21, al-Ḍuḥā verses 1-11, and al-Sharḥ verses 1-3.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031554

| Box | Description | Date(s) |
|---|---|---|
| 347 | Tape 347. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:55 min. Side B 46:36 min. Speaker: Saʿd al-Ghāmidī.

Side A: A recording of a recitation from the Qurʾān of Surat al-mulk 1-30, al-Qalam1-52, al-ḥāqqah 1-52, al-Maʿārij 1-44, Nūḥ 1-28, al-jinn 1-28, al-muzzammil 1-20, al-Muddaththir 1-56, al-qiyāmah 1-40, al-dahr 1-31, and al-mursalāt 1-12.

Side B: A recording of a recitation from the Qurʾān of Sura al-Nabaʾ verse 15 to the end of the Qurʾān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 348 | Tape 348. A lecture on modernism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:28 min. Side B 30:27 min.

Side A: A recording of a lecture about modernity and its impact on Islam. The speaker talks about the concept of modernism in Arabic literature and poetry and reviews the opinions of some Arabic writers and poets such as Adonis.

Side B: The speaker reviews and criticizes the opinions of more Arabic writers and poets in modernism. He lists the names of those who are the symbols of modernism in Arabic literature such as Yūsuf al-Ṣāʾigh, Adonis, Nizār Qabbānī, and others. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 349 | Tape 349. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:44 min. Side B 29:27 min. Speaker: Saʿd al-Ghāmidī.

Side A: A recitation from the Qurʾān of Surat Luqmān 1-34, al-Sajdah 1-30, and al-Aḥzāb 1-26.

Side B: A recitation from the Qurʾān of Sura al-Aḥzāb 29-73, followed by a prayer till the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031555

| Box | Description | Date(s) |
|---|---|---|
| 350 | Tape 350. A recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 29:52 min. Side B 29:09 min.

Side A: A recitation from the Qur'ān of Surat al-mulk 1-30, al-Qalam 1-52, al-ḥāqqah 1-52, al-Ma'ārij 1-44, Nūh 1-28, and al-jinn 1-24.

Side B: A recitation from the Qur'ān of Surat al-jinn 25-28, al-Muzzammil 1-20, al-Muddaththir 1-56, al-qiyāmah 1-40, al-insān 1-31, and al-mursalāt 1-50. A recording of a prayer from 20:52 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 351 | Tape 351. A recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 42:04 min. Side B 41:54 min.

Side A: A recording of a recitation from the Qur'ān of Sura al-Tawbah 1-111.

Side B: A recording of a recitation from the Qur'ān of Surat al-Tawbah 112-129 and Yūnus 1-109.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 352 | Tape 352. A poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 29:59 min. Side B 31:02 min. Speaker: Aḥmad al-Qaṭṭān. Place: Kuwait.

Side A: A recording of a poetry reading. The speaker tells quaint situations which happened to him during his trips to the USA (New York) and to the Philippines and reads verses of poetry to the audience by Aḥmad Maṭar.

Side B: The speaker reads more poems of Aḥmad Maṭar. The speaker tells a quaint story about al-Aṣma'ī and reads a poem by him to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 353 | Tape 353. A sermon on terrorism<br>*1 audiocassette*<br>Arabic | 1993 |

ASH 031556

Tape 353. A sermon on terrorism

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 127

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. The language used is modern standard Arabic and Egyptian dialect. Side A 29:34 min. Side B 31:15 min.

Side A: The speaker talks about the position of Egyptian government against the Islamic groups and preachers accusing them of terrorism.

Side B: A recording of a sermon in which the speaker talks about the reality of terrorism. The speaker defines the terms "terrorism" and "terrorist" and talks about what the Muslims and the Prophet had suffered during conveying the message of Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

354   Tape 354. A recitation from the Qur'ān                            Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:47 min. Side B 30:49 min.

Side A: A recording of a recitation from the Qur'ān of Sura Yūsuf 1-100.

Side B: A recording of a recitation from the Qur'ān of Surat Yūsuf 101-111, al-Ra'd 1-43, and al-Shu'arā' 1-104.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

355   Tape 355. A lecture titled "Sharḥ al-'Aqīdah al-Wāsiṭiyah"         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:20 min. Side B 44:41 min. Speaker: Muḥammad ibn Ṣāliḥ al-'Uthaymīn. Place: Saudi Arabia.

Side A: A recording of a lecture on the explanation of al-Wāsiṭiyah creed of Ibn Taymīyah about principles of the religion and the methodology of Sunnis from the Salafi perspective.

Side B: Continuation of the lecture from side A. The speaker continues his discussion and then answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

356   Tape 356. A lecture on Jihad                                       Circa 1965-1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:39 min. Side B 30:33 min. Speaker: 'Abd Allāh 'Azzām.

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of 'Abd Allāh 'Azzām in which he interprets verses from the Qur'ān of Sura al-Tawbah about Jihad.

Side B: The speaker continues his lecture and talks about God's piety, asceticism, and Jihad with example stories.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

357    Tape 357. A sermon on faith                                           Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Recording quality is poor. Side A 30:48 min. Side B 31:08 min.

Side A: A recording of a sermon on faith. The speaker explains the signs of the believer and cites and interprets verses from the Qur'ān pertinent to this issue.

Side B: The speaker talks about Jihad and getting permission from parents before going to Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

358    Tape 358. A sermon on reconciliation                                  Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Audio quality is poor on side A. The language used is modern standard Arabic and Gulf dialect. Side A 30:35 min. Side B 30:15 min.

Side A: A speaker gives a sermon about conflicts that arise among people for different reasons and the ways to reconcile those conflicts. The speaker narrates stories about some conflicts and disputes among Muslims and how to intervene to solve these problems and to reconcile the opposing parties.

Side B: The speaker narrates more stories about some conflicts and disputes among Muslims and how to intervene to solve these problems and to reconcile the opposing parties. From 23:56 a recording of another sermon on reconciliation. The speaker tells Hadiths about reconciliation. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

359    Tape 359. A sermon on Jihad                                           Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 26:38 min. Side B 25:25 min.

ASH 031558

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a sermon on Jihad. The speaker talks about the virtues of Jihad, Jihad in Afghanistan, and battles that have taken place in Khost city in Afghanistan against the Soviets.

Side B: The speaker tells more details about the battles that have taken place in Khost city in Afghanistan against the Soviets.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

360    Tape 360. A sermon on Palestine                                    Circa 1988-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Audio quality is poor. Side A 23:09 min. Side B 22:29 min.

       Side A: The speaker addresses the discord among Muslims and believes that it is the main reason for Palestinians' suffering. The speaker calls for Palestinians to adhere to the Islamic religion.

       Side B: The speaker reads passionate poems about Palestine and calls for Palestinians to unify, to renounce their disagreements, and to adhere to the Islamic religion. From 5:27 a recording of another sermon by another speaker about hope and hopelessness. The recording cuts off at the end of side B.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

361    Tape 361. Sermons about the Qurʾān                                 Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Side A 30:39 min. Side B 30:43 min.

       Side A: A recording of sermons on the virtues of the Qurʾān. The speakers call for reading the Qurʾān and adherence to its teachings. The recording includes various recitations of verses from the Qurʾān.

       Side B: The speakers call for reading the Qurʾān and adherence to its teachings. The recording includes various recitations of verses from the Qurʾān.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

362    Tape 362. A sermon on Ramaḍān                                      Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Comments: Background noise but audio is intelligible. Side A 24:49 min. Side B 25:19 min.

ASH 031559

Tape 362. A sermon on Ramaḍān

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 130

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a sermon on Ramaḍān. the speaker directs his sermon to the Mujahideen about the virtues of the month Ramaḍān and the virtues and rewards of fasting Ramaḍān.

Side B: The speaker addresses the issue of the virtues of worships in Ramaḍān from fasting, prayer, and reading the Qurʾān and narrates Hadiths pertinent to this issue. From 13:35 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

363    Tape 363. A recitation from the Qurʾān                                1992
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 40:01 min. Side B 40:06 min. Speaker: Tawfiq al-Ṣāʾigh.

Side A: A recording of a recitation from the Qurʾān of Surat Yūsuf 1-111 and al-Raʿd 1-10.

Side B: A recitation from the Qurʾān of Surat al-Raʿd 10-43, Ibrāhīm 1-52, and al-Ḥijr 1-99.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

365    Tape 365. A sermon about the pious                            Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: There is no side A. Side B 48:16 min.

Side A: [Blank.]

Side B: A recording of a sermon on the pious. The speaker reads and interprets verses from the Qurʾān and Hadiths about the attributes of the pious.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

366    Tape 366. Sermons on prayer and singing                       Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 31:02 min. Side B 30:43 min.

Side A: A recording of sermons on prayer. The speaker addresses the virtues of prayer, the importance of punctuality with the prayer times, and the penalty for abandoning prayer. The speaker cites verses from the Qurʾān and Hadiths pertinent to these issues.

Side B: A recording of a sermon on singing. The speaker reads Hadiths concerning the prohibition of singing and playing musical instruments. From 26:58 a recording of a congregational prayer.

ASH 031560

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

367   Tape 367. A sermon about the signs of the day of resurrection   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:01 min. Side B 47:17 min. Speaker: ʻAbd Allāh ibn Ḥammād al-Rassī.

Side A: A recording of a sermon about the signs of the day of resurrection. The speaker lists some of the signs that precede the day of the resurrection such as the appearance of al-Masīḥ al-Dajjāl. the speaker tells Hadiths about the day of the resurrection.

Side B: The speaker answers questions from the audience about women, repentance, and other issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

368   Tape 368. A sermon about the Prophetic biography   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:18 min. Side B 29:30 min. Speaker: ʻAbd Allāh ibn Ḥammād.

Side A: A recording of a sermon about the Prophetic biography. The speaker tells stories about the phases of the Prophetic message from the revelation of Gabriel on the Prophet Muḥammad to the Prophet's migration from Mecca to al-Madīnah al-Munawwarah.

Side B: The speaker urges listeners to follow the Prophet and tells stories about the Prophet's illness and death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

369   Tape 369. A sermon on the resurrection day   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 27:31 min. Side B 27:46 min.

Side A: A recording of a sermon on the resurrection day. The speaker addresses the faith in the day of resurrection and the afterlife, the torment of the grave, and the final judgment ending in paradise or hell. The speaker recites verses from the Qurʾān about the resurrection day.

Side B: The speaker calls for repentance from sins, recites verses from the Qurʾān about repentance, and talks about the horrors of the resurrection day. A congregational prayer from 20:00 to the end of side B.

ASH 031561

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**370**  Tape 370. A sermon on death          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:55 min. Side B 30:10 min.

Side A: A recording of a sermon on death. The speaker describes the occurrence of death in humans and calls for adherence to the teachings of the Islamic religion.

Side B: A recording of another sermon about obedience to God and commitment to the teachings of Islam. The speaker describes the horrors of the resurrection day. A recording of a congregational prayer from 24:40 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**371**  Tape 371. Sermons on death, repentance, and honesty          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:16 min. Side B 25:30 min.

Side A: A recording of a sermon on death. The speaker recites verses from the Qurʾān and Hadiths about death, the torment of the grave, and the judgment in the afterlife.

Side B: A recording of a sermon about repentance. The speaker explains the importance and virtues of the repentance and recites and interprets verses from the Qurʾān on repentance. From 19:45 a recording of a different sermon about honesty in which the speaker explains the virtues of honesty and warns from the consequences of lying.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**372**  Tape 372. Sermons on piety and obedience to God          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:52 min. Side B 29:52 min.

Side A: A recording of a sermon about obedience to God. The speaker explains the importance of good deeds and obedience to God. The speaker promises paradise to those who have committed themselves to good deeds and obedience to God and warns of torment and punishment in the afterlife to those who have not committed themselves to obeying God. From 10:35 a recording of another sermon on piety in which the speaker calls for commitment to the religious worship and duties.

ASH 031562

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 134 of 461

Tape 372. Sermons on piety and obedience to God
Islamic fundamentalist audio recordings collection
MS 1880 - Page 133

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: A recording of another sermon on obedience to God. The speaker explains the importance of obeying God and the Prophet. The speaker promises paradise to those who have committed themselves to good deeds and obedience to God and warns of torment and punishment in the afterlife to those who have not committed themselves to obeying God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

373    Tape 373. Sermons on prayer and forbidden things                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:10 min. Side B 30:42 min.

Side A: A recording of a sermon on prayer. The speaker explains the importance of the congregational prayer and the necessity to adhere to times of prayers. The speaker recites verses from the Qurʾān and Hadiths pertinent to prayer.

Side B: A recording of a sermon on avoiding the forbidden things as stated in the Qurʾān and Hadith. The speaker recites verses from the Qurʾān and Hadiths pertinent to this matter.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

374    Tape 374. Sermons on piety                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is faint on side B. Side A 30:05 min. Side B 30:41 min.

Side A: A recording of a sermon on piety. The speaker calls for piety and adherence to the divine teachings and commands set forth in the Qurʾān. A congregational prayer is held from 20:16 to the end of side A.

Side B: A recording of a sermon on piety. The speaker tells the story of the divine assignment of prophethood to Muḥammad. Audio is unintelligible on the most parts of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

375    Tape 375. A sermon on the Promotion of Virtue and the Prevention of Vice    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording is faint. Side A 28:44 min. Side B 29:27 min.

Side A: A recording of a sermon on the Promotion of Virtue and the Prevention of Vice. The speaker emphasizes the importance of enforcing that principle in reforming society and warns of neglecting it. A congregational prayer is held from 21:00 to the end of side A.

ASH 031563

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 135 of 461

Tape 375. A sermon on the Promotion of Virtue and the Prevention of Vi [...]          Islamic fundamentalist audio recordings
collection
MS 1880 - Page 134

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: A recording of a sermon about the appearance of a Muslim man. The speaker calls for commitment to some of the Islamic aspects such as lengthening beard, shaving mustache, and wearing Islamic dress. A congregational prayer is held from 20:06 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

376    Tape 376. A sermon about the relationship between men and women          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recoding is faint and audio is unintelligible on most parts of side A. Side A 21:54 min. Side B 23:29 min.

Side A: A recording of a sermon about the relationship between men and women in the Islamic concept. The speaker warns from and forbids any sort of relationship between men and women out of the wedlock. The speaker believes that any sort of a relationship between men and women out of the wedlock will lead to adultery. The speaker tells stories about forbidden relationships between men and women.

Side B: The speaker tells more stories about forbidden relationships between men and women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

377    Tape 377. Sermons on piety and obedience to God          Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 372].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

378    Tape 378. Sermons on women and marriage          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:05 min. Side B 29:58 min.

Side A: A recording of a sermon on women. The speaker explains the relationship between men and women in the Islamic concept and concludes that men are protectors and maintainers of women. A congregational prayer is held from 25:30 to the end of side A.

Side B: A recording of a sermon on marriage. The speaker explains the social advantages of marriage and recites and interprets verses from the Qurʾān about marriage. A congregational prayer is held from 25:48 to the end of side B.

Preservation masters
*2 computer files (WAV)*

ASH 031564

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

379  Tape 379. A sermon on repentance                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:22 min. Side B 23:19 min.

Side A: A recording of a sermon on repentance. The speaker urges the audience for repentance from sins and weeping and praying to God to accept repentance. The speaker recites and interprets verses from the Qurʾān to the audience.

Side B: The speaker recites and interprets verses from the Qurʾān on repentance and judgment day and tells a story about committing sins and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

380  Tape 380. A sermon on repentance                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:24 min. Side B 30:17 min.

Side A: A recording of a sermon on repentance. The speaker addresses the issue of committing sins and forgiveness and believes that repentance is the only to erase the sins and win the divine forgiveness. The speaker tells different stories about people who had committed sins and their repentance.

Side B: The speaker tells more stories about committing sins and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

381  Tape 381. Sermons on sodomy and smoking                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:48 min. Side B 29:44 min.

Side A: A recording of a sermon on sodomy. The speaker explains how sodomy is a deadly sin according to the Islamic law. The speaker recalls the story of Lot's people who practiced sodomy.

Side B: A recording of another sermon on smoking. The speaker talks about the harmful effects of smoking on health and its negative social consequences. The speaker believes that smoking is prohibited according to the Islamic law. From 22:14 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

ASH 031565

Tape 381. Sermons on sodomy and smoking

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

382   Tape 382. Multiple topics                                          Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Occasional gaps on the recording. Side A 23:26 min. Side B 23:43 min.

Side A: a recording of a sermon on addiction to drugs. The speaker tells stories about people addicted to drugs and lists the adverse health and social consequences of addiction. The voice of the crying audience is heard. From 7:58 a recording of a speech about burying of dead bodies. The speaker tells stories about situations happened during burial of dead bodies. From 14:47 another speaker gives a sermon on obedience of God and avoiding committing sins. From 18:10 a recording of another sermon in which the speaker warns people from the risk of addiction to alcohol, drugs, and smoking.

Side B: A recording of a sermon on recompense and punishment in the afterlife. The speaker describes the bliss in paradise and torment in hell, warns people from committing sins, and calls to repentance. From 12:57 a recording of a prayer. From 19:06 a recitation from the Qurʾān of Surat al-Muzzammil 1-20 and al-Muddaththir 1-30.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

383   Tape 383. Lectures on the Muslim women                             Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Side A 23:34 min. Side B 24:21 min.

Side A: A recording of a sermon on the role of the Muslim women in the society, their rights, duties, and the view of Islam to women. The speaker warns from calls to women's liberation and women's vulnerability of the western culture. The speaker tells Hadiths on women.

Side B: The speaker answers questions about women's leaving house, the veil, women's associations and their role in reforming society. From 11:46 a recording of another lecture on Muslim women in which the speaker gives commandments and advice to women, tells Hadiths, and tells stories about the prophets' wives.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

384   Tape 384. A lecture on the importance of time                      Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise and echo but audio is intelligible. Side A 30:11 min. Side B 30:30 min. Speaker: Salmān ibn Fahd al-ʿAwdah. Place: Saudi Arabia.

ASH 031566

Tape 384. A lecture on the importance of time

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A speaker gives a lecture about the importance of time management, investing time in worship, and avoiding wasting of time on distracting matters. The speaker cites verses from the Qurʾān indicate the importance of time.

Side B: The speaker tells stories about women from the history of Islam in which he cites examples of punctuality.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

385   Tape 385. A lecture on women                                              Circa 1965-2000
      *1 audiocassette*
      Arabic

[Duplicate of Tape 128].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

386   Tape 386. Sermons on mercy and good social conduct                        Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Background noise and recording quality is poor but audio is intelligible. The language used is modern standard Arabic and Egyptian dialect. Side A 31:32 min. Side B 31:55 min.

Side A: A recording of a sermon on mercy. A speaker appeals to the audience to compassionate among each other. He discusses with the audience the impact of the marital relationship on the relation with parents. The speaker ends his sermon and held a congregational prayer. After the prayer, the speaker asks the audience to donate to Afghanistan. From 16:05 a faint recording of another speaker. Audio is unintelligible.

Side B: A recording of a sermon by the first speaker on side A. The speaker preaches the audience about compassion, good manners, decent treatment to people, commitment to the Islamic beliefs, and devotion in worship to God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

387   Tape 387. A sermon on Ramaḍān                                             Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Comments: Side A 30:15 min. Side B 27:39 min.

Side A: A recording of a sermon on the virtues of worship in Ramaḍān. the speaker calls the audience to increase the acts of worships in Ramaḍān and cites verses from the Qurʾān and Hadiths that describe the bliss of paradise.

ASH 031567

| Box | Description | Date(s) |
|---|---|---|
| | Side B: The speaker recites a supplication to God and different verses from the Qurʾān. He reminds audience about judgment day and the afterlife and that life is only a divine examination to human beings. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 388 | Tape 388. Q&A session | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is poor. Side A 31:18 min. Side B 31:32 min.

Side A: A recording of a Q&A session about prayer. A speaker explains how to perform some parts of the prayer such as Takbīr, standing, prostration, and bowing and how they were performed by the Prophet.

Side B: The speaker explains the opinions of some scholars in the prayer parts and movements.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 389 | Tape 389. A sermon on the signs of the resurrection day | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 24:20 min. Side B 24:33 min.

Side A: A recording of a sermon on the signs of the resurrection day. A speaker narrates number of Hadiths on the signs of the resurrection day and lists and explains some of these signs like the return of Mahdī and the Christ.

Side B: The speaker narrates more Hadiths about the signs of the resurrection day. He explains some of these signs like the demolishing of al-Kaʿbah and the rise of the sun from the west and answers questions from the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 390 | Tape 390. A rhyme and a lecture on syntax and Arabic language grammar | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and poor recording quality but audio is intelligible. Side A 46:41 min. Side B 46:40 min.

Side A: A recording of a rhyme on syntax and grammar of Arabic which includes explaining grammatical issues and Iʿrāb. from 30:34 a recording of a lecture on syntax and grammar of the Arabic language. The speaker reviews and explains parts of "Tuḥfah al-sanīyah bi-sharḥ al-Muqaddimah al-Ajurrūmīyah" which is one of the Arabic syntax books.

ASH 031568

Tape 390. A rhyme and a lecture on syntax and Arabic language grammar

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 139

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The speaker explains more parts of the mentioned book on syntax and Arabic language grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

391   Tape 391. A sermon on Ramaḍān                                           Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 387].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

392   Tape 392. A sermon on Jihad in Afghanistan                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic but is not the native language of the speaker. Side A 45:44 min. Side B 45:48 min.

Side A: A recording of a sermon on Jihad in which the speaker talks about the strategies that must be considered by Mujahideen to fight the enemy. The speaker tells stories about the life of Mujahideen and his personal life experience in the mountains of Afghanistan in harsh climatic conditions in which they lived for long time.

Side B: The speaker tells more stories about his personal experience of battles that he fought with Mujahideen against the Soviets, the weapons used by the Soviets against them, and the shortage of supplies and aid from the Muslim countries to them in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

393   Tape 393. Interpretation of Hadiths                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:44 min. Side B 46:52 min.

Side A: A recording of explanation and interpretation of two Hadiths, the first Hadith is about the revelation of Sura al-Muddaththir and the second Hadith is about acting under the provisions of the Qur'ān. the speaker mentions that this is a continuation of a previous session where he explained the two Hadiths. The speaker interprets the two Hadiths, explains the linguistic meaning of the words, and cites verses from the Qur'ān.

Side B: The speaker talks on this side about the commandments of the Prophet of good deeds and patience. The speaker narrates several Hadiths pertinent to these commandments and explains some jurisprudential issues.

ASH 031569

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

394   Tape 394. Sermons on Jihad and martyrdom          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:52 min. Side B 46:24 min.

Side A: A speaker explains the virtues of martyrdom, the stature of a martyr, and the duty for Muslims to fight in case they are exposed to any aggression. He reads many related Hadiths and verses from the Qurʾān. from 9:39 a recording of another sermon on Jihad in which the speaker calls for Jihad and believes that Jihad is enforcement of the orders of God and the Prophet and to disseminate Islam. From 43:01 a recitation from the Qurʾān of Sura al-Tawbah 111-114.

Side B: A recording of a sermon on Jihad. The speaker criticizes the situation of Muslims in different countries and calls Muslims to join Jihad to support Muslims in any country.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

395   Tape 395. A sermon on various issues          1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:45 min. There is no side B. Speaker: Safr ibn ʿAbd al-Raḥmān al-Ḥawālī.

Side A: The recording on this side includes recitation of different verses from the Qurʾān and a Hadith on the promotion of virtue and the prevention of vice. It also includes a sermon in which a speaker talks about his stance of al-Baʿth party, Jewish and Christians, and the relationship with the United States. The speaker talks about the second gulf war and the operation desert shield and believes of American conspiracy to invade the Arabian Gulf area.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

396   Tape 396. A recitation from the Qurʾān          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:45 min. Side B 45:27 min.

Side A: A recording of a recitation from the Qurʾān of Surat al-Anʿām 92-165 and al-Aʿrāf 1-27.

Side B: Faint recording with background noise of intermittent prayer. From 12:54 a recitation from the Qurʾān of Sura al-Anʿām 34-91.

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

397  Tape 397. A recitation from the Qur'ān          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:56 min. Side B 43:15 min.

Side A: A recording of a recitation from the Qur'ān of Surat al-Zukhruf 5-89, al-Dukhān 1-59, al-Jāthiyah 1-37, al-Aḥqāf 1-35, and Muḥammad 1-15.

Side B: A recitation from the Qur'ān of Surat Muḥammad 11-38, al-Fatḥ 1-29, al-Ḥujurāt 1-18, Qāf 1-45, al-dhāriyāt 1-60, al-Ṭūr 1-49, and al-Najm 1-26.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (JPG)*

398  Tape 398. A sermon on monotheism          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:47 min. Side B 30:19 min. Speaker: Muwāfi 'Aẓm.

Side A: A recording of a sermon on monotheism in which a speaker talks about its meaning and conditions and as being the Islamic religion most fundamental concept. The speaker tells stories on some of the prophets who adopted this concept and the hardships they had faced to deliver it to people.

Side B: The speaker tells the story of the prophet Moses who called the Pharaoh of Egypt to believe in one God and the opposition he had faced to his belief. The speaker tells also stories about some of the Prophet companions who defended Islam and monotheism concept.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

399  Tape 399. Q&A session          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:20 min. Side B 28:22 min.

Side A: A recording of a speaker reads and answers questions on the soul and fate and cites pertinent Hadiths.

Side B: The speaker talks about an article which was published in al-Siyāsah Kuwaiti newspaper about an art gallery in Italy to distort the Qur'ān and present insulting drawings on it. The speaker talks about visiting graves.

ASH 031571

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 400 | Tape 400. A sermon about Aḥmad ibn Ḥanbal | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 24:05 min. Side B 23:07 min.

Side A: This side starts with background noise with sounds of a rooster and cat. From 5:29 a recording of a sermon in which a speaker talks and tells stories about Aḥmad ibn Ḥanbal and glimpses of his life and people who were influenced by him and his methodology.

Side B: The speaker answers questions from the audience about the methodology of ahl al-Sunnah wa-al-Jamāʻah, ibn Taymīyah and philosophy, the differences and conflicts between Sunnis and Shiites, and heresies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 401 | Tape 401. A lecture on Muslim Women | Circa 1965-1999 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:45 min. Side B 41:55 min. Speaker: Safr ibn ʻAbd al-Raḥmān al-Ḥawālī. Place: Saudi Arabia.

Side A: A recording of a lecture on Muslim women. The speaker directs a message to the Muslim girl in which he addresses the issues of women liberation and wearing of the veil. The speaker also addresses the rights and duties of the Muslim women in the Muslim countries.

Side B: The speaker talks about the role of the press in the calls for emancipation of women in Saudi Arabia. The speaker addresses and pays tribute to several articles that oppose these calls and criticizes any claim for the emancipation of women such as allowing women to work.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 402 | Tape 402. Lectures on hostility and commitment to religious obligations | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:19 min. Side B 30:21 min.

Side A: A speaker answers questions from the audience on various issues such as attending religious lectures and sermons and kinship. From 20:11 a recording of a lecture about the hostility and its effect on a society. The speaker believes the necessity of enmity on the enemies of Islam.

ASH 031572

Tape 402. Lectures on hostility and commitment to religious obligation [...]

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 143

| Box | Description | Date(s) |
|---|---|---|

Side B: A recording of a lecture about committing to Islamic religion and applying of its teachings. A speaker lists and explains the forms of lack of seriousness in committing to the teachings of Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

403   Tape 403. Q&A session                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:14 min. Side B 23:23 min.

Side A: A recording of a speaker who reads and answers questions about many different issues including levies, curriculum development, the view of Islam to Christians, and other different issues.

Side B: The speaker reads and answers more questions about different issues such as Shiites, world wars I and II, and Jewish immigration to Israel. The speaker lists the references that he used in answering these questions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

404   Tape 404. A sermon on the Iraqi occupation of Kuwait                                   1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:23 min. Side B 44:59 min.

Side A: A speaker talks about the Iraqi occupation of Kuwait. He curses al-Ba'th party and describes the Ba'athists as infidels and enemies. The speaker talks about the history of the US presence in the Middle East and reads some reports about the military power of Iraq. He believes that the Iraqi attack on Kuwait is a conspiracy from the West to control the oil resources in the Middle East.

Side B: The speaker tells Hadiths in which the Prophet talked about wars between Muslims and al-Rūm (the West), calls for unity under Islam, and answers questions from the audience. From 41:31 a recitation from the Qur'ān of Sura Jāthiyah verses 27-37.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

405   Tape 405. A lecture on al-Muraji'ah                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:55 min. Side B 30:02 min.

Tape 405. A lecture on al-Murajiʾah

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of a lecture on al-Murajiʾah which is an Islamic group who believe of the non infidelity of any human. A speaker explains some of their ideological beliefs and their disputes with Sunnis and Kharijites.

Side B: The speaker talks about repentance and God's forgiveness and reviews the opinion of ahl al-Sunnah wa-al-Jamāʾah in God's forgiveness and fanaticism. From 29:10 a recitation from the Qurʾān of Sura al-Kahf verses 1-4.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

406    Tape 406. Q&A session                                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:33 min. Side B 29:57 min.

Side A: A recording of a speaker who discuses and answers questions on different subjects including travel to a foreign country to study, al-Baʾth party, and al-ʿUbaydīyah and al-Fātimīyah states. The speaker talks about the history of the Jewish existence in Europe and provides a brief presentation to the audience about the Protestants and Catholics.

Side B: The speaker discusses and answers questions about different subjects such as the Temple of Solomon, Buddhism, and Islam and Sufism in the United States.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

407    Tape 407. A sermon on Christianization                                          1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:30 min. Side B 30:29 min. Speaker: Safr ibn ʿAbd al-Raḥmān al-Ḥawālī.

Side A: A recording of a sermon on Christianization in which the speaker reviews some aspects from the New Testament and Torah and reads and explains some to the audience. The speaker believes that the bible and Torah are distorted and explains his view to the audience.

Side B: The speaker warns from calls for Christianization and reads and answers questions about ruling in accordance with the Islamic laws and different questions about Jewish and Christian doctrines.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

408    Tape 408. Sermons on Dhimmis                                                    Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The audio quality is very poor on side A. Side A 30:57 min. Side B 30:40 min.

ASH 031574

| Box | Description | Date(s) |
|---|---|---|

Side A: A speaker reviews a book named Aḥkām ahl al-dhimmah by ibn Qayyim which addresses the Dhimmis who are the non Muslims who live in Muslim countries. He reads and explains parts from the book to the audience.

Side B: The speaker reads and answers different questions about press and reviews and comments on articles from different newspapers and magazines. From 11:26 a recording of a sermon by another speaker about human's role in building and the advancement of a society, humanitarian values, man's relationship with God, and the reason of God's creation of humans.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

409   Tape 409. A review of a book on the alterations of the texts of Bible and Torah
*1 audiocassette*
Arabic

Circa 1965-2000

Summary (English)

Comments: Side A 45:27 min. Side B 44:45 min.

Side A: A speaker reviews one of the books by al-Ḥāfiẓ Ibn Kathīr. He reads parts from the book that addresses different issues such as the distortion of Torah and Bible and human rights and provides explanation to the audience.

Side B: The speaker continues in reading more parts of the mentioned book about Kharijites, man-made laws, and the sources of legislation in the Muslim countries.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

410   Tape 410. A sermon on monotheism
*1 audiocassette*
Arabic

Circa 1965-2000

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:45 min. Side B 46:28 min.

Side A: A speaker interprets a verse from the Qurʾān on monotheism and explains to the audience the monotheism concept, the evidences of the oneness of God, and the stages and phases in which a human ascertain the oneness of God.

Side B: The speaker reviews and provides explanation to the audience about Suras and verses from the Qurʾān about the oneness of God and its evidences.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

411   Tape 411. A lecture on secularism
*1 audiocassette*
Arabic

Circa 1965-2000

Summary (English)

Comments: Side A 29:41 min. Side B 30:18 min. Speaker: Safr ibn ʿAbd al-Raḥmān al-Ḥawālī.

ASH 031575

Tape 411. A lecture on secularism

| Box | Description | Date(s) |
|---|---|---|

Side A: The speaker addresses the reasons of the emergence of the secular thought and the attitude of Islam from secularism, writing of the Bible after long time of the Christ's life, and the church's attitude in Europe from scientists and scientific theories.

Side B: The speaker talks about the church's attitude from theories that have emerged in Europe by a number of scientists such as Galileo, Copernicus, and Isaac Newton. The speaker talks about the role of the church in Europe in indentifying and formulating the approach of life. The speaker explains and criticizes the separation between the religion and the state. The speaker addresses highlights from the biography of the Sufi Aḥmad al-Rifāʻī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

412 | Tape 412. Q&A session | Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:01 min. Side B 47:11 min.

Side A: The recording is faint and the audio is unintelligible.

Side B: On the short intelligible parts of this side, a speaker answers questions about faith and its requirements.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

413 | Tape 413. A lecture about the impact of technology revolution on Islam | 1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:53 min. Side B 30:56 min. Speaker: Safr ibn ʻAbd al-Raḥmān al-Ḥawālī. Place: Saudi Arabia.

Side A: A recorded lecture in the Saudi telecommunications company which hosts the speaker who gives a lecture about the technology revolution and its impact on Islam. The speaker talks about the cold war between the communist and the capitalist camps and the opinion of both parties about Muslims and the Islamic revival.

Side B: The speaker reviews various articles from the European and American press about the Jewish and Zionism in the former Soviet Union, the role of the Jewish Soviets in Ṣabrā and Shātīlā massacre in Lebanon, Muslims in the Soviet Union, and extremism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

414 | Tape 414. A lecture on secularism | 1990
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Comments: Side A 43:53 min. Side B 44:07 min. Speaker: Safr ibn ʻAbd al-Raḥmān al-Ḥawālī.

Side A: The speaker gives a lecture on secularism in which he addresses its definition, history, transformation of the political system from religious to secular, and the renaissance in Europe.

Side B: The speaker explains and discusses briefly the capitalism, usury, religious practices in USA, religious practices in eastern and Western Europe and the former Soviet Union, and Perestroika. The speaker talks about the upcoming European unity and the expected change in the balance of power after establishing the European Union. The speaker accuses both the West and al-Baʻth party of anti-Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 415 | Tape 415. A sermon on repentance | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Side A 45:28 min. Side B 45:49 min.

Side A: A speaker explains the meaning of repentance and addresses the opinion of different Muslim denominations in repentance. The speaker reads and interprets verses from the Qurʼān on repentance and believes that it is the only way to forgiveness of sins.

Side B: The speaker explains situations and conditions to accept repentance and different levels of repentance depending on the level of sin such as drinking alcohol, adultery, murder, usury, and smoking cigarettes. The speaker talks about the repentance of some of the poets such as Abū al-ʻAtāhiyah and Abū Nuwās. from 44:10 a recording of a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 416 | Tape 416. A sermon on different jurisprudential issues | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Side A 45:12 min. Side B 45:21 min. Speaker: Safr ibn ʻAbd al-Raḥmān al-Ḥawālī.

Side A: A recording of a speaker who talks about different jurisprudential issues. The speaker reviews opinions of some feminists such as Amīnah al-Saʻīd and Hudá Shaʻrāwī and their views in women's veil, the relationship between men and women, marriage, and divorce. The speaker reviews the history of some Sufi movements in a number of Arabic countries such as Libya and Sudan and also reviews the religious trends of some Arabic writers and intellectuals.

Side B: The speaker explains his jurisprudential point of view in some issues such as the importance of seeking knowledge, soccer, the Islamic law as a source of legislation, and some beliefs of different Islamic denominations. The speaker reviews articles about king ʻAbd al-ʻAzīz university, women driving in Saudi Arabia, and the poetry of ʻAbd al-Raḥmān al-ʻAshmāwī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Tape 417. The true promise and the false promise

| Box | Description | Date(s) |
|-----|-------------|---------|
| 417 | Tape 417. The true promise and the false promise<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 57].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 418 | Tape 418. Sermons on the Iraqi occupation of Kuwait<br>*1 audiocassette*<br>Arabic | 1990 |

Summary (English)

Comments: Side A 42:42 min. Side B 42:56 min. Speaker: Safr ibn ʿAbd al-Raḥmān al-Ḥawālī.

Side A: The speaker gives a sermon on the Iraqi occupation of Kuwait in which he talks about the intention of the coalition countries military intervention to resolve this crisis. The speaker calls for adherence to the Islamic religion and resorting to the Islamic laws to resolve this crisis.

Side B: The speaker talks about the preparations of the United States and European countries to fight the war to liberate Kuwait and mentions the American fleets approaching the Gulf area. The speaker believes that it is a conspiracy and a plan for a long term occupation of the region. From 24:41 a recording of another sermon in which a speaker talks about the decision of the Unites States and the coalition countries to military intervention to liberate Kuwait. From 33:25 a recording of another sermon about the biography of Saddam Hussein in which the speaker reviews phases from the history of al-Baʿth party and Saddam Hussein's life since he was a student and till he came to power.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 419 | Tape 419. A review of a book on the alterations of the texts of the Bible and Torah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 409].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 420 | Tape 420. Q&A session<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

Summary (English)

Comments: Side A 23:26 min. Side B 23:24 min.

Side A: The speaker answers more questions about the situation of Muslims in the former Soviet Union republics, secularism, and the application of the Promotion of Virtue and the Prevention of Vice.

ASH 031578

| Box | Description | Date(s) |
|---|---|---|

Side B: A speaker answers questions about issues related to the application of the Promotion of Virtue and the Prevention of Vice. The speaker answers questions on different issues such as abandoning wearing of Islamic dress, shaving beard, prayer, and the role of the officials of the commission of the Promotion of Virtue and the Prevention of Vice in Saudi Arabia.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

421    Tape 421. A sermon on the Islamic conquests                    Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 30:41 min. Side B 30:47 min.

Side A: A speaker talks about Islamic conquests to Rome, Constantinople, and Persia which were mentioned in Hadiths and the return of the Christ and the promised victory to the Muslims.

Side B: The speaker talks about Jihad and believes that it is an obligation on any Muslim to join Jihad against the infidels. The speaker talks about the Islamic conquests to Persia, Andalusia, and India and answers questions on different issues such as the Antichrist and advising others.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

422    Tape 422. Q&A session on different subjects                    Circa 1991-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: The recording is frequently interrupted by people talking but their voice is faint. Side A 44:23 min. Side B 44:21 min. Speaker: Safr ibn ʿAbd al-Raḥmān al-Ḥawālī. Place: Saudi Arabia.

Side A: A recording of a Q&A session on repentance, obedience, and committing a sin. The speaker reviews briefly the biography of Rābiʿah al-ʿAdawīyah and talks about al-Janādirīyah festival in Saudi Arabia.

Side B: The speaker answers more questions about the permissibility of reading the Bible by Muslims, the commitment of foreign residents in Saudi Arabia to the Islamic laws pertinent to appearance, insurance companies, and the use of the Gregorian calendar. The speaker reads to the audience articles about the war of the liberation of Kuwait from the Iraqi occupation and the separation between men and women in public places. From 31:25 a recitation from the Qurʾān of Sura al-Baqarah verses 183-199.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

423    Tape 423. Q&A session on jurisprudential issues                Circa 1965-2000
       *1 audiocassette*
       Arabic

ASH 031579

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 151 of 461
Tape 423. Q&A session on jurisprudential issues

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 150

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Side A 30:54 min. Side B 31:10 min.

Side A: A recording of a speaker who reads and answers questions about jurisprudential issues including gossip and its kinds, hypocrisy, justice, and secularism. The speaker reviews an introductory article about king 'Abd al-'Azīz university in Saudi Arabia and talks about the Christian missionaries in the Islamic countries.

Side B: The speaker answers more questions about sophism, logic, al-Ba'th party, communism, socialism, and other different questions on Islamic denominations.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

424   Tape 424. A story about the Prophet Muḥammad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 29:09 min. Side B 29:18 min.

Side A: A recording of a speaker who tells a story which addresses some phases of the life of the Prophet Muḥammad and in which he gives examples about the marital life and the men's treatment to women. The speaker tells Hadiths that were narrated by some of the Prophets' wives.

Side B: The speaker tells more Hadiths and stories about the Prophet's wives and the wives of some of the Prophet's companions related to the marital life and the men's treatment to women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

425   Tape 425. A seminar on Ṣaḥīḥ al-Bukhārī and a sermon on Ramaḍān          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 45:58 min. Side B 46:19 min. Speaker: Abū Isḥāq al-Ḥuwaynī.

Side A: A recording of a seminar in which the speaker reviews parts from Ṣaḥīḥ al-Bukhārī book which includes Hadiths by different narrators.

Side B: The speaker interprets a Hadith to the audience. From 27:14 a recording of a sermon on Ramaḍān in which a speaker addresses the preparations that must be carried out by Muslims for this month and the required religious education for this month.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031580

| Box | Description | Date(s) |
|-----|-------------|---------|
| 426 | Tape 426. A seminar on Ṣaḥīḥ al-Bukhārī and a sermon on Ramaḍān *1 audiocassette* Arabic | Circa 1965-2000 |

[Duplicate of Tape 425].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 427 | Tape 427. A sermon on the marital relationship *1 audiocassette* Arabic | Circa 1965-2000 |

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 29:47 min. Side B 28:18 min.

Side A: A recording of a sermon in which a speaker talks about the men's treatment to women and in particular addresses the issue of beating of women by men. The speaker cites verses from the Qur'ān, Hadiths, and stories from the Prophet's biography.

Side B: The speaker tells more stories about the Prophet's and his companions pertinent to the marital relationship and men's treatment to women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 428 | Tape 428. A sermon on faith *1 audiocassette* Arabic | Circa 1991-2000 |

Summary (English)

Comments: Side A 29:22 min. Side B 31:27 min. Speaker: Salmān ibn Fahd al-ʿAwdah and Muḥammad ibn Ṣāliḥ al-ʿUthaymīn.

Side A: The speaker talks about the elements and requirements of faith and self sacrifice for the sake of God and religion.

Side B: The speaker urges Muslims to support each other and to provide assistance to the distressed and in need Muslims. The speaker answers different questions from the audience. From 22:36 a recording of part of an interview with Muḥammad ibn Ṣāliḥ al-ʿUthaymīn in which he talks about his biography.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 430 | Tape 430. Sermons on Jihad in Afghanistan *1 audiocassette* Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:07 min. Side B 31:22 min.

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: The recording on this side includes reading of poems about Jihad glorifying the fighters in Afghanistan, a report on battles in Afghanistan and the outcome of four months of fighting with Russians, and a speech about the Mujahedeen's battles in Afghanistan in which a speaker calls the Muslim countries to support the Mujahideen and thanks and Saudi government for their support to them in Afghanistan.

Side B: The recording on this side includes a sermon on Jihad in Afghanistan in which a speaker talks about the situation and morale of the Mujahideen in Afghanistan and reports the outcome of some battles and attacks carried out by the Mujahideen against Russians in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**431    Tape 431. A speech on Jihad**                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Occasional gaps. Side A 31:37 min. Side B 32:22 min.

Side A: A recording of a speech about Jihad in which a speaker talks about introducing the concept of Jihad to Afghani people and recites and interprets verses from Sura al-Tawbah that addresses Jihad issue. From 28:45 several people talks but the audio is unintelligible.

Side B: A recording of a speech about Jihad in which a speaker talks about the conditions to join Jihad such as age of puberty and physical integrity. The speaker tells Hadiths pertinent to this issue.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**432    Tape 432. A sermon on the conflict between right and wrong**          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:25 min. Side B 23:14 min.

Side A: A recording of a sermon about the conflict between right and wrong. A speaker provides an example on the struggle and persistence of the prophets to complete their mission. The speaker tells the story of the struggle of the prophet Ibrāhīm with his father and society in calling for the oneness of God.

Side B: The speaker continues the story of Ibrāhīm. From 4:28 the same speaker gives a sermon in which he talks about the message of the prophets Ibrāhīm and Muhammad in calling for the oneness of God. The speaker addresses Jihad and believes that it was one of the aspects advocated by the Prophet Muḥammad. A congregational prayer is held from 15:09 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031582

Tape 433. A recitation from the Qurʾān

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 153

| Box | Description | Date(s) |
|---|---|---|
| 433 | Tape 433. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 41:35 min. Side B 41:02 min.

Side A: A recording of a recitation from the Qurʾān from verse 81 of Sura al-naḥl to verse 111 of Sura al-Isrāʾ.

Side B: A recitation from the Qurʾān from verse 1 of Sura al-Kahf to verse 65 of Sura Maryam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 434 | Tape 434. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 43:39 min. Side B 44:10 min.

Side A: A recording of a recitation from the Qurʾān from verse 46 of Sura Sabaʾ to verse 61 of Sura al-Ṣāffāt.

Side B: A recitation from the Qurʾān from verse 62 of Sura al-Ṣāffāt to verse 31 of Sura al-Zumar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 435 | Tape 435. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 43:45 min. Side B 42:27 min.

Side A: A recording of a recitation from the Qurʾān from verse 17 of Sura al-Muʾminūn to verse 57 of Sura al-Nūr.

Side B: A recitation from the Qurʾān from verse 58 of Sura al-Nūr to verse 121 of Sura al-Shuʿarāʾ.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 436 | Tape 436. A sermon on the conflict between right and wrong<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031583

| Box | Description | Date(s) |
|---|---|---|

Comments: Background noise but audio is intelligible. Side A 30:57 min. Side B 31:13 min.

Side A: A recording of a sermon about the conflict between right and wrong. A speaker tells the story of the prophet Shuʻayb and talks about his strive to deliver his message of the oneness of God to his people.

Side B: The speaker continues the story of the prophet Shuʻayb. A congregational prayer is held from 20:36 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 437 | Tape 437. A recitation from the Qurʼān | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:04 min. Side B 31:12 min.

Side A: A recording of a recitation from the Qurʼān Sura al-nisāʼ verses 95-137.

Side B: A recitation from the Qurʼān from verse 173 of Sura al-nisāʼ to verse 48 of Sura al-māʼidah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 438 | Tape 438. A recitation from the Qurʼān | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:30 min. Side B 40:40 min.

Side A: A recording of a recitation from the Qurʼān from verse 80 of Sura Yūsuf to verse 41 of Sura Ibrāhīm.

Side B: A recitation from the Qurʼān from verse 42 of Sura Ibrāhīm to verse 80 of Sura al-naḥl.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 439 | Tape 439. A recitation from the Qurʼān | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:35 min. Side B 44:49 min.

Side A: A recording of a recitation from the Qurʼān from verse 80 of Sura Yūsuf to verse 41 of Sura Ibrāhīm.

Side B: A recitation from the Qurʼān from verse 66 of Sura Maryam to verse 47 of Sura al-Anbiyāʼ.

ASH 031584

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

440   Tape 440. A recitation from the Qurʾān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:33 min. Side B 29:29 min.

Side A: A recording of a recitation from the Qurʾān from verse 12 of Sura al-Fatḥ to verse 60 of Sura al-dhāriyāt.

Side B: A recitation from the Qurʾān from verse 5 of Sura al-qamar to verse 96 of Sura al-wāqiʿah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

441   Tape 441. Q&A session                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 28:26 min. Side B 28:36 min.

Side A: A speaker answers different questions about al-Khumaynī, the Treaty of Peace between Egypt and Israel, the separation of religion from politics, and the war of 1973 between Egypt and Israel.

Side B: The speaker answers more questions about Christians and reads verses of poetry on modesty and conviction. From 12:22 a recitation from the Qurʾān of Sura al-Qaṣaṣ verses 51-71.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

442   Tape 442. A recitation from the Qurʾān                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:27 min. Side B 29:46 min.

Side A: A recording of a recitation from the Qurʾān from verse 9 of Sura al-Mujādalah to verse 24 of Sura al-ḥashar.

Side B: A recitation from the Qurʾān from verse 1 of Sura al-Mumtahina to verse 94 of Sura al-Baqarah.

Preservation masters
*2 computer files (WAV)*

ASH 031585

Tape 442. A recitation from the Qur'ān

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

443 Tape 443. A speech on Jihad             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The recording quality is poor with background noise but audio is intelligible. Side A 24:14 min. Side B 44:03 min. Speaker: Abū Isḥāq Muḥammad.

Side A: The speaker talks about Jihad in Egypt and refutes an advisory opinion about the non permissibility of Jihad there. The speaker claims that he belongs to the Islamic Jihad group in Egypt. The speaker criticizes the Arab leaders, especially the Egyptian president Mubarak and calls to support Mujahideen in the Arabic countries. The recording is interrupted at 18:55 by a background noise which continues to the end of side A.

Side B: This side starts with background noise which continues till 23:20, then the speaker continues his speech but the audio is unintelligible. From 30:52 a duplicate of the recording on side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

444 Tape 444. A sermon on justice             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:42 min. Side B 44:59 min.

Side A: A speaker gives a sermon on justice. The speaker recites verses from Sura al-nisā' and tells Hadiths in which the Prophet interprets the mentioned verses which are about the great reward promised by God to those who impose Justice.

Side B: The speaker addresses the issue of imprecision of the Hadith narrators and the verification of authenticity of Hadiths and stories attributed to the Prophet. From 36:14 a recording of a sermon on Ibn Taymīyah's biography and his advisory opinions. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

445 Tape 445. A recording of a supplication and recitation of different verses from  Circa 1965-2000
the Qur'ān
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:34 min. Side B 23:39 min.

Side A: A recording of a recitation of a supplication and a recitation of different verses from the Qur'ān.

Tape 445. A recording of a supplication and recitation of different ve [...]

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: A recording of a recitation of a supplication and a recitation of different verses from the Qurʾān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

446    Tape 446. Q&A session                                              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:34 min. Side B 45:44 min.

Side A: A recording of a speaker who answers questions about treating the followers of other religions and addresses some issues such as greeting them and building of their worship houses. The speaker tells Hadiths about dealing with Jewish and Christians in the Muslim society.

Side B: The speaker answers more questions about dealing with the followers of other religions in the Muslim society such as paying tribute.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

447    Tape 447. A speech on the spoils of war                            Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 46:11 min. Side B 46:26 min.

Side A: A recording of a speaker talks about the spoils of war and cites pertinent verses from the Qurʾān.

Side B: The speaker talks about the spoils of war and cites pertinent verses from the Qurʾān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

448    Tape 448. A speech about Ahl al-Bayt, the Prophet's companions, and the    Circa 1965-2000
       Prophet's wives
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 31:35 min. Side B 31:10 min.

Side A: A recording of a speaker talks about the position of ahl al-Sunnah wa-al-Jamāʾah and Shiites from Ahl al-Bayt, the Prophet's companions, and the Prophet's wives.

Side B: The speaker talks about the position of ahl al-Sunnah wa-al-Jamāʾah and Shiites from Ahl al-Bayt, the Prophet's companions, and the Prophet's wives.

ASH 031587

Tape 448. A speech about Ahl al-Bayt, the Prophet's companions, and th [...]     Islamic fundamentalist audio recordings
collection
MS 1880 - Page 158

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

449   Tape 449. A speech about the Zoroastrians                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:39 min. Side B 46:14 min.

Side A: A recording of a speaker who talks briefly about the history and beliefs of the
Zoroastrians and the Prophet's invitation to them to Islam.

Side B: The speaker answers questions about the provisions of the spoils of war.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

450   Tape 450. A lecture on Islam                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:15 min. Side B 45:28 min. Speaker: 'Abd Allāh ibn Jibrīn.

Side A: The speaker explains the role of preachers in clarifying and consolidating the principles
of the Islamic religion. The speaker reads and interprets verses from the Qur'ān about worship
of God.

Side B: The speaker explains the conditions that must be available in a preacher, gives advice
to the preachers, and answers questions from the audience. From 31:35 a recitation from the
Qur'ān. of Surat Muḥammad verses 1-38 and al-Fatḥ verses 1-20.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

451   Tape 451. A sermon on the Judgment Day                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:06 min. Side B 48:35 min. Speaker: Yaḥyá Al-Jahrani.

Side A: A recording of a sermon on the Judgment Day in which the speaker tells stories and
urges to commit to religious obligations and good deeds.

Side B: The speaker talks about good deeds and provides tips to the audience about raising
children with Islamic manners. From 42:38 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

ASH 031588

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

452  Tape 452. A sermon on monotheism                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Recording quality is very poor. Side A 29:03 min. Side B 26:23 min.

Side A: A speaker talks about some types of forbidden things in Islam which were forbidden in the Qur'ān and by the Prophet and contradict the monotheism principle.

Side B: A speaker talks about aspects of polytheism which were forbidden in the Qur'ān and by the Prophet and contradict the monotheism principle.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

453  Tape 453. The interpretation of Sura al-Nūr                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:11 min. Side B 29:11 min. Speaker: 'Abd Allāh ibn Ḥamad al-Jalālī.

Side A: A recording of a speaker who recites verses from the Qur'ān of Sura al-Nūr verses 41-54 and interprets these verses to the audience.

Side B: The speaker continues the interpretation of the mentioned verses from Sura al-Nūr.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

454  Tape 454. Explanation of Hadith                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:14 min. Side B 38:30 min. Speaker: 'Abd Allāh ibn Ḥamad al-Jalālī.

Side A: The speaker reads and explains Hadith to the audience about the rise of Islam at the time of the Prophet and the dissemination of Islam in the mean time.

Side B: The speaker talks about the prevalence of some forbidden things such as usury. The speaker talks about Jihad in Afghanistan and calls for raising funds for Mujahideen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

455  Tape 455. Disconnected conversations                                        Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031589

Tape 455. Disconnected conversations

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Recording quality is very poor. Side A 30:37.

Side A: A recording of someone who records a conversation with unknown speaker who speaks Arabic vaguely. Background noise from 7:18 to the end of side A.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

456    Tape 456. A recording of religious stanzas      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio quality is poor. Side A 44:33 min. Side B 44:25 min.

Side A: A recording of religious stanzas.

Side B: A recording of religious stanzas.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

457    Tape 457. Interpretation of Sura al-Ṣāffāt      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:25 min. Side B 47:14 min.

Side A: A recording of a speaker who recites and interprets verses from the Qurʾān of Sura al-Ṣāffāt.

Side B: The speaker continues the interpretation of the mentioned verses from the Qurʾān of Sura al-Ṣāffāt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

458    Tape 458. Q&A session      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:55 min. Side B 30:51 min.

Side A: A speaker answers questions about dealing with usury banks and explains some of the linguistic meanings from the Qurʾān and grammatical issues.

Side B: The speaker answers more questions about fatalism, good deeds, and raising children to follow the teachings of Islam. From 23:07 a recitation from the Qurʾān of Sura al-Ṣāffāt verses 1-101.

ASH 031590

Tape 458. Q&A session

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

459  Tape 459. A sermon on different issues                                    Circa 1965-2000
     *1 audiocassette*
     Arabic

Summary (English)

Comments: Audio quality is very poor. Side A 29:39 min. Side B 29:43 min.

Side A: A speaker talks about different issues such as honoring parents and photography and cites verses from the Qurʾān, Hadiths, and the opinions of a number of Salafi scholars.

Side B: The speaker talks about alms (Zakāt) and funeral prayer. Audio is unintelligible from 14:42 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

460  Tape 460. A sermon about commitment to the teachings of Islam           Circa 1965-2000
     *1 audiocassette*
     Arabic

Summary (English)

Comments: Audio quality is very poor. Side A 31:23 min. Side B31:25 min.

Side A: A speaker urges to commit to the teachings of Islam and emphasizes on attending the congregational prayer in the mosque. The speaker answers questions on different jurisprudential issues and cites the advisory opinion of some scholars such as al-Shāfiʿi.

Side B: The speaker answers more questions on different jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

461  Tape 461. Interpretation of Sura al-nisāʾ                                Circa 1965-2000
     *1 audiocassette*
     Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:23 min. Side B 45:34 min.

Side A: The speaker continues the interpretation of the mentioned verses from the Qurʾān of Sura al-nisāʾ.

Side B: A recording of a speaker who recites and interprets verses from the Qurʾān of Sura al-nisāʾ.

Preservation masters
*2 computer files (WAV)*

ASH 031591

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 162

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 462 | Tape 462. Interpretation of Sura al-Ṣāffāt<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | [Duplicate of Tape 457]. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 463 | Tape 463. Interpretation of Sura al-Isrāʾ<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Comments: Side A 31:03 min. Side B 31:03 min. | |
| | Side A: A recording of a speaker who recites and interprets verses from the Qurʾān of Sura al-Isrāʾ. | |
| | Side B: The speaker continues the interpretation of the mentioned verses from the Qurʾān of Sura al-Isrāʾ. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 464 | Tape 464. Interpretation of Sura al-nisāʾ<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Comments: Side B is actually the beginning and it continues on side A. Side A 46:06 min. Side B 46:00 min. | |
| | Side A: The speaker continues the interpretation of the mentioned verses from the Qurʾān of Sura al-nisāʾ. | |
| | Side B: A recording of a speaker who recites and interprets verses from the Qurʾān of Sura al-nisāʾ. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 465 | Tape 465. A sermon on different issues<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | [Duplicate of Tape 459]. | |
| | Preservation masters<br>*2 computer files (WAV)* | |

ASH 031592

Tape 465. A sermon on different issues

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 466 | Tape 466. A sermon on good deeds<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Suammry (English)

Comments: Side A 46:06 min. Side B 44:27 min.

Side A: A recording of a sermon in which a speaker urges for good deeds and avoid committing sins and immoral actions and cites pertinent verses from the Qurʾān.

Side B: The speaker calls for commitment to attend congregational prayer in the mosque and formation of committees to look after the affairs and interests of the Muslims in residential neighborhoods. From 16:12 a recording of a speaker who talks about commitment to religious duties and asceticism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 467 | Tape 467. Interpretation of Sura al-Baqarah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:11 min. Side B 45:10 min.

Side A: The speaker continues the interpretation of the mentioned verses from the Qurʾān of Sura al-Baqarah.

Side B: A recording of a speaker who recites and interprets verses from the Qurʾān of Sura al-Baqarah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 468 | Tape 468. A recording of a speech by the leader of the Armed Islamic Group of Algeria<br>*1 audiocassette*<br>Arabic | Circa 1986-2000 |
|---|---|---|

Summary (English)

Comments: Side A 30:45 min. Side B22:12 min.

Side A: A recording of the leader of the Armed Islamic Group of Algeria in which he declares about infidelity of the Algerian president and government and calls for Jihad in Algeria.

Side B: The speaker warns the Algerian president and government members and gives them a choice of killing or repentance.

Preservation masters
*2 computer files (WAV)*

Tape 468. A recording of a speech by the leader of the Armed Islamic G [...]       Islamic fundamentalist audio recordings
collection
MS 1880 - Page 164

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

469   Tape 469. Interpretation of Sura al-Shūrá                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:18 min. Side B 45:52 min.

Side A: A recording of a speaker who recites and interprets verse 47 of Sura al-Shūrá.

Side B: The speaker continues the interpretation of the mentioned verse from the Qurˈān of Sura
al-Shūrá.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

470   Tape 470. A sermon on spending                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:51 min. Side B 23:47 min.

Side A: A speaker reads and interprets a verse from the Qurˈān about spending for the sake of
God and explains the reason of its revelation. The speaker calls for avoiding extravagance and
spending money on harmful things such as smoking or prohibited things such as alcohol. On the
other hand the speaker calls for avoiding greed and believes that it is prohibited in Islam.

Side B: The speaker gives tips about driving and obeying traffic laws. The speaker talks about
arrogance and believes that it is prohibited in Islam and answers questions from the audience
about some jurisprudential issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

471   Tape 471. A sermon on Jihad and patience                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:56 min. Side B 43:56 min.

Side A: A recording of a sermon on Jihad and patience. A speaker cites verses from the Qurˈān
and explains the meaning of patience and God's reward to the patient.

Side B: The speaker gives tips to parents on raising children in accordance with the teachings of
Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031594

| Box | Description | Date(s) |
|-----|-------------|---------|
| 472 | Tape 472. Q&A session<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:02 min. Side B 30:59 min.

Side A: A recording of a speaker who answers questions about various issues such as Jihad in Palestine, Jamāʿat al-Tablīgh, and congregational prayer.

Side B: The speaker answers more questions about various issues such as supporting of Mujahideen, perseverance to attend prayer in the mosque, and usury banks.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 473 | Tape 473. A lecture on the provisions of sale and debt in Islam<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:04 min. Side B 45:04 min. Speaker: ʿAbd Allāh ibn Jibrīn.

Side A: The speaker gives a lecture on sale and debt, their types, and their provisions in accordance with the Islamic laws.

Side B: The speaker demonstrates his point of view about various financial transactions, banking systems, and debt and answers questions pertinent to these subjects.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 474 | Tape 474. A sermon on worship<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:25 min. Side B 30:25 min.

Side A: A speaker gives a sermon on the worship of God in which he calls people to commit to religious duties and worships. The speaker recites pertinent verses from the Qurʾān to the audience.

Side B: The speaker recites more verses from the Qurʾān about commitment to worships and religious duties and interprets these verses to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 475 | Tape 475. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Background noise but audio is intelligible. Side A 32:13 min. Side B 32:12 min.

Side A: Various recordings of different verses from the Qurʾān, religious anthems, and very short sermons on Jihad.

Side B: Various recordings of different verses from the Qurʾān, religious anthems, and very short sermons on Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

476    Tape 476. A lecture on Libya                                              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 30:12 min. Side B 25:54 min.

Side A: A recording of a lecture about Libya in which a speaker reviews highlights of the history of Libya during the Umayyad and Abbasid Caliphate. The speaker focuses on the history of Libya under the ruling of the Ottoman Empire. The speaker talks about the role of Libyan people in helping Egypt to cope the British mandate.

Side B: The speaker addresses the Italian occupation of Libya and reviews the chronological events and personalities that have contributed in the occupation of Libya. The speaker talks about the resistance that was led by led by ʿUmar al-Mukhtār of the Italian occupation to Libya.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

477    Tape 477. A conversation and a sermon on criticism                       Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Gulf dialect. Side A 31:45 min. Side B 31:43 min.

Side A: A recording of a conversation among a group of people who speak talk in Gulf dialect but audio is unintelligible. From 7:18 a speaker gives a sermon and tells stories from the history of Islam about the importance of criticism and identifying mistakes of others.

Side B: A continuation of the sermon on side A. the speaker talks about the meaningful and constructive criticism and its appropriate means. From 15:33 a recording of a conversation among a group of people who speak talk in Gulf dialect but audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

478    Tape 478. A sermon on the Judgment Day                                   Circa 1965-2000
       *1 audiocassette*
       Arabic

Tape 478. A sermon on the Judgment Day

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 167

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Side A 27:12 min. Side B 29:40 min.

Side A: A speaker gives a sermon in which he recites verses from the Qur'ān and describes the judgment on the resurrection day. The speaker calls for committing to worship and religious duties.

Side B: A recording of a conversation among many people including a speaker who teaches the audience how to use the Kalashnikov rifle. The audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

479    Tape 479. A sermon on peace conferences          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:29 min. Side B 29:41 min.

Side A: A speaker gives a sermon in which he addresses peace negotiations between Palestinians and Israelis and talks about the decisions resulted from Madrid Peace Conference. The speaker also talks about a conference and negotiations that have taken place in Moscow between mujahideen and Russians. The speaker talks about how both conferences were covered by the Arabic media.

Side B: The same speaker reads a supplication followed by a congregational prayer. From 3:07 a recording of a speaker who reviews several articles about donations made by Saudi Arabia to the former Soviet Union and UNICEF. The speaker criticizes Saudi Arabia for making these donations.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

480    Tape 480. A sermon and poems about the Palestinian Intifāḍah    Circa 1987-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and overlapped sounds. Side A 44:08 min. Side B 46:17 min.

Side A: This side starts with a faint recording and unintelligible audio. Voices of recitations of the Qur'ān and prayers are heard. From 14:44 a variety of recordings of sermons and poems about the Palestinian Intifāḍah in which speakers bless this Intifāḍah and the "stone revolution".

Side B: A recording of a recitation from the Qur'ān from verses 7 of Sura al-Mumtahina to verse 10 of Sura al-Qalam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Tape 481. A recitation from the Qurʾān

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 168

| Box | Description | Date(s) |
|-----|-------------|---------|
| 481 | Tape 481. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 27:24 min. Side B 26:57min.

Side A: A recording of a recitation from the Qurʾān from verses 7 of Sura al-Mumtahina to verse 10 of Sura al-Qalam.

Side B: A recording of a recitation from the Qurʾān from verses 56 of Sura al-wāqiʿah to verse 6 of Sura al-Mumtahina.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 482 | Tape 482. Sermons about the biography of the Prophet and modesty<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:31 min. Side B 45:25 min.

Side A: A recording of a sermon about the Prophet biography. A speaker tells stories about some rituals practiced by the prophet Muḥammad in his travels such as prayer, breakfasting, and ablution. The speaker tells stories about travels of other prophets such as Lūṭ and Mūsá.

Side B: The speaker tells a story from the history of Islam about ablution and tayammum. The speaker discusses the immigration of a Muslim from a country to another and its reasons. The speaker tells more stories about some rituals practiced by the prophet Muḥammad in his travels. From 26:20 a recording of another sermon about arrogance. The speaker cites verses from the Qurʾān and tells stories about the prohibition of arrogance in Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 483 | Tape 483. Sermons on Ramaḍān and satisfaction<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 29:30 min. Side B 29:31 min.

Side A: A recording of a sermon on Ramaḍān. a speaker talks about the origin of the word Ramaḍān and the virtues of this month. The speaker cites verses from the Qurʾān, Hadiths, and stories and preaches the audience to practice religious rites during this month.

Side B: The speaker talks about avoiding some bad habits in Ramaḍān such as smoking and drinking too much tea. The speaker recommends increasing reading of the Qurʾān and practicing of worships in Ramaḍān. from 8:52 a recording of another sermon by the same speaker about satisfaction in which he talks about the link between satisfaction and modesty and tells stories about the Prophet's modesty. The recording cuts of at the end of side B.

ASH 031598

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 170 of 461

Tape 483. Sermons on Ramaḍān and satisfaction
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 169

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

484    Tape 484. A sermon on pilgrimage                    Circa 1968-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio quality is poor with background noise but is intelligible. The language used is modern standard Arabic and Egyptian dialect. Side A 44:43 min. Side B 44:42 min.

Side A: A recording of a sermon on pilgrimage in which a speaker addresses the social, political, and ideological benefits and lessons learned from it. The speaker tells stories from the history of Islam in which he gives examples about the lessons learned from pilgrimage.

Side B: The speaker talks about phenomena related to the moon and links them to the existence of one creator. The speaker tells stories about the impressions of astronauts who went in missions to the space and those who landed on the moon about the existence of God. The speaker directs a message to the youth in Egypt to learn more about the Islamic religion and to commit to the religious duties. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

485    Tape 485. A sermon about the biography of ‘Umar ibn al-Khaṭṭāb       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 40:02 min. Side B 30:57 min.

Side A: A speaker recites a prayer about the oneness of God which is repeated by the audience then he gives about the biography of ‘Umar ibn al-Khaṭṭāb in which he praises him and tells stories about his justice and piety.

Side B: The speaker tells stories about the biography of ‘Umar ibn al-Khaṭṭāb which describes his piety. The speaker preaches the audience to commit with piety and benefit from the lessons and examples learned from the past and the former nations.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

486    Tape 486. A sermon about the Prophet's attributes and virtues       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:57 min. Side B 30:57 min.

Side A: A recording of a sermon about some of the Prophet's attributes and virtues in which a speaker talks about honesty and satisfaction. The speaker presents the Prophet as an example

ASH 031599

Tape 486. A sermon about the Prophet's attributes and virtues

| Box | Description | Date(s) |
|-----|-------------|---------|

for honesty and satisfaction and explains that they are of the most important attributes of the Prophet. The speaker tells pertinent stories from the Prophet's biography.

Side B: A recording of another sermon in which a speaker tells a story about repentance. The speaker believes that the Islamic nation is in inattentiveness and criticizes the Muslim countries for not supporting Mujahideen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

487    Tape 487. Sermons about leaders and prayer                                    Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Audio quality is poor with background noise but is intelligible. Side A 44:16 min. Side B 44:29 min.

Side A: A speaker tells stories in which he compares between Arabic rulers Caliphs such as Hafiz Al-Asad and 'Umar ibn al-Khaṭṭāb.

Side B: A recording of a supplication and a sermon about prayer and how to approach to God. The speaker tells a supplication which the Prophet used to recite in his prayer during prostrating.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

488    Tape 488. A sermon on prayer and worship                                      Circa 1980-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 4:03 min. Side B 43:14 min.

Side A: A speaker recites a supplication then directs his speech to the Muslim youth and tells stories about the role of 'Alī ibn Abī Ṭālib when he was young in defending Islam. The speaker talks about the result and penalty of abandoning any of the five daily prayers.

Side B: The speaker discusses a statement of the former US president Ronald Regan about a potential war in the Middle East and talks and tells stories from the history of Islam about the principles of the Islamic religion.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

490    Tape 490. A sermon on monotheism                                             Circa 1980-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 46:03 min. Side B 43:26 min.

| Box | Description | Date(s) |
|---|---|---|

Side A: A speaker cites the advisory opinion of al-Shāfiʿī on the oneness of God, recites supplications, and asks the audience to believe in the oneness of God.

Side B: The speaker talks about massacre perpetrated by the regime of Hafiz Al-Asad in Syria and the people who killed because of the war between Iraq and Iran. The speaker criticizes extravagance and calls for social solidarity among Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

491    Tape 491. A sermon on Jihad in Palestine and Afghanistan                1988
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:43 min. Side B 46:34 min. Speaker: Usāmah ibn Lādin and others. Place: Saudi Arabia.

Side A:

1)    0:00 to 23:14 The speaker gives a sermon on Jihad. He speaks about Jihad in Afghanistan and Palestine. He believes that warfare is the way to regain Jerusalem. He speaks about Mujahideen who fight the Russians in Afghanistan and mentions that the West was pleased with this fight. He mentions reports from the US National Security Council about Mujahideen and the possibility of establishing an Islamic state in Afghanistan. He also mentions that Mujahideen refused a request for a meeting from a delegate of the US State Department. He urges people to prepare for Jihad and get ready to fight and wage economic war on the West by boycotting American goods. He commends the decision of the "Martyr King"- without mentioning his name -- who cut off the oil supplies to USA and the West in 1973. He urges people to make a contribution to the Mujahideen through a committee of Prince Salmān in Peshawar, Pakistan.

2)    23:20 to 28:10 The same speaker answers questions from the audience about the United States' attitude toward the Mujahideen and how to go to Afghanistan for Jihad. He also mentions the advisory opinion of some scholars, including al-Albānī regarding having the consent of parents before going to Jihad, as well as Jihad fundraising committees in Saudi Arabia which are overseen by the deputy prince of Makkah, Saʿūd ibn ʿAbd al-Muḥsin.

3)    28:14 to 45:43 Another speaker gives a sermon in which he talks about the 40th anniversary of establishing the state of Israel, Jihad in Palestine, and the fight against Israelis. He speaks about the Vatican's position on the events in Palestine. He advises Palestinians to fight and disregard any peace conference or initiative. He speaks about "the transfer plan" which is prepared by Israel to deport the Palestinians beyond the Jordan River. He praises the Palestinians' resistance. He speaks about the Druze cooperation with Israel against Palestinians in Balāṭah refugee camp.

4)    45:44 to the end of side A, background noise.

Side B: The same speaker on side A gives a sermon on Jihad. He speaks about the successive invasions of Palestine and al-Aqṣá mosque from the time of ʿUmar ibn al-Khaṭṭāb to Ṣalāḥ al-Dīn al-Ayyūbī , the Tatar invasion of the Islamic countries and Baghdad, and the fall of Andalusia. He emphasizes the importance of Jihad and cites Hadith on fighting the infidels. He tells in detail stories about battles fought by him with the Mujahideen in Afghanistan and mentions some names of those who were killed in those battles. He recalls the obligation of Jihad and cites the opinion of ibn Taymīyah on this topic. He mentions the availability of discounted flight tickets to Islamabad then to Peshawar in Pakistan and then to Afghanistan to join Mujahideen. The recording cuts off at the end of side B.

ASH 031601

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 173 of 461

Tape 491. A sermon on Jihad in Palestine and Afghanistan
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 172

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

492   Tape 492. A recitation from the Qurʾān and sermon                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 46:32 min. Side B 43:57 min. Speaker: Muḥammad Ṣiddīq al-Minshāwī and others. Place: Unknown.

Side A:

1)   0:00 to 28:55 The tape starts with an introduction to the recording by Al-rāyah Islamic Recordings followed by a recitation from the Qurʾān of Sura Al ʿUmrān verses 92 – 155.

2)   28:56 to 43:27 Background noise.

3)   43:28 to the end of side A, A speaker gives a sermon on Druze cooperation with Israel against Palestinians in Balāṭah refugee camp (the same recording on Cassette #491, Side A). The recording cuts off at the end of side A.

Side B:

1)   0:00 to 28:22 A recitation from the Qurʾān of Surat Al ʿUmrān verses 156-200 and al-Nisāʾ verses 1-18.

2)   28:23 to the end of side B, A speaker gives a sermon on Jihad. He emphasizes the importance of Jihad and cites Hadith on fighting the infidels (the same recording on Cassette #491, Side B). The recording is interrupted by a call for prayer, and then the same sermon continues and the recording cuts of at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

493   Tape 493. A sermon on Jihad                                        Circa 1987-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: There are two recordings on the tape on side A from 0:00 to 1:42.Side A 31:33 min. Side B 31:53 min. Speaker: One of the speakers is most likely Usāmah ibn Lādin. Place: Saudi Arabia.

Side A:

1)   0:00 to 1:42 The tape starts with a speaker who talks about understanding the Qurʾān, commiting to it and acting according to it.

2)   1:43 to 14:09 A different speaker gives a sermon in which he describes in detail battles fought by him and the Mujahideen, mentioning their names and where they are from. He urges Jihad in Palestine.

3)   14:10 to the end of side A, another sermon by the same second speaker about preparing to fight the infidels. He cites the advisory opinion of Muḥammad ibn ʿUthaymīn, and he speaks about opening training camps for Mujahideen in Saudi Arabia. He answers questions from the audience about preparing for Jihad and Jihad in Palestine.

ASH 031602

| Box | Description | Date(s) |
|---|---|---|

Side B:

1)  0:00 to 20:54 continuation of the last sermon on side A. The speaker answers questions from the audience about how to get parents to consent to their children going for Jihad, the role of Muslim women in Jihad, the role of physicians and engineers in Jihad, providing aid and weapons to Mujahideen, and the latest news of Mujahideen in Afghanistan. He mentions the names of specific Mujahideen who have been injured in battles.

2)  21:07 to the end of side B, Another speaker starts a sermon by welcoming the audience at a Mujahideen base in Afghanistan. He speaks about the status of the Islamic nation and also the problems experienced by it. He urges the audience to follow the promotion of virtue and the prevention of vice. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

494    Tape 494. Jihad in Palestine and Afghanistan                                    Circa 1988-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 31:23 min. Side B 31:02 min. Speaker: The speaker is most likely Usāmah ibn Lādin. Place: Saudi Arabia.

Side A: The speaker gives a lecture in which he talks about supporting the Palestinians in their fight against Israel, the influx of Russian Jewish people to Israel, and the American grant to Israel to settle the new immigrants. He mentions James Baker's statement on the unconditioned US support of the Jewish immigration. He calls for a fight against Israel. He relates some historical events about the infidels' treatment of the Prophet's companions. He urges people to prepare for Jihad and get ready to fight and wage economic war on the United States. He speaks about the US support for John Garang in Sudan. The recording cuts off at the end of side A.

Side B:

1)  0:00 to 27:22 Continuation of the same lecture on side A. The speaker talks about Jihad and urges people to go to Afghanistan. He answers questions from the audience about the role of youth in Jihad, Jihad in Palestine and Afghanistan, and getting consent from parents to go for Jihad. He reviews the advisory opinion of various scholars in Jihad and cites the opinion of al-Albārī and ibn Taymīyah. He talks in detail about some of the battles that he fought in Afghanistan against the Soviets.

2)  27:23 to the end of side B, recitation from the Qur'ān of Sura Āl 'Umrān verses 176-188.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

495    Tape 495. Jihad in Palestine and Afghanistan                                    Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 494].

Preservation masters
*2 computer files (WAV)*

ASH 031603

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

496    Tape 496. A sermon on Jihad in Afghanistan and Palestine      1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:04 min. Side B 31:09 min. Side B is a duplicate of Tape 504, Side B. Speaker: The speaker is most likely Usāmah ibn Lādin. Place: Saudi Arabia.

Side A: The speaker gives a sermon in which he talks in detail about some battles in which he fought with Mujahideen in Afghanistan against the Soviets. He speaks about a number of Mujahideen and mentions the names and where they came from. He speaks about Palestine and incites people to fight to retrieve Palestine. He incites people to go for a month to Afghanistan to get training to fight and he cites the opinion of ibn 'Uthaymīn. The recording cuts off at the end of side A.

Side B:

1)    0:00 to 26:10 Continuation of the same sermon from side A. The same speaker answers questions about Jihad in Palestine, boycott American goods, and getting the parents' consent to go for Jihad. He narrates stories about some of the Mujahideen in Afghanistan and speaks about conflicts among Afghanis. He answers questions about the role of physicians in Jihad and the US and other countries aid to equip Mujahideen with weapons.

2)    26:11 to the end of side B, Background noise.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

497    Tape 497. A seminar on the interpretation of the Qur'ān      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:44 min. Side B 44:40 min.

Side A: A recording of a seminar on the interpretation of the Qur'ān in which a speaker defines interpretation and explains its rules. The speaker gives cites and interprets a number of verses from the Qur'ān.

Side B: The speaker explains the meaning of some words from the Qur'ān and reviews different opinions and interpretations of a number of scholars from al-Sunnah wa-al-Jamāʿah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

498    Tape 498. A sermon on Jihad and the risks that surround the Islamic nation      Circa 1965-2000
and the "land of the two holy sanctuaries"
*1 audiocassette*
Arabic

[Duplicate of Tape 33].

| Box | Description | Date(s) |
|-----|-------------|---------|
| | | |

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**500**   Tape 500. The foreign military presence in the Gulf, Arab and Middle East     Circa 1998-2000
regions
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is intelligible. Side A 30:25 min. Side B 29:13 min. Speaker: Usāmah ibn Lādin and others. Place: Unknown.

Side A:

1) 0:00 to 8:35 The tape starts with recitation from the Qurʾān of Sura al-Baqarah verse 120. Then a speaker talks about the USA, UK, French, and Israeli military presence in Saudi Arabia , Egypt, Kuwait, Oman, Bahrain, Qatar, Turkey, Jordan, Palestine, Bāb al-Mandab strait, Djibouti, Hormuz Strait, and Morocco. He lists numbers of soldiers, weapons, aircrafts, experts, armories, and naval fleets.

2) 8:36 to the end of side A, Another speaker who is Usāmah ibn Lādin gives a lecture on the US military presence in Saudi Arabia and the Gulf countries. He believes that this presence is an occupation and it shows the weakness of the Arab governments because they used foreign troops to liberate Kuwait from the Iraqi occupation. He accuses the governments of the Gulf countries of lying to their people about the foreign military presence in their countries.

Side B: The last speaker on side A continues his lecture. He speaks about the occupation of Palestine and accuses the Arab governments of betraying and lying to their people. He strongly criticizes meetings of countries' leaders in Sharm al-Shaykh in Egypt to support Israel. He urges Jihad and fighting the Americans. He reviews a statement from the commander of the US military forces during the Gulf war in an interview with USA Today magazine. He mentions the name of Ayman al-Ẕawāhiřī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**501**   Tape 501. A lecture on Jihad in Afghanistan     1989
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 32:00 min. Side B 30:58 min. Speaker: Usāmah ibn Lādin and others. Place: Saudi Arabia.

Side A:

1) 0:00 to 30:34 The speaker gives a lecture in which he cites Hadiths and verses from the Qurʾān pertinent to Jihad. He narrates stories from the history of Islam regarding Jihad. He urges people to go for Jihad against the infidels.

2) 30:35 to the end of side A, Background noise.

Side B: Continuation of the same lecture on side A by the same speaker. He narrates more Hadiths, verses from the Qurʾān and stories from the history of Islam on Jihad. He urges people to prepare themselves to defend the land of the two holy sanctuaries (Saudi Arabia). He speaks

ASH 031605

| Box | Description | Date(s) |
|-----|-------------|---------|

about his visit to Baluchistan in Pakistan. He calls people to help and support the Mujahideen in Afghanistan. He speaks briefly about the battle of Jalalabad in Afghanistan. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

503     Tape 503. Jihad                                                  Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 1218, Side A].

Side B. [Duplicate of Tape 1218, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

504     Tape 504. Jihad                                                  Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on Jihad. The speaker mentions some stories about youth and Jihad in Afghanistan and how they fought against the Russian army. The speaker answers questions regarding Jihad. He also mentions the Fatwá by al-Albānī regarding securing permission from parents before going to Jihad. (Note: Some of the stories were mentioned in Cassette # 1218)

Side B. Duplicate of Tape 496, Side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

505     Tape 505. Jihad                                                  Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker explains verse 23 from the Qur'an "Among the believers are men who have been true to their covenant with Allah: of them some have completed their vow (to the extreme), and some (still) wait: but they have never changed (their determination)". (Sūra al-aḥzāb).The speaker states that the believers are those who had a covenant with God and died for God's sake.

Side B. The length of the audio tape is very short. A speaker mentions a story of one of companions of Prophet Mohammed and his repentance.

Preservation masters
*2 computer files (WAV)*

Tape 505. Jihad

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 506 | Tape 506. Invading the land of al-Ḥaramayn<br>*1 audiocassette*<br>Arabic | Circa 1990-1992 |

Summary (English)

Side A. A speaker gives a lecture on "Invading the land of al-Ḥaramayn". The speaker mentions the situation of the land of al-Ḥaramayn and the corruption that people experience due to the weakness of the king. The speaker describes a reformation petition (Hijra 1411-1413) that was sent to the king to make changes in many areas such as taxes and the military.

Side B. Continuation to side A. The same speaker asks people to boycott American products; he states that if Muslims do not use American products, the American economy will be affected. The speaker mentions Jihad against Americans to save the holy land (Saudia Arabia).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 507 | Tape 507. Our contemporary reality<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |
|---|---|---|

Summary (English)

Side A. A presenter who introduces the contents of the recording names the speaker as Sheikh Usāmah ibn Lādin who gives a lecture on "our contemporary reality", which he explains as a defense of the Islamic religion by Jihad. He also states that invading the land of al-Ḥaramayn was a dream for foreigners to control the land of petroleum.

Side B. Continuation to side A. Usāmah ibn Lādin mentions the Muslims after the death of Prophet Mohammed. Usāmah ibn Lādin states that Jihad is the right faith; he also mentions stories of youth who sacrificed their life and education for God's sake. Usāmah ibn Lādin asks Muslims to go for training for one month.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 509 | Tape 509. A recitation from the Qur'ān and hymns about death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Comments: Side A 43:14 min. Side B 37:59 min.

Side A: A recording of recitations of different verses from the Qur'ān and hymns about death. The voice of the crying audience is heard.

Side B: A recording of hymns about death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031607

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 179 of 461
Tape 510. A recitation from the Qur'ān and hymns about death                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 178

| Box | Description | Date(s) |
|-----|-------------|---------|
| 510 | Tape 510. A recitation from the Qur'ān and hymns about death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 42:21 min. Side B 37:52 min.

Side A: A recording of recitations of different verses from the Qur'ān and hymns about death. The voice of the crying audience is heard.

Side B: A recording of recitations of different verses from the Qur'ān and hymns about death. The voice of the crying audience is heard.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 511 | Tape 511. A sermon on committing sins<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 47:05 min. Side B 47:11 min.

Side A: A sermon on committing sins in which a speaker tells Hadiths and talks about the effects and results of committing sins.

Side B: The speaker answers many questions about different issues such as committing sins, repentance, prayer, and cutting hair for women.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 512 | Tape 512. A speech about patience and Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 28:59 min. Side B 31:30 min.

Side A: A speaker cites verses from the Qur'ān and Hadiths and talks about the definition of patience in the perspective of Islam and as an essential element of Jihad.

Side B: The speaker explains the elements of patience and then tells stories about battles and Mujahideen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 513 | Tape 513. A sermon on the Prophetic message<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031608

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Side B is actually the beginning and it continues on side A. Recording quality is poor with background noise but audio is intelligible. Side A 44:04 min. Side B 44:36 min.

Side A: A speaker advises the audience to commit to the teachings of Islam, make the priority in loyalty to God, and to follow the Prophet's way of living. From 30:06 a recording of a congregational prayer followed by a supplication and a conversation in English. The recording cuts at the end of side A.

Side B: The speaker talks about the Prophet's mission in delivering the message of Islam and discusses the continuity of this message after the Prophet's time.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

514    Tape 514. Sermons on the greatness and oneness of God       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:14 min. Side B 31:15 min.

Side A: A recording of a sermon in which a speaker describes the greatness and might of the creator and the weakness of human beings against this greatness. The speaker describes the mercy which is associated with God's greatness.

Side B: A recording of a sermon on monotheism in which a speaker addresses the signs of existence and oneness of God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

515    Tape 515. A speech about juggernaut                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:06 min. Side B 39:37 min.

Side A: A speaker defines juggernaut according to the Islamic perspective and the view of Salafiyah. The speaker gives examples and lists the forms of juggernaut.

Side B: The speaker talks about the role of Salafiyah in Jihad and confrontation of the political parties to establish an Islamic state in Afghanistan. The recording cuts of by a background noise from 6:35 to the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

516    Tape 516. A speech about the Prophet's companions           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Side A 30:23 min. Side B 30:20 min. Speaker: Muḥammad ibn Hādī al-Madkhalī. Place: Kuwait.

Side A: The speaker talks about the role of the Prophet's companions in narrating Hadith and believes that they are the main reference of Hadith.

Side B: The speaker reads satirical poems about Salafiyah preachers. The speaker reads biography and introduction of some of the Salafiyah preachers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

517   Tape 517. A lecture on constructive criticism          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:20 min. Side B 46:19 min.

Side A: The speaker talks and gives examples from the history of Islam about constructive criticism. The speaker reviews chapters from "Riyāḍ al-ṣāliḥīn" book by al-Nawawī.

Side B: The speaker talks and answers questions from the audience about usury banks, Kharijites, and the Muslim Brotherhood. From 37:43 a recording of a speech in which a speaker talks about jurisprudential mistakes of Salafi scholars such as al-Nawawī, Ibn Ḥajar, and al-Shawkānī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

518   Tape 518. Religious anthems and a conversation about advice          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:15 min. Side B 43:42 min.

Side A: This side starts with a recording of religious anthems which is interrupted at 38:04 by a conversation about advice in which a speaker gives and explanation to the advice concept from the Salafi perspective.

Side B: A continuation of the conversation on side A. A speaker from the audience reads and comments on chapters from a book about jurisprudential mistakes and oversight of Salafi scholars.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

520   Tape 520. A lecture about different subjects          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031610

Tape 520. A lecture about different subjects

| Box | Description | Date(s) |
|---|---|---|

Comments: Side A 43:49 min. Side B 43:39 min.

Side A: A speaker gives a lecture about different subjects in which he explains and answers questions about different subjects such as fires, first aid, and traffic accidents.

Side B: The speaker answers more questions about different subjects such as al-watr prayer, ablution, and usury.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

521  Tape 521. Sermons on ʻUmar ibn al-Khaṭṭāb and ʻUmar ibn ʻAbd al-ʻAzīz       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 25:44 min. Side B 25:42 min.

Side A: A recording of a sermon about ʻUmar ibn al-Khaṭṭāb in which a speaker addresses his biography, personality, and his life before and after embracing Islam, and the story of how he embraced Islamic religion.

Side B: The speaker tells briefly the story of the murder of ʻUmar ibn al-Khaṭṭāb. From 1:52 a recording of a sermon about ʻUmar ibn ʻAbd al-ʻAzīz in which a speaker addresses his biography, attitudes, ruling, and death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

522  Tape 522. A sermon on faith       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:19 min. Side B 43:12 min.

Side A: A recording of a sermon on faith in which a speaker addresses the issue of strengthen faith and its continuity in the Muslim. The speaker believes that faith is variable and explains how it increases with more obedience to God and decreases with committing sins.

Side B: The speaker explains the pillars of faith and how to strengthen it by committing to religious duties.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

523  Tape 523. The interpretation of Sura al-Fātiḥah       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:43 min. Side B 45:35 min.

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 183 of 461
Tape 523. The interpretation of Sura al-Fātiḥah

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 182

| Box | Description | Date(s) |
|---|---|---|

Side A: A recording of sermon in which a speaker interprets verses from the Qur'ān of Sura al-Fātiḥah.

Side B: The speaker continues the interpretation of the mentioned verses from Sura al-Fātiḥah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

524    Tape 524. A sermon on commitment to religious duties and good manners     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:17 min. Side B 30:47 min. Speaker: Muḥammad ibn Ṣāliḥ al-Munajjid. Place: Saudi Arabia.

Side A: The speaker talks about the influence of religious commitment on the highness of morality of humans. The speaker tells Hadiths and stories about the decent treatment to people.

Side B: The speaker talks about the Islamic revival and its positive influence on the commitment to religious duties, obedience of God, and keeping away from sins.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

525    Tape 525. Sermons on the Prophet Muḥammad     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:47 min. Side B 24:05 min.

Side A: A speaker addresses the issue of feelings of Muslims towards the Prophet and the virtues of the prayer upon him, particularly during supplication. The speaker cites the opinion of some Salafi scholars such as Ibn Taymīyah and Aḥmad ibn Ḥanbal.

Side B: The speaker recommends more and frequent praying upon the Prophet in pray and supplication and cites the opinion of some Salafi scholars such as Sufyān al-Thawrī. From 10:17 a recording of another sermon on the Prophet Muḥammad in which a speaker talks about his birth, upbringing, and his invitation to embrace Islam in the Arab Peninsula. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

526    Tape 526. A sermon on the labor's rights     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:53 min. Side B 23:56 min.

ASH 031612

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a sermon on the labor's rights in which a speaker addresses the issue of maintaining these rights in Islam. The speaker provides tips to the workers and employers concerning the rights and duties of each.

Side B: The speaker provides more tips about the rights and duties of the workers and employers and addresses the importance of time issue. From 17:55 a recording of a congregational prayer in which crying of the prayers is heard. From 20:59 a recording of a sermon in which a speaker reads poems. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

527    Tape 527. A lecture about the importance of time                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 45:38 min. Side B 45:46 min.

Side A: A speaker gives a lecture about the importance of time management, investing time in worship, and avoiding wasting of time on distracting matters. The speaker cites verses from the Qur'ān indicate the importance of time.

Side B: The speaker talks about certain things which he believes a waste of time and distracts people from practicing religious duties such as watching TV shows, talking on the phone for a long time, and bathing for long time. The speaker cites the opinions of some Salafi scholars in the investment of time such as ibn al-Jawzī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

528    Tape 528. Sermons about argument among Muslims                            Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 21:29 min. Side B 22:25 min.

Side A: A speaker addresses the issue of discrimination and argument among Muslims and explains Hadiths about "al-firqah al-nājiyah" and believes it is the Sunnis sect and that other Muslim denominations are mortal on the Judgment Day. The recording overlaps with a different recording and then audio become unintelligible from 17:25 to the end of side B.

Side B: A recording of a sermon bout arguments among Muslim. A speaker believes that argument and difference in views are common in any nation or group and recommends referring to the Qur'ān and Hadith to resolve any dispute among Muslims. From 15:37 a recording of a sermon about consultation in which a speaker explains its definition, necessity, reasons, and contradictions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 529 | Tape 529. A sermon on Salafi scholars<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise on side B but audio is intelligible. Side A 45:00 min. Side B 45:06 min.

Side A: A recording of a sermon about Salafi scholars in which a speaker addresses the role of these scholars in preserving the approach of ahl al-Sunnah wa-al-Jamāʾah. The speaker believes that these scholars have a stature from God. The speaker talks about highlights from the life of some Salafi scholars such as Ibn Taymīyah and Aḥmad ibn Ḥanbal.

Side B: The speaker talks about the stature of a scholar in the society and morals that should be followed in talking and dealing with a scholar. From 29:00 a recitation from the Qurʾān from verses 11 of Sura al-Burūj to verse 3 of Sura al-hamzah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 530 | Tape 530. A sermon titled "The disaster of the year 2000"<br>*1 audiocassette*<br>Arabic | Circa 1996-1999 |

Summary (English)

Comments: Side A 46:51 min. Side B 45:45 min. Speaker: Muḥammad Ṣāliḥ al-Munajjim.

Side A: The speaker believes about a conspiracy from Jewish and Christians against Islam. The speaker talks about prophesies on the events of the year 2000 and the intention of Israel to demolish al-Aqṣá mosque in Jerusalem and build Solomon's temple on the mosque ruins. The speaker talks about Israel's intention to build the West Bank barrier.

Side B: The speaker urges Muslims to be prepared for any emergency event in the year 2000 such as any possible attack on al-Aqṣá mosque. The speaker criticizes and believes that participation of Muslims in celebrating the New Year's Eve is prohibited.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 531 | Tape 531. A sermon on repentance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:04 min. Side B 30:24 min.

Side A: A recording of a sermon on repentance in which a speaker addresses the obstacles that prevent people from repentance to God. The speaker talks about the vast mercy of God and God's forgiveness after repentance regardless of the amount of sins.

Side B: the speaker recites Hadiths and different verses from the Qurʾān and tells stories about the Prophet's companions about repentance.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

| 532 | Tape 532. A sermon on faith | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:56 min. Side B 30:20 min.

Side A: A recording of a sermon on faith in which a speaker talks about ways to strengthen and maintain faith for Muslims. The speaker believes that the best way to strengthen faith for a Muslim is by adhering to religious duties and avoiding committing sins.

Side B: The speaker cites Hadiths and talks about the weakness of faith and the ways to strengthen it for Muslims. From 25:30 a recording of Tarāwīḥ prayer. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 533 | Tape 533. Sermons on singing and poetry | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:40 min. Side B 29:57min. Speaker: one of the speakers is ʿĀʾiḍ al-Qurānī.

Side A: A recoding of a sermon about singing in which a speaker reviews the advisory opinions of Salafi scholars such as Ibn al-Qayyim in the prohibition of singing. The speaker reads verses of poetry about the prohibition of singing and recommends listening to Qurʾān recitations and Hadiths instead of music. From 12:21 a recording of another sermon on the prohibition of signing in which a speaker explains his point of view in singing and believes that it is a sin and forbidden in Islam.

Side B: A recording of a sermon in which a speaker cites Hadiths and opinions of Salafi scholars about lengthening hair of the beard and avoid shaving it.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 534 | Tape 534. A sermon on seeking knowledge from the Muslim scholars | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 46:49 min. Side B 46:19 min.

Side A: The speaker tells more stories about some Islamic figures such as ʿAlī ibn Abī Ṭālib in which he addresses his knowledge and intelligence.

Side B: A recoding of a sermon in which a speaker talks about seeking knowledge from the Muslim scholars. The speaker tells Hadith and many stories from the history of Islam about seeking knowledge and asking scholars.

ASH 031615

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

535 Tape 535. Sermons on human hair and poetry          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:05 min. Side B 31:12 min.

Side A: A recording of a sermon on hair in which a speaker talks about lengthening the beard's hair for men and covering hair for women from the Salafi perspective. The speaker believes in the prohibition of shaving the beard's hair for men and cutting hair for women.

Side B: A recording of another sermon on singing. A speaker believes in the prohibition of singing and calls for repentance from singing. From 20:08 a recitation from the Qurʾān of Sura Ṭāhā verse 1-76.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

536 Tape 536. Sermons on the Prophet Muḥammad          Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 525].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

537 Tape 537. Sermons on committing sins and repentance          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:31 min. Side B 30:30 min.

Side A: A recording of a sermon about committing sins and in which a speaker preaches the audience and tells stories about committing sins such as adultery, drinking alcohol, and usury.

Side B: The speaker continues his sermon and focuses on committing adultery. The speaker talks about and believes in the infidelity of some Arabic and Islamic figures such as Ibn Sīnā and Ṭāhā Ḥusayn. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

538 Tape 538. Sermons about supporting Islam          Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031616

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Side A 29:27 min. Side B 29:22 min.

Side A: A speaker talks about investing and using the energy, qualifications, and talents of the Muslim to support Islam. The speaker tells stories about the use of the prophets of their qualifications and strengths in delivering their messages to people.

Side B: A recording of another sermon about supporting Islam in which a speaker reviews and interprets Qurʾānic texts about sacrifice to support Islam. From 25:59 a recitation from the Qurʾān of Sura al-mulk verses 1-8.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

539    Tape 539. A sermon on Palestine                   2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 28:42 min. Side B 21:29 min. Speaker: Muḥammad ibn Ṣāliḥ al-Munajjim.

Side A: The speaker talks about the Palestinian-Israeli conflict and confrontations. The same speaker gives a sermon about relations between Muslims and the followers of other religions, in particular the Jewish and Christians. The speaker accuses Jewish people with violating covenants and conventions and calls for Jihad and war against them. Background noise from 19:58 to the end of side B.

Side B: A recording of a sermon on Palestine. The speaker talks about Palestinian children who were killed by the Israeli army and settlers such as Muḥammad al-Durrah. The speaker calls for Jihad against Israel.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

540    Tape 540. Sermons on the first Jewish congress and the Arab-Israeli peace    Circa 1991-2000
conference in Madrid
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:20 min. Side B 45:15 min.

Side A: A recording of a sermon about the Jewish conference which was held in Switzerland. The speaker reviews the goals, proceedings, and the resolutions of the conference.

Side B: The speaker answers questions from the audience on various issues, mostly about the confrontation between the Arabs and Muslims and Israel. From 33:01 a recording of a sermon about the Arab-Israeli peace conference that was held in Madrid. The speaker criticizes and refuses the conference or any call for peace with Israel.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

541    Tape 541. A sermon about pictures and statues        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:08 min. Side B 29:02 min.

Side A: A speaker talks about photography and statues and believes in the prohibition of photography and sculpture as forms polytheism and contradiction of the oneness of God.

Side B: Background noise and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

542    Tape 542. A sermon on the prophet Muḥammad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:38 min. Side B 44:36 min.

Side A: A recording of a sermon on the prophet Muḥammad in which a speaker tells the audience about the necessity of loving the Prophet by every Muslim. The speaker reviews and interprets Qurʾānic texts about the love and obedience of the Prophet.

Side B: The speaker talks about the ways that lead to the love and obedience of the prophet Muḥammad and tells Hadiths and stories about the obsessive love of the Prophet by his companions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

543    Tape 543. Sermons on the Prophet Muḥammad        Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 525].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

544    Tape 544. A speech about loving the Prophet Muḥammad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:46 min. Side B 5:38 min.

ASH 031618

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a speaker who tells stories and Hadiths about the love, respect, and glorifying of the prophet Muḥammad by his companions.

Side B: The speaker cites the opinion of Ibn Bāz and answers questions about jurisprudential issues related to marriage and divorce.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

545   Tape 545. A sermon about worships                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:26 min. Side B 44:06 min.

Side A: A speaker talks about devotion in worship and its rules and requirements and believes that devotion in the worship to God is the reason of progress and victory of the Islamic nation. The speaker tells stories from the history of Islam about some of the Islamic figures.

Side B: The speaker tells more stories from the history of Islam about some of the Islamic figures and how they were devoted in worship to God. From 34:14 a recitation from the Qurʾān of Sura al-Nisāʾ verses 1-23.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

546   Tape 546. A lecture about different subjects                           Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 520].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

547   Tape 547. Sermons on the prophet Muḥammad and the attributes of Muslim    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:12 min. Side B 44:19 min.

Side A: A sermon on the prophet Muḥammad in which a speaker reviews Qurʾānic texts that describes the prophet and shows that obeying him is obligatory to all Muslims.

Side B: A recording of another sermon about the Muslim's attributes. A speaker addresses and explains these attributes to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031619

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 191 of 461

Tape 548. A recording of proceedings of a religious festival and Islam [...]          Islamic fundamentalist audio recordings
collection
MS 1880 - Page 190

| Box | Description | Date(s) |
|-----|-------------|---------|
| 548 | Tape 548. A recording of proceedings of a religious festival and Islamic wedding ceremony<br>*1 audiocassette*<br>Arabic | 1996 |

Summary (English)

Comments: The language used is modern standard Arabic and Gulf dialect. Side A 31:19 min. Side B 30:08 min.

Side A: A recoding of the proceedings of "Qurṭubah Festival" and an Islamic wedding ceremony which includes a recitation from the Qur'ān and reading of poems, stanzas, and anthems in modern standard Arabic and Gulf dialect.

Side B: A continuation of the recoding of the Islamic wedding ceremony. Several speakers read poems, stanzas, and anthems in modern standard Arabic and Gulf dialect.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 549 | Tape 549. A sermon on drugs, alcohol, and singing<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 33:22 min. Side B 32:58 min.

Side A: A recording of a sermon about the bad consequences of drugs and alcohol in which a speaker talks and tells stories about the social and household problems resulted from drugs and alcohol abuse and addiction.

Side B: The speaker talks about the negative effects of singing and playing musical instruments. The speaker believes in the prohibition of singing or playing musical instruments.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 550 | Tape 550. A speech about Abū 'Ubaydah ibn al-Jarrāḥ<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 4:25 min. Side B 43:50 min.

Side A: A speaker tells the biography of Abū 'Ubaydah ibn al-Jarrāḥ from the book a'lām al-nubalā'. The speaker addresses Abū 'Ubaydah's decent and tells stories about his role in the Muslims conquests.

Side B: The speaker tells more stories about Abū 'Ubaydah ibn al-Jarrāḥ including the story of his sickness and death. From 19:32 a recitation from the Qur'ān of Sura al-Mu'minūn verses 1-111.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031620

| Box | Description | Date(s) |
|-----|-------------|---------|
| 551 | Tape 551. A recitation from Qurʾān and a supplication<br>*1 audiocassette*<br>Arabic | 1999 |

Summary (English)

Comments: Side A 30:24 min. Side B 28:58 min. Speaker: Hazzāʾibn Saʿd.

Side A: A recording of a recitation from the Qurʾān of Surat Qāf, al-wāqiʿah, and al-Taḥrīm.

Side B: A recording of a recitation from the Qurʾān of Surat al-Taḥrīm, al-ḥāqqah, and al-qiyāmah followed by a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 552 | Tape 552. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

omments: Side A 29:14 min. Side B 29:05 min. Speaker: ʿAbd Allāh al-maṭrūd.

Side A: A recording of a recitation from Qurʾān of Surat al-ʿAnkabūt and al-Rūm.

Side B: A recording of a recitation from Qurʾān of Surat al-Rūm, Luqmān, and al-Sajdah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 553 | Tape 553. A preaching on death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 21:33 min. Side B 23:17 min.

Side A: The speaker continues preaching on death and recalls that it is unavoidable and recommends repenting from sins. The speaker reads and interprets different verses from the Qurʾān about death.

Side B: A recording of a preaching on death which includes recitation and interpretation of different verses from the Qurʾān about death. The speaker addresses the issue of death as an inevitable fate of all living beings.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 554 | Tape 554. A lecture on visiting graves<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031621

| Box | Description | Date(s) |
|-----|-------------|---------|

Comments: Side A 43:45 min. Side B 41:01 min. Speaker: Aḥmad al-Mawraʻī.

Side A: A speaker gives a lecture in which he talks about visiting graves. The speaker recommends visiting graves and believes that it reminds people about the torment of the grave and the judgment day. The speaker cites the opinion of some Salafi scholars in the grave's torment.

Side B: The speaker cites more opinions of the Salafi scholars about the grave's torment and how to avoid it. The speaker recommends visiting graves as he believes that it reminds people about the torment of the grave and the judgment day. From 25:15 a recording of a speaker who tells a story about the people in paradise.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**555** Tape 555. A speech about the divine reward and punishment   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:41 min. Side B 29:57 min. Speaker: Aḥmad al-Mawraʻī.

Side A: A recording of a speech about the belief of ahl al-Sunnah wa-al-Jamāʻah in the divine reward and punishment. The speaker believes that paradise is the reward of good deeds and hell is the punishment of the bad deeds. The speaker describes the horrors of torture in hell.

Side B: The speaker tells Hadiths about and describes the delights of paradise. From 27:05 a recording of part of a congregational prayer followed by a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**556** Tape 556. Recitations from the Qurʼān and a preaching about the reward and   Circa 1965-2000
punishment
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 23:15 min. Side B 24:09 min.

Side A: A speaker preaches about good deeds and its reward in paradise and bad deeds and its punishment in hell. The speaker advises the audience to repent from sins.

Side B: A recoding of recitations of different verses from the Qurʼān and a speaker tells Hadiths and stories and preaches about death, repentance, and reward and punishment.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**557** Tape 557. A preaching on death   Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031622

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 42:24 min. Side B 41:58 min.

Side A: A speaker preaches and tells Hadiths and stories about the horrors of the resurrection day and describes the punishment and torment in hell. The crying of the audience is heard.

Side B: A recording of a preaching, poetry reading, and a recitation of a Hadith about death. A speaker describes the last moments before death and what happen to a man on the deathbed.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

558   Tape 558. A speech about the divine reward and punishment          Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 555].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

559   Tape 559. Sermons on committing to religious duties and Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:50 min. Side B 23:55 min.

Side A: A speaker gives a sermon about seeking religious knowledge in Islam. The speaker recommends seeking knowledge from the Salafi scholars. From 8:34 a recording of a sermon on Jihad in which a speaker recommends adhering to the Qur'ān and Hadith teachings and in accordance with the approach of ahl al-Sunnah wa-al-Jamā'ah. The speaker calls for Jihad against the enemies of Islam and talks about the victory of Mujahideen in Afghanistan on the Russians.

Side B: The last sermon on side A continues. The speaker talks about the virtues of Jihad and urges the audience to join Mujahideen in Afghanistan. The speaker mentions the availability of discounted flights from Jeddah in Saudi Arabia to Afghanistan and thanks the Saudi officials for their efforts in providing travel facilities.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

560   Tape 560. A sermon on the reward and punishment          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:05 min. Side B 30:43 min.

ASH 031623

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 195 of 461
Tape 560. A sermon on the reward and punishment                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 194

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: The speaker refers to Hadiths and describes the torment of hell and the delight of heaven.

Side B: A recording of a sermon on the reward and punishment. A speaker tells Hadiths and stories and describes the horrors of torment in hell. The speaker talks about death and recommends repentance from sins.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

561 Tape 561. A speech about the Qurʾān                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:32 min. Side B 46:50 min.

Side A: A speaker talks about the ability of the human mind to accommodate with the interpretation of the Qurʾān and the meanings contained in the Qurʾānic texts. The speaker cites the opinions of a number of Salafi scholars such as Ibn Taymīyah and Ibn Ḥajar.

Side B: The speaker talks about a number of Salafi scholars, reviews their writings, and gives examples from Salafi jurisprudence about various issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

562 Tape 562. A poetry reading and a speech about Jihad                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Frequent gaps in the recording. Side A 4:06 min. Side B 31:12 min.

Side A: A recording of a poetry reading about Palestine and Afghanistan and a tribute.

Side B: A recording of short conversations by different speakers about Jihad in Kashmir, Afghanistan, and Palestine. The speakers bless the establishment of Islamic state in Afghanistan. One of the speakers laments someone who was killed in Kashmir.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

563 Tape 563. A sermon about commitment to religious duties                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:59 min. Side B 44:02 min. Place: Saudi Arabia.

Side A: A speaker talks about avoiding temptations and desires and approaching to God by adhering to worships and good treatment of people.

ASH 031624

| Box | Description | Date(s) |
|---|---|---|

Side B: The speaker talks about honoring parents, the great status of the mother, death and the judgment day, commitment to religious duties and good deeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 564 | Tape 564. Q&A session | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:06 min. Side B 30:36 min.

Side A: A recording of a Q&A session about jurisprudential issues. A speaker advises the audience to diligence in study, to be well prepared for exams, and to adhere to religious duties. The speaker answers questions about different issues including prayer and marriage.

Side B: The speaker talks about resisting desires and whims and adhering to religious duties. The speaker cites verses from the Qurʾān and Hadiths and gives examples on prophets' commitment to worship.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 565 | Tape 565. A sermon on faith | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 31:22 min. Side B 31:24 min.

Side A: The speaker reviews biographies of a number of Salafi scholars such as Sufyān al-Thawrī and ibn al-Mubārak.

Side B: A recording of a sermon on faith in which a speaker addresses the good deeds and its reward and bad deeds and its punishment in the judgment day. The speaker tells stories and cites ibn Taymīyah's opinion about torment of the grave.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 566 | Tape 566. A sermon about prayer | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:16 min. Side B 44:31 min.

Side A: A recording of a sermon about prayer in which a speaker cites the opinion of a number of Salafi scholars and addresses its essential parts, times, importance, and reverence in prayer.

Side B: The speaker talks about ablution rituals, preparedness to pray, and creating appropriate atmosphere of praying. The speaker explains the sections of prayer from bowing, prostration,

ASH 031625

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 197 of 461
Tape 566. A sermon about prayer
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 196

| Box | Description | Date(s) |
|---|---|---|

and recitation of the Qurʾān. From 40:49 a recitation from the Qurʾān of Surat al-Māʿūn verses 107, al-Kawthar verses 1-3, al-kāfirūn verses 1-6, and al-Naṣr verses 1-3.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

567    Tape 567. A sermon about hell and paradise          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:37 min. Side B 30:21 min.

Side A: A speaker gives a sermon and cites Hadiths about the bliss of paradise and explains that good deeds result in going to paradise.

Side B: The speaker explains that bad deeds result in going to hell. The speaker cites verses from the Qurʾān and Hadiths and describes about horrors of hell.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

568    Tape 568. A sermon about Muslim clerics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:52 min. Side B 45:34 min.

Side A: A speaker talks about the role of the Muslim clerics in the Islamic revival and their religious status and prestige according to the belief of ahl al-Sunnah wa-al-Jamāʿah. The speaker praises the clerics and reminds the audience about the necessity to obey them and follow their teachings.

Side B: The speaker talks about the attributes of the clerics which enable them to perform their duties and maintain good relations with people. The speaker cites the opinion of a number of Salafi scholars such as Ibn Taymīyah and tells stories about a number of Salafi clerics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

569    Tape 569. A seminar on worships          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Gulf dialect. Side A 44:31 min. Side B 42:40 min.

Side A: A speaker talks reviews and interprets verses from the Qurʾān and Hadiths about practicing and commitment to religious duties.

ASH 031626

| Box | Description | Date(s) |
|---|---|---|

Side B: The speaker tells stories and reviews and interprets Hadiths and emphasizes on praying regularly and attending congregational prayers at the mosque.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

570   Tape 570. A sermon about Satan                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:00 min. Side B 30:43 min.

Side A: A speaker gives a sermon about Satan in which he reviews and interprets a number of Qur'ānic texts that describe Satan and his bad influence on human.

Side B: The speaker gives some tips to the audience and recites verses from the Qur'ān and Hadiths about seeking a refugee from Satan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

571   Tape 571. A sermon about hell and paradise                                 Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 567].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

572   Tape 572. A sermon on marriage                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:17 min. Side B 44:59 min.

Side A: The speaker gives examples, tells stories, and addresses the issue of wives rights and duties.

Side B: A speaker gives a sermon on marriage in which he addresses the rights and duties of both spouses and the problems arise between a couple due to negligence of their rights and duties. The speaker talks about the rights and duties of husbands.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031627

| Box | Description | Date(s) |
|-----|-------------|---------|
| 573 | Tape 573. A sermon on faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:35 min. Side B 45:21 min. Speaker: Saʿīd ibn Misfar.

Side A: A speaker gives a sermon about believing in God and adhering to religious duties. The speaker reads and interprets verses from the Qurʾān about strengthening faith and adhering to worships. The speaker recommends reading and abiding of Hadiths of the prophet Muḥammad.

Side B: The speaker asks the audience to study and understand the meanings and interpretations of Hadiths. The speaker explains to the audience the ways to strengthen faith. From 43:10 a recording of a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 574 | Tape 574. Interpretation of Hadiths<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:17 min. Side B 46:15 min.

Side A: A recording of a speaker who interprets a number of Hadiths about reward and punishment from Ṣaḥīḥ Muslim.

Side B: The speaker reads, discusses, and interprets more Hadiths to the audience. From 37:48 a recording of a speaker who answers questions about verifying the authenticity of Hadiths. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 575 | Tape 575. A sermon about commitment to religious duties<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 29:52 min. Side B 27:58 min.

Side A: A speaker talks about commitment to religious duties and staying away from temptations and desires. The speaker asks the audience to donate to Mujahideen. The speaker answers questions about different jurisprudential issues.

Side B: The speaker answers more questions from the audience about different jurisprudential issues about segregation between genders.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031628

| Box | Description | Date(s) |
|-----|-------------|---------|
| 576 | Tape 576. A sermon on women | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 29:42 min. Side B 29:43 min. Saʿīd ibn Misfar.

Side A: The speaker answers questions from the audience and tells stories about the wife's domestic duties. From 26:00 a recitation from the Qurʾān of Sura al-Aḥzāb verses 32-37.

Side B: The speaker talks about the spirit and what was said in the Qurʾān, Hadith, and science to define the soul. The speaker reviews one of the Qurʾānic texts that require women to stay home.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 577 | Tape 577. A lecture about guidance | Circa 1965-2000 |
|-----|-------------|---------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:19 min. Side B44:58 min. Speaker: Saʿīd ibn Misfar al-Qaḥṭānī.

Side A: The speaker cites verses from the Qurʾān and opinions of a number of Salafi scholars and tells more stories about adhering to religion and avoiding the forbidden things.

Side B: A recording of a lecture about guidance in which the speaker cites opinions of a number of Salafi scholars and tells stories money and greed.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 578 | Tape 578. A sermon on faith | Circa 1965-2000 |
|-----|-------------|---------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:27 min. Side B 43:59 min. Place: Saudi Arabia.

Side A: The speaker tells stories, gives examples, and cites opinions of a number of Salafi scholars about faith and commitment to the teachings of Islam.

Side B: A recording of a sermon on faith in which a speaker talks about commitment to the teachings of Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031629

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 200

| Box | Description | Date(s) |
|-----|-------------|---------|
| 579 | Tape 579. Q&A session | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:48 min. Side B 45:52 min.

Side A: A recording of a speaker who reads and answers questions about different jurisprudential issues such as usury, prayer, lying, and praying for the dead. The speaker cites the opinion of a number of scholars such as al-Shāfiʻi.

Side B: The speaker answers more questions about Satan, death, repentance, purity, and forgiveness and cites the opinion of a number of Salafi scholars such as Ibn Taymīyah. From 40:19 a recording of tarāwīḥ prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 580 | Tape 580. A sermon on the liberation of Kuwait | Circa 1991-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:53 min. Side B 45:52 min.

Side A: A speaker talks about the liberation of Kuwait and death and recommends adhering to religious duties and avoiding forbidden things.

Side B: The speaker talks about avoiding forbidden things and asks the audience to commit to worships and religious duties.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 581 | Tape 581. Sermons on youth and good deeds | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:26 min. Side B 29:59 min.

Side A: A speaker gives a sermon on youth in which he addresses their attributes and means of treatment of their social problems from an Islamic perspective.

Side B: A speaker gives a sermon in which he cites and interprets verses from the Qurʾān and Hadiths about piety and good deeds. From 23:30 a recording of a sermon in which a speaker cites and interprets verses from the Qurʾān and Hadiths about committing sins and repentance. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031630

| Box | Description | Date(s) |
|-----|-------------|---------|
| 582 | Tape 582. A sermon about various subjects<br>*1 audiocassette*<br>Arabic | Circa 1990-2000 |

Summary (English)

Comments: Side A 46:15 min. Side B 42:49 min.

Side A: A speaker gives a sermon in which he addresses and strongly criticizes the participation of Muslims in celebrating the Christian holydays such as Christmas and New Near days. The speaker strongly criticizes the Saudi press to publish photographs and interviews with Saudi women and considers this an immoral act.

Side B: The speaker strongly opposes the issue of work for women in Saudi Arabia, participation in training courses, performing any voluntary work, or driving a vehicle. From 34:14 a recitation from the Qurʾān of Sura al-Nūr verses 1-33.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 583 | Tape 583. Sermons on Jewish people<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:16 min. Side B 29:20 min.

Side A: A recording of a sermon about Jewish people in which a speaker addresses highlights from the history of the Israelites in the times of the prophets Yūsuf and Mūsā. The speaker tells the story of the Prophet Mūsā from the Qurʾān. the speaker talks about the Jewish people of the Arab Peninsula, their wars against Islam, and their denunciation of covenants and conventions with the prophet Muḥammad.

Side B: A recording of another sermon about Jewish people in which talks about the murder of Jesus Christ, distortion of the Torah, and denunciation of covenants and conventions with the prophet Muḥammad. From 24:25 a recording of a recitation from the Qurʾān of Sura al-Mumtahina verses 1-13.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 584 | Tape 584. A recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 23:21 min. Side B 23:21 min.

Side A: A recording of a recitation from the Qurʾān of Sura al-Anfāl verses 1-63.

Side B: A recitation from the Qurʾān of Surat al-Anfāl 23-75, al-Ṭāriq 6-17, and al-A'lá 1-4.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031631

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 202

| Box | Description | Date(s) |
|---|---|---|
| 585 | Tape 585. A recitation from the Qurʾān | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Side A 44:41 min. Side B 41:55 min.

Side A: A recording of a recitation from the Qurʾān from verse 1 of Sura al-Shuʿarāʾ to verse 64 of Sura al-Naml.

Side B: A recitation from the Qurʾān from verse 65 of Sura al-Naml to verse 27 of Sura al-ʿAnkabūt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 586 | Tape 586. A lecture on Libya | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

[Duplicate of Tape 476].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 587 | Tape 587. A sermon about the signs of the day of resurrection | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Side A 45:46 min. Side B 45:44 min.

Side A: A speaker reads and interprets Hadiths and talks to the audience about the great sings of the day of resurrection.

Side B: A speaker reads and interprets more Hadiths about the great sings of the day of resurrection.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 588 | Tape 588. A sermon about the proselytizing of Islam by the Prophet | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Comments: Side A 45:08 min. Side B 45:07 min.

Side A: A speaker tells stories about the difficulties and hardships endured by the prophet Muḥammad in proselytizing of Islam to his tribe and to other tribes in the Arab Peninsula. The speaker cites opinions of a number of Salafi scholars such as Ibn Ḥajar in al-Isrāʾ wa-al-Miʿrāj.

ASH 031632

Tape 588. A sermon about the proselytizing of Islam by the Prophet

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The speaker talks about the miracles of the prophet Muḥammad and addresses al-Isrāʾ wa-al-Miʿrāj event as one of these miracles. From 21:06 a recording of a speaker who lists names of a number of the Qurʾān readers with a clip of recitation by each one of them.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

589     Tape 589. A lecture on the Prophet biography                                    Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Comments: Side A 45:15 min. Side B 45:33 min. Speaker: Ibrāhīm ibn Nāṣir al-Nāṣir.

Side A: The speaker gives a lecture about the Prophet biography in which he addresses the events encountered by the Prophet and the Muslims in Mecca before immigrating to Medina which includes the declaration of Islam publicly in Mecca and al-Isrāʾ wa-al-Miʿrāj event.

Side B: The speaker talks about the Year of Sadness which is coincided with the death of the Prophet's first wife Khadījah bint Khuwaylid and the Prophet's uncle Abū Ṭālib.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

590     Tape 590. A recitation from the Qurʾān                                          Circa 1991-2000
        *1 audiocassette*
        Arabic

Summary (English)

Comments: Side A 29:59 min. Side B 30:00 min. Speaker: Muḥammad al-Nuʿaymī and Nāṣir al-Ghāmidī.

Side A: A recording of a recitation from the Qurʾān of Sura Yūsuf verses 1-100.

Side B: A recitation from the Qurʾān of Surat Yūsuf 101-111, al-Raʿd 1-43, and al-Shuʿarāʾ 1-122.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

591     Tape 591. A faint recording                                                     Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Comments: Side A 29:30 min. Side B 29:21 min.

Side A: The recording is faint and the audio is unintelligible.

Side B: The recording is faint and the audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

ASH 031633

Tape 591. A faint recording

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

592    Tape 592. A conversation about battles in Afghanistan                          Circa1979-1991
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio quality is poor with background noise. Side A 31:29 min. Side B 31:25 min.

Side A: A recording of a speaker who talks in a broken and not quite understandable Arabic language and with unintelligible voice with someone helping him by translating his speech to modern standard Arabic. The speaker talks about military operations launched by Mujahideen in Afghanistan against the Soviet troops.

Side B: A conversation about Mujahideen in Afghanistan. Details are unclear because the recording is faint and audio is not quite intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

593    Tape 593. A lecture on the Qurʾān                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:47 min. Side B 46:00 min. Speaker: ʿAbd al-Fattāḥ al-Qāḍī.

Side A: The speaker tells and interprets various Hadiths about the different readings of the Qurʾān. From 41:23 a recitation from the Qurʾān of Sura al-Ṭāriq 1-10.

Side B: The speaker gives a lecture about the different readings of the Qurʾān. The speaker talks about the revelation of the divine texts in different languages and the revelation of the Qurʾān in Arabic language. The speaker gives examples about different readings of the Qurʾān such as the reading of Ahl al-Ḥijāz.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

594    Tape 594. A lecture on the Promotion of Virtue and the Prevention of Vice      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:24 min. Side B 45:12 min. Speaker: Fahd Ibn ʿAbd Allāh al-Qāḍī.

Side A: A recording of a lecture on the Promotion of Virtue and the Prevention of Vice in which the speaker talks about the enforcement mechanisms of this concept, the obstacles that prevent its implementation and the mistakes accompanied with its application.

Side B: The speaker advises the audience to adhere to religious duties, especially prayer and supplication. The speaker answers questions about different issues including smoking cigarettes, music, and the application of the Promotion of Virtue and the Prevention of Vice.

ASH 031634

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**596** Tape 596. A sermon about Salafiyah doctrine          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 30:48 min. Side B 30:48 min.
Speaker: Muḥammad al-Qaḥṭānī. Place: Saudi Arabia.

Side A: The speaker gives a sermon about Salafiyah doctrine in which he explains its bases
and principles and reviews the opinions and literature of a number of Salafi scholars such as ibn
Taymīyah.

Side B: The speaker compares between Salafi and other doctrines such as Mu'tazilah in several
aspects like God's attributes and heresies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**597** Tape 597. A sermon on good deeds          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 233:29 min. Side B 22:51 min.

Side A: A recording of a sermon on good deeds. A speaker advises and reads Hadiths to the
audience about good deeds.

Side B: The speaker tells Hadiths and stories and answers questions from the audience about
good deeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**598** Tape 598. A sermon on Jihad          1990
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:54 min. Side B 42:15 min. Speaker: Mūsā al-Qararī.

Side A: The speaker gives a sermon on Jihad in which he reads and interprets a number of the
Qurʾānic texts about Jihad.

Side B: The speaker talks about a Jewish- American- Soviet conspiracy on Mujahideen and
believes that international news agencies have been used to tarnish the image of Mujahideen.
The speaker talks about the role of the global media in the war between Mujahideen and the
Soviet in Afghanistan.

ASH 031635

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

599    Tape 599. A preaching on piety                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:48 min. Side B 28:11 min.

Side A: A speaker reads someone's will to his family in which he advises them obey God, adhere to piety and religious duties, and avoid forbidden things.

Side B: The speaker recites different verses from the Qurʾān and a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

600    Tape 600. A sermon about usury                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:13 min. Side B 29:19 min.

Side A: A recording of a sermon about usury in which a speaker reviews the Qurʾānic texts that forbid usury and state its penalty. The speaker considers warns from dealing with banks as considered usury systems.

Side B: The speaker reviews and interprets a number of the Qurʾānic texts about torment on the resurrection day. From 11:24 a recording of a sermon about proselytizing of Islam by the Prophet Muḥammad and his patience and tenacity in facing difficulties and obstacles that he had confronted by declaring Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

601    Tape 601. A recitation from the Qurʾān and interpretation of Sura Luqmān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 22:51 min. Side B 22:58 min.

Side A: A speaker interprets from the Qurʾān of Sura Luqmān that addresses the commandments of the prophet Luqmān to his son.

Side B: The speaker tells stories from the history of Islam about modesty. From 7:53 a recitation from the Qurʾān of Sura al-naḥl 66-125.

Preservation masters
*2 computer files (WAV)*

ASH 031636

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

602   Tape 602. A sermon on patience                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:30 min. Side B 41:01 min. Speaker: ʿAlī al-Qaranī.

Side A: The speaker gives a sermon on patience in which he tells stories from the history of
Islam about the patience of Muslims and asceticism.

Side B: The speaker tells more stories from the history of Islam about the patience and
endurance of the Prophet and his companions.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

603   Tape 603. A sermon about adhering to the teachings of Islam      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 42:50 min. Side B 42:56 min.

Side A: A speaker talks about adhering to the teachings of Islam from Salafiyah perspective.
The speaker and cites the opinion of some Salafi scholars such as Ibn Taymīyah.

Side B: The same speaker tells Hadiths and stories from the history of Islam about commitment
of the Islamic teachings in the Qurʾān and the commands of the Prophet. From 32:50 a
recording of a speaker who reads verses of poetry about the resurrection day. The recording
cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

604   Tape 604. A sermon on Jihad                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:42 min. Side B 46:31 min.

Side A: A speaker talks about the hardship of Muslims in different parts of the world such as
Philippines and Afghanistan and urges for supporting them.

Side B: The same speaker tells Hadiths and stories about Jihad and martyrdom and urges
the audience to join Jihad. From 43:36 a recitation from the Qurʾān of Sura al-Tawbah verses
111-114.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031637

| Box | Description | Date(s) |
|-----|-------------|---------|
| 605 | Tape 605. A sermon about Andalusia<br>*1 audiocassette*<br>Arabic | Circa 1991-2000 |

Summary (English)

Comments: Side A 46:45 min. Side B 46:28 min.

Side A: A speaker gives a sermon about Andalusia in which he tells stories about persecution which Muslims had suffered after the fall of the Islamic state in Andalusia.

Side B: The same speaker tells more stories about killing and persecution which Muslims had suffered after the fall of the Islamic state in Andalusia. The speaker urges Muslims to join Jihad. From 38:56 a recording of a speaker who chants in unknown language. From 41:36 a recording of a speaker who reads verses of poetry.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 606 | Tape 606. Interpretation of verses from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:32 min. Side B 45:12 min.

Side A: A speaker recites and interprets verses from the Qurʾān of Sura al-Aʿrāf 163-166.

Side B: The same speaker talks about Jihad in Afghanistan and urges to support and donate to Mujahideen there. From 36:42 a recording of a recitation form the Qurʾān from verse 47 of Sura al-Dhāriyāt to verse 40 of Sura al- Ṭūr.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 607 | Tape 607. A sermon about the relation between happiness and commitment to religious duties<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:34 min. Side B 30:40 min.

Side A: A speaker explains how happiness is related to commitment with religious duties and tells stories from the history of Islam about grouchiness and delight. The speaker cites and interprets verses from the Qurʾān and Hadith to the audience.

Side B: The same speaker tells more stories about commitment to religious duties and avoiding committing sins. From 27:45 a recitation from the Qurʾān of Sura al-Isrāʾ verses 78-88.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031638

| Box | Description | Date(s) |
|---|---|---|
| 608 | Tape 608. A sermon on monotheism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 42:23 min. Side B 44:12 min.

Side A: A speaker gives a sermon on monotheism in which he talks about introducing monotheism by a number of prophets and Salafi scholars and the opinions of a number of contemporary Arabic writers in the oneness of God.

Side B: The speaker addresses the attitude of a number of contemporary Arabic writers, poets, and intellectuals of the Islamic religion and monotheism. From 33:43 a recitation from the Qur'ān of Sura Al 'Umrān verses 100-120.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 609 | Tape 609. A sermon on the Iraqi occupation of Kuwait<br>*1 audiocassette*<br>Arabic | 1990 |

Summary (English)

Comments: Side A 44:10 min. Side B 44:38 min.

Side A: A speaker talks about the warning that has been directed to Iraq end the occupation of Kuwait on January 15, 1991 and expectations about the war that might follow this date.

Side B: The same speakers emphasizes on commitment to religious duties and dissemination of brotherhood among Muslims. Another speaker answers questions about different issues including how the media addresses the crisis of the Iraqi occupation of Kuwait, praying, and music.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 610 | Tape 610. A sermon about commitment to Islamic religion<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:12 min. Side B 31:19 min.

Side A: A speaker talks about virtues of the congregational prayer and attending sermons at the mosque.

Side B: The same speaker recites and interprets verses from the Qur'ān and Hadiths about the horrors of the Resurrection Day. The speaker urges the audience to be prepared for Jihad and commends Jihad in Afghanistan. The speaker tells a story about a meeting of one of Jihad leaders in Afghanistan called Sayyāf with George Bush when he was the vice president in Ronald Regan's administration.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

611   Tape 611. A sermon on Abū Bakr al-Ṣiddīq              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:48 min. Side B 44:41 min.

Side A: A speaker gives a sermon and tells stories about Abū Bakr al-Ṣiddīq in which he addresses highlights of his life, biography, and companionship of the Prophet.

Side B: The speaker tells more stories about the life of Abū Bakr al-Ṣiddīq. the speaker reads and answers questions about different issues. From 33:24 a recording of another speaker who reads verses from the Qurʾān and tells stories from the history of Islam about victory. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

612   Tape 612. A sermon about the death of the prophet Muḥammad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:53 min. Side B 31:30 min. Speaker: ʿAʾiḍ al-Quranī.

Side A: The speaker gives a sermon in which he reads and interprets verses from the Qurʾān and Hadiths about death. The speaker tells a story about the farewell pilgrimage "Ḥajjat al-wadāʾ" which is the last pilgrimage of the Prophet before his death.

Side B: The same speaker talks about the last moments in the life of the Prophet, the Prophet's last commandments to Muslims before his death, and the Prophet's burial.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

613   Tape 613. A lecture about death                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:34 min. Side B 44:43 min. Speaker: ʿAʾiḍ al-Quranī.

Side A: The speaker gives a lecture about death in which he talks about how it is addressed in the Qurʾān and Hadith, the death of prophets, and the agonies of death.

Side B: The speaker recites and interprets verses from the Qurʾān and Hadith about death to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031640

| Box | Description | Date(s) |
|-----|-------------|---------|
| 614 | Tape 614. A sermon about Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1995-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:30 min. Side B 45:53 min.

Side A: A speaker describes the battle of Khost (a province in Afghanistan) and other battles of the Mujahideen against Russians in Afghanistan.

Side B: A recording of a sermon about Jihad in Afghanistan in which a speaker talks about the definition of Jihad and reviews Qur'ānic texts and Hadiths about Jihad and its virtues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 615 | Tape 615. A sermon on worships<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 45:46 min. Side B 45:50 min.

Side A: A speaker talks about death and tells stories from the history of Islam about worships and commitment to religious duties. The speaker cites and interprets verses from the Qur'ān and Hadiths to the audience.

Side B: The same speaker tells more stories from the history of Islam about commitment to worships and religious duties.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 616 | Tape 616. A sermon about Mujahideen<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 42:29 min. Side B 41:11 min.

Side A: A recording of a sermon in which a speaker talks about the role of 'Abd Allāh 'Azzām in supporting Mujahideen.

Side B: The same speaker states that the Mujahideen leaders in Afghanistan are affiliated with ahl al-Sunnah wa-al-Jamā'ah. From 21:15 a recording of part of a sermon in which a speaker talks about Jalalabad battles in Afghanistan. The recording cuts off a t the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 617 | Tape 617. A sermon about youth<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Recording quality is poor but audio is intelligible. Side A 44:52 min. Side B 43:23 min. Speaker: 'Ā'iḍ al-Quranī.

Side A: The speaker directs his speech to the youth to attend religious lectures and sermons and adhere to religious duties. The speaker tells stories from the history of Islam about a number of the Prophet's companions and their commitment to religious duties and the teachings of Islam.

Side B: The same speaker warns from cultural invasion through different media outlets such as press and believes that it has a negative impact specifically on youth.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 618 | Tape 618. A sermon on monotheism and atheism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 47:11 min. Side B 47:15 min. Speaker: 'Ā'iḍ al-Quranī. Place: Saudi Arabia.

Side A: The speaker tells stories about a number of Arabic and Islamic countries leaders and some prominent Arabic writers and poets. The speaker believes they are not committed to the teachings of Islam and they don't apply the Promotion of Virtue and Prevention of Vice.

Side B: The speaker gives a sermon on monotheism and atheism in which he talks and tells stories about the conflict of all times between monotheists and atheists.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 619 | Tape 619. A sermon on Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Comments: Side A 44:27min. Side B 44:17 min.

Side A: A speaker talks about Jihad and tells stories from the history of Islam about Islamic conquests at the time of 'Umar ibn al-Khaṭṭāb. The speaker tells story of the women who sought help of the Abbasid Caliph Al-Mu'taṣim and stories about wars between Muslims and Romans.

Side B: The speaker tells Hadiths and stories from the history of Islam about the virtues of Jihad. From 30:48 a recording of a part of a sermon by another speaker in which he tells stories about the link between different branches of knowledge and the Islamic religion. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

ASH 031642

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 214 of 461
Tape 619. A sermon on Jihad                     Islamic fundamentalist audio recordings
                                                                collection
                                                              MS 1880 - Page 213

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

620   Tape 620. Sermons about the Qurʾān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:48 min. Side B 44:49 min.

Side A: A speaker recites verses from the Qurʾān and Hadiths about the Qurʾān. The speaker addresses the issues of recitation and studying of the Qurʾān and commitment to its teachings.

Side B: The same speaker tells stories and Hadiths about the ways of memorizing the verses of the Qurʾān. From 30:40 a recording of a sermon about the Qurʾān in which the same speaker talks about the virtues of the Qurʾān and the benefits of reciting and memorizing it. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

621   Tape 621. A sermon about al-Sunnah wa-al-Jamāʿah    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:15 min. Side B 44:18 min.

Side A: A speaker gives a sermon in which he talks about the characteristics, attributes, and the doctrine of al-Sunnah wa-al-Jamāʿah. The speaker tells stories about some Islamic figures who represent al-Sunnah wa-al-Jamāʿah.

Side B: The same speaker tells more stories from the history of Islam about the doctrine of al-Sunnah wa-al-Jamāʿah. From 33:39 a recording of a recitation from the Qurʾān of Sura al-Māʾidah 1-22.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

622   Tape 622. A speech on devotion in worship and a sermon on monotheism    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 31:08 min. Side B 30:43 min. Speaker: ʿĀiḍ al-Quranī.

Side A: The speaker tells stories from the history of Islam about devotion in worship and reviews the advisory opinion of a number of Salafi scholars in this issue.

Side B: The same speaker tells Hadiths and more stories about devotion in worship and hypocrisy. From 25:34 a recording of a sermon by another speaker in which he recites verses from the Qurʾān and tells stories about monotheism.

Preservation masters
*2 computer files (WAV)*

ASH 031643

Tape 622. A speech on devotion in worship and a sermon on monotheism

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 214

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

623   Tape 623. A sermon about repentance                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 46:19 min. Side B 45:08 min.

Side A: A speaker tells stories about committing sins and repentance.

Side B: The same speaker talks about the consequences of committing different kinds of sins and repentance and cites and interprets verses from the Qurʾān to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

624   Tape 624. A sermon about death                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:07 min. Side B 38:08 min.

Side A: A recording of a speaker who gives a sermon in which he tells stories from the history of Islam and cites verses from the Qurʾān about death being an inevitable fate.

Side B: Recording is faint and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

625   Tape 625. A sermon about faith                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:29 min. Side B 31:06 min. Speaker: ʿAʾiḍ al-Quranī.

Side A: The speaker tells stories from the history of Islam about faith and the oneness of God.

Side B: The speaker tells Hadiths and more stories from the history of Islam about faith and the oneness of God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

626   Tape 626. A sermon about faith                                     Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031644

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Recording quality is poor but audio is intelligible. Side A 45:51min. Side B 44:48 min.

Side A: A recording of a speaker who gives a sermon in which he tells and interprets many Hadiths on faith. Audio is not quite intelligible.

Side B: The same speaker tells stories about committing sins and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

627    Tape 627. The explanation of "Bulūgh al-marām"    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:48 min. Side B 45:44 min.

Side A: A speaker gives a session on the provisions of ablution. He reviews a chapter from Bulūgh al-marām and tells several Hadiths pertinent to this subject.

Side B: The same speaker continues the session about the provisions of ablution from the ablution chapter in Bulūgh al-marām. The speaker tells Hadiths pertinent to this subject. From 32:52 a recording of a recitation from the Qur'ān from verse 1 of Sura al-Ḥijr to verse 12 of Sura al-naḥl.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

628    Tape 628. A lecture about death    Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 613].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

629    Tape 629. A sermon on piety    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:47min. Side B 31:02 min. Speaker: 'A'iḍ al-Quranī.

Side A: The speaker gives a sermon on piety in which he addresses the definition of piety from the point of view of 'Alī ibn Abī Ṭālib and tells stories from the history of Islam about the good deeds and asceticism.

Side B: The same speaker answers questions about different issues such as abandoning prayer, congregational prayers at the mosque, and ablution.

ASH 031645

Tape 629. A sermon on piety

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 216

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

630   Tape 630. A sermon about committing sins          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:36 min. Side B 45:32 min. Speaker: ʻAwaḍ al-Quranī.

Side A: The speaker gives a sermon in which he talks about the impact of committing sins on the man's life and cites and interprets verses from the Qurʾān about abandoning sins, piety, and repentance.

Side B: The speaker urges for good deeds and avoiding committing sins and tells stories about repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

631   Tape 631. Stories from the history of Islam          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:38 min. Side B 44:06 min.

Side A: A speaker tells stories from the history of Islam about piety, asceticism, and good deeds.

Side B: A speaker tells stories from the history of Islam about piety, asceticism, and good deeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

632   Tape 632. Interpretation of a Hadith          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:10 min. Side B 46:09 min.

Side A: A speaker interprets a Hadith from Ṣaḥīḥ al-Bukhāṛī about a husband's good treatment to his wife.

Side B: The same speaker tells stories about the Prophet's fairness and good treatment to his wives. There is a recording of other speakers who tell stories about the Prophet's treatment to his wives.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031646

| Box | Description | Date(s) |
|-----|-------------|---------|
| 633 | Tape 633. A sermon about righteous deeds and falsehood<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:31 min. Side B 30:46 min.

Side A: A speaker talks and recites verses from the Qurʾān and Hadiths about supporting the righteous deeds and fight against falsehood.

Side B: The same speaker tells stories from the history of Islam about patience, defending righteous deeds, and fighting falsehood.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 634 | Tape 634. A sermon about Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 43:13 min. Side B 42:18 min.

Side A: The same speaker recites and interprets verses from the Qurʾān and Hadiths about Jihad.

Side B: A speaker gives a sermon in which he talks about the virtues of and objectives of Jihad and cites pertinent verses from the Qurʾān and Hadiths.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 635 | Tape 635. The explanation of "Bulūgh al-marām"<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 47:48 min. Side B 45:44 min.

Side A: A speaker gives a session on the provisions of ablution in which he reviews a chapter from Bulūgh al-marām and tells several pertinent Hadiths. The speaker tells stories about some of the Prophet's companions.

Side B: The same speaker continues his session about the provisions of ablution reference the ablution chapter in Bulūgh al-marām. From 32:57 a recording of a sermon by another speaker in which he talks about the definition of a doctrine and illustrates his point of view in the correct belief.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 636 | Tape 636. A sermon about al-watr and Tarāwīḥ prayers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:28 min. Side B 45:50 min.

Side A: A recording of sermon in which A speaker reviews the opinions of a number of Salafi scholars and cites Hadiths about the rites of al-watr and Tarāwīḥ prayers.

Side B: The same speaker tells Hadiths and answers questions about the rites of supplication and al-watr prayer. From 22:40 a recording of a sermon by another speaker on prayer in which he tells stories about the prayer of a number of the Prophet's companions. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 637 | Tape 637. A sermon about Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:05 min. Side B 44:44 min.

Side A: A recording of a sermon about Jihad in which a speaker reviews the Qur'ānic texts which states that Jihad is a legitimate duty. The speaker talks about fighting of the Mujahideen in Afghanistan against Russians.

Side B: The same speaker talks about the impact of the Western media in distorting the image of Jihad in Afghanistan. The speaker answers different questions from the audience. From 25:14 a recording of a sermon by another speaker about the announcement of Jihad which took place in one of the Islamic conferences and reads to the audience a statement purported to the Mujahideen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 638 | Tape 638. Interpretation of a number of Hadiths<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:36 min. Side B 45:39 min.

Side A: A speaker gives a sermon in which he interprets a number of Hadiths from Ṣaḥīḥ al-Bukhārī about diseases and patients.

Side B: The same speaker tells and interprets to the audience more Hadiths about diseases from Ṣaḥīḥ al-Bukhārī. From 26:33 a recording of a sermon by another speaker about asceticism in which he recites verses from the Qur'ān and Hadiths about commitment to religious duties such as praying and reading of the Qur'ān.

Preservation masters
*2 computer files (WAV)*

ASH 031648

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

639   Tape 639. A sermon about Afghanistan          Circa 1989-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:02 min. Side B 42:51 min.

Side A: A speaker gives a sermon in which he talks about a trip that he had made from Saudi
Arabia to Afghanistan through Pakistan. The speaker describes the places where he stopped in
Pakistan and Afghanistan and the activities he carried out such as giving lectures and sermon.

Side B: The same speaker talks about his trip to Afghanistan and describes the areas where
he stayed in. the speaker talks about Jihad in Afghanistan and the visit of Richard Nixon to
Afghanistan. From 28:29 a recording of a recitation from the Qurʾān of Sura al-Anfāl 16-75.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer file (MP4)*

640   Tape 640. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:51 min. Side B 46:18 min.

Side A: A speaker gives a sermon in which he tells stories and recites and interprets verses from
the Qurʾān and Hadiths about honesty, lying, hypocrisy, and sincerity in worship.

Side B: The same speaker tells more stories from the history of Islam about faith and sincerity
in worship. From 33:12 a recording of part of another sermon about social solidarity in which
a speaker advises people to provide help to each others, especially to afflicted people and
patients.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

641   Tape 641. Sermons about Maʿrib and discord among Muslims          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 23:21 min. Side B 31:07 min.

Side A: A speaker recites and interprets verses from the Qurʾān about Maʿrib city. The speaker
tells the story of committing sins by the people of Maʿrib and God's punishment to them and the
demise of graces from Maʿrib.

Side B: The same speaker gives another sermon about discord among Muslims in which he
tells stories from the history of Islam about clashes and wars which happened due to discord
between al-Aws wa-al-Khazraj in al-Madīnah al-Munawwarah.

Preservation masters
*2 computer files (WAV)*

ASH 031649

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 221 of 461
Tape 641. Sermons about Maʾrib and discord among Muslims

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 220

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

642   Tape 642                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:50 min. Side B 46:58 min.

Side A: Recording is faint and audio is unintelligible.

Side B: Recording is faint and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

643   Tape 643. Sermon about Bilāl al-Ḥabashī and Egypt        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:31 min. Side B 47:17 min. Speaker: ʿĀʾiḍ al-Quranī.

Side A: The speaker gives a sermon about Bilāl al-Ḥabashī in which he addresses his biography and his role in serving the Islamic religion. The speaker tells stories about the transition of Bilāl from slavery to freedom.

Side B: The same speaker gives another sermon about Egypt in which he talks about the beginnings of the introduction of Islam there and the history of Egypt during the reign of the Caliph ʿUmar ibn al-Khaṭṭāb and the state of ʿAmr ibn al-ʿĀṣ. The speaker criticizes the secularism, Baʾathist, or any other intellectual approach that in his opinion conflicts with the Islamic religious laws.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

644   Tape 644. A sermon about the Salafi doctrine           Circa 1992-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:46 min. Side B 44:36 min. Speaker: Mūsā al-Qaranī.

Side A: A recording of a sermon about the Salafi doctrine in which the speaker talks about its rules in proselytizing Islam. The speaker talks about some of the events and crisis that have occurred in the Middle East such as the Gulf War.

Side B: The same speaker talks about the principles of the Salafi doctrine and cites the opinion of ibn Taymīyah in these principles.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031650

| Box | Description | Date(s) |
|-----|-------------|---------|
| 645 | **Tape 645. Sermons about the afterlife and tourism**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 30:49 min. Side B 30:13 min.

Side A: A recording of a sermon about the resurrection after death and the afterlife. A speaker reviews and interprets Qur'ãnic texts to the audience about the afterlife.

Side B: A recording of another sermon in which a speaker talks about Muslims who go for tourism and explains the ethics of tourism and urges the audience to abide to these ethics. From 25:45 a recording of part of another sermon about tourism in which a speaker talks about travel manners that should be followed by Muslims. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 646 | **Tape 646. A sermon about singing**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 31:26 min. Side B 30:45 min.

Side A: A speaker gives a sermon about singing in which he states his opinion in the prohibition of singing. The speaker cites Qur'ãnic texts, Hadiths, and the advisory opinions of a number of Salafi scholars such as 'Abd al-'Azīz ibn Bāz in the prohibition of singing.

Side B: The same speaker reads different songs' lyrics to the audience and explains how these lyrics conflict with the teachings of the Islamic religion. The speaker emphasizes on the prohibition of singing.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 647 | **Tape 647. Sermons on al-Ba'th party and religious education in Kuwait**<br>*1 audiocassette*<br>Arabic | Circa 1990-2000 |

Summary (English)

Comments: Side A 28:29 min. Side B 28:25 min.

Side A: A speaker gives a sermon in which he describes al-Ba'th party as "non believer and atheist" party. The speaker talks about Saddam Hussein and accuses him of betraying Islam and Ba'athists of Insulting Islam.

Side B: Another speaker strongly criticizes some Arabic popular support to Saddam Hussein and describes Saddam's supporters as mobs. The speaker believes that Saddam is a non believer. From 18:03 a recording of another sermon in which a speaker criticizes the religious education in Kuwait and urges Kuwaitis to adhere to religious obligations.

Preservation masters
*2 computer files (WAV)*

ASH 031651

Tape 647. Sermons on al-Ba'th party and religious education in Kuwait

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 222

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

648    Tape 648. A sermon about faith and piety                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 30:30 min. Side B 29:41 min.

Side A: The speaker answers questions about jurisprudential issues such as abandoning prayer, repentance, and praying at the mosque. From 21:18 a recitation from the Qurʾān of Sura Yūsuf 1-31.

Side B: A speaker talks and tells stories and Hadiths about faith and piety and addresses their definitions from the Islamic perspective.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

649    Tape 649. Sermons on the Qurʾān                                   Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 23:13 min. Side B 23:19 min.

Side A: A speaker gives a sermon in which he talks about the divine preservation of the Qurʾān from any changes. The speaker tells stories and Hadiths about studying, reciting, and interpreting the Qurʾān.

Side B: The same speaker concludes his sermon by calling for perseverance to read the Qurʾān. from 1:28 a recording of another sermon in which a speaker tells and interprets to the audience a Hadith about abandoning study and the recitation of the Qurʾān. from 17:03 a recording of a recitation from the Qurʾān from verses 1 of Sura Qāf to verse 7 of Sura al-Dhāriyāt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

650    Tape 650. Sermons on prayer at the mosque and Freemasonry          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 23:50 min. Side B 24:00 min.

Side A: A speaker gives a sermon in which he asks Muslims to attend prayers at the mosque and the Jum'ah prayer and sermon in particular. The speaker tells and interprets Hadiths about attending congregational prayer at the mosque.

Side B: The same speaker criticizes the lack of attention to religious education in schools and universities. From 4:57 a recording of another sermon in which a speaker talks about the definition, establishment, and objectives of the Freemasonry. The speaker believes the Freemasonry is a Jewish organization and that its main goal is to eliminate religions. The recording cuts off at the end of side B.

ASH 031652

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

651   Tape 651. Interpretation of Hadiths                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:45 min. Side B 46:38 min.

Side A: A recording of a sermon in which a speaker tells and interprets several Hadiths about defecating. The speaker tells the biography of a number of Hadith narrators such as Surāqah Ibn Mālik who was one the Prophet's companions.

Side B: The same speaker tells and interprets Hadiths about ablution and bathing.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

652   Tape 652. A sermon on the Muslim women                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:57 min. Side B 29:40 min.

Side A: A speaker gives a sermon directed to Muslim women about women's role and mission in the family and society as a mother, wife, and sister. The speaker tells and interprets to the audience several pertinent Hadiths.

Side B: The same speaker tells and interprets Hadiths about marriage and answers questions from the audience about different issues such as wearing the veil. From 20:18 a recitation from the Qur'ān of Sura al-Baqarah34-66.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

653   Tape 653. A lecture on the Muslim women                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:31min. Side B 44:42 min.

Side A: A speaker gives a lecture on the Muslim women in which he tells and interprets Hadiths about women that address the issue of wives' obedience to husbands.

Side B: The same speaker tells and interprets Hadiths about moralities that must be adhered by Muslim women and the obligation of women's commitment to the teachings of Islam. From 42:12 a recording of a recitation from the Qur'ān of Sura al-Naba' 1-24.

Preservation masters
*2 computer files (WAV)*

ASH 031653

Tape 653. A lecture on the Muslim women

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

| 654 | Tape 654. A sermon on the sacred mosque | Circa 1990-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:08 min. Side B 44:24 min. Speaker: ʿĀʾiḍ al-Quranī.

Side A: The speaker gives a sermon on the sacred mosque of Makkah in which he talks about protecting it from any foreign attack. The speaker recites and interprets various verses from the Qurʾān about the history of building the sacred mosque by the prophet Ibrāhīm. the speaker curses Saddam Hussein and addresses a supporting speech to Kuwaitis.

Side B: The same speaker talks about the displacement of Kuwaitis as a result of the Iraqi invasion of Kuwait. The speaker believes of Saddam's intention to attack the Muslims sanctities and urges for Jihad against him. From 35:53 a recording of a recitation from the Qurʾān of Surat al-Fātiḥah 1-7 and al-Baqarah 1-23.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 655 | Tape 655. Sermons about power of God and the death of the prophet Muḥammad | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: The recording on side A starts with a speaker who talks Farsi language. Side A 45:44 min. Side B 45:39 min.

Side A: A recording of part of a sermon about the power of God in which a speaker recites verses from the Qurʾān and tells stories about the creation of Heavens and Earth. From 37:59 a recording of a recitation from the Qurʾān of Sura al-Hijr 1-66.

Side B: The same speaker gives a sermon about the death of the prophet Muḥammad in which he addresses the Prophet's illness, last pilgrimage, and the last moments of his life. From 46:10 a recitation from the Qurʾān of Sura al-Māʾidah 1-8.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 656 | Tape 656. A sermon on patience | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:53 min. Side B 30:00 min.

Side A: A speaker gives a sermon in which he recites and interprets verses from the Qurʾān and talks about the patience of the Prophet in hard times and the event of calamities.

ASH 031654

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker tells stories about committing sins and repentance. The speaker advises the audience to persevere reading the Qurʾān and praying. From 27:06 a recording of a recitation from the Qurʾān of Sura al-Isrāʾ 79-88.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

657    Tape 657. The interpretation of Sura al-Baqarah                                                      Circa 1987-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:34 min. Side B 45:41 min.

Side A: A speaker recites and interprets verses from Sura al-Baqarah to the audience.

Side B: The same speaker continues the interpretation of verses from Sura al-Baqarah. From 23:17 a recitation from the Qurʾān of Sura al-Nisāʾ 1-57.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

658    Tape 658. A sermon on faith                                                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:42 min. Side B 29:00 min.

Side A: A speaker gives a sermon in which he recites and interprets verses from the Qurʾān about faith. The speaker tells stories from the history of Islam about a number of Muslim military commanders such as Qutaybah ibn Muslim al-Bāhilī and about the conquests of Persia and Afghanistan.

Side B: The same speaker urges for adhering to the obligations and teachings of Islam. The speaker answers questions from the audience about different issues such as Jihad and commitment to religious obligations. From 25:53 a recording of a recitation from the Qurʾān of Sura al-Ṭūr 1-34.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

659    Tape 659. The interpretation of Sura al-Anbiyāʾ                                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:25 min. Side B 47:43 min. Speaker: one of the speakers is Muḥammad ibn Ṣāliḥ al-ʿUthaymīn.

Side A: A speaker recites and interprets verses from the Qurʾān of Sura al-Anbiyāʾ.

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The speaker tells the story of the killing of ʿAbd Allāh ibn al-Zubayr and Hadiths about menstruation and ablution. From 32:43 a recording of part of lecture about the virtues of the Qurʾān in which a speaker interprets pertinent Hadiths from Ṣaḥīḥ al-Bukhārī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

660   Tape 660. A session on Ṣaḥīḥ al-Bukhārī                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 48:14 min. Side B 48:10 min. Speaker: ʿAʾiḍ al-Quranī.

Side A: The same speaker reads and interprets a number of Hadiths from Ṣaḥīḥ al-Bukhārī.

Side B: A recording of a session in which the speaker reads and interprets a number of Ṣaḥīḥ al-Bukhārī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

661   Tape 661. Multiple topics                                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 28:45 min. Side B 30:38 min. Speaker: one of the speakers is ʿAʾiḍ al-Quranī.

Side A: A recording of a poetry reading and a congregational prayer. From 10:06 a recitation from the Qurʾān from verse 1 of Sura al-Mujādalah to verse 5 of Sura al-Mumtaḥina.

Side B: A recording of a speaker who answers questions about different issues such as hypocrisy and the life of women in heaven.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

662   Tape 662. A sermon on ibn ʿUmar                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:46 min. Side B 30:33 min.

Side A: A speaker gives a sermon in which he talks about the biography of ʿUmar ibn al-Khaṭṭāb and reads and interprets Hadiths which were narrated by ibn ʿUmar.

Side B: The same speaker talks about the biography of ibn ʿUmar and reads and interprets Hadiths which were narrated by ibn ʿUmar.

Tape 662. A sermon on ibn 'Umar

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 227

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

663  Tape 663. A sermon about singing                                    Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 646].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

664  Tape 664. A sermon about loving God                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 46:05 min. Side B 45:10 min.

Side A: The same speaker tells stories and reads Hadiths about Sa'd ibn Abī Waqqāṣ. From 34:45 a recitation from the Qurʾān of Sura Al 'Umrān1-62.

Side B: A speaker gives a sermon in which he talks about the key to the love of God. The speaker recites and interprets pertinent verses from the Qurʾān and Hadiths.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

665  Tape 665. A lecture about death                                     Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 613].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

666  Tape 666. A sermon on the prophet Muḥammad                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 45:35 min. Side B 45:15 min.

Side A: The same speaker talks about a number of Islamic scholars such as al-Shāfiʿī and urges preachers to follow his example.

ASH 031657

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 229 of 461
Tape 666. A sermon on the prophet Muḥammad                     Islamic fundamentalist audio recordings
collection
MS 1880 - Page 228

| Box | Description | Date(s) |
|---|---|---|

Side B: A speaker gives a sermon on the prophet Muḥammad in which he addresses the prophet's character as a messenger of God and a leader of a nation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

667   Tape 667. A sermon about commitment to religious duties          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 24:20 min. Side B 23:37 min.

Side A: A speaker gives a sermon about commitment to religious duties, committing sins, and repentance. The speaker tells stories from the history of Islam about committing sins and repentance.

Side B: The same speaker emphasizes on commitment to religious duties and the teachings of Islam. From 4:19 another speaker chants religious anthems and prayers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

668   Tape 668. A sermon about Andalusia                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:23 min. Side B 43:27 min.

Side A: A speaker gives a sermon about Andalusia in which he talks about the fall of states and nations and cites and interprets pertinent Hadiths.

Side B: The same speaker states that there is a presence of ethical corruption due to deviation from the teachings of Islam in many Muslim countries. The speaker believes that enemies of Islam have exploited this to divide Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

669   Tape 669. A lecture about ibn Bāz                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:49 min. Side B 46:46 min.

Side A: A speaker gives a lecture about 'Abd al-'Azīz ibn Bāz in which he addresses his biography, knowledge, and jobs which he occupied in Saudi Arabia.

Side B: The same speaker talks about the stance of 'Abd al-'Azīz ibn Bāz in the issue of executing Sayyid Quṭb. The speaker reads to the audience some of ibn Bāz's views and advisory opinions. From 31:18 a recording of part of a sermon about the role of preachers in

ASH 031658

Tape 669. A lecture about ibn Bāz

| Box | Description | Date(s) |
|-----|-------------|---------|

reviving and proselytizing the Islamic religion and its teachings. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

670  Tape 670. A sermon about affliction                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:15 min. Side B 44:06 min.

Side A: A speaker talks about the affliction of human beings and believes it is a trial from God to the man's patience and faith.

Side B: The same speaker recites and interprets verses from the Qur'ān about patience and resorting to God in calamities. From 23:01 a recording of a recitation from the Qur'ān of Sura al-Nūr 11-58.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

671  Tape 671. A sermon about the prophets Ibrāhīm and Mūsā                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise but audio is intelligible. Side A 47:47 min. Side B 45:52 min.

Side A: A speaker gives a sermon about the prophet Ibrāhīm and recites and interprets verses from the Qur'ān about his journey to Makkah and building of Ka'bah.

Side B: The same speaker gives a sermon about the prophet Mūsā and recites and interprets verses from the Qur'ān about his story with the Pharaoh of Egypt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

672  Tape 672. A sermon about al-Sunnah wa-al-Jamā'ah                        1992
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:06 min. Side B 28:21 min. Speaker: 'A'iḍ al-Quranī.

Side A: A speaker gives a sermon in which he talks about the attributes of al-Sunnah wa-al-Jamā'ah and tells stories from the history of Islam about 'Umar ibn al-Khaṭṭāb and some of the Prophet's companions.

Side B: The same speaker answers questions about different issues such as Jihad in Afghanistan, the human genetic traits, and some jurisprudential issues.

ASH 031659

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**673** Tape 673. Sermons about hypocrites and Afghani Mujahideen     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:57 min. Side B 24:06 min.

Side A: A speaker gives a sermon in which he addresses the attributes of hypocrites and explains their attempts in devastation of Islam during various stages in the history of Islam.

Side B: The same speaker gives a sermon in which he delivers a gratitude letter to Afghani Mujahideen and praises their role in Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**674** Tape 674. Sermons about the miracles of prophets and stories from the     Circa 1965-2000
history of Islam
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:07 min. Side B 44:07 min.

Side A: A speaker gives a sermon about the miracles of prophets in which he particularly talks about the Qurʾān as the miracle of the prophet Muḥammad. The speaker recites and interprets verses from the Qurʾān about inimitability of the eloquence in the Qurʾān.

Side B: A recording of another speaker who tells stories from the history of Islam and cites and interprets verses from the Qurʾān and Hadiths about adultery and its punishment and obedience to parents.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**675** Tape 675. A sermon about the Prophet's companions     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 44:15 min. Side B 44:40 min.

Side A: The same speaker tells stories and talks about the biographies of ʻUthmān ibn ʻAffān and ʻAlī ibn Abī Ṭālib and their support to the Prophet. From 38:50 a recording of a recitation from the Qurʾān of Sura Yāsīn 1-30.

Side B: A speaker gives a sermon about the Prophet's companions in which he tells stories and talks about the biographies of Abū Bakr al-Ṣiddīq and ʻUmar ibn al-Khaṭṭāb and their support to the Prophet.

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

676    Tape 676. A lecture about death       Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 613].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

677    Tape 677. Multiple topics       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:59 min. Side B 28:57 min. Speaker: ʿĀʾiḍ al-Quranī.

Side A: A recording of Q&A session in which the speaker answers questions about different jurisprudential issues such as fasting, good deeds, the life of women paradise. The speaker cites and interprets to the audience pertinent verses from the Qurʾān and Hadiths.

Side B: The same speaker reads a poem in which he praises the Afghani Mujahideen. From 4:44 a recording of a congregational prayer. From 10:08 a recording of a recitation from the Qurʾān from verse 1 of Sura al-Mujādalah to verse 5 of Sura al-Mumtaḥina.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

678    Tape 678. A sermon on patience       Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 656].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

679    Tape 679. A lecture about death       Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 665].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031661

| Box | Description | Date(s) |
|-----|-------------|---------|
| 680 | Tape 680. Stories from the history of Islam<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 21:46 min. Side B 21:42 min.

Side A: A recording of a speaker who tells many stories from the Qurʾān and the history of Islam about faith, patience, and good deeds.

Side B: The same speaker tells more stories about faith, patience, and good deeds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 681 | Tape 681. A sermon about righteous deeds and falsehood and the cultural invasion<br>*1 audiocassette*<br>Arabic | Circa 1990-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 45:22 min. Side B 45:05 min.

Side A: A recording of a sermon in which he talks about righteous deeds and falsehood and tells stories about the conflict between the Pharaoh of Egypt with the prophet Mūsā and the conflict between the non believers and the Prophet Muḥammad.

Side B: The same speaker talks about cultural invasion methods against Islam. The speaker answers questions on different issues such as the methodology of al-Ba'th party, the influence of media in the cultural invasion, the ruling party in Sudan, Saddam Hussein and the invasion of Kuwait.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 682 | Tape 682. A lecture about death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 613].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 683 | Tape 683. A sermon about singing<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

[Duplicate of Tape 646].

Preservation masters
*2 computer files (WAV)*

ASH 031662

Tape 683. A sermon about singing

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 233

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

684    Tape 684. A sermon about dialogue        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:39 min. Side B 29:30 min.

Side A: A recording of a sermon in which a speaker tells stories and talks about the rules and ethics of dialogue in the Islamic perspective.

Side B: The speaker answers questions from the audience about different jurisprudential issues. From 7:35 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

685    Tape 685. A sermon on faith        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 24:35 min. Side B 24:33 min.

Side A: A speaker gives a sermon in which he recites and interprets verses from the Qur'ān and reviews some of the opinions of Salafiyah scholars about believing and sincerity in worship to God.

Side B: The speaker answers questions from the audience about different issues such as media and veil. From 18:52 a recording of part of a sermon on faith in which a speaker recites and interprets pertinent verses from the Qur'ān to the audience.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

686    Tape 686. A sermon on monotheism        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 30:38 min. Side B 30:31 min. Speaker: 'A'iḍ al-Quranī.

Side A: The speaker tells some of the prophets' stories and the story of Saba' from the Qur'ān. the recording cuts off at the end of side A.

Side B: The speaker gives a sermon about monotheism in which he reviews and interprets pertinent Qur'ānic texts.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031663

| Box | Description | Date(s) |
|-----|-------------|---------|
| 688 | Tape 688. A speech about rulers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 47:04 min. Side B 48:18 min.

Side A: Recording is faint and audio is unintelligible.

Side B: From 15:28 a recording of part of a speech about the rulers in which a speaker states the jurisprudential view in the unjust ruler and the duties of a ruler from an Islamic perspective.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 689 | Tape 689. A sermon about one of the Hadiths<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 44:32 min. Side B 44:16 min.

Side A: A speaker tells and interprets one of the Hadiths from Ṣaḥīḥ Muslim and Ṣaḥīḥ al-Bukhārī about the battle of Tabūk.

Side B: The speaker continues his sermon about the mentioned Hadith and answers questions from the audience. The recording is interrupted with another recording of news broadcasting. From 32:21 a recording of a recitation from the Qurʾān of Sura al-Tawbah 117-123.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 690 | Tape 690. A sermon on repentance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 42:45 min. Side B 44:21 min.

Side A: The speaker explains the ways to atone sins and tells supplications that are attributed to some of the prophets.

Side B: A speaker gives a sermon in which he reviews the opinion of ibn Taymīyah in atonement.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 691 | Tape 691. A sermon about the battle of Badr<br>*1 audiocassette*<br>Arabic | Circa 1967-2000 |

ASH 031664

Tape 691. A sermon about the battle of Badr

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 235

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Side A 30:14 min. Side B 30:13 min.

Side A: A speaker gives a sermon about the Muslims' victory in the battle of Badr under the leadership of the Prophet Muḥammad in the Arab Peninsula.

Side B: The speaker tells the story of the battle of Badr. From 11:28 a faint recording of a supplication. From 18:32 a recording of part of sermon in which speaker accuses Jewish, Christians, and communists of insulting the sacredness of the Prophet Muḥammad. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

692    Tape 692. A sermon on Jihad                                       Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 21:37min. Side B 21:55 min.

Side A: A speaker gives a sermon in which he recites and interprets verses from the Qurʾān and Hadiths about Jihad.

Side B: The same speaker recites and interprets more verses from the Qurʾān and Hadiths about Jihad. From 14:00 a recording of recitations of different verses from the Qurʾān and Religious anthems.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

693    Tape 693. A sermon on Jewish people                               Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Comments: Side A 30:59 min. Side B 31:38 min.

Side A: A speaker gives a sermon about the obligation to fight the Jewish people. The speaker talks about the Nitraria tree and believes that Jewish people have been adequately cultivating this plant because they believe it protects them from Muslims.

Side B: The same speaker talks about the Jewish immigration to Israel and Israel plans to establish a state from the Euphrates to Nile. From 27:16 a recording of part of a poetry reading session.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

694    Tape 694. A sermon about the afterlife                            Circa 1965-2000
       *1 audiocassette*
       Arabic

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Comments: Side A 31:40 min. Side B 31:57 min. Speaker: Aḥmad al-Qaṭṭān.

Side A: The speaker cites and interprets verses from the Qurʾān about the judgment day and the afterlife.

Side B: The speaker describes the life in heaven and its blessings and recites a supplication. From 20:15 a recording of a recitation form the Qurʾān from verse 1 of Sura al-Fātiḥah to verse 24 of Sura al-A'rāf.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 695 | Tape 695. Sermons about Jihad in Palestine and Afghanistan | 1987 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 22:18 min. Side B 22:13 min.

Side A: A speaker gives a sermon in which he cites verses from the Qurʾān about the obligation of fighting the Jewish. The speaker talks about the intention of Israel to invade Lebanon and kill the Sunnis and Palestinians.

Side B: A recording of another sermon about Jihad in Palestine in which a speaker advises and recommends Palestinians to put aside their disputes to confront their enemy. From 15:25 a recording of another speaker who talks about Jihad in Afghanistan, the Mujahideen Shūrā Council there, and his visit to the United States in response to an invitation from one of the US presidents. The recording cuts off at the end of side B.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 696 | Tape 696. A sermon about marriage | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:37min. Side B 30:30 min. Speaker: Aḥmad al-Qaṭṭān. Place: Kuwait.

Side A: The speaker gives a sermon about Islam in which he talks about marriage from the Islamic perspective and tells the story of ʿImrān's wife from the Qurʾān.

Side B: The same speaker tells stories and cites and interprets verses from the Qurʾān about the spiritual side of the relationship between the mother and her children from the Islamic perspective.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 697 | Tape 697. Sermons about killing ʿAbd Allāh ʿAzzām and Jewish people | Circa 1989-2000 |

*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Comments: Side A 46:44 min. Side B 46:47 min.

Side A: A speaker gives a sermon in which he tells the story of killing ʻAbd Allāh ʻAzzām in Pakistan and reads his will. From 32:12 a recording of a recitation from the Qurʾān from verse 15 of Sura Sabaʾ to verse 37 of Sura Fāṭir.

Side B: A recording of another sermon on which a speaker interprets verses from the Qurʾān about Jewish people. From 32:18 a recording of a recitation from the Qurʾān of Sura Ṭāhā 1-90.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

698 | Tape 698. Multiple topics | Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:30 min. Side B 43:54 min.

Side A: A speaker gives a sermon in which he talks about Āsiya Bint Muzāḥim, the wife of the Egyptian Pharaoh and tells the story of her faith. From 20:56 a recording of a speaker who reads various verses of poetry.

Side B: A recording of a sermon in which a speaker talks about commitment to the teachings of Islam as set forth in the Qurʾān and Hadith. The speaker talks about the British position from Islam in the administration of William Gladstone. From 34:22 a recording of a supplication.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

699 | Tape 699. A sermon on Paradise | Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:27 min. Side B 30:48 min.

Side A: A speaker gives a sermon about Paradise in which he talks about al-Isrāʾ waʾal-Miʻrāj and the detailed description of the prophet Muḥammad to what he saw in Paradise.

Side B: The same speaker describes Paradise by citing verses from the Qurʾān and Hadiths. The speaker recites and interprets verses from the Qurʾān about Paradise. From 21:10 a recording of a congregational prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

700 | Tape 700. How to gain a brother | Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031667

Tape 700. How to gain a brother

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on "how to gain a brother". The speaker initiates the story of the prophet Mohammed when he moved to al-Madīnah al-Munawwarah and united the Muslims based on the idea of brotherhood. The speaker mentions in the lecture that if any person wants to gain a new brother he must follow this advice: (1) The avoidance of doubt in the Muslims; (2) Amnesty makes the heart clear; (3) Pray for all Muslims; (4) The promotion of virtue and prevention of vice; and (5) The spreading of peace. The speaker states that if any Muslim follows these fundamental rules, [he] will gain new brothers. Audio cuts occasionally, but mostly intelligible.

Side B. The speaker continues advicing on how to gain a brother: (1) By smiling in your brother's face is a charity; (2) By giving gifts to each other makes people love each other; (3) With a handshake; (4) By showing concern; (5) By showing empathy for them, rejoice and grieve with them.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 701 | Tape 701. The influence of media | Circa 1965-2000 |
|-----|----------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture in Modern Standard Arabic on the influence of the media in Egyptian society. The speaker starts the lecture with a statement on how in Egypt no one follows good manners or good habits due to the influence of the media and other things, expect people from the country side or the "Ṣa"īydah". The speaker describes how actors get thousands and millions, while the majority of people in Egypt live on subsistence, and many families cannot buy meat; the speaker asks the audience a simple question: how many people in Egypt can eat meat once or twice a week. The speaker also states that the meat meal in Egypt takes a quarter or one third of salaries for some families. The speaker also discusses about different topics such as: the number of graduate students who cannot find a job and who emigrate to different countries. The speaker also mentioned the religious awakening, the kidnapping of children, and the influence of the media which leads people to many problems such as marital issues and society's belief that sins become virtues. Toward the end of the tape the speaker starts a new lecture, where he tells story of Ḥasan al-Bannā (the founder of the Muslim Brotherhood) and how he started his organization.

Side B. The speaker talks about the influence of the media in Egyptian society. The speaker says that many Egyptian plays, such as "al-Wād Sayyid al- shaghāl", which is a play that is filled with the mocking of values of religion and the messenger of Islam, present problematic views. The speaker gives examples of movies and plays that make fun of religion or people from the countryside or the Ṣa"īydah. Toward the end of the audiotape the speaker mentions that many Egyptian movies and plays contain "kisses" which are incompatible with religion and customs.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 702 | Tape 702. A lecture on multiple topics | Circa 1965-2000 |
|-----|----------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. At the beginning of the audiotape, the speaker starts with a story about the United States having some technical problems. He also mentions gangs planning to rob banks.

Side B. A speaker introduces the contents of the tape. He discusses the Qu'ran and its impact on youth and how the ancestors followed the holy Qur'an. The speaker continues on giving examples of young people who pursued everything that Islam asked them to do, from praying to reciting Quran. The speaker also mentioned many verses from the Quran and Hadiths about the youth and Quran.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

703    Tape 703. The Gulf war and Iran                                    Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. Sheikh Aḥmad al-Qaṭṭān gives a lecture on the Gulf War and Iran. The speaker states that Jihad for God's sake became a complicated law in our days. The speaker gives examples of how the prophet Muhammad organized the soldiers in his time.

Side B. The same speaker gives examples of how Al-ṣaḥābah were protecting the Prophet during the battle of Uhud. He recites the relevant texts that deal with Jihad. The speaker also mentioned that the Prophet and his Sahabah were always ready for battles. Toward the end of the audiotape another speaker answers questions from the audience about Kuwaiti youth going to some African countries to help and teach other Muslims. The speaker discusses a trip by some Kuwaiti graduate students, who built an Islamic center. The middle of the audiotape is faint, but intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

704    Tape 704. Muslim scholar                                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a sermon in Modern Standard Arabic on a story of one Muslim scholar who was placed in prison. A different speaker called for prayer. Toward the end of the audiotape a different speaker recites from Qu'ran 62:1-11, 63:1-11 and 64:1-6. The beginning of the tape is imcomprehensible.

Side B. A new speaker delivers a sermon on "the world and its contradictions," stating that our society inverted the meanings of many thigs; for example alcohol means spiritual drinks, hypocrisy means compliments, adultery means personal freedom, adornment means civilized, obscenity becomes art, lying becomes diplomacy, Atheism becomes progressivism, faith becomes intolerance and reactionary and advice becomes a scandal. In the second part of the sermon the speaker gives examples of newspapers that tend to distor the meaning of fatwas issued by Muslim clerics. At the end of the audiotape the speaker mentions that the Islamic scholar Mohamed Al-'awdi has been stopped from preaching in the mosques or in the media.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

705   Tape 705. The holy land                                         Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Side A.The audiotape starts with the call to prayer. A speaker gives a sermon in Modern
Standard Arabic on the holy land of Palestine. The speaker expresses his feelings when he saw
on TV that aṭfāl al-ḥijārah (Children of the stone) in Palestine were hitting the Israeli soldiers with
rocks and the soldiers were hiding behind a wall. The speaker asks the audience why the Israeli
soldiers are afraid of children armed only with rocks, suggesting that perhaps it is because they
mention God's name before throwing their stones. The speaker also mentions that Palestine is
a blessed land, a land of olive and orange trees; a land which smells like musk. The speaker
continues to tell the story of Lot when he moved to the holy land Palestine. Palestine is a holy
and blessed land because it is a land of prophets, dozens of which are buried there. Towards
the end of the audiotape the speaker mentions that the first Qiblah (the direction where Muslims
pray) was facing Palestine.

Side B. Continuation of side A; the speaker gives examples from the newspaper that in 1967 a
few Palestinian youth killed many Israeli soldiers during one of their festivals. Israeli radio states
that the battle between Palestinian youth and Israeli soldiers was one of the very violent. In
the middle of the audiotape the same speaker gives a sermon on the war on Tarablus (Tripoli,
Lebanon). The speaker then discusses the war in Lebanon during the Prophet Muhammad's
time when they built a trench as protection from the enemies. At the end of the audiotape, the
speaker encourages Muslims to show charity to others.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

706   Tape 706. The political parties                                 Circa 1965-2000
      *1 audiocassette*
      Arabic

Summary (English)

Side A. The audiotape starts with the Islamic call to prayer. The speaker discusses political
parties and the crusades. The speaker also states that God is on the side of the faithful.

Side B: A speaker gives a sermon in Modern Standard Arabic on the virtues of Jihad. The
speaker explains the benefits of Friday which is the day when Adam was created, admitted to,
and expelled from heaven; the Day of Judgment; and one of heaven's days, when faithful people
visit their merciful God. The speaker continues on the benefits of Jihad and asks the parents
to teach their children such Muslim principles as the prohibition of swearing except by Allah,
and the chastity of the mothers of believers. In the middle of the tape, the prayer starts and a
different speaker recite Qu'ran 3:121-148.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

707   Tape 707. Jihad in Afghanistan                                  Circa 1965-2000
      *1 audiocassette*
      Arabic

ASH 031670

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. The audiotape starts with a speaker reciting the Qur'an. A different speaker gives a lecture on Jihad in Afghanistan. Another speaker recites relevant texts and urges all Muslims to engage in Jihad and to get the holy mosque (al-Masjid al-Aqṣá) back. The end of the audiotape is virtuallu unintelligible.

Side B. A speaker recites the Qu'ran. A female anchor reads news regarding terrorism. From minutes 4-18, the audiotape is very faint. Recitation of Nasheed (Islamic Songs) and Qur'an (9: 19-22).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

708  Tape 708. Manners                                                    Circa 1965-2000
     *1 audiocassette*
     Arabic

Summary (English)

Side A. The sermon starts with the Hadith (collection of Prophet Mohammed sayings) "I was sent to fulfill virtuous manners." The speaker tells that Arabs in al-Jāhiliyah (an Islamic concept of "ignorance of divine guidance") had many good manners such as courage, generosity, sincerity, magnanimity, and chivalry. The speaker says they (Arabs) did it only for pride, praise, and hypocrisy. Then Prophet Mohammed came and changed the purposes of good manners. The speaker also mentions that we live in an era of crisis.

Side B. Continuation of side A. The speaker gives examples about ancestors and their good manners toward their brothers in Islam. In the middle of the audiotape another speaker gives a lecture on how the Qur'an is God's word. The speaker also answers questions from the audience regarding many topics such as fasting in Ramadan and Friday prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

709  Tape 709. The decay of art                                          Circa 1965-2000
     *1 audiocassette*
     Arabic

Summary (English)

Side A. The speaker gives a lecture on the decay of artproviding examples from the newspaper about Yāsamīn al-Khayyām, a daughter of the famous Islamic scholar Maḥmūd Khalīl al-Ḥuṣarī, who was the first singer from the Middle East to record a song in a Hollywood studio.

Side B. Continuation of side A. The speaker gives examples from the newspaper about actors and how they understand religion. In the middle of the audiotape the same speaker gives another lecture on following the Hadith (collection of the Prophet Mohammed's sayings) as we follow the Qur'an. The speaker states that some pillars of Islam could be found in the Qur'an, but verses will be detailed on the Hadith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031671

| Box | Description | Date(s) |
|-----|-------------|---------|
| 710 | Tape 710. A lecture on multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Friday sermon about many topics such as the door of repentance being still open for people who are seeking God's forgiveness.

Side B. The speaker gives a sermon on voting, in whichhe urges the audience to elect only good people. The speaker states that most people who are running for election are wine drinkers. In the middle of the audiotape the call for prayer starts. A different speaker recites the Qur'an from 1:1-7 and 2:1-3. Audio cuts occasionally, but mostly intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 711 | Tape 711. Paradise<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary ( English)

Side A. A speaker gives a lecture in Modern Standard Arabic on "Paradise". The speaker gives many Hadith about paradise such as women of the paradise and their clothes.

Side B. Continuation of side A. The speaker recites verses from Qur'an and Hadith about paradise and its trees, water, and castles. At the end of the audiotape a different speaker recites the Qur'an 85:14-22, 86:1-17, 87:1-19 and 88:1.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 712 | Tape 712. A lecture on multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. From the beginning of the audiotape through the middle the volume is faint. In the middle of the audiotape, a speaker gives a lecture on many topics such as Kuwaiti problems and depending on God. The speaker also mentions stories from the Qur'an.

Side B. Continuation to side A. The speaker also mentions the war in Kurdistan and how people are dying from gas or poisoned water.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 713 | Tape 713. Al-Intifadah al-Filistiniyah (Palestinian uprising)<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031672

Tape 713. Al-Intifadah al-Filistiniyah (Palestinian uprising)

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture on al-Intifāḍah al- Filasṭīnīyah (Palestinian uprising). The speaker states that Palestine is the land of Mi'raj. The speaker mentions the war in Palestine; the speaker recites the relevant texts from the Qur'an about Palestine.

Side B. Continuation of side A. The same speaker gives an example of Palestinian and Lebanese children. The speaker states that Arab countries are also responsible for the war in Palestine and Lebanon.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

714  Tape 714. Jihad                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on Jihad. The speaker gives many examples from Palestine and Afghanistan. In the second part of the sermon the speaker recites relevant texts and urges all Muslims to engage in Jihad. From minute 32:44, another speaker gives a lecture on modesty. The speaker explains the difference between modesty and shyness.

Side B. A speaker gives a sermon on Jihad. The speaker gives many examples from al-Intifāḍah al-Filasṭīnīyah (Palestinian uprising). In the second sermon the speaker mentions many stories about how Palestine's are suffering from the war. The speaker also presents a new charity program that will help many people around the world. From minute 35-44. A different speaker gives a lecture on Piety.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

715  Tape 715. Palestine                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with the call to prayer. The speaker gives a sermon about Palestine. The speaker gives many examples about the life of children and women in Palestine. The second sermon is also about Jihad and al-Intifāḍah al-Filasṭīnīyah (Palestinian uprising).

Side B. Continuation from side A. Prayer starts; from minute 8: 28 a different speaker recites a poem and Anāshīd (Islamic song) about Palestine.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

716  Tape 716. Jihad                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. The speaker gives a sermon on Jihad. The speaker gives examples about ancestors and Jews. The speaker also mentions the story of 'Abd Allāh 'Azzām who is a Palestinian who died for his country.

Side B. Continuation of side A. The speaker starts the second sermon, explaining the legacy of ''Abd Allāh 'Azzām regarding raising children.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

717    Tape 717. Badar battle                                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A.A speaker gives a lecture on the Battle of Badr. The speaker starts by explaining Surat al-Anfāl (Qur'an 8). He also mentions that an army of angels helped the Muslims during the battle.

Side B. Continuation of Side A. the speaker gives example of problems that the Prophet Mohammed faced during the battle, such as the logistical difficulties connected with the site.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

718    Tape 718. Paradise                                             Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A: [Duplicate of Tape 711, Side B].

Side B. [Duplicate of Tape 711, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

719    Tape 719. Jihad in Palestine                                  Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a lecture on Jihad in Palestine. The speaker says the Palestinians are patient people. The speaker also mentions many stories about ancestors. Toward the end of the audiotape the speaker mentions that al-Intifāḍah has reached its fourth month.

Side B. Continuation from side A. The speaker gives examples of the suffering of Palestine's people. He also gives advice to the families regarding wearing the proper Hijab and also asks them to show austerity.

Preservation masters
*2 computer files (WAV)*

ASH 031674

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

720    Tape 720. Sleep habits of the Prophet Mohammed      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a speaker reciting verses from Qur'an 33:44 and 33: 56.
The speaker gives a lecture on the "Sleeping habits of the Prophet Mohammed". The speaker
describes Prophet Mohammed's sleeping time, and his pillow.

Side B. Continuation from side A. The speaker gives examples of the sleeping habits of the
Prophet Mohammed. Toward the end of the audiotape another speaker gives a lecture on
marriage, polygamy, and the Prophet Mohammed's wives. The speaker states that polygamy
has become a source of contempt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

721    Tape 721. Muslims in Burma      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on the difficult situation of Muslims in Burma (i.e., Myanmar).
The speaker states that Muslims around the world are suffering and no one is there to stand up
for them. The speaker gives more examples about Muslims' situations in Burma.

Side B. Continuation of side A. The speaker states that the Burmese government uses a
program to get rid of foreigners and the foreigners are Muslims. After 8 minutes a different
speaker gives a lecture on many topics such as piety, Burma, and Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

722    Tape 722. Paradise      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 711, Side A].

Side B. [Duplicate of Tape 711, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

723    Tape 723. A lecture on multiple topics      Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031675

Tape 723. A lecture on multiple topics

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A speaker starts with different topics, and then he answers questions from the audience regarding many topics such as maids and unmarried women. The speaker also advises men not to marry a second wife. A different speaker recites the Qur'an 15:35-99 and 16:1-16.

Side B. A speaker gives a lecture on modesty. The speaker states that modesty (shyness) is a type of faith. He also mentions that the Arabic word for modesty (al-ḥayā') is derived from the word for life (al-ḥayāh). The speaker recites many verses from the Qur'an about modesty.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 724 | Tape 724. Paradise | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 711, Side A].

Side B. [Duplicate of Tape 711, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 725 | Tape 725. War between Israelis and Palestine | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. The speaker gives a lecture on the war between Israelis and Palestinans. The same speaker gives another lecture on drugs and youth. The speaker gives many examples of the impact of drugs on the younger generations.

Side B. Continuation of side A. Another speaker recites from the Qu'ran 5:111-120 and 6:1-68.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 726 | Tape 726. The Holy Land | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 705, Side A].

Side B. [Duplicate of Tape 705, Side B].

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

727    Tape 727. The changes to confront the Jews                     Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. The audiotape starts by introducing Sheikh Aḥmad al-Qaṭṭān. Aḥmad al-Qaṭṭān gives
       a lecture on "Changes to confront the Jews". The speaker states that Palestine is the land of
       Mi'raj, and also mentions many examples about the Arab and Islamic world and how people
       do not follow the al-shañ'ah (Islamic Law). Toward the end of the tape, 'Isam Bin Mohsen Al-
       Hamadan recites from the Qur'an from 50:37-45, another speaker gives a lecture on "Virtues of
       the Holy Qur'an". The speaker gives many Hadith about the reward of reading the Holy Qur'an.

       Side B. Sheikh Aḥmad al-Qaṭṭān gives a lecture on Jihad. He also gives an example about a
       Palestinian woman and her six year old son. A different speaker recites the Qur'an 8:1-38.

           Preservation masters
           *2 computer files (WAV)*

           Use copies
           *2 computer files (MP4)*

728    Tape 728. Paradise                                              Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. [Duplicate of Tape 711, Side A].

       Side B. [Duplicate of Tape 711, Side B].

           Preservation masters
           *2 computer files (WAV)*

           Use copies
           *2 computer files (MP4)*

729    Tape 729. Hadith about Salat (Prayer)                          Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. A speaker introduces the content of the audiotape. Another speaker reads Hadith about
       Salat (Prayer).

       Side B. Continuation to side A. The same speaker reads Hadith about Salat (prayer).

           Preservation masters
           *2 computer files (WAV)*

           Use copies
           *2 computer files (MP4)*

730    Tape 730. Jihad                                                Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. At the beginning of the audiotape the sound is not clear. A different speakers gives a lecture about Jihad. The speakers mention the rewards of Jihad.

Side B. The audiotape starts with a recitation of the Qur'an. A speaker gives a lecture on Jihad. The speaker mentions that Jihad is an individual duty (farḍ 'Ayn) since the fall of al-andalus (Spain).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

731    Tape 731. The Holy Land                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 705, Side A].

Side B. [Duplicate of Tape 705, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

732    Tape 732. Jihad                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: A speaker gives a lecture on Jihad, providing examples from early Islam.

Side B. Continuation to side A. A different speaker answers questions from the audience. The speaker also advises the audience to attend Islamic lectures. He then mentions the story of the cave men.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

733    Tape 733. A lecture on multiple topics            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a lecture on many different topics. After the fifth minute another speaker gives a lecture on prayer. The speaker states that all pillars of Islam were established on Earth, except prayer was established in heaven.

Side B. A speaker starts with a lecture on al-Isrā' where the prophet Mohammed went to Heaven. The speaker mentions that al-Masjid al-Aqṣá was the first Qiblah (the direction where Muslims pray) were facing Palestine. A different speaker from Algeria mentions the Islamic and Hamas movements. Toward the end of the audiotape another speaker finishes the lecture about al-Isrā and what Prophet Mohammed saw in each part of Heaven.

ASH 031678

Tape 733. A lecture on multiple topics

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

734   Tape 734. Palestine                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker introduces the content of the tape. Sheikh Aḥmad al-Qaṭṭān gives a sermon on Palestine. The speaker states that Palestine is an Islamic city and is an endowment for all Muslims.

Side B. The audiotape starts with a recitation of the holy Qur'an 76: 8-12. A speaker gives a lecture on the Afghan camps. The speaker explains how people live in the camps, he also states that many benefactors from Kuwait help to build schools. Toward the end of the audiotape a speaker recites the Qur'an 70:43-49.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

735   Tape 735. Mockery of religion                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on many topics such as people who make fun of religion.

Side B. A speaker gives a sermon on a "scene from the Day of Judgment". The speaker gives many examples of judgment and how people will either enter paradise or hell. In the second sermon the speaker states that some foreigners in the Middle East are trying to make people to convert Christianity by giving them the Bible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

736   Tape 736. The decay of art                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the decadence of art. The speaker mentions that actors are showing a bad example to the youth by telling them that they drink and they pray. The speaker advises parents to check their children's belongings and see if they have something that will affect their behavior.

Side B. The speaker starts with the Hadith (Prophet Mohammed's sayings) "Whoever imitates a group, then he is from amongst them". The speaker gives a lecture on how actors provide a negative example to the youth. He also reads many articles regarding the life of some actors.

Preservation masters
*2 computer files (WAV)*

ASH 031679

Tape 736. The decay of art

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 250

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

737    Tape 737. Queen of Shebah                                                        Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary(English)

       Side A. A speaker gives a lecture on the Queen of Shebah, saying that she was a very wise
       woman who asked other people's opinions. The speaker recites a verse from the Qur'an 27:
       29-32, regarding the story.

       Side B. The audiotape starts with a speaker stating how Jews reach their goals. After the
       sixth minute another speaker gives a lecture on believing in one god (oneness), which is the
       most important tenet of Islam. The speaker states that "there is no god but Allah," which is the
       principle of oneness that all prophets explain and exemplify.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

738    Tape 738. Ramadan                                                               Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. A speaker gives a sermon on Ramadan. The speaker states that Ramadan is a holy
       month when the doors of paradise are open and the doors to hell are closed. In the second
       sermon the speaker gives more examples on the benefits of fasting and the virtues of Ramadan.
       Towards the end of the audiotape another speaker gives a lecture on Hell, describing its air,
       trees, and water.

       Side B. A call to prayer followed by a sermon on the "Sayings of the Righteous," in which the
       speaker affirms that justice is the basic rule of life.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

739    Tape 739. Believe in the Jinni                                                 Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. A speaker gives a lecture on belief in Jinni, stating that a person whodoes not believe in
       their existence of cannot be considered a Muslim. The speaker mentions that Jinni were created
       before human beings. The speaker recites the relevant verses from the Qur'an 55:15.

       Side B. Continuation of side A. The same speaker gives examples from Hadith, stories and
       poems about the existence of Jinni. At the middle of the audiotape another speaker reads a
       famous poem ("Laysa al-gaharib") by 'Alī ibn Ḥusayn that describes his death and how people
       react.

       Preservation masters
       *2 computer files (WAV)*

ASH 031680

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 740 | Tape 740. Mercy of Allah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audiotape starts with a recitation of the Qur'an 50:16-35. The speaker starts the lecture with mercy of Allah and how Allah is sergeant in all what we do. The speaker also mentions the impact of speech (word).

Side B. The beginning of side B is the same as side A; a speaker gives a lecture on a "scene from Judgment Day". The speaker gives examples of people who take orphans money; a person that was not just with his wives. He also states that faith in the unseen is the greatest act of worship. The speaker reads the relevant verses from the Qur'an.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 741 | Tape 741. Qur'an recitation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation of the Qur'an (50:1-45, 51:1-60 and 52:1-34. ) by sheikh Khālid Bin 'Abdullah al-Qaḥṭānī.

Side B. Sheikh Khālid Bin 'Abdullah al-Qaḥṭānī recites the Qur'an 52:34-49 53:1-62, 54:1-44 and 55:1-78.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 742 | Tape 742. Paradise<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on paradise, starting with a Hadith of the prophet Mohammed. The speaker describes paradise and its angels, rivers, and how it is whiter than milk, colder than ice, and sweeter than honey.

Side B. Continuation of side A. The same speaker explains that men in paradise are in the form of Joseph. The speaker continues on describing the doors and dust of paradise. The speaker recites the relevant verses from the Qur'an regarding paradise 50:31-35, 56:10-46, 76:1-12-22 and 83:13-25. From minute 21 through 31 another speaker leads prayer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031681

| Box | Description | Date(s) |
|---|---|---|
| 743 | Tape 743. The support of the messenger<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audiotape starts with the call to prayer. A speaker gives a sermon on "The support of the messenger". The speaker states that when people do not obey God, faith will be taken away from their hearts. In the second sermon, the speaker gives many Hadith and the story of the Battle of Khaybar(fought in 629).

Side B. Continuation of side A. The speaker explains that after the death of Prophet Mohammed, the companions of the Prophet were asking how they will be without the prophet with them. Another speaker gives a lecture on the "Death of the Prophet Mohammed". The speaker states that all prophets are buried when they die. He also explained how people pray on the Prophet Mohammed. At the end of the audio another speaker recites from the Qur'an 3: 144-148.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 744 | Tape 744. The Gulf War<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audiotape starts with call to prayer. The speaker gives a lecture on the "Gulf War, calling it a crusade. He also explains that in the "book of the Jews" it is said that there will be a last round with Muslims in Palestine, and that is the reason they wants the genocide of the Arabs.

Side B. [Duplicate of Tape 706, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 745 | Tape 745. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Jihad. The speaker states that countries prohibit Jihad. He also mentions that many Muslims with Muslim names do not know anything about Islam. The speaker describes his experience of the Afghani camps, and how their inhabitants do not have anything. The speaker mentions a hadith about the characteristics of those who participated in jihad.

Side B. Continuation to side A. The speaker gives more examples on the situation of Afghani people in the camps. He also mentions stories for some Mujahedeen who participate in the war.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031682

Tape 746. Stories from History

| Box | Description | Date(s) |
|-----|-------------|---------|
| 746 | **Tape 746. Stories from History** <br> *1 audiocassette* <br> Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker tells many stories from the book "Qiṣaṣ min al-taʾrīkh" such as the story of ibn Dīnār who was always drinking and not following religion until he saw a dream about Judgment Day.

Side B. Continuation to side A. The speaker tells more stories from the book "Qiṣaṣ min al-taʾrīkh". The audiotape is faint from minute 19-22. From minute 22-31 Arabic Music.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 747 | **Tape 747. Children of Palestine make the glories** <br> *1 audiocassette* <br> Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh Aḥmad al-Qaṭṭān gives a lecture on "Children of Palestine make the glories". The speaker gives many stories about Palestine's children who are fighting for their land. Aḥmad al-Qaṭṭān advises people to attend lectures by the Palestine's Sheikh Ahmed Abu Zalt because he is well known for political and Jihad speeches.

Side B. Continuation of Side A. the speaker gives more examples on Palestine children and their glories.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 748 | **Tape 748. Sūrat al-Anfāl** <br> *1 audiocassette* <br> Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Qurʾan 8, Sūrat al-Anfāl (The Spoils of War), focusing on 8:5: "[It is] just as when your Lord brought you out of your home [for the Battle of Badr] in truth, while indeed, a party among the believers were unwilling."

Side B. Continuation of side A. The same speaker states that the Battle of Badr was an opportunity for Muslims to renew their covenant with God with and his prophet Mohammed. Toward the end of the audiotape, after a call to prayer, another speaker recites from Qurʾan 33:21-22.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 749 | **Tape 749. Gentle teachings of the Prophet Mohammed** <br> *1 audiocassette* <br> Arabic | Circa 1965-2000 |

ASH 031683

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A lecture on the "Gentle teachings of the Prophet Mohammed." The speaker starts with a story of the Bedouin who urinated in a mosque. When one of the Prophet's companions rebuked him, Mohammed said: "Do not stop him," adding them "verily you were sent as facilitators rather than creators of difficulty." Then Mohammed gently advised the Bedouin not to urinate in the mosque, thus producing the most effective results on the transgressor. The speaker also mentions many stories of the Prophet Mohammed and his companions.

Side B. A continuation of side A, providing further examples of Mohammed's "gentle teachings" and their effect on his companions. From minute 23-30 another speaker recites from the Qur'an 18: 16-31. The quality of the audiotape is intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 750 | Tape 750. How to gain a brother | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 701, Side A].

Side B. [Duplicate of Tape 701, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 751 | Tape 751. Women's slyness | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. In the beginning of the audio, the volume is faint. A speaker gives a lecture on "Women's slyness". The speaker states that a women council is a place for gossip, he relates it to the verse from Quran 12:30 "And women in the city said: "The wife of the (great) 'Aziz is seeking to seduce her slave from his (true) self: Truly hath he inspired her with violent love: we see she is evidently going astray." The speaker states that women were just talking about the situation but later on they were involved too. The speaker also states that surat Yusuf is one of the best stories in the Qur'an because it contains several lessons and wisdoms.

Side B. Continuation to side A. The speaker explains verse 12:29 "O Joseph, pass this over! (O wife), ask forgiveness for thy sin, for truly thou hast been at fault!" The speaker states that Al-Aziz loved his wife and did not show the kind of jealousy that may exist between a husband and his wife.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 752 | Tape 752 | Circa 1965-2000 |

*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. Audiotape is unintelligible.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

753  Tape 753. Knowledge                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 701, Side A].

Side B. [Duplicate of Tape 701, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

754  Tape 754. The first crime in the Righteous Caliphs        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on "The first crime under the Righteous Caliphs". ʻUmar ibn al-Khaṭṭāb, the
second Righteous Caliph, was a very just person who treated all people as equals, regardless
of their religion. He was killed in 644 by a magus (Persian Zoroastrian) who attacked the Caliph
during prayer. His fellow companions, deeply involved in their prayers, did not notice right away
what was happening, and therefore wer unable to save him.

Side B. Continuation of Side A. The speaker states that ʼUmar advised his companions to take
care of al-ansar (native people of Medina) and the Bedouin. The lecture stops at minute 21 and
people ask the Sheikh questions regarding his health, then prayer starts.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

755  Tape 755. The Poet Hāshim al-Rifāʻi                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the poet Hāshim al-Rifāʻi. The speaker reads a poem in which Hāshim
al-Rifāʻi describes his feelings while he was in jail. The speaker and the poet Aḥmad Maṭar
consider Hāshim al-Rifāʻi the "Doyen of Arabic literature." From minute 18 through 23 the
speaker reads the poem "Nashid al-Shahid" (Martyr's Song).

Side B. The reading continues with another poem, "Sarkha Min Ajli Filistin" (A Cry for Palestine
by a Saudi Youth).

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

756   Tape 756. Remembrance of Allah                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on Dhikr (Remembrance [of God]), starting with the Hadith "You will not believe until you love one another." Remembrance of Allah is a great act, because God says in the Qur'an "you who have believed, fear Allah and speak words of appropriate justice" (33:70). The speaker also states that the difference between who does and who does not practice Dhikr is like the difference between life and death. He also mentions the virtue of praising God.

Side B. Continuation to side A. The speaker mentions many Du'a (supplicatory) prayers on various topics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

757   Tape 757. Judgment day                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A sermon on the "Judgment Day" mentions an author who claimed to know when the Judgment Day would occur, based on some mathematical calculations. The speaker reads the relevant verses from the Qur'an, where it is said that only God knows when the day of Judgment will be (5:109, 6:59 and 7:187). The speaker states that the author mentions that the Judgment day will be on 2890 or 1710 Hijri. The speaker explains the verse 7:187 "They ask thee about the (final) Hour - when will be its appointed time? Say: "The knowledge thereof is with my Lord (alone): None but He can reveal as to when it will occur. Heavy were its burden through the heavens and the earth. Only, all of a sudden will it come to you." They ask thee as if thou wert eager in search thereof, Say: "The knowledge thereof is with Allah (alone), but most men know not." He also mentions that the point of not knowing the time of judgment day is to be ready. In the second sermon the speaker explains the women situation from Humat.

Side B. Continuation to side A. Call to prayer and another speaker asks people to give charity. From minute 16 through 30 another speaker recites the Qur'an 25:18-75.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

758   Tape 758. The wisdom of poetry                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A lecture on the "Wisdom of poetry," illustrated by such poems as "Laysa al-gharīb," in which Zayn al-ʿAbidī describes his own death, and ʿAbd-al-Raʾūf Bokārī Feṭratʾs "Al-Ṣayḥa" (The Cry, or The Scream), which deals with martyrdom.

Side B. Continuation to side A. The speaker reads a poem "Fitnat al-Islām " (The Discord of Islam) by Hasan Jarad, he also reads a poem "al-thawr wa al-ḥaḍirah" (The Bull and the Barn), by Aḥmad Maṭar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**759**   Tape 759. Afghanistan                                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker introduces the content of the audiotape. Sheikh Aḥmad al-Qaṭṭān gives a sermon on Afghanistan, describes the situation, and encouraging people to help Afghanistan through charity work. In a second sermon, the same speaker mentions the difficult situation in Palestine.

Side B. Sheikh Aḥmad al-Qaṭṭān delivers a sermon on "Affliction," which he equals to a sleeping beast. Al-Qaṭṭan states that Prophet Mohammed recommends Muslims to fight affliction by acting like a sleeping person. In the second sermon, the same speaker mentions the conditions of emigrants in Pakistan and western Iran, who are dying from hunger and cold. He also mentions the "Committee for Islamic Call," an organization founded in 1984 to help Muslims. The speaker encouraged people to be charitable. Another speaker recites the Qurʾan 44:1-59.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**760**   Tape 760. Jihad                                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with the sounds of the rockets and cannons. Different speakers give a lecture on Jihad. Speakers mention that Jihad is a great act for God sake. Speakers recite the relevant verses from the Qurʾan 9:38-39, 61:11-13, 9:24 and 4:75-76.

Side B. The audiotape starts with a speaker reading and answering questions from the audience regarding many topics such as birth control, fasting during Ramadan, and almsgiving. A young boy recites from Qurʾan 70:1-44 and 71:1-12.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**761**   Tape 761. Jihad                                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Side A. A lecture on Jihad, in which the speaker mentions the rewards of the Mujahedeen and reads the relevant text that urges Muslims to engage in Jihad.

Side B. A speaker gives a lecture on the husband's requirement to be fair with his wives, saying that a husband who is not fair to his first wife is unworthy of marrying a second one. The speaker gives an example of how the Prophet Mohammed was fair with his wives. Another speaker gives a lecture on many topics such as forgiveness and marital fairness.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

762   Tape 762. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker lectures on many topics. The audiotape starts with a recitation of the Qur'an 4:175. The speaker states that we live in a challenging time. The speaker also mentions the blessing of the Qur'an. The speaker reads the relevant texts from the Qur'an 17:78-95.

Side B. A speaker gives a lecture on Halal (permissible) and Haram (forbidden), explaining Qur'an 2:121, "Those to whom we have sent the Book study it as it should be studied: They are the ones that believe therein: Those who reject faith therein, the loss is their own." Another speaker recites from Qur'an 17:105-111. A third speaker explains the basic points of these verses, saying that al-isrā' was an opportunity to honor the messenger Mohammed, which is a confirmation to the relevance of spirituality and shows the experience of the Israelis with their prophet and their book.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

763   Tape 763. Generation          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a Hadith of a companion of the Prophet Mohammed asking about good, evil, present and future. A second sermon mentions working with non Muslims. Another speaker answers questions regarding religious matters such as taking pictures.

Side B. A speaker gives a lecture on "mocking of religion." The speaker states that mocking religion is a dangerous issue. The speaker reads the relevant verses and Hadiths. Another speaker gives a lecture about "Jamā'at al-Tablīgh," an organization that spread Islam through the world. The organization starts in India and Pakistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

764   Tape 764. Life's pleasures          Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031688

Tape 764. Life's pleasures

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 259

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A sermon on life's pleasures, followed by a second one in which the speaker states that the Qur'an and the Sunnah provide plenty of examples ofn how to prepare for Judgment Day.

Side B. A lecture starting with the statement that God is watching everything and everybody, and people should be aware of that and act accordingly. Another speaker recites from Qur'an 57:16-27.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

765   Tape 765. Remembrance of Allah                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on Dhikr (Remembrance [of God]), starting with a recitation from Qur'an 51:55 and followed by a poem by Abū al-'Atāhiyah, in which the author describes his sins and asks God for forgiveness. The speaker then gives examples of how early believers would prepare themselves for Judgment Day.

Side B. Continuation to side A. The speaker mentions the teachings of Prophet Mohammed and repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

766   Tape 766. Faith                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on faith. A speaker starts the lecture by stating that faith is a branch of oneness. The speaker mentions many Islamic doctrines such as al- Ash'arī, al-Kalbī.

Side B. Continuation to side A. The speaker explains the pillars of infidels (non-believers) which are ignorance and reluctance. The speaker answers questions regarding religious matters such as faith and its duties.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

767   Tape 767. Faith                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation to Tape 766. A speaker answers questions regarding faith.

Side B. A speaker answers questions regarding religious matter such as atonement groups

ASH 031689

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

768  Tape 768. Al-shari'ah (Islamic Law)          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on applying the Shari'a (Islamic law).

Side B. A speaker gives a lecture on many topics such as faith, Muslim leaders and atonement.
The speaker states that if the leader becomes atonement, the society becomes atonements.
The speaker answers questions regarding the lecture.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

769  Tape 769. Many topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Blank.]

Side B. A speaker gives a lecture on many topics such as not aiming to disbelievers by praying
to idols and blaspheming God and his Prophet which becomes something normal in the Muslim
World.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

770  Tape 770. Islamic doctrines          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on Islamic doctrines, in which the speaker mentions the Kharijites (Khawãrij,
literally those who went out is a general term embracing various Muslims) and explains the
different types of nonbelievers.

Side A. A lecture on Islamic doctrines, in which the speaker mentions the Kharijites (Khawãrij,
literally those who went out is a general term embracing various Muslims) and explains the
different types of nonbelievers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031690

| Box | Description | Date(s) |
|-----|-------------|---------|
| 772 | Tape 772. Jew organizations<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from Qur'an 21:102-112, followed by a lecture on "Jewish organizations." The speaker explains the difference between the Torah (a holy book revealed by God) and the Talmud (a book written by Jews). He further mentions people who question the authenticity of the Protocols of the Elders of Zion, a 1903 book that purports to reveal a Jewish plan to control the world.

Side B. The same speaker elaborates on the dangers of a Jewish plan to dominate the world.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 773 | Tape 773. Way of knowledge<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on the "Way of knowledge." The speaker mentions the Hadith in which Muhammad said that if Allah wants to do good to a person, He makes him comprehend the religion." Another speaker introduces Sheikh Muhammad Quṭb, who talks on the tipic of the youth as being the heart and future of a nation.

Side B. Sheikh Muḥammad Quṭb continues talking about the youth and the challenges they face in today's world.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 774 | Tape 774. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions from members of the audience on Jihad in Afghanistan.

Side B. Continuation to side A. The same speaker answers a question regarding decrease in production, Communism, and Russia. The speaker also mentions that the world powers are Christians, Jewish, and Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 775 | Tape 775. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A recitation from Qur'an 78:31-40, followed by a lecture on various topics (faith, believe, worship). The speaker claims there are two types of people, those who worship and those who don't, and each path leads to a different direction.

Side B. [Duplicate of Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

776    Tape 776. Way of knowledge                                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 773, Side A].

Side B. [Duplicate of Tape 773, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

777    Tape 777. Soldiery is highest levels of Islamic education                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A student named Muḥammad al- Būyann recites from Qu'ran 78:31-40. A speaker introduces the speaker Muḥammad Quṭb and gives a little biography about the speaker. Sheikh Muḥammad Quṭb explains the verse 110 from Sūrat Al 'Imrān "Ye are the best of peoples, evolved for mankind, enjoining what is right, forbidding what is wrong, and believing in Allah. If only the People of the Book had faith, it were best for them: among them are some who have faith, but most of them are perverted transgressors. (110)". The speaker states that the Muslim nation was the best nation, a nation that brings people from darkness (ignorance period). The speaker mentions a story that happens to his brother Sayyid Quṭb in the United States.

Side B. [Duplicate of Tape 775, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

778    Tape 778. Ethics                                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker (most likely Muḥammad Quṭb) relates a conversion his brother Sayyid had with an American in the United States. The American asked Sayyid about Islam, and after listening to Sayyid's explanation said: "All you have said about Islam may be true, but the only

ASH 031692

| Box | Description | Date(s) |
|-----|-------------|---------|

god I know is the dollar." The speaker uses this example to elaborate on the Hadith "Perish the slave of Dinar (money)."

Side B. A speaker relates a visit to a small town where he was warned not to go out after sunset. The town lies in a country that is technologically advanced and militarily strong, but morally deficient. And the speaker asks his audience: "Where is the human element in this civilization?" Then answers questions on ethics and ethical behavior.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 779 | Tape 779. Multiple topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on various religious topics (knowledge-seeking, piety, Jewish plans to control the world, and the meaning of monotheism).

Side B. A recitation of the Qur'an by 'Abd al-Raḥmān 'Abd al-Jabbār al-mānsawi, followed by a lecture on "Islam between the ungratefulness of its children and the scheme of its enemies," in which Muḥammad Quṭb explains the Hadith on how Islam starts strange. He also describes the meaning of monotheism, faith, and worship.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 780 | Tape 780. Soldiery is highest levels of Islamic education | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 777, side A].

Side B. [Duplicate of Tape 777, Side B ].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 781 | Tape 781. Contemporary reality | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on "Contemporary reality," in which reality is divided into "pages of darkness" and pages of "shining light." The dark pages describe how the enemies of Islam try to undermine it by spreading corruption among the younger generations, while the bright pages illustrate the awakening of Islam and its spread throughout Europe.

Side B. A lecture on various religious issues such as Sufism, the "intellectual invasion," and Jewish plans to destroy Muslims in Egypt and Turkey.

ASH 031693

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

782     Tape 782. The influence of West on education       Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Sheikh Quṭb gives a lecture on "Western influence on education," claiming that societies in the West are ignorant because they do not follow the Shari'ah (Islamic law). He also mentions that we (people) do not understand the meanings of "There is no God but Allah," and mentions the teachings of the Prophet Mohammed. A second speaker starts by thanking Sheikh Quṭb, then answers questions on many topics, such as fighting the Jews and the uses of Arabic English.

Side B. A recitation of the Qur'an 79:35-47 by the student Ḥāmid Khān, followed by a lecture by Muhammad Quṭb on the "Conflict between right and wrong." According to the speaker, a conflict between right and wrong existed since the creation of Adam and will exist until Judgment Day. He then mentions the opinions of Western scholars on Islam, such as the one said the crusades were prompt by economic rather than religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

783     Tape 783. The issue of confidentiality in the Islamic work       Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. A lecture on the "Issue of confidentiality in Islamic work." The speaker claims that the lecture is based on the 1999 book al-'Umdah fī i'dād al-'uddah lil-jihād," by Sheikh 'Abd al-Qādir ibn 'Abd al-'Azīz, The speaker mentions main points of war, such as confidently and tricks of war.

Side B. Continuation of Side B. The speaker gives more examples on hiding information. The speaker reads a poem about the Hijrah of Prophet Mohammed and Abu Bakr.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

784     Tape 784. Idols       Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. A lecture on "Idols," in which the speaker urges Muslims to destroy idols as they are expressions of polytheism. The speaker gives an example from the Muqaddimah, where Ibn Khaldūn says that the greatest temples are built by many countries. He also mentions that Moses, Ibrahim, and Mohammed destroyed idols.

ASH 031694

Tape 784. Idols

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. Continuation of Side A. Another example, from Ibn al-Qayyim's "Wafd Ibn Tamīmī," says that Muslims should not preserve the symbols of tyrants. The speaker claims that destroying idols is better than destroying taverns. In a second sermon, the speaker provides more examples about idols and also asks Muslims to help Afghanistan. Another speaker reads the relevant texts from Qur'an 6:74-110.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

785   Tape 785. Jihad                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A presenter who introduces the contents of the recording names the speaker as Sheikh Barhān al-Dīn rabbārī from Afghanistan. Sheikh Barhān al-Dīn rabbārī (Afghanistan former president) explains the situation of the Mujahedeen. The speaker states that Afghani Mujahedeen believe that Jihad in Palestine and al-Masjid al-Aqṣá is one their priorities .The speaker reads the relevant texts from the Qur'an.

Side B. Continuation of Side B. Sheikh Barhān al-Dīn rabbārī provides the example of the Russian troops in Afghanistan, saying that many Saudi's joined the Mujahedeen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

786   Tape 786. Jihad                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A conversation with Colonel Raḍwānʻumar al-jahāt from Kazakhstan. An interpreter translates questions and answers regarding the Jihad in Kazakhstan and Afghanistan. The speaker also mentions stories of the deceased Mujahedeen and the aura they display after death.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

787   Tape 787. A recitation from the Qurʼān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from Qur'an 25:1-77 and 26:1-140.

Side B. Recitation from Qur'an 23:88-118 and 24:1-64.

Preservation masters
*2 computer files (WAV)*

ASH 031695

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 788 | Tape 788. The optimal way to study the Hadith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture by Sheikh 'Abd al-Raḥīm al-Ṭaḥḥān on "The best way to study the Hadith."

Side B. Continuation of Side A. Abd al-Raḥīm al-Ṭaḥḥān offers further examples on how to study the Hadith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 789 | Tape 789. Unity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A lecture on "Unity," in which the speaker compares Muslims to hands washing each other, to emphasize the power of unity. The speaker then recites relevant text of from the Qur'an about unity.

Side B. Continuation to side A. The speaker answers questions from the audience regarding religious matters such as understanding the Sunnah (Sayings and living habits of the Prophet Mohammed). Toward the end of the audiotape Sheikh Muḥammad Yūsuf recites Qur'an 1:1-7 and 5:1-10.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 790 | Tape 790. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A lecture on "Jihad," illustrated by a quotation by Ibn Qayyim and the claim that the "Jihad of the self (self-resistance)" is a pillar of faith.

Side B. A recitation of Qur'an 2:216 and 9:38-41, followed by a lecture on Jihad, which is defined as "a great and rewarding act," although one in which young boys and women are not allowed to participate.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 791 | Tape 791. Qur'an recitation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

ASH 031696

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. Recitation from Qur'an 2:111-180.

Side B. Recitation from Qur'an 1:1-7 and 2:1-84.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

792   Tape 792. Supplication            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Call to prayer followed by a reading from Hadith and verses from the Qur'an on supplication.

Side B. Continuation of Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

793   Tape 793. Different topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on many topics such as preparing for death and the impact of speech.

Side B. Continuation of Side A. The same speaker provides examples of Heaven. Another speaker recites from Qur'an 14:9-30.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

794   Tape 794. Generation             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on "Generation". The speaker mentions the Hadith in which a companion asks Mohammed about the best generation, and the Prophet replies "The best of my people are my generation; then those who come after them; then those who come after them; and then there will come a people in whom there will be no good." The speaker states that the companions were concerned about the future, good and evil.

Side B. A lecture on the government, focused on the legitimacy of issuing a fatwa without a Hadith, followed by questions and answers.

Preservation masters
*2 computer files (WAV)*

ASH 031697

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 795 | Tape 795. Considerations of the reality of the contemporary Islamic movement''<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. In a lecture on "Contemporary Islamic movement," Sheikh 'Abd Allāh al-Sabt claims that people know only about Hassan al-Bannā's movement (i.e., Islamic Brotherhood).

Side B. Continuation of Side A. Sheikh Sheikh 'Abd Allāh al-Sabt answers questions from the audience on such issues as jihad and Islamic movements.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 796 | Tape 796. Virtue of following funerals<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A lecture on the "Virtue of following funerals," illustrated by readings from a Hadith that addresses this issue.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 797 | Tape 797. The method of the surviving group<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A lecture on "The method of the surviving group," in which the "surviving group" is made of Muslims who follow the Qur'an, the Sunnah, the Prophet, and his companions. The speaker recommends that Muslims contemplate God's creation by traveling, observing nature, by reading the Qur'an, or by learning from other nations. The speaker reads a text that urges Muslims to think about the universe.

Side B. A speaker gives a lecture on the "Platform on the Saviour Sect" in which the speaker mentions several examples of the difference of the platform of the survivors.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 799 | Tape 799. Repentance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A recitation from Qur'an 32:13; 10:99 and 28:56, followed by a lecture on "Repentance." The speaker states that Muslims should not wait until the last minute for repentance. He then reads and explains the verse 39:53-54 "Turn ye to our Lord (in repentance) and bow to His (Will), before the Penalty comes on you: after that ye shall not be helped. And follow the best of (the courses) revealed to you from your Lord, before the Penalty comes on you - of a sudden while ye perceive not!" The speaker also mentions a Hadith about repentance and God's forgiveness.

Side B. Continuation of Side A. The speaker answers questions regarding religious matters such as making sujūd (prostration to God) in the car.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**800**    Tape 800. Mission of the Prophet                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Speaker Fāliḥ Muhammad al-Ṣabr gives a lecture on the mission of the Prophet. In this lecture, the speaker describes the Arab society before Islam and the characteristics of the Prophet Mohammed. The speaker states that the Prophet Mohammed was born in an Arab society that lived in ignorance. The Arab Society then was known as ignorant but the people demonstrated some good manners such as honesty, generosity, loyalty, and clemency. The speaker states that the Prophet Mohammed was born in the year of the Elephant. The speaker mentions that the Prophet Mohammed was an orphan, worked as a shepherd, and was an illiterate person.

Side B. Continuation to side A. Fāliḥ Muhammad al-Ṣabr explains the revelation period and the teachings of the Prophet Mohammed. There are questions from the audience regarding the lecture, such as about the religion of the Arab Society before Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**801**    Tape 801. The promotion of virtue and prevention of vice                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a speaker reciting from the Qur'an 3:110-112. Sheikh Riyāḍ 'Abd al-Raḥmān al-Ḥaqīl gives a lecture on the promotion of virtue and prevention of vice.

Side B. Continuation to side A. The speaker gives examples of how to promote virtue by being sincere with God and to prevent vice by preventing hypocrisy.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**802**    Tape 802. Questions and answers                                            Circa 1965-2000
*1 audiocassette*
Arabic

Tape 802. Questions and answers

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 270

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker answers questions from the audiences regarding religious issues such as women covering their face.

Side B. Continuation to side A. The speaker answers a question regarding men shaving their beard. Another speaker gives a lecture on the promotion of virtue and prevention of vice. He states that in some verses of the Qur'an, the promotion of virtue and the prevention of vice were mentioned before faith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

803     Tape 803. Views at the nation reality     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker states that the Muslim nation lives in difficulties, which makes Jihad the answer to solve problems. The speaker reads relevant texts from the Qur'an and also states the King of Jordan is pro-Israeli .

Side B. Continuation to side A. The speaker mentions the political situations of some Arab countries such as Jordan and Syria.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

804     Tape 804. Lying in the sale     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a speaker giving a lecture on lying in the sales transaction. The speaker states that God takesaway the blessing of the sale if the salesperson lies. The speaker answers questions from the audience regarding religious matters such as the influence of the West regarding fashion.

Side B. Continuation to side A. The speaker answers questions from the audience regarding religious matters. Another speaker recites from the Qur'an 5:39 and gives a lecture on repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

805     Tape 805. Freemasonry     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on freemasonry. The speaker mentions books related to freemasonry and its dangers. He also states that freemasonry has a long history but does not

ASH 031700

| Box | Description | Date(s) |
|-----|-------------|---------|

discuss it fully. The speaker then begins to answer questions regarding religious issues such as getting paid for reciting the Qur'an.

Side B. A speaker gives a lecture on misconceptions. The speaker states that an English book called Worship in Islam gives the wrong idea about worshiping in Islam because the author divides the prayers of the day into many sections for example: there are 166 Thursday prayers. Toward the end of the audiotape the speaker answers questions regarding religious issues such as women's jobs. He also answers a question about a book that Sayyid Quṭb wrote. He thinks that Sayyid Quṭb was killed because of this book.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

806 Tape 806. Death
*1 audiocassette*
Arabic

Circa 1965-2000

Summary (English)

Side A. A speaker gives a lecture on "Death". The speaker mentions many stories about good and bad ending of people.

Side B. Continuation to side A. Toward the end of the audio another speaker recites from the Qu'ran 14:9-30.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

807 Tape 807. The Gulf crises
*1 audiocassette*
Arabic

Circa 1980-2000

Summary (English)

Side A. A speaker introduces the content of the audio tape and names the speaker as Ṭāriq al-Suwaydān who gives a lecture on "The Gulf crises". Ṭāriq al-Suwaydān mentions that the English consumption of Kuwait oil was 94 % and 6 % for Kuwaiti's. He also mentions the war with Iraq and Iran. Ṭāriq al-Suwaydān states "where is Iraq in following the sharī'ah to announce that Jihad is a Holly act".

Side B. Continuation to side A. Ṭāriq al-Suwaydān mentions the position of United States regarding Kuwait crises.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

808 Tape 808. Death
*1 audiocassette*
Arabic

Circa 1965-2000

Summary (English)

Side B. [Duplicate of Tape 806, Side A].

Side B. [Duplicate of Tape 806, Side B].

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 809 | Tape 809. Yemen Constitution<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the Yemeni constitution. The speaker states that the constitution of Yemen does not follow the sharīʿa. The speaker reads the relevant texts from the Qurʾan.

Side B. Continuation to side A. The speaker discusses the Yemeni regime.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 810 | Tape 810. Yemen Constitution<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 809, Side A].

Side B. [Duplicate of Tape 809, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 811 | Tape 811. The road to Paradise<br>*1 audiocassette*<br>Arabic | 1995 |

Summary (English)

Side A. Shiekh ʿUmar Aḥmad Sayf gives a lecture on the road to paradise. Sheikh ʿUmar Aḥmad Sayf mentions that the road to paradise is to thank God for everything. Note: this audiotape was recorded on 27 June 1995.

Side B. Continuation to side A. Sheikh ʿUmar Aḥmad Sayf describes paradise. Toward the end of the audiotape, another speaker recites from the Qurʾan 72: 1-16.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 812 | Tape 812. Faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031702

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A speaker gives a lecture on faith. The speaker states that strong faith scares the Russian soldiers in Afghanistan and strong faith makes people love Jihad. Note: Based on his accent, the speaker is from Afghanistan.

Side B. ʿAbd Allāhal-Sayyāf, one of the Afghani Mujahedeen leaders, states that when the Muslims were following the sharīʿa, they (Muslims) were the leaders of the world.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**813**  Tape 813. Jihad in Afghanistan          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation to Tape 813, Side B). Toward the end of the audiotape, another speaker presents ʿAbd Allāh ibn Bāz. Note: The lecture by ʿAbd Allāh ibn Bāz was not clear.

Side B. A presenter who introduces the contents of the recording names the speaker as ʿAbd Rabbih al-Sayyāb who is from Afghanistan. ʿAbd Rabbih al-Sayyāb gives a lecture on Jihad in Afghanistan. The speaker states that the Mujahedeen are standing to protect religion and to spread God's word.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**814**  Tape 814. Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker starts the lecture by mentioning the responsibilities of the preachers, which are to guide people to the right path and show people Jihad. The speaker answers questions regarding Jihad in Afghanistan. Note: while the speaker was giving the lecture, people were repeating "Death to Russia and America" and "Jihad is our way". It seems like a continuation to Tape 813, Side B. The speaker has a non-Arabic accent.

Side B. Continuation to side A. Another speaker reads a poem regarding about Jihad in a language other than Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**815**  Tape 815. A conversation regarding Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A conversation with ʿAbd Rabbih al-Sayyāb who answers questions regarding Jihad and negotiations with the Russians. Note: ʿAbd Rabbih al-Sayyāb is an Afghani speaker, his biography was mentioned in cassette # 813(Side B).

ASH 031703

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Side B. A conversation regarding Jihad. [Duplicate of Tape 815, Side A]. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 816 | Tape 816. A poetry symposium | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. During a poetry symposium, a speaker states that many people are averse to poetry because they misunderstand verses 26:224-227 in the Qur'an. The speaker states that there are two types of poets: gracious and Satanic. Different Speakers recite poems.

Side B. From the beginning of the audiotape to minute 3 is a continuation of side A. From minute 3 to 47 is a duplicate of Tape 816, Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 817 | Tape 817. Jews plans | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. Sheikh Muḥammad Ṣiyām gives a lecture on Israeli plans to control Palestine and the Arab world because of their civilizations, water and oil. He also mentions Intifāḍah al-Filasṭirīyah (Palestine's uprising) and its goals and discusses the al-Masjid al-Aqṣá case. Another speaker thanks the sheikh for his lecture and asks the sheikh questions regarding Jihad, Hamas and the Palestinian movements.

Side B. [Duplicate of Tape 817, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 819 | Tape 819. The Muslims role to advance the nation | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. Sheikh Ṣāliḥ ibn 'Abd al-'Azīz Al al-Shaykh gives a lecture on the Muslims' role to advance nationalism. The speaker concentrates on explaining verse 45 from Sūrat al-nisā'. He also mentions the religious view of dealing with non-Muslims.

Side B. [Duplicate of Tape 819, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031704

| Box | Description | Date(s) |
|---|---|---|
| 820 | Tape 820. A recitation of the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A recitation of the Qur'an from ṣalāt al-tarāwīḥ (Ramadan Prayer) by sheikh S'aīd Ibn Yūsuf al-Sha'lān , The speaker recites 27:1-93.

Side B. Continuation to side A. sheikh S'aīd Ibn Yūsuf al-Sha'lān recites 28:1-88.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 821 | Tape 821. Sweetness of faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture the sweetness of faith. The speaker states that faith makes people love each other for God's sakes regardless of any family bond.

Side B. Continuation to side A. The speaker states that Muslims should always smile and ask about their brothers. Toward the middle of the audiotape, the speaker answers a question regarding his journey to seek knowledge.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 822 | Tape 822. Virtue of knowledge and its importance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A presenter who introduces the contents of the recording names the speaker as Shiekh 'Abd Allāh ibn Muḥammad al-Shinqīfi who gives a lecture on the virtue of knowledge and its importance. The speaker states the knowledge is the decisive belief that resembles reality; he mentions that knowledge is one of the honor things that a human can attain after faith. The sheikh describes the virtues of knowledge and why it is important.

Side B. Continuation to side A. Shiekh 'Abd Allāh ibn Muḥammad al-Shinqīfi defines the types of knowledge.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 823 | Tape 823. Ethics of knowledge seekers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031705

Tape 823. Ethics of knowledge seekers

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 276

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A.A speaker gives a lecture on ethics for knowledge seekers. The speaker discusses the ethics that people should follow, such as with God, teacher and others. The speaker mentions the story of Moses and al-Khidr and how Moses followed Khidr because of his knowledge. The speaker emphasizes the ethics that any student should follow in order to seek knowledge.

Side B. Continuation to side A. The speaker gives more examples of student who are seeking knowledge .

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

824    Tape 824. Multiple topics                                              Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Muḥammad Mutawallī al-Shaʻrāwī gives a lecture on different topics such as Christianity and Judaism. He states that the Pope is the controlling leader in the Church. The speaker also challenges anyone to give him a full text from the Torah regarding Judgment day.

Side B. presenter who introduces the contents of the recording names the speaker as Sheikh Muḥammad Mutawallī al-Shaʻrāwī who gives s a lecture on contemporary intellectual movements. The speaker states that youth are the society's power but they do not yet have experience. He also mentions that humans need to follow a religion. The speaker asks how philosophers know what metaphysics or matter is.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

825    Tape 825. The ideal merit                                        Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Sheikh Muḥammad Mutawallī al-Shaʻrāwī gives a lecture on ideal merits. The speaker states ideal merits help and guide people to the right path, which was the mission of Prophet Mohammed and other prophets. The speaker mentions the miracles of God's Prophets like Mohammed, David, and Solomon. He also mentions the revelation, repose periods revelation, and reads the relevant texts from the Qu'ran and Hadith.

Side B. Continuation to side A. The speaker states that the reason for the repose period is to let the Prophet Mohammed rests for some period of time and to get more energy to be prepared for the revelation again. The speaker reads some verses from the Qu'ran 8:60-75 and 9: 1-3.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

826    Tape 826. Jihad                                                       Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A Friday sermon about Jihad mentions opinions of scholars regarding Jihad like Sheikh al-Albānī, ibn Bāz and al-Sayyāf (a Mujahdeen leader in Afghanistan) and al-Jazā'irī. The speaker mentions some stories of people who want to be engaged in Jihad.

Side B. Continuation to side A. The speaker gives more stories regarding Jihad, the Mujahedeen and their place in paradise. In the middle of the audiotape, another speaker recites from the Qur'an 69:1-52 and 70:1-17.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

827    Tape 827. Who are we and why are here and did we do what we are for              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A presenter who introduces the contents of the recording names the speaker as Sheikh Muḥammad ibn Sulaymān who gives a lecture on who we are and why we are here. The speaker states that al-Iḥsān (perfection) is worshiping God without seeing God. The Iḥsān also means to do worship God perfectly. The speaker reads the relevant text from the Qur'an and the Hadith regarding Iḥsān. Toward the end of the audiotape the speaker mentions jihad in Afghanistan.

Side B. Continuation to side A. The speaker states that Muslims should feel Jihad and alternate with each other (one goes and comes back). He also states the Afghani Jihad is an Islamic Jihad. Toward the end of the audiotape the speaker advice the audience to read or memorize a verse form the Qur'an or the Hadith and work upon it .Another speaker recites from the Qur'an 7:1-54.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

828    Tape 828. Meanings of sedition              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. Shiekh ʻAbid al-Sufyān (Dean of the Faculty of Sharia) gives a lecture on the meanings of sedition or overt behaviors.

Side B. Continuation to side A. The speaker concentrates and answers questions on women's behaviors.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

829    Tape 829. Political issues              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

ASH 031707

Tape 829. Political issues

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 278

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. [Blank].

Side B. A speaker gives a lecture regarding political issues in some African and Arab countries. The speaker mentions an example of the relationship between Ethiopia and Israel. Note the speaker has a non-Arab accent.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

830   Tape 830. Military plans                                          Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. A speaker gives a lecture on military plans such as those warriors must know and follow. He also states that a warrior that does not know the geography of a place is not a great warrior. Toward the end of the audiotape, the speaker mentions the conflict between the method of God and the devil and explains the creation of Adam and story of Cain and Abel (Qābīl wa-hābīl).

      Side B. Continuation to side A. The speaker mentions that the conflict between Adam's children was a material conflict.

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

831   Tape 831. How to spend your vacation                             Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. A presenter who introduces the contents of the recording names the speaker as Sheikh Aḥmad Riyāḍ al-haqin who gives a lecture on how to spend a vacation. The speaker describes how Muslims should spend their vacations based on using time properly. The sheikh mention that time is very important to God. The speaker gives advice to the audience to pray, remember God, and read the Qur'an on their vacation.

      Side B. A speaker gives a lecture on Jihad. The speaker mentions many stories from Pakistan and Afghanistan.

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

832   Tape 832. A meeting with Shabāb al-Jazīrah                        11/06/2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. This is a recording of a meeting with Shabāb al-Jazīrah (Peninsula Youth) with questions and answers regarding Islamic movements and politics in Muslim countries such as al-Ikhwān al-Muslimūn (The Muslim Brotherhood in Egypt and Algeria). Note: This meeting was recorded on 11/06/2000 in Kabul (Afghanistan).

ASH 031708

| Box | Description | Date(s) |
|---|---|---|
| | Side B. Continuation to side A. A speaker discusses the Islamic movements in Syria and why Jihad is the solution. The speaker mentions the weapons that the Russian military left in Afghanistan (an estimation of over 30 million different types of weapons) .He also mentions in the latest battle between the Russians and the Taliban in Mazar Sharif, the Taliban took over 110 missiles. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 833 | Tape 833. Jihad | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A speaker gives a lecture on Jihad. The speaker states that the lecture is based on many books such as Manār al-sabīl. The speaker mentions stories, Hadith, and verses from the Qur'an regarding Jihad.

Side B. Continuation to side A. The speaker gives more examples regarding Jihad such as fighting non-believers. The speaker also states that the Taliban do not represent a legitimate government.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 834 | Tape 834. A meeting with youth from Najd | November 2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A meeting with youth from Najd and al-Ḥijāz (Arab Peninsula). A speaker answers questions regarding many issues such as Jihad in Afghanistan, the Taliban, and the history of Arabs in Afghanistan. The speaker also answers a question regarding the former leader of Afghanistan Note this lecture was recorded in Kabul (Afghanistan) in November 2000 .

Side B. Sheikh Abū Ḥafṣ and others give certificates to the Mujahedeen. Sheikh Abū Ḥafṣ states that there should be a file and an ID for each member of the Mujahedeen that shows the training they received. Another speaker gives a lecture on blessing from the saints. The speaker states that when people ask saints for help, this does not conflict with monotheism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 835 | Tape 835. Prophet Jacob story | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A presenter who introduces the contents of the recording names the speaker as Dr Ṭāriq al-Suwaydān who gives a lecture on the Prophet Job. Dr Ṭāriq al-Suwaydān mentions the family tree of Prophet Job (Ayyub) which is a descendant of Prophet Ibrahim. Dr al-Suwaydān states

ASH 031709

| Box | Description | Date(s) |
|-----|-------------|---------|

that Job was a rich prophet, who lost all his children, health and wealth and nobody supported him expect his wife. He also describes Job as a patient person who, afflicted by suffering for 18 years, never lost his faith. Toward the end of the audiotape Dr Ṭāriq al-Suwaydān mentions the story of Prophet Jonah (Yūnus) who was sent to Nuoni (located in North Iraq). The speaker states that people refused to believe in Jonah's mission.

Side B. Continuation to side A. The speaker states the Jonah was sent to over a hundred thousand people. Dr Ṭāriq al-Suwaydān also mentions the story of Prophet Shuʿayb who was sent to the people of Madyan (East of Mount Sinai) who were dishonest merchants. Note: at the beginning of the audiotape, there is basic information regarding stories of the Prophets such as, Abraham, Joseph, Jacob, and Jesus.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 836 | Tape 836. Structure of grenade | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the structure and use of a grenade.

Side B. Continuation to side A. Another speaker gives a lecture on the relationship between Muslims and Christians and tells how Christians killed many Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 837 | Tape 837. Worship | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a speaker giving a lecture on worship. Dr Ṭāriq al-Suwaydān gives a lecture on stories of the Prophet. The speaker states that without understanding Prophet Mohammed's character, Muslims will not be able to understand the Qur'an. From minute 17 another speaker recites from the Qur'an 31-40 and gives a lecture on paradise. The speaker states the believers will find four doors in paradise and each door has a different use.

Side B. Continuation to side A. The speaker gives more examples of paradise and its rivers, trees, and water.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 838 | Tape 838. Believing of the Last Day | Cica 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture on believing in the Last Day. The speaker states that by studying the last day, Muslims will understand what to do when it happens. The speaker reads the relevant texts from the Hadith and the Qur'an.

Side B. A presenter who introduces the contents of the recording names the speaker as Dr Ṭāriq al-Suwaydān who gives a lecture on Signs before the Judgment day. Dr Ṭāriq al-Suwaydān starts the lecture by thanking some shuyūkh (plural of sheikh) such ibn Bāz, al-'Uthaymīn, al-Sadhān. and Sheikh 'Umar al-Ashqar who are very modest about their knowledge. Dr Ṭāriq al-Suwaydān states that the reason why Muslims study the signs of Judgment day is to be preparing for it by praying and fasting. The speaker also states that contemplating the universe makes faith stronger.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 839 | Tape 839. The conflict between the Israel and the Palestine | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with the sound of a rocket. There is a conversation in Arabic and Hebrew regarding the conflict between Israel and Palestine and the possibility to make peace. Dr Ṭāriq al-Suwaydān gives a lecture on honor in which he states that honor is a feeling that fills the heart soul.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 840 | Tape 840. Applying the sharī'ah | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on applying the sharī'ah. The speaker starts the lecture by defining the types of judges based on a Hadith.

Side B. Continuation to side A. The same speaker gives another lecture on applying the sharī'ah. The speaker mentions the types of sharī'ah law and states that whoever does not apply sharī'ah is a non-believer.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 841 | Tape 841. The reward is from the work race | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A lecture on the concept of "reward." Towards the end of the tape, the speaker mention life in Barzakh (the state in which the souls of the deceased rest until Judgment Day).

Side B. Continuation to side A. the speaker mentions some a story regarding the topic reward is from the work race.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

842    Tape 842. Prayer                                                                       Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A lecture on prayer. The speaker states that supplication is worship; he also states that Muslims should always ask God for anything. The speaker reads the relevant texts from the Hadith and verses from the Qur'an regarding supplication.

Side B. A speaker gives a lecture on many topics such as the impact of televisions and adding hair implants to natural hair.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

843    Tape 843. The complaint of the monotheists to their generous God                        Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a lecture on monotheists. The speaker gives many examples from the Qur'an and discusses earlier nations and how these showed their belief in God.

Side B. Continuation to side A. The speaker states that saintly people are those who always remember God. Note: In side, B of the audiotape the speaker mentions the name of the Libyan president Qadhdhāfi and his Green Book.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

844    Tape 844. Many topics                                                                   Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a lecture on applying shañah law.

Side B. A speaker gives a lecture on many topics. The speaker states that in Islam anyone could be a religious person unlike others religions where only certain people are knowledgeable about their belief. The speaker also states that when scholars and rulers are corrupt, the people become corrupt too.

ASH 031712

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

845   Tape 845. Crying from fear of God                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the virtue of crying from fear of God. The speaker starts the lecture with a Hadith about laughter and crying. The speaker mentions stories about ancestors and their worship.

Side B. Continuation to side A. The speaker gives more example of people crying from fear of God. He also states that that God does not look at our bodies but he looks at our hearts. Note: side B, seems as like the beginning of the recording.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

846   Tape 846. A lecture on multiple topics                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on many topics such as integrity, fasting three days from each month and praying. The speaker states that Prophet Mohammed's mission was to implant good thoughts in people's hearts. The speaker also mentions a Hadith describing the best type of worship.

Side B. A speaker recites from the Qur'an 3:37-77.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

847   Tape 847. A lecture on multiple topics                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on multiple topics. The speaker mentions and explains the Hadith about imitating others. He also states that Muslims are following non-Muslims in everything. The speaker states that marriage in city hall is a false marriage.

Side B. A speaker gives a comparison between Islamic law and politics. The speaker states that the separation of religion from politics leads to disbelieving government. The speaker reads the relevant texts from Hadith and the Qur'an regarding the lecture. Note: side B is supposed to be side A.

Preservation masters
*2 computer files (WAV)*

ASH 031713

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 848 | Tape 848. Sincerity in the work<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on sincerity in work. The speaker states that knowledge seekers should always have good manners and sincerity in their work for God's sake. The speaker reads the relevant texts from the Hadith and the Qur'an regarding the lecture.

Side B. Continuation to side A. The speaker gives more examples of sincerity in work.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 849 | Tape 849. The concern regarding life<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture regarding life. The speaker mentions a Hadith about life in the hereafter, which is just like putting your finger in the sea. The speaker states that concerns for collecting money destroy faith.

Side B. The student Muhammad Bura'i recites from the Qur'an 3:190-195. Another speaker gives a lecture on the attitude of the human mind towards revelation. The speaker reads the relevant texts from the Hadith regarding the lecture.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 850 | Tape 850. The preservation of the minds<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on the preservation of minds. The speaker states that God prohibits wine because it is not good for the body or the brain, unlike those who say that wine helps to digest food and make the body stronger. The speaker mentions that wine, alcohol, and drugs are prohibited because these corrupt the brain. Note: Tape 850(A) is a continuation of Tape 849(B).

Side B. Continuation to side A. The speaker mentions many examples regarding preserving the mind.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031714

| Box | Description | Date(s) |
|-----|-------------|---------|
| 851 | Tape 851. Leadership | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on rulers and people. The speaker states that if the leaders are corrupt, the people will be corrupt too. He also states that if the people are corrupt then God will send them a leader that is like them.

Side B. Continuation to side A. The speaker mentions an example of Israelis asking Moses how will they know if God is satisfied or will show his wrath to them.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 852 | Tape 852. Prayers | Circa 1965-2000 |
|-----|-------------------|------------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on prayer. The speaker mentions a Hadith that encourages and urges Muslims to pray.

Side B. A speaker gives a lecture on late night prayers. The speaker states that the best prayers and fasting to God is David's prayers and fasting, because it was continuous worship. The speaker mentions stories of ancestors and their worship; he also mentions the reward of the praying late night prayers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 853 | Tape 853. The diseases of the Hearts | Circa 1965-2000 |
|-----|--------------------------------------|------------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the diseases of the heart. The speaker explains verse 51-52 from Sūrat al-mā'idah, "O ye who believe! Take not the Jews and the Christians for your friends and protectors". The speaker states that those who have a disease of the heart are hypocrites.

Side B. Continuation to side A. The speaker gives more examples from the Qur'an and the Hadith about the diseases of the heart. The speaker states if the heart is mending, everything will be reformed.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 854 | Tape 854. The governor and the people | Circa 1965-2000 |
|-----|---------------------------------------|------------------|

*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on leadership. The speaker states that when people are corrupt God sends a leader to misguide them.

Side B. Continuation to side A. The speaker states that staying away from the Sharī'ah law is what makes nations and people corrupt. The speaker recites the second verse from Sūrat Luqmān. Another speaker recites from the Qur'an 17:1-28.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

855   Tape 855. Plans to destroy Islam                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A colloquium starts with a recitation of the Qur'an by a student named 'Abd Allāh Ibn Maṭar. Sheikh 'Abd al-Raḥīm al-Ṭaḥḥān gives a lecture on plans to destroy Islam. The speaker states that Muslims were a strong nation because they were united as one person. The same speaker states that only God knows the secrets of souls. He also mentioned that the soul of a fetus is different.

Side B. Continuation to side A. The speaker states that the soul exists, but humans cannot see it. He also states that happiness does not come from money but from faith and the best faith is the understanding that God is with you all the time. The speaker answers questions from the audience regarding religious issues such as the difference in the Islamic doctrines and verses from the Qur'an that should be read on Fridays.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

856   Tape 856. Sleeping                                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a recitation of the Qur'an 17:78-88. Another speaker gives a lecture on sleeping. The speaker states that we spend one third of our lives sleeping; he also mentions that only God does not sleep. The speaker mentions a story by Luqmān (a wise man from pre-Islamic times) regarding sleeping.

Side B. Continuation to side A. The speaker mentions stories regarding sleeping and dreams. He also states that Muslims should sleep early so they can wake up early and pray.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

857   Tape 857. Pursuing the right path                                        Circa 1965-2000
*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on pursuing the right path. The speaker mentions a Hadith that states that every hundred years God sends a man to rejuvenate religion. The speaker states that we have to follow the path of the ancestors

Side B. Continuation to side A. The speaker mentions more examples of ancestors and how they followed the right path.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 858 | Tape 858. [Duplicate of Tape 856]<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 856, Side A].

Side B. [Duplicate of Tape 856, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 859 | Tape 859. Integrity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh ʻAbd al-Raḥīm al-Ṭaḥḥān gives a lecture on integrity. The speaker defines the word integrity and its meaning, the place that people of integrity have with God, and the advice of ancestors regarding integrity.

Side B. Continuation to side a. the speaker reads the relevant texts from the Qur'an that urge Muslims show integrity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 860 | Tape 860. [Duplicate of Tape 845]<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 845, Side B].

Side B. [Duplicate of Tape 845, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031717

| Box | Description | Date(s) |
|---|---|---|
| 861 | Tape 861. Ethics of Visiting<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the ethics of visiting. The speaker states that Muslims should follow etiquette when visiting others, especially by visiting them at an appropriate time.

Side B. Continuation to side A. The speaker mentions stories of ancestors and how they visited each other.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 862 | Tape 862. The position of the human mind from the divine revelation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audiotape starts with a recitation of the Qurʾan by a student named Muḥammad al-Buraʾi. Sheikh ʿAbd al-Raḥīm Ṭaḥḥān gives a lecture on the position of the human mind in divine revelation. The speaker discusses the types of the human mind, corruption, and deviation from the right path.

Side B. Continuation to side A. The speaker mentions examples regarding the topic from Hadith and the Qurʾan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 863 | Tape 863. Ways of Satan aspirant astray slaves<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the ways Satan leads slaves astray. The speaker discusses the ways Satan takes people from God's path to his path.

Side B. Continuation to side A. The speaker mentions examples of the ways Satan make people become disbelievers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 864 | Tape 864. Piety<br>*1 audiocassette*<br>Arabic | Circa 1976-2000 |

Summary (English)

Side A. A speaker gives a lecture on piety. The speaker states that the companions of the Prophet Mohammed always showed great ethics and piety in their learning circles. Another

ASH 031718

| Box | Description | Date(s) |
|-----|-------------|---------|

speaker recites from the Qur'an 31:1-34. Note: This lecture was given to the women in the audience.

Side B. A speaker gives a lecture on the sincerity of knowledge seekers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 865 | Tape 865. Types of worships | Circa 1965-2000 |
|-----|-----------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the different types of worship. The speaker states that God classified worship. Each type of worship has a great impact on the soul and ethics.

Side B. Continuation to side A. The speaker mentions that God imposed the pillar of fasting on past nations. He also mentions a Hadith about the virtue of fasting and its impact on the soul and ethics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 866 | Tape 866. Different types of worships | Circa 1965-2000 |
|-----|--------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the ethics of visiting. The speaker states that visiting has an etiquette that must be followed.

Side B. Continuation to side A. The speaker mentions some Hadith regarding the virtues of visiting.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 867 | Tape 867. The ancestors and their desire to death | Circa 1965-2000 |
|-----|---------------------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on ancestors and their desire for death. Note that the speaker is moving from one subject to another. He mentions that Qunnnot (conformism) after Fajr prayer is a heresy, and then he discusses the Hadith regarding death.

Side B. Continuation to side A. The speaker states that loving al-Anṣār is an obligation for all Muslims and whoever does not love them is an infidel, because al-Anṣār are the people who helped the Prophet during important times.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 868 | Tape 868. The Surviving group<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audiotape starts with a recitation of the Qur'an. Sheikh 'Abd al-Raḥīm Ṭaḥḥān gives a lecture on the 'Survivior's group'. The speaker states that there are two ways in life, the right and the delusional. He states that Muslims should apply Sharī'ah law in life.

Side B. Continuation to side A. The speaker mentions many Hadith regarding the survivor group.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 869 | Tape 869. Different types of worships<br>*1 audiocassette*<br>Arabic | Circa 1976-2000 |

Summary (English)

Side A. [Duplicate of Tape 866, Side A].

Side B. [Duplicate of Tape 866, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 870 | Tape 870. Applications of sanctions<br>*1 audiocassette*<br>Arabic | Circa 1976-2000 |

Summary (English)

Side A. A lecture on the application of sanctions. The speaker mentions that people's perceptions have changed in applying al-sharī'ah (Islamic law), and that people now apply only certain laws.

Side B. Continuation to side A. From minute 3:00 to the end of the audiotape, another speaker gives a lecture on multiple topics such as the separation of religion from the state; some people trying to distort the image of Islam; types of laws, and the integrity of the legal system.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 871 | Tape 871. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Side A. A lecture on multiple topics such as the virtue of youth taking care of their health, hijab , monotheism and the decline of the nation. | |
| | Side B. This audiotape is a point of view of some Muslim scholars; the speaker also reads tranquility verses from the Qur'an, which are verses that calm the heart. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 872 | Tape 872. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. [Duplicate of Tape 871, Side B]. | |
| | Side B. A lecture on the stages of human life. The speaker states that human life is divided into four stages, which are childhood, puberty, adulthood, and old age. The speaker states that past nations lived for thousands of years. The speaker states that when Prophet Mohammed saw that his nation had short-age, God gives him Laylat al-qadr (Night of Destiny), a very special day in the Muslim calendar.The speaker also mentions the virtue of youth taking care of their health because the Prophet Mohammed recommended that. Note: a continuation to Audiotape # 871 (side A) | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 873 | Tape 873. Mocking of the Islamic figures<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |
| | Summary (English) | |
| | Side A. A lecture on mocking Islamic figures and religion. The speaker states that some students play the role of Muslim scholars such as the Imām Aḥmad. The speaker mentions the virtue of praying and asking for guidance from God. | |
| | Side B. Continuation to side A. The speaker mentions many prayers and different points of view of Muslim scholars regarding wearing amulets that contains prayers. He also states that Muslims should not argue about the number of times that one should read a prayer. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 874 | Tape 874. Integrity<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |
| | Summary (English) | |
| | Side A. A lecture on integrity. The speaker mentions several Hadith and stories about ancestors that stress integrity and piety. | |

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. Continuation to side A. The speaker states that the Prophet Mohammed always advised his companions to ask for repentance and seek integrity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

875    Tape 875. Praying at night                                         Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on praying at night and other topics.

Side B. Continuation to side A. The speaker explains the benefits of praying at night and sincerity in worship. The speaker states that nighttime is a blessed time, when mercy is revealed. He also gives reasons to encourage Muslims to pray at night.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

876    Tape 876. Multiple topics                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 872, Side B].

Side B. Some parts of the lecture were mentioned in audio tape # 871 (side A).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

877    Tape 877. Shari'a point of view regarding the Hijab            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a recitation of the Qur'an. A speaker gives a lecture on the Shari 'ah point of view regarding the hijab. The speaker mentions several examples about women's hijab and states that if there are corrupt women then there is corruption in leadership. He also discusses people who want women to remove the hijab.

Side B. Continuation to side A. The speaker mentions stories of the ancestor.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

878    Tape 878. Virtue of Half of Sha'bān                           Circa 1965-1999
*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|---|---|---|
|  | Summary (English) |  |

Side A: A lecture on the importance of the Night of Bara'ah, or the night preceding the 14th day of the eighth month (Sha'bān) of the Islamic calendar. The speaker divides the lecture into four sections: 1) prove that God has properties in all times; 2) warnings against heresies; 3) the value of Ramadan, and 4) the importance of Mid-Sha'bān.

Side B: Continuation to side A. The speaker mentions that month of Sha'bān was the best month to Prophet Mohammed , and fast most days of the month.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 880 | Tape 880. Natural modesty | Circa 1965-2000 |
|  | *1 audiocassette* |  |
|  | Arabic |  |

Summary (English)

Side A. A lecture on natural modesty. The speaker mentions several examples of Sheikhs who learned from women; he also mentions examples of women who did not feel shy to learn.

Side B. Continuation to side A. The speaker mentions several stories regarding modesty.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 881 | Tape 881. Multiple topics | Circa 1965-2000 |
|  | *1 audiocassette* |  |
|  | Arabic |  |

Summary (English)

Side A. A lecture on multiple topics such as the promotion of virtue and prevention of vice; intention; good and evil. Note: From minute 23 to 31, the audiotape is blank.

Side B. Continuation to side A. Another speaker gives a lecture on negligence.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 882 | Tape 882. Sleeping | Circa 1965-2000 |
|  | *1 audiocassette* |  |
|  | Arabic |  |

Summary (English)

Side A. [Duplicate of Tape 856, Side A].

Side B. [Duplicate of Tape 856, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 883 | Tape 883. The virtue of prying on the Prophet | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the virtue of praying for the Prophet. The speaker states that no human will taste the sweetness of faith unless s/he loves the Prophet, and the love comes with praying for the Prophet Mohammed. The speaker mentions the Hadith that urges praying and remembering the Prophet.

Side B. Continuation to side A. The speaker mentions several Hadith that urges Muslims to follow and love Prophet Mohammed.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 884 | Tape 884. The benefits of memorizing the Hadith | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the benefits of memorizing the Hadith. The speaker states that appealing to the muhdathīin (people who have memorized the Hadith) is considered atheism, because scholars are heirs of the Prophets.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 885 | Tape 885. Ethics of the Prophet Mohammed's | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the ethics of the Prophet Mohammed. The speaker mentions the ethics of Prophet Mohammed with God, angels, companions, enemies, animals, and the family.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 886 | Tape 886. Piety | Circa 1965-2000 |
|---|---|---|

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on piety. The speaker gives several examples of the Prophet's companions and their piety.

| Box | Description | Date(s) |
|---|---|---|
| | Side B. Continuation to side A. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 887 | Tape 887. Repentance and forgiveness<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A .A lecture on repentance and forgiveness. The speaker mentions several stories, Hadith, and verses from the Qur'an regarding the topic.

Side B. A lecture on multiple topics such as piety, following the Prophet, and hope. Another speaker gives a lecture on the Prophet Mohammed's miracles in many fields such as medicine, astronomy, and geology.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 888 | Tape 888. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on multiple topics. The speaker states that Islam is based on monotheism (There is no God but Allah). The speaker mentions several stories from history. Another speaker recites from the Qur'an 15:1-33.

Side B. A lecture on history. The speaker states that history is transferring information about what happened in the past. Note: side B is supposed to be side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 889 | Tape 889. Crying from God's fear<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on crying due to fear of God. The speaker mentions the Hadith "Two eyes the fire will not touch it, an eye the cries from God and, eye that was keening in God's sake." The speaker mentions the Hadith and stories and verses from the Qur'an regarding the topic. In the lecture, the speaker warns the audience not to go and earn a degree from the land of the infidels.

Side B. Continuation to side A. The speaker mentions the circles of ancestors and how they cried due to fear of God.

Preservation masters
*2 computer files (WAV)*

Tape 889. Crying from God's fear

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

890    Tape 890. Fear from God          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audiotape starts with a recitation from the Qur'an 27:82-93. Sheikh 'Abd al-Raḥīm al-Ṭaḥḥān gives a lecture on fear of God. The speaker mentions the causes that make faithful people become close to God. The speaker mentions Hadith and stories regarding the topic.

Side B. Continuation to side A. The Speaker mentions more examples regarding the topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

891    Tape 891. Praying at night          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 875, Side A].

Side B. [Duplicate of Tape 875, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

892    Tape 892. Logo of the righteous people          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the righteous people. The speaker gives examples of righteous people and their worship.

Side B. Continuation to side A. The speaker gives more examples regarding the topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

893    Tape 893. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: A lecture on multiple topics. The speaker gives examples regarding freemasonry and wine.

Side B: Lecture on multiple topics such as yawning, praying, forgiveness.

ASH 031726

Tape 893. Multiple topics

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 297

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

893A    Tape 893A. Fear from God        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 890, Side B].

Side B. [Duplicate of Tape 890, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

894    Tape 894. Worshiping half of Sha'bān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture regarding worshiping of half of Sha'bān.The speaker mentions the heresy
about Sha'bān.

Side B. A speaker gives a lecture on the worship of half of Sha'bān and its heresy such as the
ṣalāt al-Alfiyah (the thousand prayer).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

894A    Tape 894A. Miracles of the Qur'ān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Lecture on miracles of the Qur'an. The speaker mentions many examples of the Qur'an
miracles and its rhetoric.

Side B. Continuation to side aa. The speaker mentions the verses of soul and gives a brief
research of Sūrat Luqmān . Another speaker recites from the Qur'an 43:1-31.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

895    Tape 895. Laylat al-qadr (Night of Destiny)        Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

ASH 031727

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A speaker gives a lecture on Laylat al-qadr (Night of Destiny) and states that God gives Muslims this night because it equals 80 years of worship. The speaker answers questions from the audience regarding religious issues such as selling tobacco and television.

Side B: A speaker answers questions regarding religious issues such as charity and the effect of television.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**895A**   Tape 895A. Multiple topics                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: Lecture on multiple topics. The speaker reads and explains Qur'an 6:112-116; he also states that God will not change anything unless people move from the right path.

Side B: The speaker mentions Hadith and various stories about the faithful's need to stay on the right path.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**896**   Tape 896. Multiple topics                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Lecture on multiple topics such as singing and scholar's point of view regarding the different recitations of the Qur'an.

Side B. Lecture on multiple topics such as on the different Islamic schools.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**896A**   Tape 896A. Ethics of sleeping                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Lecture on ethics of sleeping. The speaker mentions the prayers before bedtime.

Side B. Continuation to side aa. Another speaker recites from the Qur'an 4:1-45.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031728

| Box | Description | Date(s) |
|---|---|---|
| 897 | Tape 897. Leadership<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Lecture on leadership. The speaker states that whoever does not follow God's law is an infidel.

Side B. Lecture on Sūrat Luqmān. Note that the speaker moves from a topics to another.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 897A | Tape 897A. Ethics of visiting<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side ab. Continuation to side aa. The speaker mentions Hadith and stories of the ancestor and their ethics on visiting each other.

Side Aa. Lecture on ethics of visiting. The speaker mentions several Hadith, and verses from the Qur'an regarding the topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 898 | Tape 898. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. Lecture on multiple topics. The speaker mentions various issues such as using Islamic names and applying al-sharī'ah (Islamic law).

Side B. A speaker gives a lecture on multiple topics: following illegitimate laws and other heresies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 898A | Tape 898A. Masturbation<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on "Masturbation". The speaker states that masturbation is forbidden. Note: the audio tape is not clear until minute 17.

Side B. Continuation to side Aa. Another speaker recites from the Qu'ran 60:1-7.

ASH 031729

Tape 898A. Masturbation

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

899    Tape 899. Judgment of what takes place in the hearts       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh 'Abd al-Raḥīm al-Ṭaḥḥān gives a lecture on "Judgment of what takes place in the hearts". The speaker mentions several verses from the Qur'an and Hadith regarding the lecture.

Side B. Continuation to side A. Sheikh 'Abd al-Raḥīm discusses the place of the heart from an Islamic perspective.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

899A    Tape 899A. Praying at night       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 875, Side A].

Side B. [Duplicate of Tape 875, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

900    Tape 900. Multiple topics       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: (1) A speaker gives a lecture on multiple topics, in which he discusses our time as a time of decay, ignorance, and distance from the religion; (2) A speaker gives a lecture titled "Nations like you" in which he explains the verse from the Qur'an "There is not an animal (that lives) on the earth, nor a being that flies on its wings, but (forms part of) communities like you. Nothing have we omitted from the Book, and they (all) shall be gathered to their Lord in the end" (6:38) and states that human share some manners as other creatures; (3) Another speaker recites from the Qur'an from Surat 92 to 114.

Side B: A speaker gives a lecture on "Mission of Prophet Mohammed", in which he discusses mission of the Prophet and situation of the Arabs before pre-Islam time.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031730

| Box | Description | Date(s) |
|---|---|---|
| 900A | Tape 900A<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A: A speaker gives a lecture titled "Nations like you" in which he explains the verse from the Qu'ran "There is not an animal (that lives) on the earth, nor a being that flies on its wings, but (forms part of) communities like you. Nothing have we omitted from the Book, and they (all) shall be gathered to their Lord in the end" (6:38) and states that human share some manners as other creatures.

Side B: Continuation to side A. Another speaker recites from the Qu'ran from Surat 92 to 114.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 901 | Tape 901. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses death, virtue of marriage on Jihad, monotheism, worship and stories of the ancestors. Note: The speaker states that marriage in Islam is better than being involved in Jihad!

Side B. Continuation to side A. The speaker mentions several examples regarding the virtue of marriage in Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 901A | Tape 901A<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses knowledge, night prayer, and believers in paradise.

Side B. A speaker gives a lecture on "virtue of prying at night time", in which he discusses benefits of praying at night.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 902 | Tape 902. Islamic laws of inheritance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031731

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A speaker gives a lecture on "Islamic laws of inheritance", in which he discusses the roles of hereditary in Islam.

Side B. Continuation to Side A. The speaker mentions several Hadith and verses from the Qur'an regarding the topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

902A    Tape 902A                                      Circa 1965-2000
*1 audiocassette*
Arabic

[Duplicate of Tape 875].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

903    Tape 903. Polytheism                          Circa 1999-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "polytheism", in which he discusses the pre-Islamic period when the Arabs were worshiping multiple idols.

Side B. A speaker gives a lecture on "heresies," in which he discusses several heresies that Muslims practice without realizing.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

904    Tape 904. Stories of the ancestors          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "stories of the ancestors", in which he explains a verse form the Qur'an "But those who before them, had homes (in Medina) and had adopted the Faith,- show their affection to such as came to them for refuge, and entertain no desire in their hearts for things given to the (latter), but give them preference over themselves, even though poverty was their (own lot). And those saved from the covetousness of their own souls,- they are the ones that achieve prosperity" (59:9). He also mentions several stories, examples regarding the ancestors and their unique life of style. Another speaker answers questions regarding religious issues.

Side B. Continuation to side A. Another speaker recites from the Qur'an 42:27-53.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031732

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 303

| Box | Description | Date(s) |
|-----|-------------|---------|
| 905 | Tape 905. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 896, Side A].

Side B. [Duplicate of Tape 896, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 906 | Tape 906. Position of the deceitful from people<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A.Sheikh ʻAbd al-Raḥīm al-Ṭaḥḥān gives a lecture on the "Role of the deceitful", in which he discusses God's law.

Side B. Continuation to side A. The speaker mentions several stories regarding the lecture.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 907 | Tape 907. Hoping for God's mercy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on "Hoping for God's mercy", in which he discusses God's mercy.

Side B. Continuation to side A. The speaker gives more examples of hoping to gain God's mercy.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 908 | Tape 908. Death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on "Death", in which he discusses fear of death and hope for God's mercy.

Side B. Continuation to side A. The speaker mentions several examples from the ancestor's life style.

Preservation masters
*2 computer files (WAV)*

ASH 031733

Tape 908. Death

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

909   Tape 909. Multiple topics                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses current governments and religion, knowledge and scholars.

Side B. Continuation to side A. Another speaker recites from The Qur'an 4:1-32.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

910   Tape 910. Multiple topics                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses smoking and modesty.

Side B. Continuation to side A. The speaker mentions examples from the Hadith and the Qur'an regarding modesty.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

911   Tape 911. The virtue of scholars                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "the virtue of scholars", in which he discusses several Hadith, and stories that mentions virtue of scholars.

Side B. Continuation to side A. The speaker mentions several stories of scholars and how they refer to each other.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

912   Tape 912. Attributes of God                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031734

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A.The beginning of the tape (min. 1-18) is hardly understandable. Then a speaker gives a lecture on "Attributes of God", in which he discusses stories regarding death and insisting on sins.

Side B.Continuation to side A. The speaker mentions several examples regarding death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

913    Tape 913. [Duplicate of Tape 889]      Circa 1965-1999
*1 audiocassette*
Arabic

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

914    Tape 914. Death      Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "Death," in which he discusses how the companions of the Prophet Mohammed and the early Muslims loved death.

Side B. Continuation to side A. The speaker mentions a Hadith that states, "Anyone loves meeting God, and God loves to meet anyone, and if someone does not like meeting God, God too does not like meeting him".

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

915    Tape 915. Multiple topics      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding multiple topics such as non-believers.

Side B. Continuation to side A. The speaker answers questions regarding religious issues such as worship, polytheism, and ignorance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

916    Tape 916. Estrangement of religion      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A.Sheikh ʿAbd al-Raḥīm al-Ṭaḥḥān gives a lecture titled "Estrangement of religion" in which he discusses the changes and the challenges that face Muslims who are following the pillars of Islam.

Side B. Continuation to side A. The speaker mentions several examples from the Hadith and the Qur'an regarding the lecture.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

917    Tape 917. Multiple topics                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as ethics and moderation. The speaker also discusses moderation on everything. Side B: Continuation to side A. The speaker concentrates on extravagance. Side A: A speaker gives a lecture on multiple topics such as ethics and moderation. The speaker also discusses moderation on everything.

Side B. Continuation to side A. The speaker concentrates on extravagance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

918    Tape 918. Attributes of God                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture titled "Attributes of God", in which he discusses faith and the corruption of the heart.

Side B. Continuation to side A. The Audio tape is blank from minute 1 to the end of the audio tape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

919    Tape 919. Multiple topics                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses knowledge, interpretation of the ignorance and the revelation of the Qur'an in Seven ahrūf (dialects of the Qur'an).

Side B. Continuation to side A. The speaker concentrates on the interpretation and the revelation of the Qur'an.

ASH 031736

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 920 | Tape 920. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses types of people, piety and mentions many verses from the Qur'an regarding the lecture.

Side B. A speaker gives a lecture on types of people, in which he mentions a Hadith that compares people to metals, "some of which are like silver, some like gold, and some like copper."

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 921 | Tape 921. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses different heresies

Side B. Continuation to side A. Another speaker recites from the Quran 1:1-7 and 2:1-16.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 922 | Tape 922. Sūrat Luqmān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on "Sūrat Luqmān", in which he discusses some heresies regarding the Sūrat.

Side B. Continuation to side A. The speaker mentions the story of Luqmān (a pre-Islamic wise man) and the revelation time period of Sūrat Luqmān. Another speaker recites Sūrat Luqmān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 923 | Tape 923. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Side A. [Duplicate of Tape 876, Side A and Tape 905, Side A].

Side B. [Duplicate of Tape 876, Side B and Tape 905, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

924    Tape 924. Ethics of Visiting          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the "ethics of visiting", in which he discusses ethics and the best time to visit each other.

Side B. Continuation to side A. Shiekh Aḥmad al-ʿAjamī recites from the Qu'ran 29:1-19.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

925    Tape 925. Integrity          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "integrity", in which he discusses and mentions the verses from the Qur'an about the lecture.

Side B. Shiekh ʿAbd al-Raḥīm al-Ṭaḥḥān gives a lecture on "integrity", in which he discusses and explains the definition of integrity and place of the pious to God. The speaker also mentions several verses from the Qur'an regarding the lecture. Note: Side B is the beginning to audiotape # 925.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

926    Tape 926. Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Side A: The audiotape starts with the sound of rockets and horses running. Then Shiekh Ṭalāl al-Qāsimī gives an Eid prayer sermon, in which he discusses Jihad.

Side B. Continuation to side A. Many speakers recite poems on Jihad and Palestine.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031738

| Box | Description | Date(s) |
|---|---|---|
| 927 | Tape 927. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses elections, freedom, and how the West controls the media.

Side B. Continuation to side A. Another speaker recites from the Qur'an 9:1-18.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 928 | Tape 928. Ibn Taymīyah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Friday sermon on Sheikh ibn Taymīyah, with examples from his life and times, which the speaker compares to ours.

Side B. Continuation to side A. The speaker mentions several stories about Sheikh ibn Taymīyah and his courage, knowledge, worship and altruism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 929 | Tape 929. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Sumamry (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses the Prophet Mohammed's companions, love, and the teachings of the prophet.

Side B. A speaker gives a lecture on multiple topics, in which he discusses fasting and Imam Aḥmad ibn Ḥanbal and his unique lifestyle.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 930 | Tape 930. The virtue of Ramadan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on "The virtue of Ramadan," in which he discusses Ramadan as the month of the Qur'an's revelation, and stresses the benefits and rewards of fasting during this time.

| Box | Description | Date(s) |
|---|---|---|

Side B. A speaker gives a lecture on multiple topics, in which he discusses applying the sharī'ah (Islamic law) and secularism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

931    Tape 931. Multiple topics        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as meeting God and Heaven. The speaker mentions a Hadith that states that if anyone loves meeting God, God too loves to meet him, and if someone should dislike meeting with God, God too dislikes meeting him.

Side B.Continuation to side A. Another speaker recites from the Qur'an 12:1-39.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

932    Tape 932. The only solution        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh 'Abd al-Wahhāb al-Nāṣir al-Turali gives a lecture titled "The only solution," in which he discusses the ways to deal with "The Errant" (people who commit mistakes), the promotion of virtue and the prevention of vice.

Side B. Continuation to side A. Another speaker gives a lecture on Prophet Mohammed's mission, in which he discusses Islam, the Prophet Mohammed, and Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

933    Tape 933. Multiple topics        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on multiple topics such as corruption of knowledge and different Islamic laws, the speaker also defines the meaning of knowledge. Note: the speaker comments on Sheikh 'Abd al-Raḥīm al-Ṭaḥḥān, and how he exaggerates in his sermons.

Side B. Continuation to side A. The speaker mentions Hadith regarding the surviving group (The Saviour Sect).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031740

| Box | Description | Date(s) |
|---|---|---|
| 934 | Tape 934. Judgment day<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Judgment Day, in which he mentions related Hadith and verses from the Qur'an.

Side B. Continuation to side A. The speaker mentions verses from the Qur'an about Judgment Day and how to prepare for it.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 935 | Tape 935. Sheikh ibn Taymīyah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Sheikh ibn Taymīyah and his unique lifestyle and writing.

Side B. Continuation to side A. The speaker gives several examples on Taymīyah and other figures of early Islam. Toward the end of the audiotape, the speaker answers questions about religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 936 | Tape 936<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Background noise, prevents understanding contents of side A.

Side B. Beginning at minute 36, a recitation of Sūrat al-shams [91:1-15] and Sūrat Yūsuf [12:1-5].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 937 | Tape 937. Those are the Jews<br>*1 audiocassette*<br>Arabic | Circa 2000 |

Summary (English)

Side A. The audiotape starts with the sound of the bombs and rockets. Sheikh Mut'ib Ibn Riyāḍ gives a sermon titled "Those are the Jews," in which he discusses the danger of the Jews and their impact on the world.

ASH 031741

Tape 937. Those are the Jews

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. In the second sermon, the speaker mentions Muḥammad al-Durrah's story (a Palestinian child killed by an Israeli soldier in 2000) and Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

938    Tape 938. Jihad                                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers recite poems on Jihad.

Side B. This audiotape is dedicated to those who do not believe in Jihad. Many speakers recite poems on Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

939    Tape 939. Jihad                                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding the war, Jihad, and political issues in Afghanistan.

Side B. [Duplicate of Tape 795, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

940    Tape 940. The last lesson                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Nāṣir al-ʻUmar gives a lecture on "The last lesson", in which he discusses Afghanistan and Jihad, the creation of an Islamic country after the fall of Kabul, Communism, and Western media. The speaker concentrates on the four leaders of Jihad in Afghanistan: Ḥikmat Yār, Burhān al-Dīn rabbānī , Yūnis Khāliṣ and ʻAbd Rabbih al-Sayyāb.

Side B. A speaker gives a lecture on multiple topics, in which he discusses birth control, soccer games, and usury.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031742

| Box | Description | Date(s) |
|-----|-------------|---------|
| 941 | Tape 941. Applying God's law<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on applying God's law, in which he discusses following God's laws and people who worship idols.

Side B. Sheikh Nāṣir al-'Umar gives a lecture on multiple topics such as helping others and the promotion of virtue and prevention of vice. The speaker also urges the audience to donate money to the Mujahedeen. Note: Most likely, this is continuation of audiotape # 940 side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 942 | Tape 942. The nations collapse<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

Side A. Sheikh Nāṣir al-'Umar gives a lecture titled "The nations collapse", in which he discusses Ṣaddām Ḥusayn's character as a student and the American intervention in the war between Iraq and Kuwait.

Side B. Continuation to side A. The speaker concentrates on the benefits of the American intervention during the war between Iraq and Kuwait. Toward the end of the audiotape Shiekh Muḥammad Ṣiddīq, al-Minshāwī recites from the Qur'an 3:118-123.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 943 | Tape 943. Piety<br>*1 audiocassette*<br>Arabic | Circa 1999-2000 |
|-----|-------------|---------|

Summary (English)

Side A. Sheikh Nāṣir al-'Umar gives a lecture titled "Piety" in which he explains the meaning of piety and mentions several Hadith and verses regarding the lecture.

Side B. Continuation to side A. The speaker answers questions regarding religious issues such as love for God's sake. Another speaker recites from the Qur'an 1:17 and 29:1-56.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 944 | Tape 944. Integrity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|-----|-------------|---------|

Summary (English)

ASH 031743

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Sheikh Nāṣir al-'Umar gives a lecture titled "Integrity", in which he discusses integrity and how it is important in Islam.

Side B. Continuation to side A. The speaker mentions several examples from Sūrat Yūsuf regarding integrity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

945   Tape 945. Piety                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 943, Side A].

Side B. [Duplicate of Tape 943, Side B. From minute, 30-45 another speaker gives a lecture on honeymoon and marriage].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

946   Tape 946. Jurisprudence of reality                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Nāṣir al-'Umar gives a lecture titled "Jurisprudence of reality". The speaker states that jurisprudence of reality is studying the past nations with a deep understanding, which requires perseverance and time.

Side B. Continuation to side A. Toward the end of the audiotape a recitation from the Qur'an 22:38-41, another speaker explains the meaning of the verses, based on Sayyid Quṭb's interpretation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

947   Tape 947. The examination of the hearts                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Nāṣir al-'Umar gives a lecture on "The examination of the hearts", in which he dicusses the status and importance of the heart in Islam. He also mentions several hadith regarding the topic.

Side B. Continuation to side A. Toward the end of the audiotape, the speaker answers questions regarding religious issues such as the Jihad in Afghanistan, singing, and different Islamic groups.

Tape 947. The examination of the hearts

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 948 | Tape 948. Our daughters and alienation | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture titled "Our daughters and alienation", in which he explains manifestations of alienation, which could be seen in fashion, birth control, movies, commercials and foreign domestic help.

Side B. Continuation to side A. The speaker mentions several examples from articles, books and conferences by non-muslims that urges women to be away from the religion and be civilized.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 949 | Tape 949. Applying knowledge | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the importance of applying knowledge to our daily activities. The speaker mentions several examples regarding the topic from Hadith, poems and the Qur'an.

Side B. Continuation to side A. The speaker answers questions from the audience on this topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 950 | Tape 950. Live broadcast | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "live broadcasts," discussing their history and impact on society.

Side B. Continuation to side A. The speaker answers questions on this topics. Another speaker recites from the Qur'an 30:51-60 and 31:1-30.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 951 | Tape 951. The danger of live broadcasting | Circa 1965-2000 |

*1 audiocassette*
Arabic

ASH 031745

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on "the danger of live broadcasting," in which he discusses television, movies, commercial advertisements and education. Toward the end of the audiotape, the speaker answers questions regarding the lecture. Note: Side A is actually Side B.

Side B. A speaker gives a lecture in which he discusses the impact of live broadcasting on people. Note: Side B is actually Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

952    Tape 952. Psychological defeat                                              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. Continuation to side A. The speaker answers questions regarding religious issues.

Side B. Continuation to side A. The speaker answers questions regarding religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

953    Tape 953. Marriage                                                          Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a lecture on marriage, in which he discusses the importance of marriage in Islam and the elements of marital happiness.

Side B. Continuation to side A. The speaker answers questions regarding the lecture and urges people to marry at a young age.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

954    Tape 954. Psychological defeat                                             Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. [Duplicate of Tape 952, Side A].

Side B. [Duplicate of Tape 952, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031746

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 317

| Box | Description | Date(s) |
|-----|-------------|---------|
| 955 | Tape 955. Polytheism<br>*1 audiocassette*<br>Arabic | 11 August 1991 |

Summary (English)

Side A. Sheikh Safar ibn 'Abd al-Raḥmān al-Ḥawālī gives a lecture on "polytheism" and its history.

Side B. Continuation to side A. The speaker answers the audience's questions regarding the lecture and other religious issues. Toward the end of the audiotape, another speaker recites from the Qur'an 4:115-137.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 956 | Tape 956. The nations collapse<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 942, Side A].

Side B. [Duplicate of Tape 942, Side B]. Note : The Qur'anic recitation is different than Audio tape # 942 (Side A) 3:118-134

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 957 | Tape 957. Ramadan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh Nāṣir al-'Umar gives a lecture on "Ramadan" in which he discusses how people use Ramadan for purposes other than worshipping God.

Side B. Continuation to side A. The speaker urges the audience to donate money for the Mujahedeen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 958 | Tape 958. The nations collapse<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 942, Side A and Tape 956, Side A].

Side B. [Duplicate of Tape 942, Side B and Tape 956, Side B].

ASH 031747

Tape 958. The nations collapse

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

959　Tape 959. The nations collapse　　　　　　　　　　　　　Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tapes 942 , 956 and 958 sides A].

Side B. [Duplicate of Tape 942, 956 and 958, sides B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

960　Tape 960. Questions regarding religious issues　　　　　Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding religious issues such do not judge the leader with non-believe.

Side B. Continuation to side A. The speaker answers questions from the audience regarding different matters such as infidels and hypocrites.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

961　Tape 961. The Afghani case　　　　　　　　　　　　　Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audio starts with a call to prayer and warfare noise in the background. Another speaker gives a lecture on Afghanistan, in which he discusses Jihad, fall of communism and Kabul. Note: The audiotape duplicates the content of Tape 940, Side A.

Side B. Continuation to side A. The speaker mentions the conflict and the problems between the Mujahedeen leaders such as Ḥikmat Yār and Aḥmadshoḥ Mas″ud.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

962　Tape 962. Integrity　　　　　　　　　　　　　　　　Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031748

| Box | Description | Date(s) |
|---|---|---|
| | Side A. [Duplicate of Tape 944, Side A]. | |
| | Side B. [Duplicate of Tape 944, Side B, the speaker answers questions regarding religious issues.] | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 963 | Tape 963. Tranquility<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on "tranquility", in which he discusses related stories and Hadith. | |
| | Side B. Continuation to side A. The speaker also discusses the issue of women driving and the role of the government. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 964 | Tape 964. Questions and answers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A meeting with a university student, in which the speaker answers questions regarding knowledge and other religious issues. | |
| | Side B. A speaker answers questions regarding religious issues such as shaving the beard and taking photos. Sheikh Muhammad ibn Sālih ibn ʿUthaymīn gives a lecture on multiple topics, in which he discusses the responsibility of human begins with the society and family. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 965 | Tape 965. Arabic grammar<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on the Arabic grammar, in which he discusses various examples of the Arabic grammar and conjugation. | |
| | Side B. Continuation to side A. The speaker mentions more examples of the roles of the Arabic grammar. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |

ASH 031749

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 321 of 461
Tape 966. Multiple topics
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 320

| Box | Description | Date(s) |
|-----|-------------|---------|
| 966 | Tape 966. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses hypocrites.

Side B. Continuation to side A. The speaker discusses knowledge, worship and non-believe.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 967 | Tape 967. Questions and answers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions regarding religious issues such as heresies, monotheism, and faith

Side B. Continuation to side A. The speaker answers questions regarding religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 968 | Tape 968. Marriage<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh Mohammed gives a lecture on marriage, in which he discusses the definition of marriage in Islam.

Side B. Continuation to side A. The speaker mentions terms and obligations of marriage.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 969 | Tape 969. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses monotheism, pre-Islamic time, and polytheism.

Side B. Continuation to side A, in which he concentrates on polytheism and monotheism.

Preservation masters
*2 computer files (WAV)*

ASH 031750

Tape 969. Multiple topics

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 970 | Tape 970. Questions and answers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions regarding religious issues such as breastfeeding and other heresies.

Side B.Continuation to side A. The speaker answers many questions such as praying with those who worship other things.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 971 | Tape 971. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses Arabic grammar and some poems.

Side B.Continuation to side A. The speaker mentions several heresies, fatality, and the good omen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 972 | Tape 972. Disbelieve and Polytheism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on disbelieve and polytheism, in which he discusses how people worship statues other than God.

Side B. A speaker gives a lecture on multiple topics, in which, he disuses knowledge and Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 973 | Tape 973. Al-Ash'añ<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

ASH 031751

| Box | Description | Date(s) |
|---|---|---|

Side A. Sheikh Mohammed gives a lecture on the al-Ash'añ doctrine and a brief history of the doctrine and its founder.

Side B. Continuation to side A. The speaker discusses leadership and disbelieve.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

974   Tape 974. Arabic grammar   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the Arabic grammar.

Side B. Continuation to side A, in which the speaker mentions several examples regarding the Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

975   Tape 975. Questions and answers   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding religious issues such as ethics of the teacher, rule of hanging the Qu'aranic verses in the wall and polygamy.

Side B. Continuation to side A. The speaker answers several questions. Another speaker recites from the Qur'an 3:40-63.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

976   Tape 976. Hajj   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "Hajj" (he fifth pillar of Islam, consisting in a pilgrimage to Mecca, which Muslims need to perform at least once in their lifetime if they can afford it). The speaker mentions related Hadith and verses from the Qur'an, and explains the types of Hajj and 'umrah (the actual pilgrimage).

Side B. Continuation to side A. The speaker explains rituals connected to the Hajj.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 977 | Tape 977. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses faith, and answers questions regarding taking photo.

Side B. Continuation to side A. The speaker answers several questions regarding religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 978 | Tape 978. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses God's attributes and the interruption of some verses in the Qur'an.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 979 | Tape 979. Marriage and divorce<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on marriage and divorce.

Side B. Continuation to side A. The speaker discusses the conditions of divorce.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 980 | Tape 980. Questions and answers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions on religious issues.

Side B. A speaker gives a lecture on the permissible knowledge that Muslims can learn.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031753

Tape 981. Distortion of enunciation

| Box | Description | Date(s) |
|---|---|---|
| 981 | **Tape 981. Distortion of enunciation**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on the ways in which the interpretation of certain verses of the Qur'an can be misleading.

Side B. Continuation to side A. The speaker mentions several examples from the Qur'an and the Hadith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 982 | **Tape 982. Sūrat al-Fātiḥah**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Sūrat al-Fātiḥah, discussing several related Hadith. Another speaker recites 27:36-62.

Side B. A speaker gives a lecture on multiple topics such as the forbiddance of reciting loud behind the imam during Prayers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 983 | **Tape 983. The difference between the scholars, causes and our position**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The A recitation from the Qur'an 3:102-112, followed by a lecture by Sheikh Muḥammad ibn Ṣāliḥ al-ʻUthaymīn on "the difference between scholars, causes and our position," in which he discusses some Hadith and how they are interpreted differently by different scholars.

Side B. Continuation to side A. The speaker mentions several examples regarding the difference between scholars.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 984 | **Tape 984. Athiest and God**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the atheist and how God challenge them; toward the end of the audiotape, the speaker answers questions regarding religious issues.

Tape 984. Athiest and God

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 325

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. A speaker gives a sermon on Israel's occupation of Jerusalem, in which he discusses the history of al-Masjid al-Aqṣá. In the second sermon, the speaker urges the audience to donate for the Palestinian and the Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

985  Tape 985. Jews during Prophet Mohammed time       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on the Jews during Prophet Mohammed time, in which he discusses their agreement with the Prophet Mohammed. In the second sermon, the speaker mentions al-isrāʾ wa-al-miʻrāj (a journey where Prophet Mohammed ascends from Earth to Heaven).

Side B. A speaker gives a sermon on multiple topics, in which he discusses worships and scholars should be accurate before giving a Fatwa. In the second fatwa, the speaker stressed the danger of giving a fatwa without having the knowledge.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

986  Tape 986. The importance of knowledge       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: Sheikh Muhammad ibn Ṣāliḥ al-ʻUthaymīn gives a lecture on the importance of knowledge, in which he mentioned and discusses a Hadith and several verses from the Qurʼan regarding knowledge and the ethics that the scholars should follow to seek and teach knowledge.

Side B: Continuation to side A. The speaker concentrates on the responsibilities of scholars and students toward the society. The speaker answers questions regarding knowledge.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

987  Tape 987. Worship during pre-Islamic time       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture in worship during pre-Islamic time, in which he mentions the types of polytheism that the Arabs use to practice.

Side B. Continuation to side A. The speaker mentions supplication.

Preservation masters
*2 computer files (WAV)*

ASH 031755

Tape 987. Worship during pre-Islamic time

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 326

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

988    Tape 988. Hajj                                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: A speaker answers questions regarding Hajj (the pilgrimage to Mecca).

Side B: Continuation to side A. The speaker answers questions several questions regarding Hajj and ʿumrah (the pilgrimage to Mecca that may be performed at any time of the year).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

989    Tape 989. Jihad in Afghanistan                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: Muḥammad Yāsir (a non-native Arabic speaker) gives a lecture and answers questions regarding Jihad in Afghanistan.

Side B: Continuation to side A. Muḥammad Yāsir urges the audience to donate to help the Mujahedeen in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

990    Tape 990. Jihad                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A.The audiotape starts with the background noise of warfare. Many speakers recite poems regarding Jihad.

Side B. A conversation (possibly between two individuals) on the role of the United States and drugs in Egypt.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

991    Tape 991. Jihad in Afghanistan                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding the Jihad in Afghanistan.

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. The speaker answers a question regarding the American intervention in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

992   Tape 992. Movements in Pakistan                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the movement of people from Pakistan to change the government.

Side B. A speaker gives a lecture on multiple topics, in which he discusses the conflicts between Israelis and Muslims, danger of Israelis, the partition of Palestine. The speaker also mentions that Syria is ruled by an apostate sect.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

993   Tape 993. The resistance in Afghanistan                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the resistance in Afghanistan, in which he discusses and answers questions regarding the rule of leaders and Jihad.

Side B. Continuation to side A. The speaker concentrates on the trainings of the Mujahedeen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

994   Tape 994. Jihad in Afghanistan                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 991, Side A].

Side B. A speaker gives a lecture on leadership, in which he discusses the roles of leaders in United States, Kingdom of Britain, and Iran.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

995   Tape 995. Leadership                                                      Circa 1965-2000
*1 audiocassette*
Arabic

Tape 995. Leadership

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on leadership. The speaker discusses the danger of communism and the difference between formation between the military in Egypt, Syria or Iraq, because the Egyptian military is based on nationality.

Side B. Continuation to side A. The speaker mentions some America television programs that show Muslims as terrorists. The speaker also mentions Jihad for a better government.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 996 | Tape 996. Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh Muḥammad Yāsir (a non-native Arabic speaker) gives a lecture on Jihad in Afghanistan, in which he discusses the problems that faced the Mujahedeen and how they won.

Side B. Continuation to side A. The speaker mentions the prodigy of the Mujahedeen and urges the audience to engage in Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 997 | Tape 997. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses the war on terrorism, the role of leaders in Jihad and the Iranian revolutions. Another speaker gives a lecture on worship in Islam.

Side B. Continuation to side A .The speaker mentions that worship in Islam, is based on sincerity. Another speaker gives a lecture on multiple topics, in which he discusses the revolutions in Iran and United states.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 998 | Tape 998. Dimension of religion<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on dimension of religion, in which he discusses how people are busy with life and don not learn about the religion.

Side B. A speaker gives a lecture on dimension of religion, in which he discusses how people now are away from the religion and how in the past we studying religious books.

Tape 998. Dimension of religion

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 329

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

999   Tape 999. The temptation of the Satan to people          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Dr Saʿīd Ibn Mubārak Al-jiʾir gives a lecture on the temptations of Satan.

Side B. Continuation to side A. Dr Saʿīd Ibn Mubārak Al-jiʾir mentions several ways Satan may tempt people. Sheikh Maḥmūd Khalīl al-Ḥuṣarī recites from the Qurʾan 24:21-27.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1000   Tape 1000. The responsibilities of education          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Dr Saʿīd Ibn Mubārak Al-jiʾir gives a lecture on the responsibilities of education in which he discusses the changes and challenges in the field of education and how society faces these changes.

Side B. Continuation to side A. The speaker states that every member in society is responsible for teaching others. The speaker also answers questions regarding applying the Shariʾa (Islamic law).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1001   Tape 1001. Questions and Answers          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Saʿīd Ibn Zuʾayr answers religious questions such as about women driving cars and the interaction with democracy.

Side B. Continuation to side A. The speaker gives some advice to women to help in society. Another speaker recites from the Qurʾan 18:1-50.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1002   Tape 1002. The duty of youth toward these event          Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031759

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on the weakness and ignorance of the Islamic nation. The speaker also states why people obeyed Ṣaddām Ḥusayn's request for Jihad. He also mentions that Ṣaddām Ḥusayn did not rule according to Islamic laws. Note: The speaker does not specify the events he discusses. Based on his comments, the event was the war between Kuwait and Iraq.

Side B. Continuation to side A. The speaker concentrates on how to fix problems given the fact that the Arab region does not have accurate news. The speaker mentions that some Mujahedeen work for international news media.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1003 | Tape 1003. Affiliation | Circa 1965-2000 |
|------|------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on "affiliation", in which he discusses positive secularism and how the Muslim nation follows Westerners.

Side B.A speaker gives a lecture on multiples topics, in which he discusses how some governments do not apply Islamic laws. This is followed by Sheikh Muḥammad ibn Sulaymān al-Muḥsinyi's recitation from the Qur'an 3:28-55.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1004 | Tape 1004. Advocacy tools | Circa 1965-2000 |
|------|---------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. Sa'īd Ibn Mubārak Al-ji'ir gives a lecture on "Advocacy tools," which he discusses the Prophet Mohammed's manners, wisdom and knowledge. The speaker states that tools to use s are great manners and understanding the responsibility of each individual in society.

Side B. Continuation to side A. The speaker mentions that news media in Arab countries are not in line with the ways Muslim scholars represent Islam. Another speaker gives a lecture on the crises that the Muslim nation is facing.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1005 | Tape 1005. Secularism and Communism | Circa 1965-2000 |
|------|-------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A speaker answers questions regarding multiple topics such as secularism and communism.

Side B. Continuation to side A. The speaker answers questions regarding trends of secularism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1006**  Tape 1006. Media types                                          Circa 1991
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on types of media, and their role in Muslim society.

Side B. Continuation to side A. The speaker states that the United States of America is controlling most sources of information in the world, with the goal of destroying Islam. Another speaker gives a lecture on "Ṣayd al-khāṭir" (hunting thoughts), in which he discusses the role of Muslims in society. The lecture was recorded in 1411/1991.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1007**  Tape 1007. The source of receiving doctrine at some of the trends       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Saʿīd al-Mubārak Al-jiʼir gives a lecture about doctrine and knowledge.

Side B. A speaker gives a lecture on multiple topics, in which he discusses secularism, which was the reason for the Renaissance in Europe.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1008**  Tape 1008. Unity of Yemen                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the unity of Yemen, in which he discusses how the Muslim nations want to apply Islamic laws rather than Communist laws. The speaker answers questions regarding applying the Islamic constitution in Yemen.

Side B. Continuation to side A. The speaker answers several questions regarding applying Islamic law and about unity between North and South Yemen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031761

| Box | Description | Date(s) |
|---|---|---|
| 1009 | Tape 1009. Attributes of believers and Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh 'Abd al-Majīd al-Zandānī gives a lecture on the attributes of believers, in which he discusses several Hadith and verses regarding the attributes of believers who participated in Jihad. The speaker also reads from a report by 'Abd Allāh 'Azzām (former leader of Mujahedeen in Afghanistan) regarding Jihad in Afghanistan.

Side B. Continuation to side A. Another speaker claims he has fought in the Afghani Jihad for six years, and gives a lecture focused on the great moral of the Mujahedeen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1010 | Tape 1010. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Jihad in which he praises the Yemeni people who helped the Afghani Jihadist.

Side B. Continuation to side A. The speaker mentions various examples of faith and unity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1011 | Tape 1011. Attributes of believers and Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 1009, Side B].

Side B. [Duplicate of Tape 1009, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1012 | Tape 1012. The war between Kuwait and Iraq<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the war between Kuwait and Iraq, in which he discusses the ignorance of the Muslim nation illustrated by becoming involved in Jihad with Ṣaddām Ḥusayn .The speaker states that what happened between Iraq and Kuwait is a crime for both nations.

ASH 031762

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. ʻAbd al-Majīd al-Zandārī gives a lecture titled "Scientific Miracles of the Quran and Sunnah" in which he dentins the word "miracle" and states that the people of Prophet Moses (Jews) were known for magic, that why God aid him with the miracle of the stick. The speaker also mentions other miracles that were mentioned in the Qur'an like the creation of human and astronomy that the new science has just discovered.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1013**  Tape 1013. Yemen   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. ʻAbd al-Majīd al-Zandārī gives a lecture on Yemen in which he discusses the role of Marxism in the world, and the problem between North and South Yemen.

Side B. Continuation to side A. The speaker discusses the mockery of religion in the new Yemeni constitution and mentions that the Yemeni citizen's demand for unity is based on Islam and the application of Islamic laws.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1014**  Tape 1014. Miracles of the Quran and the Sunnah   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on miracles in the Qur'an and the Sunnah, in which he discusses words in the Qur'an that puzzled humans.

Side B. ʻAbd al-Majīd al-Zandārī gives a lecture titled "The renewable miracle in the Qur'an and the Sunnah", in which he states that the Qur'an is a miraculous book for its language and science and gives some examples of miracles mentioned in the Qur'an. Note: please note that side B is the beginning of the audiotape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1015**  Tape 1015. The sincere faith   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. ʻAbd al-Majīd al-Zandārī gives a lecture in which he discusses the sincere faith of the Afghani citizens who fought against the Russians.

Side B. Continuation to side A. The speaker mentions several examples of sincere faith.

Preservation masters
*2 computer files (WAV)*

ASH 031763

Tape 1015. The sincere faith

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1016 | Tape 1016. Yemen<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 1013, Side A].

Side B. [Duplicate of Tape 1013, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1017 | Tape 1017. Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on the Jihad in Afghanistan and discusses the role of the United States and Russia in the war in Afghanistan. The speaker urges unity among the Arab peoples.

Side B. Continuation to side A. The speaker discusses the Afghani case and mentions the fall of Communism and the Soviet Union.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1018 | Tape 1018. Surrender to God not to the social party<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture titled "Surrender to God, not to the social party" in which he discusses Russian aid to Yemen. The speaker also mentions a petition signed by over 400 people and given to President ʿAbd Allāh al-Ṣāliḥ regarding the new constitution and unity between North and South Yemen.

Side B. Continuation to side A. The speaker states that the members of the Yemeni Socialist Party do not apply God's laws.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1019 | Tape 1019. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Sumamry (English)

ASH 031764

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. ʿAbd al-Majīd al-Zandānī gives a lecture on multiple topics in which he discusses some miracles of the Qu'ran and the difference between Communism and secularism. At minute 28 the same speaker gives a lecture in which he states that unity comes from Islam.

Side B. Continuation to side A. The speaker concentrates on the Yemeni Socialist Party which does not follow Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1020   Tape 1020. Stories of the Mujahedeen    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker tells stories of the Mujahedeen.

Side B. A speaker gives a lecture on multiple topics, including stories about the Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1021   Tape 1021. Worship    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on worship, focusing on manners and ethics.

Side B. Continuation to side A. The speaker explains the Hadith Qudsī (sacred Hadith, words by God).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1023   Tape 1023. Yemen    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. ʿAbd al-Majīd al-Zandānī gives a lecture on Yemen in which he discusses the country's unity, the application of Islamic law, and the new constitution.

Side B. Continuation to Side A. The speaker discusses demonstrations by women in Algeria and Yemen in which they demanded the application of Islamic law. The speaker answers questions from the audience regarding the Yemeni constitution.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1024 | Tape 1024. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. 'Abd al-Majīd al-Zandārī gives a lecture on multiple topics, and answers questions regarding movies and books used for teaching in Yemen.

Side B. A speaker gives a lecture titled "The path to faith," in which he states that faith is the most valuable thing. Note: please note that speaker jumps from topic to different topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1025 | Tape 1025. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Side A. A speaker gives a lecture on multiple topics in which he discusses faith, Jihad, miracles of the Qur'an, and Marxism.

Side B. A speaker gives a lecture on the difference between Afghanistan and Yemen, in which he discusses some stories of the Mujahedeen and the unity between North and South Yemen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1026 | Tape 1026. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Continuation to side B. The same speaker discusses earth quacks of India, Mexico and china and San Francisco.

Side B. A speaker gives a lecture on earth motion and earth quakes.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1027 | Tape 1027. Yemen<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on Yemen in which he discusses unity between North and South Yemen. The speaker answers questions regarding the unity of Yemen and the application of Islamic law.

ASH 031766

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. The speaker states that the government of North Yemen must help the southern part of the country. Another speaker recites from the Qur'an 9:28-37.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1028 | Tape 1028. Knowledge | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A speaker gives a lecture on knowledge, in which he states that God created sight and other senses to help us to acquire knowledge and use it. The speaker also states that God assigns each prophet with a special miracle to help convince people.

Side B. Continuation to side A. The speaker mentions the miracle of the Prophet Mohammed, which is the Qur'an.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1029 | Tape 1029. Our demands and the lies of the Western Radio | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. 'Abd al-Majīd al-Zandānī gives a lecture titled "Our demands and the lies of the Western radio", in which he discusses the unity of Yemen.

Side B. Continuation to side A. The speaker states that accepting the new constitution is considered apostasy, and that the media fabricate the news.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1030 | Tape 1030. Multiple topics | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses the attributes of God and the fertilization of women.

Side B. A speaker gives a lecture on multiple topics, in which he discusses the human body, paradise, and hell.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031767

Tape 1031. Our demands and the lies of the Western Radio

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 338

| Box | Description | Date(s) |
|---|---|---|
| 1031 | Tape 1031. Our demands and the lies of the Western Radio<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape1029, Side B].

Side B. A speaker gives a lecture on the creation of man, the human body, and Earth's gravity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1032 | Tape 1032. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Syrian speaker gives a lecture on Jihad, in which he discusses the role of Pakistani investigations of the Mujahedeen. The speaker answers questions regarding the situation in Algeria, Jihad, and the new constitution of Yemen, and suggests to the audience to read a book titled The Syrian Experience, which discusses the situation in Jordan, Algeria, and Syria.

Side B. Continuation to side A. The speaker discusses guerrillas and Jihad. Another speaker recites from the Qur'an 3:1-41.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1033 | Tape 1033. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 827, Side A].

Side B. [Duplicate of Tape 827, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1034 | Tape 1034. Types of infidelity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions regarding the different types of disbelief.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Tape 1034. Types of infidelity

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 339

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

1035   Tape 1035. Foreigners in the land of al-Ḥaramayn        Circa 1982-1990
*1 audiocassette*
Arabic

Summary (English)

Side A.The speaker, Usāmah ibn Lādin, gives a lecture on "Foreigners in the land of al-Ḥaramayn". The speaker states that eight years earlier (Hijra 1402-1411), legions of Christians invaded the Arab Peninsula. The speaker states that over 760 thousand Americans and British are invading the Arab Peninsula. He also mentions a story that happens before the birth of Mohammed, when king Abraha (King of Habshah in Pre-Islamic time) tries to devastate al-Ka'bah and forces the Arabs to go to his church. The speaker states that even though the Arabs were not monotheistic believers the Ka'bah was very important to them and they tried to save it but they were not strong enough for the Abraha army. The audio tape stops for few minutes. The speaker mentions that Americans are controlling al-Haramayn (Saudia Arabia) because it contains 70 percent of the world's petroleum. The speaker also states that the Israelis are the people who are controlling the United States. Toward the end of the audio tape, the speaker mentions that Muslims should respond to the Fatwā regarding Jihad; he also encourages Muslims to create an International Islamic Conference to support the Holy sites.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1036   Tape 1036. The role of youth        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the role of youth, mentioning several stories about early Islam. The speaker reads several verses from the Qur'an, in which young people are urged to pray.

Side B. Continuation of Side A. Another speaker recites from the Qur'an 1:1-7, 78:1-40 and 79:1-36.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1037   Tape 1037. The Afghani Jihad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Al-Albārī answers questions on the Afghani Jihad, saying that it is farḍ 'ain (obligatory duty") for all Muslims to participate, if they can.

Side B. Continuation of Side A. Sheikh Al- Albārī states that Muslims should not use the word shahid ("martyr") for anyone who dies in a Jihad, unless they are sure of the dead person's genuine intention to participate in it. Another speaker gives a lecture on Jihad, urging Muslims lacking plane fare to walk from Saudi Arabia to Afghanistan.

Tape 1037. The Afghani Jihad

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 340

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1038     Tape 1038. Questions and Answers                                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A conversation among individuals concerned with religious practices such as men shaving their beard, or whether it is permissible to take medications from the workplace for the purpose of giving them to people in need.

Side B. A lecture focuses on the role of a husband in regard to housework, and concludes that housework is the wife's duty and responsibility.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1039     Tape 1039. Vainglory                                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Ṭāriq Al-Suwaidan gives a lecture on pride in which he discusses several Hadith and verses from the Qur'an on this topic. The speaker focuses on the creation of Adam and Eve, saying that Adam was placed (after they were thrown out from heaven) in India and Eve in Jeddah (Saudi Arabia), and they met on the day of 'Arafāt.

Side B. In this lecture, Dr. Ṭāriq Al-Suwaidan maintains that stories focused on the prophets are the best as they are real stories containing valuable historical lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1040     Tape 1040. Governance without God's rules                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. An unidentified speaker gives lectures on the topic of governance based on the rules of God in which he discusses the conflict between the righteous path and disbelief.

Side B. Continuation of Side A. The same speaker discusses the history of governance through God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031770

| Box | Description | Date(s) |
|-----|-------------|---------|

**1041**  Tape 1041. Governance with God's rules   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker lectures on the topic of governance based on the rules of God focusing on the concept of the Oneness of God.

Side B. Continuation of Side A. The same speaker discusses the Oneness of God and faith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1042**  Tape 1042. Multiple topics   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as governance and resorting to God.

Side B. Continuation to side A. The same speaker mentions several Hadith and verses from the Qur'an on resorting to God's Shari'a.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1043**  Tape 1043. Applying God's rules   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on applying God's rules.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1044**  Tape 1044. Governance   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the topic of governance.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031771

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 343 of 461
Tape 1045. Arbitration of God's Shari'a                                    Islamic fundamentalist audio recordings
                                                                                    collection
                                                                            MS 1880 - Page 342

| Box | Description | Date(s) |
|---|---|---|
| 1045 | Tape 1045. Arbitration of God's Shari'a<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on the arbitration of God's Shari'a.

Side B. Continuation to side A .

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1046 | Tape 1046. Following non-divine laws<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on following non-divine laws.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1047 | Tape 1047. Following non-divine laws<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on following non-divine laws.

Side B. Side A. A lecture on following non-divine laws.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1048 | Tape 1048. Rulers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Lecture on aspects that expiate by the rulers.

Side B. Continuation to side A, the same speaker concentrates on the apostasy and the effect of secular, Communist, and the West on Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031772

| Box | Description | Date(s) |
|---|---|---|
| 1049 | Tape 1049. The Jews' and Torah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on the Jews' changes to the Torah rules. | |
| | Side B. Continuation to side A. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1050 | Tape 1050. Governance<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on multiple topics such as governance. | |
| | Side B. Continuation to side A | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1051 | Tape 1051. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on multiple topics including disbelief and apostasy. | |
| | Side B. Continuation of Side A. The same speaker states that the mission of the Prophet Muhammad was to lead people out of darkness. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1052 | Tape 1052. Blasphemy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Lecture on blasphemy and of injustice. | |
| | Side A. Lecture on blasphemy and of injustice. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |

| Box | Description | Date(s) |
|---|---|---|
| 1053 | Tape 1053. Apostasy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on apostasy, stating that a country that does not apply God's laws is a country ruled by disbelief.

Side B. Continuation of Side A. The same speaker mentions various examples of faith and disbelief.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1054 | Tape 1054. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, focusing on different types of disbelief.

Side B. A speaker gives a lecture on the narration of Hishām Ibn Hujayr mentioning a number of the scholar's points of view.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1055 | Tape 1055. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics in which he discusses faith and types of disbelief.

Side B. Continuation of Side A. The same speaker talks about the reality of faith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1056 | Tape 1056. Invalidity of the rule of the Jews<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the invalidity of Jewish law and the Torah. Note: This audiotape is very short.

Preservation masters
*1 computer file (WAV)*

Tape 1056. Invalidity of the rule of the Jews

| Box | Description | Date(s) |
|---|---|---|

Use copies
*1 computer file (MP4)*

1057    Tape 1057. Conversation with a Jinni                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture, which is allegedly based on a conversation with a Jinni. The speaker uses the story of the Jinni, a Shi'a who became a Sunni, to talk about the conflict between these two major denominations of Islam. Note: This tape was recorded in a Mujahedeen camp.

Side B. Side B. Continuation of Side A. The same speaker states that he asked the Jinni if he knows who was responsible for the 1996 bombing in the Saudi Arabian city of al-Khubar. Other speakers lecture on Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1058    Tape 1058. Getting ready for the life of the Hereafter                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on getting ready for the afterlife by obeying God's rules.

Side B. Continuation of Side A. The same speaker expands on this topic by quoting various Hadith and verses from the Qur'an. This is followed by an excerpt from a London radio show in which another speaker talks about the cause, symptoms, and treatment of malaria.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1059    Tape 1059. Recitation from the Qur'ān                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A recitation of the Qur'an 4:102-116 and 5:1-21.

Side B. Continuation to side A. The same speaker recites from 5:22-108.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1060    Tape 1060. Recitation from the Qur'ān                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031775

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 346

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Fahd al-ghurāb recites from the Qur'an 19:1-98 and 20:1-71.

Side B. Continuation to side A. The same speaker recites Sūrat number 20:72-135 and Sūrat number 50:1-22.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1061** Tape 1061. Recitation from the Qur'ān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qur'an 24:59-64 and 25:1-77.

Side B. Tawfiq Sa'īd al-sal recites from the Qur'an 24:1-58. Note: please note that side B should be the beginning of the Qu'ranic recitation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1062** Tape 1062. Recitation from the Qur'ān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qur'an from 6:88-165.

Side B. A speaker recites from the Qur'an from 6:31-87. Note: please note that side B should be the beginning of the Qu'ranic recitation.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1063** Tape 1063. Recitation from the Qur'ān        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation of the Qur'an 1:1-7 and 2:1-86.

Side B. Continuation of Side A. Recitation of the Qur'an 2:87-170.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1064** Tape 1064. Recitation from the Qur'ān        Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031776

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. Recitation of the Qurʾan 15:1-99 and 16: 1-96.

Side B. Recitation of the Qurʾan 16:97-128 and 17:1-111.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1065    Tape 1065. Recitation from the Qurʾān                     Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Recitation of the Qurʾan 79-114.

Side B. Abī ʿUmar ʿAbd al-Karīm recites from the Qurʾan 67-78.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1066    Tape 1066. Recitation from the Qurʾān                     Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Recitation of the Qurʾan 9:122-129 and 10:1-15.

Side B. Recitation of the Qurʾan 10:16-17 and 17:50-81.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1067    Tape 1067. Recitation from the Qurʾān                     Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Recitation of the Qurʾan 19:1-98 and 20:1-16 followed by the sound of explosions.

Side B. Continuation of Side A. Explosions and fragments of conversations, mostly unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1068    Tape 1068. Recitation from the Qurʾān                     Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

ASH 031777

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Side A. A recitation of the Qur'an 5:33-100. | |
| | Side B. A recitation of the Qur'an 4:137-179 and 5:1-32. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1069 | Tape 1069. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation of the Qur'an 57-60. | |
| | Side B. Recitation of the Qur'an 60-66. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1070 | Tape 1070. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qur'an 1:1-7 and 2:1-135. | |
| | Side B. Recitation from the Qur'an 45:21-37 and 46:1-18. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1071 | Tape 1071. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation of the Qur'an 39:41-75, 40:1-85, and 41:1-16 | |
| | Side B. Recitation of the Qur'an 41:17-54, 42:1-53, and 43:1-38. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1072 | Tape 1072. Wisdom of creating humans<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |

ASH 031778

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture on the wisdom of creating humans. The speaker states that God created humans to worship Him. The speaker also concentrates on the miracles and manners of the Prophet Mohammed.

Side B. Continuation of Side A. The speaker mentions several stories from the early years of Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1073    Tape 1073. Recitation from the Qurʾān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Khalid al-Romid recites from the Qurʾan 35:1-1-45 and 36:1-52

Side B. Continuation of Side A. The same speaker recites from the Qurʾan 36:52-83 and 37:1-182.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1074    Tape 1074. Recitation from the Qurʾān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation of the Qurʾan 1:1-7 and 36:1-32.

Side B. Recitation of the Qurʾan 36:33-83 and 37:1-182.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1075    Tape 1075. Recitation from the Qurʾān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation of the Qurʾan 35:5-45 and 37:1-89.

Side B. Continuation of Side A. The same speaker recites from the Qurʾan 37:92-182, 38:1-88 and 39:1-40.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031779

| Box | Description | Date(s) |
|---|---|---|
| 1076 | Tape 1076. News reports<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. News reports from many countries. Many speakers mention the visit of UN Secretary-General Kofi Annan to Iraq. [Annan made at least two visits to Iraq, in 1998 and 2003; we assume they are talking about the second.]

Side B. Continuation to side A. Many speakers state that UN Secretary-General Kofi Annan's visit to Iraq is not an easy mission and it will be the last hope to prevent a war. [This points toward the February 1998 visit.] The speakers also mention the visit of Sheikh Yassin to Egypt, bombing explosions in Athens, and the reconstruction of Iraq.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1077 | Tape 1077. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from the Qurʾan 12:53-111 and 13:1-1-15.

Side B. Continuation to side A. The speaker recites from the Qurʾan 13:16-43 and 14:1-52.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1078 | Tape 1078. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from the Qurʾan 3:7-95

Side B. Recitation from the Qurʾan 3:122-200.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1079 | Tape 1079. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from the Qurʾan 23:38-118 and 24:1-64.

Side B. Recitation from the Qurʾan 25:1-77 and 26:1-184.

Preservation masters
*2 computer files (WAV)*

Tape 1079. Recitation from the Qur'ān

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 351

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

| 1080 | Tape 1080. The stories of multiple companions | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the stories of several companions of the Prophet such as Salamen ibn abi Hudyfa.

Side B. A speaker gives a lecture on the stories of several female companions of the Prophet such as Um Anas ibn Malek.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1081 | Tape 1081. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qur'an 2:219-234.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1082 | Tape 1082. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qur'an 59:10-24 to 66:1-5.

Side B. Continuation to side A. Recitation from the Qur'an 66:6-12 to 72:1-28.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1083 | Tape 1083. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Imam Marwan al_Qadiri recites from the Qur'an 7:1-101.

Side B. Continuation to side A. The same speaker recites from the Qur'an 7:102-206.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

| 1084 | Tape 1084. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh 'abd Rahman al-Sudus recites from the Qu'ran 14:6-52 . Another speaker recites from the Qu'ran 7:1-40.

Side B. Shiekh 'abd Rahman al-Sudus recites from the Qur'an 12:54-111; 13:1-43 and 14:1-6.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1085 | Tape 1085. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qur'an 35:14-45 and 39:1-6.

Side B. Recitation from the Qu'ran 20:114-135 and 35:1-4.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1086 | Tape 1086. Recitation from the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Sa'ad al-Gamidi recites from the Qur'an 15:1-99; 16:1-92 and 33:38-53.

Side B. Continuation to side A. The same speaker recites from the Qur'an 33:54-73 and 17:1-111.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1087 | Tape 1087. Hijab | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on women's Hijab (veil). Another speaker recites from the Qur'an 24:57-64.

Side B. A speaker recites from the Qur'an 24:1-55. Another speaker gives a lecture on women's Hijab. Note: side B is the beginning of the lecture.

ASH 031782

Tape 1087. Hijab

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1088 | Tape 1088. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 2:133-239. | |
| | Side B. Recitation from the Qurʾan 12:80-111 and 13:1-4. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1089 | Tape 1089. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 4:10-101. | |
| | Side B. Recitation from the Qurʾan 3:100-200 and 4:1-9. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1090 | Tape 1090. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 43:39-89; 44:1-59; 45:1-37 and 46:1-28. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 46:29-35 to 50:1-45. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1091 | Tape 1091. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 11:1-123 and 12:1-45. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 12:51-11 to 14:1-52. | |

ASH 031783

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1092 | Tape 1092. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qur'an 43:39-89 to 46:1-28. | |
| | Side B. Continuation to side A. Recitation from the Qur'an 12:51-111 to 14:1-52. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1093 | Tape 1093. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qur'an 43:39-89 to 46:1-28. | |
| | Side B. Recitation from the Qur'an 7:147-206 and 8:1-75. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1094 | Tape 1094. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qur'an 3:100-206 and 4:1-9. | |
| | Side B. Continuation to side A. Recitation from the Qur'an 4:1-101. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1095 | Tape 1095. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qur'an 53:1-62 to 58:1-22. | |
| | Side B. Continuation to side A. Recitation from the Qur'an 58:18-22 to 67:1-21. | |

ASH 031784

Tape 1095. Recitation from the Qurʾān

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1096 | Tape 1096. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 88:8-29 to 95:1-6. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 95:6-8 to 90:1-20. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1097 | Tape 1097. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 2:114-272. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 2:283-286 and 3:1-101. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1098 | Tape 1098. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 57:21-29 to 63:1-4. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 63:5-11 to 69:1-52. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1099 | Tape 1099. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Recitation from the Qurʾan 30:1-6- to 33:1-11. | |
| | Side B. Continuation to side A. Recitation from the Qurʾan 33:12-73 to 35:1-4. | |

ASH 031785

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1100**   Tape 1100. Animals in the Qur'ān                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A man and his grandchildren play a game impersonating characters from a book titled "Animals in the Qu'ran." The grandfather tells his grandchildren the story of Adam's children Cain, Abel (Qābīl and Hābīl) and their conflict, which leads to the first crime in the history of humanity, and how God sends a crow to teach Qābīl a lesson. Note: The play is introduced by a brief description of the animals in the story.

Side B. The grandfather tells the story of the Elephant and King Abrah, which takes place before the birth of the Prophet. King Abrah (a pre-Islamic ruler) built a new shrine and wanted the Arabs to make a pilgrimage to this new shrine rather than to the Ka'ba (a Muslim holy place built by the prophet Ibrahim and his son Ismail).Upon the Arabs' refusal to obey him, King Abrah decided to have the Ka'ba destroyed by an elephant, but God saved His holy house by sending birds with fire and forcing the elephant to disobey the King's orders.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1101**   Tape 1101. Jihad                                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker starts by dedicating the audio-tape to "All the Mujahedeen". Several speeches and poems about Jihad, in Arabic and in a language other than Arabic.

Side B. Continuation to side A. Several speeches and poems about Jihad, in Arabic and a language other than Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1102**   Tape 1102. Story of 'Umar Ibn 'Abd al-'Azīz                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker reads from the life of 'Umar Ibn 'Abd al-'Azīz in which he discusses his childhood.

Side B. Continuation to side A. The same speaker mentions various examples of 'Umar Ibn 'Abd al-'Azīz's piety.

Preservation masters
*2 computer files (WAV)*

ASH 031786

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Use copies<br>*2 computer files (MP4)* | |
| 1103 | Tape 1103. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Conversation between Mujahedeen while they were bombing some warehouses. Note: The Mujahedeen use nicknames to call each other.

Side B. Continuation to side A. One of the Mujahedeen, using coded language, says that he "needs three gifts and between each gift three meters distance, in the same direction". Note: The Mujahedeen's coded language uses terms such as gifts, marriage, and ceremony. We can hear the conversation of the Mujahedeen, who are most likely using walkie-talkies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1104 | Tape 1104. Sufism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|------|------|

Summary (English)

Side A. A speaker gives a lecture on Sufism in which he discusses the heresies of some Sufi groups.

Side B. Continuation to side A. The same speaker mentions various examples of Sufi belief.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1105 | Tape 1105. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|------|------|

Summary (English)

Side A. A couple of Mujahedeen talking in a car on the Pakistani border.

Side B. Continuation to side A. One of the speakers says that he is from the United Arab Emirates, graduated from an American university, and had some problems with the America authorities after the bombing of the World Trade Center.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1106 | Tape 1106. Human rights in Saudi Arabia<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|------|------|

Summary (English)

ASH 031787

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A telephone conversation in which Dr Muhammad al-mas'ri and Dr Sa'd answer questions about human rights in Saudi Arabia.

Side B. Continuation to side A. A speaker talks about the problems that some sheikhs had with the Saudi regime. Another mentions the case of poet 'Abd al-Raḥmān al-'Ashmāwī, who was arrested in Saudi Arabia for having written a satirical poem on former Egyptian president Ḥusnī Mubārak. In an interview with a Germany radio program, the spokesman of the Committee for the Defense of Legitimate Rights, Muḥammad al-Mas'ri, answers questions on human rights in the Muslim world.

Note: Usāmah bin Lādin's name was mentioned in the phone conversation, which featured speakers talking from the United Kingdom and other countries.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1107    Tape 1107. Jihad                                                 Circa 1965-1999
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker recommends visiting prisoners. Another group of people recite poems regarding Jihad. Another speaker from the group plays a question and answer game with the audience. The same speaker asks a question (very hard to hear the question, they were all laughing and talking at once) and the answer was Usāmah ibn Lādin. Another speaker with an accent ,which is not an Arab accent, thanked people who participated in the session. Another speaker reads a poem called "My trench". Sheikh Sayyāf reads a poem regarding Jihad. Another speaker recites from the Qur'an 2-266-269.

Side B. Continuation to side A. Sheikh Sayyāf and others read a poem regarding Jihad. A young boy was crying during the lecture. Speakers read the poem "Ṭala'a al-badr 'alaynā" (an Islamic popular song that people from Medina sing for the arrival of Prophet Mohammed). Another speaker also reads a poem regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1108    Tape 1108. Juristic subjects                                    Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker discusses issues of jurisprudence.

Side B. Continuation to side A. The same speaker discusses forbidden and permissible things in Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1109    Tape 1109. Yemen                                              Circa 1965-2000
       *1 audiocassette*
       Arabic

ASH 031788

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on Yemeni unity, Islam, and the fall of communism and socialism.

Side B. Continuation to side A. The same speaker states that the new constitution supports loyalty and the reconciliation to Allah. Dr. Nāṣir al-ʿUmar answers questions regarding the "current" situation of Yemen and communism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1110 | Tape 1110. The invasion of Iraq and Kuwait<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Muḥammad Nāṣir al-Dīn al-Albārī answers questions regarding the invasion of Iraq and Kuwait.

Side B. Continuation to side A. Muḥammad Nāṣir al-Dīn al-Albārī answers questions on the creation of an Islamic country.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1111 | Tape 1111. Different topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Fragments of conversations on different topics, such as drinking tea.

Side B. Continuation to side A. Note: the conversation is faint.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1112 | Tape 1112. Sudan and Yemen<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the Sudanese experience, the socialists' defeat in Yemen, and the application of Islamic law.

Side B. Continuation to side A. The speaker focuses on the application of Islamic law.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031789

| Box | Description | Date(s) |
|---|---|---|
| 1113 | **Tape 1113. Yemen**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Yemeni member of the Iṣlāḥi group gives a lecture on Yemen, the invasion of the Hanish (Islands in the Red Sea), and the Jihad in Yemen.

Side B. Continuation to side A. The speaker mentions the arrangements of the Mujahedeen in Yemen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1114 | **Tape 1114. Multiple topics**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on diverse topics such as leadership and respect for Islamic laws.

Side B. Continuation to side A. The same speaker concentrates on the new Yemeni constitution, unity, and lack of freedom of speech in the southern region of Yemen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1115 | **Tape 1115. Jihad in Chechnya**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the Jihad in Chechnya and the application of Islamic laws. Another speaker reads a poem on Chechnya.

Side B. A speaker gives a lecture on the Jihad in Chechnya and the silence of the international community in regard to the Chechnya war. Note: Side B is the beginning of the Audiotape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1116 | **Tape 1116. Jihad**<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker reads the will of ʿAbd Allāh ʿAzzām (a Mujahedeen leader in Afghanistan), which was written in the house of the Afghani Mujahedeen leader Jalaluddin Haqqani.

ASH 031790

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. Another speaker discusses the meaning of the word "Shahid" (Martyr).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1117   Tape 1117. The contemporary Islamic movements between extremism and over-extremism          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The National Cultural Heritage Festival presents a colloquium on the topic of contemporary Islamic movements between extremism and over-extremism. Sheikh's 'Āʾiḍ al-Quranī and Abū Quṭb al-Jazāʾiī answer questions regarding various Islamic movements.

Side B. Continuations to side A. The speakers provide advice on a variety of issues for the benefit of the younger generations.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1118   Tape 1118. Islamic groups          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh 'Āʾiḍ al-Quranī and others answer questions regarding Islamic groups.

Side B. A speaker gives a lecture on Muslim reality, in which he states that Muslims should be good examples for other nations." Another speaker recites from the Qurʾan 5:1-59.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1119   Tape 1119. Hadith          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the Hadith "I was sent to fulfill the best manners," discussing its content and meaning.

Side B. Continuation to side A. The speaker illustrates his lecture providing several examples of good manners.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1120 | Tape 1120. Questions and Answers<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side B. Several speakers introduce themselves and answer questions on a variety of religious issues. Note: Tape recorded in the United States.

Side B. Continuation to side A. The same speakers answer questions regarding Jihad and Palestine.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1121 | Tape 1121. The brotherhood<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a sermon on brotherhood in which he discusses the Prophet's mission of uniting all Muslims. Another speaker gives a sermon on the pre-Islamic period and the ethical principles of the Prophet Mohammed.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1123 | Tape 1123. Afghani Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions regarding the Afghani Jihad and its leaders, focusing on the doctrine of Mujahedeen leaders, particularly Gulbuddin Hekmatyar.

Side B. Continuation to side A. The same speaker also mentions Sheikh ʿAbd al-Raḥīm al-Qaṭṭān's problems with the Saudis, the United Arab Emirates, and Indonesian regimes.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1124 | Tape 1124. News reports<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A recording of a news report on the [March 1998] visit of UN Secretary-General Kofi Annan to Lebanon.

Tape 1124. News reports

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. In the same report, Ṣaddām Ḥusayn is heard saying "We have to protect Iraq because the real criminals are the American leaders who launched the war on Iraq."

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1125   Tape 1125. News reports                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A recording of a news report on the [October 2001] visit of Yāsir 'Arafāt to London. Another news item focuses on the beatings and humiliations that 'Adī Ṣaddām Ḥusayn, Ṣaddām Ḥusayn's son, inflicted on members of the Iraqi soccer team after their loss against Kazakhstan.

Side B. Continuation to side A. The news reports mentions that 'Arafāt and Ḥusnī Mubārak discussed ways to make peace in the Middle East. The news report also states that the Ṭālibān lost control in some cities.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1126   Tape 1126. News reports                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. News reports on Ṭālibān movement and an interview with Mr. 'Abd al-Raḥīm ( founding member of Ṭālibān in the United States) in which he answers questions regarding the Shi'i and the Sunni under Ṭālibān government. The news report also states, "Iran accused Pakistan for helping Ṭālibān but, Pakistan denied however Pakistan government recognized Ṭālibān movement.

Side B. News reports discuss Algeria Jihad groups and the cleavage of General Malik from Taliban.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1127   Tape 1127. News reports                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A recording of a news report on the bombing of the American embassies in Kenya and Tanzania that the United States thinks was done by Usāmah bin Lādin. The news reports states that the Saudi and American CIA helped the Arab-Afghan Jihad with money and that Pakistan helped with the training. The news report interviewed Madeleine Albright regarding the bombing, Usāmah bin Lādin, and terrorism.

ASH 031793

| Box | Description | Date(s) |
|---|---|---|

Side B. A recording of a news report on terrorism, Usamah bin Lādin, the bombing of American embassies, and the American bombing in Afghanistan and Sudan. The reporter reads a letter from Usāmah bin Lādin in which he denies the bombing of the American embassies and orders the Muslim world to continue the Holy war against the Israelis and the Americans". The news reports also states that Usāmah bin Lādin had some interest in Sudan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1128   Tape 1128. New Intercom Company
*1 audiocassette*
Arabic                                                            Circa 1965-2000

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1129   Tape 1129. New Intercom Company
*1 audiocassette*
Arabic                                                            Circa 1965-2000

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1130   Tape 1130. New Intercom Company
*1 audiocassette*
Arabic                                                            Circa 1965-2000

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1131   Tape 1131. Islamic anthems
*1 audiocassette*
Arabic                                                            Circa 1965-2000

ASH 031794

Tape 1131. Islamic anthems

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Summary (English) | |
| | Side A. Islamic anthems regarding Jihad. | |
| | Side B. Islamic anthems regarding Jihad. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1132 | Tape 1132. Islamic anthems<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Islamic anthems regarding Jihad. | |
| | Side B. Islamic anthems regarding Jihad. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1133 | Tape 1133. Islamic anthems<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Islamic anthems regarding Jihad. | |
| | Side B. Islamic anthems regarding Jihad. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1134 | Tape 1134. Islamic anthems<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Islamic anthems regarding Jihad. | |
| | Side B. Islamic anthems regarding Jihad. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1135 | Tape 1135. Islamic anthems<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |

ASH 031795

Tape 1135. Islamic anthems

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Islamic anthems regarding Jihad.

Side B. Islamic anthems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1136 | Tape 1136. Islamic anthems | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding Jihad.

Side B. Islamic anthems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1137 | Tape 1137. Islamic anthems | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding Jihad.

Side B. Islamic anthems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1138 | Tape 1138. Islamic anthems | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding Jihad.

Side B. Islamic anthems regarding Jihad and women of paradise.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1139 | Tape 1139. Jihad | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

ASH 031796

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture regarding Jihad, in which he states that all organizations and Sheikhs must raise the banner of Jihad.

Side B. Continuation to side A. The speaker concentrates on the Mujahedeen in Afghanistan and the Afghani situation. The speaker states that the United States still support the Mujahedeen. An Afghani speaker gives a lecture regarding Jihad in Palestine. Many speakers recite poems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1140**  Tape 1140. Jihad                                                  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Several speakers recite poems about Jihad against a background noise of rockets and bombing. A speaker reads a document that describes a future world, as imagined by the Mujahedeen in which a United Council of Europe is studying the possibility of paying a tithe (a monetary contribution to a religious organization) to avoid a military conflict with the Mujahedeen. Another speaker, the commander Abū Tābit, advises the Mujahedeen on military issues.

Side B. A speaker states that the audiotape is gift to the Mujahedeen in the United States and he urges people to participate in Jihad. Many speakers recite poems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1141**  Tape 1141                                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The quality of the audiotape is faint.

Side B. The quality of the audiotape is faint.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1142**  Tape 1142. Recitation from the Qurʾān                              Circa 1999
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Quran 8:64-75, 55:1-78 and 56:1-96.

Side B. Mājid ʿAbd Allāh al-ramil recites from the Quʾran 8:1-61. Note: the audience will be able to hear the sound of horses.

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 368

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1143   Tape 1143. Jihad                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers give speeches and poems regarding participating in and the virtue of Jihad.

Side B. Continuation to side A. A speaker discusses Jihad, the American president, the Jihad Youth, and Guatemala. Many speakers, including a child, recite poems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1144   Tape 1144. Jihad                                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems about Jihad.

Side B. Continuation to side A. Many speakers recite poems about Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1145   Tape 1145. The life of the hearts                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Ṣāliḥ ibn Hamed gives a lecture in which he mentions several Hadith regarding the heart and how to love God.

Side B. Continuation to side A. The speaker states that sin destroys the heart. Another speaker recites from the Qurʾan 3:130-174.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1146   Tape 1146. A poetry colloquium on Jihad                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Side A. A poetry colloquium on Jihad. Many speakers read poems regarding Jihad, Mujahedeen and Infidels. Note: One of the poems was dedicated to Sheikh Usāmah on the occasion of a great victory. Also, the name 'Azzām was mentioned [see also cassette # 716, Side A]. Some young boys read some poems regarding the situation in Kabul and Palestine. Some speakers use an unidentifiable language.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**1148**    Tape 1148. Unidentified language        Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. Speakers recite anthems in an unidentified language.

Side B. Speakers recite anthems in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1149**    Tape 1149. Unidentified language        Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. Speakers recite anthems in an unidentified language.

Side B. Speakers recite anthems in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1150**    Tape 1150. Unidentified language        Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. The quality of the audio tape is very faint.

Side B. Speakers recite anthems in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1151**    Tape 1151. Jihad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The home care of the martyrs' orphans presented this audiotape, which contains poems by the children of the martyrs regarding jihad.

Tape 1151. Jihad

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. The group of children also recites poems in a language other than Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1153**  Tape 1153. Unidentified language  Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. Speakers recite anthems in an unidentified language.

Side B. Speakers recite anthems in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1154**  Tape 1154. Recitation from the Qurʾān  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers give lecture regarding Ramadan and fasting.

Side B. Continuation to side A. The speakers advise people not to be extravagant in the month of Ramadan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1155**  Tape 1155. Ramadan  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers give lecture regarding Ramadan and fasting.

Side B. Continuation to side A. The speakers advise people not to be extravagant in the month of Ramadan.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**1156**  Tape 1156. Islamic anthems  Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding the reality of Muslims.

ASH 031800

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuations to side A. Many people recite Islamic anthems regarding the reality of Muslims.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1157   Tape 1157. Poems regarding interaction between friends                Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. Tawfīq Ibn Saʿīd al-Ṣāliḥ reads many poems regarding interaction between friends.

       Side B. Continuation to side A . The speaker reads chapters on communications with brothers and friends.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

1158   Tape 1158. The reality of the Muslim nation                           Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. A speaker gives a lecture regarding the reality of the Muslim nation and the remoteness from religion.

       Side B. The International Symposium of Muslim Youth presented Dr ʿAbd al-Raḥmān ibn Ṣāliḥ al-ʿAshmāwī who reads many poems regarding the pain and the reality of the Muslim nation. Note: please note that side B is the beginning of the audiotape.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

1159   Tape 1159. Asceticism                                                 Circa 1965-2000
       *1 audiocassette*
       Arabic

       Summary (English)

       Side A. A speaker reads poems regarding about asceticism.

       Side B. A speaker reads poems regarding about asceticism.

       Preservation masters
       *2 computer files (WAV)*

       Use copies
       *2 computer files (MP4)*

1160   Tape 1160. Asceticism                                                 Circa 1965-2000
       *1 audiocassette*
       Arabic

ASH 031801

| Box | Description | Date(s) |
|---|---|---|
| | Summary (English) | |
| | Side A. [Duplicate of Tape 1159, Side A]. | |
| | Side B. [Duplicate of Tape 1159, Side B]. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1161 | Tape 1161. Asceticism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker reads poems regarding about asceticism. | |
| | Side B. A speaker reads poems regarding about asceticism. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1162 | Tape 1162. Poems about Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. Dr Yūsuf Muḥyī al-Dīn Abū Hilālah and others read poems about Jihad and famine in Ethiopia. At the end of the audio tape, a speaker urges the audience to donate money for Jihad. Note: This audio tape was recorded in Riyad ( Saudia Arabia) | |
| | Side B. The audio tape starts with the sound of rockets. Continuation to side A. Dr Zāhir ʻAwwāḍ al-Almaʻī, Yūsuf Muḥyī al-Dīn Abū Hilālah and Dr ʻAbd al-Raḥmān al-ʻAshmāwī read many poems regarding Jihad. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1164 | Tape 1164. The media committee of al-Qāʻidah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. The media committee of al-Qāʻidah presented a wedding ceremony for one of the Mujahedeen member (named ʻUmar ʻAṣim). Many speakers present poems regarding Jihad and marriage and answer questions regarding the relationship between al-Qāʻidah and the United States. One of the poems, "Dangerous Terrorist", was dedicated to Sheikh Usāmah ibn Lādin. | |
| | Side B. Continuation to side A. The presenter of the wedding ceremony states that al-Sharq al-Awsaṭ newspaper mentions in an article that Sheikh Usāmah ibn Lādin founded a country called Jihadstan, which is country without borders and without population. | |

ASH 031802

Tape 1164. The media committee of al-Qā'idah

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 373

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1165**    Tape 1165. Conversation with a Jinni        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A conversation with a Jinni (Russian converted to Islam) who answers questions regarding the Mujahedeen leaders.

Side B. Continuation to side A. The Jinni states that the Arabs do not know how to plan and Iran must be Iran; he also states that the Arabs and Muslims do not know how to plan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1166**    Tape 1166. Jihad        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The Audiotape starts with the sound of bombs and rockets. The speaker uses a language other than Arabic; some Arabic words were mentioned, such as Islam and Jihad.

Side B. The Audiotape starts with the sound of bombs and rockets. The speaker uses a language other than Arabic; some Arabic words were mentioned, such as life, Jihad, and America.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1167**    Tape 1167. Jihad        Circa 1965-1999
*1 audiocassette*
Arabic

Summary (English)

Side A. The audio tape starts with the sound of the bombs and rockets. The speaker uses an unidentifiable language; some Arabic words were mentioned, such as Islam and Jihad.

Side B. The audio tape starts with the sound of the bombs and rockets. The speaker uses an unidentifiable language; some Arabic words were mentioned, such as life, Jihad, and America.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1168**    Tape 1168. Unidentified language        Circa 1965-2000
*1 audiocassette*

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Summary (English) | |

Side A. Interpretation of some Quranic verses in an unidentified language.

Side B. Interpretation of some Quranic verses in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1169 | Tape 1169. Unidentified language | Circa 1965-2000 |
| | *1 audiocassette* | |

Summary (English)

Side A. An unidentified language.

Side B. An unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1170 | Tape 1170. Unidentified language | Circa 1965-2000 |
| | *1 audiocassette* | |

Summary (English)

Side A. An unidentified language.

Side B. An unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1171 | Tape 1171. Unidentified language | Circa 1965-2000 |
| | *1 audiocassette* | |

Summary (English)

Side A. Interpretation of some Quranic verses in an unidentified language.

Side B. Interpretation of some Quranic verses in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1172 | Tape 1172. Jihad | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. A speaker gives a lecture regarding Jihad in An unidentified language. Note: the speaker mentions a Hadith regarding Jihad in Arabic.

ASH 031804

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 375

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. A speaker gives a lecture regarding Jihad in An unidentified language. Note: the speaker mentions a Hadith regarding Jihad in Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies

**1173**   Tape 1173. Unidentified language                Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in an unidentified language.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1174**   Tape 1174. Multiple topics                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics in which he discusses Hajj as an international Islamic conference and the Masonic rule in the Muslim countries.

Side B. A speaker gives a lecture on multiple topics in which he discusses Jihad and boycotts. Another speaker recites from the Qur'an 45:24-37 and 46:1-26.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1175**   Tape 1175. Unidentified language                Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in a language other than Arabic. From minute 12, a recording of an Islamic anthem regarding the love for the Prophet Mohammed.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1176**   Tape 1176. Ḥamās                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture in unidentified language.

ASH 031805

Tape 1176. Ḥamās

| Box | Description | Date(s) |
|---|---|---|

Side B. A series of Mujahedeen recite anthems regarding Hamās (Islamic Resistance Movement). Another speaker gives a lecture in a language other than Arabic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1177   Tape 1177. Unidentified language          Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in an unidentified language.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1178   Tape 1178. Unidentified language          Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker interprets some Qur'anic verses in an unidentified language.

Side B. A speaker interprets some Qur'anic verses in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1179   Tape 1179. Unidentified language          Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in an unidentified language.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1180   Tape 1180. Unidentified language          Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in an unidentified language.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1181 | Tape 1181. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker interprets some Qur'anic verses in an unidentified language. | |
| | Side B. A speaker interprets some Qur'anic verses in an unidentified language. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1182 | Tape 1182. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture in an unidentified language. | |
| | Side B. A speaker gives a lecture in an unidentified language. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1183 | Tape 1183. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture in an unidentified language. | |
| | Side B. A speaker gives a lecture in an unidentified language. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1184 | Tape 1184. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture regarding Jihad in an unidentified language. | |
| | Side B. A speaker gives a lecture regarding Jihad in an unidentified language. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1185 | Tape 1185. English lessons<br>*1 audiocassette*<br>English | Circa 1965-2000 |

ASH 031807

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side B. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1186 | Tape 1186. English lessons<br>*1 audiocassette*<br>English | Circa 1965-2000 |

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side B. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1187 | Tape 1187. English lessons<br>*1 audiocassette*<br>English | Circa 1965-2000 |

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side B. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1188 | Tape 1188. World War I and the fall of the Islamic Caliphate<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. An Egyptian speaker gives a lecture on the World War I and the fall of the Islamic Caliphate. The speaker discusses and answers questions regarding the role of the Jews, the Pope, and the Church in World War I.

Side B. Continuation to side A. The speaker concentrates on the role of the United States in helping the Israel government.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 380 of 461
Tape 1189A. Multiple topics                                      Islamic fundamentalist audio recordings
collection
MS 1880 - Page 379

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1189A | Tape 1189A. Multiple topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side Aa. An Egyptian speaker gives a lecture on Ramadan. Many speakers read Islamic anthems.

Side Ab. Sheikh Muṣṭafá Ismā'il recites from the Qur'an 11:61-78 and 14:34-41. Another speaker answers and discusses some issues regarding Ramadan.

Side Ba. A speaker gives a lecture on the British invasion of Saudi Arabia

Side Bb. Continuation to side Ba, the speaker concentrates on the Soviet Union in Afghanistan, the Islamic awakening, and World War II.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1189B | Tape 1189B. British invasion of Saudi Arabia | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the British invasion of Saudi Arabia.

Side B. Continuation to side A, the speaker concentrates on the Soviet Union in Afghanistan, the Islamic awakening, and World War II.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1190 | Tape 1190. Arabic grammar | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Lecture on Arabic grammar.

Side B. Lecture on Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1191 | Tape 1191. Unity of Yemen | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A recording of a conference regarding the unity of Yemen in the presence of the president ʻAlī ʻAbd Allāh Ṣāliḥ, and other Yemeni scholars. The speakers and the president ʻAlī ʻAbd Allāh Ṣāliḥ discuss the unity of Yemen and the importance of building a strong society

ASH 031809

| Box | Description | Date(s) |
|-----|-------------|---------|

based on the idea of brotherhood that the Prophet Mohammed applied among Muslims in Madinah.

Side B. Continuation to side A. The speakers commented on the president regarding the unity of Yemen and suggested that the new constitution must be based on the Islamic laws.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1192  Tape 1192. Interview with Dr Mohammed al-mus'ri      Circa 1994
*1 audiocassette*
Arabic

Summary (English)

Side A. An interview with Mohammed al-mus'ri regarding his imprisonment and how he was questioned in Saudi Arabia by government the authorities.

Side B. A presenter introduces Mohammed al-Mus'ri who discusses his experience during imprisonment. Note: side B is the beginning of the Audiotape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1193  Tape 1193. Islamic anthems      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding the reality of Muslims and Jihad.

Side B. Continuation to side A. Islamic anthems in an indentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1194  Tape 1194. Islamic anthems      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic anthems regarding victory.

Side B. Islamic anthems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1195  Tape 1195. Jihad      Circa 1965-2000
*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. Many speakers give speeches, Hadith, anthems and stories regarding Jihad.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1196   Tape 1196. Ṣalāḥ al-Dīn al-Ayyūbī   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on Ṣalāḥ al-Dīn al-Ayyūbī, in which he discusses the improvement of the Muslim countries while he was ruling.

Side B. Continuation to side A. the speaker concentrates on the manners of Ṣalāḥ al-Dīn al-Ayyūbī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1197   Tape 1197. Interpretation of a Qurʾānic   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the interpretation of the Qu'ranic verse "For to anything which we have willed, We but say the word, "Be", and it is."

Side B. Continuation to side A. The speaker mentions several example of God's greatness.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1198   Tape 1198. Jihadist member from Algeria   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A Jihadist member from Algeria reads the platform of the organization in which he discusses the recruitment of youth and the assassination of figures in Algerian society Note: the speaker reads the numbered platform from article numbers 11 to 74.

Side B. [Duplicate of Tape 1198, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1199 | Tape 1199. Interview with Usāmah ibn Lādin<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A French journalist interviews Usāmah ibn Lādin and asks questions regarding the role of the Sa'udi Royal family in helping Usāmah ibn Lādin..

Side B. Usāmah ibn Lādin answers questions regarding the Taliban, the Islamic awakening, and American politics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1200 | Tape 1200. The meaning of Faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the meaning of faith to a Sunni group and teaches the pronunciation of some words in the Arabic language.

Side B. Continuation to side A. The speaker discusses the Syriac language and how it is close to the Arabic language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1201 | Tape 1201. Destiny and fate<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on destiny and fate.

Side B. Continuation to side A. The speaker concentrates on the meaning of faith and destiny according to the Sunnis.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1202 | Tape 1202. Death<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on death, in which he discusses verses from the Qur'an to remind people of death and to work for life hereafter.

Side B. A speaker gives a lecture on multiple topics, in which he mentions the life of Sayyid Quṭb.

ASH 031812

Tape 1202. Death

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 383

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1203    Tape 1203. Women veil                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon on women's veils. Another speaker gives a lecture on
women, the veil, and ancestral stories.

Side B. Continuation to side A. The speaker concentrates on women's veils.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1204    Tape 1204. The Muslims history in Spain                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on The Muslims history in Spain.

Side B. Continuation to side A. The speaker states that the selfishness on the part of Muslims is
the cause of the fall of Spain. A young boy recites from the Qur'an 29:28-40.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1205    Tape 1205. Jihad                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a sermon about the fear shown by Israelis soldiers because of
Palestinians throwing rocks.

Side B. Continuation to side A. In the second sermon, the speaker mentions a statement from
the Eritrean Jihad movement.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1206    Tape 1206. Yemen unity                                         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031813

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Sheikh ʻAbd al-Majīd al-Zandārī gives a lecture on Yemeni unity and applying God's laws.

Side B. Continuation to side A. The speaker states that the Israelis and the Americans are afraid of Islam and the Mujahedeen. The speaker also concentrates on Yemeni unity in the North and South.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1207    Tape 1207. The situations of the Arab countries    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the situation of citizens in Arab countries.

Side B. Continuation to side A. Another speaker recites from the Qurʻan 25:1-7.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1208    Tape 1208. The conditions of divorce    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the conditions of divorce, in which he discusses the viewpoint of Muslim scholars. The speaker states that the Muḥallil (a person who marries a divorced woman, in order to go back to her previous husband) is not valid.

Side B. Continuation to side A. The speaker concentrates on the Muḥallil. Another speaker recites from the Qurʻan 2:228-260.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1209    Tape 1209. Recitation from the Qurʻān    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Twafiq Salah recites from the Qurʻan 37:105-182, 38:1-88 and 39:1-75.

Side B. Twafiq Salah recites from the Qurʻan 34:1-54, 35:1-45 and 36:1-76.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1210 | Tape 1210. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from the Qurʾan from Surat 43 to Surat number 47.

Side B. Continuation to side A. The speaker recites Surat 47 to 53.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1211 | Tape 1211. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from the Qurʾan Surat 10 and 11.

Side B. A speaker recites from the Quʾran Surat 9 and 10. Note: please note that side B is the beginning of the Audio tape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1212 | Tape 1212. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A young boy recites from the Quʾran from Surat 87 to 114.

Side B. A young boy recites from the Quʾran from Surat 78 to 86. Note: please note that side B is the beginning of the Audio tape.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1213 | Tape 1213. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from Surat 79 to 87.

Side B. Continuation to side A. The speaker recites from Surat 88 to 109.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1214 | Tape 1214. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from Surat 4:1-101.

Side B. Continuation to side A. The speaker recites from Surat 4:102-186, 45:1-37 and 50:1-45.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1215 | Tape 1215. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker recites from the Qur'an Surat 7:82-206 and 8:1-47.

Side B. A speaker recites from the Qu'ran Surat 8:47-75 and 9:1-123.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1217 | Tape 1217. Sudan identity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker discusses a conference regarding the identity of Sudan and educational development in Sudan.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|---|---|---|
| 1218 | Tape 1218. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |

Summary (English)

Side A. The recording begins with a speaker saying that any person, Muslim or non-Muslim, that was in the war will not be scared by missiles. The speaker mentions a story of some Mujahedeen and how they wished to be killed. The speaker states that one of the Mujahedeen who always wished to be shot in the chest got his wish. The speaker also mentions other stories of the deceased Mujahedeen and the aura they display after death. He states that Mujahedeen are weak because they do not have enough weapons. To the best of our knowledge, Usāmah ibn Lādin answers questions. A speaker said we ask brother Usāmah to clarify Jihad in Afghanistan and how some people fabricate information regarding the leaders.

ASH 031816

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. Continuation to side A. A speaker asks Usāmah to answer a questions regarding the Wahabi doctrine and fighting with the Muslim Afghani who are with the Afghani Communists. At the end of the lecture another speaker asks if anyone wants to give a donation to the Afghani Jihad. Another speaker recites from the Qur'an 8:1-45.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1219**   Tape 1219. The pure                                                          Circa 1994
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Ibrāhīm ibn 'Abd Allāh al-Duwaysh gives a lecture titled "the pure" , in which he discusses several Hadith regarding the definition of the word 'pure', and mentions stories of pure people.

Side B. Continuation to side A. The speaker mentions several examples from the lives of pure people.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1220**   Tape 1220. The origins/fundamentals of knowledge                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The collection from audio lessons titled "the origins/fundamentals of knowledge" by Sheikh Muḥammad ibn Sāliḥ ibn 'Uthaymīn who discusses several issues of jurisprudence.

Side B. Continuation to side A. The speaker mentions several examples regarding Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1221**   Tape 1221. 'Abd Allāh 'Azzām passion for Jihad                               Circa 1989
*1 audiocassette*
Arabic

Summary (English)

Side A. A member of the United Arab Front for Jihad in Afghanistan gives a lecture regarding the Mujahid 'Abd Allāh 'Azzām, in which he discusses the manners of 'Abd Allāh 'Azzām and his love for Jihad. The speaker states that the Afghani people display dignity toward the Arab Mujahedeen because they consider Arabs to be the descendants of the Prophet. The speaker mentions several stories of Abd Allāh 'Azzām until his assassination. Notes: this audio tape was recorded a week after the assassination of Abd Allāh 'Azzām on November 24, 1989.

ASH 031817

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 389 of 461
Tape 1221. 'Abd Allāh 'Azzām passion for Jihad
Islamic fundamentalist audio recordings
collection
MS 1880 - Page 388

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. A speaker reads the legacy of Abd Allāh 'Azzām to show concern for the Jihadi leader. Another speaker also gives a lecture on Abd Allāh 'Azzām. Note: this audio tape was recorded a day after the death of Abd Allāh 'Azzām.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1222**   Tape 1222. Multiple topics                                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, such as types of disbelievers.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**1223**   Tape 1223. Sorrows                                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A sermon titled "Sorrows", in which the speaker discusses several examples of people's sorrows.

Side B. Continuation to side A. The speaker mentions several verses from the Qur'an regarding sorrow.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1224**   Tape 1224. Multiple topics                                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses Jihad and youth wasting their time.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1225**   Tape 1225. Ramadan                                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

ASH 031818

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Side A. A speaker gives a lecture on breaking fast in Ramadan, in which he mentions examples such as cigarettes. | |
| | Side B. Continuation to side A. The speaker mentions several examples of things that break fasting in Ramadan such as cupping and nutritional injections. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1226 | Tape 1226. Monotheism and the constitution<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on monotheism and the constitution, in which he states that in all Arab countries the constitutions conflict with Islamic laws and the meaning of monotheism. | |
| | Side B. Continuation to side A. The speaker mentions several examples of the differences between Arab constitutions and Islamic laws. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1227 | Tape 1227. Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on Jihad in Afghanistan against the Russians. | |
| | Side B. Continuation to side A. The speaker concentrates on the effect of communism on Asian societies and the Islamic wakening. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1228 | Tape 1228. Vision<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
| | Summary (English) | |
| | Side A. A speaker gives a lecture on vision, in which he mentions several Hadith and verses from the Qur'an that recommend believers to "lower their gaze". | |
| | Side B. Continuation to side A. The speaker mentions several examples from the Quran and the Hadith, which recommend that believers should lower their gaze. | |
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |

ASH 031819

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1229 | Tape 1229. The place of inspiration<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Continuation to side B. The speaker explains a verse from the Qur'an (8:12) about angels, in which he states that the angels' fighting instills stability because no one will challenge an angel. The speaker also answers questions regarding people who did not attend Jihad and how to treat them. He also mentions that some Sunni believe that the best believers are better than angels. Another speaker recites from the Qur'an 54:1-55, 55:1-78 and 56:1-74.

Side B. A speaker gives a lecture titled "The place of inspiration" in which he discusses Jihad. The speaker states that the mission of all Prophets was to guide people from the darkness to the right path. The speaker also concentrates on angels, and how some people have the opinion that the strongest believers are better than angels and are distinguished by their calling to guide others. Note: please note that side B is the beginning of the recording.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1230 | Tape 1230. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as death and good deeds.

Side B. A speaker gives a lecture titled "the last day", in which he points out that the title of the lecture is attractive because it is similar to Jihad. The speaker mentions several verses from the Qur'an to remember God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1232 | Tape 1232. Uṣūl al-fiqh (principles of Islamic jurisprudence)<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Continuation to side B. The speakers mention several issues of jurisprudence such as permissible, recommended, disliked or offensive acts (literally "hated").

Side B. A conversation on the principles of Islamic jurisprudence. Many speakers state that youth do not know anything about the doctrine or the issue of sectarianism or fundamentalism. Note: this lecture was recorded in Canada.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 392 of 461
Tape 1233. Jihad for God's sake                                    Islamic fundamentalist audio recordings
                                                                                                        collection
                                                                                        MS 1880 - Page 391

| Box | Description | Date(s) |
|---|---|---|
| 1233 | Tape 1233. Jihad for God's sake<br>*1 audiocassette*<br>Arabic | Circa 1965-1999 |

Summary (English)

Side A. The speaker is most likely Usāmah ibn Lādin who begins the lecture by saying that after the Second World War, the United States made laws for its people. The speaker states that Jihad against the United States is the heart of Tawhid (monotheism). The same speaker mentions the greatness of the Ka'bah ; he states that al-ka'bah is the first house on Earth, which was built by the Prophet Ibrāhīm and his son Ismā'īl. The speaker also mentions the story of king Abraha (King of Habshah in Pre-Islamic time) tries to devastate al-ka'bah. The speaker encourages Muslim to join Jihad to the save the country Saudia Arabia from the Americans. The speaker also mentions the Jihad is one of the great acts and many people are scared to join Jihad because they are afraid to die.

Side B. A speaker gives a lecture about "Jihad for God's sake". The speaker states that Muslims live in crises because they do not follow the sharī'ah (Islamic laws) and they are not engaged in Jihad. The speaker states that the worst title for any Muslim is to be called terrorist or violent. The speaker reads and explains a verse from the Qur'an:" Think not of those who are slain in Allah's way as dead. Nay, they live, finding their sustenance in the presence of their Lord" (3:169). He also mentions the virtues of the Mujahedeen.

Note: some parts of the audio tape are the same as Cassette #1035.The speaker also compares the virtues of the Mujahedeen with the popular song of 'Abd al-Ḥalīm Ḥāfiz ;"Qairat al-finjan" (Fortune Teller) and a poem by Nizār Qabbānī. Both the song and the poem are about a Shahid martyr.

> Preservation masters
> *2 computer files (WAV)*
>
> Use copies
> *2 computer files (MP4)*

| 1235 | Tape 1235. Guerrilla<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on guerrillas, Jihad, and the Arab regimes.

Side B. Continuation to side A. The speaker concentrates on Jihad and the involvement of scholars in defending infidels (Arab leaders and their regimes).

> Preservation masters
> *2 computer files (WAV)*
>
> Use copies
> *2 computer files (MP4)*

| 1236 | Tape 1236. Miracles of the Qur'ān and the Sunnah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Yemeni gives a lecture on miracles of the Qur'an and the Sunnah; the speaker concentrates on Muslims scholars in the United States and their unique research such the scholar Aḥmad al-Qāḍī.

Side B. Continuation to side A. The speaker concentrates on justice in the West.

ASH 031821

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1237 | Tape 1237. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, for example, apostasy.

Side B. Continuation to side A. The speaker concentrates on monotheism, philosophers, and their impact on Muslim beliefs.

| | Preservation masters<br>*2 computer files (WAV)* | |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1238 | Tape 1238. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The Mujahid "Abū Mujāhid" dedicates this lecture to Hasan Abū al-ḥūr, in which he defines the word "Jihad", discusses ethics, stories of the deceased Mujahid Hasan Abū al-ḥūr, and the aura Mujahedeen display after death.

Side B. Continuation to side A. Many speakers recite an Islamic anthem regarding Jihad.

| | Preservation masters<br>*2 computer files (WAV)* | |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1239 | Tape 1239. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as prayers for sleeping and ablution.

Side B. Continuation to side A. The speaker mentions several prayers, another speaker recites from the Qurʾan 4:1-43.

| | Preservation masters<br>*2 computer files (WAV)* | |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1240 | Tape 1240. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031822

Tape 1240. Multiple topics

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. A speaker gives a lecture on multiple topics, in which he discusses the hardness of the heart, Jihad, and women and the veil.

Side B. Continuation to side A. The speaker states that the country that is suitable for Islam is Afghanistan and with all the crises, the Afghani women still preserve the veil and their modesty.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 1241 | Tape 1241. Sharḥ al-Ajurrūmīyah | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

Side B. Continuation to side A. The speaker mentions several examples of Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 1242 | Tape 1242. Sharḥ al-Ajurrūmīyah | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

Side B. Continuation to side A . The speaker mentions several examples of Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|-----|-------------|---------|
| 1243 | Tape 1243. Sharḥ al-Ajurrūmīyah | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

Side B. Continuation to side A. The speaker mentions several examples of Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031823

| Box | Description | Date(s) |
|---|---|---|
| 1244 | Tape 1244. Sharḥ al-Ajurrūmīyah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

Side B. Continuation to side A. The speaker mentions several examples from the Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1245 | Tape 1245. Hearts<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the heart in which he states that tremendous sins makes the heart weak and only repentance to God will cure this.

Side B. A speaker gives a lecture to Muslim women about commandments, in which he advises women not to listen to music or follow Westerners. Another speaker recites from the Qur'an 19:59-98 and 20:1-59.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1246 | Tape 1246. Islamic anthems regarding Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Many speakers recite Islamic anthems regarding Jihad in Arabic and in unidentified language.

Side B. Continuation to side A. The speakers recite Islamic anthems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1248 | Tape 1248. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker answers questions regarding Jihad. Another speaker gives a lecture based on an interpretation of Sūrat al-Takāthur from the Qur'an 102:1-8.

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Side B. A speaker answers questions from the Arab Mujahedeen in Afghanistan regarding religious issues and Jihad. Note: please note that side B is the beginning of the audio tape. | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1249 | Tape 1249. Will I be a scholar | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A.Sheikh Ḥātim ibn ʻArif al-Sharīf gives a lecture titled " Will I be a scholar" in which he discusses the important steps to be a scholar.

Continuation to side A. The speaker advises students on becoming successful scholars.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1250 | Tape 1250. Sharḥ al-Ajurrūmīyah | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

Side B. Continuation to side A . The speaker mentions several examples of Arabic grammar.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1251 | Tape 1251. Scholars ink and the blood of the martyrs | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A.A speaker gives a lecture on scholars that give Fatwas against religion in order to please their leaders. Another speaker gives a lecture on Jihad.

Side B. In a lecture titled "Scholars' ink and the blood of the martyrs", ʻAbd Allāh ʻAzzām states that martyrs are the energy of the battles of principles. The speaker mentions several verses from the Qu'ran, Hadith and Islamic anthems that urges on Jihad. ʻAzzām also states that Sayyid Quṭb and others were assassinated because of a Fatwa in order to please leaders". Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031825

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1252 | Tape 1252. [Duplicate of Tape 863]<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 863, Side A].

Side B. [Duplicate of Tape 863, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1253 | Tape 1253. Jihad<br>*1 audiocassette*<br>Arabic | 2001 Nov 18 |

Summary (English)

Side A.Many speaker recite songs regarding Jihad. One of the songs states "Usamah … you made the United States crazy after you played a serious joke on America".

Side B. Many Mujahedeen recite songs regarding Jihad, honor, Islam, and paradise on their way back to the camp. One of the Mujahedeen states that the Americans bombed Afghanistan as a reaction the attacks in New York and Washington. This was recorded on 11/18/2001 Rajab, 21, 1422

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1254 | Tape 1254. School curriculum in the science of jurisprudence<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Sheikh Muḥammad ibn Sāliḥ ibn 'Uthaymīn ,gives a lecture on School curriculum in the science of jurisprudence.

Side B. Continuation to side A. The speaker mentions several issues of jurisprudence.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1255 | Tape 1255. Khālid al-Islāmbūlī<br>*1 audiocassette*<br>Arabic | Circa 2001 |

Summary (English)

Side A. The Islamic Group of Egypt presented this audio tape in the memory of Khālid al-Islāmbūlī . The mother of Khālid al-Islāmbūlī gives a lecture regarding the imprisonment of her son. Note: this audio tape was recorded on 19th anniversary of the martyrdom of Khālid al-Islāmbūlī .

ASH 031826

| Box | Description | Date(s) |
|---|---|---|

Side B. Continuation to side A. The mother of Khālid al-Islāmbūlī states that leaders have deceived the people with their new plan to destroy youth with television and internet". Another speaker recites from the Qur'an 9:1-69.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1256    Tape 1256. Sharḥ al-Ajurrūmīyah                                    Circa 1965-2000
        *1 audiocassette*
        Arabic

        Summary (English)

        Side A. A speaker gives a lecture based on Sharḥ al-Ajurrūmīyah (famous Arabic book on types of speech and grammar).

        Side B. Continuation to side A. The speaker mentions several examples of Arabic grammar.

        Preservation masters
        *2 computer files (WAV)*

        Use copies
        *2 computer files (MP4)*

1257    Tape 1257. Arabic poetry                                           Circa 1965-2000
        *1 audiocassette*
        Arabic

        Summary (English)

        Side A. Many speakers recite and answers questions regarding Arabic poetry.

        Side B. Continuation to side A.

        Preservation masters
        *2 computer files (WAV)*

        Use copies
        *2 computer files (MP4)*

1258    Tape 1258. Curriculum of Islamic education                         Circa 1965-2000
        *1 audiocassette*
        Arabic

        Summary (English)

        Side A. A speaker gives a lecture on curriculum of Islamic education.

        Side B. Continuation to side A.

        Preservation masters
        *2 computer files (WAV)*

        Use copies
        *2 computer files (MP4)*

1259    Tape 1259. Jihad                                                   Circa 1965-2000
        *1 audiocassette*
        Arabic

        Summary (English)

Tape 1259. Jihad

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. News report on, religious persecution of the Shiites in Saudi Arabia. Another speaker gives a lecture on Jihad; the speaker mentions the role of al-Qadhdhāfi in the coup of Morocco and Sudan.

Side B. A presenter present the speaker as "the man his words and actions shakes the throne of the White House, it's shiekh ʿAbd Rabb al-Sayyāf". Shiekh ʿAbd Rabb al-Sayyāf gives a lecture Jihad in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1260 | Tape 1260. The convergence of religions<br>*1 audiocassette*<br>English | Circa 1965-2000 |

Summary (English)

Side AThe Muslim Student Association and Federation of Biltmore University present a discussion on bridges that connects the three prophets (Moses, Jesus and Mohammed). The speaker concentrates on verses from the Old and New testaments that show the coming of the Prophet Mohammed. Note: this lecture is in English.

Side B. Continuation to side A. The speaker mentions several examples from the Bible and the Qur'an to support his thesis.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1261 | Tape 1261. The miracles of the Qurʾān and the Sunnah<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the miracles from the Qur'an and the Sunnah.

Side B. Continuation to side A. The speaker mentions several Hadith and verses from the Qu'ran and the Sunnah regarding different issues that "new technology" has discovered.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1262 | Tape 1262. Stories from Egypt<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on an earthquake that happened in Cairo and other stories from Egypt.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Tape 1262. Stories from Egypt

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1263  Tape 1263. The Muslim Women and obeying God          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation to side B . The speaker gives advice to Muslim women.

Side B. A speaker gives a lecture on the Muslim women and how to obey God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1264  Tape 1264. The miracles of the Qurʾān and the Sunnah          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the miracles of the Qurʾan and the Sunnah. The speaker mentions several Hadith, verses from the Qurʾan and points of view of international scholars on the miracles of the Qurʾan.

Side B. Sheikh ʿAbd al-Majīd al-Zandārī gives a lecture on the miracles of the Quʾran and the Sunnah, in which states that the prophets before Mohammed had limited miracles powers that satisfied the need of their people. Sheikh ʿAbd al-Majīd al-Zandārī also mentions miracles of the Qurʾan and the Sunnah related to technology.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1265  Tape 1265. Pakistan and Kashmir          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A recording of a news reports on the conflict between India and Pakistan over Kashmir. The news reports mention the role of the United Nation in stopping the nuclear experiments that India and Pakistan conducted.

Side B. Continuation to side A. The news reports mentions the view points of Yāsir ʿArafāt and Ḥanān ʿAshrāwī regarding the nuclear experiments.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1266  Tape 1266. Virtue of Jihad          1994 Aug 21.
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Many speakers give speeches and poems on the virtue of Jihad.

Side B. A speaker dedicates the poems to the Mujahid Abū ʿAbd al-Raḥmān al- Jabalī Aḥmad Sayyid.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1267  Tape 1267. The bombing of the American embassies        1998
*1 audiocassette*
Arabic

Summary (English)

Side A. A recording of a news reports on the bombing of the American embassies, the war against terrorism, Usāmah ibn Lādin, and the American raid on Sudan and Afghanistan as a reaction for the bombing of the American embassies.

Side B. Continuation to side A. The news reports states that there is evidence that condemns Usāmah bin Lādin in the bombing of the American embassies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1268  Tape 1268. Answers and questions        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Muḥammad Nāṣir al-Dīn al-Albārī answers questions regarding religious issues .

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1269  Tape 1269. Unidentified language        Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture in an unidentified language.

Side B. A speaker gives a lecture in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1270  Tape 1270. Moderation in Islam        Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031830

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker answers questions regarding moderation in Islam and types of corruption such as movies that destroy the manners of Muslims. Another speaker gives a lecture in which he discusses tips for Muslim women in obeying their husbands.

Side B. A speaker answers questions about dowries, marriage, and problems between couples.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1271    Tape 1271. Ṣaddām Ḥusayn and the United States                                   2002
        *1 audiocassette*
        Arabic

Summary (English)

Side A. A speaker gives a lecture on Ṣaddām Ḥusayn and the United States, in which he discusses the role of collaboration between Ṣaddām Ḥusayn and the American regime. The speaker also states that the goal of the next American attack on Iraq is not Ṣaddām Ḥusayn or Hizb al-Ba'th (Motivation Party), but is to destroy Islam in that region. Toward the end of the audio tape, the speaker mentions some stories regarding Jihad in Afghanistan.

Side B. Continuation to side A. The speaker concentrates on Jihad and the reputation of Mujahedeen after the bombing of Riyadh.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1272    Tape 1272. Jihad in Algeria                                                      Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. The Muslim League for Preaching and Jihad in Algeria presented an audio tape titled "The risk of intelligence in the armed Islamic groups", in which the speaker mentions the role of the Algerian government, media , Jamal Zaytouni on the Islamic groups of Algeria.

Side B. Continuation to side A . The same speaker mentions the role of the Algerian intelligence on the kidnap of the French monks ( 1996), and the role of General Tawfiq al-amari

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1273    Tape 1273. The unifier Muslims                                                   Circa 1965-2000
        *1 audiocassette*
        Arabic

Summary (English)

Side A. Sheikh Muḥammad Ibn 'Abd Allāh Al-douyati gives a lecture titled "Unifier Muslims" , in which he concentrates on the theme of the mystery of the existence of this life and the universe.

ASH 031831

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B. Continuation to side A. The speaker answered several questions like the deviation and the impact of bad friends.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1274   Tape 1274. The sorting of the Qur'ān                              Circa 1965-2000
       *1 audiocassette*
       Arabic

Summary (English)

Side A. A speaker gives a lecture on the sorting of the Qur'an , in which he mentions several examples of sorting the Qu'ran and what's Maki or Madni.

Side B. A speaker gives a lecture on multiple topics, in which he discusses the reason behind creating human , faith and remembering God. Another speaker recites and explains the meaning of a verse from the Qur'an "Establish regular prayers - at the sun's decline till the darkness of the night, and the morning prayer and reading: for the prayer and reading in the morning carry their testimony., (17:78), the speaker states the prayers are the Quran .

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1275   Tape 1275. English lessons                                        1984
       *1 audiocassette*
       English

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1276   Tape 1276. English lessons                                        1984
       *1 audiocassette*
       English

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1277   Tape 1277. English lessons                                        1984
       *1 audiocassette*
       English

Tape 1277. English lessons

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 403

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1278   Tape 1278. English lessons          1984
*1 audiocassette*
English

Side A. New Intercom Company gives many lessons in English.

Side B. New Intercom Company gives many lessons in English.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1279   Tape 1279. Asceticism          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers read poems regarding asceticism, sins and asking God for forgiveness.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1280   Tape 1280. Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on Jihad, in which he mentions several stories, Hadith and verses from the Qur'an regarding the virtue of Jihad.

Side B. A speaker reads the platform the Islamic Organization, in which he discusses (Their) belief, goals and their methods. Another speaker mentions several from the Qu'ran and Hadith urging jihad. A member of the Shura Council of the Islamic Movement gives a speech on the occasion of pledge of allegiance of( brother 'Abd al-Laṭif ), the speaker commends the audience to apply Shari'a and commitment to justice.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031833

| Box | Description | Date(s) |
|---|---|---|
| 1281 | Tape 1281. Multiple topics | Circa 1965-2000 |
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. Two speakers in the same time of the recording give lecture regarding multiple topics.

Side B. Continuation to side A. One of the speakers explains the meaning of some Qur'an verses.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1282 | Tape 1282. Who are we and why are here and did we do what we are for | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. [Duplicate of Tapes 827 and 1033, sides A].

Side B. [Duplicate of Tapes 827 and 1033, sides B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1283 | Tape 1283. ʻAbd Allāh ʻAzzām | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. Many speakers recite poems regarding the martyrdom of Dr ʻʻAbd Allāh ʻAzzām which urges on Jihad.

Side B. From Afghanistan summits, a Yemeni speaker warns the citizens of Yemen to be aware of the "unity between Sanaʻa and communism because it's a conspiracy and treachery of the Islamic Movement in Yemen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1284 | Tape 1284. Asceticism | Circa 1965-2000 |
|---|---|---|
| | *1 audiocassette* | |
| | Arabic | |

Summary (English)

Side A. [Duplicate of Tape 1159, Side A].

Side B. [Duplicate of Tape 1159, Side B].

Preservation masters
*2 computer files (WAV)*

Tape 1284. Asceticism

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1285    Tape 1285. Multiple topics                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses integrity. A young boy recites from the Qur'an 69:28-52, 70:1-44 and 71:1-28.

Side B. A speaker gives a lecture on integrity, in which he mentions several Hadith and verses from the Qur'an that promotes integrity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1286    Tape 1286. ʻAbd Allāh ʻAzzām passion for Jihad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 1221, Side B].

Side B. [Duplicate of Tape 1221, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1287    Tape 1287. Jurisprudence of reality                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 946, Side A].

Side B. [Duplicate of Tape 946, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1288    Tape 1288. Jihad                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers recite poems and anthems that urge the audience to be involve in Jihad.

Side B. Shabāb al- Khamīs recite Islamic poems regarding Jihad.

Preservation masters
*2 computer files (WAV)*

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1289 | Tape 1289. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1990 |

Summary (English)

Side A. This audio recording is the second edition of the bulletin by the Jihadi group of Egypt which gave a lecture regarding Ibn Baz and the National Assembly. The speaker concentrates on the meaning of democracy and news of the Mujahedeen.

Side B. Continuation to side A. The speaker concentrates on the Fatwa conditions and advice to Sheikh Ibn Baz and to the youth of the Muslim Brotherhood. Note: this lecture is typed on-line (http://www.tawhed.ws/r?i=kq72ido0) Note: Jam'at al jihad in Egypt first edition 1989. Second edition 1990.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1290 | Tape 1290. Youth and religion<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A colloquium by many scholars, in which they discussed youth and religion.

Side B. Continuation to side A. The speakers answers question from the audience regarding youth and repentance to God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1291 | Tape 1291. The role of al-Khumayrī<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on the role of al-Khumayrī in Iran and Syria. Note: please note this audio tape was recorded in Pakistan.

Side B. A speaker reads a poem. The audio tape is empty from minute 28-47.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1292 | Tape 1292. People's heart<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Tape 1292. People's heart

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Sanā for production presented "people's heart", in which many speakers recite Islamic anthems regarding God's love, repentance and the path to God.

Side B. The audio tape starts with the sound of the ocean and the birds. Yaḥyá Hawa , Ammar Ṭarzī and Kamāl 'Adil recite poems regarding the nature , ocean and the birds.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1293 Tape 1293. Jihad                                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture based on his trip to Afghanistan and meeting the leaders and the Mujahedeen in Afghanistan.

Side B. Continuation to side A. The speaker mentions several stories of the deceased Mujahedeen and the aura they display after death. Another speaker also gives a lecture on his trip to Afghanistan and his meeting with Sayyāf (Islamist politician and Mujahedeen leaders)

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1294 Tape 1294. Guerrilla                                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on guerrilla and ways to win the wars, in which he discusses the location and the goals of the win the war. Note: this audio tape was recorded in Afghanistan.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1295 Tape 1295. Jihad in Algeria                                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A member from the Islamic Armed Group of Algeria reads platform regarding denunciation of allegiance of Jamal Zaytouni and electing new members for the group. Toward the end of the audio tape , audience could hear sound of guns in Algeria (capital).

Side B. The Islamic Group of Algeria presents this audio tape regarding the deviations of the Group and mentions verses from the Qu'ran and Hadith urging on Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1296 | Tape 1296. The war on Chechnya<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The audio tapes starts with a report on the war on Chechnya, the reconstruction of Chechnya and the and role of the United States of America. Another speaker gives a lecture on the role of the United States of America on Afghanistan, Indonesia, Kuwait , Somalia, the role of the United Nations to destroy many countries and the partition of Iraq.

Side B. Continuation to side A. The speaker mentions the United States policy to control many countries, Jihad, Somalia, and the help of Saudi Arabia to Sayyāf (Islamist politician and Mujahedeen leaders).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1297 | Tape 1297. The patience<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The speaker gives a lecture on the patience, in which he mentions several verses from the Qur'an and stories that urges patience and the reward the patience's.

Side B. Shiekh 'Alī 'Abd al-Khāliq al-Qaranī gives a lecture titled "reveal the sorrow at the loss of loved ones", in which he mentions several stories and verses from the Qur'an that urges people to be patience at loss of the love ones. Note: Side B is the beginning of the recording, this lecture could be online.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1298 | Tape 1298. 'Abd Allāh 'Azzām passion for Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 1221, Side A].

Side B. [Duplicate of Tape 1221, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1299 | Tape 1299. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

ASH 031838

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture on multiple topics, in which he discusses the references of laws in Islam, and situation of Sudan.

Side B. A speaker gives a lecture on corruption in the Sudan, and mockery of god's law. Note: I this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1300**  Tape 1300. Biography of Sa'd ibn Abī Waqqāṣ                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the "Biography of Sa'd ibn Abī Waqqāṣ", in which he discusses several stories on the Sahabi (companion) Sa'd ibn Abī Waqqāṣ with Prophet Mohammed.

Side B. A speaker gives a lecture on multiple topics, in which he discusses stories regarding the angel of death and believing in God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1301**  Tape 1301. Types of power                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on types of power, in which he discusses the meaning of the verses from the Qur'an "Against them make ready your strength to the utmost of your power, including steeds of war, to strike terror into (the hearts of) the enemies, of Allah and your enemies, and others besides, whom ye may not know, but whom Allah doth know. Whatever ye shall spend in the cause of Allah, shall be repaid unto you, and ye shall not be treated unjustly" (8:60).

Side B. Continuation to side A. The speaker mentions several examples of powers that lead to wining the wars.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1302**  Tape 1302. Jihad                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many Arab Mujahedeen give speeches, poems and stories regarding Jihad, in which they state " According to many Muslim scholars ,Jihad is fard 'ayn ( Individual duty") because it protects the entity of the Muslim nation.

ASH 031839

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1303  Tape 1303. Jihad in Afhanistan                                    1988 Feb 19
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture about his journey to Afghanistan , in which he mentions
several verses from the Qur'an that urge audience to participate on Jihad and fighting the
infidels ( non-believers) Note: this audio tape was recorded in Afghanistan.

Side B. Continuation to side A. The speaker mentions several stories of the Mujahedeen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1304  Tape 1304. Islamic parliament                                     Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding entering parliament from an Islamic perspective.

Side B. Continuation to side A. The speaker states that he disagrees with sheikh Abū Shaqrā
opinions regarding entering the Parliament (according to the speaker Sheikh Abū Shaqrā states
that Political action is a sin , but the meantime Abū Shaqrā assumed senior positions in the state
(Jordan), such as the ministry).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1305  Tape 1305. Virtue of Ramadan                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. ʿīd al-fiṭr ( Muslim holiday that marks the end of Ramadan) sermon on the virtue of
Ramadan and urges Muslims to do more good deeds after Ramadan.

Side B. Continuation to side A. Maḥmūd Rāwī (The prince of Islamic Group at Cairo University)
who concentrates on the Muslim unity, that leads to wining.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1306  Tape 1306. Persian and Arabic words                               Circa 1965-2000
*1 audiocassette*
Arabic

ASH 031840

Tape 1306. Persian and Arabic words

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A short audio recording on the pronunciation of some Persian words in that similar to Arabic.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1307 | Tape 1307. English lessons | 1984 |

*1 audiocassette*
English

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side B. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1308 | Tape 1308. Causes of hardening of the heart | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the Causes of hardening of the heart, in which he mentions several verses from the Qur'an regarding the lecture.

Side B. Continuation to side A. The speaker answers questions on things that softness the hearts such as listening to Islamic lectures.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1309 | Tape 1309. Crying from fear of God | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on crying from fear of God, in which he discusses several verses from the Quran, Hadith and stories of the ancestors that urges Muslims to crying from fear of God.

Side B. Continuation to side A. The speaker mentions several Hadith and verses from the Qur'an regarding the topic.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031841

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 412

| Box | Description | Date(s) |
|---|---|---|
| 1310 | Tape 1310. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Friday sermon about multiple topics such as integrity and the spread of immorality.

Side B. Continuation to side A. The speaker concentrates on examples of the spread of immorality such as TV shows and drugs on the Muslim society.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1311 | Tape 1311. Death and heaven<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Many speakers recite poems regarding death and heaven.

Side B. [Duplicate of Tape 1279, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1312 | Tape 1312<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The quality of the audio tape is faint.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1313 | Tape 1313. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics, in which he discusses fear from God, piety and following God's laws.

Side B. Continuation to side A. The speaker concentrates on repentance and death, in which he discusses several stories and verses from the Qur'an regarding repentance and death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031842

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1314 | Tape 1314. Faith doctrine | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Ibn 'Uthaymeen explained several points from the book "statement of faith doctrine of people of the Book and Sunnah" by Ibn Taymīyah.

Side B. Continuation to side A. The speaker concentrates on explaining the benefits of miracles.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1315 | Tape 1315. Multiple topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on multiple topics such as : the weakness of the Arabs, helping the Afghani Jihad, and the Jihad against the Israelis, the speaker also answers regarding liberation of Palestine and Hamas case. Another speaker gives a lecture on nymphs and the virtue of martyrs ( Mujahedeen).

Side B. A speaker gives a lecture on the Palestine case, the role of leader and the Islamic movements such as Fatah Movement.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1316 | Tape 1316. Unidentified language | Circa 1965-2000 |

*1 audiocassette*

Summary (English)

Side A. Many speakers recite poems in unidentified language.

Side B. Many speakers recite poems in unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1317 | Tape 1317. Multiple topics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A . Lecture on multiple topics, in which the speaker warns the audience to be aware of vanity and to remember death.

Side B. A speaker mentions several verses from the Qur'an and Hadith regarding the virtue of Jihad. Note: please note the quality of the of the audio tape is faint.

ASH 031843

Tape 1317. Multiple topics

| Box | Description | Date(s) |
|-----|-------------|---------|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1318 | Tape 1318. Ethics of visiting<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on ethics of visiting. Note: some of the information in this lecture was mentioned in Audio tape # 866 and 924.

Side B. Continuation to side A. The speaker mentions several Hadith on the virtue of visiting others.

Preservation masters
*2 computer file (WAV)*

Use copies
*2 computer files (MP4)*

| 1319 | Tape 1319. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|--------------------------------------------------------|-----------------|

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as spring session, paradise and nymphs ( women of Paradise).

Side B. A speaker gives a lecture on spring time , in which he states " spring time is the to remind people of the resurrection. Note: side B is the beginning of the audio tape .

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1320 | Tape 1320. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|--------------------------------------------------------------------|-----------------|

Summary (English)

Side A. A speaker recites from the Qur'an 7:7-96.

Side B. Continuation to side A. The speaker recites from the Qur'an 7:97-203.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1321 | Tape 1321. Kuwait<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|------|--------------------------------------------------|-----------------|

Summary (English)

Tape 1321. Kuwait

| Box | Description | Date(s) |
|---|---|---|

Side A. Meeting in the attendance of Kuwaitis ministers ,leaders , officials and intellectuals , in which they discussed issues that 's important to Kuwait.

Side B. Continuation to side A . The speakers mention the role of Kuwaiti television in the sense of national belonging and unity.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1322    Tape 1322. Interpretation of some Qur'anic verses [Not digitized]    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker explains the meaning of some verses from the Qur'an 9:61-66.

Side B. Continuation to side A. The speaker mentions several stories of the ancestors.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1323    Tape 1323. Prayer    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Sheikh Hamzah, gives a lecture on prayer , in which he discusses several Hadith about prayers Note: this audio tape was recorded at one of the camps.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1324    Tape 1324. Impact of TV    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on impact of TV on the Muslim society.

Side B. Many speakers give Friday sermons and lectures on the risk of TV and live broadcast on societies.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1325    Tape 1325. Virtue of the ṣaḥābah    Circa 1965-2000
*1 audiocassette*
Arabic

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on the virtue of the ṣaḥābah ( companions of Prophet Mohammed), in which he concentrates on the ṣaḥābi ( companion) 'Umar ibn al-Khaṭṭāb.

Side B. A speaker gives a lecture on the ṣaḥābi ( companion) 'Umar ibn al-Khaṭṭāb , in which he mentions the story of al-Khaṭṭāb converting to Islam and his courage with Prophet Mohammed. Note: please note this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1326 | Tape 1326. English lessons | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side B. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1328 | Tape 1328. The position of the human mind from the divine revelation | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 862, Side A].

Side B. A speaker gives a lecture on multiple topics such as : ambiguity in the case of the assassination of Dr Rif'at al-Mahjūb (The president of the Egyptian People's Assembly), and the Promotion of Virtue and Prevention of Vice.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1329 | Tape 1329. Preachers and intellectual currents in the Muslim community | 1989 Mar 21 |

*1 audiocassette*
Arabic

Summary (English)

Side A. King Faisal Center for Islamic Studies and Research presented a lecture by sheikh Muḥammad al- al-Ghazzālī titled "Preachers and intellectual currents in the Muslim community" in which he mentioned the attack on Islam through cultural invasion.

Side B. Continuation to side A. sheikh al-Ghazzālī answered several questions regarding the Islamic awakening.

Preservation masters
*2 computer files (WAV)*

Tape 1329. Preachers and intellectual currents in the Muslim community

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 417

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1330   Tape 1330. Multiple topics                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker reads various Hadith regarding different topics.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1331   Tape 1331. Marriage                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Muḥammad Muqrin, Abū ʿAbid and other poets recite poems regarding marriage and marriage expenses, and Palestine in the occasion of Abū Mùsàb weeding ceremony.

Side B. The second festival of Qurṭubah presented the weeding ceremony of brother Abū Mùsàb ibn ʿAbd al-Raḥmān ibn ʿAlī al- Shahrī. Many poets recite many poems and games regarding the event .

Preservation masters
*2 computer files (WAV)*

Use copies
*2.0*

1334   Tape 1334. Recitation from the Qurʾān                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qurʾan 49:1-18 and 50:1-45.

Side B. A speaker recites from the Qurʾan 1:1-7,46:1-35,47:1-38 and 48:1-29.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1335   Tape 1335. Faith                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qurʾan 50:15-26 and explains the meaning of the verses , which concentrates on faith.

Side B. Continuation to side A. The speaker concentrates on faith.

ASH 031847

Tape 1335. Faith

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1336 | Tape 1336. The concepts of modernity<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the concepts of modernity.

Side B. Continuation to side A. The speaker mentions various examples of concepts of modernity in the society.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1338 | Tape 1338. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as integrity and the return of the doctrine of jihad and the American help to Gaddafi and American and Israelis role in helping Hafez al-Assad during his battle with the Muslim Brotherhood.

Side B. Continuation to side A. Another speaker gives a lecture about the meaning of verses 9:8-10, which explains the nature of the hypocrites and the non-believers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1340 | Tape 1340. The American strategy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. The beginning of the audio tape on the American bases in Saudi Arabia to attack Iraq, another speaker gives a lecture on several topics such as the victory of Muslims when they believed on God greatness.

Side B. A speaker gives a lecture on the invitation of some intellectuals to convergence between other religions , while they do not know anything about their own religion.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1341 | Tape 1341. God's mercy<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

ASH 031848

Tape 1341. God's mercy

| Box | Description | Date(s) |
|-----|-------------|---------|

Summary (English)

Side A. A speaker gives a lecture on the God's mercy , then answers questions regarding the validity of some Hadith and the Islamic Schools of jurisprudence.

Side B. A speaker gives a lecture on multiple topics such as the Six major Hadith collections and books about the Prophet Mohammad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1342   Tape 1342. Convergence of religions                                      Circa 1965-2000
*1 audiocassette*

Summary (English)

Side A. A speaker gives a lecture regarding the convergence between other religions . The speaker mentions some contradictions from the Torah and the Bible regarding Jesus, while Jesus is honored in Islam.

Side B. [Duplicate of Tape 1340, Side A].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1344   Tape 1344                                                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The audio recording is faint and with technical problems.

Side B. The audio recording is faint and with technical problems.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1346   Tape 1346. Interpretation of some Qur'ānic verses                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker explains the meaning of some verses from the Qur'an of Surat al-Isrā'.

Side B. Sheikh Umar Aḥmad Sayf (prominent scholar from Yemen) a lecture on multiple topics such homey as medicine and monotheism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031849

| Box | Description | Date(s) |
|---|---|---|
| 1347 | Tape 1347<br>*1 audiocassette* | Circa 1965-2000 |

Summary (English)

Side A. The audio recording is faint and with technical problems.

Side B. The audio recording is faint and with technical problems.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1348 | Tape 1348. The Hijra<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A . Continuation to side B regarding the migration or journey of Prophet Mohammed from Mecca to Medina and the relationship between the Muslims and the Jews.

Side B. Al- Raḥmah recordings presents a sermon by Shiekh Ibrāhīm al-ʿIsawī. Who gives a lecture on the migration of Prophet Mohammed to Medina. Note : this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1349 | Tape 1349. Faith doctrine<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 1314, Side A].

Side B. [Duplicate of Tape 1314, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1350 | Tape 1350. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics such the doctrine of the non-believers and Jihad.

Side B. Continuation to side A. The speaker concentrates on the Jihad , occupation of the Golan by Israel and role of Alawites.

Preservation masters
*2 computer files (WAV)*

Tape 1350. Multiple topics

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 421

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*2 computer files (MP4)*

1351    Tape 1351. Doctrine of moderation                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. The speaker explains some points from the book "doctrine of moderation" by sheikh al-Islam ibn Taymīyah.

Side B. Continuation to side A. The speaker exapins several points from Ibn Taymiyah book.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1352    Tape 1352. Idols                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 784, Side A].

Side B. [Duplicate of Tape 784, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1353    Tape 1353. Recitation from the Qurʼān          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qurʼan 3:83-158.

Side B. Continuation to side A. The same speaker recites from 4:1-18.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1354    Tape 1354. Patience                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on patience, in which he discusses the definition of patience In the Arabic language and mentions several Hadith , verses from the Qurʼran and scholars saying on patience.

Side B. Continuation to side A. The speaker mentions several stories and poems that urge on patience. Another speaker gives a lecture on obedience to God and the meaning of revelation in the Quʼran.

ASH 031851

Tape 1354. Patience

| Box | Description | Date(s) |
|-----|-------------|---------|
| | | |

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1355    Tape 1355. The Muslim women                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker mentions several advices to the Muslim women's.

Side B. Continuation to side A. Another speaker gives a lecture titled " touches" urging the Muslim Women's to follow the right path.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1356    Tape 1356. Jihad and Leadership                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker presents a report on Jihad,al- Qaidah and the role of leaders in Islamic organizations.

Side B. Continuation to side A. The same speaker mentions several examples of the combat organizations, military maneuvers and leadership.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1357    Tape 1357. Recitation from the Qurʾān                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker recites from the Qurʾan 2:1-177.

Side B. Continuation to side A. The same speaker recites from the Qurʾan 3:1-22.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1358    Tape 1358. Methods to promote virtue and prevent vice      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A. Al-da'wah Center in al-Riyaḍ hosts Shiekh Safr ibn ʿAbd al-Raḥmān Ḥawālī who gives a lecture on methods of the promotion of virtue and prevention of vice.

Side B. Continuation to side A. The same speaker mentions several ways to prevention of vice.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1359**   Tape 1359. Purification                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on purification, in which the speaker cites several Hadith.

Side B. Continuation to side A . The same speaker mentions several stories from the lives of ancestors.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1361**   Tape 1361. Types of disbelief and non-believers            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on types of disbelief and non-believers.

Side B. Continuation to side A. The same speaker mentions several Hadith, stories, verses from the Qu'ran and sayings of Ibn Taymīyah about non-believers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1362**   Tape 1362. The history of Israel                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A . A speaker gives a lecture on the meaning of Surat al-isra (Q-17) and how it relats to the current history of Israel. The speaker reads and explains the fourth verse from Surat al-isra ( Q-17:4). The speaker states that many scholars were confused by the meaning of the verse. The speaker confirms that Surat al-isra (The Night Journey) contains only one verse regarding the Night Journey; as for rest, it shows the predictions of the corruptions that emerged in Israeli society.

Side B. Continuation to side A. The same speaker explains other verses from Surat al-isra.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031853

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1363 | Tape 1363. Muslim tragedies in Chechnya<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The Audiotape starts by mentioning the Muslim tragedies in Chechnya. Shiekh Muḥammad ibn Ṣāliḥ al-ʿUthaymīn gives a lecture on the Muslim situation.

Side B. A call from Chechnya on the situation of Muslims there and how the Muslims are killed by the Russians.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1364 | Tape 1364<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The quality of the audiotape is very faint.

Side B. The quality of the audiotape is very faint.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1365 | Tape 1365. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A recording of questions and answers on the Hadith regarding the virture of ʿAʾishah ( Prophet Moahmmed's wife), the reward of diligence, and miracles of the saints.

Side B. Continuation to side A. The same speaker answers a question on the preference between ʿUmar ibn al-Khaṭṭāb and ʿAlī ibn Abī Ṭālib.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1366 | Tape 1366. āyatu-l-kursī<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on the meaning of āyatu-l-kursī (Throne Verse, Qurʾan 2:255), in which he mentions God's character. Another speaker reads a lecture regarding the realities of the Muslim nation.

Side B. A speaker gives a lecture on the virtue of āyatu-l-kursī (Throne Verse, Qurʾan 2:255) , in which he discusses the meaning of the verse.

ASH 031854

Tape 1366. āyatu-l-kursī

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 425

| Box | Description | Date(s) |
|---|---|---|
| | Preservation masters<br>*2 computer files (WAV)* | |
| | Use copies<br>*2 computer files (MP4)* | |
| 1367 | Tape 1367. Jihad in Palestine and Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A Friday sermon on Jihad in Palestine and Afghanistan.

Side B. Continuation to side A. The same speaker concentrates on the role of Islamic education and ethics in Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1368 | Tape 1368. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on multiple topics such the virtue of Prophet Mohammed among other prophets and messengers and stories of ancestors and their fear of sin.

Side B. Continuation to side A. Another speaker recites from the Qu'ran 1:1-7 and 2:1-33.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1369 | Tape 1369. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. Many speakers read anthems regarding Jihad. Another speaker reads the legacy of Abd Allāh 'Azzām.

Side B. An Audiotape entitled "the martyrs' convoys. Many speakers read Hadith, verses from the Qur'an, Islamic anthems, and stories regarding Jihad and the Mujahedeen.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1370 | Tape 1370. Zwaj al-Mut'ah, (pleasure marriage)<br>*1 audiocassette* | Circa 1965-2000 |
|---|---|---|

Summary (English)

Side A. A speaker gives a lecture on Zwaj al-Mut'ah ,(pleasure marriage), which is a fixed-term contractual marriage. The speaker mentions the prohibition of the pleasure marriage and the

ASH 031855

Tape 1370. Zwaj al-Mut'ah, (pleasure marriage)

| Box | Description | Date(s) |
|-----|-------------|---------|

different opinions among the Muslim scholars regarding this type of marriage. Another speaker recites from the Quran 1:1-7 and 2:1-15.

Side B. A speaker gives a lecture on jurisprudence.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1372 | Tape 1372. A conversation | Circa 1965-2000 |
|------|---------------------------|-----------------|

*1 audiocassette*

Summary (English)

Side A: Men in conversation [barely audible].

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1373 | Tape 1373. Things that cancel divorce | Circa 1965-2000 |
|------|---------------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on things that cancel divorce. Another speaker recites from the Qu'ran 2:92-111.

Side B. A speaker gives a lecture on jurisprudence and divorce.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1374 | Tape 1374. Jihad in Afghanistan | Circa 1965-2000 |
|------|----------------------------------|-----------------|

*1 audiocassette*
Arabic

Summary (English)

Side A. A recording from the house of Abdul Rab Sayyaf in Abu Bakr camp . Sayyaf directs his words to the Muslim nation regarding Jihad in Afghanistan. He also answers questions regarding participation in the Jihad and the justification for the absence aid from America for the Afghan Jihad.

Side B. From minute 10-29 is a duplicate of Tape 1293, Side B and its continuation. The speaker mentions his meeting with Jalaluddin Haqqani, the miracles of the Mujahedeen, and Saudi aid to the Afghan Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1375 | Tape 1375. Jihad and cunning | Circa 1965-2000 |
|------|------------------------------|-----------------|

*1 audiocassette*
Arabic

ASH 031856

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A. A lecture about Jihad and cunning, in which the speaker defines the meaning of cunning in the Arabic language and examples of cunning behavior by hypocrites and non-believers

Side B. Continuation to side A. The same speaker also mentions the death of ''Abd Allāh 'Azzām and how the world news agencies covered his assassination.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1376 | Tape 1376. The story of Prophet Yusuf<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on the lessons learned from the story of Prophet Yusuf.

Side B. Continuation to side A. The same speaker discusses the forgiveness shown by all Prophets and messengers.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1377 | Tape 1377. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker gives a lecture on multiple topics such as supplications before bedtime and the virtues of the companion Abu Bakr.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1378 | Tape 1378. Jihad in Afghanistan<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on Jihad in Afghanistan and stories of the Mujahedeen.

Side B. A lecture on Jihad and stories of the Mujahedeen. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1379 | Tape 1379. Attachment to things other than God | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on people's attachment to people and things other than God, in which he mentions several verses from the Qur'an regarding these attachments.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1380 | Tape 1380. Ways to interpret the Qur'ān | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on ways to interpret the Qur'an.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1382 | Tape 1382. The virtue of praying at night | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the virtue of praying at night (voluntary prayer).

Side B. Continuation to side A. The same speaker mentions several verses from the Qur'an, the Hadith, and stories urging Muslims to pray at nighttime.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1383 | Tape 1383. God's mercy | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on God's mercy.

Side B. Continuation to side A. The same speaker mentions several stories regarding God's mercy.

Preservation masters
*2 computer files (WAV)*

Tape 1383. God's mercy

| Box | Description | Date(s) |
|---|---|---|
| | Use copies<br>*2 computer files (MP4)* | |
| 1384 | Tape 1384. Applying God's rules<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on multiple topics such as applying God's rules.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1386 | Tape 1386. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Shiekh Suduas and others recite from the Qurʾan 78:1-40 to 92:1-21.

Side B. Continuation to side A. The speakers recite from the Qurʾan 93:1-11 to 114:1-6.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1387 | Tape 1387. The promotion of virtue and prevention of vice<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A lecture on the promotion of virtue and prevention of vice.

Side B. Continuation to side A. The same speaker answers questions regarding the promotion of virtue and prevention of vice.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1390 | Tape 1390. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A speaker explains the meaning of the verses from the Qurʾan 9:117-118; the speaker also mentions a Hadith regarding Jihad.

Preservation masters
*1 computer file (WAV)*

Tape 1390. Jihad

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*1 computer file (MP4)*

1391    Tape 1391. Exaggeration and extremism          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation to side B. The speaker mentions the role of the Arab secularists is in attacks on Islam and the effects of secular extremism on Islam. Sheikh Mahmud Khalil al-husri recites from the Qu'ran 5:77-88.

Side B. A speaker gives a lecture entitled "exaggeration and extremism", in which the speaker defines the meaning of the words exaggeration and extremism in the Arabic language. The speaker states "the term extremism is a concept brought from the West or the Israelis". Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1392    Tape 1392. Jihad          Circa 1986
*1 audiocassette*
Arabic

Summary (English)

Side A. Continuation to side B. The speaker discusses the reality of Muslims and urges Muslims to participate in Jihad.

Side B. A speaker gives a lecture on his journey to Afghanistan and his meetings with the Mujahedeen in winter time.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1393    Tape 1393. Jihad          Circa 1981-1989
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers from Afghanistan gives lecture regarding the results of Jihad , miracles of the Mujahedeen, support for Jihad , the United Nations, the United States and Western countries, and a declaration ending the Jihad in Afghanistan. One of the speakers thanks the people of Bahrain for their generosity and help. The Mujahedeen Hikmat yar refused to meet President Reagan.

Side B. Continuation to side A. The same speaker mentions the virtue of the Mujahedeen. Note: this Audiotape could be recorded between 1981-1989.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1394 | Tape 1394. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A recitation from Qurʾan 20:33-135 to 22:1-17.

Side B. A recitation from Qurʾan 18:95-110 to 20:1-97. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1396 | Tape 1396. Khālid al-Islāmbūlī<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 1255, Side A].

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1397 | Tape 1397. Jihad<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Islamic anthems regarding Jihad.

Side B. A recording of conversations and questions. The quality of the audiotape is faint.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1398 | Tape 1398. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A recitation from Qurʾan 9:16-100.

Side B. A recitation from Qurʾan 8:1-75 to 9:9:1-16. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1400 | Tape 1400. Asceticism<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Tape 1400. Asceticism

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 432

| Box | Description | Date(s) |
|---|---|---|

Summary (English)

Side A .The Audiotape starts with poems on asceticism. Another speaker gives a lecture on God's mercy.

Side B. Various speakers lecture on multiple topics such as God's mercy. Another speaker reads poems on asceticism.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1401   Tape 1401. Recitation from the Qur'ān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qu'ran 47:28-38,48:1-29,49:1-18 and 50:1-45. Note: the presenter states that the proceeds of this recording are to the Mujahedeen.

Side B. Shiekh Wasal Ibn al-Moudan recites from the Qu'ran from 45:1-37 to 47:1-38. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1402   Tape 1402. Recitation from the Qur'ān                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Mu'ādh recites from the Qur'an 1:1-7,40:1-85 and 47:1-33.

Side B. Continuation to side A. The same speaker recites from the Qur'an 47"34-88 , 53:1-62 and 55:1-78.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1403   Tape 1403. Battle of 'Uḥud                                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A . A lecture on death and the Judgment Day.

Side B. A lecture on the Battle of 'Uḥud [the second military confrontation between the Meccans and the Muslims, fought in 3/625, a few days after the Battle Badr].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031862

| Box | Description | Date(s) |
|---|---|---|
| 1404 | Tape 1404. Isra and Mi'raj | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the Isra and Mi'raj [the two aparts of the night journey that Prophet Muhammad took to heaven, described as both a physical and spiritual journey].

Side B. Sheikh Muḥammad Ḥassān and others recite from the Qur'an 7:1-206 and 35:1-45.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1405 | Tape 1405. Unidentified language | Circa 1965-2000 |

*1 audiocassette*

Summary (English)

Side A. A bad quality recording in an unidentified language.

Side B. A bad quality recording in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1406 | Tape 1406. English lessons | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. New Intercom Company gives many English lessons.

Side A. New Intercom Company gives many English lessons.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1408 | Tape 1408. Jihad in Afghanistan | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on the Jihad in Afghanistan, in which he discusses that engaging in Islamic groups, bearing arms, and defending the faith [Islam] is a path with thorns and death, even though Jihad is a duty and is a confirmed and legitimate religious obligation such as praying and fasting.

Side B. Continuation to side A. The same speaker mentions Jihad is better living by or bulling Al-Masjid al-Ḥarām (The Sacred Mosque).

Preservation masters
*2 computer files (WAV)*

Tape 1408. Jihad in Afghanistan

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 434

| Box | Description | Date(s) |
|---|---|---|

      Use copies
      *2 computer files (MP4)*

1409    Tape 1409. Recitation from the Qurʾān                        Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. Recitation from the Qur'an 9"4-75.

      Side B. Continuation to side A. Recitation from the Qur'an 9:75-129 and 10:1-17.

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

1410    Tape 1410. Where is destiny                            Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. A recording made in Kuwait , with a lecture by Sheikh Nabīl ʿAwaḍi titled "Where is destiny", in which he mentions the food of people in hell and people of paradise.

      Side B. [Duplicate to Tape 1300, Side B].

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

1411    Tape 1411. Regime of Husni Mubarak                 Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. Karam Muḥammad Zuhḍi and others discuss the corrupted regime of Husni Mubarak and ask Egyptians not to vote for him.

      Side B. Continuation to side A. Calling Husni Mobarak a non-believer, the speakers urge the Egyptian people to vote for a Muslim imam instead. They also recite hymns to Jihad.

      Preservation masters
      *2 computer files (WAV)*

      Use copies
      *2 computer files (MP4)*

1412    Tape 1412. Women and time                           Circa 1965-2000
      *1 audiocassette*
      Arabic

      Summary (English)

      Side A. A speaker gives a lecture on women and use of time.

      Side B. Continuation to side A. The same speaker mentions several stories of the righteous women.

Tape 1412. Women and time

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1413  Tape 1413. The younger generations                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on providing advice on a variety of issues for the benefit of the younger generations and urging them to follow the right path.

Side B. Continuation to side A. Another speaker recites from the Qur'an 34:1-8.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1414  Tape 1414. Recitation from the Qur'ān                                   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qur'an 2:155-286.

Side B. Shiekh Sa'ūd Shuraym recites from the Qur'an 1:1-7 and 2:1-154. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1415  Tape 1415. Jurisprudential issues                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions on jurisprudential issues such as the doctrine of Ashā'irah. Another speaker recites some verses from the Quran 3:16-51.

Side B. A speaker gives a lecture on jurisprudential issues such as levels of ijtihād [diligence or personal effort] and succession. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1416  Tape 1416. Jihad                                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|

Side A. A speaker gives a lecture on Jihad, the rewards of the Mujahedeen and the permissibility of using charity to aid the Mujahedeen.

Side B. Continuation to side A. The same speaker mentions that the Jihad in Afghanistan is Fard 'ain [an obligation] for anyone who can participate in it.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1417**  Tape 1417. Muslim's responsibilities         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture titled on Muslim's responsibilities in regard to current events.

Side B. Continuation to side A. The same speaker mentions the challenges of secularism to Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1418**  Tape 1418. Promotion of virtue and prevention of vice      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on jurisprudential issues such as the promotion of virtue and prevention of vice and violation of the Sunnah.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1419**  Tape 1419. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker gives a lecture on diverse topics such as the loss of the Muslim nation by its leaders.

Side B. Continuation to side A. The same speaker concentrates on the authority of the United States and the West on the Arab countries. Another speaker recites a poem on the Prophet Mohammed and Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031866

| Box | Description | Date(s) |
|---|---|---|
| 1420 | Tape 1420. Mocking of the Islamic figures<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. [Duplicate of Tape 873, Side A].

Side B. [Duplicate of Tape 873, Side B].

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1421 | Tape 1421. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |

Summary (English)

Side A. A low-quality recording in an unidentified language.

Side B. A low-quality recording in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1423 | Tape 1423. A short recording<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. A short recording.

Preservation masters
*1 computer file (WAV)*

Use copies
*2 computer file (MP4)*

| 1424 | Tape 1424. Recitation from the Qurʾān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. The recording of Qurtobah al-islamiya presents "Nights from Ramadan." Shiekh Khalid al-Qahtani recites from 8:1-75 and 9:1-28.

Side B. Continuation to side A. Al-Qahatni recites from the Qu'ran 9:29-129.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031867

| Box | Description | Date(s) |
|---|---|---|
| 1425 | Tape 1425. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from the Qur'an 63:1-11 to 70:1-43.

Side B. Recitation from the Qur'an 57:11-29 to 62:1-11.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1426 | Tape 1426. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Lecture on multiple topics such as repentance and knowledge of God.

Side B. Continuation to side A. The same speaker concentrates on God's mercy.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1427 | Tape 1427. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from the Qur'an 17:57-111 and 18:1-77.

Side B. Recitation from the Qur'an 18:78:111, 19:1-98 and 20:1-64.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1428 | Tape 1428. Unidentified language<br>*1 audiocassette* | Circa 1965-2000 |

Summary (English)

Side A. Recording in an unidentified language.

Side B. Recording in an unidentified language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031868

Tape 1429. Recitation from the Qur'ān

| Box | Description | Date(s) |
|---|---|---|
| 1429 | Tape 1429. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recording of Al-alf al-islamiya featuring a Qu'ranic recaition from multiple surat 11:1-86-123, 77:1-50 and 81:1-29.

Side B. Shiekh Mashari al- afasi recites from the Qu'ran 11:1-85.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1431 | Tape 1431. News reports<br>*1 audiocassette*<br>Arabic | Circa 1197 |

Summary (English)

Side A. News reports of many events such as the visit of Hafiz al-asd to Iran and Taliban movements.

Side B. 1997 recording featuring news reports on the disarmament from Taliban and Mubarak denies any corporation with Iran.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1432 | Tape 1432. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Shiekh Ali abd-Rahman al-Hudyfi recites from the Qur'an 50:1-45 to 53:1-31.

Side B. Continuation to side A. The same speaker recites from 53:32-61 and 56:1-54.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1433 | Tape 1433. Recitation from the Qur'ān<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Side A. Recitation from the Qur'an 9:30-103.

Side B. A sermon on multiple topics such as the forbiddance of not following the non-believers, the Soviet Union and helping Jihad. Another speaker recites from the Qur'an 9:1-29. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Tape 1433. Recitation from the Qurʾān

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1434     Tape 1434. Jurisprudential issues         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Questions and answers on jurisprudential issues.

Side B. A lecture on Isra (Night Journey) and how people deny its occurrence. The speaker also mentions that celebrating Al-isra is considered an heresy.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1435     Tape 1435. The promotion of virtue and the prevention of vice         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the promotion of virtue and the prevention of vice.

Side B. Continuation to side A. The same speaker concentrates on examples from the Sahbah (Companions of the Prophet) and their ways of promoting virtue and preventing vice.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1436     Tape 1436. Multiple topics         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on multiple topics such as not applying God rules.

Side B. A lecture on multiple topics such as Man-made laws. Note: this is side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1437     Tape 1437. ʿAbd Allāh ʿAzzām passion for Jihad         Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. [Duplicate of Tape 1221, Side A].

Side B. [Duplicate of Tape 1221, Side B].

Preservation masters
*2 computer files (WAV)*

ASH 031870

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1438 Tape 1438. Oneness of God — Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on the meaning of verses from the Qu'ran on the oneness of God.

Side B. Continuation to side A. The same speaker mentions several examples of the oneness of God.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1439 Tape 1439. Recitation from the Qur'ān — Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qu'ran from 22:20-22,23:97-118 and 41:1-28.

Side B. Recitation from the Qu'ran 109:1-6 to 114:1-6.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1440 Tape 1440. Life in paradise — Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on life in paradise, in which the speaker describes its physical feature and (female) inhabitants.

Side B. The Audiotape starts with an indentified language. Many speakers lecture on Judgment Day.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1441 Tape 1441. A short recording — Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A short recording.

Preservation masters
*1 computer file (WAV)*

ASH 031871

Tape 1441. A short recording

| Box | Description | Date(s) |
|-----|-------------|---------|

Use copies
*1 computer file (MP4)*

1442    Tape 1442. Multiple topics                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A lecture on multiple topics such as the woman asking the man to marry her and women and knowledge.

Side B. Continuation to side A. The same speaker mentions several Hadith on the virtue of seeking knowledge.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1443    Tape 1443. Al-Nawawi collection                            Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker reads several Hadith on various issues.

Side B. A speaker reads several Hadith from the Al-Nawawi collection (the most renowned Hadith collection).

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1444    Tape 1444. Recitation from the Qurʾān                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Qurʾan 1;1-7 and 18:1-109.

Side B. A lecture on multiple topics such as the miracle of Moses crossing the Red Sea.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1445    Tape 1445. Recitation from the Qurʾān                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation from the Quʾran 73:1-20 to 78:1-38.

Side B. Recitation from the Quʾran 83:1-38 to 114:1-6.

ASH 031872

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1446   Tape 1446. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. A speaker answers questions regarding multiple topics such as Mohammed's way of praying.

Side B. Continuation to side A. The same speaker answers questions on religious issues.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1447   Tape 1447. Recitation from the Qurʾān   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Recitation of the Qu'ran 25:63-77 and 26:1-51.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1448   Tape 1448. Islamic songs          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Islamic songs celebrating God's love and its meaning.

Side B. Islamic songs on multiple topics.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1449   Tape 1449. Multiple topics          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A. Many speakers give lecture on multiple topics such as ethics of supplication.

Side B. Continuation to side A.

Preservation masters
*2 computer files (WAV)*

ASH 031873

Tape 1449. Multiple topics

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

1450    Tape 1450. Lecture on Islam                               Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Side A: Lecture on Islam. [Recording cuts off.]

Side B: Continuation of Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1451    Tape 1451. Q&A session                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The recording is faint and audio is unintelligible. Side A 31:18 min. Side B 31:18 min.

Side A: A recording of a Q&A session. There is an overlap of another recording and the audio is unintelligible.

Side B: A recording of a Q&A session. There is an overlap of another recording and the audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1452    Tape 1452. A speech on Jihad                         Circa 1981-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 1:45 min. Side B 45:02 min.

Side A: A speaker recites verses from the Qur'ān and a Hadith about fighting the non believers.

Side B: A recording of a speech about people who are affiliated with Jihadist groups in Egypt and who have been killed in confrontations with the Egyptian government.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1453    Tape 1453. Sermons about martyr and sincerity in worship       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Case 1:03-md-01570-GBD-SN   Document 2989-8   Filed 08/10/15   Page 446 of 461
Tape 1453. Sermons about martyr and sincerity in worship                    Islamic fundamentalist audio recordings
collection
MS 1880 - Page 445

| Box | Description | Date(s) |
|---|---|---|

Comments: Side A 23:44 min. Side B 22:50 min.

Side A: A speaker gives a sermon ion which he talks about the definition of martyr in the Islamic perspective, the virtues of martyrdom, and the prominent place of martyr in Islam. The speaker cites and interprets Hadiths about martyr.

Side B: The same speaker gives another sermon in which he cites and interprets Hadiths and talks about sincerity to God in worship.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1454   Tape 1454. A lecture on faith and the oneness of God   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 47:50 min. Side B 47:13 min.

Side A: A recording of a lecture on faith and the oneness of God in which the lecturer explains these concepts in the viewpoint of ahl al-Sunnah wa-al-Jamāʻah. Audio becomes unintelligible after overlapping with another recording.

Side B: The same speaker explains the faith concept in the view point of ahl al-Sunnah wa-al-Jamāʻah and other Islamic denominations such as al-Ashāʻirah. Audio becomes unintelligible after overlapping with another recording.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1455   Tape 1455. Q&A session   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Background noise about audio is intelligible. Side A 32:23 min. Side B 31:52 min.

Side A: A speaker answers questions about different jurisprudential issues such as mixed-sex education, praying, defecating, and the interpretation of the Qurʾān by Sayyid Quṭb.

Side B: The same speaker talks about unity and preparedness to face enemies of Islam. The speaker believes that Israel and secularism are the greatest enemies of Islam.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1456   Tape 1456. A sermon on Abū Hurayrah   Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 44:41min. Side B 43:50 min.

ASH 031875

Tape 1456. A sermon on Abū Hurayrah

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A speaker gives a sermon in which he tells stories about Abū Hurayrah's companionship of the prophet Muḥammad.

Side B: The same speaker tells more stories about Abū Hurayrah's and a number of Hadiths narrated by him. From 29:14 a recording of a preaching about committing sins and death.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1457   Tape 1457. Interpretation of Hadiths                                                    Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:55 min. Side B 31:47 min.

Side A: A recording of a sermon in which a speaker interprets a number of Hadiths about good deeds, honesty, and the way to go to Paradise.

Side B: The same speaker interprets more Hadiths about good deeds, honesty, and the way to go to Paradise. From 24:08 a recitation from the Qurʾān of Sura al-Qiyāmah 1-35.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1458   Tape 1458. A recitation from the Qurʾān and a sound of gunfire                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 5:47 min.

Side A: A recording of a sound of gunfire from light weapons. From 3:46 a recitation from the Qurʾān of Sura al-Tawbah 46-51.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1459   Tape 1459. Anthems on Jihad                                                             Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio quality is poor. Side A 12:03 min. Side B 5:08 min.

Side A: A recording of anthems on Jihad. The audio quality is poor and is unintelligible on most parts of side A.

Side B: A recording of anthems on Jihad and recitations of various verses from the Qurʾān.

Preservation masters
*2 computer files (WAV)*

ASH 031876

Tape 1459. Anthems on Jihad

| Box | Description | Date(s) |
|---|---|---|

Use copies
*2 computer files (MP4)*

**1460**  Tape 1460. Q&A session          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Audio is not completely intelligible. Side A 46:52 min. Side B 47:00 min.

Side A: A recording of a speaker who answers questions about the conflict between different Palestinians factions and Israel. Audio is not completely intelligible.

Side B: The same speaker answers questions about Egypt and Afghanistan. Audio is not completely intelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1461**  Tape 1461. A recording in unknown language          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 26:48 min.

Side A: A recording in unknown language.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

**1462**  Tape 1462. A recording of religious anthems          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 24:42 min. Side B 23:05 min.

Side A: A recording of various religious anthems.

Side B: A recording of various religious anthems.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1464**  Tape 1464. A sermon on the Qurʾān as a source of legislation          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 32:01min. Side B 31:48 min.

| Box | Description | Date(s) |
|-----|-------------|---------|

Side A: A recording of a sermon on the Qurʾān in which a speaker reviews Qurʾānic texts about the importance of the Qurʾān being the major source of legislation in Islam.

Side B: The same speaker reviews and explains some legislative issues with reference to the Qurʾān such as marriage and its conditions in the Islamic law.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1465  Tape 1465. A sermon about the Prophet's companions          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 34:22 min. Side B 44:11 min.

Side A: A speaker gives a sermon on the Prophet's companions in which he tells stories about their faith and commitment to the Prophet's orders.

Side B: Duplicate of Side A.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1467  Tape 1467. The interpretation of Sura Yūsuf          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 36:19 min. Side B 35:52 min.

Side A: A recording of sermon in which a speaker recites and interprets verses of Sura Yūsuf.

Side B: The same speaker recites and interprets more verses of Sura Yūsuf.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1468  Tape 1468. A sermon about the migration of the prophet Muḥammad          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 30:37 min. Side B 30:43 min.

Side A: A speaker gives a sermon in which he talks about the start of using the Hijrī calendar in the reign of ʿUmar ibn al-Khaṭṭāb. The speaker talks about the reasons of, accompanying events, and consequences of migration of the Prophet from Makkah to al-Madīnah al-Munawwarah.

Side B: The same speaker talks about the reception of the people of al-Madīnah al-Munawwarah to the Prophet when he arrived there. From 2:34 a recording of another sermon by another speaker about ruling in accordance with the Islamic laws derived from the Qurʾān.

ASH 031878

Tape 1468. A sermon about the migration of the prophet Muḥammad

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1469   Tape 1469. A recitation from the Qurʾān                                       Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 31:03 min. Side B 31:00 min.

Side A: A recording of a recitation from the Qurʾān of Sura al-Kahf 1-110.

Side B: A recitation from the Qurʾān from verse 2 of Sura Sajdah to verse 59 of Sura al-Dukhān.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1470   Tape 1470. A speech about Jihad and marriage                                  2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 39:35 min. Side B 43:14 min.

Side A: A speaker recites and interprets verses from the Qurʾān about marriage. The speaker believes that Jihad is individual duty and recites and interprets verses from the Qurʾān about Jihad.

Side B: The same speaker tells stories about some of the Muslim conquests and some Islamic figures from the Prophet's companions who had been involved in these conquests.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1471   Tape 1471. Hadiths and religious anthems                                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:21min. Side B 46:11min.

Side A: A recording of various and discontinued Hadiths about the veil and the advisory opinion of Muḥammad ibn Ṣāliḥ al-ʿUthaymīn about Niqāb.

Side B: A recording of religious anthems.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031879

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 450

| Box | Description | Date(s) |
|-----|-------------|---------|
| 1472 | Tape 1472 | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:28 min. Side B 31:50 min.

Side A: Recording is faint and audio is unintelligible.

Side B: Recording is faint and audio is unintelligible.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1473 | Tape 1473. A recitation from the Qurʼān | Circa 1965-2000 |
|------|------|------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 29:46 min. Side B 29:42 min.

Side A: A recording of a recitation from the Qurʼān from verse1 of Sura al-Raḥmān to verse 5 of Sura Luqmān.

Side B: A recording of a recitation from the Qurʼān from verse 10 of Sura Ghāfir to verse 19 of Sura al-Infiṭār.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1474 | Tape 1474. A speech and a sermon about Jihad | Circa 1965-2000 |
|------|------|------|

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 37:59 min. Side B 45:35 min.

Side A: A recording of a speaker who talks about the importance of Jihad in the dissemination of Islam and to establish the Caliphate state. The speaker tells stories about the role of Saʻd ibn Abī Waqqāṣ in leading the Muslim army in the reign of ʻUmar ibn al-Khaṭṭāb.

Side B: A recording of a sermon about Jihad in which a speaker tells stories about the Prophet's companions and recites and interprets verses from the Qurʼān about Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1475 | Tape 1475. A recitation from the Qurʼān | Circa 1965-2000 |
|------|------|------|

*1 audiocassette*
Arabic

Summary (English)

| Box | Description | Date(s) |
|---|---|---|
| | Comments: Side A 4:44 min. | |

Side A: A recording of a recitation from the Qurʾān of Surat al-Fātiḥah 1-7 and al-Baqarah 1-10.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1477 | Tape 1477. A sermon about clerics | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 42:42 min. Side B 42:32 min.

Side A: The same speaker tells stories about Salafi clerics in various stages of history and their anti-government attitudes.

Side B: A speaker gives a sermon in which he tells stories about the stature of the Salafi clerics and believes they should be given glorifying and reverence and should not be criticized.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1478 | Tape 1478. A recitation from the Qurʾān and a supplication | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 43:13 min. Side B 43:23 min.

Side A: A recording of a supplication from a congregational prayer.

Side B: A recording of a recitation from the Qurʾān from verses 1 of Sura al-Nabaʾ to verse 5 of Sura al-Masad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1479 | Tape 1479. Interpretation of a Hadith | Circa 1965-2000 |

*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 47:08 min. Side B 47:12 min.

Side A: The same speaker continues the interpretation of the Hadith and reviews a number of advisory opinions of ibn Taymīyah.

Side B: A recording of a sermon in which a speaker interprets a Hadith from Ṣaḥīḥ Muslim about committing sins, repentance, and forgiveness.

ASH 031881

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1480**   Tape 1480. A sermon about death                                 Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 46:53 min. Side B 43:17 min. Speaker: Sa'd ibn 'Abd Allāh al-Burayk.

Side A: The speaker recites verses from the Qur'ān and Hadiths about death and urges for adherence to religious duties, avoiding committing sins, and repentance.

Side B: The speaker talks about usury and its punishment. The speaker answers questions from the audience about different issues such as shaving the beard and alms giving (Zakāt). The speaker asks for fundraising Mujahideen in Bosnia.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1481**   Tape 1481. A dialogue in English language                         Circa 1965-2000
*1 audiocassette*
English

Summary (English)

Comments: The language used is English. Side A 17:34 min. Side B 14:53 min.

Side A: A recording of a dialogue in English language. It is stated in the recording that all rights reserved for Hainley and Hainley, Boston, MA, USA.

Side B: A recording of a dialogue in English language. It is stated in the recording that all rights reserved for Hainley and Hainley, Boston, MA, USA.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

**1482**   Tape 1482. Multiple topics                                        Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Background noise and audio quality is poor. Side A 25:26 min. Side B 25:16 min. Speaker: The speaker is most likely 'Abd Allāh 'Azzām.

Side A: A recording of short part of a speech on Jihad. From 2:03 a congregational prayer. From 10:19 a recording of religious anthems.

Side B: A recording of a speech on Jihad in which a speaker tells stories about establishing a state which lasted for 90 years by invading and ruling areas in France, Italy, and Switzerland by some Muslim groups from Andalusia and controlling the commercial crossings in these countries.

ASH 031882

Tape 1482. Multiple topics

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 453

| Box | Description | Date(s) |
|-----|-------------|---------|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1483    Tape 1483. A sermon on Jihad                                          Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side B is actually the beginning and it continues on side A. Side A 31:13 min. Side B
31:34 min. Speaker: The speaker is most likely ʻAbd Allāh ʻAzzām.

Side A: The same speaker reads Hadiths and tells stories from the history of Islam about Jihad
and martyrdom.

Side B: A speaker gives a sermon on Jihad in which he recites and interprets verses from the
Qurʼān about the virtues of Jihad.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1484    Tape 1484. A sermon about the Judgment Day                           Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 45:07 min.

Side A: A speaker gives a sermon about the horrors of the Judgment Day. The speaker recites
verses from the Qurʼān about torment in Hell and bliss in Paradise.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

1485    Tape 1485. A recitation from the Qurʼān                              Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:14min. Side B 28:48 min.

Side A: This side starts with a recording of a speech. The recording is faint and audio is
unintelligible. From 15:20 a recording of a recitation from the Qurʼān from verse 15 of Sura al-
Takwīr to verse 7 of Sura al-Ṭāriq.

Side B: A recording of a recitation from the Qurʼān from verse 17 of Sura al-Aʻlā to verse 3 of
Sura al-Kāfirūn.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

Tape 1486. A lecture about intercession

Islamic fundamentalist audio recordings
collection
MS 1880 - Page 454

| Box | Description | Date(s) |
|---|---|---|
| 1486 | Tape 1486. A lecture about intercession<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 47:52 min. Side B 21:54 min.

Side A: A speaker gives a sermon in which he explains the intercession in Islam reference to the Qurʾān, Hadith, and the opinion of a number of Salafi scholars.

Side B: The same speaker explains the intercession in Islam reference to the Qurʾān, Hadith, and the opinion of a number of Salafi scholars.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1487 | Tape 1487<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 46:23 min.

Side A: Recording is faint and audio is unintelligible.

Preservation masters
*1 computer file (WAV)*

Use copies
*1 computer file (MP4)*

| 1488 | Tape 1488. A congregational prayer<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 41:27 min. Side B 40:29 min.

Side A: A recording of a congregational prayer which includes recitation from the Qurʾān of Surat al-Fātiḥah 1-7 and al-Baqarah 1-141.

Side B: A recording of a congregational prayer which includes recitation from the Qurʾān of Sura al-Baqarah 135-248.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| 1489 | Tape 1489. Poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Background noise but audio is intelligible. Side A 28:55 min. Side B 28:52 min.

Side A: A recording of speakers who reads poems about repentance.

ASH 031884

| Box | Description | Date(s) |
|---|---|---|

Side B: A recording of speakers who reads poems about repentance.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1490 — Tape 1490. A speech about Jihad and a sermon about the Iraqi occupation of Kuwait — Circa 1990-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: The language used is modern standard Arabic and Egyptian dialect. Side A 45:32 min. Side B 48:13 min. Speaker: one of the speakers is ʿAbd al-ʿAzīz ibn Bāz.

Side A: A recording of a speaker who talks about Jihad and asks the people of Saudi Arabia and Yemen to fight in all possible ways the American existence in the Arab Peninsula. From 24:24 a recording of part of a conference in which many speakers including ʿAbd al-ʿAzīz ibn Bāz and Jād al-Ḥaqq (the grand sheikh of al-Azhar) talk about the Iraqi occupation of Kuwait.

Side B: A recording of a speaker who recites and interprets verses from the Qurʾān about the legitimate definition of the ruler.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1491 — Tape 1491. Anthems on Jihad — 1999
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 23:50 min. Side B 24:40 min.

Side A: A recording of several speakers who chant anthems about warfare, Jihad, and martyrdom in Afghanistan.

Side B: The same speakers chant anthems about warfare, Jihad, and martyrdom in Afghanistan.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1494 — Tape 1494. A sermon about laughing and crying — Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 22:53 min. Side B 23:02 min.

Side A: A speaker talks about laughing and tells stories about the Prophet's laughter in certain situations. The speaker believes that chuckling is forbidden in Islam based on Hadīths narrated in the books of some Salafi scholars such as Aḥmad ibn Ḥanbal.

ASH 031885

Tape 1494. A sermon about laughing and crying

| Box | Description | Date(s) |
|-----|-------------|---------|

Side B: The same speaker talks about crying and tells stories about crying of the Prophet's companions in certain situations. The speaker reviews Hadiths narrated in the books of some Salafi scholars. From 20:38 a recitation from the Qurʾān of Sura Qāf 19-31.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1495 | Tape 1495. A sermon on faith<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: Side A 45:33 min. Side B 45:24 min.

Side A: A speaker talks about the faith in God and its definition according to the Islamic perspective. The speaker recites and interprets many verses from the Qurʾān about faith.

Side A: A speaker talks about the faith in God and its definition according to the Islamic perspective. The speaker recites and interprets many verses from the Qurʾān about faith.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1496 | Tape 1496. A poetry reading<br>*1 audiocassette*<br>Arabic | Circa 1994-2000 |

Summary (English)

Comments: Audio quality is poor but intelligible. Side A 46:58 min. Side B 46:51min.

Side A: A recording of a poetry reading in which several speakers read poems about martyr and in praise of Salmān al-ʿAwdah.

Side B: The speakers read poems about Jihad and in praise of Salmān al-ʿAwdah.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

| | | |
|---|---|---|
| 1497 | Tape 1497. Multiple topics<br>*1 audiocassette*<br>Arabic | Circa 1965-2000 |

Summary (English)

Comments: The language used is modern standard Arabic and the Gulf dialect. Side A 42:37 min. Side B 44:56 min.

Side A: The recording is faint and audio is unintelligible. From 20:30 a recording of religious anthems.

Side B: A recording of a sermon in which a speaker talks about ʿUmar ibn ʿAbd al-ʿAzīz and tells stories about his piety and fairness.

ASH 031886

Tape 1497. Multiple topics

| Box | Description | Date(s) |
|---|---|---|

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1498   Tape 1498. Multiple topics                                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 30:56 min. Side B 31:32 min.

Side A: A recording of a speaker who to talks in unknown language. The recording includes recitation of various verses from the Qurʾān.

Side B: A recording of a recitation from the Qurʾān of Sura Saba' 1-46. From 14:50 a recording of a speaker who talks in unknown language.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1499   Tape 1499. Interpretation of Hadiths                      Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 21:32 min. Side B 21:33 min.

Side A: A speaker gives a sermon in which he reviews and interprets Hadiths from Ṣaḥīḥ al-Bukhārī.

Side B: The same speaker re views and interprets more Hadiths from Ṣaḥīḥ al-Bukhārī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

1500   Tape 1500. A sermon about loyalty to Islam                Circa 1965-2000
*1 audiocassette*
Arabic

Summary (English)

Comments: Side A 36:57min. Side B 36:47min. Speaker: ʿAbd al-Wahhāb ibn Nāṣir al-Ṭurayrī.

Side A: The speaker gives a sermon in which he talks about investing human resources and capacities to serve the Islamic religion. The speaker tells stories about the role of the Prophet's companions such as Abū Dharr al-Ghifārī in serving Islam in its beginnings.

Side B: The same speaker talks about loyalty to Islam and tells stories about the loyalty of a number of the Prophet's companions such as Kaʿb ibn Mālik and Abī Miḥjan al-Thaqafī.

Preservation masters
*2 computer files (WAV)*

Use copies
*2 computer files (MP4)*

ASH 031887

| Box | Description | Date(s) |
|---|---|---|

**1501**   Tape 1501. Religious anthems       Circa 1965-2000
*1 audiocassette*
Arabic

    Summary (English)

    Comments: Audio quality is very poor. Side A 27:34 min. Side B 26:23 min.

    Side A: A recording of religious anthems.

    Side B: A recording of religious anthems.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

**1502**   Tape 1502. A recording of anthems       Circa 1965-2000
*1 audiocassette*
Arabic

    Summary (English)

    Comments: Audio quality is very poor. Side A 45:25 min. Side B 47:33 min.

    Side A: Various and discontinued recordings of speakers who chant anthems about loyalty to Ḥamās, warfare, and revolution.

    Side B: A recording of speakers who chant anthems about warfare and Jihad.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

**1503**   Tape 1503. Unknown language       Circa 1965-2000
*1 audiocassette*

    Summary (English)

    Comments: Side A 25:36 min. Side B 24:36 min.

    Side A: A recording of speakers who talk in an unknown language.

    Side B: A recording of speakers who talk in an unknown language.

    Preservation masters
    *2 computer files (WAV)*

    Use copies
    *2 computer files (MP4)*

**1504**   Associated material       Circa 1965-2000
Arabic

    Associated materials consists of original inserts (unsorted and not identified with tape number) and photocopies of audiocassettes.

ASH 031888

## General note

This collection was described and digitized through the generous support of the Arcadia Foundation.

ASH 031889

## Access Terms

Islam and politics.
Islamic fundamentalism.
Islamic sermons, Arabic.
Jihad.
Afghanistan--Politics and government.
Audiotapes.

ASH 031890