# EXHIBIT P

Tareekh, AlMusadat 41

(Translator's note: The following page contains 3 paragraphs, 2 of which are signed)

Association of Saudi Red Crescent
Peshawar
Phone 41488 - 74264

Brother Abu Al Ridha
God Protect you
Peace be with you and God's Forgiveness and Blessings

I wish that all weapons we have in MiranShah be inventoried, and establishing Ahmad's front we want it to be a permanent base for us.

Signature unclear

Saudi Red Crescent for Afghan Refugees in Pakistan Peshawar
Tele:74264/41488

Brother Abu Al Hasan we have an extreme need for weapons so I urge that you not provide them with more than 25% of the existing weapons and Peace

Signed
Osama Bin Laden
7/22/08 H (Hijri calendar)

Tareekh, AlMusadat 41a

1- Brother Abu Osama God Protect Him
Peace be with you
It is advised handing brother Ahmad more of the Seminovs and R.P.G., medium mortar, heavy Goryunov.

D:/SINGLECD/TAREEKHALMUSADAT868788/43/TareeKh, AlMusadat, 86,87,88 - 41 Page 1

جمعية الهلال الأحمر السعودي
بشاور
تلفون ٧٤٣٧٤ - ٤١٤٨٨

[illegible]

السلام عليكم ورحمة الله وبركاته

[illegible]

Saudi Red Crescent for Afghan Refugees Pakistan Peshawar Tele: [illegible]

الأخ أبو الحسن نحن بحاجة ماسة لها للأسلحة فأرجو أن لا يتجاوز
إمدادهم بأكثر من ٢٥٪ من الموجود والسلام

٢٢/٧/٠٨هـ

BOS000155

ASH001008