# EXHIBIT T

**AUDI RED CRESCENT**
FOR AFGHAN REFUGEES
IN PAKISTAN
P.O.Box 347
PESHAWAR
Tele: 42207 / 41488



بسم الله الرحمن الرحيم

جمعية الهلال الاحمر السعودي
للمهاجرين الافغان
المركز الرئيسي
ص ب رقم ٣٤٧
بشــاور
تلفون ٤٢٢٠٧ـ ٤١٤٨٨

D.O.No 3074
Dated 2-10-1988.

My dear Khattak Sahib!

Assalamoalaikum Wa Rehmatullah Wa Barakatuhu!

I am enclosing herewith a formal request of Lajnat Al Bir Al Islamiah of the World Assembly of Muslim Youth ( WAMY ) to be registered as Voluntery Agency by SAFRAN for Afghan Refugees in N.W.F.P. Peshawar.

Being well aware of its goals and extra ordinary achievements which WAMY has been performing for Muslim Ummah since 1972, I strongly recommend and request to kindly use your good offices to help this society in getting Registration from Govt of Pakistan at earliest in the interest of Muslim Ummah as well as Afghan Refugees.

With best regards!

Sincerely yours

( ET H. . . a . . . )
President

g ( Rtd) Fahimullah Khattak.
Commissioner,
for Refugees, N.W.F.P.
Peshawar

A- Above

CONFIDENTIAL                                                                                                       WAMYSA063930

Office of the
Commissioner Afghan Refugees,
NWFP, Peshawar.

No.CAR/Dev:-189/ 1807 4

Dated Peshawar the 25/5/1989.

To,

The President
Saudi Red Cresent
P.O. Box 347,
Peshawar.

Subject:- REGISTRATION OF LAJNAT AL-BIRR AL-ISLAMIAH.

Memo:-

Reference your letter No.3274 dated the 2-10-1988.

It is to inform you that the Government of Pakistan in States and Frontier Regions, Islamabad have regretted its in-ability to accord it approval to the proposal of Lajnat-Al-Birr Al-Islamiah.

( SAEED AHMAD AKHTAR )
Additional Commissioner (R)
Afghan Refugees, NWFP; Pesh:

No.CAR/Dev:-189/_____ Dated _____/5/1989.

Copy forwarded for information to :-

1. Deputy Commissioner (R) Afghan Refugees Peshawar.

2. Project Director (Health) Afghan Refugees Peshawar.

Sd/-
( SAEED AHMAD AKHTAR )
Additional Commissioner (R)
Afghan Refugees, NWFP; Pesh:

CONFIDENTIAL                                                                                                  WAMYSA063931