# EXHIBIT V

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121)*

Number 1, خ:ش (*The Arabic characters Khaa and Sheen*)

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1.  A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

———————————————————————The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2.  The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3.  The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4.  The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

5. All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

6. That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

7. In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

8. Assigning a car to secure what the brothers need at the front.

9. After these *(follow)* the steps that are mentioned in Adel's paper which you have

(text continues in document **TAREEKHOSAMA/49/Tareekh Osama.121a**)

ASH000926
BOS000023

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/49/Tareekh Osama.121a**, continuation of document **TAREEKHOSAMA/49/Tareekh Osama.121**)*

10. I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

11. To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

12. I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear)*.

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you          .18952410

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this)*.

Your brother

BOS000024

ASH000927

Abu Anees

*(signature)*

BOS000025

ASH000928

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية

No
Date

الرقم
التاريخ

① الأخ الفاضل لقاء الكرام ابو بهاء - د/ عبد الله صبحت / الشيخ عبد المجيد زندان
مع صادق الحب

دستج أوصيكم واستغفر المسؤولية أمام الله ورسوله وصحبه ليبا حرالعلم

② بعث - اعطائنا اجازة ضرورة المرور ودفاعا علينا علاج بجوها

للشكر سر يجتمع بجيتشم راكر لترتيبه مريد للماكاتب
دما تطلب العمليات دامد لكرى هناك حيهات ملتنا لسفر اهل بدون

② فريق ستلوه اسريح مرجعه مراوحة وتكون البوت حاضرة
للنديب ولذي جالبه يؤدى عكم تحدث

② يتم نقل ابو جزة رأسا الى ميران سلام ذلك النظر المتوجه جانبا

② الموتة الزيت وتسلم بجاسم إرسالم أج آر ابوست يا إرا

② جميع اجازات العمرة يحتط بها إبناء المؤسسات الغربية وهم تضاف الأرجلة
فقضيح واحد لضبط السيارات أو أن سياستك عمل

② امرو بحفظ الجوازات في الحال لسعودي نخبه لطلب ابوالحد درسعودي
وتقبير المدير

② نو جوست عم نواجه ابو نميرة يشاب . الكل والجيش غير دراكر
اميرة سلم نخذ السول وسريت شيم سطرة

② ولم سباكم نقوم تأمير بالبرز الاهز في الببه

② بعد ذلك المطوات المذكور في رأيك عادل لن مكك

Kindly quote reference number and date in your reply
Phone: 41306 Cable:Rubixa, Peshawar. Telex:57779 3104-PK P.O.Box 951

(٩) اوصي جميع بـ تأثر على الناس بالحلم والرفق والحنان
وبالصبر وعدم الضغط عليه او هزه لذا الرجعي عنه مربياً للمسؤولين بالحياة
فبذلك يختار الدعوة الى ما يساندهم ريكون أئمة وادلة
ونذوب اعرائهم لدينهم

(١١) المظنى أو الدعوة بين ليس كل من يتقرب الملت من المنادين
لذا لبعوث تصنف بزاعياأ ومدى تحملها المسؤلية
تعلقت بالمنشاة