# EXHIBIT AA



Currently released so far...
251287 / 251,287

### Articles

Brazil
Sri Lanka
United Kingdom
Sweden
Global
United States
Latin America
Egypt
Jordan
Yemen
Thailand

### Browse latest releases

2011/08

### Browse by creation date

66 72 73 75 78 79 85 86
87 88 89 90 91 92 93 94
95 96 97 98 99 00 01 02
03 04 05 06 07 08 09 10

### Browse by origin

A B C D F G H I
J K L M N O P Q
R S T U V W Y Z

### Browse by tag

A B C D E F G H
I J K L M N O P
Q R S T U V W X
Y Z

### Browse by classification

CONFIDENTIAL
CONFIDENTIAL//NOFORN
SECRET
SECRET//NOFORN
UNCLASSIFIED
UNCLASSIFIED//FOR

## Viewing cable 06ZAGREB1304, TERRORIST FINANCE - CROATIA FREEZES ACCOUNT OF TWO

If you are new to these pages, please read an introduction on the structure of a cable as well as how to discuss them with others. See also the FAQs

### Understanding cables

Every cable message consists of three parts:

- The top box shows each cables unique reference number, when and by whom it originally was sent, and what its initial classification was.
- The middle box contains the header information that is associated with the cable. It includes information about the receiver(s) as well as a general subject.
- The bottom box presents the body of the cable. The opening can contain a more specific subject, references to other cables (browse by origin to find them) or additional comment. This is followed by the main contents of the cable: a summary, a collection of specific topics and a comment section.

To understand the justification used for the classification of each cable, please use this WikiSource article as reference.

### Discussing cables

If you find meaningful or important information in a cable, please link directly to its unique reference number. Linking to a specific paragraph in the body of a cable is also possible by copying the appropriate link (to be found at theparagraph symbol). Please mark messages for social networking services like Twitter with the hash tags **#cablegate** and a hash containing the reference ID e.g. **#06ZAGREB1304**.

| Reference ID | Created | Released | Classification | Origin |
|---|---|---|---|---|
| 06ZAGREB1304 | 2006-10-27 07:25 | 2011-08-30 01:44 | CONFIDENTIAL | Embassy Zagreb |

```
VZCZCXRO1904
RR RUEHDBU RUEHFL RUEHKW RUEHLA RUEHROV RUEHSR
DE RUEHVB #1304 3000725
ZNY CCCCC ZZH
R 270725Z OCT 06
FM AMEMBASSY ZAGREB
TO RUEHC/SECSTATE WASHDC 6847
RUEATRS/DEPT OF TREASURY WASHDC
INFO RUEHZL/EUROPEAN POLITICAL COLLECTIVE
RUCNDT/USMISSION USUN NEW YORK 0035
```

```
C O N F I D E N T I A L ZAGREB 001304

SIPDIS

SIPDIS

TREASURY FOR OFAC

E.O. 12958: DECL: 10/25/2016
TAGS: EFIN PTER ETTC KTFN HR
SUBJECT: TERRORIST FINANCE - CROATIA FREEZES ACCOUNT OF TWO
ON 1267 LIST

Classified By: Econ Officer Nicholas Berliner for reasons 1.4 b/d.

¶1. (C) Croatia's Financial Intelligence Unit (FIU) froze an
account of two 1267 designated individuals on May 2, 2006.
The account owner was Wael Hamza Julaidan and the co-signer
Chafiq Ayadi.  According to information shared by the FIU,
this account was opened in 1992 and was used through the end
of 1993.  There have been no transactions on the account
since that time, other than interest accrual and account
fees. The FIU picked up the account on Ayadi's name as the
```

OFFICIAL USE ONLY

**Community resources**

Follow us on Twitter
Check our Reddit
Twitter this
Digg this page
Contact us on IRC

*courage is contagious*

co-signer. The spelling provided for Julaidan was a slightly different variant, Wael Hamzah A. Jelaidan.

¶2. (C) Comment: The FIU in Croatia relies on its cooperation with the commercial banks. Our contacts characterized this as an old account that was missed in previous vetting and were quick to point out that it contained a small sum and had not been active even at the time of the designation of its holders. Nevertheless, this points up the difficulties the FIU faces. Its small staff contains very few people with the specialized knowledge required for the work it does. This situation is exacerbated by a high attrition rate, as government salaries in Croatia are simply not competitive with the private sector, particularly in finance. End Comment.

¶3. (SBU) Account Details:
Bank: Privredna Banka Zagreb
Acc. No: [redacted]-[redacted]1961
Date Open[redacted]m[redacted]er 1992 - active until late 1993
Acc. Holder: Wael Hamza Julaidan (Wael Hamzah A. Jelaidan - variant provided by FIU)
Cosignatory Chafiq Ayadi
Balance: USD 6,468.56; EUR 6,870.69
Date Frozen by FIU: 2 May 2006
Date Frozen by Court: 3 May 2006

BRADTKE