# EXHIBIT BB

بسم الله الرحمن الرحيم

# Muslim World League

Peshawar - Pakistan

Ref. **SH, 59, MWL**
Date **24-11-93**
Encl. _____




رابطة العالم الإسلامي

بيشاور - باكستان

الرقم _____
التاريخ _____
المرفقات _____

The Deputy Commissioner,
District Peshawar.

Subject: **INTRODUCTORY LETTER FOR MUWAFAQ INTERNATIONAL FOUNDATION, ISLAMABAD.**

Dear Sir,

It is to inform you with great pleasure that Muwafaq International Foundation is completely a charitable, nongovernmental organization, with its headquarter registered in Channel Island, England. It has several branches in different parts of the world including Sudan, Lebanon, Karoatia, USA, and Afghanistan. The local regional office of the foundation for Asia was set up in Pakistan and was registered on Nov 26,1992 however, the Foundation commenced its activities since July 1991.

The financial support for this organization is being provided by the donations received by some philanthropists, mainly from Saudi Arabia Middle east and some other Muslim countries.

The ultimate objectives of organization include:

1- To execute projects for the relief and rehabilitation of public at large and those suffering from natural disasters like earth quakes, floods etc. wars and famine.

2- To provide technical guidance and education by establishing educational institutions and printing valuable books, tapes and other publications.

3- To execute Agro-based, and health oriented projects for the rehabilitation of people of war affected areas.

---

Kindly quote reference number and date in your reply    عند الإجابة يرجى الإشارة إلى الرقم والتاريخ

phone:43328-42466 Fax.840421 Cable: Radita,Peshawar P.O.box(951) برقيا رابطة بيشاور (٩٥١) ص.ب . ٨٤٠٤٢١ فاكس ٤٢٤٦٦-٤٣٣٢٨ هاتف

بسم الله الرحمن الرحيم

**Muslim World League**

Peshawar - Pakistan

Ref. _____
Date _____
Encl. _____



رابطة العالم الإسلامي

بيشاور - باكستان

الرقم _____
التاريخ _____
المرفقات _____

Some of the projects, which the organization has established include:
1 - Orphanage project.
2 - Flood relief project.
3 - Aftar Saa'im project.
4 - Qurbani project.
5 - Mobile Health Clinics.
6 - High Institute of Islamic Education.
7 - Jalal abad Imam courses and teachers training project.
8 - Quranic centers.
9 - Middle school for girls.
10 - Mussaab-Bin-Umair School.
11 - Muwafaq International School.

I hope you will provide them full help and assistance in running their projects successfully.

Any clarification from your side will always be welcomed.

Thanking you!

Wa'el Hamzah Jeliadan,
Director General,
Muslim World League,
Islamabad, Pakistan.

---

Kindly quote reference number and date in your reply   عند الاجابة يرجى الاشارة إلى الرقم والتاريخ

phone:43328-42466 Fax.840421 Cable: Radita,Peshawar P.O.box(951)   هاتف ٤٣٣٢٨-٤٢٤٦٦ فاكس ٨٤٠٤٢١ . ص.ب(٩٥١) برقيا رابطة بيشاور

KADI0086534