# EXHIBIT CC

SIDAT HYDER ASLAM & CO.
Chartered Accountants
Representing the Arthur Andersen worldwide organisation in Pakistan

# MUWAFAQ FOUNDATION

## ACCOUNTS FOR THE PERIOD ENDED 31 DECEMBER 1992

### TABLE OF CONTENTS

1. LETTER

2. AUDITORS' REPORT TO THE BOARD OF DIRECTORS

3. STATEMENT OF AFFAIRS AS AT 31 DECEMBER 1992

4. MANAGEMENT LETTER

KAD 0051059

SIDAT HYDER
ASLAM & CO

IA/0038/93
18 May 1993

Chartered Accountants

The Chairman
Muwafaq Foundation
Jeddah
Kingdom of Saudi Arabia

2nd Floor, Nasr Chambers,
Block 19, Markaz F-7,
Islamabad
92 051 813117/818230/821841 Tel
92 051 826793 Fax

Dear Sir

Representing the Arthur Andersen
worldwide organisation in Pakistan

## MUWAFAQ FOUNDATION - PAKISTAN
## ACCOUNTS FOR THE PERIOD ENDED 31 DECEMBER 1992

We are pleased to enclose five copies of the accounts of MUWAFAQ FOUNDATION (the Foundation) for the period ended 31 December 1992. Our examination of the books of account was based on International Standards on Auditing as adopted in Pakistan and accordingly included such tests and techniques as we considered necessary under the circumstances to perform substantive audit testing.

2. During the course of our verification we have observed certain matters requiring management's attention which are given in the ensuing paragraphs.

3. RECEIPTS

3.1 The receipts of funds for the activities of the Foundation have been verified from the bank statements provided to us. Although all the receipts have been taken into the books of account there are certain receipts the source of which, in the absence of any documentary evidence, could not be ascertained for the purpose of tracing or matching.

Principal Office : Al-Farid Centre, Maulvi Tamizuddin Khan Road, Karachi-75530 Pakistan
Tel: 92 21 5683259/5686830-31/5686865-66 Telex: 24600 Omega PK Fax: 92 21 568:965/5682680

KADI0051060

SIDAT HYDER ASLAM & CO
Chartered Accountants

Representing the Arthur Andersen worldwide organisation in Pakistan

- 6 -

## 11. OPENING BALANCES

Although we understand that the Foundation has been in operation before the period which is covered by these accounts, there is no record of opening balances which are to be incorporated for the preparation of these accounts. Only one balance of a bank account is ascertainable from the bank statements which has been treated as current year receipts which more appropriately represents part of the previous periods excess of receipts over expenses.

We hope that the above receives the attention of the management. We take the opportunity to place on record our appreciation of the co-operation and courtesy extended to us during the course of our assignment.

Yours faithfully
For Sidat Hyder Aslam & Co.

(SHIBLI ISLAM REHAN)
Senior Manager

Encls.

KAD;0051081

SIDAT HYDER
ASLAM & CO.

Chartered Accountants

Representing the Arthur Andersen
worldwide organisation in Pakistan

## AUDITORS' REPORT TO THE BOARD OF DIRECTORS

1. We have audited the annexed Statement of Affairs of MUWAFAQ FOUNDATION as at 31 December 1992, together with the notes forming part thereof, prepared on cash receipts and disbursement basis. Our examination was made in accordance with the International Standards on Auditing as adopted in Pakistan and included such tests of the accounting records and such other auditing procedures as we considered necessary.

2. The Foundation in common with others of a similar size and organisation derives its receipts from voluntary donations in cash and in kind which cannot be fully controlled until they are entered in the accounting records and are not therefore susceptible to independent audit verification.

3. In common with many organization of similar size the Foundation's system of control is dependent upon close involvement of the Regional Director. Where independent confirmation of the completeness of the accounting records was therefore not available, we have accepted assurances from the Regional Director that all the Foundation's transactions have been reflected in the record.

4. The accompanying statement of affairs includes advances of Rs.511,444 to various employees of the Foundation for expenses being incurred. No adjustment has been made for expenses which may have been defrayed out of such advances upto the date of the accounts. Moreover, included in the Regional Office expenses are net unadjusted advances aggregating Rs.344,319 (note 9.1) which have been charged-off as current period expenditure, as desired by the management.

5. Subject to the foregoing paragraph 2 and 3 and except for the paragraph 4 in our opinion, the Statement of Affairs, together with the notes forming part thereof, gives a true and fair view of the assets and liabilities of the Foundation as on 31 December 1992 and of the surplus for the period then ended, in conformity with the International Accounting Standards as applicable in Pakistan.

ISLAMABAD:                                           CHARTERED ACCOUNTANTS

## MUWAFAQ FOUNDATION
### STATEMENT OF AFFAIRS AS AT 31 DECEMBER 1992

| | NOTE | RUPEES | US $ |
|---|---|---|---|
| **RECEIPTS** | | | |
| Donations | 3 | 16,777,000 | 621,370 |
| | | | |
| **EXPENDITURE** | | | |
| Aftaar Saaim Project | 4 | 1,160,146 | 42,968 |
| Central Asia Project | 5 | 294,934 | 10,923 |
| High Institute of Islamic Training | 6 | 473,557 | 17,539 |
| Muwafaq International School | | 7,330 | 271 |
| Orphanages | 7 | 64,809 | 2,400 |
| Flood Relief Project | 8 | 2,280,811 | 84,474 |
| Expenditure on establishment of other offices | | 325,020 | 12,038 |
| Regional Office | 9 | 1,133,956 | 41,998 |
| Depreciation | | 424,861 | 15,736 |
| Exchange (gain)/loss | | 414,309 | (3,571) |
| | | 6,579,733 | 224,778 |
| Financial assistance to Department of Research and Study | | 955,952 | 35,406 |
| | | 7,535,685 | 260,184 |
| Excess of receipts over expenditure | | 9,241,315 | 361,187 |
| | | | |
| **REPRESENTED BY** | | | |
| FIXED ASSETS - tangible | 10 | 1,752,158 | 69,072 |
| **NET CURRENT ASSETS** | | | |
| Third World Development Organization | | 20,351 | 793 |
| Loans and advances | 11 | 644,570 | 25,110 |
| Bank balances | 12 | 7,313,038 | 284,839 |
| | | 7,977,959 | 310,742 |
| **LESS: CURRENT LIABILITIES** | | | |
| Loan from Mr. Khalid Jammal | | 54,000 | 2,058 |
| Muwafaq Trading (Pvt.) Limited | | 434,802 | 16,569 |
| | | 488,802 | 18,627 |
| | | 7,489,157 | 292,115 |
| | | 9,241,315 | 361,187 |

The annexed notes form an integral part of these accounts

REGIONAL DIRECTOR                    CHAIRMAN

KAD:0051063

## MUWAFAQ FOUNDATION
### NOTES TO THE ACCOUNTS FOR THE PERIOD ENDED
### 31 DECEMBER 1992

1. **BACKGROUND AND NATURE OF OPERATIONS**

    1.1 The Muwafaq Foundation, Pakistan (the Foundation) is a branch of Muwafaq Foundation registered in Island of Jersey, Channel Islands. The local Regional Office of the Foundation for Asia was set up in Pakistan with the approval of Government of Pakistan and was registered with the Deputy Registrar of Companies, Islamabad on 26 November 1992. However, the Foundation commenced its activities since July 1991.

    1.2 The main purpose of the Regional Office in Pakistan is to
    - execute projects for the relief and rehabilitation of public at large and those suffering from natural disasters, wars, etc.
    - providing financial assistance to organisations, institutions and research centres to improve the standards of education
    - providing guidance and education by printing and distributing of books, tapes, newspapers, magazines and other publications and to present them to international organisations and philanthropists for financial assistance.

    1.3 The main source of income is donation which is collected from philanthropists mainly from Saudi Arabia and also from various other countries and the Middle East.

    1.4 The Foundation has implemented the following projects:
    - Central Asia Project
    - Orphanage Project
    - Flood Relief Project
    - Aftaar Saaim Project
    - Muwafaq International School
    - High Institute of Islamic Eduaction
    - Pesh Imam courses and teachers training Institute

## 2. SIGNIFICANT ACCOUNTING POLICIES

### 2.1 Overall valuation policy

These accounts have been prepared on the basis of historical cost convention. It is based on cash method of accounting, i.e., receipts are recognised when actually received and expenses are recognised when paid/adjusted except depreciation which is recognised in accordance with note 2.2.

### 2.2 Fixed assets and depreciation

Operating fixed assets are stated at cost less accumulated depreciation. Cost of assets received as donation is determined on the basis of management's estimation which is based on prevailing market prices.

Depreciation is charged to income applying straight line method whereby cost is written off over its estimated useful life. Full year's depreciation is charged on additions while no depreciation is charged on assets deleted.

Maintenance and normal repairs are charged to income as and when incurred. Major renewals and improvements are capitalized and the assets so replaced, if any, are retired.

Gain and losses on disposl of assets, if any, are included in income currently.

### 2.3 Foreign Currency Transactions

Receipts in foreign currencies and transfers from dollar to rupee bank accounts are converted in Pak rupees at the rate of exchange ruling at the date of transaction. All other transcations are converted in Pak rupees at a pre-determined rate. Bank and other balances are translated into Pak rupees at the rate of exchange prevailing at the balance sheet date. Exchange differences are included in income currently.

### 2.4 Revenue Recognition

Donations, including donations in kind, are recorded as and when received.

KADI0051065

|  | RUPEES | US $ |
|---|---:|---:|
| **3. RECEIPTS** | | |
| Donations in cash | 15,903,000 | 589,000 |
| Donations in kind | 874,000 | 32,370 |
| | 16,777,000 | 621,370 |
| **4. AFTAAR SAAIM PROJECT** | | |
| Peshawar | 1,010,411 | 37,423 |
| Islamabad | 122,735 | 4,546 |
| Uzbekistan | 27,000 | 1,000 |
| | 1,160,146 | 42,968 |
| **5. CENTRAL ASIA PROJECT** | | |
| Salaries and allowances | 135,410 | 5,015 |
| Travelling and hotel accomodation costs | 121,616 | 4,504 |
| Hajj assistance to students | 6,750 | 250 |
| Stationary | 17,601 | 652 |
| Communication | 6,772 | 251 |
| Miscellaneous | 6,785 | 251 |
| | 294,934 | 10,923 |
| **6. HIGH INSTITUTE OF ISLAMIC TRAINING** | | |
| Salaries and allowances | 198,827 | 7,364 |
| Travelling | 15,335 | 568 |
| Communication | 2,375 | 88 |
| Utilities | 9,258 | 343 |
| Stationary | 10,119 | 375 |
| Vehicle up-keep | 15,399 | 570 |
| Newspapers | 3,602 | 133 |
| Repair and maintenance | 12,783 | 473 |
| Mess expenses | 173,084 | 6,411 |
| Medicines | 4,658 | 173 |
| Rent | 6,000 | 222 |
| Miscellaneous | 22,117 | 819 |
| | 473,557 | 17,539 |
| **7. ORPHANAGES** | | |
| Salaries and allowances | 28,809 | 1,067 |
| House allowances | 36,000 | 1,333 |
| | 64,809 | 2,400 |

*SH?U*

|  | RUPEES | US $ |
|---|---:|---:|
| **8. FLOOD RELIEF PROJECT** | | |
| Cash distribution | 1,552,930 | 57,516 |
| Goods distribution | 60,220 | 2,230 |
| Prime Minister Relief Fund | 300,000 | 11,111 |
| Salaries and allowances | 16,000 | 593 |
| Travelling and conveyance | 103,878 | 3,847 |
| Communication | 8,851 | 328 |
| Boarding and lodging | 37,972 | 1,406 |
| Vechile up-keep | 18,345 | 679 |
| Printing and stationery | 18,243 | 676 |
| Photography | 30,601 | 1,133 |
| Entertainment | 3,476 | 129 |
| Miscellaneous | 7,647 | 283 |
| Others | 122,648 | 4,543 |
|  | 2,280,811 | 84,474 |

| **9. REGIONAL OFFICE** | | |
|---|---:|---:|
| Salaries and allowances | 309,840 | 11,476 |
| Communication | 90,486 | 3,351 |
| Travelling and conveyance | 40,461 | 1,499 |
| Repair and maintenance | 33,934 | 1,257 |
| Legal and professional charges | 87,958 | 3,258 |
| Advertisement | 9,017 | 334 |
| Printing and stationery | 7,773 | 288 |
| Vehicle up-keep | 31,961 | 1,184 |
| Entertainment | 11,326 | 419 |
| House rent | 30,048 | 1,113 |
| Donation | 10,000 | 370 |
| Office expenses | 105,509 | 3,908 |
| Miscellaneous | 21,324 | 790 |
| Unadjusted advances against projects written off  9.1 | 344,319 | 12,753 |
|  | 1,133,956 | 41,998 |

9.1 These represents outstanding advance balances against various projects, as detailed below:

| | | |
|---|---:|---:|
| - Aftaar Saaim Project | 346,539 | 12,835 |
| - Central Asia Project | 105,703 | 3,915 |
| - Orphanages | 50,000 | 1,852 |
| - Regional Office | 113,441 | 4,201 |
| - High Institute | 2,636 | 98 |
| Less: Regional Office advance, included in above | (274,000) | (10,148) |
|  | 344,319 | 12,753 |

| FIXED ASSETS | ADDITIONS DURING THE PERIOD | COST AS AT 31 DECEMBER 1992 | BOOK VALUE AS AT 31 DECEMBER 1992 | DEPRECIATION AMOUNT | (NOTE 2) |
|---|---|---|---|---|---|
| Furniture and fixture | 105,428 | 105,428 | 94,885 | 10,543 | 10 |
| Vehicles | 1,644,916 | 1,644,916 | 1,315,933 | 328,983 | 20 |
| Computers | 301,300 | 301,300 | 241,040 | 60,260 | 20 |
| Photo copiers | 86,000 | 86,000 | 68,800 | 17,200 | 20 |
| Office equipment | 39,375 | 39,375 | 31,500 | 7,875 | 20 |
| RUPEES | 2,177,019 | 2,177,019 | 1,752,158 | 424,861 | |
| US $ | 84,808 | 84,808 | 69,072 | 15,736 | |

10.1  Five vehicles costing Rs.1,259,958/- are not in the name of the Foundation.

|  | RUPEES | US $ |
|---|---|---|
| **11. LOANS AND ADVANCES** | | |
| Amir Mehdi | 92,126 | 3,589 |
| Abu Marwan | 41,000 | 1,597 |
| Advance to Investment Section | 100,000 | 3,896 |
| Orphanages | 70,000 | 2,727 |
| Regional Office | 274,000 | 10,674 |
| Muwafaq International School | 67,444 | 2,627 |
|  | 644,570 | 25,110 |
| **12. BANK BALANCES** | | |
| Current accounts | 379,448 | 14,779 |
| Foreign currency accounts | 6,933,590 | 270,060 |
|  | 7,313,038 | 284,839 |

13. The above accounts represent transactions for the period from 1 December 1981 to 31 December 1992. No compartive figures are given as this is considered to be the first period of operations of the Foundation.

REGIONAL DIRECTOR                    CHAIRMAN

KAD 0051068

IA/0017/93
23 February 1993

The Chairman
Muwafaq Foundation
Jeddah, Saudi Arabia

Dear Sir

## MUWAFAQ FOUNDATION – PAKISTAN
## ACCOUNTS FOR THE PERIOD ENDED 31 DECEMBER 1992

We write with reference to our report no. IA/0015/93 dated 20 February 1993 and the financial statements of Muwafaq Foundation, Pakistan (the Foundation) for the period ended 31 December 1992. During the course of our compilation we have observed certain matters requiring management's attention which are given in the ensuing paragraphs.

2. RECEIPTS

2.1 The receipts of funds for the activities of the Foundation has been compiled from the bank statements provided to us. Although all the receipts have been taken into books of account but the source of the receipts or any other documentary record does not seem to be available for the purpose of tracing or matching.

2.2 There were certain unidentified receipts/credits appearing in the rupee bank accounts amounting to Rs.451,830 (equivalent to $16,734). The underlying records do not give any detail to ascertain whether these have been direct transfers in the bank accounts or were deposits of cash amounts received for the purposes of the Foundation. In the absence of any contrary information it has been assumed these are amounts deposited by converting dollar amounts received as cash and also withdrawn from the accounts of the Foundation through other than normal banking channels. Therefore, for the purposes of the accounts and presentation have been deducted from the advances. Similarly, the repayment of loan of Mr. Wael Hamza Jalaidan has also been adjusted against these unidentified credits on the assumption that the receipt of loan is included in these credits.

## 3. EXPENDITURE ON PROJECTS

The expenses incurred on various projects have been determined from the record of payments mainly based on the information mentioned on the cheque stubs and have been accordingly classified into the various expense/advance heads. The underlying record was, however, not readily available and therefore have not been verified from cash memos, bills, receipts, etc. Moreover, in most cases the amounts withdrawn for various expenses were on adhoc basis and not actual expenses which imply that the actual expenses incurred may be different than the amounts reflected against the various expense classifications. Similarly, there is also the possibility of recording expenses more than the actual amounts due to incomplete/wrong narration on the cheque stubs.

## 4. ADVANCES FOR PROJECTS/EXPENSES

4.1 Substantial amounts have been given as advances against various projects and for incurring expenses. Adjustments, if any, required to be made against these advances have not been made. This is only due to nonavailability of information from the persons receiving the advances on the basis of which the respective accounts would be charged and advances adjusted. The case of Aftaar Saaim project is an example. A transfer of the total advance of Rs.1.506 million (equivalent to US$0.056 million) to the expenditure account has been made assuming that since the amount was to be expensed in the month of Ramadan the same would have already been spent but due to non-availability of actual expense statements and information was lying unadjusted as advance. The information is now being made available by the management to verify and adjust this amount with actual expenditure incurred.

4.2 For the amounts appearing as advance we suggest that the information should be made available as to the persons to whom these advances have been given and the disposal of these amounts by them so that the required accounting adjustments be carried out. Confirmation of amounts held as advance at the year end should also be obtained from them to determine the accuracy of the figures.

KAD:0051070

**LOANS**

Loans have been given to certain persons during the period the purpose and other details of which have not been seen. Any evidence of receipt of these loans was not made available nor the same have been confirmed by the recepients. We understand that no subsequent recoveries have been made against these loans.

## 6. FIXED ASSETS

6.1 The costs of fixed asset items have been taken from the payments record. The payments were not supported by any documents like bills, receipts, etc. Moreover, no record is maintained of the capital items received as donations in kind. There values have been taken at the estimates of the management which we understand are based on the prevailing market prices. We have not seen any documentary evidence of such donations from the donors specifying their usage, etc. In the absence of any record being maintanined we apprehend that there may be other items like furniture and fixtures and office equipment which have not been accounted for in the books of account. These can only be ascertained on the basis of conducting physical verification of all the fixed assets inventory and ascertaining which items were present at the period end date by deleting the current year acquisitions from the inventory list.

6.2 Certain fixed asset items appearing in the accounts mainly comprising of vehicles are not in the name of the Foundation. However, we understand that their physical custody and use is with the Foudation.

## 7. BANK BALANCES

The source document for preparing these accounts were the bank statements alongwith cheque books and the pay in slip books. The bank balances are in agreement with the bank statements made available. In certain cases bank reconciliation statements wherever required were also prepared. The opening balances of the bank accounts already existing at the start of the period were, however, not confirmed. Similarly, in case of certain bank accounts being opened during the period the source of amounts deposited for opening these accounts were not ascertainable. Moreover, there have been certain inter-transfers between the various accounts which should be properly documented for the purposes of determining their complete accuracy.

KAD 0051071

## CASH TRANSACTIONS

We have not been provided with the record of cash/petty cash transactions from which the expenses incurred against them may be recorded and cash amounts adjusted. Petty cash record is either not available or incomplete which will render its verification very difficult, if not impossible. No amount is, therefore, being reflected as cash in hand at the period end as no record of the same is available nor any cash count was conducted. We, however, assume that the cash in hand at year end for petty cash purposes is included in the advance accounts. We suggest that the record in whatever form should be provided and the persons responsible for handling cash transactions be detailed so that these transactions be recorded, verified and adjusted by the management.

## OPENING BALANCES

Although we understand that the Foundation has been in operation before the period which is covered by these accounts there is no record of opening balances which are to be incorporated for the preparation of these accounts. Only one balance of a bank account is ascertainable from the bank statements which has been treated as current year receipts which more appropriately represents part of the previous periods excess of receipts over expenses.

We hope that the above receives the attention of the management and we would be glad to carry out the required verification and adjustments as suggested once the record and information is made available. Please do not hesitate to contact us should you require any clarification in respect of the above.

Yours faithfully,
Sidat Hyder Aslam & Co.



(SHIBLI ISLAM REHAN)
Senior Manager

Enclo.