# EXHIBIT DD

265-E-SF_112624

One page handwritten document, top in Arabic, bottom English,
signature in Arabic

                In the Name of God the Merciful the Compassionate

The respected brother/ AMER MAHDI SALEH

Peace and mercy of God be upon you, and after, I beg of God that
you are in the best of condition that is pleasing and agreeable
to our God.

My brother/ According to the communicate of brother ABU AL-HASSAN
to me, that you will transfer to me what remained of the amount.
Please transfer it to the following account in the Philippine,
send a copy of the transfer by fax to fax no. "00632-5212914"
Manilla.

Account number "MOHAMMAD J.A. KHALIFAH
Acc. No. ████████11-26
Bank of the Philippine Islands
T.M. Kalaw Branch
Manilla
Philippines"

May god reward you well.


                            Your brother

                            (signature)
                            ABU AL-BARA'




Translated and transcribed verbatim
L/S Montaha D. Curti
L.A. Office
01/05/95



                            1


                                                    (8)  489