# EXHIBIT FF

CARAVAN LTD ISTANBUL                    PAGE 01

**Trading Services**

وائـــل حمــزة جليــدان
*Wael Hamzah Jelaidan*

Date 19-5-98

To:

Faisal Fainance

Mr. Syed Hassan

Please, transfare the amount of ($50,000/-) fifty thousands U.S. dollars from my account at your bank to the account # (███0377) at faisal finance Istanbul, Turky.

Thanks --

Faisal Finance (Switzerland) S.A.
SIGNATURE CONFORME

Wael H. Jelaidan

Jeddah - Alandalos St. - M. C. C. Bldg - P.O.Box 1436 Jeddah 21431 - Tel. 6608871 / 6654437 Ext. 153  Fax (966-2)6671954

00010689

DOJ AR - 002263

KADI0004402