# EXHIBIT GG

# THE RABITA TRUST

For Repatriation of Stranded Pakistanis

**Secretariat General**



وقف الرابطة

لإعادة توطين الباكستانيين المقطوعين

الأمانة العامة

Ref: RTJ/ 11/23

الرقم :

Date: 21/8/2002

التاريخ :

To,

    **The Governor,**
    **State Bank of Pakistan (Banking Supervision Deptt.)**
    **I.I. Chundrigar Road,**
    **Karachi**

Subject:- **Freezing of accounts of Rabita Trust Projects**.

Dear Sir,

The following bank accounts are being maintained in the name of Rabita Trust Projects in Habib Bank Ltd. at Islamabad and Lahore.

|   | Account No. | Currency | Name of Bank |
|---|---|---|---|
| 1. | ▮073-1 | US Dollar | Habib Bank Ltd. Civic Centre, Islamabad |
| 2. | 9536 | Pak Rupees | Habib Bank Ltd. Sectt. A. Block, Islamabad |
| 3. | ▮206-4 | Pak Rupees | Habib Bank Ltd. Sectt. A. Block, Islamabad |
| 4. | 9254 | Pak Rupees | Habib Bank Ltd. Liberty Market, Lahore |
| 5. | 9255 | Pak Rupees | Habib Bank Ltd. Liberty Market, Lahore |
| 6. | 9414 | Pak Rupees | Habib Bank Ltd. Liberty Market, Lahore |

The management of the above banks has verbally informed that the accounts of the Rabita Trust Project have been frozen under orders of the State Bank of Pakistan.

In this respect it is stated that the Rabita Trust is a philanthropic Organization, funds having been provided by the Government of Pakistan and Rabita Al-Alam Al-Islami, a Saudi Organization. The accounts of the project were audited by M/s Aslam Khan & Co. a chartered accountant (copies of certificate enclosed). The Director General, Audit Works Lahore, also audited the accounts of funds paid to P.W.D. Government of Punjab (Copy of certificate along with copies of statements of funds paid to P.W.D. enclosed).

# THE RABITA TRUST
For Repatriation of Stranded Pakistanis
## Secretariat General



وقف الرابطة

لإعادة توطين الباكستانيين المقطوعين

الأمانة العامة

Ref: RTJ/

Date:

الرقم :

التاريخ :

M/s A.F. Fergusons & Co. Chartered Accountants have also audited the accounts of the Rabita Trust Project for the period July 9, 1988 to October 2001. All receipts and payments were certified as in respect of the **aims and objects** specified in the Trust Deed of the Rabita Trust and **represent fairly** the funds received and **funds disbursed during the period covered by the Audit.** A photo copy of the auditors opinion is enclosed.

The certificates issued by the three different agencies of Auditors have clearly and irrevocably stated that:-

1. Receipts are properly accounted for and payments have been made for the purpose of the project (Works Audit)
2. Receipts and payments exhibits a true and correct view of the state of Trust affairs (Chartered Accountant)
3. Receipts and payments reflected in the financial statements for the period July 9, 1988 to October 15, 2001 were in respect of **aims and objects** specified in the Trust Deed (A.F.Ferguson & Co.)

It is intimated that following three agencies were engaged in the implementations of the projects:-

   i) The Government of Pakistan (Cabinet Division).
   ii) The Rabita Al-Alam Al-Islami (a Saudi Organization).
   iii) The Punjab Government (P.W.D.).

Out of total capital outlay, 87% funds were released to the P.W.D. (Punjab Government) for construction of one thousand housing units at Mian Channu. These housing units are available at site and provide an ample and undeniable proof that the funds provided to P.W.D. (Government of Punjab) were utilized for the aims and objectives of the Rabita Trust Project and **not repeat not** for any other irrelevant and extraneous purpose.

Rabita_Trust@yahoo.com بريد الكتروني – 21431 جدة 1436 ص.ب – 00 966 2 6824007 فاكس – 00 966 2 6823605 : هاتف
P.O.Box 1436, Jeddah 21431, KSA  -  Email: Rabita_Trust@yahoo.com - Phone 00966 2 6823605, Fax: 00966 2 6824007

# THE RABITA TRUST

For Repatriation of Stranded Pakistanis

## Secretariat General



وقف الرابطة

لإعادة توطين الباكستانيين المقطوعين

الأمانة العامة

**Ref: RTJ/**

الرقم :

**Date:**

التاريخ :

The availability of funds at credit of Rabita Trust with M/s Habib Bank Ltd. also corroborates the above facts. The financial interest of the Rabita Trust was religiously safeguarded with the result that amount of T.D.R. has risen too more than Rs. 580 million (A/C-9536). We feel that this office should have been informed in-writing, the decision of freezing our accounts stating reasons therein and to provide us a chance to clarify our position. This is at least minimum basic requirement of justice and fair play. One-sided action and that too keeping us in the dark tentamounts to injustice leading to frustration and shaking confidence in the Bankers (Trustees).

It is, therefore, requested that **Ban** imposed on our accounts may kindly be removed and our banker (Habib Bank Ltd.) be directed to entertain our cheques.

Thanks,

Yours sincerely,

Wael Hamzah Jelaidan
Secretary General
Rabita Trust
Jeddah Saudi Arabia

CC:-

1. The Chairman,
   Rabita Trust/Secretary, Cabinet Division,
   Govt. of Pakistan, Islamabad

2. Director General (ERC),
   Cabinet Division, Govt. of Pakistan,
   Islamabad

3. The Project Director,
   Rabita Trust, Islamabad

هاتف : 6823605 2 966 00 – فاكس : 6824007 2 966 00 – ص.ب 1436 جدة 21431 – بريد الكتروني Rabita_Trust@yahoo.com
P.O.Box 1436, Jeddah 21431, KSA  -  Email: Rabita_Trust@yahoo.com - Phone 00966 2 6823605, Fax: 00966 2 6824007