# EXHIBIT LL

## ANNEXE II

## Organisations installées à Peshawar et soupçonnées de soutenir le terrorisme

- **Saudi Red Crescent Society (Association du croissant rouge séoudien).** Équipe dirigeante : Directeur : Ibrahim Babtin
Adresse : Gulhamar Road, University Town, Peshawar.
Tél : 0521 840211, 0521 840207, 0342 385184 (Portable)

Membre du Conseil de coordination islamique (ICC). Abu Hassan Madani et Ali Reza H.A. Tabrizi étaient d'anciens directeurs de projet.

- **Kuwait Red Crescent Society (Association du croissant rouge koweïtien).** Équipe dirigeante : Directeur – Dr Ahmad Alsanousi Ahmad ; Dr Isam Eldin Mirghani, A Aziz Abobakar.
Adresse : Abdara Chowk, Jamrud Rd, Po Box 782, Peshawar.
Tél : 0521 841306, 0521 41508, 0521 43695, 0521 840521,
Fax : 0521 840521.

- **Islamic Relief Agency (Agence de secours islamique).**
Équipe dirigeante : Directeur : Abdulah Rajab Hassan ; Dr Isam Eldin Mirghani, A Aziz Abobakar.
Adresse : 18a Park Road, University Town, PO Box 887, Peshawar.
77 Park Road, University Town, Peshawar.
Tél : 0521 840365, 0521 42549, 0521 42245, 0351 385267 (portable)
Fax : 0521 840429.

- **Lajnat Al Dawa Al Islamia (Comité d'invitation aka)** Équipe dirigeante : Directeur : Dr Abu Baker (Égyptien) ; Dr Saleem A. Rahim; Ahmad Kalaf ; Dr Hamer Sharif ; Abdul Bashir ; Abdul Latif (Égyptien).
Adresse : House 1, Arbab Road, University Town, PO Box 906, Peshawar, Pakistan.

KADI0092395

Page 246

246                                    *Les réseaux d'Allah*

Tél : 0521 840345, 0521 840021, 0521 42595, 051 385194 (portable) Fax : 0521 840533

• Maktabul Khedamat **(Bureau de services)**, Service Office for Afghanistan **(Bureau de service pour l'Afghanistan)**
Équipe dirigeante : Directeur – Mohammad Yosuf Abass (Abu Qasim); Abu Sayyaf; Abu Hafaz; Abdul Muizz; Samir Abdul Motaleb (Abu Mahmood); Abu Ayman; Ayman al Zawahri.
Adresse : House 10, Street 11, section H1, Phase II, Peshawar.
Tél : 0521 840164, 0521 812259, 0521 812190
Membre de ICC (Conseil de coordination islamique).

• International Islamic Relief Organisation **(Organisation internationale de secours islamique)**-Islamic World Relief **(Secours islamique mondial)**.-Hayat Al Aghatha Al Islamia Al Alamia – Eid Mubarik
Équipe dirigeante : Directeur : Ibrahim M Al Zubar (Zahar); Yusuf Al Hamdan ; Abu Massab; Sami Alawi (Palestinien).
Adresse : 13 Nazimuddin Road, F 10/4, Islamabad. Gul Haji Plaza, Jamrud Road, Peshawar, 25 Park Road, University Town, Peshawar. PO Box 897 Peshawar.
Tél : 0521 45276, 051 281594, 051 290581
Fax : 051 282138, 0521 840272, 0521 44987, 0521 44583, 0351 385225 (portable).

Le chef du bureau d'Islamabad est Ibrahim M. Al Zahar. Le Directeur général est Abu Massab. Le bureau de Peshawar est dirigé par Sami Alawi (Palestinien).

• Muslim World League **(Ligue musulmane** mondiale)-Rabbita Al Alam Al Islamia (Ligue du monde islamique).
Équipe dirigeante : Directeur de la justice : M Afzal Cheama; Qazi Asadullah ; Abu Zaid; Abul Hassan Wael Hamza Jalaedin ; Ibrahim Zahad.
Adresse : Flat 2, Block 2a, St 73, G 9/3, Islamabad. House 33, Abdar Road, Peshawar. 2 Gulmahar Lane, University Town, Peshawar.
Tél : 0521 250299, 051 853136, 0521 43328, 0521 61436, 0351 385292 (portable), 0351 385285 (portable – Jalaedin).

• Éducation centre **(Centre d'éducation)**
Équipe dirigeante : Directeur – Mohammad Rafale
Adresse :
Tél : 0521 42221
Membre de ICC (Conseil de coordination islamique).

• Idarat Ihya Al Uloom **(Direction préparatoire aux études)**

Page 247

*Les filières islamistes en France et en Europe*           247

Équipe dirigeante : Directeur – Murad Ali Shah.
Adresse :
Tél : 0521 41728, 0521 62789
Membre de ICC (Conseil de coordination islamique). Dr Murad Ali Shah était, semble t-il, un des dirigeants de la Jama'at i islam de Mawdoudi.

• Lajnat Al Birr Al Islamia **(Comité musulman d'Al Birr)**
Équipe dirigeante : Directeur : Mohammad Mustafa ; Abdul Qadir Addam.
Adresse : 3304/5 Safaid Dheri, PO Box 1055, Peshawar.
Tél : 0521 43256, 0521 41485, 0521 45428, 0521 840249
Fax : 0521 840385

• Abu Mahmood a organisé l'aide d'urgence dans le cadre cette organisation en 1988.

• Al Madina Al Minawar Trust Charity **(Organisation caritative de Al Medina Al Minawar)**
Équipe dirigeante : Directeur : Fatih Shaheen
Tél : 0521 61436, 0521 251401
Membre de ICC (Conseil de coordination islamique)

• Afghan Reconstruction Consultant Office **(Bureau consultatif pour la reconstruction afghane)**.
Équipe dirigeante : Directeur : Dr Ahmad Farid; Dr A. F. Moustapha, Eng. A. Shah Ahmadzai, Eng N. Tamin.
Adresse : 3 Gul Mohar Lane, PO Box 991, University Town, Peshawar. House 315, Main Margalla Road, F 10/3, Islamabad.
Tél : 052145413, 0521 840241, 0351 385118 (portable), 0351 385284 (portable).
Fax : 0521 840241.

A. Shah Ahmadzai est sans doute connu sous le nom de Ahmad Shah Ahmadzai, député afghan de Sayyaf de l'Union islamique (Ittehad i islami).

• Jamiat Ihya Tras Al Islamia **(JITI-Association de promotion de la tradition islamique)**,
Jamiat Ihya Ul Turath Al Islamia Équipe dirigeante-Directeur : Abu Mahmood
Adresse : PO BOX 861 Peshawar. PO Box 2804 Kuwait
Tél : 0521 42908, 0521 42719
Fax : 0521 840342

• Lajnatul Qatar **(Comité de Qatar)**,- Qatar Charitable Society **(Association charitable – (QCS)**
Équipe dirigeante : Directeur : Abdul Qader Ali
Tél : 051 819 908

KADI0092396

248     *Les réseaux d'Allah*

- **Abu Hanifa Khairea (AHK – Association caritative Abu Hanifa)**
Équipe dirigeante : Directeur : Abu Zar
Tél : 0521 45406
Membre de ICC (Conseil de coordination islamique)

- **Muwafaq Khairea (Entente charitable) – Muwfaq Foundation (Fondation de l'Entente)**
Équipe dirigeante : Directeur : Dr Jawed Iqbal
Adresse : Gulabad, board, PO Box 1491, Peshawar
Tél : 0521 42462

- **Al Haramain and Al Masjid Aqsa Charity Foundation HMACF-**
**Fondation charitable d'Al Haramain et d'Al Masjid Aqsa)**
Équipe dirigeante : Directeur : Abyu Abdurahman
Tél : 0595 2285

- **Afghan NGO Coordinating Bureau (Bureau de coordination des organisations non gouvernementales afghanes)**
Équipe dirigeante : Directeur : Eng. Mohammad Shah ; Dr Rahim Pashtoonyar ; Asadullah Reha.
Adresse : 25 Chinar Road, University Town, Peshawar
Tél : 0521 43476, 0521 42763

- **Human Concern International (Intérêt international humanitaire)**
Équipe dirigeante : Abdullah Anas, Kamreddin Kherban

- **Mercy International**
Équipe dirigeante : Abu Hafaz (Koweitien), Mohammad Ghias (Syrien)
Adresse : Jamrud Road, Peshawar. House 40a, Street 30, Sector F 8 / 1, Islamabad.
Tél : 0521 41186, 0351 371464 (portable)

# Annexe III
# L'islam en Europe

*(Extrait de l'étude menée par Christian LOCHON, enseignant, chercheur, publiée en 1995, entreprise dans le cadre du Secrétariat des relations avec l'Islam, relative à la vie quotidienne des musulmans dans 17 États européens)*

| PAYS | POPULATION TOTALE (en millions) | NOMBRE DE MUSULMANS | PRINCIPALES NATIONALITÉS D'ORIGINE |
|---|---|---|---|
| Autriche | 8 | 200 000 | Autochtones (7 000), citoyens de l'ex-Yougoslavie (15 %), Turcs (60 %) |
| Belgique | 10 | 300 000 | Marocains (150 000), Algériens (10 000), Tunisiens (8 000), Turcs (100 000), Albanais (5 000), Pakistanais (5 000) |
| Danemark | 5,2 | 60 000 | Marocains (3 000), Libanais (4 000), Irakiens (4 000), Iraniens (10 000), Turcs (30 000), Pakistanais (7 000) |
| Espagne | 40 | 200 000 (recensés) 300 000 (clandestins ?) | Afrique du Nord et Afrique subsaharienne |
| Finlande | 5,1 | 21 000 | Tatars de Russie (3 000), Proche et Moyen-Orientaux, Turcs, Kurdes |
| France | 57 | 4,2 millions | Maghrébins (2 900 000), Arabes du Moyen-Orient (100 000), Non Arabes du Moyen-Orient (300 000), Africains (250 000), Convertis Français (40 000), |

| Pays | (millions) | Musulmans | Composition |
|---|---|---|---|
| Grande-Bretagne | 58 | 1,750 million | Asiatiques (100 000) Africains de l'Ouest : Nigérians et Ghanéens (50 000). Africains de l'Est : Ougandais, Tanzaniens, Zambiens (100 000), Moyen-Orientaux (130 000) dont 50 000 Irakiens, Maghrébins (20 000), Turcs (60 000), Iraniens (50 000), Pakistanais (360 000), Indiens (130 000), Bangladeshis (65 000), Sri-Lankais (10 000), Malais (25 000), Musulmans de Guyane et Jamaïque (20 000), convertis européens (5 000) |
| Grèce | 10 | 200 000 | Citoyens de Thrace Occidentale (180 000), Maghrébins (clandestins en majorité : 7 000), Égyptiens (10 000), Palestiniens (3 000) |
| Irlande | 3,7 | 7 000 | Indo-Pakistanais, Africains de l'Est ou de Guyana, quelques Proche-Orientaux. |
| Italie | 57 | 400 000 | Marocains (100 000), Tunisiens (50 000), Algériens (20 000), Africains (60 000) : dont (30 000) Sénégalais, (15 000) Somaliens, (5 000) Érythréens, Bosniaques (5 000), Albanais (15 000) Proche et Moyen-Orient : Égyptiens (25 000), Iraniens (12 000), Turcs (2 000) Pakistanais (8 000) |
| Luxembourg | 375 000 | 8 000 | Maghrébins, Turcs, et Proche-Orientaux. |
| Norvège | 4,3 | 50 000 | Proche-Orientaux essentiellement (Palestiniens, Irakiens, Kurdes) |
| Pays-Bas | 14,8 | 400 000 | Indonésiens, Moluquois (40 000), musulmans de Surinam (25 000), Marocains (160 000), Turcs (190 000), Pakistanais (10 000), Égyptiens (5 000), Tunisiens (4 000), convertis (3 000) |
| Portugal | 10,5 | 25 000 | Africains, Maghrébins, Proche-Orientaux : Palestiniens, Syriens, Libanais (3 000) |
| Allemagne | 80 | 2,5 millions | Turcs (2 millions), Musulmans ex-yougoslaves (140 000), Convertis (10 000), Marocains (60 000), Tunisiens (30 000), Algériens (10 000), Proche et Moyen-Orientaux : Libanais (20 000), Jordano-palestiniens (15 000), Égyptiens (10 000), Irakiens (8 000), Syriens (7 000), Iraniens (75 000), Afghans (18 000) : Africains (40 000), Pakistanais (15 000) |
| Suède | 8,7 | 140 000 | Turcs, Kurdes (30 000) : Libanais, Palestiniens (10 000), Iraniens (40 000), Ex-Yougoslavie (10 000), Quelques Marocains, Égyptiens et Pakistanais. |
| Suisse | 7 | 100 000 | Turcs (60 000), Bosniaques (20 000), Maghrébins (10 000), Moyen-Orientaux (10 000) |

KADI0092398

Annexe IV

Principes et conditions d'admission d'un étranger à la nationalité dans les sept principaux pays européens

| PAYS | PRINCIPES FONDA-MENTAUX | ACCÈS À LA NATIONALITÉ PAR NAISSANCE SUR LE TERRITOIRE | ACCÈS À LA NATIONALITÉ PAR DÉCLARATION | ACCÈS À LA NATIONALITÉ - DURÉE DE RÉSIDENCE | ACCÈS À LA NATIONALITÉ - COÛT | PAR NATURALISATION ORDINAIRE - RÈGLES DE BONNE CONDUITE | PAR NATURALISATION ORDINAIRE - AUTRES CONDITIONS | PAR NATURALISATION ORDINAIRE - CONNAISSANCE DE LA LANGUE | DOUBLE NATIONALITÉ | TENDANCES DE LA POLITIQUE DE LA NATIONALITÉ (4) | PROPORTION ANNUELLE DES RÉSIDENTS AYANT ACQUIS LA NATIONALITÉ | ENJEUX POLITIQUES DE LA NATURALISATION (5) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCE | Large place au droit du sol (1) | Procédure la plus généreuse: nationalité accordée à tous les étrangers nés en France, lors de leur majorité, après 5 ans de résidence habituelle sur le territoire ou dès l'âge de 16 ans avec autorisation des parents | Pour les époux de Français après 6 mois de mariage et pour les ressortissants des anciennes colonies nés avant l'indépendance (Réintégration dans la nationalité française) | 5 ans | Gratuite pour personnes à faibles revenus | | La naturalisation a été envisagée tantôt comme condition, tantôt comme conséquence de l'intégration | Oui: condition explicite à la naturalisation | Signataire de la Convention de Strasbourg du 6 mai 1963 (3) mais non inscrite dans la loi nationale (application réservée aux ressortissants des autres États contractants). | Libérale | 3,4 % | Réservé aux seuls nationaux la plénitude des droits des citoyens |
| BELGIQUE | Large place au droit du sol | Pas automatique | Pour les jeunes de 18 à 25 ans sous condition de résidence | 10 ans (5 pour naturalisation commune et 5 pour pleine naturalisation) | | Absence de condamnation pénale d'une certaine gravité + exigence de bonne conduite, de bonne moralité et de bon caractère par tous les États cités. | S'assurer de la volonté de s'intégrer | Non précisé | Non signataire de la Convention de Strasbourg | Assez libérale (depuis la révision de la loi sur la nationalité en 1984) | | |
| RFA | Droit du sang (2): à la naissance dans le pays ne donne pas accès à la nationalité | NON | Pour les personnes d'ancienne origine allemande venant des anciens territoires allemands de l'Europe centrale | 10 ans | Varie selon le revenu, jusqu'à 2 700 USD | + pour la Belgique: preuve de bonne conduite apportée par le Procureur du roi | Conditions quant à la loyauté envers l'ordre constitutionnel et les institutions politiques | Oui: condition explicite à la naturalisation | Signataire de la Convention de Strasbourg inscrite dans la loi nationale | Protectionniste | 0,3 % | |
| SUISSE | Droit du sang | NON | Aucune possibilité | 12 ans | Varie selon le revenu, jusqu'à 50 000 USD | | + pour la Suisse: une enquête doit déterminer l'intégration et de l'acceptation du mode de vie des nationaux | Oui: condition explicite à la naturalisation | Non signataire de la Convention de Strasbourg | Protectionniste | 1 à 2 % | Les étrangers jouissent du droit de vote au niveau local dans certains cantons (Neuchâtel, Jura) |
| SUÈDE | Droit du sang | NON | Naturalisation par déclaration pour les citoyens des pays nordiques | 5 ans | Gratuite | | | Pas d'exigence | Signataire de la Convention de Strasbourg, inscrite dans la loi nationale | Libérale | 5 % | Les étrangers jouissent du droit de vote au niveau local |
| GRANDE-BRETAGNE | Large place au droit du sol | OUI | Naturalisation par déclaration pour les ressortissants du Commonwealth et pour les épouses de citoyens britanniques mariés avant 1983 | 5 ans | Taxe fixe 230 USD | Absence de condamnation pénale d'une certaine gravité + exigence de bonne conduite de bonne moralité et de bon caractère pour tous les États cités. | Prestation d'un serment d'allégeance à la couronne | Oui: condition explicite à la naturalisation | Signataire de la Convention de Strasbourg mais non inscrite dans la loi nationale (application réservée aux ressortissants des seuls États contractants) | Libérale | | Les ressortissants du Commonwealth votent à toutes les élections |
| PAYS-BAS | Place faite au droit du sol | Pas automatique | Naturalisation par déclaration pour les jeunes de 18 à 25 ans ayant vécu dès leur naissance dans le pays | 5 ans | Taxe fixe 150 USD | | Solidarité minimale avec la société néerlandaise | Non précisé | Signataire de la Convention de Strasbourg, inscrite dans la loi nationale | Semi-libérale | 3,5 % | Les étrangers jouissent du droit de vote au niveau local |

(1) Droit du sol: les personnes nées sur le territoire d'un État sont considérées comme nationaux de cet État.
(2) Droit du sang: réserve la nationalité aux descendants de nationaux.
(3) Cette convention vise à la réduction du nombre des cas de nationalité double ou multiple, principalement par le principe de l'obligation à renoncer à la nationalité précédente en cas de naturalisation.
(4) Libérale: prévoyant de larges possibilités d'acquisition automatique ou par déclaration, fondées partiellement sur le droit du sol, avec des conditions de durée de résidence de durée limitée (5 ans), une procédure simple et gratuite et des exigences assez souples en matière de conduite et de maîtrise de la langue.

Protectionniste: absence de possibilités d'acquisition automatique ou par déclaration, très forte prédominance du droit du sang, conditions de résidence de longue durée (10 ans), exigences sévères quant à la conduite et à la maîtrise de la langue, allant jusqu'à l'assimilation, procédures complexes et coûteuses.
2 conceptions de la naturalisation:
- stade final d'un processus d'assimilation (tendance protectionniste)
- moyen d'intégration dans la société où l'on réside durablement (tendance libérale).
(5) Les 2 États nationaux qui ont accordé aux étrangers résidents certains droits politiques sont parmi ceux qui pratiquent la politique de naturalisation la plus ouverte.

Sociales, Genève), sur « Nationalité et Citoyenneté dans les pays européens », du CERI – Paris, le 17 décembre 1987).

Tableau établi par Catherine de Wenden, d'après un texte de Gérard de Rham (Institut d'études (Exposé présenté lors d'une « rencontre »

# Remerciements

Je remercie tous ceux qui dans un climat de confiance ont accepté de répondre à mes questions, dans le cadre de cette enquête, qui m'ont livré leurs pensées sans états d'âme. Cela n'a pas toujours été facile. Que Suzanne Charetiers-Sioufi, Christian Hoche et Hervé Terrel trouvent ici toute ma gratitude pour leur relecture et leurs conseils. Enfin, mes plus vifs remerciements vont à Éric Laurent qui a bien voulu accompagner cet ouvrage de bout en bout.

# Bibliographie

Abderroziq A., *L'Islam et les fondements du pouvoir*, La Découverte, Paris, 1994.
Abedin S.Z. and Sardar Z., *Muslim Minorities in the West*, Great Seal Publications, London, 1995.
Al Ahsan A., *Ummah or Nation? Identity Crisis in contemporary Muslim society*, The Islamic Foundation, Leicester, 1992.
Arkoun M., *Lectures du Coran*, Maisonneuve et Larose, Paris, 1982.
Arkoun M., *Pour une critique de la raison islamique*, Maisonneuve et Larose, Paris, 1984.
Balta P., *L'Islam dans le monde*, Le Monde-Éditions, Paris, 1991.
Bennani-Chraïbi M., *Soumis et rebelles. Les jeunes au Maroc*, Éditions du CNRS, Paris, 1994.
Bensalah N. (sous la direction de), *Familles turques et maghrébines aujourd'hui. Évolution dans les espaces d'origines et d'immigration*, Maisonneuve et Larose-Academia, Paris-Louvain, 1994.
Berque J., *Les Arabes, d'hier à demain*, Le Seuil, Paris, 1969.
Berque J., *L'Islam au défi*, Gallimard, Paris, 1980.
Bourdieu P., « Genèse et structure du champ religieux », *Revue française de sociologie*, 1971.
Bistolfi R. et Zabbal F., *Islams d'Europe. Intégration ou insertion communautaire?* Éditions de l'Aube, Paris, 1995.
Blachère R., *Le Coran*, PUF, Paris, 1966.
Burgat F., *L'Islamisme au Maghreb*, Karthala, Paris, 1988.
Burgat F., *L'islamisme en face*, La Découverte, Paris, 1995.
Carré O., et Michaud G., *Les Frères musulmans. Égypte et Syrie (1928-1982)*, Gallimard-Julliard, Paris, 1983.
Césari J., *Être musulman en France*, Karthala, Paris, 1994.
Charnay J.P., *Sociologie religieuse de l'islam*, Sindbad, Paris, 1986. Réédition Hachette, coll. « Pluriel » 1995.

KADI0092402

Esposito J. L., *The islamic threat. Myth or reality*, Oxford University Press, Oxford, 1992.
Étienne B., *L'Islamisme radical*, Hachette, Paris, 1987.
Étienne B., *La France et l'islam*, Hachette, Paris, 1989.
Gardet L., *L'Islam, religion et communauté*, Desclée de Brouwer, Paris, 1967. Réédition 1982.
Gresh A., (sous la direction de), *Un péril islamiste?*, Éditions Complexe, Paris, 1994.
Kepel G., *Le Prophète et Pharaon. Les mouvements islamiques dans l'Égypte contemporaine*, La Découverte, Paris, 1984.
Kepel G., *Les Banlieues de l'islam*, Le Seuil, Paris, 1987.
Kepel G., *A l'ouest d'Allah*, Le Seuil, Paris, 1994.
Leveau R. et Kepel G., (sous la direction de), *Les Musulmans dans la société française*, Éditions du CNRS, Paris, 1988.
Lewis B., *Le Retour de l'islam*, Gallimard, Paris, 1985.
Martiniello M., *Leadership et pouvoir dans les communautés d'origine immigrée*, Paris, L'Harmattan, 1992.
Mernissi F., *Le Harem politique. Le Prophète et les femmes*, Albin Michel, Paris, 1987.
Morsy M., *Les Femmes du Prophète*, Mercure de France, Paris, 1989.
Planhol X. de, *Les Nations du Prophète*, Manuel géographique de politique musulmane, Fayard, Paris, 1993.
Richard Y., *L'Islam shi'ite*, Fayard, Paris, 1991.
Roy O., *L'Échec de l'islam politique*, Le Seuil, Paris, 1992.
Sellam S., *Être musulman aujourd'hui*, Nouvelle Cité, Paris, 1989.

# Table

Introduction au phénomène islamiste ................................................. 9
1. LES INÉGALITÉS FAVORISENT L'ISLAMISME ................................... 15
   Égalité de droit, inégalités de fait ............................................... 15
2. LES ISLAMISTES ÉGYPTIENS : À TOUT SEIGNEUR TOUT HONNEUR ... 26
   Un terrorisme intellectuel ............................................................ 32
   La dérive terroriste ...................................................................... 34
   L'implantation en Europe ............................................................ 39
   Le rôle des Tunisiens .................................................................. 41
3. TUNISIE : AU-DELÀ DES FRONTIÈRES ............................................... 44
   Le double langage ...................................................................... 50
4. LES NOUVEAUX MISSIONNAIRES DU TABLIGH ................................. 56
   Les principes fondateurs .............................................................. 57
   La séparation du religieux et du politique .................................. 61
   Du Tabligh au terrorisme ............................................................ 63
5. FRANCE : LE RÉSEAU DES MOSQUÉES ............................................. 66
6. LA CROISADE WAHHABITE OU LES DENIERS DE L'ISLAM ............... 76
   Un chef, une nation, un gouvernement ...................................... 80
7. LA PUISSANCE DES RÉSEAUX ÉCONOMIQUES ET FINANCIERS ...... 83
   De l'économie en islam ............................................................... 83
   L'usure interdite ........................................................................... 85
   Enjeux actuels d'une économie islamique ................................... 86
   Les capitaux d'un islam activiste ................................................ 87
8. LES CALIFES SONT DE RETOUR ....................................................... 95
   Un élément permanent de la vie politique .................................. 96
   Les quatre courants de l'islamisme turc ..................................... 100

Les musulmans sont près de 4 millions en France et au total entre 10 et 13 millions dans le reste de l'Europe. L'opinion publique tend souvent à amalgamer islam, islamisme et terrorisme. Pour certains, l'intégrisme islamique sera « le plus grand problème qu'aura à affronter l'Europe au cours des vingt prochaines années ».

Qui sont les islamistes les plus dangereux ? Les Algériens du GIA qui posent des bombes dans le métro parisien, ou tous les autres, ceux qui pratiquent un double langage, rassurant policiers et magistrats tout en prêchant la non-intégration et manipulant les jeunes beurs ?

Ils disposent de réseaux et de moyens considérables. Par qui sont-ils financés, et comment ?

Les nouveaux combattants de l'islamisme, les Moudjahidoun, ont fait de l'Europe à la fois un sanctuaire et un lieu de passage, sur la route d'Alger et de Sarajevo. Une internationale islamiste n'est-elle pas en train de naître sous nos yeux, au cœur de l'Europe ?

Dans Les Réseaux d'Allah, Antoine Sfeir répond à toutes ces questions. Il a longuement enquêté, observé et analysé les mutations que subissent les sociétés musulmanes des deux côtés de la Méditerranée : en France et en Europe, au Machrek comme dans le Maghreb, à travers la péninsule arabique comme dans la vallée du Nil.

Il tente d'identifier les différents courants, décrit leur essor et dresse un état des lieux de l'implantation islamiste en France et en Europe.

Antoine Sfeir, 48 ans, est journaliste. Directeur de la rédaction des Cahiers de l'Orient, il a publié L'Islam chez Marabout (1991), L'Argent des Arabes chez Hermé (1992). Il a dirigé, en 1994, L'Atlas des religions, un ouvrage collectif publié chez Plon-Mame.

ISBN 2-259-18442-1

PRIX EDITEUR 125F
PRIX FNAC 119F

9 782259 184427
LES RESEAUX D'ALLAH
SFEIR A.
530    16/04/97  POLITIQUE FRANCAISE


Atelier Dominique Tourain

125 F

KADI0092404

| | |
|---|---:|
| 262 | |
| *Les réseaux d'Allah* | |
| 9. SOUS LE RÈGNE DES MOLLAH | 105 |
| Les réseaux des mollah | 109 |
| Le Bazar | 112 |
| L'argent des mollah | 113 |
| L'exportation de la révolution | 114 |
| 10. FIS, GIA, HAMAS | 118 |
| Les tiraillements au sein du FIS | 119 |
| Les « Afghans » | 123 |
| Le Hamas palestinien | 126 |
| Le poids du nationalisme | 129 |
| 11. LA DEUXIÈME RELIGION DE FRANCE | 132 |
| Une tradition islamique commune | 136 |
| L'influence des pays d'origine | 137 |
| Les Marocains | 137 |
| Les Algériens | 140 |
| Les Tunisiens | 142 |
| L'islam des communautés moyen-orientales | 143 |
| L'énigme des Ahbache | 145 |
| 12. LE RÉSEAU ASSOCIATIF : L'ISLAMISME CONTRE LA FRANCE | 149 |
| Les rapports avec l'État | 155 |
| 13. LES RÉSEAUX ISLAMISTES SUR LE VIEUX CONTINENT | 159 |
| Belgique : une reconnaissance officielle | 160 |
| Mosquées et écoles | 162 |
| L'islam et la réalité belge | 164 |
| La lutte pour la représentativité | 165 |
| Les réactions turques | 167 |
| Le succès du Tabligh | 168 |
| Les passerelles entre le FIS et le GIA | 171 |
| Le communautarisme britannique | 173 |
| Clivage entre Occident et islam | 177 |
| Un nid d'islamistes | 178 |
| Le rôle de la City | 182 |
| Allemagne : Le « travailleur invité » s'est installé | 184 |
| L'enjeu détourné de l'école | 187 |
| Banalisation de l'islamisme | 188 |
| Logistique terroriste | 191 |
| Les Pays-Bas : un pilier parmi d'autres | 192 |
| Suisse : une position stratégique | 195 |
| Espagne : le poids de l'histoire | 200 |
| Italie : le royaume des clandestins | 202 |
| | |
| *Les filières islamistes en France et en Europe* | 263 |
| Grèce : un islam historique et marginal | 203 |
| Autriche : une place particulière | 204 |
| Suède : le libéralisme | 206 |
| D'autres pays européens | 207 |
| CONCLUSION | 209 |
| Les non-violents sont les plus dangereux | 212 |
| Islamisme et démocratie | 215 |
| ANNEXES | |
| I. Organisations et associations islamiques en Europe de soutenir le terrorisme | 217 |
| II. Organisations installées à Peshawar et soupçonnées | 245 |
| III. L'islam en Europe | 249 |
| IV. Conditions d'admissions d'un étranger à la nationalité dans les sept principaux pays européens | 253 |
| Remerciements | 257 |
| Bibliographie | 259 |

KADI0092405

Cet ouvrage a été réalisé par la
SOCIÉTÉ NOUVELLE FIRMIN-DIDOT (Mesnil-sur-l'Estrée)
pour le compte de LA LIBRAIRIE PLON

Achevé d'imprimer en avril 1997

*Imprimé en France*
Dépôt légal : avril 1997
N° d'édition : 12809 — N° d'impression : 37998