# EXHIBIT QQ

**FAISAL FINANCE (Switzerland) S.A.**
A Member of the Dar Al-Maal Al-Islami Group

APPLICATION FORM N° 2766

ISLAMIC FIDUCIARY ACCOUNT (IFA)

Full name(s): WAEL HAMZAH JELAIDAN

Address: P.O Box 1436 Jeddah 21431

Nationality: _____

Identity: _____

Date of Birth: _____

Telephone: Private _____ Office: _____

Currency: _____

be operated: individually/jointly/under following number or pseudonym _____

FOR INSTITUTIONS:
Date and place of incorporation: Sep 1997
(attach Memorandum & Articles of Association, Extract from Commercial Registry and Board Resolution)

CORRESPONDENCE:
☐ to be kept
☒ to be forwarded to SAME AS ABOVE

DECLARATION

The undersigned hereby declares:

☒ that he is the beneficial owner of the assets to be deposited with Faisal Finance (Switzerland) S.A.
☐ that the beneficial owner of the assets to be deposited with Faisal Finance (Switzerland) S.A. is

Full name: WAEL HAMZAH JELAIDAN
Address: SAME AS ABOVE

Signature(s) of account holder: _____
Place and Date: 20-9-97 JEDDAH, SAUDI ARABIA

FOR USE BY FFS
Completed in the presence of AHMED A. LASHAN
Authorized by _____
Date _____

84, Av. LOUIS-CASAÏ · P.O.BOX 161 · 1216 COINTRIN/GENEVA, SWITZERLAND · PHONE (022) 791 71 11 · TELEX 415 354 FFS-CH · FAX (022) 791 75 62

KADI0039955