# Exhibit G

10:32 AM
10/03/02
Accrual Basis

# Al Haramain Foundation
## Profit & Loss
### January through December 2001

|  | Jan - Dec 01 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Donation | 355.00 |
|     Soliman Albuthe | 83,096.00 |
| **Total Income** | 83,451.00 |
| **Expense** | |
|     Bank Service Fee | 1,658.48 |
|     Contractor | 12,287.50 |
|     Donations | -9,586.14 |
|     Dues and Subscriptions | 501.98 |
|     Duties and Subscription | 154.00 |
|     Education | 1,250.23 |
|     Fuel | 46.00 |
|     Loan | 12,000.00 |
|     LOAN REPAY | -12,000.00 |
|     Meals | 436.27 |
|     Office Supplies | 3,174.09 |
|     Payroll Expenses | 29,542.53 |
|     Postage | 7,248.46 |
|     Professional Fees | 6,801.50 |
|     Rent | 888.75 |
|     Repairs | 5,717.52 |
|     Sales | -191.00 |
|     Supplies | 1,852.13 |
|     Taxes | 2,601.68 |
|     Telephone | 2,725.89 |
|     Utilities | 4,955.12 |
| **Total Expense** | 72,064.99 |
| **Net Ordinary Income** | 11,386.01 |
| **Other Income/Expense** | |
| **Other Income** | |
|     Al Shoumar | 8,980.50 |
|     Reversal of Unauthorized charge | 4,151.00 |
|     Transfer from old account | 7,586.36 |
| **Total Other Income** | 20,717.86 |
| **Other Expense** | |
|     Transfer to new account | 7,586.36 |
|     Unauthorized Charges | 9,506.51 |
| **Total Other Expense** | 17,092.87 |
| **Net Other Income** | 3,624.99 |
| **Net Income** | 15,011.00 |

AHIF 001256