# Exhibit E

# BERNABEI & WACHTEL, PLLC

### ATTORNEYS AT LAW

### 1775 T STREET, N.W.
### WASHINGTON, D.C. 20009

**202.745.1942**
**FAX: 202.745.2627**
WWW.BERNABEIPLLC.COM

LYNNE BERNABEI                                          PETER M. WHELAN
DAVID WACHTEL                                           ELIZA BRINK DERMODY
ALAN R. KABAT                                           LAUREN R. S. MENDONSA ▲
                                                        NADIA E. SAID ▪

                                                        ▲ ADMITTED IN VA ONLY
                                                        ▪ ADMITTED IN IL ONLY

<u>By Electronic Mail and First Class Mail</u>
February 28, 2013


Robert T. Haefele, Esquire
Michael Elsner, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29464

   Re:  <u>*In re* Terrorist Attacks on September 11, 2001, No. 1:03-MD-1570 (GBD/FM).</u>

Dear Counsel:

   I write on behalf of Perouz Sedaghaty, and in response to the Order (ECF No. 2692) (Feb. 22, 2013).  Mr. Sedaghaty, at the direction of his criminal defense counsel, continues to assert the Fifth Amendment privilege in response to plaintiffs' document requests, and hence will not be submitting a privilege log at this time.

       Sincerely,


       */s/ Alan R. Kabat*


       Alan R. Kabat


cc:   MDL-1570 Counsel of Record
    Steven Wax, Esquire