# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

### Order

The Court hereby adopts its Findings of Fact and Conclusions of Law as to Defendant Islamic Republic of Iran, entered in *Havlish v. Bin Laden*, Case No. 03-CV-09848, ECF No. 294, in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq*, and expands those Findings of Fact and Conclusions of Law to apply to the Iranian Ministry of Intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps – Qods Force, Ayatollah Ali Hoseini-Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr (collectively, the "Iran Defendants").

Pursuant to the Court's Findings of Fact and Conclusions of Law as to the Iran Defendants, the Court hereby enters default judgment as to liability against the Iran Defendants, and in favor of the Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq*, in relation to their claims, pursuant to 28 U.S.C. § 1605A(c), for wrongful death and related claims suffered by United States nationals; and

Pursuant to the Court's Findings of Fact and Conclusions of Law as to the Iran Defendants, the Court hereby enters judgment by default as to liability against the

Iran Defendants, and in favor of the United States national Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq*, in relation to their claims pursuant to 28 U.S.C. § 1605A(c).

   The Clerk of Court is therefore hereby directed to enter default judgment as to liability against the Iran Defendants in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq*, in accordance with this Order.

Dated:_____ ___, 2015
   New York, New York

              SO ORDERED:

              _____
              GEORGE B. DANIELS
              UNITED STATES DISTRICT JUDGE