UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-6978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-8591
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Cantor Fitzgerald Assocs. v. Akida Invest. Co.*, Case No. 04-cv-7065

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gregory G. Rapawy, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases.

I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal Court. Certificates of good standing from the Bars of the District of Columbia and the Commonwealth of Massachusetts are attached as Exhibits A and B, respectively.

Dated:  August 18, 2015

Respectfully submitted,

*/s/ Gregory G. Rapawy*
Gregory G. Rapawy
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7967
Facsimile:  (202) 326-7999
grapawy@khhte.com

2