UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) Civil Action No. 03 MDL 1570 (GBD) ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-cv-6978
*Vigilant Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-8591
*Pacific Employers Insurance, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia*, Case No. 04-cv-1922
*Cantor Fitzgerald Assocs. v. Akida Invest. Co.*, Case No. 04-cv-7065

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Gregory G. Rapawy for admission to practice *Pro Hac Vice* in the above-captioned litigation and individual cases is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Massachusetts; and that his contact information is as follows:

> Gregory G. Rapawy
> Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
> 1615 M Street, NW, Suite 400
> Washington, DC 20036
> Tel.: 202-326-7967 / Fax: 202-326-7999
> grapawy@khhte.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the defendant The Kingdom of Saudi Arabia in the above-captioned litigation and individual cases;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned litigation and individual cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE