# BERNABEI & WACHTEL, PLLC

ATTORNEYS AT LAW

**1775 T STREET, N.W.**
**WASHINGTON, D.C. 20009**

LYNNE BERNABEI
DAVID WACHTEL
ALAN R. KABAT

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

PETER M. WHELAN
LAUREN R. S. MENDONSA
MATTHEW E. RADLER
KAREN TANENBAUM

By ECF
August 21, 2015

Honorable Frank Maas
U.S. District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

I write on behalf of defendants Soliman Al-Buthe and Perouz Sedaghaty to respectfully request an extension of time for their oppositions to the plaintiffs' motions to compel (ECF Nos. 2990 and 2991), which were filed on August 10, 2015 (a date extended at plaintiffs' request).

The oppositions are currently due on September 10, 2015, and we request the Court's endorsement of an enlargement of time, up to September 30, 2015, to file the opposition briefs.

Counsel for plaintiffs have consented to this request. Defendants have similarly agreed to an extension of time, if needed, for plaintiffs' reply briefs, and plaintiffs will submit a specific request after reviewing the oppositions.

Sincerely,

*/s/ Alan R. Kabat*

Alan R. Kabat

cc:  MDL-1570 Counsel of Record