UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)(FM)
11 CV 7550 (GBD)(FM)
03 CV 6978 (GBD)(FM)
02 CV 6977 (GBD)(FM)
04 CV 1076 (GBD)(FM)

----------------------------------- x

The Hoglan, O'Neill, Federal Insurance Co., and Ashton Plaintiffs that have submitted proposed orders for default judgment shall submit revised proposed orders on or before August 28, 2015, which track the language and format of the Order of Judgment issued in *Havlish, et al. v. bin Laden, et al.*, 1:03-cv-09848 (GBD), such that all proposed orders are uniform but for any substantive differences (e.g., the individual defendants at issue). (*See Havlish* Order of Judgment, 03 MDL 1570, ECF No. 2516 (Dec. 22, 2011).)

Dated: August 25, 2015
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge