

August 26, 2015

**VIA ECF**
**VIA FACSIMILE**

**Sean P. Carter**
Direct Phone  215-665-2105
Direct Fax     215-701-2105
scarter1@cozen.com

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD)

Dear Judge Daniels:

In accordance with the Court's Order of August 25, 2015, enclosed is a revised proposed form of order for entry of default judgment against Iran in *Federal Insurance Co. v. al Qaeda, et al.*, 03-CV 6978 (GBD) (FM). Consistent with the Court's directive, the proposed form of order tracks the language and format of the Order of Judgment issued in *Havlish, et al. v. bin Laden, et al.*, 03 CV 09848 (GBD).

We thank Your Honor for the Court's attention to this matter.

Respectfully,

COZEN O'CONNOR

By:   Sean P. Carter

SPC/:bdw
Enclosure

cc:   The Honorable Frank Maas *(via Fax & ECF)*
      All Counsel of Record *(via ECF)*

LEGAL\24180026\1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　Civil Action No. 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001

---------------------------------------------------------x

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978 (GBD)(FM)

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered in favor of all Plaintiffs in *Federal Insurance Co., v.al Qaida, et al.,* 03-CV-06978 (GBD) and against The Islamic Republic of Iran;

**ORDERED** that the *Federal Insurance* Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

Dated:   New York, New York

_____, 2015

　　　　　　　　　　　　　　　　　　SO ORDERED:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE