**KREINDLER & KREINDLER LLP**

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

amaloney@kreindler.com
212-973-3438

August 26, 2015

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)

Dear Judge Daniels:

In accordance with the Court's Order of August 25, 2015, enclosed is a revised proposed form of order for entry of default judgment against Iran in *Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-CV-6977 (GBD) (FM). Consistent with the Court's directive, the proposed form of order tracks the language and format of the Order of Judgment issued in *Havlish, et al. v. bin Laden, et al.*, 03 CV 09848 (GBD).

We thank Your Honor for the Court's attention to this matter.

Respectfully,

KREINDLER & KREINDLER LLP

By: _____
Andrew J. Maloney III

Enclosure

cc:   The Honorable Frank Maas *(via Fax & ECF)*
      All Counsel of Record *(via ECF)*

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

Ashton et al. v. al Qaeda Islamic Army, et al., 02-CV-6977 (GBD)(FM)

### ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that the Ashton Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered in favor of the Ashton Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02-CV-6977 (GBD)(FM) and against the Islamic Republic of Iran;

**ORDERED** that the Ashton Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

Dated: New York, New York
_____, 2015

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE