UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* | : | |
| 1:11-cv-07550-GBD | : | |

**NOTICE OF FILING EXHIBIT 13A**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

Pursuant to the colloquy during the presentation of evidence on August 17, 2015, the *Hoglan* Plaintiffs hereby provide Notice of Filing of Exhibit 13A attached hereto. As discuss during the presentation of evidence, Exhibit 13A provides updated "Country Reports on Terrorism" for the years 2010 - 2014. Exhibit 13A is a supplement to Exhibit 13 which was originally presented and admitted at the evidentiary hearing in *Havlish, et al. v. bin-Laden, et al*, 03-cv-09848-GBD, and was also admitted into evidence in this matter at the hearing on August 17, 2015.

Respectfully submitted,

/s       *Stephen A. Corr*
Stephen A. Corr, Esquire
Pa. Bar No. 65266
Stark & Stark, P.C.
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
scorr@stark-stark.com

**CERTICIATION OF SERVICE**

I, Stephen A. Corr, Esquire, hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system.

Respectfully submitted,

/s      *Stephen A. Corr*
Stephen A. Corr, Esquire
Pa. Bar No. 65266
Stark & Stark, P.C.
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
scorr@stark-stark.com

Dated:  August 26, 2015

2