**Hoglan, et al. v. Iran, et al., 11 Civ. 7550 (GBD)(FM)**

**EXHIBIT 13A**

# Country Reports on Terrorism 2014

## June 2015

---

United States Department of State Publication
Bureau of Counterterrorism
Released June 2015

Country Reports on Terrorism 2014 is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide to Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

required report and certifications indicating the Administration's intent to rescind Cuba's State Sponsor of Terrorism designation, including the certification that Cuba has not provided any support for international terrorism during the previous six-months; and that Cuba has provided assurances that it will not support acts of international terrorism in the future. The required 45-day Congressional pre-notification period expired, and the Secretary of State made the final decision to rescind Cuba's designation as a State Sponsor of Terrorism, effective on May 29, 2015.

In recent years, Cuba has taken a number of steps to fully distance itself from international terrorism and has taken steps to strengthen its counterterrorism laws. In 2013, Cuba made a commitment to work with the Financial Action Task Force to address its anti-money laundering/counterterrorism finance (AML/CFT) deficiencies. Since that time, Cuba has made significant progress in establishing the framework necessary to meet international AML/CFT standards by, for example, adequately criminalizing money laundering and terrorist finance and establishing procedures to identify and freeze terrorist assets, among other legal and regulatory actions.

Throughout 2014, Cuba supported and hosted internationally recognized negotiations between the Revolutionary Armed Forces of Colombia (FARC) and Government of Colombia aimed at garnering a peace agreement. Safe passage of FARC members provided in the context of these talks has been coordinated with representative of the governments of Colombia, Venezuela, Chile, and Norway, as well as the International Committee of the Red Cross. There is no credible evidence that the Government of Cuba has provided specific material support, services, or resources, to members of the FARC, or the National Liberation Army (ELN), outside of facilitating the internationally recognized peace process between those organizations and the Government of Colombia.

The Government of Cuba does continue to allow approximately two dozen members of the Basque Fatherland and Liberty Organization (ETA) to remain in the country. The Cuban government provided assurances that it would never permit the ETA members living in Cuba to use Cuban territory for that organization's activities against Spain or any other country. There is no available information that the Government of Cuba allowed any of these ETA members to plan, finance, lead, or commit acts of international terrorism while residing in Cuba.

The Government of Cuba does continue to harbor fugitives wanted to stand trial or to serve sentences in the United States for committing serious violations of U.S. criminal laws, and provides some of these individuals limited support such as housing, food ration books, and medical care. Although Cuba continues to refuse to return certain individuals that fled to Cuba in the past, it has been more cooperative with the United States in recent years. In 2014, the Government of Cuba engaged in talks with U.S. officials in reference to some of these fugitives still residing in Cuba.

---

**IRAN**

Designated as a State Sponsor of Terrorism in 1984, Iran continued its terrorist-related activity in 2014, including support for Palestinian terrorist groups in Gaza, Lebanese Hizballah, and various

groups in Iraq and throughout the Middle East. This year, Iran increased its assistance to Iraqi Shia militias, one of which is a designated Foreign Terrorist Organization (FTO), in response to the Islamic State in Iraq and the Levant (ISIL) incursion into Iraq, and has continued to support other militia groups in the region. Iran also attempted to smuggle weapons to Palestinian terrorist groups in Gaza. While its main effort focused on supporting goals in the Middle East, particularly in Syria, Iran and its proxies also continued subtle efforts at growing influence elsewhere including in Africa, Asia, and, to a lesser extent, Latin America. Iran used the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) to implement foreign policy goals, provide cover for intelligence operations, and create instability in the Middle East. The IRGC-QF is the regime's primary mechanism for cultivating and supporting terrorists abroad.

Iran views Syria as a crucial causeway in its weapons supply route to Lebanese Hizballah, its primary beneficiary, and as a key pillar in its "resistance" front. In 2014, Iran continued to provide arms, financing, training, and the facilitation of primarily Iraqi Shia and Afghan fighters to support the Asad regime's brutal crackdown that has resulted in the deaths of at least 191,000 people in Syria, according to August UN estimates. Iran publicly admits to sending members of the IRGC to Syria in an advisory role. There is consistent media reporting that some of these troops are IRGC-QF members and that they have taken part in direct combat operations. While Tehran has denied that IRGC-QF personnel participate in combat operations, in 2014 it acknowledged the deaths in Syria of two senior officers (Brigadier Generals Abdullah Eskandari and Jamar Dariswali). Tehran claimed they were volunteers who lost their lives while protecting holy shrines near Damascus.

Likewise in Iraq, despite its pledge to support Iraq's stabilization, Iran increased training and funding to Iraqi Shia militia groups in response to ISIL's advance into Iraq. Many of these groups, such as Kata'ib Hizballah (KH), have exacerbated sectarian tensions in Iraq and have committed serious human rights abuses against primarily Sunni civilians. The IRGC-QF, in concert with Lebanese Hizballah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device (IED) technology and other advanced weaponry. Similar to Hizballah fighters, many of these trained Shia militants have used these skills to fight for the Asad regime in Syria or against ISIL in Iraq.

Iran has historically provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). These Palestinian terrorist groups have been behind a number of deaths from attacks originating in Gaza and the West Bank. Although Hamas's ties to Tehran have been strained due to the Syrian civil war, in a November 25 speech, Supreme Leader Khamenei highlighted Iran's military support to "Palestinian brothers" in Gaza and called for the West Bank to be similarly armed. In December, Hamas Deputy Leader Moussa Abu Marzouk announced bilateral relations with Iran and Hamas were "back on track."

In March, Israeli naval forces boarded the Klos C cargo ship in the Red Sea off the coast of Sudan. On board, they found 40 M-302 rockets, 180 mortars, and approximately 400,000 rounds of ammunition hidden within crates of cement labeled "Made in Iran" and believed to be destined to militants in the region.

Since the end of the 2006 Israeli-Hizballah conflict, Iran has also assisted in rearming Lebanese Hizballah, in direct violation of UNSCR 1701. General Amir Ali Hajizadeh, head of the IRGC Aerospace Force stated in November that "The IRGC and Hezbollah are a single apparatus jointed together," and Lebanese Hizballah Deputy Secretary General Naim Qassem boasted that Iran had provided his organization with missiles that had "pinpoint accuracy" in separate November public remarks. Iran has provided hundreds of millions of dollars in support of Lebanese Hizballah in Lebanon and has trained thousands of its fighters at camps in Iran. These trained fighters have used these skills in direct support of the Asad regime in Syria and, to a lesser extent, in support of operations against ISIL in Iraq. They have also continued to carry out attacks along the Lebanese border with Israel.

Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it continued to detain, and refused to publicly identify those senior members in its custody. Iran previously allowed AQ facilitators to operate a core facilitation pipeline through Iran since at least 2009, enabling AQ to move funds and fighters to South Asia and Syria.

Iran remains a state of proliferation concern. Despite multiple UNSCRs requiring Iran to suspend its sensitive nuclear proliferation activities, Iran continued to be in noncompliance with its international obligations regarding its nuclear program. Implementation of the Joint Plan of Action (JPOA) between the P5+1 (China, France, Germany, Russia, the United Kingdom, and the United States, coordinated by the EU), and Iran began on January 20, 2014. Iran has fulfilled the commitments that it made under the JPOA. The parties negotiated during 2014 to pursue a Joint Comprehensive Plan of Action (JCPOA) to achieve a long-term comprehensive solution to restore confidence that Iran's nuclear program is and will remain exclusively peaceful.

---

**SUDAN**

Sudan was designated as a State Sponsor of Terrorism in 1993 due to concerns about support to international terrorist groups. Sudan remained a generally cooperative partner of the United States on counterterrorism. During the past year, the Government of Sudan continued to support counterterrorism operations to counter threats to U.S. interests and personnel in Sudan.

Elements of al-Qa'ida-inspired terrorist groups remained in Sudan. The Government of Sudan has taken steps to limit the activities of these elements and has worked to disrupt foreign fighters' use of Sudan as a logistics base and transit point for terrorists going to Syria and Iraq. However, groups continued to operate in Sudan in 2014 and there continued to be reports of Sudanese nationals participating in terrorist organizations.

In 2014, Sudan continued to allow members of Hamas to travel, fundraise, and live in Sudan.

In June 2010, four Sudanese men sentenced to death for the January 1, 2008 killing of two U.S. Embassy staff members escaped from Khartoum's maximum security Kober prison. That same month Sudanese authorities confirmed that they recaptured one of the four convicts and a second escapee was reported killed in Somalia in May 2011. The recaptured murderer is being held in Kober Prison, and as of December 2014, appeals of his pending death sentence were still ongoing. The whereabouts of the other two convicts are unknown.

# Country Reports on Terrorism 2013

## April 2014

United States Department of State Publication
Bureau of Counterterrorism
Released April 2014

Country Reports on Terrorism 2013 is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide to Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

# Chapter 3
# State Sponsors of Terrorism

To designate a country as a State Sponsor of Terrorism, the Secretary of State must determine that the government of such country has repeatedly provided support for acts of international terrorism. Once a country is designated, it remains a State Sponsor of Terrorism until the designation is rescinded in accordance with statutory criteria. A wide range of sanctions are imposed as a result of a State Sponsor of Terrorism designation, including:

- A ban on arms-related exports and sales;
- Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism;
- Prohibitions on economic assistance; and
- Imposition of miscellaneous financial and other restrictions.

This report provides a snapshot of events during 2013 relevant to countries designated as State Sponsors of Terrorism; it does not constitute a new announcement regarding such designations. More information on State Sponsor of Terrorism designations may be found online at http://www.state.gov/j/ct/c14151.htm.

## CUBA

Cuba was designated as a State Sponsor of Terrorism in 1982.

Cuba has long provided safe haven to members of Basque Fatherland and Liberty (ETA) and the Revolutionary Armed Forces of Colombia (FARC). Reports continued to indicate that Cuba's ties to ETA have become more distant, and that about eight of the two dozen ETA members in Cuba were relocated with the cooperation of the Spanish government. Throughout 2013, the Government of Cuba supported and hosted negotiations between the FARC and the Government of Colombia aimed at brokering a peace agreement between the two. The Government of Cuba has facilitated the travel of FARC representatives to Cuba to participate in these negotiations, in coordination with representatives of the Governments of Colombia, Venezuela, and Norway, as well as the Red Cross.

There was no indication that the Cuban government provided weapons or paramilitary training to terrorist groups.

The Cuban government continued to harbor fugitives wanted in the United States. The Cuban government also provided support such as housing, food ration books, and medical care for these individuals.

## IRAN

Designated as a State Sponsor of Terrorism in 1984, Iran continued its terrorist-related activity, including support for Palestinian terrorist groups in Gaza, and for Hizballah. It has also increased its presence in Africa and attempted to smuggle arms to Houthi separatists in Yemen and Shia oppositionists in Bahrain. Iran used the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF)

and its regional proxy groups to implement foreign policy goals, provide cover for intelligence operations, and create instability in the Middle East. The IRGC-QF is the regime's primary mechanism for cultivating and supporting terrorists abroad.

Iran views Syria as a crucial causeway in its weapons supply route to Hizballah, its primary beneficiary. In 2013, Iran continued to provide arms, financing, training, and the facilitation of Iraqi Shia fighters to the Asad regime's brutal crackdown, a crackdown that has resulted in the death of more than 100,000 civilians in Syria. Iran has publicly admitted sending members of the IRGC to Syria in an advisory role. There are reports indicating some of these troops are IRGC-QF members and that they have taken part in direct combat operations. In February, senior IRGC-QF commander Brigadier General Hassan Shateri was killed in or near Zabadani, Syria. This was the first publicly announced death of a senior Iranian military official in Syria. In November, IRGC-QF commander Mohammad Jamalizadeh Paghaleh was also killed in Aleppo, Syria. Subsequent Iranian media reports stated that Paghaleh was volunteering in Syria to defend the Sayyida Zainab mosque, which is located in Damascus. The location of Paghaleh's death, over 200 miles away from the mosque he was reported to be protecting, demonstrated Iran's intent to mask the operations of IRGC-QF forces in Syria.

Iran has historically provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including the Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC), although Hamas's ties to Tehran have been strained due to the Syrian civil war. Since the end of the 2006 Israeli-Hizballah conflict, Iran has also assisted in rearming Hizballah, in direct violation of UNSCR 1701. Iran has provided hundreds of millions of dollars in support of Hizballah in Lebanon and has trained thousands of its fighters at camps in Iran. These trained fighters often use these skills in support of the Asad regime in Syria.

Despite its pledge to support Iraq's stabilization, Iran trained, funded, and provided guidance to Iraqi Shia militant groups. The IRGC-QF, in concert with Hizballah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry. Similar to Hizballah fighters, many of these trained Shia militants then use these skills to fight for the Asad regime in Syria, often at the behest of Iran.

On January 23, 2013, Yemeni authorities seized an Iranian dhow, the Jihan, off the coast of Yemen. The dhow was carrying sophisticated Chinese antiaircraft missiles, C-4 explosives, rocket-propelled grenades, and a number of other weapons and explosives. The shipment of lethal aid was likely headed to Houthi separatists in Northern Yemen. Iran actively supports members of the Houthi movement, including activities intended to build military capabilities, which could pose a greater threat to security and stability in Yemen and the surrounding region.

In late April 2013, the Government of Bosnia declared two Iranian diplomats, Jadidi Sohrab and Hamzeh Dolab Ahmad, persona non grata after Israeli intelligence reported they were members of Iran's Ministry of Intelligence and Security. One of the two men had been spotted in India, Georgia, and Thailand, all of which were sites of a simultaneous bombing campaign in February 2012, according to Israeli intelligence. Both diplomats were subsequently expelled from Bosnia.

On December 29, 2013, the Bahraini Coast Guard interdicted a speedboat filled with weapons and explosives that was likely bound for Shia oppositionists in Bahrain, specifically the 14 February Youth Coalition (14 FYC). Bahraini authorities accused the IRGC-QF of providing opposition militants with

explosives training in order to carry out attacks in Bahrain. The interdiction led to the discovery of two weapons and explosives cache sites in Bahrain, the dismantling of a car bomb, and the arrest of 15 Bahraini nationals.

Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it continued to detain, and refused to publicly identify those senior members in its custody. Iran allowed AQ facilitators Muhsin al-Fadhli and Adel Radi Saqr al-Wahabi al-Harbi to operate a core facilitation pipeline through Iran, enabling AQ to move funds and fighters to South Asia and also to Syria. Al-Fadhli is a veteran AQ operative who has been active for years. Al-Fadhli began working with the Iran-based AQ facilitation network in 2009 and was later arrested by Iranian authorities. He was released in 2011 and assumed leadership of the Iran-based AQ facilitation network.

Iran remains a state of proliferation concern. Despite multiple UNSCRs requiring Iran to suspend its sensitive nuclear proliferation activities, Iran continued to violate its international obligations regarding its nuclear program. For further information, see the *Report to Congress on Iran-related Multilateral Sanctions Regime Efforts* (November 2013), and the *Report on the Status of Bilateral and Multilateral Efforts Aimed at Curtailing the Pursuit of Iran of Nuclear Weapons Technology* (September 2012).

---

## SUDAN

Sudan was designated as a State Sponsor of Terrorism in 1993. In 2013, the Government of Sudan remained a generally cooperative counterterrorism partner and continued to take action to address threats to U.S. interests and personnel in Sudan.

Elements of al-Qa'ida (AQ)-inspired terrorist groups remained in Sudan. The Government of Sudan has taken steps to limit the activities of these elements, and has worked to disrupt foreign fighters' use of Sudan as a logistics base and transit point for terrorists going to Mali, Syria, and Afghanistan. However, groups continued to operate in Sudan in 2013 and there continued to be reports of Sudanese nationals participating in terrorist organizations. For example, regional media outlets alleged one Sudanese national was part of an al-Shabaab terrorist cell that attacked the Westgate Mall in Nairobi in September. There was also evidence that Sudanese violent extremists participated in terrorist activities in Somalia and Mali.

In 2013, Sudan continued to allow members of Hamas to travel, fundraise, and live in Sudan.

The UN and NGOs reported in 2013 that the Lord's Resistance Army (LRA) is likely operating in the disputed Kafia Kingi area, claimed by Sudan and South Sudan, in close proximity to Sudanese Armed Forces (SAF). At year's end, the United States continued to engage the Government of Sudan, the AU, and the UN to evaluate these reports.

The kidnapping of foreigners for ransom in Darfur continued, although no U.S. citizens were kidnapped in 2013. These kidnappings have hindered humanitarian operations in Darfur. Abductees have been released unharmed amid rumors of ransoms having been paid.

In 2013, the United States continued to pursue justice for the January 1, 2008 killing of two U.S. Embassy employees. At the end of the year, the Sudanese Supreme Court was deliberating on an appeal filed by defense attorneys of the three remaining men convicted of the two murders, requesting that their death sentences be commuted. In February 2013, one of five men convicted of aiding the 2010 escape attempt by the four convicted killers received a presidential commutation of his remaining

# Country Reports on Terrorism 2012

## May 2013

United States Department of State Publication
Bureau of Counterterrorism
Released May 2013

Country Reports on Terrorism 2012 is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide to Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

## IRAN

Designated as a State Sponsor of Terrorism in 1984, Iran increased its terrorist-related activity, including attacks or attempted attacks in India, Thailand, Georgia, and Kenya. Iran provided financial, material, and logistical support for terrorist and militant groups in the Middle East and Central Asia. Iran used the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and militant groups to implement foreign policy goals, provide cover for intelligence operations, and stir up instability in the Middle East. The IRGC-QF is the regime's primary mechanism for cultivating and supporting terrorists abroad.

In 2012, Iran was implicated in planned attacks in India, Thailand, Georgia, and Kenya. On February 13, in New Delhi, India, a magnetic bomb placed under the vehicle of an Israeli diplomat's wife exploded, seriously injuring her and three Indian nationals. On February 14, a similar device was discovered under a vehicle belonging to the Israeli embassy in Tbilisi, Georgia, and safely defused. Also on February 14, Thai police arrested three Iranian nationals in connection with explosions in a Bangkok private residence that revealed bomb-making materials and makeshift grenades intended for use in attacks against Israeli targets. On June 19, Kenyan authorities arrested two Iranian nationals in connection with explosives stockpiled for a suspected terrorist attack. According to press reports, the individuals were members of the IRGC-QF.

On October 17, Iranian-born U.S. dual-national Mansour Arbabsiar was arrested by U.S. authorities and pled guilty in a New York court to participating in a 2011 plot to murder the Saudi ambassador to the United States. Arbabsiar held several meetings with an associate whom Iranian officials believed was a narcotics cartel member. This associate, in fact, was a confidential source for U.S. law enforcement. Arbabsiar admitted to working on behalf of the IRGC-QF to carry out the plot. An IRGC-QF officer who remains at large was also indicted. The thwarted plot demonstrated Iran's interest in using international terrorism – including in the United States – to further its foreign policy goals.

In 2012, the IRGC-QF trained Taliban elements on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets. Since 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives. Iran has shipped a large number of weapons to Kandahar, Afghanistan, aiming to increase its influence in this key province.

Despite its pledge to support Iraq's stabilization, Iran trained, funded, and provided guidance to Iraqi Shia militant groups. The IRGC-QF, in concert with Lebanese Hizballah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

Regarding Syria, Iran provided extensive support, including weapons, funds, and training to assist the Asad regime in its brutal crackdown that has resulted in the death of more than 70,000 civilians. Iran provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including the Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-General Command. Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted in rearming Hizballah, in direct violation of UNSCR 1701. Iran has provided hundreds

# Country Reports on Terrorism 2011

## July 2012

United States Department of State Publication
Bureau of Counterterrorism
Released April 2012

*Country Reports on Terrorism 2011* is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide to Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

of millions of dollars in support of Hizballah in Lebanon and has trained thousands of Hizballah fighters at camps in Iran.

Iran actively supported members of the Houthi tribe in northern Yemen, including activities intended to build military capabilities, which could pose a greater threat to security and stability in Yemen and the surrounding region. In July 2012, the Yemeni Interior Ministry arrested members of an alleged Iranian spy ring, headed by a former member of the IRGC.

Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it continued to detain, and refused to publicly identify those senior members in its custody. Iran allowed AQ facilitators Muhsin al-Fadhli and Adel Radi Saqr al-Wahabi al-Harbi to operate a core facilitation pipeline through Iran, enabling AQ to move funds and fighters to South Asia and to Syria. Al-Fadhli is a veteran AQ operative who has been active for years. Al-Fadhli began working with the Iran-based AQ facilitation network in 2009 and was later arrested by Iranian authorities. He was released in 2011 and assumed leadership of the Iran-based AQ facilitation network.

Since 2009, the Financial Action Task Force (FATF) has called for its members and the international community to institute countermeasures to protect their respective financial sectors and the global financial system from the risks – in particular the terrorist financing threat – posed by Iran. In October 2012, the FATF strengthened its language and again called for countermeasures against Iran. Iran has had some limited engagement regarding anti-money laundering/combating the financing of terrorism and has responded to overtures by multilateral entities such as the UN's Global Programme against Money Laundering, but it has failed to criminalize terrorist financing and require that financial institutions and other obliged entities file suspicious transaction reports. Iran has not engaged with FATF and was not a member of a FATF-style regional body.

Iran remains a state of proliferation concern. Despite multiple UNSCRs requiring Iran to suspend its sensitive nuclear proliferation activities, Iran continues to violate its international obligations regarding its nuclear program. For further information, see the Report to Congress on Iran-related Multilateral Sanctions Regime Efforts (February 2013), and the Report on the Status of Bilateral and Multilateral Efforts Aimed at Curtailing the Pursuit of Iran of Nuclear Weapons Technology (September 2012).

## SUDAN

Sudan was designated as a State Sponsor of Terrorism in 1993. Sudanese officials regularly discussed counterterrorism issues with U.S. counterparts in 2012 and were generally responsive to international community concerns about counterterrorism efforts. Sudan remained a cooperative counterterrorism partner on certain issues, including al-Qa'ida (AQ)-linked terrorism, and the outlook for continued cooperation on those issues remained somewhat positive. The Government of Sudan continued to pursue counterterrorism operations directly involving threats to U.S. interests and personnel in Sudan. Sudanese officials have indicated that they view continued cooperation with the United States as important and recognize the potential benefits of U.S. training and information-sharing. While the counterterrorism relationship remained solid in many aspects, hard-line Sudanese officials continued to express resentment and distrust over actions by the United States and questioned the benefits of continued

# CHAPTER 3
## STATE SPONSORS OF TERRORISM

In order to designate a country as a State Sponsor of Terrorism, the Secretary of State must determine that the government of such country has repeatedly provided support for acts of international terrorism. Once a country has been designated, it continues to be a State Sponsor of Terrorism until the designation is rescinded in accordance with statutory criteria. A wide range of sanctions are imposed as a result of a State Sponsor of Terrorism designation, including:

- A ban on arms-related exports and sales.
- Controls over exports of dual-use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist-list country's military capability or ability to support terrorism.
- Prohibitions on economic assistance.
- Imposition of miscellaneous financial and other restrictions.

More information on State Sponsor of Terrorism designations may be found online at http://www.state.gov/j/ct/c14151.htm.

### CUBA

Cuba was designated as a State Sponsor of Terrorism in 1982. Current and former members of Basque Fatherland and Liberty (ETA) continue to reside in Cuba. Three suspected ETA members were arrested in Venezuela and deported back to Cuba in September 2011 after sailing from Cuba. One of them, Jose Ignacio Echarte, is a fugitive from Spanish law and was also believed to have ties to the Revolutionary Armed Forces of Colombia (FARC). Reports suggested that the Cuban government was trying to distance itself from ETA members living on the island by employing tactics such as not providing services including travel documents to some of them. Press reporting indicated that the Cuban government provided medical care and political assistance to the FARC. There was no indication that the Cuban government provided weapons or paramilitary training for either ETA or the FARC.

The Cuban government continued to permit fugitives wanted in the United States to reside in Cuba and also provided support such as housing, food ration books, and medical care for these individuals.

The Financial Action Task Force (FATF) has identified Cuba as having strategic AML/CFT deficiencies. Despite sustained and consistent overtures, Cuba has refused to substantively engage directly with the FATF. It has not committed to FATF standards and it is not a member of a FATF-style regional body, although in 2011 it did attend a Financial Action Task Force on Money Laundering in South America meeting as a guest and prepared an informal document describing its anti-money laundering/counterterrorist financing system.

### IRAN

Designated as a State Sponsor of Terrorism in 1984, Iran remained an active state sponsor of terrorism in 2011 and increased its terrorist-related activity, likely in an effort to exploit the uncertain political conditions resulting from the Arab Spring, as well as in response to perceived increasing external pressure on Tehran. Iran also continued to provide financial, material, and logistical support for terrorist and militant groups throughout the Middle East and Central Asia. Iran was known to use the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and terrorist insurgent groups to implement its foreign policy goals, provide cover for intelligence operations, and support terrorist and militant groups. The IRGC-QF is the regime's primary mechanism for cultivating and supporting terrorists abroad.

In 2011, the United States discovered that elements of the Iranian regime had conceived and funded a plot to assassinate Saudi Arabia's Ambassador to the United States in Washington D.C. Mansour Arbabsiar, an Iranian-born U.S. dual-national working on behalf of the IRGC-QF, was arrested in September 2011 for his role in the plot; also indicted in the case was an IRGC-QF officer who remains at large. Arbabsiar held several meetings with an associate whom Iranian officials believed was a narcotics cartel member. This associate, in fact, was a confidential source for U.S. law enforcement. The thwarted plot underscored anew Iran's interest in using international terrorism – including in the United States – to further its foreign policy goals.

Despite its pledge to support the stabilization of Iraq, Iran continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups targeting U.S. and Iraqi forces, as well as civilians. Iran was responsible for the increase of lethal attacks on U.S. forces and provided militants with the capability to assemble explosives designed to defeat armored vehicles. The IRGC-QF, in concert with Lebanese Hizballah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets. Since 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives. Iran has shipped a large number of weapons to Kandahar, Afghanistan, in particular, aiming to increase its influence in this key province.

During the wave of pro-democracy demonstrations in Syria, Iran provided weapons and training to assist the Asad regime in its brutal crackdown that has resulted in the death of more than 5,000 civilians. Iran also continued to provide weapons, training, and funding to Hamas and other Palestinian terrorist groups, including the Palestine Islamic Jihad and the Popular Front for the Liberation of Palestine-General Command. Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted in rearming Hizballah, in direct violation of United Nations Security Council Resolution 1701. Iran has provided hundreds of millions of dollars in support of Hizballah in Lebanon and has trained thousands of Hizballah fighters at camps in Iran.

In 2011, Iran remained unwilling to bring to justice senior AQ members it continued to detain, and refused to publicly identify those senior members in its custody. It also allowed AQ

members to operate a core facilitation pipeline through Iranian territory, enabling AQ to carry funds and move facilitators and operatives to South Asia and elsewhere.

Since 2009, the Financial Action Task Force (FATF) has called for its members and the international community to institute countermeasures to protect their respective financial sectors as well as the global financial system from the risks – in particular the terrorist financing threat – posed by Iran. In October 2011, the FATF strengthened its language and again called for countermeasures against Iran. Iran has had some limited engagement regarding anti-money laundering/counterterrorist finance and has responded to overtures by multilateral entities such as the UN's Global Programme against Money Laundering, but it has failed to criminalize terrorist financing and require that financial institutions and other obliged entities file suspicious transaction reports. It has not engaged with FATF and is not a member of a FATF-style regional body.

---

**SUDAN**

Sudan was designated as a State Sponsor of Terrorism in 1993. In 2011, Sudan was a cooperative counterterrorism partner of the United States.

Elements of several designated terrorist groups including al-Qa'ida (AQ)-inspired terrorist groups remained in Sudan. The Government of Sudan has reportedly taken steps to limit the activities of these organizations and worked to disrupt foreign fighters' use of Sudan as a logistics base and transit point for violent extremists going to Iraq and Afghanistan. However, gaps remained in the Government of Sudan's knowledge of and ability to identify and capture these individuals. There was some evidence to suggest that former participants in the Iraqi insurgency have returned to Sudan and are in a position to use their expertise to conduct attacks within Sudan or to pass on their knowledge. There was also evidence that Sudanese extremists participated in terrorist activities in Somalia, activities that the Government of Sudan has also reportedly attempted to disrupt.

In addition, Palestinian Islamic Jihad (PIJ) and Hamas maintained a presence in Sudan and Hamas has increased its presence there since late 2011. Hamas leader Khaled Meshaal visited Khartoum in November 2011, and Hamas political chief Ismail Haniyeh led a delegation of Hamas officials to Khartoum in late December during a regional tour. In addition, Haniyeh was President Bashir's guest of honor at the Sudanese independence celebrations on December 31. With the exception of Hamas, whose members the Government of Sudan does not consider to be terrorists, the government does not openly support the presence of terrorist elements within its borders.

Khartoum also has maintained a relationship with Iran. In 2011, President Bashir and the Sudanese Ambassador to Iran both met with Iranian President Mahmoud Ahmadinejad to discuss bolstering political and economic ties between Khartoum and Tehran.

In June of 2010, four Sudanese men sentenced to death for the January 1, 2008 killing of U.S. diplomat John Granville and his Sudanese driver, escaped from Khartoum's maximum security Khobar Prison. That same month Sudanese authorities confirmed that they recaptured one of the




# COUNTRY REPORTS ON TERRORISM 2010

United States Department of State
Office of the Coordinator for Counterterrorism
Released August 2011

Country Reports on Terrorism 2010 is submitted in compliance with Title 22 of the United States Code, Section 2656f (the "Act"), which requires the Department of State to provide Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of the Act.

years in prison. Also in December, the Cuban Supreme Court commuted the death sentences of two Salvadorans, René Cruz León and Otto René Rodríguez Llerena, who had been convicted of terrorism, and sentenced them both to 30 years.

**Regional and International Cooperation:** Cuba did not sponsor counterterrorism initiatives or participate in regional or global operations against terrorists in 2010.

## IRAN

**Overview:** Designated as a State Sponsor of Terrorism in 1984, Iran remained the most active state sponsor of terrorism in 2010. Iran's financial, material, and logistic support for terrorist and militant groups throughout the Middle East and Central Asia had a direct impact on international efforts to promote peace, threatened economic stability in the Gulf, and undermined the growth of democracy.

In 2010, Iran remained the principal supporter of groups implacably opposed to the Middle East Peace Process. The Qods Force, the external operations branch of the Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating and supporting terrorists abroad. Iran provided weapons, training, and funding to Hamas and other Palestinian terrorist groups, including the Palestine Islamic Jihad (PIJ) and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC). Since the end of the 2006 Israeli-Hizballah conflict, Iran has assisted Hizballah in rearming, in direct violation of UN Security Council Resolution 1701. Iran has provided hundreds of millions of dollars in support of Hizballah in Lebanon and has trained thousands of Hizballah fighters at camps in Iran.

Iran's Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets. Since at least 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket propelled grenades, mortar rounds, 107mm rockets, and plastic explosives. Iran has shipped a large number of weapons to Kandahar, Afghanistan aiming to increase its influence in the country.

Despite its pledge to support the stabilization of Iraq, Iranian authorities continued to provide lethal support, including weapons, training, funding, and guidance, to Iraqi Shia militant groups that target U.S. and Iraqi forces. The Qods Force continued to supply Iraqi militants with Iranian-produced advanced rockets, sniper rifles, automatic weapons, and mortars that have killed Iraqi and Coalition Forces, as well as civilians. Iran was responsible for the increased lethality of some attacks on U.S. forces by providing militants with the capability to assemble explosives designed to defeat armored vehicles. The Qods Force, in concert with Lebanese Hizballah, provided training outside of Iraq as well as advisors inside Iraq for Shia militants in the construction and use of sophisticated improvised explosive device technology and other advanced weaponry.

**2010 Terrorist Incidents:** Jundallah, a terrorist organization that operated primarily in the province of Sistan va Balochistan of Iran, has engaged in numerous terrorist attacks within Iran. Jundallah's primary target is the Iranian regime; however, it has also attacked many civilians. Since its inception in 2003, these attacks have resulted in the death and maiming of scores of Iranian civilians and government officials. Jundallah has used a variety of terrorist tactics, including suicide bombings, ambushes, kidnappings, and targeted assassinations. Following the February 2010 capture and execution by Iranian authorities of Jundallah's leader, Abdul Malik Rigi, the group selected a new

leader, Mohammed Dhahir Baluch, and confirmed its commitment to continue its terrorist activities. In July, Jundallah attacked the Grand Mosque in Zahedan, killing approximately 30 and injuring hundreds. On December 15, Jundallah claimed credit for another attack in the Southeastern city of Chabahar, where two suicide bombs killed at least 39 and wounded more than 100 people. In November, the United States designated Jundallah as a Foreign Terrorist Organization. (See Chapter 6, *Foreign Terrorist Organizations*, for more information on Jundallah.)

**Legislation and Law Enforcement:** In 2010, Iran remained unwilling to bring to justice senior al-Qa'ida (AQ) members it continued to detain, and refused to publicly identify those senior members in its custody. Iran has repeatedly resisted numerous calls to transfer custody of its AQ detainees to their countries of origin or third countries for trial.

In June, Iranian authorities executed former Jundallah leader Abdul Malik Rigi. In December, Iranian authorities executed 11 members of Jundallah reportedly connected to the July mosque attack.

## SUDAN

**Overview:** Designated as a State Sponsor of Terrorism in 1993, Sudan remained a cooperative partner in global counterterrorism efforts against al-Qa'ida (AQ) in 2010. During the past year, the Government of Sudan worked actively to counter AQ operations that posed a potential threat to U.S. interests and personnel in Sudan. Sudanese officials have indicated that they viewed continued cooperation with the United States as important and recognized the potential benefits of U.S. training and information-sharing.

**2010 Terrorist Incidents:** The Sudanese government has taken steps to limit the activities of foreign terrorist groups within Sudan and has worked hard to disrupt foreign fighters' use of Sudan as a logistics base and transit point for violent extremists going to Iraq. Nonetheless, elements of designated Foreign Terrorist Organizations, including al-Qa'ida-inspired terrorists, remained in Sudan, as gaps remained in the Sudanese government's knowledge of and ability to identify and capture these individuals as well as prevent them from exploiting the territory for smuggling activities. Some evidence suggested that individuals who actively participated in the Iraqi insurgency have returned to Sudan, and may be in a position to use their expertise to conduct attacks within Sudan or to pass on their knowledge. Sudanese officials continued to view Hamas members as representatives of the Palestinian Authority. Hamas members conducted fundraising in Sudan, and Palestine Islamic Jihad (PIJ) maintained a presence in Sudan.

The Lord's Resistance Army (LRA) continued to operate in the region, though there was no reliable information that corroborated allegations that the Government of Sudan provided support to the LRA. Operating in small cells, the LRA carried out attacks in areas where the borders of the Democratic Republic of the Congo, Central African Republic, and Southern Sudan intersect. The UN estimated that in 2010, LRA attacks displaced 25,000 southern Sudanese. In October, the African Union (AU) announced that Uganda, Sudan, the Democratic Republic of the Congo and the Central African Republic will form an AU-backed joint brigade to pursue the LRA.

**Legislation and Law Enforcement:** On June 11, four Sudanese men sentenced to death for the January 1, 2008, killing of two U.S. Embassy staff members escaped from Khartoum's maximum security Kober prison. One police officer was reportedly killed and another was injured in an exchange of fire at a checkpoint following the breakout. Police subsequently intercepted the get-