```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 27 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| This document applies to:<br>*Hoglan, et al. v. The Islamic Republic of Iran, et al.*<br>*1:11-cv-07550-GBD-FM* | : | |

## ORDER

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court and the evidence presented at the August 17, 2015 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' motion to file evidence under seal is **GRANTED**;

Plaintiffs may file their sealed evidence exclusively in CD-ROM form due to the volume of materials; and,

Plaintiffs will manually file the sealed evidence with the Clerk.

**SO ORDERED:**

New York, New York

DATED: AUG 27 2015

*/s/ George B. Daniels*
George B. Daniels
United States District Judge