**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

## Order

The motion of the *O'Neill* Plaintiffs to file their Amended Pleading solely as to the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps – Qods Force, Ayatollah Ali Hoseini-Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr (collectively the "Iran Defendants"), to proceed with claims against the Iran Defendants pursuant to 28 U.S.C. § 1605A, is GRANTED.

Service of the Amended Pleading upon the Iran Defendants is not required under 28 U.S.C. § 1608, as the *O'Neill* Plaintiffs properly served their initial complaint upon the Iran Defendants, and the Amended Pleading merely clarifies and converts the claims asserted in the original complaint under 28 U.S.C. § 1605(a)(7) to claims under 28 U.S.C. § 1605A.

Dated:_____ ___, 2015
     New York, New York

AUG - 1 2015

SO ORDERED:

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE