USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 31 2015

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No. 03 MDL 1570 (GBD)(FM)

-----------------------------------------------------x

This document relates to:

*Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978 (GBD)(FM)

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered in favor of all Plaintiffs in *Federal Insurance Co. v. al Qaida, et al.,* 03-CV-06978 (GBD) and against The Islamic Republic of Iran;

**ORDERED** that the *Federal Insurance* Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

Dated: New York, New York
       AUG 31 2015
       _____, 2015

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE