# Exhibit B

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم: ٢/H/٥٤٢
التاريخ: ٢٠/١٠/١٤٠٨

## TO WHOM IT MAY CONCERN

The International Islamic Relief Organizaion (IIRO), an affiliate of the Mulslim World League, hereby certifies that Mr. Mohammed Jamal Khalifa, a Saudi National, is the Regional Director for the IIRO in South - East Asia.

Please facilitate his important task and cooperate with him.

Thank you

Dir. Gen. IIRO

Dr. Farid Y. Qurashi

العنوان: ص.ب: ١٤٨٤٣ جدة ٢١٤٣٤ - ت: ٦٥١٥٤١١ / ٦٥١٧٨٤٤ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box : 14843 Jeddah 21434 - Tel. 6515411/6517844 - Fax. : 6518491 - Telex : 606754 IGATHA SJ

2051

13

 

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم:
التاريخ:
الموضوع:

## TO WHOM IT MAY CONCERN

The International Islamic Relief Organization (IIRO), an affiliate of the Muslim World League, hereby certifies that Mr. Mohammed Jamal Khalifah, a saudi National, is the Regional Director for the IIRO in South-East Asia.

Therefore he is authorized to sign any agreement between the governments of South-East Asia Countries and the Muslim World League and the International Islamic Relief Organization.

We hope you help him to accomplish his noble task and to provide him with the assistant needed.

For
Dr. Abdullah Nasseef
General Secretary - MWL
and The Chairman - IIRO.



العنوان: ص.ب: ١٤٨٤٣ جدة ٢١٤٣٤ ـ ت: ٦٥١٥٤١١ ـ فاكس: ٦٥١٨٤٩١ ـ تلكس: ٦٠٦٧٥٤ إغاثة اس جي
Address: P. Box. 14843 Jeddah 21434 - Tel. 6515411 - Fax. 6518491 - Tlx. 606754 IGATHA SJ.

2052

13