military or terrorist activity, plot or attack, indicating an intention to direct conduct against or target conduct toward the United States of America.

**ANSWER:**

54.     Please provide all documents relating to any sanctions imposed upon the Charities by the United States, Kingdom of Saudi Arabia, United Nations, or any other nation or international body.

**ANSWER:**

55.     Please produce all documents relating to any meetings, conferences, or gatherings You attended during Your tenure with the Charities relating to any accusation that the Charities, or any individual or entity employed by and/or associated with the Charities, was misusing or misappropriating funds, engaging in criminal, corrupt, deviant, or extremist activities, sponsoring terrorist activities, and/or providing material support or resources to Osama bin Laden, al Qaeda and/or affiliated terrorist organizations. Responsive documents shall include, but are not limited to, any materials relating to meetings with representatives of the Kingdom of Saudi Arabia, the Saudi royal family, the Charities, and/or representatives from other foreign countries or international bodies.

**ANSWER:**

56.     Please provide all documents relating to the MWL's secret office (Al Maktab Al Siri).

**ANSWER:**

57.     Please provide all documents relating to the MWL's special or private office (Al Maktab Al Khass).

**ANSWER:**

58.     Please provide all documents relating to any investigation or inquiry conducted by any United States Investigator, any Foreign Investigator, or any KSA Investigator, relating to You.

**ANSWER:**

59.     Please provide copies of all documents that have been seized by, or produced by You to, any United States Investigator, any Foreign Investigator, or any KSA Investigator, concerning any investigation or inquiry relating to You.

**ANSWER:**

60.     Please provide all documents relating to any sanctions imposed upon You by the United States, Kingdom of Saudi Arabia, United Nations, or any other nation or international body.

**ANSWER:**

61.     Please provide all documents governing, describing, detailing, or otherwise relating to the relationship between the Charities and the Kingdom of Saudi Arabia, including without limitation, the following agencies of the KSA: the Supreme Council for Islamic Affairs; the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance; the Ministry of Foreign Affairs, Endowments, Da'wah and Guidance; the Ministry of Defense and Aviation, Endowments, Da'wah and Guidance; the Majlis al Shura (a/k/a the Shura Council); the Ministry of Education; and any embassy or consulate of the KSA, including the Islamic Affairs Division of the embassy or consulate.

**ANSWER:**

62.     Please provide all documents the Charities sent to, and/or received from, the Kingdom of Saudi Arabia, including without limitation, the following agencies of the KSA: the Supreme Council for Islamic Affairs; the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance; the Ministry of Foreign Affairs, Endowments, Da'wah and Guidance; the Ministry of Defense and Aviation, Endowments, Da'wah and Guidance; the Majlis al Shura (a/k/a the Shura Council); the Ministry of Education; and any embassy or consulate of the KSA, including the Islamic Affairs Division of the embassy or consulate.

**ANSWER:**

63.   Please provide all documents governing, describing, detailing, or otherwise relating to the Charities' role in spreading, propagating, or proselytizing Islam outside of the Kingdom of Saudi Arabia, including without limitation any long term strategy, studies, or papers.

**ANSWER:**

64.   Please provide all documents governing, describing, detailing, or otherwise relating to the Charities' role in advancing the foreign policy objectives of the KSA.

**ANSWER:**

65.   Please provide all documents relating to all accounts in any United States, Saudi Arabian, or foreign banking or financial institution the Charities currently hold, or have held, jointly with the KSA, any members of the Saudi royal family, or any Saudi official acting on behalf of the KSA ("KSA Joint Bank Accounts"), and/or any KSA Joint Bank Accounts over which You currently hold or have held signatory authority.

**ANSWER:**

66.    Please provide all documents relating to the role of the KSA and/or members of the Saudi royal family, in the creation, organization, funding, oversight, supervision, operation, and/or management of the Charities (including any subsidiary, affiliate, or branch office).

**ANSWER:**

67.    Please provide all documents relating to the Charities' initial capitalization and any subsequent funding provided by the KSA, members of the Saudi royal family, and/or any other individuals or entities.

**ANSWER:**

68.    Please provide all documents defining, establishing, or relating to the Charities' privileges, obligations, activities, and/or rights under the laws of the KSA.

**ANSWER:**

69.    Please provide all documents relating to any and all laws, statutes, regulations, ordinances, royal decrees, or directives issued by the KSA relating to the Charities, including but not limited to, documents relating to the organization, funding, oversight, supervision, management, and/or control over the Charities' operations, appointment and termination of personnel, accounting, banking and financial transactions, fundraising, determination of which charitable designees should receive support, and/or actual distribution of financial and non-monetary support to charitable designees.

**ANSWER:**

70.   Please provide all documents relating to any fundraising events and/or conferences that were held for the benefit of the Charities and were promoted, sponsored, organized, funded, managed, attended, or supervised by the KSA, any member of the Saudi family, and/or any Saudi official acting on behalf of the KSA.  Responsive documents shall include, but are not limited to, correspondence, meeting minutes, notes, conference materials, educational materials, organizational diagrams and charts, manuals, e-mails, and web-based messages.

**ANSWER:**

71.   Please provide all documents relating to any meeting between officers or representatives of the Charities and any official or agency of the KSA, including without limitation, all meetings attended by representatives of the Kingdom of Saudi Arabia, members of the Saudi royal family, and/or representatives or special advisors from the King's chambers.

**ANSWER:**

72.   Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, relating to the conflicts, crises, or conditions facing Muslim communities in Afghanistan, Albania, Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia,

Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen. Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

73.    Please provide all documents relating to fundraising activities conducted by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, in relation to relief or humanitarian efforts, or other operations, in Afghanistan, Albania, Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia, Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen.

**ANSWER:**

74.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the legitimacy of any armed jihad or resistance by Muslims in Afghanistan, Albania, Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia, Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen. Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

75.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the provision of support to mujahideen forces in any part of the World.  For purposes of this request, the term "support" includes any form of financial, medical, logistical, administrative, religious, political or any other form of assistance, whether provided directly or indirectly.  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You  relating to same.

**ANSWER:**

76.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the provision of support to any armed jihad in any part of the World, regardless of whether such jihad was declared legitimate by competent religious authorities.  For purposes of this request, the term "support" includes any form of financial, medical, logistical, administrative, religious, political or any other form of assistance, whether provided directly or indirectly.  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

77.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government,

which mention "jihad" (جهاد) (*see* Definition No. 25).  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**


78.    Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Osama Bin Laden (including any member of the Bin Laden family).

**ANSWER:**


79.    Please provide all documents You and/or the Charities sent to and/or received from Osama Bin Laden or any member of the Bin Laden family, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and Osama Bin Laden, and/or any member of the Bin Laden family.

**ANSWER:**


80.    Please provide all documents relating to al Qaeda.

**ANSWER:**

81.     Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and al Qaeda, or any member of al Qaeda.

**ANSWER:**

82.     Please provide all documents illustrating, describing, or otherwise relating to al Qaeda's formation and organizational structure, the duration of al Qaeda's existence, any documents relating to al Qaeda's initial capitalization and subsequent funding, any documents relating to the duties and powers of any al Qaeda boards and/or committees, and/or any other writing relating to the creation or purpose of al Qaeda.

**ANSWER:**

83.     Please provide all documents relating to the establishment, duties, obligations, objectives, membership, composition and/or authority of any committees, boards and/or internal bodies of al Qaeda, including without limitation, al Qaeda's Majlis al Shura ("consultation council"), military committee, and fatwah committee.

**ANSWER:**

84.     Please provide all documents identifying each member, officer, board member, and/or committee member of al Qaeda, including without limitation, any and all documents relating to their appointment, resignation, and/or termination.

**ANSWER:**

85.    Please provide all documents relating to any meetings of members, officers, boards, committees, and/or internal bodies of al Qaeda, including without limitation, any agendas or meeting minutes.

**ANSWER:**

86.    Please provide all documents relating to any meeting, conference, or gathering that You attended at which any of the persons identified in Attachment A were present, including but not limited to, the meeting between You, Osama bin Laden (a/k/a Abu Abdallah), Sheikh Abdel Majeed Zindani, and Dhiaul Haq as set forth in the MWL/IIRO document at Exhibit 1.

**ANSWER:**

87.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons and/or entities identified in Attachment A.

**ANSWER:**

88.    Please provide all documents You and/or the Charities sent to, and/or received from, the persons and/or entities identified in Attachment A, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and those persons and/or entities.

**ANSWER:**

89. From the period beginning January 1, 1988 through 1997, please provide all documents relating to any trips you took to Sudan.

**ANSWER:**

90. From the period beginning January 1, 1988 through 2002, please provide all documents relating to any trips you took to Afghanistan.

**ANSWER:**

91. Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Mohammed Jamal Khalifa (a/k/a Abu Bara), including without limitation, all documents relating to Your role in appointing Khalifa to positions within the MWL and IIRO. Responsive documents shall include, but are not limited to, Khalifa's personnel or employment files.

**ANSWER:**

92. Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Wa'el Hamza Jelaidan (a/k/a Abu Hasan al Madani), including without limitation, all documents relating to

Your role in appointing Jelaidain to positions within the MWL, IIRO, Rabita Trust, and Al Haramain Al Masjed Al Aqsa Charity Foundation. Responsive documents shall include, but are not limited to, Jelaidan's personnel or employment files.

**ANSWER:**

93.     Please provide all documents You, the MWL, the IIRO, or Rabita Trust sent to, and/or received from, the Kingdom of Saudi Arabia and/or any third party, relating to any accusation that Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, were associated with or involved in any criminal, corrupt, deviant, or extremist activity, including without limitation, any terrorist or radical religious, political or social activities.

**ANSWER:**

94.     Please provide all documents relating to any internal investigation conducted by You, the MWL, the IIRO, or Rabita Trust, relating to any accusation that Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, were associated with or involved in any criminal, corrupt, deviant, or extremist activity, including without limitation, any terrorist or radical religious, political, or social activities.

**ANSWER:**

95.    Please provide all documents relating to any disciplinary action taken, or any decision to terminate any relationship with Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, as a result of financial irregularities, suspicious activities, investigations into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**


96.    Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and any of the Golden Chain-Related Individuals, and/or any individual or entity associated therewith.

**ANSWER:**


97.    Please provide all documents You and/or the Charities sent to, and/or received from, any of the Golden Chain-Related-Individuals, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and the any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith.

**ANSWER:**


98.    Please provide all documents relating to any accounts in any banking or financial institution You hold or held jointly with, or on behalf of any of the Golden Chain-Related-

Individuals, and/or any individual or entity associated therewith, including any accounts over which You hold or have held signatory authority.

**ANSWER:**


99.    Please provide all documents relating to any accounts in any banking or financial institution any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith, hold or held jointly with, or on behalf of the Charities, including any accounts over which the Golden Chain-Related-Individuals hold or have held signatory authority.

**ANSWER:**


100.    Please provide all documents relating to any investigations or inquiries conducted by any United States Investigator, Foreign Investigator, or KSA Investigator, into financial transactions linked to accounts held solely or jointly by any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith.

**ANSWER:**


101.    Please provide all documents relating to any decision to terminate any relationship with any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith, as a result of financial irregularities, suspicious activities, investigations

into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**


102.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons and/or entities identified in Attachment B.

**ANSWER:**


103.    Please provide all documents You and/or the Charities sent to, and/or received from, the persons and/or entities identified in Attachment B, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and/those persons and/or entities.

**ANSWER:**


104.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons identified in Attachment C ("Guantanamo Bay Detainees").  Responsive documents shall include, but are not limited to, their personnel or employment files.

**ANSWER:**

105.    Please provide all documents relating to any meetings, interviews, or dialogue You and/or the Charities have had with any individual held at Guantanamo Bay, Cuba, including without limitation, the persons identified in Attachment C ("Guantanamo Bay Detainees").

**ANSWER:**

106.    Please provide all documents relating to the building and property located at 20-24 Branford Place, Newark, New Jersey.  Responsive documents shall include, but are not limited to, all materials relating to Your role in funding, purchasing, leasing, and/or operating that building and property.

**ANSWER:**

107.    Please provide all documents relating to any understanding or agreement with any defendant named in the consolidated civil action, 03 MDL 1570, whereby You have agreed to pay, indemnify, or reimburse any of their costs associated with defending this lawsuit, including legal fees and/or payments to satisfy part or all of a judgment that may be entered in this action against such defendant.  Responsive documents shall include, but are not limited to, contracts, agreements, insurance policies, term sheets, or other records.

**ANSWER:**

108.    Please provide all documents relating to any understanding or agreement between You and any individual, entity, and/or government, whereby such party has agreed to pay, indemnify, or reimburse You for any of the costs associated with defending this lawsuit, including legal fees and/or payments to satisfy part or all of a judgment that may be entered in this action against You.  Responsive documents shall include, but are not limited to, contracts, agreements, insurance policies, term sheets, or other records.

**ANSWER:**

Dated:  August 22, 2013                              Respectfully submitted,

                                                     THE MDL 1570 PLAINTIFFS'
                                                     EXECUTIVE COMMITTEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Abdullah Omar Naseef was served via electronic mail and U.S. first-class mail, postage prepaid, this 22nd day of August 2013, upon:

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
(Counsel for Defendant Abdullah Omar Naseef and Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

J. Scott Tarbutton, Esq.

**ATTACHMENT A**

Abdullah Ahmed Abdullah (a/k/a Abu Mohamed al Masry)
Abdullah Azzam
Abu al Hasan al Maki
Abu Anees (a/k/a Abu Anis; a/k/a Abu Anas; a/k/a Abu Enes; a/k/a Abdelaziz Zaher)
Abu Ayoub
Abu Burnhan
Abu Hajir (a/k/a Abu Hajer)
Abu Hamam al Saudi
Abu Ibrahim
Abu Ubaidah al Banshiri
Abu Zubaydah
Adel Batterjee
Adel Farhat
Ahmed Saeed Khidir
Al Gama'a al Islamiyya (a/k/a "The Islamic Group")
Al Masadah (a/k/a the "Lion's Den")
Ali Mohamed
Bait-ul-Ansar (a/k/a the "Mujahadeen Services Bureau" or "House of Helpers")
Dhiaul Haq
Dr. Ayman Al Zawahiri
Egyptian Islamic Jihad
Enaam Arnaout (a/k/a Abu Mahmoud al Suri)
Human Concern International
Jamal al Fadl
Khalid Sheikh Mohamed
Lajnat al Bir al Islamiyah
Lajnat al Dawa al Islamiyah
Madani al Tayyib
Maktab al Khidmat (a/k/a the "Office of Services")
Mahmoud Mehdi
Mamdouth Mahmud Salim (a/k/a Abu Hajer)
Mercy International
Mohammed Jamal Khalifa
Mohammed Atef
Mohammed Loay Bayazid (a/k/a Abu Rida al Suri; a/k/a Nidal)
Mohammed Suleiman al Nalfi
Muhsin Musa Matwalli Atwah (a/k/a Abdel Rahman al Muhajer)
Nasser Ahmed Bahri
Osama Bin Laden (a/k/a Abu Abdallah)
Ramzi Yousef
Saif al Adel
Sheikh Abdel Majeed Zindani
Sheikh Abdullah Azzam

Sheikh Tameem
Wadih Elias El Hage
Wael Jelaidan (a/k/a Abu al Hassan al Madani)
Wali Khan Amin Shah
Yusif Hamdan
Zahid Sheikh Mohamed

# ATTACHMENT B

Abd al Hamid Sulaiman al Mujil
Abdullah Kamil Abdullah Hashaikah
Abdurajak Abubakar Janjalani
Abu Musab al Djazairi (a/k/a Djamel Lamrani)
Abu Oua'il
Abu Sayyaf Group
Adel Muhammad Said bin Kazam (a/k/a Adel Muhammad Sadiq bin Kazem)
Al Haramain Islamic Foundation
Al Haramain Al Masjed al Aqsa Charity Foundation
Benevolence International Foundation
Dar al Imam al Shafi'i
Egyptian Islamic Jihad
Eshan Jan Areef
Faisal Islamic Bank of Sudan
H.E. Sheikh Mustafa Bin Muhammad Irdis
Hossam Meawad Mohammad Ali
Ihab Ali
International Islamic Charitable Organization
International Islamic University
Jamal al Jibouri
Jemaah Islamiyah
Mahmoud Jaballah
Mohamed Abdul Yamani
Moro Islamic Liberation Front (MILF)
Moro National Liberation Front (MNLF)
Muhammad Sa'd Darwich al Shazy
Muwafaq Foundation
Noor Umog
Randall Todd Royer (a/k/a Ismail Royer)
Salamet Hashem
Sana-Bell, Inc.
Sanabel al Kheer
Saudi High Commission
Saudi Joint Relief Committee for Kosovo and Chechnya
Saudi Red Crescent
Sayed Abu Nesir
Sheikh Ahmed al Gamdin
Soliman Biheiri
Sulaiman al Ali
The Taliban
Third World Relief Agency
World Muslim Congress
Yassin Abdullah al Kadi
Ziad Jarrah

**ATTACHMENT C**

Abdallah Ibrahim al Rushaydan
Abdel Hadi Mohamed Badan al Sebaii Sebaii
Abdul Latif Elbanna
Abdul Rahman Oawid Mohammad al Juaid
Ahmed Hassan Jamil Suleyman
Fahd Muhammed Abdullah al Fouzan
Ghanim Abd al Rahman Ghanim al Huwaymadi al Harbi
Jamal Muhammad Alawi Mari
Khalid Mahomoud Abdul Wahab al Asmr
Rashed Awad Khalaf Balkhair
Rashid Abd al Muslih Qaid al Qaid
Said Muhammad Husayn Qahtani
Sami al Haj
Samir N. al Hassan
Tariq Mahmoud Ahmed al Sawah
Wasm Awwad Umar Wasim
Zaid Muhammad Sa'ad al Husayn

# EXHIBIT 1

*(Parenthetical remarks in Italic are the translator's)*

(Document name: TAREEKHOSAMA/49/Tareekh Osama.121)

Number 1, خ ش *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1. A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

| ———————————— The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2. The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3. The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4. The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.



5. All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

---

6. That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

---

7. In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

---

8. Assigning a car to secure what the brothers need at the front.

---

9. After these *(follow)* the steps that are mentioned in Adel's paper which you have

*(text continues in document* TAREEKHOSAMA/49/Tareekh Osama.121a*)*

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/49/Tareekh Osama.121a**, continuation of document **TAREEKHOSAMA/49/Tareekh Osama.121**)*

10. I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

---

11. To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

---

12. I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear)*.

---

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you .18952410

---

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

---

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this)*.

Your brother



Abu Anees

*(signature)*

BOS000025

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

رابطة العالم الإسلامي

هيئة الإغاثة الإسلامية العالمية

No

Date

الرقم

التاريخ

[illegible]

(١٠) اوصي جميع من تأمرون الناس بالخلود [illegible] والحنان.
والصبر وعدم [illegible] [illegible] [illegible] الوضع [illegible] [illegible]
[illegible] يحتاج الاخوة الى من يستأنسون ويكون [illegible]
[illegible] اجرائهم لبعضهم

(١١) [illegible] ان الاخوة [illegible] ليس كل من يتقرب [illegible]
[illegible] تختلف اجزاؤها حسب شروط المسؤولية
[illegible] بالاستشار.

(١٢) اوصلت الشيخ سيان [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible]

٠٢٨٩٥٥٢١١٠

[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]

[illegible] خان يقول [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] العسكرية
[illegible] ذلك

[illegible] [illegible] [illegible]
[illegible] [illegible] دون [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]

العوالي
[illegible]

[illegible] [illegible] [illegible] [illegible] [illegible]