services, assets, medical assistance, or any other form of support to mujahideen in any part of the World; or (ii) providing financial, logistical, religious, political, or any other form of assistance in relation to any armed jihad, regardless of whether such jihad was declared legitimate by competent religious authorities.

**ANSWER:**


58.     Please provide all documents You and/or the Charities sent to, and/or received from, any third party relating to the alleged involvement of any individual or entity employed by and/or affiliated with the Charities in any criminal, corrupt, deviant, or extremist activity, including without limitation any terrorist or radical religious, political, or social activities.

**ANSWER:**


59.     Please provide all documents You and/or the Charities sent to, and/or received from, the Kingdom of Saudi Arabia relating to any accusation that any individual or entity employed by and/or affiliated with the Charities, was associated with or involved in any criminal, corrupt, deviant, or extremist activity, including without limitation any terrorist or radical religious, political, or social activities.

**ANSWER:**


60.     Provide copies of all laws, statutes, regulations, ordinances, or royal decrees which would have prohibited any Islamic charity or benevolent association from: (i) engaging in

conduct unrelated to their ostensible charitable or humanitarian purposes, including without limitation, diverting funds or otherwise providing material support or resources to Islamic radicals, fundamentalists, extremists or persons or organizations associated with international terrorism or domestic terrorism; and/or (ii) providing material support or resources to al Qaeda, other terrorist organizations and/or individuals sympathetic to al Qaeda or other terrorist organizations.

**ANSWER:**

61.    Please provide all documents relating to any internal investigations conducted by You and/or the Charities into any alleged criminal, corrupt, or extremist activities of any individual or entity employed by and/or affiliated with the Charities, including without limitation any terrorist or radical religious, political, or social activities.

**ANSWER:**

62.    Please provide all documents relating to any action taken by You and/or the Charities to prevent criminal activities, including the sponsorship of terrorists or radicals, by any individual or entity employed by and/or affiliated with the Charities or any of their branch offices.

**ANSWER:**

63.    Please provide all documents relating to any action taken by You and/or the Charities to remove or purge radical or corrupt elements or individuals from the Charities' branch offices.

**ANSWER:**

64.    Please provide all documents relating to any disciplinary action taken by You and/or the Charities, or any decision to terminate any relationship with any of the Charities' subsidiaries, affiliates, branch offices, officers, directors, trustees, board members, committee members, managers, agents, employees, volunteers, and/or representatives as a result of financial irregularities, suspicious activities, investigations into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**

65.    Please provide all documents relating to any disciplinary action taken by You and/or the Charities, or any decision to terminate any relationship with any of the Charities' supporters, donors, suppliers, contributors, facilitators, speakers, foreign government supporters, business supporters, or banks as a result of financial irregularities, suspicious activities, investigations into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**

66.     Please provide copies of all documents that have been seized by, or produced by You and/or the Charities to, any United States Investigator, any Foreign Investigator, or any KSA Investigator, which references or addresses the Charities' alleged support for, or connections to, alleged terrorist organizations, groups, individuals, or activities.

**ANSWER:**


67.     Please provide all documents, statements, interviews, press releases, internal memos, or other materials relating to any accusation that the Charities, or any individual or entity employed by and/or associated with the Charities, was associated with or involved in any military or terrorist activity, plot or attack, indicating an intention to direct conduct against or target conduct toward the United States of America.

**ANSWER:**


68.     Please provide all documents relating to any sanctions imposed upon the Charities by the United States, Kingdom of Saudi Arabia, United Nations, or any other nation or international body.

**ANSWER:**


69.     Please produce all documents relating to any meetings, conferences, or gatherings You attended during Your tenure with the Charities relating to any accusation that the Charities, or any individual or entity employed by and/or associated with the Charities, was misusing or

misappropriating funds, engaging in criminal, corrupt, deviant, or extremist activities, sponsoring terrorist activities, and/or providing material support or resources to Osama bin Laden, al Qaeda and/or affiliated terrorist organizations. Responsive documents shall include, but are not limited to, any materials relating to meetings with representatives of the Kingdom of Saudi Arabia, the Saudi royal family, the Charities, and/or representatives from other foreign countries or international bodies.

**ANSWER:**

70.    Please provide all documents relating to the MWL's secret office (Al Maktab Al Siri).

**ANSWER:**

71.    Please provide all documents relating to the MWL's special or private office (Al Maktab Al Khass).

**ANSWER:**

72.    Please provide all documents relating to any investigation or inquiry conducted by any United States Investigator, any Foreign Investigator, or any KSA Investigator, relating to You.

**ANSWER:**

73.    Please provide copies of all documents that have been seized by, or produced by You to, any United States Investigator, any Foreign Investigator, or any KSA Investigator, concerning any investigation or inquiry relating to You.

**ANSWER:**

74.    Please provide all documents relating to any sanctions imposed upon You by the United States, Kingdom of Saudi Arabia, United Nations, or any other nation or international body.

**ANSWER:**

75.    Please provide all documents governing, describing, detailing, or otherwise relating to the relationship between the Charities and the Kingdom of Saudi Arabia, including without limitation, the following agencies of the KSA:  the Supreme Council for Islamic Affairs; the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance; the Ministry of Foreign Affairs, Endowments, Da'wah and Guidance; the Ministry of Defense and Aviation, Endowments, Da'wah and Guidance; the Majlis al Shura (a/k/a the Shura Council); the Ministry of Education; and any embassy or consulate of the KSA, including the Islamic Affairs Division of the embassy or consulate.

**ANSWER:**

76.    Please provide all documents the Charities sent to, and/or received from, the Kingdom of Saudi Arabia, including without limitation, the following agencies of the KSA:  the Supreme Council for Islamic Affairs; the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance; the Ministry of Foreign Affairs, Endowments, Da'wah and Guidance; the Ministry of Defense and Aviation, Endowments, Da'wah and Guidance; the Majlis al Shura (a/k/a the Shura Council); the Ministry of Education; and any embassy or consulate of the KSA, including the Islamic Affairs Division of the embassy or consulate.

**ANSWER:**

77.    Please provide all documents governing, describing, detailing, or otherwise relating to the Charities' role in spreading, propagating, or proselytizing Islam outside of the Kingdom of Saudi Arabia, including without limitation any long term strategy, studies, or papers.

**ANSWER:**

78.    Please provide all documents governing, describing, detailing, or otherwise relating to the Charities' role in advancing the foreign policy objectives of the KSA.

**ANSWER:**

79.    Please provide all documents relating to all accounts in any United States, Saudi Arabian, or foreign banking or financial institution the Charities currently hold, or have held,

jointly with the KSA, any members of the Saudi royal family, or any Saudi official acting on behalf of the KSA ("KSA Joint Bank Accounts"), and/or any KSA Joint Bank Accounts over which You currently hold or have held signatory authority.

**ANSWER:**

80.    Please provide all documents relating to the role of the KSA and/or members of the Saudi royal family, in the creation, organization, funding, oversight, supervision, operation, and/or management of the Charities (including any subsidiary, affiliate, or branch office).

**ANSWER:**

81.    Please provide all documents relating to the Charities' initial capitalization and any subsequent funding provided by the KSA, members of the Saudi royal family, and/or any other individuals or entities.

**ANSWER:**

82.    Please provide all documents defining, establishing, or relating to the Charities' privileges, obligations, activities, and/or rights under the laws of the KSA.

**ANSWER:**

83.    Please provide all documents relating to any and all laws, statutes, regulations, ordinances, royal decrees, or directives issued by the KSA relating to the Charities, including but not limited to, documents relating to the organization, funding, oversight, supervision, management, and/or control over the Charities' operations, appointment and termination of personnel, accounting, banking and financial transactions, fundraising, determination of which charitable designees should receive support, and/or actual distribution of financial and non-monetary support to charitable designees.

**ANSWER:**


84.    Please provide all documents relating to any fundraising events and/or conferences that were held for the benefit of the Charities and were promoted, sponsored, organized, funded, managed, attended, or supervised by the KSA, any member of the Saudi family, and/or any Saudi official acting on behalf of the KSA.  Responsive documents shall include, but are not limited to, correspondence, meeting minutes, notes, conference materials, educational materials, organizational diagrams and charts, manuals, e-mails, and web-based messages.

**ANSWER:**


85.    Please provide all documents relating to any meeting between officers or representatives of the Charities and any official or agency of the KSA, including without limitation, all meetings attended by representatives of the Kingdom of Saudi Arabia, members of the Saudi royal family, and/or representatives or special advisors from the King's chambers.

**ANSWER:**

86.   Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, relating to the conflicts, crises, or conditions facing Muslim communities in Afghanistan, Albania, Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia, Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen.   Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

87.   Please provide all documents relating to fundraising activities conducted by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, in relation to relief or humanitarian efforts, or other operations, in Afghanistan, Albania, Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia, Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen.

**ANSWER:**

88.   Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the legitimacy of any armed jihad or resistance by Muslims in Afghanistan, Albania,

41

Algeria, Bosnia & Herzegovina, Chechnya, Egypt, Ethiopia, Europe, Indonesia, Kashmir, Kenya, Kosovo, Malaysia, Pakistan, Palestine, the Philippines, Russia, Sudan, Somalia, Tanzania, Turkey, and Yemen.  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

89.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the provision of support to mujahideen forces in any part of the World.  For purposes of this request, the term "support" includes any form of financial, medical, logistical, administrative, religious, political or any other form of assistance, whether provided directly or indirectly.  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You  relating to same.

**ANSWER:**

90.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, discussing the provision of support to any armed jihad in any part of the World, regardless of whether such jihad was declared legitimate by competent religious authorities.  For purposes of this request, the term "support" includes any form of financial, medical, logistical, administrative, religious, political or any other form of assistance, whether provided directly or

indirectly.  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

91.    Please provide all documents authored, published, or disseminated by You during Your tenure as an official representative of the Charities and/or Saudi Arabian government, which mention "jihad" (جهاد) (*see* Definition No. 27).  Responsive documents shall include, but are not limited to, copies of all interviews, statements, or speeches by You relating to same.

**ANSWER:**

92.    Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Osama Bin Laden (including any member of the Bin Laden family).

**ANSWER:**

93.    Please provide all documents You and/or the Charities sent to and/or received from Osama Bin Laden or any member of the Bin Laden family, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and Osama Bin Laden, and/or any member of the Bin Laden family.

**ANSWER:**

94.     Please provide all documents relating to al Qaeda.

**ANSWER:**

95.     Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and al Qaeda, or any member of al Qaeda.

**ANSWER:**

96.     Please provide all documents illustrating, describing, or otherwise relating to al Qaeda's formation and organizational structure, the duration of al Qaeda's existence, any documents relating to al Qaeda's initial capitalization and subsequent funding, any documents relating to the duties and powers of any al Qaeda boards and/or committees, and/or any other writing relating to the creation or purpose of al Qaeda.

**ANSWER:**

97.     Please provide all documents relating to the establishment, duties, obligations, objectives, membership, composition and/or authority of any committees, boards and/or internal bodies of al Qaeda, including without limitation, al Qaeda's Majlis al Shura ("consultation council"), military committee, and fatwah committee.

**ANSWER:**

98.    Please provide all documents identifying each member, officer, board member, and/or committee member of al Qaeda, including without limitation, any and all documents relating to their appointment, resignation, and/or termination.

**ANSWER:**

99.    Please provide all documents relating to any meetings of members, officers, boards, committees, and/or internal bodies of al Qaeda, including without limitation, any agendas or meeting minutes.

**ANSWER:**

100.    Please provide all documents relating to any meeting, conference, or gathering that You attended at which any of the persons identified in Attachment A were present.

**ANSWER:**

101.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons and/or entities identified in Attachment A.

**ANSWER:**

102.   Please provide all documents You and/or the Charities sent to, and/or received from, the persons and/or entities identified in Attachment A, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and those persons and/or entities.

**ANSWER:**

103.   From the period beginning January 1, 1988 through 1997, please provide all documents relating to any trips you took to Sudan.

**ANSWER:**

104.   From the period beginning January 1, 1988 through 2002, please provide all documents relating to any trips you took to Afghanistan.

**ANSWER:**

105.   Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Mohammed Jamal Khalifa (a/k/a Abu Bara).  Responsive documents shall include, but are not limited to, Khalifa's personnel or employment files.

**ANSWER:**

106.    Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and Wa'el Hamza Jelaidan (a/k/a Abu Hasan al Madani).  Responsive documents shall include, but are not limited to, Jelaidan's personnel or employment files.

**ANSWER:**


107.    Please provide all documents You and/or the Charities sent to, and/or received from, the Kingdom of Saudi Arabia and/or any third party, relating to any accusation that Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, were associated with or involved in any criminal, corrupt, deviant, or extremist activity, including without limitation, any terrorist or radical religious, political, or social activities.

**ANSWER:**


108.    Please provide all documents relating to any internal investigation conducted by You and/or the Charities relating to any accusation that Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, were associated with or involved in any criminal, corrupt, deviant, or extremist activity, including without limitation, any terrorist or radical religious, political, or social activities.

**ANSWER:**

109.    Please provide all documents relating to any disciplinary action taken, or any decision to terminate any relationship with Khalifa or Jelaidan, including any individual or entity affiliated with those individuals, as a result of financial irregularities, suspicious activities, investigations into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**

110.    Please provide all documents relating to any business, employment, financial, charitable, religious, or other relationship between You and/or the Charities and any of the Golden Chain-Related Individuals, and/or any individual or entity associated therewith.

**ANSWER:**

111.    Please provide all documents You and/or the Charities sent to, and/or received from, any of the Golden Chain-Related-Individuals, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and the any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith.

**ANSWER:**

112.    Please provide all documents relating to any accounts in any banking or financial institution You hold or held jointly with, or on behalf of any of the Golden Chain-Related-

Individuals, and/or any individual or entity associated therewith, including any accounts over which You hold or have held signatory authority.

**ANSWER:**

113.   Please provide all documents relating to any accounts in any banking or financial institution any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith, hold or held jointly with, or on behalf of the Charities, including any accounts over which the Golden Chain-Related-Individuals hold or have held signatory authority.

**ANSWER:**

114.   Please provide all documents relating to any investigations or inquiries conducted by any United States Investigator, Foreign Investigator, or KSA Investigator, into financial transactions linked to accounts held solely or jointly by any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith.

**ANSWER:**

115.   Please provide all documents relating to any decision to terminate any relationship with any of the Golden Chain-Related-Individuals, and/or any individual or entity associated therewith, as a result of financial irregularities, suspicious activities, investigations

into possible links to the financing of terrorist organizations, and/or the support of violence or jihad.

**ANSWER:**


116.   Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons and/or entities identified in Attachment B.

**ANSWER:**


117.   Please provide all documents You and/or the Charities sent to, and/or received from, the persons and/or entities identified in Attachment B, including without limitation, all documents relating to the transfer of funds between You and/or the Charities and/those persons and/or entities.

**ANSWER:**


118.   Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or the Charities and the persons identified in Attachment C ("Guantanamo Bay Detainees").  Responsive documents shall include, but are not limited to, their personnel or employment files.

**ANSWER:**

119.    Please provide all documents relating to any meetings, interviews, or dialogue You and/or the Charities have had with any individual held at Guantanamo Bay, Cuba, including without limitation, the persons identified in Attachment C ("Guantanamo Bay Detainees").

**ANSWER:**

120.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or Your family and Proyectos y Promociones Paradais S.L., Proyectos y Promociones Iso, and Proyectos Edispan.

**ANSWER:**

121.    Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or Your family and Mohammed Ghaleb Kalaje Zouaydi (a/k/a Abu Talha).

**ANSWER:**

122.    Please provide all written or oral communications (correspondence, letters, memoranda, notes, emails, facsimiles, or otherwise) between You and/or Your family and Mohammed Ghaleb Kalaje Zouaydi, including but not limited to, the October 15, 1999

communication wherein Zouaydi requested that You oversee the transfer of funds to him through Al Rajhi Bank.  Responsive documents shall include all banking and financial documents detailing or describing that specific transaction, the account(s) at Al Rajhi Bank where the funds originated, and the beneficiary bank(s) and account(s) where those funds were transmitted per Zouaydi's instructions.

**ANSWER:**

123.   Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between You and/or Your family and Imad Eddin Barakat al Yarkas (a/k/a Abu Dahdah).

**ANSWER:**

124.   Please provide all documents relating to any understanding or agreement with any defendant named in the consolidated civil action, 03 MDL 1570, whereby You have agreed to pay, indemnify, or reimburse any of their costs associated with defending this lawsuit, including legal fees and/or payments to satisfy part or all of a judgment that may be entered in this action against such defendant.  Responsive documents shall include, but are not limited to, contracts, agreements, insurance policies, term sheets, or other records.

**ANSWER:**

125.    Please provide all documents relating to any understanding or agreement between You and any individual, entity, and/or government, whereby such party has agreed to pay, indemnify, or reimburse You for any of the costs associated with defending this lawsuit, including legal fees and/or payments to satisfy part or all of a judgment that may be entered in this action against You.  Responsive documents shall include, but are not limited to, contracts, agreements, insurance policies, term sheets, or other records.

**ANSWER:**

Dated:  August 22, 2013                          Respectfully submitted,

                                                THE MDL 1570 PLAINTIFFS'
                                                EXECUTIVE COMMITTEES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Abdullah al Turki was served via electronic mail and U.S. first-class mail, postage prepaid, this 22nd day of August 2013, upon:

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
(Counsel for Defendant Abdullah al Turki and Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

J. Scott Tarbutton, Esq.

**ATTACHMENT A**

Abdullah Ahmed Abdullah (a/k/a Abu Mohamed al Masry)
Abdullah Azzam
Abu al Hasan al Maki
Abu Anees (a/k/a Abu Anis; a/k/a Abu Anas; a/k/a Abu Enes; a/k/a Abdelaziz Zaher)
Abu Ayoub
Abu Burnhan
Abu Hajir (a/k/a Abu Hajer)
Abu Hamam al Saudi
Abu Ibrahim
Abu Ubaidah al Banshiri
Abu Zubaydah
Adel Batterjee
Adel Farhat
Ahmed Saeed Khidir
Al Gama'a al Islamiyya (a/k/a "The Islamic Group")
Al Masadah (a/k/a the "Lion's Den")
Ali Mohamed
Bait-ul-Ansar (a/k/a the "Mujahadeen Services Bureau" or "House of Helpers")
Dhiaul Haq
Dr. Ayman Al Zawahiri
Egyptian Islamic Jihad
Enaam Arnaout (a/k/a Abu Mahmoud al Suri)
Human Concern International
Jamal al Fadl
Khalid Sheikh Mohamed
Lajnat al Bir al Islamiyah
Lajnat al Dawa al Islamiyah
Madani al Tayyib
Maktab al Khidmat (a/k/a the "Office of Services")
Mahmoud Mehdi
Mamdouth Mahmud Salim (a/k/a Abu Hajer)
Mercy International
Mohammed Jamal Khalifa
Mohammed Atef
Mohammed Loay Bayazid (a/k/a Abu Rida al Suri; a/k/a Nidal)
Mohammed Suleiman al Nalfi
Muhsin Musa Matwalli Atwah (a/k/a Abdel Rahman al Muhajer)
Nasser Ahmed Bahri
Osama Bin Laden (a/k/a Abu Abdallah)
Ramzi Yousef
Saif al Adel
Sheikh Abdel Majeed Zindani
Sheikh Abdullah Azzam

Sheikh Tameem
Wadih Elias El Hage
Wael Jelaidan (a/k/a Abu al Hassan al Madani)
Wali Khan Amin Shah
Yusif Hamdan
Zahid Sheikh Mohamed

## ATTACHMENT B

Abd al Hamid Sulaiman al Mujil
Abdullah Kamil Abdullah Hashaikah
Abdurajak Abubakar Janjalani
Abu Musab al Djazairi (a/k/a Djamel Lamrani)
Abu Oua'il
Abu Sayyaf Group
Adel Muhammad Said bin Kazam (a/k/a Adel Muhammad Sadiq bin Kazem)
Bassam Dalati Satut
Benevolence International Foundation
BMI, Inc. (a/k/a BMI Construction Fund Limited Partnership; BMI Finance & Investment; BMI
Leasing; BMI Limited Partnership; BMI Leasing Limited Partnership II, BMI Real Estate
Development, Inc.; and BMI Trade and Investment, Inc.)
Dar al Imam al Shafi'i
Egyptian Islamic Jihad
Fahad al Thumairy
Francisco G. Prol
H.E. Sheikh Mustafa Bin Muhammad Irdis
Hossam Meawad Mohammad Ali
Ihab Ali
Imad Eddin Barakat al Yarkas (a/k/a Abu Dahdah)
Islamic Foundation of Sheikh Ibn Taimmiyyah
Jamal al Jibouri
Jemaah Islamiyah
King Fahd Mosque
Liberation of the Islamic Min Sufala Islands
M. Yaqub Mirza
Mahmoud Jaballah
Mamoun Darkazanli
Mohamed Abdul Yamani
Mohammed Ghaleb Kalaje Zouaydi
Moro Islamic Liberation Front (MILF)
Moro National Liberation Front (MNLF)
Muhammad Habib Sultan
Muhammad Sa'd Darwich al Shazy
Mushayt for Trading
Muwafaq Foundation
Noor Umog
Omar Mahmoud Osman (a/k/a Abu Qatada)
Prol & Asociados
Randall Todd Royer (a/k/a Ismail Royer)
Sana-Bell, Inc.
Sanabel al Kheer
Saudi High Commission
Saudi Joint Relief Committee for Kosovo and Chechnya

Saudi Red Crescent
Sayed Abu Nesir
Sheikh Ahmed al Gamdin
Soliman Biheiri
Sulaiman al Ali
Tetuan Pricote S.A.
The Taliban
Third World Relief Agency
Yassin Abdullah al Kadi
Waleed al Husseini (a/k/a Walid al Husseini, Waleed O Houssainy)

## ATTACHMENT C

Abdallah Ibrahim al Rushaydan
Abdel Hadi Mohamed Badan al Sebaii Sebaii
Abdul Latif Elbanna
Abdul Rahman Oawid Mohammad al Juaid
Ahmed Hassan Jamil Suleyman
Fahd Muhammed Abdullah al Fouzan
Ghanim Abd al Rahman Ghanim al Huwaymadi al Harbi
Jamal Muhammad Alawi Mari
Khalid Mahomoud Abdul Wahab al Asmr
Rashed Awad Khalaf Balkhair
Rashid Abd al Muslih Qaid al Qaid
Said Muhammad Husayn Qahtani
Sami al Haj
Samir N. al Hassan
Tariq Mahmoud Ahmed al Sawah
Wasm Awwad Umar Wasim
Zaid Muhammad Sa'ad al Husayn

# EXHIBIT 1



Text search the cables at
cablegatesearch.wikileaks.org

**Articles**

- Brazil
- Sri Lanka
- United Kingdom
- Sweden
- Global
- United States
- Latin America
- Egypt
- Jordan
- Yemen
- Thailand

**Browse by creation date**

| 66 | 72 | 73 | 75 | 78 | 79 | 85 | 86 |
| 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 |
| 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |

**Browse by origin**

| A | B | C | D | F | G | H | I |
| J | K | L | M | N | O | P | Q |
| R | S | T | U | V | W | Y | Z |

**Browse by tag**

| A | B | C | D | E | F | G | H |
| I | J | K | L | M | N | O | P |
| Q | R | S | T | U | V | W | X |
|   |   |   | Y | Z |   |   |   |

**Browse by classification**

CONFIDENTIAL
CONFIDENTIAL//NOFORN
SECRET
SECRET//NOFORN
UNCLASSIFIED
UNCLASSIFIED//FOR
OFFICIAL USE ONLY

**Community resources**

Follow us on Twitter

*courage is contagious*

---

**Viewing cable 06JEDDAH643, IIRO SECRETARY-GENERAL TALKS OF SAUDI PROGRAMS AND**

If you are new to these pages, please read an introduction on the structure of a cable as well as how to discuss
them with others. See also the FAQs

| Reference ID | Created | Classification | Origin |
|---|---|---|---|
| 06JEDDAH643 | 2006-10-09 07:52 | SECRET | Consulate Jeddah |

```
VZCZCXRO3447
PP RUEHDE
DE RUEHJI #0643/01 2820752
ZNY SSSSS ZZH
P 090752Z OCT 06
FM AMCONSUL JEDDAH
TO RUEHC/SECSTATE WASHDC PRIORITY 9560
INFO RUEHZM/GULF COOPERATION COUNCIL COLLECTIVE PRIORITY
RUEHRH/AMEMBASSY RIYADH PRIORITY 6874
RHEHAAA/NSC WASHDC PRIORITY
RUEKJCS/DIA WASHDC PRIORITY
RUEAIIA/CIA WASHDC PRIORITY
```

S E C R E T SECTION 01 OF 03 JEDDAH 000643

SIPDIS

SIPDIS

E.O. 12958: DECL: 10/08/2016
TAGS: PGOV PREL PINR KISL SA
SUBJECT: IIRO SECRETARY-GENERAL TALKS OF SAUDI PROGRAMS AND
EXPANSIONS

REF: A. RIYADH 6927
     ¶B. RIYADH 6467

Classified By: Acting Consul General CB Toney
for reasons 1.4 (b) and (d).

¶1.  (S/NF) SUMMARY: In a meeting at the headquarters of the
International Islamic Relief Organization (IIRO) on September
18, Secretary-General Dr. Adnan Khalil Basha told Poloffs
that IIRO headquarters in Jeddah has administrative and
budgetary control of all 28 country branches and receives no
funding from the SAG, depending instead on donor
contributions.  Funding is primarily limited to Saudi Arabia.
Dr. Adnan admitted to IIRO's inability to control potential
extremist lecturers at youth summer camps and said negative
public opinion of IIRO and its activities is a pervasive
problem.  Dr. Adnan, who appeared to speak openly and
sincerely about the organization, focused his discussions on
IIRO's relief efforts, never addressing allegations of
terrorist financing or the recent 1267 designation of the
head of IIRO,s Eastern Province branch (reftels).  END
SUMMARY.

------------------------------
Current Operations of IIRO
------------------------------

¶2.  (C) IIRO began in 1978 as a non-governmental relief
organization working in poor, Islamic countries providing
humanitarian assistance, funding mosques and orphanages.
IIRO is a centralized organization that is headquartered in
Jeddah.  All 28 country branches report directly to the
Jeddah office.  According to Dr. Adnan, headquarters (HQ)
controls all budgets, programs, and personnel in countries of
operation -- even data entry of individual orphans is done at
the HQ level.

¶3.  (C) Dr. Adnan stated that IIRO depends entirely on
donations to support its personnel and programs, receiving no
funding from the SAG.  It has 13 offices in Saudi Arabia that
are used for fundraising purposes only.  This funding is used
to support the approximately 200 Saudi staff, as well as
approximately 3,000 international staff.  Dr. Adnan said
that, in some countries, IIRO partners with other
non-governmental organizations (NGO), local mosques, and UN
agencies, such as UNICEF, UNHCR, and WFP, for logistical and
programmatic support.  IIRO's programs include disaster
relief, humanitarian assistance, health care, literacy
projects, scholarships, psychological counseling to trauma
victims, Islamic studies, and vocational training.

¶4.  (C) Although IIRO claims to be a generic relief
organization, over 50 percent of its programming is
dedicated to orphans and orphanages.  The Head of the

Orphanage Department at IIRO told PolOffs that IIRO
currently supports 55,000 individual orphans, mostly through
monthly payments, and said there are 92,000 more on a waiting
list. IIRO supports 13,000 orphans in Jordan, the largest
beneficiary of its orphan support program in the world.
(NOTE: IIRO defines orphan as a child under the age of 18 who
has lost one or both parents. END NOTE.) Donors, almost
entirely from Saudi Arabia, sponsor individual orphans and
receive updates every four months -- complete with the
orphan's photo, letter, and the child's school record.

¶5.   (C) IIRO began programming in Saudi Arabia in 1998.  It
currently supports 7,000 orphans throughout the Kingdom with
both Saudi and non-Saudi citizenship.  The organization also
supports well water projects in rural
areas, as well as other similar development projects.  It
provides secondary school and university scholarships to male
and female youth who are children of prisoners and of
HIV/AIDS patients.  The scholarships are generally given for
private school tuition and include a wide range of subjects
in addition to Islamic studies and Arabic language programs.
One year ago, IIRO began working with AIDS patients at King
Saud Hospital.  Since then, IIRO has issued the previously
noted scholarships, paid for medical care, provided financial
assistance to the families, and paid for several patients to
participate in the annual Hajj pilgrimage to Mecca.  When
asked by PolOff about the draft bill being debated in the
Shoura Council regarding privacy for AIDS patients, Dr. Adnan
agreed that it is needed because Saudi society tends to
stigmatize AIDS victims.  He commented that those with "the
curse" are in need of assistance from the Saudi community at
large.  (NOTE: In order to protect AIDS patients' privacy,
IIRO identifies its beneficiaries by assigned numbers only.
END NOTE.)

JEDDAH 00000643  002 OF 003


----------------------
Obstacles Facing IIRO
----------------------

¶6.   (C) Fundraising is done almost entirely in Saudi Arabia
through IIRO's 13 branch offices.  The two most popular
programs are the construction of mosques in memory of a
relative, which costs 30,000 Saudi Riyals (approximately USD
8,000), and "adopting" an orphan, which generally costs 100
Saudi Riyals monthly (approximately USD 27).  However, Dr.
Adnan commented that illiteracy and lack of adequate health
care are much more pressing concerns.  He stated that Muslims
can pray anywhere and do not need a mosque to do so --
feeding a family, he emphasized, is far more important than
building a mosque.  He said that IIRO has trouble raising
adequate funds because it is difficult to convince the Saudi
public that there are pressing needs in this country too.
Additionally, when IIRO tries to partner with local
organizations abroad, they often scoff at the idea of
assisting a Saudi organization financially, because of the
assumption of a large base of wealthy donors.

¶7.   (C) Negative public relations is also a pervasive problem
for IIRO.  When questioned about IIRO's work with youth in
Saudi Arabia, Dr. Adnan talked about summer camps.  He said
that the negative media reaction stemming from extremist
lectures, such as Sheikh al-Break's lecture this summer, is
unfortunate, but that no one can "guarantee 100 percent of
the time" that no extremists will enter the camps and attempt
to pass their ideologies on to the youth.  He added that
provisions are made to ensure that IIRO's summer camps are
not subject to such lecturers, stating that the local
municipalities and the Ministry of Islamic Affairs vet both
the programs and the lecturers for all of IIRO's summer camps
inside Saudi Arabia (NOTE: Dr. Adnan said that there was no
such vetting process occurring in summer camps outside of
Saudi Arabia.  END NOTE).


-----------------------------
Projections for IIRO's Future
-----------------------------

¶8.   (C) Dr. Adnan suggested that, in ten years, IIRO will
most likely be operating in as many, if not more, locations
as it does now because of the rapidly increasing populations
in Islamic countries.  He commented that government
corruption in many of these countries, along with a lack of
preparedness for this rapid population growth, will likely
ensure the need for increased humanitarian assistance in the
future.  Dr. Adnan also predicted that IIRO's work in Saudi
Arabia would continue to expand over the course of the next
decade.  In addition to population growth, he cited poor
health (specifically regarding HIV/AIDS and diabetes), lack

of democracy, and increasing numbers of prisoners as reasons
for the need to provide continued assistance to Saudi
Arabia's poorer communities.

¶9.   (C) BIO NOTE: Dr. Adnan spoke excellent English with a
slight Arabic accent, but did not indicate where he learned
English.  He is married and has one son and two daughters.
His son is a pediatric doctor in Canada.  His middle child is
a dentist in Jeddah, and his youngest daughter is a nutrition
student a King Abdul Aziz University.  Dr. Adnan has been
working as the Secretary-General for IIRO for ten years.  He
said he plans to retire from IIRO next year.  Prior to
joining IIRO he worked for the Muslim World League as
Assistant Secretary-General for Education and Culture for 20
years.  END BIO NOTE.

-------
COMMENT
-------

¶10.   (S/NF) Although PolOffs were initially greeted with
video cameras and tape recorders, this ritual "dog and pony
show" almost immediately ceased and a 'normalized' dialogue
ensued.  Dr. Adnan shared information about the seemingly
secular, humanitarian programs of IIRO openly and without
making any mention of the recent UN 1267 designation of the
director of the Eastern Province branh (reftels).

¶11.   (S/NF) At no time was there an discussion about how IIRO
sends funds to war-torn countries such as Somalia,
where IIRO admittedl does significant programming, or how
the funds re monitored to ensure that they are used for
fod, clothing, education, or shelter and nt diverted to
other activities.  Additionally, Dr. Adnan did not mention

JEDDAH 00000643  003 OF 003
\

youth activities, such as summer camps in Saudi Arabia or
abroad, until directly questioned.

¶12.   (S/NF) IIRO is clearly doing some much-needed charitable
work.  However, the increased focus on its
reform-minded programming, such as AIDS and breast cancer
awareness programs, could well be driven by IIRO's need to
gain public and private support in the wake of ongoing
investigations and the recent 1267 designation of the
director of the Eastern Province branch.  It seems highly
unlikely that its efforts reflect any positive ideological
shift.  Oddly, the Secretary-General does not believe that
his organization should be held responsible for lectures
given at its own summer camps.  Moreover, it is clear that
the IIRO,s charitable work is conducted with the intent of
spreading  its extremely conservative Islamic values.  END
COMMENT.

TONEY