4. I have been asked to describe the official positions of His Royal Highness Prince Sultan bin Abdulaziz Al-Saud. Prince Sultan is the third highest ranking official of the Kingdom of Saudi Arabia. He is one of the sons of the late King Abdulaziz Al-Saud, who founded the present Kingdom. Prince Sultan served as Governor of Riyadh, as Minister of Agriculture, and as Minister of Communication before being named by the late King Faisal bin Abdulaziz Al-Saud in 1962 as Minister of Defense and Aviation and Inspector General of the armed forces. By virtue of his position as Minister of Defense and Aviation, Prince Sultan is also the ex officio Chairman of the Board of Saudi Airlines, which is owned and operated by the government of Saudi Arabia. In 1982, Prince Sultan was named by His Majesty King Fahd bin Abdulaziz Al-Saud, Custodian of the Two Holy Mosques, as Second Deputy President of the Council of Ministers, the governing body of Saudi Arabia. King Fahd is President of the Council of Ministers. His Royal Highness Crown Prince Abdullah bin Abdulaziz Al-Saud is Deputy President of the Council of Ministers.

5. In the performance of his official duties, Prince Sultan has repeatedly met with Presidents of the United States to discuss matters of state, beginning in 1972 when he first met with President Nixon during the crisis then occurring in the Middle East. Most recently he met twice with President Clinton to discuss, among other things, the conflict between Israel and the Palestinians. Prince Sultan has also met repeatedly over the years with American Secretaries of Defense, including most recently visits by Secretary Donald Rumsfeld to Riyadh in October 2001 (prior to the invasion of Afghanistan).

6. Prince Sultan has received many expressions of gratitude and respect by high-ranking American officials, indicating the importance of his position to American foreign policy. For example, in September 1999 John M. Shalikashvili, Chairman of the Joint Chiefs of Staff, wrote to thank Prince Sultan for hosting his recent visit to the region, and observed "Being able to meet and discuss issues of vital interest on such short notice is a reflection of how deep our relationship has become." In November 1999, FBI Director Louis J. Freeh wrote to thank Prince Sultan for "the opportunity to meet with you and discuss this important matter," and added "We appreciate your assistance in the past and look forward to enhancing our working relationship." Secretary of Defense William Cohen wrote in December 2000 following a trip to Riyadh, thanking Prince Sultan for "the opportunity to work closer and resolve issues of mutual benefit to both our countries," and for "the exchange of views we had during the meeting, particularly on the current crisis between the Palestinians and Israel." As a final example, former American Ambassador Wyche Fowler Jr., on his departure from Saudi Arabia in 2001, wrote Prince Sultan to thank him for his "close cooperation," including "your close relationships with successive U.S. Secretaries of Defense," and stated: "Your support for the U.S. military forces in the region has been farsighted and generous, and your wisdom has guided our vision of future cooperation."

7. Among the official positions of Prince Sultan is his capacity as Chairman of the Supreme Council for Islamic Affairs, a position he has held from 1994 to the present. I have been asked to describe the status and function of that Council.

8. The Supreme Council for Islamic Affairs is an arm of the government of Saudi Arabia, which carries out part of the foreign policy of the Kingdom as determined by the Council of Ministers. Saudi Arabia is home to the most holy sites of Islam, and a core policy and

function of the Kingdom since its founding early in the twentieth century has been to foster and preserve Islamic faith and Islamic law within the Kingdom and abroad. The Supreme Council for Islamic Affairs was established by His Majesty King Fahd in High Order No. 296/8, dated 14-4-1415 (corresponding to 20-9-1994). The Supreme Council is a successor to the Supreme Commission for Islamic Call appointed by the late King Faisal in High Order 15437 on 1-8-1392 (9-9-1972), which was entrusted with the task of overseeing Islamic affairs inside and outside the Kingdom, and which was also chaired by Prince Sultan. The Supreme Council has the responsibility for Saudi Arabia's Islamic policy abroad, while another body created by King Fahd, the Supreme Call Council, chaired by the Minister of Islamic Affairs, Endowments, Call and Guidance, is responsible for domestic Islamic affairs.

9. As stated in High Order No. 296/8, the functions of the Supreme Council for Islamic Affairs are as follows:

1. planning and oversight of Saudi Islamic activities abroad in accordance with ways of the people of sunna and jama'a;

2. care for Muslim minorities and attention to their conditions;

3. introduction of Islam;

4. promoting of contacts between the Kingdom and Muslims abroad;

5. promoting the spreading of Islamic culture and the Arabic language abroad.

10. The members of the Supreme Council, also established by High Order 296/8, are the Second Deputy President of the Council of Ministers (Prince Sultan), as Chairman; the Minister of Foreign Affairs; the Minister of Justice; the Minister of Islamic Affairs, Endowments, Call and Guidance; the Minister of Finance and National Economy; the Minister of Education; the Head of General Intelligence(added a year later); and the Secretary General of the Muslim World League.

11. The Supreme Council of Islamic Affairs makes discretionary recommendations which are submitted to the President of the Council of Ministers (His Majesty King Fahd) and, if approved, become acts or policies of the government. Recommendations may include financial support by the government of particular Islamic organizations, but the Supreme Council does not have the function of policing the activities of such organizations abroad, nor as a practical matter could it do so. To the extent that the government oversees activities of Islamic organizations such as the Muslim World League and World Assembly of Muslim Youth, that oversight is exercised through the government officials who head those organizations.

12. I have also been requested to describe the status and function of the Special Committee of the Council of Ministers. The Special Committee was originally established by High Order in 1962, during the civil war in neighboring Yemen, to serve as a foreign policy advisory resource to the King. Today, the Special Committee continues as an organ of the Council of Ministers attached to the Second Deputy President, Prince Sultan. The Council of Ministers establishes the budget of the Special Committee, which is funded entirely from

Al-Obaid 0017

government funds. As Second Deputy President of the Council of Ministers, Prince Sultan exercises discretionary powers over disbursements by the Special Committee.

13. Disbursements of funds by the Special Committee have included grants to Islamic charitable organizations, which are directed by Prince Sultan in furtherance of the national policy of Saudi Arabia as determined by the Council of Ministers. Although grants by the Special Committee, when announced publicly, are occasionally attributed to Prince Sultan, those grants are paid from government bank accounts with government funds.

14. I have reviewed the originals and the English translations of the declarations to be filed in this case on behalf of representatives of the Muslim World League, the International Islamic Relief Organization, Al Haramain, and the World Assembly of Muslim Youth, and the business records attached thereto. Based on the qualifications set forth in Paragraph 3, I attest that the English translations are true and accurate translations of the original Arabic documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Abdulaziz H. Al Fahad

Executed on April 6, 2003, in Riyadh, Saudi Arabia

KINGDOM OF SAUDI ARABIA
PROVINCE OF RIYADH
CITY OF RIYADH
F THE UNITED STATES

I certify that on this 6TH day of APRIL 20 03
ABDULAZIZ H. AL FAHAD
appeared before me and, being duly sworn, made the
statements set forth in this instrument.

CHARLES L. GLAYZ JR
CONSUL Of The
United States Of America

# Exhibit 3

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

Al-Obaid 0019



**News Summary**
**Reports**

**Press Releases**
**Recent News**
   War on Terrorism
   Saudi-U.S. Relations
   Islam
   Agriculture & Water
   Arab World
   Council of Ministers
   Culture & The Arts
   Economy & Global Trade
   Education & Human Resources
   Energy
   Foreign Aid
   Foreign Relations
   Government
   Hajj
   Health & Social Services
   Human Rights
   Reform
   Sports & Recreation
   Transportation & Communication
   Other
   *Prior Years*
**Public Statements**
**Publications**

**Home**

## 2005 News Story

2/08/2005
**Cabinet reshuffle affects four ministries**

Custodian of the Two Holy Mosques King Fahd bin Abdulaziz, in a limited reshuffle of the Council of Ministers, has issued a royal order relieving four ministers of their posts, at their own request, with two of them replacing each other and two departing. Dr. Muhammad bin Ahmed Al-Rasheed has been replaced as Minister of Education by Dr. Abdullah bin Saleh Al-Obeid; and Dr. Ali bin Ibrahim Al-Namlah has been replaced as Minister of Social Affairs by Abdulmuhsin Al-Akkas. Both of the new ministers are currently members of the Consultative Council (*Majlis Al-Shura*). Dr. Fouad bin Abdulsalaam Al-Farsi, now Minister of Pilgrimage, has exchanged portfolios with Iyad bin Ameen Madani, now Minister of Culture and Information.

In addition, King Fahd has ordered extension for four more years to the terms of office of Prince Muhammad bin Nasir bin Abdulaziz as Governor of Jizan Province, effective April 3, 2005; Prince Saud bin Abdullah bin Thinayan Al Saud as Chairman of the Royal Commission for Jubail and Yanbu, effective February 17, 2005; and Salih bin Abdullah Al-Ibrahim, Deputy Chief of the Court of the Presidency of the Council of Ministers, effective March 4, 2005. All three positions have the rank of minister.

Return

All contents on this web site is copyrighted ©2005 Information Office of the Royal Embassy of Saudi Arabia in Washington DC. To contact the embassy by phone please call (202) 342-3800. For the VISA Section please call (202) 944-3126 or send a fax to (202) 337-4084. You may also send e-mails to info@saudiembassy.net

Al-Obaid 0020

Al-Obaid 0021

# Exhibit 4

Dr. Abdullah Bin Saleh Al-Obaid's
Consolidated Motion to Dismiss

03 MDL No. 1570 (RCC)

Al-Obaid 0022



Return

## The Council of Ministers

The Council of Ministers was established by King Abdulaziz bin Abdulrahman Al-Saud in 1953. It consists of the King who is the Prime Minister, the Crown Prince who is Deputy Prime Minister, the Second Deputy Prime Minister and Cabinet ministers. Under the bylaws announced by the Custodian of the Two Holy Mosques King Fahd bin Abdulaziz Al-Saud in September 1993, the Council is responsible for drafting and overseeing the implementation of the internal, external, financial, economic, educational and defense policies, and general affairs of the state. The Council meets weekly and is presided over by the King or one of his deputies.

On April 30, 2003, King Fahd issued Royal Decrees renaming a number of ministries, and dissolving two of them, effective May 3, 2003, to give a cabinet of 21 ministers with portfolio and 5 ministers of state in addition to himself as Prime Minister and Crown Prince Abdullah as Deputy Prime Minister. On December 23, 2003 he decreed a sixth minister of state with special responsibilities for the affairs of the Consultative Council (*Majlis Al-Shura*). On March 22, 2004, the Ministry of Labor and Social Services was divided into two, so that there are now 22 ministers with portfolio. On July 24, 2005, a new minister of state was appointed, with special responsibilities for foreign affairs. There are now 7 ministers of state, two of them with portfolio.

*Previous changes are:*
*On July 16, 2001, the Council of Ministers resolved to divide the Ministry of Agriculture and Water, and create a 23rd ministry; the new Minister was named on September 16, 2002, and the Ministry of Water came into effect on that date.*
*On June 16, 1999, royal decrees made changes in the cabinet, and created a 22nd ministry, the Ministry of Civil Service.*

Al-Obaid 0023

*On August 2, 1995, King Fahd issued a Royal Decree dissolving the Council of Ministers and announcing the names of Ministers in the new Cabinet under his chairmanship.*

### Council of Ministers as of August 2005

*Prime Minister:*
**Custodian of the Two Holy Mosques,**
**King Fahd bin Abdulaziz Al-Saud**
King Fahd assumed the leadership of the Kingdom of Saudi Arabia on June 13, 1982. The son of King Abdulaziz bin Abdulrahman Al-Saud, the legendary founder of the modern Kingdom, King Fahd inherited his father's legacy as the guardian of a nation deeply rooted in the Islamic faith.

*Deputy Prime Minister:*
**Crown Prince, and Commander of the National Guard,**
**HRH Prince Abdullah bin Abdulaziz Al-Saud**
Prince Abdullah has been Crown Prince and First Deputy Prime Minister since June 1982. He was born in Riyadh in 1924 and received formal education from religious scholars and intellectuals. Prince Abdullah has commanded the Saudi National Guard since 1963.

### MINISTERS WITH PORTFOLIO

*Second Deputy Prime Minister, Minister of Defense and Aviation,*
*and Inspector-General:*
**HRH Prince Sultan bin Abdulaziz Al-Saud**
Prince Sultan has been Second Deputy Prime Minister since June 1982 and Minister of Defense and Aviation since 1962. He was born in Riyadh in 1928 and was educated at the Royal Court. His first post was Governor of Riyadh. In 1953, he became Minister of Agriculture, and in 1955 he assumed responsibility for the Ministry of Communications and oversaw the establishment of Saudi Arabia's first railway system.

*Minister of Municipal and Rural Affairs:*
**HRH Prince Met'eb bin Abdulaziz Al-Saud**
*Born:* 1931
*Education:* Studied religion, economics and politics.
*Positions Held:* Governor of Makkah; Minister of Municipal and Rural Affairs; Deputy Minister of Defense and Aviation; Minister of

Al-Obaid 0024

Housing and Public Works from 1975 to 2003, when the ministry was dissolved and its functions redistributed; Minister of Municipal and Rural Affairs since May 3, 2003.

### Minister of the Interior:
**HRH Prince Nayef bin Abdulaziz Al-Saud**
*Born:* 1934
*Education:* Studied religion, diplomacy and security affairs.
*Positions Held:* Governor of Riyadh, 1953-54; Deputy Minister of the Interior; Minister of State for Internal Affairs, 1970; President, Supreme Council for Information; Minister of the Interior since 1975.

### Minister of Foreign Affairs:
**HRH Prince Saud Al-Faisal bin Abdulaziz Al-Saud**
*Born:* 1940
*Education:* BA, Economics, Princeton University, 1964.
*Positions Held:* Deputy Governor of Petromin, 1970-71; Deputy Minister of Petroleum and Mineral Resources, 1971; Minister of Foreign Affairs since 1975.

### Minister of Agriculture:
**Dr. Fahd bin Abdulrahman Balghanaim**
*Born:* 1952
*Education:* PhD Civil Engineering, Transportation, Michigan University; MSc Civil Engineering, Construction Management, Stanford University; BSc Civil Engineering, King Fahd University of Petroleum and Minerals
*Positions Held:* member of the services, public facilities, and environment committee of the Consultative Council (*Majlis Al-Shura*) 2001-2003; Governor of the Saline Water Conversion Corporation (SWCC); Deputy Minister for Fisheries at the Ministry of Agriculture and Water; Minister of Agriculture since May 2003.

### Minister of Water and Electricity:
**Abdullah Al-Hosain**
*Born:*
*Education:*
*Positions held*: Deputy Minister for Electricity, and Governor of the Saline Water Conversion Corporation (SWWC); Minister of Water and Electricity since April 13, 2004

### Minister of Civil Service:
**Muhammad bin Ali Al-Fayez**
*Born:*

Al-Obaid 0025

*Education:*
*Positions held:* Minister of Civil Service since 1999, when the Ministry was created.

### Minister of Education:
### Dr. Abdullah bin Saleh Al-Obeid
*Born:* 1942
*Education:* PhD and MSc in educational curricula and assessment, University of Oklahoma; BA in Arabic, Imam Muhammad bin Saud University; diploma in higher administration from Institute of Public Administration in Riyadh
*Positions held:* member of the Islamic Affairs and Human Rights Committee of the Consultative Council (Majlis Al-Shura) 2001-2005; appointed President of the Ntional Human Rights Organization on March 9, 2004; Secretary-General of the Muslim World League (MWL) 1995-2000; Rector of the Islamic University of Madinah 1982-1995; Minister of Education since February 8, 2005

### Minister of Finance:
### Dr. Ibrahim bin Abdulaziz bin Abdullah Al-Assaf
*Born:* 1949
*Education:* PhD in Economics, Colorado State University, Fort Collins, Colorado, USA; MA in Economics, Denver University, Colorado; BA in Economics and Political Science, King Saud University, Riyadh.
*Positions Held:* Lecturer in principles of economics 1971-1982, then associate professor of economics and head of the Department of Administrative Sciences 1982-1986 at King Abdul Aziz Military College in Riyadh; guest lecturer 1982-1983 at the College of Command and Staff; part-time advisor to the Saudi Development Fund 1982-1986; alternate Saudi executive director at the International Monetary Fund (IMF) 1986-1989; Saudi executive director on the executive board of the World Bank Group 1989-1995; vice-governor of the Saudi Monetary Agency June to October 1995; Minister of State and Member of the Council of Ministers October 1995 to January 1996; Minister of Finance and National Economy 1996-2003; Minister of Finance since May 2003.

### Minister of Health:
### Dr. Hamad bin Abdullah Al-Mane'
*Born:*
*Education:*
*Positions Held:* Minister of Health since May 2003.

### Minister of Higher Education:

**Dr. Khalid Al-Angary**
*Born:* 1952
*Education:* PhD, Geography, University of Florida, 1981.
*Positions Held:* Assistant Professor, King Saud University, 1981-83; Deputy Minister of Municipal and Rural Affairs, 1983-84; Minister of Municipal and Rural Affairs, 1990; Minister of Higher Education since 1991.

***Minister of Commerce and Industry:***
**Dr. Hashim bin Abdullah bin Hashim Al-Yamani**
*Born:* 1945
*Education:* PhD, Physics, Harvard University, 1974.
*Positions Held:* Professor, Physics Department, King Fahd University of Petroleum and Minerals, Chairman, Physics Department; Vice-President, King Abdulaziz City for Science and Technology; Director, Department of Energy Resources, Research Institute, King Fahd University of Petroleum and Minerals; Minister of Industry and Electricity 1995-2003; Minister of Commerce and Industry since May 2003.

***Minister of Culture and Information:***
**Iyad bin Ameen Madani**
*Born:*
*Education:*
*Positions Held:* Minister of Pilgrimage 1999-2005; Minister of Culture and Information since February 8, 2005.

***Minister of Islamic Affairs, Endowments, Call and Guidance:***
**Shaikh Saleh bin Abdulaziz Al-Ashaikh**
*Born:*
*Education:*
*Positions Held:* Minister of Islamic Affairs, Endowments, Call and Guidance since 1999.

***Minister of Justice:***
**Dr. Abdullah bin Muhammad bin Ibrahim Al-Ashaikh**
*Born:* 1949
*Education:* ; PhD, Imam Muhammad Bin Saud University, 1987; MA, Al-Azhar University, Cairo, 1980; BA, Shari'ah College, Imam Muhammad Bin Saud University, 1975.
*Positions Held:* Dean, Imam Muhammad Bin Saud University, 1975; Assistant Professor, 1988; Minister of Justice since 1992.

***Minister of Labor:***
**Dr. Ghazi bin Abdulrahman Al-Qusaibi**

*Born:* 1940, in Hasa
*Education:* PhD in Law, London University, U.K., 1970; MA in international relations at University of South California, USA, 1964; law degree from Cairo University 1961.
*Positions held:* associate professor, dean of the Faculty of Commerce and head of the department of political science at King Saud University; director general of Saudi Railways Organization; held cabinet portfolios in health, and industry and electricity; instrumental in setting up Saudi Basic Industries Corporation (SABIC); chairman of Jubail Petrochemical Company (Sadaf) and Yanbu Petrochemical Company (Yanpet); served on Public Investment Fund, Supreme Manpower Council, and Royal Commission for Jubail and Yanbu; ambassador to Bahrain 1984 to 1992; ambassador to United Kingdom and Ireland 1992 to 2002; Minister of Water since 2002, when the Ministry, created in 2001, became effective, and of Water and Electiricity when renamed in May 2003; Minister of Labor since April, 2004.

### Minister of Social Affairs:
**Abdulmuhsin bin Abdulaziz Al-Akkas**
*Born:* 1947
*Education:* PhD candidate, MSc in Political Science, BA in Economics, University of Washington in Seattle, USA
*Positions Held:* Member of the Foreign Affairs Committee of the Consultative Council (Majlis Al-Shura) 2001-2005;Managing Director then Assistant Chairman of the Board of Saudi Group for Research and Marketing, 1991-2001; previously with Riyadh Chamber of Commerce and Industry, King Saud University, and Saudi Aramco; Minister of Social Affairs since February 8, 2005.

### Minister of Petroleum and Mineral Resources:
**Ali bin Ibrahim Al-Naimi**
*Born:* 1935
*Education:* MSc Geology, Stanford University, USA; BSc, Geology, LeHigh University.
*Positions Held:* Joined ARAMCO in 1947; Supervisor, Production Department, Abqaiq, 1969; Assistant Director, then Director of Production, Northern Province, 1972-75; Vice-President, Production Affairs, 1975; Vice-President, Petroleum Affairs, 1978; Member, Board of Directors, 1980; Executive Vice-President, Oil and Gas Affairs, 1981; President, Saudi Aramco, 1983; Minister of Petroleum and Mineral Resources since 1995.

### Minister of Pilgrimage:
**Dr. Fouad bin Abdulsalaam bin Muhammad Al-Farsi**

*Born:* 1946
*Education:* PhD in Political Science, Duke University, USA, 1976; MA in Political Science, Portland University, USA, 1971.
*Positions Held:* Assistant Professor, King Saud University, 1976; Assistant Deputy Minister of Industry, 1977; Deputy Minister of Industry, 1979; Deputy Minister of Information, 1980; Minister of Information 1995-2003; Minister of Culture and Information 2003-2005; Minister of Pilgrimage since February 2005.

### Minister of National Economy and Planning:
**Khalid bin Muhammad Al-Qusaibi**
*Born:*
*Education:*
*Positions Held:* Minister of Planning 1999-2003; Minister of National Economy and Planning since May 2003.

### Minister of Communications and Information Technology:
*(formerly Posts, Telegraphs and Telephones)*
**Muhammad bin Jameel Mulla**
*Born:*
*Education:*
*Positions Held:* Minister of Communications and Information Technology since May 2003.

### Minister of Transport:
*(formerly Communications)*
**Dr. Jubarah bin Eid Al-Suraiseri**
*Born:*
*Education:*
*Positions Held:* Minister of Transport since May 2003.

**MINISTERS WITHOUT PORTFOLIO**

### Ministers of State:
**HRH Prince Abdulaziz bin Fahd bin Abdulaziz** ;
**Dr. Abdulaziz bin Abdullah Al-Khuweiter** ;
**Dr. Muttlab bin Abdullah Al-Nafissa** ;
**Dr. Musaid bin Muhammad Al-Eiban** ;
**Abdullah bin Ahmed bin Yosef Zainal;**
**Dr. Saud bin Saeed Al-Met'hami** (12/23/03;  for Shura Affairs)
**Dr. Nizar Obeid Madani** (08/29/05; for Foreign Affairs)

All contents on this web site is copyrighted ©2005 Information Office of the Royal Embassy of Saudi Arabia in Washington DC. To contact the embassy by phone please call (202) 342-3800. For the VISA Section please call (202) 944-3126 or send a fax to (202) 337-4084. You may also send

Al-Obaid 0029

e-mails to info@saudiembassy.net

Al-Obaid 0030