# Exhibit T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03 Civ. 9849
*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03 Civ. 6978
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka., et al.*, No. 04 Civ. 1923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04 Civ. 5970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd, et al.*, No. 04 Civ. 7065
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, No. 04 Civ. 7279

**PLAINTIFFS' FOURTH SET OF SUPPLEMENTAL REQUESTS FOR
PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT
<u>INTERNATIONAL ISLAMIC RELIEF ORGANIZATION</u>**

THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES
August 22, 2013

## PLAINTIFFS' FOURTH SET OF SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

Plaintiffs in *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977, *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03 Civ. 9849, *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03 Civ. 6978, *Estate of John P. O'Neill, Sr., et al. v. Al Baraka., et al.*, Case No. 04 Civ. 1923, *Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04 Civ. 5970, *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd, et al.*, Case No. 04 Civ. 7065, and *Euro Brokers Inc., et al., v. Al Baraka, et al.*, Case No. 04 Civ. 7279, propound and serve on the International Islamic Relief Organization (hereinafter "Defendant" or "IIRO"), the following Fourth Set of Supplemental Requests for Production of Documents to be answered fully and under oath, pursuant to Rule 34 of the Federal Rules of Civil Procedure, within 30 days of their receipt.

The "Instructions" and "Definitions" set forth in the Plaintiffs' First, First Supplemental, Second Supplemental, and Third Supplemental Sets of Requests for Production of Documents directed to the International Islamic Relief Organization are incorporated herein by reference, except the following definition shall also apply:

1. The terms "IIRO," "Defendant," "You," and "Your" shall refer to the International Islamic Relief Organization and any branch office, subsidiary, affiliate, officer, director, trustee, employee, attorney, consultant, accountant, agent, alter ego, volunteer, or representative acting on the International Islamic Relief Organization's behalf and/or at its direction.

2

## PLAINTIFFS' FOURTH SET OF SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

1. Please provide all documents governing, describing, detailing, or otherwise relating to any relationship between the IIRO and Abdullah Omar Naseef, Abdullah al Obaid, Adnan Basha, and Abdullah al Turki (hereinafter collectively referred to as the "Charity Officials"), including without limitation, all documents relating to all positions the Charity Officials held or hold within the IIRO. Responsive documents shall include, but are not limited to, their personnel or employment files.

**ANSWER:**

2. Please provide all documents relating to any notification received by any of the Charity Officials of any alleged involvement of any branch office, official, employee, or representative of the IIRO in any criminal, extremist, terrorist, militant, jihadist, or separatist activities.

**ANSWER:**

3. Please provide all documents relating to any involvement or participation of any of the Charity Officials in the review, analysis, investigation, or discussion of any alleged involvement of any branch office, official, employee, or representative of the IIRO in any criminal, extremist, terrorist, militant, jihadist, or separatist activities.

**ANSWER:**

4. Please provide all documents relating to any notification received by any of the Charity Officials of any alleged misuse or misappropriation of funds or resources by any branch office, official, employee, or representative of the IIRO.

**ANSWER:**

5. Please provide all documents relating to any involvement or participation of any of the Charity Officials in the review, analysis, investigation, or discussion of any alleged misuse or misappropriation of funds or resources by any branch office, official, employee, or representative of the IIRO.

**ANSWER:**

6. Please provide all documents relating to any allegation that any of the Charity Officials were involved in any criminal, extremist, terrorist, militant, jihadist, or separatist activities.

**ANSWER:**

7. Please provide all documents relating to any meeting between any of the Charity Officials and any representative of the Saudi government or any foreign government.

**ANSWER:**

8. Please provide all documents relating to any meeting between any of the Charity Officials and any representative of any separatist or independence movement or organization.

**ANSWER:**

Respectfully submitted,

Dated: August 22, 2013          BY: _____
                                THE MDL 1570 PLAINTIFFS'
                                EXECUTIVE COMMITTEES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Fourth Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization was served via electronic mail and U.S. first-class mail, postage prepaid, this 22nd day of August 2013, upon:

Eric L. Lewis, Esq.
Lewis Baach PLLC
1899 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20006

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
(Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

_____
J. Scott Tarbutton, Esq.

17085338\1