# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

---

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

S. ALEXANDER MILLER
Of Counsel
Admitted in Virginia

SOFIA SHAIKH
Summer Associate
J.D. May 2016

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

W. JAMESON FOX
Associate
Admitted in Virginia
District of Columbia (Pending)

CAITLIN WILENCHIK
Summer Associate
J.D. May 2016

FELICIA DANA
Law Clerk
J.D. May 2017

---

September 8, 2015

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

Counsel for Defendant Wa'el Jelaidan has conferred with Plaintiffs' counsel, and Plaintiffs' counsel has agreed to a two-week extension of the deadline for Mr. Jelaidan to file his Opposition to Plaintiffs' Motion to Compel Discovery. Mr. Jelaidan respectfully requests that the deadline be extended two weeks, from September 10, 2015 to September 24, 2015.

Respectfully submitted,

Martin F. McMahon, Esq.
McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Phone: (202) 862-4343
Fax: (202) 828-4130
mm@martinmcmahonlaw.com