# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036



MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

S. ALEXANDER MILLER
Of Counsel
Admitted in Virginia

SOFIA SEMIKH
Summer Associate
J.D. May 2016

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

W. JAMESON FOX
Associate
Admitted in Virginia
District of Columbia (Pending)

CAITLIN WILENCHIK
Summer Associate
J.D. May 2016

FELICIA DANA
Law Clerk
J.D. May 2017

September 8, 2015

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/15

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

Counsel for Defendant Wa'el Jelaidan has conferred with Plaintiffs' counsel, and Plaintiffs' counsel has agreed to a two-week extension of the deadline for Mr. Jelaidan to file his Opposition to Plaintiffs' Motion to Compel Discovery. Mr. Jelaidan respectfully requests that the deadline be extended two weeks, from September 10, 2015 to September 24, 2015.

Respectfully submitted,

Martin F. McMahon, Esq.
McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Phone: (202) 862-4343
Fax: (202) 828-4130
mm@martinmcmahonlaw.com

Approved
[signature]
USMJ
9/8/15

**Recipient Information**
**To: The Honorable Frank Maas**
Company: United States District Court SDNY
Fax #: 2128056724

faxZERO.com
send a fax for free

**Sender Information**
**From: Martin McMahon**
Company: Martin F. McMahon & Associates
Email address: mm@martinmcmahonlaw.com (from 146.145.85.3)
Phone #: 2028624343
Sent on: Tuesday, September 8 2015 at 5:07 PM EDT

To:           The Honorable Frank Maas

United States District Court

Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street, Room 740

New York, NY 10007

Fax: 212.805.6724


From:         Martin F. McMahon & Associates

Phone:        202.862.4343

Fax:          202.828.4130


Subject:      Request for extension of time


Pages including cover letter: 2

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #15381785. We will add your fax number to the block list.