UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In Re: Terrorist Attacks on September 11, 2001    :
:
:   ORDER OF REFERENCE
:   TO A MAGISTRATE JUDGE
:
:   03 MDL 1570 (GBD) (FM)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| __ | Settlement | ____ | Habeas Corpus |
| | | ____ | Social Security |
| X | Inquest After Default/Damages Hearing **11-cv-7550** **02-cv-6977** **03-cv-6978** **04-cv-1076** | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) All such motions: ____ |

Dated: September 3, 2015

SO ORDERED.

_George B. Daniels_
United States District Judge