UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (FM) |
| THIS DOCUMENT RELATES TO: *Federal Insurance Company, et al.* v. *Al Qaida, et al.* | 03 CV 06978 (GBD) |



**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: SEP 11 2015

### NOTICE OF MOTION TO WITHDRAW
### MARK HILLER AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby moves this Court pursuant to Local Civil Rule 1.4 to allow the undersigned to withdraw as counsel of record for the Saudi High Commission in the above-referenced action due to the fact that, as of September 2, 2015, the undersigned will no longer be associated with the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP. On January 15, 2014, the Court granted the undersigned's motion for admission to practice *pro hac vice* in the above-captioned case. The undersigned respectfully requests that the undersigned be removed from the Docket as counsel for the Saudi High Commission. All other counsel listed in the record of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will continue to represent the Saudi High Commission in the above-captioned matter.

[Signature page follows]

/s/ Mark A. Hiller
Mark A. Hiller (*pro hac vice*)
Robbins, Russell, Englert, Orseck,
 Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411-L
Washington, D.C. 20006
Phone: (202) 775-4500
Fax: (202) 775-4510
mhiller@robbinsrussell.com

Counsel for the Saudi High Commission

August 20, 2015