# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
(212) 278-1569

**Via PACER**
**Courtesy Copy By Fax**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 16 2015

September 16, 2015

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 16 2015

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *In Re Terrorist Attacks on September 11, 2001*,
      03 MDL 1570 (S.D.N.Y.) (GBD) (FM)

Dear Judge Daniels:

Rene F. Hertzog, while she was an associate of Anderson Kill, entered appearances in the above-captioned MDL, on behalf of the O'Neill plaintiffs.

Ms. Hertzog recently left Anderson Kill to work as an attorney for the New York State Attorney General.

We are, accordingly, requesting, with her consent, that her appearance in these litigations be withdrawn.

Respectfully submitted,

Jerry S. Goldman
Counsel for the O'Neill Plaintiffs and
Member of the Plaintiffs' Executive
Committee

JSG:ljc
cc:   Rene F. Hertzog, Esq. (via Pacer and via email)
      All counsel of record (via Pacer)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1055683.1