UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | :<br>:<br>:<br>: | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | :<br>: | |
| *Hoglan, et al. v. The Islamic Republic<br>of Iran, et al.*<br>*1:11-cv-07550-GBD* | :<br>:<br>: | |

_____

**MOTION FOR ADMISSION *PRO HAC VICE***

Stephen A. Corr, Esquire (Pennsylvania Bar No. 65266) moves for an Order extending his admission, *pro hac vice*, to allow him to enter an appearance on behalf of the Plaintiffs in *Hoglan, et al. v. The Islamic Republic of Iran, et al., No. 1:11-cv-07550-GBD*.  By Order dated April 22, 2004, the Honorable Richard Casey granted Stephen A. Corr's admission, *pro hac vice,* in *In re: Terrorist Attacks on September 11, 2001,* No. 03 MDL 1570 (GBD) (FM) generally and specifically in *Havlish, et al. v. bin-Laden, et al.*, No. 03-cv-09848 and *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*, No. 03-cv-09849.  A copy of the Motion and memo endorsement is attached hereto as Exhibit A.

                                          Respectfully Submitted,

                                          /s/ *Stephen A. Corr*
                                          STARK & STARK
                                          Attorneys At Law
                                          Stephen A. Corr, Esquire
                                          Pa. Bar No. 65266
                                          777 Township Line Road, Suite 120
                                          Yardley, PA  19067
                                          (267) 907-9600
                                          *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

   I, Stephen A. Corr, Esquire, hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

             */s/   Stephen A. Corr*
             STARK & STARK
             Attorneys At Law
             Stephen A. Corr, Esquire
             Pa. Bar No. 65266
             777 Township Line Road, Suite 120
             Yardley, PA  19067
             (267) 907-9600
             *Attorneys for Plaintiff*