# EXHIBIT  A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
_____ x
                                 :
IN RE:  TERRORIST ATTACKS        :
OF SEPTEMBER 11, 2001            :
                                 :
                                 :
_____ x
```



This document related to:

*Fiona Havlish, et al. v. Bin-Laden et al*
03 CV 9848 (RCC) and

*Thomas E. Burnett, Sr. et al. v. Al Baraka
Investment and Development Corp., et al.*
03 CV 9848 (RCC)

## <u>MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE</u>

Comes the undersigned and moves the Court for an order permitting Thomas E. Mellon, Jr.

(Pennsylvania Bar No.  16767), Stephen A. Corr (Pennsylvania Bar No.  65266) and John A. Corr

(Pennsylvania Bar No.  52820) of the law firm of Mellon, Webster & Shelly, 87 North Broad Street,

Doylestown, Pennsylvania  18901, to be admitted <u>pro hac vice</u>  in this action on behalf of the

plaintiffs in the consolidated cases of *Fiona Havlish, et al. v. Bin-Laden et al.*, Case No.  03-cv-9849

(RCC) and *Thomas E. Burnett, Sr. et al. v. Al Baraka Investment and Development Corp. et al.*,

Case No. 03-cv-9849 (RCC).  In support of this Motion, the certificates of good standing of Thomas

E. Mellon, Jr., Stephen A. Corr and John A. Corr in the Supreme Court of Pennsylvania are attached

hereto.

Respectfully submitted,

**APPLICATION GRANTED**

*Richard Conway Casey*

**HON. RICHARD CONWAY CASEY** 4-22-04

John A. Corr, Esquire
Mellon, Webster & Shelly, P.C.
87 North Broad Street
Doylestown, PA  18901
Telephone:  (215) 348-7700
Facsimile:   (215) 348-0171



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Thomas E. Mellon, Jr., Esq.*

#### DATE OF ADMISSION

#### *January 31, 1973*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: March 29, 2004**

John W. Person Jr.
Deputy Prothonotary



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Stephen A. Corr, Esq.*

#### DATE OF ADMISSION

#### *November 19, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 29, 2004**

John W. Person Jr.
Deputy Prothonotary



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *John A. Corr, Esq.*

### DATE OF ADMISSION

### *November 7, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  March 29, 2004**

John W. Person Jr.
Deputy Prothonotary

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Motion for Admission of Counsel Pro Hac Vice has been served via facsimile on all counsel of record on the attached Facsimile Service List.

Dated this _____16th_____ day of April, 2004

MELLON, WEBSTER & SHELLY, P.C.

By: _____

John A. Corr, Esquire

# MDL 1570
## Facsimile Service List

| RECIPIENT | FIRM | FAX NO. |
|---|---|---|
| Allan Gerson | | 202-966-8557 |
| Anthony M. Sellitto | Oliver & Sellitto | 732-775-7404 |
| Christopher Cooper | | 202-639-7890 |
| Christopher M. Curran | | 202-639-9355 |
| Clare Sproule | Epstein, Becker & Green | 212-661-0989 |
| D. Richard Burbidge Stephen B. Mitchell | Burbidge & Mitchell | 801-356-2341 |
| David Jaroslawicz | | 212-227-5090 |
| Dennis Pantazis | | 202-467-4489 |
| Donald J. Nolan | Nolan Law Group | 312-630-4011 |
| Donald J. Winder John Warren May | Winder & Haslam | 801-322-2282 |
| Edward D. Robertson Mary Winter | Bartimus, Frickleton, Robertson & Obetz | 573-659-4460 |
| Edward H. Rubenstone | Lamm, Rubenstone, Totaro & David | 215-638-2867 |
| Evan Yegelwel | | 904-632-0549 |
| Gary O. Gailher | Galiher, DeRobertis, Nakamura, Ono & Takitani | 808-591-2608 |
| Harry Huge | Harry Huge Law Firm | 202-318-1261 |
| Henry S. Weisburg | | 212-848-7179 |
| J. David O'Brien | | 212-571-6166 |
| J.D. Lee David Lee | Lee, Lee & Lee | 423-544-0536 |
| Jack Cordray | Cordray Law Firm | 843-216-9450 |
| James M. Cole | | 202-508-6200 |
| James P. Kreindler Marc S. Moeller Andrew J. Maloney | Kreindler & Kreindler | 212-972-9432 |
| John C. Millian | | 202-530-9566 |
| John D'Amato Guy Molinari | | 718-816-8037 |
| Jonathan C. Reiter | | 212-268-5297 |
| Jonathan L. Greenblatt | | 202-508-8100 |
| Joseph Duffy | | 312-338-0070 |
| Joshua L. Dratel | | 212-571-6341 |
| Joshua M. Ambush | | 410-484-9330 |
| Kenneth Nolan | | 212-953-6483 |

| Kenneth Sacks | Sacks and Sacks | 212-349-2141 |
|---|---|---|
| Larry Klayman Paul J. Orfanedes | | 202-646-5199 |
| Louis R. Cohen | | 202-663-6363 |
| Lynn Bernabei | | 202-745-2627 |
| Maher Hanania | | 703-778-2407 |
| Mark C. Hansen | | 202-326-7999 |
| Martin F. McMahon | | 202-828-4130 |
| Matthew H. Kirkland | | 202-662-4643 |
| Michael Barasch | | 212-385-7485 |
| Michael F. Baumeister Dorthea M. Cappone | Baumeister & Samuels | 212-363-1346 |
| Michael Hadeed | | 703-256-5431 |
| Michael J. McManus | | 202-842-8465 |
| Michael N. Block | Sullivan, Papain, Block, McGrath & Cannavo | 212-266-4141 |
| Michael Nussbaum | | 202-626-3961 |
| Michael Rubenstein | | 718-522-3804 |
| Milton Mollen Vincent F. Pitta | Herrick, Feinstein | |
| Nancy H. Dutton | | 202-966-6621 |
| Nancy Luque | | 202-238-7701 |
| Paul Hanly Andrea Bierstein | Hanly, Conroy Bierstein & Sheridan | 212-401-7635 |
| Peter J. Kahn | | 202-434-5029 |
| Richard D. Burbidge | | 801-355-2341 |
| Richard Hailey Mary Beth Ramey | Hailey & Ramey | 317-848-7831 |
| Richard T. Marooney | | 202-626-3737 |
| Robert Conason | Gair, Gair, Conason, Steigman & Mackauf | 212-425-7513 |
| Don Howarth Suzelle Smith Robert D. Brain | Howarth & Smith | 213-622-0791 |
| Roger C. Simmons | | 301-698-0392 |
| Roger E. Warin | | 202-429-3902 |
| Ronald L. Motley Jodi Flowers | Motley Rice | 843-216-9450 |
| Ronald S. Liebman | | 202-457-6315 |
| Samuel L. Davis | Davis, Sapperstein & Salomon | 201-692-0444 |
| Sanford Rubenstein | Rubenstein & Rynecki | 718-522-3804 |
| Stephen J. Brogan James A. Gauch | | 202-626-1700 |

MDL 1570
Facsimile Service List

| Thomas P. Steindler | | 202-756-8087 |
|---|---|---|
| Vincent F. Pitta | | 212-592-1500 |
| Wilmer Parker | | 404-842-9750 |
| William N. Riley | Young, Riley, Dudley & DeBrota | 317-848-7831 |