UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON **SEPTEMBER 11, 2001** | : : : : : : : : : | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* *1:11-cv-07550-GBD* | | |

_____

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this _____ day of _____, 2015, upon consideration of the Motion for Admission *Pro Hac Vice* filed by Stephen A. Corr, Esquire, it is hereby ORDERED that Mr. Corr's prior admission *pro hac vice* in *In re: Terrorist Attacks on September 11, 2011* No. 03 MDL 1570 (GBD) (FM) is extended to permit him to enter an appearance on behalf of the Plaintiffs in *Hoglan, et al. v. The Islamic Republic of Iran, et al.*, No. 11-cv-07550-GDB-FM.

BY THE COURT

_____
George B. Daniels,
United State District Judge