UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

**The *O'Neill* Plaintiffs' Motion for Entry of Default Judgment Solely as to Liability Against the Publication Defendants**

PLEASE TAKE NOTICE that upon the affidavit of Jerry S. Goldman, Esq., and the exhibits attached thereto, the *O'Neill* Plaintiffs, by and through their counsel, Anderson Kill, P.C., will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting the *O'Neill* Plaintiffs' motion for entry of default judgment solely as to liability against the defendants listed in Exhibit 1 to the affidavit of Jerry S. Goldman.

Dated:  September 18, 2015
         New York, New York

                                                              /s/ Jerry S. Goldman
                                                    Jerry S. Goldman, Esquire
                                                    ANDERSON KILL P.C.
                                                    1251 Avenue of the Americas
                                                    42nd Floor
                                                    New York, NY 10020
                                                    *Attorneys for the O'Neill Plaintiffs*

nydocs1-1053408.1