# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |
|---|---|

This document relates to: Estate of John P. O'Neill, Sr., *et al.* v. The Republic of Iraq, *et al.*, 04-CV-1076 (GBD)

Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp., *et al.*, 04-CV-1923 (GBD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:.
COUNTY OF NEW YORK )

Jerry S. Goldman, being duly sworn, deposes and says:

1. I am an attorney admitted to practice in the above captioned matter, and a member of the law firm Anderson Kill P.C. I am familiar with the facts and circumstances in this action.

2. The O'Neill Plaintiffs' Summons, Complaint and Notice of Suit, and translations of each, filed in the above-captioned matter were served by publication upon the Defendants listed in **Exhibit A** hereto (the "Publication Defendants").

3. Service on the Publication Defendants was effectuated pursuant to the September 16, 2004 Order by the Honorable Richard C. Casey permitting certain Plaintiffs in this multi-district litigation to serve certain Defendants by publication (the "Publication Order"). The O'Neill Plaintiffs were not named in the original Publication Order but were added to it by Judge Casey upon counsel's request.

Case 1:03-md-01570-GBD-FM Document 2908 Filed 10/31/14 Page 2 of 20

*See* Endorsed Letter from Ronald L. Motley to Honorable Richard C. Casey, September 30, 2004 (03-MD-1570, Docket No. 468) (adding Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment and Development Corp, *et al.*, 04-CV-1923 (GBD) to Publication Order); Endorsed Letter from Jerry S. Goldman to Honorable Richard C. Casey, October 8, 2004 (03-MD-1570, Docket No. 488) (adding Estate of John P. O'Neill, Sr., *et al.* v. Republic of Iraq, *et al.*, 04-CV-1076 (GBD) to Publication Order).

4. Pursuant to the Publication Order, the O'Neill Plaintiffs served the Publication Defendants by publication once per week for four weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper, as well as by posting on the website www.sept11terrorlitigation.com.

5. **Exhibit A** contains a list of the Publication Defendants. **Exhibit B** contains a true and correct copy of the Publication Order. **Exhibit C** contains proofs of the service by publication on the publication Defendants.

Dated: October 31, 2014
New York, NY

Jerry S. Goldman, Esquire
ANDERSON KILL P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

Sworn to before me this 31st
Day of October, 2014.

MAXWELL NICHOLAS ROBERT
NOTARY PUBLIC, State of New York
No. 02MA6260569
Qualified in Kings County
Commission Expires April 30, 2016

# EXHIBIT A

| Defendant | Date of Service (USA Today) | Date of Service (Herald Tribune) | Date of Service (Al-Quds Al-Arabi) | Answer Due | Proof of Service Filed |
|---|---|---|---|---|---|
| | | | | | |
| Saddam Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Quday Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Uday Hussein | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abdel Hussein (a/k/a/ "The Ghost") | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ahmed Khalil Ibrahim Samir Al-Ani | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Faruq Al-Hijazi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Habib Faris Abdullah Al-Mamouri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Taha Yassin Ramadan | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muhammed Madhi Salah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Salah Suleiman | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Agab | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Waiel | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Sayyaf | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| Al Qaeda Islamic Agency | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
|---|---|---|---|---|---|
| Osama Bin Laden | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ayman Zawahiri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Hafs the Mauritanian | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Saif Al-Adil | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Imad Mughniyeh | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Musab Zarqawi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Egyptian Islamic Jihad | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al-Gammaah Al Islamiah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Zubaydh | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Khalid Sheikh Mohammed | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abu Abdul Rahman | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Abdul Rahman Yasin | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Albert Friedrich Armand Huber | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ali Ghaleb Himmat | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al Taqwa Bank | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Al Taqwa Trade, Property | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| and Industry, Ltd. | | | | | |
|---|---|---|---|---|---|
| Akida Bank Private Limited | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Akida Investment Co. Ltd | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nada Management Organization, S.A. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Youssef M. Nada | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Youssef M. Nada & Co. Gesellschaft, M.B.H. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nada International Anstalt | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Ahmed I. Nasreddin | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasco Nasreddin Holdings A.S. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nascoservice S.R.L. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nascotex S.A. | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Company Nasco SAS DI Ahmed Nasreddin EC | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Nasreddin Group International Holding | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| Nasreddin International Group Limited Holding | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
|---|---|---|---|---|---|
| The Estate of Abdulaziz Al Omari | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Wail Al Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Waleed M. Al Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Satam M.A. Al Suqami | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Mohammed Atta | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Fayez Ahmed | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Al-Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Hamza Al-Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Marwan Al-Shehhi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Mohald Al-Shehri | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Khalid Al-Midhar | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| The Estate of Nawaf Al-Hazmi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
|---|---|---|---|---|---|
| The Estate of Salem Al-Hazmi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Hani Hanjour | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Majed Moqued | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Saeed Al Ghamdi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Ibrahim A. Al Haznawi | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ahmed Al Nami | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Ziad Samir Jarrah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Zacarias Moussaui | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Estate of Muhammad Atef | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| The Taliban | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muhammad Omar | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muslim Brotherhood | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

| Albert Friedrich Armand Huber | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
|---|---|---|---|---|---|
| Al Barakaat Exchange LLC a/k/a Barakaat Bank | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Success Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Saar Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Benevolence International Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Muwaffaq Foundation | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Mazin M.H. Bahareth | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |
| Hassan Bahtzallah | 1/13/2005 | 1/10/2005 | 1/13/2005 | 3/14/05 | 3/4/05 & 3/16/05 |

# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-16-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)
*Thomas Burnett, Sr. v. Al Baraka Investment & Develop. Corp.*, 03 CV 9849 (RCC)
*Federal Insurance Co. v. al Qaida*, 03 CV 6978 (RCC)

**ORDER**

THIS MATTER having come before the Court on Joint Motion of Plaintiffs Federal Insurance, Ashton and Burnett for an Order authorizing Plaintiffs to effectuate service of process by publication on defendants specified in Attachment A for whom an address or location to serve the Summons and Complaint is unknown and cannot be ascertained through reasonable means or was attempted and rejected or otherwise not responded to at an address that was discovered, and the Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that Joint Plaintiffs' Motion for Leave to Serve Specified Defendants by Publication Pursuant to Fed. R. Civ. Pro. 4(f)(3) is GRANTED, to commence on or after September 13, 2004 and the publication will be once per week for four consecutive weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com.

SO ORDERED:

Richard Conway Casey
U.S.D.J.

DATED: Sept 15, 2004

ATTACHMENT A

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Ta'Ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdullah Omar Naseef
Abdalrahman Alarnout Abu Aljer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a The Ghost
Abdelghani Mzoudi
Abdelhalim Remadna
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Al Ibrahim
Abdul Fattah Zammar
Abdul Rahman Al Swailem
Abdulrahman Alamoudi
Abdul Rahman Bin Mahfouz
Abdul Rahman Khaled Bin Mahfouz
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulaziz Bin Abdul Rahman Al Saud
Abdulaziz Bin Hamad Al Gosaibi
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki a/k/a Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef
Abdullah Samil Bahmadan a/k/a Abdullah Salim Bahmadan
Abdullah Sulaiman Al-Rajhi
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Eldeen
Abrash Company
Abu Abdul Rahman
Abu Agab
Abu Aljer Abdalrahman Alarnaout a/k/a Abu Obed
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri

Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Afamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'Id Al-Kadr
Ahmad Salah
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Totonji
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa
Al Baraka Exchange LLC
Al Barakaat Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya
Al Khaleejia for Expert Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited
Al-Barakat International a/k/a Baraco Co

Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber a/k/a Ahmed Huber
Algerian Armed Islamic Group
Ali Atwa a/k/a Ammar Mansour Bouslim
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq a/k/a Dr. Amin Ah Haq
Anas Al-Liby
Ansar al-Islam
Aqeel Al-Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayman al-Zawahiri
Azzam Service Center

BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company

Case 1:03-md-01570-GBD-FM Document 445 Filed 09/16/04 Page 5 of 12

Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation Canada
Benevolence International Foundation USA
Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami

Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma

Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dar Al Maal Al Islami (DMI)
Dar Al Maal Al Islami Trust
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank

Egyptian Islamic Jihad
Essabar Zakariya Essabar
Essam Al Ridi
Eurocovia Obras, S.A.

Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faisal Islamic Bank
Faruq Al-Hijazi
Fazeh Ahed
*Fazul Abdullah Mohammed*
Fethi Ben Rebai Masri
Fouzi Jendoubi

Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource
Global Relief Foundation a/k/a Foundation Secours Mondial
*Grove Corporate Inc.*
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited

Habib Faris Abdullah Al-Mamouri

Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
*Hassan Dahir Aweys*
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
*Heritage Education Trust*
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society
Hussein Mahmud Abdullkadir

Ibn al-Shaykh al-Libi
Ibrahim bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
*Ibrahim Hassabella*
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
*Imad Eddin Barakat Yarkas a/k/a Abu Dahdah*
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano International a/k/a Mercy
International Development Foundation
Iqbal Yunus
Iraqi Intelligence Agency a/k/a The Mukhabarat
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
*Islamic International Brigade*
Islamic Movement of Uzbekistan
Iss El-Din El Sayed

Jaish-I-Mohammed a/k/a Army of Mohammed
*Jalil Shinwari*
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Barzinji
Jamal Nyrabeh

Jamil Qasim Saeed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization

Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalid Sulaiman Al-Rajhi
Khalil A. Kordi
Khalil Jarraya

Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah
Liban Hussein
Lionel Dumont
Lujain Al-Iman

M.M. Padkook Company for Catering & Trading
M. Omar Ashraf
M. Yaqub Mirza
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
*Mendi Kammoun*
Mercy International Relief Agency
Miga-Malaysian Swiss
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
*Mohammed Bahareth*
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade

Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jaghlit
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omar Al-Harazi
Mohammed Salim Bin Mahfouz
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui a/k/a Hamza
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati a/k/a Mohammad Hamdi Sadiq al-Ahdal a/k/a Abu Asim al-Makki
Muhammad Ashraf
Muhammad Atif
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustaf Ahmed Al-Hisawi
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustafa Muhammed Ahmad a/k/a Shaykh Sai'id a/k/a Mustafa Ahmed Al-Hasawi
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn

Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.

Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali

*Omar Abu Omar*
Omar Al-Bayoumi
Omar M. Bin Laden
Omar Sulaiman Al-Rajhi
Osama Bassnan

Palestine Islamic Jihad
Parka Trading Company
Perouz Seda Ghaty
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
*Proyectos Edispan*
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.

Queen City Cigarettes and Candy

Rabin Haddad
Rachid Fehar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Rashid M. Al Romaizan
*Red Crescent Saudi Committee*
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs

S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Abdulaziz Al-Rajhi
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden

Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Economic and Development Company
Saudi Joint Relief Committee
Saudi Red Crescent
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sa'id a/k/a Mustafa Muhammad Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Sherif Sedky
Soliman H.S. Al-Buthe
Somalia Branch of the Al-Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Sterling Charitable Gift Fund
Sterling Management Group, Inc.
Success Foundation
Sulaiman Al-Ali
Suleiman Abdel Aziz Al Rajhi a/k/a Sulaiman Abdul Aziz Al Rajhi
Syed Suleman Ahmer

Taba Investments
Tadamon Islamic Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights

The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
*The Estate of Satam M. A. Al Suqami*
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
*The Estate of Uday Hussein*
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement

Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden

Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sourouri
World Assembly of Muslim Youth

*Yasin Al-Qadi*
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali

Zacarias Moussaoui
Zahir H. Kazmi
Zakarya Essabar
Zakat Committee

Case 1:03-md-01570-GBD-FM Document 445 Filed 09/16/04 Page 12 of 12

Ziyad Khaleel

PHILA1\2133377\1 117430.000

# EXHIBIT C

القدس العربي
AL-QUDS AL-ARABI

DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.

The Notice , a true copy of which is attached , was published on the following dates : Thursday – December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14th DAY OF March 2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

M FLOREZ VALCARCEL
MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04



السنة السادسة عشرة - العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 - 2 ذو الحجة 1425 هـ
القدس العربي 15

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

## الملحق أ

وكالة أران لخدمات تحويل الأموال، إنك
عباس عبد العلي
عبد الهادي العراقي
عبد الصمد الطائفي
عبد المحسن الليبي
عبد الرحيم الناشري
عبد الرحمن الارناؤوط أبو الأجر المعروف أيضاً بأبو عبيد
عبد الباري
عبد المحسن المعروف أيضاً بشركة عبد المحسن
عبد الغني مزودي
عبد الحليم رماضنة المعروف أيضاً بعبد الحليم رمضانة حامد
عبد الكريم حسين محمد الناصر
عبد العزيز علي
عبد الرزاق عدن
عبد العزيز الإبراهيم المعروف أيضاً بعبد العزيز بن إبراهيم الإبراهيم
عبد الفتاح زمار
عبد الرحمن العمودي
عبد الرحمن ياسين
عبد الرحيم محمد حسين
عبد الله بن لادن
عبد الله العبيد
عبد الله بن خالد الثاني
عبد الله أحمد عبد الله
عبد الله بن عبد المحسن التركي
عبد الله بن سعيد
عبد الله بن صالح العبيد
عبد الله م. المهدي
عبد الله عمر ناصيف المعروف أيضاً بعبد الله عمر
عبد الله قاسم
عبد الله حسين كاظمي
عبد الرحمن حسن شربتلي
أبو الغني علي الدين
شركة أبو امل
أبو عبد الرحمن المعروف أيضاً بأبو عبد الرحمن أمين
أبو عجب
أبو النافذ
أبو حفص الموريتاني
أبو هاجر العراقي
أبو حمزة المصري
أبو إبراهيم المصري
أبو مصعب الزرقاوي
أبو قتادة الفلسطيني
أبو رضا السوري المعروف أيضاً بمحمد لؤي بايزيد
مجموعة أبو سياف
أبو سليمان
أبو وائل المعروف أيضاً بسعدون عبد اللطيف
أبو زبيدة
عادل بن سلطان
عادل محمد صادق بن كاظم
عدنان باشا
لجنة الإصلاح والنصح
أفاميا، إس.ل.
لجنة الدعم الأفغانية
أغوس بوديمان
أحمد عجاج
أحمد الحربي
أحمد إبراهيم الغشل
أحمد سعيد القدر
أحمد صلاح المعروف أيضاً بسليم
أحمد حسني رابع
أحمد إبراهيم النجار
أحمد خلفان غيلاني
أحمد خليل إبراهيم سمير الحنج
أحمد محمد حامد المعروف أيضاً بأحمد محمد
حامد علي
أحمد نور علي جمعالي
أحمد رماح
أحمد زكي اليماني
بنك العقيدة الخاص المحدود
شركة العقيدة للاستثمار المحدودة
الأمن الداخلي
الأمن الخارجي
الأنواء المعروفة أيضاً بالأنواء بو إس إي، إنك.
البركة للتحويلات ال ال سي، المعروفة أيضاً بالبركة للتحويلات ال ال سي
بنك البركات المعروف أيضاً ببنك البركة
مسجد الفاروق

الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية
الشركة الخليجية لترويج الصادرات والتسويق
القاعدة المعروفة أيضاً بجيش القاعدة الإسلامي
الشمال للاستثمار والتنمية
بنك الشمال الإسلامي المعروف أيضاً بشمال بنك والمعروف أيضاً بشامل بنك والمعروف أيضاً ببنك الشمر
شركة التقوى للتجارة والعقارات والصناعة المحدودة
مجموعة التقوى/ندى المعروفة أيضاً مجموعة التقوى/ندى لإدارة الأعمال
التوحيد
البركات
بنك البركات الصومالي بي أس أس )
مجموعة البركات للتمويل
شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
البركات العالمية للاتصالات السلكية واللاسلكية
مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
البركات انترناشونال المعروفة أيضاً بباراكو كومباني
البركات للاستثمار
منظمة البر السعودية
البر
مخابز الممتاز للحلويات
مؤسسة الحرمين الإسلامية المعروفة أيضاً بالحرمين والمعروفة أيضاً بمؤسسة الحرمين والمعروفة أيضاً بالوزير
الهجرة للتعمير والتنمية المحدودة
الاتحاد الإسلامي AIAI
مجموعة المستقبل
محلات النور لصناعة العسل المعروفة أيضاً بمركز النور للعسل
صندوق الرشيد
الشيخ العراقي
مصانع عسل الشفاء للصناعة والتجارة الوطنية للدواجن
البرت فريدريك ارمان هوبر
الجماعة الإسلامية الجزائرية المسلحة
علي عطوة
علي غالب همات
علي سعيد بن علي الحوري
أمين الحق
أنس الليبي المعروف أيضاً بأنس الليبي والمعروف أيضاً بناظم الراجحي والمعروف أيضاً بنزيه عبد الحميد الراجحي والمعروف أيضاً بأنس الصبائي
أنصار الإسلام
عقيل العقيل المعروف أيضاً بعقيل عبد العزيز العقيل
شركة الأسمنت العربي
عرفات الأساعي
مجموعة آري
صندوق أصات
صندوق أصات المجد
عصبة الأنصار
عيادي شفيق بن محمد
أيمن الظواهري
مركز عزام للخدمات
باتقوى للتجارة والعقارات المحدودة
با عر بن لادن
بنك التقوى المحدود المعروف أيضاً ببنك التقوى المحدود والمعروف أيضاً ببنك التقوى
شركة بركة للتجارة
بركات بوسطن
شركة بركات للبناء
مؤسسة بركات
مجموعة شركات بركات
بركات نورث أمريكا، إنك.
بركات البحر الأحمر للاتصالات السلكية واللاسلكية
شركة بركات للاتصالات السلكية واللاسلكية صوماليا
بنك بركات والتحويلات
بركات لاستشارات الكمبيوتر BCC
مجموعة بركات الاستشارية BCG
شركة بركات العالمية للهواتف
شركات بركات الدولية BICO
بركات بوست إكسبرس BPE
شركة بركات للمشروعات
شركة بركات للاتصالات السلكية واللاسلكية

ليمتد BTELCO
شركة بركات للتحويلات السلكية المعروفة أيضاً بخدمات بركات السلكية
شركة باراكوا التجارية LLC
مستشفى البشائر
بسام دالاتي ستاوت
صندوق البر الدولي
مؤسسة البر الدولية المعروفة أيضاً بالبر الدولية والمعروفة بمؤسسة البر الدولية - كندا والمعروفة أيضاً بمؤسسة البر الدولية - الولايات المتحدة الأمريكية
بن صباح بلقاسم
بلال بن مروان
مؤسسة الإغاثة المباركة
بوسنكا ايديلنا فيونترا
فرع البوسنة والهرسك لمؤسسة الحرمين الإسلامية
إبراهيم بن هدلي حمامي
مؤسسة سمستيل إميكس
شهيب بن محمد نباري
كوبيس
كونتراتاس جيوما
ظاهر عبد الله عويس
شركة دلة أفكو ترانس أوروبا المحدودة
الدكتور محمود دخيل
الدكتور محمد علي الجاري
بنك دبي الإسلامي
الجهاد الإسلامي المصري
عصام الريدي
يوروعوليا لويبرس. إس. أ.
فهد الثوميري
فهد محمد علي مسلم
فاروق الحجازي
فازيه أحمد
فزول عبد الله محمد
الفحي بن ربيع مصري
فوزي جندوبي
جارد جاما
غصوب الأرناؤوط المعروف أيضاً بأبو مصعب
الصدر العالمي لماس المعروف أيضاً بشركة المصادر العالمية للماس
مؤسسة الإغاثة العالمية المعروفة أيضاً بمؤسسة سيكورس مونديال
جلب الدين حكمتيار
الفرقة الخليجية والأفريقية
المركز الخليجي أس. او. ل.
شركة الصمغ العربي المحدودة
حبيب فارس عبد الله المعموري
حبيب وداني
حاج عبد المنان آغا
حاج محمد أكرم
حمد حسيني
حماس
هاني رمضان
حسن عز الدين
هاشم عبد الرحمن
حسن أ. أ. بحفظ الله
حسن ضاهر عويس
حسن الترابي
حيدر محمد بن لادن
حازم رجب
ساعدوا الشعب الأفريقي
حياة العليا
الحزب الإسلامي
هشام ارناؤوط
جمعية القلق الإنساني الدولية المعروفة أيضاً بالقلق الإنساني الدولي
حسين محمود عبد القادر
ابن الشيخ الليبي
إبراهيم باه
إبراهيم بن عبد العزيز
مؤسسة إبراهيم بن عبد العزيز الإبراهيم
إبراهيم حسب الله
إبراهيم محمد المندي
إبراهيم س. عبد الله
إبراهيم صالح محمد اليعقوب
إيهاب علي
عماد الدين بركات يزركز والمعروف أيضاً بأبو دحداح
عماد مغنية
إمبلوكس لك الميزية
معهد ميلان المعروف أيضاً بإنستيتوتو كولتورالي إسلاميكو دي ميلانو
إنترناشيونال والمعروف أيضاً بيرسي
وكالة المخابرات العراقية المعروفة أيضاً بالمخابرات والمعروفة أيضاً بالمخابرات والمعروفة أيضاً بالقاري والمعروفة أيضاً

بوحدة 99 والمعروفة أيضاً بعمليات خاصة م.ع.
وكالة الإغاثة الإسلامية الأفريقية
جيش عدن الإسلامي
المركز الثقافي الإسلامي في جنيف
المعهد الثقافي الإسلامي ليلان
اللواء الإسلامي الدولي المعروف أيضاً باللواء الإسلامي الدولي لحفظ السلام
حركة أوزبكستان الإسلامية
عز الدين السيد المعروف أيضاً بعز الدين السيد محمد
جيش محمد
جليل شنواري
جمال أحمد محمد
جمال البدوي
جمال نبريه
جميل قاسم سعيد المعروف أيضاً بجميل قاسم سعيد محمد
جمعية الشؤون الإسلامية المعروفة أيضاً بسوسايتي أوف إسلامك كووبريشن
منظمة الجماعة الإسلامية
خالد بن محفوظ
خالد نوري
خالد شيخ محمد
خليل جراية
لاشكار اي جانجفي
لاشكار ريدهان الإسلامي
لاشكار الطيبين
الزهار بن محمد لكيلي
حزب الله اللبناني المعروف أيضاً بحزب الله والمعروف أيضاً بحزب الله
لبنان حسين
لايونيل ديومونت
لجين الإيمان
شركة م. بادكوك لخدمات تقديم الطعام والتجارة
مهدي شارمان سالمي
محمود جاب الله
مكتب الخدمات
مدوح محمود سليم المعروف أيضاً بأبو هاجر العراقي
مامون داركزانلي
شركة مامون داركزانلي للاستيراد والتصدير
منصور ثانر
منصوري القاضي
مسجد المدينة المنورة
مولاي عبد الكبير
مازن م. هـ. باحارث
مهدي كعون
وكالة الرحمة للإغاثة الدولية
مهجاء - الليزي السويسري، المعروف أيضاً بمنظمة مهجا - الليزي السويسري أس. ا.
الخليج والفرقة الإفريقية
محمد بايزد
محمد البهي
محمد س. محمد
محمد المصري
محمد الجهيني
محمد الشوربجي
محمد علي حسن المؤيد
محمد علي سيد شطيط
محمد أمين عقلي
محمد باحارث
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد حسين العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة
محمد خير السقا المعروف أيضاً بأبو الدرداء
محمد خطيب
محمد منصور
محمد نور رحمي
محمد عبيش
محمد عمر الحرازي
محمد شرقاوي
محرز أعموتي
منذر بزاوي
جبهة مورو للتحرير الإسلامي
منير بن حبيب جراية
منير التصدق
موسى بن عمرو السعدي
مفتي محمد رشيد
مفتي رشيد أحمد لاديهيانوي
محمد أبو إسلام
محمد الحماتي

محمد عاطف المعروف أيضاً بشركة محمد عاطف
محمد عمر
محمد صلاح
محمد غالب حلاحة زويدي المعروف أيضاً بأبو طلحة
محمد ج. الفهي
محمد مهدي صلاح
محسن موسى متولي عطوة
الملا كاكشار
مؤسسة متابط للتجارة
الأخوة المسلمين
مصطفى أحمد الحيساوي المعروف أيضاً بشيخ سعيد والمعروف أيضاً بمصطفى محمد أحمد
مصطفى القادر
مصطفى محمد فاضل
معتصم عبد الرحيم
مؤسسة موفق المعروفة أيضاً بمؤسسة الإغاثة المباركة
مظفر خان
نبيل بن مخلوف
ندى انترناشونال انستالت
منظمة ندى الإدارية
منظمة ندى الإدارية، إس.أ.
نجيب عواد
ناصكو للخدمات إس.أ.ر.ل.
ناصكو نصر الدين القابضة أ. إس.
ناصكو تكس إس.أ.
شركة نصر الدين ناصكو أ. إس. أي
أحمد ادريس نصر الدين اي. سي.
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
بنك الثقة الوطني
الصندوق القومي للتأمين الاجتماعي
الجبهة الإسلامية الوطنية
مركز الاستطلاعات والإدارة القومي
نضال صالح المعروف أيضاً بهيثم
نيو ماونت القابضة
نور جليل
نور جمعان رضوان المعروف أيضاً باسم الدين المعروف أيضاً بالمبلي
عمر أبو عمر
عمر البيومي
عمر م. بن لادن
أسامة باستان
الجهاد الإسلامي الفلسطيني
شركة بكا التجارية
بواجين بيموت
بروموسيونيز إي كونستركسيونز تيبليوون بريكون، إس.أ.
بروبكتوس إيسبيان
بروبكتوس إي بروموسيونيز إيزو
بروبكتوس إي بروموسيونيز بارادايز إس. ل.
كوين سيتي للسجائر والحلوى
ربيع حداد
رشيد فيهار المعروف أيضاً برشيد فيطار
راشد حجازي
رمزي محمد عبد الله بن الشيبه المعروف أيضاً برمزي عمر عبد الله عمر
شركة بركات البحر الأحمر المحدودة
كتيبة شهداء الشيشان رياض الصالحين للاستطلاع والتخريب
س. م. ج. ج.
مؤسسة صبر
صابر لاكار
صدام حسين
صقر الحوالي
سعيد بهاجي
سيف العادل
سيف الإسلام المصري
مجموعة السلفيين للدعوة والقتال
صلاح بادلة
صلاح سليمان
صالح الحسين
صالح فزاز
صالح محمد بن لادن
سالم بن لادن
سلمان العودة
سامي عمر الحسين
سمير كشك
سمير صلاح
سنابل إنك.
سنابل الخير إنك.

سنابل الخير
سفور صلاح
صقر السداوي
مجموعة بن لادن السعودية
شركة بن لادن السعودية الدولية
شركة الأسمنت السعودية بالدمام
البنك السعودي السوداني
سيف العدل
سعد الشريف
شهير عبد الرؤوف باترجي
شيخ سعيد المعروف أيضاً بمصطفى محمد أحمد
شيخ عادل جليل باترجي المعروف أيضاً بعادل عبد الجليل باترجي
شيخ عبد الله عزام المعروف أيضاً بأبو محمد
شيخ عبد العزيز ناجي
شيخ أحمد سليم سويدان
شيخ عمر بكري محمد
شيخ يوسف القرضاوي
سلمان ت. س. الهث
فرع الصومال لمؤسسة الحرمين الإسلامية
الشركة الصومالية للانترنت
فرع الإسلام للأغراض الخاصة
مؤسسة النجاح
سليمان العلي
سيد سليمان أحمد
طابا للاستثمارات
بنك التضامن الإسلامي المعروف أيضاً ببنك التضامن
طه ياسين رمضان
مجموعة الطيبة للمعونة الدولية
طلال محمد بادكوك
تانزانيت كنج
طارق أيوبي
طارق م. بن لادن
طارق م. السويدان
طارق أنور السيد أحمد
منظمة العلماء للمعونة
لجنة الدفاع عن الحقوق الشرعية
تركة مروان الشهي
تركة فايز أحمد المعروف أيضاً ببني حماد فايز
تركة أحمد الغامدي
تركة حمزة الغامدي
تركة سعد الشهري
تركة سطام م. أ. السقامي
تركة عبد العزيز العمري
تركة وليد م. الشهري
تركة وائل الشهري
تركة محمد عطا
تركة خالد المدار
تركة نواف الحزمي
تركة هاني حنجور
تركة سالم الحزمي
تركة ماجد موقد
تركة زياد سمير جراح
تركة أحمد إبراهيم أ. الحزناوي
تركة سعيد الغامدي
تركة أحمد النامي
تركي فيصل حسين
تركة عدي حسين
الطالبان
ثروة صلاح شحاتة
حركة تركستان الإسلامية
اتحاد علماء أفغانستان
عمر فاروق
أمة تعمير النو
أسامة بن لادن المعروف أيضاً بأسامة بن لادن
وادي العقيق
منظمة الوفاء الإنسانية
وليد السروري
ياسين القاضي
ياسين شعوري
ياسر السري المعروف أيضاً بعمار
يزيد سوفات كوالالمبور ماليزيا
إسلام م. بن لادن
يوسف جميل
يوسف عبداوي
يوسف م. ندى وشركاه جيزلشافت MBH
مؤسسة يوسف م. ندى
يوسف ندى المعروف أيضاً بيوسف مصطفى ندى
يوسف أحمد علي
زكريا موساوي
زاهر ح. كاظمي
زكريا الصبار
لجنة الزكاة
زياد خليل

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم 03 MDL 1570 (RCC): إعلان تقديم الشكاوي، أصدر القاضي ريتشارد سي. كيزي أمر تبليغ بالنشر في الصحف في 15 سبتمبر (أيلول) ,2004 ولقد تمّ الأمر بنشر الإجراء القانوني للعنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس إي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تنشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوي الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تمّ تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه. ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، 500 بيرل ستريت، نيويورك، نيويورك 10007 (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوي خلال مدة ستين (60) يوماً من نشر الإعلان. في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوي المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوي الحصول على أضرار تعويضية، وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.



Case 1:03-md-01570-GBD-FM Document 2908-3 Filed 10/31/14 Page 4 of 7

7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005 the following advertisement-LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW was published in **USA TODAY.**

[signature]
Principal Clerk of USA TODAY
January 13, 2005

Subscribed and sworn to before me
This 14th day of January month
2005 year.

[signature]
Notary Public

My Commission Expires 3/31/2005

USA TODAY

**LEGAL NOTICE**

To Named Defendants listed below:

Al-Rashid Trust · Al-Shaykh Al-Iraqi · Al-Shifa' Honey Press for Industry and Commerce · Al-Watania Poultry · Albert Friedrich Armand Huber · Algerian Armed Islamic Group · Ali Abwa ...

*(The remainder of this notice consists of a multi-column list of named defendants, including, among many others:)*

Al-Barakaat Group of Companies · Al-Barakaat Bank of Somalia · Al-Barakat Finance Group · Al-Barakat Financial Holding Co. · Al-Barakaat Global · Al-Barakat International a/k/a Baraco · Al-Barakat Investments · Al-Barakaat North America, Inc. · Al-Taqwa Bank, Property and Industry Company Limited · Arab Cement Company · Arafat El-Asahl · Ayadi Charity Bin Muhammed · Ayman al-Zawahiri · Azzam Service Center · Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited · Baraka Trading Company · Barakaat Boston · Barakaat Construction Company · Barakaat Enterprise · Barakaat Group of Companies · Barakaat North America, Inc. · Barakaat Red Sea Telecommunications · Barakaat Telecommunications Co. Somalia · Barakat Bank and Remittances · Barakat Computer Consulting (BCC) · Barakat Consulting Group (BCG) · Barakat Global Telephone Company · Barakat International Companies (BICO) · Barakat Post Express (BPE) · Barakaat Telecommunications Company Limited (BTELCO) · Barakat Wire Transfer Company · Banco Trading Company, LLC · Benevolence International Fund · Benevolence International Foundation a/k/a Al Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA · Bensayah Belkacem · Bilal Bin Marwan · Blessed Relief Foundation · Bosanska Idealna Futura · Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation · Brahim Ben Hedili Hamami · Canadian Imperil Establishment · Chiheb Ben Mohamed Ayari · Cobla · Contratas Globna · Dahir Ubeidullahi Aweys · Dallah Avco Trans Arabia Co. Ltd. · Dr. Mahmoud Dakhil · Dr. Mohaman Ali Elgari ...

Dubai Islamic Bank · Egyptian Islamic Jihad · Essam Al Ridi · Eunoconia Obras, S.A. · Fahad Al-Thumairy · Fahid Mohammed Ally Msalam · Faruq Al-Hijazi · Fazeh Ahed · Fazul Abdullah Mohammed · Fethi Ben Rebai Masri · Fouzi Jendoubi · Garad Jama · Ghasoub Al Abrash Ghalyoun a/k/e Abu Musab · Global Diamond Resource a/k/a · Global Diamond Resources Inc. · Global Relief Foundation a/k/a Fondation Secours Mondial · Guibuddin Hekmatyar · Gulf and African Chamber · Gulf Center S.R.L. · Gum Arabic Company Limited · Habib Faris Abdullah Al-Mamoun · Habib Waddani · Haji Abdul Manan Agha · Haji Mohamad Akram · Hamad Hussaini · Hamas · Hani Ramadan · Hasan Izz-Al-Din · Hashim Abdulrahman · Hassan A.A. Bahfzallah · Hassan Dahir Aweys · Hassan Al Turabi · Heyder Mohamed Bin Laden · Hazem Ragab · Help African People · Heyatul Ulya · Hezb-e-Islami · Hisham Arnaout · Human Concern International ...

Islamic Cultural Institute of Milan · Mohammed Jaballah · Islamic International Brigade a/k/e Islamic Peacekeeping International Brigade · Islamic Movement of Uzbekistan · Isa El-Din El Sayed a/k/a Iss El-Din · El Sayed Mohamed · Jaish-i-Mohammed · Jalil Shinwari · Jamal Ahmed Mohammed · Jamal Al-Sadawi · Jamal Nyrabeh · Jamil Qasim Saeed a/k/a Jamil · Qasim Saeed Mohammed · Qasim Saeed Mohammed Rashid · Mutti Rashid Ahmad Ladenyanoy · Muhammad Abu-Islam · Muhammad Al-Hamati · Muhammad Atif a/k/a Estate of Muhammed Atef · Muhammad Omar · Muhammad Salah · Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha · Muhammed J. Fakihi · Muhammed Mahdi Salah · Muhsin Musa Matwalil Atwah · Mullah Kashar · Munaqir For Trading Establishment · Muslim Brotherhood · Mustafa Ahmed Al-Hisawi a/k/a Shaik Saeed a/k/a Shaykh Sa'id a/k/a Mustafa Muhammed Ahmad · Mustafa Al-Kadir · Mustafa Mohamed Fadhil · Mustsaim Abdel-Rahim · Muwaffaq Foundation a/k/a Blessed Relief Foundation · Muzaffar Kahn · Nabil Benattia · Nada International Anstalt · Nada Management Organization · Nada Management Organization, SA · Najib Ouaz · Nasreconin-Company Nasco SAS DI · Ahmed Idris Nasereddin EC · Nasreddin Foundation · Nasreddin Group International Holding Ltd. · Nasreddin International Group Limited Holding · National Development Bank · National Fund for Social Insurance · National Islamic Front · National Management Consultancy Center · Nedai-Salah a/k/a Hitem · Near Thoroud Holdings · Noor Jalil · Nurjaman Riduan Ismuddin a/k/a Hambali · Omar Abu Omar · Omar Al-Bayoumi · Omar Bin Laden · Osama Basnan · Palestine Islamic Jihad ...

Taba Investments · Tadamon Islamic Bank a/k/a Tadamon Bank · Taha Yassin Ramadan · Taibah International Aid Association · Talal Mohammed Badkook · Tanzanite King · Tarek Ayoubi · Tarek M. Bin Laden · Tareq M. Al-Swaidan · Tariq Anwar al-Sayyid Ahmad · The Aid Organization of the Ulema · The Committee for the Defense of Legitimate Rights · The Estate of Marwan Al-shehhi · The Estate of Fayez Ahmed a/k/a Banhammad Feyez · The Estate of Ahmed Al Ghamdi · The Estate of Hamza Al Ghamdi · The Estate of Mohald Al Shehri · The Estate of Satam M. A. Al Suqami · The Estate of Abdulaziz Al Omari · The Estate of Waleed M. Al Shehri · The Estate of Wail Al Shehri · The Estate of Mohammed Atta · The Estate of Khalid Al Midhar · The Estate of Nawaf Al Hazmi · The Estate of Hani Hanjour · The Estate of Salem Al Hazmi · The Estate of Majed Moqed · The Estate of Ziad Samir Jarrah · The Estate of Ahmed Ibrahim A. Al Haznawi · The Estate of Saeed Al Ghamdi · The Estate of Ahmed Al Nami · The Estate of Ousay Hussein · The Estate of Uday Hussein · The Taliban · Thirket Salah Shiheta · Turkistan Islamic Movement · Ulema Union of Afghanistan · Umar Faruq · Umma Tameer-E-Nau (UTN) · Usama Bin Laden a/k/a Osama Bin Laden · Wadi Al Aqiq · Wafa Humanitarian Organization · Wa'el Al-Bounori · Yasin Al-Qadi · Yassine Chekkouri · Yassir Al-Sirri a/k/a Amaar · Yazid Sufaat of Kuala Lumpur Malaysia · Yeslam Bin Laden · Youssef Jameel · Youssef Nada & Co. Gesellschaft · NBH · Youssef Nada Establishment · Youssef Nada a/k/a Youssef Mustafa Nada · Yusaf Ahmed Ali · Zacarias Moussaoui · Zahir H. Kazmi · Zakarlya Essabar · Zakat Committee · Ziyad Khaleel · Syed Suleiman Ahmer ...

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC): NOTICE OF FILING OF COMPLAINTS. Judge Richard C. Casey issued an Order or service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the *International Herald Tribune* and the *USA Today*, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terroristlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty 60 days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

International Herald Tribune
Published By The New York Times

229 West 43rd Street, New York, NY 10036, USA
Phone: (212) 556-7707 Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**NOTICE : of Filing of Complaints**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

Judith King, Legal Notice Manager

Sworn before me on this 24th day of February 2005 in the state of New York.

Notary Public

DANA ROSALES
Notary Public, State of New York
No. 01RO6059690
Qualified in New York County
Commission Expires August 29, 2007

ADVERTISEMENT

ADVERTISEMENT

Tribune

# LEGAL NOTICE

## To named Defendants listed below:

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samed Al-Ta'ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdalrahman Alamout Abu Aler a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdul-Fattah Zammar
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef a/k/a Abdallah Omar
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Eldeen
Abrash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Agab
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Alamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'id Al-Kadr
Ahmad Salah a/k/a Salim
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a
Al-Gammah Al Islamiah
Al Khaleejia for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co. a/k/a
Al-Barakaat Financial Company
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a
Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih
Abdul Hamed Al-Raghie a/k/a Anas
Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center

BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company a/k/a Al Barakaat Wire Service
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation a/k/a Al-Bir Al Dawalia a/k/a
BIF-Canada a/k/a BIF-USA Bensayah
Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami

Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma

Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank

Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.

Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi

Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited

Habib Faris Abdullah Al-Mamouri
Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society a/k/a Human Concern International
Hussein Mahmud Abdulkadir

Ibn al-Shaykh al-Libi
Ibrahim Beh
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mugniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigede a/k/a
Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed

Jaish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Bedawi
Jamal Nyrabeh
Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization

Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya

Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballad
Liban Hussein
Lionel Dumont
Lujain Al-Iman

M.M. Badkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mehdi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a
Miga-Malaysian Organization SA Gulf and African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massad
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rehmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of
Muhammed Atef
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sai'id a/k/a
Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn

Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS DI Ahmed Idris Nassreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali

Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan

Palestine Islamic Jihad
Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan
Pricote, S.A.
Proyectos Edispah
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardisa, S.L.

Queen City Cigarettes and Candy

Rabih Haddah
Rachid Fehar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs

S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Salar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Suleman Ahmer

Taba Investments
Tadamon Islamic Bank a/k/a Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a Banihammad Fayez
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement

Ulema Union of Afghanistan
Umar Faruq
Ummah Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden

Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sowrouri

Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali

Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

---

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.**

Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above–captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.
Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

*Service of all pleadings, motions and discovery that are filed in this case are available on the internet at http://www.sept11terrorlitigation.com.*