**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) | **Civil Action No. 03. MDL 1570 (GBD)** |
|---|---|---|

**DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S 26(a)(1) AMENDED INITIAL DISCLOSURES**

Defendant International Islamic Relief Organization ("IIRO"), by and through its undersigned counsel, makes the following Amended Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). These Amended Initial Disclosures are based on information reasonably available to IIRO as of the date hereof. The disclosures herein are provided without prejudice to the rights of IIRO to identify additional witnesses or evidence. Further, IIRO reserves the right to supplement these disclosures.

## I. Individuals With Relevant Discoverable Information

The following individuals are likely to have discoverable information that IIRO may use to support its defenses. IIRO does not consent to or authorize any communications with its employees, agents, officers, or directors, whether formerly or presently associated or employed by IIRO and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1. **Dr. Adnan Khalil Basha**
   *Former Secretary General – IIRO*
   Address: Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Basha may have information regarding IIRO policies, procedures and operations; IIRO's relationship to or affiliation with other entities; and IIRO's defenses.

2. **Mr. Ammar Shawwat**
   *Oracle Financial Consultant – IIRO Head Office, Jeddah*
   Address: IIRO Head Office, Jeddah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: IIRO custodian of documents

3. **Mr. Muhammad Hillis**
   *Coordinator – IIRO Head Office, Jeddah*
   Address: IIRO Head Office, Jeddah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Mr. Hillis may have information about IIRO's branch office operations and its defenses.

4. **Mr. Omar Bashir Khalid**
   *Deputy Internal Auditor – IIRO Head Office, Jeddah*
   Address: IIRO Head Office, Jeddah, Saudi Arabia
   Contact: cCn be reached through counsel
   Subject Matter: Mr. Khalid may have information relating to IIRO's internal audits.

5. **Mr. Saeed Al-Sarahaan**
   *Financial Controller – IIRO Head Office, Jeddah*
   Address: IIRO Head Office, Jeddah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Mr. Al-Sarahaan may have information relating to IIRO's financial controls.

6. **Mr. Saleh Al-Dhibani**
   *Urgent Relief Supervisor – IIRO Head Office, Jeddah*
   Address: IIRO Head Office, Jeddah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Mr. Al-Dhibani may have information relating to IIRO Albania and Kosovo operations and IIRO Eastern Province Regional Office operations.

7. **Dr. Abdul Hamid Al-Mujil**
   *Former Executive Director – IIRO Eastern Province Regional Office*
   Address: University of Dammam, College of Architecture and Planning, Engineering Department, Dammam, Saudi Arabia
   Contact: Can be reached through counsel

Subject Matter: Dr. Al-Mujil may have information relating to IIRO Eastern Province Regional Office operations.

8. **Mr. Mahmud Said**
*External Auditor – M. Said & Co Chartered Certified Accountants*
Address: 137 Blackstock Rd, London N4 2JW, United Kingdom
Contact: cCn be reached through counsel
Subject Matter: Mr. Said may have information relating to IIRO Indonesia operations.

9. **Mr. Fahad bin Mohammad Sanad Al-Harbi**
*Former Director – IIRO Branch Office, Indonesia*
Address: IIRO Branch Office, Jakarta, Indonesia
Contact: Can be reached through counsel
Subject Matter: Mr. Al-Harbi may have information relating to IIRO Indonesia operations.

10. **Mr. Faiz Wardy**
*Secretary – IIRO Branch Office, Indonesia*
Address: IIRO Branch Office, Jakarta, Indonesia
Contact:Ccan be reached through counsel
Subject Matter: Mr. Wardy may have information relating to IIRO Indonesia operations.

11. **Mr. Abdelhadi Daguit**
*Former Director – IIRO Branch Office, Philippines*
Address: Manila, Philippines
Contact: Can be reached through counsel
Subject Matter: Mr. Daguit may have information relating to IIRO Philippines operations.

*12.* **Mr. Rahmatullah Nazir Khan Gari**
*Former Director – IIRO Pakistan and Bangladesh*
Address: Sarajevo, Bosnia and Herzegovina
Contact: Can be reached through counsel
Subject Matter: Mr. Gari may have information relating to IIRO Pakistan and IIRO Bangladesh operations.

13. **Mr. Abdu Atain**
*Director – IIRO Branch Office, Pakistan*

Address: IIRO Branch Office, Islamabad, Pakistan
Contact: Can be reached through counsel
Subject Matter: Mr. Atain may have information relating to IIRO Pakistan operations.

**14. Mr. Muhammad Javid Butt**
*Accountant – MWL Branch Office, Pakistan*
Address: IIRO Branch Office, Islamabad, Pakistan
Contact: Can be reached through counsel
Subject Matter: Mr. Butt may have information relating to IIRO Pakistan financials.

**15. Mr. Moayid Al-Butayri**
*Former Director – IIRO Branch Office, Pakistan*
Address: Al Khobar, Saudi Arabia
Contact: Can be reached through counsel
Subject Matter: Mr. Al-Butayri may have information relating to IIRO Pakistan operations.

**16. Mr. Qari Nooruzaman Shurafat**
*Quran Program Supervisor – IIRO Branch Office, Afghanistan*
Address: IIRO Branch Office, Kabul, Afghanistan
Contact: Can be reached through counsel
Subject Matter: Mr. Shurafat may have information relating to IIRO Peshawar, Pakistan and Afghanistan operations.

**17. Mr. Abdulrauf Khalaf Al-Sharman**
*Director – IIRO Branch Office, Bosnia & Herzegovina*
Address: IIRO Branch Office, Sarajevo, Bosnia & Herzegovina
Contact: Can be reached through counsel
Subject Matter: Mr. Al-Sharman may have information relating to IIRO Bosnia operations.

**18. Mr. Mustafa Hussain Omar**
*Accountant – IIRO Branch Office, Bosnia & Herzegovina*
Address: IIRO Branch Office, Sarajevo, Bosnia & Herzegovina
Contact: Can be reached through counsel
Subject Matter: Mr. Omar may have information relating to IIRO Bosnia operations and financials.

**19. Mr. Ismat Al-Bahiti**
*Director – IIRO Balkans Region Offices*
Address: IIRO Branch Office, Pristine, Kosovo
Contact:Ccan be reached through counsel
Subject Matter: Mr. Bahiti may have information relating to IIRO Balkans operations.

**20. Mr. Ibrahim Fadlallah**
*Administrator – IIRO Branch Office, Kosovo*
Address: IIRO Branch Office, Pristine, Kosovo
Contact: Can be reached through counsel
Subject Matter: Mr. Fadlallah may have information relating to IIRO Kosovo operations.

**21. Mr. Saad Al-Obaidi**
*Former Director – IIRO Branch Office, Kosovo*
Address: Bosnia & Herzegovina
Contact: Can be reached through counsel
Subject Matter: Mr. Al-Obaidi may have information relating to IIRO Kosovo operations.

**22. Mr. Edmond Saliu**
*Program Coordinator – IIRO Branch Office, Albania*
Address: IIRO Branch Office, Tirana, Albania
Contact: Can be reached through counsel
Subject Matter: Mr. Saliu may have information relating to IIRO Albania operations.

**23. Mr. Mohamed Zeqiri**
*Program Coordinator – IIRO Branch Office, Macedonia*
Address: IIRO Branch Office, Tetovo, Macedonia
Contact: Cn be reached through counsel
Subject Matter: Mr. Zeqiri may have information relating to IIRO Macedonia operations

**24. Any witness on Plaintiffs' or Defendants' witness lists.**

## II. Categories of Relevant Documents

IIRO has already produced copies of documents, in its possession, custody, or control that it may use to support its defenses. *See* IIRO 000001 – IIRO 286988. However, copies of

documents concerning the employment of certain individuals formerly or presently employed by and/or affiliated with IIRO are being collected for production to Plaintiffs.

IIRO's disclosures are made subject to and without waiving the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action.

**III. Computation of Damages**

IIRO has not asserted a claim for damages against any other party in this action.

**IV. Insurance**

IIRO is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment that may be entered in this action, or to indemnify or reimburse payments made to satisfy such a judgment.

Respectfully submitted,

/s/___Eric L. Lewis___

Eric L. Lewis
Aisha E. Henry
Waleed Nassar
Lewis Baach PLLC
1899 Pennsylvania Ave., N.W. Suite 600
Washington, D.C. 20006
Tel: (202) 659-7872
Fax: (202)
eric.lewis@lewisbaach.com
aisha.henry@lewisbaach.com
waleed.nassar@lewisbaach.com

*Counsel for International Islamic Relief Organization*