UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | Civil Action No. 03. MDL 1570 (GBD) |

**DEFENDANT MUSLIM WORLD LEAGUE'S 26(a)(1) AMENDED INITIAL DISCLOSURES**

Defendant Muslim World League ("MWL"), by and through its undersigned counsel, makes the following Amended Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). These Amended Initial Disclosures are based on information reasonably available to MWL as of the date hereof. The disclosures herein are provided without prejudice to the rights of MWL to identify additional witnesses or evidence. Further, MWL reserves the right to supplement these disclosures.

**I.  Individuals With Relevant Discoverable Information**

The following individuals are likely to have discoverable information that MWL may use to support its defenses. MWL does not consent to or authorize any communications with its employees, agents, officers, or directors, whether formerly or presently associated or employed by MWL and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1. **Dr. Abdullah Naseef**
   *Former Secretary General – MWL Head Office, Makkah*
   Address: Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Naseef may have information relating to MWL's policies, procedures and operations; MWL's relationship to or affiliation with other entities; and MWL's defenses.

1

2. **Dr. Ahmed Muhammed Ali**
   *Former Secretary General – MWL Head Office, Makkah*
   Address: Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Ali may have information relating to MWL's policies, procedures and operations; MWL's relationship to or affiliation with other entities; and MWL's defenses.

3. **Dr. Abdullah bin Saleh Al-Obaid**
   *Former Secretary General – MWL Head Office, Makkah*
   Address: Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Al-Obaid may have information relating to MWL's policies, procedures and operations; MWL's relationship to or affiliation with other entities; and MWL's defenses.

4. **Dr. Abdullah bin Abdulmohsin Al-Turki**
   *Secretary General – MWL Head Office, Makkah*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Al-Turki may have information relating to MWL's policies, procedures and operations; MWL's relationship to or affiliation with other entities; and MWL's defenses.

5. **Dr. Saad bin Humaid Al-Subaie**
   *Deputy Secretary General for Financial and Administrative Affairs – MWL Head Office, Makkah*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Dr. Al-Subaie may have information relating to MWL's policies, procedures and operations; MWL's relationship to or affiliation with other entities; and MWL's defenses.

6. **Mr. Mohamed Al-Hasani,**
   *Former Director of Overseas Offices and Centers – MWL Head Office, Makkah*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Among other things, Mr. Al-Hasani may have information relating to MWL's oversight over offices and centers abroad; and MWL's defenses.

7. **Mr. Muhammad Fawzi Abdullah**
   *Accountant – MWL Head Office, Makkah, Saudi Arabia*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: MWL custodian of documents

8. **Mr. Musa Al-Mogamse**
   *Director of Financial Affairs and Services – MWL Head Office, Makkah, Saudi Arabia*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact: Can be reached through counsel
   Subject Matter: Mr. Al-Mogamse may have information relating to MWL's financial controls.

9. **Mr. Rahmatullah Enayatullah Ahmed**
   *Director General of Studies and Conferences – MWL Head Office, Makkah, Saudi Arabia*
   Address: MWL Head Office, Makkah, Saudi Arabia
   Contact:Can be reached through counsel
   Subject Matter: Mr. Ahmed may have information relating to MWL operations, studies and conferences.

10. **Mr. Ali Al-Thaqafi**
    *Advisor to the Islamic Fiqh Council – MWL Head Office, Makkah, Saudi Arabia*
    Address: MWL Head Office, Makkah, Saudi Arabia
    Contact: Can be reached through counsel
    Subject Matter: Mr. Al-Thaqafi may have information relating to MWL's personnel management.

11. **Mr. Ahmad Qurban**
    *Director of the Administrative Communications Department – MWL Head Office, Makkah, Saudi Arabia*
    Address: MWL Head Office, Makkah, Saudi Arabia
    Contact: Can be reached through counsel
    Subject Matter: Mr. Qurban may have information relating to the maintenance of MWL's files and records.

12. **Mr. Jameel Qutub**
    *Computer Center Director – MWL Head Office, Makkah, Saudi Arabia*
    *Address: MWL Head Office, Makkah, Saudi Arabia*
    Contact: Can be reached through counsel
    Subject Matter: Mr. Qutub may have information relating to MWL's computer capabilities and electronically stored information.

13. **Mr. Mahmud Said**
    *External Auditor – M. Said & Co Chartered Certified Accountants*
    Address: 137 Blackstock Rd, London N4 2JW, United Kingdom
    Contact: Can be reached through counsel
    Subject Matter: Mr. Said may have information relating to MWL audits.

14. **Mr. Mohamed El Ayouti**
    *External Auditor – El Sayid El Ayouti & Co., Certified Public Accountants*
    Address: Building No. 58, Al-Watan Al Arabi St. Al-Hamra'a District/ 1 N14 W8 P.O. Box 780, Jeddah 21421, Saudi Arabia
    Contact: Can be reached through counsel
    Subject Matter: Mr. El Ayouti may have information relating to MWL audits.

15. **Mr. Ahmed Makdom**
    *Director – MWL Branch Office, London, United Kingdom*
    Address: MWL Branch Office, London, United Kingdom
    Contact: Can be reached through counsel
    Subject Matter: Mr. Makdom may have information relating to MWL branch office operations and relationship with MWL Head Office; and MWL London operations.

16. **Mr. Hashim Mahdi**
    *Former Director – MWL Branch Office, Paris, France*
    Address: MWL Branch Office, Paris, France
    Contact: Can be reached through counsel
    Subject Matter: Mr. Mahdi may have information relating to MWL branch office operations and relationship with MWL Head Office; and MWL relationship with foreign governments.

17. **Dr. Saud bin Abdullah El-Gudaian**
    *Director – Islamic Cultural Center Madrid, Spain*
    Address: Islamic Cultural Center in Madrid, Spain
    Contact: Can be reached through counsel
    Subject Matter: Mr. El-Gudaian may have information relating to MWL Spain operations and the Islamic Cultural Center operations.

18. **Mr. Adil Gaisar Ali Mustafa**
    *Administrative Assistant – Islamic Cultural Center Madrid, Spain*
    Address: Islamic Cultural Center in Madrid, Spain
    Contact: Can be reached through counsel
    Subject Matter: Mr. Mustafa may have information relating to MWL Spain operations and the Islamic Cultural Center operations.

19. **Mr. Antonio Garcia Petite**
    *External Auditor – Islamic Cultural Center Madrid, Spain*
    Address: Islamic Cultural Center in Madrid, Spain
    Contact: Can be reached through counsel
    Subject Matter: Mr. Petite may have information relating to MWL Spain financials and its affiliation with the Spanish Government.

20. **Mr. Fahad bin Sanad Al-Harbi**
    *Director – MWL Branch Office, Indonesia*
    Address: MWL Branch Office, Jakarta, Indonesia
    Contact: Can be reached through counsel
    Subject Matter: Mr. Al-Harbi may have information relating to MWL Indonesia operations.

21. **Abdelhadi Daguit,** former Director and Social Welfare Manager – MWL Branch Office, Philippines
    Address: Manila, Philippines
    Contact: Can be reached through counsel
    Subject Matter: Mr. Daguit may have information relating to MWL Philippines operations.

22. **Mr. Sami Al-Harbi**
    *Director – MWL Branch Office, Kenya*
    Address: MWL Branch Office, Kenya
    Contact: Can be reached through counsel
    Subject Matter: Mr. Al-Harbi may have information relating to MWL Kenya operations

23. **Rahmatullah Nazir Khan Gari**
    *Regional Director – MWL Regional Office-Bosnia & Herzegovina*
    Address: MWL Regional Branch Office, Sarajevo, Bosnia & Herzegovina
    Contact: Can be reached through counsel
    Subject Matter: Mr. Gari may have information relating to MWL Pakistan operations and IIRO Bangladesh operations.

24. **Abdu Atain**
    *Director – MWL Branch Office, Pakistan*
    Address: MWL Branch Office, Islamabad, Pakistan
    Contact: Can be reached through counsel
    Subject Matter: Mr. Atain may have information relating to MWL Pakistan operations.

25. **Muhammad Javid Butt**
    *Accountant – MWL Branch Office, Pakistan*
    Address: MWL Branch Office, Islamabad, Pakistan
    Contact: Can be reached through counsel
    Subject Matter: Mr. Butt may have information relating to MWL Pakistan operations.

26. **Mr. Moayid Al-Butayri**
    *Former Director, MWL Branch Office, Pakistan*
    Address: Khobar, Saudi Arabia
    Contact: Can be reached through counsel
    Subject Matter: Mr. Al-Butayri may have information relating to MWL Pakistan operations.

27. **Mr Qari Nooruzaman Shurafat**
    *Quran Program Supervisor – IIRO Branch Office, Afghanistan*
    Address: IIRO Branch Office, Kabul, Afghanistan
    Contact: Can be reached through counsel
    Subject Matter: Mr. Shurafat may have information relating to MWL Peshawar, Pakistan and Afghanistan operations.

28. **Any witness on Plaintiffs' or Defendants' witness lists.**

## II. Categories of Relevant Documents

MWL has already produced copies of documents, in its possession, custody, or control that it may use to support its defenses. *See* MWL 00001 – MWL 059162. However, copies of documents concerning the employment of certain individuals formerly or presently employed by and/or affiliated with MWL are being collected for production to Plaintiffs.

MWL's disclosures are made subject to and without waiving the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action.

## III. Computation of Damages

MWL has not asserted a claim for damages against any other party in this action.

## IV.     Insurance

MWL is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment that may be entered in this action, or to indemnify or reimburse payments made to satisfy such a judgment.

Respectfully submitted,

_____/s/___Eric L. Lewis_____
Eric L. Lewis
Aisha E. Henry
Waleed Nassar
Lewis Baach PLLC
1899 Pennsylvania Ave., N.W. Suite 600
Washington, D.C. 20006
Tel:  (202) 659-7872
Fax:  (202)
eric.lewis@lewisbaach.com
aisha.henry@lewisbaach.com
waleed.nassar@lewisbaach.com

*Counsel for Muslim World League*