UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re Terrorist Attacks on September 11, 2001

)
)
)
)
)
)
)
)
)

03 MDL 1570 (GBD)
ECF CASE

_____

This document relates to:
*Burnett v. Arab Bank, PLC, 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*

## DEFENDANT DUBAI ISLAMIC BANK'S 26(a)(1)
## AMENDED INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's Order of September 21, 2015 (Dkt. 3041), Defendant Dubai Islamic Bank ("DIB") in good faith hereby serves its amended initial disclosures of each individual likely to have discoverable information that DIB may use to support its defenses, subject to DIB's rights to supplement and amend this disclosure going forward (*see, e.g.*, Dkt. Nos. 3034 & 3041).

This list does not include the names of any rebuttal witnesses, witnesses used solely for impeachment, or expert witnesses. DIB will provide the names of expert witnesses at a later time as may be required by future court scheduling orders. The following individuals are likely to have discoverable information that DIB may use to support its defenses. DIB does not consent to or authorize any communications with its employees, agents, officers, or directors,

whether formerly or presently associated or employed by DIB and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1. Abdulla Saeed Ahmed Al Sharif
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Opening and maintenance of accounts.

2. Mohammed Al Sharif
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Banking operations and account and financial transaction information.

3. Taymerz Zendaki
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Customer, account, and financial transaction information and record keeping.

4. Dr. Haroun Dharsey
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Customer, account, and financial transaction information and record keeping.

5. Zohair Saeed Al Rabii
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Compliance and bank regulatory.

6. Monsoor Al Awadi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Banking policies and procedures.

7. Dr. Mohamed Abdulhakim Zoeir
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Sharia Board policies and procedures.

8. Obaid Omran Al Shamsi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Legal and compliance matters and bank policies and procedures.

9. Alan Fine
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB response to 1999 New York Times article.

10. William Richey
    Contact information: Can be contacted through counsel of record for DIB.
    Subject: DIB response to 1999 New York Times article.

11. Buti Khalifa Bin Darwish Al Falasi
    Contact information: Can be contacted through counsel of record for DIB.
    Subject: DIB banking operations and compliance issues.

DATED:  September 30, 2015                    Respectfully submitted,

                                              Steven T. Cottreau
                                              CLIFFORD CHANCE U.S. LLP
                                              2001 K Street, NW
                                              Washington, DC 20006
                                              Telephone: (202) 912-5109

                                              Juan P. Morillo (admitted *pro hac vice*)
                                              Quinn Emanuel Urquhart & Sullivan, LLP
                                              777 6th Street NW
                                              Washington, DC 20001
                                              Telephone: (202) 538-8000

                                              *Counsel for Defendant Dubai Islamic Bank*