UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001 ) 03 MDL 1570 (GBD)
) ECF CASE

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279

## Declaration of Katie L. Barlow in Support of Defendant Dubai Islamic Bank's Opposition to Plaintiffs' Motion to Compel

I am an attorney licensed to practice in New York. I am with the law firm of Clifford Chance US LLP, counsel to defendant Dubai Islamic Bank. I submit this declaration to transmit to the Court the following documents submitted in support of Dubai Islamic Bank's Opposition to Plaintiffs' Motion to Compel (Sept. 30, 2015):

1. Exhibit 1 is a copy of excerpts from the hearing transcript before Magistrate Judge Maas (Oct. 28, 2010).

2. Exhibit 2 is a copy of the email from J. Scott Tarbutton to Steven T. Cottreau (July 15, 2011).

3. Exhibit 3 is a copy of the letter from Steven T. Cottreau to Sean Carter (Sept. 8, 2011).

4. Exhibit 4 is a copy of the letter from Steven T. Cottreau to Sean Carter (Sept. 22, 2011).

5. Exhibit 5 is a copy of the letter from Steven T. Cottreau to Sean Carter (Aug. 30, 2012).

6. Exhibit 6 is a copy of the letter from Steven T. Cottreau to Sean Carter (Aug. 22, 2012).

7. Exhibit 7 is a copy of United Arab Emirates Federal Law no- (6) of 1985 Regarding Islamic Banks, Financial Institutions and Investment Companies.

8. Exhibit 8 is a copy of Dubai Islamic Bank's Articles of Incorporation.

9. Exhibit 9 is a copy of the stipulation of dismissal of Yusuf Al-Qaradawi signed by Judge Richard Conway Casey (Oct. 27, 2006).

10. Exhibit 10 is a copy of excerpts from the hearing transcript before Magistrate Judge Maas (Dec. 20, 2013).

11. Exhibit 11 is a copy of excerpts from the hearing transcript before Magistrate Judge Maas (June. 28, 2013).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on September 30, 2015.

_____
KATIE L. BARLOW