# Exhibit 1

```
                                                                    1
     0asrterc
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   In re:  TERRORIST ATTACKS ON
 3           SEPTEMBER 11, 2001           03 MDL 1570 (GBD)
 4
 4   ------------------------------x
 5
 5                                        New York, N.Y.
 6                                        October 28, 2010
 6                                        11:00 a.m.
 7   Before:
 7
 8           HON. FRANK MAAS
 8
 9                                        Magistrate Judge
 9
10
10
11           APPEARANCES
11
12
12
13   COZEN O'CONNOR
13        Attorneys for plaintiff Federal Insurance
14   BY:  SEAN P. CARTER
14
15
15   KREINDLER & KREINDLER
16        Attorneys for Ashton plaintiffs
16   BY:  ANDREW J. MALONEY, III
17
17
18   MOTLEY RICE LLC
18        Attorneys for Burnett plaintiffs
19   BY:  ROBERT T. HAEFELE
19
20
20   HANLY CONROY BIERSTEIN SHERIDAN FISHER HAYES LLP
21        Attorneys for Burnett and Euro Brokers plaintiffs
21   BY:  ANDREA BIERSTEIN
22
22
23   ANDERSON KILL & OLICK, P.C.
23        Attorneys for O'Neill plaintiffs
24   BY:  JERRY S. GOLDMAN
24
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```



```
                                                                     6
     0asrterc
 1            One thing I want to be clear on both sides is that
 2   there is an obligation to preserve all documents relevant to
 3   the damages issue even though discovery as to it is going to be
 4   postponed.
 5            There was a proposal that the plaintiffs had regarding
 6   staggering of discovery such that defendants would produce
 7   materials first and plaintiffs would go second.  I understand
 8   the reasons that the plaintiffs made that proposal, but I don't
 9   think that's appropriate, so I'm not going to stagger discovery
10   in that way.
11            Plaintiffs make a point in their submission that
12   defendants were proposing that they would only have five days,
13   something like that, after this conference in which to provide
14   their Rule 26 disclosures.  I think it is appropriate to extend
15   that deadline.  I'm going to say that the plaintiffs are to
16   produce their Rule 26 disclosures by November 24th.
17            I am then going to require that document requests be
18   served by December 10th, that formal responses to those
19   requests be served by January 7th, and that from then forward
20   there be rolling productions of documents.  I'm setting the
21   deadline to complete the production of documents.  I recognize
22   we may hit some speed bumps, but I'm following Judge Daniels'
23   suggestion that we be aggressive in the scheduling and see how
24   things go.  I am going to set April 29, 2011, as the deadline
25   to complete the rolling productions.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```