# Exhibit 4

# CLIFFORD
# CHANCE

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**Steven T. Cottreau**
Partner

DIRECT TEL +1 202 912 5109
DIRECT FAX +1 202 912 6000
Steve.Cottreau@Cliffordchance.com

Via E-mail

September 22, 2011

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Re: In re Terrorist Attacks of September 11, 2001, 03-md-1570 (S.D.N.Y.)*

Dear Sean:

I am writing to follow up on my letter to you of September 8, 2011, which detailed Dubai Islamic Bank's ("DIB") plan to search its electronic account record keeping system for the 194 search terms listed on Attachment A to that letter and the terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests. In preparing to search for those terms, we have made the following revisions to the list of search terms that DIB is in the process of searching ("DIB List").

First, we have removed the duplicate instances of two search terms: "Salem Ali" and "Muhammad al Amir." Both were listed twice on the lists provided to us by Plaintiffs. As we have only removed the duplicates, this alteration will have no effect on the results of the search.

Second, the search term "Hani (Fawaz TRDNG))" was erroneously transcribed on Attachment A to my prior letter with an extra parenthesis. We have corrected that term to "Hani (Fawaz TRDNG)."

Third, we believe that the United Nations list provided to us by Plaintiffs erroneously lists the search term "Usama Bin Muhammed Bin Awad, Osama Bin Laden" as a single name. We have therefore split this term into two separate search terms: "Usama Bin Muhammed Bin Awad" and "Osama Bin Laden."

Fourth, we believe that DIB's electronic account record keeping system, at various points in time, may not have reflected special characters present in certain search terms (such as hyphens, periods, parentheses, commas, and accent marks). Accordingly, for each term

**C L I F F O R D**
**C H A N C E**                                                                                       **CLIFFORD CHANCE US LLP**

containing such special characters, we have added additional search terms that attempt to take into account alternative ways in which these names could have been stored.

As a result of these modifications and the inclusion of the search terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests, the total number of search terms on the revised DIB List is 261. We are in the process of searching this revised list of 261 search terms using the methodology that we set forth previously.

Sincerely,

*[signature]* /RB
Steven T. Cottreau

Enclosure

# DIB List

| | |
|---|---|
| 1 | أسامة محمد عوض بن لادن |
| 2 | Usama Muhammed Awad Bin Laden |
| 3 | Usama Bin Laden |
| 4 | Usama Bin Muhammed Bin Awad |
| 5 | Osama Bin Laden |
| 6 | Ben Laden Osama |
| 7 | Ben Laden Ossama |
| 8 | Ben Laden Usama |
| 9 | Bin Laden Osama Mohamed Awdh |
| 10 | Bin Laden Usamah Bin Muhammad |
| 11 | Shaykh Usama Bin Ladin |
| 12 | Usamah Bin Muhammad Bin Ladin |
| 13 | Usama bin Ladin |
| 14 | Osama bin Ladin |
| 15 | Osama bin Muhammad bin Awad bin Ladin |
| 16 | Usama bin Muhammad bin Awad bin Ladin |
| 17 | Abu Abdallah Abd Al-Hakim |
| 18 | Abu Abdallah Abd Al Hakim |
| 19 | Abu Abdallah Abd AlHakim |
| 20 | Al Qaqa |
| 21 | خالد شيخ محمد |
| 22 | Khalid Sheikh Mohammed |
| 23 | Khalid Shaikh Mohammed |
| 24 | Salem Ali |
| 25 | Fahd Bin Adballah bin Khalid |
| 26 | Ashraf Refaat Nabith Henin |
| 27 | Khalid Adbul Wadood |
| 28 | Mukhtar al Baluchi |
| 29 | al Mukh |
| 30 | Abdulrahman Abdullah al Ghamdi |
| 31 | Abdul Majid |
| 32 | Abdullah al Fak'asi al Ghamdior |
| 33 | Abdullah al Fakasi al Ghamdior |
| 34 | Abdullah al Fak asi al Ghamdior |
| 35 | Abdullah al Faḱasi al Ghamdior |
| 36 | Meer Akram |
| 37 | ابو حفص المصري |
| 38 | Abu Hafs al Masri |
| 39 | Sheikh Taysir Abdullah |
| 40 | Abu Hafs |
| 41 | Abu Sitta |

| | |
|---|---|
| 42 | Abu Hafs al Kabir |
| 43 | Abu Khadijah |
| 44 | Abu Fatima |
| 45 | Mohammed Atef |
| 46 | محمد محمد الأمير عوض السيد عطا |
| 47 | Mohamed Atta |
| 48 | Mohamed Mohamed el Amir Awad el Sayed Atta |
| 49 | Muhammad Muhammad al Amir Awad as Sayyid Atta |
| 50 | Mohamed el Amir Awad el Sayed Atta |
| 51 | Mehan Atta |
| 52 | Mohammad el Amir |
| 53 | Muhammad Atta |
| 54 | Mohamed el Sayed |
| 55 | Mohamed Elsayed |
| 56 | Muhammad al Amir |
| 57 | Awag al Sayyid Atta |
| 58 | Awad al Sayad |
| 59 | Mohamed el Amir |
| 60 | مصطفى الهوساوي |
| 61 | Mustafa Ahmed al Hawsawi |
| 62 | Mustafa Ahmed al Hisawi |
| 63 | Shaykh Said |
| 64 | Mustafa Muhammed Ahmed |
| 65 | Mustafa Ahmed |
| 66 | Hashim Abd al Rahman |
| 67 | Hashem Abdulrahman |
| 68 | Hashem Abderahman |
| 69 | Hashim Abdourahman |
| 70 | Hashem Abdollahi |
| 71 | Muhammad Adnan |
| 72 | Muhammad Ahanad |
| 73 | Abderahman Mustafa |
| 74 | عمار البلوشية |
| 75 | Ali Abdul Aziz Ali |
| 76 | Ammar al Baluchi |
| 77 | Isam Mansur |
| 78 | Isam Mansar |
| 79 | Isam Mansour |
| 80 | Hani (Fawaz TRDNG) |
| 81 | Hani Fawaz TRDNG |
| 82 | Hani  Fawaz TRDNG |
| 83 | رمزي بن الشيبة |

| | |
|---|---|
| 84 | Ramzi Bin Al Shibh |
| 85 | Ramzi Mohamed Abdullah Binalsheidah |
| 86 | Ramzi Mohammed Abdullah Binalshibh |
| 87 | Ramzi Mohammed Abdellah Omar |
| 88 | Abu Ubaydah |
| 89 | Umar Muhammad Abdallah Ba Amar |
| 90 | مروان يوسف محمد رشيد لكراب الشحي |
| 91 | Marwan al Shehhi |
| 92 | Marwan Yousef Mohamed Rashid Lekrab al Shehhi |
| 93 | Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi |
| 94 | نواف الحازمي |
| 95 | Nawaf al Hamzi |
| 96 | Nawaf Muhammed Salim al Hazmi |
| 97 | Nawaf al Hazmi |
| 98 | سعيد باهاج |
| 99 | Said Bahaji |
| 100 | Zouheir Al Maghribi |
| 101 | Mohamed Abbattay |
| 102 | Abderrahmane Al Maghribi |
| 103 | زياد سمير جراح |
| 104 | Ziad Jarrah |
| 105 | Ziad Samir Jarrah |
| 106 | Ziyad Samir Garrah |
| 107 | Ziad Jarrah Jarrat |
| 108 | Ziad Jarrahi |
| 109 | Ziad Samir al Jarrah |
| 110 | Ziyad Samir Jarrah |
| 111 | هاني صالح حسن حنجور |
| 112 | Hani Hanjour |
| 113 | Hani Saleh Hasan Hanjour |
| 114 | Hani Salih Hasan Hanjur |
| 115 | خالد المحضار |
| 116 | Khalid al Mihdhar |
| 117 | Khalid Muhammad Abdallah al Mihdhar |
| 118 | Sannan al Makki |
| 119 | Khalid bin Muhammad |
| 120 | Addallah al Mihdhar |
| 121 | Khalid Mohammad al Saqaf |
| 122 | زكريا الصبار |
| 123 | Zakarya Essabar |
| 124 | Zakariya Essabar |

| | | |
|---|---|---|
| 125 | | أنور ناصر عبدالله العولقي |
| 126 | Anwar Nasser Abdulla Al-Aulaqi | |
| 127 | Anwar Nasser Abdulla Al Aulaqi | |
| 128 | Anwar Nasser Abdulla AlAulaqi | |
| 129 | Anwar al-Aulaqi | |
| 130 | Anwar al Aulaqi | |
| 131 | Anwar alAulaqi | |
| 132 | Anwar al-Awlaki | |
| 133 | Anwar al Awlaki | |
| 134 | Anwar alAwlaki | |
| 135 | Anwar al-Awlaqi | |
| 136 | Anwar al Awlaqi | |
| 137 | Anwar alAwlaqi | |
| 138 | Anwar Nasser Aulaqi | |
| 139 | Anwar Nasser Abdullah Aulaqi | |
| 140 | Anwar Nasser Abdulla Aulaqi | |
| 141 | | سعيد الغامدي |
| 142 | Saeed al Ghamdi | |
| 143 | Saeed Abdallah Ali Sulayman al Ghamdi | |
| 144 | Sa'id al Ghamdi | |
| 145 | Said al Ghamdi | |
| 146 | Sa id al Ghamdi | |
| 147 | Sáid al Ghamdi | |
| 148 | | احمد صلاة سعيد الغامدي |
| 149 | Ahmed al Ghamdi | |
| 150 | Ahmed Salah Said al Ghamdi | |
| 151 | Ahmad Salat Sa'id al Ghamdi | |
| 152 | Ahmad Salat Said al Ghamdi | |
| 153 | Ahmad Salat Sa id al Ghamdi | |
| 154 | Ahmad Salat Sáid al Ghamdi | |
| 155 | | حمزة الغامدي |
| 156 | Hamza al Ghamdi | |
| 157 | Hamza Alghamdi | |
| 158 | | مهند الشهري |
| 159 | Mohand al Shehri | |
| 160 | Mohand Muhammed Fayiz al Shehri | |
| 161 | Muhand ash Shehr | |
| 162 | Mohammed al Shehhi | |
| 163 | Mohald al Shehri | |
| 164 | | ماجد مشعان موقد |
| 165 | Majed Moqed | |

| | |
|---|---|
| 166 | Majed Mashaan Ghanem Moqed |
| 167 | Majid Moqid Mushan bin Ghanim |
| 168 | Majad Masha an Muqad |
| 169 | سطام السقامي |
| 170 | Satam al Suqami |
| 171 | Satam Muhammed Abdel Rahman al Suqami |
| 172 | Satam as Suqami |
| 173 | أحمد بن عبد الله النامي |
| 174 | Ahmed al Nami |
| 175 | Ahmed bin Abdullah al Nami |
| 176 | Ahmad bin Abdullah al Nami |
| 177 | عبد العزيز العمري |
| 178 | Abdulaziz al Omari |
| 179 | Abd al Aziz al Umari |
| 180 | سالم الحازمي |
| 181 | Salem al Hamzi |
| 182 | Salem al Hazmi |
| 183 | Salam al Hazmi |
| 184 | وائل الشهري |
| 185 | Wail al Shehri |
| 186 | Wail Mohammed al Shehri |
| 187 | Wail ash Shehri |
| 188 | وليد الشهري |
| 189 | Waleed al Shehri |
| 190 | Waleed Mohammed al Shehri |
| 191 | Walid ash Shehri |
| 192 | فايز راشد احمد حسن القاضي بني حمد |
| 193 | Fayez Banihammad |
| 194 | Fayez Rashid Ahmed Hassan al Qadi Banihammad |
| 195 | Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad |
| 196 | Fayez Ahmad |
| 197 | Banihammad Fayez Abu Dhabi Banihammad |
| 198 | Fayez Rashid Ahmed |
| 199 | Rasid Ahmed Hassen Alqadi |
| 200 | Abu Dhabi Banihammad Ahmed Fayez |
| 201 | احمد ابراهيم الحزناوي |
| 202 | Ahmad al Haznawi |
| 203 | Ahmed Ibrahim al Haznawi |
| 204 | Ahmad Ibrahim al Haznawi |
| 205 | وليد محمد صالح بن رشيد بن عطاش |

| | |
|---|---|
| 206 | Walid Bin Attash |
| 207 | Walid Muhammad Salih bin Attash |
| 208 | Walid Muhammad Salih bin Roshayed bin Attash |
| 209 | Khallad bin Attash |
| 210 | Saleh Saeed Mohammed bin Yousaf |
| 211 | Tawfiq Muhammad Salih bin Rashid |
| 212 | منير المتصدق |
| 213 | Mounir el Motassadeq |
| 214 | Mounir el Moutassadeq |
| 215 | Sharif al Din Ali Mukhtar |
| 216 | Abu Rida al Sufi |
| 217 | Mohamed Loay Bayazid |
| 218 | Mohammed Loay Baizid |
| 219 | Abu Ridha al Suri |
| 220 | Abu Rida the Syrian |
| 221 | Wa'el Hamza Jelaidan |
| 222 | Wael Hamza Jelaidan |
| 223 | Wa el Hamza Jelaidan |
| 224 | Wáel Hamza Jelaidan |
| 225 | Abu al Hasan |
| 226 | Abu Hassan al Madani |
| 227 | Abu Anas |
| 228 | Abu Anas al Saudi |
| 229 | Abu Hammam |
| 230 | Abu Horan |
| 231 | Ali Haroun |
| 232 | Abu Hassan al Sudani |
| 233 | Sheikh Said al Masri |
| 234 | Saeed al Masri |
| 235 | Mustafa Ahmed Muhammad Uthman Abu al Yazid |
| 236 | Abu Yassir Sarrir |
| 237 | Abu Yassir al Jaza'iri |
| 238 | Abu Yassir al Jazairi |
| 239 | Abu Yassir al Jaza iri |
| 240 | Abu Yassir al Jazáiri |
| 241 | Mohammed Yassir al Masri |
| 242 | Aafia Siddiqui |
| 243 | Fahrem Shahin |
| 244 | Shaykh Sa'id |
| 245 | Shaykh Sa id |
| 246 | Shaykh Sáid |
| 247 | Wadi al Aqiq Company, Ltd. |
| 248 | Wadi al Aqiq Company Ltd |

| | |
|---|---|
| 249 | Wadi al Aqiq Company Ltd |
| 250 | Al Hijrah Construction and Development, Ltd. |
| 251 | Al Hijrah Construction and Development Ltd |
| 252 | Al Hijrah Construction and Development Ltd |
| 253 | Taba Investment Company, Ltd. |
| 254 | Taba Investment Company Ltd |
| 255 | Taba Investment Company Ltd |
| 256 | Al Timar al Mubarikah |
| 257 | Gum Arabic Company |
| 258 | Bin Ladin International |
| 259 | Al Qudarat Transport Company |
| 260 | Blessed Fruits Company |
| 261 | Saeed Ahmad Lootah |