# Exhibit 8



Dubai Islamic Bank

- Amiri Decree

- Memorandum of Association

- Articles of Association

- المرسوم الأميري

- عقد التأسيس

- النظام الأساسي



بنك دبي الإسلامي
Dubai Islamic Bank

- The Bank's Memorandum and Articles of Association have
  been reviewed by working group consisting of Osama Issag
  Alhaj, Taj Elden Awad and Yahya Jeelan during May 2015

• تمت مراجعة عقد التأسيس والنظام الأساسي للبنك من فريق العمل المكون
من أسامه إسحاق تاج و تاج الدين عوض و يحيى جيلاني من إدارة
تقنية البنك مايو 2015



بنك دبي الإسلامي
Dubai Islamic Bank

Amiri Decree                    المرسوم الأميري





بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| On Safar 29, 1395AH, corresponding to March 12, 1975 | بتاريخ 29 صفر 1395 هـ الموافق 12 مارس 1975 م |
| | تفضل حضرة |
| HRH Sheikh / Rashed Bin Saeed Al Maktoum | صاحب السمو الشيخ / راشد بن سعيد آل مكتوم |
| UAE Vice President | نائب رئيس دولة الإمارات العربية المتحدة |
| Ruler of Dubai | حاكم دبي |
| Has issued the | بإصدار |
| Amiri Decree licensing the establishment of | المرسوم الأميري المرخص بإنشاء |
| Dubai Islamic Bank | بنك دبي الإسلامي |
| Public Joint Stock Company | شركة مساهمة عامة |
| Registered Office – Dubai | مركزها الرئيسي — دبي |

- 2 -



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| **Dubai Government** | **حكومة دبي** |
| **Decree on** | **مرسوم** |
| **Establishment of Dubai Islamic Bank** | **بتأسيس بنك دبي الإسلامي** |
| **Public Joint Stock Company** | **(شركة مساهمة عامة محدودة)** |

We, Rashed Bin Saeed Al Maktoum, Ruler of Dubai, under the Memorandum and Articles of Association dated 10/3/1975, a copy of each is attached hereto. The following gentlemen:

نحن راشد بن سعيد آل مكتوم حاكم إمارة دبي، بما أنه بموجب عقد التأسيس والنظام الاساسي المؤرخين في 1975/3/10م والمرفق بهذا المرسوم نسخة من كل منهما، قد ألفت السادة التالية أسماؤهم:

(1) Saeed Ahmed Lootah.

(2) Naser Rashed Lootah.

(3) Sultan Ahmed Lootah.

(4) Mohamed Naser Lootah.

(5) Abdullah Saeed.

(1) سعيد أحمد لوتاه.

(2) ناصر راشد لوتاه.

(3) سلطان أحمد لوتاه.

(4) محمد ناصر لوتاه.

(5) عبدالله سعيد.

who are all from Dubai and their address is in Dubai, the UAE, and are referred to hereinafter as the (**Founders**), has formed a group with the purpose of establishing a limited public joint stock company in Dubai, under a decree issued by us.

وجميعهم من دبي عنوانهم: دبي دولة الإمارات العربية المتحدة ويشار إليهم فيما بعد (**بالمؤسسين**) جماعة الغرض منها إنشاء شركة ذات مساهمة عامة محدودة في دبي بمرسوم يصدر من قبلنا.

Pursuant to the request of founders dated 10-3-1975, we passed the following:

وبناءً على طلب المؤسسين المؤرخ في 1975/3/10م، فقد رسمنا ما هو آت:

**First:** A limited public joint stock company called (**Dubai Islamic Bank**) shall be established in Dubai, under this Decree. It shall be referred to hereinafter as the (**Company**).

أولاً: تؤسس في دبي بموجب هذا المرسوم شركة مساهمة عامة محدودة تسمى (بنك دبي الإسلامي) ويشار إليها فيما يلي (بالشركة).



بنك دبي الإسلامي
Dubai Islamic Bank

**Second**: The authorized capital of the Company shall be fifty million Dirhams, divided into one hundred thousand shares. The value of each share shall be five hundred Dirhams. The founders shall subscribe for ten thousand shares thereof, in the proportions set forth in MOA. The remaining shares, of ninety thousand shares, shall be offered for subscription by the UAE nationals, provided that subscription shareholding in this Company is allowed for non-UAE nationals, by the consent of the ruler, upon the recommendation of the Company's Board of Directors.

**Third**: The Company shall be organized and managed under Memorandum of Association and Articles of Association referred to and signed by the founders, with subject to the provisions of the Decree.

**Fourth**: Dubai city shall be the registered office of the Company. The Company may establish branches, offices or agencies within or outside the Emirate of Dubai, having obtained the written consent of Dubai Government.

**Fifth**: The liability of each shareholder in the Company shall be limited to the unpaid amount, of its shares' value in the Company.

**Sixth**: The Company shall have a legal personality independent and distinct from the personalities of its members. As a corporate body, it shall be entitled, in its commercial name, to transact all investment and finance business, banking services and other, as provided in its MOA.

**Seventh**: The Company may only merge or amalgamate into any other company or authority, or contribute in the capital of any other licensed bank, under a written consent of Dubai Government.

**ثانياً:** يحدد رأس مال الشركة المصرح به بمبلغ خمسين مليون درهم يقسم إلى مائة ألف سهم قيمة كل سهم خمسمائة درهم. ويكتتب المؤسسون بعشرة آلاف سهم منها بالنسب المبينة في العقد التأسيسي وتطرح الأسهم الباقية ومقدارها تسعون ألف سهم للمساهمة من قبل مواطني دولة الإمارات العربية المتحدة. على أنه تجوز المساهمة في هذه الشركة لغير مواطني دولة الإمارات العربية المتحدة بموافقة سمو الحاكم بناء على تنسيب من مجلس إدارة الشركة.

**ثالثاً:** تنظم الشركة وتدار بموجب العقد التأسيسي والنظام الأساسي المشار إليهما والموقعين من المؤسسين وذلك مع مراعاة أحكام المرسوم.

**رابعاً:** تكون مدينة دبي المركز الرئيسي للشركة. ولا يجوز للشركة أن تنشئ لها فروعاً أو مكاتب أو وكالات في إمارة دبي أو خارجها إلا بعد الحصول على الموافقة الخطية لحكومة دبي.

**خامساً:** تكون مسؤولية كل مساهم في الشركة محدودة بمقدار المبلغ غير المدفوع من قيمة أسهمه في الشركة.

**سادساً:** تكتسب الشركة شخصية قانونية مستقلة ومتميزة عن شخصيات أعضائها ولها الحق كشخص قانوني وباسمها التجاري أن تقوم بجميع أعمال الاستثمار والتمويل والخدمات المصرفية وغير ذلك مما هو منصوص عليه في عقد تأسيسها.

**سابعاً:** لا يجوز للشركة أن تنضم أو أن تندمج في أية شركة أو هيئة أخرى أو أن تساهم في رأس مال أي بنك مرخص آخر إلا بموافقة حكومة دبي الخطية.





بنك دبي الإسلامي
Dubai Islamic Bank

**Eighth**: The Company may amend its Memorandum of Association or Articles of Association or include any other statutes other than the provisions of this Decree, under the written consent of Dubai Government.

**Ninth**: The Company may terminate or cease its business under a written permission of Dubai Government, as per the conditions set by the Government.

**Tenth**: The Company shall withhold, annually, a ratio of its net profits, not less than ten percent and shall allocate the same to its legal reserve account, until such reserve equals the authorized capital of the Company.

**Eleventh**: The Company shall submit to Dubai Government, upon commencement of its business, then at the beginning of each calendar year, a list of names for the directors, managing director, if any, and officers of the Company. Furthermore, it shall advise the Government of each change to such list, during the year. The Company shall provide Dubai Government as well, within 3 months from the end of each calendar year, with a photocopy of its annual report and annual balance sheet, attested by a public accountant.

**Twelfth**: The provisions of laws and statutes applicable in the Emirate of Dubai shall be applied to the Company.

Issued on Safar 29, 1395AH,

Corresponding to March 12, 1975

Rashed Bin Saeed Al Maktoum

Ruler of Dubai

**ثامناً:** لا يجوز للشركة أن تعدل عقدها الأساسي أو نظامها الأساسي أو أن تضم أية أنظمة أخرى مغايرة لأحكام هذا المرسوم إلا بموافقة حكومة دبي الخطية.

**تاسعاً:** لا يجوز للشركة أن تنهي أعمالها أو أن تتوقف عنها إلا بإذن خطي من حكومة دبي ووفقاً للشروط التي تضعها الحكومة.

**عاشراً:** على الشركة أن تقتطع كل سنة نسبة من أرباحها الصافية لا تقل عن عشرة في المائة وتخصصها لحساب احتياطها القانوني حتى يساوي هذا الاحتياطي رأس مال الشركة المصرح به.

**حادي عشر:** تقدم الشركة لحكومة دبي في بداية عملها ومن ثم في بداية كل سنة ميلادية قائمة بأسماء أعضاء مجلس الإدارة والعضو المنتدب – إن وجد – ومديري الشركة، كما تبلغ الحكومة عن كل تغيير يطرأ على هذه القائمة خلال السنة. وكذلك تقدم الشركة لحكومة دبي خلال ثلاثة أشهر من ختام كل سنة ميلادية صورة من تقريرها السنوي وميزانيتها السنوية مصدقة من مراقب حسابات قانوني.

**ثاني عشر:** تخضع الشركة لأحكام القوانين والأنظمة المعمول بها في إمارة دبي.

صدر في هذا اليوم 29 من صفر 1395 هـ

الموافق لهذا اليوم 12 من مارس 1975 م

راشد بن سعيد آل مكتوم

حاكم إمارة دبي





بنك دبي الإسلامي
Dubai Islamic Bank

# Memorandum of Association

عقد التأسيس



- 6 -

بنك دبي الإسلامي
Dubai Islamic Bank

| In the Name of Allah Most Gracious Most Merciful | بسم الله الرحمن الرحيم |
|---|---|
| Dubai Islamic Bank | بنك دبي الإسلامي |
| Public Joint Stock Company | شركة مساهمة عامة |
| Memorandum of Association | عقد التأسيس |

## Founders

المؤسسون:

On Monday 27-2-1395AH corresponding to 10-3-1975, a public joint stock company has been established, under the legal name of **(Dubai Islamic Bank)** and located in Dubai City by the following mentioned founders of the Company.

أته في يوم الإثنين 1395/2/27هـ الموافق 1975/3/10م، قد تأسست شركة مساهمة عامة عنوانها واسمها القانوني (بنك دبي الإسلامي) بمدينة دبي من المذكورين وهم مؤسسو الشركة.

| Sr. | Name | No. of Shares | Value / AED |
|---|---|---|---|
| 1 | Saeed Ahmed Lootah | 4125 | 2.062.500 |
| 2 | Naser Rashed Lootah | 1400 | 700.000 |
| 3 | Sultan Ahmed Lootah | 2475 | 1.237.500 |
| 4 | Mohamed Naser Lootah | 1000 | 500.000 |
| 5 | Abdullah Saeed | 1000 | 500.000 |

| مسلسل | الاسم | عدد الأسهم | القيمة / درهم |
|---|---|---|---|
| 1 | سعيد أحمد لوتاه | 4125 | 2.062.500 |
| 2 | ناصر راشد لوتاه | 1400 | 700.000 |
| 3 | سلطان أحمد لوتاه | 2475 | 1.237.500 |
| 4 | محمد ناصر لوتاه | 1000 | 500.000 |
| 5 | عبدالله سعيد | 1000 | 500.000 |

The total of which is ten thousand shares of value five million Dirhams, paid fully by the founders, upon signing this contract. All shares are nominal and of equal rights.

جملة ذلك عشرة آلاف سهم قيمتها خمسة ملايين درهم دفعها المؤسسون بالكامل عند توقيع هذا العقد. وجميع الأسهم إسمية ومتساوية الحقوق.

## Capital

رأس المال:

The capital of the Company shall be fifty million Dirhams divided into one hundred thousand shares. The value of each share shall be five hundred Dirhams. All shares are nominal and of equal rights.

رأس مال الشركة خمسون مليون درهم مقسمة على مائة ألف سهم، كل سهم قيمته خمسمائة درهم، وجميع الأسهم إسمية ومتساوية الحقوق.

## Public Subscription

الاكتتاب العام:

Ninety thousand shares of value forty five million Dirhams shall be offered for public subscription. A subscriber shall pay, upon applying for subscription, the amount of one hundred Dirhams per share. The allocation

يطرح في الاكتتاب العام تسعون ألف سهم قيمتها خمسة وأربعون مليون درهم. ويدفع المكتتب عند تقديم طلب الاكتتاب مائة درهم عن كل سهم ويكون

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

shall be made, after closing the subscription, pursuant to Articles of Association of the Company.

التخصيص بعد إقفال الاكتتاب وفقاً لما هو مبين بنظام الشركة.

**Term**

The term of the Company shall be eighty years from the date the decree licensing its establishment is published. It may be extended and renewed.

المدة:

مدة الشركة ثمانون عاماً تبدأ من تاريخ نشر المرسوم المرخص في إنشائها. ويجوز مدها وتجديدها.

**Registered Office**

The registered office of the Company shall be in Dubai. It may open branches and agencies and have agents according to the banking norms and the Company's Articles of Association.

المركز الرئيسي للشركة:

المركز الرئيسي للشركة في (دبي)، ويجوز لها أن تفتح فروعاً وتوكيلات وأن تتخذ المراسلين وفقاً للعرف المصرفي وما ورد في نظام الشركة.

**Company's Management**

The Company shall have a Board of Directors, general assembly and auditor, pursuant to the laws applicable to joint stock companies.

إدارة الشركة:

للشركة مجلس للإدارة وجمعية عمومية للمساهمين ومراقب للحسابات وفقاً للأنظمة المعمول بها في شركات المساهمة.

**Company's Financial Year**

The Financial year of the Company shall be the calendar year.

السنة المالية للشركة:

السنة المالية للشركة هي السنة الميلادية.

**Articles of Association**

The Articles of Association of the Company shall be integral part hereof.

النظام الأساسي:

للشركة نظام أساسي يعتبر جزءاً متمماً لهذا العقد.

**Purposes of Company**

The purposes, for which the Company is established, are set out below. All its business transactions shall be non-usury (non-riba) or equivalent transactions.

أغراض الشركة:

الأغراض التي أسست من أجلها الشركة مبينة فيما يلي وهي تباشر جميع أعمالها على غير أساس من الربا وما في حكمه.

1.  Perform all services and banking operations, to its account or for third party.

١. القيام بجميع الخدمات والعمليات المصرفية لحسابها أو لحساب الغير.



بنك دبي الإسلامي
Dubai Islamic Bank

2. Perform investment activities directly, or by purchasing projects or financing projects or business owned by others. The Company may have connection or engage, in any way, with entities practicing similar business to its own, or that may collaborate with it to realize its purpose within or outside Dubai. It may purchase such entities or attach it thereto, under any legal contract such as merger and amalgamation.

٢. القيام بأعمال الاستثمار مباشرة أو بشراء مشروعات أو بتمويل مشروعات أو أعمال مملوكة للغير. ويجوز للشركة أن تكون لها صلة وأن تشترك بأي وجه من الوجوه مع الهيئات التي تزاول أعمالاً شبيهة بأعمالها أو التي تعاونها على تحقيق غرضها في دبي أو في الخارج و لها أن تشتري هذه الهيئات أو أن تلحقها بها بأي عقد قانوني كالاندماج والضم.

3. Accept cash deposits of different forms for save or investment accounts.

٣. قبول الودائع النقدية على اختلاف صورها للحفظ أو للاستثمار.

4. Purchase and sale of gold alloys and foreign currencies, and transact on sale and purchase of its transfers.

٤. شراء وبيع السبائك الذهبية والعملات الخارجية وبيع وشراء حوالاتها.

5. Short term finance secured by commercial notes.

٥. التمويل لآجال قصيرة بضمان أوراق تجارية.

6. Open credits and provide other banking facilities against or without personal guarantee.

٦. فتح الاعتمادات وتقديم سائر التسهيلات المصرفية لقاء كفالة شخصية أو بدونها.

7. Issue guarantees in favor of a third party, with or without security.

٧. إصدار الكفالات لمنفعة شخص ثالث بضمان أو بدونه.

8. Collect fees of transfers, bills of exchange and deeds and clear bills of lading and other documents, into account of customer or third party (others) against fees for the Company.

٨. تحصيل بدلات الحوالات والكمبيالات والصكوك وتخليص بوالص الشحن والمستندات الأخرى لحساب العميل أو لحساب شخص ثالث (الغير) مقابل أتعاب لصالح الشركة.

9. Receive subscriptions for operations of companies' establishment and purchase and sell shares, to the account of the Company or third party.

٩. تلقى الاكتتابات بالنسبة لعمليات تأسيس الشركات وشراء وبيع الأسهم لحساب الشركة أو لحساب شخص ثالث.

10. Transact activities of banks and saving funds.

١٠. القيام بأعمال البنوك وصناديق التوفير.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| 11. Custody of all kinds of funds, precious metals, bonds, parcels and packages and lease private safes. | 11. حفظ جميع أنواع النقود والمعادن الثمينة والسندات والطرود والرزم وتأجير الخزائن الخاصة. |
| 12. Act as trustee and agent, accept powers of attorney and appoint agents. | 12. القيام بأعمال الأمين والوكيل وقبول الوكالات وتعيين الوكلاء. |
| 13. Use modern banking machines that enable rapid achievement of the Company's operations, saving time and accurate execution, using accurate electronic machines for the accounts of the Company and the capability of hiring services of such machines to others. | 13. استخدام الآلية المصرفية الحديثة التي تمكن الشركة من سرعة إنجاز العمليات وتوفير الوقت و تحقيق الدقة في التنفيذ و ذلك عن طريق استعمال الآلات الإلكترونية الدقيقة وذلك بالنسبة لحسابات الشركة مع جواز تأجير خدمات هذه الآلات للغير. |

In general, the Company may perform other activities, bank services and business permitted by the laws, statutes and regulations observed for the banks.

وعلى وجه العموم للشركة القيام بسائر الأعمال و الخدمات المصرفية والأعمال التي تجيزها القوانين و الأنظمة واللوائح المرعية للمصارف.

The Company may perform, including but not limited to, the following activities to achieve its investment purposes, by establishing facilities or financing the existing ones:

وللشركة ـ على سبيل المثال لا الحصر ـ أن تقوم بالأعمال الآتية تحقيقاً لأغراضها الاستثمارية، وذلك بإقامة المنشآت أو بتمويل القائم منها:

| | |
|---|---|
| 1. Perform all investment and investigation activities connected to recruiting capitals and provide all services of such operations for others, including consultancy and recommendations. | 1. القيام بكافة أعمال الاستثمار والاستقصاء المتعلقة بتوظيف رؤوس الأموال وتقديم كافة الخدمات الخاصة بهذه العمليات للغير. ومنها الاستشارات والتوصيات. |
| 2. Perform all structural contracting activities and related engineering industries as well as electrical, mechanical and related activities. | 2. القيام بكافة أعمال المقاولات الإنشائية والصناعات الهندسية المرتبطة بها وكذلك القيام بالأعمال الكهربائية والميكانيكية وما يتصل بها. |
| 3. Establish commercial companies and deal in sale and purchase of its shares. | 3. تأسيس الشركات التجارية و التعامل في بيع و شراء أسهمها. |
| 4. Establish or purchase factories and its tools and market products thereof. | 4. إنشاء أو شراء المصانع و أدواتها و تسويق منتجاتها. |

- 10 -





صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

5. Establish banks and investment companies of different kinds and perform all activities related or similar thereto.

6. Perform the activities connected to extraction of metals, oils, quarries and other natural wealth resources.

7. Perform all agricultural investment activities.

8. Purchase land and real properties for purpose of selling them in their original status or after their division, or for purpose of leasing the same.

9. Perform all import and export operations of different kinds of commodities.

10. Purchase commodities and other movable monies to sell or sublease them.

11. Perform all activities connected to sea and air navigation, transport, building and paving roads, setting up and maintaining bridges, dams and dry docks and establishing tanks and depots, at wharfs and within the country.

12. Store commodities, crops and movables in general.

13. Establish cooperative or exchanging systems consistent with the provisions of Islamic Shari'a to insure its own moneys, cash deposits and other cash values; and establish mutual insurance entities for third party.

14. Own, use, trade in and make all kinds of transactions on patents, trademarks, certificates, franchises, author's rights and neighbouring

٥. إنشاء المصارف و شركات الاستثمار على اختلاف أنواعها و القيام بكافة الأعمال المرتبطة بها أو المشابهة لها.

٦. القيام بالأعمال المتعلقة باستخراج المعادن و الزيوت و المحاجر و غيرها من موارد الثروة الطبيعية.

٧. القيام بكافة أعمال الاستثمار الزراعي.

٨. شراء الأراضي والعقارات بقصد بيعها بحالتها الأصلية أو بعد تجزئتها أو بقصد تأجيرها.

٩. القيام بجميع عمليات الاستيراد والتصدير الخاصة بالسلع على اختلاف أنواعها.

١٠. شراء السلع وغيرها من الأموال المنقولة بقصد بيعها أو بقصد تأجيرها من الباطن.

١١. القيام بكافة الأعمال المتعلقة بالملاحة البحرية والجوية والنقل وبناء الطرق و تعبيدها وإقامة الجسور والسدود والأحواض الجافة وصيانتها وإقامة الخزانات والمستودعات بأرصفة الموانى وفى داخل البلاد.

١٢. تخزين السلع والمحاصيل والمنقولات بوجه عام.

١٣. إنشاء أنظمة تعاونية أو تبادلية تتفق و أحكام الشريعة الإسلامية لتأمين أموالها الخاصة والودائع النقدية و سائر القيم المنقولة وإنشاء هيئات تأمين تبادلي لصالح الغير.

١٤. تملك جميع أنواع براءات الاختراع والعلامات التجارية والشهادات والامتيازات وحقوق الملكية الأدبية والفنية التى تراها



بنك دبي الإسلامي
Dubai Islamic Bank

rights and intangible and technical proprietary rights the Company deems necessary for its activities, in all kinds of legal alienation.

الشركة ضرورية لأعمالها واستعمالها والمتاجرة و التصرف فيها بكل أنواع التصرفات القانونية.

**Provisions of Islamic Shari'a**

أحكام الشريعة الإسلامية:

The Company in principle shall transact and perform all its activities, pursuant to the provisions of Islamic Shari'a, in mutual transaction.

تلتزم الشركة بصفة أساسية، بأن تقوم بجميع أعمالها طبقاً لأحكام الشريعة الإسلامية أخذاً وعطاء.

The founders have reviewed the Memorandum and Articles of the Company, have understood its provisions, and have hereunder set their hands and signed the Memorandum of Association and the Articles of Association, before the competent body, as applicable in the Emirate.

هذا وقد أطلع المؤسسون على نظام الشركة وعلموا بأحكامه ووقعوا على عقد التأسيس بإمضاءاتهم الثابتة على كل من النظام و عقد التأسيس أمام الجهة المختصة ووفقاً لما هو معمول به في الإمارة.

Done with Allah's help and guidance.

هذا وبالله التوفيق ومنه سبحانه العون.

**Signatures**

التوقيعات:

Saeed Ahmed Lootah - Naser Rashed Lootah - Sultan Ahmed Lootah - Mohamed Naser Lootah - Abdullah Saeed

سعيد أحمد لوتاه — ناصر راشد لوتاه — سلطان أحمد لوتاه - محمد ناصر لوتاه — عبدالله سعيد

Dubai on 27-2-1395AH – corresponding to 10-3-1975

دبي في 1395/2/27 هـ - الموافق 1975/3/10 م





- 12 -



بنك دبي الإسلامي
Dubai Islamic Bank

Articles of Association                    النظام الأساسي







بنك دبي الإسلامي
Dubai Islamic Bank

## Historical Background

"These Articles have been approved and enforced in lieu of the previous Articles, upon the consent of the Extraordinary General Assembly of the Bank, that held a meeting for that purpose on Thursday 6 Rabi I, 1413AH, corresponding to September 3, 1992, having obtained the consent of the official bodies".

"Also, the amendments made to the Articles have been approved, upon the consent of the Extraordinary General Assembly of the Bank, that held a meeting for that purpose on Sunday Shaaban 10, 1419AH corresponding to November 29, 1998"

The amendments made to these Articles have been approved upon the consent of the Extraordinary General Assembly, at its meeting no. (1) of 2005 on 12-7-2005

## خلفية تاريخية

"تم اعتماد هذا النظام الأساسي و العمل به بدلاً عن النظام الأساسي السابق، بناء على موافقة الجمعية العمومية غير العادية لمساهمي البنك و التي اجتمعت لهذا الغرض في يوم الخميس السادس من ربيع الأول 1413هـ الموافق الثالث من سبتمبر 1992 م وبعد الحصول على موافقة الجهات الرسمية."

"كما تم اعتماد التعديلات التي أدخلت على هذا النظام بناء على موافقة الجمعية العمومية غير العادية و التي أجتمعت لهذا الغرض في يوم الأحد العاشر من شعبان 1419هـ الموافق التاسع و العشرون من نوفمبر 1998 م."

تم اعتماد التعديلات التي أدخلت على هذا النظام بناء على موافقة الجمعية العمومية غير العادية في اجتماعها رقم (1) لسنة 2005 بتاريخ 2005/7/12 م.





بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| Articles of Association | النظام الأساسي |
| Dubai Islamic Bank | لشركة بنك دبي الإسلامي |
| Limited Public Joint Stock Company | شركة مساهمة عامة محدودة |

## Section 1

### Incorporation of the Company

## الباب الأول

### في تأسيس الشركة

### Article (1)

Pursuant to the provisions of the law and the Amiri Decree issued by UAE Vice President, Ruler of Dubai, on 29-2-1396AH corresponding to 12-3-1975, and these Articles, a public joint stock company is established among the shareholders whose names are provided hereinafter, on the conditions prescribed hereinafter.

### المادة (1)

تأسست طبقاً لأحكام القانون والمرسوم الأميري الصادر من نائب رئيس دولة الإمارات العربية المتحدة حاكم دبي بتاريخ 1395/2/29 هـ الموافق 1975/3/12م. وهذا النظام بين مالكي الأسهم المبينة أسمائهم فيما بعد شركة مساهمة عامة بالشروط المقررة فيما بعد.

### Article (2)

The name of the Company is Dubai Islamic Bank.

### المادة (2)

اسم الشركة هو بنك دبي الإسلامي.

### Article (3)

The registered office and legal seat of the Company shall be in Dubai City, Emirate of Dubai. The Board of Directors may establish branches and agencies or have agents within or outside UAE.

### المادة (3)

مركز الشركة الرئيسي ومحلها القانوني في مدينة دبي إمارة دبي، ويجوز لمجلس الإدارة أن ينشئ لها فروعاً و توكيلات أو يتخذ مراسلين في دولة الإمارات العربية المتحدة وخارجها.

### Article (4)

The term specified for this Company shall be eighty calendar years, starting from the date the Amiri Decree, under which it is established, is issued. This term may be extended, by resolution of the extraordinary general assembly.

### المادة (4)

المدة المحددة لهذه الشركة هي ثمانون عاماً ميلادية تبدأ من تاريخ صدور المرسوم الأميري الذي تم إنشاؤها بموجبه. ويجوز إطالة هذه المدة بقرار من الجمعية العمومية غير العادية.

صورة طبق الأصل
18/05/2015



بنك دبي الإسلامي
Dubai Islamic Bank

## Section 2

## Purposes of the Company

## Article (5)

The purposes for which the Company is established, that should be consistent with the provisions of the esteemed Islamic Shari'a, and that shall be practiced pursuant to the provisions thereof, are as follows:

**First:**

Perform all banking services and operations, to account of itself or third party, including but not limited to:

1. Accept cash deposits of different forms for saving or investment.

2. Purchase and sale of gold bars and foreign currencies, and sale and purchase of its transfers.

3. Various terms financing.

4. Provide all bank facilities including opening credits and issue bank guarantees.

5. Collect fees of transfers, bills of exchange and deeds and clear bills of lading and other documents, to account of customer or others against fees.

الباب الثاني

في أغراض الشركة

المادة (5)

تكون الأغراض التي أسست من أجلها الشركة و التي يجب أن تتفق مع أحكام الشريعة الإسلامية الغراء وتمارس طبقاً لأحكامها كما يلي:

أولاً :-

القيام بكافة الخدمات و العمليات المصرفية لحسابها أو لحساب الغير و التي تشتمل على سبيل المثال لا الحصر:

1. قبول الودائع النقدية على اختلاف صورها للحفظ أو للاستثمار.

2. شراء وبيع السبائك الذهبية والعملات الخارجية و بيع وشراء حوالاتها.

3. التمويل لآجال مختلفة.

4. تقديم سائر التسهيلات المصرفية بما في ذلك فتح الاعتمادات وإصدار الكفالات المصرفية.

5. تحصيل بدلات الحوالات و الكمبيالات والصكوك و تخليص بوالص الشحن و المستندات الأخرى لحساب العملاء أو غيرهم مقابل أتعاب.

صورة طبق الأصل
18/06/2018



بنك دبي الإسلامي
**Dubai Islamic Bank**

| | | |
|---|---|---|
| 6. | Transact activities of banks and saving funds. | القيام بأعمال البنوك وصناديق التوفير. .6 |
| 7. | Safekeeping of all kinds of funds, precious metals, bonds, parcels and packages and leaseing private safes. | حفظ جميع أنواع النقود والمعادن الثمينة والسندات والطرود والرزم وتأجير الخزائن الخاصة. .7 |
| 8. | Receive subscription operations in securities in the stages of incorporation, increases of capital, management of issuing operations for public and private companies, purchase and sell securities, investment certificates and equivalent, to account of the Company and third party and perform activities of brokerage in the sale and purchase thereof. | تلقى عمليات الاكتتابات في الأوراق المالية في مراحل التأسيس وزيادات رأس المال وإدارة عمليات الإصدار للشركات العامة و الخاصة و شراء و بيع الأوراق المالية و شهادات الاستثمار و ما في حكمها لحساب الشركة و حساب الغير و القيام بأعمال الوساطة في بيعها وشرائها. .8 |
| 9. | Manage all kinds of portfolios including personal, investment and trade portfolios. | إدارة كافة أنواع المحافظ بما في ذلك المحافظ الشخصية و الاستثمارية و التجارية. .9 |
| 10. | Lease technologies and modern banking machines in the banking operations of third party. | تأجير التقنيات والآلات المصرفية الحديثة في العمليات المصرفية للغير. .10 |
| 11. | Act as trustee and agent, accept powers of attorney and appoint agents. | القيام بأعمال الأمين والوكيل و قبول الوكالات وتعيين الوكلاء. .11 |

**Second:**

Perform investment activities directly, or by purchasing projects or financing projects or business owned by others, including but not limited to:

ثانياً :-

القيام بأعمال الاستثمار مباشرة أو بشراء مشروعات أو بتمويل مشروعات أو أعمال مملوكة للغير و يشتمل ذلك على سبيل المثال لا الحصر:

صورة طبق الأصل

- 17 -



بنك دبي الإسلامي
Dubai Islamic Bank

| | | |
|---|---|---|
| 1. | Perform all investment and investigation activities connected to recruiting capitals and provide all related services, including consultancy and recommendations. | القيام بكافة أعمال الاستثمار و الاستقصاء المتعلقة بتوظيف رؤوس الأموال و تقديم كافة الخدمات ذات العلاقة بما في ذلك الاستشارات والتوصيات. .1 |
| 2. | Perform all structural contracting activities and related engineering industries as well as electrical and mechanical works and technical and engineering consultancy activities. | القيام بكافة أعمال المقاولات الإنشائية و الصناعات الهندسية المرتبطة بها و الأعمال الكهربائية و الميكانيكية و أعمال الاستشارات الفنية والهندسية. .2 |
| 3. | Establish commercial companies and deal in sale and purchase of their shares. | تأسيس الشركات التجارية والتعامل في بيع و شراء أسهمها. .3 |
| 4. | Establish or purchase factories and their tools and market products thereof. | إنشاء أو شراء المصانع و أدواتها و تسويق منتجاتها. .4 |
| 5. | Establish banks and investment companies of different kinds and perform all works related or similar thereto. | إنشاء المصارف وشركات الاستثمار على اختلاف أنواعها و القيام بكافة الأعمال المرتبطة بها أو المشابهة لها. .5 |
| 6. | Perform the activities connected to extraction of metals, oils, quarries and other natural wealth resources and also perform all agricultural investments. | القيام بأعمال المتعلقة باستخراج المعادن و الزيوت والمحاجر وغيرها من موارد الثروة الطبيعية والقيام بكافة أعمال الاستثمار الزراعي. .6 |
| 7. | Perform all real estate investment works including the purchase and sale of lands and real properties in their original status, or lease them or establish buildings thereon and sell or lease them. | القيام بكافة أعمال الاستثمار العقاري بما في ذلك شراء الأراضي و العقارات وبيعها بحالتها الأصلية أو تأجيرها أو إقامة المباني عليها و بيعها أو تأجيرها. .7 |

صورة طبق الأصل
١٩/٤/٢٠١٥



بنك دبي الإسلامي
Dubai Islamic Bank

| | | |
|---|---|---|
| 8. | Perform all tourist activities. | القيام بكافة النشاطات السياحية. |
| 9. | Perform all import and export operations of different kinds of commodities. | القيام بجميع عمليات الاستيراد والتصدير الخاصة بالسلع على اختلاف أنواعها. |
| 10. | Perform all activities connected to maritime and air navigation, land transport, building and paving roads, setting up and maintaining bridges, dams and dry docks and establishing tanks and depots. | القيام بكافة الأعمال المتعلقة بالملاحة البحرية و الجوية و النقل البري وبناء الطرق وتعبيدها و إقامة الجسور و السدود و الأحواض الجافة و صيانتها وإقامة الخزانات و المستودعات. |
| 11. | Store commodities, crops and movables in general. | تخزين السلع و المحاصيل و المنقولات بوجه عام. |
| 12. | Establish cooperative or exchanging systems and companies consistent with the provisions of Islamic Shari'a to insure its own moneys, cash and fixed deposits and those of third party. | تأسيس أنظمة و شركات تعاونية أو تبادلية تتفق وأحكام الشريعة الإسلامية لتأمين أموالها الخاصة و الودائع النقدية والثابتة و تلك العائدة للغير. |

**Third**: Own, use, trade in and dispose of all kinds of patents, trademarks, certificates, franchises, intangible and technical proprietary rights the Company thinks necessary for its works, in all kinds of legal disposals.

ثالثاً :- تملك جميع أنواع براءات الاختراع و العلامات التجارية والشهادات و الامتيازات و حقوق الملكية الأدبية و الفنية التي تراها الشركة ضرورية لأعمالها واستعمالها و المتاجرة و التصرف فيها بكل أنواع التصرفات القانونية.

**Fourth**: The Company may have connection or engage, in any way, with authorities, companies or institutions practicing business similar to its own, or that may collaborate with it to realize its purpose within or outside the State. It may purchase such authorities, companies or institutions or attach same thereto, under any legal contract such merger, amalgamation, contribution or otherwise.

رابعاً :- يجوز للشركة أن تكون لها صلة أو أن تشترك بأي وجه من الوجوه مع الهيئات أو الشركات أو المؤسسات التي تزاول أعمالاً شبيهة بأعمالها أو التي قد تعاونها على تحقيق غرضها في داخل الدولة أو خارجها و لها أن تشتري هذه الهيئات أو الشركات أو المؤسسات أو أن تلحقها بها بأي عقد قانوني كالإندماج أو الضم أو المشاركة أو خلافه.

صورة طبق الأصل
١٤/٨/٢٠١٥



بنك دبي الإسلامي
Dubai Islamic Bank

**Fifth**: The purposes and authorities of the Company provided above shall be interpreted, in its broadest meanings, without any restriction. In general, the Company may perform other works, services and banking and investment activities permitted by laws, regulations and usages of Islamic banks, including the Federal Act No. (10) of 1980, Federal Act No. (8) of 1984 and Federal Act No. 6/85, in conformity with the provisions of the Islamic Shari'a.

**خامساً :-** تفسر أغراض وصلاحيات الشركة المنصوص عليها أعلاه بأوسع معانيها و بدون أي قيد وعلى وجه العموم للشركة القيام بسائر الأعمال و الخدمات و النشاطات المصرفية و الاستثمارية التي تجيزها القوانين و الأنظمة وأعراف المصارف الإسلامية بما في ذلك القانون الاتحادي رقم (10) لسنة 1980 والقانون الاتحادي رقم (8) لسنة 1984 و القانون الاتحادي رقم 85/6 و بما لا يخالف أحكام الشريعة الإسلامية.

### Section 3

### Activities of the Company

### Article (6)

The Company shall, in all its banking and investment activities, abide by the provisions of the Islamic Shari'a, pursuant to what the Sharia Supervisory Board established.

### Article (7)

**Deposits**: The Company shall accept deposits of third party, of different kinds, including but not limited to:

1.

    **On Demand Deposit** (Current accounts) it shall take lawfully the character of Qard Hassan. It is redeemable on request and is secured by the Company. The holders of which bears no risks. Furthermore, they receive no profits for the same, as the rule says no gains without risk.

### الباب الثالث

### في أعمال الشركة

### المادة (6)

تلتزم الشركة في جميع أعمالها المصرفية و الاستثمارية بأحكام الشريعة الإسلامية و طبقاً لما تقرره هيئة الفتوى والرقابة الشرعية.

### المادة (7)

**الودائع:** تقبل الشركة ودائع الغير على اختلاف صورها. وعلى سبيل المثال لا الحصر:

1.

ودائع تحت الطلب (الحسابات الجارية) وتأخذ صفة القرض الحسن شرعاً وهي قابلة للرد عند الطلب وتضمنها الشركة. ولا يتحمل أصحابها أية مخاطر، كما أنهم لا يتحصلون على أية أرباح عنها إذ القاعدة أن الغنم بالغرم.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

2.  **Absolute Investment Deposits:**

Such deposits have the character of Sharia Mudaraba between the Company (Mudareb) and the depositors (Rab Al Mal). Those deposits shall be subject to the terms of the contract concluded between both parties. The moneys of shareholders and depositors shall be invested in one portfolio, and the return shall be distributed between them, in proportion of the investment of moneys for each of them. Such deposits shall be specified for the period of 3, 6, 9 and 12 months or more, as decided by the Board of Directors. The origin in this case, is that the deposit might not be withdrawn before the date fixed in the deposit contract, however, as exception, in special cases, on request of the depositor, the withdrawal of the deposit may be agreed on, before its date, provided the share of profit of the depositor shall be calculated as the Board of Directors decides. For the deposits of non-specified term, the procedures required for informing the Company of the deposit withdrawal and liquidation of its own investment account, shall be provided in the deposit contract.

3.  **Restricted Investment Deposits**

These are the deposits owner of which specifies the sector he is willing to invest in. In this case, the depositor shall incur the results of this investment. The relation between the Company and the depositor shall be

ودائع استثمارية مطلقة:

وتأخذ هذه الودائع صفة المضاربة الشرعية بين الشركة (مضارب) وبين المودعين (رب المال). وتخضع هذه الودائع لشروط العقد المبرم بين الطرفين و تستثمر أموال المساهمين و أموال المودعين في وعاء واحد و يوزع العائد بينهما بنسبة استثمار أموال كل منهما. وتكون هذه الودائع محدودة لمدة 3 ، 6 ، 9 ، 12 شهراً أو أكثر حسبما يقرره مجلس الإدارة. والأصل في هذه الحالة هو عدم سحب الوديعة قبل الموعد المحدد في عقد الإيداع، وإنما يجوز على سبيل الاستثناء في حالات خاصة وبناء على طلب صاحب الوديعة الموافقة على سحب الوديعة قبل موعدها على أن يحاسب صاحب الوديعة على حصته في الأرباح وفقاً لما يقرره مجلس الإدارة أما الودائع غير المحددة المدة فينص في عقد الإيداع على الإجراءات اللازمة لإشعار الشركة بسحب الوديعة وإجراء تصفية حساب الاستثمار الخاص بها.

ودائع استثمارية مقيدة:

وهي الودائع التي يحدد صاحبها المجال الذي يرغب استثمار أمواله فيه. وفي هذه الحالة يتحمل المودع نتائج هذا الاستثمار و ينظم العلاقة



بنك دبي الإسلامي
Dubai Islamic Bank

regulated by special Mudaraba contract concluded between them.

بين الشركة و المودع عقد المضاربة الخاص المبرم بينهما.

**Investment Savings Deposits**

The deposits opened for purpose of encouraging micro savers. The minimum and maximum of such deposits shall be subject to the Board of Directors' decision. Such deposits shall contribute in the investment portfolio of the Company. The relation between the depositors and the Company shall be regulated by the Mudaraba contract concluded between them.

ودائع الادخار الاستثماري:

وهي الودائع التي تفتح بغرض تشجيع صغار المدخرين. ويخضع الحد الأدنى و الأقصى لهذه الودائع لما يقرره مجلس الإدارة. تشارك هذه الودائع في الوعاء الاستثماري للشركة، ويحكم العلاقة بين المودعين و الشركة عقد المضاربة المبرم بينهما.

4.

### Article (8)

Profits of absolute investment deposits and investment savings deposit shall be calculated on basis of settlement between them and the investment shareholders' funds as per the operating ratios agreed upon. Profits shall be distributed between the Company and depositors as per the Mudaraba contract concluded between them. Company's Board of Directors shall determine in advance the ratios of operating depositors' funds upon any amendment. Mudaraba contract must include the following:

• Profit rate for each party out of the Company's total net profits.

المادة (8)

تحسب أرباح الودائع الاستثمارية المطلقة وودائع الادخار الاستثماري على أساس التسوية بينهما وبين أموال المساهمين في الاستثمار حسب نسب التشغيل المتفق عليها، كما توزع الأرباح بين الشركة والمودعين على أساس عقد المضاربة المبرم بينهما. وعلى مجلس إدارة الشركة أن يحدد مقدماً نسب تشغيل أموال المودعين عند أي تعديل، ويجب أن يتضمن عقد المضاربة ما يلي:

• نسبة ربح كل طرف من صافي أرباح الشركة.

.1

صورة طبق الأصل
١٤/٦/٢٠١٥

22



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| • The agreed upon ratio of operating depositors' funds | • نسبة تشغيل أموال المودعين المتفق عليها. |
| • Term of investment | • مدة الاستثمار. |
| • Date of profit distribution | • ميعاد توزيع الأرباح. |

2.  If a need arises for amending any of the contract clauses, the Board shall so notify the depositors.

2.  إذا اقتضت المصلحة تعديل أي من بنود العقد، على مجلس الإدارة إبلاغ المودعين بذلك.

## Article (9)

Banking activities and services practiced by the Company shall be regulated by the regulation(s) to be issued by the Board of Directors specifying, particularly, the expenses and commissions charged by the Company in return for such services.

## المادة (9)

الأعمال والخدمات المصرفية التي تقوم بها الشركة تنظمها لائحة أو لوائح يصدرها مجلس الإدارة يوضح فيها على وجه الخصوص المصاريف و العمولات التي تتقاضاها الشركة عن هذه الخدمات.

## Article (10)

The Board of Directors shall set the investment plans for the Company's and Depositors' funds in different cases of investment and on the short, medium and long term, in a manner achieving best interest of the Company and Depositors and within the framework of the common interest. Investment may be made through establishing new projects or contributing to projects already in existence.

## المادة (10)

يقوم مجلس الإدارة بوضع الخطط الاستثمارية لأموال الشركة والمودعين في حالات الاستثمار المختلفة و لآجال قصيرة و متوسطة و طويلة، بما يحقق مصلحة الشركة و المودعين في إطار المصلحة العامة، و يجوز أن يتم الاستثمار بإنشاء مشروعات جديدة أو المساهمة في مشروعات قائمة.

## Article (11)

The Board of Directors shall determine the percentage beyond which the funding of any new or existent project may not be exceeded. The Board of Directors shall also determine the percentage that may be operated in short, medium and long term projects, of the total funds invested, having regarded to the financial conditions of the company and ratio of cash liquidity that must be always maintained as

## المادة (11)

يحدد مجلس الإدارة النسبة التي لا يتجاوزها تمويل أي مشروع جديد أو قائم، كما يحدد النسبة التي يجوز تشغيلها في مشروعات قصيرة و متوسطة و طويلة الأجل و ذلك من جملة الأموال المستثمرة مع مراعاة ما تسمح به الأوضاع المالية للشركة ونسب السيولة النقدية الواجب توافرها في

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| well as any other considerations applicable under law or banking usage. | كل وقت، والاعتبارات الواجبة بحكم القانون و العرف المصرفي. |

## Article (12)

Estimating the financing and investment applications submitted thereto. the Company shall be guided by the general Sharia, economic and legal considerations: particularly:

1.  Project's compliance with provisions of the Islamic Sharia.

2.  Solvency enjoyed by the Investment Applicant.

3.  Importance and priority of the project to be funded over other projects, in terms of public interest of the Muslim nation. Projects necessary for fulfilling necessities shall take precedence over projects required for needs and then for improvements. The Company shall avoid financing Wasteful projects

4.  Economic, financial and technical evaluation of the project to be funded, including studying project's chances to succeed and availability of sufficient guarantees.

## Article (13)

Company shall keep its records, documents and transactions as well as all information received from customers in strict confidence and may not allow any third parties to access or have any data or information regarding the transactions and balances of customers, except upon an order from a judiciary.

## المادة (12)

تسترشد الشركة في تقديرها لما يقدم إليها من طلبات التمويل و الاستثمار بالاعتبارات الشرعية والاقتصادية والقانونية عامة و على الأخص ما يلي:

1.  مطابقة المشروع لأحكام الشريعة الإسلامية.

2.  الملاءة المالية التي يتمتع بها مقدم طلب الاستثمار.

3.  درجة أهمية المشروع المطلوب تمويله وأولويته على غيره من حيث المصلحة العامة للأمة الإسلامية، فتقدم المشروعات اللازمة لكفاية الضروريات ثم الحاجيات ثم التحسينات، وتبتعد الشركة عن تمويل المشروعات التبذيرية.

4.  التقييم الاقتصادي و المالي و الفني للمشروع المطلوب له التمويل، بما في ذلك دراسة فرص نجاحه ومدى توافر الضمانات الكافية.

## المادة (13)

تحتفظ الشركة بسرية سجلاتها ووثائقها و معاملاتها و جميع المعلومات التي تحصل عليها من المتعاملين، ولا يجوز للغير الإطلاع أو أخذ أية بيانات عن معاملات وأرصدة المتعاملين، إلا بناء على أمر من السلطة القضائية.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| **Section 4** | **الباب الرابع** |
| **Company's Capital** | **في رأس مال الشركة** |
| **Article (14)** [1] | **المادة (14)**[1] |

The capital of the bank shall be (Dhs. 3,953,751,107) Three Billions Nine Hundred Fifty Three Millions and Seven Hundred Fifty One Thousand and One Hundred Seven Dirhams, divided into (3,953,751,107) Three Billions Nine Hundred Fifty Three Millions and Seven Hundred Fifty One Thousand and One Hundred Seven shares with par value of one (1) Dirham for each share paid in full and all shares are cash shares.

حدد رأسمال البنك بمبلغ (3,953,751,107) ثلاثة مليارات وتسعمائة وثلاثة وخمسون مليون وسبعمائة وواحد وخمسين ألف ومائة وسبعة دراهم موزع على (3,953,751,107) ثلاثة مليارات وتسعمائة وثلاثة وخمسون مليون وسبعمائة وواحد وخمسين ألف ومائة وسبعة بقيمة أسمية قدرها (1) درهم واحد لكل سهم مدفوع بالكامل وجميعها أسهم نقدية.

| | |
|---|---|
| **Article (15)** [2] | **المادة (15)**[2] |

All the shares of the company are of par value. UAE nationals' share shall not, at any time during the continuation of the company, be less than 51% of the share capital, while non UAE nationals may own company's shares within a rate which does not exceed 25% of the share capital, which may be increased after the approval of Company's Board of Directors and upon a resolution by the competent authority.

جميع أسهم الشركة أسمية ويجب ألا تقل نسبة مشاركة مواطني دولة الإمارات العربية المتحدة في أي وقت مدة بقاء الشركة عن 51% من رأس المال، ويسمح لغير مواطني دولة الإمارات العربية بتملك أسهم الشركة بنسبة لا تجاوز 25% من رأس المال ويجوز زيادة هذه النسبة بعد موافقة مجلس ادارة الشركة وبقرار من الجهات الرسمية المختصة.

| | |
|---|---|
| **Article (16)** | **المادة (16)** |

With the exception of Dubai Government as well as any department or institution reporting thereto, no shareholder may own shares exceeding in total 10% of the Company's capital.

فيما عدا حكومة دبي أو أية دائرة أو مؤسسة تابعة لها، لا يجوز لأي مساهم أن يمتلك أسهماً تزيد في مجموعها عن 10% من رأس مال الشركة.

---

[1] تم تعديل المادة رقم (14) من هذا النظام وفقاً لما جاء بالقرار الوزاري رقم (213) لسنة 2013 الصادر بتاريخ 21/04/2013

[2] تم تعديل المادة رقم (15) من هذا النظام وفقاً لما جاء بالقرار الوزاري رقم (253) لسنة 2014 الصادر بتاريخ 01/05/2014

[1] Article (14) of these Articles has been amended in accordance with the Ministerial Resolution Number (213) for the year 2013 issued on 21/04/2013

[2] Article (15) of these Articles has been amended in accordance with the Ministerial Resolution Number (253) for the year 2014 issued on 01/05/2014





صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

### Article (17)

Value of each subscribed share must be paid in full upon submitting the subscription application and on the dates and as per the procedures published in the prospectus. Paid amounts shall be written down on the shares documents. Each temporary shares certificate bearing no correct sign denoting that the value of such shares has been fully paid shall be null and void.

### Article (18)

Shares or temporary certificates thereof shall be extracted from a book containing vouchers, and shall be given serial numbers, shall be signed by two members of the board of directors and shall be stamped with the Company's seal.

Any such share shall, particularly, include the date of the MOA and AOA as well as the date of publication thereof, commercial registration number, value of capital, number of distributed shares and company's head office and term.

### Article (19)

The Board of Directors shall, within three months as from the issuance of the Decision whereby the incorporation of the Company is announced, temporary shares certificates representing the shares held by any such member, provided however that the equity instruments shall be handed over thereto within six months as from the date of the Company's registration in the Commercial Register.

### Article (20)

Shareholders shall have no commitment or responsibility towards any losses incurred by the Company, except to the extent of the amount

### المادة (17)

يجب أن يتم الوفاء بكامل قيمة كل سهم مكتتب فيه عند التقدم بطلب الاكتتاب و ذلك في المواعيد ووفقاً للإجراءات المعلن عنها في نشرة الاكتتاب و تقيد المبالغ المدفوعة على مستندات الأسهم وكل شهادة مؤقتة بالأسهم لم يؤشر عليها تأشيراً صحيحاً بالوفاء بكامل قيمة الأسهم تعتبر باطلة.

### المادة (18)

تستخرج الأسهم أو الشهادات المؤقتة بالأسهم من دفتر ذي قسائم و تعطى أرقاماً مسلسلة ويوقع عليها عضوان من أعضاء مجلس الإدارة وتختم بخاتم الشركة.

ويجب أن يتضمن السهم على الأخص تاريخ عقد التأسيس وتاريخ النظام الأساسي و تاريخ نشره و رقم القيد في السجل التجاري و قيمة رأس المال وعدد الأسهم الموزع عليها و مركز الشركة الرئيسي و مدتها.

### المادة (19)

يسلم مجلس الإدارة لكل مساهم خلال ثلاثة أشهر من تاريخ صدور قرار إعلان تأسيس الشركة شهادات مؤقتة بالأسهم تقوم مقام الأسهم التي يملكها على أن يسلمه صكوك الأسهم خلال ستة أشهر من تاريخ إشهار الشركة في السجل التجاري.

### المادة (20)

لا يلتزم المساهمون بأية التزامات أو خسائر على الشركة إلا في حدود المبلغ (إن وجد) المتبقي غير



صورة طبق الأصل
١٨/٠٦/٢٠١٥



بنك دبي الإسلامي
Dubai Islamic Bank

(if any) remaining unpaid for the shares held thereby, and their liabilities may not be increased except upon their unanimous consent.

المدفوع على ما يملكون من الأسهم و لا يجوز زيادة التزاماتهم إلا بموافقتهم الجماعية.

### Article (21)

Upon holding a share, the shareholder shall be deemed to have accepted the Company's AOA and resolutions of the General Assembly thereof.

### المادة (21)

يترتب على ملكية السهم قبول المساهم لنظام الشركة الأساسي ولقرارات جمعيتها العمومية.

### Article (22)

Shares shall be indivisible.

### المادة (22)

السهم غير قابل للتجزئة.

### Article (23)

Each share entitles the holder thereof to a ration equivalent, without any discrimination, to other shareholders' in the ownership of the Company's assets, distributed profits and right to vote at General Assembly Meetings, as will be hereinafter explained.

### المادة (23)

كل سهم يخول صاحبه الحق في حصة معادلة حصة غيره بلا تمييز في ملكية موجودات الشركة و في الأرباح المقسمة و في التصويت في اجتماعات جمعيتها العمومية على الوجه المبين فيما بعد.

### Article (24)

Shares may be sold, waived, mortgaged, disposed of or traded in accordance with the provisions of the Commercial Companies Act and the present AOA. Any such transactions made regarding the shares shall be registered in a special register named "Shares Register", after the Board of Directors receives a written notice signed by the assignor and assignee in case of sale and waiver, and the written consent of the shareholder in the other cases. The Board of Directors may require countersigning against the Parties signatures and proving their capacity through the applicable legal methods. The aforementioned procedures shall be followed in case the shares are transferred to

### المادة (24)

يجوز بيع أسهم الشركة أو التنازل عنها أو رهنها أو التصرف أو التعامل فيها بمقتضى و طبقاً لأحكام قانون الشركات التجارية و هذا النظام، يتم تسجيل أي من هذه المعاملات في الأسهم في سجل خاص يسمى "سجل الأسهم" وذلك بعد تسلّم مجلس الإدارة إخطاراً خطياً موقعاً من المتنازل والمتنازل له في حالة البيع والتنازل و موافقة خطية من قبل المساهم في الحالات الأخرى. ولمجلس الإدارة الحق في طلب تصديق على توقيع الطرفين وإثبات أهليتهما بالطرق القانونية وتتبع الإجراءات السابقة في حالة إيلولة الأسهم إلى الغير بارث أو بغيره من أسباب انتقال الملكية، ولا يجوز الاحتجاج بنقل

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

(if any) remaining unpaid for the shares held thereby, and their liabilities may not be increased except upon their unanimous consent.

لا يجوز على ما يملكون من الأسهم و لا يجوز زيادة التزاماتهم إلا بموافقتهم الجماعية.

### Article (21)

Upon holding a share, the shareholder shall be deemed to have accepted the Company's AOA and resolutions of the General Assembly thereof.

### المادة (21)

يترتب على ملكية السهم قبول المساهم لنظام الشركة الأساسي ولقرارات جمعيتها العمومية.

### Article (22)

Shares shall be indivisible.

### المادة (22)

السهم غير قابل للتجزئة.

### Article (23)

Each share entitles the holder thereof to a ration equivalent, without any discrimination, to other shareholders' in the ownership of the Company's assets, distributed profits and right to vote at General Assembly Meetings, as will be hereinafter explained.

### المادة (23)

كل سهم يخول صاحبه الحق في حصة معادلة لحصة غيره بلا تمييز في ملكية موجودات الشركة و في الأرباح المقسمة و في التصويت في اجتماعات جمعيتها العمومية على الوجه المبين فيما بعد.

### Article (24)

Shares may be sold, waived, mortgaged, disposed of or traded in accordance with the provisions of the Commercial Companies Act and the present AOA. Any such transactions made regarding the shares shall be registered in a special register named "Shares Register", after the Board of Directors receives a written notice signed by the assignor and assignee in case of sale and waiver, and the written consent of the shareholder in the other cases. The Board of Directors may require countersigning against the Parties signatures and proving their capacity through the applicable legal methods. The aforementioned procedures shall be followed in case the shares are transferred to

### المادة (24)

يجوز بيع أسهم الشركة أو التنازل عنها أو رهنها أو التصرف أو التعامل فيها بمقتضى و طبقاً لأحكام قانون الشركات التجارية و هذا النظام، ويتم تسجيل أي من هذه المعاملات في الأسهم في سجل خاص يسمى "سجل الأسهم" وذلك بعد استلام مجلس الإدارة إخطاراً خطياً موقعاً من المتنازل والمتنازل له في حالة البيع والتنازل و موافقة خطية من قبل المساهم في الحالات الأخرى. ولمجلس الإدارة الحق في طلب التصديق على توقيع الطرفين وإثبات أهليتهما بالطرق القانونية وتتبع الإجراءات السابقة في حالة إيلولة الأسهم إلى الغير بإرث أو بغيره من أسباب انتقال الملكية، ولا يجوز الاحتجاج بنقل



بنك دبي الإسلامي
Dubai Islamic Bank

third parties by way of inheritance or otherwise. Transfer of shares title or any other procedure or disposal thereof shall only become effective from the date of being registered in the Share Register at the Company.

ملكية الأسهم أو إجراء أي تصرف آخر فيها إلا من تاريخ قيدها في سجل الأسهم بالشركة.

### Article (25)

If a share instrument is lost or destroyed, the holder in whose name the same is registered in the Company's register may request for a replacement. The holder of any such share shall publish, at his own expense, the numbers of instruments lost or destroyed, in two daily newspapers issued in Arabic. In case no objection is submitted to the Company within 30 days from the date of such publication, the shareholder shall have the right to apply for a new instrument to be marked as a replacement for the lost or destroyed one, and such instrument entitles the holder thereof to all rights and obligations associated with the lost or destroyed one.

### المادة (25)

إذا فقد سهم أو هلك فلمالكه المفيد باسمه في سجل الشركة أن يطلب صكاً جديداً "بدلاً" من الصك المفقود أو الهالك، و على المالك أن ينشر على نفقته الخاصة أرقام الصكوك المفقودة أو الهالكة و عددها في صحيفتين يوميتين تصدران باللغة العربية، فإذا لم تقدم معارضة إلى الشركة خلال ثلاثين يوماً من تاريخ النشر، يكون للمساهم حق استصدار صك جديد يذكر فيه أنه بدل الصك المفقود أو الهالك و يخول هذا الصك لحامله جميع الحقوق و يترتب عليه جميع المسؤوليات المتصلة بالصك المفقود أو الهالك.

### Article (26)

Heirs and creditors of shareholder may not, for any reason, request placing stamps on the Company's books or assets and may not request attaching, dividing or selling the same or otherwise interfere in any way in the Company's management, except within the areas allowed under the AOA and Law. Upon using their rights, they shall comply with the Company's inventories, accounts and resolutions of the General Assembly of Shareholders.

### المادة (26)

لا يجوز لورثة المساهم أو لدائنه بأية حجة كانت أن يطلبوا وضع الأختام على دفاتر الشركة أو ممتلكاتها و لا أن يطلبوا الحجز عليها أو تقسيمها أو بيعها ولا أن يتدخلوا بأي طريقة كانت في إدارة الشركة إلا في حدود ما أجازه النظام والقانون. ويجب عليهم عند استعمال حقوقهم التقيد بقوائم جرد الشركة و حساباتها و قرارات الجمعية العمومية للمساهمين.

### Article (27)

Payable dividends shall be paid to the last shareholder whose name is entered in the Company's register, at the date of the General

### المادة (27)

تدفع حصص الأرباح المستحقة عن السهم لآخر مالك له مقيد اسمه في سجل الأسهم بالشركة في تاريخ انعقاد الجمعية العمومية التي قررت توزيع



صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

Assembly meeting at which the distribution of such dividends is decided. Shareholder shall be entitled to the amounts payable for such share, whether being rations in profits or in the Company's assets.

الأرباح. ويكون له حق في المبالغ المستحقة عن ذلك السهم سواء كانت حصصاً في الأرباح أو نصيباً في موجودات الشركة.

### Article (28)

Company's capital may be increased or decreased upon a resolution issued by the Extraordinary General Assembly meeting with a majority of three-quarters of the total shares represented in such meeting, in accordance with the conditions and provisions prescribed in the Federal Law no. (8) of 1984 regarding Commercial Companies, as well as laws amending the same.

### المادة (28)

يجوز زيادة أو تخفيض راس مال الشركة بقرار صادر من الجمعية العمومية غير العادية بأغلبية ثلاثة أرباع الأسهم الممثلة في الاجتماعات ووفقاً للشروط والأحكام المنصوص عليها في القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة له.

### Section 5

### Financing or Speculation Instruments

### Article (29)

Subject to the provisions of Articles (179), (180), (181), and (183) of the Federal Law No. (8) of 1984 regarding the Commercial Companies, as well as laws amending the same, the Extraordinary General Assembly may decide to issue bonds and nominal or bearer securities in accordance with the provisions of the Islamic Sharia. Such decision shall state the value and conditions for issuing such securities as well as its convertibility to shares. The Extraordinary General Assembly may issue a decision authorizing the Board of Directors to generally determine the amount, conditions and cases of such issuance as the Board of Directors deems fit in this regard.

### الباب الخامس

### في سندات التمويل أو المضاربة

### المادة (29)

مع مراعاة أحكام المواد (179) و (180) و (181) و (183) من القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة له، للجمعية العمومية غير العادية أن تقرر إصدار سندات أو أوراق مالية اسمية أو لحامله بما يتوافق مع أحكام الشريعة الإسلامية، ويبين هذا القرار قيمتها وشروط إصدارها و مدى قابليتها للتحويل إلى أسهم و لها أن تصدر قراراً يخول مجلس الإدارة بشكل عام تحديد مبلغ و شروط و حالات هذا الإصدار حسبما يراه مجلس الإدارة مناسباً في هذا الصدد.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

## Section 6

### Company's Management

### Article (30)

The Company shall be managed by the Board of Directors comprising no less than five and no more than nine members to be elected by the Ordinary General Assembly. In all cases, majority of the Board of Directors shall be UAE nationals.

### Article (31)

Board members shall be appointed for a term of three years and the Board shall be re-formed upon expiry of such term. Members whose term of appointment has expired may be re-appointed. The Board may appoint members to fill vacant positions during the year, provided however that such appointment shall be referred to the Ordinary General Assembly at the first meeting thereof to approve such appointment or otherwise appoint others. In case vacant positions during the year reach one-quarter of the Board members, the Board shall call for the Ordinary General Assembly meeting to be held within three months at most, from the date the last position became vacant to elect (or filled, as the case may be) new members to fill such positions, and in all cases such new member shall complete the term of its predecessor and such member shall remain electable in the new term.

### Article (32)

The Board of Directors shall, from amongst members thereof, elect a Chairman and Deputy Chairman, at the first meeting to be held after elections, and for a term of three years from such meeting. Chairman must be a UAE national

الباب السادس

إدارة الشركة

المادة (30)

يتولى إدارة الشركة مجلس إدارة لا يقل عن خمسة و لا يزيد عن تسعة أعضاء، ويتم انتخابهم بواسطة الجمعية العمومية العادية. ويجب في جميع الأحوال أن تكون أغلبية أعضاء مجلس الإدارة من المواطنين.

المادة (31)

يعين أعضاء مجلس الإدارة لمدة ثلاثة سنوات و في نهاية هذه المدة يعاد تشكيل المجلس، ويجوز إعادة تعيين الأعضاء الذين انتهت مدة عضويتهم، ولمجلس الإدارة أن يعين أعضاء في المراكز التي تخلو أثناء السنة على أن يعرض هذا التعيين على الجمعية العمومية العادية في أول اجتماع لها لإقرار التعيين أو تعيين غيرهم. و إذا بلغت المراكز الشاغرة في أثناء السنة ربع عدد أعضاء المجلس وجب على مجلس الإدارة دعوة الجمعية العمومية العادية للاجتماع خلال ثلاثة أشهر على الأكثر من تاريخ شغر آخر مركز لانتخاب (أو تعيين حسب الأحوال) من يملأ المراكز الشاغرة و في جميع الأحوال يكمل العضو الجديد مدة سلفه و يكون هذا العضو قابلاً للانتخاب مرة أخرى.

المادة (32)

ينتخب مجلس الإدارة من بين أعضائه رئيساً ونائباً للرئيس في أول اجتماع يعقده بعد الانتخاب لمدة ثلاث سنوات من تاريخ ذلك الاجتماع، و يشترط أن يكون الرئيس من المتمتعين بجنسية

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

and shall represent the Company before Judiciary, arbitration tribunals and third parties and shall have the right to delegate others. The Chairman shall implement decisions issued by the Board and in his absence or in case of impediment, the Deputy Chairman shall assume his position.

الدولة و يمثل رئيس المجلس الشركة أمام القضاء و لجان التحكيم و الغير وله توكيل الغير في ذلك، وعليه تنفيذ القرارات التي يصدرها المجلس، و يقوم نائب الرئيس مقام الرئيس عند غيابه أو قيام مانع لديه.

### Article (33)

The Board may, from amongst members thereof, appoint one or more managing directors, and shall determine the competences and remunerations thereof. The Board may further form, from amongst members thereof, a committee or more to be granted certain competences of the Board or otherwise to be entrusted with monitoring the work progress at the Company and implementing the Board decisions.

### المادة (33)

يجوز لمجلس الإدارة أن يعين من بين أعضائه عضواً منتدباً أو أكثر للإدارة، ويحدد المجلس اختصاصاته ومكافأته، كما يجوز له أن يشكل من بين أعضائه لجنة أو أكثر يمنحها بعض اختصاصاته أو يعهد إليها مراقبة سير العمل بالشركة و تنفيذ قرارات المجلس.

### Article (34)

An Executive Committee shall manage the Company's affairs within the limits of the policy to be delineated by the Board of Directors. Such Committee shall be formed by a decision of at least three members of the Board of Directors. Such Committee may delegate, for certain technical activities, heads of departments and experts approved by the Company.

Duties of the said Committee are: Studying projects proposed to the Company for, Musharaka, Mudaraba or Murabaha, and other tools of Sharia investments; evaluating such proposed projects from all Sharia, technical, economic, financial and legal aspects in order for proper decisions to be taken regarding the same and within the competences conferred thereon by the Board of Directors. Such committee shall be chaired by the Chairman of the Board of

### المادة (34)

تقوم لجنة تنفيذية بتصريف أمور الشركة في حدود السياسة التي يرسمها مجلس الإدارة، وتشكل هذه اللجنة بقرار من المجلس من ثلاثة أعضاء من مجلس الإدارة على الأقل، ولهذه اللجنة أن تنتدب لبعض الأعمال التفصيلية رؤساء الإدارات والخبراء المعتمدين لدى الشركة.

ومن مهام اللجنة: دراسة المشروعات المعروضة على الشركة للمشاركة أو المضاربة أو المرابحة و غيرها من أدوات الاستثمار الشرعية و تقييمها من جميع النواحي الشرعية و الفنية والاقتصادية والمالية والقانونية لتتخذ بشأنها القرارات المناسبة في حدود الصلاحيات الممنوحة لها من قبل مجلس الإدارة، ويرأس هذه اللجنة التنفيذية رئيس مجلس

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

Directors and any person so authorized in his absence, and decisions of such Committee shall be taken by majority of votes.

الإدارة أو من ينيبه في حالة غيابه و تتخذ اللجنة قراراتها بالأغلبية.

### Article (35)

The Board of Directors shall have all powers necessary for running the Company and undertaking all acts and disposals on behalf thereof and achieving the Company's objects. Such powers shall have no limits, except these stipulated in the Federal Law No. (8) of 1984 regarding Commercial Companies, and laws amending the same, the Company's MOA and AOA as well as whatever decided by the General Assembly.

For purposes of Article (103) of the Federal Law No. (8) of 1984 regarding Commercial Companies, and laws amending the same, the Board of Directors may grant credit facilities and loans in accordance with Islamic Sharia, mortgage the Company's properties, provide guarantees, and conduct investments by way of Murabaha, Mudaraba and Musharaka as well as other Islamic investment tools for terms exceeding three years. Board of Directors is further entitled to purchase and sell movables, real estates, rights, and transferable and fixed liens; hire and rent movables, real estates and all other properties; authorize withdrawal and exchange of funds and securities owned by the Company. filing lawsuits and defending the Company's interests before the judiciary, whether as a Plaintiff or Defendant. entering into conciliation and arbitration, waiving with or without recompense, releasing the Company's debtors from their obligations and determining the manner in which the Company's funds will be exploited to achieve its objects.

### المادة (35)

لمجلس الإدارة جميع السلطات في إدارة الشركة و القيام بكافة الأعمال و التصرفات نيابة عن الشركة و ممارسة كافة الصلاحيات اللازمة لتحقيق أغراضها و لا يحد من هذه السلطات و الصلاحيات إلا ما نص عليه في القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية و القوانين المعدلة له و عقد التأسيس أو النظام الأساسي أو بقرار من الجمعية العمومية.

ولأغراض المادة (103) من القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة. يصرح لمجلس الإدارة بعقد التسهيلات الائتمانية و القروض بما يتفق و أحكام الشريعة الإسلامية. وبرهن عقارات الشركة و عقد الكفالات و الاستثمار في مجال المرابحات و المضاربات و المشاركات و غيرها من أدوات الاستثمار الإسلامية لآجال تزيد على ثلاثة سنوات. كما له أن يشتري و يبيع المنقولات و العقارات و الحقوق والامتيازات المنقولة والثابتة و له أن يستأجر ويؤجر المنقولات و العقارات و كافة الأموال الأخرى وأن يصرح بسحب الأموال و الأوراق المالية المملوكة للشركة و تحويلها وبيعها و التصريح برفع الدعاوى و الدفاع عن مصلحة الشركة أمام القضاء سواء كانت الشركة مدعية أو مدعي عليها وإجراء الصلح و التحكيم و التنازل بمقابل أو بدون مقابل وإبراء ذمة مديني الشركة من التزاماتهم و تقرير كيفية استعمال أموال الشركة بما يحقق أغراضها.

صورة طبق الأصل
18 / 6 / 2015



بنك دبي الإسلامي
Dubai Islamic Bank

Board of Directors shall set the bylaws governing the Company's operations, and financial, administrative and personnel affairs and financial dues, as well as any other statutes and regulations it sees necessary for achieving the Company's objects. The Board shall have a special regulation regulating works and meetings thereof as well as distribution of competences and responsibilities amongst its members.

ويضع مجلس الإدارة اللوائح الداخلية المتعلقة بعمليات الشركة و بالشؤون المالية و الإدارية و شؤون الموظفين و مستحقاتهم المالية و أي نظم ولوائح أخرى يراها كفيلة بتحقيق أغراض الشركة. كما يضع المجلس لائحة خاصة بتنظيم أعماله و اجتماعاته و توزيع الاختصاصات و المسؤوليات على أعضائه.

### Article (36)

Chairman, Deputy Chairman of the Board and Managing Director or any other Board member authorized by the Board shall have the right to solely sign for and on behalf of the Company within the limits of the Board decisions.

### المادة (36)

يملك حق التوقيع عن الشركة على انفراد كل من رئيس مجلس الإدارة أو نائبه أو عضو مجلس الإدارة المنتدب أو أي عضو آخر يفوضه المجلس في ذلك في حدود قرارات مجلس الإدارة.

### Article (37) [3]

The Board of Directors shall hold its meetings at the company's head office or at any place in the United Arab Emirates whenever necessary as will be agreed by the Board of Directors, upon an invitation by the chairman or in his absence by the vice chairman or upon a request of two Directors. In any event, the Board of Directors' meetings shall be held at least four times per year.

### المادة (37) [3]

يعقد مجلس الإدارة اجتماعاته في مركز الشركة الرئيسي أو في أي مكان آخر في دولة الإمارات العربية المتحدة يوافق عليه أعضاء مجلس الإدارة كلما دعت الحاجة إلى إنعقاده بناءً على دعوة الرئيس أو نائبه في حالة غيابه أو بناءً على طلب عضوين من أعضاء المجلس وفي جميع الأحوال يجب ألا تقل اجتماعات مجلس الإدارة عن أربعة اجتماعات في السنة.

### Article (38)

The Board meeting shall be valid only upon attendance of majority of members, and a board member may authorize other board member in voting, and in such case, any such member shall have two votes, and one board member may not represent more than one other board member.

### المادة (38)

لا يكون إجتماع مجلس الإدارة صحيحاً إلا بحضور أغلبية أعضائه، ويجوز لعضو مجلس الإدارة أن ينيب عنه غيره من أعضاء المجلس في التصويت، وفي هذه الحالة يكون لهذا العضو

3 تم تعديل المادة رقم (37) من هذا النظام وفقاً لما جاء بالقرار الوزاري رقم (395) لسنة 2010 الصادر بتاريخ 2010/9/19م.

[3] Article (37) of these Articles has been amended in accordance with the Ministerial Resolution Number (395) for the year 2010 issued on 19/09/2010

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

صوتان، ولا يجوز أن ينوب عضو مجلس الإدارة عن أكثر من عضو واحد.

Board decisions shall be issued by majority of votes of present and represented members. In case of any dispute, the Chairman or any person so authorized shall have the casting vote, and voting may not be held by correspondence. Deliberations of the Board and the Executive Committee referred to under Article (34) hereof shall be made secretly, and Board Members or Company's employees who access such deliberations due to their positions, may not disclose the same. A special record shall be made for the minutes of the Board Meetings, and such minutes shall be signed by the attendees and meeting Rapporteur. Objecting board member may state his opinion in the minutes. No member may vote on any decision appertaining to any subject in which he has a personal interest or benefit.

وتصدر قرارات مجلس الإدارة بأغلبية أصوات الأعضاء الحاضرين و الممثلين، وإذا تساوت الأصوات رجح الجانب الذي منه الرئيس أو من يقوم مقامه، و لا يجوز التصويت بالمراسلة، وتكون مداولات مجلس الإدارة و اللجنة التنفيذية المشار إليها في المادة (34) من هذا النظام سرية، ولا يجوز لأعضاء المجلس ولا لموظفي الشركة الذين يطلعون عليها بحكم مراكزهم إفشاء شيء منها، ويعد سجل خاص تثبت فيه محاضر اجتماعات المجلس ويوقع على المحضر الأعضاء الذين حضروا الاجتماع ومقرر المجلس. ويجوز للعضو المعارض إثبات رأيه في المحضر، ويجب ألا يصوت العضو على أي قرار يتعلق بأي موضوع يكون له فيه مصلحة أو منفعة خاصة.

### Article (39)

As a condition, a Board Member may not be previously convicted in any crime involving a breach of honor or trust, unless being rehabilitated or pardoned by competent authorities.

### المادة (39)

يشترط في عضو مجلس الإدارة ألا يكون محكوماً عليه بعقوبة في جريمة من الجرائم المخلة بالشرف أو الأمانة ما لم يرد إليه اعتباره أو يصدر عنه عفو من السلطات المختصة.

### Article (40)

Board member shall lose membership in the following cases:

### المادة (40)

يفقد عضو مجلس الإدارة عضويته في الحالات التالية:

a- Failing to attend more than three successive meetings without a valid excuse accepted by the Board.

(أ) إذا تغيب عن حضور أكثر من ثلاث جلسات متتالية بدون عذر يقبله المجلس.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | | | |
|---|---|---|---|
| b- | In case any such member dies, suffers from any impediments causing incapacity or otherwise becomes unable to assume his duties as a Board Member. | إذا توفي أو أصيب بعارض من عوارض الأهلية أو أصبح عاجزاً بأية صورة أخرى عن النهوض بمهامه كعضو في المجلس. | (ب) |
| c- | If any such member occupies another position in the Company for which he receives salary, other than Chairman of the Board, Managing Director or General Manager. | إذا شغل أي منصب آخر في الشركة يتقاضى عنه مرتباً غير منصب رئيس مجلس الإدارة أو عضو مجلس الإدارة المنتدب أو المدير العام. | (ج) |
| d- | If he resigns from his position under a written notice. | إذا استقال من منصبه بموجب إشعار خطي. | (د) |
| e- | If he solely or in partnership with others commits any act that would damage the company or impede activities thereof, or if he accepts membership in the board of another competing or having similar activities to the Company, or otherwise if his membership is inconsistent with the provisions of Article (98) of the Commercial Companies Act. | إذا قام منفرداً بالاشتراك مع آخرين بأي عمل من شأنه إلحاق ضرر بالشركة أو عرقلة أعمالها، أو إذا قبل العضوية في مجلس إدارة شركة أخرى تنافس أو تماثل في أعمالها للشركة أو إذا كانت عضويته مخالفة لأحكام المادة (98) من قانون الشركات التجارية. | (هـ) |
| f- | If found guilty in any crime involving breach of honor or trust. | إذا أدين بأي جريمة مخلة بالشرف أو الأمانة. | (و) |
| g- | If his term of membership expires without being re-elected. | إذا انتهت مدة عضويته و لم يعد انتخابه. | (ز) |
| h- | If a decision is issued from the General Assembly dismissing the same. | إذا صدر قرار من الجمعية العمومية بعزله. | (ح) |

- 35 -

صورة طبق الأصل
18/08/7015



بنك دبي الإسلامي
Dubai Islamic Bank

## Article (41)

The Board of Directors shall have the right to appoint one Director of the Company or more as well as consultants, experts and authorized agents, and to determine their competences and remunerations.

## Article (42)

Board members shall have no personal commitment regarding the company's undertakings, due to their duties and jobs within the limits of their competences.

## Article (43)

Board Chairman and members shall be held liable towards the company, shareholders and third parties for any and all acts of fraud, misuse of power conferred thereon and breaches of the Commercial Companies Act No. (8) of 1984 regarding Commercial Companies, and laws amending the same, any other law, and this AOA, and shall also be held liable for mismanagement.

No decisions issued by the General Assembly shall result in nonsuit of civil liability case filed against Board Members due to errors committed by them while performing their competences. In case the act entailing liability is referred to the General Assembly upon a decision from the Board of Directors or the auditor, and the General Assembly approved the same, liability claim shall be barred by elapse of one year from the date of such General Assembly meeting.

However, if the act attributed to the Board members constitutes a criminal offence, the liability claim shall not be barred, except upon nonsuit of the general claim.

## المادة (41)

لمجلس الإدارة الحق في أن يعين مديراً للشركة أو عدة مديرين أو مستشارين أو خبراء أو وكلاء مفوضين وأن يحدد صلاحياتهم ومكافآتهم.

## المادة (42)

لا يلتزم أعضاء مجلس الإدارة بأي التزام شخصي فيما يتعلق بتعهدات الشركة بسبب قيامهم بمهام وظائفهم ضمن حدود اختصاصاتهم.

## المادة (43)

يكون رئيس مجلس الإدارة وأعضاؤه مسؤولين تجاه الشركة و المساهمين و الغير عن جميع أعمال الغش و إساءة استعمال السلطات الممنوحة لهم وعن أي مخالفة للقانون التجاري رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة له أو أي قانون آخر أو لهذا النظام ويكونوا مسؤولين عن الخطأ في الإدارة.

لا يترتب على أي قرار يصدر من الجمعية العمومية سقوط دعوى المسؤولية المدنية ضد أعضاء مجلس الإدارة بسبب الأخطاء التي تقع منهم في ممارسة اختصاصاتهم، و إذا كان الفعل الموجب للمسؤولية قد عرض على الجمعية العمومية بتقرير من مجلس الإدارة أو مدقق الحسابات وصادقت عليه فإن دعوى المسؤولية تسقط بمضي سنة من تاريخ انعقاد الجمعية.

ومع ذلك إذا كان الفعل المنسوب إلى أعضاء مجلس الإدارة يشكل جريمة جنائية فلا تسقط دعوى المسؤولية إلا بسقوط الدعوى العمومية.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

### Article (44)

Remuneration of Board Members shall be granted in form of percentages of the net profits as prescribed in Article (71) of this AOA. The Company may pay expenses and extra fees or monthly salaries in the amount determined by the Board of Directors to any member thereof, in case such member works in any Committee, exerts special efforts or does additional works besides his service in the Company and duties as a Board member.

### Section 7

### General Assembly

### Article (45)

The General Assembly represents all shareholders and shall be held in the City of Dubai, unless the Board of Directors decides another place in the UAE.

### Article (46)

Each shareholder shall have the right to attend the General Assembly Meeting of shareholders, and shall have a number of votes equivalent to the number of shares held thereby. A shareholder may delegate another shareholder, excluding board members, to attend on his behalf the General Assembly meetings, provided however that such delegation is made under a written special power of attorney. In case the delegated person is not a shareholder, then such power of attorney must be notarized and countersigned. In all cases, the number of shares held by the representative in the said case may not exceed 5% of the Company's capital.

### المادة (44)

تتكون مكافأة أعضاء مجلس الإدارة من نسبة مئوية من الربح الصافي طبقاً لما هو منصوص عليه في المادة (71) من هذا النظام، كما يجوز أن تدفع الشركة مصاريف أو أتعاب إضافية أو مرتباً شهرياً بالقدر الذي يقرره مجلس الإدارة لأي عضو من أعضائه إذا كان ذلك العضو يعمل في أي لجنة أو يبذل جهوداً خاصة أو يقوم بأعمال إضافية لخدمة الشركة فوق واجباته العادية كعضو في مجلس إدارة الشركة.

### الباب السابع

### في الجمعية العمومية

### المادة (45)

الجمعية العمومية تمثل جميع المساهمين وتنعقد في مدينة دبي إلا إذا قرر مجلس الإدارة أن تنعقد في مكان آخر بدولة الإمارات العربية المتحدة.

### المادة (46)

لكل مساهم الحق في حضور الجمعية العمومية للمساهمين، ويكون له عدد من الأصوات يعادل عدد أسهمه، ويجوز للمساهم أن ينيب عنه غيره من غير أعضاء مجلس الإدارة في حضور الجمعية العمومية، ويشترط لصحة الإنابة أن تكون ثابتة بتوكيل كتابي خاص. وأن يكون موثقاً و مصدقاً على التوقيعات فيه إذا كان النائب من غير المساهمين، وفي جميع الأحوال لا يجوز أن يزيد عدد الأسهم التي يحملها النائب بهذه الصفة على 5% من أسهم رأس مال الشركة.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

### Article (47)

Invitation shall be made for attending the General Assembly meetings through publication in two daily newspapers issued in Arabic language in the UAE, and through registered letters addressed at least twenty one days before the date of the relevant meeting. Invitation must include the agenda, place and time of any such meeting. Copy of invitation paper shall be also sent to Ministry of Trade and Economy and the competent authority, subject to the aforementioned period.

### Article (48)

Without prejudice to the provisions of Articles (120), (121) and (122) of the Commercial Companies Act and laws amending the same, the Board of Directors shall set an agenda for the Ordinary and Extraordinary General Assembly. In cases where the General Assembly meeting may be held upon the request of shareholders, auditors, Fatwa and Shari'a Supervisory Board or Ministry of Economy and Trade, the agenda shall be set by the entity called for holding such meeting, and in all cases the agenda must include place and time of the meeting.

### Article (49)

Shareholders shall register their names in a special record designated for this purpose in the Company's office, before the date set for the General Assembly Meeting. Such record shall include name of the shareholder and number of shares held or represented thereby and names of the holders thereof together with submitting the power of attorney for such representation. The shareholder or its representative, as the case may be, shall be given a meeting attendance

### المادة (47)

توجه الدعوة إلى المساهمين لحضور اجتماعات الجمعية العمومية بالإعلان في صحيفتين يوميتين تصدران باللغة العربية في دولة الإمارات العربية المتحدة وبكتب مسجلة و ذلك قبل الموعد المحدد للاجتماع بواحد وعشرين يوماً على الأقل. ويجب أن تتضمن الدعوة جدول أعمال ذلك الاجتماع على أن تتضمن الدعوة مكان وزمان الاجتماع، وترسل صورة من أوراق الدعوة إلى كل من وزارة الاقتصاد والتجارة والسلطة المختصة مع مراعاة المدة المذكورة أعلاه.

### المادة (48)

مع مراعاة أحكام المواد (120) و (121) و (122) من قانون الشركات التجارية و القوانين المعدلة له. يضع مجلس الإدارة جدول أعمال الجمعية العمومية العادية وغير العادية، وفي الأحوال التي يجوز فيها عقد الجمعية العمومية بناء على طلب المساهمين أو مدققي الحسابات أو هيئة الفتوى والرقابة الشرعية أو وزارة الاقتصاد والتجارة، يضع جدول الأعمال من طلب اجتماع الجمعية، وفي جميع الأحوال يجب أن يتضمن جدول الأعمال مكان و زمان الاجتماع.

### المادة (49)

يسجل المساهمون أسمائهم في سجل خاص يعد لذلك الغرض في مركز الشركة قبل الموعد المحدد لانعقاد الجمعية العمومية، ويتضمن السجل اسم المساهم و عدد الأسهم التي يملكها و عدد الأسهم التي يمثلها و أسماء مالكيها مع تقديم سند الوكالة. ويعطى المساهم و النائب بطاقة لحضور الاجتماع يذكر فيها عدد الأصوات التي يستحقها أصالة ووكالة.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

card, including the number of votes to which such shareholder is entitled for himself and on behalf of others.

### Article (50)

Transfer of shares may not be recorded in the Shares Register in the financial market during the period from the date of publishing the invitation for the General Assembly meeting and until the same is adjourned.

### Article (51)

The quorum necessary for the validity of the Ordinary and Extraordinary General Assembly meeting and the majority required for taking decisions shall be subject to the provisions of the Federal Law No. (8) of 1984 regarding Commercial Companies Act, and laws amending the same.

### Article (52)

General Assembly meeting shall be chaired by the Chairman of the Board and, in whose absence, by the Deputy Chairman of the Board or otherwise any Board member appointed by the Board to this effect. The Chairman shall also appoint a Rapporteur and two auditors for votes counting, provided however that the General Assembly decides their appointment.

### Article (53)

Minutes of General Assembly meetings shall be signed by the Chairman and Rapporteur of the meeting and shall be kept in a special record.

### المادة (50)

لا يجوز قيد انتقال ملكية الأسهم في سجل الأسهم في السوق المالي خلال المدة من تاريخ نشر الدعوة لاجتماع الجمعية العمومية إلى حيث انفضاض تلك الجمعية.

### المادة (51)

تسري على النصاب الواجب توافره لصحة انعقاد الجمعية العمومية العادية و غير العادية و على الأغلبية اللازمة لاتخاذ القرارات أحكام القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية و القوانين المعدلة له.

### المادة (52)

يرأس الجمعية العمومية رئيس مجلس الإدارة و عند غيابه يرأسها نائب رئيس مجلس الإدارة أو عضو مجلس الإدارة الذي يعينه مجلس الإدارة لذلك. ويعين الرئيس مقرراً للاجتماع ومراجعين اثنين لفرز الأصوات على أن تقر الجمعية العمومية تعيينهم.

### المادة (53)

توقع محاضر اجتماعات الجمعية العمومية من قبل رئيس الجمعية والمقرر وتحفظ في سجل خاص.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

### Article (54)

Voting in the General Assembly meeting shall be done in the manner specified by the Chairman, unless the General Assembly decides a certain manner for voting. Voting shall be made secretly in case it is related to election, dismissal or accountability of Board Members.

### Article (55)

Shareholder entitled to attend the General Assembly Meeting may not participate in voting for himself or on behalf of others regarding issues related to a personal interest or otherwise any dispute outstanding between such shareholder and the Company.

### Article (56)

Only shareholders may attend the General Assembly meeting and other company employees invited by the Board of Directors to attend for providing secretary works or participating in providing data and information on the issues about which the shareholders inquire.

### Article (57)

Ordinary General Assembly shall have competence to consider all matters related to the Company, except matters designated under law or this AOA as within the Extraordinary General Assembly's competence.

### Article (58)

Board of Directors may call for an Ordinary General Assembly Meeting to be held whenever it deems the same necessary and at the time and place determined thereby. The Ordinary

### المادة (54)

يكون التصويت في الجمعية العمومية بالطريقة التي يعينها رئيس الجمعية إلا إذا قررت الجمعية العمومية طريقة معينة للتصويت، ويجب أن يكون التصويت سرياً إذا تعلق بانتخاب أعضاء مجلس الإدارة أو بعزلهم أو بمساءلتهم.

### المادة (55)

لا يجوز لمن له حق حضور الجمعية العمومية أن يشترك في التصويت عن نفسه أو عن من يمثله في المسائل التي تتعلق بمنفعة خاصة أو بخلاف قائم بينه وبين الشركة.

### المادة (56)

لا يجوز حضور الجمعية العمومية لغير المساهمين إلا من يدعوهم مجلس الإدارة من العاملين بالشركة لأعمال السكرتارية أو المشاركة في تقديم البيانات و توضيح المعلومات عن الموضوعات التي يستفسر عنها المساهمون.

### المادة (57)

تختص الجمعية العمومية المنعقدة بصفة عادية بكل ما يتعلق بأمور الشركة عدا ما احتفظ به القانون أو هذا النظام للجمعية العمومية غير العادية.

### المادة (58)

لمجلس الإدارة دعوة الجمعية العمومية العادية كلما رأى وجهاً لذلك في الزمان و المكان الذي يحدده، وتنعقد مرة على الأقل في السنة بناء على

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| General Assembly shall be held at least once every year upon the invitation of the Board of Directors within the four months following the end of the fiscal year, on the date and at the place designated to this effect in such invitation. | دعوة مجلس الإدارة خلال الأربعة أشهر التالية لنهاية السنة المالية وذلك في المكان والزمان المعينين في إعلان الدعوة إلى الاجتماع. |
| Annual General Assembly Meeting shall be held for hearing, discussing and studying the following matters: | تنعقد الجمعية العمومية السنوية لسماع ومناقشة و دراسة الأمور التالية: |
| **First:** Report of the Board of Directors on the Company's activity and financial standing during the fiscal year and approving the same. | اولاً : تقرير مجلس الإدارة عن نشاط الشركة و مركزها المالي خلال السنة والتصديق عليها. |
| **Second:** Auditor's report and approving the same. | ثانياً : تقرير مدقق الحسابات و التصديق عليه. |
| **Third:** Discussing the Company's budget and profit and loss account and approving the same. | ثالثاً : مناقشة ميزانية الشركة و حساب الأرباح و الخسائر و التصديق عليها. |
| **Fourth:** Hearing and discussing the report of Fatwa and Shari'a Supervisory Board and approving profit distribution rules. | رابعاً : سماع و مناقشة تقرير هيئة الفتوى و الرقابة الشرعية و الموافقة على قواعد توزيع الأرباح. |
| **Fifth:** Electing members of the Board of Directors whenever required. | خامساً : انتخاب أعضاء مجلس الإدارة عند الاقتضاء. |
| **Sixth:** Appointing auditors and determining their remunerations | سادساً : تعيين مدققي الحسابات وتحديد أتعابهم. |
| **Seventh:** Discharging the Board Members and Auditors from liability or deciding to file a | سابعاً : إبراء ذمة أعضاء مجلس الإدارة ومدققي الحسابات من المسؤولية أو تقرير |

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

liability claim against same, as the case may be.

رفع دعوى المسؤولية عليهم حسب الأحوال.

### Article (59)

The Board of Directors shall call for the General Assembly meeting to be held whenever being so requested by the auditor, Fatwa and Shari'a Supervisory Board or ten shareholders holding at least (30%) of the Company's capital. In such case, invitation shall be directed within fifteen days as from the date of such request.

### المادة (59)

على مجلس الإدارة دعوة الجمعية العمومية للاجتماع متى طلب منه ذلك مدقق الحسابات وهيئة الفتوى والرقابة الشرعية أو عشرة من المساهمين يملكون على الأقل (30%) من رأس المال كحد أدنى. ويجب توجيه الدعوى في هذه الحالات خلال خمسة عشر يوماً من تاريخ تقديم ذلك الطلب.

### Article (60)

Extraordinary General Assembly meeting shall be held upon the invitation of the Board of Directors or upon a written request from shareholders holding or representing at least (40%) of the Company's capital. In such case, the Board of Directors shall call for such meeting within fifteen days from the date of such request.

### المادة (50)

تجتمع الجمعية العمومية غير العادية بناء على دعوة مجلس الإدارة أو بناء على طلب كتابي من مساهمين يملكون أو يمثلون ما لا يقل عن (40%) من رأس مال الشركة. وفي هذه الحالة يجب على مجلس الإدارة أن يدعو الجمعية للانعقاد خلال خمسة عشر يوماً من تاريخ هذا الطلب.

### Article (61)

Subject to the provisions of the Federal law No. (8) of 1984 regarding the Commercial Companies Act. and laws amending the same, and with the exception of increasing the shareholders' liabilities that requires consent of all shareholders. amending the basic purpose of the Company or transferring the head office thereof to a foreign country, the Extraordinary General Assembly meeting may amend the AOA, irrespective of the amended provisions, including increasing or reducing the Company's capital, extending or shortening the Company's term, changing the percentage of losses

### المادة (61)

مع مراعاة أحكام القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية و القوانين المعدلة له و فيما عدا زيادة التزامات المساهمين التي يشترط فيها موافقة جميع المساهمين أو تعديل الغرض الأساسي للشركة أو نقل المركز الرئيسي للشركة إلى بلد أجنبي، يجوز للجمعية العمومية غير العادية أن تعدل النظام الأساسي أياً كانت أحكامه، بما في ذلك زيادة رأس المال أو تخفيضه أو إطالة أو تقصير مدة الشركة أو تغيير نسبة الخسائر التي يترتب عليها حل الشركة أو إدماج الشركة في شركة أخرى أو حلها أو بيع المشروع

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

entailing dissolution and amalgamation of the Company, or otherwise dissolving the same and selling or disposing of the project it established, provided however that the subject of amendment is described in such invitation.

### Article (62)

Subject to the provisions of Article (129) of the Federal Law No. (8) of 1984 regarding the Commercial Companies, the General Assembly may not discuss any matters other than those mentioned in the agenda attached to the invitation publication. However, the General Assembly may discuss crucial facts raised during such meeting.

### Article (63)

Resolutions issued by the General Assembly in accordance with the Federal Law No. (8) of 1984 regarding Commercial Companies and laws amending the same, and provisions of this AOA shall be binding for all shareholders, including absentees and those holding different opinions.

### Section 8

### Auditors

### Article (64)

The Company shall have one auditor or more to be appointed by the General Assembly for one renewable year, and the same shall determine his remuneration. His duty shall be auditing the Company's accounts for the year in which he was appointed.

الذي قامت به الشركة أو التصرف فيه بأي وجه آخر ويشترط أن يكون موضوع التعديل قد فصّل في إعلان الدعوة.

### المادة (62)

مع مراعاة أحكام المادة (129) من القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية. لا يجوز للجمعية العمومية أن تتداول في غير المسائل الواردة في جدول الأعمال المرفق بإعلان الدعوة. ومع ذلك يكون للجمعية العمومية الحق في المداولة في الوقائع الخطيرة التي تكتشف أثناء ذلك الاجتماع.

### المادة (63)

قرارات الجمعية العمومية الصادرة طبقاً لأحكام القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة له و هذا النظام كلها ملزمة لجميع المساهمين بمن فيهم الغائبون و المخالفون في الرأي.

### الباب الثامن

### مراجع الحسابات

### المادة (64)

يكون للشركة مدقق حسابات أو أكثر تعينه الجمعية العمومية لمدة سنة قابلة للتجديد و تقدر أتعابه و عليه مراقبة حسابات السنة التي عين لها.

صورة طبق الأصل
18/06/2015



بنك دبي الإسلامي
Dubai Islamic Bank

## Article (65)

Auditor shall have the powers and obligations provided for under the Federal Law No. (8) of 1984 regarding Commercial Companies, and laws amending the same. Auditor shall particularly be entitled to access, at any time, all Company's books, records, instruments and other documents. Auditor shall request clarifications necessary for performing his mission as well as examine the Company's assets and liabilities. Failing to freely use such powers, the auditor shall so indicate in the report to be submitted to the Board of Directors, and if the latter fails to enable the auditor to assume his mission, the auditor shall send a copy of such report to Ministry of Economy and Trade, the competent authority and the General Assembly.

## Article (66)

The auditor shall submit to the Ordinary General Assembly a report containing the data required under Article (150) of Federal Law No. (8) of 1984 regarding the Commercial Companies, and laws amending the same. Auditor shall attend the Ordinary General Assembly meeting and provide his opinion regarding all matters related to his work; particularly matters appertaining to the Company's budget. Auditor shall be responsible for authenticity of data provided in his report, in his capacity as the representative of all shareholders. Each shareholder may, during the General Assembly meeting, discuss the auditor's report and inquire the auditor about any points mentioned therein.

## المادة (65)

يكون لمدقق الحسابات الصلاحيات و عليه الالتزامات المنصوص عليها في القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية و القوانين المعدلة له. و له بوجه خاص الحق في الإطلاع في كل وقت على جميع دفاتر الشركة و سجلاتها و مستنداتها و غير ذلك من وثائق. وله أن يطلب الإيضاحات التي يراها لازمة لأداء مهمته، وله كذلك أن يتحقق من موجودات الشركة و التزاماتها. وإذا لم يتمكن من استعمال هذه الصلاحيات أثبت ذلك كتابة في تقرير يقدم إلى مجلس الإدارة فإذا لم يقم المجلس بتمكين المدقق من أداء مهمته وجب عليه أن يرسل صورة من التقرير إلى وزارة الاقتصاد والتجارة والسلطة المختصة و أن يعرضه على الجمعية العمومية.

## المادة (66)

يقدم مدقق الحسابات إلى الجمعية العمومية العادية تقريراً يشتمل على البيانات المنصوص عليها في المادة (150) من القانون الاتحادي رقم (8) لسنة 1984 في شأن الشركات التجارية والقوانين المعدلة له. و عليه أن يحضر اجتماع الجمعية العمومية و أن يدلي في الاجتماع برأيه في كل ما يتعلق بعمله و بوجه خاص في ميزانية الشركة و يكون المدقق مسؤولاً عن صحة البيانات الواردة في تقريره بوصفه وكيلا عن مجموع المساهمين ولكل مساهم في أثناء عقد الجمعية العمومية أن يناقش تقرير المدقق و يستوضحه عما ورد فيه.




صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| **Section 9** | **الباب التاسع** |
| **Company's Financial Affairs** | **مالية الشركة** |

### Article (67)

The Company's fiscal year shall commence as of January 1st and ends December 31st of each year.

### المادة (67)

تبدأ السنة المالية للشركة من أول يناير وتنتهي في 31 ديسمبر من كل سنة.

### Article (68)

The Board of Directors shall duly maintain regular accounts to provide an authentic and fair image on the Company's activities and to interpret transactions thereof. Such accounts shall be regulated as per the customary accounting principles, and any shareholder may examine the same upon having an authorization in this regard from the Board of Directors.

### المادة (68)

على مجلس الإدارة أن يحتفظ بحسابات منتظمة حسب الأصول لإعطاء صورة صحيحة و عادلة عن أعمال الشركة و لتفسير تعاملاتها و تنظم تلك الحسابات طبقاً للمبادئ المحاسبية المتعارف عليها و يجوز لأي مساهم في الشركة فحصها بعد الحصول على تفويض بهذا المعنى من قبل مجلس الإدارة.

### Article (69)

For each fiscal year, and at least one month before the annual General Assembly meeting, the Board of Directors shall prepare the Company's budget and profit and loss account. The Board shall also prepare a report on the Company's activity during the fiscal year and financial standing as on the last day of such year and the manner suggested for distributing net profits.

### المادة (69)

على مجلس الإدارة أن يعد عن كل سنة مالية قبل الاجتماع السنوي للجمعية العادية بشهر على الأقل ميزانية الشركة و حساب الأرباح و الخسائر و على المجلس أيضاً أن يعد تقريراً عن نشاط الشركة خلال السنة المالية و عن المركز المالي في ختام السنة ذاتها و الطريقة التي يقترحها لتوزيع الأرباح الصافية.

### Article (70)

Board of Directors may deduct from annual non-net profits with a ratio to be determined for depreciation of the company's assets or value required for compensating decline in value thereof. Such funds shall be disposed of under a resolution from the Board of Directors and may not be distributed to shareholders.

### المادة (70)

لمجلس الإدارة أن يقتطع من الأرباح السنوية غير الصافية نسبة يحددها لاستهلاك موجودات الشركة أو التعويض عن نزول قيمتها، ويتم التصرف في هذه الأموال بناء على قرار من مجلس الإدارة، و لا يجوز توزيعها على المساهمين.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

## Article (71)

Annual net profits shall be distributed as follows:

1. Net profits shall be distributed to depositors and shareholders as per the percentage of funds invested by each of them and as per the percentage of profit agreed upon in the Mudaraba contracts concluded between the two parties.

2. 10% shall be deducted from the shareholders net profits and shall be allocated to the legal reserve account. Such deduction shall be suspended whenever the total value of such reserve reaches 50% of the Company's paid up capital, and if the same goes below such percentage, deduction shall be resumed.

3. The General Assembly may, upon a proposal from the Board of Directors, deduct no more than another 10% of the shareholders profits to be allocated to a regulatory reserve. Such deduction may be suspended pursuant to a decision from the General Assembly and upon a proposal from the Board of Directors, and shall be used for purposes to be determined by the Ordinary General Assembly, upon a proposal from the Board.

4. An amount not exceeding 10% of the remaining profits shall be allocated as remuneration for Board members, and

## المادة (71)

توزع الأرباح السنوية الصافية كما يلي:

1. توزع الأرباح الصافية بين المودعين و المساهمين حسب نسبة الأموال المستثمرة لكل منهم و حسب نسبة الربح المتفق عليها في عقود المضاربة المبرمة بين الطرفين.

2. تقتطع نسبة (10%) عشرة بالمائة من الأرباح الصافية للمساهمين تخصص لحساب الاحتياطي القانوني و يقف هذا الاقتطاع متى بلغ مجموع هذا الاحتياطي قدراً يوازي (50%) من رأس مال الشركة المدفوع. وإذا نقص الاحتياطي عن هذا الحد وجب العودة إلى الاقتطاع.

3. يجوز للجمعية العمومية بناء على اقتراح مجلس الإدارة اقتطاع ما لا يزيد على نسبة (10%) عشرة بالمائة أخرى من أرباح المساهمين تخصص لتكوين احتياطي نظامي. ويجوز وقف هذا الاقتطاع بقرار من الجمعية العمومية بناء على اقتراح من مجلس الإدارة ويستخدم هذا الاحتياطي في الأغراض التي تقررها الجمعية العمومية العادية بناء على اقتراح من مجلس الإدارة.

4. يخصص بعنما تقدم نسبة لا تزيد عن (10%) عشرة بالمائة من المتبقي





بنك دبي الإسلامي
Dubai Islamic Bank

the value thereof shall be annually determined by the General Assembly.

5. The General Assembly may, upon a recommendation from the Board of Directors, decide to distribute net profits or a part thereof in cash or as bonus shares to shareholders, subject to the instructions of the competent official body.

### Article (72)

Shareholder's rights in profits shall be deemed to have been duly transferred to his current account with the Company. In case any such shareholder has no current account, profits shall be dispensed thereto in cash or transferred to any entity he determines. In case three years elapse without the shareholder receiving his profits, the same shall be transferred to Al Qard Al Hassan fund after informing the shareholder of the value of such profits by way of mail or publication in newspapers or otherwise any lawful means the Company's management sees fit.

### Article (73)

Reserve funds shall be dispensed of, upon a decision from the Board of Directors, in the manner achieving the Company's interests. Legal reserve may not be distributed to shareholders, but rather the part thereof exceeding half of the Company's paid up capital may be used for ensuring distribution of profits to shareholders in an amount not exceeding (10%) of the paid up capital, during the years where such percentage may not be distributed or

لمكافأة أعضاء مجلس الإدارة وتحدد الجمعية العمومية قيمتها كل سنة.

5. يجوز للجمعية العمومية بناء على توصية من مجلس الإدارة أن تقرر توزيع صافي الأرباح أو جزء منها إما في شكل نقدي أو في صورة أسهم منحه للمساهمين و ذلك بما لا يتعارض مع تعليمات الجهات الرسمية المختصة.

### المادة (72)

تعتبر حقوق المساهم من الأرباح منصرفة له بتحويلها إلى حسابه الجاري بالشركة و إذا لم يكن للمساهم حساب جار صرفت له الأرباح نقداً أو حولت إلى الجهة التي يحددها. و إذا انقضت ثلاث سنوات و لم يصرف المساهم أرباحه فإنها تحول إلى صندوق القرض الحسن بعد إخطار المساهم بالمستحق له من الأرباح بريدياً أو بالإعلان في الصحف أو بأية وسيلة مشروعة تراها إدارة الشركة.

### المادة (73)

تم التصرف في المال الاحتياطي بناء على قرار مجلس الإدارة في الأوجه التي تحقق مصالح شركة و لا يجوز توزيع الاحتياطي القانوني لى المساهمين و إنما يجوز استعمال ما زاد منه لى نصف رأس المال المدفوع لتأمين توزيع باح على المساهمين لا تزيد على (10%) من س المال المدفوع و ذلك في السنوات التي لا مح بتوزيع هذه النسبة أو أية نسبة أخرى رها الجمعية العمومية العادية.



بنك دبي الإسلامي
Dubai Islamic Bank

any other percentage decided by the Ordinary General Assembly.

| English | Arabic |
|---|---|
| **Section 10** | **الباب العاشر** |
| **Al Qard Al Hassan - Zakat** | **القرض الحسن – الزكاة** |
| **Article (74)** | **المادة (74)** |

The Company shall have the right to lend shareholders, depositors and good clients thereof without receiving any profits or share therein under the following terms and conditions:

للشركة الحق في إقراض المساهمين و المودعين و المتعاملين الجيدين دون أن تتقاضى أية أرباح أو مشاركة في الأرباح بالشروط التالية:

a.   **Short-term Qard Hassan:**

(أ)   **القروض الحسن قصير الأجل:**

1-   This loan is originally created due to overdrawing an account, a temporary difficulty faced by the client, nature of the transaction itself or unintentional error on the part of the client. These loans also include Qard(s) Hassan granted by the Company from time to time to certain clients for different reasons, such as delay in paying salaries.

1.   ينشأ هذا القرض أساساً نتيجة لانكشاف حسابات المتعاملين لدى الشركة أثناء تعاملهم معها والتي قد تكون بسبب صعوبة مؤقتة يواجهها المتعامل أو بسبب طبيعة المعاملة نفسها أو بسبب خطأ غير مقصود من جانب المتعامل، كما تشمل هذه القروض أيضاً القروض الحسنة التي تمنحها الشركة من حين لآخر لبعض المتعاملين لأسباب مختلفة. كتأخير صرف الرواتب مثلاً.

2-   The Board of Directors shall set a special regulation determining the conditions for granting such loans.

2.   يضع مجلس الإدارة نظاماً خاصاً يحدد فيه شروط منح هذه القروض.

48

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

b.      **Consumption Loans:**

The Company shall have the right to
establish a fund for Al Qard Al Hassan for
consumption purposes and for facilitating
life of insolvent persons and those with
limited means of living so that they
wouldn't become victims of usurers.
Deposits in such fund shall be accepted
from charitable people, in addition to the
amounts saved by the Company, or as
decided by the Board of Directors. The
Board shall set a regulation regulating
the cases entitled to Al Qard Al Hassan,
the required guarantees, maximum limit
of the loan, payment terms and
settlement methods in case of insolvency
or inability to repay.

(ب)   **القروض الاستهلاكية:**

للشركة الحق في إنشاء صندوق
للقرض الحسن للأغراض
الاستهلاكية و التيسير على المعسرين
و الذين ضاقت بهم سبل الحياة حتى
لا يقعوا فريسة للمرابين. و تقبل
الإيداعات في هذا الصندوق من أهل
الخير – بالإضافة للأموال التي
توفرها الشركة – أو حسبما يقرره
مجلس الإدارة. ويضع مجلس الإدارة
لائحة تنظيم الحالات المستحقة
للقرض الحسن، والضمانات
المطلوبة، والحد الأعلى للقرض،
ومدة السداد و كيفية تسوية القرض في
حالة الإعسار و العجز عن السداد.

**Article (75)**

**المادة (75)**

**Zakat:**

**الزكاة:**

The Company shall establish a Zakat fund
annexed thereto, yet with accounts and
management independent from the Company's,
with the purpose of giving Zakat to the entitled
persons. In such fund, Zakat shall be accepted
from shareholders, depositors and third parties.
The fund shall be managed by a committee
comprising no less than three members and no
more than five, to be chosen by the Board of
Directors. The Board shall issue a special
regulations regulating the activities of the said
fund and the same shall be served upon each
interested party, and shall be submitted within
due time to the entities concerned with the
same. The Company shall invite depositors and
others to authorize the fund to take out Zakat
from their funds on their behalf as per whatever

تنشئ الشركة صندوقاً للزكاة ملحقاً بها منفصلاً
في حساباته و إدارته عنها لإخراج الزكاة
المستحقة. كما تقبل فيه الزكاة من المساهمين و
المودعين و الغير. و يدير الصندوق لجنة لا يقل
أعضاؤها عن ثلاثة و لا يزيد عن خمسة يختارهم
مجلس الإدارة. و يصدر المجلس لائحة خاصة
بتنظيم العمل في الصندوق و تعلن اللائحة لكل
صاحب مصلحة في ذلك. كما تقدم في الوقت
المناسب إلى الجهات المختصة بهذا الشأن. و
للشركة أن تدعو المودعين و غيرهم لإنابة
الصندوق عنهم في إخراج زكاة أموالهم حسبما
تقرره هيئة الفتوى والرقابة الشرعية.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

decided by Fatwa and Shari'a Supervisory Board.

### Article (76)

Shareholders shall personally give Zakat from their funds, and the Company shall calculate for them the amount of Zakat payable for each share and shall notify them of the same annually. As for Zakatable funds reserved by the Company, such as reserves, profits forwarded, etc., the Company shall give out the Zakat for such funds, as per whatever decided by the Fatwa and Shari'a Supervisory Board.

### Section 11

### Fatwa and Shari'a Supervisory Board

### Article (77)

The company shall form a Fatwa and Shari'a Supervisory Board comprising no less than three members and no more than five members to be appointed by the Board of Directors, and the Chairman of such board shall be elected from amongst the same.

### Article (78)

Members of Fatwa and Shari'a Supervisory Board shall be elected from scholars specialized in Islamic Jurisprudence in general and financial transactions in particular, preferably having knowledge of economic, legal and banking systems.

### Article (79)

The Board of Directors shall appoint Shari'a controller whose mission shall be to monitor all company's transactions and ensure compliance

### المادة (76)

يقوم المساهمون بإخراج زكاة أموالهم بأنفسهم، و على الشركة أن تحسب لهم مقدار الزكاة المستحقة على السهم الواحد و إعلامهم بها سنوياً. أما الأموال المتحفظ بها لدى الشركة كالاحتياطات والأرباح المرحلة و غيرها و تستحق عليها زكاة. فتقوم الشركة بإخراج زكاتها حسبما تقرره هيئة الفتوى والرقابة الشرعية.

### الباب الحادي عشر

### هيئة الفتوى و الرقابة الشرعية

### المادة (77)

على الشركة أن تشكل هيئة للفتوى و الرقابة الشرعية مكونة من ثلاثة أعضاء على الأقل و خمسة على الأكثر يعينهم مجلس الإدارة. ويختارون من بينهم رئيساً لهم.

### المادة (78)

يتم اختيار أعضاء الهيئة من بين العلماء المتخصصين في الفقه الإسلامي بصفة عامة و في المعاملات المالية بصفة خاصة. و يفضل من لهم إلمام بالنظم الاقتصادية و القانونية و المصرفية.

### المادة (79)

يعين مجلس الإدارة مراقباً شرعياً للشركة تكون مهمته مراقبة كافة أعمال الشركة و التأكد من

صورة طبق الأصل
١٤ / ٠٦ / ٢٠١٥



بنك دبي الإسلامي
Dubai Islamic Bank

of the same with the Fatwas issued by Fatwa and Shari'a Supervisory Board, in addition to assuming the duties of the secretary of the board. The said Controller shall submit his reports and remarks to the Fatwa and Shari'a Supervisory Board and to the chairman of the Board of Directors.

مطابقتها للفتاوى الصادرة عن هيئة الفتوى و الرقابة الشرعية بالشركة إضافة لتوليه أعمال أمانة سر الهيئة و يقدم تقريره و ملاحظاته للهيئة و لرئيس مجلس الإدارة.

### Article (80)

Fatwa and Shari'a Supervisory Board shall issue special regulations determining competences and duties of the Shari'a Controller.

### المادة (80)

تصدر الهيئة لائحة خاصة بتحديد اختصاصات و مهام المراقب الشرعي.

### Article (81)

Fatwa and Shari'a Supervisory Board shall supervise all Shari'a aspects of the company, and shall have the right to verify compliance of the Company's transactions with the provisions of and rules of Sharia and further may object to any incompliant transaction, if any. The Board of Directors shall implement the recommendations of the Fatwa and Shari'a Supervisory Board, whether taken unanimously or by absolute majority.

### المادة (81)

تشرف الهيئة على جميع النواحي الشرعية بالشركة، و لها حق التأكد من مطابقة معاملات الشركة مع أحكام الشريعة الإسلامية و قواعدها و حق الاعتراض على الأعمال غير المطابقة إن وجدت. ويلتزم مجلس الإدارة بتنفيذ توصياتها سواء كانت بالإجماع أو بالأغلبية المطلقة.

### Article (82)

In case a dispute arises between the Fatwa and Shari'a Supervisory Board and the Board of Directors regarding legitimacy of a matter, such matter shall be referred to the supreme body mentioned in the Federal Law No. (6) of 1985, if any. Such matter may also be referred, within thirty days, to the Supreme Fatwa and Shari'a Supervisory Board affiliating to the International Union for Islamic Banks-if any. The entity to which such matter has been referred shall have a final and binding opinion

### المادة (82)

إذا حدث خلاف بين الهيئة و إدارة الشركة في شرعية أمر ما . يرفع الأمر إلى الهيئة العليا المنصوص عليها في القانون الاتحادي رقم (6) لسنة 1985 – إن وجدت – . كما يمكن رفع الأمر أيضاً إلى الهيئة العليا للفتوى والرقابة الشرعية التابعة للاتحاد الدولي للبنوك الإسلامية – إن وجدت – في حدود ثلاثين يوماً و يكون رأي الهيئة المحتكم إليها نهائياً و ملزماً للطرفين، وفيما عدا ذلك فإن قرارات مجلس الإدارة لا تخضع

صورة طبق الأصل
18/06/2015



بنك دبي الإسلامي
Dubai Islamic Bank

for both parties. However, other decisions of the Board of Directors are not subject to appeals of the Fatwa and Shari'a Supervisory Board. In case any dispute arises, the Fatwa and Shari'a Supervisory Board shall refer the same to the General Assembly of Shareholders.

لنقض الهيئة  وإذا كان هناك خلاف فعلى الهيئة أن تعرض الموضوع على الجمعية العمومية للمساهمين.

### Article (83)

The Board of Directors shall determine allocations and remunerations of the Chairman and members of Fatwa and Shari'a Supervisory Board.

### المادة (83)

يحدد مجلس الإدارة مخصصات و مكافآت رئيس و أعضاء الهيئة.

### Article (84)

Fatwa and Shari'a Supervisory Board shall revise all contracts and agreements forms related to the company's transactions to ensure that the same are consistent with the Islamic Shari'a.

### المادة (84)

تراجع الهيئة جميع نماذج العقود و الاتفاقيات المتعلقة بمعاملات الشركة للتثبت من عدم مخالفتها لأحكام الشريعة الإسلامية.

### Article (85)

Fatwa and Shari'a Supervisory Board shall have the right to access at any time all Company's books, records and entitlements and may request for the necessary data. It may also examine the Company's assets and liabilities. Failing to assume its duties, the said Board shall so indicate in its report submitted to the Board of Directors and shall have the right to call for the General Assembly to be held, if necessary.

### المادة (85)

يكون للهيئة حق الإطلاع في أي وقت على جميع دفاتر الشركة و سجلاتها و مستحقاتها و طلب البيانات التي ترى ضرورة الحصول عليها. و لها كذلك أن تتحقق من موجودات الشركة و التزاماتها. و على الهيئة في حالة عدم تمكينها من القيام بواجباتها إثبات ذلك كتابة في تقرير يقدم إلى مجلس الإدارة. و لها حق دعوة الجمعية العمومية للانعقاد لهذا الغرض إذا اقتضى الأمر ذلك.

### Article (86)

No member of the Fatwa and Shari'a Supervisory Board may be suspended from work or dismissed, except upon a decision from the Board of Directors based on the reasons

### المادة (86)

لا يجوز وقف أي من أعضاء الهيئة عن العمل أو عزله إلا بقرار من مجلس الإدارة بناء على أسباب موجبة لمثل هذا الإجراء وتعرض هذه الأسباب على العضو، ويرفع قرار العزل المسبب مع رد

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

necessitating such procedure, and such reasons shall be communicated to such member. Justifiable dismissal decision along with the reply of the member to be dismissed shall be referred to the Supreme Fatwa and Shari'a Supervisory Board affiliating to the International Union for Islamic Banks.

العضو إلى الهيئة العليا للفتوى الشرعية بالاتحاد الدولي للبنوك الإسلامية.

### Article (87)

Fatwa and Shari'a Supervisory Board shall submit a comprehensive annual report to the Board of Directors summarizing the cases referred thereto and opinions given regarding the Company's transactions executed as per the applicable regulations and instructions. The representative of the Fatwa and Shari'a Supervisory Board shall read out such report at the annual meeting of the Ordinary General Assembly.

### المادة (87)

تقدم هيئة الفتوى و الرقابة الشرعية تقريراً سنوياً شاملاً لمجلس الإدارة يبين خلاصة ما تم عرضه من حالات و ما جرى بيانه من آراء في معاملات الشركة المنفذة حسب اللوائح و التعليمات المطبقة. و يتولى ممثل الهيئة قراءة هذا التقرير في اجتماع الجمعية العمومية في دورة انعقادها السنوي العادي.

### Section 12

### Disputes

### Article (88)

*Any disputes in which the Company is a party* shall be subject to the judicial jurisdiction of UAE courts.

### الباب الثاني عشر

### في المنازعات

### المادة (88)

تخضع أية منازعات تكون الشركة طرفاً فيها للاختصاص القضائي لمحاكم دولة الإمارات العربية المتحدة.

### Section 13

### Dissolution and Liquidation of the Company

### Article (89)

The company shall be dissolved for any of the following reasons:

1.        Expiry of the Company's term, unless being renewed as per the rules provided herein.

### الباب الثالث عشر

### في حل الشركة و تصفيتها

### المادة (89)

تحل الشركة لأحد الأسباب الآتية:

1.    انتهاء المدة المحددة للشركة ما لم تجدد وفقاً للقواعد الواردة بهذا النظام.

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

| | |
|---|---|
| 2. End of the purpose for which the Company was incorporated. | 2. انتهاء الغرض الذي أسست الشركة من أجله. |
| 3. Issuance of a decision from the Extraordinary General Assembly terminating the Company. | 3. صدور قرار من الجمعية العمومية غير العادية بإنهاء مدة الشركة. |
| 4. Amalgamation with another company | 4. اندماج الشركة في شركة أخرى. |

### Article (90)

The Company shall be dissolved before expiry of the term thereof in case of losing half of the Company's capital, or if otherwise is decided by the Extraordinary General Assembly.

### المادة (90)

تحل الشركة قبل انقضاء أجلها في حالة خسارة نصف رأس مالها إلا إذا قررت الجمعية العمومية غير العادية خلاف ذلك.

### Article (91)

Upon expiry of the Company's term or premature dissolution thereof, the General Assembly shall, upon a request from the Board of Directors, determine the method of liquidating the same and shall appoint one liquidator or more and determine his/their powers. Authorization conferred upon the Board of Directors shall expire upon appointing such liquidators. The General Assembly's power shall remain throughout the liquidation term and until the liquidators are discharged.

### المادة (91)

عند انتهاء مدة الشركة أو في حالة حلها قبل الأجل المحدد لها تعين الجمعية العمومية بناء على طلب مجلس الإدارة طريقة التصفية و تعين مصفياً أو أكثر و تحدد سلطته أو سلطاتهم و تنتهي و كالة مجلس الإدارة بتعين المصفيين. أما سلطة الجمعية فتبقى قائمة طوال مدة التصفية إلى أن يتم إخلاء عهدة المصفيين.

### Section 14

### Final Provisions

### Article (92)

All Company's activities shall be subject to the provisions of Islamic Shari'a, in accordance with whatever decided by Fatwa and Shari'a Supervisory Board of the Bank, and subject to the laws and regulations applicable and prevailing the UAE, and the prevailing rules

### الباب الرابع عشر

### أحكام ختامية

### المادة (92)

تخضع جميع أعمال الشركة لأحكام الشريعة الإسلامية طبقاً لما تقرره هيئة الفتوى والرقابة الشرعية بالبنك وللقوانين والنظم المعمول بها في دولة الإمارات العربية المتحدة طبقاً للقواعد

صورة طبق الأصل



بنك دبي الإسلامي
Dubai Islamic Bank

and norms in compliance with the honorable Islamic Shari'a.

والأعراف السائدة و ذلك بما لا يخالف أحكام الشريعة الإسلامية الغراء.

### Article (93)

Expenses and fees paid for incorporating the Company shall be deducted from general expenditure account.

### المادة (93)

تخصم المصاريف و الأتعاب المدفوعة في سبيل تأسيس الشركة من حساب المصروفات العمومية.

### Article (94)

These Articles shall be lodged and published in accordance with the law.

### المادة (94)

يودع هذا النظام و ينشر طبقاً للقانون.



صورة طبق الأصل
16/06/2013