# Exhibit 10

```
                                                                      1
     DCKFTERT
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3
 3   In Re: Attacks on September
 4   11, 2001
 4                                          03 MDL 1570 (GBD) (FM)
 5
 5
 6   ------------------------------x
 6                                          New York, NY
 7                                          December 20, 2013
 7                                          11:15 a.m.
 8
 8   Before:
 9
 9                        HON. FRANK MAAS,
10
10                                     Magistrate Judge
11
11                         APPEARANCES
12
12   COZEN O'CONNOR
13        Attorneys  for Federal Insurance Company Plaintiffs
13   BY:  SEAN P. CARTER
14        J. SCOTT TARBUTTON
14
15   MOTLEY RICE
15        Attorneys   for Burnett Plaintiffs
16   BY:  ROBERT T. HAEFELE (via speakerphone)
16         JODY WESTBROOK FLOWERS (via speakerphone)
17
17   ANDERSON, KILL & OLICK
18        Attorneys  for Plaintiff O'Neill
18   BY:  JERRY S. GOLDMAN
19
19   KREINDLER & KREINDLER
20        Attorneys  for Ashton Plaintiffs
20   BY:  JAMES P. KREINDLER
21
21   MANNING SOSSAMON
22        Attorneys  for Sana-Bell, Inc. and Sanabel Al Kheer, Inc.
22   Defendants
23   BY:  CHRISTOPHER C.S. MANNING (via speakerphone)
24
25
                      SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```



```
                                                                   40
        DCKFTERT
 1      think as a practical matter having differing production
 2      deadlines as to the defendants injects a layer of complexity
 3      into the entire proceeding on several levels.  They want to
 4      tell you that there's no relationship between the defendants
 5      who want to proceed and any of the defendants who have asked
 6      for an extension of the deadline.  That's not true.  The
 7      allegations and our pleadings suggest it's very clear there is
 8      a connection, for example, between WAMY and Muslim World
 9      League.  We don't have the documents yet.  We think there's a
10      relationship between certain defendants who asked for
11      extensions and DIB as well.  So we are simply asking for the
12      opportunity to get the collective documents from the defendants
13      and see whether or not we have legitimate followup discovery
14      with some of these other folks.
15              We went down this road before and your Honor agreed
16      that was the right approach but if people wanted to take
17      depositions they could do it and if there were objections we
18      could address it individually and that makes the most sense.
19      Counsel for DIB suggested that since we haven't filed a motion
20      to compel as to DIB we must be happy with the production and
21      that's not the case.  The reality is, as your Honor is aware,
22      we have filed motions to compel on a systematic basis for a
23      very long period of time.  We had to chase certain of the
24      defendants relentlessly and we're in the process of filing some
25      other motions.  WAMY is a prime example.  As we understand it
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```