# Exhibit 11

```
                                                                          1
     D6STTERC              Conference
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE:  TERRORIST ATTACKS ON
 3   SEPTEMBER 11, 2001
 4                                             03 MDL 1570 (GBD)(FM)
 4   ------------------------------x
 5
 5
 6                                             New York, N.Y.
 6                                             June 28, 2013
 7                                             11:00 a.m.
 7
 8   Before:
 8
 9                    HON. FRANK MAAS,
 9
10                                             Magistrate Judge
10
11                       APPEARANCES
11
12   KREINDLER & KREINDLER
12        Attorneys for Ashton Plaintiffs
13   BY:  JAMES KREINDLER
13
14   MOTLEY RICE
14        Attorneys for Burnett Plaintiffs
15   BY:  ROBERT T. HAEFELE
15
16   ANDERSON KILL & OLICK
16        Attorneys for O'Neil Plaintiffs
17         and Plaintiff's Executive Committee
17   BY:  JERRY S. GOLDMAN
18
18   WIGGINS, CHILDS, QUINN & PANTAZIS
19        Attorneys for Havlish and Hoglan Plaintiffs
19   BY:  TIMOTHY B. FLEMING
20
20   MELLON & WEBSTER
21        Attorneys for Havlish and Hoglan Plaintiffs
21   BY:  THOMAS E. MELLON, III
22        JAMES P. McCOY
22
23   COZEN O'CONNOR
23        Attorneys for Federal Insurance Plaintiff
24   BY:  SEAN P. CARTER
24        SCOTT TARBUTTON
25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```



```
                                                                 13
     D6STTERC                     Conference
 1   participate in the case.
 2            THE COURT:  OK.  I just wanted, as Mr. Carter put it,
 3   a guesstimate, to see whether or not whether anything had
 4   changed materially.
 5            There's the issue of follow-up discovery and it seems
 6   to me that follow-up discovery should be limited to reasonable
 7   requests suggested by that discovery which is produced.
 8   Frankly, I don't want to get mired in a request by request
 9   review, but beyond stating it that way, I'm not sure what else
10   I can do to set guidelines for either side at this point.
11            MR. CARTER:  Your Honor, I think that there are two
12   sort of practical dimensions to this that we're concerned
13   about.  And the first, as identified in the letter, is this
14   concern about these individualized disputes over whether a
15   request is a legitimate follow up or new.  And that's of
16   particular concern to us because of some of the FOIA inquiries
17   that remain outstanding.  And what we perceive --
18            THE COURT:  When you say the FOIA inquiries, you're
19   speaking about FOIA requests that are currently being processed
20   by the government?
21            MR. CARTER:  Correct.
22            THE COURT:  I thought I convinced you not to make any
23   more FOIA requests.
24            MR. CARTER:  Your Honor, we don't mind turning the
25   stuff over consistent with your ruling.  Some of the FOIA
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```