## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

*Via ECF and Facsimile*

October 2, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

      Due to a comment in a recent filing by counsel for defendant Al Haramain, we write to underscore, once again, the imperative nature of a prompt order setting the value of fees and expenses imposed on defendant Al Haramain. In a recent filing by counsel for Al Haramain (ECF No. 3053 at 5, filed on behalf of Soliman Al-Buthe), Mr. Kabat advises the Court that the United States government has agreed to delist Al Haramain.

      First, the removal of Al Haramain from the list of Specially Designated Global Terrorists does NOT mean Al Haramain did not engage is the conduct that resulted in its designation. The reasons for delisting may range from political considerations to the fact that it no longer has the capacity to engage in the conduct that put it on the list.

      But second, as we previously brought to the Court's attention (ECF No. 3035 at 3), delisting of Al Haramain will permit Al Haramain to disburse the remaining assets of Al Haramain within the United States. Indeed, based on statements from Al Haramain counsel to the U.N., that is precisely what it intends to do.

      To prevent Al Haramain from turning this Court's previous order into a paper tiger, we request, with urgency, that the Court enter an order setting the amount that Al Haramain is to pay and an immediate deadline within which it is to pay the amount.

Finally, in the event that Al Haramain continues to be designated at the time the order is issued, we request that Your Honor include in the order an obligation for the defendant to immediately request a license from the U.S. Treasury Department's Office of Foreign Assets Control permitting Al Haramain to make the transfer necessary to comply with the Court's order.

Respectfully submitted,

THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

cc: Alan Kabat, Esq. (via email)
All Counsel of Record (via ECF)
The Honorable George B. Daniels, U.S.D.J. (Via Regular U.S. Mail)