# EXHIBIT 1



بسم الله الرحمن الرحيم
IN THE NAME OF ALLAH THE BENEFICENT THE MERCIFUL

FAISAL FINANCE (Switzerland) S.A.

مؤسسة فيصل المالية (سويسرا) ش.م.

**Bureau de communication en matière**
**de blanchiment d'argent**
Office fédéral de la police
Bundesrain 20
3003 Berne

Genève, le 11 septembre 2002

<u>Concerne</u> :     Blocage des avoirs de Monsieur Wael Hamzah Jelaidan

Madame, Monsieur,

Suite à la diffusion par la Commission fédérale des banques des listes Bush 17 et Bush 18, nous vous communiquons, par la présente, la relation d'affaires que nous entretenons avec une personne figurant sur ladite liste.

Il s'agit de Monsieur Wael Hamzah Jelaidan, ressortissant saoudien né le 22 janvier 1958 à Madinah, Arabie Saoudite, titulaire d'un compte auprès de notre établissement depuis 1997. Le total de ses avoirs au 11 septembre 2002 s'élève à USD 107'175.81

Monsieur Jelaidan, nous a confié ses avoirs afin que nous les gérions à titre fiduciaire.

Ni l'origine des fonds, ni les transactions effectuées par Monsieur Jelaidan depuis le début de notre relation d'affaires n'ont éveillé de soupçons auprès de notre institution.

Afin d'éviter de vous permettre de statuer au plus vite sur la suite à donner à cette affaire, nous vous transmettons un dossier complet concernant cette relation.

En vous remerciant par avance, nous vous prions d'agréer, Madame, Monsieur, l'expression de notre plus haute considération.

**Mohammed Boughaba**
**Legal & Compliance**

<u>Annexe</u> : ment.

 **SCHWEIZERISCHE BUNDESANWALTSCHAFT**
**MINISTERE PUBLIC DE LA CONFEDERATION**
**MINISTERO PUBBLICO DELLA CONFEDERAZIONE**
**PROCURA FEDERALA**                                    3003 Bern

EAII/1/01/007/Nic                         Berne, le 17 septembre 2002


# ORDONNANCE DE BLOCAGE DE COMPTE
# ET D'EDITION DE DOCUMENTS


Vu la procédure ouverte le 15 septembre 2001 pour violation des art. 90ss de la loi fédérale sur l'aviation (LA; RS 748.0), en liaison avec les art. 5 et 6$^{bis}$ CPS, à associer aux art. 111, 112, 181, 183, 184, 185 et 340 CPS,

vu les documents fournis en annexe à l'annonce n° gas 1503 79 du Bureau de communication en matière de blanchiment de l'OFP,

vu le fait qu'une personne ayant le nom de **Wa'el Hamza JULAIDAN** figure sur la liste "Bush 18" et ainsi soit désignée par les autorités américaines comme liée au terrorisme international,

vu l'extension de la procédure précitée à **Wa'el Hamza JULAIDAN**,


concernant


un éventuel soupçon de blanchiment d'argent[1], ou le fait que

M. **Wa'el Hamza JULAIDAN**, né le 22.01.1958, titulaire du passeport saoudien n° A-992535,

titulaire du compte IFA n° 10409,

appartienne à une organisation criminelle[2] susceptible de participer au financement d'activités terroristes.


---
[1] art. 305bis CPS
[2] art. 260ter CPS

-2-

## Il est ordonné :

1. Le **blocage avec effet immédiat** du compte IFA n° 10409 auprès de la société Faisal Finance SA à Genève.

2. La production de tous les documents en les mains de la banque liés à M. **Wa'el Hamza JULAIDAN** et qui n'auraient pas été fournis en annexe à la communication faite le 12 septembre 2002.

3. La présente ordonnance de blocage est notifiée :

   - au bureau de communication en matière de blanchiment, Bundesrain 20, 3003 Berne (par courrier interne);
   - à l'intermédiaire financier ayant annoncé le compte bancaire (par fax et lettre signature);
   - à la police judiciaire fédérale, 3003 Berne.

### Brève motivation

L'examen des documents fournis et le fait que M. **Wa'el Hamza JULAIDAN** figure sur la liste Bush n° 18 permettent l'ouverture d'une procédure d'investigation criminelle et le blocage du compte de dépôt précité.

Des investigations seront conduites afin de faire la lumière sur le titulaire de ce compte bancaire.

### Voie de droit

En application des art. 100ss, spéc. 105bis et 106 PPF, il peut être recouru contre la présente ordonnance de refus de suivre, dans un délai de dix jours et par écrit, à la Chambre d'accusation du tribunal fédéral.

**LE PROCUREUR GÉNÉRAL SUPPLEANT**

Claude Nicati

```
*************************
***   SENDEBERICHT   ***
*************************


SENDUNG OK

SE/EM NR              0670
RUFNR. GEGENSTELLE            00229085399
NEBENADRESSE
NAME GEGENSTELLE
ANF.ZEIT             17/09 17:43
ÜB.ZEIT              00'49
SEITEN GESENDET        2
ERGEBNIS             OK
```



**SCHWEIZERISCHE BUNDESANWALTSCHAFT**
**MINISTERE PUBLIC DE LA CONFEDERATION**
**MINISTERO PUBBLICO DELLA CONFEDERAZIONE**
**PROCURA FEDERALA**

3003 Bern

EAII/1/01/007/Nic

Berne, le 17 septembre 2002


# ORDONNANCE DE BLOCAGE DE COMPTE
# ET D'EDITION DE DOCUMENTS


Vu la procédure ouverte le 15 septembre 2001 pour violation des art. 90ss de la loi fédérale sur l'aviation (LA; RS 748.0), en liaison avec les art. 5 et 6$^{bis}$ CPS, à associer aux art. 111, 112, 181, 183, 184, 185 et 340 CPS,

vu les documents fournis en annexe à l'annonce n° gas 1503 79 du Bureau de communication en matière de blanchiment de l'OFP,

vu le fait qu'une personne ayant le nom de **Wa'el Hamza JULAIDAN** figure sur la liste "Bush 18" et ainsi soit désignée par les autorités américaines comme liée au terrorisme international,

vu l'extension de la procédure précitée à **Wa'el Hamza JULAIDAN**,


concernant


un éventuel soupçon de blanchiment d'argent[1], ou le fait que

M. **Wa'el Hamza JULAIDAN**, né le 22.01.1958, titulaire du passeport saoudien n° A-992535,

titulaire du compte IFA n° 10409,

appartienne à une organisation criminelle?

IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL

# Enregistré

**FAISAL FINANCE (Switzerland) S.A.**

مؤسسة فيصل المالية (سويسرا) ش.م.

Par fax No. (031) 322-45-07 ou
322-98-71

**MINISTÈRE PUBLIC DE LA
CONFÉDÉRATION**
3003  Berne

Attention : **Monsieur Claude Nicatti**
Procureur Général Suppléant

Genève, le 20 septembre 2002
MB/Dm – FFS/Letter to Bern.doc / 1

V/Réf.:    EAII/1/01/007/Nic

<u>CONCERNE</u> :    **COMPTE IFA No. 10409  -  M. WA'EL HAMZA JULAIDAN**

Monsieur le Procureur,

Nous accusons réception de l'Ordonnance de Blocage de Compte et d'Edition de Documents et vous informons que le dossier complet concernant les transactions opérées depuis l'ouverture du compte cité en marge jusqu'à ce jour vous parviendra la semaine prochaine.

Compte tenu du fait que l'Ordonnance ne fait pas état d'interdiction d'informer le client, nous informerons notre client au début de la semaine prochaine du blocage de son compte auprès de notre institution.

Veuillez agréer, Monsieur le Procureur, l'expression de nos salutations distinguées.

**Mohammed Boughaba**
Legal & Compliance

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1, SWITZERLAND - PHONE (022) 908 53 00 - TELEX 415 354 FFS-CH - FAX (022) 908 53 99

٣ كي دي مون – بلان – ص. ب ١٤٩٤ – ١٢١١ جنيف ١ – سويسرا – هاتف: ٠٠ ٥٣ ٩٠٨ (٢٢) – تلكس: ٣٥٤ ٤١٥ FFS-CH – تليفاكس: ٩٩ ٥٣ ٩٠٨ (٢٢٠)

A MEMBER OF THE DAR AL-MAAL AL-ISLAMI GROUP                                                    عضو مجموعة دار المال الإسلامي

# Notification of suspicious act in accordance with Art. 9 Law on Money-Laundering

To send by fax or by A-mail to:

**Money-laundering Notification Office**
Federal Office for Police Matters
Financial Intelligence Unit
Bundesrain 20
3003 Bern
**Telefax 031-323 39 39**
Telephone 031-3213 40 40

## Checklist for banks and fund managers

### Sender (Data on financial intermediary)

| | |
|---|---|
| Company | : Citibank (Switzerland) |
| Street | : Bahnhofstrasse 63, PO Box 3760 |
| Zip code/city | : CH-8021 Zurich |
| | |
| Name of person talked to | : Walter Glanzmann / David Adcock |
| Telephone | : 01 205 7923 / 7206 |
| Fax | : 01 205 7222 |
| | |
| Date of notification | : 05/09/02 |
| Sender's reference no. | : AML 2002 – 04 |
| | |
| Number of pages (incl.encl.) | : **4** Pages plus attachments |

### Data on business dealings

| | |
|---|---|
| Place of business dealings (e.g., the place where the account is managed or place of spot transactions) | : Citibank (Switzerland) – Geneva |
| | |
| In case of divergence, place where the actions prompting notification took place | : |
| | |
| Account or Security deposit account number(s) or "spot transactions" | : 340406 |

Statement of assets and liabilities to be provided in annex

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 2 -

## Data on party to the contract

For natural persons

| | |
|---|---|
| Surname, First Name | : Wael Hamzah A. Jelaidan |
| Address of Residence | : PO Box 1436, Jeddah, Saudi Arabia |
| Date of birth | : 22 January 1958 |
| Nationality | : Saudi |
| Home town (if known) | : |
| Telephone (if known) | : |
| Fax (if known) | : |
| Profession (if known) | : |

For legal persons

| | |
|---|---|
| Company | : |
| Domicile | : |
| Telephone (if known) | : |
| Fax (if known) | : |
| Branch membership (if known) | : |

For all cases

| | |
|---|---|
| Identification document and its number<br>**Please attach copy to annex** | : Passport # 964672 |
| Agency issuing document | :Ministry Of Interior, Jeddah |
| Date | :14th September 1992 |
| Way correspondence was delivered to party to contract | : By post |
| as post restante at bank | : |
| to third parties, namely (name and address) | : |
| Data on third parties involved In suspicious act<br>e.g., payee, payer, deliverer of checks, stocks, guarantee beneficiary, guarantee, surety, third-party security creditors | : |
| Type of account<br>e.g. Individual/Joint account (Number/Personal Account, collective account) | : |
| Are there any other types of Business in connection with the activity?<br>e.g. additional accounts/deposits | : None |

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 3 -

## Data on persons with power of attorney/authorized signatory

| | |
|---|---|
| Surname, First name | : None |
| Address of Residence (if known) | : |
| Date of birth (if known) | : |
| Nationality / | : |
| Home town (if known) | : |
| Power of attorney or authorized | |
| Signatory | : |

Please list further persons having power of attorney or authorized signatories in the annex in the same manner as above.

## Data on financially authorized person

| | |
|---|---|
| Is the financially authorized person identical to the party to contract? | : Yes |
| In case not, provide data according to form A | : |

## Please describe how the action which prompted the notification took place:

**"Bush List 18" – as circulated by the Swiss Banking Commission, 6th September 2002.**

On 6th September 2002 the Swiss Banking Commission forwarded to all Swiss Banks the "Bush List 18" naming a "Wa'el Hamza JUlaidan" as a person under suspicion of terrorism.

At the time that list was released to Citibank (Switzerland), a search of the Bank's records did not show any account for the person described in the list. The list gave several alternative spellings of the surname – Julaidan, Jaladin, Jalaidan, and Julaydan, all of which produced a negative search result.

**The media articles:**

In mid-September 2002, the Bank became aware that "Wael Hamza Julaidan" had appeared extensively in the media. One of the Bank's staff contacted Compliance to inform them of this media information because they had heard of a client relationship in the Bank under the name "Julaidan".

Subsequent searches of the Bank's records showed that "Wael Hamzah A. JElaidan" had an account with Citibank (Switzerland) from August 1993 to June

**Notification of Suspicious act in accordance with Art. 9 Law on Money Laundering**
**Banks and fund-managers**
- 4 -

2001. This client was not detected in the initial search due to the different spelling of his surname in the Bank's records. The Bank's records match the client's passport which spells "Jelaidan" with an "e".

The Bank's client's date of birth is 22 January 1958 which matches to the date of birth shown on "Bush List 18". Accordingly the Bank considers the client is the same person as named in the list.

An examination of the transactions on the account does not indicate unusual activity. The account received 500,000.00 US$ in August 1993 when it opened. There were no other incoming funds. The account was closed in 2001.

## Why is this action suspicious?

The instructions from the Swiss Banking Commission released with "Bush List 18" require the Bank to report this account.

## Which steps have you already taken (e.g. own clarification)

At this stage, further clarification with the client is not possible. The account is already closed and the client may currently be under arrest.

## Enclosures

- Bush List 18
- Media Articles
- Documents on opening of account including Identification Documents

Preview | Home | Logout | Help | Contact Customer Service

## 07Jul1999 SAUDI ARABIA: Kingdom sends SR170m supplies for Kosovars.

By a Staff Writer.
JEDDAH-Saudi Arabia has so far sent relief supplies worth SR170 million to Kosovo according to Dr. Abdul Rahman Al-Suwailem, president of the Saudi Red Crescent Society and chairman of the Joint Relief Committee for Kosovo.
Speaking to Al-Riyadh Arabic newspaper, Al-Suwailem said the amount includes the cost of a field hospital and several health centers constructed in Albania for Kosovar refugees.
"At present all relief supplies are sent directly from the Kingdom to Kosovo," he said. He commended the efforts of various international organizations to alleviate the suffering of Kosovars.
"In addition to supplying food and other relief, Saudi Arabia is taking care of religious matters, especially in the reconstruction of mosques and Islamic schools," he said.
Al-Suwailem stressed the relief committee's efforts to educate the refugees on how to avoid mines placed by Serb forces.
"Moreover, our sociologists are conducting various programs for the refugees to boost morale and reduce stress when they return to their destroyed homes and learn of missing family members and friends," he added.
Meanwhile the joint committee has received donations worth SR60 million to construct mosques and support orphans in Kosovo. According to Muhammad Al-Dubyan, director of the Muslim World League's (MWL) office in Riyadh, the donations were received through various banks.
"The Kosovars are now badly in need of tents as their houses have been destroyed during the war," he said. Al-Dubyan underscored MWL's plan to sponsor a number of Kosovar orphans.
Wael ibn Hamza **Julaidan**, executive director of the committee, said more than 150,000 Kosovar refugees have already returned to their province.
The committee is operating 50 buses to transport the refugees back to their home country, and said the relief committee is currently conducting a survey of the destruction caused by the war in Kosovo to launch a massive reconstruction operation after repatriation.
In a related development, Dr. Adnan Khaleel Basha, secretary-general of the Jeddah-based International Islamic Relief Organization (IIRO), said on Friday that his organization had shipped another consignment of relief supplies weighing more than 450,000 kilograms for Kosovars, saying the supplies could feed some 172,000 refugees for two weeks.
In a statement to the Saudi Press Agency, he said IIRO, a member of the joint relief committee, was sponsoring 20,000 refugees including 6,000 who stay in its three camps in Albania.

**Source:** *MIDDLE EAST NEWSFILE*
*ARAB NEWS 26/06/1999*

**REUTERS** :D

REUTERS Business Briefing - Article                    Page 1 of 3

## 12Oct2001 INDIA: Jaish-e-Moammed hit by US assets blocking order.

T V Parasuram
Washington, Oct 12 (PTI) In a bid to widen its financial assualt on terrorism, the US Friday ordered
to freeze assets of Pakistan-based militant outfit Jaish-e-Mohammad (JeM), which had claimed the
responsibility for the recent attack on Jammu and Kashmir Assembly.

The action comes ahead of Secretary of State Colin
Powell's visits to India and Pakistan.
India has been demanding a ban on JeM since the October 1
attack on the Jammu and Kashmir Assembly and US President George W Bush had promised action
against Jaish in a telephone conversation with Indian Prime Minister Atal Bihari Vajpayee.
Besides JeM, the US Treasury's list also includes the Haji Abdul Manan Agha, described as a "large
scale hawala (informal bank)" who runs the Al-Qadir Traders "possibly in Pakistan."
Also hit by the order is Mufti Rashid Ahmad Ladehyanoy, Pakistan pro-Taliban party head, which,
Treasury says, "may be in Karachi." Mufti is "linked to Al-Rashid Trust".

Another individual hit by the Treasury order is Mohammad
Zia, who the Treasury says, may be in Pakistan."
The Treasury says about the organisation:
"Jaish-i-Mohammad (JeM) (Army of Mohammad) is a militant,
pro-Taliban Pakistan force that receives support within
Pakistan.
Jaish-i-Mohammed is an Islamist group based in Pakistan
that has rapidly expanded in size and capability since Maulana Masood Azhar, former ultra-
fundamentalist Harakat-ul-Ansar (HuA) leader, announced its formation in February 2001.
JeM's leader, Masood Azhar, was released from Indian imprisonment in December 1999 in
exchange for 155 hijacked Indian Airlines hostages in Afghanitan. In July, a JeM rocket-grenade
attack failed to injure Jammu and Kashmir Chief Minister at his office in Srinagar but wounded
four other persons.
In December, JeM militants launched grenade attacks at a bus stop in Kupwara, India, injuring 24
persons, and at a market place in Chadoura, India, injuring 16 persons.
JeM militants also planted two bombs that killed 21 persons in Qamarwari in Srinagar. JeM is
based in Peshawar and Muzaffarabad, but members conduct terrorist activities

primarily in Kashmir.
JeM maintains training camps in Afghanistan.
Besides the four entities and individuals in Pakistan,
the Treasury includes the following:
Al-Hamati Sweets Bakeries: Al-Hamati Sweets and Al-Nur
Honey: Both owned by Mohammad Hamdi Sadiq al-Ahdal. Al-Hamati is located in Al Mukallah,
meanwhile Al-Nur is located in Sanaa (both in Yemen).
Muhammad Al-Hamati alias Mohammad Hamdi Sadiq al-Ahdal alias Abu Asim Al-Makki was
detained in prison in Saudi Arabia for planning terrorist activities against Saudi Arabia.
Al-Nur Honey Press Shops: Same ownership and background.
Al-Shifa Honey Press for Industry and Commerce: Located in Sanaa, Yemen: Owned by Mahmud
Abu al-Fatuh Mohammad aka abu Khaled aka Mahmud Abu Al-Kadr, and aka Abu Adel, located in
Sanaa is linked to the Islamic Cultural Institute in Milan.
The Institute's name appears in the United States vs. bin Laden trial as directly connected to the
embassy bombings. The Institute is considered the main al-Qaeda station house in Europe and is
used to facilitate the movement of weapons, men and money across the world.

Society of Islamic Cooperation: Located in Kandahar city: Established by Osama bin Laden in early 2001. Reportedly headed by Abu Talha, "alleged brother of bin Laden's youngest wife." Also appears to be headed by Abu Sad. Abu Talha is an al-Qaeda explosives specialist.
Rabita Trust: The Secretary General of the Rabita Trust is Wael Hamza Jalaidan (also spelt **Julaidan**). He is the logistics chief of Bin-Laden's organisation and fought on Bin-Laden's side in Afghanistan.

According to media reports, Pakistan President Pervez
Musharraf was at one time heading the Rabita Trust.
Individuals:
Muhammad al-Hamati: Owner of Al-Hamati Sweets and Al-Nur
Honey, Saana, Yemen.
Sagar-al-Jadawi: Sagaral-Jadawi may be born 1965, is
thought to be a Yemni and Saudi national. He is an aide to
Osama bin Laden.
Ahmad Said Al-Kadr: Operates the Afghanistan operations
of Human Concern International (HCI). HCI is headquartered in Canada. Al-Kadr is an al-Qaeda
operative who worked through the front organisation HCI. He is aka Abu Abd Al-Rahman Al-
Kanadi. Born 01/03/48, Cairo, Egypt. Thought to be an Egyptian and Canadian national, is an aide
to Osama bin Laden and was detained by Pakistan police authorities in connection with the
November 9, 1995 bombing of the Egyptian Embassy in Islamabad.
Yasin al-Qadi: He is aka Shaykh Abdullah Kadj. Maybe in Jedah, Saudi Arabia, heads the Saudi-
based Muwafaq Foundation. Muwafaq is an al-Qaeda front that receives funding from wealthy
Saudi businessmen. Blessed Relief is the English translation. Saudi businessmen have been
transferring millions of dollars to bin Laden through Blessed Relief.
Sad Al-Sharif: Sad Al-Sharif is a senior bin Laden associate. He is aka Abu Mohamed Saudi and
aka Abu el Masry. Born 1969 in Saudi Arabia he is brother-in-law of bin Laden and believed to be
the head of bin Laden's financial network.
Bilal bin Marwan: Born 1947. He is a senior lieutenant of Osama bin Laden. He is on the UN list of
individuals and entities associated with bin Laden.
Ayadi Chafiq bin Muhammad: May be in Tunisia. Born on January 21, 1963 in Safsis, Tunisia.
Nationality: Bosnian. Chafiq is connected to the bin Laden financial network through the Mouwafaq
Foundation in Munich, Germany.
Mamoun Darkazanli: He is a well-connected bin Laden agent and his association with al-Qaeda is
through two bin Laden aides: Manduh Mahmud Salim, one of bin Laden's reported finance chiefs
and Wadih El-Hage, bin Laden's personal secretary, who was implicated in the 1998 embassy
bombings. Darkanzani is wanted for his role in the US Embassy bombings in Africa.
Riad Hijazi: He is aka Abu-Ahmad al-Hawen, Rashid al-Maghribi (The Moroccan), Abu-Ahmad.
Jailed in Jordan. Born in California, 1968. Held joint Jordanian US citizenship and was convicted in
absentia in Jordan for plotting to attack tourists in Amman during the millennium celebrations.
He resided in the US until late 1999, when he went to Jordan to plot the millennium attacks. He was
accused by the Jordanian government of purchasing bomb-making materials and weapons to be
used in the attacks.
Oman Mahmoud Uthman: He is aka Abu Qatada al-Filistini. Maybe in London. Date of Birth:
December 30, 1960. Uthman is a senior agent for bin Laden in Europe.
Tohir Yuldashev: May be in Uzbekistan. He is the leader of the Islamic movement of Uzbekistan
(IMU), which was supported by bin Laden and the Taliban. Nationality: Uzbek. Residence: Taliban-
controlled Afghanistan.
IMU is believed to receive financial,logitical and operatinal support from bin Laden's al-Qaeda
network.
(c) 2001 Asia Pulse Pte Limited.

Asia Pulse gives no warranty or guarantee as to the accuracy of the information, Asia Pulse shall not
be liable for errors or omissions in, or delays or interruptions to or cessation of delivery of, the data

Preview | Home | Logout | Help | Contact Customer Service

## 07Sep2002 USA: 'Big' Al Qaeda Suspect Held - Terrorism - Alleged top Bin Laden aide is said to be under Saudi

By JOSH MEYER, TIMES STAFF WRITER.
'Big' Al Qaeda Suspect Held - Terrorism - Alleged top Bin Laden aide is said to be under Saudi control. U.S. freezes his assets.

WASHINGTON - LEAD: One of Osama bin Laden's trusted lieutenants, an alleged Al Qaeda financier, has been located by Saudi Arabian authorities and U.S. officials said Friday they have frozen his assets.
U.S. officials would not disclose the whereabouts of Wa'el Hamza **Julaidan**-a man who they say fought alongside Bin Laden long before he established Al Qaeda and who has been a key lieutenant in the terrorist network ever since.
But they confirmed that **Julaidan** is either in custody in Saudi Arabia, under house arrest there or being closely monitored and prohibited from leaving the country while U.S. and Saudi authorities continue to investigate him.

"This individual is directly tied to Al Qaeda and Bin Laden," said a senior Treasury Department official. "He is a big fish."
The freezing of **Julaidan**'s assets, U.S. officials assert, is evidence that authorities have made much progress in the effort to staunch the flow of terrorist financing despite growing concerns that they have been unsuccessful in dismantling Al Qaeda's economic support system.
But if **Julaidan** is in custody, it would mark a major coup for U.S. authorities in pursuing their global investigation into the Sept. 11 attacks on the World Trade Center and the Pentagon, and into the worldwide activities of Al Qaeda.
Since Sept. 11, only a handful of senior Al Qaeda leaders have been captured, while most-including Bin Laden and top aide Ayman Zawahiri-remain at large.
In addition, many believe that Al Qaeda remains flush with enough cash to launch more large-scale terrorist attacks, and that the financial crackdown has been largely unsuccessful, according to a top Swiss official.
"When I talk to my contacts throughout Europe, they share the same opinion," Swiss Atty. Gen. Valentin Roschacher said during a visit to Washington this week. Al Qaeda operatives "are still here, they are functioning and they have enough money to carry out other attacks."
Tracking Al Qaeda's finances, Roschacher said, "is difficult work," particularly because the organization has converted much of its money into gold and diamonds. Those valuables are universally accepted as currency on the black market and are virtually impossible for authorities to trace, he said.
"If you compare the number of millions [of dollars] blocked across the world and compare that to the fortunes of Bin Laden and [Al Qaeda], you come to the conclusion that there is a lot more money out there that has not been found," Roschacher said.
The United Nations also says in a report to be released next week that the global financial crackdown on terrorist financing has done little to thwart Al Qaeda.
"Despite initial successes in locating and freezing some $112 million in assets belonging to Al Qaeda and its associates, Al Qaeda continues to have access to considerable financial and other economic resources," said the United Nations' special monitoring group in charge of tracking worldwide efforts to dismantle the terrorist network.
"Government officials have indicated that it has proved exceedingly difficult to identify ... Al Qaeda-related funds and resources," a draft version of the report says.
"The funds collected and disbursed by a number of Islamic-based charities is proving particularly difficult for governments to monitor and regulate."
U.S. Treasury officials dispute that, saying they have made much progress in cracking down on Al

Qaeda's financing.

"Over the past year, we have seen a significant number of real world cases where the financial war on terrorism has thwarted terror and saved lives," according to a report the Treasury Department will issue next week concerning the status of its yearlong investigation.

"Our war on terror is working-both here in the U.S. and overseas.... We are seeing progress," according to a draft version of the report obtained Friday by The Times.

Treasury officials said Al Qaeda's shift to using gold and diamonds is an indication that the crackdown has had an effect, because such bulky currencies can't be wired from one end of the globe to the other as they can in more traditional banking systems. And they said that, although the frequency of the blocking actions has slowed, that is only because so many already have been issued.

To date, the U.S. government has designated 235 individuals, entities and organizations as "supporters of terrorism," enabling financial institutions here and abroad to freeze their assets.

"This includes 112 individuals ranging from organizational leaders such as Osama bin Laden and his key lieutenants to terrorist operatives, financiers, and intermediaries around the globe," the report said.

A Treasury official on Friday said he could not discuss the specifics of **Julaidan**'s status: "The Saudis know exactly where he is. And they know that he is as much a threat to them as he is to us." **Julaidan** is believed to have been living in Saudi Arabia for "at least the last few months," the official said.

He has for years been closely involved in a series of front companies and charitable organizations that Al Qaeda uses as conduits for raising money to launch terrorist attacks.

**Julaidan**, authorities said, has acted as a chief of logistics for Bin Laden and the two have spent a significant amount of time together over the years. **Julaidan** fought with Bin Laden in Afghanistan in the 1980s against the Soviet army, Treasury officials said.

**Julaidan** also is close with Bin Laden lieutenants Zawahiri, Abu Zubeida and Mohammed Atef, the former military commander of Al Qaeda believed to have been killed last year in an airstrike. He also has been associated with Makhtab al Khidamat, a precursor organization of Al Qaeda, the Rabita Trust and Gamaa al Islamiya terrorist organization.

In the mid-1980s, **Julaidan** also was a leader of the Islamic Center in Tucson, according to financial documents filed by the organization.

On Friday, the leader of the Islamic Center said he was unfamiliar with **Julaidan**. "I don't know him. He was here a long time ago," said Omar Shahin, who has been the center's director and imam, or prayer leader, for two years.

The senior Treasury Department official said Zubeida, who was captured in March in Pakistan, has confirmed to U.S. authorities that **Julaidan** plays a major role in Al Qaeda.

U.S. officials described **Julaidan** as being very wealthy and said that, although he may not have many assets in the United States, he is believed to have sizable accounts in Saudi Arabia that also will be frozen.

And though U.S. authorities would not confirm exactly where **Julaidan** is, they suggested that he is in custody.

"They have degrees of detention" in Saudi Arabia, the senior Treasury official said. **Julaidan**, he added, is in one of them.

EDITION: Home Edition
SECTION: Main News
(c) The Times Mirror Company 2002.

Source: *LOS ANGELES TIMES 07/09/2002 P1*

**REUTERS**

Preview | Home | Logout | Help | Contact Customer Service

## 07Sep2002 USA: U.S. Calls Financial War on Terror a Success - Treasury Report Highlights Operatives' Shift to

By Mike Allen.
U.S. Calls Financial War on Terror a Success - Treasury Report Highlights Operatives' Shift to Riskier Means of Funding.

Treasury Secretary Paul H. O'Neill plans to argue next week that the financial war on terrorism has made substantial strides by forcing many terrorists out of the banking system, even though they may retain much of their wealth, administration officials said.
A draft of a Treasury Department report, to be issued next week, asserts that the United States has made backers of terrorism more vulnerable by forcing them to turn to cash and other, riskier means of financing their operations.

The department's offensive follows a United Nations report concluding that the financial war on terrorism has largely stalled. The Treasury Department claims that the government's financial measures against terrorists have "bankrupted their institutions, and beggared their bombers."

"Our approach is to drive terrorists out of the formal financial infrastructure and into alternative and less efficient means underground," the report says. It says that approach "makes transactions riskier and more difficult to transport, more costly to monetize, and easier to intercept by law enforcement."

The Treasury Department's tally shows $112 million in terrorist assets have been frozen worldwide since Sept. 11, about $34 million of that in the United States.

But the draft of a report by the U.N. monitoring group on al Qaeda, reported last week by The Washington Post, asserted that only $10 million had been blocked in the past 10 months. The report acknowledged that steps by the United States and its allies have forced al Qaeda "to reposition its assets and resources," but concluded that the terrorist network retains the financial and logistical means "to strike again how, when and where it chooses." The Post reported this week that financial officers of al Qaeda and the Taliban have shipped large quantities of gold from Pakistan to Sudan.

A senior Treasury official compared the financial war on terrorism to the drug war, saying it "will go on in perpetuity."

"Have you ever tried to buy a plane ticket with a gold brick?" the official said. "We're not saying we've spiked the football, but there have been successes. After the bombing stops in Afghanistan, the financial war will go on for years."

The 26-page Treasury report said the department has been using new powers from the USA Patriot Act, the anti-terrorism legislation signed by President Bush last October, to obtain more information about suspicious transactions from domestic and foreign financial institutions.

Treasury's efforts continued yesterday when it announced that it was moving with Saudi Arabia to freeze the assets of Wa'el Hamza **Julaidan**, a Saudi-born man who they believe is an associate of Osama bin Laden. The action was the department's second with Saudi Arabia and its 236th under an executive order Bush issued Sept. 24, vowing to "starve terrorists of funding."
Copyright 2002, The Washington Post Co. All Rights Reserved
http://www.washingtonpost.com/.

Preview | Home | Logout | Help | Contact Customer Service

## 08Sep2002 UAE: Saudi Arabia seeks evidence on terror funds.

DUBAI, Sept 8 (Reuters) - Saudi Arabia's Interior Minister Prince Nayef said in remarks published on Sunday that the kingdom was in contact with the United States to provide evidence linking a Saudi businessmen to "terror" financing.

The U.S. Treasury Department on Friday added Wa'el Hamza **Julaidan**, an alleged Saudi associate of Osama bin Laden, to its list of "terror financiers" whose U.S. assets are to be frozen.

U.S. officials have called the action a joint one with Saudi Arabia, whose commitment to the U.S.-led effort to choke off funding for militant groups has been questioned by some experts.

Asked to comment on the U.S. officials' remarks on **Julaidan**, Prince Nayef told the business newspaper al-Iqtisadiyah: "We have heard what you've heard and this matter is of concern to every Saudi...We have begun contacts regarding this matter...and whoever says this, should convince us over this matter."

"We do not accept that any Saudi citizen perpetrates anything against his religion and country whoever this person is, but we rely on facts," he added.

The Treasury Department said **Julaidan**, 44, had been named by bin Laden and one of his top lieutenants now in U.S. custody, Abu Zubaydah, as a known associate.

It said **Julaidan** had headed several organisations that had provided logistical support for bin Laden's al Qaeda network. Washington blames the Saudi-born bin Laden and al Qaeda for the September 11 attacks.

The department said Saudi Arabia had forwarded the name for inclusion on a similar United Nations list.

**Julaidan** was not immediately available for comment.

Prince Nayef said his country continued to investigate U.S. allegations against Saudi firms and individuals suspected of ties with al Qaeda, but said the efforts must be part of wider commitments by the United Nations to combat "terrorist" funds.

"What concerns us is that we participate in such a matter so that no single country takes the matter solely in its own hands," he said in an apparent criticism of the United States.

The oil-rich kingdom is Washington's main Gulf Arab ally, but relations have been strained following attacks by U.S. media and some congressmen for perceived Saudi failure to do enough to combat terrorism. Washington says 15 of the 19 suicide hijackers who attacked the United States last year were Saudis.

More than $100 million in assets have been blocked by the United States and other nations globally since the September 11 attacks, according to U.S. Treasury officials.

(C) Reuters Limited 2002.

**Source:** *REUTERS NEWS SERVICE*
*REUTERS NEWS SERVICE - MIDDLE EAST*
*REUTERS NEWS SERVICE 08/09/2002*

**REUTERS**

Preview | Home | Logout | Help | Contact Customer Service

## 09Sep2002 SAUDI ARABIA: Saudis Disavow Joint Action With U.S. on Assets.

By Glenn R. Simpson and Steve LeVine.
Top Saudi officials disavowed a U.S. order to freeze the assets of a prominent Saudi citizen after Bush administration officials had hailed the action as a joint U.S.-Saudi effort to stop the flow of terror funds.

The denial of cooperation raised fresh questions about the touchy relationship between the two countries. On Friday, the Treasury Department said the U.S. and Saudi Arabia were "jointly" freezing the assets of Wael **Julaidan**, who worked closely with Osama bin Laden in the 1980s to dislodge Soviet forces from Afghanistan and today is a top Saudi charity official.

"The relationship between the U.S. government and Saudi Arabia is an ongoing, collaborative relationship on terrorist financing," Treasury Undersecretary Jimmy Gurule said in a Friday interview.

But on Saturday, top Saudis expressed surprise. "We have received nothing official on this issue," Saudi Finance Minister Ibrahim al-Assaf told a Saudi newspaper. The U.S. "should provide the evidence they have to convince us," intelligence chief Prince Nayef bin Abdul Aziz told the official Saudi news agency SPA.

A senior Treasury official said yesterday that Saudi foreign-affairs officials were aware of the freeze order, but the information may not have reached other government officials. The Saudi decision to seek a world-wide freeze on Mr. **Julaidan**'s assets was made weeks ago, the official added. Saudi spokesman Nail Al-Jubeir didn't return phone calls on Friday; embassy officials couldn't be reached for a comment yesterday.

Mr. **Julaidan** denied the latest allegations, telling Saudi Arabia's Arab News that he is planning to challenge the new order. His assets have been frozen in Saudi Arabia since last fall, the newspaper reported.

Mr. Gurule said Friday that the Saudis had forwarded Mr. **Julaidan**'s name to the United Nations to seek a world-wide freeze on his assets. The U.S., Mr. Gurule said, has "compelling evidence that he is a financier of terror and continues to support al Qaeda and continues to be a close associate of Osama bin Laden."

The Saudis in the past have made statements for public consumption in the kingdom - where anti-U.S. sentiment runs high - that conflict with actions supporting the U.S. "One of the great problems is Saudi Arabia can do it best if it does it silently," said Anthony Cordesman, an analyst at the Center for Strategic and International Studies. "It's very, very difficult for them to do things publicly."

Mr. **Julaidan**, 44 years old, is a respected figure in Saudi Arabia. "He is very important," said terrorism analyst Rita Katz. "He is very close to the palace, very close to the royal family, and comes from a very wealthy and respected family."

In the 1980s, Mr. Jalaidan studied in Arizona and was a leader of the Tucson Islamic Center, which later was used by men connected to Mr. bin Laden's al Qaeda network. During the Soviet occupation of Afghanistan, Mr. **Julaidan** was the main private distributor of Arab funds to anti-Soviet fighters and was the third figure in a triumvirate including Mr. bin Laden and Abdullah Azzam, a Jordanian Palestinian who died in a car-bomb attack in Peshawar in 1989.

Using the pseudonym Abu Hassan al Madani, Mr. **Julaidan** headed the Peshawar, Pakistan, office of the Saudi Red Crescent at the height of the anti-Soviet resistance effort in the mid-and late-1980s. At the time, the Saudi Red Crescent was known by Afghan and Arab fighters not as a medical-relief group but as the richest source of financial support for anti-Soviet fighters.

The network created by the three men eventually evolved into al Qaeda in the early 1990s and the U.S. and some private analysts allege Mr. **Julaidan** was a co-founder and later the al Qaeda logistics chief. But accounts from Saudi individuals say that by then Mr. Jalaidan had a falling out with Mr. Bin Laden.

Mr. **Julaidan** later became director general of an associated organization, called the Rabita Trust, according to the Treasury Department statement. The U.S. has designated the Rabita Trust a financier of al Qaeda and has frozen its assets in the U.S. During the Balkans conflicts of the mid-1990s, Mr. **Julaidan** was a key figure in funneling aid to Muslims in the region.
(Copyright (c) 2002, Dow Jones & Company, Inc.).

Source: *WALL STREET JOURNAL 09/09/2002*

REUTERS

Preview | Home | Logout | Help | Contact Customer Service

## 09Sep2002 SAUDI ARABIA: Kuwait Times - Charges 'politically-motivated'.

RIYADH: Saudi Islamic charities, accused of funding Osama bin Laden's Al-Qaeda network and other terror organizations, are fighting back one year after the Sept 11 attacks. The charities, many run by respected Islamic organisations, are the backbone of Muslim fund-raising and relief activities throughout the world and strongly dispute the US allegations. But numerous organisations and personalities have been placed on US terror-funding lists, such as Saudi businessman Wael Hamza Al-Julaidan, head of the Rabita Trust of the Makkah-based Muslim World League, whose name was added only Friday.

Saudi Interior Minister Prince Nayef moved yesterday to defend Al-Julaidan, denying US statements that Riyadh had supported action against him and demanding proof of his implication. The charities view the general charges brought by the US Treasury Department as politically-motivated and orchestrated by Christian neo-conservatives and their Zionist allies with the aim of stopping Islamic benevolent work.

"America has tried to establish a link between terrorism and Islamic (charity) societies and failed," said Al-Haramain Islamic Foundation director general Oqail Al-Oqail.

"We have more than once affirmed that well-known Islamic societies refrain from using their funds for violence and extremism," Al-Oqail said..

"Let everyone know that moderate Islamic foundations which are committed to the right path of Islam have long been at loggerheads with those groups which adopt violence ... and permit the killing of the innocent." Oil-rich Saudi Arabia boasts more than 230 non-profit-making organizations which raise about one billion riyals ($267 million) a year.

The ministry of labour and social affairs oversees the societies which dispense funds inside and outside Saudi Arabia.

"All Islamic charities in the kingdom work in the open under the eyes of all," said Adnan Basha, director of the International Islamic Relief Organisation (IIRO).

"They send delegates and relief teams to distribute aid to the poor, needy, refugees, the displaced, orphans and widows in various parts of the world," Basha said.

Both Al-Haramain and IIRO have offices in more than 50 countries but also operate through Saudi embassies and local bodies in at least 40 other countries.

US Treasury Secretary Paul O'Neill visited Saudi Arabia and other Gulf states in early 2002 in a bid to prevent charitable funds from reaching the Al-Qaeda network.

All six Gulf Cooperation Council member states pledged after the suicide hijackings to cooperate with the United States and the United Nations in freezing accounts of suspected individuals and groups.

The fact that most Saudi charities had been active in Afghanistan for more than two decades automatically put them at the forefront of suspicion in the hunt to track down funding for Al-Qaeda. Basha explained that all charity transactions abroad are carried out legally through banks and that aid goes through a three-tier vetting process.

Both he and Al-Oqail insisted that their organizations keep annual budgets approved by their boards of directors as well as Saudi embassies, authorized agencies and auditors at home and abroad.

All financial activities are monitored, they insisted. Al-Oqail said that two offices in Somalia and Bosnia which were closed in March over charges of terror-funding have now been reopened after they were acquitted.

Al-Haramain, which is headed by Saudi Religious Affairs Minister Saleh al-Sheikh, has in fact opened three more offices since the Sept 11 attacks and won more government recognition.

"Our (relief and fund-raising) activities have not been affected at all by the Sept 11 attacks ... We have expanded our activities," as donations have also increased, Al-Oqail said.

Responding to US calls to clamp down, Riyadh said in February it would "take every possible action in accordance with relevant international resolutions to ensure that charity works are not misused for illegal purposes." Officials from the US Treasury, Federal Bureau of Investigation,

State Department and National Security Council in December reviewed with the Saudi government efforts to dry up the financial resources of terrorism and the role of Islamic charities. - AFP.
Financial Times Information Ltd - Asia Africa Intelligence Wire

Kuwait Times
(c) 2002. All Rights Reserved.

**Source:** *ASIA AFRICA INTELLIGENCE WIRE*
*KUWAIT TIMES 09/09/2002*

REUTERS

Preview | Home | Logout | Help | Contact Customer Service

## 11Sep2002 USA: Business World - How About al Qaeda's Moneymen?

By Holman W. Jenkins Jr.

A year ago, America had been hit by a terrorist Pearl Harbor, was roused to anger and made it clear it was going to distinguish friends from enemies.

In October, according to the Washington Post, President Bush signed an executive order giving U.S. covert services authority to hunt down and kill al Qaeda operatives wherever they might be found overseas. A debate was reportedly well in hand over extending it to financiers. "You have to go after the Gucci guys, the guys who write the checks," a source told the Post.

Then what?

The war against al Qaeda proceeds on many fronts, not all of which are featured in the scorecards being published this week in various newspapers. But one of the dispiriting, if inevitable, vectors is that the bad guys seem to be not quite as afraid of us as they were 11 months ago.

Immediately after the attacks, it's safe to say, gold traders, arms merchants or a Moscow-dwelling airline operator, Victor Bout, would probably have thought twice before courting U.S. retaliation by helping al Qaeda back on its feet, as reported by a U.N. monitoring group and others. The Iranians probably would not be hosting much of this activity within their borders.

It turns out, though, that our war against terrorism has some limits.

We now seem to be preoccupied with whether to unfreeze small amounts of money so people who may have no real knowledge of terrorism can pay their rent and eat. The few who've been charged with crimes have been charged as unregistered money changers, not as war criminals. Last week a big fish, reputed al Qaeda logistics chief and Saudi businessman Wael **Julaidan**, was finally detained - at least we think he was detained -by our "allies," the Saudis.

"They have degrees of detention" in Saudi Arabia, a Treasury official told the Los Angeles Times. Possible translation: The Saudis are protecting him in the guise of investigating him.

Swiss Attorney General Valentin Roschacher, in Washington last week, said the universal opinion among European law enforcement is that al Qaeda operatives "are still here, they are functioning and they have enough money to carry out other attacks."

Slipping back into police mode is doubtless a normal temptation for a democratic society - and it's true that focusing on individuals has been shown to be an efficient way to fight, if not eradicate, terrorism. It worked for the Brits in Northern Ireland, the Peruvians in capturing Shining Path leader Abimael Guzman, and now even the Greeks are finally stripping the immunity long enjoyed by the November 17 Group.

But these are cases of domestic, localized terrorism. Facing a more international variety, the Israelis methodically went about knocking off the terrorists of Black September, the group behind the 1972 Munich Olympics massacre. Killings were carried out in Rome, Paris, Athens, Cyprus and Norway, leading to one diplomatic blowup after another. The Israelis survived somehow.

Yet we seem to have abandoned any notion of military reprisals, though these could be especially effective on money players, the Saudi and Gulf bankrollers who play at jihad without getting their hands dirty. They never bargained on putting their own lives on the line.

Of course, lifting the implicit military immunity of such people would raise troubling questions. In this country, 200 suspicious persons are reported to be under surveillance. We don't want the CIA conducting assassinations on our home turf. Our allies don't want us doing it on theirs. Many suspects in this country, if detainable on any grounds, are likely to be deported. Do they become fair game the minute they're off U.S. soil?

Not law but presidential order bans assassinations, and it can be countermanded by another presidential order. According to David Silverstein, a Washington-based counter-terrorism consultant, Israeli killings are decided on a case-by-case basis by a special cabinet consisting of the prime minister, defense minister and foreign minister.

But tipping our response in a more sanguinary direction would bring us up against the long-established preference of governments to duck and run rather than deal with terrorists straightforwardly. Taking away the immunity of the big players would embroil the Bush administration in the Saudi briar patch when we're trying to coax support for overthrowing Saddam Hussein.

Let's not exaggerate the conflict between our goals. We'd be unrealistic not to suspect that Saddam's regime is intimate with the overlapping circles of the Islamic and Arab radical underground and willing to cooperate with them on common purposes. The sad truth is that much of this is financed out of Saudi Arabia, a fact we recognize but aren't prepared to do much about. Mr. **Julaidan** didn't appear on the U.S. list until he was named in a private lawsuit brought on behalf of 600 World Trade Center victims.

You can't fight terrorism while giving immunity to the quartermasters and cash handlers. Other countries are always going to protest they have a right of consultation and veto over U.S. actions. When the time comes, though, they will climb aboard rather than let the illusion of their relevance be punctured. Leaks already suggest that Pentagon Chief Donald Rumsfeld is so dissatisfied with the CIA's covert war that he wants to use the military's own special forces to go after terrorist personnel outside the Afghan theater.

What makes al Qaeda peculiarly ripe for this treatment is large tooth-to-tail ratio: a support system of training bases, weapons labs and businesses, including, if you believe the U.N., a honey-trading network. In other words, it involves many participants who don't even make elaborate efforts to conceal their activities or sympathies. A war against terrorism that gives these people a pass isn't much of a war.
(Copyright (c) 2002, Dow Jones & Company, Inc.).

Source: *WALL STREET JOURNAL 11/09/2002*

**REUTERS**



**SCHWEIZERISCHE BUNDESANWALTSCHAFT**
**MINISTERE PUBLIC DE LA CONFEDERATION**
**MINISTERO PUBBLICO DELLA CONFEDERAZIONE**
**PROCURA FEDERALE**

EAII/1/01/007/Nic                                      Berne, le 16 octobre 2002

# ORDONNANCE DE PERQUISITION
# ET D'EDITION DE DOCUMENTS

Vu la procédure ouverte le 15 septembre 2001 pour violation des art. 90ss de la loi fédérale sur l'aviation (LA; RS 748.0), en liaison avec les art. 5 et 6$^{bis}$ CPS, à associer aux art. 111, 112, 181, 183, 184, 185 et 340 CPS,

vu les documents fournis en annexe à l'annonce n° Arl 1596 55 du Bureau de communication en matière de blanchiment de l'OFP,

vu le fait qu'une personne ayant le nom de **Wa'el Hamza JULAIDAN** figure sur la liste "Bush 18" et est ainsi désignée par les autorités américaines comme liée au terrorisme international,

vu l'extension de la procédure précitée à **Wa'el Hamza JULAIDAN**,

## considérant:

1. que le 11 octobre 2002, le bureau de communication en matière de blanchiment d'argent (MROS) a transmis au Ministère public de la Confédération une communication au sens de l'article 9 LBA,

2. que la communication allègue qu'un citoyen saoudien nommé Wael Hamzah A. JELAIDAN aurait ouvert un compte individuel numéroté enregistré sous le nr. 340406 auprès de la Citibank de Genève;

3. qu'il paraît fort probable que Wael Hamzah A. JELAIDAN et Wa'el Hamza JULAIDAN soient la même personne, étant donné que la date de naissance et la citoyenneté coïncident aussi;

4. que l'examen des documents fournis et le fait que M. Wa'el Hamza JULAIDAN figure sur la liste Bush n° 18 permettent l'ouverture d'une procédure d'enquête pénale;

5. que des investigations seront conduites afin de faire la lumière sur le titulaire de ce compte bancaire;

6. qu'en l'état, sur la base des informations dont le Ministère public de la Confédération dispose, il existe le soupçon de blanchiment d'argent[1], ou le fait que

---

[1] art. 305bis CPS

- 2 -

M. **Wa'el Hamza JULAIDAN** né le 22.01.1958, titulaire du passeport saoudien n° A-992535,

ou **Wael Hamzah A. JELAIDAN,** né le 22.01.1958, titulaire du passeport saoudien titulaire du compte n° 240406,

appartien à une organisation criminelle[2] susceptible de participer au financement d'activités terroristes.

En application des articles 65, 69 à 71 PPF;

## Il est ordonné :

1.   La **perquisition** du compte n° 340406 auprès de la Citibank à Genève.

2.   Le **séquestre** de tous les documents, relatifs à la relation susmentionnée, qui n'auraient pas été fournis en annexe à la communication faite le 10 octobre 2002, en particulier les documents d'ouverture, les justificatifs depuis l'ouverture (extrait de compte, avis de débits et de crédit,...), les documents faisant ressortir la provenance et la destinations des virements, la correspondance, les notices internes relatives aux contacts avec la clientèle et la vérification de l'identité des contractants, la production de tous les documents détenus par la banque liés à M. **Wael Hamzah A. JELAIDAN;**

3.   La présente ordonnance de blocage est **notifiée** :

   - au bureau de communication en matière de blanchiment, Bundesrain 20, 3003 Berne (par courrier interne);
   - à Citibank (Switzerland), Bahnhofstrasse 63, PO Box 3760, 8021 Zürich (par fax n. 01/205 72 22 et lettre signature);
   - à la police judiciaire fédérale, 3003 Berne (rif.:Alr 1596 55).

Voie de droit

La présente ordonnance peut faire l'objet d'un recours auprès du Président de la Chambre d'accusation du tribunal fédéral dans les cinq jours dès la reception par les parties et par toute personne ayants subi un préjudice illégitime (art. 105[bis] al. 2 en ralation avec les art. 214-219 PPF).



LE PROCUREUR FÉDÉRAL

Sergio Mastroianni

---

[2] art. 260ter CPS



**Bundesamt für Polizei · Office fédéral de la police · Ufficio federale di polizia · Uffizi federal da polizia**

Eidg. Justiz- und Polizeidepartement · Département fédéral de justice et police · Dipartimento federale di giustizia e polizia · Departament federal da giustia e polizia

**BUNDESKRIMINALPOLIZEI · POLICE JUDICIAIRE FEDERALE · POLIZIA GIUDIZIARIA FEDERALE**

www.admin.ch/bap

| | |
|---|---|
| Concene: | Wael Hamzah JELAIDAN |
| Références | Taskforce Terror USA 1107<br>MPC/EAII/1/01/0007 |
| Rédigé par: | Christian Zaugg, insp, BKP/ERM/WK/VMD |
| Lieu et date: | Berne, le 17.10.2002 |
| Distribution: | - MPC, M. le Procureur général suppléant Claude Nicati, pvh<br>- copie à Taskforce Terror USA |

Le 1 octobre 2002, le Ministère Public de la Confédération a transmis à la Taskforce Terror USA les copies des documents concernant le compte IFA 10409 (Faisal Finance SA) au nom de **Wael Hamzah JELAIDAN**. Les avoirs de ce compte ont été bloqués par le Ministère Public de la Confédération suite à deux annonces MROS motivées par la publication de **Wael Hamzah JELAIDAN** sur la liste "Bush 18". Le Ministère Public de la Confédération nous demande une analyse de ce compte.

Investigations

Nous avons examiné les entées et les sorties de fonds sur ce compte.

Nous avons relevé que le compte est alimenté par des versements émanant de :

- Caravan Development Group Ltd, par 5 fois
- Citibank, one client, par 1 fois
- Kais I. A. JULAIDAN, par 1 fois
- cheque "The National Commercial Bank / Al Balad, par 1 fois

Nous avons relevé que le compte est débité au profit des bénéficiaires suivants :

- **Wael Hamzah JELAIDAN**, sur différents comptes en Turquie et en Arabie Saoudite, par 11 fois
- Dr K. Schoebe, en Allemagne pour payer des soins médicaux
- Dr Abdallah Mohammed Al-Shangity, en Allemagne pour payer des soins médicaux

Nous constatons que le principal bénéficiaire des sorties de ce compte est **Wael Hamzah JELAIDAN** lui-même.

Concernant les entrées, il est intéressant de constater qu'elles proviennent essentiellement de Caravan Development Group Ltd, qui possède le compte 10257 auprès de Faisal Finance SA (Switzerland). Cette société est, selon les renseignements Dun&Bradstreet, domiciliée en Grande-Bretagne. Un extrait est annexé[1]. Sur les ordres de payements correspondant au versement de cette

---

[1] extrait D&B CARAVAN DEVELOPMENT GROUP LTD

société nous avons trouvé la signature de **Yasim A. KADI.** Ce dernier est donc derrière cette société, ce qui est confirmé par un courrier adressé le 20 décembre 2001 par le cabinet d'avocat Troyanov au substitut du procureur Général de la Confédération[2].

**Police judiciaire fédérale**
Délits contre le patrimoine

Christian Zaugg, insp.

---

[2] lettre du cabinet Troyanov