| | | Al-Turki 1 | Al-Obaid 1 | Basha 1 | Naseef 1 | Employment, 1980-present |
|---|---|---|---|---|---|---|
| MWL 2-5 | IIRO 2-5 | Al-Turki 2 | Al-Obaid 2 | Basha 2 | Naseef 2 | Your relationships with the charities |
| MWL 2-5 | IIRO 2-5 | Al-Turki 3 | Al-Obaid 3 | Basha 3 | Naseef 3 | All documents relating to you and the charities |
| | | Al-Turki 4 | Al-Obaid 4 | Basha 4 | Naseef 4 | All governmental honors, awards, etc. |
| MWL 1 | IIRO 1 | Al-Turki 5 | Al-Obaid 5 | Basha 5 | Naseef 5 | The formation, structure, etc. of the charities |
| MWL 3 | IIRO 3 | Al-Turki 6 | Al-Obaid 6 | Basha 6 | Naseef 6 | Your role in establishment, etc. of the charities |
| MWL 7 | IIRO 7 | Al-Turki 7 | Al-Obaid 7 | Basha 7 | Naseef 7 | Your supervision of the charities' funds |
| MWL 2 | IIRO 2 | Al-Turki 8 | Al-Obaid 8 | Basha 8 | Naseef 8 | Governance of the charities |
| MWL 3 | IIRO 3 | Al-Turki 9 | Al-Obaid 9 | Basha 9 | Naseef 9 | Committees, boards, etc. of charities |
| MWL 3-5 | IIRO 3-5 | Al-Turki 10 | Al-Obaid 10 | Basha 10 | Naseef 10 | Your role with the charity committees, etc. |
| MWL 4 | IIRO 4 | Al-Turki 11 | Al-Obaid 11 | Basha 11 | Naseef 11 | Each officer etc. of the charities |
| MWL 5 | IIRO 5 | Al-Turki 12 | Al-Obaid 12 | Basha 12 | Naseef 12 | Each meeting etc. of the charities |
| MWL 6 | IIRO 6, 71 | Al-Turki 13 | Al-Obaid 13 | Basha 13 | Naseef 13 | All bank accounts of the charities |
| MWL 9, 63 | IIRO 9, 84 | Al-Turki 14 | Al-Obaid 14 | Basha 14 | Naseef 14 | Any governmental investigation of the charities' accounts |
| MWL 64 | IIRO 88 | Al-Turki 15 | Al-Obaid 15 | Basha 15 | Naseef 15 | All documents seized by or produced to any government investigator |
| MWL 59, 62-64 | IIRO 80, 82-84, 88 | Al-Turki 16 | Al-Obaid 16 | Basha 16 | Naseef 16 | Any other investigation of the charities |
| MWL 54 | IIRO 73 | Al-Turki 17 | Al-Obaid 17 | Basha 17 | Naseef 17 | Communications about the charities' accounts |
| | | Al-Turki 18 | Al-Obaid 18 | | | Your role on Supreme Council of Islamic Affairs |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Al-Turki 19 | Al-Obaid 19 | | | Supreme Council, all documents about charities |
| | | Al-Turki 20 | Al-Obaid 20 | | | Supreme Council, all meetings relating to charities |
| | | Al-Turki 21 | Al-Obaid 21 | | | Supreme Council, monitoring financial assistance |
| | | Al-Turki 22 | | | | Your role on Saudi Council of Ministers |
| | | Al-Turki 23 | | | | Saudi Council of Ministers, documents you drafted |
| | | Al-Turki 24 | | | | Saudi Council of Ministers, meetings you attended |
| MWL 7 | IIRO 7 | Al-Turki 25 | Al-Obaid 22 | Basha 18 | Naseef 18 | Documents you received from the charities' finance & auditing depts. |
| MWL 7 | IIRO 7 | Al-Turki 26 | Al-Obaid 23 | Basha 19 | Naseef 19 | Documents you generated about charities' financial performance |
| MWL 43 | | Al-Turki 27 | Al-Obaid 24 | Basha 20 | Naseef 20 | Your role in any delegation re conditions in Saudi Arabia or overseas |
| MWL 43 | | Al-Turki 28 | Al-Obaid 27 | Basha 22 | Naseef 21 | Documents you received about delegations |
| MWL 43 | | Al-Turki 29 | Al-Obaid 28 | Basha 23 | Naseef 22 | All documents you drafted about delegations |
| MWL 10, 11, 50, 51 | IIRO 10, 69, 70 | Al-Turki 30 | Al-Obaid 29 | Basha 24 | Naseef 23 | All documents you received about charities' operations and finances |
| MWL 10, 11 | IIRO 10 | Al-Turki 31 | Al-Obaid 30 | Basha 25 | Naseef 24 | Documents you received about charities' overseas operations and finances |
| MWL 55-62 | IIRO 74-83 | Al-Turki 32 | Al-Obaid 31 | Basha 26 | Naseef 25 | Documents you received about charities' misuse of funds |
| MWL 47 | IIRO 79 | Al-Turki 33 | Al-Obaid 32 | Basha 27 | Naseef 26 | Documents you received about overseas charities misuse of funds |
| MWL 48, 49 | IIRO 67, 68 | Al-Turki 34 | Al-Obaid 33 | Basha 28 | Naseef 27 | Documents you drafted about operations and finances of the charities |
| MWL 7 | IIRO 7 | Al-Turki 35 | Al-Obaid 34 | Basha 29 | Naseef 28 | Annual reports of the charities |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| MWL 34, 35 | IIRO 56, 57 | Al-Turki 36 | Al-Obaid 35 | Basha 30 | Naseef 30 | Struggle against Soviet occupation of Afghanistan |
| MWL 34, 35 | IIRO 56, 57 | Al-Turki 37 | Al-Obaid 36 | Basha 31 | Naseef 31 | Your role or charities' role in supporting Afghan mujahideen |
| MWL 34, 35 | IIRO 56, 57 | Al-Turki 38 | Al-Obaid 37 | Basha 32 | Naseef 32 | Your relationship, or charities' relationship, with Afghan mujahideen |
| MWL 34, 35 | IIRO 56, 57 | Al-Turki 39 | Al-Obaid 38 | Basha 33 | Naseef 33 | Your role, or charities' role, with mujahideen and other Islamic fighters |
| | IIRO 85 | Al-Turki 40 | Al-Obaid 39 | Basha 34 | Naseef 35 | MWL and IIRO's role in Kenya bombings |
| | | Al-Turki 41 | Al-Obaid 40 | Basha 35 | Naseef 36 | MWL and IIRO's role in Bojinka plot |
| MWL 71 | | Al-Turki 42 | Al-Obaid 42 | | Naseef 34 | Al-Obaid interview in The Muslim World |
| | IIRO 2nd Supp. 1-4, 16-21 | Al-Turki 43 | Al-Obaid 41 | Basha 36 | Naseef 37 | OFAC designations of IIRO (Philippine & Indonesia) and Al Mujil |
| | IIRO 87 | Al-Turki 44 | | Basha 37 | Naseef 38 | Pakistan government investigation and expelling of IIRO |
| | IIRO 2nd Supp. 10-12 | Al-Turki 45 | Al-Obaid 43 | Basha 38 | | IIRO transfer of funds from Saudi Arabia officials to Afghanistan |
| | IIRO 2nd Supp. 10-12 | Al-Turki 46 | | Basha 39 | | IIRO summer camps and radical lectures |
| | IIRO 2nd Supp. 10-12 | Al-Turki 47 | | Basha 40 | | Macedonia investigation and expelling of IIRO |
| | IIRO 2nd Supp. 10-12 | Al-Turki 48 | | Basha 41 | | Bangladeshi freezing of IIRO account |
| | IIRO 2nd Supp. 10-12 | Al-Turki 49 | | Basha 42 | | Bahrain investigation and freezing of IIRO account |
| | IIRO 58 | Al-Turki 50 | Al-Obaid 44 | Basha 43 | | IIRO supporting Afghan training camps |
| | IIRO 2nd Supp. 10-12 | Al-Turki 51 | | Basha 44 | | IIRO's support for Arab fighters in Fallujah, Iraq, in 2004 |
| | | Al-Turki 52 | Al-Obaid 45 | | Naseef 39 | Rabita trust designations by OFAC |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Al-Turki 53 | Al-Obaid 46 | | Naseef 40 | Al Haramain al Masjed al Aqsa designations by OFAC |
| | | Al-Turki 54 | Al-Obaid 47 | | | Al Haramain Islamic Foundation designations by OFAC and UN |
| MWL 55-62, 77-78 | IIRO 74-83, 96-97 | Al-Turki 55 | Al-Obaid 48 | Basha 45 | Naseef 41 | Notification prior to 911 that any individual with the charities was supporting terrorism |
| MWL 55-62 | IIRO 74-83 | Al-Turki 56 | Al-Obaid 49 | Basha 46 | Naseef 42 | Notification anyone was diverting funds, etc. |
| MWL 55-62 | IIRO 74-83 | Al-Turki 57 | Al-Obaid 50 | Basha 47 | Naseef 43 | Notification anyone was giving funds to mujahideen |
| MWL 55-62 | IIRO 74-83 | Al-Turki 58 | Al-Obaid 51 | Basha 48 | Naseef 44 | Documents from/to any third party about any criminal activity |
| MWL 61, 62 | IIRO 82, 83 | Al-Turki 59 | Al-Obaid 52 | Basha 49 | Naseef 45 | Documents to/from Saudi Arabia government about any criminal activity |
| MWL 26 | IIRO 37 | Al-Turki 60 | Al-Obaid 53 | Basha 50 | Naseef 46 | Laws prohibiting charities from supporting terrorism |
| MWL 59 | IIRO 80; IIRO 2nd Supp. 13 | Al-Turki 61 | Al-Obaid 54 | Basha 51 | Naseef 47 | Internal investigations by charities |
| MWL 65, 70-73 | IIRO 89, 94, 95 | Al-Turki 62 | Al-Obaid 55 | Basha 52 | Naseef 48 | Actions you or charities took to prevent criminal activity |
| MWL 66 | IIRO 90 | Al-Turki 63 | Al-Obaid 56 | Basha 53 | Naseef 49 | Action you or charities took to remove/purge criminal elements |
| MWL 67 | IIRO 91; IIRO 2nd Supp. 14 | Al-Turki 64 | Al-Obaid 57 | Basha 54 | Naseef 50 | Disciplinary action you or charities took |
| MWL 68, 69 | IIRO 92, 93 | Al-Turki 65 | Al-Obaid 58 | Basha 55 | Naseef 51 | Disciplinary action you or charities took |
| MWL 64 | IIRO 88 | Al-Turki 66 | Al-Obaid 59 | Basha 56 | Naseef 52 | Documents seized by or produced to government investigators about terrorism |
| MWL 55-62 | IIRO 74-83 | Al-Turki 67 | Al-Obaid 60 | Basha 57 | Naseef 53 | Documents that anyone with charities involved with terrorism |
| | IIRO 2nd Supp. 5, 8 | Al-Turki 68 | Al-Obaid 61 | Basha 58 | Naseef 54 | Any government sanctions imposed upon charities |
| MWL 55-62 | IIRO 74-83 | Al-Turki 69 | Al-Obaid 62 | Basha 59 | Naseef 55 | Any meetings you attended about terrorism allegations, etc. |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| MWL 36, 37 | IIRO 59, 60 | Al-Turki 70 | Al-Obaid 63 | Basha 60 | Naseef 56 | MWL's secret office (Maktab al Khidmat) |
| MWL 36, 37 | IIRO 59, 60 | Al-Turki 71 | Al-Obaid 64 | Basha 61 | Naseef 57 | MWL's secret office (Maktab al Khass) |
| | IIRO 2nd Supp. 7, 9 | Al-Turki 72 | Al-Obaid 65 | Basha 62 | Naseef 58 | Any investigation of you by government |
| MWL 64 | IIRO 88 | Al-Turki 73 | Al-Obaid 66 | Basha 63 | Naseef 59 | Any documents seized from you by the government |
| | IIRO 2nd Supp. 5, 8 | Al-Turki 74 | Al-Obaid 67 | Basha 64 | Naseef 60 | Any sanctions imposed upon you by the government |
| MWL 16, 18 | IIRO 27, 29 | Al-Turki 75 | Al-Obaid 68 | Basha 65 | Naseef 61 | Relationships between charities and Saudi Arabia agencies |
| MWL 17, 19 | IIRO 28, 30 | Al-Turki 76 | Al-Obaid 69 | Basha 66 | Naseef 62 | All documents sent/received Saudi Arabia agencies |
| MWL 20 | IIRO 31 | Al-Turki 77 | Al-Obaid 70 | Basha 67 | Naseef 63 | Charities' role in spreading Islam outside Saudi Arabia |
| MWL 21 | IIRO 32 | Al-Turki 78 | Al-Obaid 71 | Basha 68 | Naseef 64 | Charities' role in Saudi Arabia foreign policy |
| MWL 22 | IIRO 33 | Al-Turki 79 | Al-Obaid 72 | Basha 69 | Naseef 65 | Charities' bank accounts, jointly with Saudi Arabia government or royals |
| MWL 23 | IIRO 34 | Al-Turki 80 | Al-Obaid 73 | Basha 70 | Naseef 66 | Role of Saudi Arabia and royals with the charities |
| MWL 24 | IIRO 35 | Al-Turki 81 | Al-Obaid 74 | Basha 71 | Naseef 67 | Capitalization and funding of charities by Saudi Arabia, royals, others |
| MWL 25 | IIRO 36 | Al-Turki 82 | Al-Obaid 75 | Basha 72 | Naseef 68 | Charities' rights, etc. under Saudi Arabia law |
| MWL 26 | IIRO 37 | Al-Turki 83 | Al-Obaid 76 | Basha 73 | Naseef 69 | Documents relating to Saudi Arabia laws, decrees, etc. |
| MWL 27 | IIRO 38 | Al-Turki 84 | Al-Obaid 77 | Basha 74 | Naseef 70 | Fundraisers supported, attended, etc. by Saudi Arabia officials |
| MWL 28 | IIRO 39 | Al-Turki 85 | Al-Obaid 78 | Basha 75 | Naseef 71 | Meetings with Saudi Arabia officials, royals |
| MWL 38, 40 | IIRO 61, 63 | Al-Turki 86 | Al-Obaid 79 | Basha 76 | Naseef 72 | Documents You authored or disseminated about overseas crises |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| MWL 12, 13, 39 | IIRO 11, 12, 26, 62 | Al-Turki 87 | Al-Obaid 80 | Basha 77 | Naseef 73 | Your fundraising activities for overseas relief work |
| MWL 41 | IIRO 64 | Al-Turki 88 | Al-Obaid 81 | Basha 78 | Naseef 74 | Documents You authored or disseminated about Muslim jihad etc |
| MWL 35, 41 | IIRO 57, 64 | Al-Turki 89 | Al-Obaid 82 | Basha 79 | Naseef 75 | Documents you authored or disseminated about support for mujahideen |
| MWL 35, 41 | IIRO 57, 64 | Al-Turki 90 | Al-Obaid 83 | Basha 80 | Naseef 76 | Documents you authored or disseminated about support for armed jihad |
| MWL 35, 41 | IIRO 57, 64 | Al-Turki 91 | Al-Obaid 84 | Basha 81 | Naseef 77 | Documents you authored or disseminated that mention "jihad" |
| MWL 74 | IIRO 50, 51 | Al-Turki 92 | Al-Obaid 85 | Basha 82 | Naseef 78 | Any relationship with Osama Binladin or any member of Bin Laden family |
| MWL 74 | IIRO 50, 51 | Al-Turki 93 | Al-Obaid 86 | Basha 83 | Naseef 79 | Documents sent to/from Osama Binladin or any Bin Laden family member |
| | | Al-Turki 94 | Al-Obaid 87 | Basha 84 | Naseef 80 | All documents relating to Al Qaeda |
| | | Al-Turki 95 | Al-Obaid 88 | Basha 85 | Naseef 81 | Any relationship with Al Qaeda |
| | | Al-Turki 96 | Al-Obaid 89 | Basha 86 | Naseef 82 | Al Qaeda's structure, formation, funding, etc. |
| | | Al-Turki 97 | Al-Obaid 90 | Basha 87 | Naseef 83 | Al Qaeda's committees, boards, etc. |
| | | Al-Turki 98 | Al-Obaid 91 | Basha 88 | Naseef 84 | Each member etc. of Al Qaeda |
| | | Al-Turki 99 | Al-Obaid 92 | Basha 89 | Naseef 85 | Meetings of Al Qaeda |
| MWL 30, 32 | IIRO 44, 46 | Al-Turki 100 | Al-Obaid 93 | Basha 90 | Naseef 86 | Meetings you attended with Appendix A list |
| MWL 30, 32 | IIRO 44, 46 | Al-Turki 101 | Al-Obaid 94 | Basha 91 | Naseef 87 | Relationships between You or charities and Appendix A list |
| MWL 31, 33 | IIRO 45, 47 | Al-Turki 102 | Al-Obaid 95 | Basha 92 | Naseef 88 | Documents You or charities sent or received from Appendix A list |
| | | Al-Turki 103 | Al-Obaid 96 | Basha 93 | Naseef 89 | All trips to Sudan, 1988-1997 |

Exhibit 1

|  |  | Al-Turki 104 | Al-Obaid 97 | Basha 94 | Naseef 90 | All trips to Afghanistan, 1988-2002 |
|---|---|---|---|---|---|---|
| MWL 75 | IIRO 54, 55 | Al-Turki 105 | Al-Obaid 98 | Basha 95 | Naseef 91 | Any relationship between You or Charities and M. Khalifa |
| MWL 59, 62-64 | IIRO 80, 82-84, 88 | Al-Turki 106 | Al-Obaid 99 | Basha 96 | Naseef 92 | Any relationship between Your or charities and W. Jelaidan |
| MWL 59, 62-64 | IIRO 80, 82-84, 88 | Al-Turki 107 | Al-Obaid 100 | Basha 97 | Naseef 93 | Any documents sent/received You/Charities/Saudi Arabia about Khalifa or Jelaidan |
| MWL 59, 62-64 | IIRO 80, 82-84, 88 | Al-Turki 108 | Al-Obaid 101 | Basha 98 | Naseef 94 | Any investigation by you/Charities of Khalifa or Jelaidan |
| MWL 67 | IIRO 91; IIRO 2nd Supp. 14 | Al-Turki 109 | Al-Obaid 102 | Basha 99 | Naseef 95 | Any discipline of Khalifa or Jelaidan |
|  |  | Al-Turki 110 | Al-Obaid 103 | Basha 100 | Naseef 96 | Any relationship with Golden Chain |
|  |  | Al-Turki 111 | Al-Obaid 104 | Basha 101 | Naseef 97 | Any documents sent/received You/charities re: Golden Chain |
|  |  | Al-Turki 112 | Al-Obaid 105 | Basha 102 | Naseef 98 | Any accounts held with Golden Chain individuals |
|  |  | Al-Turki 113 | Al-Obaid 106 | Basha 103 | Naseef 99 | Any accounts charities held with Golden Chain individuals |
|  |  | Al-Turki 114 | Al-Obaid 107 | Basha 104 | Naseef 100 | Any government investigation of Golden Chain |
|  |  | Al-Turki 115 | Al-Obaid 108 | Basha 105 | Naseef 101 | Any decision to terminate relationship with the Golden Chain individuals |
| MWL 30, 32 | IIRO 44, 46 | Al-Turki 116 | Al-Obaid 109 | Basha 106 | Naseef 102 | Any relationship between you/Charities and Appendix B |
| MWL 31, 33 | IIRO 45, 47 | Al-Turki 117 | Al-Obaid 110 | Basha 107 | Naseef 103 | Any documents you/charities sent/received from Appendix B |
| MWL 1st Supp. 3 | IIRO 1st Supp. 3 | Al-Turki 118 | Al-Obaid 111 | Basha 108 | Naseef 104 | Any relationship with Guantanamo detainees (Appendix C) |
| MWL 1st Supp. 3 | IIRO 1st Supp. 3 | Al-Turki 119 | Al-Obaid 112 | Basha 109 | Naseef 105 | Any meetings with Guantanamo detainees (Appendix C) |

Exhibit 1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Al-Turki 120 | | | | Any documents re You and Proyectos (Spain) |
| | | Al-Turki 121 | | | | Any documents re You and Zouaydi |
| | | Al-Turki 122 | | | | Any documents with Zouaydi |
| | | Al-Turki 123 | | | | Any documents re relationship with al Yarkas (Spain) |
| MWL 14 | IIRO 13 | Al-Turki 124 | Al-Obaid 113 | Basha 110 | Naseef 107 | Any agreement to pay any other D's expenses |
| MWL 15 | IIRO 14 | Al-Turki 125 | Al-Obaid 114 | Basha 111 | Naseef 108 | Any agreement for reimbursement of expenses |
| MWL 43 | | | Al-Obaid 25 | | | Your delegation to Bosnia-Herzegovina in 2000 |
| MWL 43 | | | Al-Obaid 26 | Basha 21 | | Your delegation to Bosnia-Herzegovina in 1997 |
| MWL 42 | | | | | Naseef 29 | MWL annual Constituent Council |
| | | | | | Naseef 106 | 20-24 Branford Place, Newark, NJ property |

Exhibit 1