# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Federal Insurance Co. v. al Qaida,* Case No. 03-CV-6978 (RCC) (S.D.N.Y.)
*Kathleen Ashton  v. Al Qaeda Islamic Army,* Case No. 02-CV-6977 (RCC) (S.D.N.Y.)
*Thomas E. Burnett, Sr. v. Al Baraka Investment & Development Corp.,* Case No. 03-CV-9849 (RCC) (S.D.N.Y.)
*Estate of John P. O'Neill, Sr. v. Al Baraka Investment and Development Corp.,* Case No. 04-CV-1923 (S.D.N.Y.)

## PLAINTIFFS' SECOND SET OF SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
Phone:  (215) 665-2000

Exhibit 10

**PLAINTIFFS' SECOND SET OF SUPPLEMENTAL REQUESTS FOR PRODUCTION
OF DOCUMENTS DIRECTED TO THE INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION**

Plaintiffs in <u>Federal Insurance Co. v. al Qaida</u>, Case No. 03-CV-6978 (RCC), <u>Kathleen

Ashton v. al Qaeda Islamic Army</u>, Case No. 02-CV-6977 (RCC), <u>Thomas E. Burnett, Sr. v. Al

Baraka Inv. & Dev. Corp.</u>, Case No. 03-CV-9849 (RCC), and <u>Estate of John P. O'Neill, Sr. v. Al

Baraka Investment and Development Corp.</u>, Case No. 04-CV-1923 (S.D.N.Y.) (collectively

"Plaintiffs"), propound and serve on the International Islamic Relief Organization, (hereinafter

"IIRO" or "Defendant") the following Second Set of Supplemental Requests for Production of

Documents to be answered fully and under oath, pursuant to Rule 34 of the Federal Rules of

Civil Procedure, within 30 days of their receipt.

The "Instructions" and "Definitions" set forth in the Plaintiffs' First Set of Requests for

Production of Documents Directed to the International Islamic Relief Organization are

incorporated herein by reference, except that the following definition shall also apply:

1.      The term "deviant activity" shall mean and refer to any activity related to or

associated with deviant ideologies, deviant thinking or deviant interpretations of Islam.  The

terms "deviant ideologies," "deviant thinking," and "deviant interpretations of Islam" shall

have the same meanings as when used by authorities of the government of the Kingdom of

Saudi Arabia and/or Saudi religious authorities.  <u>See</u> *Interior Minister Urges Imams to

Confront Deviant Ideologies*, June 21, 2007, Website of the Royal Embassy of Saudi Arabia,

Washington, D.C., <u>http://www.saudiembassy.net/2007News/News/NewsDetail.asp?cIndex+7240</u>;

*Mosque Council Urges Confrontation of Deviant Thinking*, September 1, 2003, Website of the

Royal Embassy of Saudi Arabia, Washington, D.C.,

<u>http://www.saudiembassy.net/2003News/News/IslDetail.asp?cIndex=762</u>.

Exhibit 10

### PLAINTIFFS' SECOND SET OF SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

1.      Please provide any and all documents relating to the United States Treasury Department's investigation and August 3, 2006 designations of the IIRO's Philippine and Indonesian branch offices and Abd al Hamid Sulaiman al Mujil, the IIRO's Executive Director of the Eastern Province Branch (hereinafter, collectively referred to as the "IIRO Designees"), "for facilitating fundraising for al Qaida and affiliated terrorist groups." Such documents shall include, but are not limited to, any and all documents identifying all accounts, assets, and monies that were seized and/or frozen following the August 3, 2006 designations.

**ANSWER:**



2.      Please provide any and all documents relating to any investigations or inquiries conducted by the United Nations relating to allegations of the IIRO Designees' ties to terrorism, including without limitation, any and all documents relating to the U.N. Security Council Sanctions Committee's designations, dated August 4, 2006 and November 9, 2006, identifying the IIRO Designees as entities and individuals "belonging to or associated with the Al-Qaida organization." Such documents shall include, but are not limited to, any and all documents identifying all accounts, assets, and monies that were seized and/or frozen following the designations.

**ANSWER:**

3

Exhibit 10

3.   Please provide any and all documents relating to any investigations or inquiries conducted by the Republic of the Philippines and the Republic of Indonesia relating to allegations of the IIRO Designees' ties to terrorism, including without limitation, all documents identifying any and all accounts, assets, and/or monies seized and/or frozen by those governments.

**ANSWER:**

4.   Please provide any and all documents relating to IIRO Account Nos. 0200100100000011145671 and 0200200100000012000472, held at the Bank of Philippine Islands ("BPI"). Such documents shall include, but are not limited to, correspondence, letters, memoranda, notes, and/or e-mails, that refer to, relate to, or reflect communications between or among the IIRO, the IIRO Designees and BPI, monthly account statements, annual account statements, account notices, deposits, withdrawals, deposit slips, check stubs, cleared or canceled checks, cashier checks, money orders, debit/credit memos, financial ledgers, journals, investment records, real estate records, records of assets, loan records, audit work papers, audit reports, wire transfers, and any documentation showing the source(s) and/or destination(s) of any funds deposited into or withdrawn from those accounts.

**ANSWER:**

5.   Please provide all documents relating to any designation, sanction or restriction imposed upon You and/or the IIRO Designees by any agency, department or instrumentality of the United States, United Nations, or any other nation or international body.

4

Exhibit 10

**ANSWER:**

6.      Please provide copies of any and all documents and things that have been seized by, or produced by You and/or the IIRO Designees to, any investigators, auditors, government officials or agencies, and/or international bodies concerning the IIRO Designees' alleged support for, or connections to, alleged terrorist, deviant or criminal organizations, groups, individuals, or activities.

**ANSWER:**

7.      Please provide any and all documents relating to any investigations or inquiries conducted by the Kingdom of Saudi Arabia relating to You and/or the IIRO Designees' ties to terrorism.

**ANSWER:**

8.      Please provide any and all documents relating to any sanctions or restrictions imposed upon You and/or the IIRO Designees by the Kingdom of Saudi Arabia.

**ANSWER:**

9.      Please provide any and all documents sent to, and/or received from, the Kingdom of Saudi Arabia, relating to any accusation that the IIRO Designees, or any individual or entity employed by and/or affiliated with the IIRO Designees, were associated with or involved in any

Exhibit 10

criminal, corrupt, deviant or extremist activity, including without limitation any terrorist or radical religious, political or social activities.

**ANSWER:**

10.     Please provide all documents relating to any and all information or notification You received that the IIRO Designees, or any individual or entity employed by and/or affiliated with the IIRO Designees, were associated with or involved in: (i) the sponsorship of any radical, extremist, or terrorist organization; (ii) criminal, corrupt or deviant activities; or (iii) any military, radical or terrorist activity, plot, or attack.

**ANSWER:**

11.     Please provide all documents relating to any and all information or notification You received that the IIRO Designees, or any individual or entity employed by and/or affiliated with the IIRO Designees, may have been or were diverting funds or otherwise providing material support or resources to the Abu Sayyaf Group and Jemaah Islamiyah.

**ANSWER:**

12.     Please provide all documents relating to any and all information or notification You received that the IIRO Designees, or any individual or entity employed by and/or affiliated with the IIRO Designees, may have been or were diverting funds or otherwise providing material support or resources to: (i) Islamic radicals, fundamentalists, extremists or persons or

Exhibit 10

organizations associated with international terrorism or domestic terrorism; and/or (ii) al Qaida, other terrorist organizations and/or individuals sympathetic to al Qaida, or other terrorist organizations, regardless of whether you believe such person(s) or entity(s) was acting within the scope of his employment in relation to any such activities.

**ANSWER:**

13.    Please provide any and all documents relating to any internal investigations conducted by You, relating to any accusation that the IIRO Designees, including any individual or entity employed by and/or affiliated with the IIRO Designees, were associated with or involved in any criminal, corrupt, deviant or extremist activity, including without limitation any terrorist or radical religious, political or social activities.

**ANSWER:**

14.    Please provide all documents relating to any disciplinary action taken by You, or any decision to terminate any relationship with the IIRO Designees, or any individual or entity employed by and/or affiliated with the IIRO Designees, as a result of financial irregularities, suspicious activities, investigations into possible links to the financing of terrorist organizations, and/or the support of violence or jihad, including without limitation, any such individuals or entities identified in response to Requests #9-13.  In the event You have closed the IIRO branch offices in the Philippines and Indonesia, and/or terminated al Mujil from any and all positions he holds within the IIRO, please provide such documentation.

**ANSWER:**

Exhibit 10

15.    Please provide any and all documents relating to the IIRO Designees' role in providing material support or resources to al Qaida, the Abu Sayyaf Group, Jemaah Islamiyah, or other Islamic fighters in Indonesia, the Philippines, or elsewhere, including without limitation, the support of camps in and/or around those areas, recruitment, training, transportation, lodging, the acquisition, trafficking, and/or smuggling of weapons and arms such as rockets, mortars, rifles, dynamite and other bombs, and the provision of boots, tents, and uniforms.

**ANSWER:**

16.    Please provide any and all documents governing, describing, detailing, or otherwise relating to the relationship between the IIRO and Abd al Hamid Sulaiman al Mujil, including without limitation, all documents relating to al Mujil's appointment as IIRO's Executive Director of the IIRO Eastern Province Branch, and all other positions al Mujil has held and/or holds within the IIRO.  Such documents shall include, but are not limited to, copies of al Mujil's resumes, curriculum vitaes, biographies, abstracts, media reports, digests, publications, summaries, employment contracts, and/or outlines.

**ANSWER:**

17.    Please provide any and all documents relating to al Mujil's supervision, management, control of, or distribution of IIRO funds, including without limitation, all documents relating to al Mujil's duties and responsibilities to determine and/or make recommendations as to which charities, individuals, or entities should receive financial and/or

Exhibit 10

non-monetary support from the IIRO and the IIRO Eastern Province Branch, and the purpose for
such disbursements.

**ANSWER:**

18.     Please provide any and all documents relating to the transfer of IIRO funds
authorized by al Mujil and/or the IIRO Eastern Province Branch (and/or any IIRO official,
employee, representative or agent working on al Mujil's or the IIRO Eastern Province Branch's
behalf) for any IIRO branch office.

**ANSWER:**

19.     Please provide any and all documents governing, describing, detailing, or
otherwise relating to the relationship between al Mujil and the Kingdom of Saudi Arabia,
including without limitation, the following agencies of the KSA: the Supreme Council of Islamic
Affairs, the Ministry for Islamic Affairs, Endowments, Dawa and Guidance, the Ministry of
Foreign Affairs, Endowments, Dawa and Guidance, the Ministry of Defense and Aviation,
Endowments, Dawa and Guidance, the Majlis al Shura (a/k/a the Shura Council), the Ministry of
Education, and any embassy or consulate of the KSA.  Such documents shall include, but are not
limited to, any official positions al Mujil held or holds within the government of the KSA.

**ANSWER:**

Exhibit 10

20.     Please provide any and all documents relating to any meeting al Mujil attended in his capacity as an official and/or representative of the IIRO with any official, representative, or agency of the KSA.

**ANSWER:**

21.     Please provide any and all documents relating to any investigation conducted by the IIRO into any alleged criminal, improper, unauthorized, deviant or terrorist activities of al Mujil, including but not limited to, al Mujil's ties to the following terrorists and terrorist organizations: Osama Bin Laden, Abdullah Azzam, Khalid Sheikh Mohammad, Muhammad Jamal Khalifa, Abdurajak Janjalani, al Qaida, Abu Sayyaf Group, and Jemaah Islamiyah.

**ANSWER:**

22.     Please provide any and all documents governing, describing, detailing, or otherwise relating to the relationship between or among You, the IIRO Designees, and the following individuals: Abd Al-Hadi Daguit and Mahmud Abd Al-Jalil Afif. Such documents shall include, but are not limited to, any positions those individuals held or hold within the IIRO.

**ANSWER:**

23.     From the period beginning January 1990 through the present, please provide any and all documents identifying all individuals, both foreign and domestic, employed by the Philippine and Indonesian branch offices of the IIRO. Such documents shall include, but are not

Exhibit 10

limited to, lists of all officers, directors, trustees, employees and agents, with dates of hire and termination, job title, job responsibilities, and place of employment.

**ANSWER:**

24.    From the period beginning January 1990 through the present, please provide any and all documents relating to any grants, loans and investments made by the Philippine and Indonesian branch offices of the IIRO.  Such investments shall include, but are not limited to, real estate, real estate ventures, stocks, government bonds, corporate bonds, municipal bonds, cash investments, pooled investments, equity funds, mutual funds, hedge funds, money market securities, annuities, commodities, options, futures, collectibles, diamonds, gold, IRAs, and/or municipal debt instruments.

**ANSWER:**

25.    From the period beginning January 1990 through the present, please provide any and all documents detailing all contributions received and disbursements made by the Philippine and Indonesian branch offices of the IIRO.

**ANSWER:**

Exhibit 10

Respectfully submitted,

Dated: January 28, 2008                     BY: _____/s/_____
                                                 Stephen A. Cozen, Esq.
                                                 Elliott R. Feldman, Esq.
                                                 Sean P. Carter, Esq.
                                                 J. Scott Tarbutton, Esq.
                                                 1900 Market Street
                                                 Philadelphia, PA 19103
                                                 Tele: (215) 665-2000
                                                 Fax: (215) 665-2013

                                                 Attorneys for *Federal Insurance* Plaintiffs


                                                 Ronald L. Motley, Esq. (RM-2730)
                                                 Jodi Westbrook Flowers, Esq.
                                                 Robert Haefele, Esq.
                                                 MOTLEY RICE LLC
                                                 28 Bridgeside Boulevard
                                                 P.O. Box 1792
                                                 Mount Pleasant, South Carolina 29465
                                                 Telephone: (843) 216-9000


                                                 Paul J. Hanly, Jr., Esq. (PH-5486)
                                                 Jayne Conroy, Esq. (JC-8611)
                                                 Andrea Bierstein, Esq. (AB-4618)
                                                 HANLY CONROY BIERSTEIN &
                                                    SHERIDAN, LLP
                                                 415 Madison Avenue
                                                 New York, NY 100 17-11 1 1
                                                 Telephone: (212) 401-7600

                                                 Attorneys for *Burnett* Plaintiffs

Exhibit 10

James P. Kreindler, Esq. (JK7084)
Andrew J. Maloney III, Esq. (AM8684)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY  10017-5590
(212) 687-8181

Attorneys for *Ashton* Plaintiffs


Jerry S. Goldman, Esq. (JG8445)
LAW OFFICES OF JERRY S. GOLDMAN
  AND ASSOCIATES, P.C.
111 Broadway, Suite 1305
New York, New York 10006
Tel.: (212) 242-2232
Fax: (212) 346-4665

Attorney for *O'Neill* Plaintiffs

Exhibit 10

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Second Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization was served via electronic mail and U.S. first-class mail, postage prepaid, this 28th day of January 2008, upon:

Martin F. McMahon, Esq.
Lisa D. Angelo, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
(Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

J. Scott Tarbutton, Esq.

PHILADELPHIA\2975128\1  117430.000

Exhibit 10