

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON : Civil Action No.
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD) (FM)
:
:
This document applies to: :
:
Hoglan, et al. v. The Islamic Republic :
of Iran, et al. 1:11-cv-07550-GBD :

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The Motion for Admission *Pro Hac Vice* filed by Stephen A. Corr, Esquire in the above-captioned matter is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania and that his contact information is as follows:

> Stephen A. Corr, Esquire
> Stark & Stark, P.C.
> 777 Township Line Road, Ste. 120
> Yardley, PA 19067
> Ph.: 267-907-9600
> Fax: 267-907-9659
> scorr@stark-stark.com

Applicant has previously been admitted *pro hac vice* and has appeared on behalf of the Plaintiffs in *Havlish, et al. v. bin-Laden, et al.*, 03-cv-09848. Applicant has now requested admission *pro hac vice* to appear for all purposes as counsel for the Plaintiffs in *Hoglan, et al. v. The Islamic Republic of Iran, et al.* 11-cv-07550.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

BY THE COURT

OCT 06 2015
_____
Date

_____
George B. Daniels,
United State District Judge