**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD/FM) |

This document relates to: *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

### DEFAULT JUDGMENT

The above-referenced action, *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD), was commenced on August 20, 2003 as action number 03-CV-1766 (RBW) in the United States District Court for the District of Columbia and transferred to this Court by the Judicial Panel on Multidistrict Litigation. Plaintiffs' Second Amended Complaint was filed December 30, 2004, and each of the Defendants listed in Exhibit 1 were served by publication pursuant to an Order by the Honorable Richard C. Casey dated September 16, 2004, permitting service by publication, and proofs of such service were filed on the dates set forth in Exhibit 1.[1] Those Defendants, having not answered or otherwise moved with respect to Plaintiffs' Second Amended Complaint, and the time for answering or otherwise moving against Plaintiffs' Second Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiffs in the above-referenced action, seeking unliquidated damages for losses, have Judgment against the Defendants listed in Exhibit 1 solely as to liability, and shall be entitled to a hearing

---

[1] The *O'Neill* Plaintiffs were not named in the original Publication Order but were added to it by Judge Casey upon counsel's request. *See* Endorsed Letter from Jerry S. Goldman to Honorable Richard C. Casey, October 8, 2004 (03-MD-1570, Docket No. 488) (adding *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD) to Publication Order).

before Judge Frank Maas to establish the aggregate value of the Plaintiffs' unliquidated damages.

Dated: OCT 13 2015, 2015
New York, NY

By: _George B. Daniel_
George B. Daniels
United States District Judge

2