## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**Via ECF and Facsimile**

**APPLICATION GRANTED**
**SO ORDERED**
*/s/ Frank Maas*
Frank Maas, USMJ  10/13/15

October 13, 2015

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/15

Re:   In Re: Terrorist Attacks on September 11, 2001
      03 MDL 1570 (GBD) (FM)

Dear Magistrate Judge Maas:

I write on behalf of the Plaintiffs' Executive Committees ("PEC") with the consent of the Defendants' Executive Committee ("DEC") to seek the Court's approval of proposed modifications of the existing briefing schedule for motions to compel to address certain scheduling conflicts that have arisen.

You will recall that the original structure and timing for the filing of plaintiffs' motions to compel were predicated upon an early round of motions to be filed with the Court on a rolling basis, thereby allowing the Court to review the briefs, hold oral argument, and issue rulings as they came in. Consistent with the schedule endorsed by the Court, briefing is ongoing as to defendants Dubai Islamic Bank, Wa'el Jelaidan, Perouz Sedaghaty, Soliman al Buthe, Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Muhsen al Turki, Adnan Basha, and Al Haramain Islamic Foundation. However, as a result of several extensions to the briefing schedule, the deadlines for plaintiffs' reply briefs as to those defendants are inadvertently falling on or near the same dates in October. To complicate the issue further, those reply briefs are coming due at the same time the existing briefing schedule calls for plaintiffs to file their initial motions to compel this month for defendants Muslim World League ("MWL"),

October 13, 2015
Page 2

International Islamic Relief Organization ("IIRO"), World Assembly of Muslim Youth ("WAMY"), Dallah Avco, and Yassin Kadi. As it currently stands, plaintiffs have briefs due as to 13 defendants in October. Accordingly, reasonable and practical adjustments to the briefing schedule are necessary.

To alleviate this present logjam, the PEC and the DEC submit that particular focus should be applied to completing the existing round of motions, which will allow the Court to begin the process of reviewing motions and issuing decisions. The parties propose the following deadlines for plaintiffs to file their reply briefs:

- Defendant Wa'el Jelaidan - Plaintiffs' reply brief due October 30, 2015.

- Defendants Perouz Sedaghaty and Soliman al Buthe - Plaintiffs' reply briefs due November 6, 2015.

- Defendants Naseef, Obaid, Turki, and Basha - Plaintiffs' reply brief due November 13, 2015.

- Defendant Al Haramain Islamic Foundation - Plaintiffs' reply brief due November 24, 2015.

- Defendant Dubai Islamic Bank - Plaintiffs' reply brief due December 4, 2015.

To ensure the completion of the above briefing, and to further afford additional time for dialogue among the parties relative to their discovery disputes, the PEC and the DEC propose moving the deadlines as to the MWL, IIRO, WAMY, Dallah Avco, Yassin Kadi and Sanabel al Kheer as follows:

- Defendant Sanabel al Kheer, Inc. — Plaintiffs' motion to compel due November 13, 2015.[1]

- Defendant Dallah Avco — Plaintiffs' motion to compel due December 18, 2015.

- Defendant Yassin Kadi — Plaintiffs' motion to compel due January 15, 2016.

- Defendant World Assembly of Muslim Youth — Plaintiffs' motion to compel due February 5, 2016.

---

[1]  This filing deadline remains unchanged per the Court's letter endorsement on September 11, 2015 (ECF No. 3030).

October 13, 2015
Page 3

- Defendants Muslim World League and International Islamic Relief Organization —Plaintiffs' motions to compel due February 26, 2016.

Further, for those defendants who are awaiting a motion to compel, upon receipt of each motion, the parties will propose a briefing schedule for the response and reply.

Respectfully submitted,

Jerry S. Goldman

JSG:mf
cc: The Honorable George B. Daniels (via facsimile)
All Counsel of Record (via ECF)

nydocs1-1056892.4