UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
In Re: Terrorist Attacks on September 11, 2001 :
:
:   ORDER OF REFERENCE
:   TO A MAGISTRATE JUDGE
:
:   03 MDL 1570 (GBD) (FM)
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 14 2015

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

\*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_ Settlement

 X  Inquest After Default/Damages Hearing

**04-cv-1076 ECF No. 3067**

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions: \_\_\_\_

Dated: October 14, 2015

SO ORDERED.

*George B. Daniels*
United States District Judge