**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
:
:
:
In re Terrorist Attacks on September 11, 2001           :           03 MDL 1570 (GBD)
:
:
:
:
------------------------------------ x

ORDER

Parties to this multi-district litigation ("MDL") shall file all documents under this MDL docket only. The parties shall not file any documents under the electronic dockets for the individual civil matters. The parties shall indicate clearly to which civil actions their filings submitted under this MDL are related.

Dated: October 14, 2015
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge