**Attachment A**

U.S. Supreme Court, letter to the U.S. Court of Appeals,
*Dept. of the Treasury, et al. v. Al Haramain Islamic Foundation, Inc., et al.*,
No. 11-A-1095 (May 22, 2012).

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 22, 2012

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**MAY 2 4 2012**

FILED_____
DOCKETED_____
                    DATE        INITIAL

Re:  Department of the Treasury, et al.
     v. Al Haramain Islamic Foundation, Inc., et al.
     Application No. 11A1095
     (Your No. 10-35032)

Dear Clerk:

The application for an extension of time within which to file a petition
for a writ of certiorari in the above-entitled case has been presented to
Justice Kennedy, who on May 22, 2012 extended the time to and including
June 28, 2012.

This letter has been sent to those designated on the attached
notification list.

Sincerely,

**William K. Suter**, Clerk

by *Kyle R. Ratliff*

Kyle R. Ratliff
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Donald B. Verrilli , Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Mr. David D. Cole
c/o Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, DC  20001


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526