## Attachment C

*United States v. Sedaghaty*, No. 11-30342, Letter to the Clerk (ECF No. 77) (9th Cir. Nov. 4, 2013).

**U.S. Department of Justice**
*S. Amanda Marshall*
*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Suite 600*   (503) 727-1000
*Portland, OR 97204-2902*   *Fax (503) 727-1117*

November 4, 2013

Molly Dwyer
Clerk of Court
Ninth Circuit Court of Appeals
P.O. Box 193939
San Francisco, California 94119-3939

    Re:   *United States v. Pirouz Sedaghaty,* Case No. 11-30342

Dear Ms. Dwyer:

    On August 23, 2013, this Court issued a published decision in this case. Thereafter, the government sought and received an extension of time to file a petition for rehearing or rehearing en banc. We appreciated the additional time that the Court has afforded us to review this opinion and consult with the Solicitor General's Office. The Solicitor General has determined that the government should not seek further review of this Court's opinion.

                                Sincerely,

                                S. AMANDA MARSHALL
                                United States Attorney

                              *s/Kelly A. Zusman*

                                Kelly A. Zusman
                                Appellate Chief, USAO Oregon