## Attachment D

*United States v. Sedaghaty*, Motion to Dismiss,
No. 06-CR-60005 (ECF No. 659) (D. Or. July 29, 2014).

S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
KENT S. ROBINSON, OSB #096251
First Assistant United States Attorney
kent.robinson@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:   (503) 727-1000
Facsimile:    (503) 727-1117
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 6:05-CR-60008-02-AA |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS DEFENDANT PIROUZ SEDAGHATY |
| v. | |
| PIROUZ SEDAGHATY, a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus, | |
| Defendant. | |

The United States of America, through its undersigned counsel, moves pursuant to Fed. R. Crim. P. 48(a) to dismiss with prejudice, the indictment against defendant Pirouz Sedaghaty, a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus, for the reason that it is in the best interest of justice.

DATED this 29th day of July 2014.

S. AMANDA MARSHALL
United States Attorney

*/s/ Kent S. Robinson*

KENT S. ROBINSON
First Assistant United States Attorney