## Attachment E

*United States v. Sedaghaty*, Order of Dismissal,
No. 05-CR-60005 (ECF No. 660) (D. Or. July 29, 2014).

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:05-CR-60008-02-AA |
| Plaintiff, | ORDER DISMISSING DEFENDANT PIROUZ SEDAGHATY |
| v. | |
| PIROUZ SEDAGHATY, a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus, | |
| Defendant. | |

Based on the motion of the United States, and good cause being shown,

IT IS HEREBY ORDERED that the indictment against defendant Pirouz Sedaghaty, a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus is dismissed without prejudice.

SO ORDERED this 29 day of July 2014.

*[signature]*
ANN AIKEN
United States District Chief Judge

Submitted by:

S. AMANDA MARSHALL
United States Attorney

*[signature]*
KENT S. ROBINSON
First Assistant United States Attorney