UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) Civil Action No. 03 MDL 1570 (GBD) (FM) <br> ) <br> ) <br> ) |

*This document relates to: All Actions*

## ORDER

And now, this _____ day of _____, 2015, after careful consideration of the joint request for entry of final judgment, this Court finds that there is no just reason to delay the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC").

This litigation has now been pending since 2002. Absent the entry of a Rule 54(b) judgment, it could be several more years before all claims against all defendants are resolved – the claims against non-dismissed defendants are still in the document phase of discovery, with further motion practice and extensive depositions expected to follow. In the meantime, defendants Saudi Arabia and SHC will be unable to obtain repose, and the plaintiffs will be unable to seek appellate review of the Court's dismissal order. Under these circumstances, there is no just reason for delay and it is appropriate at this juncture to grant a partial judgment under Rule 54(b) with respect to defendants Saudi Arabia and SHC, which have been entirely dismissed from the case. *See Cullen v. Margiotta*, 811 F.2d 698, 712 (2d Cir. 1987) (finding Rule 54(b) certification appropriate where additional proceedings "could last years," and there was "no just reason to require the parties to await the conclusion of that remedy phase in order to seek review of the claims already dismissed").

2

The Court has dismissed all claims asserted by any plaintiff against defendants Saudi Arabia and SHC and has decided finally their rights and liabilities, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to those defendants.

**ACCORDINGLY, IT IS HEREBY ORDERED** this _____ day of _____, 2015 that the Court's dismissals of defendants Saudi Arabia and SHC are certified as final pursuant to Federal Rule of Civil Procedure 54(b).  The Clerk of the Court is directed to prepare and enter a final judgment.

SO ORDERED.

_____
Hon. George B. Daniels
United States District Judge

LEGAL\24665772\1