# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036
_____

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

S. ALEXANDER MILLER
   Of Counsel
   Admitted in Virginia

SONIA SHAIKH
   Summer Associate
   J.D. May 2016

W. JAMESON FOX
Associate
Admitted in Virginia
District of Columbia (Pending)

CAITLIN WILENCHIK
Summer Associate
J.D. May 2016

FELICIA DANA
Law Clerk
J.D. May 2017

October 26, 2015

The Honorable Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

Counsel for Defendant Wa'el Jelaidan has learned from Counsel for Defendant Yassin Kadi of an error in Jelaidan's recent Opposition (Docket number 3062) to Plaintiffs' motion to compel production. Namely, Kadi's attorneys informed undersigned counsel that there were no "jointly-held accounts" between Jelaidan and Kadi. Undersigned counsel stated erroneously on page 5, line 12 of the Opposition that "it is a leap in logic to argue that because Defendant Jelaidan authorized Mr. Kadi to access their jointly-held accounts, he would be able to access those same accounts himself." The error has been corrected by deleting this sentence from the attached corrected Opposition.

Respectfully submitted,

 /s/ Martin McMahon
Martin F. McMahon, Esq.
McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Phone: (202) 862-4343
Fax: (202) 828-4130
mm@martinmcmahonlaw.com