## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et. al.*, 04-CV-1922 (GBD) (FM) (S.D.N.Y.)

### NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, including both the named Plaintiffs and all members of the putative class, in the matter of *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-1922, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order of the United States District Court for the Southern District of New York, dated September 29, 2015 (MDL ECF No. 3046), a copy of which is attached as Exhibit A, both denying Plaintiffs' motion to amend their pleading as to the Kingdom of Saudi Arabia as well as granting dismissal of the Kingdom of Saudi Arabia, and appeal from each and every opinion and order upon which said Order is based.

DATED:     October 27, 2015
           New York, New York

                                    /s/ Jerry S. Goldman
                                    Jerry S. Goldman, Esq.
                                    ANDERSON KILL, P.C.
                                    1251 Avenue of the Americas
                                    New York, NY  10020
                                    (212) 278-1000

                                    Attorneys for the *O'Neill* Plaintiffs

nydocs1-1056245.2