UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>**NOTICE OF APPEAL** |
|---|---|

*This document relates to:*

*Federal Insurance Company, et al. v. al Qaida, et al.,* Case No. 03-cv-6978

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in *Federal Insurance Company, et al. v. al Qaida, et al.,* Case No. 03-cv-6978 (GBD), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order entered on September 29, 2015, a copy of which is attached as Exhibit A, in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina.

        Respectfully submitted,

        COZEN O'CONNOR

        BY: */s/ Stephen A. Cozen*

            Stephen A. Cozen, Esquire
            Elliott R. Feldman, Esquire
            Sean P. Carter, Esquire
            J. Scott Tarbutton, Esquire
            One Liberty Place
            1650 Market Street
            Philadelphia, PA 19103
            Tele: (215) 665-2000

        *Attorneys for Plaintiffs/Appellants*

Dated:  October 27, 2015

## CERTIFICATE OF SERVICE

I, Coleen D. Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 27th day of October, 2015.

By: _____
Coleen D. Williams, Paralegal
Cozen O'Connor