UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>**NOTICE OF APPEAL** |

*This document relates to:*

*Vigilant Insurance Company, et al., v. Kingdom of Saudi Arabia, et al.,* Case No. 03-cv-8591
*Pacific Employers Insurance, et al., v. Kingdom of Saudi Arabia, et al.,* Case No. 04-cv-7216

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in *Vigilant Insurance Company, et al., v. Kingdom of Saudi Arabia, et al.*, Case No. 03-cv-8591 (GBD), and all Plaintiffs in *Pacific Employers Insurance, et al., v. Kingdom of Saudi Arabia, et al.*, Case No. 04-cv-7216 (GBD), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order entered on September 29, 2015, a copy of which is attached as Exhibit A, in favor of defendant Kingdom of Saudi Arabia.

> Respectfully submitted,
>
> COZEN O'CONNOR
>
> BY: */s/ Stephen A. Cozen*
> Stephen A. Cozen, Esquire
> Elliott R. Feldman, Esquire
> Sean P. Carter, Esquire
> J. Scott Tarbutton, Esquire
> One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19103
> Tele: (215) 665-2000
>
> *Attorneys for Plaintiffs/Appellants*

Dated: October 27, 2015

## CERTIFICATE OF SERVICE

I, Coleen D. Williams, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 27th day of October, 2015.

By: *Coleen D. Williams*
Coleen D. Williams, Paralegal
Cozen O'Connor