UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
*Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,*
*03-cv-9849*

---

## NOTICE OF APPEAL

---

Notice is hereby given that all Plaintiffs in the matter of *Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., 03-cv-9849,* hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order of the United States District Court for the Southern District of New York, dated September 29, 2015 (MDL ECF No. 3046), a copy of which is attached as Exhibit A, (a) denying Plaintiffs' motion to amend their pleading as to Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and (b) dismissing Plaintiffs' claims against SHC, and appeal from each and every opinion and order upon which said Order is based.

DATED:     October 27, 2015
           New York, New York

/s/ Robert T. Haefele_____
Jodi Westbrook Flowers
jflowers@motleyrice.com
Robert T. Haefele, Esq.
rhaefele@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792

Mount Pleasant, SC 29465
Tel:  (843) 216-9000
Fax: (843) 216-9450

Andrea Beirstein
abierstein@simmonsfirm.com
Simmons Hanly Conroy, LLC
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

Attorneys for the *Burnett* Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Robert T. Haefele, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 27th day of October, 2015.

                                         By:  /s/ Robert T. Haefele_____
                                                  Robert T. Haefele, Esq.
                                                  Motley Rice, LLC