UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks On September 11, 2001 | ) <br> ) 03 MDL 1570 (GBD) (FJM) <br> ) ECF Case <br> ) <br> ) |

This document relates to:

**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

## NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs, including Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P. (now known as BGC Environmental Brokerage Services, L.P.), Cantor Fitzgerald Europe, Cantor Fitzgerald International (now known as BGC International), Cantor Fitzgerald Partners (now known as Seminole Financial), Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P. (now known as BGC Capital Markets, L.P.), Cantor Index Limited, CO2e.com, LLC (now known as Cantor C02e, LLC), eSpeed Government Securities, Inc. (now known as eSpeed Brokerage, L.P.), eSpeed, Inc. (now known as BGC Partners, Inc.), eSpeed Securities, Inc. (now known as Aqua Securities, L.P.) and TradeSpark, L.P., in <u>Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd.</u>, et al., 1:04-cv-07065 (GBD) (FJM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Opinion and Order entered on September 29, 2015, in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of

**Notice of Appeal**
**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**

Bosnia & Herzegovina, and appeal from each and every opinion and order upon which said Opinion and Order is based.

DATED:   October 27, 2015

           Respectfully submitted,

           /s Christopher T. Leonardo
           Kenneth L. Adams
           Christopher T. Leonardo
           Adams Holcomb LLP
           Suite 810
           1875 Eye St., NW
           Washington DC 20006
           Tel:  (202) 580-8820
           Fax: (202) 580-8821
           Web: www.adamsholcomb.com

           Howard N. Feldman
           Dickstein Shapiro LLP
           1825 Eye St., NW
           Washington DC 20006
           Tel: (202) 420-2200
           Fax: (202) 420-2201
           Web:  www.dicksteinshapiro.com

           *Attorneys for the Plaintiffs*

## Certificate of Service

I hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this date.

October 27, 2015

By: /s Christopher T. Leonardo
Christopher T. Leonardo

**Notice of Appeal**
**Cantor Fitzgerald Associates, L.P. et al., v. Akida Investment Co., Ltd., et al., 1:04-cv-07065 (GBD) (FJM)**