UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (GBD)(FM)

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the consolidated matter of *Ashton et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the order of the United States District Court for the Southern District of New York, dated September 29, 2015 (MDL ECF No. 3046), a copy of which is attached as Exhibit A, (a) denying Plaintiffs' motion to amend their pleading as to Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and (b) dismissing Plaintiffs' claims against SHC, and appeal from each and every opinion and order upon which said Order is based.

DATED: October 28, 2015
New York, New York

Respectfully Submitted

KREINDLER & KREINDLER, LLP

BY:  s/James P. Kreindler
James P. Kreindler, Esquire
Andrew J. Maloney, III, Esquire
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181

*Attorneys for Ashton Plaintiffs*