EXHIBIT 1

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan

مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان



مكتب المدير العام

Ref. No. ..................
Date: ..................

الرقم: ..................
التاريخ: ..................

إلى فضيلة الشيخ أبو حفص حفظكم الله ورعاكم

السلام عليكم ورحمة الله وبركاته

كل عام وأنتم بخير وجاهدين والعزة والنصر للإسلام

لقد عادت المجاهدون لكم لأهل الجهاد وكسر غرور الكفار والصليب وأمريكا كما اتفقتم مع الشيخ أبو الحسن المدني في قندهار فأرسل عشرة مشاركات بمبلغ دولار لأهل الجهاد كما تم الجاهزية والبرامج المختلفة التي اتفقتم موالاة أبوركون ونحن لهذا رقم لكم ولكن ارسالها صعب لنا فأرجوكم أن ترسلوا احدا وهو للاستلام عند الرقم في باكستان من وحدكم الأخير

العنوان البريدي: ص. ب - ٨٢٧ - بشاور - باكستان - هاتف: ٤٣٢٢٢ (٥٢١) - فاكسيلي: ٢٢٧
Mailing Address: U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

57885
BUR-PEC-086106

**Muslim World League**
*Makkah-Mukarramah*
INTERNATIONAL ISLAMIC
RELIEF ORGANISATION
Pakistan Office

Ref. No. ..................
Date: ......................



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان

المكتب الخاص الرئيسية

الرقم: ..................
التاريخ: ..../..../٢٠٠٣م

الشيخ الفاضل المحترم جلال الدين حقاني حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته وبعد

كل عام وأنتم منصرين وناشين على إعزاز الإسلام والمسلمين نحن نفتخر بجهادكم ونسأل الله النصر والنجاح على الصليبيين الظالم نحن نعلم أن العالم الكفر كلهم قد جمعوا ضد الإسلام والمسلمين لا يوجد الإمكانات والوسائل مثلهم مع المسلمين ولكن نتوكل على الله ونرجع الاستمرار الجهاد ضد الصليب ونحن نعدكم أن شاء الله قد جاءت المساعدات بإسمكم خمس مائة ألف دولار فأرجوكم أن تستلموا المشروع لكم فدا الدرهم وجزاكم الله خيرا
والسلام
يحيى مندس

العنوان البريدي: ص. ب - ٨٩٧ - بشاور - باكستان - هاتف: ٤١٩٢٢ (٥٢١) - فاكسلي: ٤٢٢٧٢ (٥٢١)
Mailing Address: U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57888

BUR-PEC-086107



**Muslim World League**
*Makkah-Mukarramah*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
Pakistan Office

Ref. No. ..................
Date: ..................

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان

المكتب الخاص الرئيسية

الرقم: ..................
التاريخ: ..................١٩٩٨

إلى الأخ الفاضل القائد خالد الشيخ حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته

وبعد: أفيدكم علماً بأننا قدمنا لكم ولمعلم أنكم عزة المساعدات المالية مجتمعة ينقسم بـ مبلغ عشرة ملايين روبية باكستانية، نأمل منكم تسليمها من الغ حيث أنها ما تفاقر على المجاهدين في سبيل الله إعلاءً ومكة لـ

نسأل الله أن يوفقكم ويسدد خطاكم

وبسم الله لـ ...

العنوان البريدي: ص.ب ٨٩٧ - بيشاور-باكستان-هاتف: ٤١٩٢٢ (٥٢١) -فاكسبلي: ٤٢٢٧٢ (٥٢١)
Mailing Address: U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57890

BUR-PEC-086108

**Muslim World League**
*Makkah-Mukarramah*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
**Pakistan Office**

Ref. No. ..........
Date: ..........



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان

المكتب الخاص الرئيسية

الرقم: ..........
التاريخ: ........... ١٩٩٩

الأخ البالغ الفاضل القائد المبجل لأبو حفص أسأل الله أن يحفظك وأن يعينك في أموركم كلها.

وبعد، فقد بلغنا بأن المجاهدين معكم يحتاجون لبعض الأسلحة والمقاتل بأمر صاحبة، فأرسلنا لكم هذه المساعدات من المالية قدرها أربعين مليون روبية باكستانية فنرجو لكم حين تصل من المطن المعين لديكم لشراء بعض الأسلحة التي يحتاجها المجاهدون وحل مشاكلهم المعيشية اللازمة.

أخوكم: أبو ساميرة

١٩٩٩-٥-٢

العنوان البريدي: ص. ب - ٨٩٧ - بشاور-باكستان-هاتف: ٤١٩٢٢ (٥٢١) -فاكسيلي: ٤٢٢٧٢ (٥٢١)
Mailing Address: U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57891

BUR-PEC-086109

**Muslim World League**
*Makkah-Mukarramah*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
**Pakistan Office**

Ref. No. ...........
Date: ...........



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان
المكتب الخاص الرئيسية
الرقم: ...........
التاريخ: مايو ٢٠٠٣

إلى المجاهد والملوخ في أرض كشمير غان حفظكم الله

السلام عليكم ورحمة الله وبركاته

علمنا قد لبين الاخ الواخلاص بإخباركم و مقدراتكم الجهادية و قد وصلت لكم خمس ملابس رئيس باكستاني للقضاء على احتياجاتكم الخاصة فنرجو وصولها من الاخ الواخلاص كما ود جداً تسليمها لنا لكي تطمئن القلوب الذين يساعدون الجهاد والمجاهدين حتى يستمرون في عونهم مع الجهاد والمجاهدين شكراً

وحفظكم الله
لقـ... محمد يوسف

العنوان البريدي : ص. ب – ٨٩٧ -بيشاور-باكستان-هاتف : ٤١٩٢٢ (٥٢١) -فاكسيملي : ٤٢٢٧٢
Mailing Address : U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57892

BUR-PEC-086110

⑥

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan

مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان



مكتب المدير العام

Ref. No. ..........................
Date: ..............................

الرقم: ..........................
التاريخ: ........................

إلى سعادة الأخ لقائد البوليس حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته

وبعد ،،  قد استلمت مطالبكم منا ، ولكن اعلم بأن الوضع الاقتصادي عندنا بدرجة ضعيفة جداً ومع كل هذا قد ارسلنا لكم بيد الأخ لفاصل نعيم شه ثلاث ملايين روبية باكستانية لحل مشاكلكم المعيشية خارجاً ومنكم لعلم بوصول هذا المبلغ إليكم ، وأسأل الله أن يتقبل هذا منكم صالح الأعمال وأن تكون لوجهه الكريم ، آمين ،

الموقع / عبد الشكور



العنوان البريدي : ص. ب ٨٢٧ - بشاور - باكستان - هاتف : ٤٣٢٢٢ (٥٢١) - فاكسلي : ٤٣٢٢٧ (٥٢١)
Mailing Address : U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

**57893**

BUR-PEC-086111

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan



مكتب المدير العام

مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان

الرقم: ..................
التاريخ: ..................

Ref. No. ..................
Date: ..................

بالحاج فضيلة القائد وكيل لجنة حكمينا ... حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته

وبعد، قد اطلعنا بطلبكم واستفاقاتكم من مسلمي المملكة العربية السعودية، ومن هذا المنطلق قدمنا المساعدات المالية مع المملكة قدرها عشر ملايين روبية باكستانية، باسم جميع وعسكم اركم.

وأسأل الله لكم الأمن والعافية.

إنشاء الله.

وجزاكم الله خيرا.

أخوكم خير رشد المواخن

المكتب البريدي : ص . ب – ٨٢٧ - بشاور - باكستان - هاتف : ٤٣٢٢٢ (٥٢١) فاكسلي : ٤٣٢٢٧ (٥٢١)
Mailing Address : U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

57894
BUR-PEC-086112

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan



مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان

مكتب المدير العام

Ref. No. ....................
Date: ........................

الرقم: ............................
التاريخ: ..........................

إلى الأخ الكريم القائد داد الله حفظه الله ورعاه

وبعد: لقد حمدنا لعلكم والمجاهدين لأخبار معكم عن المعسكرات الجهادية من مسلمين ورفضنا موقع باكستان لا ستغلال وانفاعل بشؤون مجاهدينا ومعسكرنا ولقم اي مشاكل لكم.

ما رد مسلم الاطلاع بوصول هذا المبلغ المحدد

وبرئتم خيراً

أخوكم من ربكم العاجلة

57896

BUR-PEC-086113

العنوان البريدي: ص. ب - ٨٢٧ - بشاور - باكستان - هاتف: ٤٣٢٢٢ (٥٢١) - فاكسيلي: ٤٣٢٢٧ (٥٢١)
Mailing Address: U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

**Muslim World League**
*Makkah-Mukarramah*
INTERNATIONAL ISLAMIC
RELIEF ORGANISATION
Pakistan Office

Ref. No. ..................
Date: ..................



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان

المكتب الخاص الرئيسية

الرقم: ..................
التاريخ: ٢٠ـــ٧ـــ١٩٩٩

إلى الأخ الكريم عبدالرازق لعماتي أسأل الله أن يحفظكم من مشروبات الأعداء.

السلام عليكم ورحمة الله وبركاته،

وبعد: لقد وصلت رسالتكم لعظمها بكينا بها بكاءً شديداً. والآن أبدي علماً بأن جاءنا المساعدات والتبرعات كثيرة جداً جداً المختصة للأيتام والأرامل فأرجوكم أن ترسل إلينا مندوبكم ليستلم المساعدات الموجودة عندنا.

مع الشكر لسعيكم

أخوكم في الله

العنوان البريدي : ص. ب - ٨٩٧ - بشاور-باكستان-هاتف : ٤١٩٢٢ (٥٢١) -فاكسبلي : ٤٢٢٧٢ (٥٢١)
Mailing Address : U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57900

BUR-PEC-086114

(١٠)

Muslim World League
Makkah-Mukarramah
**INTERNATIONAL ISLAMIC
RELIEF ORGANISATION**
Pakistan Office

Ref. No. .............
Date: .............

بسم الله الرحمن الرحيم

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي بباكستان

المكتب الخاص الرئيسية

الرقم: ..................
التاريخ: ٦/١١/١٩٩٨

إلى سعادة الحاج الفاضل محمد يسير عظيم

السلام عليكم ورحمة الله وبركاته

لقد استلمت مطالباتكم منا، ولكن اعلموا بأن الوضع الاقتصادي رغم ضعفنا برواتبنا إلى الآن ومع كل هذا قد أرسلت لكم بعض المبالغ لقد رشد شارك ملبس أرسلنا لكم لحل أعمالكم الحياتية وجعل فالحا رفيقكم العلم بحول الله ...

أخوكم / نمر البرعيد ...

العنوان البريدي : ص. ب - ٨٩٧ - بشاور - باكستان - هاتف : ٤١٩٢٢ (٥٢١) - فاكس (٥٢١)٤٢٢٧٢
Mailing Address : P.O. Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

57901

BUR-PEC-086115

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan



مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان

مكتب المدير العام

Ref. No. ..........................
Date: ..............................

الرقم: ..........................
التاريخ: ٩ سبتمبر ١٩٩٥

الأخ القائد المحترم مهندس محمود حفظكم الله

السلام عليكم ورحمة الله وبركاته وبعد

لقد وصلت إلينا رسالتكم الموقرة على يد الأخ الدكتور أحمد تكفا، وقد أرسلنا إليكم سيارتين وثلاث ملاحق روبيا باكستاني ورغبة لعشرة من قادتكم دروس شكراً لكل واحد منهم عشرة عشرة ألف روبية بمبلغ مجموع الأسرة حتى لا تترك الجهاد لعمل كسب الدنيا حفظكم الله ضيفاً

(توقيع)
٩/١٩٩٥

العنوان البريدي : ص. ب - ٨٢٧ - بشاور-باكستان-هاتف : ٤٣٢٢٢ (٥٢١) -فاكسيلي : ٤٣٢٢٧ (٥٢١)
Mailing Address : U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

57903

BUR-PEC-086116