EXHIBIT 2

**EMERGENCY AID RELIEF**
Muslim World League
General Director
Pakistan



مكتب الإغاثة العاجلة
رابطة العالم الإسلامي
باكستان

مكتب المدير العام

Ref. No. ...........
Date: ...........

الرقم: ...........
التاريخ: ...........

إلى فضيلة الشيخ أبو حفص حفظكم الله ورعاكم

السلام عليكم ورحمة الله وبركاته

كل عام وأنتم بخير وغانمين والصحة والنصر للإسلام لقد جاءت الما حدرت تم له على الجهاد وكسر غرور الكفار والصليب وأمريكا كما اتفقتم مع الشيخ أبو المحسن المدرب في قندهار فأرسل عشرة مشاك بمليون دولار لأهل اضاها تم الجهاد دية والبرامج المختلفة التي اتفقتم موالك ابوركون ونمر هذا رقم لكم ولكن إرسالها صعب لنا فارجوكم أن ترسلوا واحدا ولا قوة إلا بالله فقد الرقم هـ باكستان من وعلام أفضل

العنوان البريدي : ص. ب - ٨٢٧ - بشاور-باكستان-هاتف : ٤٣٢٢٢ (٥٢١) -فاكسبلي : ٧٢٢ (ز...)
Mailing Address : U.P.O.Box-827 - Peshawar Pakistan - Tel.No.(521)43222 Fax.No.(521)43227

PEC-KSA000191

(Letter 1)

Emergency Aid Relicf Office

Muslim World League

General Director

Pakistan

> Emblem of the
> Muslim World League

Office of General Director

Ref. No. -----------
Date:3/20/2000

> To His Excellency Sheikh Abu Hafs, May God keep you and protect you
> God's peace, mercy and blessings be upon you

May you always be well and in the best of health, and victory unto Islam. Assistance has been received for you for the sake of Jihad and to break the arrogance of the infidels, the Cross and the Americans. As agreed with brother Abul Hassan Al( illegible) in Kandahar, he has sent ten one hundred thousands " one million" dollars for your Jihadist needs and for the various programs on which you have agreed with brother Abul Hassan. We will send you this sum, but sending it is difficult for us, so please send one of the brothers to receive this sum in Pakistan from us. May God reward you.

> Seal of the Emergency
> Aid Relief Office
> Of the Muslim World League
> in Pakistan

Mailing Address : U.P.O. Box-827- Peshawar Pakistan- Tel. No. (521)43222 Fax No.(521)43227

**Muslim World League**
*Makkah-Mukarramah*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
Pakistan Office

رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي - باكستان



المكتب الخاص الرئيسية

Ref. No. ..................
Date: ......................

الرقم: ..................
التاريخ: .......... ١٩٩٩

إلى الأخ الفاضل العامل القائد المبجل أبو حفص أسأل الله له أن يحفظك وأن يعينك في أموركم كلها.

وبعد، فقد بلغنا بأن المجاهدين في معسكراتكم يحتاجون لبعض الأسلحة والقتائل وغيرها صاحبة، فأرسلنا لكم عدة المساعدات من المالية قدرها أربعين مليون روبية باكستانية تنزجوا وصولا من الجهات المعين لديكم لشراء بعض الأسلحة لكي يحتاج إليها المجاهدون وحل مشاكلهم المعيشية اللازمة.

أخوكم: أبو ساهرة



١٩٩٩-٥-٢٨

العنوان البريدي: ص.ب - ٨٩٧ - بشاور - باكستان - هاتف: ٤١٩٢٢ (٥٢١) - فاكسيملي: ٤٢٢٧٢ (٥٢١)
Mailing Address: U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

PEC-KSA000193

(Letter4)

Muslim World League

Makkah-Mukarramah

International Islamic
Relief Organization

Pakistan Office

| Emblem of the |
| International Islamic Relief Organization |

Special Main Office

Ref, No. ----------
Date: 13/5/1999

To the honorable brother, and the esteemed commander Abu Hafs, I ask God to protect you and aid you in all you affairs.

We have been advised that the Mujahideen in your camps need some weapons, bombs and bullets. So we have sent you some assistance, including financial assistance in the amount of forty million Pakistani Rupees. We ask that you receive it at the place designated by you to purchase some of the weapons needed by the Mujahideen and to address their daily living problems.

Your brother Abu Sajidah (Signature)
13/5/1999

| Seal of the |
| Main Regional Office of the |
| International Islamic |
| Relief Organization |
| In Peshawar Pakistan |

Mailing Address: U.P.O. Box- 897- Peshawar- Pakistan- Tel. No. (521)41922 Fax. No. (521)42272

PEC-KSA000194

**Muslim World League**
*Makkah-Mukarramah*
**INTERNATIONAL ISLAMIC RELIEF ORGANISATION**
**Pakistan Office**

Ref. No. ..................
Date: ..................



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية
المكتب الإقليمي-باكستان

المكتب الخاص الرئيسية

الرقم: ..................
التاريخ: ٢٠ـ٧ـ١٩٩٩

(۹)

إلى الأخ الكريم عبدالرزاق العراقي أسأل الله أن يحفظك من شرور كيد الأعداء.

السلام عليكم ورحمة الله وبركاته،

وبعد: لقد وصلت رسالتكم العظمى إلينا بفرحة شديدة. والآن أبلغكم علماً بأن جاءنا المساعدات والتبرعات كثيرة جداً المخصصة للأيتام والأرامل. فأرجو لكم أن ترسل إلينا مندوبكم ليستلم المساعدات الموجودة عندنا.

وصلم الى اخواني

أخوكم في الله
محمد ...

العنوان البريدي: ص.ب - ٨٩٧ - بيشاور-باكستان-هاتف: ٤١٩٢٢ (٥٢١) -فاكسيلي: ٤٢٢٧٢ (٥٢١)
Mailing Address: U.P.O.Box-897 - Peshawar Pakistan - Tel.No.(521)41922 Fax.No.(521)42272

PEC-KSA000195

(Letter9)

| Muslim World League | Emblem of the |
|---|---|
| Makkah-Mukarramah | International Islamic Relief Organization |

International Islamic Relief Organization

Special Main Office

Pakistan Office

Ref, No. ----------
Date: 12/7/1999

To the noble brother Abdul Hadi Al-Iraqi, I ask God to protect you from the evil and malice of the enemies.

God's peace, mercy and blessings be upon you.

We have received your great letter and were moved to tears on reading it. Now, I would like to advise you that we have received a lot of assistance and a great many donations earmarked for orphans and widows. Please send your representative to receive the assistance we have available.

May God reward you

Your brother in God (Signature)

Seal of the
Main Regional Office
In Peshawar, Pakistan

Mailing Address: U.P.O. Box- 897- Peshawar Pakistan- Tel. No. (521)41922 Fax. No. (521)42272

PEC-KSA000196