THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
| In Re Terrorist Attacks on September 11, 2001 | ) | No. 03 MDL 1570 (GBD/FM) |
|  | ) | ECF Case |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT WAEL JELAIDAN'S MOTION FOR LIMITED RECONSIDERATION OF THIS COURT'S OCTOBER 23, 2015 FEE AWARD**

1. The record herein;

2. The various decisions rendered by this Court pertaining to Defendant Wael Jelaidan;

3. The October 23, 2015 decision (docket no. 3073) by this Court awarding attorney fees to Plaintiffs;

4. The October 28, 2015 corrected version of that decision (docket no. 3087);

5. Fed. R. Civ. P. 59;

6. Fed. R. Civ. P. 1 (the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding).

Respectfully Submitted,

MARTIN F. MCMAHON & ASSOCIATES

/s/ Martin F. McMahon, Esq.

1

                                            2

                                          Martin F. McMahon, Esq. #196642
                                          Martin McMahon & Associates
                                          1150 Connecticut Ave., N.W.
                                          Suite 900
                                          Washington, D.C. 20036
                                          Tel: (202) 862-4343
                                          Fax: (202) 828-4130
                                          mfm@martinmcmahonlaw.com

                                          *Counsel for Wael Jelaidan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

[Counsel for Plaintiffs]

        */s/ Martin McMahon*
Martin F. McMahon, Esq.
McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Phone: (202) 862-4343
Fax: (202) 828-4130
mm@martinmcmahonlaw.com