THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
| In Re Terrorist Attacks on September 11, 2001 | ) | No. 03 MDL 1570 (GBD/FM) |
|  | ) | ECF Case |

## ORDER

Defendant Wael Jelaidan has moved this Court for limited relief. He desires that the Court address two issues: First, what knowledge the Plaintiffs had before they authorized Counsel to move for sanctions concerning production of Wael Jelaidan's bank records; and second, the Court's reliance on Professor Jimmy Gurule's affidavit regarding the ability of a Specially Designated Global Terrorist to access bank records from blocked or frozen accounts. That affidavit does not address sequestration and ownership by a foreign government of bank records.

The Court has seriously considered this Motion for Limited Reconsideration, and hereby rules that it is:        ( ) GRANTED        ( ) NOT GRANTED    for the following reasons:

_____        _____
    Date                                                Frank Maas
                                                        United States Magistrate Judge

ECF service to counsel of record

1