UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re Terrorist Attacks on September 11, 2001                 :    03 MD 1570 (GBD)(FM)
                                                              :    ECF Case
                                                              :
---------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 GBD)(FM)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania hereby appeal, to the United States Court of Appeals for the Second Circuit, from each and every part of the order of the United States District Court for the Southern District of New York, dated September 29, 2025 (MDL ECF No. 3046), a copy of which is attached as Exhibit A, denying plaintiffs' motion to amend their pleadings as to the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and dismissing plaintiffs' claims against SHC, and appeal from each and every opinion and order upon which said order is based.

Dated: New York, New York
       October 29, 2015

                                           FERBER CHAN ESSNER & COLLER, LLP

                                           By:  /s/ Robert M. Kaplan
                                                Robert M. Kaplan (RK1428)
                                           Attorneys for Plaintiffs
                                           530 Fifth Avenue, 23rd Floor
                                           New York, New York 10036-5101
                                           (212) 944-2200

98210