# EXHIBIT 1

[Logo] The Office of the Attorney General of Switzerland

EAII/1/01/007/Nic                                                                    Berne, October 16, 2002

## DOCUMENT SEIZURE AND PRODUCTION ORDER

Given the procedure opened September 15, 2001 for violation of articles 90ss of the Federal Law on Aviation (LA; RS 748.0), in connection with articles 5 and $6^{bis}$ CPS, to associate with articles 111, 112, 181, 183, 184, 185, and 340 CPS,

Given the documents provided in annex to announcement number Arl 1596 55 of the Money Laundering Reporting Office of the OFP,

Given the fact that a person having the name of **Wa'el Hamza JULAIDAN** appears on the list "Bush 18" and is thus designated by the American authorities as connected to international terrorism,

Given the extension of the aforementioned procedure to **Wa'el Hamza JULAIDAN**,

considering:

1. That on October 11, 2002, the Money Laundering Reporting Office (MROS) transmitted to the Office of the Attorney General a communication within the meaning of article 9 LBA,

2. That the communication alleges that a Saudi citizen named Wael Hamzah A. JELAIDAN opened an individual numbered account registered under the number 340406 at Citibank of Geneva;

3. That it appears very probable that Wael Hamzah A. JELAIDAN at Wa'el Hamza JULAIDAN are the same person, given that the date of birth and the citizenship also coincide;

4. That the examination of the documents provided and the fact that Mr. Wa'el Hamza JULAIDAN appears on Bush list number 18 allows for the opening of a criminal investigation;

5. That investigations will be conducted in order to shed light on the holder of this bank account;

6. That as is, on the basis of information held by the Office of the Attorney General, there exists the suspicious of money laundering[1], or the fact that

---
[1] Article 305bis CPS

Mr. **Wa'el Hamza JULAIDAN** born January 22, 1958, holder of Saudi passport number A-992535,

Or **Wael Hamzah A. JELAIDAN**, born January 22, 1958, holder of the Saudi passport which is the holder of account number 240406,

Belongs to a criminal organization[2] susceptible of participating in the financing of terrorist activities.

Appling articles 65, 69-71 PPF;

**It is ordered:**

1. The **seizure** of account number 340406 with Citibank of Geneva.

2. The **sequestration** of all the documents, relative to the aforementioned individual, that were not provided as an annex to the communication made October 10, 2002, in particular the opening documents, supporting documents since the opening (account statement, notices of debits and credits,…), documents highlighting the provenance and the destination of transfers, correspondence, internal notices related to contacts with the client and the verification of the contracting parties' identity, the production of all documents held by the bank tied to Mr. **Wael Hamzah A. JELAIDAN**;

3. The present blocking order is **notified**:

   - To the Money Laundering Reporting Office, Bundesrain 20, 3003 Berne (by internal courier);
   - To Citibank (Switzerland), Bahnhofstrasse 63, PO Box 3760, 8021 Zurich (by fax number 01/205 72 22 and signed letter);
   - To the Federal Judicial Police, 3003 Berne (rif.: Alr 1596 55).

Legal Remedy

The present order may be the subject of an appeal to the President of the Grand Jury Chambers of the federal court within five days after receipt by the parties and by any person having suffered an illegitimate prejudice (article 105$^{bis}$ al. 2 in connection with articles 214-210 PPF).

FEDERAL PROSECUTOR<br>
[seal of the Office of the Attorney General of Switzerland]<br>
[Signature] Sergio Mastroianni

---

[2] Article 260ter CPS

I certify that I am proficient in English and French, and that the above is an accurate translation of the <u>October 16, 2002 Document Seizure and Production Order</u> from French into English.

10/29/15
Date

W. Jameson Fox
Associate
Martin F. McMahon & Associates



SCHWEIZERISCHE BUNDESANWALTSCHAFT
MINISTERE PUBLIC DE LA CONFEDERATION
MINISTERO PUBBLICO DELLA CONFEDERAZIONE
PROCURA FEDERALA

EAII/1/01/007/Nic                                       Berne, le 16 octobre 2002

# ORDONNANCE DE PERQUISITION ET D'EDITION DE DOCUMENTS

Vu la procédure ouverte le 15 septembre 2001 pour violation des art. 90ss de la loi fédérale sur l'aviation (LA; RS 748.0), en liaison avec les art. 5 et $6^{bis}$ CPS, à associer aux art. 111, 112, 181, 183, 184, 185 et 340 CPS,

- vu les documents fournis en annexe à l'annonce n° Arl 1596 55 du Bureau de communication en matière de blanchiment de l'OFP,

vu le fait qu'une personne ayant le nom de **Wa'el Hamza JULAIDAN** figure sur la liste "Bush 18" et est ainsi désignée par les autorités américaines comme liée au terrorisme international,

vu l'extension de la procédure précitée à **Wa'el Hamza JULAIDAN**,

## considérant:

1. que le 11 octobre 2002, le bureau de communication en matière de blanchiment d'argent (MROS) a transmis au Ministère public de la Confédération une communication au sens de l'article 9 LBA,

2. que la communication allègue qu'un citoyen saoudien nommé Wael Hamzah A. JELAIDAN aurait ouvert un compte individuel numéroté enregistré sous le nr. 340406 auprès de la Citibank de Genève;

3. qu'il paraît fort probable que Wael Hamzah A. JELAIDAN et Wa'el Hamza JULAIDAN soient la même personne, étant donné que la date de naissance et la citoyenneté coïncident aussi;

4. que l'examen des documents fournis et le fait que M. Wa'el Hamza JULAIDAN figure sur la liste Bush n° 18 permettent l'ouverture d'une procédure d'enquête pénale;

5. que des investigations seront conduites afin de faire la lumière sur le titulaire de ce compte bancaire;

6. qu'en l'état, sur la base des informations dont le Ministère public de la Confédération dispose, il existe le soupçon de blanchiment d'argent[1], ou le fait que

---

[1] art. 305bis CPS

M. **Wa'el Hamza JULAIDAN** né le 22.01.1958, titulaire du passeport saoudien n° A-992535,

ou **Wael Hamzah A. JELAIDAN,** né le 22.01.1958, titulaire du passeport saoudien titulaire du compte n° 240406,

appartien à une organisation criminelle[2] susceptible de participer au financement d'activités terroristes.

En application des articles 65, 69 à 71 PPF;

## Il est ordonné :

1. La **perquisition** du compte n° 340406 auprès de la Citibank à Genève.

2. Le **séquestre** de tous les documents, relatifs à la relation susmentionnée, qui n'auraient pas été fournis en annexe à la communication faite le 10 octobre 2002, en particulier les documents d'ouverture, les justificatifs depuis l'ouverture (extrait de compte, avis de débits et de crédit,...), les documents faisant ressortir la provenance et la destinations des virements, la correspondance, les notices internes relatives aux contacts avec la clientèle et la vérification de l'identité des contractants, la production de tous les documents détenus par la banque liés à M. **Wael Hamzah A. JELAIDAN;**

3. La présente ordonnance de blocage est **notifiée** :

   - au bureau de communication en matière de blanchiment, Bundesrain 20, 3003 Berne (par courrier interne);
   - à Citibank (Switzerland), Bahnhofstrasse 63, PO Box 3760, 8021 Zürich (par fax n. 01/205 72 22 et lettre signature);
   - à la police judiciaire fédérale, 3003 Berne (rif.:Alr 1596 55).

Voie de droit

La présente ordonnance peut faire l'objet d'un recours auprès du Président de la Chambre d'accusation du tribunal fédéral dans les cinq jours dès la reception par les parties et par toute personne ayants subi un préjudice illégitime (art. 105[bis] al. 2 en ralation avec les art. 214-219 PPF).



LE PROCUREUR FÉDÉRAL

Sergio Mastroianni

---
[2] art. 260ter CPS