# Exhibit C

10/27/2015 — وتصريحات الجبير في واشنطن مغالطات <br> موكلي حر طليق في الأراضي السعودية <br>:"محامي رجل الأعمال السعودي وائل جليدان المتهم بصلاته بالقاعدة لـ"إيلاف

موكلي حر طليق في الأراضي السعودية
/> "وتصريحات الجبير في واشنطن مغالطات

العدد 5271 الثلاثاء 27 أكتوبر 2015 آخر تحديث 09:36:00 GMT    أول يومية إلكترونية | صدرت من لندن 21 مايو 2001




الجمعة 25 يوليو 2003 58 7 GMT    آخر تحديث: الخميس 1 أبريل 2004 21 20 GMT

## محامي رجل الأعمال السعودي وائل جليدان المتهم بصلاته بالقاعدة لـ"إيلاف":
## موكلي حر طليق في الأراضي السعودية وتصريحات الجبير في واشنطن مغالطات

حمود الزيادي العتيبي

Blogger

الرياض- إيلاف: أكد لـ "إيلاف" المحامي السعودي باسم عالم أن خطوات عملية جادة أتخذت لدفع التهمة الموجهة لموكله رجل الأعمال السعودي وائل حمزة جليدان، التي تتهمه السلطات الأمريكية بأنه قد وفر دعماً مالياً ولوجستيا لتنظيم القاعدة وأنه على صلات قوية بزعيمها أسامة بن لادن، من بينها تعيين محام في الولايات المتحدة لمتابعة المسائل القانونية هناك مشيراً إلى ثقته في براءة موكله من تهم تمويل الإرهاب.

وقال المحامي باسم عالم لـ " إيلاف " الذي أجرت معه اتصال هاتفي في جدة إثر التقرير الذي نشرته السفارة السعودية بواشنطن الأسبوع الماضي والذي أكد على أن أموال جليدان مازالت مجمدة كواحدة من الخطوات السعودية الجادة في مكافحة الإرهاب أن " قضية وائل جليدان تستغل رسمياً وإعلامياً بشكل سيء جداً من طرف الحكومة السعودية لأن الرجل ( جليدان ) حر طليق في البلد وليس عليه أي إدانة أو شائبة وليس مطلوب ويعمل في مجال تجارته من غير إشكالية ويقابل المسؤولين " مضيفاً بأن مسؤولين رفيعي المستوى قالوا لرجل الأعمال السعودي جليدان " طالما أنت في كنف الدولة من الناحية السيادية فأنت ليس عليك أي شيء وأطلعنا على ملفك ووضعك نظيف ".

وأنتقد باسم عالم التصريحات التي أطلقها في السابق المستشار الدبلوماسي في سفارة السعودية بواشنطن عادل الجبير عندما تحدث عن أن وائل جليدان مطلوب للعدالة وتبحث عنه السلطات السعودية وهو أحد مساعدي بن لادن، واصفاً محامي جليدان مقاله الجبير بأنه انتهاك لحق موكله من الناحية الإنسانية وأن هذا القول يحمل " مغالطات بشعة ".

وقال محامي وائل جليدان " في الوقت الذي يؤكد المسؤولون في وزارة الداخلية السعودية أنه ( جليدان ) ليس عليه شيء.. يقول عادل الجبير في واشنطن أنه هارب من العدالة ونحن نبحث عنه.. أنه أمر غير مقبول ".

وأضاف باسم عالم أن المستشار الدبلوماسي في سفارة السعودية بواشنطن عادل الجبير " يحاول جاهداً تلميع صورة المملكة لدى الأمريكيين بصورة تؤذي أبناء شعبه من المواطنين الأبرياء دون أن يلقي بالاً للتهم التي تلقى جزافاً ".

وأكد محامي رجل الأعمال وائل جليدان في السعودية لـ"إيلاف" أن موكله حر طليق يذهب لعمله ويمارس حياته الاعتيادية بشكل طبيعي دون أدنى مساءلة رغم أن المملكة العربية السعودية تقود حرباً مكثفة في ملاحقة الإرهابيين على أراضيها مايؤكد أن الرجل لاعلاقة له بالإرهاب.

وفي سؤال لـ " إيلاف " عن مصير أموال وائل جليدان أكد المحامي القانوني باسم عالم أن أموال موكله ماتزال مجمدة كما هي أموال نحو 200 رجل أعمال سعودي آخرين مشيراً إلى أن ذلك يتم دون إبداء أي أسباب أو تهمة موجهة إليهم سواء من الحكومة السعودية أو القضاء السعودي وأن ذلك ماهو إلا تنسيق أمني مع الخزانة الأمريكية كما يبدو التي يؤكد باسم عالم أنها لاتملك إثباتات على تورط جليدان في تمويل الإرهاب.

وكان وائل حمزة جليدان يرأس منذ فبراير/شباط 2000 منظمة "رابطة تراست" الإسلامية الخيرية قبل أن تضعه وزارة الخزانة الأمريكية في أيلول 2002 ضمن قائمة من الداعمين للإرهاب. وتقول وزارة الخزانة إن جليدان المولود عام 1958 ينتمي إلى واحدة من العائلات المعروفة في المدينة المنورة غرب السعودية "كان يرأس عددا من المنظمات غير الحكومية التي تقدم دعما ماليا ولوجستيا إلى تنظيم القاعدة". وتؤكد واشنطن أنه قاتل مع بن لادن في أفغانستان في الثمانينيات ضد الاحتلال السوفياتي.

وكانت وزارة المالية الأمريكية قد أصدرت في السادس من أيلول ( سبتمبر) 2002 بياناً قالت فيه أن الولايات المتحدة والمملكة العربية السعودية صنفتا معاً وائل حمزة جليدان كمعاون لأسامة بن لادن وداعم لإرهاب القاعدة. وأضاف البيان أن السعودية قامت بإرسال اسمه إلى لجنة عقوبات الأمم المتحدة التي شكلها قرار مجلس الأمن الدولي رقم 1267. وقال في حينه نائب وزير المالية للتنفيذ، جون غورولي: "إن إجراء اليوم مهم من حيث أنه يظهر التزام كل من الولايات المتحدة والسعودية بملاحقة أهداف ذات تأثير كبير في حربنا ضد تمويل الإرهاب. وقد تلقينا تعاوناً لا مثيل له في السابق من أصدقائنا في الخارج، ويدل إجراء اليوم على ذلك التعاون والالتزام بهذه القضية."

وأوضح البيان الأمريكي أن أسامة بن لادن زعيم تنظيم القاعدة الإرهابي أعترف هو وأحد كبار مسؤولي القاعدة، أبو زبيدة،






تابعوا إيلاف
على الشبكة الاجتماعية



إستفتاء
ما الحل للخلافات الداخلية في العراق؟



○ الفيدراليات
○ انتخابات مبكرة
○ تعديل الدستور

شاهد النتيجة

بوائل جليدان كمعاون معروف في عملياتهما. وأدعى البيان الأمريكي أن وائل جليدان رأس عدداً من المنظمات غير الحكومية المختلفة التي تؤمن الدعم المالي واللوجستي لشبكة القاعدة.

وقال تقرير أمريكي أن وائل حمزة جليدان، هو معاون لأسامة بن لادن. وحارب إلى جانب بن لادن في أفغانستان في الثمانينات. وأدعى التقرير أن لجليدان علاقة أيضاً بعدد من الأشخاص والكيانات ذات الصلة بالقاعدة، بمن فيهم مساعدو بن لادن أيمن الظواهري، وأبو زبيدة، ومحمد عاطف؛ ومنظمات: مكتب الخدمات، ومؤسسة الرابطة، والجماعة الإسلامية، وقد سبق تصنيف هؤلاء الأفراد وهذه الكيانات في قائمة مرتكبي الإرهاب ومؤيديهم بموجب أمر رئاسي من الرئيس الأمريكي جورج بوش ومن قبل الأمم المتحدة.

وقالت السلطات الأمريكية أن أساس تصنيفها لجليدان كداعم للإرهاب هو أن لدى الولايات المتحدة معلومات موثوقة بأن وائل حمزة جليدان زميل لبن لادن وعدد من كبار مساعديه، وأنه أدار منظمات قدمت دعماً مالياً ولوجستياً للقاعدة. وبناء عليه، تصنف الولايات المتحدة جليدان، وفقاً للأمر الرئاسي رقم 13224 كشخص يدعم الإرهاب.

### الأكثر إرسالا | الأكثر تعليقا | الأكثر مشاهدة

**العراق**
عراقيون: الإنزال الأميركي مرغ السيادة الوطنية بالوحل

**الأخيرة**
بيع ثلاث قطع من سفينة تايتانك بأسعار خيالية

**الأخيرة**
غوغل تحوّل آلة البحث إلى عقل بشريّ

**خليجية**
السعودية: إنقاذ 39 إندونيسية وقعن ضحية الاتجار بالبشر

**أمريكا**
مدمرة اميركية تبحر في بحر الصين الجنوبي

**سوريا**
بالصور...مليون قطعة حجرية لأكبر لوحة موزاييك في سوريا

**الأردن**
8 قتلى بانفجار شاحنتين محملتين ألعابا نارية في عمان

**بريطانيا**
بريطانيا تعلن عن 12 درجة أستاذية مرموقة






Loading ...

## أرسل تعليقاتك

| أخبار | اقتصاد | ثقافات | ترفيه | لايف ستايل | رياضة | دُول العالم | دُول عربية | العراق | قطر |
|---|---|---|---|---|---|---|---|---|---|
| خليجية | نفط وطاقة | أخبار الأدب والفن | نجوم | موضة وأزياء | كرة قدم | الصين | الإمارات | الكويت | لبنان |
| عربية | مال وبنوك | موسيقى | راديو وتلفزيون | مشاهير | كرة سلة | أمريكا | البحرين | الأردن | ليبيا |
| دولية | عقارات | مسرح | غناء | صحة | تنس | إسرائيل | الجزائر | المغرب | سوريا |
| كُتاب اليوم | مواصلات | إبداع | مجتمع فني | سفر | ألعاب قوى | إيران | السعودية | اليمن | عُمان |
| أراء | تسوق | | قراءات | كلام في الفن | سيارات | بريطانيا | السودان | تونس | مصر |
| جريدة الجراند | | | | مختارات | إلكترونيات | تركيا | الصومال | فلسطين | موريتانيا |
| | | | | | رياضات ميكانيكية | | | | |
| | | | | | رياضات أخرى | فرنسا | | | |

الشركة | التحرير | إتصل بنا | إعلن في إيلاف | Advertise - إعلان في إيلاف | دليل إيلاف | إيلاف موبايل | شروط الاستخدام | سياسة الخصوصية | رسالة الناشر

© Elaph Publishing Limited جميع الحقوق محفوظة © 2001 – 2014 إيلاف للنشر المحدودة

تابع @Elaph