UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document applies to:

*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-1922 (GBD) (FM) (S.D.N.Y.)

## AMENDED NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, including both the named Plaintiffs and all members of the putative class, in the matter of *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, 04-CV-1922, amend and substitute, *nunc pro tunc*, their Notice of Appeal to the United States Court of Appeals for the Second Circuit (MDL ECF No. 3075) filed on October 27, 2015, and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the 54(b) Final Judgment and the underlying Opinion and Orders entered in this action by the United States District Court for the Southern District of New York, respectively dated October 30, 2015, October 30, 2015, and September 29, 2015 (MDL ECF Nos. 3097, 3096, and 3046)—copies of which are attached as Exhibits A-C respectively—both denying

nydocs1-1056245.5

Plaintiffs' motion to amend their pleading as to the Kingdom of Saudi Arabia as well as granting the Kingdom of Saudi Arabia's motion to dismiss.

DATED:    November 2, 2015
                New York, New York

                                        /s/ Jerry S. Goldman
                                        Jerry S. Goldman, Esq.
                                        ANDERSON KILL, P.C.
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        (212) 278-1000

                                        Attorneys for the *O'Neill* Plaintiffs