UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

### AMENDED NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the consolidated matter of *Ashton et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM), amend and substitute, *nunc pro tunc,* their Corrected Notice of Appeal to the United States Court of Appeals for the Second Circuit (MDL ECF No. 3091) filed on October 29, 2015, and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the 54(b) Final Judgment and the underlying Opinion and Orders entered in this action by the United States District Court for the Southern District of New York, respectively dated October 30, 2015, October 30, 2015 and September 29, 2015 (MDL ECF Nos. 3097, 3096 and 3046), copies of which are attached as Exhibits A-C, (a) denying Plaintiffs' motion to amend their pleading as to Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and (b) dismissing Plaintiffs' claims against SHC, and appeal from each and every opinion and order upon which said Order is based.

DATED: November 3, 2015
New York, New York

Respectfully Submitted
KREINDLER & KREINDLER LLP

BY: _____
James P. Kreindler, Esquire
Andrew J. Maloney, III, Esquire
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
*Attorneys for Ashton Plaintiffs*