UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) **AMENDED NOTICE OF APPEAL** |

*This document relates to:*

*Federal Insurance Company, et al. v. al Qaida, et al.,* Case No. 03-cv-6978

**AMENDED NOTICE OF APPEAL**

NOTICE is hereby given that all Plaintiffs in *Federal Insurance Company, et al. v. al Qaida, et al.,* Case No. 03-cv-6978 (GBD), hereby amend, *nunc pro tunc*, their notice of appeal filed on October 27, 2015 (MDL ECF #3078), and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Rule 54(b) Final Judgment issued on October 30, 2015 (MDL ECF #3097), and from each and every part of any Opinion and Order underlying same, including without limitation the Rule 54(b) Order entered on October 30, 2015 (MDL ECF #3096), and the Opinion and Order entered on September 29, 2015 in favor of defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina (MDL ECF #3046). Copies of the Rule 54(b) Final Judgment, Rule 54(b) Order, and September 29, 2015 Opinion and Order are attached hereto as Exhibits A, B, and C respectively.

Dated: November 3, 2015

2

Respectfully submitted,

COZEN O'CONNOR


BY: /s/ *Stephen A. Cozen*
    Stephen A. Cozen, Esquire
    Elliott R. Feldman, Esquire
    Sean P. Carter, Esquire
    J. Scott Tarbutton, Esquire
    One Liberty Place
    1650 Market Street
    Philadelphia, PA 19103
    Tele: (215) 665-2000

*Attorneys for Plaintiffs/Appellants*