# Exhibit B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 30 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: ORDER
:
In re Terrorist Attacks on September 11, 2001 : 03 MDL 1570 (GBD)
:
*This document relates to: All Actions* :
:
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

After careful consideration of the joint request for entry of final judgment, this Court finds that there is no just reason to delay the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"). A partial judgment under Rule 54(b) with respect to defendants Saudi Arabia and SHC is appropriate because both are immune from suit under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602, *et seq.* The Court has dismissed all claims asserted by any plaintiff against defendants Saudi Arabia as a foreign sovereign and SHC as an instrumentality of that foreign sovereign and has decided finally their rights and liabilities, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to those defendants. *See* ECF No. 3046.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Court's dismissals of defendants Saudi Arabia and SHC are certified as final pursuant to Federal Rule of Civil Procedure 54(b).

The Clerk of the Court is directed to prepare and enter a final judgment.

Dated: October 30, 2015
New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge