UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :

In re Terrorist Attacks on September 11, 2001     :    03 MD 1570 (GBD)(FM)
                                            :    ECF Case
                                            :
------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 GBD)(FM)

### AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania hereby amend and substitute, *nunc pro tunc*, their Notice of Appeal to the United States Court of Appeals for the Second Circuit, filed on October 29, 2015 (MDL ECF No. 3092) and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the F.R.C.P. 54(b) Final Judgment and the underlying Opinion and Orders entered in this action by the United States District Court for the Southern District of New York, respectively dated October 30, 2015, October 30, 2015 and September 29, 2025 (MDL ECF Nos. 3097, 3096 and 3046), copies of which are attached as Exhibit A through C, respectively, denying plaintiffs' motion to amend their pleadings as to the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and dismissing plaintiffs' claims against SHC.

Dated: New York, New York
        November 3, 2015

98278

FERBER CHAN ESSNER & COLLER, LLP

By:   /s/ Robert M. Kaplan
       Robert M. Kaplan (RK1428)
Attorneys for Plaintiffs
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200