**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) ECF Case |
| *This document relates to:* *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, 04-CV-7279 | |

**AMENDED NOTICE OF APPEAL**

NOTICE is hereby given that all Plaintiffs in *Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, 04-cv-7279, hereby amend, *nunc pro tunc*, their Notice of Appeal filed on October 27, 2015 (MDL ECF No. 3082) and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the 54(b) Final Judgment issued on October 30, 2015 (MDL ECF No. 3097), and from each and every part of any Opinion and Order underlying the Rule 54(b) Final Judgment (MDL ECF No. 3097), including without limitation the Rule 54(b) Order entered on October 30, 2015 (MDL ECF No. 3096), and the Opinion and Order entered on September 29, 2015, denying Plaintiffs' motion to amend their pleading as to the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and dismissing Plaintiffs' claims against SHC. Copies of the Rule 54(b) Final Judgment, the Rule 54(b) Order, and the September 29, 2015 Opinion and Order are attached hereto as Exhibits A, B, and C, respectively.

Dated:  New York, New York
           November 4, 2015

                                            /s/  Andrea Bierstein
                                         Andrea Bierstein
                                         abierstein@simmonsfirm.com
                                         SIMMONS HANLY CONROY
                                         112 Madison Avenue
                                         New York, NY 10016
                                         Tel:  (212) 784-6400

Fax:  (212) 213-5949

Jodi Westbrook Flowers
jflowers@motleyrice.com
Robert T. Haefele
rhaefele@motleyrice.com
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel:  (843) 216-9000

Attorneys for Plaintiffs