**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
*Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,*
*03-cv-9849*

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in *Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., 03-cv-9849, hereby* amend, *nunc pro tunc*, their Notice of Appeal, filed on October 27, 2015, and corrected on October 28, 2015 (MDL ECF Nos. 3081, 3084), and hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the 54(b) Final Judgment issued on October 30, 2015 (MDL ECF No. 3097) and from each and every part of any Opinion and Order underlying the Rule 54(b) Final Judgment (MDL ECF No. 3097), including without limitation the Rule 54(b) Order entered on October 30, 2015 (MDL ECF No. 3096), and the Opinion and Order entered on September 29, 2015, denying Plaintiffs' motion to amend their pleading as to the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and dismissing Plaintiffs' claims against SHC.  Copies of the Rule 54(b) Final Judgment, the Rule 54(b) Order, and the September 29, 2015 Opinion and Order are attached hereto as Exhibits A, B, and C, respectively.

DATED: November 4, 2015

Respectfully submitted,


/s/ Robert T. Haefele_____
Jodi Westbrook Flowers
jflowers@motleyrice.com
Robert T. Haefele, Esq.
rhaefele@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9000
Fax: (843) 216-9450

Andrea Beirstein
abierstein@simmonsfirm.com
Simmons Hanly Conroy, LLC
112 Madison Avenue
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

Attorneys for the *Burnett* Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Robert T. Haefele, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 4th day of November, 2015.

        By: /s/ Robert T. Haefele
              Robert T. Haefele, Esq.
              Motley Rice, LLC