# Exhibit B

```
                                                                 1
     F5DVTERC
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE:  TERRORIST ATTACKS
 3   ON SEPTEMBER 11, 2001,                03 MDL 1570 (GBD)(FM)
 4
 4   ------------------------------x
 5
 5
 6                                         New York, N.Y.
 6                                         May 13, 2015
 7                                         10:15 a.m.
 7
 8   Before:
 8
 9                        HON. FRANK MAAS,
 9
10                                         Magistrate Judge
10
11
12
13                         APPEARANCES
14
14   For Plaintiffs:
15
15   KREINDLER & KREINDLER
16   BY:  JAMES P. KREINDLER
16        ANDREW J. MALONEY
17
17   ANDERSON KILL
18   BY:  JERRY S. GOLDMAN
18        BRUCE STRONG
19
19   MOTLEY RICE
20   BY:  ROBERT T. HAEFELE
20
21   COZEN O'CONNOR
21   BY:  SEAN P. CARTER
22
23
24
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

```
                                                                   20
       F5DVTERC
 1                THE COURT:  Okay.
 2                Anything else on the plaintiffs' side?
 3                MR. CARTER:  The last issue, your Honor, that we had
 4     raised was we're still a bit troubled by the timing of the
 5     production by Al Haramain USA of the collection of documents
 6     relating to its efforts to persuade the United Nations and the
 7     U.S. to lift the sanctions that have been imposed upon Al
 8     Haramain USA for the stated purpose of allowing the remaining
 9     director to dissolve the entity and disburse its remaining
10     assets.
11                I think the timing of the production troubles us based
12     on the track record with the defendant, along with the fact
13     that the Court is presently in the process of considering a fee
14     application that would result in the imposition of monetary
15     sanctions.
16                Obviously the disbursement of the remaining assets
17     would remove from our reach assets that we might otherwise
18     pursue in satisfaction of either a fee award or with respect to
19     the default judgment that's previously been issued as to the
20     parent organization in Saudi Arabia.
21                THE COURT:  Presumably the default judgment would
22     dwarf anything that you might gain by way of legal fees.
23                MR. KABAT:  Your Honor, may I briefly speak to that?
24                THE COURT:  Please.
25                MR. KABAT:  We represent all the defendants who
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                 21
     F5DVTERC
 1   plaintiff alleged have not produced anything.
 2             One group of them, the current and former officers of
 3   the Muslim World League and the International Islamic Relief
 4   Organization do not have personal control and custody of the
 5   MWL or the IIRO documents.  Instead, what has happened, the
 6   Muslim World League and the IIRO have produced some 345,000
 7   pages of documents which essentially are the documents that
 8   plaintiff requested from the individual officers of those
 9   entities.  So it would be pointless for our firm to have to go
10   through the 345,000 documents that the other firm has produced
11   and say, Okay, this one is responsive for Dr. Al-Turki, this
12   one is responsive for Dr. Naseef.
13             THE COURT:  All of that is interesting, but I'm not
14   sure it responds to the point that Mr. Carter was making with
15   respect to Al Haramain.  He doesn't want to see money walk out
16   the door, and I'm not sure --
17             MR. KABAT:  I'm sorry, your Honor.  I didn't hear
18   Mr. Carter say -- I know he talked about the other group of
19   defendants they were complaining about.
20             THE COURT:  Let me revert back to Mr. Carter.
21             Tell us again what it is you're seeking and why.
22             MR. CARTER:  Your Honor, I take it at this point we
23   are simply requesting an explanation as to why this particular
24   groups of Al Haramain USA documents that relates specifically
25   to efforts to obtain the removal of sanctions against it were
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                    26
       F5DVTERC
 1     calendar, but recently was added.
 2              MR. KABAT:  Judge Daniels set it for 11 a.m.
 3              THE COURT:  Why don't I just say if need be; although
 4     it doesn't sound like on the schedule we just set up that much
 5     of anything will happen between now and then; that if there's
 6     something we need to discuss, we can do it after Judge Daniels'
 7     conference or in lieu of it if it gets put off again.  Okay?
 8              MR. KREINDLER:  Good.
 9              MR. GOLDMAN:  Thank you, your Honor.
10              THE COURT:  Anything else?
11              Okay.  Thank you, all.
12                            *    *    *
13
14
15
16
17
18
19
20
21
22
23
24
25
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```