# Exhibit E



**UNITED NATIONS**     **NATIONS UNIES**

POSTAL ADDRESS-ADRESSE POSTALE: UNITED NATIONS, N.Y. 10017
CABLE ADDRESS -ADRESSE TELEGRAPHIQUE:  UNATIONS NEWYORK

30 August 2013

Mr. Thomas Nelson
PO Box 1211
Welches, Oregon 97067
nelson@thnelson.com

Dear Mr. Nelson,

I write further to my communication to you on 10 February 2013, through which I advised that the Security Council Al-Qaida Sanctions Committee had decided to remove Mr. Suliman Hamd Suleiman Al-Buthe's name from the Al-Qaida Sanctions List. In a letter dated 29 August 2013, I received a formal communication from the Chairman of the Security Council Al-Qaida Sanctions Committee, confirming the delisting and providing the reasons of the Committee with respect to the same.

The Committee reached its decision after close consideration of the Comprehensive Report which I prepared and submitted in this case. In that report, I reviewed, analysed and provided observations on the gathered information and set out the principal arguments in the case. I also made a recommendation with respect to delisting.

After review of the Ombudsperson's Comprehensive Report, the Committee noted the following points:

The Committee underlined that all decisions to remove names from its Al-Qaida Sanctions List are made on a case by case basis, in light of the criteria for designation set out in paragraph 4 of Security Council resolution 1989 (2011) and reaffirmed in paragraph 2 of resolution 2083 (2012). The Committee noted that, in common with all delisting decisions, this decision to remove a name from the Al-Qaida Sanctions List was a *de novo* decision which looked at the circumstances, as they stood at the time of the delisting request, to determine the appropriateness of a continued listing. The Committee emphasized that the decision to delist is separate from and does not reflect on the original decision to list

Should you have any questions or require further information or assistance with respect to this matter, please do not hesitate to contact me.

Yours Sincerely,

*KPost*

Kimberly Prost
Ombudsperson

AHIF 4518