**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

November 6, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

Frank Maas, United State Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Via Facsimile (212) 805-6724

Re: *In re: Terrorist Attacks on September 11, 2001*, 03-md-01570 (GBD)
*Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550- GBD-FM
**Motion to Seal Damages Inquest Exhibit H**

Dear Judge Maas:

Pursuant to a telephone conversation with your Clerk yesterday and in conformance with our previous submission in *Havlish, et al. v. bin-Laden, et al.* 03-cv-09848, the *Hoglan* Plaintiffs will file their Damages Inquest Memorandum next week. We wish to file one exhibit under seal. Specifically, we request Your Honor accept this letter as Plaintiffs' request to seal **Exhibit H** to the Inquest Memorandum which is a CD-ROM containing personal financial and economic data for each of the named Plaintiffs. The data contained on the CD-ROM was used by Plaintiffs' expert economist, Stan Smith, to prepare his report in support of damages.

Very truly yours,

*/s/ Timothy B. Fleming*

Timothy B. Fleming
Counsel to the *Hoglan* Plaintiffs

SO ORDERED

_____
Frank Maas,   11/9/15
United States Magistrate Judge

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.