# EXHIBIT A

Case 1:03-md-01570-GBD-FM   Document 3097   Filed 10/30/15   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                            **03 MDL** 1570 (GBD)
-----------------------------------------------------------X
This document relates to:   All Actions                       **RULE 54(B) JUDGMENT**
-----------------------------------------------------------X

Whereas the parties having jointly requested for entry of a final judgment, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court on October 30, 2015 having rendered its Order finding that there is no just reason to delay the entry of final judgment pursuant to Fed. R. Civ. P. 54(b) dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"), certifying the dismissals of defendants Saudi Arabia and SHC as final pursuant to Fed. R. Civ. P. 54(b), and directing the Clerk of the Court to prepare and enter a final judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 30, 2015, there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), dismissing defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"); the dismissals of defendants Saudi Arabia and SHC are certified as final pursuant to Fed. R. Civ. P. 54(b).

**Dated:** New York, New York
October 30, 2015

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                        BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____