IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) 03 MDL No. 1570 (GBD)(FM) <br> ) <br> ) |

This document relates to:

    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
        Case No. 03-CV-5738;
    CANTOR FITZGERALD ASSOCIATES, LP, *et al.* v. AKIDA INVESTMENT CO., LTD., *et al.*,
        Case No. 04-CV-7065;
    CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 04-CV-05970;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
        Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
        Case No. 03-CV-6978; and
    ESTATE OF O'NEILL, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
        Case No. 04-CV-1923

## DECLARATION OF ALAN R. KABAT

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Wachtel, PLLC, counsel to the Al Haramain Islamic Foundation, Inc. (USA). I submit this declaration to transmit to the Court the following documents submitted in support of the Al Haramain Islamic Foundation, Inc. (USA)'s Rule 72 Objections to October 28, 2015 Ruling:

    1.    Exhibit 1 is a copy of the Declaration of Steven Wax (Nov. 8, 2013).

    2.    Exhibit 2 is a copy of the Motion to Dismiss, *United States v. Sedaghaty*, No. 06-CR-60005 (ECF No. 659) (D. Or. July 29, 2014).

    3.    Exhibit 3 is a copy of the Order of Dismissal, *United States v. Sedaghaty*, No. 05-CR-60005 (ECF No. 660) (D. Or. July 29, 2014).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 11, 2015.

*Alan R. Kabat*
_____
Alan R. Kabat, Esquire