IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In Re* TERRORIST ATTACKS ON SEPTEMBER 11, 2001   ) 03 MDL No. 1570 (GBD)(FM)

This document relates to:

> ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>   Case No. 02-CV-6977;
> BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
>   Case No. 03-CV-5738;
> CANTOR FITZGERALD ASSOCIATES, LP, *et al.* v. AKIDA INVESTMENT CO., LTD., *et al.*,
>   Case No. 04-CV-7065;
> CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
>   Case No. 04-CV-05970;
> EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
>   Case No. 04-CV-07279;
> FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
>   Case No. 03-CV-6978; and
> ESTATE OF O'NEILL, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
>   Case No. 04-CV-1923

## DECLARATION OF ALAN R. KABAT

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Wachtel, PLLC, counsel to the Al Haramain Islamic Foundation, Inc. (USA). I submit this declaration to transmit to the Court the following documents submitted in support of the Al Haramain Islamic Foundation, Inc. (USA)'s Rule 72 Objections to October 28, 2015 Ruling:

1. Exhibit 1 is a copy of the Declaration of Steven Wax (Nov. 8, 2013).

2. Exhibit 2 is a copy of the Motion to Dismiss, *United States v. Sedaghaty*, No. 06-CR-60005 (ECF No. 659) (D. Or. July 29, 2014).

3. Exhibit 3 is a copy of the Order of Dismissal, *United States v. Sedaghaty*, No. 05-CR-60005 (ECF No. 660) (D. Or. July 29, 2014).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 11, 2015.

*Alan R. Kabat*

Alan R. Kabat, Esquire