UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re: Terrorist Attacks on
Septermber 11                    Plaintiff,        Case No.  1:03-MD-01570-GBD-FM

                    -against-

                                 Defendant.
--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Timothy McCarthy
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TM 2118 _____ My State Bar Number is 3996345 _____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Mishcon de Reya New York LLP
            FIRM ADDRESS: 750 Seventh Avenue, 26th Floor, NY, NY 10019
            FIRM TELEPHONE NUMBER: 212-612-3270
            FIRM FAX NUMBER: 212-612-3297

NEW FIRM:   FIRM NAME: Mishcon de Reya New York LLP
            FIRM ADDRESS: 2 Park Avenue, 20th Floor, NY, NY 10016
            FIRM TELEPHONE NUMBER: 212-612-3270
            FIRM FAX NUMBER: 212-612-3297

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge _____

Dated: 11/4/15                    T. McCarthy
                                  ATTORNEY'S SIGNATURE