UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (FM) |

This document relates to: *All Actions*

## DECLARATION OF J. SCOTT TARBUTTON

I am an attorney licensed to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Declaration to transmit to the Court the following documents submitted in support of Plaintiffs' Opposition to Defendant Wa'el Jelaidan's Motion for Limited Reconsideration of this Court's October 23, 2015 Fee Award:

1. Attached hereto as Exhibit A is a true and correct copy of the Declaration and Qualifications of Professor Jimmy Gurulé, dated November 9, 2011.

2. Attached hereto as Exhibit B is a true and correct copy of the Corrected Memorandum Decision and Order, dated October 28, 2015 (ECF No. 3087).

3. Attached hereto as Exhibit C is a true and correct copy of the Memorandum Decision and Report and Recommendation, dated October 28, 2013 (ECF No. 2789).

Executed from Philadelphia, Pennsylvania on November 12, 2015.

J. Scott Tarbutton, Esq.