11/12/2015 3:44:15 PM -0500 FAXCOM    PAGE 2 OF 3
Case 1:03-md-01570-GBD-SN   Document 3121   Filed 11/12/15   Page 1 of 2
Case 1:03-md-01570-GBD-FM   Document 3117   Filed 11/12/15   Page 1 of 2

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

November 12, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to request a brief extension of the deadline for submission of plaintiffs' reply letter brief seeking an order compelling defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Muhsen al Turki, and Adnan Basha (collectively referred to as the "Charity Official Defendants"), to produce documents responsive to plaintiffs' jurisdictional discovery requests. Plaintiffs respectfully request that the deadline be extended from Friday, November 13 to Wednesday, November 18. Plaintiffs have conferred with counsel for the defendants, and he does not object to the extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas, USMJ 11/12/15

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/15

The Honorable Frank Maas
November 12, 2015
Page 2

---

cc:     MDL Counsel of Record (via ECF)
        Alan R. Kabat, Esq. (via ECF)

LEGAL\15018407\1 00000.0000.000/117430.000