## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978

## NOTICE OF MOTION OF THE AXA, CHUBB, MUNICH RE AMERICA, AND ONEBEACON INSURANCE GROUP PLAINTIFFS TO ASSESS DAMAGES AGAINST IRAN FOR CLAIMS ARISING UNDER 28 U.S.C. § 1605A(d)

PLEASE TAKE NOTICE that, pursuant to the Court's Order and Judgment of August 31, 2015, MDL ECF No. 3020, and upon the accompanying Memorandum of Law, the AXA, Chubb, Munich Re America, and OneBeacon Insurance plaintiffs seek an Order awarding damages in their favor in relation to the judgment entered against defendant Islamic Republic of Iran, for claims arising under 28 U.S.C. § 1605A(d).

Dated: November 13, 2015          Respectfully submitted,

/s/
Sean P. Carter, Esq.
Stephen A. Cozen
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the Notice of Motion of the AXA, Chubb, Munich Re America, and OneBeacon Insurance Plaintiffs to Assess Damages Against Iran for Claims Arising Under 28 U.S.C. §1605A(d), was filed electronically this 13th day of November 2015. Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system.  Parties may access this filing through the Court's ECF system.

      /s/_____
      J. Scott Tarbutton, Esq.

PHILADELPHIA\6285167\1 117430.000