UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(FM)

### [PROPOSED] ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) against the Islamic Republic of Iran; and it is

**ORDERED** that the *Ashton* Plaintiffs are awarded: (1) compensatory damages for conscious pain and suffering in the amount of $2,000,000 for each decedent whose interests they represent; (2) punitive damages for conscious pain and suffering in the amount of $6,880,000 for each of those decedents; and (3) prejudgment interest on the compensatory damages awards for conscious pain and suffering of each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated:   New York, New York
        _____, 2015

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1