# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03 Civ. 9849
*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03 Civ. 6978
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka., et al.*, No. 04 Civ. 1923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04 Civ. 5970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd, et al.*, No. 04 Civ. 7065
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, No. 04 Civ. 7279

**PLAINTIFFS' SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS
DIRECTED TO SANABEL AL KHEER, INC.**

THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES
July 31, 2012

# PLAINTIFFS' SUPPLEMENTAL REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO SANABEL AL KHEER, INC.

Plaintiffs in *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977, *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03 Civ. 9849, *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03 Civ. 6978, *Estate of John P. O'Neill, Sr., et al. v. Al Baraka., et al.*, Case No. 04 Civ. 1923, *Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04 Civ. 5970, *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd, et al.*, Case No. 04 Civ. 7065, and *Euro Brokers Inc., et al., v. Al Baraka, et al.*, Case No. 04 Civ. 7279, propound and serve on Sanabel Al Kheer, Inc., the following Supplemental Requests for Production of Documents to be answered fully and under oath, pursuant to Rule 34 of the Federal Rules of Civil Procedure, within 30 days of their receipt.

The "Instructions" and "Definitions" set forth in the Plaintiffs' First Set of Requests for Production of Documents Directed to Sanabel Al Kheer, Inc. are incorporated herein by reference, except the following definition shall also apply:

1. The terms "Defendant," "You," and "Your" shall refer to Sanabel Al Kheer, Inc. (a/k/a Sana-Bell, Inc., The Sana-Bell, Inc., Sanabil Al-Khair, Sanabel Al Khair) and any branch office, subsidiary, affiliate, officer, director, trustee, employee, attorney, consultant, accountant, agent, alter ego, volunteer, or representative acting on Sanabel Al Kheer, Inc.'s behalf.

## PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO SANABEL AL KHEER, INC.

1. Please produce all documents and correspondence that Sanabel Al Kheer, Inc. sent to and/or received from the International Islamic Relief Organization ("IIRO"), including documents and correspondence sent to and/or received from any employee, officer, director, or trustee of IIRO.

**ANSWER:**

2. Please produce all documents and correspondence that Sanabel Al Kheer, Inc. sent to and/or received from the Islamic Relief Organization ("IRO"), including documents and correspondence sent to and/or received from any employee, officer, director, or trustee of IRO.

**ANSWER:**

3. Please produce all documents and correspondence that Sanabel Al Kheer, Inc. sent to and/or received from Muslim World League ("MWL"), including documents and correspondence sent to and/or received from any employee, officer, director, or trustee of MWL.

**ANSWER:**

4. Please produce any and all documents reflecting or pertaining to efforts undertaken by Sanabel Al Kheer, Inc. to investigate or research the applicants for and/or recipients of grants, loans, and/or financial donations provided by Sanabel Al Kheer, Inc.

**ANSWER:**

5. Please produce a copy of any and all documents produced to the U.S. government by Sanabel Al Kheer, Inc. in response to the subpoena to Sanabel Al Kheer, Inc. issued by the U.S. Attorney on January 24, 2006.

**ANSWER:**

Dated: July 31, 2012                    Respectfully submitted,

*MDL 1570 Plaintiff Executive Committees/ESmith*
THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Supplemental Requests for Production of Documents Directed to Sana-Bell, Inc. and Sanabel Al Kheer, Inc. was served via electronic mail this 31st day of July 2012, upon:

Christopher S. Manning, Esquire
Manning Sossamon
1120 20th Street NW
Suite 700N
Washington, DC 20036
cmanning@manning-sossamon.com

Alan R. Kabat, Esquire
BERNABEI & WACHTEL, PLLC
1775 T Street, NW
Washington, DC 20009-7124
(Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

_____
Elizabeth Smith, Esquire