# Exhibit 9

# Haefele, Robert

| | |
|---|---|
| **From:** | Christopher Manning <cmanning@THE-MANNING-GROUP.COM> |
| **Sent:** | Tuesday, October 13, 2015 2:01 PM |
| **To:** | Haefele, Robert |
| **Cc:** | SCarter1@cozen.com; Tarbutton, Scott |
| **Subject:** | Sanabel Al Kheer |

Robert:

I am writing with an update regarding Dr. Hillali. Despite my best efforts, I still have not been able to get a hold of him. I have checked the death records and he does not appear to have passed so I will continue to keep trying to reach him. That said, there looks like there is not as much urgency given your request for an extension on the Motions to Compel, correct?

Best,

Chris



**Christopher C. S. Manning, Esq.**
1001 L Street NW
Suite 311
Washington, DC 20001
**Direct:** (202) 813-3262
**Mobile:** (202) 909-6989
www.the-manning-group.com
cmanning@the-manning-group.com

1