# Exhibit 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 2 9 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

---------------------------------------------------------- x
THE SANA-BELL, INC.,              :
                                  :
        Plaintiff,                :
                                  :
v.                                :   Case No. 98-CV-4177 (PJM)
                                  :
BMI REAL ESTATE DEVELOPMENT, INC.,:
BMI LEASING, INC., SOLIMAN S. BIHIERI, and :
SULEIMAN BIN ALI ALALI,           :
                                  :
        Defendants.               :
---------------------------------------------------------- x

## ORDER OF JUDGMENT

Following entry of default dated September 18, 2000 against defendants BMI Real Estate Development, Inc., BMI Leasing, Inc. and Soliman S. Biheiri, and after consideration of Plaintiff's Affidavit of Proof of Damages With Proposed Order filed September 28, 2000 and the record in this case, it is hereby

ORDERED that judgment be entered in favor of Plaintiff The Sana-Bell, Inc. and against defendants BMI Real Estate Development, Inc., BMI Leasing, Inc. and Soliman S. Biheiri jointly and severally in the amount of $2,300,287.50, plus post-judgment interest pursuant to 28 U.S.C. § 1961 at the applicable federal rate.

So Ordered

_____  9/29/00
Hon. Peter J. Messitte
United States District Judge

51017808.01

OCT 02 2000 16:49            410-962-2690 USDC            PAGE.02

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0001458