Exhibit 14

| IIRO<br>INTL. ISLAMIC RELIEF ORG.<br>IN SAUDI ARABIA |  | هَيْئَةُ الإغَاثَةِ الإِسْلَامِيَّةِ العَالَمِيَّة<br>بِالمَمْلَكَةِ العَرَبِيَّةِ السُّعُودِيَّة |
|---|---|---|

الموضوع : ————————                                الرقم : ————————
                                                   التاريخ : ————————

TO   : Dr. Yaqup Mirza, VGA
       : Sana-Bell Inc.

FROM: Dr. Farid Yaseen Qurashi, Jeddah.
      : Member Initial Board of Trustees.

SUB  : Sana-Bell Inc.

DATE : November 16, 1996

Dear Dr. Mirza,

Assalmu alai kum wa rahmatullahi wa barkatuh

Kindly send to us by fax a copy for the Property deed in the name of Sana-Bell Inc.

Thanking you for your constant cooperation.

Wassalamu alaykum.

Yours sincerely,

Dr. Farid Yaseen Qurashi,
Secretary-General

Address : P.O. Box 14843 Jeddah 21434   Tel. : 6512333 - 6515111 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

KMR - 02210

**VIA TELEFAX 011 966 2 664 1623**

| | |
|---|---|
| To: | Mr. Sulayman Al-Ali, Member, Investment Committee |
| From: | M. Yaqub Mirza |
| Subject: | The Sana-Bell, Inc. |
| Date: | March 27, 1998 |

Dear Mr. Al-Ali, Assalamu 'Alaikum

I pray and hope this letter finds you and brothers in good health and the best spirit.

As you are aware that SANA-BELL, since long time, has not done any business. I have acted upon receiving instructions from the President and only on certain matters. I have given my views when I was asked.

However, in the last 2 years I have not been able to get any response, especially a letter to convert the loan to contribution upon receipt of tax-exempt status, as required by IRS, even after repeated requests we have not received the accounting information from the manager of the property (whom you know), in order for us to file 1996 and 1997 tax returns.

Two years ago an auditor from IIRO visited and asked to look at the accounts and the Sana-Bell's investments. We provided all the relevant information. We never heard from him again.

Dr. Farid Qureshi asked for the copy of the deed of the building which was sent to him on November 18, 1996. Then, last year Dr. Adnan Pasha called concerning the building and I provided him all the information.

Since then I never heard anything from either of them, until you called.

As you know, I have helped Sana-Bell, being a charitable organization, without any compensation. My term has expired and in a situation where President of the organization has not been able to direct the organization, I am left with no direction. I never have and do not want to act alone on matters related to Sana-Bell.

Several of the Board members' term has expired, however, the by-laws allow continuation of the membership until successors are appointed. Therefore, I recommend that Board meeting should be called and appoint someone say yourself to do what the Board decides. Meeting can be called in Saudi Arabia where majority of the Board members are. If this is not possible since it will take time, then either Chairman, Dr. M. Abdu Yamani or President, Dr. A. Al-Saati can direct future actions.

Let me know if I can assist you in anyway possible.

Wassalaam.

cc: Dr. Abdulrahim Al-Saati
    President

KMR - 03748

رابطة العالم الإسلامي
**MUSLIM WORLD LEAGUE**
Makkah al-Mukarramah - Saudi Arabia

Office of the
Secretary-General

22-04-1998

TO: DR. YAQUB MIRZA

Assalamu Alaikum

Thank you very much for your help and assistance to support the activity of "SANABEL" and would like to draw your kind attention that Sanabell Al Kheir Committee is re-formed to rejoin Dr. Sulayman Al Ali as its member. He will be the responsible for Sanabel in U.S.A.

You are kindly requested to cooperate with him by handing him over all papers related to SANABEL enabling him to show up his ideas about to be presented to the Committee.

Thanks once more for your support in the past period hoping you all the best.

Wassalaam,

Cincerely Yours,

DR. MOHAMMAD ABDO YAMANI
The President of Sanabell Committee


CC: Dr. Abdullah Bin Abeed.
CC: Dr. Abdulrahim Al Saati

P.O. Box : 537 - Cable. (Rabita-Makkan) - Telex - 540009 RABITA SJ - Fax 5435:83 - Tel 5445130

KMR - 03751



```
FI    N                  FIRST UNION NATIONAL BANK           PAGE   01   2000073473167
                                 OF VIRGINIA                                33 072   140
  X                                HERNDON                                              1
```

```
  |.|.|.|.|||..|..|||..|.|.|
  THE SANA BELL INC
  555 GROVE ST                              CB
  HERNDON VA  22070
```

STATEMENT DATE     08/31/94

──────────────── CUSTOMER INFORMATION ────────────────

CHECKING & INVESTMENT ACCOUNTS          CONSUMER LOAN ACCOUNTS
FIRST UNION NATIONAL BANK OF VIRGINIA   FIRST UNION NATIONAL BANK OF VIRGINIA
7711 PLANTATION ROAD                    VA-0343
ROANOKE VA  24019                       PO BOX 13327
1-800-578-3862                          ROANOKE VA  24040-0001
                                        1-800-347-1131

LOST OR STOLEN 24 HOUR BANKING CARD     REVOLVING CREDIT
FIRST UNION BANKCARD CENTER             FIRST UNION BANKCARD CENTER
CONS-10-0349                            CONS-10-0349
CHARLOTTE NC  28288-0349                CHARLOTTE NC  28288-0349
1-800-359-3862                          1-800-359-3862

──────────────── COMMERCIAL CHECKING ────────────────

FOR: THE SANA BELL INC                  ACCOUNT NUMBER           2000073473167
                                        REPLACES ACCOUNT NUMBER  (0000007347316)
                                        TAXPAYER ID NUMBER       52-1639194
PREVIOUS STATEMENT BALANCE 07/29/94         29,125.31
    1 DEPOSITS/CREDITS                       1,425.00+
    1 CHECKS/DEBITS                          4,010.00-
      SERVICE CHARGE                              .00-
ENDING STATEMENT BALANCE  08/31/94          26,540.31

AVERAGE BALANCE                             29,262.88   MINIMUM BALANCE           26,540.31

──────────────── DEPOSITS/CREDITS ────────────────

        DATE         AMOUNT      DESCRIPTION
        08/26      1,425.00      DEPOSIT

──────────────── LISTING BY CHECK NUMBER ────────────────

  CHECK NO    AMOUNT    DATE
    1022     4,010.00   08/31

        * INDICATES A BREAK IN CHECK NUMBER SEQUENCE

──────────────── DAILY BALANCE SUMMARY ────────────────

    DATE         AMOUNT          DATE         AMOUNT
    08/26      30,550.31         08/31      26,540.31

Post-it® Fax Note  7671   Date 10/3/94   # of pages ▶ 1
To INT. ISLAMIC RELIEF    From Isam Akkad
Co./Dept. w/ref. to IIRO  Co. MARJAC INVESTMENTS
Phone #  fax dt.10/1/94   Phone #
Fax # ATTN: Dr.AbdurRahim Al-Saati   Fax #

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0017183

# SANABEL AL KHEER CO    شركة سنابل الخير

Capital S.R. 10,000,000                                    رأس المال ١٠ مليون ريال سعودي

الموضوع : ..............................                    الرقم : ..............................

                                                            التاريخ : ١١ / ٣ / ١٤١٧ هـ

TO      : MR. Isam Akad - VGA
FROM    : Fawzi Abdul Sattar
SUB     : BANK STATMENT OF SANA - BELL , INC .
DATE    : JUL 15 , 1997

Please send us updated Sana-Bell's account statment First American Bank beginning 02.MAY 1996. for auditing purpose .

Thanking you for your constant cooperation Wassalamu alaykum .

Fawzi Abdul Sattar

ص.ب: ٢٣٥٦٧ جدة ٢١٤٥٨ س.ت ٤٠٣٠٠٨٤٣٣٠ - هاتف: ٦٧٢٦٤٠٤ / ٦٧١٩٩٧٩ / ٦٧٣٠٤٣٦ فاكس داخلي ١١٢ - المملكة العربية السعودية
P. O. Box 33567 Jeddah 21458 C. R. 4030084330 - Tel. 6726404 / 6719979 / 6730436 Fax Ext 112 Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017532

☎ 0096626518397                    02/03 '94 22:34                  P01

ISAM

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم ..........
التاريخ ١٩٩٤ _ ٢ _ ٣

الموضوع

FROM    : DR. ABDULRAHEEM ALSA'ATI
TO      : DR. YAQUB MERAZ

PLEASE SEND US LIST OF BANK TRANSACTION FROM MAY
1993 TO FEB 1994 WITH FIRST AMERICAN BANK A/C NO.
07347316.

BEST REGARDS

DR. ABDULRAHEEM ALSA'ATI

Address: P.O. Box: 14843 Jeddah 21434 – Tel. 6512333 - 0515411   Fax: 6518491 – Telex: 606/54 IGATHA S.J.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0018448