# Exhibit 15



**0108 8 1402**

CLINTON MILLER
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

HULLIHEN WILLIAMS MOORE
COMMISSIONER

# COMMONWEALTH OF VIRGINIA

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION

August 03, 2001

JAMES M TOWARNICKY
555 GROVE ST STE 116
HERNDON, VA  201700000

## NOTICE OF REVOCATION OF CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS IN VIRGINIA

RE:     SANA-BELL, INC., THE
ID:     F141478-0

Virginia corporation law provides that the due date for a Foreign corporation to pay its annual registration fee each year is the last day of the anniversary month of the date of its Certificate of Authority to Transact Business in Virginia.  If the fee remains unpaid as of the last day of the fourth month immediately following the due date, the corporation's Certificate of Authority shall be automatically revoked.  See Sections 13.1-768 (Stock Corporations) and 13.1-930 (Non Stock Corporations) of the Code of Virginia.  According to the Commission's records the above named corporation failed to pay its registration fee before July 31, 2001, and, consequently, the corporation's Certificate of Authority was automatically revoked as of that date.

Among other things, this revocation means that the corporation is no longer authorized to transact business in this Commonwealth.  As there might be other consequences resulting from this revocation, it is suggested that the corporation, its officers, and directors seek the advice of counsel.

If the corporation wishes to reenter, then it may do so by complying with the applicable statutes. For information as to the method of reentry, write to:

COMMONWEALTH OF VIRGINA
STATE CORPORATION COMMISSION
CLERK'S OFFICE
P.O. BOX 1197 (1300 EAST MAIN STREET, RICHMOND, VA 23219)
RICHMOND, VA 23218-1197
(804) 371-9733

ASH 019223

# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

March 7, 2000

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## THE SANA-BELL, INC.

to comply with the requirements of law, and confirms payment of all required fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 7, 2000.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By  *T. V. Morrison*

Commissioner

CORFACPT
CIS0317
00-03-07-0603

ASH 019224



SCC759/921
(04/97)

APPLICATION FOR A CERTIFICATE OF AUTHORITY
TO TRANSACT BUSINESS IN VIRGINIA

NOTE: THIS IS AN SCC APPROVED FORM. IT MAY BE DUPLICATED, BUT THE CONTENT AND FORMAT CANNOT BE CHANGED.

Name of the corporation (include any "for use in Virginia" name):

THE SANA-BELL, INC.

State or country of incorporation   DISTRICT OF COLUMBIA

Date of incorporation   7/28/89          Period of duration   PERPETUAL

Corporation's principal office address
555 Grove Street, Suite 116,
                          (Number and street)
                          Herndon, VA 20170
          (City or Town)                    (State)        (Zip Code)

Name of the VIRGINIA registered agent  James M. Towarnicky

The registered agent is (mark appropriate box[es])
    (1) An individual who is a resident of Virginia and
        [ ] an officer of the corporation
        [ ] a director of the corporation
        [X] a member of the Virginia State Bar
            OR
    (2)  [ ] A professional corporation or professional limited liability company of attorneys registered under §
         54 1-3902, Code of Va

Street address of the VIRGINIA registered office of the corporation:
555 Grove Street, Suite 116
                          (Number and street)
Herndon                              VA   20170
          (City or Town)                          (Zip Code)

The corporation's registered office in Virginia is located
in the [ ] City or [X] County of Fairfax

OFFICERS

| NAME AND TITLE | BUSINESS ADDRESS |
|---|---|
| Bin Saleh L Obad, President | 555 Grove Street, #116, Herndon, VA 20170 |
| Hassan M. Bahafzallah, Vice President | 555 Grove Street, #116, Herndon, VA 20170 |
| M. Yaqub Mirza, Secretary | 555 Grove Street, #116, Herndon, VA 20170 |
| Abdullah M. Al Noshan, Treasurer | 555 Grove Street, #116, Herndon, VA 20170 |

DIRECTORS

| NAME   James M. Towarnicky   ASST. SEC. | BUSINESS ADDRESS   555 GROVE STREET, #116 HERNDON, VA 20170 |
|---|---|
| Bin Saleh L Obad, | 555 Grove Street, #116, Herndon, VA 20170 |
| Hassan M. Bahafzallah, | 555 Grove Street, #116, Herndon, VA 20170 |
| M. Yaqub Mirza, | 555 Grove Street, #116, Herndon, VA 20170 |
| Abdullah M. Al Noshan | 555 Grove Street, #116, Herndon, VA 20170 |

STOCK

| NO. OF SHARES AUTHORIZED | CLASS AND SERIES |
|---|---|
| NONE | NONE |

The undersigned executes this application in the name of the corporation and declares the facts stated herein to be true

James M. Towarnicky, Asst Secretary          3/7/00
    (Signature)          (Printed name and corporate title)          (Date)
              See instructions on the reverse

ASH 019225