# Exhibit 17

*M. A. Yamani*



## TO WHOME IT MAY CONCERN

The Board of Trustees of SANA-BELL INC. U.S.A held a meeting on April 10, 1998.
AS most of the memberships of the Board of Trustees had been expired.
IT was resolved as follows :
1 - A new Board of Trustees is to be formed as follows :
- Dr. Mohammed A. yamani
- Sheikh Saleh A. Kamel
- Dr. Adnan Kh.Y. Basha
- Dr. Hassan A. Al-Ahdal
- Dr. Sulaiman A. Alali
- Dr. Hassan A. A. Bahafzallah
- Dr. Salh Al Saqri
2 - The Board of Trustees is extending its gratitude to all members who contributed previously to the company activities.
3 - The new Board shall be valid effective this meeting date. In this respect Dr. Sulaiman A. Alali shall be the Board Co-ordinator and to be contacted for all communications with rgard to the registration procedure.

*M.A.Ya*

Dr. Mohammed A. Yamani
CHAIRMAN

P.O.BOX 10932 JEDDAH 21443 - Tel. 6710000      ص.ب ١٠٩٣٢ جدة ٢١٤٤٣ - تليفون ٦٧١٠٠٠٠

KMR - 03750
ASH 028499