# Exhibit 18



June 15, 1993

By Fax:  011 9662 651-8397
         011 9662 620 0223

Dr. Abdu Al Rahim A. Al Saati
Assistant General Manager for Investment
International Islamic Relief Organization
P.O. Box 14843
Jeddah, Saudi Arabia

*ISAM*

*for files*

Dear Abdu Al Rahim Al Saati:

As Salaamu Alaikum.

We hereby acknowledge receipt on June 10, 1993 of $150,000.00 transferred to BMI Leasing Limited Partnership from Sana Bell, Inc.

Thank you for arranging this transfer so promptly.

We would appreciate a transfer of the remaining funds as soon as conveniently possible because we have lease projects awaiting funding.

Your response to our letter dated June 7, 1993 would also be much appreciated.

With best regards.

Sincerely,

Omar Fisher

cc.  Sana Bell, Inc.
     Attn.  Yacub Mirza

One Harmon Plaza • Seacaucus, New Jersey 07094 • Tel: (201) 865-8096 • Fax: (201) 865-8176

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017793

ASH 023148