# Exhibit 19



EXHIBIT
MIRZA #4
10/25/99

IIRO, SAUDI ARABIA
August, 18, 1998

Mr. Sulayman Al-Bhairi
Baitul Mal Al-Islami

Assalamu Alaykum!

I refer to our conversation which took place on Wednesday, August 18, 1998. Being the Secretary General of the Investment Committee of IIRO (International Islamic Relief Organization), superseding Dr. Omar Zuhair Hafiz since 3/3/1419 A.H. (6/26/98).

I request you to stop any transactions concerning the accounts managed by your firm under the name of (SANA-BELL, America), and to cancel the validity of Dr. Sulayman Al-Ali's signature in regard of all our accounts with your firm.

You will receive, later, a direct confirmation of these instructions from the Secretary General of the "Muslim World League", the Chairman of the Board of IIRO and Chairman of the Investments Committee. He will, also, let you know how our accounts with your firm will be handled in future.

Thank you.

Dr. Hassan Bahfzallah
Secretary of Investment Committee

ASH000697