# Exhibit 20

# 2001 ANNUAL REPORT CONTINUED

CORPORATE ID: ▓▓▓370-0

| ☐ NO CHANGE        ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
| NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: | NAME: DR. HASSAN A.A. BAHAFZALLAH <br> TITLE: VICE PRESIDENT/DIRECTOR <br> ADDRESS: 360 S. WASHINGTON STREET, SUITE 300 <br><br> CITY/ST/ZIP: FALLS CHURCH, VA 22046 |
| ☐ NO CHANGE        ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
| NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: | NAME: DR. M. YAQUB MIRZA <br> TITLE: SECRETARY/TREASURER/DIRECTOR <br> ADDRESS: 555 GROVE STREET, SUITE 116 <br><br> CITY/ST/ZIP: HERNDON, VA 20170 |
| ☐ NO CHANGE        ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: | NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: |
| ☐ NO CHANGE        ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: | NAME: <br> TITLE: <br> ADDRESS: <br><br> CITY/ST/ZIP: |