# Exhibit 21



**SANABEL AL KHEER CO.**
FOR TRADE & IND INV-LTD
شركة سنابل الخير
للاستثمارات التجارية والصناعية المحدودة

**Dr. Hassan A.A. Bahafzallah**
Director of the Real Estate Investment Section

703-6264181

P.O. Box: 9072 Jeddah 21413 - Kingdom of Saudi Arabia
Tel. 6730436, 6719979, 6726404 Fax 6715580 Mob. 055606253

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0001108

ASH 024049