# Exhibit 22

Copyright 1999 Moneyclips GCC Ltd.
Middle East Newsfile

October 13, 1999

**LENGTH:** 104 words

**HEADLINE:** INT'L ISLAMIC RELIEF ORGANIZATION

SAUDI ECONOMIC SURVEY

**BODY:**

The International Islamic Relief Organization board of directors held a meeting last week is Jeddah under the chairmanship of the Secretary General of the Muslim World League and the Organization's board chairman to discuss the draft budget for the year 1420/1421.

Attending the board meeting were the members, namely Dr. Adnan Khaleel Pasha, Eng. Mahmoud Taiba, Sheikh Mohammad Nasser Al-Aboudi, Ibrahim Afandi, Ibrahim Al-Jomaih, Dr. Hassan Al-Ahdal, Abdul Rahman Habannaka Al-Maidani, Abdul Rahman Faqeeh and Hussain Muwaffak.

At the session, the board approved a draft budget estimated at SR 130 million.

**LOAD-DATE:** October 18, 1999

ASH000864