Exhibit 23

MWL 008921.txt

14 January 1997
Dr. Hassan Al-Ahdal
Director-General
Secretary' -General's Office
Makkah al-Mukarramah

Dear Brother Hassan,

Assalamu alaikum wa rahmatullahi wa barakatuh.

I hope yourself and the rest of your family are all well by the grace of Allah and particularly your wife who was suffering from asthma. May Allah give her quick recovery.

I should have written this letter to Syed Amin Aqil Attas; but addressing it to you as I thought you would be in a better position to understand the implications of the letter as one of the former Directors of Rabitah Office in London.

You will please recall when you saw the press clipping of Sunday Business Newspaper about the Charity Commission, you commented that "Someone from the office is passing information to outside agencies". That was also my own thinking because there was some mention which only me and Brother Suleman knew. You will please see that there is a mention of an alleged complaint made by Morroccan Embassy to the Saudi Embassy about some anti-government activists working in our office. The fact is that some years ago, there was a leaflet in our Notice Board which was seen by someboy who informed the Tunisian Embassy. They in turn complained to Saudi Embassy, who then called Dr. Saleem Has and asked for his explanation. This particular incident was repeated by Br. Suleman to Br. Bassim Alim to complain against two Tunisian brothers who are now working in the office. The same sort of allegation has been made by this News Paper which there is no way to know about something that happened many years ago. There was another article in their next issue; a copy of which is enclosed.

I was therefore, keeping a careful eye on day to day working of the office and one day found that somebody has tempered with our Computer programmes. Then the whole thing has started. I asked Br. Suleman several questions on some aspects of the office.

These questions and his answer are enclosed. These are self-explanatory.

Apart from all these, there is another problem that has been created by Br. Suleman. You may perhaps know that he was living somewhere outside the office with his family for many years which prompted Brother Bassim to employ a Security Guard for the night shif as well. But Br. Suleman a couple of weeks before came to live in the building and started to reside in the Director's Flat without even letting me know. ♀
When enquired, I was told that he has been thrown out of his house by his wife and he had no other place to go; but Rabitah building. When asked, he said he needs to live in the building to be able to perform his duties. Only when you were coming to London and wanted to live in the Flat, then he forced his entry into Mr. Fathi's room. As you can see, Br. Suleman has attacked Br. Fathi in the process and since then Mr. Fathi is living with him in the same room in a very tense and uneasy condition. Brother Suleman is very staborn, uncompromising, abusive and rude. I tried to make him understand about the office discipline; but he would not listen and find it difficult even to talk to him. He is now doing no work for the office.

When Brother Bassim was leaving, he told me to have some control on the use of office car. To that effect, I asked Br. Suleman to maintain a Log Book (write down the

Page 1

MWL 008921.txt
mileage in a register). He immediately became furous and returned the car key saying
that he will not drive the car any more as to maintain a register is an un-Islamic
act.
You also know that Brother Bassim allowed him to open a Canteen in the 2nd Floor of
the building. He is spending most of office time in his kitchen/canteen either
cooking
or selling food. Rabitah also should note that he is using lot of Gas and
Electricity for
his Canteen free of cost.
I hope Rabitah will examine the whole question of his behaviour and attitude and
take
appropriate action as to avoid further clash and/or indecent incidents.
Kindly give my regards to Syed Amin Aqil Attas when you show these papers to him.
With best wishes and warm regards,
Yours sincerely,
Ghulamur Rahman
♀
/Y
22ND DECEMBER 1996 SUNDAY BUSINESS NH
Charity Commission to review Muslim World League activities
Saudi. charity comes
under fresh scrutiny
Marc Watts
A SEMI-OFFICIAL Saudi chari-ty'
whim pnomoaes Islam in
Britain is natter scrutiny by the
Charity Commission,
The Muslim World League
London Office Trust, a registered
charity *u C 44ess is given as
the Sp" OOVft to London, is
under mainkmitm in the wake of
a llegadow 6k i" resources are
being abused by adireme Islamic
activists.
'lay Buii tens revealed- last
vitelc that special Branch began
an iavatioo into allegations
that an Islamic activist associated
with the Muslim Woi'id League
helped. plater: the buRb.ing. in Dhahran, Saudi Arabia, last June.
The enquiries were officially belt-ed
after Saudi authorities ordered
the activist to return home.
The Saudis have come under
fire over accusations that several
Islamic activists, opposed to sev-eral Middle Eastern and North
African governments, have
abused Muslim World League's
facilities. The Moroccan Govern-ment
lodged a formal complaint
with the Saudi embassy in Lon-don
about one such activist.
The allegations have led the
Charity Commission to press the
Muslim World League for details
about its activities.
Set up in 1962, the Muslim
World League, with offices across the globe, some in udi
embassies, has stated aims of Sa?onsoring
rwuques, Islamic Iibrarics
and social welfare programmes.

Page 2

MWL 008921.txt

The organisation's Mecca headquarters has appointed Gularn Rahman as acting director of its London office, asking him to make sure it cannot be acetmed of helping, albeit inadvertently Islamic activists.
On being questioned about the affair, he said: "How do you know about the Charity Commission? We are sending our accounts to them and we are in correspon-dence with them."
He added: "They are asking questions about who the trustees arc and about our religious work." Fie denied the organisation had any connection with Islamic activists, '1* don't allow any political activities from our office. Our building is a mosque, a place of worship. Our main activities are distributing religious books. including the Koran.
"We allow other people facili-ties for their activities, such as education meetings. Mainly stu-dents come here to have their meetings, but nothing political."
A Charity Commission spokes-woman said the official leading the enquiries into the Muslim World League London Office Trust uas away from the office because of illness and unavailable for comment.