# Exhibit 24

█████████████
█████████████
█████████████
█████████████

**2001 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

20162 1415
08-23-2001

(1) CORPORATION NAME:
MUSLIM WORLD LEAGUE

(2) REGISTERED AGENT NAME AND OFFICE ADDRESS:   DIR.

M YAQUB MIRZA
555 GROVE ST STE 116
HERNDON, VA 20170-4728

(3) CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

(4) STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE: 08/31/01
CORPORATION ID: ███370-0
(5) STOCK INFORMATION:

| CLASS | AUTHORIZED |
|---|---|
|  |  |
|  |  |

Carefully read the attached instruction sheet. Type or print in black only. If item (6) is blank, you must add the principal office address. If item (7) is blank, you must add the director and officer information (see Section 13.1-775 A 3 or Section 13.1-936 A 3 of the Code of Virginia).

(6) PRINCIPAL OFFICE ADDRESS

| [ ] NO CHANGE | [X] ADDITIONS/CHANGES ONLY |
|---|---|
| ADDRESS: | ADDRESS: 360 S. WASHINGTON STREET, SUITE 300 |
| CITY/ST/ZIP: , | CITY/ST/ZIP: FALLS CHURCH, VA  22046 |

(7) DIRECTORS AND PRINCIPAL OFFICERS
All directors and principal officers must be listed.
One individual may be a director and an officer.

| [ ] NO CHANGE   [ ] REMOVE | [X] ADDITIONS/CHANGES ONLY |
|---|---|
| OFFICER [ ]   DIRECTOR [ ] | OFFICER [X]   DIRECTOR [X] |
| NAME: | NAME: DR. ABDULLAH BIN SALEH AL OBAID |
| TITLE: | TITLE: PRESIDENT/DIRECTOR |
| ADDRESS: | ADDRESS: 360 S. WASHINGTON STREET, SUITE 300 |
| CITY/ST/ZIP: | CITY/ST/ZIP: FALLS CHURCH, VA  22046 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_[signature]_                                DR. M. YAQUB MIRZA, SEC./TREA          8/24/01
SIGNATURE OF DIRECTOR/ OFFICER                    PRINTED NAME/TITLE                     DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.
B8031

ASH 019079