# Exhibit 25

**Saudi Arabia**
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

IIRO

الموضوع : ─────
           : ─────

الرقم : ─────
التاريخ : ─────

# Communique of understanding between the International Islamic Relief Organisation, (IIRO), Saudi Arabia, and the International Organisation for Migration (IOM)

THE meeting took place in Jeddah from May, 1-3, 1994.

Persuing the first contact made in Geneva between representatives of the IOM and IIRO, an invitation was extended to a delegation of the International Organisation for Migration to visit the International Islamic Relief Organisation, (IIRO), headquarters in Jeddah to discuss possible areas of mutual cooperation.

**The IOM's delegation was composed of:**

Mr. Peter Schatzer, *Director of External relations*

Mr. Pasquale Lupoli, *Head of Regional Bureau of Africa and Middle East.*

Mr. Yahya Maroofi, *Special Adviser for Regional Bureau for Asia and Oceania*

**The IIRO's delegation composed of:**

Dr. Farid Yaseen Gurashi, *General Secretary*

Dr. Osama Al-Rayes, *Assistant General Secretary of Programmes*

Dr. Abdullah Al-Abdan, General *Director of the Emergency Department*

Dr. Mohammad Al-Najafi, *Special Adviser to the Secretary General on Foreign Affairs and Coordinator with International Organisations.*

Mr. Othman Kabil, *Adviser to the General Secretary.*

العنوان : ص.ب ١٤٨٤٣ جــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

IIRO 63672