# Exhibit 26

Copyright 1998 Moneyclips GCC Ltd.
Middle East Newsfile

October 23, 1998

**LENGTH:** 200 words

**HEADLINE:** New Executive Council of IIRO

SAUDI GAZETTE

**BODY:**

JEDDAH (SG)—THE newly formed Executive Council of International Islamic Relief Organization (IIRO) held its first meeting here Wednesday.

Dr Abdullah Saleh Al-Obeid, Secretary General of Muslim World League (MWL) and President of IIRO Executive Council said that the IIRO has been carrying out its welfare and humanitarian projects and programs for the Muslim communists and minorities throughout the world. He expressed optimism about the IIRO's future programs and reiterated his confidence in the members of the IIRO's new Executive Council for their cooperation and support to realize the aims and objectives of the Organization.

The following are the IIRO Executive Council members:

Sheikh Osama Abdullah Khayyat, Sheikh Hussain Ali Murfiq, Dr Abdur Rahman Habannakah Al-Maidani, Sheikh Abdul Wahad Douckery, Sheikh Khaled Kiba, Sheikh Muhammad Abdullah Al-Jomeih, Sheikh Suleman Abdul Aziz Al-Rajehi, Sheikh Ibrahim Muhammad Afandi, Sheikh Abdur Rahman Faqeeh, Sheikh Mustafa Muhammad Idrees, Sheikh Datu Tuwan Yaqoub in addition to the IIRO Secretary General, the MWL Assistant Secretary General and the MWL Assistant Secretary General for Administrative and Financial Affairs.

**LOAD-DATE:** November 4, 1998

ASH000866