# Exhibit 27

(B) In case of a resignation, expulsion, expired term or any other termination of a regular board member or members, the board, by a majority vote of the Board of Trustees at any meeting, shall appoint the member or members required to fill the existing vacancy or vacancies within two months from the date of such vacancy or vacancies, and such appointee(s) or his or their successor(s) shall serve the remaining term of the departing Trustee(s).

(C) The qualifications to be a Trustee, which shall be determined by its Board of Trustees in the Board of Trustee's sole discretion, shall include sound character, honesty, trust, serious interest in charitable work and commitment to the objectives and policies of the Corporation.

(D) Any Trustee may be removed from office with or without cause by two-thirds (2/3) of the entire board members.

Section 3. The names, addresses and terms of the initial Board of Trustees, who shall serve as initial Trustees until their successors be elected and qualify, are as follows:

| Name | Address | Term |
| --- | --- | --- |
| Dr. M. Yaqub Mirza | 11922 Safa Court<br>Herndon, VA  22070 | 5 |
| Dr. Abdulrahim Al Saati | 11924 Safa Court<br>Herndon, VA  22070 | 5 |
| Dr. Farid Yasin Qurashi | 1101 Safa Street<br>Herndon, VA  22070 | 5 |
| Solayman Alsalih Alragihi | 596 Grant Street<br>Herndon, VA  22070 | 6 |
| Ibrahim Afandi | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 7 |
| Dr. Mohammed Abdu Yamani | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 8 |
| Salih Kamel | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 9 |

ASH 019232