Exhibit 28



## Brief Biography forHE. Prof. Dr. Abdullah bin Saleh Al-Obaid

### Growing Up:

Prof. Dr. Abdullah bin Saleh bin Obaid Al-Obaid was born in Al-Badaie in Al- Qassim Region , Saudi Arabia in 1361 AH / 1941 AD

### Academic life :

- Received a degree from the Faculty of Arabic at Imam Muhammad bin Saud Islamic University in 1387AH /1967 AD.
- Earned a senior management course at the Institute of Public Administration in Riyadh in 1390 AH / 1970 AD .
- Received a master's degree in Curriculum and Educational Evaluation at Oklahoma State University , USA in 1397AH / 1977AD .
- Received a  in Doctorate's Degree  Curriculum and Educational Evaluation at Oklahoma State University  in 1399 AH / 1379 AD .
- Earned a rehabilitation course for military officers in 1400 / 1980 .

### Career :

- Representative of the General Presidency for Girls' Education in Al-Zulfi in 1383 AH / 1963 AD .

1

Al-Obaid 0001

- Editor at the Ministry of Defense and Aviation and the Royal Saudi Air Force in 1384 AH to 1388 AH / 1964-1968 AD.
- Alecturer at the Faculty of King Faisal Air Academy , a director of the chief commander office, a command of the educational wing in KFAA from1388 to 1401 AH / 1968 to 1981AD , including six years of military rank .
- Assistant Undersecretary for Administrative Affairs in the General Presidency of the Two Holy Mosques Affairs in 1401 AH/ 1981, then Vice- Chairman for the Holy Prophet's Mosque Affairs in 1402 AH / 2002 AD .
- Deputy President of Medinah Islamic University in 1402 AH / 1982 AD , then President of the University from 1403 to 1416 / 1983-1996 AD .

Secretary - General of Muslim World League in Makkah from 1416 to 1421 AH / 1996 - 2001 AD , and during that, He occupied the following:

  - Secretary- General of Supreme Council of the World Mosques.
  - Chairman of the Scientific Miracles in the Holy Quran and Sunnah.
  - Vice President of Islamic Fiqh Council .
  - Chairman of the Board of International Islamic Relief Organization .
- A member of Shura Council from 1422 to 1425 AH / 2002 -2005AD In the meantime He was the founder and president of NationalSociety of Human Rights.
- Minister of Education from 1425 to 1430 AH / 2005-2009 AD, and during that, He occupied the following:

- Vice President of King Abdul Aziz and his Men Foundation for Talent and Creativity.
- Deputy Chairman of Supreme Committee for Education Policy.
- Chairman of Saudi Scouts Association.
- Chairman of National Committee for Childhood.
- Chairman of National Committee for Education, Science and Culture (UNISCO).
- Member of Board of Civil Service.
- Member of Supreme Council of Universities.

**Cultural, Conferences, and Seminars Activities** :

- Participation in many councils, conferences and seminars, local, regional and international concerning: Da'awah, education, Muslim minorities affairs, human rights, and dialogue among the followers of the different religions, cultures and civilizations.
- Supervision of number of Masters and PhDs discussions, and evaluation of paper researches.
- Preparing some studies, researches and worksheets, such as:
  - A comparative study between King Faisal Air Academy's Curriculum and the United States Air Academy's Curriculum.
  - Vocational and Technical Education Man Power Development in Kingdom of Saudi Arabia.
  - Notes in leadership and Characters Building .
  - Saudi Arabia 's efforts for Islam and Muslims in East Asia.
  - Saudi Arabia 's achievements for Islamic bodies and organizations .

3

Al-Obaid 0003

- Saudi Arabia's efforts in supporting the case of Palestine.
- Kingdom, Islam and civilizations dialogue.
- Are the Arab states supporting terrorism? Saudi Arabia as a model.
- Human Dignity in Islam.
- Civilizations and Cultures: Harmony or Conflict.
- Non-Muslims Rights in Islam : Permissions coexistence between Muslims and Christians.
- Terrorism and how to Confront it .
- Knowing each other leads to Tolerance.
- Human Rights between Islam and International efforts.
- Quality in Charity work .

**Bodies and councils membership organizations :**

Membership in numbers of scientific and intellectual, educational councils such as:

- Member of the Board of Higher Education universities in the Kingdom of Saudi Arabia, and a member of the Supreme Council of the University of Imam Muhammad bin Saud Islamic University, and Supreme Council for Umm Al-Qura University, and Supreme Council of King Saud University .
- Member of Board of Trustees of Islamic University in Islamabad, Pakistan , and Chairman of the University Curriculum Evaluation .
- Member of Board of Trustees of Islamic University in Kuala Lumpur, Malaysia.
- Member of Board of Supreme Council for Islamic Affairs in Saudi Arabia.
- Member of King Faisal Center for Research and Islamic Studies.

4

Al-Obaid 0004

- Member of Board of Trustees for the King Faisal Foundation.
- Member of King Faisal Prize for Serving Islam.
- Vice President of World Council for Religion and Peace Board.
- Member of Board of Trustees of the International Islamic Relief Organizations.
- Member of Trustees of Makkah Foundation Charity
- Member of Board of Trustees of Ema'ar, the world body for education, and the world body for mosques.
- Member of the Charitable Society for Social Services in Medina.
- Member of the High Commission for the King Fahd Complex for Printing the Holy Quran.
- Member of the High Commission for the award of Prince Naïfbin Abdul-Aziz, the Prophetic Sunnah and Contemporary Islamic Studies.
- Member of the Charitable Society for the memorization of Holy Quran in Riyadh.
- Member of the Saudi Society of the Holy Quran and its Studies.
- Member of the Saudi Society for Sunnah and its Studies.
- Member of Supreme Commission Board for Tourism.
- Member of the Presidency of intellectual dialogue at King Abdul Aziz Center for National Dialogue.