Exhibit 30

## Resume

Name: Adnan Khalil Basha

Place and date of Birth: Makkah, ▓▓▓ 1949

Social status: Married

Current position: Advisor at the Muslim World League

### Academic Qualifications:

- BSc in English Language and Education, College of Education, King Abdul Aziz University, KSA, 1972.
- MSc in Management and Educational Planning, College of Education Umm Al Qura University, Makkah, KSA, 1984.
- PhD in Philosophy, Department of Politics and Contemporary History, College of Social Sciences and Arts, University of Salford, Britain, 1992.

### Position at the Muslim World League:

- General Manager of the Secretary General's Office: 29/02/1980 – 31/08/1982.
- General Manager of the Secretariat General: 01/09/1982 – 23/05/1984.
- General Supervisor of the Public Relations and Information: 24/05/1984 – 23/06/1987.
- Assistant Secretary General for Education and Cultural Affairs: 24/06/1987 – 23/05/1989.
- Assistant Secretary General for Education and Culture: 24/05/1989 – 25/02/1992.
- Assistant Secretary General for Education and Culture and Acting Assistant Secretary General for Education: 25/12/1992 – 25/011997.

### Positions in the Int'l Islamic Relief Organization:

- Secretary General: 26/01/1997/01/1997 – 01/01/2013.