# Exhibit 31

July 16, 1998

Ms. Lyutha Al-Mughairy, Chief
Public Liaison Service
Department of Public Information
United Nations
New York, New York 10017
----------------------------------------

*Dear Madam;*

With reference to the invitation extended to our organization to attend the fifty-first Annual Non-Governmental Organization Conference which will be organized by the United Nations' Department of Public Information (DPI) in cooperation with the Executive Committee of Non-Governmental Organizations associated with DPI. At the United Nations Headquarters in New York from 14 to 16 September 1998.

Since this year conference will celebrate the fiftieth anniversary of the Universal Declaration of Human Rights and the positive impact that this declaration has made on many societies around the world. We would like to take this great opportunity to request you to consider the Secretary-General of the Muslim World League, his excellency Dr. Abdallah Saleh Al-Obied, as one of the key speaker of the opening session.

As you know, the Muslim World League is an international organization, represents the Muslim people all over the world. It is a non-governmental organization associated with the United Nations Department of Public information, with consultative status with the UN Economic & Social Council since 1975. The MWL is also an observer at the Organization of the Islamic Conference, regularly attending all meetings and conferences, including those of Foreign Ministers and heads of states. The headquarters of the Muslim World League is in Makkah, Saudi Arabia, with offices in more than 30 countries, extending educational, cultural, social, and humanitarian relief to people around the globe.

Since this organization represents 20% of the world population, we would highly appreciate if you could give the MWL Secretary General the honor of addressing issues of human rights and peace on this significant event.

Needing any further information about MWL, credentials of Dr. Abdullah Sale Al-Obied or a copy of his proposed speech please feel free to contact the undersigned.

I look forward to hear from you soon.

Sincerely,


Dr. Saleh H. Al-Sagri
Director, New York Office
Muslim World League