# Exhibit 33

Aug-18-98 03:30P
P.04
P.02

رابطة العالم الإسلامي
MUSLIM WORLD LEAGUE
Makkah al-Mukarramah - Saudi Arabia
مكة المكرمة - المملكة العربية السعودية

No.   : الرقم
Date  : التاريخ
Encl. : المرفقات

مكتب الأمين العام
Office of the
Secretary-General

22-04-1998

TO: DR. YAQUB MIRZA

Assalamu Alaikum

Thank you very much for your help and assistance to support the activity of "SANABEL" and would like to draw your kind attention that Sanabell Al Kheir Committee is re-formed to rejoin Dr. Sulayman Al Ali as its member. He will be the responsible for Sanabel in U.S.A.

You are kindly requested to cooperate with him by handing him over all papers related to SANABEL enabling him to show up his ideas about to be presented to the Committee.

Thanks once more for your support in the past period hoping you all the best.

Wassalaam,

Cincerely Yours,

DR. MOHAMMAD ABDO YAMANI
The President of Sanabell Committee

CC: Dr. Abdullah Bin Abeed.
CC: Dr. Abdulrahim Al Saati

P.O. Box : 537 - Cable. (Rabita-Makkan) - Telex : 540009 RABITA SJ - Fax 5435183 - Tel 5445100

KMR - 02146
ASH 026880