# Exhibit 34

International Relief Organization
EIN 52-1752452
Cash donors contributing more than 2% of total support received for 1991-1995

**1991**
Walid Ahabib Allah                  $ 18,200
203 Francis Drive
College Station, TX  77840

Abdullah M. Alsuqair
3902 E 20th St, #R14
Bryan, TX  77802                    $  2,000

Fa'el Khair                         $  1,797

**1992**
IIRO Saudi Arabia
Al-Shargiah                         $ 40,000

R.E. Saesa
Washington, D.C.                    $ 96,000

Saleh Kamel
Saudi Arabia                        $100,000

Abdul Jabbar
ISM                                 $ 44,355

**1993**
R.E.S.A.
601 New Hampshire Ave, NW
Washington, D.C.  20037             $249,000

M. Redwan Kubaisi, MD
8449 Park Avenue
Allen Park, MI  48101               $100,000

M. Haitham Al-Midani, MD
1189 Spring Borrow Drive
Flint, MI  48532                    $300,000

Ahmad T. Hannan, MD
1565 Kings Bridge
Grand Blanc, MI  48439              $150,000

Nael M. Tarakji, MD
1179 Tumbleweed Court
Flint, MI  48532                    $115,000

Haitham Masri, MD
13841 Buckingham Ct
Plymouth, MI  48170                 $100,000

BUR-PEC-014010