# Exhibit 35

2. Our <u>Board of Directors</u> is as follows:

   1. Mr. Suliman A. Al-Ali
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

   2. Dr. Tareq M. Al-Swaidan
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

   3. Mr. Abdullah M. Al-Mahdi
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

Our <u>Officers</u> are:

   1. Our <u>Executive Director</u> is:
      Mr. Suliman A. Al-Ali
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

   2. Our <u>Secretary</u> is:
      Dr. Tareq M. Al-Swaidan
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

   3. Our <u>Treasurer</u> is:
      Mr Khaled Nouri
      1600 K Street, N.W., Suite 1200
      Washington, D.C. 20006

(At present we have no <u>Trustees.</u>)

3. The extensive expertise and formal education knowledge of our Board of Directors is as follows:

   1. Mr. Suliman Al-Ali;

   He was awarded a Bachelor of Science in Electronic Engineering in 1988 from St Louis University.

   Volunteered for raising funds for a similar non-profit organization called "Al-Salam", in Tulsa, Oklahoma 1985-1987. Like IRO the purpose of this non-profit was to provide relief services to the poorest of the poor.

4

Volunteered as a fund raiser for a similar non-profit organization called "Islamic Center in St. Louis", in St. Louis, Missouri, 1987-1989. This non-profit like IRO was formed for the purpose of providing relief to the poor and needy.

Volunteered for raising funds for the orphans, needy women, and relief work through the World for the International Islamic Relief Organization (I.I.R.O.), in Jeddah, Saudi Arabia from 1989 to June, 1990;

He became a fulltime fundraiser for the I.I.R.O., June, 1990 From June 1990 until July 1991, the pledge programs he directed netted about half a million dollars a month. This relief program, which coordinates multi-million dollar relief programs in Africa, is supported in part by the Saudi government and people.

Dr. Al-Suwaidan is in close contact with Mr. A. Falah director of the Lebanese Relief Organization, based in Kuwait. L.R.O. is among the major supporters for the relief programs for the victims of the civil war there.

2. Tareq M. Al-Swaidan:

Since 1975, Dr Al-Sawidan has been working for similar charitable and non-profit organizations whose purpose is to provide relief services and support to the very needy of the world. He has performed the following duties:

Director of Youth Center, a charitable organization, in Rodha, Kuwait, 1975-1979. Also in charge of fund raising;

Board member of the Social Reform Society, a charitable organization in Kuwait, 1975-1979.

Volunteer fundraiser for several different charitable programs and organizations from 1980-1989. These include but are not limited to:

Famine in Africa, floods in Bangladesh, refugees in Afghanistan, rehabilitation programs in the middle east;

Started and directed a homeless women's center in Tulsa, Oklahoma, 1985-1987;

Fund raiser for Peace Elementary School, (a school for bilingual students), 1989;

Secretary General for Solidarity International for Kuwait (support for Kuwaiti refugees during the Gulf crisis and working for the Kuwaiti cause);

5

ASH004510