Exhibit 36

Virginia State Corporation Commission

Page 1 of 1

Commonwealth
of Virginia



State
Corporation
Commission

Enter
Signoff
Help
Print

```
WEB#595                         CIS                      08/27/03
TCP00018   CISM3050      REGISTERED AGENT INQUIRY        12:34:47

   CORP ID:    '858  - 4      CORP STATUS:  00  ACTIVE

   CORP NAME:  SANABEL AL KHEER, INC.


CURRENT REGISTERED AGENT:
   NAME:   M YAQUB MIRZA
   STREET: 555 GROVE ST SUITE 116

   CITY:   HERNDON          STATE: VA  ZIP:  20170-0000
   STATUS: D  DIRECTOR    EFF DATE: 08/14/00  LOC: 129 FAIRFAX COUNTY

OLD REGISTERED AGENT:
   NAME:
   STREET:

   CITY:                            STATE:      ZIP:
   STATUS:            EFF DATE:               LOC:

   COMMAND:
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

ASH 019292

Virginia State Corporation Commission

Commonwealth
of Virginia

State
Corporation
Commission



WEB#595
TCPO0018    CISM1001    OFFICERS/DIRECTORS AND PRINCIPAL OFFICE    08/27/03
                                                    12:35:24

CORPORATE ID:    ___858 4;    CURRENT AR# ,,- -- -2046 DATE 08/05/02
        CORP NAME: SANABEL AL KHEER, INC.

        STREET: 555 GROVE STREET SUITE 116

        CITY: HERNDON    STATE: VA   ZIP: 20170
                                    DIR REQUIRED: Y
S  C              OFFICERS/DIRECTORS DISPLAY FOR AR#   2046
E  A                    NAME                          TITLE         SIGN
L  T
|  | B   DR ABDULLAH BIN SALEH AL OBAID            PRESIDENT
|  | B   DR HASSAN A A BAHAFZALLAH                 VICE PRESIDENT
|  | B   DR M YAQUB MIRZA                          S/T


COMMAND: [.................................]


NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

[Enter]

[Signoff]

[Help]

[Print]

8/27/2003

http://ditmvs3.state.va.us:8080/servlet/resqportal/resqportal

ASH 019293

Virginia State Corporation Commission

Page 1 of 1

Commonwealth
of Virginia

State
Corporation
Commission



[Enter]

[Signoff]

[Help]

[Print]

WEB#595
TCP0001B    CISM0250                    CIS                        08/27/03
                                  MICROFILM INQUIRY                12:35:34

     CORP ID:  [  358  -  4      CORP STATUS: 00   ACTIVE

     CORP NAME:  SANABEL AL KHEER, INC.

COURT LOCALITY: 129 FAIRFAX COUNTY      TOTAL CHARTER FEES:        50.00

              MICROFILM NO     DOCUMENT TYPE        DATE     CHARTER FEE PAGES
              00 08 04 0194    NEWC > NEW CHARTER    08/14/00    50.00       7

COMMAND:  ...............................................................

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

http://dltmvs3.state.va.us:8080/servlet/resqportal/resqportal      8/27/2003

ASH 019294

Virginia State Corporation Commission

Commonwealth
of Virginia

State
Corporation
Commission

[Enter]

[Signoff]

[Help]

[Print]

Page 1 of 1

WEB#595
TCP00018    CISM0190    CORPORATE ACTIVITY SUMMARY

08/27/03
12:35:50

CORP ID:    858 - 4              ACTIVITY TYPE: 9999

CORP NAME: SANABEL AL KHEER, INC.

| S L | TYPE | DESC | STATUS | EFF DATE | SCC FEE | DCN |
|-----|------|------|--------|----------|---------|-----|
| | ASMT | ASSESSMENT PAYMENT | 3 ACCEPTED | 07/07/03 | 25.00 | 30-70-70-1035 |
| | COP | COPYWORK | 3 ACCEPTED | 05/20/03 | | C0-00-51-1988 |
| | COP | COPYWORK | 3 ACCEPTED | 05/20/03 | | C0-00-51-1988 |
| | AR | ANNUAL REPORT | 3 ACCEPTED | 08/05/02 | | 99-99-99-9999 |
| | ASMT | ASSESSMENT PAYMENT | 3 ACCEPTED | 08/05/02 | 25.00 | 20-80-50-8011 |
| | COP | COPYWORK | 3 ACCEPTED | 07/02/02 | | C0-00-47-2912 |
| | COP | COPYWORK | 3 ACCEPTED | 07/02/02 | | C0-00-47-2912 |
| | COP | COPYWORK | 3 ACCEPTED | 01/09/02 | | C0-00-44-8457 |
| | COP | COPYWORK | 3 ACCEPTED | 12/22/00 | | C0-00-39-7999 |
| | COP | COPYWORK | 3 ACCEPTED | 12/22/00 | | C0-00-39-7999 |

COMMAND:

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

http://ditmvs3.state.va.us:8080/servlet/resqportal/resqportal

8/27/2003

ASH 019295

Page 1 of 1

Virginia State Corporation Commission

Commonwealth
of Virginia

State
Corporation
Commission

WEB#595
TCP00018  CISM0265

                              CIS                           08/27/03
                    CORPORATE ANNUAL REPORT HISTORY          12:36:06

CORP ID:  [ 358 - 4  CORP STATUS: 00 ACTIVE

CORP NAME:  SANABEL AL KHEER, INC.

CORP STATUS DATE: 08/14/00

              A N N U A L   R E P O R T   H I S T O R Y
REVIEW DATE   REFERENCE NO              STATUS
08/05/02         2046                    A      ACCEPTED
08/23/01         1416                    A      ACCEPTED
                  000
                  000
                  000
                  000
                  000
                  000
                  000

COMMAND:

Enter

Signoff

Help

Print

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

8/27/2003

http://dltmvs3.state.va.us:8080/servlet/resqportal/resqportal

ASH 019296

Virginia State Corporation Commission

Commonwealth
of Virginia



State
Corporation
Commission

[Enter]

[Signoff]

[Help]

[Print]

```
WEB#401                         CIS                  08/02/06
TCP00026  CISM0180        CORPORATE DATA INQUIRY           09:56:47

     CORP ID:    858 - 4   STATUS: 00  ACTIVE      STATUS DATE: 04/27/06
     CORP NAME:  SANABEL AL KHEER, INC.

DATE OF CERTIFICATE:  08/14/2000 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA       STOCK INDICATOR:  N NON-STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y             MONITOR INDICATOR:
CHARTER FEE:  50.00    CASE NO:            CASE STATUS:  HEARING DTE:
     R/A NAME:  ABDELMONIEM M EL-HILLALI

     STREET:  3713 S GEORGE MASON DR STE 513W          AR RTN MAIL:

       CITY:  FALLS CHURCH          STATE : VA  ZIP: 22041
R/A STATUS:  O  ANY OTHER OFFIC  EFF. DATE: 04/27/06  LOC.: 129
ACCEPTED AR#:       1432  DATE: 04/27/06              FAIRFAX COUNTY
 CURRENT AR#:       1432  DATE: 04/27/06  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
06     25.00
COMMAND: ..........................................................
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

ASH 019297

Virginia State Corporation Commission

Commonwealth
of Virginia

State
Corporation
Commission

Enter

Signoff

Help

Print

```
WEB#401                          CIS                     08/02/06
TCP00026  CISM1001    OFFICERS/DIRECTORS AND PRINCIPAL OFFICE   09:56:15

CORPORATE ID:     858 4            CURRENT AR#    J-1432 DATE 04/27/06
     CORP NAME:  SANABEL AL KHEER, INC.

        STREET:  3713 SANTA GEORGE MASON DRIVE
                 STE 513W
          CITY:  FALLS CHURCH         STATE:  VA  ZIP:  22041
   S  C                                         DIR REQUIRED: Y
   E  A          OFFICERS/DIRECTORS DISPLAY FOR AR#    J-1432
   L  T               NAME                          TITLE          SIGN
      B  DR ABDULRAHMANBIN ABDULLAH AL ZAID         PRESIDENT
      B  ABDELMONIEM M ELHILLALI                    VP/S
      B  KHALID FADLALLA                            TREASURER


   COMMAND:  ...........................................................
```

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.



0548
02-13-2004

## 2004 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

DUE DATE:

① CORPORATION NAME:
SANABEL AL KHEER, INC.

CORPORATION ID: [ ] 858-4

② VA REGISTERED AGENT NAME AND ADDRESS:  DIRECTOR.

M YAQUB MIRZA
555 GROVE ST SUITE 116
HERNDON VA 20170

⑤ STOCK INFORMATION:



| CLASS | AUTHORIZED |
|-------|------------|
|       |            |
|       |            |

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129 - FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the attached instruction sheet.  Type or print in black only.  If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated.  If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated.

⑥ PRINCIPAL OFFICE ADDRESS:

| ☒ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   555 GROVE STREET SUITE 116 | ADDRESS: |
| CITY/ST/ZIP: HERNDON VA 20170 | CITY/ST/ZIP: |

⑦ DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☒ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [X]<br>NAME: DR ABDULLAH BIN SALEH AL OBAID<br><br>TITLE: PRESIDENT<br><br>ADDRESS:   360 S WASHINGTON STREET SUITE 300<br><br>CITY/ST/ZIP: FALLS CHURCH VA 22046 | OFFICER ☐   DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

M. Yaqub Mirza, Secretary/Treasurer  02/09/2004
PRINTED NAME AND TITLE            DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

CIS0368

ASH 019299

**2004 ANNUAL REPORT CONTINUED**

DUE DATE:
CORPORATE ID:  ₁858-4

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued): All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☒ Delete Information | and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒ DIRECTOR ☒**<br>NAME:  **DR HASSAN A A BAHAFZALLAH**<br><br>TITLE:  **VICE PRESIDENT**<br><br>ADDRESS:   **360 S WASHINGTON STREET SUITE 300**<br><br>CITY/ST/ZIP: **FALLS CHURCH VA 22046** | **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☒ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒ DIRECTOR ☒**<br>NAME:  **DR M YAQUB MIRZA**<br><br>TITLE:  **S/T**<br><br>ADDRESS:   **555 GROVE STREET SUITE 116**<br><br>CITY/ST/ZIP: **FALLS CHURCH VA 22046** | **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | **OFFICER ☐ DIRECTOR ☐**<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

CIS0368

ASH 019300



**2002 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

2046
08-05-2002

(1) CORPORATION NAME:
SANABEL AL KHEER, INC.

(2) VA REGISTERED AGENT NAME AND OFFICE ADDRESS: DIR.
M YAQUB MIRZA
555 GROVE ST SUITE 116
HERNDON, VA 20170

(3) CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

(4) STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

DUE DATE:   08/30/02

CORPORATION ID:   ....858-4

(5) STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
|       |            |

DO NOT ATTEMPT TO ALTER THE FOREGOING INFORMATION. Carefully read the attached instruction sheet. Type or print in black only. If item (6) is blank or incorrect, you must add or change the principal office address where indicated. If item (7) is blank or incorrect, you must add or change the director and officer information where indicated.

(6) PRINCIPAL OFFICE ADDRESS

| [X] NO CHANGE | [ ] ADDITIONS/CHANGES ONLY |
|---------------|----------------------------|
| ADDRESS:   555 GROVE STREET SUITE 116 | ADDRESS: |
| CITY/ST/ZIP:   HERNDON, VA 20170 | CITY/ST/ZIP: |

(7) DIRECTORS AND PRINCIPAL OFFICERS
All directors and principal officers must be listed.
One individual may be a director and an officer.

| [X] NO CHANGE   [ ] REMOVE | [ ] ADDITIONS   [ ] CHANGES |
|----------------------------|-----------------------------|
| OFFICER [X] DIRECTOR [X] | OFFICER [ ] DIRECTOR [ ] |
| NAME:   DR ABDULLAH BIN SALEH AL OBAID | NAME: |
| TITLE:   PRESIDENT | TITLE: |
| ADDRESS:   360 S WASHINGTON STREET SUITE 300 | ADDRESS: |
| CITY/ST/ZIP:   FALLS CHURCH, VA 22046 | CITY/ST/ZIP: |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

M. YAQUB MIRZA, SEC./TREAS.
PRINTED NAME/TITLE

8/1/02
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.
B8542

2/3

ASH 019301

## 2002 ANNUAL REPORT CONTINUED

**DUE DATE:** 08/30/02
**CORPORATE ID:** 858-4

---

[x] NO CHANGE    [ ] REMOVE    [ ] ADDITIONS    [ ] CHANGES

OFFICER [x] DIRECTOR [x]    OFFICER [ ] DIRECTOR [ ]

| | | |
|---|---|---|
| NAME: | DR HASSAN A A BAHAFZALLAH | NAME: |
| TITLE: | VICE PRESIDENT | TITLE: |
| ADDRESS: | 360 S WASHINGTON STREET SUITE 300 | ADDRESS: |
| CITY/ST/ZIP: | FALLS CHURCH, VA 22046 | CITY/ST/ZIP: |

---

[x] NO CHANGE    [ ] REMOVE    [ ] ADDITIONS    [ ] CHANGES

OFFICER [x] DIRECTOR [x]    OFFICER [ ] DIRECTOR [ ]

| | | |
|---|---|---|
| NAME: | DR M YAQUB MIRZA | NAME: |
| TITLE: | S/T | TITLE: |
| ADDRESS: | 555 GROVE STREET SUITE 116 | ADDRESS: |
| CITY/ST/ZIP: | FALLS CHURCH, VA 22046 | CITY/ST/ZIP: |

---

[ ] NO CHANGE    [ ] REMOVE    [ ] ADDITIONS    [ ] CHANGES

OFFICER [ ] DIRECTOR [ ]    OFFICER [ ] DIRECTOR [ ]

| | | |
|---|---|---|
| NAME: | | NAME: |
| TITLE: | | TITLE: |
| ADDRESS: | | ADDRESS: |
| CITY/ST/ZIP: | | CITY/ST/ZIP: |

---

[ ] NO CHANGE    [ ] REMOVE    [ ] ADDITIONS    [ ] CHANGES

OFFICER [ ] DIRECTOR [ ]    OFFICER [ ] DIRECTOR [ ]

| | | |
|---|---|---|
| NAME: | | NAME: |
| TITLE: | | TITLE: |
| ADDRESS: | | ADDRESS: |
| CITY/ST/ZIP: | | CITY/ST/ZIP: |

3/3

C8542

ASH 019302

**2001 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

`1416
08-23-2001

DUE DATE:   08/31/01

CORPORATION ID: \    858-4

⑤ STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
|       |            |

① CORPORATION NAME:
SANABEL AL KHEER, INC.

② REGISTERED AGENT NAME AND OFFICE ADDRESS:   DIR.

M YAQUB MIRZA
555 GROVE ST SUITE 116
HERNDON, VA 20170

③ CITY OR COUNTY OF VA REGISTERED OFFICE:
129-FAIRFAX COUNTY

④ STATE OR COUNTRY OF INCORPORATION:
VA-VIRGINIA

Carefully read the attached instruction sheet. Type or print in black only. If item ⑥ is blank, you must add the principal office address. If item ⑦ is blank, you must add the director and officer information (see Section 13.1-775 A 3 or Section 13.1-936 A 3 of the Code of Virginia).

⑥   PRINCIPAL OFFICE ADDRESS

| ☐ NO CHANGE | ☒ ADDITIONS/CHANGES ONLY |
|-------------|--------------------------|
| ADDRESS: | ADDRESS:   555 GROVE STREET, SUITE 116 |
| CITY/ST/ZIP: | CITY/ST/ZIP:   HERNDON, VA   20170 |

⑦   DIRECTORS AND PRINCIPAL OFFICERS
All directors and principal officers must be listed.
One individual may be a director and an officer.

| ☐ NO CHANGE        ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|-----------------------------|--------------------------|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
| NAME: | NAME: DR. ABDULLAH BIN SALEH AL OBAID |
| TITLE: | TITLE: PRESIDENT/DIRECTOR |
| ADDRESS: | ADDRESS: 360 S. WASHINGTON STREET, SUITE 300 |
| CITY/ST/ZIP: | CITY/ST/ZIP: FALLS CHURCH, VA   22046 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

DR. M YAQUB MIRZA, SEC./TREA
PRINTED NAME/TITLE

8/24/01
DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.

B8019

ASH 019303

## 2001 ANNUAL REPORT CONTINUED

CORPORATE ID:   1858-4

| ☐ NO CHANGE | ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|---|---|---|

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☒ |
|---|---|
| NAME: | NAME: DR. HASSAN A.A. BAHAFZALLAH |
| TITLE: | TITLE: VICE PRESIDENT/DIRECTOR |
| ADDRESS: | ADDRESS: 360 S. WASHINGTON STREET, SUITE 300 |
| CITY/ST/ZIP: | CITY/ST/ZIP: FALLS CHURCH, VA  22046 |

| ☐ NO CHANGE | ☐ REMOVE | ☒ ADDITIONS/CHANGES ONLY |
|---|---|---|

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☒ DIRECTOR ☒ |
|---|---|
| NAME: | NAME: DR. M. YAQUB MIRZA |
| TITLE: | TITLE: SECRETARY/TREASURER/DIRECTOR |
| ADDRESS: | ADDRESS: 555 GROVE STREET, SUITE 116 |
| CITY/ST/ZIP: | CITY/ST/ZIP: HERNDON, VA  20170 |

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| ☐ NO CHANGE | ☐ REMOVE | ☐ ADDITIONS/CHANGES ONLY |
|---|---|---|

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

3/3

C8019

ASH 019304

0402 3 1542

0544858 4

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
February 11, 2004

ORDER OF REINSTATEMENT

The corporate existence of SANABEL AL KHEER, INC., a domestic corporation, was automatically terminated on December 31, 2003. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law. Therefore, it is ORDERED that

the existence of the aforementioned corporation is reinstated.

The reinstatement is effective on February 11, 2004

**STATE CORPORATION COMMISSION**

By

Commissioner

CC:     M YAQUB MIRZA
        555 GROVE ST SUITE 116
        HERNDON, VA 20170

REINACPT
CIS0368
04-02-11-1513

ASH 019305

# COMMONWEALTH OF VIRGINIA

0401 9 1027

HULLIHEN WILLIAMS MOORE
CHAIRMAN

CLINTON MILLER
COMMISSIONER

THEODORE V. MORRISON, JR.
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

January 08, 2004

M YAQUB MIRZA
555 GROVE ST SUITE 116
HERNDON, VA 201700000

## NOTICE OF TERMINATION OF CORPORATE EXISTENCE

RE:     SANABEL AL KHEER, INC.
ID:     .858-4

Virginia corporation law provides that the due date for a Domestic corporation to file its annual report each year is the last day of the anniversary month of the date of its Certificate of Incorporation. If the report is not filed before the last day of the fourth month immediately following the due date, the corporation's existence shall be automatically terminated. See Sections 13.1-752 (Stock Corporations) and 13.1-914 (Non Stock Corporations) of the Code of Virginia. According to the Commission's records the above named corporation failed to file its annual report before December 31, 2003, and, consequently, the corporation's existence was automatically terminated as of that date.

Among other things, this termination means that the corporation can no longer lawfully conduct business and its directors are required to liquidate its business affairs. As there may be other consequences resulting from this termination, it is suggested that the corporation, its officers, and directors seek the advice of counsel.

If the corporation wishes to reinstate, it may do so by complying with the applicable statutes. For more information concerning reinstatement, write to:

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
CLERK'S OFFICE
P.O. BOX 1197 (1300 EAST MAIN STREET, RICHMOND, VA 23219)
RICHMOND, VA 23218-1197
(804) 371-9733 or toll-free in Virginia (866) 722-2551

CORPTERM

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630

ASH 019306

# ARTICLES OF INCORPORATION
## OF
## SANABEL AL KHEER, INC.

I, the undersigned acting as incorporator of a nonstock corporation as a private foundation, adopt the following Articles of Incorporation for such corporation (the "Corporation") pursuant to Chapter 10 of Title 13.1 of the Code of Virginia.

## ARTICLE I

### Name

The name of the Corporation is "SANABEL AL KHEER, INC."

## ARTICLE II

### Term

The period during which the Corporation shall continue is perpetual.

## ARTICLE III

### Registered Agent and Office

The post office address of the initial registered office of the Corporation in the County of Fairfax is:

555 Grove Street, Suite 116
Herndon, Virginia 20170

and the name of the initial registered agent for the Corporation at such address is: M. Yaqub Mirza who is an INDIVIDUAL resident of Virginia and director of the Corporation.

## ARTICLE IV

### Purposes

The Corporation is organized to promote the well-being of mankind throughout the world and for charitable, religious, educational, and scientific purposes, including without limitation for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or corresponding section of any future Federal tax code. To that end, such purposes shall, without limitation to the foregoing, specifically include:

**Section 1.** To engage in, establish and promote, and contribute to exclusively religious, cultural, educational charitable and scientific activities, programs, projects, organizations, institutions and funds.

MA508K01 SAM

1

ASH 019307

**Section 2.** To receive, maintain and administer funds for religious, cultural, scientific, educational and charitable purposes, and to that end, to take and hold by bequest, trust, devise, gift, grant, purchase, lease or otherwise, either absolutely or jointly with any other person, persons, or corporation, any property, real, personal, tangible or intangible, or any undivided interest therein, without limitation as to amount or value; to sell, convey, or otherwise dispose of any such property and to invest, reinvest, or deal with the principal or the income thereof in such manner as, in the judgment of the Board of Trustees, will best promote the purposes of the Corporation without limitation, except such limitations, if any, as may be contained in the instrument under which such property is received, these Articles of Incorporation, the By-Laws of the Corporation, or any laws applicable thereto.

**Section 3.** To hold and continue to hold as an investment, property which may be received by the Corporation so long as it deems proper, and to invest and reinvest in any securities or property, whether or not income-producing, deemed by it to be for the best interests of the Corporation, without and notwithstanding that the same may constitute leaseholds, royalty interests, patents, interest in mines, oil and gas wells, or timber lands, or other wasting assets, and without any responsibility for any depreciation or loss by or on account of such investments.

**Section 4.** To rent or lease any property of the Corporation for such time and upon such terms and for such price or prices as in its discretion and judgment may seem just and proper and for the best interest of the Corporation, irrespective of the provisions of any statute or of the termination of any trust.

**Section 5.** To sell and convey any of the property of the Corporation or any interest therein, or to exchange the same for other property for such price or prices and upon such terms as in its discretion and judgment may be deemed for the best interest of the Corporation and to execute and deliver any deed or deeds, receipts, releases, contracts or other instruments necessary in connection therewith.

**Section 6.** To make all repairs and improvements at any time deemed necessary and proper to and upon real property owned by the Corporation, and to build, construct, and complete any building or buildings upon such property which in its discretion and judgment may be deemed advisable and proper and for the best interests of the Corporation, and to determine the extent to which the cost of such repairs and improvements shall be apportioned as between corpus and income.

**Section 7.** To deduct, retain, expend, and pay out of any money belonging to the Corporation any and all necessary and proper expenses in connection with the operation and conduct of the Corporation, and to pay all taxes, insurance premiums, and other legal assessments,

MASONKOLSAM

2

ASH 019308

debts, claims or charges which at any time may be due and owing by, or which may exist against the Corporation.

**Section 8.** To vote upon all securities belonging to the Corporation, and to become a party to any stockholders agreements deemed advisable by them in connection with such securities.

**Section 9.** To consent to the reorganization, consolidation, merger, liquidation, readjustment of or other change in any corporation, company or association, or to the sale or lease of the property thereof or any party thereof, any of the securities or other property of which may at the time be held by them hereunder, and to do any act or exercise any power with reference hereto that may be legally exercised by any persons owning similar property in their own right, including the exercise of conversion, subscription, purchase, or other options, the deposit, surrender, or exchange of securities, the entrance into voting trusts, and the making of agreements or subscriptions which they may deem necessary or advisable in connection therewith, all without applying to any court for permission so to do, and to hold and redeem or sell or otherwise dispose of any securities or other property which they may so acquire.

**Section 10.** To compromise, settle, arbitrate, or defend any claim or demand in favor of or against the Corporation; to enforce any security agreements, or other obligations or liens held hereunder; and to enter upon such contracts and agreements and to make such compromise or settlements of debts, claims or controversies as they may deem necessary or advisable. To incur and pay the ordinary and necessary expense of administration of the Corporation or its Board of Trustees acting in such capacity, including (but not by way of limitation) reasonable attorney's fees, accountants' fees, investment counsel fees and the like.

**Section 11.** To act hereunder through an agent or attorney-in-fact in carrying out any of the powers and duties herein authorized.

**Section 12.** To borrow money for any purposes of the Corporation or incidental to the administration thereof and to secure the repayment thereof by granting a security interest in, or pledging or otherwise encumbering any part or all of the Corporation's property, or as part of the consideration given therefor, to assume a liability of the transferor or to acquire such property subject to a liability.

**Section 13.** To lend money to any person or persons upon such terms and in such ways and with such security as the Board of Trustees may deem advisable for the best interest of the Corporation.

**Section 14.** In general, to do any and all acts and things, and to exercise any and all powers which it may now or hereinafter be lawful for the Corporation to do or exercise under and pursuant to the laws of the Commonwealth Of Virginia and for the purpose of accomplishing any of the purposes of the Corporation, whether inside or outside the United States of America.

3

ASH 019309

## ARTICLE V

### Investment

No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its trustees, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this Article. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in, including the publishing or distribution of statements, any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provision of any future United States Internal Revenue Law; or (b) by a corporation, contributions to which are deductible under Section 170 of the Internal Revenue Code of 1986, as amended, or the corresponding provisions or any future United States Internal Revenue Law.

## ARTICLE VI

### Dissolution

Upon the dissolution of the Corporation, the Board of Trustees shall, after paying or making provision for the payment of all of the liabilities of the Corporation, dispose of all of the assets of the Corporation exclusively for the purposes of the Corporation in such manner to the Muslim World League Foundation, provided it is a Section 501(c)(3) organization or, in its absence, to such Islamic organization or organizations organized and operated exclusively for religious, cultural, charitable, educational or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provision of any future United States Internal Revenue Law, as the Board of Trustees shall determine. Any of such assets not so disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such Islamic organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

## ARTICLE VII

### Members

The Corporation shall have no members.

4

ASH 019310

## ARTICLE VIII

### Trustees

**Section 1. Number of Trustees.** The Corporation shall operate through a Board of Trustees, which shall function, operate and be considered for all purposes as the Corporation's Board of Directors. The minimum number of Trustees constituting the Board of Trustees shall be one (1) and the maximum number shall be five (5). Except as provided herein, the exact number of Trustees shall be as prescribed from time-to-time in the By-Laws of the Corporation.

### Section 2.   Term of Office and Election.

**(A)** The term of office of each Trustee shall be five (5) years.

**(B)** The Trustees shall elect their successors. In case of a resignation, expulsion, expired term or any other termination of a board member or members, the Board of Trustees by a majority vote, at any meeting, shall appoint the member or members required to fill the existing vacancy or vacancies within two months from the date of such vacancy or vacancies, and such appointee(s) or his/her/their successor(s) shall serve the remaining term of the departing Trustee(s).

**(C)** The qualifications to be a Trustee, which shall be determined by its Board of Trustees in the Board of Trustee's sole discretion, shall include sound character, honesty, trust, serious interest in charitab' work and commitment to the objectives and policies of the Corporation.

**(D)** Any Trustee may be removed from office with or without cause by two-thirds (2/3) of the entire board members.

**Section 3.** The name(s), address(es) and term(s) of the initial Board of Trustee(s), who shall serve as initial Trustee(s) until his/their successor(s) be elected and qualify, is/are as follows:

Dr. M. Yaqub Mirza
555 Grove Street, Suite 116
Herndon, Virginia 20170

### ARTICLE IX

### Amendment

An amendment to these Articles of Incorporation shall require the approval of two-thirds (2/3) of the votes entitled to be cast by board members present or represented by proxy at a meeting of the Board of Trustees.

5

## ARTICLE X

### Regulation and Conduct of the Corporation

Other provisions, consistent with the laws of the Commonwealth of Virginia, for the regulation and conduct of the affairs of the Corporation, and creating, defining, limiting or regulating the powers of the Corporation, shall be provided in the By-Laws of the Corporation.

## ARTICLE XI

### Indemnification

The Corporation shall indemnify any person who is serving or has served as a director or officer of this Corporation, at its request, as a director or officer of another corporation in which this Corporation owns shares of stock or in relation to which it is a creditor, against expenses actually and necessarily incurred by such person in connection with the defense of any action, suit or proceeding in which he is made a party by reason of being or having been a director or officer of this Corporation or of which he is adjudged therein to be liable for negligence or misconduct in the performance of duty. Such indemnification shall not be deemed exclusive of any other rights to which any person may be entitled under any By-Law, agreement, vote of stockholders or otherwise.

## ARTICLE XII

### Incorporators

The name and address, including street and number, of the incorporator is:

M. Yaqub Mirza
555 Grove Street, Suite 116
Herndon, Virginia 20170

_____
M. Yaqub Mirza, Incorporator

ASH 019312

# COMMONWEALTH OF VIRGINIA
## STA.E CORPORATION COMMISSION

### August 14, 2000

The State Corporation Commission has found the accompanying articles submitted on behalf of

## SANABEL AL KHEER, INC.

to comply with the requirements of law, and confirms payment of all required fees.

Therefore. it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission. effective August 14, 2000.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _____

Commissioner

CORPACPT
CIS0436
00-08-14-0117

ASH 019313