# Exhibit 37

**MUSLIM WORLD LEAGUE**
(RABITAT AL-'ĀLAM AL-ISLĀMI)
OFFICE TO U.N. & NORTH AMERICA

رابطـة العَالم الإسْـلامي

مكتب الأمم المتحدة وأمريكا الشمالية

June 1, 1995

الرقم :
التاريخ :

NATIONAL BANK OF JPAKISTAN
ONE UNITED NATIONS PLAZA
NEW YORK, NEW YORK 10017
-------------------------------------------

Attention : Mr. Shafiq Ahmad
Vice President/Manager

We would like to inform you that Mr. S. Mazhar Hussain who is authorized to sign with me on the checks has been ill for a long time and he is not expected to resume back his duties in the near future.

Therefore, and in order to be able to run our business, please accept the signature of our accountant Mr. Khalid Mohamed Fadlalla instead of Mr. Mazhar Hussain's signature effective June 1, 1995 until he returns to office.

Thank you for your usual cooperation.

Best regards.

Mohamed Siraj Saleh
Director

F. 65
1. NAME : Khalid M. Fadlalla
SPECIMEN SIGNATURE

2. NAME : Mohamed Siraj Saleh
SPECIMEN SIGNATURE

EMPTY BOX MUST BE CANCELLED BEFORE ATTESTING THE SIGNATURES

CURRENT
CASH FINANCE
PLS SAVINGS

ACCOUNT NO. 005215 2423

MODE OF OPERATION
(TO BE AUTHENTICATED)      ATTESTATION _____

134 West 26th Street, New York, N.Y. 10001 (USA)     Phone: 212-627-4033     Fax: 212-627-4167