# Exhibit 38

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| | • AKA HILLALI, RABAB | 1425 RHODE ISLAND AVE NW |
| | SSN:███████XXXX | WASHINGTON, DC 20005-5453 |
| | DOB:10/█████ | |
| | (Age:██) | |

**Business Associates - 7 records found**

**1: MUSLIM WORLD LEAGUE**

| | |
|---|---|
| Name: | ELHILLALI, ABDELMONIEM M |
| Address: | 360 S WASHINGTON ST STE 300 |
| | FALLS CHURCH, VA 22046-4417 |
| Status: | ACTIVE |
| State: | VA |
| Corporation Number: | 0544370 |
| Descriptive Status: | ACTIVE |
| Title: | VICE PRESIDENT |
| Record Type: | HISTORICAL |
| Record Date: | 5/28/2008 |
| Filing Date: | 5/23/2008 |

**2: MUSLIM WORLD LEAGUE**

| | |
|---|---|
| Name: | ELHILLALI, ABDELMONIEM M |
| Address: | 3713 S GEORGE MASON DR APT 513W |
| | FALLS CHURCH, VA 22041-3732 |
| Status: | ACTIVE |
| State: | VA |
| Corporation Number: | 0544370 |
| Descriptive Status: | ACTIVE |
| Title: | VICE PRESIDENT |
| Record Type: | HISTORICAL |
| Record Date: | 10/4/2010 |
| Filing Date: | 10/4/2010 |

**3: MUSLIM WORLD LEAGUE FOUNDATION**

| | |
|---|---|
| Name: | ELHILLALI, ABDELMONIEM M |
| State: | VA |
| Corporation Number: | 0544370 |
| Title: | VICE PRESIDENT |
| Record Type: | HISTORICAL |
| Record Date: | 9/7/2007 |

**4: MUSLIM WORLD LEAGUE FOUNDATION**

| | |
|---|---|
| Name: | ELHILLALI, ABDELMONIEM M |
| Address: | 360 S WASHINGTON ST STE 300 |
| | FALLS CHURCH, VA 22046-4417 |
| Status: | ACTIVE |
| State: | VA |
| Corporation Number: | 0544370 |
| Descriptive Status: | ACTIVE |
| Title: | VICE PRESIDENT |
| Record Type: | HISTORICAL |
| Record Date: | 7/8/2008 |
| Filing Date: | 5/23/2008 |

**5: MUSLIM WORLD LEAGUE FOUNDATION**

| | |
|---|---|
| Name: | ELHILLALI, ABDELMONIEM M |
| Address: | 3713 S GEORGE MASON DR APT 513W |
| | FALLS CHURCH, VA 22041-3732 |
| Status: | ACTIVE |
| State: | VA |
| Corporation Number: | 0544370 |
| Descriptive Status: | ACTIVE |
| Title: | VICE PRESIDENT |
| Record Type: | HISTORICAL |
| Record Date: | 11/5/2010 |

ASH 019011