# Exhibit 39

**NATIONS UNIES**
LE HAUT COMMISSAIRE
POUR LES RÉFUGIÉS

 

**UNITED NATIONS**
THE HIGH COMMISSIONER
FOR REFUGEES

Case Postale 2500
1211 Genève 2 Dépôt
Suisse

22 October 2002

Sir,

It was a pleasure to meet your Deputy, Dr. Al Zaid, on 14 October. I was pleased to have the opportunity to share views on issues of mutual concern, and to be able to learn more about the impressive humanitarian activities of your organization in countries across the world.

The main purpose of my visit was to look at ways of strengthening the partnership between UNHCR and the Arab and Islamic world. I am convinced that strong partnerships are vital, particularly in view of the fact that over half of the refugees of concern to my Office originate in Muslim countries.

Partnership with NGOs is particularly important, as I mentioned in our meeting. I hope that we will be able to consolidate and strengthen the co-operation between that my Office and the International Islamic Relief Organization in the future.

Please accept, Sir, the assurances of my highest consideration

Ruud Lubbers

Dr. Abdulla bin Abdul Muhsen Al-Turki
Secretary-General of the
 Muslim World League
Jeddah
Kingdom of Saudi Arabia

MWL 008710