# Exhibit 41

Form 990 (2007) SANABEL AL KHEER INC    3505  Page 5

### Part IV-A   Reconciliation of Revenue per Audited Financial Statements With Revenue per Return
(See the instructions.)

| | | |
|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | a |
| b | Amounts included on line a but not on Part I, line 12: | |
| 1 | Net unrealized gains on investments .......... b1 | |
| 2 | Donated services and use of facilities .......... b2 | |
| 3 | Recoveries of prior year grants .......... b3 | |
| 4 | Other (specify): _____ b4 | |
| | Add lines b1 through b4 | b |
| c | Subtract line b from line a | c |
| d | Amounts included on Part I, line 12, but not on line a: | |
| 1 | Investment expenses not included on Part I, line 6b .......... d1 | |
| 2 | Other (specify): _____ d2 | |
| | Add lines d1 and d2 | d |
| e | Total revenue (Part I, line 12). Add lines c and d ▶ | e |

### Part IV-B   Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | |
|---|---|---|
| a | Total expenses and losses per audited financial statements | a |
| b | Amounts included on line a but not on Part I, line 17: | |
| 1 | Donated services and use of facilities .......... b1 | |
| 2 | Prior year adjustments reported on Part I, line 20 .......... b2 | |
| 3 | Losses reported on Part I, line 20 .......... b3 | |
| 4 | Other (specify): _____ b4 | |
| | Add lines b1 through b4 | b |
| c | Subtract line b from line a | c |
| d | Amounts included on Part I, line 17, but not on line a: | |
| 1 | Investment expenses not included on Part I, line 6b .......... d1 | |
| 2 | Other (specify): _____ d2 | |
| | Add lines d1 and d2 | d |
| e | Total expenses (Part I, line 17). Add lines c and d ▶ | e |

### Part V-A   Current Officers, Directors, Trustees, and Key Employees
(List each person who was an officer, director, trustee, or key employee at any time during the year even if they were not compensated) (See the instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred comp. plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| ABDULRAHMEN B A ALZAID JEDDAH SAUDI ARABIA | PRESIDENT | 0 | | |
| ABDELMONIEM EL-HILLALI FALLS CHURCH VA 22041 | V PRESIDEN 40 | 46,140. | | |

BCA  Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.    US990$$5   Rev 1

Form **990** (2007)

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

Sana-Bell 004131