Exhibit 42

## SANA BELL, INC.
### FROM 08/07/90 TO 4/30/93

| Date | Description | Type | AMOUNTS REC. FR.IIRO | AMOUNTS INV. IN PROJECTS |
|---|---|---|---|---|
| 08/02/90 | FUNDS RECEIVED FR.IIRO | WR/TRF | $10,000.00 | |
| 10/14/92 | REC.FR.INTN'L ISL.RELIEF ORGAN(IIRO) | WR/TRF | $700,000.00 | |
| 10/20/92 | PURCHASED BUILDING-FALLS CHURCH AREA | WR/TRF | | ($593,000.00) |
| 11/20/92 | FUNDS REC.FR.IIRO | WR/TRF | $877,000.00 | |
| 11/25/92 | 20 STOCKS OF BMI @5000-PURCH-FR.IIRO | CHECK | | ($100,000.00) |
| 11/25/92 | BMI LEASING L/P FOR CONSTRUCTION | CHECK | | ($500,000.00) |
| 12/21/92 | PURCHASED 60STKS OF BMI @5000 | WR/TRF | | ($300,000.00) |
| 01/04/93 | REC.FR.INTN'L ISL.RELIEF ORGAN(IIRO) | WR/TRF | $700,000.00 | |
| 01/07/93 | PURCHASED BMI CONST.140SHARES @5000 | WR/TRF | | ($700,000.00) |
| 03/03/93 | REC.FR.INTN'L ISL.RELIEF ORGAN(IIRO) | WR/TRF | $60,000.00 | |
| 03/03/93 | LADOYA II, INC.-LINDA KNOLLS SUBDIVISION | WR/TRF | | ($30,000.00) |
| 03/10/93 | IIRO FOR TENANT FIT-OUT | WR/TRF | | ($60,000.00) |
| 04/05/93 | REC.FR.INTN'L ISL.RELIEF ORGAN(IIRO) | WR/TRF | $250,000.00 | |
| 04/13/93 | BMI LEASING LIMITED PARTNERSHIP | WR/TRF | | ($250,000.00) |
| 04/16/93 | REC.FR.INTN'L ISL.RELIEF ORGAN(IIRO) | WR/TRF | $414,000.00 | |
| 04/22/93 | LADOYA II, INC.-LINDA KNOLLS SUBDIVISION | 1004 | | ($320,000.00) |
| | TOTAL | | $3,011,000.00 | ($2,853,000.00) |

| Date | Description | Type | Amount |
|---|---|---|---|
| | BALANCE LEFT AFTER INVESTMENTS | | $158,000.00 |
| 12/31/90 | MISC EXPENSE | | ($105.00) |
| 04/02/92 | 1991 D.C.TREASURER-CORP.TAX | | ($25.00) |
| 06/11/91 | TRVL EXP.M.ASHRAF & WAEL TO AUSTIN-TX | (MFLEX) | ($1,903.00) |
| 10/07/91 | 1991 MISC EXPENSES | | ($125.00) |
| 12/31/92 | INVESTMENT-INCOME | | $1,529.00 |
| 12/31/92 | MISC EXPENSES | | ($369.00) |
| 01/31/93 | MISC EXPENSES | | ($679.00) |
| 03/31/93 | INVESTMENT-INCOME | | $632.00 |
| 04/28/93 | TOTAL BALANCE AS OF 04/30/93 | | $156,955.00 |
| 04/28/93 | SHORT-TERM INVESTMENT THRU 1ST AMERICAN BANK | | ($150,000.00) |
| 04/30/93 | TOTAL CASH BALANCE IN THE BANK | | $6,955.00 |

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0018333

ASH 023688