# Exhibit 43

☎ 0096626518397    I. I. R. O. JEDDAH           06/04 '93 20:24         P01

MUSLIM WORLD LEAGUE
MAKKAH AL MUKARRAMAH
INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم ٤٢٧ / ....
التاريخ ١٩٩٢ - ٤ - 6

الموضوع

TO      : SANA-BELL INC
ATTN    : DR. YAQOP MERZA
FROM    : DR. ABDUL RAHIM AL-SA'ATI
SUB     : TRANSFER

WE HAVE TRANSFERRED THE AMOUNT OF $ 250000 TO SANA-BELL A/C # ( ███7316 ABA : NO - ███4341 ) AT FIRST AMERICAN BANK OF VIRGINIA , TO BE INVESTED IN BMI LEASING FUND .
KINDLY EXECUTE THIS TRANSACTION AS SOON AS POSSIBLE .

WASSALAM

DR. SA'ATI

Address: P.O. Box: 14843 Jeddah 21434 — Tel. 6512333 - 6515411 — Fax: 6518491 — Telex: 606754 IGATHA S.J.

KMR - 03746

ASH 028495