# Exhibit 44

TO:    Mr. E. Akkad                    FAX NO: 703 471-1211
                                       TOTAL PAGES: 1
FROM:  Mr. Salah Soliman               DATE: April 12, 1993
RE:

### FAX MESSAGE

Please find below the bank account information for the BMI
Leasing, L. P.  This should assist you in transferring $250,000
to this account pursuant to the agreement between BMIL and IRO.

BNF:         3073 1492
BNF Name:    BMI Leasing Limited Partnership
To:          National Community Bank of New Jersey
             One Harmon Plaza
             Secaucus, New Jersey 07094
             ABA #

If you have any questions, please call us directly at (201) 865-
8096.

                              Sincerely,


                              Salah Soliman
                              Accounting


cc:  Omar Fisher



WR|TRF
on 4|13|93

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.                                NL 0017275

                                                                      ASH 022630

 **1st AMERICAN BANK**
017  FIRST AMERICAN BANK OF VIRGINIA

**STATEMENT OF WIRE TRANSFER ACTIVITY**

PAGE:   1

DATE: 04/13/93

DIRECT INQUIRIES TO
TELEPHONE SERVICE CENTER
METRO   703-760-5600
OUTSIDE METRO 800-926-9800

THE SANA BELL INC
555 GROVE ST
HERNDON VA 22070

ACCOUNT NO: 07347316

---

| TRANSACTION DESCRIPTION | DEBIT | CREDIT |
|---|---|---|

FWO TRN 930413-000311        0413E1QP0B3C000063                        250,000.00
   TO: NATL RUTHERFORD NATIONAL COMMUNITY BANK
       ABA/021202719
BNFACCT: 30731492
   BNF: BMI LEASING LTD PTRNSHP
   BBI: YR SECAUCUS NJ OFFICE

### S U M M A R Y

| | NUMBER | AMOUNT |
|---|---|---|
| DEBITS | 1 | 250,000.00 |
| CREDITS | 0 | .00 |

FWO - Fed Wire Out
FWI - Fed Wire In
SC   - Service Charge
IWI - International Wire In
IWO - International Wire Out
TRN - Transaction ID Number
IBT - Internal Book Transfer

ORG = Originator of Invoice (Sender)
OGB = Originating Bank    (Sending)

IBK = Intermediary Bank
BBK = Beneficiary Bank
BNF = Beneficiary
RFB = Reference for Beneficiary
RFB = Originator to Beneficiary Info.
BBI = Bank to Bank Information
Form F-180 (Rev. 7/90)
NL 0017276

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

ASH 022631