# Exhibit 45

```
RUN DATE: 08/09/93              SANA BELL, INC.                PAGE: 1
SYS DATE: 03/31/93         BANK RECONCILIATION REGISTER        TIME: 03:19 PM

                    ACTIVITY FROM: 03/01/93 TO: 03/31/93

BANK CODE: A  1ST AMERICAN BANK OF VIRGINIA

DEPOSITS AND ADJUSTMENTS:

  DATE      TYP  REFERENCE    COMMENT              DEBITS         CREDITS       CLR

  03/03/93  DEP  DP03/01      INVESTMENT CREDIT                   90,320.59     Y
  03/03/93  DEP  DP03/02      IIRO/AL BARAKA INV.                 60,000.00     Y
                                                   -----------    -----------
                   TOTAL OF 2 POSTINGS:              .00          150,320.59

CHECKS:

  CHECK
  NUMBER    DATE    SRC  REFERENCE   PAYEE NAME                   AMOUNT        CLR

  001001   03/15/93  AP                                          ** VOID **     Y
  001002   03/15/93  AP   00DCTAXES   DC TREASURER                    100.00    N
  BKDB02   03/22/93  BR   BK/DB03/01  BANK SERVICE CHARGES             7.60     Y
  WRT301   03/03/93  BR   WR/TR03/01  BMI REAL ESTATE DEV.INC.     30,000.00    Y
  WRT302   03/10/93  BR   WR/TR03/02  IIRO-TENANT FITOUT           60,000.00    Y
  WRT303   03/03/93  BR   WR/TR03/03  INVESTMENT DEBT              60,000.00    Y
                                                                 -----------
                   TOTAL OF 6 CHECKS:                             150,107.60

       RECONCILIATION SUMMARY FOR BANK A FROM 03/01/93 TO 03/31/93:

           G/L CASH ACCOUNT NUMBER.................   1001

           BANK STATEMENT BALANCE..................   2,861.81
           PLUS 0 DEPOSITS IN TRANSIT TOTALING.....        .00
           LESS 0 ADJUSTMENTS TOTALING.............        .00
           LESS 1 CHECKS OUTSTANDING TOTALING......     100.00

           ADJUSTED BANK BALANCE...................   2,761.81
```

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0017208

ASH 022563