# Exhibit 47

# Rosenman

**ROSENMAN & COLIN LLP**
575 MADISON AVENUE
NEW YORK, NY 10022-2585

TELEPHONE: (212) 940-8800
FACSIMILE: (212) 940-8776
WEB SITE: http://www.rosenman.com

WASHINGTON OFFICE
1300 19TH STREET, N.W.
WASHINGTON, D.C. 20036

NEW JERSEY OFFICE
ONE GATEWAY CENTER
NEWARK, NJ 07102-5397

May 4, 1999

Dr. Hassan Bahafaz-Allah
Sana-Bell, Inc.
555 Grove Street
Herndon, VA 20170

DIRECT DIAL
212 940-6470

E-MAIL ADDRESS
aferrelli@roseman.com

Dear Dr. Bahafaz~ Allah

    We refer to our enclosed outstanding invoices in the total amount due of $ 29,481.61. According to our records, we have not yet received payment. We would appreciate your assistance in arranging for payment to us as soon as possible.

    If you have any questions please do not hesitate to contact me.

Best regards,

Anthony Ferrelli

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016592

ASH 021948

# *FAX*

**To:**   Dr. Hassan A. Bahafzallah
         SANABEL AL-KHEER CO.
**From:**   M. Yaqub Mirza
**Subject:**   Meeting
**Date:**   April 24, 2000

Assalamu Alaikum

As it looks I will be in Jeddah May 13-14, if needed, we may see each other. I will let you know where I am staying.

I have provided you with all the information concerning legal bills. Please transfer at least $25,000 at the earliest.

Thanks.

**Pages:** Total  1  including this page.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016573

ASH 021929