# Exhibit 50



WILLIAM WILLIAMS MOORE
CHAIRMAN

CLINTON MILLER
COMMISSIONER

THEODORE V. MORRISON, JR.
COMMISSIONER

# COMMONWEALTH OF VIRGINIA

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION

December 8, 2000

M YAQUB MIRZA
555 GROVE ST STE 116
HERNDON, VA 20170-4728

RE: MUSLIM WORLD LEAGUE
(formerly MUSLIM WORLD LEAGUE FOUNDATION)
ID: ####370 - 0
DCN: 00-11-20-0113

This is your receipt for $25.00 covering the fees for filing the following with this office:

articles of amendment to change the corporate name

The effective date of the certificate of amendment is December 6, 2000.

If you have any questions, please call (804) 371-9733

Sincerely,

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0436

TYLER BUILDING, 1300 EAST MAIN STREET, RICHMOND, VA 23219-3630 TELECOMMUNICATIONS DEVICE FOR THE DEAF-TDD/VOICE: (804) 371-9206

088 0024

# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

December 6, 2000

The State Corporation Commission has found the accompanying articles submitted on behalf of

MUSLIM WORLD LEAGUE (formerly MUSLIM WORLD LEAGUE FOUNDATION)

to comply with the requirements of law, and confirms payment of all related fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the Commission, effective December 6, 2000, at 12:47 PM.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By: [signature]

Commissioner

00-11-20-0113
AMENACPT
CIS0436

088-0025

# ARTICLES OF AMENDMENT
## OF
## MUSLIM WORLD LEAGUE FOUNDATION

### ARTICLE I

The name of the Corporation is: MUSLIM WORLD LEAGUE FOUNDATION.

### ARTICLE II

The name of the Corporation is amended to read: MUSLIM WORLD LEAGUE.

### ARTICLE III

The foregoing amendment was adopted on the 30th day of October, 2000.

### ARTICLE IV

The amendment was adopted by the unanimous written consent of the Board of Directors of the Corporation.

The undersigned Secretary declares that the facts herein stated are true and correct as of the 31st day of October, 2000.

MUSLIM WORLD LEAGUE FOUNDATION

By: _____
M. Yaqub Mirza
Secretary

MA49 WM 14



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

Richmond, August 4, 2000

This is to Certify that the certificate of incorporation of

**MUSLIM WORLD LEAGUE FOUNDATION**

was this day issued and admitted to record in this office and that the said corporation is authorized to transact its business subject to all Virginia laws applicable to the corporation and its business.

Effective date: August 4, 2000

State Corporation Commission
Attest:

*Joel H. Peck*
Clerk of the Commission

CIS0436

088 0027

# ARTICLES OF INCORPORATION
# OF
# MUSLIM WORLD LEAGUE FOUNDATION

I, the undersigned, pursuant to Chapter 10 of Title 13.1 of the Code of Virginia, state as follows

## ARTICLE I

The name of the corporation is MUSLIM WORLD LEAGUE FOUNDATION (hereinafter the "Foundation").

## ARTICLE II

A. The Foundation's initial registered office address which is the business address of the initial registered agent is 555 Grove Street, Suite 116, Herndon, Virginia 20170-4728. The registered office is physically located in the County of Fairfax.

B. The name of the Foundation's initial registered agent is: Dr. M. Yaqub Mirza. The initial registered agent is an INDIVIDUAL who is a resident of Virginia and an initial director of the Foundation

## ARTICLE III

The Foundation shall have no members.

## ARTICLE IV

The Foundation is organized and operated exclusively for religious, charitable, humanitarian and educational purposes within the meaning of sections 170(c)(2)(B), 501(c)(3), 2055(a)(2) and 2522(a)(2) of the Internal Revenue Code. No part of the net earnings of the Foundation shall inure to the benefit of or be distributable to its directors, officers, other private individuals, or organizations organized and operated for a profit (except that the Foundation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes as hereinabove stated). No substantial part of the activities of the Foundation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the Foundation shall be empowered to make the election authorized under Section 501(h) of the Internal Revenue Code. The Foundation shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision herein, the Foundation shall not carry on any activities not permitted to be carried on --

MA49WM01 8AM                                      1

(i) by an organization exempt from federal income taxation under Section 501(a) of the Internal Revenue Code, as an organization described in Section 501(c)(3) of such Code;

(ii) by an organization, contributions to which are deductible under Sections 170(c)(2), 2055(a)(2) or 2522(a)(2) of the Internal Revenue Code; or

(iii) by an organization described in Section 509(a)(3)(B) of the Internal Revenue Code.

Notwithstanding the foregoing, the Foundation is organized and operated for the following purposes and objectives:

a. Assisting Islamic communities in North America to establish religious centers, mosques, schools and camps;

b. Sponsoring religious scholars, Imams and teachers for existing religious centers, mosques, schools, and camps;

c. Providing scholarships, fellowships and grants for students;

d. Establishing visiting professorship programs in North American universities and universities in Islamic countries;

e. Sponsoring humanitarian programs and activities in cooperation with U.N. agencies;

f. Establishing close relationship with Islamic communities and organizations in North America to facilitate exchanges and contacts between Muslims in North America and Islamic countries;

g. Teaching of Islamic Religion to Muslims by all educational means including the use of the media;

h. Co-operating with other organizations which have substantially similar objectives;

i. Conducting seminars, conferences, lectures and functions on Islamic affairs;

j. Receiving, acquiring and holding, donations, properties, devises and bequests;

k. Receiving and maintaining funds and applying from time to time all or part thereof and the income therefrom for religious, educational or humanitarian purposes;

2

In pursuance of the above objectives, the Foundation shall engage in fund-raising and development programs to enhance religious, charitable, humanitarian and educational activities, and the Foundation may engage in such other activities as may be necessary and proper to accomplish the foregoing objectives and purposes, not without the scope of this and subsequent paragraphs and other provisions not inconsistent with law.

### ARTICLE V

To further the Foundation's objects and purposes, the Foundation shall have and shall exercise all the powers conferred by the provisions of Chapter 10 of Title 13.1 of the Code of Virginia not without the scope of *Article IV* hereof. Without limiting the generality of the foregoing, the Foundation shall have the power to sue and be sued, to own, to take title to, receive and hold, lease, sell and resell, in fee simple or otherwise, property, real, personal or mixed, wherever situated or however acquired, without limitation as to amount or value. The Foundation shall have authority to encumber property by deed of trust, pledge or otherwise, to borrow money and secure payment of same by lien or liens on the realty or personal property of the Foundation; to lease, build, or erect, remodel, repair, construct and/or reconstruct any and all buildings, houses, or other structures necessary, proper or incident to the carrying out of the objects and purposes stated herein. The Foundation shall have full powers of management, investment, reinvestment, and the collection of all rents, revenues, issues and profits arising therefrom.

### ARTICLE VI

Upon dissolution or final liquidation of this Foundation, the Board of Directors shall, after paying or making provision for the payment of all the lawful debts and liabilities of the Foundation, distribute all the assets of the Foundation to SANABEL AL KHEER CO, provided it is a Section 501(c)(3) organization, or, in its absence, to such Islamic organization or organizations organized and operated exclusively for religious, charitable, humanitarian, and educational purposes as shall at the time qualify as an organization or organizations exempt from federal income taxation by reason of Section 501(c)(3) of the Internal Revenue Code, as the Board of Directors shall determine. Any of such assets not so disposed of shall be disposed of by the appropriate court of the principal office of the Foundation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

### ARTICLE VII

References herein to sections of the Internal Revenue Code are to provisions of the Internal Revenue Code of 1986 as those provisions are now enacted or to corresponding provisions of any future United States internal revenue law.

MA49WM01 SAM

088 0030

## ARTICLE VIII

The NAME and ADDRESS of the initial director is:

Dr. M. Yaqub Mirza
555 Grove Street, Suite 116
Herndon, VA 20170

## ARTICLE IX

The directors shall elect their successors. The number and manner of election or appointment of directors from time to time shall be provided in the bylaws.

## ARTICLE X

The directors of the Foundation shall have full authority, consistent with these articles and the bylaws of the Foundation, to regulate the internal affairs of the Foundation and to establish its policies

## ARTICLE XI

The period of its duration is perpetual.

## ARTICLE XII

These Articles of Incorporation can be amended only by an affirmative vote of two-third (2/3) of all directors in office at the time of amendment.

## ARTICLE XIII

The name and address of the incorporator is:

M. Yaqub Mirza
555 Grove Street, Suite 116
Herndon, Virginia 20170

_____
M. Yaqub Mirza, Incorporator

MA49WMC1 SAM

4

088  0031

# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

August 4, 2000

The State Corporation Commission has found the accompanying articles submitted on behalf of

## MUSLIM WORLD LEAGUE FOUNDATION

to comply with the requirements of law, and confirms payment of all required fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of Incorporation in the Office of the Clerk of the Commission, effective August 4, 2000.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *[signature]*

Commissioner

CORPACPT
CIS0436
00-08-03-0075

088 0032

0308 4 0533



SCC636/835
(07/03)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

STATEMENT OF RESIGNATION OF REGISTERED AGENT

M. YAQUB MIRZA
(name of registered agent)

hereby resigns his/her/its agency appointment as the registered agent for

MUSLIM WORLD LEAGUE
(name of corporation)

0544370-0 / ext. 12-31-02

effective as of October 29, 2001

The registered office of the corporation is hereby discontinued [x]

(MARK THIS BOX IF APPLICABLE)

The above-named registered agent hereby certifies that a copy of this statement has been mailed to the principal office of the corporation by certified mail.

_____        M. YAQUB MIRZA
(signature of individual serving as registered agent)     (printed name)

OR

_____
(name of business entity serving as registered agent)

By: _____
     (signature)                        (printed name and title)

*It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing.*

### NOTICE TO THE CORPORATION

The law requires each domestic and foreign corporation doing business in Virginia to continuously maintain in this Commonwealth a registered office and a registered agent. The corporation must establish a new registered office and/or a new registered agent by filing with the Commission form SCC635/834 (Statement of Change of Registered Office and/or Registered Agent). This form can be obtained by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia, 1-866-722-2551. You can download this form from our website at www.state.va.us/scc/division/clk/index.htm. If the corporation fails to promptly establish a new registered office and/or registered agent, it may ultimately have its corporate existence terminated or its certificate of authority to do business in Virginia revoked.

**FOR SCC USE**

Date filed: 8-13-03

See instructions on the reverse.

ASH 019081

0301 9 1090

# COMMONWEALTH OF VIRGINIA

CLINTON MILLER
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

HULLIHEN WILLIAMS MOORE
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

January 07, 2003

M YAQUB MIRZA
555 GROVE ST STE 116
HERNDON, VA 201704728

## NOTICE OF TERMINATION OF CORPORATE EXISTENCE

RE: MUSLIM WORLD LEAGUE
ID: 0544370-0

Virginia corporation law provides that the due date for a Domestic corporation to file its annual report each year is the last day of the anniversary month of the date of its Certificate of Incorporation. If the report is not filed before the last day of the fourth month immediately following the due date, the corporation's existence shall be automatically terminated. See Sections 13.1-752 (Stock Corporations) and 13.1-914 (Non Stock Corporations) of the Code of Virginia. According to the Commission's records the above named corporation failed to file its annual report before December 31, 2002, and, consequently, the corporation's existence was automatically terminated as of that date.

Among other things, this termination means that the corporation can no longer lawfully conduct business and its directors are required to liquidate its business affairs. As there may be other consequences resulting from this termination, it is suggested that the corporation, its officers, and directors seek the advice of counsel.

If the corporation wishes to reinstate, it may do so by complying with the applicable statutes. For more information concerning reinstatement, write to:

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
CLERK'S OFFICE
P.O. BOX 1197 (1300 EAST MAIN STREET, RICHMOND, VA 23219)
RICHMOND, VA 23218-1197
(804) 371-9733 or toll-free in Virginia (866) 722-2551

CORPTERM

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.state.va.us/scc/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ASH 019082

# ARTICLES OF AMENDMENT
# OF
# MUSLIM WORLD LEAGUE FOUNDATION

## ARTICLE I

The name of the Corporation is MUSLIM WORLD LEAGUE FOUNDATION

## ARTICLE II

The name of the Corporation is amended to read MUSLIM WORLD LEAGUE

## ARTICLE III

The foregoing amendment was adopted on the 30th day of October, 2000

## ARTICLE IV

The amendment was adopted by the unanimous written consent of the Board of Directors of the Corporation and that there are no members of the Corporation.

The undersigned Secretary declares that the facts herein stated are true and correct as of the 31st day of October, 2000

MUSLIM WORLD LEAGUE FOUNDATION

By
M Yaqub Mirza
Secretary

# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

December 6, 2000

The State Corporation Commission has found the accompanying articles submitted on behalf of

MUSLIM WORLD LEAGUE (formerly MUSLIM WORLD LEAGUE FOUNDATION )

to comply with the requirements of law, and confirms payment of all related fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the Commission, effective December 6, 2000, at 12:47 PM.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *[signature]*

Commissioner

00-11-20-0113
AMENACPT
CIS0436

ASH 019084

# ARTICLES OF INCORPORATION
# OF
# MUSLIM WORLD LEAGUE FOUNDATION

I, the undersigned, pursuant to Chapter 10 of Title 13.1 of the Code of Virginia, state as follows

## ARTICLE I

The name of the corporation is MUSLIM WORLD LEAGUE FOUNDATION (hereinafter the "Foundation")

## ARTICLE II

A. The Foundation's initial registered office address which is the business address of the initial registered agent is 555 Grove Street, Suite 116, Herndon, Virginia 20170-4728. The registered office is physically located in the County of Fairfax

B. The name of the Foundation's initial registered agent is Dr. M. Yaqub Mirza. The initial registered agent is an INDIVIDUAL who is a resident of Virginia and an initial director of the Foundation

## ARTICLE III

The Foundation shall have no members

## ARTICLE IV

The Foundation is organized and operated exclusively for religious, charitable, humanitarian and educational purposes within the meaning of sections 170(c)(2)(B), 501(c)(3), 2055(a)(2) and 2522(a)(2) of the Internal Revenue Code. No part of the net earnings of the Foundation shall inure to the benefit of or be distributable to its directors, officers, other private individuals, or organizations organized and operated for a profit (except that the Foundation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes as hereinabove stated). No substantial part of the activities of the Foundation shall be the carrying on of propaganda or otherwise attempting to influence legislation, and the Foundation shall be empowered to make the election authorized under Section 501(h) of the Internal Revenue Code. The Foundation shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision herein, the Foundation shall not carry on any activities not permitted to be carried on --

1

ASH 019085

(i) by an organization exempt from federal income taxation under Section 501(a) of the Internal Revenue Code, as an organization described in Section 501(c)(3) of such Code,

(ii) by an organization, contributions to which are deductible under Sections 170(c)(2), 2055(a)(2), or 2522(a)(2) of the Internal Revenue Code, or

(iii) by an organization described in Section 509(a)(3)(B) of the Internal Revenue Code

Notwithstanding the foregoing, the Foundation is organized and operated for the following purposes and objectives

a. Assisting Islamic communities in North America to establish religious centers, mosques, schools and camps.

b. Sponsoring religious scholars, Imams and teachers for existing religious centers, mosques, schools, and camps.

c. Providing scholarships, fellowships and grants for students.

d. Establishing visiting professorship programs in North American universities and universities in Islamic countries

e. Sponsoring humanitarian programs and activities in cooperation with U.N. agencies.

f. Establishing close relationship with Islamic communities and organizations in North America to facilitate exchanges and contacts between Muslims in North America and Islamic countries.

g. Teaching of Islamic Religion to Muslims by all educational means including the use of the media.

h. Co-operating with other organizations which have substantially similar objectives.

i. Conducting seminars, conferences, lectures and functions on Islamic affairs.

j. Receiving, acquiring and holding, donations, properties, devises and bequests.

k. Receiving and maintaining funds and applying from time to time all or part thereof and the income therefrom for religious, educational or humanitarian purposes.

ASH 019086

In pursuance of the above objectives, the Foundation shall engage in fund-raising and development programs to enhance religious, charitable, humanitarian and educational activities and the Foundation may engage in such other activities as may be necessary and proper to accomplish the foregoing objectives and purposes, not without the scope of this and subsequent paragraphs and other provisions not inconsistent with law.

## ARTICLE V

To further the Foundation's objects and purposes, the Foundation shall have and shall exercise all the powers conferred by the provisions of Chapter 10 of Title 13.1 of the Code of Virginia not without the scope of Article IV hereof. Without limiting the generality of the foregoing, the Foundation shall have the power to sue and be sued, to own, to take title to, receive and hold, lease, sell and resell, in fee simple or otherwise, property, real, personal or mixed, wherever situated or however acquired, without limitation as to amount or value. The Foundation shall have authority to encumber property by deed of trust, pledge or otherwise, to borrow money and secure payment of same by lien or liens on the realty or personal property of the Foundation, to lease, build, or erect, remodel, repair, construct and or reconstruct any and all buildings, houses, or other structures necessary, proper or incident to the carrying out of the objects and purposes stated herein. The Foundation shall have full powers of management, investment, reinvestment, and the collection of all rents, revenues, issues and profits arising therefrom.

## ARTICLE VI

Upon dissolution or final liquidation of this Foundation, the Board of Directors shall, after paying or making provision for the payment of all the lawful debts and liabilities of the Foundation, distribute all the assets of the Foundation to SANABEL AL KHEER CO. provided it is a Section 501(c)(3) organization, or, in its absence, to such Islamic organization or organizations organized and operated exclusively for religious, charitable, humanitarian and educational purposes as shall at the time qualify as an organization or organizations exempt from federal income taxation by reason of Section 501(c)(3) of the Internal Revenue Code, as the Board of Directors shall determine. Any of such assets not so disposed of shall be disposed of by the appropriate court of the principal office of the Foundation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

## ARTICLE VII

References herein to sections of the Internal Revenue Code are to provisions of the Internal Revenue Code of 1986 as those provisions are now enacted or to corresponding provisions of any future United States internal revenue law.

ASH 019087

## ARTICLE VIII

The NAME and ADDRESS of the initial director is

Dr M Yaqub Mirza
555 Grove Street, Suite 116
Herndon, VA 20170

## ARTICLE IX

The directors shall elect their successors. The number and manner of election or appointment of directors from time to time shall be provided in the bylaws

## ARTICLE X

The directors of the Foundation shall have full authority, consistent with these articles and the bylaws of the Foundation, to regulate the internal affairs of the Foundation and to establish its policies

## ARTICLE XI

The period of its duration is perpetual

## ARTICLE XII

These Articles of Incorporation can be amended only by an affirmative vote of two-third (2/3) of all directors in office at the time of amendment

## ARTICLE XIII

The name and address of the incorporator is

M Yaqub Mirza
555 Grove Street, Suite 116
Herndon, Virginia 20170

*[signature]*

M Yaqub Mirza, Incorporator

4

ASH 019088

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

August 4 2000

The State Corporation Commission has found the accompanying articles submitted on behalf of

## MUSLIM WORLD LEAGUE FOUNDATION

to comply with the requirements of law, and confirms payment of all required fees

Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission effective August 4, 2000

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law

STATE CORPORATION COMMISSION

By *[signature]*

Commissioner

CORPACPT
CIS0436
00-08-03-0075