# Exhibit 51

11-JUN-2000 18:20     SANABEL AL KHEER CO.         00966 2 6715580      P.01

**THE MUSLIM WORLD LEAGUE**
**INTL. ISLAMIC RELIEF ORG.**
**IN SAUDI ARABIA**

رابطـة العالـم الاسلامـي
هَيئة الإغاثة الإسلامية العَالميَة
بالمملكة العربية السعودية

الرقم : ص/ع ى/سى
التاريخ : ٥/٧/١٤٢١هـ

الموضوع : ـــــــ
        : ـــــــ

السادة / بيت التمويل الإسلامي — B.M.I — أمريكا        المحترمين

السلام عليكم ورحمة الله وبركاته ، وبعد :

نظراً لقيام السادة / آرثر أندرسن وشركاهم بمراجعة حساباتنا عن السنة المالية المنتهية في ٢٩/٦/١٤٢٠هـ .

لذا نأمل إرسال كشف مصادقة برصيد إستثماراتنا طرفكم كما في ٢٩/٦/١٤٢٠هـ الموافق ٩/١٠/١٩٩٩م على ان يتم إرسال المصادقة مباشرة الى السادة / آرثر أندرسن وشركاهم على عنوانهم الموضح أدناه .

السادة آرثر أندرسن وشركاهم
ص . ب : ١٢١٨٧ جدة ٢١٤٧٣
تلكس : ٦٥٠١٧٩ فاكس : ٦٥٣١٦٢٩
المملكة العربية السعودية

كما نأمل للضرورة القصوى موافاتنا بصورة من المصادقة للمطابقة على الفاكس رقم ٦٧١٥٥٨٠ .

وتقبلوا خالص التحية والتقدير . ،،،

الأمين العام
لهيئة الإغاثة الإسلامية العالمية

د . عدنـــان خليـــل باشـــا

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس ٦٥١٨٤٩١ - ٦٥١٨٧٥٤ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي

TOTAL P.01

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016571