Exhibit 52

TO   :                    PHONE NO. : 90017034711211                    OCT. 3.1998   7:51PM  P 4
FROM : SANABEL ALKHEER Co,                                            PHONE NO. : 6719979 112

# The Sana-Bell, Inc.

**555 Grove Street, Suite 110**
**Herndon, VA 20170 (U.S.A.)**
Phone: (703) 471-9494
Fax: (703) 471-1211

**VIA FAX 202 429 0046**

To:         Sandra Spalletta, Esq.
            Rosenman & Colin
From:       Dr. Hassan A. Bahafzallah
            Vice President
Subject:    BMI
Date:       September 28, 1998

You are requested to proceed against BMI on all accounts. A retainer of $15,000 will be sent to you soon.

Best Regards.

Pages: Total   1   including this page.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.                              NL 0016593