# Exhibit 53

```
IU    :              PHONE NO. : 9001/034/11211              SEP.28.1995   1:45PM  P 1
FROM : SANABEL ALKHEER Co,                                   PHONE NO. : 6719979 112
```

## Saudi Arabia
### INTERNATIONAL ISLAMIC RELIEF ORGANIZATION



المملكة العربية السعودية
هيئة الإغاثة الإسلامية العالمية

الرقم : _____        الموضوع : _____
التاريخ : _____                   : _____

# Facsimile Cover Sheet   رسالة فاكس

| | | |
|---|---|---|
| To: | Mr. Isam Akkad | إلى: |
| Company: | Sana - Bell INC. | الشركة: |
| Phone: | (703) 471- 6466 | الهاتف: |
| Fax: | (703) 471-1211 | الفاكس: |
| From : | FAWZI ABDULSTTAR | من : |
| Company: | I.I.R.O | الشركة: |
| Phone: | 6719979 - 110 | الهاتف: |
| Fax: | 6715580 | الفاكس: |
| Date: | 28 - SEPT- 1995 | التاريخ : |
| Pages including this cover page: | ( 5 ) Pages | عدد الصفحات المرسلة: |

العنوان . ص.ب ١٤٨٤٣ جــــــدة ٢١٤٣٤ - ت : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O. Box 14843 Jeddah 21434 - Tel. : 6512333 - 6515411 - Fax : 6518491 - Tlx. : 606754 IGATHA SJ

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016602