Exhibit 54

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1998 DEC 23   A 11: 14

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

------------------------------------------------------------ x

THE SANA-BELL, INC.,
a District of Columbia nonprofit corporation,
P.O. Box 9072
Jeddah 21413
Kingdom of Saudi Arabia,

         Plaintiff,

v.

BMI REAL ESTATE DEVELOPMENT, INC.
4710 Auth Place, Suite 520
Camp Springs, MD  20746,

BMI LEASING, INC.
4710 Auth Place, Suite 520
Camp Springs, MD  20746,

SOLIMAN S. BIHIERI
4710 Auth Place, Suite 520
Camp Springs, MD  20746, and

SULEIMAN BIN ALI ALALI
c/o BMI Real Estate Development, Inc.
4710 Auth Place, Suite 520
Camp Springs, MD  20746,

         Defendants.

------------------------------------------------------------ x

PJM 9 8 CV 4 1 7 7

Civil Action No. _____
PJM 98-4177

## COMPLAINT

Comes now the Plaintiff The Sana-Bell, Inc. ("Sana-Bell"), by and through counsel, and for its Complaint alleges the following:

### JURISDICTION AND VENUE

1. Plaintiff Sana-Bell is a District of Columbia nonprofit corporation with its principal place of business in Jeddah, Kingdom of Saudi Arabia.

ASH000741