Exhibit 55

Directors.   Such resignation shall take effect at the time specified therein, or, if no time is specified, at the time of acceptance thereof as determined by the President, Vice President or Director.

E.   Removal.   Any officer may be removed by the Board of Directors at any regular or special meeting of the Board at which a quorum is present, for engaging in conduct prejudicial to the best interests of SANA-BELL.

F.   Vacancies.   In the case of resignation of an officer of SANA-BELL or, if for any other reason including ineligibility or removal an officer is unable to complete his or her term, the Board of Directors shall elect a successor to complete the unexpired term.

G.   President.   The President of SANA-BELL shall have all powers and shall perform all duties commonly incident to and vested in the office of president of a corporation, including but not limited to being the chief executive officer of SANA-BELL. Preparation of the agenda for the annual meeting and other regular meetings, and having general knowledge of and responsibility for supervision of the business of SANA-BELL. Notwithstanding the foregoing, the President of SANA-BELL shall have the following specific powers and duties:

1.   He or she shall be a member of the Board of Directors.

2.   He or she shall prepare the agenda for the meetings of the Board of Directors.

9

ASH 018588