# Exhibit 56

be authorized and empowered to pay reasonable compensation for services rendered to the Organization).

### Section 11. Presumption of assent:

A Director of the Organization who is present at a meeting of the Directors at which action on any Organization matter is taken shall be presumed to have assented to the action taken unless his dissent shall be entered in the minutes of the meeting or unless he shall handle his written dissent to such action with the person acting as the Secretary of the meeting before the adjournment thereof or shall forward such dissent by registered mail to the Secretary of the Organization immediately after the adjournment of the meeting. Such right to dissent shall not apply to a Director who voted in favor of such action.

### Section 12. Removal:

Any Director may be removed from office with or without cause by two-thirds (2/3) majority of the Directors.

## ARTICLE VII
## OFFICERS

### Section 1. Number:

The officers of the Organization shall be a President, a Secretary and a Treasurer and, if determined by the Board of Directors to be appropriate, one or more Vice Presidents, each of whom shall be elected by the Board of Directors. The Directors may from time to time elect a Chairman of the Board, Assistant Secretaries, Assistant Treasurers and such other officers, assistant officers, and agents as may be deemed necessary. Any two or more offices may be held by the same person, except the offices of the President and Secretary.

(a) **President**. The President of the Organization shall have all powers and shall perform all duties commonly incident to and vested in the office of president of a corporation, including but not limited to being the chief executive officer of the Organization, preparation of the agenda for the annual meeting and other regular meetings, and having general knowledge of and responsibility for supervision of the business of the Organization. Notwithstanding the foregoing, the President of the Organization shall have the following specific powers and duties:

1. He/she shall be a member of the Board of Directors.

2. He/she shall prepare the agenda for the meeting of the Board of Directors.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

Sana-Bell 004341