# Exhibit 57

FOURTH: The name and address of the resident agent of the corporation in Maryland is CATON PROPERTIES, INC., 4411 41st Street, Brentwood, Maryland 20722.

Said resident agent is a resident of the State of Maryland.

FIFTH: The address of the principal office of the corporation is 4411 41st Street, Brentwood, Maryland 20722.

SIXTH: The aggregate and total number of shares of stock of all classes which this corporation is authorized to issue is one thousand (1,000).

All of such shares are Common Stock having no par value.

SEVENTH: The corporation is hereby empowered to issue from time to time its authorized shares and securities, options, warrants or other rights convertible thereinto for such lawful consideration, whether money or otherwise, as the Board of Directors shall determine. Any shares issued for which the consideration so fixed has been paid or delivered shall be fully paid stock and the holder of such shares shall not be liable for any further call or assessment or any other payment thereon.

EIGHTH: The number of directors comprising the full Board of Directors of the corporation shall be three.

The number of directors comprising the board may be increased or decreased from time to time pursuant to the By-Laws of the corporation, but shall never be less than one (1).

The names of the directors who shall comprise the first Board of Directors, to remain in office until the first annual meeting or until their successors are duly chosen and qualify, are:

Dr. Abdulrahim Al Saati  -  P.O. Box 14843
                            Jeddah, Saudi Arabia 21434

Dr. M. Yaqub Mirza       -  555 Grove Street
                            Herndon, Virginia 22070

NINTH: The following provisions are hereby adopted for the purpose of defining, limiting and regulating the powers and liabilities of the corporation and of its directors and stockholders:

ASH 018958