# Exhibit 58

CERTIFIED COPY

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MARYLAND
 3                    SOUTHERN DIVISION
 4   - - - - - - - - - - - - - - X
 5   THE SANA-BELL, INC.,          :
 6           Plaintiff,            :
 7       v.                        :   Case No. PJM 98 CV 4177
 8   BMI REAL ESTATE DEVELOPMENT,  :
 9   INC., et al.,                 :
10           Defendants.           :
11   - - - - - - - - - - - - - -  :
12                             Washington, D.C.
13                             Monday, October 25, 1999
14         Deposition of M. YAQUB MIRZA, a witness
15   herein, called for examination by counsel for
16   Defendants in the above-entitled matter, pursuant to
17   notice, the witness being duly sworn by Keith A.
18   Wilkerson, a Notary Public in and for the State of
19   Maryland, taken at the offices of Galland, Kharasch &
20   Garfinkle, 1054 31st Street, N.W., Second Floor, at
21   10:30 a.m., Monday, October 25, 1999, and the
22   proceedings being taken down by Stenotype by Keith A.
23   Wilkerson, and transcribed under his direction.
24
25                                           MYM 000161
```

ASH 021728

```
 1   for the utilities, and they gave us the accounting
 2   for it.
 3        Q.   Who owned the building, though?
 4        A.   Sana-Bell.
 5        Q.   But IIRO?
 6        A.   Well, both.
 7        Q.   But the U.S. entity, the Virginia
 8   corporation, they were collecting the rents?
 9        A.   They were occupying the third floor, so
10   they were more accessible to the tenants than
11   ourselves because we are in Herndon.  They collected
12   the rent and they paid the utilities, and they gave
13   us an accounting at the end of the year so we could
14   file the tax return.
15        Q.   And would the rent exceed the caring costs
16   of the building?
17        A.   No.
18        Q.   Would the rent exceed the utilities that
19   they paid?
20        A.   Probably, because the rent for the third
21   floor was nominal, so therefore there wasn't any big
22   amount on rental income.
23        Q.   And that was a decision that was made by
24   Sana-Bell, to charge nominal rent to IRO?
25        A.   Sana-Bell, yes.
```

MYM 000197

                    Alderson Reporting Company
1111 14th Street, NW, 4th Floor    800-FOR-DEPO         Washington, DC 20005

ASH 021763

1  MR. KREBS: If I could also impose on you
2  to find some documentation that reflects that
3  authority he told us about, I would appreciate it.
4  (Whereupon, at 2:50 p.m., the taking of the instant
5  deposition ceased.)
6
7
8                                    _____
                                     Signature of the Witness
9
10  SUBSCRIBED AND SWORN to before me this _____ day of
11  _____, 19_____.
12
13
14                                   _____
                                     Notary Public
15
16  My Commission Expires:_____
17
18
19
20
21
22
23
24
25
                                                    MYM 000288