# Exhibit 59



# THE HARFORD MUTUAL INSURANCE COMPANIES
*Fire and Casualty Insurance*

THE HARFORD MUTUAL INSURANCE COMPANY
FIRSTLINE NATIONAL INSURANCE COMPANY

\* \* \*

200 N. Main Street
Bel Air, Maryland  21014-3544

PHONE (410) 838-4000
FAX NO. 1-410-838-8675

## Insurance Premium Statement

```
INTERNATIONAL RELIEF                  1567   J. E. RICE INS. AGCY., INC.
ORGANIZATION,SANA-BELL,INC                   5801 ALLENTOWN ROAD   STE 310
360 S WASHINGTON STREET                      CAMP SPRINGS MD            20746
FALLS CHURCH, VA.        22046
                                             PHONE NO. 301-899-6800
CLIENT NO.   3121
```

Billing Date:  2/08/94

| POLICY | | | |
|---|---|---|---|
| 5467 INSTALLMENT 01  D | BUSINESSOWNERS | | $491 |
| TOTAL BALANCE DUE | | | $491 |

PLEASE RETURN A COPY OF THIS STATEMENT WITH YOUR PAYMENT BY  2/28/94.
MAKE CHECK PAYABLE TO THE HARFORD MUTUAL INSURANCE COMPANY.
PLEASE INCLUDE YOUR CLIENT NUMBER 103121 ON YOUR CHECK.

PAYMENTS RECEIVED AFTER  2/08/94 WILL APPEAR ON YOUR NEXT STATEMENT.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CALL
JOE FIAMINGO, 410-838-4000    EXT.253

THE HARFORD MUTUAL INSURANCE COMPANY
200 NORTH MAIN STREET
BEL AIR, MD. 21014

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0018003

ASH 023358