# Exhibit 60

TO       :                                PHONE NO. : 9001703471211                                         DEC. 26. 1994  10:46AM  P 1
FROM : SANABEL ALKHEER Co.                                                                                   PHONE NO. : 6719979 112



FAX : 25 DEC. 1994
TO : Eng. Suliman Al - Ali - IIRO VA
FM : DR. ABDURAHIM AL SAATI - JED

Al Salamu Alikum

I refer to our meeting in Jeddah 19th Dec. 1994,

As you have noticed a lot of money was spent on IIRO building against little income received.
As investment I need to review both income and expenditure. Our documents requirement is listed hereinafter. Please send to our address in Jeddah.

Thanks and Alsalamu Alikum

DR. ABDULRAHIM AL SAATI

Copy to : DR. GAZI FLIMBAN, ESQ.
         : DR. YACOUB MIRZA, ESQ

C.R.: 4030094330 Tel: 6726404/6719979/6715680

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL.0017577

ASH 022932

TO :  PHONE NO. : 9001/034/11211         DEC. 26. 1994  10:40AM  P 2
FROM : SANABEL ALKHEER Co,                PHONE NO. : G710979 112

## SANABEL AL KHEER CO
### FOR TRADE & IND. INV. LTD
Capital S.R. 10,000,000

رأس المال ١٠ مليون ريال سعودي

شركة سنابل الخير

الرقم : .................
الموضوع : .................
التاريخ : .................

### IIRO Building - 360 W.S. Virginia
### PURCHASE, EXPENSES AND INCOME.

1- PROPERTY DEED in the name of Sana-bell Inc. Purchase contract and documents relating to the Purchase Showing price, fees, taxes etc.
2- Supporting Documents for :
   a) Expenses $ 44 724.36 list dated 9th Sep 1993.
   b) Expenses $ 45 325.91 list dated 3rd Nov 1994.
   c) Other Expenses paid directly.
   d) Regular taxes and necessary costs that must be paid directly.
   e) Amounts appearing in the bank statements as Received and Disbursed from 1st Oct. 1992 to Date.
   f) Seperate list showing one - time capital expenditure and other list showing running expenses.
3- List of tenants and rents, to be faxed; followed by contracts copies showing details.
4- Copies of other contracts like periodical maintenance, cleaning, elevator, security if any, etc.
5- Copies of tax obligations and mode of settlement. Water, Electricity etc.
6- Copies of insurance obligations and contracts showing details.
7- Others, you wish to add.

س. ت : ٤٠٣٠٠٨٤٣٣٠ : هاتف : ٦٧٢٦٤٠٤/٦٧١٩٩٧٩/٦٧١٥٥٨٠
C.R.: 4030084330 Tel: 6726404/6719979/6715580

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017578

ASH 022933