# Exhibit 61

# VIA FAX

**To:** Dr. Hassan A. Bahafzallah
**From:** M. Yaqub Mirza
**Subject:** Use of 3rd Floor by Dr. Saleh Saqri
**Date:** April 29, 1999

---

Assalamu 'Alaikum

I just want you to know that Dr. Saleh Saqri had called to say if they could use the 3rd floor for their offices, of course, it is your building. In fact, they have taken over the space since last Friday.

However, we need to charge them some rent which will at least cover the electric, water, cleaning, taxes, etc. allocated to third floor, which we estimate it to be around $1300 per month. We have to receive this amount on monthly basis, otherwise we will have a shortfall to cover operating expenses.

I have not discussed this with Dr. Saleh as yet. Please let me know what you decide for us to do.

Wassalaam.


P.S. When is Dr. Abdur Rahim Al Saati visiting?


**Pages:** Total ___1___ including this page.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0018131

ASH 023486