Exhibit 63

From : Dr Adnan Khalil Basha

To: Mr Abdel Moniem El Hillali


Reference is made to the letter which was addressed to you by Br Sameer Al-Radhi dated December 26,2009 in which he requested you to wire Sanabel's debt to IIRO to the account of IIRO with National Commercial Bank- Palestine Street Branch.

So far, we have not received any information from your good self in this respect. In case the transfer has not yet been made, I would therefore request you to pay Mr Martin MacMahon the sum of twenty five thousand US dollars being his legal fees due on 15th January 2010 as per the terms of the contract signed between IIROSA and Mr MacMahon.

Please confirm that the payment is made, and consider this e-mail as a second reminder with respect to our request that Sanabel's debt to IIRO be wired to the account of IIRO with National Commercial Bank- Palestine Road as conveyed to you by the letter addressed to you by Br Sameer Al-Radhi dated December 26,2009.

Regards

Dr Adnan Khalil Basha

Secretary General

SANA-BELL 000226

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.