Exhibit 64



# Welcome

We welcome you to the International Islamic Relief Organization's home on the Web!

The International Islamic Relief Organization, Saudi Arabia (IIRO) was established in 1978 as a humanitarian non-governmental organization (NGO) in response to the increasing need to alleviate the suffering of human beings worldwide.



Its headquarters is based in Jeddah, Kingdom of Saudi Arabia. It has more than 100 offices in the Kingdom and abroad. The offices cover the humanitarian activities in more than 120 countries in different parts of the world.

The Founding Council of the IIRO, whose function is to strategize the organization's activities, consists of distinguished members from different walks of life.

For all enquiries, contact:

Dr. Adnan Khaleel Pasha
Secretary General
International Islamic Relief Organization, Saudi Arabia
PO Box 1285
Jeddah 21431
Kingdom of Saudi Arabia

*Tel: +966 2 651 5411/7170*
*Fax: +966 2 651 8491*
*Telex: +606754 IGATHA SJ*
*Email: enquiries@iiro.org*

---

WELCOME            HEALTH CARE            AGRICULTURAL PROJECTS

54041

| OBJECTIVES<br>FINANCE<br>RELIEF &<br>REFUGEES | ORPHANS & SOCIAL<br>WELFARE<br>EDUCATION<br>EXTERNAL AFFAIRS | WOMEN'S COMMITTEE<br>"OUR CHILDREN" PROJECT<br>ARCHITECTURE & ENGINEERING<br>CONSULTANCY |

All contents copyright 1996, International Islamic Relief Organization, Saudi Arabia (IIRO)



 This web site is part of **arab.net**



# Finance

The major part of the IIRO's financing comes from generous people in Saudi Arabia. The IIRO's various activities are financed by voluntary contributions given for either earmarked or unspecified projects. It accepts unconditional contributions in cash or kind.

Part of its resources are derived from *Zakat* (alms) paid by individuals and companies in the Kingdom of Saudi Arabia and elsewhere, as well as bequests made in its favor. It has established an endowment fund (*Sanabil Al-Khair*) which will be used to generate a stable income to finance its various activities.



| WELCOME | HEALTH CARE | AGRICULTURAL PROJECTS |
| OBJECTIVES | ORPHANS & SOCIAL WELFARE | WOMEN'S COMMITTEE |
| FINANCE | EDUCATION | "OUR CHILDREN" PROJECT |
| RELIEF & REFUGEES | EXTERNAL AFFAIRS | ARCHITECTURE & ENGINEERING CONSULTANCY |

All contents copyright 1996, International Islamic Relief Organization, Saudi Arabia (IIRO)

54053