# Exhibit 65

Aug-18-98 03:30P                                                                    P.04
                                                                                    P.02

رابطة العالم الإسلامي — مكة المكرمة - المملكة العربية السعودية
**MUSLIM WORLD LEAGUE**
Makkah al-Mukarramah - Saudi Arabia

No.         الرقم    :
Date        التاريخ  :                                    مكتب الأمين العام
Encl.       المرفقات :                                    Office of the
                                                          Secretary-General

22-04-1998

TO: DR. YAQUB MIRZA

Assalamu Alaikum

Thank you very much for your help and assistance to support the activity of "SANABEL" and would like to draw your kind attention that Sanabell Al Kheir Committee is re-formed to rejoin Dr. Sulayman Al Ali as its member. He will be the responsible for Sanabel in U.S.A.

You are kindly requested to cooperate with him by handing him over all papers related to SANABEL enabling him to show up his ideas about to be presented to the Committee.

Thanks once more for your support in the past period hoping you all the best.

Wassalaam,

Cincerely Yours,

DR. MOHAMMAD ABDO YAMANI
The President of Sanabell Committee


CC: Dr. Abdullah Bin Abeed.
CC: Dr. Abdulrahim Al Saati

P.O. Box : 537 - Cable . (Rabita-Makkan) - Telex · 540009 RABITA SJ - Fax  5435183 - Tel  5445100

KMR - 02146

ASH 026880