# Exhibit 66



# MARJAC INVESTMENTS, INC.

555 GROVE STREET, HERNDON, VA 22070 U.S.A.

## TELEFAX MESSAGE

| TO | Dr. Abdulrahim Al Saati | TELEFAX :<br>TELEPHONE: |
|---|---|---|
| FROM | M. Yaqub Mirza | TELEPHONE: (703) 471-6466<br>TELEFAX : (703) 471-1211<br>TELEX : 901153 SAAR WASH |
| SUBJECT | | |
| DATE | September 20, 1989 | |
| PAGES | TOTAL ___1___ INCLUDING THIS PAGE. | |

Assalamu Alaykum!

Reference your fax of September 8, 1989. Following are three alternatives for getting the telephone number for Sana-Bell:

1. Get a number with and have it answered by an answering service.

2. Have it ring in my office to be answered by my Assistant.

3. Establish an office at our location on the first floor which you have already seen, and get a telephone number to be answered by an answering machine. The messages could be retrieved by us and yourself.

Please let us know your preference.

Also, please send us, after signing, the Bank account opening forms and $5000 to be deposited for paying telephone bills and other necessary expenses such as Attorney's fees.

Thanks and regards.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016891

ASH 022247

TRANSMISSION REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

:MARJAC INVESTMENTS    ( SEP 21 '89  12:21 )

| DATE | START TIME | REMOTE TERMINAL IDENTIFICATION | MODE | TIME | RESULTS | TOTAL PAGES | DEPT. CODE |
|---|---|---|---|---|---|---|---|
| SEP 21 | 12:20 | 6518491 | G3ST | 01'13" | OK | 01 | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016892

ASH 022248

17-09-1989 13:12    FROM HIAAT AL IGATHA          TO 0017034711211         P.01

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**




الموضوع : ..................................

..................................

م : ..................................

يخ : ..................................

To : Dr. Yaqub Mirza

From : Abdul Rahim Al Saati

Assalamu Alaikum ....

Thank you for your fax at sep.08,1989.

1 - Please get sama bell our phone number and use sama - bell letter head on our communication .
2 - please supply us all detail information about JAMI CO. and its projects sme can interduce it to the bord of truftee .

Yours Sincerely,

Abdul Rahim Al Saati

49/15

① → No. ✓
② Acc/t of ~ fans ; transfer some $$ to pay directly
③ JAMICO                       phone bills .

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016893

ASH 022249



# SAAR FOUNDATION



555 GROVE STREET, HERNDON, VA 22070 U.S.A.

## TELEFAX MESSAGE

| TO | Dr. Abdulrahim Al Saati | TELEFAX :<br>TELEPHONE: |
|---|---|---|
| FROM | M. Yaqub Mirza | TELEPHONE: (703) 471-6466<br>TELEFAX   : (703) 471-1211<br>TELEX      : 901153 SAAR WASH |
| SUBJECT | | |
| DATE | September 8, 1989 | |
| PAGES | TOTAL ___1___ INCLUDING THIS PAGE. | |

Assalamu Alaykum!

Thank you very much for your fax of September 3, 1989. I will proceed with the letter-heads but please tell me about the phone number to be used. Shall we get a number for Sana-Bell or use my private number?

The appraisals for other projects will take time. I would propose for the time being to consider the following:

1. <u>Piedmont Poultry Company Inc</u>.

Sana-Bell buys the plant at $6.0 million and sell it back to Piedmont at $8.75 million, whereas Piedmont will make six yearly payments of $1.460 million. Effective net return is little more than 12%.

2. <u>Waterford, Indiana</u>

Sana-Bell acquires 25% of the partnership for $2.5 million. Effective return will be around 10% with potential appreciation.

3. <u>JAMI Co.</u>

The Joint Arab-Malaysian Co. in Kuala Lumpur was organized about a year ago to make investments in Malaysia. Currently, Al Rajhi, Al Barka, Saar, etc. are the shareholders. We invite you to contribute about $2.0 million as equity in JAMI. All projects are financed Islamically.

Thanks and regards.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017005

ASH 022361

To:     Dr. Abdulrahim Al Saati

From:   M. Yaqub Mirza

Date:   September 1, 1989                    8 pages

Assalamu Alaykum!

1. **Waterford:**

    Enclosed is a copy of an older certified appraisal verifying the fair market value at which Sana-Bell is to participate.

2. **Piedmont Poultry Co.**

    I suggest that Sana-Bell buys the plant at $6.0 million and sell it back to Piedmont at $8.75 million, whereas Piedmont will make six yearly payments of 1.460 million. Effective net return is little more than 12%.

3. Please select the form of the letterhead.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017011

ASH 022367

To: Dr Abdulrahim Alsaati

From: M. Yaqub Mirza

Date: 8-31-89

Assalamu Alaykum:

Enclosed are two proposed designes for the Sanabell letter head . Kindly choose one if any meets your approval.

Thank you , wassalamu Alaykum



CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016971

ASH 022327