# Exhibit 67

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم:
التاريخ: ٢٦ / ١٠ / ١٤١٠ هـ
الموضوع:

TO : DR M. Yaqub Mirza

From: DR. Abdulrahim Al Saati

Assalamu Alaykum:

Iwould like to invite you to the first meeting of Sana- Bell trustee board which will be held at Dallo Tower 4th of may.

I am looking to see you in this meeting .

Thanks and regards

العنوان: ص.ب: ١٤٨٤٣ جدة ٢١٤٣٤ - ت: ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ إغاثة إس جي
Address: P. O. Box: 14843 Jeddah 21434 - Tel. 6515411 - Fax. 6518491 - Tlx. 606754 IGATHA SJ.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0017074

ASH 022430