# Exhibit 68

21-05-1990 19:56    FROM HIAAT AL IGATHA                    TO 0017034711211

**MUSLIM WORLD LEAGUE**
MAKKAH AL MUKARRAMAH
**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**



رابطة العالم الإسلامي
مكة المكرمة
هيئة الإغاثة الإسلامية العالمية

الرقم : ١٠٤ / س / س
التاريخ : ٢٦ / ١٠ / ١٤١٠ هـ
الموضوع :

TO : DR M.Yaqub Mirza

From : DR. Abdulrahim Al Saati

Assalamu Alaykum

Include a proposal to invest USD . 2,000,000 in commercial building in Columbus , Ohio .

Please contact Mr Fehme at UBAF as Sana-Bell Officer and get any information you need to make recommendation to Sana-Bell about this proposal .

Thanks and regards

العنوان: ص.ب: ١٤٨٤٣ جدة ٢١٤٣٤ - ت: ٦٥١٥٤١١ - فاكس: ٦٥١٨٤٩١ - تلكس: ٦٠٦٧٥٤ IGATHA SJ
Address: P. O. Box: 14843 Jeddah 21434 - Tel. 6515411 - Fax. 6518491 - Tlx. 606754 IGATHA SJ.

TOTAL P.04

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0017075

ASH 022431