# Exhibit 69

**PERSONAL/CONFIDENTIAL**

**VIA TELEFAX**

TO:     Dr. Abdul Rahim Al-Saati
FROM:   M. Yaqub Mirza
DATE:   November 24, 1992
PAGES:  Two

Assalamu Alaykum:

We have received the funds.

I have reviewed the documents you have sent. These documents are to purchase a limited partnership interest in different partnerships. It would be nice to receive and read the main partnership document under which Sana-Bell is buying the limited partnership interest to answer many questions, like what are we committing ourselves to! Are there going to be any future capital calls i.e. to provide additional funds? Do we have the right to inspect partnership accounts? Are the accounts going to be audited? Do we have any say, for example, on fees charged by the general partner or sale of substantially all the assets of the partnership or dilution of our partnership interest etc. Can we get any preferred security?

These questions are more on the operation and management of the partnerships, leaving alone the main business it is going to conduct which I am leaving for you to assess it. An audited financial statement of accounts of the partnership will be desirable to see the past performance and the strength of it.

For this size of the investment we may ask for a preferred security in the assets of the partnership.

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016760

ASH 022116

For your information the limited partnership interest purchased, herein, are high ill-liquid and have no readily available secondary market. Hence, the investment should be viewed as long term, unsecured and reasonably risky.

I am not sure you expected of me to point these out for your consideration. I realize you have decided to invest and if this decision is based only on <u>trust</u> and letting BMI manage as they wish, with no involvement from Sana-Bell then please let me know we will send out the funds right away.

Thanks and regards.
Wassalam.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0016761

ASH 022117