# Exhibit 70

```
THE SANA BELL INC.                                          NUMBER

                                        November 25, 19 92    Br.# _____
                                                                68-424/560

PAY TO THE
ORDER OF    BMI Leasing Limited Partnership          | $ 500,000.00

    Five Hundred Thousand and ------------------00/100 DOLLARS

    1st AMERICAN BANK              0 7  3 4 7  3 1  6  # ACCOUNT
    FIRST AMERICAN BANK OF VIRGINIA                       NUMBER
    McLEAN, VIRGINIA 22102
MEMO _____         [signature]

⑆056004241⑆                              457
```

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016765

ASH 022121

```
THE SANA BELL INC.                                    NUMBER

                                      November 25, 1992   Er. =
                                                          68-424/560

PAY TO THE   BMI Construction Fund Limited Partnership  | $ 300,000.00
ORDER OF

     Three Hundred Thousand and ------------------00/100 DOLLARS

      1st AMERICAN BANK              0 7  3 4  7 3 1  6   ACCOUNT
   FIRST AMERICAN BANK OF VIRGINIA                        NUMBER
        McLEAN, VIRGINIA 22102

MEMO_____            _____

⑇056004241⑇                                   457
```

CONFIDENTIAL: This document is subject to a Protective Order
regarding confidential information in 03 MDL 1570, U.S. District Court
for the Southern District of New York.

NL 0016785

ASH 022141