# Exhibit 71

```
TO       :                PHONE NO. : 90017034711211          JUN. 8, 1999   9:50AM   P 1
FROM : SANABEL ALKHEER Co,                                    PHONE NO. : 6719979 112
```



Capital S.R. 10,000,000

الرقم : .......
التاريخ : .......

To     : Mr. Yagub Mirza
From : Dr. Hassan A. Bahafzallah
Sub.   : **Outstanding Bills**
Date  : 3rd June, 1999

Assalamu Alaikum,

In connection with your letter dated 24th May 1999, without reference relating to the Attorney's Bill for the outstanding invoices amount $ 29,481.61, please provide us with the following documents:
1. The original Bills of the said amount with classification of each amount.
2. Approvement of the incharge person.
3. Attach the Bills with a letter and declaration signed and sealed.

The outstanding Real Estate Tax amount $ 5,195.30 , please also furnish us with the Original Invoice or a copy of it, sealed from your side as a trustworthy.

Copy of Account Statement of the A/C No. 2000073473167 of Sana-Bell and the warrant of withdraw.

Copy of the receipt of the amount $ 25,000 received by the Lawyer explaining the total hours and the rate per hour.

Also be informed that the amount $35,000 has been transfered to Sana-Bell Co. (Virginia) A/C No. 2000073473167, as per your request.

We appriciate your consideration and cooporation regarding these mattters.

Wassalamu Alaikum,

Sanabil Al-Kheer Co. for Trade & Industrial Inv.

By:  **Dr. Hassan A.A. Bahafzallah**
     **Investment Committee Secretary**

P. O. Box 33567 Jeddah 21458 C. R. 4030084330 - Tel. 6726404 / 6719979 / 6730436 Fax Ext 112 Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570, U.S. District Court for the Southern District of New York.

NL 0018092

ASH 023447