# Exhibit 72

# SANABEL AL-KHEER, INC.

## CORPORATE RESOLUTION
### Affirming Sanabel Al-Kheer Debt Obligation To The International Islamic Relief Organization

      Be it resolved, this 8th day of May 2008, that the Board of Directors has voted and hereby affirms that the October 19, 2000 Written Consent of the Board of Directors, (attached hereto as Exhibit A) affirming a debt owed by Sana-Bell, Inc. to the International Islamic Relief Organization (IIRO), is a debt of Sanabel Al-Kheer pursuant to the letter of Muhammad Ashraf dated October 4, 2005, (attached hereto as Exhibit B), confirming that the building at 360 S. Washington Street in Falls Church, VA was transferred by Sana-Bell, Inc. to Sanabel Al-Kheer subject to the loan to IIRO.

      Since the promissory note for this debt cannot be located, and the organization has carried a debt of only $629,000 to IIRO on its books for the past several years, the Board reviewed the Written Consent, the letter of Muhammad Ashraf and the general ledger for subsequent years to determine whether any payments have been made toward the debt of $785,000. Since the Board's review indicated that no payments have been made, it appears to the Board that the amount carried on Sanabel's books was incorrect. Since the property has now been sold, and the proceeds, except for $100,000, have been placed in Sanabel's escrow account, the Board voted and hereby authorizes payment of the debt to IIRO in the amount of $785,000.

      Thus, be it further resolved, this 8th day of May 2008, that the Board of Directors has voted and hereby authorizes Mr. Abdelmoniem El Hillali to write seven checks in the amount of $100,000 each, and an additional check (in an amount to be determined), payable to IIRO in weekly installments until Sanabel Al Kheer's debt to IIRO is satisfied. The amount of the final check will represent the difference between the remaining $85,000 minus any legal fees which IIRO elects to be paid out of that amount.

_____          _____
Abdelmoniem El-Hillali, Director              Greg Brown, Secretary, Director

CC: Law Offices of Martin McMahon & Associates

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

Sana-Bell 004461