# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Jkreindler@kreindler.com
212-973-3449

November 16, 2015

Honorable Frank Maas
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Terrorist Attacks on September 11*, 2001, MDL 03-1570 (GBD) (FM)

Dear Judge Maas,

Pursuant to the motion for default against Iran on the *Ashton* plaintiffs' pre death conscience pain and suffering claims, I am enclosing an annex listing the 852 decedents included in the *Ashton* motion. If there is anything else you require please let me know.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By:   James P. Kreindler

JPK/gm
Enclosure

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120