# ANNEX

| Decedent |
|---|
| Thomas Ashton |
| David D. Alger |
| Eric Allen |
| Jean Andrucki |
| Patrick Michael Aranyos |
| David Gregory Arce |
| Barbara Jean Arestegui |
| Adam Peter Arias |
| Jack Charles Aron |
| John J. Badagliacca |
| Michael S. Baksh |
| Gerard Barbara |
| Colleen Ann Barkow |
| Durrell Pearsall |
| Evan J. Baron |
| Carlton Bartels |
| Alan Beaven |
| Carl Bedigian |
| Steven Howard Berger |
| John Bergin |
| Shimmy D. Biegeleisen |
| Carl Bini |
| Craig M. Blass |
| Richard M. Blood |
| Nicholas Andrew Bogdan |
| Lawrence Boisseau |
| Richard Edward Bosco |
| Gary R. Box |
| Michael Boyle |
| Sandra Conaty Brace |
| David B. Brady |
| Carol Keyes Demitz |
| Jonathan E. Briley |
| Herman C. Broghammer |
| Richard G. Bruehert |
| Rachel Tamares |
| Patrick Joseph Buhse |
| Donald J. Burns |
| Scott Walter Cahill |
| Thomas Cahill |
| Edward Calderon |
| Dominick Enrico Calia |
| Brian Cannizzaro |
| Peter J. Carroll |
| Thomas Anthony Casoria |
| Harry Taback |
| Richard G. Catarelli |
| Jason Cayne |
| Robert Chin |
| Christopher Ciafardini |
| Thomas R. Clark |
| Gregory A. Clark |
| Robert Dana Colin |
| Thomas J. Collins |
| Joseph J. Coppo Jr. |
| John Coughlin |
| Angela Rosario |
| Grace Alegre Cua |
| Laurence Curia |
| Patricia Cushing |
| David Defeo |
| Andrea Della Bella |
| Colleen Ann Deloughery |
| Jerry Devito |
| Lourdes Janet Galletti |
| Rena Sam-Dinnoo |
| Joseph Dipilato |
| Brendan Dolan |
| Raymond M. Downey |
| Christopher Joseph Dunne |
| Paul Robert Eckna |
| Michael Esposito |
| Michele Coyle Eulau |
| Robert Evans |
| Douglas Jon Farnum |
| John Farrell |
| Syed Abdul Fatha |
| Peter Adam Feidelberg |
| Alan Feinberg |
| Michael Fiore |
| Christina Donovan Flannery |
| Andre G. Fletcher |
| Carol Flyzik |
| Jane Claire Folger |
| Claudia Foster |
| Arthur Joseph Jones Iii |
| Alan W. Friedlander |
| Andrew Friedman |
| Richard Gabriel |
| Richard Gabrielle |
| Michael Stewart |
| Peter J. Ganci Jr. |
| Andrew Garcia |
| Marlyn C. Garcia |

| | |
|---|---|
| Thomas Gardner | Peter Kellerman |
| Gary Geidel | Joseph P. Kellett |
| Peter Genco | Thomas Richard Kelly |
| Denis Germain | Rosemary A. Smith |
| Ronnie Gies | Yvonne Estelle Kennedy |
| Paul John Gill | Robert King Jr. |
| Rodney Gillis | Richard J. Klares |
| Steven A. Giorgetti | Julie Lynne Zipper |
| Salvatore Gitto | Michael P. Laforte |
| Thomas Glasser | Alan Charles Lafrance |
| Harry Glenn | Dr. Juan M. Lafuente |
| John T. Gnazzo | Amy Hope Lamonsoff |
| Brian Goldberg | Carlos Cortes A/K/A Carlos Cortes-Rodriguez |
| Lydia Bravo | Robert G. Leblanc |
| Timothy Grazioso | David R. Leistman |
| Donald F. Greene | Joseph Anthony Lenihan |
| James Arthur Greenleaf | Paul Battaglia |
| Peter Vega | Robert M. Levine |
| Thomas Foley | Sherry Ann Bordeaux |
| Gary Haag | Jacqueline Norton |
| Andrea Lyn Haberman | Robert G. Norton |
| Frederic K. Han | Garry W. Lozier |
| Thomas Hannafin | Marianne Macfarlane |
| Harvey Harrell | James P. O'Brien |
| John Clinton Hartz | Jennieann Maffeo |
| Emeric Harvey | Joseph Vincent Maggitti |
| Scott J. O'Brien | Jason M. Sekzer |
| Philip Thomas Hayes | Alfred G. Marchand |
| William Ward Haynes | Brian Martineau |
| Michael Healey | Joseph Mascali |
| Ronnie Lee Henderson | Charles A. Mauro |
| Neil Hinds | Robert Mayo |
| Tara Yvette Hobbs | Daniel Francis Mcginley |
| Thomas W. Hohlweck Jr. | Thomas Henry Mcginnis |
| Joseph F. Holland Iii | Michael Gregory Mcginty |
| Darryl Leron Mckinney | Barry J. Mckeon |
| Thomas P. Holohan | John F. Mcdowell |
| Joseph Howard | Ann Mcgovern |
| Joseph Hunter | Damian Meehan |
| Robert R. Hussa | George C. Merino |
| Jonathan Ielpi | Lukasz Milewski |
| Stephanie Irby | Karen Juday |
| John Francis Iskyan | Henry Miller |
| Ariel Louis Jacobs | Robert Alan Miller |
| Maria Jakubiak | Louis J. Minervino |
| Karl Joseph | Louis Modafferi |
| Scott Martin Mcgovern | Manuel Mojica |
| Chandler Raymond Keller | Krishna Moorthy |

| | |
|---|---|
| Linda Oliva | Joseph P. Shea |
| Marco Motroni | John Anthony Sherry |
| Matthew T. O'Mahony | Mark Shulman |
| Patrick Sean Murphy | David Scott Silver |
| Mildred R. Naiman | Michael J. Simon |
| Karen Susan Navarro | Khamladai K. Singh |
| Theresa Risco | Muriel F. Siskopoulos |
| Michael Allen Noeth | James Gregory Smith |
| Robert Walter Noonan | Astrid Elizabeth Sohan |
| Brian C. Novotny | Mary B. Trentini |
| Diana O'Connor | James A. Trentini |
| James Andrew O'Grady | Donald Spampinato |
| Edward Kraft Oliver | Lawrence T. Stack |
| Betty Ann Ong | Lisa Terry |
| Jeffrey Palazzo | Brian E. Sweeney |
| John Paolillo | Sean Patrick Tallon |
| Suzanne H. Passaro | Allan Tarasiewicz |
| Anthony Perez | Jody Nichilo |
| Christopher Pickford | Goumatie Thackurdeen |
| Arturo Sereno | Thomas F. Theurkauf Jr. |
| Shawn E. Powell | Nigel Bruce Thompson |
| Vincent Princiotta | Mary Ellen Tiesi |
| John F. Puckett | Terrance Aiken |
| Sonia Mercedes Morales Puopolo | Robert T. Twomey |
| Patrick Quigley | Tyler V. Ugolyn |
| Eugene Raggio | Elsy C. Osoria |
| Alfred Todd Rancke | Carlton F. Valvo Ii |
| Adam David Rand | Celeste Torres Victoria |
| Amenia Rasool | Sharon Christina Milan |
| Roger Rasweiler | Chantal Vincelli |
| Christian Michael Regenhard | Lawrence J. Virgilio |
| Leah E. Oliver | Honor Elizabeth Wainio |
| Clarin Schwartz | Glen J. Wall |
| Anthony Rodriguez | Christine J. Barbuto |
| Brooke David Rosenbaum | Todd Christopher Weaver |
| Lloyd Daniel Rosenberg | Timothy Matthew Welty |
| Andrew I. Rosenblum | Karen E. Hagerty |
| Richard Ross | David Wiswall |
| Bart Joseph Ruggiere | Christopher W. Wodenshek |
| Gilbert Ruiz | Elkin Yuen |
| Steven Russin | Michael Waye |
| Edward Ryan | Joseph J. Zuccala |
| Matthew Ryan | Andrew Zucker |
| Thierry Saada | Alan Jay Lederman |
| Carmen Milly Rodriguez | Angelo Amaranto |
| Nicholas Rossomando | Michael G. Arczynski |
| Dennis P. Scauso | Brian Paul Dale |
| Jeffrey H. Schreier | James Barbella |

| | |
|---|---|
| Joshua Birnbaum | William R. Bethke |
| Sean Booker | Harry A. Blanding |
| Kimberly S. Bowers | Edward A. Brennan |
| Alfred J. Braca | Mark Bruce |
| Michell Robotham | Thomas Daniel Burke |
| Michael T. Carroll | Thomas M. Butler |
| Ruth Lapin | John B. Cahill |
| Robert L. Cruikshank | Philip V. Calcagno |
| Mannie Leroy Clark | Vincent A. Cangelosi |
| Christopher M. Dincuff | Louis Caporicci |
| Irina Buslo | Dennis M. Carey |
| Valerie Silver Ellis | Thomas E. Sinton Iii |
| William John Erwin | Jeremy Carrington |
| George J. Ferguson | Leonard M. Castrianno |
| Kevin Frawley | Jason Cefalu |
| Cynthia Giugliano | Delrose Cheatham |
| Joseph Grillo | Michael J. Clarke |
| Raul Hernandez | Eugene Clark |
| Bradley Hoorn | Susan M. Clyne |
| Milagros Hromada | Steven Coakley |
| Timothy Hughes | Joseph A. Corbett |
| Daniel Ilkanayev | Conrod Cottoy Sr. |
| Harold Lizcano | Andrew Gilbert |
| James J. Mcalary | Denise Crant |
| Robert Garvin Mccarthy | James L. Crawford Jr. |
| Timothy Mcsweeney | Lucy Crifasi |
| Linda Catherine Mair Grayling | Dennis Cross |
| Gerald Thomas O'Leary | Eduvigis Reyes Jr. |
| Michael Opperman | Beverly Crew Curry |
| David L. Angell | Thomas Deangelis |
| Lynn E. Angell | James V. Deblase Jr. |
| Manish Patel | Anthony Demas |
| Gregory Reda | Francis X. Deming |
| Isaias Rivera | Christian Desimone |
| David E. Rivers | Robert Devitt Jr. |
| Earl R. Shanahan | Michael L. Diagostino |
| Sandra Carol Taylor | Douglas F. Distefano |
| David L. Tirado | Lisa Egan |
| Jon Vandevander | Samantha Egan |
| Simon V. Weiser | John Bruce Eagleson |
| Louis Calvin Williams Iii | Fanny Espinoza |
| Pauline Francis | William L. Fallon Jr. |
| Lorraine Abad | Anthony J. Fallone |
| Terence E. Adderley Jr. | John Fanning |
| David S. Agnes | Clyde Frazier Jr. |
| Joanne Maria Ahladiotis | Peter L. Freund |
| Jon Albert | Arlene E. Fried |
| Dominick J. Berardi | Peter C. Fry |

| | |
|---|---|
| John Patrick Gallagher | Dennis Moroney |
| Edmund Glazer | William Mosical |
| Rocco Nino Gargano | Charles A. Murphy |
| James M. Gartenberg | Brian Murphy |
| Peter Gelinas | Richard Todd Myhre |
| Steven Paul Geller | Kerene Gordon |
| Joseph Giaccone | Cono Gallo |
| Calvin Joseph Gooding | Jeffrey Nussbaum |
| Wade Green | Dennis O'Connor Jr. |
| Douglas Brian Gurian | Richard O'Connor |
| Dana R. Hannon | Lesley Thomas |
| James Haran | Sean Gordon O'Neill |
| Stewart D. Harris | Ruben S. Ornedo |
| Monique Dejesus | Alexander Steinman |
| Thomas A. Hobbs | James Robert Ostrowski |
| Marcia Hoffman | Jason Oswald |
| Jonathan R. Hohmann | Michael Ou |
| George Howard | Peter Owens |
| Virginia Jablonski | Angel Pabon |
| Brooke Alexandra Jackman | Victor Hugo Paz Gutierrez |
| Hweidar Jian | Stacey Peak |
| Shari Kandell | Mike Pelletier |
| John Katsimatides | Michael J. Berkeley |
| Richard Keane | Joseph Perroncino |
| Timothy C. Kelly | Edward Joseph Perrotta |
| Joseph Anthony Kelly | Joann Cregan |
| Brian Warner | Gregory Richards |
| Karen Klitzman | Richard Prunty |
| Hamidou Larry | Joseph R. Riverso |
| Neil Leavy | Paul Rizza |
| Richard Yun-Choon Lee | Donald A. Robson |
| Anthony Hawkins | Peter A. Bielfeld |
| Adriana Legro | Scott W. Rohner |
| Jeffrey E. Leveen | Luis Eduardo Torres |
| Marie Lukas | Eric Sand |
| Michael Patrick Lunden | Susan Santo |
| Laura A. Giglio A/K/A Laura Marchese | Robert L. Scandole |
| Keithroy Maynard | Sean Schielke |
| Justin McCarthy | Marisa DiNardo |
| Michael McCarthy | Mark Schwartz |
| Matthew J. McDermott | Adrianne Scibetta |
| John T. McErlean Jr. | Arthur Warren Scullin |
| William McGovern | Khalid Shahid |
| George McLaughlin III | Jayesh Shah |
| Martin Michelstein | Gary Shamay |
| George Merkouris | Leonard Snyder |
| John Monahan | Saranya Srinuan |
| George Morell | Alexandru Stan |

| | |
|---|---|
| James J. Straine Jr. | Irina Kolpakova |
| John F. Swaine | Pendyala Vamsikrishna |
| Keiji Takahashi | Prasanna Kalahasthi |
| Andrew Kates | Alexey Razuvaev |
| Diane T. Lipari | Joseph Daniel Maio |
| Daniel Trant | Bernard Mascarenhas |
| William P. Tselepis | Joel Miller |
| Jonathan Uman | Nancy Morgenstern |
| Joseph Vilardo | Marc Murolo |
| Lisa Karen Orfi-Ehrlich | M. Kathleen Shearer |
| Frank Thomas Wisniewski | Kathleen Anne Nicosia |
| William J. Wik | Kaleen E. Pezzuti |
| Katherine Wolfe | Todd H. Reuben |
| Martin Wortley | Tatiana Ryjova |
| Michael Zinzi | Carlos R. Lillo |
| Charles A. Zion | Philip Rosenzweig |
| James A. Amato | Jonathan S. Ryan |
| John P. Burnside | Derek J. Statkevicus |
| Patricia M. Colodner | Michael C. Tarrou |
| John R. Fischer | Lorisa Taylor |
| Thomas Palazzo | Fred Rimmele |
| William G. Minardi | Ana Gloria Debarrera |
| James Brian Reilly | Michele M. Reed |
| Paul F. Sarle | Soledi Colon |
| James Shea | Robert Higley |
| Robert W. Spear | Mark Ludvigsen |
| Anthony Starita | Andrew Knox |
| Keiichiro Takahashi | Nicholas Lassman |
| Japhet Aryee | Yang Der Lee |
| Gregg Arthur Atlas | Karen Ann Martin |
| Inna Basin | Steve Mercado |
| Graham Berkeley | Michael J. Pascuma Jr. |
| David S. Berry | Horace Passananti |
| Gennady Boyarsky | Kevin Pfeifer |
| Sandra W. Bradshaw | Laurence Polatsch |
| Kevin Colbert | Donald Regan |
| William Dean | John A. Reo |
| Neil Wright | Christopher Santoro |
| Eugueni Kniazev | Deepika Kumar Sattaluri |
| Arkady Zaltsman | Lance Tumulty |
| David R. Brandhorst | Kui Fai Kwok |
| Peter M. Goodrich | Ivelin Ziminski |
| Tawanna Griffin | Joseph Angelini Sr. |
| Shannon Lewis Adams | Faustino Apostol Jr. |
| Abraham Ilowitz | Nina P. Bell |
| Boris Khalif | Larry Bowman |
| Hyun Joon Lee | Mark Stephen Carney |
| Andrew Jay-Hoon Kim | Daniel M. Coffey |

| | |
|---|---|
| Jason M. Coffey | Martin Wohlforth |
| Vincent Danz | Arlene Beyer |
| Amy O'Doherty | Ruben Correa |
| Joseph A. Della Pietra | Suzanne Geraty |
| David J. Fontana | Brian Hickey |
| William Arthur Gardner | Thomas Mingione |
| John Giordano | Michael Mullan |
| Florence Moran Gregory | Kevin Reilly |
| Leonard Hatton Jr. | Frederick J. Ill Jr. |
| Andrew Lacorte | James P. Leahy |
| Charles Jones | William Johnson Jr. |
| Robert Kennedy | Gregory Saucedo |
| James P. Ladley | Stanley Smagala |
| Stephen Lamantia | Ramon Suarez |
| Gary E. Lasko | Michael E. Roberts |
| Margaret Lewis | Gerald Thomas Atwood |
| Michael Lynch | Richard Aronow |
| Thomas Mccann | Charles Frank Burlingame III |
| Charles A. Mccrann | Maria Rose Abad |
| Mirna A. Duarte | David Michael Barkway |
| Lorraine Lisi | Kenneth Basnicki |
| Robert Shearer | Kris Romeo Bishundat |
| Thomas G. O'Hagan | Michael Bocchino |
| Maureen Lyons Olson | Bruce Boehm |
| Alexander Ortiz | Francisco Bourdier |
| Deepa Pakkala | Ronald Breitweiser |
| Bettina Browne | Peter Brennan |
| Angel Perez | Vincent Brunton |
| Benito Valentin | Anthony Coladonato |
| Norman Rossinow | James E. Cove |
| Christina S. Ryook | Neil Cudmore |
| Joseph Sacerdote | Scott Davidson |
| Eric Eisenberg | Donald A. Delapenha |
| Kevin Smith | Joseph Dickey |
| Norma C. Taddei | Eddie Dillard |
| Jorge Velazquez | William Dimmling |
| Joanne Weil | James Domanico |
| Debbie Williams | Mary Yolanda Dowling |
| Brian Patrick Williams | Charles Droz |
| Joseph Zaccoli | Robert Eaton |
| Mark Zangrilli | Christopher Faughnan |
| Prokopias (Paul) Zois | Henry Homero Fernandez |
| Neil Levin | Bradley Fetchet |
| Julio Fernandez | Michael Finnegan |
| Vincent A. Laieta | Giann F. Gamboa |
| Waleska Martinez | James G. Geyer |
| Luke Rambousek | Andrew H. Golkin |
| Steven Weinberg | Ian Gray |

| | |
|---|---|
| Barbara Habib | Christopher Paul Slattery |
| Michele Heidenberger | Robert F. Sliwak |
| Kristin Irvine Ryan | Heather L. Smith |
| Aram Iskenderian | Robert A. Spencer |
| Mark S. Jardim | William Steckman |
| Robert Jordan | Kevin T. Szocik |
| Ann Judge | Nichola Angela Thorpe |
| Frederick Kelley | Richard Todisco |
| James Kelly | Vladimir Tomasevic |
| Vanessa Kolpak | Stephen Tompsett |
| David P. Kovalcin | Michael P. Tucker |
| Brendan Lang | Ronald Vauk |
| Roseann Lang | Garo H. Voskerijian |
| Scott Larsen | John Wallice Jr. |
| Joseph Gerard Leavey | Dinah Webster |
| John Robinson Lenoir | David T. Weiss |
| Vincent Litto | Deborah Anne Welsh |
| Daniel Lopez | Jennifer Y. Wong |
| Farrell Lynch | John Bentley Works |
| Brian Magee | Swede Chevalier |
| Edward F. Maloney III | Carlos Dominguez |
| Terence John Manning | Laura Gilly |
| Francis Mcguinn | Won-Hyeong Song |
| Thomas Mchale | Michael Taddonio |
| Robert Mclaughlin | Gregory J. Buck |
| Laura Lee Morabito | Pamela Chu |
| Kathleen Moran | Mary D'Antonio |
| Christopher M. Morrison | Thomas F. Dennis |
| Michael D. Mullan | Enrique A. Gomez |
| Louis J. Nacke | Jose B. Gomez |
| Christopher Newton | Elvira Granitto |
| Christopher Newton-Carter | H. Joseph Heller |
| Timothy O'Brien | Joseph Patrick Henry |
| Phillip Paul Ognibene | Joon Koo Kang |
| Jane Marie Orth | Brian Kinney |
| Emilio Ortiz | John J. Kren |
| Christopher M. Panatier | John Levi |
| Bernard E. Patterson | Richard D. Lynch |
| Representative James Quinn | James Maounis |
| Howard Reich | James Martello |
| James C. Riches | Teddington H. Moy |
| Marjorie C. Salamone | Frank J. Naples |
| John Salerno | Peter Keith Ortale |
| Frank Salvaterra | Sonia M. Ortiz |
| Michael V. San Phillip | Todd Douglas Pelino |
| Michael Seaman | Steven Pollicino |
| Craig Silverstein | Eric Thomas Ropiteau |
| Barry Simowitz | Carlos A. Samaniego |

| | |
|---|---|
| Selina Sutter | Milton Bustillo |
| Brian Terrenzi | Carl Difranco Jr. |
| Kenneth Waldie | Catherine Fairfax Macrae |
| Richard Fitzsimons | Nancy T. Mauro |
| Dennis O'Berg | Stacey L. Sanders |
| Frank A. Palombo | Jean Elizabeth Hoadley Peterson |
| Eric B. Evans | Edward P. Felt |
| Mary Booth | Joseph Keller |
| Mari-Rae Sopper | Jeremy Glick |
| Sean Lynch | Linda Gronlund |
| Edmund Mcnally | David Dimeglio |
| Patricia E. Mickley | Bryan Jack |
| Daphne Pouletsos | Donna Giordano |
| Rajesh Mirpuri | David Vargas |
| Jeffrey P. Mladenik | Thomas Swift |
| Capt. Jack D. Punches, USN, Retired | Todd Beamer |
| Janice M. Scott | Thomas M. Brennan |
| Mathew G. Gianna | Paul F. Beatini |
| Gerard P. Rauzi | Patrick W. Danahy |
| William Wilson | Alan L. Wisniewski |
| William Wren | Michael J. Cunningham |
| Charles Mathers | Sean Rooney |
| Francois Jean-Pierre | John J. Ryan |
| Rodney Wotton | Howard L. Kane |
| W. David Bauer | Joseph M. Sisolak |
| Colin Bonnett | Scott M. Johnson |
| Thomas Bowden | Adam Jay Lewis |
| Shawn E. Bowman | Noel John Foster |
| John Candela | Kevin Patrick York |
| Steven F. Schlag | Kenneth J. Tarantino |
| Kevin J. Murphy | Daniel Laurence Smith |
| Salvatore Zisa | Ian Schneider |
| Donald Jones | Stephen Dimino |
| Scott Vasel | Esmerlin Salcedo |
| David R. Meyer | Jonathan M. Connors |
| Vincenzo Gallucci | Gerard Baptiste |
| Ronald Orsini | Daniel Hal Crisman |
| Kevin Hannaford | |
| Steven Goldstein | |
| Ronald E. Magnuson | |
| Jack L. D'Ambrosi | |
| Jay Magazine | |
| Daniel L. Maher | |
| Kristen Montanaro | |
| Michael Tanner | |
| Edward Carlino | |
| Anil T. Bharvaney | |
| Marc Scott Zeplin | |