# Exhibit B

```
                                                                     1
       F5DVTERC
  1    UNITED STATES DISTRICT COURT
  1    SOUTHERN DISTRICT OF NEW YORK
  2    ------------------------------x
  2
  3    IN RE:  TERRORIST ATTACKS
  3    ON SEPTEMBER 11, 2001,              03 MDL 1570 (GBD)(FM)
  4
  4    ------------------------------x
  5
  5
  6                                         New York, N.Y.
  6                                         May 13, 2015
  7                                         10:15 a.m.
  7
  8    Before:
  8
  9                      HON. FRANK MAAS,
  9
 10                                         Magistrate Judge
 10
 11
 12
 13                          APPEARANCES
 14
 14    For Plaintiffs:
 15
 15    KREINDLER & KREINDLER
 16    BY:  JAMES P. KREINDLER
 16         ANDREW J. MALONEY
 17
 17    ANDERSON KILL
 18    BY:  JERRY S. GOLDMAN
 18         BRUCE STRONG
 19
 19    MOTLEY RICE
 20    BY:  ROBERT T. HAEFELE
 20
 21    COZEN O'CONNOR
 21    BY:  SEAN P. CARTER
 22
 23
 24
 25
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                   20
        F5DVTERC
 1                THE COURT:  Okay.
 2                Anything else on the plaintiffs' side?
 3                MR. CARTER:  The last issue, your Honor, that we had
 4      raised was we're still a bit troubled by the timing of the
 5      production by Al Haramain USA of the collection of documents
 6      relating to its efforts to persuade the United Nations and the
 7      U.S. to lift the sanctions that have been imposed upon Al
 8      Haramain USA for the stated purpose of allowing the remaining
 9      director to dissolve the entity and disburse its remaining
10      assets.
11                I think the timing of the production troubles us based
12      on the track record with the defendant, along with the fact
13      that the Court is presently in the process of considering a fee
14      application that would result in the imposition of monetary
15      sanctions.
16                Obviously the disbursement of the remaining assets
17      would remove from our reach assets that we might otherwise
18      pursue in satisfaction of either a fee award or with respect to
19      the default judgment that's previously been issued as to the
20      parent organization in Saudi Arabia.
21                THE COURT:  Presumably the default judgment would
22      dwarf anything that you might gain by way of legal fees.
23                MR. KABAT:  Your Honor, may I briefly speak to that?
24                THE COURT:  Please.
25                MR. KABAT:  We represent all the defendants who
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```

```
                                                                     21
         F5DVTERC
 1       plaintiff alleged have not produced anything.
 2                 One group of them, the current and former officers of
 3       the Muslim World League and the International Islamic Relief
 4       Organization do not have personal control and custody of the
 5       MWL or the IIRO documents.  Instead, what has happened, the
 6       Muslim World League and the IIRO have produced some 345,000
 7       pages of documents which essentially are the documents that
 8       plaintiff requested from the individual officers of those
 9       entities.  So it would be pointless for our firm to have to go
10       through the 345,000 documents that the other firm has produced
11       and say, Okay, this one is responsive for Dr. Al-Turki, this
12       one is responsive for Dr. Naseef.
13                 THE COURT:  All of that is interesting, but I'm not
14       sure it responds to the point that Mr. Carter was making with
15       respect to Al Haramain.  He doesn't want to see money walk out
16       the door, and I'm not sure --
17                 MR. KABAT:  I'm sorry, your Honor.  I didn't hear
18       Mr. Carter say -- I know he talked about the other group of
19       defendants they were complaining about.
20                 THE COURT:  Let me revert back to Mr. Carter.
21                 Tell us again what it is you're seeking and why.
22                 MR. CARTER:  Your Honor, I take it at this point we
23       are simply requesting an explanation as to why this particular
24       groups of Al Haramain USA documents that relates specifically
25       to efforts to obtain the removal of sanctions against it were
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```