# Exhibit G


**EXHIBIT 3**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, *et al.*,                )
                                         )
    Plaintiffs,                          )
                                         )
v.                                       )   Civil Action No. 1:02CV01616
                                         )   Judge Robertson
AL BARAKA INVESTMENT AND                 )
DEVELOPMENT CORPORATION, *et al.*        )
                                         )
    Defendants.                          )
_____)

### DECLARATION OF ALI MUHAMMAD AL-KAMAL,
### MANAGER FOR FINANCIAL AFFAIRS ADMINISTRATION
### OF THE MUSLIM WORLD LEAGUE

IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE, I state as follows:

A.    I am the Manager for Financial Affairs Administration and the work team composed of employees of the Muslim World League ["MWL"], an international Islamic organization based in Makkah, Kingdom of Saudi Arabia. My relationship with the financial affairs of MWL spans more than 3 years. The following statements are based on my knowledge of the administration of financial affairs and tasks entrusted to me during said period. I understand that this declaration may be submitted to an American court in connection with a lawsuit that has been filed against His Royal Highness Prince Sultan bin Abdulaziz Al-Saud ["Prince Sultan"].

B.  The MWL was established by a resolution of the First General Muslim Conference, a convocation of leading Muslim intellectuals and scholars convened in 1962. The purposes of the MWL are: (1) to explain the belief, sharia (Islamic law), and practice of Islam, to propagate it and to enlighten Muslims about its true meaning in accordance with the Holy Quran and Holy Prophetic Sunna; (2) to fulfill the message of Islam in achieving peace, justice and protection of human rights; (3) to explain the teachings of Islam, disprove false charges against it, and respond to attempts to defame its image and misrepresent the Islamic call; (4) to promote understanding and cooperation among Muslim peoples, and to work towards an awakening of common consciousness with respect to Muslim causes and aspirations, while always respecting the sovereignty of countries where Muslims exist; (5) to exert efforts to solve problems faced by the Muslim world; (6) to exert whatever efforts possible to overcome causes of conflict, strife, and ill-will within and among Muslim nations; (7) to strive to realize virtue, to reform earth, and to encourage people to obey God; and (8) to call for the rejection of violence and terrorism and to achieve peace and security of human societies through the promotion of dialogue with other cultures and civilizations.

The MWL's policies are established by its Constitutive Council, which is chaired by the Grand Mufti of Saudi Arabia. The MWL's daily operations are conducted and supervised by its General Secretariat, which is headed by a Secretary General appointed by the Constitutive Council based on a nomination by the Saudi Government. The MWL's annual budget is 80 million Saudi Riyals, which is funded by an annual grant from the Saudi Government.

C.  At the request of Prince Sultan's attorneys, a work team was formed from among employees of the financial administration of MWL who enjoy long experience and knowledge of the accounting records and books and under my direct supervision to determine

2

whether the MWL received any donations from Prince Sultan during the period 1994 through September 11, 2001. The work team also sought to obtain information regarding a 1 million Saudi Riyal donation through examination of the accounting records and books for the relevant period and was not able to find that MWL had received any such amounts during a televised fundraising campaign. Based on the examination and search of the records, I have determined that the MWL received no financial donations from Prince Sultan during the above time period, including the reported 1 million Riyals donation noted above. I also understand that in 2000 Saudi television broadcast a campaign for Chechnyan relief. The MWL received no monetary donations from Prince Sultan in connection with that campaign.

We affirm that the information given in this declaration are true and correct as contained in the financial books which confirm what was explained above. Executed on this 2nd day of April, 2003G.

Accountant for Deposits, Loans and Assistance
[signature]
Muhammad bin Abd al-Ahad Mir Ahmad


Budget Accountant
[signature]
Ibrahim bin Ahmad Al Mahdi


Chief of Accounting
[signature]

3