# Exhibit I

TEL:632-834-3109

19 Aug 93   9:33 No.001



Jaran ng Ugnayang Panlabas     Department of Foreign Affairs

MANILA

6 August 1993

S i r :

SUBJECT: Muslim World League Offices, Makati
------------------------------------------------

    The Saudi Ambassador to the Philippines, H.E. Fouad Hasan Faki, protested an incident which took place on 22 July 1993, wherein agents from the Bureau of Immigration and Deportation "armed with an arrest order, swooped down on the Office of the Muslim World League in Makati, to apprehend the officials and staff of said office, allegedly for operating without the required permit". A copy of Ambassador Faki's letter is enclosed, together with pertinent attachments.

    The Muslim World League (MWL) is a highly influential organization... Muslim world. Its offices in the Philippines have been duly authorized to... with full diplomatic immunity, as evidenced in the attached documents.

    The Department will therefore appreciate being informed of the circumstances surrounding the 22 July raid on the MWL offices. Furthermore, it will be appreciated if incidents such as this will be avoided in the future.

    Thank you for your cooperation.

Very truly yours,

ROBERTO R. ROMULO
Secretary of Foreign Affairs

Enclosures: As stated

The Honorable
   The Commissioner
      Bureau of Immigrations and Deportation
         M a n i l a

MWL 015877

03457

6 August 1993

Excellency,

I have the honor to acknowledge receipt of Your Excellency's letter inviting my attention to an incident on 22 July 1993, wherein agents of the Bureau of Immigration and Deportation went to the Office of the Muslim World League with an arrest order to apprehend the officials and staff there for allegedly operating without a permit.

I wish to assure Your Excellency that appropriate steps are being taken regarding the matter and the Department will communicate with the Embassy in due course.

Accept, Excellency, the assurances of my highest consideration.

ROBERTO R. ROMULO
Secretary of Foreign Affairs

His Excellency Fouad Hasan Faki
 Ambassador of Saudi Arabia
 Manila

SEP 21 1993



Kagawaran ng Ugnayang PanlabasDepartment of Foreign Affairs

Manila

27 May 1988

H.E. Dr. Abdullah Omar Nasseef
Secretary General
Rabitah Tul Alam Al-Islamie
(Muslim World League)
Makkah Al-Mukarramah
Kingdom of Saudi Arabia

Dear Secretary General,

I have the honor to refer to your letter to Her Excellency Corazon C. Aquino, President of the Republic of the Philippines, requesting permission for the early establishment of a branch office of Muslim World League with full diplomatic immunity "identical" to those you have in Malaysia and Indonesia.

Please be informed that we welcome the early establishment of your office in Manila which will be accorded the same status as your other offices in ASEAN capitals.

Accept, Mr. Secretary General, the assurances of my highest consideration.

RAUL S. MANGLAPUS
Secretary of Foreign Affairs

MWL 015878

Note No. _____

The Department of Foreign Affairs presents its compliments to the Embassy of the Kingdom of Saudi Arabia and has the honor to request the kind assistance of the Embassy in transmitting the enclosed letter addressed to H.E. Dr. Abdullah Omar Nasseef, Secretary General of the Rabitah Tul Alam Al Islamie (Muslim World League) informing him of the Philippine government's decision to allow the establishment of a branch office of the Rabitah in Manila.

In thanking the Embassy for this favor, the Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of the Kingdom of Saudi Arabia the assurances of its highest consideration.

Manila, 08 March 1988

MWL 015879

Kagawaran ng Ugnayang Panlabas     Department of Foreign Affairs

MANILA

03 March 1988

H.E. Dr. Abdullah Omar Nasseef
Secretary General
Rabitah Tul-Alam al Islamie
(Muslim World League)
Makkah Al-Mukarramah
Kingdom of Saudi Arabia

Dear Mr. Secretary General,

I have the honor to refer to your letter to Her Excellency Corazon C. Aquino, President of the Republic of the Philippines, requesting permission to establish an office of the Muslim World League in Manila.

In line with our mutual desire to enhance the social and cultural development of Muslim Filipinos, and in promoting better understanding and good relations between the Philippines and the Muslim World League on the basis of constructive and mutually beneficial cooperation, I am pleased to inform you that we will welcome the early establishment of your office in Manila.

The Department's Technical Panel will be more than willing to discuss with your representative on a date to be mutually agreed upon such details for the opening of your office in Manila.

Accept, Mr. Secretary General, the assurance of my highest esteem and consideration.

RAUL S. MANGLAPUS
Secretary of Foreign Affairs

MWL 015880