# Exhibit J

Muslim World League
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
In Saudi Arabia
Pakistan Office
Islamabad

بسم الله الرحمن الرحيم

رابطة العالم الإسلامي
هيئة الإغاثة الإسلامية العالمية
بالمملكة العربية السعودية
مكتب باكستان
إسلام آباد

الموضوع

Ref : ١/٠٣٢
Date : ٢٧/٨/١٤١٩هـ

سعادة الدكتور عدنان خليل باشا                حفظه الله
الأمين العام لهيئة الاغاثة الاسلامية العالمية

هيئة الإغاثة الإسلامية العالمية — الوارد العام
قيد الوارد ........ التاريخ ٩/٩/١٤١٩هـ
المرفقات: تقرير + لوح جدول
الإدارة المختصة ...........

السلام عليكم ورحمة الله وبركاته

نهديكم إدارة مكتب الهيئة بباكستان أطيب تحياتها وتسأل الله لكم دوام التوفيق والسداد.
أرفق لسعادتكم بطيه تقرير عن زيارة المستشار بالسفارة السيد إسماعيل عباس إيــــاز مسئول الشئون الدينية ومدير مكتب هيئة الاغاثة الاسلامية العالمية بإسلام آباد إلى كشمير الحرة لتوزيع هديــــة خادم الحرمين الشريفين حفظه الله.

والله يحفظكم ويرعاكم،،،

الداعي لكم
صالح بن زقم جبير                و العبد لله عبد الواحد البتيري
                                       مدير المكتب

مؤيد بن عبدالواحد البتيري

Address: H. S. 1 Firdus Eukhari Road, Opp Shifa International Hospital
P.O Box : ( 1850 ) Tel : 449347 - 446656 - 435113 - 435114 / Fax : 449243

العنوان : اش ١/٨ شارع فردوس بخاري ، مقابل مستشفى شفاء إنترناشيونال ، ح ب ١٨٥٠
إسلام آباد – باكستان — هاتف: ٤٤٩٣٤٧ - ٤٤٦٦٥٦ - ٤٣٥١١٣ - ٤٣٥١١٤ / فاكس : ٤٤٩٢٤٣

IIRO 111814

ܘܐܢܐ ܐܡܪܬ

ܟܡܐ ܗܘܐ ܐܝܟ ܐܚܘܢ

ܘܐܡܪܘ ܗܘܘ ܚܬܝܬܐܝܬ

ܡܛܠܗܢܐ ܐܡܪܬ

ܪܚܝܩܘ ܗܘܘ ܡܢ ܡܒܘܥܐ

ܕܒܝܬܐܝܠ ܐܠܗܐ ܒܪܝܟܐ

ܕܠܗ ܫܘܒܚܐ ܠܥܠܡܝܢ

ܘܐܡܝܢ ܒܪ ܡܪܝܐ