# Exhibit K

| MUSLIM WORLD LEAGUE<br>INT'L. ISLAMIC RELIEF ORG.<br>THE KINGDOM OF SAUDI ARABIA |  | رابطة العالم الإسلامي<br>هيئة الإغاثة الإسلامية العالمية<br>بالمملكة العربية السعودية |
|---|---|---|

Sub. : ................................ الموضوع : ................................

No : ١٠٠/٢ ١٤٧٨/٢

Date : ١٤٢٢/٧/١

هام وعاجل جدا

سعادة الأستاذ / إبراهيــم بن محمــد الحــبر      حفظه الله

الملحق الديني بالسفارة السعودية بأديس أبابا

ورئيس لجنة الإشراف على مكتب الهيئة في أثيوبيا

السلام عليكم ورحمة الله وبركاته

إشــارة إلى المفاهمات التي تمت معكم ورغبة في تفعيل دور اللجنة الإدارية وإكسابها الصفة القانونية وفق الأنظمة والتعليمات المعمول بها داخل أثيوبيا .

نرفق لسعادتكم صورة من خطابنا رقم ١٠٠/١٢٣٠/١٢٤ بتاريخ ٢٠٠١/٨/١٦م وخطابنا رقم ١٠٠/١٤٤٤/١٠٣ بتاريخ ٢٠٠١/٩/١٣م والتي تم إرسالها بالبريد السريع .

نأمل تفضلكم بالمتابعة لدى الجهات المختصة وإفادتنا بماتتوصلون إليه من نتائج .

والله يحفظكم ويرعاكم ،،،

ح/ق

الأمــــين الـعــام

د. عدنان بن خليل باشــا

Please quote above ref. No. and date when replying    Pour répondre, Prière de citer la date et la référence sus - citées    الرجاء عند الرد الإشارة إلى رقم وتاريخ هذه الرسالة

العنوان : ص.ب ١٤٨٤٣ جدة ٢١٤٣٤ - تليفون : ٦٥١٢٣٣٣ - ٦٥١٥٤١١ - فاكس : ٦٥١٨٤٩١ - تلكس : ٦٠٦٧٥٤ إغاثة إس جي
Address : P.O.Box 14843 Jeddah 21434 - Tel.: 6512333 - 6515411 - Fax: 6518491 - Tlx: 606754 IGATHA SJ
Email: relief@iirosa.org    البريد الإلكتروني :

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

IIRO 284663