## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*

Ashton, *et al.* v. Al Qaeda Islamic Army, *et al.*, Case No. 02-CV-6977;
Burnet*t, et al.* v. Al Baraka Inv. & Dev. Corp*., et al.*, Case No. 03-CV-9849;
Cantor Fitzgerald Assocs, LP*, et al.* v. Akida Inv. Co., Ltd*., et al.*, Case No. 04-CV-7065;
Continental Cas. Co., *et al.* v. Al Qaeda Islamic Army*, et al.*, Case No. 04-CV-05970;
Euro Brokers, Inc., *et al.* v. Al Baraka Inv. & Dev. Corp*., et al.*, Case No. 04-CV-07279;
Federal Ins. Co., *et al.* v. Al Qaida*, et al.*, Case No. 03-CV-6978; and
Estate of O'Neill, *et al.* v. Al Baraka Inv. & Dev. Corp*., et al.*, Case No. 04-CV-1923.

## DECLARATION OF ROBERT T. HAEFELE
### (Plaintiffs' Opposition to Defendant Al Haramain's Rule 72 (a) Objections to Memorandum Decision and Order Decided and Served on October 23, 2015, Corrected on October 28, 2015)

1.  I am an attorney admitted to practice before this Court and I am an attorney at the firm of Motley Rice LLC, counsel for Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp. et al.,* Civil Action No. 03 CV 9849.  I submit this declaration to identify and transmit the exhibits referenced in Plaintiffs' November 25, 2015 Opposition to Defendant Al Haramain's Rule 72 (a) Objections to Memorandum Decision and Order Decided and Served on October 23, 2015, Corrected on October 28, 2015;

2.  Attached hereto are true and accurate copies of the following exhibits referenced in the Plaintiffs' November 25, 2015 Opposition to Defendant Al Haramain's Rule 72 (a) Objections to Memorandum Decision and Order Decided and Served on October 23, 2015,

3. Corrected on October 28, 2015 accompanying this declaration:

- **Exhibit A** is a true and accurate copy of an Affirmation of Andrew J. Maloney, III regarding award of attorney fees, dated November 24, 2015;

- **Exhibit B** is a true and accurate copy of excerpts from the transcript of the April 24, 2014 Hearing before The Honorable Frank Maas; and

- **Exhibit C** is a true and accurate copy of excerpts from the transcript of the April 24, 2014 Hearing before The Honorable Frank Maas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2015.

/S/ Robert T. Haefele
_____

Robert T. Haefele