# Exhibit B

```
                                                                  1
   E4OP911M
1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3
3  IN RE:   TERRORIST ATTACKS              CASE NO.
4           OF SEPTEMBER 11, 2001          03 MD 01570 (GBD)
4
5  ------------------------------x
5
6                                          New York, N.Y.
6                                          April 24, 2014
7                                          2:09 p.m.
7
8  Before:
8
9                    HON. FRANK MAAS,
9
10                                         Magistrate Judge
10
11                       APPEARANCES
11
12 COZEN O'CONNOR
13      Attorneys for Plaintiffs Federal Insurance Company and Tig
13 Insurance Co.
14 BY:  SEAN P. CARTER, ESQ.
14      J. SCOTT TARBUTTON, ESQ.
15
15
16 MOTLEY RICE
16      Attorneys for Plaintiffs
17 BY:  ROBERT T. HAEFELE, ESQ.
17
18
18 KREINDLER & KREINDLER, LLP
19      Attorneys for Plaintiffs
19 BY:  JAMES P. KREINDLER, ESQ.
20
20
21 ANDERSON KILL & OLICK, PC
21      Attorneys for O'Neill Plaintiffs and the Plaintiffs'
22 Executive Committee
22 BY:  JERRY S. GOLDMAN, ESQ.
23
23
24 LAW OFFICES OF MELLON, WEBSTER, & SHELLY, PC
24      Attorneys for Plaintiffs
25 BY:  THOMAS E. MELLON, III, ESQ.
25
                 SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
                                                              15
 1   court filings would be under seal.  I mean it seems to me that
 2   if a Fifth Amendment issue is resolved then the potential of
 3   prejudice to the defendant, the issue of prejudice to the
 4   Government is much more easily dealt with.
 5           MR. KABAT:  Well, the plaintiff wanted to file a
 6   motion to intervene in the Oregon criminal case and seek a
 7   modification of it, Mr. Seda's Oregon attorney can certainly
 8   respond to that.
 9           THE COURT:  Well, but I am interested in having
10   discovery moved forward.  I could simply call the magistrate
11   judge in Oregon and say this may not be a development you
12   thought of or anticipated.  Is there a problem modifying the
13   order.  He can then consult with the parties and the district
14   judge there.  And if it isn't, I don't know that the defendant
15   has a dog in that fight.  He has no interest in keeping those
16   documents confidential in the criminal case.  It's the
17   Government it seems to me that would have that interest.
18           MR. KABAT:  Well, but he also doesn't have the
19   constitutional issues under Hubbell, you know, and --
20           THE COURT:  You're talking about his Fifth Amendment?
21           MR. KABAT:  Yes.
22           THE COURT:  Sure.  That it seems to me is the more
23   central question before me.  I think I understand the issues.
24   Is there anything either side wishes to add with respect to the
25   application that's before me?
```

```
                                                              17
 1   defendant to go to the prosecution and ask them whether or not
 2   it was covered.  And I would imagine at that point it would
 3   cause the prosecution to stand up.  And I'm kind of curious as
 4   to why there is no indication from the prosecutor's office in
 5   this case that they had concerns over what we get as
 6   representations from the defendant who obviously has an
 7   interest.  Maybe not a proper interest, but an interest in
 8   preventing us from getting the documents.
 9            THE COURT:  Well, if I conclude, and I said Mr. Kabat
10   has an uphill fight, if I conclude that there's no reason any
11   longer for a stay based on Fifth Amendment grounds, then the
12   only other potential stumbling block is the Oregon magistrate
13   judge order and I don't see -- I guess I'll ask both sides
14   whether they see any problem with my in the first instance if I
15   get that far, calling the magistrate judge and saying would
16   this be a problem?  It's fine that the public defender has a
17   view but it seems it's more important what the view of the
18   court that issued the order is.
19            MR. HAEFELE:  Your Honor, I can tell you that, on
20   behalf of the plaintiffs, we don't have a problem.  Again,
21   Robert Haefele.  We don't have a problem with Your Honor making
22   that call.  But I would call Your Honor's attention to the fact
23   that the order specifically covers only discovery material and
24   there was a number of items that were trial items that we used
25   and those aren't under the purview of the order and those ought
```

```
                                                                  18
 1   to be produced.
 2              THE COURT:  Mr. Kabat?
 3              MR. KABAT:  Well, we did not have that for the trial
 4   and I had asked the Oregon federal public defender and he said
 5   he could not turn over the trial exhibits to me.
 6              THE COURT:  Okay.  But the question is whether you
 7   have a problem with my consulting with the magistrate judge in
 8   Oregon.
 9              MR. KABAT:  Well, I think it would perhaps be helpful
10   if I could have an opportunity just to give them a heads up,
11   you know.
12              THE COURT:  Sure.  I don't have a problem with that.
13   Okay.
14              MR. KABAT:  Would you like me to send you the Oregon
15   briefs first and then you can review that before making the
16   call?  I mean in terms of the timing it might be helpful if I
17   send you the post trial briefs.
18              THE COURT:  Oh, sure. That's fine. Yes.  I mean
19   until I deal with the -- if I decide the Fifth Amendment issue
20   in your favor then the rest of this is academic.  If I decided
21   against you then, or your client, then I need to go to the
22   second piece of this, the effect of the Oregon order.
23              MR. HAEFELE:  Your Honor, just one last comment.  I'm
24   not sure that it plays necessarily on the legalities of it but
25   it certainly I would think play into Your Honor's
```

```
                                                                    80
        E4OP911M
   1              THE COURT:  Okay?  Thank you.
   2              MR. HAEFELE:  Thank you, your Honor.
   3              (Adjourned)
   4
   5
   6
   7
   8
   9
  10
  11
  12
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```