# Exhibit C

```
                                                                    1
     E4OP911M
1    UNITED STATES DISTRICT COURT
2    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3
3    IN RE:  TERRORIST ATTACKS            CASE NO.
4            OF SEPTEMBER 11, 2001        03 MD 01570 (GBD)
4
5    ------------------------------x
5
6                                         New York, N.Y.
6                                         April 24, 2014
7                                         2:09 p.m.
7
8    Before:
8
9                        HON. FRANK MAAS,
9
10                                         Magistrate Judge
10
11                        APPEARANCES
11
12   COZEN O'CONNOR
13        Attorneys for Plaintiffs Federal Insurance Company and Tig
13   Insurance Co.
14   BY:  SEAN P. CARTER, ESQ.
14        J. SCOTT TARBUTTON, ESQ.
15
15
16   MOTLEY RICE
16        Attorneys for Plaintiffs
17   BY:  ROBERT T. HAEFELE, ESQ.
17
18
18   KREINDLER & KREINDLER, LLP
19        Attorneys for Plaintiffs
19   BY:  JAMES P. KREINDLER, ESQ.
20
20
21   ANDERSON KILL & OLICK, PC
21        Attorneys for O'Neill Plaintiffs and the Plaintiffs'
22   Executive Committee
22   BY:  JERRY S. GOLDMAN, ESQ.
23
23
24   LAW OFFICES OF MELLON, WEBSTER, & SHELLY, PC
24        Attorneys for Plaintiffs
25   BY:  THOMAS E. MELLON, III, ESQ.
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

E4OP911M
1  it, didn't identify it, that's an instance where they got a
2  windfall where the lawyer didn't ask them to pay.
3          THE COURT:  I have never pad a circumstance where the
4  records are pristine.  You have five people at a conference,
5  there were different time indicators, frequently, for each of
6  them, which can be explained by people being present for
7  different portions of the conference or people not being
8  completely accurate in their billing one way or another.
9          MR. HAEFELE:  Instances where real life gets in the
10 way?
11         THE COURT:  Exactly.  So I'm mindful of all of that,
12 and all of those are factors that I will consider in deciding.
13         MR. HAEFELE:  And I just want to make sure that your
14 Honor was aware that I think there was an allegation that we
15 had charged time for -- or I'm sorry, charged expenses for
16 meals.  I don't know -- honestly, I never really figured out
17 whether that was allowed or not, but we made a conscious
18 decision to strike all the meals from that.  So the expenses
19 don't reflect meals.
20         And other instances -- there were other potentials for
21 adding billing time.  There were a number of staff members
22 that, you know, I know in a number of litigations we worked on,
23 where we have submitted billing, in securities litigation for
24 example, the paralegal work time and the staff time is
25 included.  Other than there's only one instance where one of

```
                                                                  80
     E4OP911M
 1              THE COURT:  Okay?  Thank you.
 2              MR. HAEFELE:  Thank you, your Honor.
 3              (Adjourned)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```