## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

### VIA ECF AND FACSIMILE

December 1, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

     Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

     The Plaintiffs' Executive Committees write to request an extension of the deadline for submission of plaintiffs' reply letter brief seeking an order compelling defendant Dubai Islamic Bank to produce documents and information responsive to plaintiffs' discovery requests. Plaintiffs respectfully request that the deadline be extended one week from Friday, December 4 to Friday, December 11. Plaintiffs have conferred with counsel for Dubai Islamic Bank, and he does not object to the extension.

     Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

               Respectfully submitted,

               J. Scott Tarbutton, Esq.
               THE MDL 1570 PLAINTIFFS' EXECUTIVE
               COMMITTEES

The Honorable Frank Maas
December 1, 2015
Page 2

_____

cc:    MDL Counsel of Record (via ECF)

LEGAL\15018407\1 00000.0000.000/117430.000