

# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

amaloney@kreindler.com
212-973-3438

December 1, 2015

Honorable Frank Maas
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Terrorist Attacks on September 11*, 2001, MDL 03-1570 (GBD) (FM)
*Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (GBD/FM)

Dear Judge Maas,

We are filing this letter-motion to request that the Court grant the attached amended proposed order of judgment on the *Ashton* plaintiffs' pre death conscious pain and suffering claims in connection with the judgment by default against Iran entered on August 26, 2015. Also filed with the amended proposed judgment is an Exhibit A listing the 851 decedents included in the *Ashton* motion. If there is anything else you require please let me know.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By:   Andrew J. Maloney

AJM/gm
Enclosure

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120