# Exhibit A – Decedents in *Ashton et al.*

| # | Estate | # | Estate |
|---|---|---|---|
| 1 | Estate of Thomas Ashton | 45 | Estate of Thomas Anthony Casoria |
| 2 | Estate of David D. Alger | 46 | Estate of Harry Taback |
| 3 | Estate of Eric Allen | 47 | Estate of Richard G. Catarelli |
| 4 | Estate of Jean Andrucki | 48 | Estate of Jason Cayne |
| 5 | Estate of Patrick Michael Aranyos | 49 | Estate of Robert Chin |
| 6 | Estate of David Gregory Arce | 50 | Estate of Christopher Ciafardini |
| 7 | Estate of Barbara Jean Arestegui | 51 | Estate of Thomas R. Clark |
| 8 | Estate of Adam Peter Arias | 52 | Estate of Gregory A. Clark |
| 9 | Estate of Jack Charles Aron | 53 | Estate of Robert Dana Colin |
| 10 | Estate of John J. Badagliacca | 54 | Estate of Thomas J. Collins |
| 11 | Estate of Michael S. Baksh | 55 | Estate of Joseph J. Coppo Jr. |
| 12 | Estate of Gerard Barbara | 56 | Estate of John Coughlin |
| 13 | Estate of Colleen Ann Barkow | 57 | Estate of Angela Rosario |
| 14 | Estate of Durrell Pearsall | 58 | Estate of Grace Alegre Cua |
| 15 | Estate of Evan J. Baron | 59 | Estate of Laurence Curia |
| 16 | Estate of Carlton Bartels | 60 | Estate of Patricia Cushing |
| 17 | Estate of Alan Beaven | 61 | Estate of David Defeo |
| 18 | Estate of Carl Bedigian | 62 | Estate of Andrea Della Bella |
| 19 | Estate of Steven Howard Berger | 63 | Estate of Colleen Ann Deloughery |
| 20 | Estate of John Bergin | 64 | Estate of Jerry Devito |
| 21 | Estate of Shimmy D. Biegeleisen | 65 | Estate of Lourdes Janet Galletti |
| 22 | Estate of Carl Bini | 66 | Estate of Rena Sam-Dinnoo |
| 23 | Estate of Craig M. Blass | 67 | Estate of Joseph Dipilato |
| 24 | Estate of Richard M. Blood | 68 | Estate of Brendan Dolan |
| 25 | Estate of Nicholas Andrew Bogdan | 69 | Estate of Raymond M. Downey |
| 26 | Estate of Lawrence Boisseau | 70 | Estate of Christopher Joseph Dunne |
| 27 | Estate of Richard Edward Bosco | 71 | Estate of Paul Robert Eckna |
| 28 | Estate of Gary R. Box | 72 | Estate of Michael Esposito |
| 29 | Estate of Michael Boyle | 73 | Estate of Michele Coyle Eulau |
| 30 | Estate of Sandra Conaty Brace | 74 | Estate of Robert Evans |
| 31 | Estate of David B. Brady | 75 | Estate of Douglas Jon Farnum |
| 32 | Estate of Carol Keyes Demitz | 76 | Estate of John Farrell |
| 33 | Estate of Jonathan E. Briley | 77 | Estate of Syed Abdul Fatha |
| 34 | Estate of Herman C. Broghammer | 78 | Estate of Peter Adam Feidelberg |
| 35 | Estate of Richard G. Bruehert | 79 | Estate of Alan Feinberg |
| 36 | Estate of Rachel Tamares | 80 | Estate of Michael Fiore |
| 37 | Estate of Patrick Joseph Buhse | 81 | Estate of Christina Donovan Flannery |
| 38 | Estate of Donald J. Burns | 82 | Estate of Andre G. Fletcher |
| 39 | Estate of Scott Walter Cahill | 83 | Estate of Carol Flyzik |
| 40 | Estate of Thomas Cahill | 84 | Estate of Jane Claire Folger |
| 41 | Estate of Edward Calderon | 85 | Estate of Claudia Foster |
| 42 | Estate of Dominick Enrico Calia | 86 | Estate of Arthur Joseph Jones Iii |
| 43 | Estate of Brian Cannizzaro | 87 | Estate of Alan W. Friedlander |
| 44 | Estate of Peter J. Carroll | 88 | Estate of Andrew Friedman |

| # | Estate |
|---|---|
| 89 | Estate of Richard Gabriel |
| 90 | Estate of Richard Gabrielle |
| 91 | Estate of Michael Stewart |
| 92 | Estate of Peter J. Ganci Jr. |
| 93 | Estate of Andrew Garcia |
| 94 | Estate of Marlyn C. Garcia |
| 95 | Estate of Thomas Gardner |
| 96 | Estate of Gary Geidel |
| 97 | Estate of Peter Genco |
| 98 | Estate of Denis Germain |
| 99 | Estate of Ronnie Gies |
| 100 | Estate of Paul John Gill |
| 101 | Estate of Rodney Gillis |
| 102 | Estate of Steven A. Giorgetti |
| 103 | Estate of Salvatore Gitto |
| 104 | Estate of Thomas Glasser |
| 105 | Estate of Harry Glenn |
| 106 | Estate of John T. Gnazzo |
| 107 | Estate of Brian Goldberg |
| 108 | Estate of Lydia Bravo |
| 109 | Estate of Timothy Grazioso |
| 110 | Estate of Donald F. Greene |
| 111 | Estate of James Arthur Greenleaf |
| 112 | Estate of Peter Vega |
| 113 | Estate of Thomas Foley |
| 114 | Estate of Gary Haag |
| 115 | Estate of Andrea Lyn Haberman |
| 116 | Estate of Frederic K. Han |
| 117 | Estate of Thomas Hannafin |
| 118 | Estate of Harvey Harrell |
| 119 | Estate of John Clinton Hartz |
| 120 | Estate of Emeric Harvey |
| 121 | Estate of Scott J. O'Brien |
| 122 | Estate of Philip Thomas Hayes |
| 123 | Estate of William Ward Haynes |
| 124 | Estate of Michael Healey |
| 125 | Estate of Ronnie Lee Henderson |
| 126 | Estate of Neil Hinds |
| 127 | Estate of Tara Yvette Hobbs |
| 128 | Estate of Thomas W. Hohlweck Jr. |
| 129 | Estate of Joseph F. Holland Iii |
| 130 | Estate of Darryl Leron Mckinney |
| 131 | Estate of Thomas P. Holohan |
| 132 | Estate of Joseph Howard |
| 133 | Estate of Joseph Hunter |
| 134 | Estate of Robert R. Hussa |
| 135 | Estate of Jonathan Ielpi |
| 136 | Estate of Stephanie Irby |
| 137 | Estate of John Francis Iskyan |
| 138 | Estate of Ariel Louis Jacobs |
| 139 | Estate of Maria Jakubiak |
| 140 | Estate of Karl Joseph |
| 141 | Estate of Scott Martin Mcgovern |
| 142 | Estate of Chandler Raymond Keller |
| 143 | Estate of Peter Kellerman |
| 144 | Estate of Joseph P. Kellett |
| 145 | Estate of Thomas Richard Kelly |
| 146 | Estate of Rosemary A. Smith |
| 147 | Estate of Yvonne Estelle Kennedy |
| 148 | Estate of Robert King Jr. |
| 149 | Estate of Richard J. Klares |
| 150 | Estate of Julie Lynne Zipper |
| 151 | Estate of Michael P. Laforte |
| 152 | Estate of Alan Charles Lafrance |
| 153 | Estate of Dr. Juan M. Lafuente |
| 154 | Estate of Amy Hope Lamonsoff |
| 155 | Estate of Carlos Cortes A/K/A Carlos Cortes-Rodriguez |
| 156 | Estate of Robert G. Leblanc |
| 157 | Estate of David R. Leistman |
| 158 | Estate of Joseph Anthony Lenihan |
| 159 | Estate of Paul Battaglia |
| 160 | Estate of Robert M. Levine |
| 161 | Estate of Sherry Ann Bordeaux |
| 162 | Estate of Jacqueline Norton |
| 163 | Estate of Robert G. Norton |
| 164 | Estate of Garry W. Lozier |
| 165 | Estate of Marianne Macfarlane |
| 166 | Estate of James P. O'Brien |
| 167 | Estate of Jennieann Maffeo |
| 168 | Estate of Joseph Vincent Maggitti |
| 169 | Estate of Jason M. Sekzer |
| 170 | Estate of Alfred G. Marchand |
| 171 | Estate of Brian Martineau |
| 172 | Estate of Joseph Mascali |
| 173 | Estate of Charles A. Mauro |
| 174 | Estate of Robert Mayo |
| 175 | Estate of Daniel Francis Mcginley |
| 176 | Estate of Thomas Henry Mcginnis |
| 177 | Estate of Michael Gregory Mcginty |
| 178 | Estate of Barry J. Mckeon |
| 179 | Estate of John F. Mcdowell |

| | | | | |
|---|---|---|---|---|
| 180 | Estate of Ann Mcgovern | | 226 | Estate of Lloyd Daniel Rosenberg |
| 181 | Estate of Damian Meehan | | 227 | Estate of Andrew I. Rosenblum |
| 182 | Estate of George C. Merino | | 228 | Estate of Richard Ross |
| 183 | Estate of Lukasz Milewski | | 229 | Estate of Bart Joseph Ruggiere |
| 184 | Estate of Karen Juday | | 230 | Estate of Gilbert Ruiz |
| 185 | Estate of Henry Miller | | 231 | Estate of Steven Russin |
| 186 | Estate of Robert Alan Miller | | 232 | Estate of Edward Ryan |
| 187 | Estate of Louis J. Minervino | | 233 | Estate of Matthew Ryan |
| 188 | Estate of Louis Modafferi | | 234 | Estate of Thierry Saada |
| 189 | Estate of Manuel Mojica | | 235 | Estate of Carmen Milly Rodriguez |
| 190 | Estate of Krishna Moorthy | | 236 | Estate of Nicholas Rossomando |
| 191 | Estate of Linda Oliva | | 237 | Estate of Dennis P. Scauso |
| 192 | Estate of Marco Motroni | | 238 | Estate of Jeffrey H. Schreier |
| 193 | Estate of Matthew T. O'Mahony | | 239 | Estate of Joseph P. Shea |
| 194 | Estate of Patrick Sean Murphy | | 240 | Estate of John Anthony Sherry |
| 195 | Estate of Mildred R. Naiman | | 241 | Estate of Mark Shulman |
| 196 | Estate of Karen Susan Navarro | | 242 | Estate of David Scott Silver |
| 197 | Estate of Theresa Risco | | 243 | Estate of Michael J. Simon |
| 198 | Estate of Michael Allen Noeth | | 244 | Estate of Khamladai K. Singh |
| 199 | Estate of Robert Walter Noonan | | 245 | Estate of Muriel F. Siskopoulos |
| 200 | Estate of Brian C. Novotny | | 246 | Estate of James Gregory Smith |
| 201 | Estate of Diana O'Connor | | 247 | Estate of Astrid Elizabeth Sohan |
| 202 | Estate of James Andrew O'Grady | | 248 | Estate of Mary B. Trentini |
| 203 | Estate of Edward Kraft Oliver | | 249 | Estate of James A. Trentini |
| 204 | Estate of Betty Ann Ong | | 250 | Estate of Donald Spampinato |
| 205 | Estate of Jeffrey Palazzo | | 251 | Estate of Lawrence T. Stack |
| 206 | Estate of John Paolillo | | 252 | Estate of Lisa Terry |
| 207 | Estate of Suzanne H. Passaro | | 253 | Estate of Brian E. Sweeney |
| 208 | Estate of Anthony Perez | | 254 | Estate of Sean Patrick Tallon |
| 209 | Estate of Christopher Pickford | | 255 | Estate of Allan Tarasiewicz |
| 210 | Estate of Arturo Sereno | | 256 | Estate of Jody Nichilo |
| 211 | Estate of Shawn E. Powell | | 257 | Estate of Goumatie Thackurdeen |
| 212 | Estate of Vincent Princiotta | | 258 | Estate of Thomas F. Theurkauf Jr. |
| 213 | Estate of John F. Puckett | | 259 | Estate of Nigel Bruce Thompson |
| 214 | Estate of Sonia Mercedes Morales Puopolo | | 260 | Estate of Mary Ellen Tiesi |
| 215 | Estate of Patrick Quigley | | 261 | Estate of Terrance Aiken |
| 216 | Estate of Eugene Raggio | | 262 | Estate of Robert T. Twomey |
| 217 | Estate of Alfred Todd Rancke | | 263 | Estate of Tyler V. Ugolyn |
| 218 | Estate of Adam David Rand | | 264 | Estate of Elsy C. Osoria |
| 219 | Estate of Amenia Rasool | | 265 | Estate of Carlton F. Valvo Ii |
| 220 | Estate of Roger Rasweiler | | 266 | Estate of Celeste Torres Victoria |
| 221 | Estate of Christian Michael Regenhard | | 267 | Estate of Sharon Christina Milan |
| 222 | Estate of Leah E. Oliver | | 268 | Estate of Chantal Vincelli |
| 223 | Estate of Clarin Schwartz | | 269 | Estate of Lawrence J. Virgilio |
| 224 | Estate of Anthony Rodriguez | | 270 | Estate of Honor Elizabeth Wainio |
| 225 | Estate of Brooke David Rosenbaum | | 271 | Estate of Glen J. Wall |

| # | Name | # | Name |
|---|---|---|---|
| 272 | Estate of Christine J. Barbuto | 318 | Estate of Manish Patel |
| 273 | Estate of Todd Christopher Weaver | 319 | Estate of Gregory Reda |
| 274 | Estate of Timothy Matthew Welty | 320 | Estate of Isaias Rivera |
| 275 | Estate of Karen E. Hagerty | 321 | Estate of David E. Rivers |
| 276 | Estate of David Wiswall | 322 | Estate of Earl R. Shanahan |
| 277 | Estate of Christopher W. Wodenshek | 323 | Estate of Sandra Carol Taylor |
| 278 | Estate of Elkin Yuen | 324 | Estate of David L. Tirado |
| 279 | Estate of Michael Waye | 325 | Estate of Jon Vandevander |
| 280 | Estate of Joseph J. Zuccala | 326 | Estate of Simon V. Weiser |
| 281 | Estate of Andrew Zucker | 327 | Estate of Louis Calvin Williams Iii |
| 282 | Estate of Alan Jay Lederman | 328 | Estate of Pauline Francis |
| 283 | Estate of Angelo Amaranto | 329 | Estate of Lorraine Abad |
| 284 | Estate of Michael G. Arczynski | 330 | Estate of Terence E. Adderley Jr. |
| 285 | Estate of Brian Paul Dale | 331 | Estate of David S. Agnes |
| 286 | Estate of James Barbella | 332 | Estate of Joanne Maria Ahladiotis |
| 287 | Estate of Joshua Birnbaum | 333 | Estate of Jon Albert |
| 288 | Estate of Sean Booker | 334 | Estate of Dominick J. Berardi |
| 289 | Estate of Kimberly S. Bowers | 335 | Estate of William R. Bethke |
| 290 | Estate of Alfred J. Braca | 336 | Estate of Harry A. Blanding |
| 291 | Estate of Michell Robotham | 337 | Estate of Edward A. Brennan |
| 292 | Estate of Michael T. Carroll | 338 | Estate of Mark Bruce |
| 293 | Estate of Ruth Lapin | 339 | Estate of Thomas Daniel Burke |
| 294 | Estate of Robert L. Cruikshank | 340 | Estate of Thomas M. Butler |
| 295 | Estate of Mannie Leroy Clark | 341 | Estate of John B. Cahill |
| 296 | Estate of Christopher M. Dincuff | 342 | Estate of Philip V. Calcagno |
| 297 | Estate of Irina Buslo | 343 | Estate of Vincent A. Cangelosi |
| 298 | Estate of Valerie Silver Ellis | 344 | Estate of Louis Caporicci |
| 299 | Estate of William John Erwin | 345 | Estate of Dennis M. Carey |
| 300 | Estate of George J. Ferguson | 346 | Estate of Thomas E. Sinton Iii |
| 301 | Estate of Kevin Frawley | 347 | Estate of Jeremy Carrington |
| 302 | Estate of Cynthia Giugliano | 348 | Estate of Leonard M. Castrianno |
| 303 | Estate of Joseph Grillo | 349 | Estate of Jason Cefalu |
| 304 | Estate of Raul Hernandez | 350 | Estate of Delrose Cheatham |
| 305 | Estate of Bradley Hoorn | 351 | Estate of Michael J. Clarke |
| 306 | Estate of Milagros Hromada | 352 | Estate of Eugene Clark |
| 307 | Estate of Timothy Hughes | 353 | Estate of Susan M. Clyne |
| 308 | Estate of Daniel Ilkanayev | 354 | Estate of Steven Coakley |
| 309 | Estate of Harold Lizcano | 355 | Estate of Joseph A. Corbett |
| 310 | Estate of James J. Mcalary | 356 | Estate of Conrod Cottoy Sr. |
| 311 | Estate of Robert Garvin Mccarthy | 357 | Estate of Andrew Gilbert |
| 312 | Estate of Timothy Mcsweeney | 358 | Estate of Denise Crant |
| 313 | Estate of Linda Catherine Mair Grayling | 359 | Estate of James L. Crawford Jr. |
| 314 | Estate of Gerald Thomas O'Leary | 360 | Estate of Lucy Crifasi |
| 315 | Estate of Michael Opperman | 361 | Estate of Dennis Cross |
| 316 | Estate of David L. Angell | 362 | Estate of Eduvigis Reyes Jr. |
| 317 | Estate of Lynn E. Angell | 363 | Estate of Beverly Crew Curry |

| | | | | |
|---|---|---|---|---|
| 364 | Estate of Thomas Deangelis | | 410 | Estate of Karen Klitzman |
| 365 | Estate of James V. Deblase Jr. | | 411 | Estate of Hamidou Larry |
| 366 | Estate of Anthony Demas | | 412 | Estate of Neil Leavy |
| 367 | Estate of Francis X. Deming | | 413 | Estate of Richard Yun-Choon Lee |
| 368 | Estate of Christian Desimone | | 414 | Estate of Anthony Hawkins |
| 369 | Estate of Robert Devitt Jr. | | 415 | Estate of Adriana Legro |
| 370 | Estate of Michael L. Diagostino | | 416 | Estate of Jeffrey E. Leveen |
| 371 | Estate of Douglas F. Distefano | | 417 | Estate of Marie Lukas |
| 372 | Estate of Lisa Egan | | 418 | Estate of Michael Patrick Lunden |
| 373 | Estate of Samantha Egan | | 419 | Estate of Laura A. Giglio A/K/A Laura Marchese |
| 374 | Estate of John Bruce Eagleson | | 420 | Estate of Keithroy Maynard |
| 375 | Estate of Fanny Espinoza | | 421 | Estate of Justin McCarthy |
| 376 | Estate of William L. Fallon Jr. | | 422 | Estate of Michael McCarthy |
| 377 | Estate of Anthony J. Fallone | | 423 | Estate of Matthew J. McDermott |
| 378 | Estate of John Fanning | | 424 | Estate of John T. McErlean Jr. |
| 379 | Estate of Clyde Frazier Jr. | | 425 | Estate of William McGovern |
| 380 | Estate of Peter L. Freund | | 426 | Estate of George McLaughlin III |
| 381 | Estate of Arlene E. Fried | | 427 | Estate of Martin Michelstein |
| 382 | Estate of Peter C. Fry | | 428 | Estate of George Merkouris |
| 383 | Estate of John Patrick Gallagher | | 429 | Estate of John Monahan |
| 384 | Estate of Edmund Glazer | | 430 | Estate of George Morell |
| 385 | Estate of Rocco Nino Gargano | | 431 | Estate of Dennis Moroney |
| 386 | Estate of James M. Gartenberg | | 432 | Estate of William Mosical |
| 387 | Estate of Peter Gelinas | | 433 | Estate of Charles A. Murphy |
| 388 | Estate of Steven Paul Geller | | 434 | Estate of Brian Murphy |
| 389 | Estate of Joseph Giaccone | | 435 | Estate of Richard Todd Myhre |
| 390 | Estate of Calvin Joseph Gooding | | 436 | Estate of Kerene Gordon |
| 391 | Estate of Wade Green | | 437 | Estate of Cono Gallo |
| 392 | Estate of Douglas Brian Gurian | | 438 | Estate of Jeffrey Nussbaum |
| 393 | Estate of Dana R. Hannon | | 439 | Estate of Dennis O'Connor Jr. |
| 394 | Estate of James Haran | | 440 | Estate of Richard O'Connor |
| 395 | Estate of Stewart D. Harris | | 441 | Estate of Lesley Thomas |
| 396 | Estate of Monique Dejesus | | 442 | Estate of Sean Gordon O'Neill |
| 397 | Estate of Thomas A. Hobbs | | 443 | Estate of Ruben S. Ornedo |
| 398 | Estate of Marcia Hoffman | | 444 | Estate of Alexander Steinman |
| 399 | Estate of Jonathan R. Hohmann | | 445 | Estate of James Robert Ostrowski |
| 400 | Estate of George Howard | | 446 | Estate of Jason Oswald |
| 401 | Estate of Virginia Jablonski | | 447 | Estate of Michael Ou |
| 402 | Estate of Brooke Alexandra Jackman | | 448 | Estate of Peter Owens |
| 403 | Estate of Hweidar Jian | | 449 | Estate of Angel Pabon |
| 404 | Estate of Shari Kandell | | 450 | Estate of Victor Hugo Paz Gutierrez |
| 405 | Estate of John Katsimatides | | 451 | Estate of Stacey Peak |
| 406 | Estate of Richard Keane | | 452 | Estate of Mike Pelletier |
| 407 | Estate of Timothy C. Kelly | | 453 | Estate of Michael J. Berkeley |
| 408 | Estate of Joseph Anthony Kelly | | 454 | Estate of Joseph Perroncino |
| 409 | Estate of Brian Warner | | | |

| | | | | |
|---|---|---|---|---|
| 455 | Estate of Edward Joseph Perrotta | | 501 | Estate of James Brian Reilly |
| 456 | Estate of Joann Cregan | | 502 | Estate of Paul F. Sarle |
| 457 | Estate of Gregory Richards | | 503 | Estate of James Shea |
| 458 | Estate of Richard Prunty | | 504 | Estate of Robert W. Spear |
| 459 | Estate of Joseph R. Riverso | | 505 | Estate of Anthony Starita |
| 460 | Estate of Paul Rizza | | 506 | Estate of Keiichiro Takahashi |
| 461 | Estate of Donald A. Robson | | 507 | Estate of Japhet Aryee |
| 462 | Estate of Peter A. Bielfeld | | 508 | Estate of Gregg Arthur Atlas |
| 463 | Estate of Scott W. Rohner | | 509 | Estate of Inna Basin |
| 464 | Estate of Luis Eduardo Torres | | 510 | Estate of Graham Berkeley |
| 465 | Estate of Eric Sand | | 511 | Estate of David S. Berry |
| 466 | Estate of Susan Santo | | 512 | Estate of Gennady Boyarsky |
| 467 | Estate of Robert L. Scandole | | 513 | Estate of Sandra W. Bradshaw |
| 468 | Estate of Sean Schielke | | 514 | Estate of Kevin Colbert |
| 469 | Estate of Marisa DiNardo | | 515 | Estate of William Dean |
| 470 | Estate of Mark Schwartz | | 516 | Estate of Neil Wright |
| 471 | Estate of Adrianne Scibetta | | 517 | Estate of Eugueni Kniazev |
| 472 | Estate of Arthur Warren Scullin | | 518 | Estate of Arkady Zaltsman |
| 473 | Estate of Khalid Shahid | | 519 | Estate of David R. Brandhorst |
| 474 | Estate of Jayesh Shah | | 520 | Estate of Peter M. Goodrich |
| 475 | Estate of Gary Shamay | | 521 | Estate of Tawanna Griffin |
| 476 | Estate of Leonard Snyder | | 522 | Estate of Shannon Lewis Adams |
| 477 | Estate of Saranya Srinuan | | 523 | Estate of Abraham Ilowitz |
| 478 | Estate of Alexandru Stan | | 524 | Estate of Boris Khalif |
| 479 | Estate of James J. Straine Jr. | | 525 | Estate of Hyun Joon Lee |
| 480 | Estate of John F. Swaine | | 526 | Estate of Andrew Jay-Hoon Kim |
| 481 | Estate of Keiji Takahashi | | 527 | Estate of Irina Kolpakova |
| 482 | Estate of Andrew Kates | | 528 | Estate of Pendyala Vamsikrishna |
| 483 | Estate of Diane T. Lipari | | 529 | Estate of Prasanna Kalahasthi |
| 484 | Estate of Daniel Trant | | 530 | Estate of Alexey Razuvaev |
| 485 | Estate of William P. Tselepis | | 531 | Estate of Joseph Daniel Maio |
| 486 | Estate of Jonathan Uman | | 532 | Estate of Bernard Mascarenhas |
| 487 | Estate of Joseph Vilardo | | 533 | Estate of Joel Miller |
| 488 | Estate of Lisa Karen Orfi-Ehrlich | | 534 | Estate of Nancy Morgenstern |
| 489 | Estate of Frank Thomas Wisniewski | | 535 | Estate of Marc Murolo |
| 490 | Estate of William J. Wik | | 536 | Estate of M. Kathleen Shearer |
| 491 | Estate of Katherine Wolfe | | 537 | Estate of Kathleen Anne Nicosia |
| 492 | Estate of Martin Wortley | | 538 | Estate of Kaleen E. Pezzuti |
| 493 | Estate of Michael Zinzi | | 539 | Estate of Todd H. Reuben |
| 494 | Estate of Charles A. Zion | | 540 | Estate of Tatiana Ryjova |
| 495 | Estate of James A. Amato | | 541 | Estate of Carlos R. Lillo |
| 496 | Estate of John P. Burnside | | 542 | Estate of Philip Rosenzweig |
| 497 | Estate of Patricia M. Colodner | | 543 | Estate of Jonathan S. Ryan |
| 498 | Estate of John R. Fischer | | 544 | Estate of Derek J. Statkevicus |
| 499 | Estate of Thomas Palazzo | | 545 | Estate of Michael C. Tarrou |
| 500 | Estate of William G. Minardi | | 546 | Estate of Lorisa Taylor |

| | | | | |
|---|---|---|---|---|
| 547 | Estate of Fred Rimmele | | 593 | Estate of Charles A. Mccrann |
| 548 | Estate of Ana Gloria Debarrera | | 594 | Estate of Mirna A. Duarte |
| 549 | Estate of Michele M. Reed | | 595 | Estate of Lorraine Lisi |
| 550 | Estate of Soledi Colon | | 596 | Estate of Robert Shearer |
| 551 | Estate of Robert Higley | | 597 | Estate of Thomas G. O'Hagan |
| 552 | Estate of Mark Ludvigsen | | 598 | Estate of Maureen Lyons Olson |
| 553 | Estate of Andrew Knox | | 599 | Estate of Alexander Ortiz |
| 554 | Estate of Nicholas Lassman | | 600 | Estate of Deepa Pakkala |
| 555 | Estate of Yang Der Lee | | 601 | Estate of Bettina Browne |
| 556 | Estate of Karen Ann Martin | | 602 | Estate of Angel Perez |
| 557 | Estate of Steve Mercado | | 603 | Estate of Benito Valentin |
| 558 | Estate of Michael J. Pascuma Jr. | | 604 | Estate of Norman Rossinow |
| 559 | Estate of Horace Passananti | | 605 | Estate of Christina S. Ryook |
| 560 | Estate of Kevin Pfeifer | | 606 | Estate of Joseph Sacerdote |
| 561 | Estate of Laurence Polatsch | | 607 | Estate of Eric Eisenberg |
| 562 | Estate of Donald Regan | | 608 | Estate of Kevin Smith |
| 563 | Estate of John A. Reo | | 609 | Estate of Norma C. Taddei |
| 564 | Estate of Christopher Santoro | | 610 | Estate of Jorge Velazquez |
| 565 | Estate of Deepika Kumar Sattaluri | | 611 | Estate of Joanne Weil |
| 566 | Estate of Lance Tumulty | | 612 | Estate of Debbie Williams |
| 567 | Estate of Kui Fai Kwok | | 613 | Estate of Brian Patrick Williams |
| 568 | Estate of Ivelin Ziminski | | 614 | Estate of Joseph Zaccoli |
| 569 | Estate of Joseph Angelini Sr. | | 615 | Estate of Mark Zangrilli |
| 570 | Estate of Faustino Apostol Jr. | | 616 | Estate of Prokopias (Paul) Zois |
| 571 | Estate of Nina P. Bell | | 617 | Estate of Neil Levin |
| 572 | Estate of Larry Bowman | | 618 | Estate of Julio Fernandez |
| 573 | Estate of Mark Stephen Carney | | 619 | Estate of Vincent A. Laieta |
| 574 | Estate of Daniel M. Coffey | | 620 | Estate of Waleska Martinez |
| 575 | Estate of Jason M. Coffey | | 621 | Estate of Luke Rambousek |
| 576 | Estate of Vincent Danz | | 622 | Estate of Steven Weinberg |
| 577 | Estate of Amy O'Doherty | | 623 | Estate of Martin Wohlforth |
| 578 | Estate of Joseph A. Della Pietra | | 624 | Estate of Arlene Beyer |
| 579 | Estate of David J. Fontana | | 625 | Estate of Ruben Correa |
| 580 | Estate of William Arthur Gardner | | 626 | Estate of Suzanne Geraty |
| 581 | Estate of John Giordano | | 627 | Estate of Brian Hickey |
| 582 | Estate of Florence Moran Gregory | | 628 | Estate of Thomas Mingione |
| 583 | Estate of Leonard Hatton Jr. | | 629 | Estate of Michael Mullan |
| 584 | Estate of Andrew Lacorte | | 630 | Estate of Kevin Reilly |
| 585 | Estate of Charles Jones | | 631 | Estate of Frederick J. Ill Jr. |
| 586 | Estate of Robert Kennedy | | 632 | Estate of James P. Leahy |
| 587 | Estate of James P. Ladley | | 633 | Estate of William Johnson Jr. |
| 588 | Estate of Stephen Lamantia | | 634 | Estate of Gregory Saucedo |
| 589 | Estate of Gary E. Lasko | | 635 | Estate of Stanley Smagala |
| 590 | Estate of Margaret Lewis | | 636 | Estate of Ramon Suarez |
| 591 | Estate of Michael Lynch | | 637 | Estate of Michael E. Roberts |
| 592 | Estate of Thomas Mccann | | 638 | Estate of Gerald Thomas Atwood |

| # | Name | # | Name |
|---|---|---|---|
| 639 | Estate of Richard Aronow | 685 | Estate of Joseph Gerard Leavey |
| 640 | Estate of Charles Frank Burlingame III | 686 | Estate of John Robinson Lenoir |
| 641 | Estate of Maria Rose Abad | 687 | Estate of Vincent Litto |
| 642 | Estate of David Michael Barkway | 688 | Estate of Daniel Lopez |
| 643 | Estate of Kenneth Basnicki | 689 | Estate of Farrell Lynch |
| 644 | Estate of Kris Romeo Bishundat | 690 | Estate of Brian Magee |
| 645 | Estate of Michael Bocchino | 691 | Estate of Edward F. Maloney III |
| 646 | Estate of Bruce Boehm | 692 | Estate of Terence John Manning |
| 647 | Estate of Francisco Bourdier | 693 | Estate of Francis Mcguinn |
| 648 | Estate of Ronald Breitweiser | 694 | Estate of Thomas Mchale |
| 649 | Estate of Peter Brennan | 695 | Estate of Robert Mclaughlin |
| 650 | Estate of Vincent Brunton | 696 | Estate of Laura Lee Morabito |
| 651 | Estate of Anthony Coladonato | 697 | Estate of Kathleen Moran |
| 652 | Estate of James E. Cove | 698 | Estate of Christopher M. Morrison |
| 653 | Estate of Neil Cudmore | 699 | Estate of Michael D. Mullan |
| 654 | Estate of Scott Davidson | 700 | Estate of Louis J. Nacke |
| 655 | Estate of Donald A. Delapenha | 701 | Estate of Christopher Newton |
| 656 | Estate of Joseph Dickey | 702 | Estate of Christopher Newton-Carter |
| 657 | Estate of Eddie Dillard | 703 | Estate of Timothy O'Brien |
| 658 | Estate of William Dimmling | 704 | Estate of Phillip Paul Ognibene |
| 659 | Estate of James Domanico | 705 | Estate of Jane Marie Orth |
| 660 | Estate of Mary Yolanda Dowling | 706 | Estate of Emilio Ortiz |
| 661 | Estate of Charles Droz | 707 | Estate of Christopher M. Panatier |
| 662 | Estate of Robert Eaton | 708 | Estate of Bernard E. Patterson |
| 663 | Estate of Christopher Faughnan | 709 | Estate of Representative James Quinn |
| 664 | Estate of Henry Homero Fernandez | 710 | Estate of Howard Reich |
| 665 | Estate of Bradley Fetchet | 711 | Estate of James C. Riches |
| 666 | Estate of Michael Finnegan | 712 | Estate of Marjorie C. Salamone |
| 667 | Estate of Giann F. Gamboa | 713 | Estate of John Salerno |
| 668 | Estate of James G. Geyer | 714 | Estate of Frank Salvaterra |
| 669 | Estate of Andrew H. Golkin | 715 | Estate of Michael V. San Phillip |
| 670 | Estate of Ian Gray | 716 | Estate of Michael Seaman |
| 671 | Estate of Barbara Habib | 717 | Estate of Craig Silverstein |
| 672 | Estate of Michele Heidenberger | 718 | Estate of Barry Simowitz |
| 673 | Estate of Kristin Irvine Ryan | 719 | Estate of Christopher Paul Slattery |
| 674 | Estate of Aram Iskenderian | 720 | Estate of Robert F. Sliwak |
| 675 | Estate of Mark S. Jardim | 721 | Estate of Heather L. Smith |
| 676 | Estate of Robert Jordan | 722 | Estate of Robert A. Spencer |
| 677 | Estate of Ann Judge | 723 | Estate of William Steckman |
| 678 | Estate of Frederick Kelley | 724 | Estate of Kevin T. Szocik |
| 679 | Estate of James Kelly | 725 | Estate of Nichola Angela Thorpe |
| 680 | Estate of Vanessa Kolpak | 726 | Estate of Richard Todisco |
| 681 | Estate of David P. Kovalcin | 727 | Estate of Vladimir Tomasevic |
| 682 | Estate of Brendan Lang | 728 | Estate of Stephen Tompsett |
| 683 | Estate of Roseann Lang | 729 | Estate of Michael P. Tucker |
| 684 | Estate of Scott Larsen | 730 | Estate of Ronald Vauk |

| # | Name | # | Name |
|---|---|---|---|
| 731 | Estate of Garo H. Voskerijian | 777 | Estate of Edmund Mcnally |
| 732 | Estate of John Wallice Jr. | 778 | Estate of Patricia E. Mickley |
| 733 | Estate of Dinah Webster | 779 | Estate of Daphne Pouletsos |
| 734 | Estate of David T. Weiss | 780 | Estate of Rajesh Mirpuri |
| 735 | Estate of Deborah Anne Welsh | 781 | Estate of Jeffrey P. Mladenik |
| 736 | Estate of Jennifer Y. Wong | 782 | Estate of Capt. Jack D. Punches, USN, Retired |
| 737 | Estate of John Bentley Works | 783 | Estate of Janice M. Scott |
| 738 | Estate of Swede Chevalier | 784 | Estate of Mathew G. Gianna |
| 739 | Estate of Carlos Dominguez | 785 | Estate of Gerard P. Rauzi |
| 740 | Estate of Laura Gilly | 786 | Estate of William Wilson |
| 741 | Estate of Won-Hyeong Song | 787 | Estate of William Wren |
| 742 | Estate of Michael Taddonio | 788 | Estate of Charles Mathers |
| 743 | Estate of Gregory J. Buck | 789 | Estate of Francois Jean-Pierre |
| 744 | Estate of Pamela Chu | 790 | Estate of Rodney Wotton |
| 745 | Estate of Mary D'Antonio | 791 | Estate of W. David Bauer |
| 746 | Estate of Thomas F. Dennis | 792 | Estate of Colin Bonnett |
| 747 | Estate of Enrique A. Gomez | 793 | Estate of Thomas Bowden |
| 748 | Estate of Jose B. Gomez | 794 | Estate of Shawn E. Bowman |
| 749 | Estate of Elvira Granitto | 795 | Estate of John Candela |
| 750 | Estate of H. Joseph Heller | 796 | Estate of Steven F. Schlag |
| 751 | Estate of Joseph Patrick Henry | 797 | Estate of Kevin J. Murphy |
| 752 | Estate of Joon Koo Kang | 798 | Estate of Salvatore Zisa |
| 753 | Estate of Brian Kinney | 799 | Estate of Donald Jones |
| 754 | Estate of John J. Kren | 800 | Estate of Scott Vasel |
| 755 | Estate of John Levi | 801 | Estate of David R. Meyer |
| 756 | Estate of Richard D. Lynch | 802 | Estate of Vincenzo Gallucci |
| 757 | Estate of James Maounis | 803 | Estate of Ronald Orsini |
| 758 | Estate of James Martello | 804 | Estate of Kevin Hannaford |
| 759 | Estate of Teddington H. Moy | 805 | Estate of Steven Goldstein |
| 760 | Estate of Frank J. Naples | 806 | Estate of Ronald E. Magnuson |
| 761 | Estate of Peter Keith Ortale | 807 | Estate of Jack L. D'Ambrosi |
| 762 | Estate of Sonia M. Ortiz | 808 | Estate of Jay Magazine |
| 763 | Estate of Todd Douglas Pelino | 809 | Estate of Daniel L. Maher |
| 764 | Estate of Steven Pollicino | 810 | Estate of Kristen Montanaro |
| 765 | Estate of Eric Thomas Ropiteau | 811 | Estate of Michael Tanner |
| 766 | Estate of Carlos A. Samaniego | 812 | Estate of Edward Carlino |
| 767 | Estate of Selina Sutter | 813 | Estate of Anil T. Bharvaney |
| 768 | Estate of Brian Terrenzi | 814 | Estate of Marc Scott Zeplin |
| 769 | Estate of Kenneth Waldie | 815 | Estate of Milton Bustillo |
| 770 | Estate of Richard Fitzsimons | 816 | Estate of Carl Difranco Jr. |
| 771 | Estate of Dennis O'Berg | 817 | Estate of Catherine Fairfax Macrae |
| 772 | Estate of Frank A. Palombo | 818 | Estate of Nancy T. Mauro |
| 773 | Estate of Eric B. Evans | 819 | Estate of Stacey L. Sanders |
| 774 | Estate of Mary Booth | 820 | Estate of Jean Elizabeth Hoadley Peterson |
| 775 | Estate of Mari-Rae Sopper | 821 | Estate of Edward P. Felt |
| 776 | Estate of Sean Lynch | 822 | Estate of Joseph Keller |

| | |
|---|---|
| 823 | Estate of Jeremy Glick |
| 824 | Estate of Linda Gronlund |
| 825 | Estate of David Dimeglio |
| 826 | Estate of Bryan Jack |
| 827 | Estate of Donna Giordano |
| 828 | Estate of David Vargas |
| 829 | Estate of Thomas Swift |
| 830 | Estate of Todd Beamer |
| 831 | Estate of Thomas M. Brennan |
| 832 | Estate of Paul F. Beatini |
| 833 | Estate of Patrick W. Danahy |
| 834 | Estate of Alan L. Wisniewski |
| 835 | Estate of Michael J. Cunningham |
| 836 | Estate of Sean Rooney |
| 837 | Estate of John J. Ryan |
| 838 | Estate of Howard L. Kane |
| 839 | Estate of Joseph M. Sisolak |
| 840 | Estate of Scott M. Johnson |
| 841 | Estate of Adam Jay Lewis |
| 842 | Estate of Noel John Foster |
| 843 | Estate of Kevin Patrick York |
| 844 | Estate of Kenneth J. Tarantino |
| 845 | Estate of Daniel Laurence Smith |
| 846 | Estate of Ian Schneider |
| 847 | Estate of Stephen Dimino |
| 848 | Estate of Esmerlin Salcedo |
| 849 | Estate of Jonathan M. Connors |
| 850 | Estate of Gerard Baptiste |
| 851 | Estate of Daniel Hal Crisman |