UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : : | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : : | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* 1:11-cv-07550-GBD | : : : | |

_____

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 3, Herbert K. Hoglan, died on March 8, 2014, in the State of California, leaving his daughter, Alice A. Hoagland, as the Executrix of his Estate. Therefore, Alice A. Hoagland, 18000 Madrone Drive, Los Gatos, California 95033, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Alice A. Hoagland, Executrix of the Estate of Herbert K. Hoglan, deceased."

    Respectfully Submitted,

    /s/ *Stephen A. Corr*
    STARK & STARK
    Stephen A. Corr, Esquire
    Pa. Bar No. 65266
    777 Township Line Road, Suite 120
    Yardley, PA 19067
    (267) 907-9600
    *Attorneys for Plaintiff*

SO ORDERED

_____
GEORGE B. DANIELS
District Judge

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

>*/s/   Stephen A. Corr*
>STARK & STARK
>Attorneys At Law
>Stephen A. Corr, Esquire
>Pa. Bar No. 65266
>777 Township Line Road, Suite 120
>Yardley, PA  19067
>(267) 907-9600
>*Attorneys for Plaintiff*