UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : <br> : <br> : | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : <br> : | |
| *Hoglan, et al. v. The Islamic Republic<br>of Iran, et al.*<br>1:11-cv-07550-GBD | : <br> : <br> : | |

_____

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 107, Emily Lavelle, died on September 3, 2015, in the state of New York, leaving her daughter, Patricia Caloia, as the Executor of her Estate. Therefore, Patricia Caloia, 239 Palmer Road, Yonkers, NY 10701, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Patricia Caloia, Executor of the Estate of Emily Lavelle, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA 19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED

_____

GEORGE B. DANIELS
District Judge

2

## **CERTIFICATE OF SERVICE**

       I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

       */s/   Stephen A. Corr*
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*