UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : : | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : : | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* 1:11-cv-07550-GBD | : : : | |

_____

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 193, Ida Reiss, died on October 31, 2012, in the state of Pennsylvania, leaving her son, Gary Reiss, as the Executor of her Estate. Therefore, Gary Reiss, 969 Princess Drive, Yardley, Pennsylvania 19067, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Gary Reiss, Executor of the Estate of Ida Reiss, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED

_____
GEORGE B. DANIELS
District Judge

2

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

                                          */s/   Stephen A. Corr*
                                          STARK & STARK
                                          Attorneys At Law
                                          Stephen A. Corr, Esquire
                                          Pa. Bar No. 65266
                                          777 Township Line Road, Suite 120
                                          Yardley, PA  19067
                                          (267) 907-9600
                                          *Attorneys for Plaintiff*