UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON : | | Civil Action No. |
| SEPTEMBER 11, 2001 : | | 03 MDL 1570 (GBD) (FM) |
| : | | |
| : | | |
| *This document applies to:* : | | |
| : | | |
| *Hoglan, et al. v. The Islamic Republic* : | | |
| *of Iran, et al.* : | | |
| *1:11-cv-07550-GBD* : | | |

_____

**SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF**

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 199, Leonard Rosenthal, died on November 12, 2012, in the State of New Jersey, leaving his daughter, Audrey Model, as the Executrix of his Estate. Therefore, Audrey Model, 4 Horizon Road, Fort Lee, New Jersey 07024, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Audrey Model, Executrix of the Estate of Leonard Rosentahl, deceased."

                    Respectfully Submitted,

                    /s/ *Stephen A. Corr*
                    STARK & STARK
                    Stephen A. Corr, Esquire
                    Pa. Bar No. 65266
                    777 Township Line Road, Suite 120
                    Yardley, PA 19067
                    (267) 907-9600
                    *Attorneys for Plaintiff*

SO ORDERED

_____
GEORGE B. DANIELS
District Judge

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

                                          */s/   Stephen A. Corr*
                                          STARK & STARK
                                          Attorneys At Law
                                          Stephen A. Corr, Esquire
                                          Pa. Bar No. 65266
                                          777 Township Line Road, Suite 120
                                          Yardley, PA  19067
                                          (267) 907-9600
                                          *Attorneys for Plaintiff*