UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON | : | Civil Action No. |
| SEPTEMBER 11, 2001 | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| | : | |
| *This document applies to:* | : | |
| | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

_____

**SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF**

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 200, Florence Rosenthal, died on March 24, 2014, in the State of New Jersey, leaving her daughter, Audrey Model, as the only "next-of-kin" under New Jersey law.  Therefore, Audrey Model, 4 Horizon Road, Fort Lee, New Jersey 07024, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Audrey Model, as Next-of-Kin and Successor to the Estate of Florence Rosenthal, deceased."

        Respectfully Submitted,

        /s/ *Stephen A. Corr*
        STARK & STARK
        Stephen A. Corr, Esquire
        Pa. Bar No. 65266
        777 Township Line Road, Suite 120
        Yardley, PA  19067
        (267) 907-9600
        *Attorneys for Plaintiff*

SO ORDERED

_____

GEORGE B. DANIELS
District Judge

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

*/s/   Stephen A. Corr*
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*
