UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | :<br>:<br>:<br>: | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | :<br>: | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.*<br>*1:11-cv-07550-GBD* | :<br>:<br>: | |

_____

## SUGGESTION OF DEATH

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 248, Gail Smith, of 1215 Tremont Avenue, Norristown, Pennsylvania 19401, died on August 28, 2013, in the state of Pennsylvania.

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

       I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

                                            */s/   Stephen A. Corr*
                                            STARK & STARK
                                            Attorneys At Law
                                            Stephen A. Corr, Esquire
                                            Pa. Bar No. 65266
                                            777 Township Line Road, Suite 120
                                            Yardley, PA  19067
                                            (267) 907-9600
                                            *Attorneys for Plaintiff*