# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON | : | Civil Action No. |
| SEPTEMBER 11, 2001 | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| *This document applies to:* | : | |
| | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

_____

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY

**AND NOW,** this 8th day of December, 2015, it is suggested of record that the Plaintiff Number 62, James Bond Godshalk, died on May 3, 2013, in the State of Pennsylvania, naming his son-in-law, John Haller, as his Executor in his Will[1].  Therefore, John Haller, 11401 Smathers Circle, Pine Crest, FL, 33156, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "John Haller, Executor of the Estate of James Bond Godshalk, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600

SO ORDERED

_____

GEORGE B. DANIELS
District Judge

---

1 The Will has not been probated, but substitution is appropriate under Fed. Rule 25(a)(1).  *See e.g., McSurely v. McClellan*, 753 F.2d 88 (D.C. Cir. 1985).

<u>**CERTIFICATE OF SERVICE**</u>

   I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

        <u>*/s/   Stephen A. Corr*</u>
        STARK & STARK
        Attorneys At Law
        Stephen A. Corr, Esquire
        Pa. Bar No. 65266
        777 Township Line Road, Suite 120
        Yardley, PA  19067
        (267) 907-9600
        *Attorneys for Plaintiff*