UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| This document applies to: *Hogan, et al. v. The Islamic Republic of Iran, et al.* 1:11-cv-07550-GBD | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/9/15 |

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 83, Evelyn Halvorson, died on October 14, 2012, in the State of Connecticut, leaving her daughter, Kathryn Halvorson, as the Executrix of her Estate. Therefore, Kathryn Halvorson, 8 Oakhill Drive, South Burlington, Vermont 05403, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Kathryn Halvorson, Executrix of the Estate of Evelyn Halvorson, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED
_____
GEORGE B. DANIELS
District Judge  12/9/15

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

/s/ Stephen A. Corr
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*