**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : : | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* 1:11-cv-07550-GBD | : : : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/15

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff

Number 200, Florence Rosenthal, died on March 24, 2014, in the State of New Jersey, leaving

her daughter, Audrey Model, as the only "next-of-kin" under New Jersey law.  Therefore, Audrey

Model, 4 Horizon Road, Fort Lee, New Jersey 07024, moves to be substituted as the Plaintiff in

this action and the relevant portion of the caption of the action changed to read "Audrey Model,

as Next-of-Kin and Successor to the Estate of Florence Rosenthal, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED

—————————————
GEORGE B. DANIELS
District Judge   12/9/15.

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

<u>/s/  Stephen A. Corr</u>
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*