UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : <br> : | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| This document applies to:<br><br>Hoglan, et al. v. The Islamic Republic<br>of Iran, et al.<br>1:11-cv-07550-GBD | : <br> : <br> : <br> : <br> : <br> : | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/9/15 |

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

**AND NOW,** this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 302, Susanne Ward-Baker, died on July 20, 2014, in the State of California. Michael Edward Paige has been named Trustee of the Susanne Ward-Baker Trust and Executor and Personal Administrator of her Will. Therefore, Michael Edward Paige, 2057 South Della Lane, Anaheim, California 92802, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Michael Edward Paige Personal Representative of the Estate of Susanne Ward-Baker, deceased."

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED

_____
GEORGE B. DANIELS
~~District~~ Judge    12/9/15

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

/s/ Stephen A. Corr
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA 19067
(267) 907-9600
*Attorneys for Plaintiff*