UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| This document applies to: Hoglan, et al. v. The Islamic Republic of Iran, et al. 1:11-cv-07550-GBD | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 12/9/15 |

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PPLAINTIFF

AND NOW, this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 285, Louise Borzumato, died on November 25, 2014, in the state of Florida, leaving her son, Anthony Borzumato, as the Executor of her Estate. Therefore, Anthony Borzumato, 1111 Harbour View Circle, Longwood, Florida 32750, moves to be substituted as the Plaintiff in this action and the relevant portion of the caption of the action changed to read "Anthony Borzumato, Executor of the Estate of Louise Borzumato, deceased."

Respectfully Submitted,

/s/ Stephen A. Corr
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED
_____
GEORGE B. DANIELS  12/9/15
District Judge

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

/s/ Stephen A. Corr
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*