UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
:                                    ORDER
:
In re Terrorist Attacks on September 11, 2001     :     03 MDL 1570 (GBD)
:
:
:
------------------------------------x

*This document relates to: All actions*

GEORGE B. DANIELS, District Judge:

The subsequent conference scheduled for January 14, 2016 is rescheduled for January 28, 2016 at 10:30 AM.

Dated: December 10, 2015
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE