# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

By Facsimile and ECF                                            December 11, 2015

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

    Re:    *In Re: Terrorist Attacks on September 11, 2001*
           03 MDL 1570 (GBD) (FM)
           *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*,
           04-CV-1076 (GBD) (FM)

Dear Judge Daniels:

      We represent the *O'Neill* Plaintiffs in the above-captioned matter. We write with regard to the default judgment as to liability Your Honor entered in favor of the *O'Neill* Plaintiffs and against certain publication defendants on October 13, 2015. See ECF No. 3067, attached hereto as Exhibit A. The default judgment references an attached "Exhibit 1" that lists the defaulted publication defendants. It has come to our attention however that Exhibit 1 is not attached to the judgment on the MDL docket. Accordingly, we respectfully request that Your Honor add Exhibit 1 to the October 13, 2015 default judgment. A proposed modified judgment containing Exhibit 1 is attached hereto as Exhibit B.

      We thank Your Honor for the Court's attention to this matter.

                              Respectfully submitted,

                              /s/ Jerry S. Goldman
                              Jerry S. Goldman, Esq.
                              ANDERSON KILL P.C.
                              1251 Avenue of the Americas, 42nd Floor
                              New York, NY 10020

                              Attorneys for the *O'Neill* Plaintiffs in:
                              *Estate of John P. O'Neill, Sr., et al. v. The*
                              *Republic of Iraq, et al.*, 04-CV-1076

Enclosures
cc:    The Honorable Frank Maas (via Fax & ECF)
        All Counsel of Record (via ECF)

nydocs1-1059537.1