**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

                    :      ORDER

In re Terrorist Attacks on September 11, 2001   :    03 MDL 1570 (GBD) (FM)

                    :

                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*This document also relates to: 04-cv-01076*

GEORGE B. DANIELS, District Judge:

Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-01076 (GBD) (FM) have requested that this Court issue a modified judgment, (*see* Case No. 03-md-01570, ECF No. 3067; Case No. 04-cv-01076, ECF No. 442), so that "Exhibit 1" referenced in the judgment can be attached. (Case No. 03-md-01570, ECF No. 3162; Case No. 04-cv-01076, ECF No. 449.) Because the referenced exhibit, which is attached to Plaintiffs' motion for default, is already included in the record, (*see* Case No. 03-md-01570, ECF No. 3043-1; Case No. 04-cv-01076, ECF No. 440-1), Plaintiffs' request for a modified judgment is DENIED.

Dated: December 11, 2015
      New York, New York

                              SO ORDERED.

                              *George B Daniels*

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE