# Exhibit A

```
SENT BY:UAE CENTRAL BANK AUH   ;27- 9- 1 ;12:34PM ;            CHAIRMAN'S OFFICE         652504→        042940089;#
```

**CENTRAL BANK OF THE U.A.E.**

مصرف الإمارات العربية المتحدة المركزي

| | |
|---|---|
| Central Bank | قرار المصرف |
| Decision No.: 2/ 308/2001 | المركزي رقم : ٢/٣٠٨/٢٠٠١ |
| Date : 26/9/2001 | التاريخ : ٢٦/٩/٢٠٠١ |

To : All Banks, Moneychangers, Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلى : كافة البنوك والصرافات وشركات الإستثمار والمنشآت المالية الأخرى العاملة في دولة الإمارات (يشمل قطاع التأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates Decision in Conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, and investments in the names of the following:

بناء على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب، يطلب منكم البحث فورا عن وتجميد أية حسابات أو ودائع أو إستثمارات بالأسماء التالية:-

**First:** **Terrorist Organizations:-**

1. Al Qaida/Islamic Army
2. Abu Sayyaf Group
3. Armed Islamic Group (GIA)
4. Harakat ul-Mujahidin (HUM)
5. Al-Jihad (Egyptian Islamic Jihad)

OptionButton1

6. Islamic Movement of Uzbekistan (IMU)
7. Asbat al-Ansar
8. Salafist Group for Call and Combat (GSPC)
9. Libyan Islamic Fighting Group
10. Al-Itihaad al-Islamiya (AIAI)
11. Islamic Army of Aden

**Second:** **Terrorist Leaders:-**

1. Usama bin Laden
2. Muhammad Atif/ Subhi Abu Sitta/ Abu Hafs al Masri

أولا: **المنظمات الإرهابية:-**

١. القاعدة / للجيش الإسلامي
٢. مجموعة أبو سياف
٣. المجموعة الإسلامية المسلحة
٤. حركة المجاهدين
٥. الجهاد ( الجهاد الإسلامي المصري )

٦. حركة أوزباكستان الإسلامية
٧. عصبة الأنصار
٨. المجموعة السلفية للدعوة والقتال
٩. مجموعة القتال الإسلامية الليبية
١٠. الإتحاد الإسلامية
١١. جيش عدن الإسلامي

ثانيا: **القادة الإرهابيين:-**
١. أسامة بن لادن
٢. محمد عاطف /صبحي أبو ستة / أبوحفص المصري

يتبع/٢...

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003242

```
29/09 01  SAT 06:03  FAX 00971 4 2952400    CHAIRMAN'S OFFICE
SENT BY:UAE CENTRAL BANK AUH  ;27- 9- 1 ;12:34PM ;       652504→        042940088;# 
```

— ۲ —

| | | |
|---|---|---|
| 3. | Sayf al-Adl | سيف العدل |
| 4. | Shaykh Sai'id / Mustafa Muhammad Ahmad | الشيخ سعيد / مصطفى محمد أحمد |
| 5. | Abu Hafs the Mauritanian / Mahfouz Ould al-Walid/ Khalid al-Shanqiti | أبو حفص الموريتاني/ محفوظ ولد الوليد ، خالد الشنقيطي |
| 6. | Ibn al-Shaykh al-Libi | إبن الشيخ الليبي |
| 7. | Abu Zubaydah / Zayn al-Abidin Muhammad Husayn Tariq | أبو زبيدة / زين العابدين محمد حسين طارق |
| 8. | Ayman al-Zawahiri | أيمن الظواهري |
| 9. | Thirwat Salah Shihata/ Muhammad Ali | ثروت صلاح شحاتا/ محمد علي |
| 10. | Tariq Anwar al-Sayyid Ahmad / Fathi/ Amr al-Fatih | طارق أنور السيد أحمد / فتحي/ عمر الفاتح |
| 11. | Muhammad Salah / Nasr Fahmi Nasr Hasanayn | محمد صلاح / نصر فهمي نصر حسنين |

**Third:** **Terrorist NGO'S:-** / **ثالثا: منظمات غير حكومية إرهابية:-**

| | | |
|---|---|---|
| 1. | Makhtab Al-Khidamat/ Al Khifaf | مكتب الخدمات / الخفاف |
| 2. | Wafa Humanitarian Organization | منظمة وفاء الإنسانية |
| 3. | Al Rashid Trust | الرشيد ترست |

**Forth:** **Terrorist Entity:-** / **رابعا: كيان إرهابي:-**

| | | |
|---|---|---|
| 1. | Mamoun Darkazanli Import-Export Company | شركة مأمون دارکزنلي للإستيراد والتصدير |

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE

يطلب منكم أيضا عدم تحويل أية أموال إلى الأشخاص / الجهات المذكورة أعلاه في أية منطقة أو دولة وفي حالة إستلام أموال من الأشخاص/ الجهات المذكورة أو لصالحها القيام بتجميدها فورا.

إن عدم الإلتزام سيؤدي إلى تجميد أموالكم في الولايات المتحدة الأمريكية ومنشـآتها المالية و دول أخرى وسيعرضكم إلى عقوبات صارمة في دولة الإمارات .

يتبع/۰۰۳

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003243

```
29/08 01  SAT 05:05 FAX 00971 4 2952400      CHAIRMAN'S OFFICE                          ☺ 01
SENT BY:UAE CENTRAL BANK AUH  :27- 9- 1 ;12:34PM ;         652504→        042940089;# (
```

– ٣ –

Please provide the Banking Supervision & Examination Department with relevant statements on the usual form.

يرجى موافـــــاة دائـــــرة الرقابــــة والتفتيــــــش على المصارف بالبيانــــات ذات الصلة على النموذج المعتاد .

In your communications, please use facsimile No. (02) 6674501.

فــي مراســـلاتكم ، يرجــى إستخدام الفــاكس رقم (٠٢) ٦٦٧٤٥٠١ .

Yours faithfully,

وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

895-2001

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003244