# Exhibit B

NOV-07-01 12:58  FROM-CENTRAL BANK OF THE UAE   +0097128850813   T-870   P.01/06   F-135

مصرف الإمارات العربية المتحدة المركزي
**CENTRAL BANK OF THE U.A.E.**

Central Bank
Decision No.: 2/350/01
Date           : 7/11/2001

قرار المصرف
المركزي رقم : 2/350/01
التاريخ     : 7/11/2001

To : All Banks, Moneychangers, Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلى : كافة البنوك والصرافات وشركات الإستثمار المالية والمنشآت المالية الأخرى العاملة في دولة الإمارات العربية المتحدة (يشمل قطاع التأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates decision in conjunction with the International efforts to fight terrorism, you are required to immediately search for and freeze any accounts, deposits, and investments in the names of the following (names between brackets are excluded):

بناء على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب، يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائع أو إستثمارات بالأسماء التالية (تستثنى الأسماء ما بين القوسين) :-

First : <u>Terrorist Organizations or Terrorist Non Government organizations or entities :-</u>

أولاً : <u>المنظمات الإرهابية أو الإرهابية غير الحكومية أو الكيانات الإرهابية</u>

1. Al-Hamati Sweets Bakeries, Al-Mukahllah, Hadramawt Governorate, Yemen.

   مخابز حلويات الحماتي ، المكلا، محافظة حضرموت ، اليمن.

2. Al-Nur Honey Press Shops, Sanaa, Yemen.
   (a.k.a. Al-Nur Honey Center).

   محلات النور للعسل ، صنعاء ، اليمن (المعروفة أيضاً ، بمركز عسل النور) .

3. Al-Shifa Honey Press for Industry and Commerce, P.O.Box 8089, Al-Hasabah, Sanaa, Taiz & Aden – Yemen + a branch in Doha – Qatar.

   عسل الشفاء للصناعة و التجارة ، ص.ب. 8089، الحصبة ، صنعاء وتعز وعدن - اليمن + فرع في الدوحة ، قطر .

4. Jaish-I-Mohamed - Pakistan
   (a.k.a. Army of Mohammed, - Jaish – E – Mohammed – Jaish Mohammed JIM-JEM)

   جيش محمد - باكستان (المعروف أيضاً بـ : جيش محمد – JIM . (JEM)

5. Jam'yah Ta'awun Al-Islamia- Qandahar City, Afghanistan.
   (a.k.a. Society of Islamic Cooperation-Jam'iyat Al Ta'aawun Al Islamiyya or JIT),

   جمعية التعاون الإسلامية – قندهار ، أفغانستان . (المعروفة أيضاً :جمعية التعاون الإسلامي- جمعية التعاون الإسلامية أو JIT)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003245

```
10/11'01  SAT 10:55 FAX 00971 4 2940089                                        ⌐00.
NOV-07-01  12:59     FROM-CENTRAL BANK OF THE UAE    +00971266650813   T-970  P.02/06  F-135
```

6. Rabita Trust, Education Town, Lahore; Pakistan, Wares Colony, Lahore, Pakistan.

وديعة الرابطة ، المدينة التعليمية ، لاهور، باكستان، ويرز كولوني لاهسور، باكستان .

**Second : Terrorists or persons with connection to terrorists**

ثانيا : ارهابيين أو لهم علاقة بالإرهابيين : -

7. Haji Abdul Manan AGHA, Pakistan
(a.k.a. SAIYID, Abd Al Man'am)

حاج عبد المنــــــــــان أغا - باكستاني
(المعروف أيضاً باسم : سعيد عبد المنعم)

8. Muhammad Al-Hamati, Yemen
(a.k.a. AL AHDAL, Mohammad Hamdi Sadiq- AL- MAKKI, Abu Asim)

محمد الحماتي - يمني
(المعروف أيضاً باسم: الأهــــدل محمـــد حمدي صديق - المكي أبو عاصم ) .

9. Amin AL-HAQ - DOB: 1960, POB Nangahar Province, Afghanistan.
(a.k.a. AMIN, Muhammad- AHHAQ, Dr. Amin, UL-HAQ, Dr. Amin)

أمين الحق - من مواليد ١٩٦٠، مقاطعــة ننجهار ، أفغانستان.
(المعروف أيضاً باسم: أميـــن محمـــد - أههاك - الحق الدكتور أمين )

10. Saqar AL-JADAWI
D.O.B:1965

صقر الجداوي
من مواليد ١٩٦٥.

11. Ahmed Said AL KADR- DOB: 01 March 1948, POB: Cairo, Egypt.
(a.k.a Al KANADI, Abu Abd Al-Rahman)

أحمد سعيد القدر- من مواليد ١ مــــارس ١٩٤٨، القاهرة - مصر
(المعروف أيضاً باسم : الكندي أبو عبــد الرحمن )

12. Yasin AL-QADI- POB: Jeddah, Saudi Arabia
(a.k.a KADI, Shaykh Yassin Abdullah).

ياسين القاضي - مــــن مواليد جــده ، السعودية
(المعروف أيضاً باسم: القــــاضي الشــيخ ياسين عبد الله)

13. Sa'd AL-SHARIF
DOB: 1969, POB : Saudi Arabia

سعد الشريف
من مواليد ١٩٦٩ بالسعودية

14. Bilal Bin Marwan
DOB:1947.

بلال بن مروان
من مواليد ١٩٤٧.

15. Ayadi Chafiq Bin Muhammad- DOB: 21 January 1963, POB Safais (Sfax), Tunisia.
(a.k.a Ayadi Shafiq Ben Muhammed – AIADY SHAFIK Ben Muhammed- Ayadi Ben Muhammad)

عيادي شفيق بن محمد- من مواليــد ٢١ يناير ١٩٦٣ بصفاقس - تونس
(المعروف أيضاً باسم:عيادي شفيق بـــن بن محمد - عيادي تــــفيق بــن محمــد - عيادي بن محمد )



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003246

16. Mamoun Darkazanli-DOB:4AUG 1958 POB: Aleppo, Syria. Passport No: 13.10636262 (Germany)

١٦. مأمون داركازانلي –
مواليد ٤ أغسطس ١٩٥٨ حلب – سوريا
جواز سفر رقم: ٢٦٢٦٣٦.١٣١(ألماني)

17. Riad Hijazi
DOB: 1968, POB: California, USA.
(a.k.a Hijazi Raed M.- Al Hawan Abu Ahmed – Al Maghribi Rashid-Al Amriki Abu Ahmad- Al Shahid Abu Ahmed)

١٧. رياض حجازي
من مواليد ١٩٦٨، كاليفورنيا، الولايات المتحدة .
(معروف أيضا باسم: حجازي رائـد إم –
الهاون ابـو احمـد –المغربـي رشـيد–
الأمريكي أبو أحمد – الشهيد ابو احمد)

18. Mufti Rashid Ahmed Ladehyanoy – Karatchi – Pakistan
(a.k.a Ludhianvi Mufti Rashid Ahmed – Wadehyanoy Rasheed Ahmed – Mufti Rashid Ahmed).

١٨. موفتي راشد أحمد لادهيونوي –
كراتشي ، باكستان .
(المعروف بإسم : لادهيانفي مفتي راشـد
أحمد – وادهيانوي رشيد أحمد – مفتـي
راشد أحمد ) .

19. Omar Mahmoud Uthman
DOB: 30 December 1960 or 13 December 1960 – London - England.
(a.k.a. Al-Filistini , Abu Qatada – Takfiri, Abu Umar – Abu Umar Abu Omar – Uthman, Al-Samman – Umar Abu Umar – Uthman, Umar – Abu Ismail).

١٩. عمر محمود عثمان –
من مواليد ٣٠ ديسمبر ١٩٦٠ أو ١٣
ديسمبر ١٩٦٠ بلندن – إنجلترا
(المعروف أيضاً باسم الفلسطيني، أبو قتاده
– تكفيري أبو عمر – أبوعمر أبوعمـر –
عثمان السمان – عمر أبو عمر – عثـان
عمر – أبو إسماعيل) .

20. Tahir (or Takhir) Yuldashev
Uzbekistan

٢٠. طاهر (أو طاخر) يلادشـاف –
أوزباكستان .

21. Mohammad Zia – Peshawar - Pakistan
(a.k.a ZIA, Ahmad),

٢١. محمـــــد ضيــــــا – بيشــاور –
باكستان
(المعروف أيضاً بإسم : ضيا أحمد)

22. Abdullah Ahmed Abdullah
DOB: 1960 - Egypt.

٢٢. عبدالله أحمد عبد الله (موجود با لا——)
من مواليد ١٩٦٠ بمصر.

23. Muhsin Musa Marwalli Atwah
DOB: 19 June 1964 - Egypt.

٢٣. محسن موسى متولي عطوة
من مواليد ١٩ يونيو ١٩٦٤ بمصر .

24. Anas Al Liby – Libian (In Afghanistan)
DOB: 30 March 1964 or 14 May 1964.

٢٤. أنس الليبي – ليبي (في أفغانستان)
من مواليد ٣٠ مارس ١٩٦٤ أو ١٤ مايو
.١٩٦٤

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003247

NOV-07-01 12:58   FROM-CENTRAL BANK OF THE UAE        +0097126650813        T-870   P.04/06   F-135   @00.

| # | Name | Arabic |
|---|---|---|
| 25. | Ahmad Khalfan Ghailani<br>DOB: 1 August 1970, Zenzbar, Tanzania. | أحمد خلفان غيلاني<br>من مواليد ١ أغسطس ١٩٧٠ في زنزبار بتنزانيا . |
| 26. | Fazul Abdullah Mohamed<br>DOB: 25 January 1974 - Kenya. | فضل عبد الله محمد<br>من مواليد ٢٥ ديسمبر ١٩٧٤ بكينيا . |
| 27. | Mustafa Mohamed Fadhil<br>DOB: 23 June 1976 Cairo – Egypt (or may Kenya). | مصطفى محمد فضيل<br>من مواليد ٢٣ يوليو ١٩٧٦ بالقاهرة - مصر (أو ربما من مواليد كينيا) . |
| 28. | Fahid Mohamed Ally Msalam. (a.k.a. Usama Al Keeni), DOB: 19 February 1976, Mumbassa - Kenya. | فهد محمد علاي مسلم<br>من مواليد ١٩ فبراير ١٩٧٦ بممباسا – كينيا ..<br>(المعروف أيضا باسم : أسامة الكيني) |
| 29. | Sheikh Ahmed Salim Swedan<br>DOB: 9 April 1969 or 9 April 1960, Mumbassa - Kenya. | شيخ أحمد سليم سويدان<br>من مواليد ٩ إبريل ١٩٦٩ أو ٩ إبريل ١٩٦٠ بممباسا – كينيا |
| 30. | Abdul Rahman Yasin<br>DOB: 10 April 1960, Indiana, USA. | عبد الرحمن ياسين<br>من مواليد ١٠ إبريل ١٩٦٠ بإنديانا – الولايات المتحدة |
| 31. | Ahmad Ibrahim Al Mughassil<br>POB: Saudi Arabia.<br>(a.k.a Abu Omran), | أحمد إبراهيم المغسل<br>من مواليد السعودية .<br>(المعروف أيضا باسم : أبو عمران) |
| 32. | AbdulKarim Hussein Mohamed Al Nasser,<br>POB: Saudi Arabia. | عبد الكريم حسين محمد الناصر<br>من مواليد السعودية |
| 33. | Ibrahim Saleh Mohamed Al Yacoub,<br>DOB: 16 October 1966, Saudi Arabia. | إبراهيم صالح محمد اليعقوب<br>من مواليد ١٦ أكتوبر ١٩٦٦ بالسعودية . |
| 34. | Ali Atwa<br>DOB: 1963, Lebanon.<br>(a.k.a Abu Salim), | علي عطوة<br>من مواليد ١٩٦٣ – لبنان<br>(المعروف أيضا باسم : أبو سليم) |
| 35. | Ali Saed Ali Elhoorie. | علي سعيد علي الحوري . |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003248

```
10/11/01  SAT 10:00 FAX 0071 4 2840088     FROM-CENTRAL BANK OF THE UAE            +00071205019                T-970  P.05/08  F-135
```

Redacted

36. Hassan Izz Al-Dine .  حسن عز الدين . ٣٦. ✗

37. Ahmad Mohammed Hamed Ali.  أحمد محمد حامد علي . ٣٧. ✗

38. Khalid Shaikh Mohamed
    DOB : 1 March 1964 – Kuwait
    خالد شيخ محمد
    من مواليد ١ مارس ١٩٦٤ – الكويت    ٣٨. ✗

39. Imad Fayez Magniyah
    DOB : 7 December 1962 - Lebanon.
    عماد فايز مغنية
    من مواليد ٧ ديسمبر ١٩٦٢ – لبنان    ٣٩. ✗

All names in between brackets are either additional or incomplete, therefore please verify these names and check with us, in order to inform you of necessary action.

كافة الأسماء فيما بين قوسين إما إضافية أو غير كاملة ، لذا يرجى منكم فحص هذه الأسماء والتأكد لدينا لإعلامكم بالإجراءات الضرورية المطلوبة .

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.
Non compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE

يطلب منكم أيضا عدم تحويل أية أموال إلى الأشخاص / الجهات المذكورة أعلاه في أية منطقة أو دولة وفي حالة إستلام أموال من الأشخاص/ الجهات المذكورة أو لصالحها القيام بتجميدها فورا.

إن عدم الإلتزام سيؤدي إلى تجميد أموالكم في الولايات المتحدة الأمريكية ومنشآتها المالية ودول أخرى وسيعرضكم إلى عقوبات صارمة في دولة الإمارات .

Since these names were announced some time ago, you are requested to respond within (7) days .

بما أن هذه الأسماء أعلنت منذ فترة ، فيرجى منكم الرد خلال (٧) أيام .

Please provide the Banking Supervision & Examination Department with relevant details on the attached form .
In your communications, please use facsimile No. (02) 6674501.

يرجى موافاة دائرة الرقابة والتفتيش على المصارف بالبيانات ذات الصلة على النموذج المرفق .
في مراسلاتكم ، يرجى إستخدام الفاكس رقم ٦٦٧٤٥٠١ (٠٢) .

Yours faithfully,                                                           وتفضلوا بقبول فائق الاحترام ،

[signature]

سلطان بن ناصر السويدي
المحافظ
Sultan Bin Nasser Al Suwaidi
Governor

ARMS\na\gm\sk\mn
1046-2001 aas

ع ش / م ن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003249