# Exhibit C

```
08-16-04  10:35   FROM-AMLSCU                    +971 2 6674501      T-909  P.002/009  F-242
```

## CENTRAL BANK OF THE U.A.E.

مصرف الإمارات العربيه المتحدة المركزي

Central Bank
Decision No.: 2 /355 / 01
Date      : 7/ 11 /2001

قرار المصرف
المركزي رقم : ٢ / ٣٥٥ / ٠١
التاريخ : ٧ / ١١ / ٢٠٠١

To : All Banks, Moneychangers, Investment Companies and other Financial Institutions Operating in the UAE (Including Insurance sector and Financial Markets)

إلى : كافة البنوك والصرافات وشركات الإستثمار المالية والمنشآت المالية الأخرى العاملة في دولة الإمارات العربية المتحدة (يشمل قطاع التأمين والأسواق المالية)

After greetings,

بعد التحية ،،،،

Based on United Arab Emirates decision in conjunction with the International efforts to fight terrorism , you are required to immediately search for and freeze any accounts , deposits, and investments in the names of the following (names between brackets are excluded) :

بناء على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب ، يطلب منكم فورا البحث عن وتجميد أية حسابات أو ودائع أو إستثمارات بالأسماء التالية (تستثنى الأسماء ما بين القوسين) :-

First : **Terrorist Organizations or Terrorist Non Government organizations or entities : -**

أولاً : المنظمات الإرهابية أو الإرهابية غير الحكومية أو الكيانات الإرهابية

1. Aaran Money Wire Service Inc., , Minneapolis, Minnesota – U.S.A.

١. شركة آران لخدمات التحويل المالي ، مينيابلس ، مينيسوتا – الولايات المتحدة .

2. Al Baraka Exchange L.L.C., Deira Dubai, U.A.E.

٢. شركة البركة للصرافة ديره ، دبي – الإمارات العربية المتحدة

3. Al Barakaat, Mogadishu, Somalia; Dubai, U.A.E.

٣. البركات مقاديشو ، الصومال ، دبي – الإمارات

4. Al-Barakaat Bank, Mogadishu, Somalia.

٤. بنك البركات مقاديشو ، الصومال

5. Al-Barakat Bank of Somalia (BSS) Mogadishu, Somalia; Bossaso, Somalia (a.k.a Barakat Bank of Somalia),.

٥. بنك البركات الصومالي (بي إس إس) مقاديشو ، الصومال ، بوساسو ، الصومال (المعروف أيضاً ببنك بركات الصومال)

6. Al-Barakat Finance Group Dubai, U.A.E.; Mogadishu, Somalia

٦. مجموعة البركات للتمويل دبي ، الإمارات ، مقاديشو ، الصومال .

```
16/08 2004 MON 11:26 [TX/RX NO 5940] ☒002
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003251

08-16-04   10:35   FROM-AMLSCU                           +971 2 6674501     T-308   P.003/009   F-242

|     (2)     |     (٢)     |

7. Al-Barakat Financial Holding Co.
   Dubai, UAE; Mogadishu, Somalia

   ٧. شركة البركات المالية
   دبي ، الإمارات ، مقاديشو ، الصومال .

8. Al-Barakat Global Telecommunications
   Dubai, U.A.E.; Mogadishu, Somalia;
   Hargeysa, Somalia.
   (a.k.a Barakaat Globetel Company),

   ٨. البركات للإتصالات الدولية
   دبي – الإمارات ، مقاديشو ، الصومال ،
   هرجيسا ، الصومال .
   (المعروفة أيضاً بشركة بركات للإتصالات الدولية)

9. Al-Barakat Group of Companies
   Somalia Limited
   Dubai, U.A.E; Mogadishu, Somalia.
   (a.k.a Al-Barakat Financial Company),

   ٩. مجموعة شركات البركات الصومال المحدودة
   دبي – الإمارات ، مقاديشو ، الصومال
   (المعروفة أيضاً بشركة البركات المالية)

   Minneapolis, Minnesota – USA

   مينيابلس ، مينسوتا – الولايات المتحدة

13. Al Taqwa Trade, Property and Industry
    Company Limited - Liechtenstein.
    (a.k.a Al Taqwa Trade, Property and
    Industry – Al Taqwa Trade, Property
    and Industry Establishment – Himmat
    Establishment)

    ١٣. التقوى للتجارة – شركة العقارات والصناعة المحدودة – لكتنستاين .
    (المعروفة أيضاً بالتقوى للتجارة و العقارات والصناعة – ومؤسسة التقوى للتجارة والعقارات والصناعة – مؤسسة هيمت .

14. Asat Trust Reg.
    Liechtenstein.

    ١٤. أسات ترست رج
    لكتنستاين

15. Bank Al Taqwa Limited
    Nassau - Bahamas
    (a.k.a Al Taqwa Bank – Bank Al
    Taqwa).

    ١٥. بنك التقوى ليمتد
    ناساو ، بهاما
    (المعروف أيضاً ببنك التقوى )

16. Barakaat Construction Co.
    Dubai – UAE

    ١٦. شركة بركات للإنشاء
    دبي – الإمارات

16/08 2004 MON 11:26   [TX/RX NO 5940]   ☒003

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003252

```
08-16-04   10:35   FROM-AMLSCU              +971 2 6674501      T-308  P.003/008  F-242
```

| (2) | (٢) |
|---|---|

7. Al-Barakat Financial Holding Co.
Dubai, UAE; Mogadishu, Somalia

٧. شركة البركات المالية
دبي ، الإمارات ، مقاديشو ، الصومال .

8. Al-Barakat Global Telecommunications
Dubai, U.A.E.; Mogadishu, Somalia;
Hargeysa, Somalia.
(a.k.a Barakaat Globetel Company),

٨. البركات للإتصالات الدولية
دبي – الإمارات ، مقاديشو ، الصومال ،
هرجيسا ، الصومال .
(المعروفة أيضاً بشركة بركات للإتصالات الدولية)

9. Al-Barakat Group of Companies
Somalia Limited
Dubai, U.A.E; Mogadishu, Somalia.
(a.k.a Al-Barakat Financial Company),

٩. مجموعة شركات البركات الصومال المحدودة
دبي – الإمارات ، مقاديشو ، الصومال
(المعروفة أيضاً بشركة البركات المالية)

10. Al-Barakat International
, Dubai – U.A.E.
(a.k.a Baraco Co.)

١٠. البركات الدولية
دبي – الإمارات
(المعروفة أيضاً بشركة براكو)

11. Al-Barakat Investments,
Deira, Dubai, U.A.E.

١١. البركات للإستثمارات
ديره ، دبي ، الإمارات

12. Al-Barakaat Wiring Service,
Minneapolis, Minnesota - USA

١٢. البركات للخدمات البرقية
مينيابلس ، مينسوتا – الولايات المتحدة

13. Al Taqwa Trade, Property and Industry
Company Limited - Liechtenstein.
(a.k.a Al Taqwa Trade, Property and
Industry – Al Taqwa Trade, Property
and Industry Establishment – Himmat
Establishment)

١٣. التقوى للتجارة – شركة العقارات والصناعة المحدودة – لختستاين .
(المعروفة أيضاً بالتقوى للتجارة و العقارات والصناعة – ومؤسسة التقوى للتجارة والعقارات والصناعة – مؤسسة هيمت .

14. Asat Trust Reg.
Liechtenstein.

١٤. إساث ترست رج
لختستاين

15. Bank Al Taqwa Limited
Nassau - Bahamas
(a.k.a Al Taqwa Bank – Bank Al Taqwa).

١٥. بنك التقوى ليمتد
ناساو ، بهاما
(المعروف أيضاً ببنك التقوى )

16. Barakaat Construction Co.
Dubai – UAE

١٦. شركة بركات للإنشاء
دبي – الإمارات

```
                    16/08 2004 MON 11:26  [TX/RX NO 5940]  ☒001
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003253

08-16-04  10:35  FROM-AMLSCU  +971 2 6674501  T-309  P.004/009  F-242

| (3) | (٣) | |
|---|---|---|
| 17. Barakaat Group of Companies, Dubai, U.A.E., Mogadishu, Somalia. | مجموعة شركات بركات<br>دبي – الإمارات ، مقاديشو ، الصومال | ١٧. |
| 18. Barakaat International, Sweden | بركات الدولية<br>السويد | ١٨. |
| 19. Barakaat International Foundation, Spanga, Stockholm, Sweden; | مؤسسة بركات الدولية<br>سبانغا ، ستوكهولم السويد | ١٩. |
| 20. Barakaat North America Ottawa, Ontario, Canada. | شركة بركات أمريكا الشمالية<br>أوتاوا – أنتاريو ، كندا . | ٢٠. |
| 21. Barakaat Red Sea Telecommunications, Somalia. | بركات البحر الأحمر للإتصالات<br>الصومال | ٢١. |
| 22. Barakat Telecommunications Co. Somalia, Ltd. Dubai – U.A.E. | شركة بركات للإتصالات الصومال ليمتد<br>دبي – الإمارات | ٢٢. |
| 23. Barakat Banks and Remittances, Mogadishu, Somalia; Dubai, U.A.E. | بنوك وتحويلات بركات<br>مقاديشو ، الصومال ، دبي ، الإمارات | ٢٣. |
| 24. Barakaat Boston, Dorchester, Massachussets – U.S.A | بركات بوسطن<br>دورشستر ، ماسا شوستس – الولايات المتحدة | ٢٤. |
| 25. Barakat Computer Consulting (BCC) Mogadishu, Somalia. | بركات لإستشارات الكمبيوتر (بي سي سي)<br>مقاديشو ، الصومال | ٢٥. |
| 26. Barakat Consulting Group (BCG) Mogadishu, Somalia. | مجموعة بركات للإستشارات (بي سي جي)<br>مقاديشو ، الصومال | ٢٦. |
| 27. Barakat Global Telephone Company, Magadishu, Somalia, Dubai – U.A.E. | شركة بركات الدولية للهاتف<br>مقاديشو ، الصومال ، دبي ، الإمارات | ٢٧. |
| 28. Barakat Enterprise, Columbus, OHIO - USA. | مؤسسة بركات<br>كولومبس ، أوهايو – الولايات المتحدة . | ٢٨. |
| 29. Barakat International Companies (BICO) Mogadishu, Somalia; Dubai, U.A.E. | شركات بركات الدولية (بيكو)<br>مقاديشو ، الصومال ؛ دبي – الإمارات | ٢٩. |

16/08 2004 MON 11:26 [TX/RX NO 5940] ☒004

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

```
08-16-04    10:35    FROM-AMLSCU              +971 2 6674501    T-308  P.005/009  F-242
```

| # | (4) | (٤) | # |
|---|---|---|---|
| 30. | Barakaat International, INC. Minneapolis, Minnesota – USA. | شركة بركات الدولية ميتيابلس ، مينوسوتا – الولايات المتحدة. | .٣٠ |
| 31. | Barakat Post Express (BPE) Mogadishu, Somalia. | بركات للبريد السريع (بي بي إي) مقاديشو ، الصومال . | .٣١ |
| 32. | Barakat Refreshment Company Mogadishu, Somalia; Dubai, U.A.E. | شركة بركات للمنعشات ، مقاديشو ، الصومال ؛ دبي ، الإمارات . | .٣٢ |
| 33. | Barakat Telecommunications Company Limited Mogadishu, Somalia; The Netherlands. (a.k.a Betelco), | شركة بركات للإتصالات ليمتد مقاديشو ، الصومال – هولندا (المعروفة أيضاً بتلكو) ، | .٣٣ |
| 34. | Barakaat Wire Transfer Co. Seattle, Washington – USA. | شركة بركات للتحويل البرقي ، سياتل ، واشنطن – الولايات المتحدة | .٣٤ |
| 35. | Barako Trading Company, LLC Dubai – U.A.E. | شركة براكو التجارية ذ م م دبي – الإمارات | .٣٥ |
| 36. | Baraka Trading Co. Dubai – U.A.E. | شركة بركه التجارية ذ م م دبي – الإمارات . | .٣٦ |
| 37. | Global Service International Minneapolis, Minnesota - USA | غلوبال سرفيس إنترناشيونال مينيابلس ، مينوستا – الولايات المتحدة . | .٣٧ |
| 38. | Heyatul Ulya, Mogadishu, Somalia. | حياة الأولية مقاديشو ، الصومال . | .٣٨ |
| 39. | Nada Management Organization Sa Switzerland. (f.k.a Al Taqwa Management Organization SA), | مؤسسة ندى للإدارة إس إيه سويسرا (سابقاً معروفة بمؤسسة التقوى للإدارة إس إيه) ، | .٣٩ |
| 40. | Parka Trading Company Deira, Dubai, UAE. | شركة بركه التجارية ديره ، دبي ، الإمارات | .٤٠ |
| 41. | Red Sea Barakat Company Limited Mogadishu, Somalia; Dubai, U.A.E. | شركة بركات البحر الأحمر ليمتد مقاديشو ، الصومال ؛ دبي ، الإمارات | .٤١ |
| 42. | Somali Internet Company, Mogadishu, Somalia | شركة الصومال إنترنت مقاديشو ، الصومال . | .٤٢ |

```
16/08 2004 MON 11:26  [TX/RX NO 5940]  @005
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003255

(5)                                                            (٥)

43. Somali International Relief Organization, Minneapolis, Minnesota – USA        ٤٣. منظمة صومالي للإغاثة الدولية مينيابلس ، مينوستا – الولايات المتحدة .

44. Somali Network AB, Spanga, Sweden.        ٤٤. شبكة صومالي إيه بي ، سبانغا ، السويد

45. Youssef M. Nada Switzerland.        ٤٥. يوسف م ندى سويسرا

46. Youssef M. Nada & Co. Vienna, Austria.        ٤٦. يوسف إم ندى وشركاه فينا ، النمسا

**Second: Persons with Terrorists Connections :-**        **ثانياً : أشخاص لهم علاقة بار هابيين : -**

47. Hussein Mahamud Abdullkadir DOB 01 June 1968 Florence, Italy.        ٤٧. حسين محمود عبد القادر تاريخ الميلاد ١ يونيو ١٩٦٨ فلورنس ، إيطاليا

48. Abdirisak Aden DOB : 1 June, 1968 Spanga, Sweden.        ٤٨. عبد الرزاق آدن تاريخ الميلاد ١ يونيو ١٩٦٨ سبانغا ، السويد

49. Abbas Abdi Ali, Mogadishu, Somalia        ٤٩. عباس عبدي علي مقاديشو ، الصومال

50. Abdi AbdulAziz Ali, DOB 01 January 1955 Spanga – Sweden        ٥٠. عبدي عبد العزيز علي تاريخ الميلاد ١ يناير ١٩٥٥ سبانغا – السويد

51. Yusaf Ahmed Ali, DOB : 20 November 1974 Spanga, Sweden        ٥١. يوسف أحمد علي تاريخ الميلاد ٢٠ نوفمبر ١٩٧٤ سبانغا ، السويد

52. Dahir Ubeidullahi Aweys Rome, Italy.        ٥٢. ظاهر عبيد الله عويس روما ، إيطاليا

53. Hassan Dahir Aweys DOB : 1935 - Citizen Somalia (a.k.a Ali, Sheikh Hassan Dahir Aweys – Awes, Shaykh-Hassan Dahir).        ٥٣. حسن ظاهر عويس تاريخ الميلاد ١٩٣٥ – مواطن صومالي (المعروف أيضاً بإسم : الشيخ حسن ظاهر عويس علي – حسن ضاهر عويس) ،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003256

```
08-16-04   10:36   FROM-AMLSCU              +971 2 6674501     T-308  P.007/009  F-242
```

(6)          (٦)

54. Ali Ghaleb Himmat,
DOB : 16 June 1938; POB Damascus, Syria,
Switzerland & Tunisia.

٥٤. علي غالب هيمات ،
تاريخ الميلاد ١٦ يونيو ١٩٣٨ دمشـــق ، سوريا
سويسرا ، تونس

55. Albert Friedrich Armand Huber
DOB : 1927
Switzerland.
(a.k.a Huber, Ahmed),

٥٥. إلبرت فريدريك أرماند هوبر
تاريخ الميلاد ١٩٢٧
سويسرا
(المعروف أيضاً بإسم : هوبر أحمد )

56. Hussein, Liban,
Ontario, Ottawa, Canada.

٥٦. حسين ليبان ،
أونتاريو ، أوتاوا – كندا

57. Garad Juma
DOB : 26 June 1974
Minneapolis, Minnesota - USA
(a.k.a Nor, Garad K. – Wasrsame, Fartune Ahmed),

٥٧. غاراد جما
تاريخ الميلاد ٢٦ يونيو ١٩٧٤
مينيابلس ، مينوستا – الولايات المتحدة
(المعروف أيضاً بإسم : غارادك نـــور – واسرسايم فارتون أحمد)

58. Ahmed Nur Ali Jim'ale
Dubai – U.A.E.
(a.k.a Ahmed Ali Jimale – , Ahmad Nur Ali Jim'ale – Ahmed Nur Jumale – Ahmed Ali Jumali)

٥٨. أحمد نور علي جمالي
دبي – الإمارات
(المعروف أيضاً بإسم : أحمد علي جمــالي – أحمد نور علي جمالي – أحمـــد علـــي جمالي)

59. Abdullahi Hussein Kahie
Mogadishu, Somalia

٥٩. عبد الله حسين كاهي
مقاديشو ، الصومال

60. Mohamed Mansour
DOB : 1928, POB Egypt or U.A.E
Zurich, Switzerland.
(a.k.a Al-Mansour, Dr. Mohamed)

٦٠. محمد منصور
تاريخ الميلاد ١٩٢٨ ومكان الميلاد مصر أو الإمارات
زيورخ ، سويسرا
(المعـــروف أيضـــاً بإســـم د. محمـــد المنصور)

61. Zeinab Mansour Fattouh,
Zurich, Switzerland.

٦١. زينب منصور فتوح
زيورخ ، سويسرا

```
16/08 2004 MON 11:26   [TX/RX NO 5940]  @007
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003257

```
09-16-04   10:36   FROM-AMLSCU              +971 2 6674501      T-306  P.008/008  F-242
```

|     |                                                                                                                                                   |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------- |
| 62. | Youssef Nada,<br>DOB 17 May 1931 or 17 May, 1937<br>POB Alexandria, Egypt ; Citizen : Tunisia.<br>(a.k.a Nada, Youssef M. – Nada Youssef Mustafa) |

All names in between brackets are either additional or incomplete, therefore please verify these names and check with us, in order to inform you of necessary action.

Your are also required not to transfer any funds to the persons /or entities mentioned above into any territory or country and in case you received funds from the persons /or entities mentioned or for their favour to freeze it immediately.

Non compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE

Please provide the Special Unit, Central Bank, Abu Dhabi, with relevant details on the attached form.

In your communications, please use facsimile No. (02) 6674501.

Yours faithfully,

Sultan Bin Nasser Al Suwaidi
Governor

ARMS/JS/Mn
1205-2001

```
16/08 2004 MON 11:26  [TX/RX NO 5940]  ☑008
```

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003258