# Exhibit D

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | | |
|---|---|---|---|
| Central Bank Decision No.: | 2/199/03 | قرار المصرف المركزي رقم : | ٠٣/١٩٩/٢ |
| Date : | 06/07/2003 | التاريـخ : | ٢٠٠٣/٠٧/٠٦ |
| To : | All Banks, Moneychangers, Investment Companies and other Financial Institutions (including Insurance sector and Financial Markets) Operating in the UAE | إلـــــى : | كافة البنوك والصرافات وشـــــركات الاســتثمار والمنشـــآت الماليـــــة الأخـــرى (يشــمل قطــاع التــأمين والأسواق المالية) العاملة في دولـــة الإمارات العربية المتحدة. |

After Greetings,

بعد التحية،،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following :-

بناءً على قرار دولـــــة الإمارات العربية المتحدة بالتضامن مع الجهود الدوليـــة لمكافحـــة الإرهـــاب، يطلب منكم فوراً البحث عن وتجميد أية حســـابات أو ودائع أو استثمارات أو تحويـــلات ماليــة بالأســماء التالية:-

First: - Individuals/entities belonging to/or associated with the Taliban.

أولاً : الأفراد/ المنشآت المملوكة من/أو المرتبطة بحركة طالبان.

(A) Individuals (152 - Persons)

أ - الأفراد (١٥٢- شخص)

## Redacted



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003467

- 2 -                                    – ٢ –

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003468

- 3 -                                   ‏– ٣ –

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

- 4 -

**Redacted**



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003470

- 5 -                                          — o —

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003471

- 6 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

- 7 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

- 8 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003474

- 9 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

- 10 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003476

- 11 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003477

- 12 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003478

JUL-08-03 13:35    FROM-CENTRAL BANK OF THE U A E       +0097126650706      T-455   P.13/24   F-367

- 13 -                                            — ١٣ —

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003479

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003480

- 15 -

**Redacted**

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003481

- 16 -                              — ١٦ —

**Redacted**

(B) Entities: (One Entity)                المنشآت (منشأة واحدة)        ب-

**Redacted**

Second:-  Individuals/ Entities belonging       ثانيا:  الأفراد/المنشآت المملوكة من/ أو المرتبطة
to/or associated with Al-Qaida            بتنظيم القاعدة.
Organisation

(A) Individuals (21 Persons)               الأفراد (٢١ شخص)    أ –

1) MAJEED ABDUL CHAUDHRY                ١) مجيد عبدول شودري
   a.k.a.  Majeed, Abdul,  Majeed Chaudhry    معروف أيضا بـ مجيد، عبدول، مجيد شـــودري
   Abdul, Majid, Abdul                عبدول، ماجد عبدول
   DOB: a) 15 April 1939 b) 1938          تاريخ الميلاد (أ) ١٥ أبريل ١٩٣٩ و(ب) ١٩٣٨
   Nationality: Pakistani                الجنسية : باكستاني

2) IBRAHIM    ALI MUHAMMAD ABU          ٢) إبراهيم علي محمد أبوبكر،
   BAKR
   a.k.a.: Al-Libi, Abd al-Muhsin          المعروف أيضا بـ الليبي، عبدالمحسن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003482

- 17 -
<span dir="rtl">- ١٧ -</span>

3) ABD AL-HADI AL-IRAQI a.k.a
   ABU ABDULLAH

<span dir="rtl">٣) عبدالهادي العراقي، المعروف أيضاً بـ أبوعبداش</span>

4) ABU BAKR AL-JAZIRI
   Nationality: Algerian,
   Address: Peshawar, Pakistan

<span dir="rtl">٤) أبوبكر الجزيري</span>
<span dir="rtl">الجنسية: جزائري، عنوانه: بيشاور - باكستان</span>

5) NAZIH ABDUL HAMED AL RAGHIE
   Nationality : Libya a.k.a.: Anas Al-Liby or
   Al-Sabai Anas

<span dir="rtl">٥) نزيه عبدالحميد الراقي</span>
<span dir="rtl">الجنسية: ليبي، المعروف أيضا بأنس الليبي أو</span>
<span dir="rtl">الصبي أنس</span>

6) MAHMOOD SULTAN BASHIR-UD-DIN
   DOB: a) 1937 b) 1938 c) 1939 d) 1940
   e) 1941 f) 1942 g) 1943 h) 1944 i) 1945

   a.k.a.: a) Mahmood, Sultan Bashiruddin
   b) Mehmood, Dr. Bashir Uddin c) Mekmud,
   Sultan Baishiruddin Nationality: Pakistani,
   Address: Kabul, Afghanistan

<span dir="rtl">٦) محمود سلطان بشير الدين</span>
<span dir="rtl">تاريخ الميلاد أ- ١٩٣٧ ب-١٩٣٨ ج-١٩٣٩</span>
<span dir="rtl">د- ١٩٤٠ هـ- ١٩٤١ و-١٩٤٢ ز-١٩٤٣</span>
<span dir="rtl">ح-١٩٤٤ ط-١٩٤٥</span>
<span dir="rtl">المعروف أيضا بـ أ- محمود سلطان بشير الدين</span>
<span dir="rtl">ب- د. محمود بشير الدين ج- مكمود سلطان بشير</span>
<span dir="rtl">الدير، الجنسية: باكستاني، عنوانه: كابول-أفغانستان</span>

7) ADEL BEN SOLTANE
   DOB: July 14, 1970 POB: Tunis, Tunisia
   Address: Milan, Italy

<span dir="rtl">٧) عادل بن سلطان</span>
<span dir="rtl">تاريخ الميلاد ١٤ يوليو ١٩٧٠ في تونس</span>
<span dir="rtl">العنوان، ميلان، إيطاليا</span>

8) NABIL BENATTIA
   DOB: May 11, 1966 POB: Tunis, Tunisia

<span dir="rtl">٨) نبيل بن عطيه</span>
<span dir="rtl">تاريخ الميلاد ١١ مايو ١٩٦٦ في تونس</span>

9) YASSINE CHEKKOURI
   DOB: October 6, 1966 POB: Safi, Morocco

<span dir="rtl">٩) ياسين شكوري</span>
<span dir="rtl">تاريخ الميلاد ٦ أكتوبر ١٩٦٦ في صافي-المغرب</span>

10) AWEYS HASSAN DAHIR
    DOB: 1935, a.k.a:
    A) Ali, Sheikh Hassan Dahir Aweys
    B) Awes, Shaykh Hassan Dahir
    Nationality: Somalia

<span dir="rtl">١٠) عويس حسن ظاهر</span>
<span dir="rtl">تاريخ الميلاد: ١٩٣٥، المعروف أيضاً:</span>
<span dir="rtl">أ- شيخ حسن ظاهر عويس علي، ب- شــيخ</span>
<span dir="rtl">حسن ظاهر عويس، الجنسية: صومالي</span>

11) GULBUDDIN HEKMATYAR
    DOB:   August 1, 1949 POB: Konduz
    Province, Afghanistan

<span dir="rtl">١١) قلب الدين حكمتيار</span>
<span dir="rtl">تاريخ الميلاد: ١ أغسطس ١٩٤٩ فـي مقاطعة</span>
<span dir="rtl">قندز، أفغانستان</span>

12) RIADH JELASSI
    DOB: December 15,1970 POB: Tunisia

<span dir="rtl">١٢) رياض جلاسي</span>
<span dir="rtl">تاريخ الميلاد ١٥ ديسمبر ١٩٧٠ في تونس</span>

13) WA'EL HAMZA JULAIDAN
    DOB: 22 January 1958 POB: Al-Madinah,
    Saudi Arabia

    a.k.a: Abu Al-Hasan Al Madani
    Holder of Saudi Passport No. A-992535

<span dir="rtl">١٣) وائل حمزة جليدان</span>
<span dir="rtl">تاريخ الميلاد: ٢٢ يناير ١٩٥٨ في المدينـة فـي</span>
<span dir="rtl">المملكة العربية السعودية</span>
<span dir="rtl">المعروف أيضا بـ أبو الحسن المدني</span>
<span dir="rtl">حامل جواز سفر سعودي رقم: أيه. ٩٩٢٥٣٥</span>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003483

JUL-06-03 15:35   FROM-CENTRAL BANK OF THE U A E        +0097126650708        T-455  P.18/24  F-367

- 18 -                                    — ١٨ —

14) MEHDI KAMMOUN                                          ١٤) مهدي كمون
    DOB: April 3, 1968 POB: Tunis, Tunisia       تاريخ الميلاد: ٣ أبريل ١٩٦٨ في تونس
    Address: Milan - Italy                       العنوان: ميلان – إيطاليا

15) SAMIR KISHK                                            ١٥) سمير كشك
    DOB: May 14, 1955 POB: Gharbia - Egypt       تاريخ الميلاد ١٤ مايو ١٩٥٥ في الغربية– مصر

16) TAREK BEN HABIB MAAROUFI                               ١٦) طارق بن حبيب معروفي
    DOB: November 23, 1965                        تاريخ الميلاد: ٢٣ نوفمبر ١٩٦٥ في غارديماو –
    POB: Ghardimaou - Tunisia                                                          تونس

17) ABDELHALIM REMADNA                                     ١٧) عبدالحليم رمادنه
    DOB: April 2, 1966 POB: Bistra - Algeria     تاريخ الميلاد: ٢ أبريل ١٩٦٦ في بسترا، الجزائر

18) MANSOUR THAER                                          ١٨) منصور ثائر
    DOB: March 21, 1974 POB: Baghdad-            تاريخ الميلاد: ٢١ مـارس ١٩٧٤ فـي بغـداد،
    Iraq                                                                              العراق

19) LAZHAR BEN MOHAMMED TLILI                             ١٩) لزهر بن محمد تليلي
    DOB: March 26, 1969 POB: Tunis -            تاريخ الميلاد ٢٦ مارس ١٩٦٩، تونس، العنـوان
    Tunisia. Address: Legnano - Italy                                    لغنانو، إيطاليا

20) MOHAMMED TUFAIL                                        ٢٠) محمد طفيل
    a.k.a.: a) Tufail, S.M. b) Tuffail - Sheik      المعـروف أيضـا بـ أ– أس.إم. طفيـل
    Mohammed                                        ب –ﺓ شيخ محمد طفيل
    Nationality: Pakistani                          الجنسية: باكستاني

21) HABIB WADDANI                                          ٢١) حبيب وداني
    DOB: June 10, 1970 POB: Tunis - Tunisia     تاريخ الميلاد: ١٠ يونيو ١٩٧٠ في تونس
    Address: San Donato M.se (MI) - Italy        العنـــوان: ســـان دونـــاتو
                                                 إم سي (إم ١) – إيطاليا

(B) Entities (35)                                          ب – المنشآت (٣٥)

1) AFGHAN SUPPORT COMMITTEE (ASC)                          ١) لجنة دعم الأفغان (إيه أس سي)
   a.k.a.: a) Lajnat ul Masa Eidatul Afghania      المعروفة أيضـا بـ أ– لجنـة المســاعدات
   b) Jamiat Ihya ul Turath al Islamia             الأفغانية ب– جمعية إحيـاء الــتراث الإسـلامية
   Address: a) Peshawar - Pakistan                 بيشاور – باكستان

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003484

- 19 -                                            - ١٩ -

2) AKIDA BANK PRIVATE LIMITED
   a.k.a.: a) Akida Islamic Bank International
   Limited  b) Iksir International Bank Limited
   **Address:** a) C/o Arthur D. Hanna &
   Company  b) 10 Deveaux Street, Nassau,
   Bahamas  c) P.O. Box N-4877, Nassau,
   Bahamas

٢) عقيدة بنك برايفيت ليمتد
المعروف أيضا بـ: أ- بنـك العقيـدة الإســلامي
الدولي المحدود بـ-بنك إكسر الدولي المحـدود.
العنوان: أ- لعناية آرثر دي. حنا وشركاه، ب-١٠
ديفوستريت، ناساو، باهامــاز. ج- ص.ب: إن-
٤٨٧٧، ناساو، باهاماز.

3) AKIDA INVESTMENT CO. LTD.
   a.k.a.: Akida Investment Company Limited
   f.k.a.: Akida Bank Private Limited
   **Address:** a) Arthur D. Hanna & Company
   b) 10 Deveaux Street, Nassau, Bahamas
   c) P.O. Box N-4877, Nassau, Bahamas

٣) عقيدة أنفستمنت كمبني ليمتد
المعروفة أيضا بـ: أ- شركة العقيدة للاستثمار
المحدودة المعروفة أيضا ببنك العقيـدة الخـاص
المحدود. العنوان: أ- أرثـر دي. حنـا وشـركاه
بـ- ١٠ديفـو ســتريت، نـاســاو، باهامــاز،
ج- ص.ب: إن- ٤٨٧٧، ناساو، باهاماز.

4) AL-HARAMAIN ISLAMIC
   FOUNDATION
   **Address:** Bosnia and Herzegovina

٤) مؤسسة الحرمين الإسلامية

العنوان: بوسنيا وهرسوجوفينا

5) AL-HARAMAIN ISLAMIC
   FOUNDATION
   **Address:** Somalia

٥) مؤسسة الحرمين الإسلامية

العنوان: الصومال

6) ANSAR AL-ISLAM
   a.k.a.: a) Devotees of Islam b) Jund al-
   Islam c) Soldiers of Islam d) Kurdistan
   Supporters of Islam e) Supporters of Islam
   in Kurdistan f) Followers of Islam in
   Kurdistan g) Kurdistand Taliban h) Soldiers
   of God Location: The Kurdish-controlled
   area of northeastern - Iraq.

٦) أنصار الإسلام
المعروفة أيضا بـ: أ- أنصار الإسلام، ب- جنـود
الإسلام، د- جنـود الإسـلام فـي كردسـتان،
و-تابعو الإسلام في كردستان، ز-طالبان كردستان،
ح- جنـد الله، المكـان: المنطقـة الخاصـة
للسيطرة الكردية شمال شرق العراق.

7) BA TAQWA' FOR COMMERCE AND
   REAL ESTATE COMPANY LIMITED
   **Address:** a) Vaduz, Liechtenstein
   b) formerly c/o Astat Trust reg.

٧) شركة باتقوى للتجارة والعقارات ليمتد
العنوان: فادوز، ليكتنشتاين، ب- لعناية أســتات
ترست ريج سابقاً.

8) BENEVOLENCE : INTERNATIONAL
   FUND
   a.k.a.: Benevolent International Fund
   **Address:** a) 2465 Cawthra Rd., Unit 203,
   Mississauga, Ontario, L5A 3P2: Canada b)
   P.O. Box 1508, Station B, Mississauga,
   Ontario, L4Y 4G2 Canada c) P.O. Box
   40015, 75 King Street South, Waterloo,
   Ontario, N2J 4V1 Canada d) 92 King Street,
   201, Waterloo, Ontario, N2J 1 P5 Canada

٨) بنوفولنس انترناشيونال فند
المعروفة أيضا بـ: بنوفالنت إنترناشيونال فند
العنوان: أ- ٢٤٦٥ كوثـرة رود، الوحـدة ٢٠٣
مسيسوغا، انتاريو إل ٥ ايـه، كنـدا، ب- ص.ب:
١٥٠٨ المحطة بـ مسيسوغا، انتـاريو إل ٤ واي ٤
جي ٢، كندا، ج- ص.ب: ٤٠٠١٥، ٧٥ كنـغ
ستريت ساوث، واترلو أونتاريو إن ٢، جاي ٤ فـي
١ كندا، د- ٩٢ كنغ ستريت ٢٠١ واترلو، انتـاريو
إن ٢ جاي ١ بي ٥ كندا

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003485

- 20 -                                                          - ٢٠ -

9) BOSANSKA IDEALNA FUTURA
   **a.k.a.:** a) BIF-Bosnia b) Bosnian Ideal
   **Future Address:** a) Salke Lagumdzije 12,
   71000 Sarajevo, Bosnia- Herzegovina b)
   Hadzije Mazica Put 16F, 72000 Zenica,
   Bosnia-Herzegovina c) Sehidska Street,
   Breza, Bosnia-Herzegovina d) Kanal 1,
   72000 Zenica, Bosnia-Herzegovina e)
   Hamze Celenke 35, Ilidza, Sarajevo,
   Bosnia-Herzegovina

٩) بوسانسكا ايديالنا فيوتورا
المعروفة أيضاً بـ: أ- بي آي إف – بوسنيا ب-
بوسنيان أيديـال فيوتـر، العنـوان: أ- ســالكي
لاجومزي ١٢، ٧١٠٠٠ سراييفو، بوسـنيا، ج-
هجينـكا سـزيت، بريزا، بوسـينا، د- كنـال ١،
٧٢٠٠٠ زنيكا بوسنيا هرسوجوفينا، هـ- حمـزه
سلنكه ٣٥، ليدزا، سراييفو، بوسنيا هرسوجوفنيا

10) THE EASTERN TURKISTAN ISLAMIC

   MOVEMENT
   **a.k.a.:** a) The Eastern Turkistan Islamic
   Party b) The Eastern Turkistan Islamic
   Party of Allah

١٠) ذا ايسترين تركستان إسلامك موفمنت (الحركة
الإسلامية الشرقية التركستانية)

المعروفة أيضاً بـ: أ- ايسترن تركستان اسـلامك
بارتي، ب- ذا ايسترن تركستان اسـلامك بـارتي
أوف الله.

11) GLOBAL RELIEF FOUNDATION
    (GRF)
    **a.k.a.:** a) Fondation Secours Mondial
    (FSM)     b) Secours mondial de France
    (SEMONDE)   c)   Fondation   Secours
    Mondial- Belgique a.s.b.l. d) Fondation
    Secours Mondial vzw e) FSM f) Stichting
    Wereldhulp -Belgie, v.z.w.g) Fondation
    Secours Mondial- Kosova h) Fondation
    Secours Mondial "World Relief"

١١) جلوبال رليف فاونديشن (جي آر اف)

المعروفة أيضاً بـ: أ- فاونديشن سيكورز موندوال
(اف اس ام)، ب- سيكورز مونديال دي في فرانس
(سموند)ج- فاونديشن سيكورز مونديال - بلجيكا
ايه اس بي لي، د- فاونديشن سيكورز مونديال في
زد دبليو، هـ- اف اس ام، و- ستشتنغ ورلد هلب
- بلجيكا، في اس دبليو، ح- فاندايشن سيكورز
موندوال – كوسوفو ، ط- فاندايشن سيكورز
سيكورز موندال "وورلد رليف".

   **Address:** a) 9935 South 76th Avenue, Unit
   1; Bridgeview, Illinois 60455, U.S.A. b)
   P.O. Box 1406, Bridgeview, Illinois 60455,
   U.S.A. c)  49 rue du Lazaret, 67100
   Strasebourg, France d) Vaatjesstraat, 29,
   2580 Putte, Belgium e) Rue des Bataves 69,
   1040 Etterbeek, Brussels, Belgium f) P.O.
   Box 6, 1040 Etterbeek 2, Brussels, Belgium
   g) Mula Mustafe Baseskije Street No. 72,
   Sarajevo, Bosnia h) Put Mladih Muslimana
   Street 30/A, Sarajevo, Bosnia i) Rr.
   Skenderbeu 76, Lagija Sefa, Gjakova,
   Kosovo j) Ylli Morina Road, Djakovica,
   Kosovo k) Rruga e Kavajes, Building No.3,
   Apartment No. 61, P.O. Box 2892, Tirana,
   Albania l) House 267 Street No. 54, Sector
   F -11/4, Islamabad, Pakistan m) Saray Cad.
   No. 37 B Blok, Yesilyurt Apt. 2/4,
   Sirinevler, Turkey.

العنوان: أ- ٩٩٣٥ جنوب ٧٦ افنيو، الوحـدة ١،
بردج فيو، اليوني ٦٠٤٥٥، أمريكا. ب-ص.ب:
١٤٠٦ بردج فيو النوي ٦٠٤٥٥ أمريكـا. ج- ٤٩
شارع لازارت، ٦٧١٠٠ ستراسبورج، فرنسا، د-
فاتجسترات ٢٩، ٢٥٨٠، بوت بلجيكـا، و-روسب
٦، ١٠٤٠، أتربيك، بروكسل، بلجيكـا، ز- مـلا
مصطفى باسيسكج سزيت ٧٢، سراييفو، بوسـينا
ط- شارع سكندربو ٧٦، لاكيجا، سيفا، جياكوفـا،
كوسوفو، ك- يلـــي موربنـا ورد، دياكوفينشـا،
كوسوفو، ك- روجا آي كافايس، بناية رقم ٣، شقة
رقم ٦١ ص.ب: ٢٨٩٢ تيرانا البانيـا، ل- بيـت
رقم ٢٦٧ شـارع رقـم ٥٤، منطقـة اف-١١/٤،
إسلام أباد، باكستان، م- سـاراي كـاد رقـم ٣٧
بلوك ب بسيليورت شقة ٤/٢ سيربنفلز، تركيا.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003486

JUL-06-03 15:37   FROM-CENTRAL BANK OF THE U A E   +0087125550708   T-459   P.21/24   F-001

- 21 -                                                                      — ٢١ —

12) GULF CENTER S.R.L.
    **Address:** Corso Sempione 69.20149 Milan, Italy

١٢) جلف سنتر اس ار ال
    **العنوان:** كورسو سمبيوني ٦٩،٢٠١٤٩ ميلان، ايطاليا ✕

13) ISLAMIC INTERNATIONAL BRIGADE (IIB)
    **a.k.a.:** a) The Islamic Peacekeeping Brigade b) The Islamic Peacekeeping Army c) The International Brigade d) Islamic Peacekeeping Battalion e) International Battalion f) Islamic Peacekeeping International Brigade

١٣) إسلاميك انترناشيونال بريجايد (أي.أي.بي)
    المعروفة أيضا بـ: أ–ذا اسلامك بيـــس كيبينـج بريجايد، ب– ذا اسلامك بيـس كيبينج ارمـي، ج– ذا انترناشيونال بريجايد، د– اسـلامك بيـس كيبينج باتالينون، هـ– انترناشـــيونال باتـاليون، و– اسلامك بيس كيبينج انترناشيونال بريجايد. ✕

14) JEMAAH ISLAMIYAH

١٤) جماعة اسلامية ✕

15) LAJNAT AL DAAWA AL ISLAMIYA (LDI)

١٥) لجنة الدعوة الإسلامية (إل دي أي) ✕

16) LASHKAR I JHANGVI (LJ)

١٦) لشقر جانكفي (إل. جأي) ✕

17) MAMOUN DARKAZANLI IMPORT - EXPORT COMPANY
    **a.k.a.:** a) Darkazanli Company b) Darkazanli Export-Import Sonderposten
    **Address:** Uhlenhorsterweg 34 11 Hamburg - Germany.

١٧) شركة مأمون داركازانلي – اكسبورت – أمبورت
    المعروفة أيضا بـ: أ– دركزانلي كومبني، ب– دركزانلي اكسبورت – امبورت سوندربوشتن
    **العنوان:** اهلنوروستروج ٣٤، ١١ هـامبورج ألمانيا ✕

18) MIGA-MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER
    **Address:** Via Maggio 21, 6900 Lugano T1, Switzerland

١٨) ميجا–مالازيان سويس، جلف آند أفريكا تشامبر
    **العنوان:** فيا ماجيو ٢١، ٦٩٠٠ لوجانو، تـي أي، سويسرا ✕

19) MOROCCAN ISLAMIC COMBATANT GROUP
    **a.k.a.:** Groupe Islamique Combattant Marocain

١٩) مجموعة المحاربين الإسلاميين المغاربة
    المعروفة أيضـا بـــ: مجموعـة المحاربين الإسلاميين المغاربة ✕

20) NADA INTERNATIONAL ANSTALT
    **Address:** a) Vaduz, Liechtenstein

٢٠) ندى انترناشيونال انستالت
    العنوان: أ– فادوز، ليخنتستاين ✕

22. NASCO BUSINESS RESIDENCE CENTER SAS DI NASREDDIN AHMED IDRIS EC
    **Address:** Corso Sempione 69, 20149 Milan -Italy

٢٢) ناسكو بزنس رزيدانس سنتر سـاس دي نصـر الدين أحمد ادريس إي سي.
    **العنوان:** كورسو سمبيوني ٦٩، ٢٠١٤٩ ميـلان، ايطاليا ✕

23) NASCO NASREDDIN HOLDING A.S.
    **Address:** Zemin Kat, 219 Demirhane Caddesi, Zeytinburnu, Istanbul, Turkey

٢٣) ناسكو نصر الدين هولدنحز ايه أس
    **العنوان:** زمين كات، ٢١٩ دمير هـان كادسـي، زيتينبرنو، اسطنبول، تركيا ✕

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003487

- 22 -                                               — ٢٢ —

24) NASCOSERVICE S.R.L.
   **Address:** Corso Sempione 69,20149
   Milan, Italy

٢٤) ناسكوسيرفيز اس ار ال
العنوان: كورسو سمبيون ٦٩، ٢٠١٤٩ ميـلان،
إيطاليا

25) NASCOTEX S.A.
   **a.k.a.:** a) Industrie Generale De Filature Et
   Tissage b) Industrie Generale De Textile
   **Address:** a) KM 7 Route de Rabat, BP
   285, Tangiers, Morocco b) KM 7 Route de
   Rabat, Tangiers, Morocco

٢٥) ناسكوتكس أس ايه
المعروفة أيضاً بـــــــ: أ- اندسـتري جنـرال دي
فيلتور إتـــــسـجاج، ب- اندسـتري جنـرال دي
تكستايل، العنوان: أ- كاي ام ٧ شارع الرباط بـي
بي ٢٨٥ تجيرز المغرب، ب- كاي ام ٧ شـــارع
الرباط، تنجيرز، المغرب

26) NASREDDIN COMPANY NASCO SAS
   DI AHMED IDRIS NASREDDIN EC
   **Address:** Corso Sempione 69,20149
   Milan, Italy

٢٦) نصرالدين كومباني ناسكو ساس دي أحمد ادريس
نصر الدين أي سي، العنوان: كمرشو ســـمبيون
٦٩، ٢٠١٤٩ ميلان، ايطاليا

27) NASREDDIN FOUNDATION
   **a.k.a.:** Nasreddin Stiftung
   **Address:** C/o Rechta Treuhand-Anstalt,
   Vaduz, Liechtenstein

٢٧) نصر الدين فاونديشن
المعروفة أيضاً بـ: نصر الدين ستفتينج
العنوان: بواسطة رشتا تروهاند -انستالت،فادوز،
لختنيستاين.

28) NASREDDIN GROUP INTER-
   NATIONAL HOLDING LIMITED
   **a.k.a.:** Nasreddin Group International
   Holdings Limited
   **Address:** a) C/o Arthur D. Hanna &
   Company b) 10 Deveaux Street, Nassau,
   Bahamas  c) P.O. Box N-4877, Nassau,
   Bahamas

٢٨) نصرالدين جروب انترناشيونال هولدنج ليمتد
المعروفة أيضاً بـــــم : نصـر الديـن جـروب
انترناشيونال هولدنجز ليمتد، العنوان: أ- بواسطة
ارثر دي حنا وشركاه،ب- ١٠ شارع ديفو ناسـلو،
باهاماز ج- ص.ب: ان-٤٨٧٧ ناساو باهاماز

29) NASREDDIN INTERNATIONAL
   GROUP LIMITED HOLDING
   **a.k.a.:** Nasreddin International Group Ltd.
   Holding
   **Address:** a) C/o Rechta Treuhand-Anstalt,
   Vaduz, Liechtenstein b) Corso Sempione
   69, 20149 Milan, Italy

٢٩) نصر الدين انترناشيونال جروب ليمتـد هولدنـج
المعروفة أيضاً بـ: نصر الديــن انترناشـيونال
جروب ليمتد هولدنج، العنوان: أ-بواسطة رشتـا
تروهاند، أنسـتالت، فـادوز، لختنسـتاين، ب-
كورسو سمبيون ٦٩، ٢٠١٤٩ ميلان، ايطاليا.

30) RABITA TRUST
   **Address:** a) Room 1a, 9A, 2nd Floor,
   Wahdat Road, Education Town, Lahore,
   Pakistan b) Wares Colony, Lahore, Pakistan

٣٠) رابيتا ترست
العنوان: أ- روم لا ١، الطابق ٢، شارع وحـدات،
اديوكايشـن تـاون، لاهـور، باكسـتان، ب-
ويرس كولوني، لاهور، باكستان



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003488

JUL-06-03  15:38   FROM-CENTRAL BANK OF THE U A E

- 23 -                           — ٢٣ —

31) REVIVAL OF ISLAMIC HERITAGE
SOCIETY (RIHS)
a.k.a.: a) Jamiat Ihia Al - Turath Al-
Islamiya
b) Revival of Islamic Society Heritage on
the African Continent c) Jamia Ihya ul
Turath   **Address:** a) Pakistan b)
Afghanistan

٣١) ريفايفل اوف اسلامك هريتاج سوسايتي
(أر.آي.أتش.أس) المعروفة أيضا بـ: أ- جماعة
إحياء التراث الإسلامية، ب- ريفايفل أوف
اسلامك هريتاج أون ذي أفريكان كونتنبنت، ج-
جمعية إحياء التراث، العنوان: أ- باكستان، ب-
أفغانستان

32) RIYADUS-SALIKHIN RECONNAI-
SSANCE  AND  SABOTAGE
BATTALION  OF  CHECHEN
MARTYRS (RSRSBCM)
A.k.a.: a) Riyadus-Salikhin
Reconnaissance and Sabotage Battalion
b) Riyadh-as-Saliheen c) The Sabotage
and Military
Surveillance Group of the Riyadh al-
Salihin Martyrs d) Firqat al-Takhrib wa
al-istitla al-Askariyah Li Shuhada Riyadh
al-Salihin

٣٢) كتيبة رياض الصالحين للإستطلاع والتخريب
للشهداء الشيشان (أر أس أر أس بي سي سي أم)
المعروفة أيضا بـ: أ- رياض الصالحين
ريكونسانس اند سابوتاج باتاليون، ب- رياض
الصالحين، ج- سابوتاج وميلستري سرفايلنس
جروب لشهداء رياض الصالحين، د- فرقة
التخريب والاستطلاع العسكرية لشهداء رياض
الصالحين.

33) SPECIAL PURPOSE ISLAMIC
REGIMENT (SPIR)
a.k.a.: a)  The Islamic Special Purpose
Regiment  b) The al-Jihad-Fisi-Sabililah
Special Islamic Regiment

٣٣) سبشال بربوس اسلامك رجيمنت (أس.بي.آي.آر)
المعروفة أيضا بـ: أ- ذا اسلامك سبشال بربوس
رجيمنت، ب- الجهاد في سبيل الله سبشال إسلامك
رجيمنت

34) TUNISIAN COMBATANT GROUP
a.k.a.: Groupe Combattant Tunisien

٣٤) المجموعة التونسية المقاتلة
المعروفة أيضا بـ: المجموعة التونسية المقاتلة

35)  UMMAH TAMEER E-NAU (UTN)
**Address:**  a) Street 13, Wazir Akbar
Khan, Kabul, Afghanistan b) Pakistan

٣٥) أمة تعمير أي ناو (يو تي إن)
العنوان: أ- شارع ١٣، وزير أكبر خان، كابول،
أفغانستان، ب- باكستان

You are also required not to transfer any funds
to the persons entities mentioned above into
any territory or country and in case you
received funds from the persons/ entity
mentioned or for their favour to freeze it
immediately.

يطلب منكم أيضا عدم تحويل أية أموال إلى الأشخاص
المذكورين أعلاه في أية منطقة أو دولة وفي حالة
استلام أموال من الأشخاص المذكورين/ المؤسسة أو
لصالحهم القيام بتجميدها فورا.

Non-compliance will lead to freezing of your
assets in the USA and its financial institutions
and other countries and  would subject you to
severe penalties in the UAE.

إن عدم الالتزام سيؤدي إلى تجميد أموالكم في الولايات
المتحدة الأمريكية ومنشآتها المالية ودول أخرى
وسيعرضكم إلى عقوبات صارمة في دولة الإمارات.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003489

Please provide the Anti Money Laundering and Suspicious Cases Unit- Central Bank– Abu Dhabi, with relevant statements on the usual Form attached.

In your communications, please use fax no. (02) 6674501.

Yours faithfully,

يرجى موافاة وحدة مواجهة غسل الأموال والحالات المشبوهة – المصرف المركزي – أبوظبي بالبيانــات ذات الصلة على النموذج المعتاد المرفق .

في مراســلاتكم، يرجــى اســتخدام الفــاكس رقــم .(٠٢)٦٦٧٤٥٠١ .

وتفضلوا بقبول فائق الاحترام ،

Governor   ﻯ  المحافظ

/gm
718-2003

دا ج/ع -م

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003490