# Exhibit E

MAR-11-02  11:47   FROM-CENTRAL BANK OF THE U A E        +0097126650765      T-993   P.01/01   F-146

# CENTRAL BANK OF THE U.A.E.

Ref : 13-7/ 311/2002

Date : 11/3/2002

مصرف الإمارات العربية المتحدة المركزي

الإشارة : 13-7/ 311/2002

التاريخ : 11/3/2002

Mr. Butti Khalifa Bin Darwish Al Falasi
General Manager
Dubai Islamic Bank
P.O.Box : 1080
Dubai

السيد/ بطي خليفه بن درويش الفلاسي     المحترم
المدير العام
بنك دبي الإسلامي
ص.ب : 1080
دبي

After greetings,,

السلام عليكم ورحمة الله وبركاته،،،

Please search for any accounts or deposits or investments in the name of the following:-

يرجى منكم البحث عن أية حسابات أو ودائع أو إستثمارات بالأسماء التالية:-

( 1- Mr. Sayed Madani Al Ghazi Mustafa Al Tayeb Or Sayed Al Tayeb Al Madani

2- Mr. Sultan Hilal Khalifa Al Alawi

1- السيد / سيد مدني الغازي مصطفى الطيب أو سيد الطيب المدني

2- السيد / سلطان هلال خليفة العلوي

Please provide the Anti Money Laundering and Suspicious Cases Unit-Central Bank-Abu Dhabi, (fax no. 02-6674501) within three days from the date of this letter with the following:

يرجى موافاة وحدة مواجهة غسل الأموال والحالات المشبوهة - بالمصرف المركزي - أبوظبي (فاكس رقم 02-6674501) خلال ثلاثة أيام من تاريخ هذه الرسالة بما يلي:-

1- If the above-mentioned maintain accounts with your bank.
2- If these accounts are available, are they dormant and when was there last movement.

1- إذا كان للمذكورين حسابات لدى بنككم.

2- إذا كانت موجودة فهل هي متوقفة عن الحركة، ومتى كانت آخر حركة فيها.

You are requested not to inform the concerned party/ parties of this inquiry in accordance with Article (12) of the Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

يطلب منكم بعدم إبلاغ الطرف/ الأطراف ذات الصلة بهذا الإستعلام وذلك عملا بالمادة (12) من القانون الإتحادي رقم (4) لسنة 2002 بشأن تجريم غسل الأموال.

Yours faithfully,

وتفضلوا بقبول فائق الإحترام.

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

ARMS/mn/JK
367-02

ABU DHABI- P.O. BOX: 854-Telephone: 6652220-Fax: (02) 6652504 - Tlx.: Management /Banking Operations 22396 / 22577, Treasury: 22330 / 23316
Branches Telephones:Dubai: 3939777, SHJ: 5592592, RAK: 2234444, AL Ain: 7656656, FUJ: 2224040

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003508