# Exhibit F

@001

ZU/UD UZ MUN UD.U/ FAX UUD/I 4 ZD4UUDU
SUD-ZS-UZ 14:45 , FROM-CENTRAL BANK OF THE U A E    +0097126850708    T-673   P.01/03   F-254

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | |
|---|---|---|
| Central Bank Decision No.: | 2/361/2002 | قرار المصرف المركزي رقم : ٢٠٠٢/٣٦١/٢ |
| Date | : 25/08/2002 | التاريخ : ٢٠٠٢/٠٨/٢٥ |
| To | : All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | إلى : كافة البنوك والصرافات وشركات الاستثمار والمنشآت المالية الأخرى العاملة في دولة الإمارات (يشمل قطاع التأمين والأسواق المالية). |

After Greetings,                                        بعد التحية،،

Based on United Arab Emirates Decision in conjunction with the International efforts to fight terrorism, you are required to search for immediately and freeze any accounts, deposits, investments or remittances in the names of the following ( whether existing now or existed in the past):

بناءً على قرار دولة الإمارات العربية المتحدة بالتضامن مع الجهود الدولية لمكافحة الإرهاب، يطلب منكم فوراً البحث عن وتجميد أية حسابات أو ودائع أو استثمارات أو تحويلات مالية بالأسماء التالية (سواءً موجودة حالياً أو وجدت في الماضي):

### Natural Persons:                                    الأشخاص الطبيعيون:

1- Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

١- السيد/ علي عبد العزيز علي (المعروف أيضاً باسم عصام منتصر، عصام منصور، عصام متصر)، تاريخ الميلاد ١٩٧٧/٠٨/٢٩، مكان الميلاد الكويت، يحمل جواز سفر باكستاني رقم ٩١١٥٦٢ إي، صادر في كراتشي – باكستان بتاريخ ١٩٩٨/٠١/٠٣ وينتهي في ٢٠٠٣/٠١/٠٢.

7128363

2- Mr. Mustafa Ahmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah – Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

٢- السيد/ مصطفى أحمد آدم الهوساوي (المعروف أيضاً باسم مصطفى أحمد، هاشم عبدالرحمن)، تاريخ الميلاد ١٩٦٨/٠٨/٠٥، مكان الميلاد جدة – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٨٦٥١٢ بي، صادر في جدة – المملكة العربية السعودية بتاريخ ١٩٩٩/٠٢/٢٤ وينتهي في ٢٠٠٣/١٢/٣١.

3- Mr. Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

٣- السيد/ ياسر بادي براك العتيبي (المعروف أيضاً باسم ياسر بي.بي. العتيبي)، تاريخ الميلاد ١٩٨٠/٠٤/١٧، مكان الميلاد الرياض – المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٢٥١٦١٥ سي، صادر في الرياض – المملكة العربية السعودية بتاريخ ٢٠٠٠/٠٧/٠٩ وينتهي في ٢٠٠٥/٠٥/١٥.

Cont'd /2                                      يتبع / ٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003414

U_-25-02 14:46   FROM-CENTRAL BANK OF THE U A E   +0097126650708   T-878   P.02/03   F-254
@002

- 2 -

Central Bank Decision No.: 2/361/2002

قرار المصرف المركزي رقم: ٢/٣٦١/٢٠٠٢

- ٢ -

| | | |
|---|---|---|
| 4- | Mr. Sameer Mohamed Mahmood Abu Onq (also known as Sameer Mohamed Mahmood; Sameer M.M. Abu Ong), DOB 18/06/1965, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 669314, issued on 23/07/2001 and expires on 29/05/2006. | السيد/ سمير محمد محمود أبوعنق (المعروف أيضاً بسمير محمد محمود، سمير أم.أم. أبو عنق)، تاريخ الميلاد ١٨/٠٦/١٩٦٥، مكان الميلاد المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ٦٦٩٣١٤ سي، صادر بتاريخ ٢٠٠١/٠٧/٢٣ وينتهي في ٢٠٠٦/٠٥/٢٩. | -٤ |
| 5- | Mr. Abdulrahman Abdullah Abdulrahman Al-Fak'asi Al-Ghamdi, also known as Abdulrahman A. A. Al Ghamdi, DOB 24/09/1968, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 174152, issued in Abha, Kingdom of Saudi Arabia on 17/05/2000 and expires on 23/04/2005. | عبدالرحمن عبدالله عبدالرحمن الفقاسي الغامدي (المعروف أيضاً باسم عبدالرحمن أي.أي. الغامدي)، تاريخ الميلاد ١٩٦٨/٠٩/٢٤، مكان الميلاد المملكة العربية السعودية، يحمل جواز سفر سعودي رقم ١٧٤١٥٢ سي، صادر في أبها - المملكة العربية السعودية بتاريخ ٢٠٠٠/٠٥/١٧ وينتهي في ٢٠٠٥/٠٤/٢٣. | -٥ |
| 6- | Mr. Haji Wazir | السيد/ حاجي وزير | -٦ |
| 7- | Mr. Dilbar Khan or Dildar Khan | السيد/ دلبار خان أو دلدار خان | -٧ |
| 8- | Mr. Ehsan Ul haque Bhatti | السيد/ إحسان الحق بهاتي | -٨ |
| 9- | Mr. Haji Ali Khan Bin Haji Momen | السيد/ حاجي علي خان بن حاجي مؤمن | -٩ |
| 10- | Mr. Abdul Wahid son of Haji Ali Khan Bin Haji Momen | السيد/ عبد الواحد بن حاجي علي خان بن حاجي مؤمن | -١٠ |
| 11- | Mr. Mohammed Abdul Zahir | السيد/ محمد عبد الظاهر | -١١ |
| 12- | Mr. Pacha Wazir | السيد/ باشا وزير | -١٢ |

Companies:

الشركات:

| | | | |
|---|---|---|---|
| 1- | Turham Company – Exchange House | شركة ترهام – محل صرافة | -١ |
| 2- | Zahir Oil Industry | ظاهر للصناعة النفطية | -٢ |
| 3- | Abdul Zahir and Co. | عبد الظاهر وشركاه | -٣ |
| 4- | Torkham Trading | شركة تورخام للتجارة | -٤ |

Con't. /3       يتبع / ٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003415

- 3 -                                                                                    - ٣ -

- Central Bank Decision No.: 2/361/2002            قرار المصرف المركزي رقم: ٢/٣٦١/٢٠٠٢

You are also required not to transfer any funds to the persons/entities mentioned above into any territory or country and in case you received funds from the persons/entities mentioned or for their favour to freeze it immediately.

يطلب منكم أيضاً عدم تحويل أية أموال إلى الأشخاص/الجهات المذكورة أعلاه في أية منطقة أو دولة وفي حالة استلام أموال من الأشخاص/الجهات المذكورة أو لصالحها القيام بتجميدها فوراً.

None compliance will lead to freezing of your assets in the USA and its financial institutions and other countries and would subject you to severe penalties in the UAE.

إن عدم الالتزام سيؤدي إلى تجميد أموالكم في الولايات المتحدة الأمريكية ومنشآتها المالية ودول أخرى وسيعرضكم إلى عقوبات صارمة في دولة الإمارات.

Please provide the Anti Money Laundering and Suspicious Cases Unit- Central Bank- Abu Dhabi, (fax no. 02-6674501) with the following original documents:

يرجى موافاة وحدة مواجهة غسل الأموال والحالات المشبوهة - بالمصرف المركزي - أبوظبي (فاكس رقم ٠٢-٦٦٧٤٥٠١) بالوثائق الأصلية التالية:

1. Application of account/s opening documents and any other revenant documents or information.
2. Statements of account/s
3. Name of the person/s who opened the account/s and who deposited funds into the account/s.
4. Slips of transfer/receipt of funds to/from that the above-mentioned account/s.

١. طلب فتح الحساب/الحسابات وأية وثائق أو معلومات تتعلق به.
٢. كشوفات الحساب/الحسابات
٣. اسم الشخص/الأشخاص الذي/الذين قام/قاموا بفتح الحساب/الحسابات والأشخاص والجهات التي أودعت الأموال به/بها.
٤. نماذج التحويلات من/إلى الحساب/الحسابات المذكورة.

Yours faithfully,                                                           وتفضلوا بقبول فائق الاحترام ،



Governor

From: Bank or Moneychanger or Investment Company or Financial Institution.

من: بنك أو صرافة أو شركة استثمار أو منشأة مالية

| | |
|---|---|
| ☐ There are no accounts or deposits or investments or remittances in the names mentioned above. | ☐ لا توجد حسابات أو ودائع أو استثمارات أو تحويلات مالية بالأسماء المذكورة أعلاه. |
| ☐ There are accounts or deposits or investments, and find attached account/s opening documents and statements and remittances list. | ☐ توجد حسابات أو ودائع أو استثمارات، وتجدون مرفقة وثائق فتح الحساب/الحسابات والكشوفات وقائمة التحويلات. |
| Auth. Sig.                المخول بالتوقيع | Auth. Sig.                المخول بالتوقيع |

15-16-02

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003416