# Exhibit G

@001

SEP-04-02 08:43   FROM-CENTRAL BANK OF THE UAE         +971-2-6651744         T-286  P.01/04  F-881

مصرف الإمارات العربية المتحدة المركزي
# CENTRAL BANK OF THE U.A.E.

| | | |
|---|---|---|
| Notice No. : | 1879/2002 | إشعار رقم : ١٨٧٩/٢٠٠٢ |
| Date : | 4/9/2002 | التاريخ : ٢٠٠٢/٩/٤ |
| To : | All Banks, Moneychangers, Investment Companies, other Financial Institutions Operating in the UAE (including Insurance sector and Financial Markets) | إلى : كافة البنوك والصرافات وشركات الاستثمار والمنشآت المالية الأخرى العاملة في دولة الإمارات (يشمل قطاع التأمين والأسواق المالية). |

After Greetings,                                                      بعد التحية،،

You are required immediately to search for any documents regarding the following:-
يطلب منكم فوراً البحث عن أية وثائق بشأن ما يلي:

First: Inward and Outward remittances during the period from 1/1/2000 till 30/9/2001 in the following names:
أولاً: التحويلات المالية الواردة والصادرة خلال الفترة من ١/١/٢٠٠٠ حتى ٢٠٠١/٩/٣٠ بالأسماء التالية:

1- Mr. Ali Abdul Aziz Ali (also known as Isam Mansur; Isam Mansour; Isam Mansar), DOB 29/08/1977, POB Kuwait, holder of Pakistani passport No. E 911562 issued in Karachi – Pakistan on 03/01/1998 and expires on 02/01/2003.

#1283
Bl. 19
Blocked

2- Mr. Mustafa Ahmed Adam Al-Hawsawi (also known as Mustafa Ahmed; Hashim Abdulrahman), DOB 05/08/1968, POB Jeddah – Kingdom of Saudi Arabia, holder of Saudi passport No. B 686512, issued in Jeddah – Kingdom of Saudi Arabia on 24/02/1999 and expires on 31/12/2003.

X
2/361½
d+s
25.8.0

3- Mr. Yasser Badi Barak Al-Otaibi (also known as Yasser B.B. Al-Otaibi), DOB 17/04/1980, POB Riyadh, Kingdom of Saudi Arabia, holder of Saudi passport No. C 251615, issued in Riyadh, Kingdom of Saudi Arabia on 09/07/2000 and expires on 15/05/2005.

X

Cont'd /2                                                                 يتبع / ٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003435

SEP-04-02  09:43    FROM-CENTRAL BANK OF THE UAE        +971-2-6651744      T-286  P.02/04  F-881

- 2 -                                                                         - ٢ -

Central Bank Notice No.: 1879/2002                       إشعار المصرف المركزي رقم: ١٨٧٩/٢٠٠٢

4- Mr. Sameer Mohamed Mahmood Abu Onq (also known as Sameer Mohamed Mahmood; Sameer M.M. Abu Ong), DOB 18/06/1965, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 669314, issued on 23/07/2001 and expires on 29/05/2006.

5- Mr. Abdulrahman Abdullah Abdulrahman Al-Fak'asi Al-Ghamdi (also known as Khalid Sheikh Mohamed, Abdulrahman A. A. Al Ghamdi), DOB 24/09/1968, POB Kingdom of Saudi Arabia, holder of Saudi passport No. C 174152, issued in Abha, Kingdom of Saudi Arabia on 17/05/2000 and expires on 23/04/2005;

6- Ramzi Mohammed Abdullh Binalshibh (also known as Ramzi M. Al-Sheibah; Ramzi Mohamed Abdulla Omar; Ahad Abdollahi Saber), DOB 1/5/1972; or 16/9/1973, POB Yemen, holder of Yemeni passport No. 00595250, Yemeni passport No. 00085243 in the name of Ramzi M. Al Sheibah, and United States passport No. Z7567858 in the name of Ahad Abdolluhi Saber.

7- Zakariya Essabar, DOB 3/4/1974 or 3/4/1977, POB Marrakech, Morocco; Essaouira, Morocco, holder of passport No. KQ348486;

8- Said Bahaji, DOB 15/7/1975, POB Haseluenne, Germany (Naturalized Moroccan), holder of Moroccan passport No. H954242.

9- Jamal Ibrahim

Con't / 3

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003436

SEP-04-02 09:43   FROM-CENTRAL BANK OF THE UAE   +971-2-6651744   T-286   P.03/04   F-881

- 3 -

Central Bank Notice No.: 1879/2002

**Second: Sales or purchases of Travellers' cheques in the following names:**

1- Satam Al Suqami, during the period from 15/4/2001 to 23/4/2001.
2- Waleed Al Shehri, during the period from 15/4/2001 to 23/4/2001.
3- Majed M'Shaan Ghanem Moqed, during the period from 25/4/2001 to 2/5/2001.
4- Ahmed Al-Koshy Al Ghamdi, during the period from 25/4/2001 to 2/5/2001.
5- Mohanad Al Shehri, during the period from 21/5/2001 to 28/5/2001.
6- Ahmed Ibrahim Al-Haznawi, during the period from 1/6/2001 to 8/6/2001.
7- Fayez Rashid Ahmed Hassan Al-Qadi Bani Hammad, during the period from 20/6/2001 to 27/6/2001.
8- Saeed Al Ghamdi, during the period from 20/6/2001 to 27/6/2001.
9- Abdulaziz Al-Omari, during the period from 22/6/2001 to 29/6/2001.
10- Salem Mohamed Salem Al-Hazmi, during the period from 22/6/2001 to 29/6/2001.
11- Khalid Al Mihdhar, during the period from 4/6/2001 to 8/6/2001.
12- Mohammad Al Kahtani (also known as Mohammad Al-Qatani), during the period from 27/7/2001 to 4/8/2001.

You are also required not to transfer any funds to the persons mentioned in "first" & "second" above into any territory or country and in case you received funds from the said persons or for their favour to freeze such funds immediately.

Con't. / 4

إشعار المصرف المركزي رقم: ١٨٧٩/٢٠٠٢

ثانيا: بيع أو شراء الشيكات السياحية بالأسماء التالية:

١- سطام السوقمي، خلال الفترة من ١٥/٤/٢٠٠١ إلى ٢٣/٤/٢٠٠١.
٢- وليد الشهري، خلال الفترة من ١٥/٤/٢٠٠١ إلى ٢٣/٤/٢٠٠١.
٣- ماجد امشان غانم موقد، خلال الفترة من ٢٥/٤/٢٠٠١ إلى ٢/٥/٢٠٠١.
٤- أحمد الكوشي الغامدي، خلال الفترة من ٢٥/٤/٢٠٠١ إلى ٢/٥/٢٠٠١.
٥- مهند الشهري، خلال الفترة من ٢١/٥/٢٠٠١ إلى ٢٨/٥/٢٠٠١.
٦- أحمد إبراهيم الحزناوي، خلال الفترة من ١/٦/٢٠٠١ إلى ٨/٦/٢٠٠١.
٧- فايز راشد أحمد حسن القاضي بني حماد، خلال الفترة من ٢٠/٦/٢٠٠١ إلى ٢٧/٦/٢٠٠١.
٨- سعيد الغامدي، خلال الفترة من ٢٠/٦/٢٠٠١ إلى ٢٧/٦/٢٠٠١.
٩- عبدالعزيز العمري، خلال الفترة من ٢٢/٦/٢٠٠١ إلى ٢٩/٦/٢٠٠١.
١٠- سالم محمد سالم الحازمي، خلال الفترة من ٢٢/٦/٢٠٠١ إلى ٢٩/٦/٢٠٠١.
١١- خالد المحضار، خلال الفترة من ٤/٦/٢٠٠١ إلى ٨/٦/٢٠٠١.
١٢- محمد القحطاني (المعروف أيضا باسم محمد القطاني)، خلال الفترة من ٢٧/٧/٢٠٠١ إلى ٤/٨/٢٠٠١.

يطلب منكم أيضا عدم تحويل أية أموال إلى الأشخاص في "أولا" و"ثانيا" أعلاه في أية منطقة أو دولة وفي حالة استلام أموال من الأشخاص المذكورين أو لصالحهم القيام بتجميدها فورا.

يتبع / ٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003437

SEP-04-02 09:44    FROM-CENTRAL BANK OF THE UAE    +971-2-8651744    T-286  P.04/04  F-881

- 4 -                                                                                     - ٤ -

Central Bank Notice No.: 1879/2002                           إشعار المصرف المركزي رقم: ١٨٧٩/٢٠٠٢

Please provide the Anti Money Laundering and Suspicious Cases Unit- Central Bank- Abu Dhabi, (fax no. 02-6674501) with the original documents.

برجى موافاة وحدة مواجهة غسل الأموال والحالات المشبوهة - بالمصرف المركزي - أبوظبي (فاكس رقم ٠٢-٦٦٧٤٥٠١) بالوثائق الأصلية.

Yours faithfully,                                            وتفضلوا بقبول فائق الاحترام ،

Sultan Bin Nasser Al Suwaidi
Governor

سلطان بن ناصر السويدي
المحافظ

| From: Bank or Moneychanger or Investment Company or Financial Institution. | من: بنك أو صرافة أو شركة استثمارات أو مؤسسة مالية: |
|---|---|
| ☐ There are no remittances purchased or sold travellers cheques in the names mentioned above. | ☐ لا توجد تحويلات مالية أو شيكات سياحية مشتراة / مباعة بالأسماء المذكورة أعلاه. |
| ☐ There are remittances and travellers cheques and find attached documents and statements and related documents. | ☐ توجد تحويلات مالية وشيكات سياحية، وتجدون مرفقة الوثائق والكشوفات ذات الصلة. |
| Auth. Sig.                    المخول بالتوقيع | Auth. Sig.                    المخول بالتوقيع |

1606-2002

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003438