# Exhibit H

```
ay 14.03 02:08p                                                           p.1
MAY-14-03 14:13   FROM-CENTRAL BANK OF THE U A E   +0097126651986   T-628 P.01/01 F-627
```

مصرف الإمارات العربية المتحدة المركزي
## CENTRAL BANK OF THE U.A.E.

| | | |
|---|---|---|
| Notice No.: | 1347/2003 | إشعار رقم : ٢٠٠٣/١٣٤٧ |
| Date | : 14/05/2003 | التاريــخ : ٢٠٠٣/٠٥/١٤ |

To : Head Offices of National Banks and Main Branches of Foreign Banks Operating in the UAE.

إلـــى : للمقار الرئيسية للبنـوك الوطنيــة والفـروع الرئيسية للبنوك الأجنبيــة العاملة في دولة الإمارات.

After Greetings,

بعد التحيـــة ،،،

Please immediately search for any accounts or deposits or investments in the name of:

يرجى منكم فورا البحث عن أية حسابات أو ودائع أو استثمارات باسم:

Ali Saleh Al Marri - Qatari national, holder of passport No. 00496370

علي صالح المري – قطري الجنسية، يحمل جــواز سفر رقم ٠٠٤٩٦٣٧٠

and provide the Anti-Money Laundering and Suspicious Cases Unit – Central Bank-Abu Dhabi, (fax no. 02-6674501) with details.

وموافــاة وحدة مواجهة غسل الأمــوال والحــالات المشبوهــة- بالمصــرف المركزي- أبوظبــي (فــاكس رقم ٠١-٦٦٧٤٥٠١-٠٢) بالتفاصيل.

You are requested not to inform the concerned party/parties of this inquiry in accordance with Article (12) of Federal Law No. (4) of 2002, regarding criminalization of Money Laundering.

يطلب منكم عدم إبلاغ الطرف /الأطراف ذات الصلــة بهذا الاستعلام وذلك عملاً بالمادة (١٢) من القــانون الاتحادي رقم (٤) لسنة ٢٠٠٢ بشأن تجريم غســل الأموال .

Yours faithfully,

وتفضلوا بقبول فائق الاحترام ،

سلطان بن ناصر السويدي
المحافظ

Sultan Bin Nasser Al Suwaidi
Governor

| From: Bank: | من : بنك: |
|---|---|
| ☐ There are no accounts or deposits or investments in the name mentioned above. | ☐ لا توجد حسابات أو ودائــع أو استثمارات بالاسم المذكور أعلاه. |
| ☐ There are accounts or deposits or investments and find attached account/ accounts opening documents and statements. | ☐ توجد حسابات أو ودائــع أو استثمارات ونجدون مرفقة وثائق فتح الحساب/الحسابات والكشوفات. |
| Auth. Sig.      السخول بالتوقيع | Auth. Sig.      السخول بالتوقيع |

727-03

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York

DIB_003393