# Exhibit J

. أردوغان يأسف لصور الجوع والبؤس في العالم الإسلامي

## السيرة التفصيلية للقرضاوي

نشر بتاريخ الأربعاء, 24 نوفمبر 2004 17:09 | | | الزيارات: 5827

- معلومات عن حياة فضيلة الشيخ القرضاوي
- جهود فضيلة الشيخ القرضاوي في سبيل الإسلام والمسلمين
- 1) مجال التأليف العلمي
- 2) مجال الدعوة والتوجيه
- 3) مجال الفقه والفتوى
- 4) مجال المؤتمرات والندوات
- (5) مجال الزيارات والمحاضرات
- 6) مجال المشاركة في عضوية المجالس والمؤسسات
- 7) مجال الاقتصاد الإسلامي
- 8) مجال العمل الاجتماعي
- 9) مجال ترشيد الصحوة
- 10)مجال العمل الحركي والجهادي

أولاً: معلومات عن حياة الشيخ القرضاوي

نشأته ومؤهلاته:
ولد الدكتور/ يوسف القرضاوي في إحدى قرى جمهورية مصر العربية، قرية صفت تراب مركز المحلة الكبرى، محافظة الغربية، وهي قرية عريقة دفن فيها آخر الصحابة موتاً بمصر، وهو عبدالله بن الحارث بن جزء الزبيدي، كما نص الحافظ بن حجر وغيره، وكان مولد القرضاوي فيها في 9/9/1926م وأتم حفظ القرآن الكريم، وأتقن أحكام تجويده، وهو دون العاشرة من عمره.
التحق بمعاهد الأزهر الشريف، فأتم فيها دراسته الابتدائية والثانوية وكان دائما في الطليعة، وكان ترتيبه في الشهادة الثانوية الثاني على المملكة المصرية، رغم ظروف اعتقاله في تلك الفترة.
ثم التحق بكلية أصول الدين بجامعة الأزهر، ومنها حصل على العالية سنة 52-1953م، وكان ترتيبه الأول بين زملائه وعددهم مائة وثمانون.
ثم حصل على العالمية مع إجازة التدريس من كلية اللغة العربية سنة 1954م وكان ترتيبه الأول بين زملائه من خريجي الكليات الثلاث بالأزهر، وعددهم خمسمائة.
وفي سنة 1958حصل على دبلوم معهد الدراسات العربية العالية في اللغة والأدب.
وفي سنة 1960م حصل على الدراسة التمهيدية العليا المعادلة للماجستير في شعبة علوم القرآن والسنة من كلية أصول الدين.
وفي سنة 1973م حصل على (الدكتوراة) بامتياز مع مرتبة الشرف الأولى من نفس الكلية، عن: "الزكاة وأثرها في حل المشاكل الاجتماعية".

إلى أعلى

أعماله الرسمية:
عمل الدكتور/ القرضاوي فترة بالخطابة والتدريس في المساجد، ثم أصبح مشرفاً على معهد الأئمة التابع لوزارة الأوقاف في مصر.
ونقل بعد ذلك إلى الإدارة العامة للثقافة الإسلامية بالأزهر الشريف للإشراف على مطبوعاتها والعمل بالمكتب الفني لإدارة الدعوة والإرشاد.
وفي سنة 1961م أعير إلى دولة قطر، عميدا لمعهدها الديني الثانوي، فعمل على تطويره وإرساءه على أمتن القواعد، التي جمعت بين القديم النافع والحديث الصالح.
وفي سنة 1973م أنشئت كليتا التربية للبنين والبنات نواة لجامعة قطر، فنقل إليها ليؤسس قسم الدراسات الإسلامية ويرأسه.
وفي سنة 1977م تولى تأسيس وعمادة كلية الشريعة والدراسات الإسلامية بجامعة قطر، وظل عميداً لها إلى نهاية العام الجامعي 1989/1990م، كما أصبح المدير المؤسس لمركز بحوث السنة والسيرة النبوية بجامعة قطر، ولا يزال قائما بإدارته إلى اليوم.
وقد أعير من دولة قطر إلى جمهورية الجزائر الشقيقة العام الدراسي 1990/1991م ليترأس المجالس العلمية لجامعتها ومعاهدها الإسلامية العليا، ثم عاد إلى عمله في قطر مديرا لمركز بحوث السنة والسيرة.
حصل على جائزة البنك الإسلامي للتنمية في الاقتصاد الإسلامي لعام 1411هـ.
كما حصل على جائزة الملك فيصل العالمية بالاشتراك في الدراسات الإسلامية لعام 1413هـ.
كما حصل على جائزة العطاء العلمي المتميز من رئيس الجامعة الإسلامية العالمية بماليزيا لعام 1996م.
كما حصل على جائزة السلطان حسن البلقية (سلطان بروناي) في الفقه الإسلامي لعام 1997م.

إلى أعلى

ثانيا:جهوده ونشاطه في خدمة الإسلام
الأستاذ الشيخ الدكتور يوسف القرضاوي، أحد أعلام الإسلام البارزين في العصر الحاضر في العلم والفكر والدعوة والجهاد، في العالم الإسلامي مشرقه ومغربه.
ولا يوجد مسلم معاصر إلا التقى به قارئاً لكتاب، أو رسالة، أو مقالة، أو فتوى، أو مستمعاً إلى محاضرة، أو خطبة أو درس أو حديث أو جواب، في جامع أو جامعة، أو ناد، أو إذاعة، أو تلفاز، أو شريط، أو غير ذلك. ولا يقتصر نشاطه في خدمة الإسلام على جانب واحد، أو مجال معين، أو لون خاص بل اتسع نشاطه، وتنوعت جوانبه، وتعددت مجالاته، وترك في كل منها بصمات واضحة تدل عليه، وتشير إليه.
وسنحاول أن ننبه هنا على أهم هذه المجالات وأبرزها، وهي:
مجال التأليف العلمي.
مجال الدعوة والتوجيه.
مجال الفقه والفتوى.
مجال المؤتمرات والندوات.
مجال الزيارات والمحاضرات.
مجال المشاركة في عضوية المجالس والمؤسسات.
مجال الاقتصاد الإسلامي.
مجال العمل الاجتماعي.
مجال ترشيد الصحوة.
مجال العمل الحركي والجهادي.

إلى أعلى

مجال التأليف العلمي
الكتابة والتأليف من أهم ما برز فيه الدكتور القرضاوي، فهو عالم مؤلف محقق كما وصفه العلامة أبو الحسن الندوي في كتابه "رسائل الأعلام" وكتبه لها ثقلها وتأثيرها في العالم الإسلامي، كما وصفها بحق سماحة الشيخ عبد العزيز بن باز. والناظر في كتبه وبحوثه ومؤلفاته يستيقن من أنه كاتب مفكر أصيل لا يكرر نفسه، ولا يقلد غيره، ولا يطرق من الموضوعات إلا ما يعتقد أنه يضيف فيه جديداً من تصحيح فهم، أو تأصيل فكر، أو توضيح غامض، أو تفصيل مجمل، أو رد شبهة، أو بيان حكمة أو نحو ذلك. وقد ألف الشيخ يوسف القرضاوي في مختلف جوانب الثقافة الإسلامية كتباً نيفت على الخمسين، أصيلة في بابها، تلقاها أهل العلم في العالم الإسلامي بالقبول والتقدير، ولهذا طبعت بالعربية مرات كثيرة، وترجم أكثرها إلى اللغات الإسلامية والعالمية، فلا تكاد تذهب إلى بلد إسلامي إلا وجدت كتب القرضاوي هناك إما بالعربية أو باللغة المحلية.
وقد تميزت هذه الكتب بعدة مزايا:
أولاً: استندت بصفة أساسية إلى أصول تراثنا العلمي الإسلامي المعتمد على الكتاب والسنة، ومنهج السلف الصالح، ولكن لم تنس العصر الذي نعيش فيه فجمعت بين الأصالة والمعاصرة بحق.
ثانياً: جمعت بين التمحيص العلمي والتأمل الفكري، والتوجه الإصلاحي.
ثالثاً: تحررت من التقليد والعصبية المذهبية، كما تحررت من التبعية الفكرية للمذاهب المستوردة من الغرب أو الشرق.
رابعاً: اتسمت بالاعتدال بين المتزمتين والمتحللين، وتجلت فيها الوسطية الميسرة بغير تفريط ولا إفراط.

وهكذا قال بحق مدير مجلة الأمة في تقديم كتاب "الصحوة الإسلامية بين الجمود والتطرف" أنه من المفكرين الإسلاميين القلائل الذين يتميزون بالاعتدال ويجمعون بين محكمات الشرع ومقتضيات العصر.
خامساً: يمثل أسلوبه في الكتابة ما يعرف بـ "السهل الممتنع" فهو أسلوب عالم أديب متمكن.
سادساً: وقفت بقوة في وجهه دعوات الهدم والغزو من الخارج، ودعوات التحريف والانحراف من الداخل، والتزمت الإسلام الصحيح وحده، تنفي عنه تحريف الغالين، وانتحال المبطلين، وتأويل الجاهلين.
سابعاً: يلتمس قارئ كتبه فيها الحرارة والإخلاص، كما يلمس ذلك مستمع خطبه ومحاضراته ودروسه، وقد أجمع كل من كتبوا عنه: أن مؤلفاته وكتاباته تجمع بين دقة الفقيه، وإشراقة الأديب، وحرارة الداعية، ونظرة المجدد.

كما أن له بجوار كتبه العلمية كتباً ذات طابع أدبي، مثل مسرحية "عالم وطاغية" التي تمثل ثبات سعيد بن جبير في مواجهة طغيان الحجاج. وله ديوان بعنوان "نفحات ولفحات" يضم عدداً مما بقي من قصائده القديمة، بالإضافة إلى بعض القصائد الجديدة والأناشيد الموجهة. وقد انتشرت أناشيده وقصائده في العالم الإسلامي وتغنى بها الشباب في المناسبات حتى قبل طبع الديوان.
هذا إلى جانب كتب أخرى اشترك في تأليفها لوزارة التربية في قطر، وللمعهد الديني خاصة، وقد زادت على العشرين كتاباً، أقرتها الوزارة في مدارسها، وهي تتناول التفسير والحديث والتوحيد والفقه والمجتمع الإسلامي، والبحوث الإسلامية، وفلسفة الأخلاق، وغيرها، هذا بخلاف البحوث والدراسات والمقالات التي نشرت في الحوليات والمجلات العلمية: الفصلية والشهرية والأسبوعية، وسنشير إلى شيء منها بعد.

من هذه الكتب

1- كتاب "الحلال والحرام في الإسلام"

الذي ألفه بتكليف من مشيخة الأزهر في عهد الإمام الأكبر الشيخ محمود شلتوت ـ رحمه الله ـ وتحت إشراف الإدارة العامة للثقافة الإسلامية في عهد الدكتور محمد البهي ـ رحمه الله ـ وقد أقرته اللجنة المختصة وأثنت عليه. وقد انتشر الكتاب انتشاراً منقطع النظير في العالم العربي والإسلامي، ونوه به كثيرون من العلماء المرموقين، حتى قال الأستاذ الكبير: مصطفى الزرقاء: إن اقتناء هذا الكتاب واجب على كل أسرة مسلمة، وقال الأستاذ محمد المبارك ـ رحمه الله ـ هو أفضل كتاب في موضوعه، وكان الأستاذ الكبير علي الطنطاوي يدرسه لطلابه في كلية التربية بمكة المكرمة، وعني المحدث المعروف الشيخ ناصر الدين الألباني بتخريج أحاديثه.

وفي باكستان هي رسالة خاصة إلى مؤلف، كما اهتمت به الأقسام الأكاديمية للدراسات الإسلامية في جامعتي (البنجاب) و(كراتشي).

ففي أوائل الستينات قدمت الدارسة جميلة شوكت (د. جميلة شوكت بعد ذلك) إلى قسم الدراسات الإسلامية بجامعة البنجاب دراسة عن الكتاب باعتباره نموذجا جديداً في كتابة الفقه الإسلامي، وقد حصلت بدراستها تلك على "الماجستير"، وكان المشرف عليها العلامة علاء الدين الصديقي رئيس الجامعة بعد ذلك. كما قدم طالب آخر من جامعة كراتشي دراسة أخرى عن الكتاب. طبع الكتاب ما لا يقل عن أربعين مرة بالعربية، حيث تطبعه أكثر من دار نشر بالقاهرة وبيروت، والكويت، والجزائر، والمغرب، وأمريكا. هذا عدا الطبعات المسروقة التي يصعب تتبعها وحصرها. كما ترجم الكتاب إلى الإنجليزية والألمانية والأوردية والفارسية والتركية والماليزية والأندونيسية والمالبيارية والسواحلية والأسبانية والصينية، وغيرها.

ومنها:

2- فقه الزكاة

وهو في جزءين كبيرين، وهو دراسة موسوعية مقارنة لأحكام الزكاة وأسرارها وآثارها في إصلاح المجتمع، في ضوء القرآن والسنة، ويعد من أبرز الأعمال العلمية في عصرنا.

وقد شهد المختصون أنه لم يؤلف مثله في موضوعه في التراث الإسلامي، وقال عنه العلامة أبو الأعلى المودودي ـ رحمه الله ـ : أنه كتاب هذا القرن (أي الرابع عشر الهجري) في الفقه الإسلامي، نقله عنه الأستاذ خليل الحامدي.

وقال عنه الأستاذ محمد المبارك في مقدمة كتابه عن "الاقتصاد" من سلسلة "نظام الإسلام": "وهو عمل تنوء بمثله المجامع الفقهية، ويعتبر حدثا هاما في التأليف الفقهي". وقد تبنى مركز أبحاث الاقتصاد الإسلامي بجامعة الملك عبد العزيز بجدة ترجمته إلى اللغة الإنجليزية وأنهاها بالفعل. كما نقل إلى الأوردية والتركية والأندونيسية وغيرها، ككثير من كتب الشيخ نفع الله بها المسلمين في أقطار كثيرة. وقد عالجت كتبه الكثير من القضايا والموضوعات التي يحتاج إليها العقل المسلم المعاصر. كما خاضت كثيراً من المعارك الفكرية ضد خصوم الإسلام في الداخل والخارج. فعندما نادى اليساريون العرب بما أسموها "حتمية الحل الاشتراكي" وصدر بذلك "الميثاق" المصري، الذي سماه بعضهم "قراءة الثورة" تصدى القرضاوي للرد على هذا الاتجاه بإصدار سلسلة "حتمية الحل الإسلامي" الذي صدر منها ثلاثة أجزاء. وحينما وقعت نكبة 5 حزيران (يونية) 1967م التي سموها "النكسة" وزعم بعضهم أن الدين كان وراء هزيمتنا، أصدر القرضاوي كتابه "درس النكبة الثانية: لماذا انهزمنا وكيف ننتصر؟".

في معركة "الإسلام والعلمانية" أو معركة "تطبيق الشريعة" التي احتدمت في السنوات الأخيرة، حيث ارتفعت أصوات الجماهير تطالب بتحكيم الشريعة الإسلامية ووقف العلمانيون موقف العداء للتيار الإسلامي الشعبي المكتسح متخذين من وسائل الإعلام المتاحة لهم منابر لترويج باطلهم، وتزيين شبهاتهم، كان صوت القرضاوي من أعلى الأصوات التي فضحت أباطيلهم، وخصوصاً في الندوة التاريخية الشهيرة التي دعت إليها "نقابة الأطباء" في مصر، وعقدت بدار الحكمة بالقاهرة، ومثل الإسلاميين فيها الشيخان الغزالي والقرضاوي.

وكانت هذه الندوة أحد الأحداث الفكرية البارزة، وقد تحدثت عنها الصحف اليومية والأسبوعية والمجلات الشهرية في مصر وخارجها. وكان من أثرها كتاب "الإسلام والعلمانية وجهاً لوجه" الذي رد على فؤاد زكريا وجماعة العلمانيين في مصر رداً علمياً موضوعياً، أسقط كل دعاويهم وأبطل كل شبهاتهم بالمنطق العلمي الرصين. وفي المعركة الأخيرة حول تحليل فوائد البنوك وما يلحق بها من شهادات، كان صوته من أعلى الأصوات وأقواها في مقاومتها، ومن ثمارها كتاب "فوائد البنوك هي الربا المحرم".

إلى أعلى

مجال الفقه والفتوى

ومن الجهود البارزة للدكتور القرضاوي جهوده في مجال الفقه والفتوى خاصة. فهو لا يلقى محاضرة، أو يشهد مؤتمراً أو ندوة إلا جاءه فيض من الأسئلة في شتى الموضوعات الإسلامية ليرد عليه، وردوده وأجوبته تحظى بقبول عام من جماهير المثقفين المسلمين، لما اتسمت به من النظرة العلمية، والنزعة الوسطية، والقدرة الإقناعية.

وقد أصبح مرجعاً من المراجع المعتمدة لدى الكثيرين من المسلمين في العالم الإسلامي وخارجه، ومن عرف الشيخ عن كثب سمع منه أنه يشكو من كثرة الرسائل والاستفتاءات التي تصل إليه، ويعجز عن الرد عليها، فهي تحتاج إلى جهاز كامل ولا يقدر عليها جهد فرد مهما تكن طاقته ومقدرته.

هذا إلى ما يقوم به من إجابات عن طريق المشافهة واللقاء المباشر، وفي أحيان كثيرة عن طريق الاتصال الهاتفي، الذي سهل للكثيرين أن يسألوه هاتفياً من أقطار بعيدة، بالإضافة إلى برامجه الثابتة في إذاعة قطر وتلفزيونها للرد على أسئلة المستمعين والمشاهدين.

وقد بين منهجه في الفتوى في مقدمة الجزء الأول من كتابه "فتاوى معاصرة". كما وضح ذلك في رسالته "الفتوى بين الانضباط والتسيب" الذي تعرض فيها لمزالق المتصدين للفتوى وجلاها مع التدليل والتمثيل.

وخلاصة هذا المنهج أنه يقوم على التيسير لا التعسير، والاعتماد على الحجة والدليل، والتحرر من العصبية والتقليد، مع الانتفاع بالثروة الفقهية للمذاهب المعتبرة، وعلى مخاطبة الناس بلغة عصرهم، والاهتمام بما يصلح شأنهم والإعراض عما لا ينفعهم، والاعتدال بين الغلاة والمقصرين، وإعطاء الفتوى حقها من الشرح والإيضاح والتعليل.

يكمل ذلك ما ذكره في كتابه "الاجتهاد في الشريعة الإسلامية، مع نظرات تحليلية في الاجتهاد المعاصر" الذي كشف فيه اللثام عن مزالق الاجتهاد المعاصر، وأبان عن المعالم والضوابط اللازمة لاجتهاد معاصر قويم.

وقد حرص هو أن يطبق الالتزام بهذه الضوابط فيما كتبه في الجوانب الفقهية مثل "الحلال والحرام" و"فقه الزكاة" و"غير المسلمين في المجتمع الإسلامي" و"بيع المرابحة للآمر بالشراء" و"فقه الصيام" وهو حلقة من سلسلة تيسير الفقه الذي وعد بها من سنوات. ولا غرو أن اختير عضواً بالمجمع الفقهي لرابطة العالم الإسلامي، وخبيراً بمجتمع الفقه الإسلامي التابع لمنظمة المؤتمر الإسلامي.

إلى أعلى

مجال الدعوة والتوجيه

عمل د. القرضاوي في مجالات عدة، ومارس أنشطة كثيرة، بين العمل الأكاديمي والعمل الإداري والثقافي، واشتغل بالفقه والفتوى، والأدب والشعر، وغير ذلك، ولكنه في المقام الأول رجل دعوة، فالدعوة إلى الله لحمته وسداه، وهي شغله الشاغل، وهي محور تفكيره واهتمامه وعلمه وعمله.

وقد بدأ يمارس الدعوة منذ فجر شبابه، منذ كان طالباً في القسم الابتدائي، من معهد طنطا الثانوي، وعمره حوالي 16سنة، مبتدئاً بقريته، ثم بما حولها، حتى شرق وغرب العالم كله.

وله إلى الدعوة منابر ووسائل شتى:

منها: المنبر الطبيعي التاريخي للدعوة إلى الله، وهو: المسجد، عن طريق الخطبة والدرس.

وقد كان القرضاوي وهو طالب في كلية أصول الدين يخطب في مسجد بمدينة المحلة الكبرى، المدينة العمالية الشهيرة ـ يعرف بمسجد "آله طه" الذي أطلق عليه الناس "مسجد الشيخ يوسف" وقد كان يؤمه الآلاف لصلاة الجمعة، حتى أن منشئ المسجد بنى بجواره ملحقا من عدة طوابق ليتسع للناس. وبعد خروجه من المعتقل سنة 1956م استدعته وزارة الأوقاف عقب حرب السويس ليخطب في جامع الزمالك بالقاهرة، وقد كان يؤمه جمهور كبير حتى منع من الخطابة في عهد عبد الناصر.

وحين أعير إلى قطر سنة 1961م اتخذ من المسجد وسيلة لنشر الدعوة فهو يخطب ويدرس، ويعظ ويفتي، ولا يزال إلى اليوم يلقي خطبة الجمعة في مسجد عمر بن الخطاب، الذي تذاع منه الخطبة على الهواء مباشرة عن طريق التلفاز القطري، وقد سجلت هذه الخطب وانتشرت في أنحاء العالم الإسلامي، وكذلك خطبه في عيدي الفطر والأضحى، وخصوصاً ما كان منها في ميدان "عابدين" بالقاهرة، و"الاستاد" بالإسكندرية.

أضف إلى ذلك دروسه الأسبوعية بعد الجمعة، ومساء الاثنين من كل أسبوع، وكذلك دروسه الرمضانية الثابتة، وتتمثل في درس العصر في مسجد الشيخ خليفة بن حمد، التي يحرص على حضورها منذ ثلاثين عاماً، منذ كان ولياً للعهد ونائبا للأمير. ودرس العشاء بعد التروبحة في صلاة التراويح التي يصليها ثماني ركعات بجزء من القرآن، ويختم فيها القرآن كل عام.

كما اتخذ من أجهزة الإعلام منبراً للدعوة أيضاً، فله دروس وأحاديث في الإذاعة والتلفاز، وبعضها في تفسير القرآن الكريم، وبعضها في تفسير القرآن الكريم، وبعضها في شرح الحديث الشريف مثل برنامج "من مشكاة النبوة" وبعضها دروس توجيهية، وبعضها إجابات عن أسئلة المسلمين والمسلمات عن كل ما يتعلق بالإسلام والحياة.

وله في ذلك برنامج باسم "نور وهداية" منذ افتتاح إذاعة قطر، واستمر بضعة عشر عاماً ثم اعتذر أخيراً من عدم استمراره فيه لكثرة مشاغله.

وبرنامج آخر تلفزيوني باسم "هدي الإسلام" في مساء كل جمعة، بدأ مع بدء تلفزيون قطر، واستمر إلى اليوم، يشاهده الأخوة والأخوات في قطر والبحرين والإمارات والمنطقة الشرقية من السعودية، ويترقبه الناس ويتابعونه الناس بلهفة، وهو يمثل مدرسة متميزة في الدعوة والتوجيه، والفتوى والتفقيه. وما من تلفزيون عربي إلا وبث للدكتور القرضاوي دروسا وأحاديث.

وإلى جوار ذلك أجهزة الإعلام المسموعة والمرئية، كان نشاطه في الإعلام المقروء عن طريق الصحافة.

فقد نشر مقالات وبحوث في مختلف المجلات الإسلامية: "الأزهر" و"نور الإسلام" و"منبر الإسلام" و"الدعوة" في مصر، و"حضارة الإسلام" بدمشق و"الوعي الإسلامي" و"المجتمع" و"العربي" بالكويت، و"الشهاب" ببيروت، و"البعث الإسلامي" بالهند، و"الدعوة" بالرياض، و"الدوحة" و"الأمة" في قطر، و"منار الإسلام" في أبو ظبي، و"المسلم المعاصر" في لبنان وغيرها. إلى جانب الصحف الأسبوعية واليومية في عدد من الأقطار، التي نشرت له مقالات أو فتاوى، أو لقاءات يجيب فيها مما يوجه إليه من أسئلة حول الإسلام عقيدة وشريعة وحضارة وأمة. ومما لا خلاف عليه أن الشيخ القرضاوي داعية إسلامي من كبار دعاة الإسلام المعاصرين، له شخصيته المستقلة، وطابعه الأصيل، وتأثيره الخاص بحيث يعد بمجموع خصائصه مدرسة متميزة في الدعوة.

فهو يتميز بالقدرة على إفهام العامة، وإقناع الخاصة معاً.
وبالقدرة على مخاطبة العقل وإلهاب العاطفة معاً.
وبالقدرة على استلهام التراث، والاستفادة من ثقافة العصر جميعاً.
وبالقدرة على المزج بين الدعوة النظرية والعمل الحركي والجهادي من أجل الإسلام.
والقدرة على ربط التدين الفردي بهموم الأمة الإسلامية الكبرى وقضاياها المصيرية.
والقدرة على وصل الدعوة بالفقه، والفقه بالدعوة، فلا تحس بانفصام بين الداعية والفقيه.
وبالجملة فهو في الدعوة ـ كما في الفقه والفكر ـ نموذج متفرد.

إلى أعلى

مجال المؤتمرات والندوات العلمية
لا يكاد يعقد مؤتمر أو ملتقى أو ندوة أو حلقة حول الفكر الإسلامي أو الدعوة الإسلامية إلا يدعى إليها الدكتور القرضاوي، تقديراً من الجهات الداعية لمكانته بين العلماء والدعاة والمفكرين، وهو يحضر منها ما أسعفه وقته وساعدته ظروف عمله وارتباطاته المتعددة على حضوره، ويشارك فيها بالبحوث المعدة، أو بالمناقشات الإيجابية المخلصة أو بهما معا، والذين يشهدون هذه المجتمعات العلمية والدعوية يؤكدون أن حضور القرضاوي يزيدها فاعلية وإثراء.
ومن هذه المؤتمرات على سبيل المثال لا الحصر:
المؤتمر العالمي الأول للاقتصاد الإسلامي تحت رعاية جامعة الملك عبد العزيز بمكة المكرمة.
المؤتمر العالمي الأول لتوجيه الدعوة وإعداد الدعاة تحت رعاية الجامعة الإسلامية بالمدينة المنورة.
المؤتمر العالمي الأول للفقه الإسلامي بالرياض تحت رعاية جامعة الإمام محمد بن سعود الإسلامية.
المؤتمر العالمي الثاني لتوحيد الدعوة وإعداد الدعاة تحت رعاية الجمعية الإسلامية بالمدينة المنورة.
المؤتمر العالمي الأول لمكافحة المسكرات والمخدرات والتدخين تحت رعاية الجامعة الإسلامية بالمدينة المنورة.
ومهرجان ندوة العلماء بالكهنو بالهند، ومؤتمر الإسلام والمستشرقين الذي نظمته ندوة العلماء بالتعاون مع دار المصفين بمدينة (أعظم كره) بالهند، وقد اختير بالإجماع رئيساً للمؤتمر.
ومؤتمرات السيرة النبوية والسنة الشريفة التي عقدت في أكثر من بلد، وقد انتخب في المؤتمر الذي عقد في قطر نائبا للرئيس.
وندوة التشريع الإسلامي في ليبيا، ومؤتمرات مجمع البحوث الإسلامية بالقاهرة، ومؤتمرات المصارف الإسلامية في دبي وفي الكويت واستنابول وغيرها ومؤتمرات الهيئة العليا للرقابة الشرعية بالبنوك الإسلامية، وندوة "الاقتصاد الإسلامي في مجال التطبيق" في أبو ظبي، وندوات (المنظمة الإسلامية للعلوم الطبية) بالكويت و"مؤتمرات الزكاة" بالكويت ومؤتمرات رابطة الجامعات الإسلامية بالقاهرة، وغيرها، ومؤتمرات المجمع الملكي لبحوث الحضارة الإسلامية بالأردن، وملتقيات الفكر الإسلامي بالجزائر، ومؤتمر الإعجاز العلمي للقرآن والسنة بإسلام آباد، وندوة الصحوة الإسلامية وهموم الوطن العربي بعمان، ومؤتمرات الإسلام والطب بالقاهرة.
وقدم لمعظم المؤتمرات والندوات بحوثاً علمية كانت موضع تقدير المؤتمرين.

إلى أعلى

مجال المحاضرات والزيارات الجامعية
دعي الأستاذ الدكتور القرضاوي لزيارة عدد من الجامعات العربية والإسلامية لإلقاء محاضرات بها، إما على الطلاب وهو الأكثر، وإما على أعضاء هيئة التدريس، أو على الفريقين معاً في محاضرات عامة.
من ذلك عدد من الجامعات المصرية مثل: جامعة القاهرة، والأزهر، وعين شمس، والإسكندرية، المنصورة، وأسيوط.
ومنها جامعة الخرطوم وجامعة أم درمان الإسلامية بالسودان.
ومنها بالمملكة العربية السعودية: الجامعة الإسلامية بالمدينة المنورة، وقد كان في بعض الدورات عضواً بالمجلس الأعلى بها، وجامعة الملك عبد العزيز بجدة، وجامعة الظهران للبترول والمعادن، وجامعة الملك فيصل بالدمام، وجامعة الملك سعود بالرياض.
ومنها جامعة الكويت، وجامعة الإمارات العربية المتحدة بالعين، وجامعة الخليج بالبحرين، والجامعة الأردنية وجامعة اليرموك بالأردن، وجامعة محمد الخامس بالرباط، والقاضي عياض بمراكش بالمغرب، وجامعة صنعاء باليمن، وجامعة الأمير عبد القادر بقسنطينة، وعدد من الجامعات الجزائرية بالجزائر العاصمة وقسنطينة ووهران وتبسا.
ومنها: الجامعة الإسلامية العالمية في إسلام آباد، وجامعة البنجاب بلاهور، وجامعة الملايو، والجامعة الإسلامية العالمية في ماليزيا، ودار العلوم ومعهدها العالي للفكر الإسلامي بندوة العلماء في الكهنو بالهند، وجامعة أحمدو بللو بنيجيريا، وجامعة ابن خلدون، وغيرها بأندونيسيا، وجامعة مندناو بجنوب الفلبين، ومعهد الملك فيصل للدراسات الإسلامية بها، والجامعة الإسلامية بمدينة هراوي بها، وبعض الجامعات بطوكيو، واليابان وسيؤول بكوريا الجنوبية.
كما دعاه عدد من المراكز والمعاهد والجمعيات العلمية لإلقاء محاضرات بها مثل:

مركز أبحاث الاقتصاد الإسلامي بجدة.
جمعية الاقتصاد الإسلامي بالقاهرة.
مركز الملك فيصل للدراسات الإسلامية بالرياض.
المعهد العالمي للفكر الإسلامي بأمريكا.
المجمع الثقافي بأبوظبي.
النادي الأدبي بمكة المكرمة.
النادي الثقافي بسلطنة عمان.

هذا إلى دعوات يعسر إحصاؤها من وزارات الأوقاف والشؤون الإسلامية، والتربية والإعلام والثقافة، والصحة، والداخلية، والمدارس الثانوية، والجمعيات الدينية والأندية الثقافية، والنقابات المهنية، ومراكز الدعوة والتوجيه، في عدد من الأقطار، لإلقاء محاضرات في موضوعات عامة أو خاصة، وفي مناسبات إسلامية مختلفة.
وإلى جوار ذلك زار الشيخ القرضاوي عدداً كبيراً من الأقطار العربية والإسلامية في آسيا وإفريقيا، كما زار الكثير من التجمعات والأقليات والجاليات الإسلامية في أوروبا والأمريكتين وأستراليا، وكان له فيها جميعاً محاضرات ولقاءات وأحاديث تركت وراءها أثراً طيباً، ولا سيما بين الشباب، وخصوصاً الذين يتعلمون في ديار الغرب ويتعرضون لرياح الفتنة تهب عليهم من شمال وجنوب.

إلى أعلى

مجال المشاركة في عضوية المجالس والمؤسسات
نظرا للثقة التي يتمتع بها الشيخ القرضاوي بين خاصة المسلمين وعامتهم أصبح عضواً في عدد غير قليل من المجالس والمراكز والمؤسسات العلمية والدعوية والتربوية والاقتصادية والاجتماعية، رغم اعتذاره من عدم قبوله العضوية في أحيان كثيرة لضيق وقته، وكثرة أعبائه. فهو عضو المجلس الأعلى للتربية في قطر، وعضو هيئة الإفتاء الشرعي في قطر، ورئيس هيئة الرقابة الشرعية لمصر قطر الإسلامي، وبنك قطر الإسلامي الدولي، ولمصرف فيصل الإسلامي بالبحرين وكراتشي، ولبنك التقوى في سويسرا، وعضو الهيئة لدار المال الإسلامي، وعضو مجلس الأمناء لمنظمة الدعوة الإسلامية في إفريقيا، ومركزها الخرطوم، وعضو مجمع الفقه الإسلامي التابع لرابطة العالم الإسلامي بمكة المكرمة، وخبير المجمع الفقهي التابع لمنظمة المؤتمر الإسلامي بجدة، وعضو مجلس الأمناء للجامعة الإسلامية العالمية في إسلام آباد، ومجلس الأمناء لمركز الدراسات الإسلامية في أكسفورد، وعضو رابطة الأدب الإسلامي في الكهنو بالهند، وعضو مؤسس لجمعية الاقتصاد الإسلامي بالقاهرة، وعضو مجلس إدارة مركز بحوث إسهامات المسلمين في الحضارة في قطر، ونائب رئيس الهيئة الشرعية العالمية للزكاة في الكويت، وعضو المجمع الملكي لبحوث الحضارة الإسلامية (مؤسسة آل البيت بالأردن).
وعضو مؤسس للهيئة الخيرية الإسلامية العالمية بالكويت، وعضو مجلس إدارتها ولجنتها التنفيذية.

إلى أعلى

مجال الاقتصاد الإسلامي
عني الدكتور القرضاوي منذ مدة غير قليلة بالجانب الاقتصادي في الإسلام من الناحية النظرية ومن الناحية التطبيقية.
فمن الناحية النظرية ألقى الكثير من المحاضرات والدروس حول الجانب الاقتصادي في الإسلام، وألف مجموعة من الكتب اشتهرت في العالم العربي والإسلامي، يكفي أن نذكر منها: فقه الزكاة، ومشكلة الفقر وكيف عالجها الإسلام، بيع المرابحة للأمر بالشراء، كما تجريه المصارف الإسلامية، وأخيراً: فوائد البنوك هي الربا الحرام.
ومن الناحية التطبيقية، ساند قيام البنوك الإسلامية من قبل أن تقوم، وبعد أن قامت، متعاوناً مع الاتحاد الدولي للبنوك الإسلامية، ولا يزال إلى اليوم عضداً لها، يشد أزرها، ويرشد مسيرتها، ويسدد خطواتها، ويدافع عنها.

فقد كان ـ لعدة سنوات ـ مستشاراً شرعياً متطوعاً لأول بنك إسلامي، وهو بنك دبي الإسلامي، ثم أصبح عضواً للهيئة العامة للرقابة الشرعية بدار المال الإسلامي في جنيف، وشركة الراجحي للاستثمار بالمملكة العربية السعودية، وهو كذلك رئيس هيئة الرقابة الشرعية لكل من: مصرف قطر الإسلامي بالدوحة، بنك قطر الدولي الإسلامي، مصرف فيصل الإسلامي بالبحرين وباكستان، بنك التقوى في لوجانو بسويسرا، وعضو مجلس إدارة بنك فيصل الإسلامي المصري، وعضو مؤسس بجمعية الاقتصاد الإسلامي بالقاهرة.
وقد أبان عن سر اهتمامه بالاقتصاد الإسلامي في مقدمة كتابه (بيع المرابحة) فقال:
"إن اهتمامي بالاقتصاد الإسلامي جزء من اهتمامي بالشريعة الإسلامية، والدعوة إلى تحكيمها في جميع مجالات الحياة، وإحلال أحكامها محل القوانين الوضعية والأنظمة المستوردة.
وتقديرا لهذه الجهود، قررت لجنة البنك الإسلامي للتنمية اختيار فضيلته للفوز بجائزة البنك للعام 1411هـ في الاقتصاد الإسلامي، منوهة بمساهمته المتميزة والعميقة في هذا المجال.

إلى أعلى

مجال العمل الاجتماعي والخيري
وللدكتور القرضاوي اهتمام خاص بالعمل الاجتماعي والخيري، وهو يعيب على الحركة الإسلامية، وعلى الصحوة الإسلامية استغراقها في العمل السياسي الذي يستهلك جل طاقته، إن لم يكن كلها، وإغفالها للعمل الاجتماعي الذي أتقنه خصوم الدعوة الإسلامية، والذين تسللوا من خلاله لإضلال المسلمين ومحاولة سلخهم عن عقيدتهم وهويتهم، تحت ستار الخدمات الاجتماعية، والأعمال الخيرية، من إنشاء المدارس والمستشفيات والمؤسسات الاجتماعية المختلفة.
وقد استغل دعاة التنصير هذا المجال أسوأ استغلال، فغزوا كثيراً من المناطق الإسلامية في إفريقيا وآسيا، التي ينتشر فيها ثالوث الفقر والجهل والمرض، حتى انتهى بهم طموحهم أو غرورهم إلى التخطيط لتنصير المسلمين في العالم، كما قرر ذلك مؤتمر المبشرين الذي انعقد في ولاية كولورادو بأمريكا ورصدوا لذلك ألف مليون دولار، وأنشأوا له معهد "زويمر" لتخريج المتخصصين في تنصير المسلمين حسب بلدانهم ولغاتهم ومذاهبهم واتجاهاتهم.
وقد حرك ذلك همة الشيخ القرضاوي، فطاف بعدد من الأقطار، وألقى عدداً من المحاضرات والأحاديث بين فيها خطورة الموقف، ووجوب التصدي لهذه الحملة بعمل مماثل، وهو رصد ألف مليون دولار من المسلمين للحفاظ على عقيدتهم وشخصيتهم، وأن يستثمر هذا (المليار) إذا جمع، لينفق من عائده على العمل الخيري والدعوي، ويبقى الأصل صدقة جارية لأصحابه، وأوضح أن المسلمين يبلغون في عددهم أكثر من مليار، فلو دفع كل مسلم ـ في المتوسط ـ دولاراً واحدا لجمعوا المبلغ المطلوب. وبهذا رفع شعار: ادفع دولار تنقذ مسلماً ! وأصدر نداءه للمسلمين الذي أذيع في أكثر من بلد.
وقد قامت على أساس هذه الدعوة ولتحقيق الهدف: "الهيئة الخيرية الإسلامية العالمية" التي اتخذت من الكويت مقراً أساسيا، وبدأت تمارس نشاطها بقوة ووضوح وإن كان لا تزال في بداية الطريق، فهو صاحب فكرة الهيئة، وعضو اللجنة التحضيرية التي أعدت لها، وبناء على تصوره لأهدافها ووسائلها أعد مشروع نظامها الأساسي، وعضو جمعيتها التأسيسية، ومجلس إدارتها، ولجنتها التنفيذية، وعضو في أكثر من لجنة من لجانها.
وفي قطر أنشأ صندوقاً شعبيا لمساعدة ذوي العوز والحاجة داخل قطر وخارجها سمي: "صندوق قطر الإسلامي للزكاة والصدقة" له حساب في مصرف قطر الإسلامي ويقوم بسد بعض الثغرات، وتلبية بعض الحاجات.
وفي مصر ساهم بجهده وماله في إقامة عدد من المؤسسات الدينية والخيرية مثل معهد ومسجد ومستشفى الصحوة في قريته صفت تراب، ومسجد الرحمة في مدينة نصر.

إلى أعلى

مجال ترشيد شباب الصحوة
ومن أبرز الميادين التي توجهت إليها همة الدكتور القرضاوي ونشاطه، وظهر فيها تأثيره، وجند لها في السنوات الأخيرة لسانه وقلمه وفكره وعلمه وجهده: ميدان شباب الصحوة الإسلامية المعاصرة، فهو يحضر الكثير من المعسكرات والمؤتمرات واللقاءات التي ينظمها شباب الصحوة في داخل البلاد الإسلامية وخارجها، وقلما يممت وجهك شطر هذه اللقاءات في أمريكا وكندا وأوروبا، الأسئلة المثارة والشبهات المثيرة، حول الإسلام وعقيدته وشريعته وتاريخه، وهو موضع الثقة والقبول العام من شباب الصحوة، لما يعتقدونه وما يلمسونه أيضاً من تمكنه من العلم، ورحابة أفقه في الفكر، وإخلاصه في الدعوة، وحرصه على البناء لا الهدم، وعلى الجمع لا التفريق، وتحريه دائماً الاعتدال والوسطية التي تتسم بالتيسير لا التعسير، وبالرفق لا العنف، فهم يقبلون منه ما لا يقبلون من غيره ممن قد يتهمونه في علمه أو دينه أو ولائه وارتباطه بجهة من الجهات.
أضف إلى ذلك ما نشره من مقالات، وما ألفه من كتب، وما ألقاه من خطب ومحاضرات، سجلت وانتشرت، تدور حول دعم الصحوة وتقويتها من جانب باعتبارها المعبر الحقيقي عن طموح الأمة الإسلامية وتطلعها إلى الحياة الإسلامية الكاملة، وحول ترشيدها وتسديد خطاها ومسيرتها بعيداً عن الغلو والتطرف والعنف.
وقد كتب في ذلك في مجلة "الأمة" القطرية، مقالات "صحوة الشباب الإسلامي ظاهرة صحية يجب ترشيدها لا مقاومتها" وقد جمعت وطبعت عشرات الألوف منها في عدد من البلاد العربية والإسلامية. كما كتب في مجلة "العربي" عن ظاهرة التطرف.
ثم أصدرت له مجلة "الأمة" كتابه الشهير "الصحوة الإسلامية بين الجحود والتطرف" الذي طبع منه مئات الآلاف بالعربية، وترجم إلى عدد كبير من اللغات كالإنجليزية والأوردية والتركية والماليزية والأندونيسية والمليبارية.
كما أصدر كتاب "الصحوة الإسلامية وهموم الوطن العربي والإسلامي" وكتاب "من أجل صحوة راشدة تجدد الدين وتنهض بالدنيا" وكتاب "الصحوة الإسلامية بين الاختلاف المشروع والتفرق المذموم".

ومن هذا الباب:
وقوفه في وجه "موجة التكفير" التي راجت يوماً في بعض الأقطار العربية والإسلامية والتي تقوم على تكفير الناس بالجملة، وقد نشر في هذا رسالته التي سماها "ظاهرة الغلو في التكفير" والتي طبع منها عشرات الألوف، وترجمت أيضاً إلى عدد من اللغات.
وهو يهيب بشباب الصحوة الإسلامية في لقاءاته بهم، أو كتاباته لهم: أن يتنقلوا من الكلام والجدل إلى العطاء والعمل، ومن الاهتمام بالفروع والجزئيات إلى التركيز على الأصول والكليات، ومن الانشغال بالمسائل المختلف فيها إلى التأكيد على القضايا المتفق عليها، ومن التحليق الخيالي في سماء الأحلام إلى النزول إلى أرض الواقع، ومن الاستعلاء على المجتمع إلى المعايشة له وإعانته على حل مشكلاته"، ومن الدعوة بالعنف والتي هي أخشن إلى الرفق والدعوة بالتي هي أحسن، ومن الإهمال لسنن الله في الحياة إلى التعبد لله بمراعاتها، في ضوء الأصول الشرعية.
وقد وجدت دعوته تجاوباً من الشباب، وكان لها أثرها ـ مع دعوات العلماء الصادقين ـ في ترشيد مسيرة الصحوة.

إلى أعلى

مجال العمل الحركي والجهادي
اشتغل الدكتور القرضاوي منذ فجر شبابه بالدعوة إلى الإسلام، عقيدة ونظام حياة، عن طريق الخطب والمحاضرات والدروس والأحاديث، وساعده على ذلك اتصاله المبكر بحركة الإخوان المسلمين، وتعرفه على الإمام الشهيد حسن البنا، وهيأ له ذلك أن يجوب محافظات القطر المصري من الإسكندرية إلى أسوان، وإلى سيناء وأن يزور بعض الأقطار العربية مثل سورية ولبنان والأردن، بتكليف من الأستاذ حسن الهضيبي ـ المرشد الثاني للإخوان المسلمين ـ لنشر الدعوة، وهو لا يزال طالباً بكلية أصول الدين.
وقد لقي في سبيل دعوته كثيراً من الأذى والاضطهاد والاعتقال عدة مرات منذ كان طالباً في المرحلة الثانوية في عهد فاروق سنة 1949م، وبعد ذلك في عهد الثورة في يناير سنة 1954م، ثم في نوفمبر من نفس السنة حيث استمر اعتقاله نحو عشرين شهراً، ثم في سنة 1963م.
ومما يذكر للشيخ القرضاوي أنه برغم ارتباطه بحركة الإخوان المسلمين، وانتمائه المبكر إليها، وابتلائه في سبيلها، وجهوده العلمية والدعوية والتربوية فيها، وإجماع أنصارها على عظيم مكانته فيها، نراه لا يألو جهداً في الدعوة برفق إلى النقد الذاتي لمواقفها، لترشيد مسيرتها وتحسين أدائها، وتطوير مناهجها، كما دعا بإخلاص إلى التعاون مع كل الحركات الإسلامية الأخرى، ولم ير بأسا من تعدد الجماعات العاملة للإسلام، إذا كان تعدد تنوع وتخصص لا تعدد تعارض وتناقض، على أن تتفاهم وتنسق فيما بينها، وتقف في القضايا الإسلامية الكبرى صفاً واحداً، وتعمق مواضع الاتفاق، وتتسامح في مواضع الخلاف، في دائرة الأصول الإسلامية الأساسية القائمة على محكمات الكتاب والسنة. وقد تجلى هذا الاتجاه النقدي البناء المنصف في عدد من كتبه وبحوثه ومقالاته ومحاضراته، ولقاءاته الصحفية. كما في كتاب "الحل الإسلامي فريضة وضرورة" الباب الأخير منه، ومقالات مجلة الأمة تحت عنوان "أين الخلل؟" وقد جمعت في رسالة مستقلة، وكتاب "أولويات الحركة الإسلامية". قدمته سلسلة كتاب الأمة في كتابها الأخير: "فقه الدعوة: ملامح وآفاق" الذي جمعت فيه مجموعة حوارات "الأمة" مع كبار العلماء والمفكرين المسلمين، وكان حوارها معه حول: الاجتهاد والتجديد بين الضوابط الشرعية حاجات العصر".
قالت المقدمة في التعريف به:
"ولعل نظرة سريعة على عناوين الكتب التي قدمها للمكتبة الإسلامية تعطي صورة واضحة عن شمولية اهتماماته، والقدر الهام الذي ساهم به في تشكيل العقل الإسلامي المعاصر، وما منحه من الفقه الضروري للتعامل مع الحياة، وتصويب المسار للعمل الإسلامي، وترشيد الصحوة لتلتزم المنهج الصحيح، وتأمن منزلقات الطريق.
يرى أن الحركة الإسلامية تعني مجموع العمل الإسلامي الجماعي الشعبي المحتسب المنبثق من ضمير الأمة، والمعبر بصدق عن شخصيتها وآلامها وآمالها وعقيدتها وأفكارها وقيمها الثابتة وطموحاتها المتجددة وسعيها إلى الوحدة.

كما يرى أنه ليس من العدل تحميل الحركة الإسلامية مسئولية كل ما عليه مسلمو اليوم من ضياع وتمزق وتخلف، بل أن ذلك هو حصيلة عصور الجمود وعهود الاستعمار، وإن كان عليها بلا شك قدر من المسئولية يوازي ما لديها من أسباب وإمكانات مادية ومعنوية هيأها الله لها، استخدمت بعضها، وأهملت بعضا آخر، وأساءت استعمال بعض ثالث.
ويرى ضرورة أن تقف الحركة الإسلامية مع نفسها للتقويم والمراجعة، وأن تشجع أبناءها على تقديم النصح وإن كان مرأ، والنقد وإن موجعا ولا يجوز الخلط بين الحركات الإسلامية والإسلام ذاته، فنقد الحركة لا يعني نقد الإسلام وأحكامه وشرائعه، ولقد عصم الله الأمة أن تجتمع على ضلالة ولكنه لم يعصم أي جماعة، أن تخطئ أو تضل خصوصاً في القضايا الاجتهادية التي تتعدد فيها وجهات النظر.
ويقول: أن بعض المخلصين يخافون من فتح باب النقد أن يلجه من يحسنه ولا يحسنه، وهذا هو العذر نفسه الذي جعل بعض العلماء يتواصون بسد باب الاجتهاد، والواجب أن يفتح الباب لأهله، ولا يبقى في النهاية إلا النافع، ولا يصح إلا الصحيح.
وهو لا ينكر تعدد الجماعات العاملة للإسلام، ولا يرى مانعاً من التعدد إذا كان تعدد تنوع وتخصص: فجماعة تختص بتحرير العقيدة من الخرافة والشرك، وأخرى تختص في تحرير العبادات وتطهيرها من البدع، وثالثة تعنى بمشكلات الأسرة، ورابعة تعنى بالعمل التربوي، ويمكن أن تعمل بعض الجماعات مع الجماهير وبعضها الآخر مع المثقفين، على شرط أن يحسن الجميع الظن بعضهم ببعض، وأن يتسامحوا في مواطن الخلاف، وأن يقفوا صفاً واحداً في القضايا الكبرى. ويرى أن على الحركة الإسلامية أن تنتقل من مرحلة الكلام إلى مرحلة العمل على مستوى الإسلام ومستوى العصر - ولا يعفيها من سؤال التاريخ أن تقول أنها كانت ضحية لمخططات دبرتها قوى جهنمية معادية للإسلام من الخارج - وأن تعمل في إطار النخبة والجماهير معاً. وسوف تنجح الحركة الإسلامية عندما تصبح حركة كل المسلمين لا حركة فئة من المسلمين.
ويأخذ على بعض العاملين للإسلام حرمان أنفسهم من العمل لخير الناس أو مساعدتهم حتى تقوم الدولة الإسلامية المرجوة، فهو يرى أن كل مهمة هؤلاء الانتظار فهم واقفون في طابور الانتظار دون عمل يذكر حتى يتحقق موعودهم.
ويرى ضرورة التخطيط القائم على الإحصاء ودراسة الواقع، وأن من آفات الحركة الإسلامية المعاصرة غلبة الناحية العاطفية على الاتجاه العقلي والعلمي، كما أن الاستعجال جعل الحركة الإسلامية تخوض معارك قبل أوانها، وأكبر من طاقتها.
ويأخذ على بعض العاملين للإسلام النفور من الأفكار الحرة والنزعات التجديدية التي تخالف المألوف والمستقر من الأفكار، وضيقهم بالمفكرين، وربما أصدروا بشأنهم قرارات أشبه بقرارات الحرمان.
ويقول: إن اتباع أهواء العامة أشد خطراً من اتباع هوى السلطان، لأن الذين يتبعون هوى السلطان يكشفون ويرفضون.
ويرى أن الاستبداد السياسي ليس مفسداً للسياسة فحسب بل هو مفسد للإدارة والاقتصاد والأخلاق والدين، فهو مفسد للحياة كلها.
ويرى أن الصحوة الإسلامية تمثل فصائل وتيارات متعددة كلها تتفق في حبها للإسلام، واعتزازها برسالته، وإيمانها بضرورة الرجعة إليه، والدعوة إلى تحكيم شريعته، وتحرير أوطانه، وتوحيد أمته.
ويعتبر أهم تيارات الصحوة وأعظمها هو التيار الذي أسماه "تيار الوسطية الإسلامية" لأنه التيار الصحيح القادر على الاستمرار، ذلك أن الغلو دائما قصير العمر وفقاً لسنة الله.

ويرى أن أهم المحاور التي يقوم عليها هذا التيار، والمعالم التي تميزه:
الجمع بين السلفية والتجديد.
الموازنة بين الثوابت والمتغيرات.
التحذير من التجميد والتجزئة والتمييع للإسلام.

الفهم الشمولي للإسلام.
وينصح الحركة الإسلامية أن تعمل على ترشيد الصحوة، ولا تحاول احتواءها أو السيطرة عليها، فمن الخير أن تبقى الصحوة حرة منسوبة إلى جماعة أو هيئة أو حزب.
ويرى أنه ليس من العدل ولا من الأمانة أن نحمل الشباب وحدهم مسئولية ما تورطوا فيه، أو تورط فيه بعضهم من غلو في الفكر أو تطرف في السلوك، والعجب أننا ننكر على الشباب التطرف ولا ننكر على أنفسنا التسيب، ونطالب الشباب بالاعتدال والحكمة ولا نطالب الشيوخ والكبار أن يطهروا أنفسهم من النفاق.
ويرى أنالشباب ضاق ذرعاً بنفاقنا وتناقضنا فمضى وحده في الطريق إلى الإسلام دون عون ما.
ويرى أن المؤسسات الدينية الرسمية - على أهميتها وعراقتها - لم تعد قادرة على القيام بمهمة ترشيد الصحوة الشبابية وعلاج ظاهرة الغلو ما لم ترفع السلطات السياسية يديها عنها، وأن الذي يعيش مجرد متفرج على الصحوة الإسلامية أو مجرد ناقد لها وهو بعيد عنها لا يستطيع أن يقوم بدور إيجابي في تسديدها وتشيدها، فلابد لمن يتصدى لنصح الشباب من أن يعايشهم ويتعرف على حقيقة حالها.
ويرى أن أسباب الخلاف قائمة في طبيعة البشر، وطبيعة الحياة، وطبيعة اللغة وطبيعة التكليف، فمن أراد أن يزيل الخلاف بالكلية فإنما يكلف الناس والحياة واللغة والشرائع ضد طبائعها، وأن الخلاف العلمي لا خطر فيه إذا اقترن بالتسامح وسعة الأفق، وتحرر من التعصب وضيق النظر.
ويرى أن الأمة المسلمة اليوم ابتدعت في دين الله، والابتداع في الدين ضلالة، وجمدت في شؤون الدنيا، والجمود في الدنيا جهالة، وكان الأجدر بها أن تعكس الوضع فتتبع في أمر الدين، وتبتدع في أمر الدنيا.
ويرى أن من العلماء من قصر في واجب البلاغ المبين، ومنهم من مشى في ركاب السلاطين، ومنهم من جعل من نفسه جهازاً لتفريخ الفتاوى حسب الطلب.
والحكام في الغالب أشبه بشعوبهم وهم إفراز مجتمعهم.
ولاشك أن الأخ الدكتور يوسف القرضاوي يعتبر من أبرز الفقهاء المعاصرين الذين يتمتعون بقدرة متميزة على النظر الدقيق من خلال كسبه المتعمق للعلوم الشرعية، وتجربته الميدانية في مجال العمل الإسلامي، كما يعتبر من المفكرين الذين يمتازون بالاعتدال، ويجمعون بين محكمات الشرع ومقتضيات العصر، وتجمع مؤلفاته بين دقة العالم، وإشراقة الأديب، وحرارة الداعية.

إلى أعلى

التالي >

سيرة ومسيرة

(153- نهاية المذكرات) قلم وفكر عبد الحلي...

كان لنا في قطر لقاءات خاصة، شبه منتظمة، ونحن مجموعة تضم: عبد الحليم والعسال وحسن المعايرجي، وأنا، وك...

(152) وفاة الأستاذ عبد الحليم أبو شقة...

في صباح يوم الاثنين 23 من ربيع الآخر 1416 هـ - 18/9/1995م جاءني نبأ وفاة الأخ الحبيب، والصديق العزي...

مكتبة القرضاوى

في تحديد النسل

-

فقه الزكاة - الجزء الأول...



## رسالة

أضحى الإمامُ من الخطوبِ عليلا / قد ساءه خطبٌ نراهُ جليلا / قدْ راعَهُ ظُلم العباد وليتهم / ت...

## ماليزيا للقرضاوي: تشرفنا باهدائكم جائزة ...

المدير العام لمصلحة الشئون الإسلامية الماليزية يعبر عن عميق شكره وتقديره للعلامة الدكتور يوسف القرضا...

جميع الحقوق محفوظة لموقع فضيلة العلامة القرضاوى 2014