# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | : | Civil Action No. |
| **SEPTEMBER 11, 2001** | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| | : | |
| *This document applies to* | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

### ORDER

AND NOW, this _____ day of _____, 201__, upon consideration of the Motion to Withdraw as Counsel for Angela LeGrand, it is hereby **ORDERED** as follows:

1. Counsel's Motion is **GRANTED** and all counsel for Plaintiff Angela LeGrand are hereby granted leave to withdraw their appearance as counsel for Angela LeGrand;

2. Within thirty (30) days of the date of this Order, Angela LeGrand shall file a status report with the court indicating whether she has retained new counsel or whether she intends to proceed *pro se*.

3. If Angela LeGrand fails to file a status report within thirty (30) days of the date of this Order, the Court may enter an Order dismissing her claim with prejudice.

**BY THE COURT**

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE