UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | : <br> : <br> : <br> : | Civil Action No.<br>03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | : <br> : | |
| *Hoglan, et al. v. The Islamic Republic<br>of Iran, et al.*<br>*1:11-cv-07550-GBD* | : <br> : <br> : | |

_____

## SUGGESTION OF DEATH

**AND NOW,** this 14th day of December, 2015, it is suggested of record that the Plaintiff Number 161, Pedro Gerardino, of 5991 Clydesdale Lane, Port St. Lucia, Florida  34987 died on August 18, 2014, in the state of Florida.

Respectfully Submitted,

/s/ *Stephen A. Corr*
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

                                      */s/   Stephen A. Corr*
                                      STARK & STARK
                                      Attorneys At Law
                                      Stephen A. Corr, Esquire
                                      Pa. Bar No. 65266
                                      777 Township Line Road, Suite 120
                                      Yardley, PA  19067
                                      (267) 907-9600
                                      *Attorneys for Plaintiff*