UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| This document applies to: | |
| Hoglan, et al. v. The Islamic Republic of Iran, et al. 1:11-cv-07550-GBD | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/15

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFF

AND NOW, this 7th day of December, 2015, it is suggested of record that the Plaintiff Number 125, James Lostrangio, died on November 6, 2013 in the state of Massachusetts leaving his daughter, Diane Lostrangio as the Exectutrix of his estate. Therefore, Diane Lostrangio, 5602 46th Avenue South, Seattle, Washington 98118 moves to be substituted as the plaintiff in this action and the relevant portion of the caption should be changed to read "Diane Lostrangio, Executrix of the Estate of James Lostrangio, deceased."

Respectfully Submitted,

/s/ Stephen A. Corr
STARK & STARK
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA 19067
(267) 907-9600
*Attorneys for Plaintiff*

SO ORDERED

_____
~~GEORGE B. DANIELS~~  12/14/15
~~District~~ Judge

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Succession was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

/s/   Stephen A. Corr
STARK & STARK
Attorneys At Law
Stephen A. Corr, Esquire
Pa. Bar No. 65266
777 Township Line Road, Suite 120
Yardley, PA  19067
(267) 907-9600
*Attorneys for Plaintiff*