## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

December 15, 2015

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

_/s/ Frank Maas_
Frank Maas, USMJ 12/16/15

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to request an extension of the existing deadline for submission of plaintiffs' motion to compel as to defendant Dallah Avco, which is currently due Friday, December 18, 2015. Due to the varying holiday travel schedules of members of the Plaintiffs' Executive Committees, plaintiffs respectfully request that the deadline be extended to Friday, January 22, 2016. Plaintiffs have conferred with counsel for Dallah Avco and they do not object to the extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

_/s/ J. Scott Tarbutton_
J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/15

cc: MDL Counsel of Record (via ECF)