# APPENDIX A



| | |
|---|---|
| 26 October 2014 | ٢٦ أكتوبر ٢٠١٤ |

## Situation Report

تقرير بواقع الحال

Dear Information Fort clients

السادة عملاء شركة القلعة للمعلومات (إنفوفورت) المحترمين

Greetings,

تحية وإحتراما وبعد ،،،

We refer to the fire incident that took place on Wednesday 27 August 2014 at one of the warehouses belonging to Information Fort LLC (InfoFort) located in the Jebel Ali Port (South).

نشير إلى الحريق الذي وقع في حوالي الساعة العاشرة من مساء يوم الأربعاء ٢٧ أغسطس ٢٠١٤ بأحدى منشآت التخزين التابعة لشركة القلعة للمعلومات ذ.م.م (إنفوفورت) الكائنة داخل ميناء جبل علي (جنوب).

At around 21:52 hours on the said date, a fire alarm was triggered in the warehouse. In response, the Civil Defence Department was notified immediately and the duty security checked the fire control panel, identified the location of the fire, went there and found the sprinkler activated. Security then provided the location of the fire to fire fighters from Civil Defence.

إستجابةً لجرس إنذار الحريق في الوقت المذكور، فقد تم إبلاغ مديرية الدفاع المدني على الفور وقام فريق الأمن والحماية في المبنى بتحديد مكان وقوع الحريق من خلال لوحة التحكم بالحريق والتحرك فورا لأقرب نقطة ممكنة من مكان الحريق حيث تم التأكد من فعالية عمل رشاشات المياه ونظام مكافحة الحريق في المنشأة.

Please find below a summary of the current status and latest discoveries in relation to the mentioned fire incident:

فيما يلي ملخصا لواقع الحال وآخر المستجدات بخصوص واقعة الحريق المذكورة:

**Condition of site**

حالة الموقع

Fire fighting continued for a while in light of continuing flames and smoke emanating from the warehouse. The police and fire departments continue to limit access to the

استمرت أعمال مكافحة واحتواء النيران لفترة من الوقت في ضوء استمرار ألسنة اللهب والدخان المنبعثة من المستودع. في ضوء ذلك، حرصت

Information Fort L.L.C
t +971 4 813 0300, f +971 4 886 3088
P.O. Box 54077, Dubai, UAE   infofort.com
an aramex company

t +971 2 555 4880, f +971 2 555 4820
P.O. Box 33896, Abu Dhabi, UAE

Page 1 of 4



site pending the conclusion of their investigations. Meanwhile, Infort continues to operate and provide its usual services through another nearby warehouse used to store customer goods. Additional safety measures have been taken in relation to the safety of this facility and customer property in storage.

السلطات على منع الوصول إلى داخل المخزن لكي تتمكن من مباشرة تحقيقاتها، بالإضافة إلى المحافظة على السلامة العامة. في هذه الأثناء، استمرت شركة إنفوفورت بتقديم خدماتها كالمعتاد من خلال مستودع قريب آخر لتخزين بضائع العملاء، وقد قامت شركة إنفوفورت بإتخاذ تدابير أمان إضافية فيما يتعلق بسلامة هذا المرفق وممتلكات العملاء المحفوظة فيه.

The latest on the site status is that structural engineers have confirmed that the warehouse has been rendered unsafe and accordingly no one is permitted to enter the site.

آخر المستجدات بخصوص حالة الموقع تأكيد المهندسين الإنشائيين على أن المستودع الذي تعرض للحريق قد تم تصنيفه على أنه غير آمن، وعليه لا يسمح لأي شخص بدخول الموقع.

**Investigation**

التحقيقات

The forensic department of the Dubai police investigating this incident has completed its investigation (reference no. 6804/2014) and issued an official report. The report expresses the view that the most likely cause of the fire may have been an electrical fault in a tube light. There is no finding in the report that human fault or negligence contributed to the incident.

أكمل قسم التحقيق الجنائي بشرطة دبي تحقيقاته (برقم مرجعي ٦٨٠٤/٢٠١٤) وأصدر تقريرًا رسميًا بخصوص الحادثة. وقد خلص التقرير إلى أن السبب الأكثر احتمالًا للحريق هو تماس كهربائي حدث في أحد المصابيح الأنبوبية. لم يرد في التقرير ما يشير إلى وجود أي خطأ أو إهمال بشري ساهم في وقوع الحادث.

An independent fire expert reviewed the police report and advised on Infort's compliance with relevant fire safety standards. The expert found no evidence of Infort's responsibility for the fire, and advised that Infort had complied with the necessary fire safety and security policies and procedures and that they had appropriate, well maintained and operational fire protection systems in place.

قام خبير حرائق مستقل بمراجعة تقرير الشرطة وقد أفاد بإلتزام شركة إنفوفورت بمعايير السلامة من الحريق ذات العلاقة. لم يتوصل الخبير إلى أي دليل يشير إلى مسؤولية شركة إنفوفورت عن الحريق، وأفاد بأن شركة إنفوفورت قد التزمت بسياسات وإجراءات السلامة من الحريق والسياسات والإجراءات الأمنية اللازمة، وبأنه قد توافرت لدى


Information Fort L.L.C
t +971 4 813 0300, f +971 4 886 3088    t +971 2 555 4880, f +971 2 555 4820
P.O. Box 54077, Dubai, UAE   infort.com    P.O. Box 33896, Abu Dhabi, UAE
an aramex company

Page 2 of 4



الشركة وطبقت لديها أنظمة حماية من الحرائق مناسبة وبحالة جيدة وعاملة.

## الحماية والمحافظة والوقاية

### Protection, preservation, and prevention

دأبت شركة إنفوفورت وتستمر في اتخاذ تدابير سلامة إضافية فيما يتعلق بالمباني المتضررة والمستودع القريب الذي يتم تخزين ممتلكات العملاء فيه حاليا. وقد تم تركيب نظام حماية إضافي من الأسلاك/ شبكات النسيج بنجاح حول محيط المباني المتضررة لضمان مستوى الأمن والسلامة. بالإضافة لذلك، فقد تم تركيب كاميرات مراقبة إضافية تعمل بتقنية الدوائر التلفزيونية المغلقة (CCTV cameras) لمراقبة الوصول إلى الموقع وتوفير حماية إضافية للمباني. هذا ويواصل فريق الأمن والحماية في الموقع وفريق المراقبة التابع لإدارة سلطة جبل علي عمله في المباني المتضررة.

Infofort has been and will continue to take extra safety measures in relation to the safety of the affected premises and a nearby warehouse where customer property is in storage. An additional wire/fabric mesh protection system has been successfully installed around the perimeter of the affected premises in order to ensure safety and security. Additional CCTV cameras have been installed to monitor site access and provide extra security for the premises. The site security desk and JAFZA surveillance team remains operational at the affected premises.

## إصدار التقارير ووسائل الإعلام

### Reporting and media

أصدرت شركة إنفوفورت وشركتها الأم "أرامكس ش.م.ع."، حتى الآن، بيانين لسوق دبي المالي بتاريخ ١ سبتمبر ٢٠١٤ و ٢٤ سبتمبر ٢٠١٤. ليس لدي الشركتين أية تعليقات إضافية في الوقت الراهن بخصوص أي تقارير إعلامية متعلقة بالحادث.

To date, Infofort and Aramex PJSC, its ultimate parent company, have released two statements to the Dubai Financial Market on 1 September 2014 and 24 September 2014. They have no further comments, at this time, on any media reporting.

## الاستفسارات

### Inquiries

ستستمر شركة إنفوفورت بإصدار تقارير إضافية عن الوضع مع تطور الأمور لإبقاء عملاء الشركة على دراية تامة بآخر المستجدات.

Further situation reports will be issued by Infofort as the matter develops to keep customers up to date.






| | |
|---|---|
| All queries in relation to matters not covered by this letter should be directed to ifdcrmteam@infofort.com and Infofort will endeavour to respond promptly. | يرجى توجيه كافة الاستفسارات المتعلقة بالمسائل التي لم يتطرق لها كتابنا هذا إلى البريد الإلكتروني التالي: IFDCRMTeam@infofort.com ، وسوف تسعى شركة إنفوفورت للرد عليها وإجابتكم حولها بالسرعة الممكنة. |
| **Kind regards,** | **وتفضلوا بقبول فائق الاحترام ،،،** |
| **Information Fort LLC** | **شركة القلعة للمعلومات ذ.م.م** |

Information Fort L.L.C
t +971 4 813 0300, f +971 4 886 3088
P.O. Box 54077, Dubai, UAE   infofort.com
an aramex company

t +971 2 555 4880, f +971 2 555 4820
P.O. Box 33896, Abu Dhabi, UAE

Page 4 of 4