USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                            :

    TERRORIST ATTACKS                 :
    ON SEPTEMBER 11, 2001

                                                :

------------------------------------------------------------x

## ORDER

03md1570-GBD-FM

**FRANK MAAS**, United States Magistrate Judge.

        By letter dated November 13, 2015, the Plaintiffs in this multidistrict litigation moved for sanctions against defendants Sana-Bell, Inc., and Sanabel al Kheer, Inc. (together, "Sanabel"). (ECF No. 3127). Sanabel's deadline to respond to the Plaintiffs' motion was December 21, 2015. (See ECF No. 3131). On that date, Sanabel briefly responded to the Plaintiffs' motion, seeking, in part, an additional sixty days to supplement its response. (ECF No. 3173). Sanabel's counsel, Christopher C. S. Manning, Esq., noted that he needed the additional time because he "ha[d] been unable to connect with Sanabel's sole representative for approximately twelve . . . months." (Id.). Thereafter, by letter dated December 22, 2015, the Plaintiffs opposed Sanabel's request for additional time, asking that the Court "immediately enter an order granting" their motion for sanctions. (See ECF No. 3174).

        My rulings with respect to the request set forth in Sanabel's December 21 letter are as follows:

    1.    Sanabel's application for an additional sixty days to supplement its response is denied.

2. By February 5, 2016, Sanabel shall respond to the Plaintiffs' letters. (See ECF Nos. 3127, 3174). In particular, Mr. Manning shall set forth whether any Sanabel representative currently is authorized to direct Sanabel's legal representation in these proceedings. See In re Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (GBD) (FM), 2013 WL 5788307, at *12 (S.D.N.Y. Oct. 28, 2013) ("[T]he lack of an authorized representative spells an end to the [Defendant's] ability to proceed here").

SO ORDERED.

Dated:   New York, New York
         December 29, 2015

_____
/FRANK MAAS
United States Magistrate Judge

Copies to all counsel via ECF