Search

# Attorney Search

Your search on **All** returned 639 results

| Name | Title | Location | Phone |
|---|---|---|---|
| Abel, Kristie M. | Associate | Philadelphia | (215) 665-2715 |
| Ahmed, Nejat A. | Member | Dallas | (832) 214-3904 |
| Albert, David M. | Member | Philadelphia | (215) 665-7277 |
| Alderfer, Amy B. | Member | Los Angeles | (213) 892-7941 |
| Alderman, Mark L. | Member | Washington, D.C. | (202) 912-4846 |
| Alexander, Jessica D. | Associate | Philadelphia | (215) 665-2137 |
| Allen, Christopher | Member | Washington, D.C. | (202) 471-3421 |
| Allen, Richard F. | Of Counsel | Seattle | (206) 373-7204 |
| Alper, Dylan | Associate | Philadelphia | (215) 665-2040 |
| Anderson, Mark S. | Chair, Subrogation & Recovery, Northwest Region | Seattle | (206) 224-1247 |
| Argionis, James G. | Member | Chicago | (312) 474-7904 |
| Arogundade, Kathryn | Associate | London | +44 (0)20 7864 2017 |
| Atwood, Mark W. | Member | Washington, D.C. | (202) 463-2513 |
| Auerbach, Marc H. | Member | Miami | (305) 704-5947 |
| Aul, Patrick McQuillan | Associate | Charlotte | (704) 348-3447 |
| Bailey, Michael | Of Counsel | Toronto | (416) 361-3200 |
| Bakare, Nicole S. | Associate | Houston | (832) 214-3979 |
| Barbour, Alex | Of Counsel | Chicago | 215-665-2000 |
| Baria, Thaddeus | Associate | Chicago | (312) 382-3107 |
| Barlow, Coryell | Associate | Philadelphia | (215) 665-2775 |
| Barnoski, John C. | Member | Philadelphia | (215) 665-4681 |
| Barron, David L. | Member | Houston | (713) 750-3132 |
| Barsanti, Jason E. | Member | San Diego | (619) 685-1753 |
| Bartolacci, Paul R. | Member | Philadelphia | (215) 665-2001 |
| Bauerle, Ashley E. | Associate | San Diego | (619) 685-1703 |
| Baxter, Edward L. | Member | Philadelphia | (215) 665-2044 |
| Bayer, Jared | Member | Philadelphia | (215) 665-4127 |
| Beckerman, Jason L. | Member | New York | (212) 908-1332 |
| Bedwick, Joseph C. | Member | Philadelphia | (215) 665-4753 |
| Bellew, Joseph J. | Member | Wilmington | (302) 295-2025 |
| Bellini, Christopher J. | Member | Minneapolis | (612) 260-9029 |
| Bennett, Elizabeth | Associate | New York | (212) 297-2696 |
| Bennett, Richard C. | Of Counsel | Philadelphia | (215) 665-2114 |
| Bennion, Craig H. | Member | Seattle | (206) 224-1243 |

03 MDL 1570 Cited in In re Attacks
Decided on 11/3/15
Archived on 10/28/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| Bense, Denise Brinker | Member | Philadelphia | (610) 832-8351 |
| Benson, Leigh Ann | Associate | Philadelphia | (215) 665-4708 |
| Berens, Philip J. | Associate | Los Angeles | (213) 892-7930 |
| Berenson, Alicia | Associate | Philadelphia | (215) 665-6931 |
| Berger, Eric J. | Member | New York | (212) 908-1279 |
| Bergold, Francis | Associate | New York | (212) 883-4931 |
| Berney, Richard H. | Member | New York | (212) 453-3847 |
| Bessho, David M. | Member | Atlanta | (404) 572-2046 |
| Bibikos, George A. | Member | Harrisburg | (717) 703-5907 |
| Blaney, Ryan P. | Member | Washington, D.C. | (202) 463-2528 |
| Bleich, Matthew | Associate | Philadelphia | (215) 665-6918 |
| Bloch, Sandra A. | General Counsel | Philadelphia | (215) 665-2722 |
| Blum, Avryl A. | Associate | Philadelphia | (215) 665-7237 |
| Blum, Ian R. | Member | New York | (212) 297-2679 |
| Blume, Anne L. | Member | Chicago | (312) 474-4465 |
| Bonk, Jason B. | Member | New York | (212) 453-3764 |
| Boote, Robert McL. | Member | West Conshohocken | (215) 665-4630 |
| Borovsky, David | Member | San Francisco | (415) 593-9636 |
| Boss, Barry | Vice Chair, Commercial Litigation Department Co-Chair, Criminal Defense & Internal Investigations | Washington, D.C. | (202) 912-4818 |
| Botos, Michael E. | Member | West Palm Beach | (561) 515-5259 |
| Bottegal, Ryan P. | Attorney | Washington, D.C. | (202) 463-2533 |
| Bowers, L. Stephen | Member | Philadelphia | (215) 665-7283 |
| Bowman, Robert L. | Member | Seattle | (206) 340-1000 |
| Boyle, Christopher H. | Associate | Philadelphia | (215) 665-2068 |
| Boyle, Traci L. | Associate | Dallas | (214) 462-3028 |
| Brandt, Jennifer A. | Member | Philadelphia<br>Cherry Hill | (215) 665-2113<br>(856) 910-5070 |
| Breslau, Brad W. | Chair, Subrogation & Recovery, Rocky Mountain Region | Denver | (720) 479-3920 |
| Brier, Simeon D. | Member | Miami<br>West Palm Beach | (305) 704-5942<br>(561) 515-5257 |
| Bright, Joseph C. | Member | Philadelphia | (215) 665-2053 |
| Brill, Melissa Faythe | Member | New York | (212) 908-1257 |
| Brisco, David D. | Member | San Diego | (619) 685-1704 |
| Broadbent, Michael J. | Associate | Philadelphia | (215) 665-2000 |
| Brodey, Rebecca | Associate | Washington, D.C. | (202) 912-4892 |
| Brown, David D. | Member | Chicago | (312) 474-1626 |
| Buchstein, Shari R. | Attorney | New York | (212) 509-9400 |
| Bugaighis, Nadia A. | Associate | Seattle | (206) 224-1245 |
| Bulger, Brian W. | Of Counsel | Chicago | (312) 474-7990 |
| Burdick, Colin | Director, Regional Administration | New York | (212) 883-4907 |

| Name | Title | Location | Phone |
|---|---|---|---|
| Burton, Kathleen Grohman | Associate | Seattle | (206) 224-1268 |
| Bush, Kevin | Vice Chair, Subrogation & Recovery, West Region | San Diego | (619) 685-1716 |
| Bushnell, Erin | Chief Human Resources Officer | Philadelphia | (215) 665-4680 |
| Busis, Richard J. | Of Counsel | Philadelphia | (215) 665-2756 |
| Cabrera, Jason A. | Associate | Philadelphia | (215) 665-7267 |
| Campbell, Bryan R. | Member | Seattle | (206) 373-7245 |
| Caplan, Evan B. | Member | Philadelphia | (215) 665-4735 |
| Caraher, Kevin P. | Member | Chicago | (312) 382-3192 |
| Carriglio, Jack J. | Member | Chicago | (312) 474-4477 |
| Carroll, John T. | Co-Chair, Bankruptcy, Insolvency & Restructuring | Wilmington | (302) 295-2028 |
| Carroll, Philip T. | Member | Chicago | (312) 382-3147 |
| Carroll, Victoria Morgan | Associate | Atlanta | (404) 572-2021 |
| Carter, Sean P. | Member | Philadelphia | (215) 665-2105 |
| Caughie, Jill M. | Associate Director of Legal Recruiting | Philadelphia | (215) 665-2005 |
| Cavalier, Jonathan R. | Member | Philadelphia | (215) 665-2776 |
| Cherevas, Kristina | Attorney | San Diego | (619) 685-1739 |
| Choi, Eric | Associate | Washington, D.C. | (202) 912-4841 |
| Christopher, Alissa K. | Associate | Dallas | (214) 462-3036 |
| Chu, Robert A. | Associate | Philadelphia | (215) 665-2101 |
| Clark, William N. | Member | Philadelphia | (215) 665-4101 |
| Clemenson, Christopher S. | Member | Denver | (720) 479-3894 |
| Clewis, Leila | Associate | Houston | (713) 750-3147 |
| Cloak, J. Trevor | Member | Philadelphia | (215) 665-4702 |
| Coblentz, W. Blake | Member | Washington, D.C. | (202) 912-4837 |
| Cohen, Dennis L. | Co-Chair, Tax | Philadelphia | (215) 665-4154 |
| Coller, F Brenden | Associate | Philadelphia | (215) 665-5518 |
| Collins, Alphonso A. | Member | New York | (212) 297-2673 |
| Console, Raymond G. | Vice Chair, Office Managing Partner | Cherry Hill | (856) 910-5011 |
| Cooksammy, Natalie | Chair, Subrogation & Recovery, United Kingdom/European Region | London | +44 (0)20 7864 2039 |
| Cooper, Leonard J. | Of Counsel | Philadelphia | (215) 665-4152 |
| Cortland, Andrea | Associate | Philadelphia | (215) 665-2751 |
| Cousineau, Maria Louise | Vice Chair, Office Managing Partner | Los Angeles | (213) 892-7943 |
| Cozen, Stephen A. | Chairman | Philadelphia | (215) 665-2020 |
| Crary, Kathryn H. | Member | Philadelphia | (215) 665-2056 |
| Craven, William H. | Associate | Dallas | (214) 462-3037 |
| Crema, Peter L. | Member | Minneapolis | (612) 260-9006 |
| Criscuolo, Matthew B. | Associate | West Palm Beach | (561) 515-5263 |

Cited in In re Attacks
03MDL 1570 Decided 10/28/15
Archived on 1/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Crowl, Erica Dew | Of Counsel | Chicago | (312) 474-7986 |
| Cullen, James P. | Member | Philadelphia | (215) 665-4102 |
| Cummins, Leni Morrison | Member | New York | (212) 883-4954 |
| Cunningham, Gregory P. | Member | Philadelphia | (215) 665-7245 |
| Cunningham, John J. | Vice Chairman | Philadelphia | (215) 665-4633 |
| Curran, Alicia G. | Member | Dallas | (214) 462-3021 |
| Daly, John K. | Attorney | Denver | (720) 479-3867 |
| Datt, Raj K. | Co-Chair, Subrogation & Recovery, Canadian Region | Toronto | (416) 361-3200 |
| Davis, Janet R. | Member | Chicago | (312) 474-7947 |
| Davis, Jim | Government Relations Principal | Harrisburg | (717) 703-5891 |
| Davis, William F. | Member | New York | (212) 883-4947 |
| de Leeuw, Michael B. | Member | New York | (212) 908-1331 |
| Deal, Svend H. | Member | Charlotte | (704) 348-3426 |
| Decker, Thomas A. | Vice Chairman | Philadelphia | (215) 665-4684 |
| Dell, Louis J. | Attorney | New York | (212) 453-3783 |
| Dell'Osa, Robert V. | Member | Philadelphia | (215) 665-2745 |
| Dendinger, James D. | Member | Dallas | (214) 462-3007 |
| Dever, Joseph | Member | New York | (212) 453-3906 |
| Devine, Richard A. | Of Counsel | Chicago | (312) 474-7993 |
| Dickenson, John David | Member | West Palm Beach | (561) 515-5260 |
| Dillon, Tracey A. | Member | Chicago | (312) 474-4484 |
| Ditzler, J.C. | Chair, London Market | Seattle | (206) 224-1287 |
| Divino, Amy F. | Member | New York | (212) 883-4909 |
| Doidge, Dana | Associate | Toronto | (416) 361-3200 |
| Dooley, Nathan | Member | Los Angeles | (213) 892-7900 |
| Dorian, Pamela | Associate | Philadelphia | (215) 665-2762 |
| Dorsch, Jay A. | Member | Philadelphia<br>New York | (215) 665-4685<br>(212) 883-4900 |
| Dowgin, Laura B. | Associate | New York | (212) 453-3775 |
| Dowsey, Paul | Co-Chair, Reinsurance | London | +44 (0)20 7864 2014 |
| Drapeau, Kathleen A. | Member | New York | (212) 908-1286 |
| Duffey, Martin P. | Member | Philadelphia | (215) 665-2780 |
| Dunford, Thomas M. | Member | Denver | (720) 479-3910 |
| Dunn, Richard M. | Member | Miami | (305) 704-5950 |
| Dyer, Ryan | Associate | Seattle | (206) 224-1240 |
| Eckman, Molly Siebert | Member | Seattle | (206) 373-7229 |
| Edlund, Mitchell J. | Member | Chicago | (312) 474-7958 |
| Edmundson, Stephen B. | Member | Houston | (832) 214-3930 |
| Eggleston, Joseph | Associate | Washington, D.C. | (202) 471-3410 |
| Eggleston, Tracy L. | Vice Chair, Office Managing Partner | Charlotte | (704) 348-3409 |
| Ehlert, Shauna Martin | Member | Seattle | (206) 224-1251 |

Cited in In re Attacks, 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| Elkin, Matthew L. | Associate | New York | |
| Elliott, D. Scott | Office Managing Partner | West Palm Beach | (561) 515-5254 |
| Ellis, Nicole M. | Attorney | Philadelphia | (215) 665-7257 |
| Ellman, David W. | Chief Operating Officer | Philadelphia | (215) 665-4655 |
| Emge, Richard L. | Member | Wilmington | (302) 295-2005 |
| Enerson, Wendy N. | Member | Chicago | (312) 382-3162 |
| Espy-Williams, Lynnette D. | Vice Chair, Office Managing Partner | Atlanta | (404) 572-2085 |
| Evans, Samantha | Associate | Philadelphia | (215) 665-4106 |
| Evans, Stacie M. | Attorney | Philadelphia | (215) 665-7271 |
| Fallon, Christopher C. | Member | West Conshohocken Philadelphia | (215) 665-2036 |
| Fallon, Robert | Member | Washington, D.C. | (202) 912-4826 |
| Fama, Richard | Member | New York | (212) 908-1229 |
| Farnam, Kyle A. | Member | Seattle | (206) 224-1297 |
| Farrell, Stacey S. | Co-Chair, Property Insurance Practice Group | Atlanta | (404) 572-2027 |
| Feehan, Megan K. | Associate | Philadelphia | (215) 665-6970 |
| Feintuch, Harvey A. | Member | New York | (561) 515-5253 |
| Feldman, Elliott R. | Co-Chair, Litigation Section | Philadelphia | (215) 665-2071 |
| Felger, Mark E. | Co-Chair, Bankruptcy, Insolvency & Restructuring | Wilmington | (302) 295-2087 |
| Fernandez, Jenny | Government Relations Liaison | New York | (212) 883-4943 |
| Fernandez, Raquel M. | Member | Miami | (305) 704-5943 |
| Ferrari, Lisa A. | Member | New York | (212) 297-2699 |
| Ferrer, Geoffrey D. | Office Managing Partner | New York | (212) 908-1201 |
| Fiebach, H. Robert | Member | Philadelphia | (215) 665-4166 |
| Fink, Marc J. | Member | Washington, D.C. | (202) 463-2503 |
| Fischer, Robert E. | Of Counsel | New York | (212) 883-4901 |
| Fisher, Kenneth K. | Member | New York | (212) 883-4962 |
| Fishman, Alexia M. | Associate | Philadelphia | (215) 665-4743 |
| Fixler, Herbert B. | Of Counsel | New York | (212) 297-2670 |
| Flaherty, Brian P. | Member | Philadelphia | (215) 665-4647 |
| Flaherty, John E. | Member | Chicago | (312) 382-3138 |
| Flax, Jillian Thornton | Member | Philadelphia | (215) 665-2034 |
| Fliszar, Gregory M. | Member | Philadelphia | (215) 665-4737 |
| Flores, Michelle Lee | Member | Los Angeles | (213) 892-7938 |
| Foley, Mark J. | Co-Chair, Labor & Employment Department | Philadelphia | (215) 665-6904 |
| Fontaine, Peter J. | Co-Chair, Energy, Environmental & Public Utilities | Philadelphia | (215) 665-2723 |
| Fox, Douglas B. | Senior Counsel | Philadelphia | (215) 665-2017 |
| Fraser, Simon E. | Member | Wilmington | (302) 295-2011 |
| Freed, Eric D. | Vice Chair, Global Insurance | Philadelphia | (215) 665-3724 |

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| | Department | | |
| Freeman, Robert | Government Relations Principal | Washington, D.C. | (202) 463-2515 |
| French, Jean M. | Attorney | Denver | (720) 479-3860 |
| Friedman, Debra Steiner | Member | Philadelphia<br>New York | (215) 665-3719<br>(212) 883-4900 |
| Friedman, Robert I. | Chair, Private Client Services | Philadelphia | (215) 665-4180 |
| Fritzinger, Arthur P. | Associate | Philadelphia | (215) 665-7264 |
| Gallagher, Thomas J. | Member | Philadelphia | (215) 665-4656 |
| Gallant, Mark H. | Co-Chair, Health Care | Philadelphia | (215) 665-4136 |
| Galligan, John B. | Vice Chair, Office Managing Partner | New York | (212) 908-1276 |
| Gandara, Julia | Associate | Houston | (832) 214-3941 |
| Garry, Paul R. | Of Counsel | Chicago | 215-665-2000 |
| Gassman, Gary L. | Member | Chicago | (312) 474-7944 |
| Gerber, Joseph A. | Senior Counsel | Philadelphia | (215) 665-2026 |
| Gerber, Steven K. | Member | Philadelphia | (215) 665-2088 |
| Gericke, William E. | Member | Philadelphia | (215) 665-2146 |
| Ghattas, Tia C. | Office Managing Partner | Chicago | (312) 382-3116 |
| Gilani, Jawaria | Associate | Washington, D.C. | (202) 463-2540 |
| Gilbert, Jeffrey | Member | Miami | (305) 704-5952 |
| Gillam, Brian | Chief Information Officer | Philadelphia | (215) 665-6936 |
| Giometti, Craig M. | Associate | Chicago | (312) 474-7968 |
| Gladstone, Henry A. | Senior Counsel | Philadelphia | (215) 665-4158 |
| Glaser, Ahaviah | Member | Washington, D.C. | (202) 912-4851 |
| Glazer, Matthew A. | Member | Philadelphia | (215) 665-5566 |
| Glenn, Jeremy J. | Member | Chicago | (312) 474-7981 |
| Glickman, Edward M. | Senior Counsel | Philadelphia | (215) 665-4147 |
| Glyn, David R. | Member | Philadelphia | (215) 665-4117 |
| Gold, Lindsay A. | Associate | New York | (212) 297-2665 |
| Golden, Kevin | Associate | Philadelphia | (215) 665-2133 |
| Goldsand, Marc I. | Associate | Miami | (786) 871-3935 |
| Golob, Barry P. | Vice Chair, Intellectual Property Department | Washington, D.C. | (202) 912-4815 |
| Goltz, Jenny R. | Member | Chicago | (312) 474-7884 |
| Gomez, Nelsy C. | Member | Houston | (713) 750-3136 |
| Goodman, Joshua R. | Chair, Subrogation & Recovery, Southeast Region | Miami | (305) 704-5946 |
| Gowen, George M. | Member | Philadelphia | (215) 665-2781 |
| Grady, Ellen Canan | Member | Philadelphia | (215) 665-5583 |
| Greenbaum, Josh M. | Chair, General Litigation Practice Group | Philadelphia | (215) 665-2788 |
| Greenspan, Jeffrey B. | Member | Chicago | (312) 474-7143 |
| Grossman, Howard | Member | Philadelphia | (215) 665-4176 |
| Grossman, Jonathan M. | Vice Chair, Office Managing | Washington, D.C. | (202) 912-4866 |

Cited in In re Attacks 03MDL 1570 Decided on 1/3/15
Archived on 10/28/15
This document is protected by copyright.
Further reproduction is prohibited without permission.