| | | | |
|---|---|---|---|
| | Partner | | |
| Gubernick, Ira C. | Member | Philadelphia | (215) 665-5545 |
| Gurries, Alicia | Associate | San Francisco | (415) 593-9618 |
| Gurskis, Emily M. | Associate | Washington, D.C. | (202) 471-3403 |
| Gusy, Martin F. | Member | New York | (212) 453-3723 |
| Gutmann, Adam C. | Associate | Houston | (832) 214-3919 |
| Haas, Lisa Calvo | Chief Marketing Officer | Philadelphia | (215) 665-2792 |
| Haas, Steven N. | Co-Chair, Corporate Practice Group | Philadelphia | (610) 832-7441 |
| Hack, Ally | Member | New York | (212) 453-3813 |
| Halbeisen, Stephen M. | Chair, Subrogation & Recovery, South Central Region | Dallas | (214) 462-3005 |
| Hamilton, Deborah Alford | Government Relations Specialist | Wilmington | (302) 295-2007 |
| Hamilton, Dexter R. | Member | Philadelphia | (215) 665-2166 |
| Hammel, Andrea E. | Vice Chair, Office Managing Partner | West Conshohocken | (610) 941-2356 |
| Handler, Michael D. | Member | Seattle | (206) 808-7839 |
| Hardwick, Daniel W. | Member | Washington, D.C. | (202) 463-2538 |
| Harrington, Daniel Q. | Member | Philadelphia | (215) 665-2126 |
| Hasan, Nadia B. | Member | Minneapolis | (612) 260-9008 |
| Hayden, Kendall Kelly | Vice Chair, Office Managing Partner | Dallas | (214) 462-3072 |
| Hayes, Robert W. | Member | Philadelphia | (215) 665-2094 |
| Hayum, Edward | Member | New York | (212) 908-1232 |
| Hazan-Cohen, Marcos Alfredo | Co-Chair, Subrogation & Recovery, Latin American Region | Dallas | (214) 462-3029 |
| Heard, Maria Colsey | Member | Washington, D.C. | (202) 471-3419 |
| Heffernan, David | Member | Washington, D.C. | (202) 463-2537 |
| Heiks, Cheryl | Government Relations Professional | Wilmington | (302) 563-3273 |
| Heller, James H. | Vice Chair, Commercial Litigation Department Chair, Products Liability | Philadelphia | (215) 665-2189 |
| Heller, Michael J. | President and Chief Executive Officer | Philadelphia | (215) 665-4141 |
| Hemphill, Christopher | Associate | Chicago | (312) 382-3158 |
| Hennessy, Christopher S. | Member | Chicago | (312) 474-4493 |
| Henry, Michael F. | Member | Philadelphia | (215) 665-2050 |
| Herczfeld, Mindy J. | Director of Legal Talent | Philadelphia | (215) 665-2790 |
| Hernandez, Gilbert S. | Member | San Diego | (619) 234-1700 |
| Hickman, Corey T. | Associate | Chicago | (312) 474-4473 |
| Higgins, T. David | Office Managing Partner | Charlotte | (704) 348-3408 |
| Hildebrandt, Kenneth M. | Chief Analytics Officer | Philadelphia | (215) 665-4640 |
| Hill, Sandra L. | Associate | Philadelphia | (215) 665-6921 |

Cited in In re Attacks 03MDL1570 Decided 10/28/15 Archived on 11/3/15

This document is protected by copyright. Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Hines, Kenneth C. | Senior Regulatory Specialist | Washington, D.C. | (202) 463-2502 |
| Hirschler, Benjamin N. | Attorney | New York | (212) 297-2675 |
| Hudson, Gregory S. | Member | Houston | (832) 214-3909 |
| Hughes, Kevin J. | Co-Chair, Subrogation & Recovery Department | Philadelphia | (215) 665-2739 |
| Hulburt, Leslie | Member | San Diego | (619) 234-1700 |
| Hunt, Hayes | Member | Philadelphia | (215) 665-4734 |
| Hurst, Jessica A. | Associate | Philadelphia | (215) 665-2108 |
| Hutchison, Andrew M. | Member | San Francisco | (415) 593-9625 |
| Ingalls, Thomas | Associate | Washington, D.C. | (202) 471-3411 |
| Intriligator, Marc S. | Member | New York | (212) 453-3801 |
| Islami, Jahan S. | Member | Miami | (305) 704-5948 |
| Jackson, Erik L. | Member | Los Angeles | (213) 892-7961 |
| Jacoby, F. Warren | Vice Chairman | Philadelphia | (215) 665-2154 |
| Jaron, Helene S. | Member | Philadelphia | (215) 665-4657 |
| Jensen, Jackie L. | Associate | Seattle | (206) 373-7207 |
| Jesuit, Charles J. | Member | Philadelphia | (215) 665-6967 |
| Johnson, Bryan J. | Associate | Chicago | (312) 474-7926 |
| Johnson, John P. | Member | Cherry Hill | (856) 910-5000 |
| Johnson, Kimya S.P. | Director of Diversity, Inclusion & Pro Bono | Philadelphia New York | (215) 665-2735 |
| Jonas, Valarie H. | Member | San Francisco | (415) 593-9620 |
| Jones, Anusha E. | Associate | Seattle | (206) 224-1291 |
| Jones, Jeremy L. | Member | Charlotte | (704) 348-3410 |
| Jones, Simon D. | Office Managing Partner | London | +44 (0)20 7864 2019 |
| Jones, Thomas M. | Vice Chair, Global Insurance Department | Seattle | (206) 224-1242 |
| Kalani, Lori | Co-Chair, State Attorneys General | Washington, D.C. | (202) 471-3407 |
| Kamens, Matthew H. | Senior Counsel | Philadelphia | (215) 665-2079 |
| Kamraczewski, Kevin | Member | Chicago | (312) 382-3156 |
| Kandel, Elan | Member | New York | (212) 453-3762 |
| Kane, Thomas P. | Senior Counsel | Minneapolis | (612) 260-9001 |
| Karwacki, Nicholas A. | Associate | Philadelphia | (215) 665-2768 |
| Kassaii, Neema | Associate | Denver | (720) 479-3855 |
| Kassilke, Donald J. | Member | Washington, D.C. | (202) 463-2506 |
| Kastner, Menachem J. | Member | New York | (212) 453-3811 |
| Katkov, Steven P. | Member | Minneapolis | (612) 260-9037 |
| Katz, Justin | Associate | Toronto | (416) 361-3223 |
| Kay, Andrew | Member | Washington, D.C. | (202) 912-4864 |
| Kearney, Elizabeth E. | Member | Philadelphia | (215) 665-4169 |
| Kearney, Ryan T. | Associate | New York | (212) 908-1204 |
| Kelly, JB | Member | Washington, D.C. | (202) 471-3418 |
| Kelly, Kevin M. | Associate | Philadelphia | (215) 665-5570 |

Cited in In re Attacks 03MDL 1570 Decided 10/28/15 Archived on 11/3/15

This document is protected by copyright. Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Kelly, Sarah A. | Of Counsel | Philadelphia | (215) 665-5536 |
| Kempa, Stephen | Associate | Philadelphia | (215) 665-7230 |
| Kende, Christopher B. | Member | New York | (212) 908-1242 |
| Kennedy-Coggins, Jennifer A. | Member | Atlanta | (404) 572-2066 |
| Kentra, Christopher E. | Member | Chicago | (312) 474-7962 |
| Kerns, Kevin T. | Member | Philadelphia | (215) 665-7274 |
| Kiernan, Barrett | Member | San Diego | (619) 685-1710 |
| Killeen, Sarah Earle | Member | Denver | (720) 479-3893 |
| Kim, Julia S. | Member | New York | (212) 883-4998 |
| King, Philip R. | Member | Chicago | (312) 474-7950 |
| Kint, Brian | Associate | Philadelphia | (215) 665-2771 |
| Kircher, Philip G. | Member | Philadelphia | (215) 665-7233 |
| Kirk, Megan K. | Member | Seattle | (206) 373-7242 |
| Kirker, Erick J. | Member | Philadelphia | (215) 665-2172 |
| Kirrane, William K. | Member | New York | (212) 453-3726 |
| Klayman, Barry M. | Member | Wilmington | (302) 295-2035 |
| Klein, Michael D. | Member | Harrisburg / Washington, D.C. | (717) 703-5903 / (202) 912-4822 |
| Kleinman, Keith L. | Associate | Wilmington | (302) 295-2077 |
| Knowles, William F. | Member | Seattle | (206) 224-1289 |
| Kolodny, Jeffrey B. | Member | New York | (212) 883-4934 |
| Kopp, Charles G. | Senior Counsel | Philadelphia | (215)-665-5560 |
| Koury, Aaron G. | Attorney | Dallas | (214) 462-3038 |
| Krauss, Aaron | Member | Philadelphia | (215) 665-4181 |
| Kresge, Raymond A. | Member | Philadelphia | (215) 665-2128 |
| Krieger, Vivien | Member | New York | (212) 883-2228 |
| Kritzman, Robert M. | Member | Miami | (305) 704-5945 |
| Kurtz, Chad E. | Member | Washington, D.C. | (202) 463-2521 |
| Lachter, Stephen H. | Of Counsel | Washington, D.C. | (202) 471-3416 |
| Langer, Thomas | Member | New York | (212) 297-2662 |
| Lattimer, Chanel L. | Associate | Philadelphia | (215) 665-7272 |
| Laubach, Larry P. | Co-Chair, Corporate Practice Group | Philadelphia | (215) 665-4666 |
| Law, Charles B. | Member | New York | (212) 883-4904 |
| Lawlor, Rachel | Associate | Washington, D.C. | (202) 912-4881 |
| Lawrence, Jeffrey F. | Chair, Transportation & Logistics, Vice Chair, International Practice | Washington, D.C. | (202) 463-2504 |
| Layman, Katherine M. | Member | Philadelphia | (215) 665-2746 |
| Lazaroff, Mark | Associate | Cherry Hill | (856) 910-5008 |
| Leary, Paul K. | Member | Philadelphia | (215) 665-6911 |
| Lee, Bernard | Co-Chair, Real Estate | Philadelphia | (215) 665-6961 |
| Lee, Robert D. | Associate | Seattle | (206) 224-1244 |
| Leigh, Mari Henry | Member | Chicago | (312) 474-7133 |

Cited in In re Attacks 03-MDL-1570 Decided 10/28/15 Archived on 11/3/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| LeMaster, Jennifer B. | Member | Houston | (832) 214-3921 |
| Leonard, Jeffrey A. | Chair, Business Law Section | Philadelphia | (215) 665-4157 |
| Leonard, Thomas A. | Associate | Philadelphia | (215) 665-7244 |
| Levin, Daniel | Associate | New York | (212) 883-4930 |
| Levine, A. Kenneth | Member | West Palm Beach | (561) 515-5256 |
| Lewis, Rachel | Associate | Philadelphia | (215) 665-2151 |
| Lichtenstein, Jonathan G. | Member | Philadelphia | (215) 665-2769 |
| Lieberman, Lance J. | Member | New York | (212) 297-2697 |
| Lipschutz, Lester E. | Member | Philadelphia | (215) 665-3718 |
| Loh, David Y. | Member | New York | (212) 908-1202 |
| Longpré, Rébecca | Articling Student | Toronto | (416) 361-3200 |
| Loomis, Kenan G. | Office Managing Partner | Atlanta | (404) 572-2028 |
| Lorenz, Amanda M. | Member | San Diego | (619) 685-1705 |
| Luccaro, Daniel J. | Member | Philadelphia | (215) 665-6968 |
| Luciano, Ann-Marie | Member | Washington, D.C. | (202) 471-3420 |
| Lukas, Aaron | Associate | Washington, D.C. | (202) 912-4823 |
| Lundahl, Emily | Policy Coordinator | Washington, D.C. | (202) 471-3424 |
| Lynch, Peter A. | Member | San Diego | (619) 234-1700 |
| MacArthur, Cheri L. | Associate | Denver | (720) 479-3939 |
| Mackowsky, Richard M. | Senior Counsel | Philadelphia | (215) 665-2064 |
| MacPherson, Christy L. | Associate | Atlanta | (404) 572-2013 |
| Madden, Lezlie | Member | Philadelphia | (215) 665-7286 |
| Madonia, Anne M. | Member | Philadelphia | (215) 665-7259 |
| Maffeo, J. Bruce | Member | New York | (212) 883-4951 |
| Magovern, Robert K. | Member | Washington, D.C. | (202) 463-2539 |
| Mahale, Raj R. | Chair, India Practice Group | New York | (212) 883-4980 |
| Maleski, Richard J. | Associate | Miami | (786) 871-3940 |
| Mallol, Michelle C. | Associate | New York | (212) 297-2681 |
| Mandell, Jill L. | Of Counsel | New York | (212) 883-4953 |
| Mansdorf, Rachel D. | Member | New York | (212) 883-2233 |
| Markovich, Virginia | Member | New York | (212) 453-3731 |
| Marquis, Milton A. | Member | Washington, D.C. | (202) 471-3417 |
| Martin, J. Nicole | Associate | Philadelphia | (215) 665-2054 |
| Martyn, Iden Grant | Member | Washington, D.C. | (202) 912-4800 |
| Marx, Heather L. | Vice Chair, Office Managing Partner | Minneapolis | (612) 260-9004 |
| Mascia, Joseph A. | Member | New York | (212) 883-4939 |
| Mason, Angela P. | Attorney | Charlotte | (704) 376-3400 |
| Mason, Richard C. | Member | Philadelphia<br>New York | (215) 665-2717<br>(212) 453-3730 |
| Maxman, Melissa H. | Member | Washington, D.C. | (202) 912-4873 |
| Maycon, Howard D. | Chair, Subrogation & Recovery, West Region | Los Angeles | (213) 892-7908 |

Cited in In re Attacks
03-MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Mayes, Suzanne S. | Chair, Public & Project Finance | Philadelphia | (215) 665-6922 |
| McConnaughey, Jefferson C. | Member | Atlanta | (404) 572-2056 |
| McDonough, Anna M. | Member | Philadelphia | (215) 665-4780 |
| McDonough, John J. | Vice Chair, Commercial Litigation Department | New York | (212) 908-1226 |
| McDougall, Jodi | Office Managing Partner | Seattle | (206) 373-7233 |
| McFarland, Helen M. | Member | San Francisco | (415) 593-9644 |
| McGuinness, Vincent R. | Managing Partner | Philadelphia | (215) 665-2097 |
| McHugh, Jennifer M. | Member | Philadelphia | (610) 941-2366 |
| McKay, Thomas | Office Managing Partner | Cherry Hill | (856) 910-5012 |
| McPhail, Donald R. | Member | Washington, D.C. | (202) 912-4819 |
| McTigue, Kerry B. | Co-Chair, Intellectual Property Department | Washington, D.C. | (202) 912-4810 |
| Meckler, Bruce R. | Vice Chair, Commercial Litigation | Chicago | (312) 474-7870 |
| Megdal, Ira G. | Co-Chair, Energy, Environmental & Public Utilities | Cherry Hill | (856) 910-5007 |
| Melendez, Michael W. | Member | San Francisco | (415) 593-9610 |
| Melusky, Michael | Associate | Philadelphia | (215) 665-7248 |
| Meyer, Mark | Member | London | +44 (0)20 7864 2015 |
| Michael, Kevin A. | Vice Chair, Office Managing Partner | Seattle | (206) 373-7244 |
| Mickey, Anne E. | Member | Washington, D.C. | (202) 463-2505 |
| Miller, Camille M. | Co-Chair, Intellectual Property Department | Philadelphia | (215) 665-7273 |
| Miller, Emily S. | Member | Philadelphia | (215) 665-2142 |
| Miller, Kristy Z. | Associate | New York | (212) 453-3722 |
| Miller, Melanie A. | Member | Philadelphia | (215) 665-2714 |
| Miller, Stephen A. | Vice Chair, Criminal Defense & Internal Investigations | Philadelphia | (215) 665-4736 |
| Minkoff, Deborah M. | Vice Chair, Global Insurance Department | Philadelphia | (215) 665-2170 |
| Mistry, Armeen | Associate | Minneapolis | (612) 260-9035 |
| Mitchell, Stacy A. | Member | Cherry Hill | (856) 910-5006 |
| Moeller, Julie M. | Associate | New York | (212) 453-3716 |
| Mogil, Darren S. | Member | New York | (212) 883-4976 |
| Molander, Julia A. | Member | San Francisco | (415) 593-9609 |
| Monhait, Jeffrey M. | Associate | Philadelphia | (215) 665-2084 |
| Morello, Danielle | Associate | Washington, D.C. | (202) 463-2527 |
| Morris, Michael | Member | New York | (212) 908-1355 |
| Morrone, Anthony J. | Chair, Subrogation & Recovery, Midwest Region | Chicago | (312) 382-3163 |
| Mortimer, Megan | Government Relations Specialist | Washington, D.C. | (202) 463-2536 |
| Mosca, Bryan | Associate | Washington, D.C. | (202) 471-3422 |
| Moses, John P. | Of Counsel | Wilkes-Barre | (570) 970-8030 |

03MDL1570 Decided 10/28/15

Cited in In re Attacks

Archived on 11/3/15

This document is protected by copyright.

Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Moss, Alycen A. | Member | Atlanta | (404) 572-2052 |
| Mullen, Mark T. | Member | Philadelphia | (215) 665-2091 |
| Myers, Lisa J. | Member | Seattle | (206) 224-1277 |
| Nadeau, Marie-Pier | Associate | Toronto | (416) 361-3200 |
| Nash, Bernard | Co-Chair, State Attorneys General | Washington, D.C. | (202) 471-3406 |
| Nath, Brian | Associate | Philadelphia | (215) 665-7279 |
| Neiman, Marilyn | Member | New York | (212) 883-4985 |
| Nelson, Amanda L. | Member | New York | (212) 509-9400 |
| Nelson, David S. | Member | Philadelphia | (215) 665-2178 |
| Nesset, Joel D. | Member | Minneapolis | (612) 260-9007 |
| Neukirchner, David | Associate | New York | (212) 883-4946 |
| Neumann, Karl | Associate | Seattle | (206) 224-1255 |
| Newman, Claire E. | Attorney | Chicago | 312-474-7134 |
| Noone, Matthew F. | Member | Philadelphia | (215) 665-2192 |
| Normington, Stacey | Senior Regulatory Specialist | Washington, D.C. | (202) 912-4847 |
| O'Connor, Patrick J. | Vice Chairman | West Conshohocken | (610) 941-2375 |
| O'Donnell, Michael | Associate | Philadelphia | (215) 665-6932 |
| O'Donnell, Sean P. | Member | Philadelphia | (215) 665-2089 |
| O'Malley, Katherine | Attorney | Chicago | (312) 382-3100 |
| O'Rourke, Thomas M. | Associate | Philadelphia | (215) 665-5585 |
| O'Brien, Susan M. | Attorney | Denver | (720) 479-3859 |
| Obafemi, Feyi | Associate | Philadelphia | (215) 665-5510 |
| Opalisky, Mark E. | Member | Philadelphia | (215) 665-2729 |
| Origlio, Dominic Anthony | Associate | Philadelphia | (215) 665-2778 |
| Padilla, Calli Jo | Associate | Philadelphia | (215) 665-6938 |
| Park, Elena | Of Counsel | West Conshohocken | (610) 941-2359 |
| Pasek, Jeffrey I. | Member | Philadelphia | (215) 665-2072 |
| | | New York | (212) 453-3835 |
| Passavia, Christopher G. | Associate | New York | (212) 453-3733 |
| Passerin, Forrest T. | Member | Philadelphia | (215) 665-2765 |
| Pavane, Martin B. | Vice Chair, Intellectual Property Department<br>Co-Chair, ANDA and Biologics | New York | (212) 883-4994 |
| Pavlova-Coleman, Tatiana | Associate | Los Angeles | (213) 892-7949 |
| Pearson, Steven D. | Member | Chicago | (312) 474-7889 |
| Peitzke, Megan R. | Member | Los Angeles | (213) 892-7907 |
| Pengelley , Nicholas D. | Claims and Litigation Consultant | Toronto | (416) 361.3200 |
| Pengelley, Pamela | Co-Chair, Subrogation & Recovery, Canadian Region | Toronto | (416) 361-3200 |
| Petkun, David S. | Member | Philadelphia | (215) 665-4634 |
| Petrakis, Peter | Of Counsel | Chicago | (312) 474-4451 |
| Petrillo, Dana | Associate | Philadelphia | (215) 665-4757 |
| Phelan, Robert W. | Member | New York | (212) 908-1274 |

Cited in In re Attacks 03MDL 1570 Decided 10/28/15 Archived on 1/3/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| | | | |
|---|---|---|---|
| Polito, Brianne | Associate | Philadelphia | (215) 665-7207 |
| Pontani Ph.D., Thomas C. | Member | New York | (212) 883-4989 |
| Poster, Sara B. | Associate | Los Angeles | (213) 892-7919 |
| Potts, James R. | Chair, Insurance Corporate & Regulatory | Philadelphia | (215) 665-2748 |
| Pozzuto, Vincent P. | Member | New York | (212) 908-1284 |
| Preate, Christopher J. | Member | Philadelphia | (215) 665-6951 |
| Preston, Cassie D. | Attorney | Atlanta | (404) 572-2053 |
| Queliz, Jennifer | Associate | New York | (212) 883-4915 |
| Rabinowitz, Mark A. | Co-Chair, Reinsurance | Chicago | (312) 382-3150 |
| Radcliff, Suzanne C. | Office Managing Partner | Dallas | (214) 462-3023 |
| Ragusa, Joseph W. | Of Counsel | New York | (212) 297-2691 |
| Raleigh, Christopher | Member | New York | (212) 908-1245 |
| Raphaely, R. Christopher | Co-Chair, Health Care | Philadelphia | (215) 665-2099 |
| Rardin, Richard R. | Member | Denver | (720) 479-3915 |
| Raskin, Martin G. | Of Counsel | New York | (212) 883-4908 |
| Regan, Thomas M. | Office Managing Partner | San Diego | (619) 685-1757 |
| Reichardt, Jaime | Associate | Philadelphia | (215) 665-3729 |
| Renegar, Zachary | Associate | Charlotte | (704) 348-3446 |
| Rich, Joseph F. | Member | Miami | (786) 871-3941 |
| Richman, Dina R. | Associate | Los Angeles | (213) 892-7947 |
| Riefberg, Linda | Member | New York | (212) 883-2248 |
| Riesenbach, E. Gerald | Member | Philadelphia | (215) 665-4159 |
| Rinaldi, Elaine M. | Chair, Strategic Planning & Growth | Philadelphia | (215) 665-2096 |
| Roberts-Caldwell, Joy A. | Associate | Chicago | (312) 474-7977 |
| Rohde, Wayne R. | Member | Washington, D.C. | (202) 463-2507 |
| Roisman, Richard S. | Member | Philadelphia | (215) 665-5543 |
| Rosato Reilly, Catherine | Member | Washington, D.C. | (202) 912-4836 |
| Rosenberg, Lori C. | Director, Lateral Partner Hiring | Philadelphia | (215) 665-4178 |
| Ross, Elisabeth C. | Associate | Chicago | (312) 474-4459 |
| Rossi, Peter G. | Member | Philadelphia | (215) 665-2783 |
| Roth, Mark S. | Member | Los Angeles | (213) 892-7906 |
| Rowe, Justin M. | Associate | New York | (212) 908-1315 |
| Ruby, Joshua N. | Associate | Philadelphia | (215) 665-7262 |
| Rutherford, Blake S. | Counsel | Philadelphia | (215) 665-6909 |
| Rutledge, Teri Mae | Associate | San Francisco | (415) 593-9619 |
| Ryan, Peter M. | Member | Philadelphia | (215) 665-2130 |
| Saber, Marisa L. | Member | Chicago | (312) 382-3183 |
| Sacunas, Abby L. | Member | Philadelphia | (215) 665-4785 |
| Salimbene, Eileen T. | Member | Philadelphia | (215) 665-4779 |
| Salomon, Richard | Senior Counsel | New York | (212) 883-4952 |
| Sanders, David L. | Associate | Chicago | (312) 474-7145 |

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.