| Name | Title | Location | Phone |
|---|---|---|---|
| Sardino, Patrick B. | Member | New York | (212) 908-1337 |
| Savino, Angelo G. | Chair, Professional Liability Practice Group | New York | (212) 908-1248 |
| Savino, Michael A. | Member | New York | (212) 908-1233 |
| Schaubert, Keri L. | Associate | New York | (212) 883-2258 |
| Scheib, Megan Susan | Member | Philadelphia | (215) 665-5592 |
| Scherling, Eric L. | Member | Philadelphia | (215) 665-2042 |
| Schlatner, Adam J. | Member | New York | (212) 883-2236 |
| Schlossberg, Sarah D. | Of Counsel | Philadelphia | (215) 665-3727 |
| Schmidt, Frederick E. | Member | New York | (212) 883-4948 |
| Schmidt, Michael C. | Vice Chair, Labor & Employment Department | New York | (212) 453-3937 |
| Schrager, Gerald N. | Of Counsel | New York | (212) 453-3872 |
| Schrier, Martin T. | Office Managing Partner | Miami / West Palm Beach | (305) 704-5954 / (561) 515-5250 |
| Schulder, Dan A. | Member | Harrisburg | (717) 703-5905 |
| Schultz, James D. | Chair, Government Law and Regulatory Affairs | Philadelphia / Washington, D.C. | (215) 665-5558 |
| Schulz, Karl A. | Member | Houston | (832) 214-3933 |
| Schulze, Jason S. | Office Managing Partner | Houston | (832) 214-3936 |
| Schwartz, John P. | Member | Philadelphia | (215) 665-4604 |
| Schwarz, Kenneth G. | Of Counsel | New York | (212) 509-9400 |
| Schweitzer, Howard | Member | Washington, D.C. | (202) 912-4855 |
| Sebia, Alexa | Associate | Philadelphia | (215) 665-6906 |
| Selarnick, Alexander | Associate | New York | (212) 453-3740 |
| Sellars, D. Troy | Member | Harrisburg | (717) 703-5890 |
| Selleck, Joann | Member | San Diego | (619) 685-1702 |
| Seplak, Mark J. | Attorney | Chicago | (312) 474-4494 |
| Serotta, Judd A. | Member | Philadelphia | (215) 665-2795 |
| Sessions, Brittiny | Member | New York | (212) 883-2234 |
| Shargel, Jason M. | Member | Philadelphia | (215) 665-6914 |
| Shea, Tammy R. | Member | Houston | (713) 750-3148 |
| Shelton, Steven T. | Member | New York | (212) 297-2674 |
| Sher, Abby J. | Associate | Philadelphia | (215) 665-2761 |
| Sher, Stanley O. | Of Counsel | Washington, D.C. | (202) 463-2501 |
| Sherman, Michael M. | Member | Philadelphia | (215) 665-2155 |
| Shimkin, David A. | Member | Los Angeles | (213) 892-7988 |
| Shinn, Kelly | Associate | Philadelphia | (215) 665-7220 |
| Shorenstein, Stuart A. | Member | New York | (212) 883-4923 |
| Siegel, Matthew J. | Member | Philadelphia | (215) 665-3703 |
| Silpe, Richard J. | Co-Chair, Tax | Philadelphia | (215) 665-2704 |
| Silton, Steven H. | Member | Minneapolis | (612) 260-9003 |
| Silverman, Adam M. | Member | Philadelphia | (215) 665-2161 |

Cited in In re Attacks 03 MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| Silverman, Robert A. | Member | Philadelphia | (215) 665-4620 |
| Skaggs, Jake P. | Member | Houston | (832) 214-3926 |
| Sklar, Brandon N. | Of Counsel | New York | (212) 883-2220 |
| Slavik, Robert J. | Member | Seattle | (206) 373-7238 |
| Sluss, Katie M. | Associate | Seattle | (206) 373-7208 |
| Smith, David F. | Member | Washington, D.C. | (202) 463-2509 |
| Smith, Sepideh Esmaili | Member | Chicago | (312) 474-4482 |
| Smith III, Fulton M. | Member | San Francisco | (415) 593-9624 |
| Snyder, Cathi C. | Member | West Conshohocken | (610) 832-7465 |
| Sottile, Robert | Associate | Toronto | 416-361-3200 |
| Spolan, Harmon S. | Of Counsel | Philadelphia | (215) 665-4676 |
| Stains, Cyndi | Chief Financial Officer | Philadelphia | (215) 665-5519 |
| Stein, Adam I. | Member | New York | (212) 453-3728 |
| Stein, Burton K. | Of Counsel | West Conshohocken | (610) 941-2349 |
| Stein, Josh | Member | Washington, D.C. | (202) 463-2534 |
| Steinberg, Matthew S. | Member | Los Angeles | (213) 892-7924 |
| Stouffer, Chad O. | Associate | Philadelphia | (215) 665-2100 |
| Stras, Marcela B. | Member | Washington, D.C. | (202) 912-4875 |
| Stuart, Michael C. | Member | New York | (212) 883-4992 |
| Studer, Jerome C. | Member | Chicago | (312) 474-7893 |
| Stutzman, Anaysa Gallardo | Member | Miami | (305) 704-5953 |
| Suchecki, Amanda H. | Associate | Chicago | (312) 474-1642 |
| Suckewer, Benjamin | Of Counsel | New York | (212) 453-3894 |
| Sullivan, John J. | Member | New York / Cherry Hill | (212) 453-3729 / (856) 910-5067 |
| Sunshine, David B. | Member | New York | (212) 883-4911 |
| Tampio, Christopher | Senior Adviser | Washington, D.C. | (202) 471-3423 |
| Tarbutton, J. Scott | Member | Philadelphia | (215) 665-7255 |
| Tarman, James I. | Chair, International Practice | London / Chicago | (312) 382-3132 |
| Taylor, Brett N. | Associate | Los Angeles | (213) 892-7925 |
| Tears, Gregory M. | Member | New York / Chicago | (212) 297-2690 / (312) 382-3159 |
| Teplitz, Robert F. | Of Counsel | Harrisburg | (717) 703-5909 |
| Theveny, Daniel C. | Member | Philadelphia | (215) 665-4194 |
| Thomas, CPCU, AU, Terri A. | Associate | Seattle | (206) 224-1272 |
| Thompson, Margaret Gallagher | Vice Chair, Private Client Services | West Conshohocken | (610) 941-2370 |
| Tierney, J. Donald | Of Counsel | New York | (212) 908-1318 |
| Tiger, David | Member | Washington, D.C. | (202) 912-4899 |
| Tigner, Ronald E. | Member | Houston | (832) 214-3935 |
| Tilson, Joseph E. | Co-Chair, Labor & Employment Department | Chicago | (312) 474-7880 |
| Tintenfass, Jennifer I. | Associate | Philadelphia | (215) 665-2029 |

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| Tobin, Andrew J. | Member | London | +44 (0)20 7864 2027 |
| Tolbert, Ned E. | Member | San Diego | (619) 234-1700 |
| Toren, Jonathan | Associate | Seattle | (206) 224-1260 |
| Trester, Julie L. | Member | Chicago | (312) 474-7960 |
| Trieu, Le G. | Associate | Chicago | (312) 474-7942 |
| Uno, Karen L. | Member | San Francisco | (415) 593-9614 |
| Upham, Cheryl A. | Member | Philadelphia | (215) 665-4193 |
| Utke, Mark E. | Member | Philadelphia | (215) 665-2164 |
| Vacha, Mark H. | Member | Philadelphia | (215) 665-6975 |
| Valeta, Peter J. | Member | Chicago | (312) 474-7895 |
| Vecchio, Alexandra | Manager, Professional Development | Philadelphia | (215) 665-5553 |
| Vezey, Bryan P. | Member | Houston | (832) 214-3940 |
| Voegele, George A. | Member | Philadelphia | (215) 665-5595 |
| Vos Strache, Kyle | Member | Philadelphia | (215) 665-2747 |
| Walker, Lawrence F. | Member | Philadelphia | (215) 665-6920 |
| Walker, R. David | Associate | Philadelphia | (215) 665-7214 |
| Wallace, Rachael | Associate | Seattle | (206) 373-7209 |
| Wallrich, Thomas G. | Office Managing Partner | Minneapolis | (612) 260-9062 |
| Walsh, Paula J. | Attorney | Dallas | (214) 462-3004 |
| Walsh, William H. | Member | Seattle | (206) 224-1296 |
| Walton, David J. | Member | Philadelphia | (215) 665-5547 |
| Walton, Jonathan | Associate | Chicago | (312) 474-1636 |
| Walton, Sean V. | Associate | Seattle | (206) 224-1292 |
| Warin, E. Niki | Of Counsel | New York | (212) 883-4969 |
| Weil, Jeffrey G. | Co-Chair, Litigation Section Chair, Commercial Litigation Department | Philadelphia | (215) 665-5582 |
| Weinberger, Joshua C. | Member | Philadelphia | (215) 665-2173 |
| Weinstein, Matthew I. | Member | Philadelphia | (215) 665-4199 |
| Weiss, Carl | Member | Philadelphia | (215) 864-8009 |
| Weiss, Ross | Office Managing Partner | West Conshohocken | (610) 941-2361 |
| Weisz, Edward M. | Member | New York | (212) 297-2660 |
| Welch, Ingrid | Member | Philadelphia | (215) 665-4616 |
| Weldon, Matthew | Counsel | New York | (212) 453-3724 |
| Welford, Rachel | Associate | Washington, D.C. | (202) 912-4825 |
| Wenzel, Abby M. | Co-Chair, Real Estate | New York | (212) 883-4997 |
| Wermuth, Anna | Vice Chair, Labor & Employment Department | Chicago | (312) 474-7876 |
| Wheeler, Charles E. | Member | San Diego | (619) 685-1754 |
| White, Melissa O'Loughlin | Member | Seattle | (206) 373-7240 |
| Wick, Ronald F. | Member | Washington, D.C. | (202) 912-4874 |
| Wickliff, A. Martin | Member | Houston | (713) 750-3110 |

Cited in In re Attacks 03MDL1570 Decided 10/28/15 Archived on 11/3/15 This document is protected by copyright. Further reproduction is prohibited without permission.

| Name | Title | Location | Phone |
|---|---|---|---|
| Wiener, Yevgenia | Associate | San Francisco | (415) 593-9615 |
| Wilkinson, Thomas G. | Member | Philadelphia | (215) 665-3737 |
| Williams, Brian J. | Member | Chicago | (312) 474-7927 |
| Williams, James R. | Member | Philadelphia | (215) 665-4698 |
| Williams, John L. | Member | Seattle | (206) 224-1288 |
| Williams, Norasha L. | Member | Houston | (713) 750-3146 |
| Wilson, Charles H. | Vice Chair, Office Managing Partner | Houston | (713) 750-3117 |
| Wineburgh, Justin B. | Member | Los Angeles / Philadelphia | (213) 892-7955 / (215) 665-2733 |
| Winning, William J. | Co-Chair, Criminal Defense & Internal Investigations | West Conshohocken | (610) 941-5400 |
| Winslow-Nason, Brendan | Member | Seattle | (206) 373-7252 |
| Winters, Steven G. | Member | Philadelphia | (215) 665-3733 |
| Wischhusen, Carl B. | Of Counsel | New York | (212) 883-4967 |
| Wise, Tamar S. | Member | New York | (212) 883-4924 |
| Witt, Thomas P. | Member | Philadelphia | (215) 665-5578 |
| Wolfe, Eli S. | Associate | Philadelphia | (215) 665-6956 |
| Wright, Alexandra G. | Associate | Chicago | (312) 474-7978 |
| Yesowitch, Irene K. | Member, Office Managing Partner | San Francisco | (415) 593-9655 |
| Young, Kathryn A. | Associate | Philadelphia | (215) 665-7256 |
| Zabel, Michael P. | Associate | Philadelphia | (215) 665-5559 |
| Zambito, David P. | Vice Chair, Energy, Environmental & Public Utilities Office Managing Partner | Harrisburg | (717) 703-5892 |
| Zanan, Michael P. | Member | Philadelphia | (215) 665-6917 |
| Zbrzeznj, Bernard E. | Chair, Family Law | West Conshohocken | (610) 941-2355 |
| Zentner, Kristi Adair | Member | Minneapolis | (612) 260-9005 |
| Zhang-Whitaker, Pang | Member | New York | (212) 883-4973 |
| Ziemianski, Joseph A. | Chair, Global Insurance Department | Houston | (832) 214-3920 |
| Zola, Paul J. | Associate | New York | (212) 908-1247 |
| Zuckerman, Seth J. | Associate | New York | (212) 908-1282 |

Page 1 of 1

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Attorney Search

Search By Keyword

Search By Name

Search By Practice Area

Search By Industry Sector

Cozen O'Connor: Attorney Search

Search By Industry Sector
Search By Location
Search By Law School
Search By Bar Admission

Search    Clear

Sitemap | 普通話 | Advanced Search | Disclaimer | Privacy Policy | Attorney Advertising | **Subscribe To Publication Alerts**

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.