# Offices



Cited in In re Attacks
03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Upcoming Events

### 2015 PRMA Summit
Atlanta, GA 11/02/2015

John J. McDonough will be discussing "Managing the Risks of Employing Domestic Staff" at the second annual PRMA Summit. The panel will offer tips on how high-net worth families and their advisers can ensure a safe and well-run household.

**Practices / Industries:** Litigation

**Attorneys:** McDonough, John J.

View Summary

### Deciphering Pennsylvania Oil & Gas Leases through Litigation, Regulation and Interpretation
11/03/2015

George A. Bibikos will be presenting at PBI's Deciphering Pennsylvania Oil & Gas Leases through Litigation, Regulation and Interpretation event.

**Practices / Industries:** Energy, Environmental & Public Utilities

**Attorneys:** Bibikos, George A.

Cozen O'Connor: Offices

View Summary

## Legal Issues in the Texas Hospitality Industry 2015 Conference

### Dallas, TX 11/05/2015

Kendall Hayden will be presenting on a panel at the TexasBarCLE program- Legal Issues in the Texas Hospitality Industry 2015 Conference.

**Practices / Industries:** Insurance

**Attorneys:** Hayden, Kendall Kelly

View Summary

Sitemap | 普通話 | Advanced Search | Disclaimer | Privacy Policy | Attorney Advertising | **Subscribe To Publication Alerts**

Cited in In re Attacks 03MDL1570 Decided 10/28/15

Archived on 11/3/15

This document is protected by copyright. Further reproduction is prohibited without permission.