Jerry S. Goldman - Complex Litigation Attorney | Anderson Kill P.C.

Case 1:03-md-01570-GBD-SN   Document 3181   Filed 10/28/15   Page 1 of 4



# Jerry S. Goldman

Shareholder
New York | Philadelphia

jgoldman@andersonkill.com    212-278-1569    Business Card

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Share   Download PDF   Print

### EDUCATION

Temple University School of Law, LL.M., Taxation

Boston University School of Law, J.D.

New York University (University College), B.A., with Honors in Politics

### BAR ADMISSIONS

New York

Massachusetts

Pennsylvania

### COURT ADMISSIONS

United States Supreme Court

United States Court of Appeals for the Second and Third Circuits

United States District Courts for the Eastern and Southern Districts of New York

United States District Court for the Eastern District of Pennsylvania

United States Tax Court

**Profile**  |  Experience  |  Publications  |  News

Jerry S. Goldman is a shareholder in both Anderson Kill's New York and Philadelphia offices. A former prosecutor in Brooklyn, New York, Mr. Goldman has built a highly successful and varied practice serving

Jerry S. Goldman - Complex Litigation Attorney | Anderson Kill P.C.

Case 1:03-md-01570-GBD-SN   Document 3181   Filed 10/28/15   Page 2 of 4

individuals and closely held businesses throughout the United States.

Mr. Goldman practices in the areas of complex litigation; general business law; white collar criminal defense; estate planning along with estate and trust administration; employment law; federal and international taxation and intellectual property. He is also a member of Anderson Kill's Foreign Investment Recovery Practice group.

Read more

Memberships

## Industry Teams

**Regulated Products**

## Practice Areas

**Corporate and Commercial Litigation**

**Corporate and Securities**

**Estates, Trusts and Tax Services**

**Employment and Labor Law**

**Intellectual Property**

**Corporate Tax**

**Alternative Dispute Resolution**

**Foreign Investment Recovery**

## Sign-Up for Newsletters



Click here to subsribe to Anderson Kill's newsletters

## Upcoming Events

**12 Nov** — **The Elephant in the Server Room**
Speakers: Darin J. McMullen
*Professional Liability Underwriting Society* | Dallas, TX



**12** — **Profitably Lending to Non-Profits: The Nuts and Bolts of Creating and Maintaining**

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Jerry S. Goldman - Complex Litigation Attorney | Anderson Kill P.C.

Case 1:03-md-01570-GBD-SN   Document 3181   Filed 10/28/15   Page 3 of 4

**Nov** — a Successful Banking Relationship With Non-Profit Organizations

Speakers: Inez M. Markovich and Frank G. Murphy

*Anderson Kill* | Philadelphia, PA



## Recent News

**Hanover's 3rd Circ. Win Exposes Policyholders To Vague Suits**

Newark

Robert D. Chesler

**Privacy "Bill of Rights" To Boost Demand For Breach Coverage**

New York

Joshua Gold



Cited in In re Attacks 03MDL1570 Decided 10/28/15

Archived on 11/3/15

This document is protected by copyright. Further reproduction is prohibited without permission.

People

Firm

Events

Publications

News

Careers

Contact Us

Login

## Practice Areas

- Alternative Dispute Resolution
- Antitrust and Unfair Competition
- Banking and Lending
- Bankruptcy and Restructuring
- Captive Insurance
- + Corporate and Commercial Litigation
- + Corporate and Securities
- Corporate Tax
- Cyber Insurance Recovery
- + Employment and Labor Law
- + Environmental Law

- Estates, Trusts and Tax Services
- Foreign Investment Recovery
- Health Reform
- Insurance Recovery
- Intellectual Property
- + Real Estate and Construction

## Industry Teams

Financial Services
Hospitality
Regulated Products

## Offices

New York
Newark
Philadelphia
Stamford
Ventura
Washington, DC

Attorney Advertising
Client's Rights
Legal Disclaimer

## Affiliate Sites

Anderson Kill Loss Advisor
Anderson Kill Insurance Services

  

Copyright ©1996-2015 Anderson Kill P.C.
Prior results do not guarantee a similar outcome.

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.