

Home • About • **Attorneys** • Practice Areas • Case Examples • News • Blog • Contact

En Español

# The Kreindler Attorneys

**Outstanding Trial Counsel in a National Litigation Practice**

With a focus on mass disasters, aviation accidents, personal injury claims and complex civil litigation, the trial lawyers of Kreindler & Kreindler combine a strong client service ethic with a commitment to excellence in the investigation and proof of liability and damages claims. Contact Kreindler to learn more about our practice and our ability to protect your rights.

Many of our lawyers are professionals in other fields as well as the law, including aviation, accident investigation and engineering. To learn more about the professional background of each of the Kreindler attorneys, see the profiles below.

## Partners

- Brian J. Alexander
- David C. Cook
- Justin T. Green
- James P. Kreindler
- Noah H. Kushlefsky
- Andrew J. Maloney III
- Marc S. Moller
- Daniel O. Rose
- Anthony Tarricone **

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Of Counsel

- Paul S. Edelman
- Francis G. Fleming Jr.
- Stuart R. Fraenkel*
- Gretchen M. Nelson*
- Steven R. Pounian
- Robert J. Spragg

## Associates

- Megan Wolfe Benett
- Christian P. Fannin
- Julie S. Ferraro**
- Christina Graziano**
- Evan Katin-Borland
- Vincent C. Lesch
- Therese Stevens Loucks
- Samuel P. Madden
- Kevin J. Mahoney
- Ian McCallister**
- Joseph P. Musacchio**
- Jameson J. Pasek**
- Ilana S. Wolk

\* *Los Angeles Office*
\*\* *Boston Office*

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

## News & Developments

**El Faro Loss Raises Serious Concerns About the Voyage**

October 2015

**Volkswagen Emissions Fraud Lawsuit**

October 2015

**Cruise Ship Death off Cape Ann, Massachusetts**

September 2015

## In The Media

**WPIX (10/1/2015):**

Zadroga Act expires, leaving 9/11 first responders at risk of losing health care.

→ Read More

**Fox News (7/30/2015):**

Attorney for MH370 victims: A terrible day for the families.

→ Read More

**TIME (7/30/2015):**

What to know about the new Malaysia Airlines clue.

→ Read More

## Practice Areas

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

- Aviation
- Mass Torts
- Personal Injury
- Railroad Accidents
- Dangerous Drugs
- Product Liability
- Motor Vehicle/Bus Accidents
- Maritime Claims
- Workplace Injury Claims/Labor Law

## How Can We Help You?

**Bold** labels are required.

Brief description of your legal issue

☐ I have read the disclaimer. Privacy Policy

Get Help Now →

Kreindler & Kreindler LLP

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Attorney Profiles | Kreindler & Kreindler, LLP | National Aviation Accident & Personal Injury Lawyers

750 Third Avenue, 32nd Floor
New York, NY 10017

855 Boylston Street, Suite 1101
Boston, MA 02116

707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017

Toll Free: **800-331-2782**
Phone: **213-622-6469**
Fax: **213-622-6019**

Map & Directions →

Super Lawyers

AV Peer Review Rated — Preeminent — Martindale-Hubbell from LexisNexis

Listed in Best Lawyers — The World's Premier Guide

American Association for Justice

© 2015 by Kreindler & Kreindler LLP. All rights reserved. Disclaimer | Site Map   Privacy Policy | Business Development Solutions by FindLaw, a Thomson Reuters business.

http://www.kreindler.com/Attorneys/[11/2/2015 10:45:31 AM]

Cited in In re Attacks
03MDL 570 Decided 11/3/15
Archived on 10/28/15
This document is protected by copyright.
Further reproduction is prohibited without permission.