Contact Us
1.800.768.4026

# a

# Attorneys



FILTER BY

ATTORNEY NAME

LITIGATION AREA

OFFICE LOCATION

Apply

CLEAR FILTERS

75 ATTORNEYS FOUND



## David P. Abel

ASSOCIATE

David Abel represents institutional investors and individuals in complex securities, corporate governance and shareholder litigation.

843.216.9232

dabel@motleyrice.com



## Kimberly Barone Baden

MEMBER

As a strong advocate for the most defenseless members of society, Kimberly Barone Baden seeks accountability and compensation for victims of corporate misconduct, medical negligence and harmful medical drugs. She manages mass tort pharmaceutical litigation through complex personal injury and economic damages cases.

843.216.9265

kbarone@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.



### John A. Baden IV
**MEMBER**

John Baden represents clients harmed by asbestos exposure in individual and mass tort forums, as well as in complex asbestos bankruptcies, handling complete case management and settlement negotiations for individuals and families suffering from mesothelioma and other asbestos-related diseases.

843.216.9124

jbaden@motleyrice.com



### Frederick C. Baker
**MEMBER**

A veteran litigator with strong roots in complex litigation, Fred Baker has worked on a broad range of environmental, medical costs recovery, consumer and products liability cases and holds numerous leadership roles within the firm.

843.216.9186

fbaker@motleyrice.com

### James R. Brauchle
**ASSOCIATE**

843.216.9243

jbrauchle@motleyrice.com

Cited in In re Attacks 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.



A former U.S. Air Force navigator, Jim Brauchle brings years of flying experience, leadership skills and knowledge of the aviation industry to his litigation work.



### Michael M. Buchman
MEMBER

Michael Buchman has more than 20 years of experience, primarily litigating antitrust, consumer protection and privacy class actions in trial and appellate courts.

- 212.577.0040
- mbuchman@motleyrice.com

### Matthew D. Camm
ASSOCIATE

Matthew Camm works with individuals and businesses along the Gulf Coast who were affected by the 2010 BP Deepwater Horizon Oil Spill. He also litigates on behalf of

- 504.648.1485
- mcamm@motleyrice.com

Cited in re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



public pension funds and other institutional investors in cases involving securities fraud.



### Meghan Johnson Carter
ASSOCIATE

Meghan Johnson Carter litigates cases on behalf of victims of allegedly dangerous pharmaceutical drugs and defective medical devices.

843.216.9383

mjohnson@motleyrice.com

### Meredith Kay Clark
ASSOCIATE

Meredith Clark litigates for people suffering from mesothelioma and other asbestos-related diseases

843.216.9329

mkclark@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



resulting from exposure in the workplace and secondhand exposure at home.

### Breanne Vandermeer Cope
ASSOCIATE

Breanne Cope seeks justice for the thousands of women allegedly harmed by medical devices such as Essure® and pelvic mesh.

843.216.9000

bcope@motleyrice.com

### Dennis A. Costigan
ASSOCIATE

Dennis Costigan litigates for patients suffering from the painful, life-altering injuries associated with allegedly

401.457.7705

dcostigan@motleyrice.com

Cited in In re Attacks
03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



faulty medical devices and works to hold accountable those responsible for inadequate product testing, research and warning.



### Samuel B. Cothran Jr.

MEMBER AND GENERAL COUNSEL

Sam Cothran creatively addresses the many complex ethical challenges inherent in the cutting-edge practice of a dynamic, multi-jurisdictional law firm. As leader of Motley Rice's legal department, Sam directs and advises the firm's management on diverse in-house legal matters regarding governmental compliance, contracts and legal defense, as well as labor and employment, marketing, financial and operational issues.

843.216.9494
843.216.9404
scothran@motleyrice.com

Cited in In re Attacks 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Sara O. Couch
ASSOCIATE

Sara Couch represents institutional investors, government entities and consumers in securities and consumer fraud litigation. Sara also assists in the litigation of individual tobacco cases.

☐ 843.216.9385

☐ scouch@motleyrice.com



## Kevin R. Dean
MEMBER

Focusing his litigation efforts on catastrophic injury, products liability, and wrongful death cases, Kevin Dean represents victims and families affected by hazardous consumer products, occupational and industrial accidents, fires, premise injuries and other incidents of negligence.

☐ 843.216.9152

☐ kdean@motleyrice.com

## John C. Duane

☐ 843.216.9237

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



### ASSOCIATE

Former federal prosecutor John Duane applies his experience prosecuting criminal matters to his work representing clients harmed by defective medical devices, implants and drugs, as well as a variety of cases related to negligence, defective products and vehicle incidents.

☐ jduane@motleyrice.com



### Michael E. Elsner
### MEMBER

Michael Elsner uses the U.S. civil justice system to seek social change and improved protection of Americans at home and abroad. He litigates complex civil matters on behalf of people and businesses victimized by commercial malfeasance, violations of human rights, inadequate security measures and state-sponsored terrorism, managing cross-border litigation and intricate investigations of infringement and abuse of human rights, multi-layered financial transactions and due diligence.

☐ 843.216.9250
☐ melsner@motleyrice.com



### Elizabeth Cooke Elsner
ASSOCIATE

Liza Elsner's practice ranges from helping clients injured by acts of corporate negligence to seeking improvements in worker and environmental health and safety.

843.216.9280

lward@motleyrice.com



### Ann E. Rice Ervin
ASSOCIATE

Ann E. Rice Ervin represents victims injured by harmful pharmaceutical drugs and defective medical devices, working to hold accountable those responsible for corporate wrongdoing and inadequate product warning, research and testing.

843.216.9254

ariceervin@motleyrice.com

### John M. Eubanks

843.216.9218



**ASSOCIATE**

With extensive experience investigating terrorist organizations and terrorist financing in the Middle East, John Eubanks represents victims, survivors and their families in litigation designed to bankrupt the financiers of terror, crippling their ability to recruit, train, supply and dispatch terrorist operatives.

jeubanks@motleyrice.com



### Nathan D. Finch
**MEMBER**

With a diverse background in complex civil litigation, Nate Finch brings more than twenty years of trial experience and strong negotiation skills to Motley Rice. He represents clients in various asbestos, toxic tort, commercial, securities fraud and other complex cases.

202.232.5507

nfinch@motleyrice.com

### Fidelma L. Fitzpatrick
**MEMBER**

401.457.7728

ffitzpatrick@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.



Fidelma Fitzpatrick represents people and communities in toxic tort and environmental matters, including property damage and personal injury claims. Her experience with complex civil litigation has led her to represent other victims of corporate malfeasance, including hundreds of women allegedly injured by pelvic mesh/sling products.



## Jodi Westbrook Flowers

MEMBER

843.216.9163

jflowers@motleyrice.com

A veteran of the courtroom, Jodi Westbrook Flowers seeks to protect the health, safety and rights of consumers, families, investors, workers, and victims of crime and terrorism. Jodi has litigated a wide range of cases involving tobacco, asbestos, lead pigment, aviation disasters and vehicle defects, as well as terrorist financing and human rights violations.

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



### Jeanette M. Gilbert
ASSOCIATE

Jan Gilbert has spent her legal career assisting those who cannot speak for themselves due to age or illness.

☐ 843.216.9311

☐ jgilbert@motleyrice.com



### Vincent L. Greene IV
MEMBER

Vin Greene works on behalf of victims of lead poisoning and asbestos-related diseases.

☐ 401.457.7730

☐ vgreene@motleyrice.com

### Max N. Gruetzmacher
ASSOCIATE

☐ 843.216.9623

☐ mgruetzmacher@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



Max Gruetzmacher focuses his practice on securities and consumer fraud, representing large public pension funds, unions and other institutional investors in securities and consumer fraud class actions and shareholder derivative suits.



### John (Rett) E. Guerry III
ASSOCIATE

Charleston native Rett Guerry represents railroad and other industrial workers in personal injury, products liability and Federal Employers Liability Act (FELA) litigation.

☐ 843.216.9488
☐ rguerry@motleyrice.com

### Jennifer G. Guy
ASSOCIATE

Jennifer Guy represents people and businesses affected by the 2010 BP oil

☐ 843.216.9368
☐ jguy@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.



spill in the Gulf of Mexico.



### Robert T. Haefele
**ASSOCIATE**

Robert Haefele has spent more than twenty years practicing in complex civil litigation, including asbestos, tobacco and other mass tort and product liability litigation. His area of primary emphasis involves anti-terrorism and human rights, analyzing and litigating complex, domestic and international matters to meet clients' goals of justice and accountability while simultaneously achieving positive social change.

843.216.9184

rhaefele@motleyrice.com

### Scott B. Hall

816.569.5728



**SENIOR COUNSEL**

An advocate for people harmed by toxic exposure, chemical-related cancers and other occupational diseases and smoking-related illnesses, Scott Hall has spent more than 15 years working to hold accountable corporations that put profits before people.

☐ sbhall@motleyrice.com



### Kristen M. Hermiz
ASSOCIATE

Kristen Hermiz represents individuals and families suffering from mesothelioma and other asbestos-related diseases caused by occupational, environmental and household asbestos exposure.

☐ 843.216.9390

☐ khermiz@motleyrice.com

### John E. Herrick
MEMBER

John Herrick has spent more than 20 years representing victims of asbestos exposure suffering from mesothelioma

☐ 843.216.9100

☐ jherrick@motleyrice.com

Cited in In re Attacks 03MDL1570. Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



and other asbestos-related diseases.



### Ashley J. Hornstein
ASSOCIATE

Ashley Hornstein represents people and families suffering from mesothelioma and other asbestos-related diseases caused by occupational, environmental and household asbestos exposure, as well as victims of lead poisoning and other toxic environmental exposures

401.457.7713

ahornstein@motleyrice.com

### T. David Hoyle
MEMBER

David Hoyle works to change corporate conduct through the

843.216.9136

dhoyle@motleyrice.com

Cited in In re Attacks 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



civil justice system, representing victims of corporate wrongdoing and negligence in litigation ranging from catastrophic incidents to asbestos exposure and environmental contamination.



### James M. Hughes, Ph.D.
**MEMBER**

Jim Hughes develops strategic legal arguments, drafts and argues motions, and litigates cases involving securities fraud.

☐ 843.216.9133
☐ jhughes@motleyrice.com

### John D. Hurst
**ASSOCIATE**

John Hurst works to hold corporations accountable for the harm they do to individuals and society,

☐ 304.413.0457
☐ jhurst@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

developing and executing case strategies in toxic tort, occupational disease, catastrophic injury, and product liability cases.



### John A. Ioannou
ASSOCIATE

With 18 years of antitrust law experience, John Ioannou has sought monetary and equitable recoveries on behalf of consumers and businesses injured by allegedly illegal, anti-competitive conduct in complex antitrust matters.

- 212.577.0040
- jioannou@motleyrice.com



### Mathew P. Jasinski
ASSOCIATE

Mathew Jasinski represents consumers, businesses, and governmental entities in class action and complex cases involving consumer protection, unfair trade practices, commercial, environmental and securities litigation.

- 860.218.2725
- mjasinski@motleyrice.com



## Anne McGinness Kearse
**MEMBER**

With a passion for justice, Anne McGinness Kearse has spent more than a decade seeking to hold accountable numerous corporations that put profits before safety.

☐ 843.216.9140

☐ akearse@motleyrice.com



## Laura N. Khare
**ASSOCIATE**

As Associate General Counsel at Motley Rice, Laura Khare manages the firm's legal matters, including employment issues, ethics, marketing, commercial contracts and legal defense.

☐ 843.216.9175

☐ lkhare@motleyrice.com

## Marlon E. Kimpson
**MEMBER**

Marlon Kimpson represents

☐ 843.216.9180

☐ mkimpson@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.