

victims of corporate malfeasance, from investors in securities fraud cases to people injured or killed in catastrophic incidents.



### W. Taylor Lacy
**ASSOCIATE**

Taylor Lacy focuses his practice on catastrophic injury, products liability and securities litigation against diverse corporate defendants.

☐ 843.216.9591
☐ wlacy@motleyrice.com

### Patricia J. Lawson
**ASSOCIATE**

Patti Lawson seeks to protect the safety, health and rights of people suffering from mesothelioma and other asbestos-related diseases, and brings more than a

☐ 304.344.1108
☐ plawson@motleyrice.com

Cited in: In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

http://www.motleyrice.com/attorneys[11/2/2015 1:30:01 PM]



decade of experience in West Virginia government to Motley Rice. Additionally, she strives to protect the rights of those suffering from catastrophic, permanent injuries due to negligence, and works on their behalf to pursue justice and just compensation.



### James W. Ledlie
MEMBER

Recognized for his litigation skills and client advocacy, James Ledlie focuses his practice on occupational disease, worker safety, products liability, consumer fraud and complex litigation matters.

843.216.9252

jledlie@motleyrice.com

### Gregg S. Levin

843.216.9512

Cited in In re Attacks 15
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



**MEMBER**

With more than two decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters.

glevin@motleyrice.com



### Temitope O. Leyimu

**ASSOCIATE**

Tope Leyimu focuses her practice on people and families whose lives have been affected by catastrophic injuries or death as a result of corporate wrongdoing, occupational hazards and environmental negligence.

843.216.9107

tleyimu@motleyrice.com

### Josh Littlejohn

**ASSOCIATE**

With a broad base of experience in complex litigation—including securities

843.216.9447

jlittlejohn@motleyrice.com

Cited in Infra Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



fraud, breach of fiduciary duty, mass tort and catastrophic injury matters— Josh Littlejohn plays a leading role in many of Motley Rice's most complex securities cases, particularly those involving healthcare.



### Miles Loadholt
OF COUNSEL

Miles Loadholt has practiced law for over four decades in the areas of occupational disease, worker safety and business litigation.

803.224.8812

micadholt@motleyrice.com

### P. Graham Maiden
ASSOCIATE

Graham Maiden represents victims, survivors and family members who have suffered

843.216.9670

gmaiden@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



due to acts of terrorism or human rights violations in litigation against both domestic and international defendants.



### Robert J. McConnell
MEMBER

Bob McConnell's practice concentrates on lead pigment litigation, childhood lead poisoning cases, groundwater and soil contamination cases and other toxic environmental litigation. He represents victims seeking corporate accountability as a result of personal injury, property damage and economic loss as a result of negligent environmental practices.

401.457.7703

bmcconnell@motleyrice.com

### Michaela Shea

401.457.7753

Cited in re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



## McInnis
**ASSOCIATE**

Michaela McInnis represents individuals, states, cities and other municipalities in environmental litigation involving harmful exposure to lead paint or other sources of environmental contamination.

✉ mmcinnis@motleyrice.com



## Kate E. Menard
**ASSOCIATE**

Katie Menard is committed to helping people harmed by allegedly defective medical devices, including women suffering from painful and serious injuries caused transvaginal mesh and pelvic mesh devices.

☎ 401.457.7765
✉ kmenard@motleyrice.com

## Donald A. Migliori
**MEMBER**

Building upon his experience in complex asbestos cases, the historic tobacco lawsuits and 9/11 litigation, Don Migliori is a multifaceted

☎ 401.457.7709
✉ dmigliori@motleyrice.com

Cited in In re Attacks 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



litigator. He represents victims of terrorism, aviation disasters, environmental contamination, defective medical devices and drugs, occupational diseases, antitrust, securities and consumer fraud in cutting-edge litigation that spans the country.



## Meredith B. Miller
ASSOCIATE

Meredith Miller develops and litigates securities fraud class actions and shareholder derivative suits.

☐ 843.216.9167

☐ mbmiller@motleyrice.com

## Christopher F.

☐ 843.216.9245

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Moriarty
**ASSOCIATE**

Christopher Moriarty litigates securities fraud, corporate governance, and other complex class action litigation.

✉ cmoriarty@motleyrice.com



## Ronald L. Motley
**FOUNDING MEMBER**

Ron Motley (1944 – 2013) fought for greater justice, accountability and recourse, and has been widely recognized as one of America's most accomplished and skilled trial lawyers. During a career that spanned more than four decades, his persuasiveness before a jury and ability to break new legal and evidentiary ground brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans —asbestos and tobacco.

(1944–2013)

"I will stand for my client's rights —

I am a trial lawyer."

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.



## William H. Narwold
**MEMBER**

Bill Narwold has advocated for corporate accountability and fiduciary responsibility for nearly 35 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations, whistleblower/qui tam claims and intellectual property matters.

- 860.882.1676
- bnarwold@motleyrice.com



## William S. Norton
**ASSOCIATE**

Bill Norton litigates securities fraud, corporate governance and other complex class action and commercial litigation.

- 843.216.9195
- bnorton@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



### Meghan S. B. Oliver
ASSOCIATE

Meghan Oliver's practice includes work on securities fraud cases, antitrust litigation, general commercial litigation, and consumer fraud litigation.

- 843.216.9492
- moliver@motleyrice.com



### Lance Oliver
MEMBER

Lance Oliver focuses his practice on class actions, mass torts and other complex litigation.

- 843.216.9061
- loliver@motleyrice.com

### Jonathan D. Orent
ASSOCIATE

Jonathan Orent litigates for people alleging harm by defective medical devices and pharmaceutical drugs, including all aspects of discovery and expert

- 401.457.7723
- jorent@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



development. He represents women suffering from painful side effects associated with pelvic mesh/sling products in hundreds of filed cases against multiple corporations.



### Michael J. Pendell
ASSOCIATE

Michael Pendell focuses his practice on representing workers and their families, as well as pension fund trustees and other institutional investors in securities, consumer fraud and complex class action.

860.218.2722

mpendell@motleyrice.com

### Joseph F. Rice
FOUNDING MEMBER

Joe Rice is recognized as a skillful and innovative

843.216.9000

jrice@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



negotiator of complex litigation settlements, having served as the lead negotiator in some of the largest civil actions our courts have seen in the last 20 years.



### Caroline W. Rion
**ASSOCIATE**

Caroline Rion practices in the areas of products liability and occupational disease with a focus on asbestos-related diseases, helping clients tell their stories and seek the justice they deserve.

☐ 843.216.9168

☐ crion@motleyrice.com

### Ann K. Ritter
**SENIOR COUNSEL**

As Senior Counsel, Ann Ritter represents domestic and foreign institutional investors in complex cases involving shareholder rights, corporate governance, securities and

☐ 843.216.9166

☐ aritter@motleyrice.com

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



consumer fraud.



### Michael G. Rousseau
ASSOCIATE

Michael Rousseau handles discovery and expert testimony and analyzes data for settlement negotiations for the pelvic mesh litigation team.

- 401.457.7712
- mrousseau@motleyrice.com

### Lisa M. Saltzburg
ASSOCIATE

Lisa Saltzburg represents individuals and institutional clients in complex securities and consumer fraud actions, merger and acquisition cases, shareholder derivative suits

- 843.216.9630
- lsaltzburg@motleyrice.com

Cited in In re Attacks 03MDL 1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



and a variety of other consumer and commercial matters.



### Hayleigh T. Stewart Santra
ASSOCIATE

Hayleigh Stewart Santra represents victims harmed by dangerous prescription drugs and defective medical devices, working to hold accountable those responsible for corporate wrongdoing and inadequate product warning, research and testing.

843.216.9373

hstewart@motleyrice.com

### Mary F. Schiavo
MEMBER

A CNN Analyst and former

843.216.9138

mschiavo@motleyrice.com

Cited in Inre Attacks 03MDL1570 Decided 10/28/15 Archived on 11/3/15 This document is protected by copyright. Further reproduction is prohibited without permission.



U.S. Department of Transportation Inspector General, Mary Schiavo seeks accountability and industry change from corporations, institutions and the government so that they may meet their obligation to protect the safety and security of the traveling public.



### Carmen S. Scott
MEMBER

With a focus on women's products, Carmen Scott represents victims of medical negligence, harmful medical drugs and devices and corporate misconduct.

- 843.216.9160
- cscott@motleyrice.com

### Elizabeth Smith
ASSOCIATE

Elizabeth represents clients injured by corporate wrongdoing, with an

- 202.386.9627
- esmith@motleyrice.com

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



emphasis on anti-terrorism and human rights litigation.



### Alex R. Straus
**ASSOCIATE**

Alex Straus represents clients in antitrust, securities fraud, occupational disease, anti-terrorism, product liability and catastrophic injury cases.

- 212.577.0047
- astraus@motleyrice.com

### W. Christopher Swett
**ASSOCIATE**

Christopher Swett focuses his efforts on assisting workers and families suffering from mesothelioma and other

- 843.216.9149
- cswett@motleyrice.com

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



asbestos-related diseases due to occupational, environmental or household asbestos exposure. On behalf of asbestos victims, he handles litigation against manufacturers, property owners and contractors who sold or installed defective asbestos-containing products.



### Fred Thompson III
MEMBER

With more than two decades of diverse experience in personal injury, commercial and toxic tort law, Fred Thompson represents people harmed by negligence, product defects or misconduct. As a leader of the medical litigation team, Fred manages cases related to defective medical devices, harmful pharmaceutical drugs, medical malpractice, and nursing home abuse.

☐ 843.216.9118

☐ fthompson@motleyrice.com

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



## William P. Tinkler
ASSOCIATE

William Tinkler works with public pension funds, unions and other institutional investors to help secure governance reforms and achieve recoveries through strategic and targeted litigation. He handles a wide range of complex cases, including securities and consumer fraud litigation and shareholder derivative suits.

☐ 843.216.9369

☐ wtinkler@motleyrice.com



## Kathryn A. Waites
ASSOCIATE

Katie Waites represents victims and families harmed by hazardous consumer products, occupational and industrial accidents, premises injuries and other incidents involving negligence in products liability, personal injury and wrongful death cases.

☐ 843.216.9593

☐ kwaites@motleyrice.com

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.



Contact Us

1.800.768.4026

Connect With Us

© Copyright 2015 Motley Rice
Attorney Advertising
Prior results do not guarantee a similar outcome.

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.