

**Contact Us**
**800-331-2782**



| Home | About | Attorneys | Practice Areas | Case Examples | News | Blog | Contact |

En Español

# Kreindler: National Aviation Accident Attorneys



## Trial Lawyers for Complex Accident Claims and Civil Litigation

In addition to aviation accident litigation, our lawyers at Kreindler & Kreindler LLP take on the challenges of complex claims in a variety of civil litigation contexts: train, bus and automobile accident cases, maritime disasters, mass tort cases, including dangerous prescription drug cases, construction accidents and many other cases.

## Nationwide Complex Litigation Attorneys

Whether your case involves a train accident, a plane crash or massive dangerous drug case including hundreds of injured consumers anywhere in the United States, Kreindler attorneys offer the same level of personalized service tailored to a client's specific objectives and the demands of the case at hand. Contact us to learn more about our client service values and our experience with legal problems like yours.

> Founded in 1950, Kreindler has grown substantially in size, prestige and experience over the years. We're the largest plaintiffs' aviation law firm in the United States. We have well-established plaintiff transportation (maritime, train, bus, automobile) practices. We have a growing mass tort practice particularly in the pharmaceutical area. Kreindler tackles complex litigation challenges in many other

Cited in In re Attacks 03MDL1570 Decided 10/28/15 Archived on 11/3/15
This document is protected by copyright. Further reproduction is prohibited without permission.

personal injury, commercial or corporate contexts as well.

We accept almost all of our cases on a contingent fee basis, with specific fee percentages calculated on the basis of such factors as the degree of risk and the number of clients we represent in a given case. We also routinely advance litigation expenses, such as expert fees and court costs. Kreindler assumes the risk of success with respect to attorneys' fees and must win our cases in order to earn our fees.

Kreindler Welcomes Inquiries From Referring Attorneys

Our record of success in complex cases has generated a significant number of referrals from other lawyers. In fact, lawyers refer most of our clients to the firm. We welcome the involvement of forwarding attorneys, who share in the contingent fee in proportion to their efforts and responsibilities.

Kreindler's practice is national and international in scope. We represent clients in federal and state courts throughout the United States, and the people we serve can reside anywhere in the United States or foreign countries. For nationwide client service in aviation accidents or other complex civil claims, contact a Kreindler lawyer.

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

## News & Developments

**El Faro Loss Raises Serious Concerns About the Voyage**

October 2015

**Volkswagen Emissions Fraud Lawsuit**

October 2015

**Cruise Ship Death off Cape Ann, Massachusetts**

September 2015

## In The Media

**WPIX (10/1/2015):**

Zadroga Act expires, leaving 9/11 first responders at risk of losing health care.

→ Read More

**Fox News (7/30/2015):**

Attorney for MH370 victims: A terrible day for the families.

→ Read More

**TIME (7/30/2015):**

What to know about the new Malaysia Airlines clue.

→ Read More

## Practice Areas

| Aviation | Mass Torts | Personal Injury |
| Railroad Accidents | Dangerous Drugs | Product Liability |
| Motor Vehicle/Bus Accidents | Maritime Claims | Workplace Injury Claims/Labor |

Cited in In re Attacks 03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

Law

## How Can We Help You?

**Bold** labels are required.

Brief description of your legal issue

☐ I have read the disclaimer. Privacy Policy

[Get Help Now]

Cited in In re Attacks
03MDL1570 Decided 10/28/15
Archived on 11/3/15
This document is protected by copyright.
Further reproduction is prohibited without permission.

### Kreindler & Kreindler LLP

750 Third Avenue, 32nd Floor
New York, NY 10017

Toll Free: **800-331-2782**
Phone: **212-687-8181**

855 Boylston Street, Suite 1101
Boston, MA 02116

Toll Free: **800-331-2782**
Phone: **617-424-9100**

707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017

Toll Free: **800-331-2782**
Phone: **213-622-6469**

