UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF CASE |

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279

**DEFENDANT DUBAI ISLAMIC BANK'S 26(a)(1)
SECOND AMENDED INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's Order of September 21, 2015 (Dkt. 3041), Defendant Dubai Islamic Bank ("DIB") in good faith hereby serves its amended initial disclosures of each individual likely to have discoverable information that DIB may use to support its defenses.

This list does not include the names of any rebuttal witnesses, witnesses used solely for impeachment, unknown witnesses, or expert witnesses.  Consistent with the Court's Order of September 21, 2015 (Dkt. 3041), DIB reserves the right to amend this list "in the event of the death or unavailability of a witness, to reflect or incorporate newly discovered information or facts, or for other good cause."  DIB will provide the names of expert witnesses at a later time as may be required by future court scheduling orders.

The following individuals are likely to have discoverable information that DIB may use to support its defenses. DIB does not consent to or authorize any communications with its employees, agents, officers, or directors, whether formerly or presently associated or employed by DIB and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1. Abdulla Saeed Ahmed Al Sharif
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Opening and maintenance of accounts.

2. Mohammed Al Sharif
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Banking operations, and account and financial transaction information.

3. Taymerz Zendaki
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Customer, account, and financial transaction information and record keeping.

4. Dr. Haroun Dharsey
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Customer, account, and financial transaction information and record keeping.

5. Zohair Saeed Al Rabii
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Compliance and bank regulatory issues.

6. Monsoor Al Awadi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Banking policies and procedures.

7. Dr. Mohamed Abdulhakim Zoeir
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Sharia Board policies and procedures.

8. Obaid Omran Al Shamsi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: Legal and compliance matters and bank policies and procedures.

9. Buti Khalifa Bin Darwish Al Falasi
   Contact information: Can be contacted through counsel of record for DIB.
   Subject: DIB banking operations and compliance issues.

10.     Ebrahim Fayez
Contact information: Can be contacted through counsel of record for DIB.
Subject: DIB's response to 1999 New York Times article and DIB's policies and procedures.

11.     Alan Fine
Contact information: Can be contacted through counsel of record for DIB.
Subject: DIB's response to 1999 New York Times article.

12.     William Richey
Contact information: Can be contacted through counsel of record for DIB.
Subject: DIB's response to 1999 New York Times article.

13.     Kiril Bougartchev
Contact information: Can be contacted through counsel of record for DIB.
Subject: DIB's response to 1999 New York Times article.

14.     Michel Henriquet
Contact information: Can be contacted through counsel of record for DIB.
Subject: DIB's response to 1999 New York Times article.

15.     Participants in June or July 1999 meeting(s) (as alleged by Plaintiffs) in the United Arab Emirates involving U.S. Officials and representatives of the United Arab Emirates government and Participants in any conversations or meetings regarding this alleged meeting(s) or regarding any related subject matter.
Contact information: Unknown.
Subject: Any conduct or issues related to DIB.

16.     Participants in 1998 meeting(s) (as alleged by Plaintiffs) involving U.S. Officials and representatives of the United Arab Emirates government and Participants in any conversations or meetings regarding this alleged meeting(s) or regarding any related subject matter.
Contact information: Unknown.
Subject: Any conduct or issues related to DIB.

- 4 -

DATED: December 30, 2015                Respectfully submitted,


  S/ Steven T. Cottreau_____
Steven T. Cottreau
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 912-5109

Juan P. Morillo (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW
Washington, DC 20001
Telephone: (202) 538-8000

*Counsel for Defendant Dubai Islamic Bank*