**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: MOTION TO ENTER
  INTO EVIDENCE MATERIALS
  SUPPORTING DAMAGES FROM
: *HAVLISH, et al.. v. BIN LADEN, et al.*

:

1:03 MDL 1570 (GBD) (FM)

:
-------------------------------------------------------------------x

This Document Relates to
<u>Hoglan, et al. v. Islamic Republic of Iran, et al.</u>
1:11 Civ. 7550 (GBD) (FM)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to:* | |
| *Hoglan, et al. v. The Islamic Republic of Iran, et al.* | |
| *1:11-cv-07550-GBD* | |

AUG 31 2015

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court on July 10, 2015, the evidence presented at the August 17, 2015 hearing on liability (including the evidence submitted by Plaintiffs in *Havlish, et al. v. bin-Laden, et al*, 03-cv-09848 (GBD) (FM) on May 19, 2011, July 13, 2011, August 19, 2011 and December 15, 2011 which was presented and admitted into evidence at the August 17, 2015 hearing), supplemental evidence filed with this court, together with the entire record in this case, it is hereby;

**ORDERED** that Plaintiffs' Motion for Entry of Default Judgment by the Court against Sovereign Defendants, The Islamic Republic of Iran, Ayatollah Ali Hoseini-Khamenei, Ali Akbar Hashemi Rafsanjani, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, The Iranian Ministry of Petroleum, The National Iranian Tanker Corporation, The National Iranian Oil Corporation, The National Iranian Gas Company, Iran Airlines, The National Iranian Petrochemical Company, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, and The Central Bank of the Islamic Republic of Iran (collectively "Iranian

Defendants") is **GRANTED** and final judgment on liability is entered in favor of all Plaintiffs and against all Iranian Defendants;

**ORDERED** that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

DATED: AUG 3 1 2015

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels
United States District Judge

2