**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:  <u>ORDER</u>

:

:  1:03 MDL 1570 (GBD) (FM)

:
------------------------------------------------------------------x

This Document Relates to
*Hoglan, et al. v. Islamic Republic of Iran, et al.*
1:11 Civ. 7550 (GBD) (FM)

AND NOW, upon consideration of Plaintiffs' Motion to Admit into Evidence Certain Materials Supporting Damages from *Havlish, et al. v. bin Laden, et al.*, which is unopposed, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

The expert report and *curriculum vitae* of Alberto Diaz, Jr., M.D., RADM MC USN (*Ret*.), as well as the Declarations as listed in ¶10 of Plaintiffs' Motion, are hereby entered into evidence for the damages portion of *Hoglan, et al. v. Islamic Republic of Iran, et al.*

**SO ORDERED.**

Date: _____     _____
    New York, New York            United States District Judge