# Exhibit A – Injured in *Ashton et al.*

| # | Injured | Site |
|---|---|---|
| 1 | Pasquale Abatangelo | WTC |
| 2 | Anthony Accardo | WTC |
| 3 | Joseph Accetta | WTC |
| 4 | Luis Acevedo | WTC |
| 5 | Peter Acquafrea | WTC |
| 6 | Paul Adams | WTC |
| 7 | Aldo Adissi | WTC |
| 8 | Theodorus Adrichem | WTC |
| 9 | Michael Agovino | WTC |
| 10 | Richard Agugliaro | WTC |
| 11 | Alamo Agustino | WTC |
| 12 | Roger Ahee | WTC |
| 13 | Kenneth Ahlers | WTC |
| 14 | Thomas Akerberg | WTC |
| 15 | Edward Alfarano | WTC |
| 16 | Richard Alles | WTC |
| 17 | Christopher Amato | WTC |
| 18 | Anthony Anderson | WTC |
| 19 | Stephen Anderson | WTC |
| 20 | Vincent Anderson | WTC |
| 21 | Frank Andino | WTC |
| 22 | Stanley Andrusyczyn | WTC |
| 23 | Salvatore Annerino | WTC |
| 24 | Robert Annunziato | WTC |
| 25 | Andrew Ansbro | WTC |
| 26 | Harry Antonopoulos | WTC |
| 27 | Salvatore Anzalone | WTC |
| 28 | Edward Arancio | WTC |
| 29 | Kathleen Arancio | WTC |
| 30 | Lawrence Archer | WTC |
| 31 | Raymond Arcos | WTC |
| 32 | Barbara Ardizzone | WTC |
| 33 | Leonard Ardizzone | WTC |
| 34 | Michael Armetta | WTC |
| 35 | David Arocho | WTC |
| 36 | Thomas Asher | WTC |
| 37 | Joseph Astarita | WTC |
| 38 | Christopher Attanasio | WTC |
| 39 | Anthony Auciello | WTC |
| 40 | Marylou Aurrichio | WTC |
| 41 | Angel Ayala | WTC |
| 42 | Laura Bacarella | WTC |
| 43 | Christopher Bach | WTC |
| 44 | Joseph Bachert | WTC |
| 45 | Benjamin Badillo | WTC |
| 46 | Thomas Baez | WTC |
| 47 | Michael Bailey | WTC |
| 48 | Candiace Baker | WTC |
| 49 | Augustin Balaram | WTC |
| 50 | West Ballou | WTC |
| 51 | Nicholas Balsamo | WTC |
| 52 | Richard Banat | WTC |
| 53 | Arturo Banchs | WTC |
| 54 | Michael Banker | WTC |
| 55 | Robert Baran | WTC |
| 56 | James Baranek | WTC |
| 57 | Paul Barbara | WTC |
| 58 | Paul Bardo | WTC |
| 59 | Thomas Baroz | WTC |
| 60 | Christopher Barrett | WTC |
| 61 | Kevin Barrett | WTC |
| 62 | Robert Barrett | WTC |
| 63 | Bruce Barvels | WTC |
| 64 | Steven Bascelli | WTC |
| 65 | Paul Basso | WTC |
| 66 | Andrew Beard | WTC |
| 67 | Edith Beaujon | WTC |
| 68 | Michael Behette | WTC |
| 69 | John Belford | WTC |
| 70 | Mario Bell | WTC |
| 71 | John Belmonte | WTC |
| 72 | Joseph Beltrani | WTC |
| 73 | Lori-Ann Beninson | WTC |
| 74 | Joseph Bennett | WTC |
| 75 | Timothy Bennett | WTC |
| 76 | James Bergen | WTC |
| 77 | Joseph Bering | WTC |
| 78 | Robert Bermingham | WTC |
| 79 | Charles Bernardi | WTC |

| # | Name | Site |
|---|---|---|
| 80 | Mark Bernheimer | WTC |
| 81 | Frank Berran | WTC |
| 82 | Ruben Berrios | WTC |
| 83 | Joseph Bertolino | WTC |
| 84 | Marvin Bethea | WTC |
| 85 | James Beuerman | WTC |
| 86 | Daniel Beyar | WTC |
| 87 | George Beyer | WTC |
| 88 | Gregory Bierster | WTC |
| 89 | Donald Bigi | WTC |
| 90 | Steven Bilich | WTC |
| 91 | Howard Bischoff | WTC |
| 92 | Joseph Biserta | WTC |
| 93 | Richard Bittles | WTC |
| 94 | Irene Blaich | WTC |
| 95 | Peter Blaich | WTC |
| 96 | William Blaich | WTC |
| 97 | Susan Blake | WTC |
| 98 | Mark Blanchard | WTC |
| 99 | Matthew Blaskovich | WTC |
| 100 | Godfrey Blythe | WTC |
| 101 | Thomas Boccarossa | WTC |
| 102 | Kenneth Bohan | WTC |
| 103 | Michael Boland | WTC |
| 104 | Charles Bonar | WTC |
| 105 | John Bongiorno | WTC |
| 106 | Reginald Bonner | WTC |
| 107 | Mark Bonsanti | WTC |
| 108 | Andrew Borgese | WTC |
| 109 | Robert Bornhoeft | WTC |
| 110 | Nicholas Borrillo | WTC |
| 111 | Enis Boyer | WTC |
| 112 | Michael Boyle | WTC |
| 113 | George Braadt | WTC |
| 114 | Manuel Bracero | WTC |
| 115 | James Brady | WTC |
| 116 | Thomas Brady | WTC |
| 117 | Andrew Braun | WTC |
| 118 | Martin Braun | WTC |
| 119 | Joseph Breen | WTC |
| 120 | Gerald Brenkert | WTC |
| 121 | James Brennan | WTC |
| 122 | Ronald Brenneisen | WTC |
| 123 | Donald Brierley | WTC |
| 124 | Vito Brinzo | WTC |
| 125 | Ladwin Brissett | WTC |
| 126 | Michael Brocato | WTC |
| 127 | Michael Brody | WTC |
| 128 | Michael Broschart | WTC |
| 129 | Christopher Broughton | WTC |
| 130 | James Brown | WTC |
| 131 | Jozette Brown | WTC |
| 132 | Paul Brown | WTC |
| 133 | Peter Brown | WTC |
| 134 | Raymond Brown | WTC |
| 135 | Peter Brunaes | WTC |
| 136 | Greg Bruno | WTC |
| 137 | James Bruno | WTC |
| 138 | Stephen Bruno | WTC |
| 139 | David Brunsden | WTC |
| 140 | Michael Buckley | WTC |
| 141 | Brook Budd | WTC |
| 142 | Michael Budischewsky | WTC |
| 143 | Matthew Buono | WTC |
| 144 | Vincent Buonocore | WTC |
| 145 | Charles Burge | WTC |
| 146 | James Burke | WTC |
| 147 | Michael Burke | WTC |
| 148 | Stephen Burke | WTC |
| 149 | Thomas Burke | WTC |
| 150 | William Burke | WTC |
| 151 | Robert Burns | WTC |
| 152 | Jacqueline Burton | WTC |
| 153 | Richard Bylicki | WTC |
| 154 | John Bynres | WTC |
| 155 | John Byrnes | WTC |
| 156 | Nelson Caban | WTC |
| 157 | Edward Cachia | WTC |
| 158 | Michael Cahill | WTC |
| 159 | Francis Calabro | WTC |
| 160 | Kevin Calhoun | WTC |
| 161 | Gary Cali | WTC |

| #   | Name                | |
|-----|---------------------|-----|
| 162 | Robert Calise       | WTC |
| 163 | Thomas Calkins      | WTC |
| 164 | Vincenzo Calla      | WTC |
| 165 | Thomas Callaghan    | WTC |
| 166 | Ernando Camacho     | WTC |
| 167 | Patrick Camacho     | WTC |
| 168 | Richard Camiolo     | WTC |
| 169 | Ronald Cammarata    | WTC |
| 170 | Bryan Campbell      | WTC |
| 171 | Richard Campbell    | WTC |
| 172 | Atthew Campisi      | WTC |
| 173 | Vincent Canale      | WTC |
| 174 | Thomas Cann         | WTC |
| 175 | Biagio Cantatore    | WTC |
| 176 | Victor Cantelmo     | WTC |
| 177 | Michael Capasso     | WTC |
| 178 | Charles Caple       | WTC |
| 179 | Robert Capolongo    | WTC |
| 180 | David Caputo        | WTC |
| 181 | Frank Caputo        | WTC |
| 182 | David Cardinale     | WTC |
| 183 | Harry Cardio        | WTC |
| 184 | Patrick Carey       | WTC |
| 185 | Peter Carino        | WTC |
| 186 | Richard Carlino     | WTC |
| 187 | William Carlson     | WTC |
| 188 | Gary Carpentier     | WTC |
| 189 | Angel Carrero       | WTC |
| 190 | Christopher Carri   | WTC |
| 191 | John Carroll        | WTC |
| 192 | William Carroll     | WTC |
| 193 | Robert Caruso       | WTC |
| 194 | Richard Casaletto   | WTC |
| 195 | Joseph Casaliggi    | WTC |
| 196 | Raymond Cascio      | WTC |
| 197 | Thomas Cascio       | WTC |
| 198 | Donald Casey        | WTC |
| 199 | Gerard Casey        | WTC |
| 200 | James Cash          | WTC |
| 201 | Stephen Casse       | WTC |
| 202 | John Cassidy        | WTC |
| 203 | Kevin Cassidy       | WTC |
| 204 | Stephen Cassidy     | WTC |
| 205 | Gregory Castellano  | WTC |
| 206 | John Catatano       | WTC |
| 207 | Anthony Catera      | WTC |
| 208 | John Cavaelli       | WTC |
| 209 | Henry Cerasoli      | WTC |
| 210 | Joseph Cestari      | WTC |
| 211 | Anthony Chaimowitz  | WTC |
| 212 | William Chesney     | WTC |
| 213 | Gerald Chiavelli    | WTC |
| 214 | Dino Chirco         | WTC |
| 215 | Sherwin Chow        | WTC |
| 216 | Jeffrey Christensen | WTC |
| 217 | Robert Christy      | WTC |
| 218 | Bundy Chung         | WTC |
| 219 | Peter Ciappa        | WTC |
| 220 | Frank Ciaravino     | WTC |
| 221 | Andrzej Cieslik     | WTC |
| 222 | JOHN CITARELLA      | WTC |
| 223 | James Cizike        | WTC |
| 224 | Raymond Clancy      | WTC |
| 225 | Donald Clark        | WTC |
| 226 | Lawrence Clark      | WTC |
| 227 | Dennis Clarke       | WTC |
| 228 | Brian Claro         | WTC |
| 229 | David Clingain      | WTC |
| 230 | John Clinton        | WTC |
| 231 | Dermott Clowe       | WTC |
| 232 | James Cody          | WTC |
| 233 | Christopher Coen    | WTC |
| 234 | Robert Colacino     | WTC |
| 235 | Jonathan Coleman    | WTC |
| 236 | Robert Colligan     | WTC |
| 237 | William Collins     | WTC |
| 238 | Bruce Collister     | WTC |
| 239 | George Colucci      | WTC |
| 240 | Carmeio Composto    | WTC |
| 241 | Stephen Conklin     | WTC |
| 242 | David Conlin        | WTC |
| 243 | Kevin Connelly      | WTC |

| #   | Name                  |     |
| --- | --------------------- | --- |
| 244 | James Connolly        | WTC |
| 245 | Michael Connolly      | WTC |
| 246 | Patrick Connolly      | WTC |
| 247 | Thomas Connolly       | WTC |
| 248 | William Connolly      | WTC |
| 249 | Christopher Connor    | WTC |
| 250 | Steven Connor         | WTC |
| 251 | Thomas Conroy         | WTC |
| 252 | Jeffrey Conti         | WTC |
| 253 | Kenneth Cook          | WTC |
| 254 | Walter Cook           | WTC |
| 255 | Werner Cook           | WTC |
| 256 | John Coombs           | WTC |
| 257 | James Cooney          | WTC |
| 258 | DOUGLAS COPP          | WTC |
| 259 | Brian Corcoran        | WTC |
| 260 | Kathy Cordero         | WTC |
| 261 | Michael Corr          | WTC |
| 262 | Michael Corrigan      | WTC |
| 263 | Christopher Corsi     | WTC |
| 264 | Steven Coscia         | WTC |
| 265 | Michael Costa         | WTC |
| 266 | Edward Costello       | WTC |
| 267 | Roy Cotignola         | WTC |
| 268 | Joseph Cotter         | WTC |
| 269 | Jose Cotti            | WTC |
| 270 | John Cotton           | WTC |
| 271 | Patrick Cotton        | WTC |
| 272 | Christopher Coughlin  | WTC |
| 273 | John Coughlin         | WTC |
| 274 | Thomas Courtenay      | WTC |
| 275 | Brian Coyle           | WTC |
| 276 | Edward Coyle          | WTC |
| 277 | John Coyle            | WTC |
| 278 | Richard Coyle         | WTC |
| 279 | Terence Coyle         | WTC |
| 280 | Richard Coyne         | WTC |
| 281 | Gibson Craig          | WTC |
| 282 | Chris Craven          | WTC |
| 283 | Gerard Crawford       | WTC |
| 284 | William Crawford      | WTC |
| 285 | Paul Cresci           | WTC |
| 286 | George Criscitiello   | WTC |
| 287 | Omar Crisostomo       | WTC |
| 288 | Brent Crobak          | WTC |
| 289 | Charles Crocco        | WTC |
| 290 | John Cronley          | WTC |
| 291 | Frank Cseko           | WTC |
| 292 | Donald Csorny         | WTC |
| 293 | Patricia Cubas-Bielfeld | WTC |
| 294 | John Cucciola         | WTC |
| 295 | Steven Cuevas         | WTC |
| 296 | Patrick Cullen        | WTC |
| 297 | Leonard Curcio        | WTC |
| 298 | Peter Curcio          | WTC |
| 299 | Richard Curiel        | WTC |
| 300 | Edward Curley         | WTC |
| 301 | John Curley           | WTC |
| 302 | Frank Curnyn          | WTC |
| 303 | Joseph Curran         | WTC |
| 304 | Edward Cutting        | WTC |
| 305 | Dennis Czeczotka      | WTC |
| 306 | Alan Dagistino        | WTC |
| 307 | Philip Dagostino      | WTC |
| 308 | Steven Dahlstrom      | WTC |
| 309 | Kenneth D'Albero      | WTC |
| 310 | Albert D'Allesandro   | WTC |
| 311 | James Dalton          | WTC |
| 312 | Bradley Daly          | WTC |
| 313 | Daniel Daly           | WTC |
| 314 | John Daly             | WTC |
| 315 | Paul Daly             | WTC |
| 316 | Domenick Damiano      | WTC |
| 317 | Thomas Damore         | WTC |
| 318 | Peter D'Ancona        | WTC |
| 319 | Arthur Darby          | WTC |
| 320 | Kevin Darcy           | WTC |
| 321 | Dominic D'Arrigo      | WTC |
| 322 | Gerard Davan          | WTC |
| 323 | Harrold Daver         | WTC |
| 324 | Mark Davino           | WTC |
| 325 | Jimmie Davis          | WTC |

| # | Name | Location | # | Name | Location |
|---|---|---|---|---|---|
| 326 | Joseph Dawson | WTC | 367 | Stephen Dominick | WTC |
| 327 | Ronald De Francesco | WTC | 368 | Francis Donahue | WTC |
| 328 | Vincent Decicco | WTC | 369 | Sean Donahue | WTC |
| 329 | Rodney Decort | WTC | 370 | Stephen Donnelly | WTC |
| 330 | Francis Defeo | WTC | 371 | Thomas Donnelly | WTC |
| 331 | George Degeworth | WTC | 372 | Timothy Donnery | WTC |
| 332 | Kevin Delano | WTC | 373 | Michael Donohue | WTC |
| 333 | William Delehanty | WTC | 374 | William Donohue | WTC |
| 334 | Fred Delgrosso | WTC | 375 | Joseph Donovan | WTC |
| 335 | Joseph Delgrosso | WTC | 376 | Michael Donovan | WTC |
| 336 | Robert D'Elia | WTC | 377 | Michael Dorgan | WTC |
| 337 | Kirk Delnick | WTC | 378 | James Dorman | WTC |
| 338 | Philip Demaria | WTC | 379 | Kevin Dorrian | WTC |
| 339 | Vincent Demarinis | WTC | 380 | Robert Dorritie | WTC |
| 340 | Nicholas Demasi | WTC | 381 | John Dougherty | WTC |
| 341 | Raymond Denninger | WTC | 382 | Charles Downey | WTC |
| 342 | Rudolf Dent | WTC | 383 | Joseph Downey | WTC |
| 343 | James Depaob | WTC | 384 | Leonard Draves | WTC |
| 344 | Michael Depietro | WTC | 385 | Joseph Drexler | WTC |
| 345 | Robert Desandis | WTC | 386 | John Driscoll | WTC |
| 346 | Etienne Devilliers | WTC | 387 | Joseph Driscoll | WTC |
| 347 | Dominick Devito | WTC | 388 | Richard Driscoll | WTC |
| 348 | John Devlin | WTC | 389 | Richard Dubois | WTC |
| 349 | John Diaz | WTC | 390 | Richard Dubowy | WTC |
| 350 | Raymond Diaz | WTC | 391 | Daniel Duddy | WTC |
| 351 | Roland Diaz | WTC | 392 | Bobby Dudley | WTC |
| 352 | Virginia DiChiara | WTC | 393 | Brian Duffy | WTC |
| 353 | Donald Didomenico | WTC | 394 | Kevin Duffy | WTC |
| 354 | Robert Digiovanni | WTC | 395 | Kevin Duncan | WTC |
| 355 | Andrew Digiugno | WTC | 396 | John Dunn | WTC |
| 356 | Mark Dimaggio | WTC | 397 | Joseph Dunn | WTC |
| 357 | Michael Dinatale | WTC | 398 | Thomas Dunn | WTC |
| 358 | Richard Diorio | WTC | 399 | William Dunn | WTC |
| 359 | Charles Dirico | WTC | 400 | Jody Dupuis | WTC |
| 360 | Robert Disanza | WTC | 401 | George Edgeworth | WTC |
| 361 | John Dixon | WTC | 402 | Christopher Edwards | WTC |
| 362 | Victor Diz | WTC | 403 | William Edwards | WTC |
| 363 | James Dobson | WTC | 404 | James Efthimiades | WTC |
| 364 | Kevin Doherty | WTC | 405 | Ernest Ehlberg | WTC |
| 365 | Thomas Doherty | WTC | 406 | Carmela Eichele | WTC |
| 366 | Michael Dolan | WTC | 407 | Robert Eichele | WTC |