| | | | | | | |
|---|---|---|---|---|---|
| 408 | Greg Einsfeld | WTC | 449 | Mike Fitzpatrick | WTC |
| 409 | William Ellis | WTC | 450 | Patrick Fitzsimmons | WTC |
| 410 | James Elmendorf | WTC | 451 | Liam Flaherty | WTC |
| 411 | Michael Endrizzi | WTC | 452 | William Flaherty | WTC |
| 412 | John Engel | WTC | 453 | Hollis Flanagan | WTC |
| 413 | Joseph Enia | WTC | 454 | James Flanagan | WTC |
| 414 | Kenneth Erb | WTC | 455 | Michael Flanagan | WTC |
| 415 | Richard Erdey | WTC | 456 | Thomas Fleming | WTC |
| 416 | Albert Estrada | WTC | 457 | Thomas Fletcher | WTC |
| 417 | David Farran | WTC | 458 | Donald Flore | WTC |
| 418 | Chong Farrell | WTC | 459 | Daniel Florenco | WTC |
| 419 | Dennis Farrell | WTC | 460 | Howard Flugmacher | WTC |
| 420 | Kevin Farrell | WTC | 461 | John Flynn | WTC |
| 421 | Thomas Farrell | WTC | 462 | Joseph Flynn | WTC |
| 422 | Joseph Fazzino | WTC | 463 | Michael Flynn | WTC |
| 423 | Elizabeth Featherston | WTC | 464 | Richard Flynn | WTC |
| 424 | Steven Fedorczuk | WTC | 465 | William Foder | WTC |
| 425 | Francis Feehan | WTC | 466 | Gregory Fodor | WTC |
| 426 | James Feeley | WTC | 467 | Benjamin Fogel | WTC |
| 427 | Joseph Felle | WTC | 468 | Daniel Foley | WTC |
| 428 | Terry Felrice | WTC | 469 | Robert Foley | WTC |
| 429 | Daniel Fennell | WTC | 470 | Frank Fontaino | WTC |
| 430 | Ruth Fenner | WTC | 471 | Alan Forcier | WTC |
| 431 | Jill Fenwick | WTC | 472 | George Foris | WTC |
| 432 | Rosario Ferlisi | WTC | 473 | Nicholas Fornario | WTC |
| 433 | Manuel Fernandez | WTC | 474 | Vincent Forras | WTC |
| 434 | Thomas Ferranola | WTC | 475 | Gregory Forsyth | WTC |
| 435 | Edward Ferraro | WTC | 476 | Warren Forsyth | WTC |
| 436 | Nicole Ferrell | WTC | 477 | Charles Fortin | WTC |
| 437 | Salvador Ferrer | WTC | 478 | Michael Fossati | WTC |
| 438 | James Filomino | WTC | 479 | Anthony Frachiolla | WTC |
| 439 | James Finn | WTC | 480 | Leo Fragapano | WTC |
| 440 | Terence Finnerman | WTC | 481 | Luis Fragoso | WTC |
| 441 | Frank Fiore | WTC | 482 | Peter Frank | WTC |
| 442 | David Fischbein | WTC | 483 | Scott Frazier | WTC |
| 443 | Christopher Fischer | WTC | 484 | James Freer | WTC |
| 444 | Lee Fischer | WTC | 485 | Irene Frolich | WTC |
| 445 | Carl Fisher | WTC | 486 | Timothy Frolich | WTC |
| 446 | Robert Fithian | WTC | 487 | Danial Fucella | WTC |
| 447 | David Fitton | WTC | 488 | Frederick Fuchs | WTC |
| 448 | Michael Fitzmaurice | WTC | 489 | Alfredo Fuentes | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 490 | John Fullam | WTC | | 531 | Steven Gillespie | WTC |
| 491 | Daniel Furland | WTC | | 532 | Michael Gimpel | WTC |
| 492 | Charles Gaffney | WTC | | 533 | Michael Ginty | WTC |
| 493 | Johnny Gagliano | WTC | | 534 | Craig Giuffre | WTC |
| 494 | John Gaine | WTC | | 535 | John Giuffrida | WTC |
| 495 | Jack Galante | WTC | | 536 | Brian Gleason | WTC |
| 496 | Andrew Galasso | WTC | | 537 | Robert Gleason | WTC |
| 497 | Dennis Gallagher | WTC | | 538 | William Gleason | WTC |
| 498 | Robert Gallagher | WTC | | 539 | Michael Glenn | WTC |
| 499 | James Gallicchio | WTC | | 540 | Kevin Glock | WTC |
| 500 | Anthony Gallo | WTC | | 541 | Peter Glowacz | WTC |
| 501 | Charles Gallogy | WTC | | 542 | Barry Goffred | WTC |
| 502 | Philip Gambino | WTC | | 543 | William Steven Goldstein | WTC |
| 503 | Edward Ganassa | WTC | | 544 | Mark Goldwasser | WTC |
| 504 | Peter Gannon | WTC | | 545 | Donald Goller | WTC |
| 505 | Anne Garcia | WTC | | 546 | Awilda Gomez | WTC |
| 506 | James Garcia | WTC | | 547 | Tony Gonzalez | WTC |
| 507 | Rafael Garcia | WTC | | 548 | Francine Goodman | WTC |
| 508 | Andrew Gargiulo | WTC | | 549 | Gloria-Gigi Gordon | WTC |
| 509 | Wayne Gargiulo | WTC | | 550 | John Gorgone | WTC |
| 510 | John Garnett | WTC | | 551 | Michael Gorman | WTC |
| 511 | Robert Garofolo | WTC | | 552 | Patrick Gorman | WTC |
| 512 | Sharon Gatto | WTC | | 553 | William Gorman | WTC |
| 513 | Stephen Gaudut | WTC | | 554 | Richard Gould | WTC |
| 514 | Rudolph Geiger | WTC | | 555 | Stephen Grabner | WTC |
| 515 | Sean Genovese | WTC | | 556 | Kevin Grace | WTC |
| 516 | Christos George | WTC | | 557 | Michael Grace | WTC |
| 517 | Paul Germann | WTC | | 558 | John Graham | WTC |
| 518 | Bruce Gerrie | WTC | | 559 | Lanaird Granger | WTC |
| 519 | Thomas Gerrish | WTC | | 560 | John Graziano | WTC |
| 520 | Peter Giammarino | WTC | | 561 | Christopher Green | WTC |
| 521 | Garry Giannandrea | WTC | | 562 | William Green | WTC |
| 522 | Guerino Giannattanasio | WTC | | 563 | Albert Greene | WTC |
| 523 | Kenneth Giannelli | WTC | | 564 | Anthony Greene | WTC |
| 524 | Joseph Gibney | WTC | | 565 | Michael Gregory | WTC |
| 525 | Bonnie Gieberied | WTC | | 566 | Robert Grell | WTC |
| 526 | Salvatore Gigante | WTC | | 567 | Aurelio Grillo | WTC |
| 527 | Joseph Gilden | WTC | | 568 | Michael Grillo | WTC |
| 528 | Dennis Gilhooly | WTC | | 569 | Daniel Grogul | WTC |
| 529 | Thomas Gillam | WTC | | 570 | Keith Gross | WTC |
| 530 | Norman Gillard | WTC | | 571 | Kristen Gross | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 572 | Lloyd Grossberg | WTC | | 613 | Patrick Hayden | WTC |
| 573 | Daniel Grossi | WTC | | 614 | Warren Hayes | WTC |
| 574 | Michael Guardino | WTC | | 615 | Leroy Haynes | WTC |
| 575 | Philip Guarnieri | WTC | | 616 | Raymond Haywood | WTC |
| 576 | Thomas Guarnieri | WTC | | 617 | Melford Hazel | WTC |
| 577 | Steven Guise | WTC | | 618 | James Heal | WTC |
| 578 | Frank Gunther | WTC | | 619 | Brian Healy | WTC |
| 579 | Michael Gurnick | WTC | | 620 | David Healy | WTC |
| 580 | Kevin Gutfleisch | WTC | | 621 | George Hear | WTC |
| 581 | Luis Gutierrez | WTC | | 622 | Stephen Heavey | WTC |
| 582 | Kevin Guy | WTC | | 623 | Michael Heffernan | WTC |
| 583 | Paul Haarman | WTC | | 624 | Todd Heiman | WTC |
| 584 | James Halaby | WTC | | 625 | Gregory Helfer | WTC |
| 585 | James Haley | WTC | | 626 | Eugene Henderson | WTC |
| 586 | Paul Haley | WTC | | 627 | William Henderson | WTC |
| 587 | Gary Hall | WTC | | 628 | Willie Henderson | WTC |
| 588 | Israel Halpern | WTC | | 629 | William Hennessy | WTC |
| 589 | Kenneth Hamilton | WTC | | 630 | Michael Hennigna | WTC |
| 590 | Joseph Hands | WTC | | 631 | John Henricksen | WTC |
| 591 | Leakat Hanif | WTC | | 632 | John Henry | WTC |
| 592 | Gary Hanley | WTC | | 633 | Michael Henry | WTC |
| 593 | Kenneth Hansen | WTC | | 634 | Rebecca Henry | WTC |
| 594 | Scott Hanson | WTC | | 635 | Thomas Henry | WTC |
| 595 | Ron Harding | WTC | | 636 | William Herlihy | WTC |
| 596 | Darren Harkins | WTC | | 637 | Jeff Hestnes | WTC |
| 597 | Douglas Harkins | WTC | | 638 | Herbert Hickey | WTC |
| 598 | Jeremiah Harney | WTC | | 639 | Joseph Hickey | WTC |
| 599 | Emil Harnischfeger | WTC | | 640 | Patrick Hickey | WTC |
| 600 | Timothy Harrigan | WTC | | 641 | Sean Hickey | WTC |
| 601 | Kirk Harrington | WTC | | 642 | Joseph Higgins | WTC |
| 602 | Thomas Harrington | WTC | | 643 | William Hoag | WTC |
| 603 | Eugene Harris | WTC | | 644 | James Hodges | WTC |
| 604 | Joseph Harris | WTC | | 645 | Robert Hofer | WTC |
| 605 | Michael Harris | WTC | | 646 | Donald Hoffman | WTC |
| 606 | William Harris | WTC | | 647 | John Hogan | WTC |
| 607 | Richard Harrison | WTC | | 648 | Clifford Hollywood | WTC |
| 608 | Michael Hart | WTC | | 649 | John Holohan | WTC |
| 609 | Robert Hartie | WTC | | 650 | Terrence Holt | WTC |
| 610 | Brian Harvey | WTC | | 651 | Timothy Hoppey | WTC |
| 611 | Francis Haskell | WTC | | 652 | Bryan Horan | WTC |
| 612 | John Hassett | WTC | | 653 | Michael Horan | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 654 | Andrew Hornbuckle | WTC | | 695 | Walter Jensen | WTC |
| 655 | Robert Hourican | WTC | | 696 | John Jermyn | WTC |
| 656 | Andrea Howell | WTC | | 697 | Stanley Jessamine | WTC |
| 657 | Robert Hoyt | WTC | | 698 | Desmond Jhagroo | WTC |
| 658 | Edward Hronec | WTC | | 699 | Lieutenant John Wilson | WTC |
| 659 | Morris Hubbard | WTC | | 700 | Paul Johnsen | WTC |
| 660 | Scott Hughes | WTC | | 701 | Anita Johnson | WTC |
| 661 | Thomas Hughes | WTC | | 702 | Brian Johnson | WTC |
| 662 | Robert Humphrey | WTC | | 703 | Byron Johnson | WTC |
| 663 | William Humphrey | WTC | | 704 | Danny Ray Johnson | WTC |
| 664 | Paige Humphries | WTC | | 705 | Keith Johnson | WTC |
| 665 | Christopher Hunt | WTC | | 706 | Nathanial Johnson | WTC |
| 666 | James Huron | WTC | | 707 | Robert Johnston | WTC |
| 667 | James Hurson | WTC | | 708 | Leroy Jonas | WTC |
| 668 | Richard Hutra | WTC | | 709 | Jeffrey Jones | WTC |
| 669 | John Iammatteo | WTC | | 710 | Robert Jones | WTC |
| 670 | David Ianelli | WTC | | 711 | Niels Jorgensen | WTC |
| 671 | Michael Iannazzo | WTC | | 712 | Irwin Joseph Brodsky | WTC |
| 672 | Rafael Iglesais | WTC | | 713 | John Joyce | WTC |
| 673 | Michael Incantalupo | WTC | | 714 | Kazimierz Jurgiel | WTC |
| 674 | Lloyd Infanzon | WTC | | 715 | William Jutt | WTC |
| 675 | Eartha Ingram | WTC | | 716 | Joseph Kadillak | WTC |
| 676 | William Ingram | WTC | | 717 | James Kadnar | WTC |
| 677 | Peter Ioveno | WTC | | 718 | Keith Kaiser | WTC |
| 678 | Edward Ireland | WTC | | 719 | Gary Kakeh | WTC |
| 679 | Salvatore Isabella | WTC | | 720 | William Kalletta | WTC |
| 680 | Andrew Isolano | WTC | | 721 | Thomas Kane | WTC |
| 681 | Netta Issacof | WTC | | 722 | Daniel Karp | WTC |
| 682 | Joseph Jablonski | WTC | | 723 | James Kay | WTC |
| 683 | Daniel Jackson | WTC | | 724 | Jurgiel Kazimierz | WTC |
| 684 | Veronica Jacobs | WTC | | 725 | Daniel Keane | WTC |
| 685 | John Jagoda | WTC | | 726 | Robert Keane | WTC |
| 686 | Peter Jakubowski | WTC | | 727 | Kenneth Kearns | WTC |
| 687 | Brian Janelli | WTC | | 728 | Robert Keating | WTC |
| 688 | Thaddeus Jankowski | WTC | | 729 | William Keegan | WTC |
| 689 | Joseph Jankunis | WTC | | 730 | Thomas Keery | WTC |
| 690 | Richard Janoscak | WTC | | 731 | Michael Kelleher | WTC |
| 691 | Matthew Jasko | WTC | | 732 | Robert Keller | WTC |
| 692 | William Jennerich | WTC | | 733 | Jill Kelley | WTC |
| 693 | Lawrence Jensen | WTC | | 734 | James Kelly | WTC |
| 694 | Peter Jensen | WTC | | 735 | Jill Kelly | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 736 | John Kelly | WTC | | 777 | Richard Lang | WTC |
| 737 | Robert Kelly | WTC | | 778 | George Lantay | WTC |
| 738 | John Kelton | WTC | | 779 | Patrick Lanza | WTC |
| 739 | Daniel Kemmet | WTC | | 780 | Christopher Larocca | WTC |
| 740 | Michael Kemper | WTC | | 781 | Michael Larosa | WTC |
| 741 | Gerard Kennedy | WTC | | 782 | Joseph Lasher | WTC |
| 742 | Joseph Kennedy | WTC | | 783 | Robert Lastella | WTC |
| 743 | Richard Kenny | WTC | | 784 | James Lauer | WTC |
| 744 | Dennis Kerbis | WTC | | 785 | Joseph Lavin | WTC |
| 745 | Kenneth Kerr | WTC | | 786 | Patrick Lavin | WTC |
| 746 | John Kielty | WTC | | 787 | John Layton | WTC |
| 747 | John Kilcoyne | WTC | | 788 | Haussain Lazaar | WTC |
| 748 | Roger Kilfoil | WTC | | 789 | Houssain Lazaar | WTC |
| 749 | Joseph Killeen | WTC | | 790 | Carrie Leach | WTC |
| 750 | Christopher King | WTC | | 791 | Chad Leach | WTC |
| 751 | William King | WTC | | 792 | James Leach | WTC |
| 752 | John Kirk | WTC | | 793 | William Leahy | WTC |
| 753 | Patrick Kissane | WTC | | 794 | Michael Leamy | WTC |
| 754 | Winfield Kluth | WTC | | 795 | Frank Leandro | WTC |
| 755 | Robert Kmak | WTC | | 796 | Joseph Leclair | WTC |
| 756 | William Knoth | WTC | | 797 | Arnold Lederman | WTC |
| 757 | Eric Knutsen | WTC | | 798 | Phyllis Lederman | WTC |
| 758 | Craig Kobes | WTC | | 799 | Woody Ledwith | WTC |
| 759 | Charles Kotov | WTC | | 800 | Edward Lee | WTC |
| 760 | Walter Kowalcezyk | WTC | | 801 | Stephen Lee | WTC |
| 761 | Walter Kowalczyk | WTC | | 802 | Artie Leecock | WTC |
| 762 | Michael Kozak | WTC | | 803 | Daniel Lefebvre | WTC |
| 763 | Steven Krakower | WTC | | 804 | Christos Lefkaditis | WTC |
| 764 | Frank Kropf | WTC | | 805 | James Leibman | WTC |
| 765 | Richard Kuerner | WTC | | 806 | Joyce Leigh | WTC |
| 766 | Michael Kull | WTC | | 807 | Joseph Lembo | WTC |
| 767 | Carlos Kuper | WTC | | 808 | Richard Lemonda | WTC |
| 768 | John Labarbera | WTC | | 809 | Kevin Lenahan | WTC |
| 769 | Richard Lacerra | WTC | | 810 | John Lenihan | WTC |
| 770 | Robert Lacey | WTC | | 811 | Hugh Lennon | WTC |
| 771 | Raymond Lachhman | WTC | | 812 | John Lennon | WTC |
| 772 | Erik Lahoda | WTC | | 813 | Thomas Lent | WTC |
| 773 | Michael Lally | WTC | | 814 | John Levendosky | WTC |
| 774 | Lance Lamazza | WTC | | 815 | Jeff Lever | WTC |
| 775 | Raymond Lambdin | WTC | | 816 | Vincent Levien | WTC |
| 776 | Martin Lang | WTC | | 817 | Eric Levine | WTC |