| # | Name | |
|---|---|---|
| 818 | Abraham Levinson | WTC |
| 819 | James Lewis | WTC |
| 820 | Patricia Lewis | WTC |
| 821 | Daniel Lind | WTC |
| 822 | Michael Lindy | WTC |
| 823 | Dennis Linehan | WTC |
| 824 | Ronald Littlejohn | WTC |
| 825 | Lance Lizzul | WTC |
| 826 | Robert Lodato | WTC |
| 827 | Edward Loehmann | WTC |
| 828 | Frank Lombardi | WTC |
| 829 | Michael Lombardi | WTC |
| 830 | Thomas Lonegan | WTC |
| 831 | George Lonergan | WTC |
| 832 | Stephen Lonergan | WTC |
| 833 | Manual Lopez | WTC |
| 834 | Robert Lopez | WTC |
| 835 | Michael Loporcaro | WTC |
| 836 | Charles Losacco | WTC |
| 837 | Mark Lotito | WTC |
| 838 | Vincent Louis | WTC |
| 839 | John Lovett | WTC |
| 840 | Edward Luciani | WTC |
| 841 | Steven Luisi | WTC |
| 842 | Vincent Luisi | WTC |
| 843 | Salvatore Lumia | WTC |
| 844 | Adam Lutfi | WTC |
| 845 | David Lynn | WTC |
| 846 | Charlie Lyons | WTC |
| 847 | Thomas Lyons | WTC |
| 848 | Christian Lysy | WTC |
| 849 | Gregory Macagnone | WTC |
| 850 | Jack Macaluso | WTC |
| 851 | Michael Macdonald | WTC |
| 852 | Michael Mackl | WTC |
| 853 | Frank Macri | WTC |
| 854 | Robert Madden | WTC |
| 855 | Joseph Maggi | WTC |
| 856 | Sandy Mahabir | WTC |
| 857 | James Mahon | WTC |
| 858 | Patrick Mahoney | WTC |
| 859 | Frank Maisano | WTC |
| 860 | Andre Majors | WTC |
| 861 | Andrew Majors | WTC |
| 862 | Glen Makuch | WTC |
| 863 | Cecil Maloney | WTC |
| 864 | Patrick Maloney | WTC |
| 865 | Timothy Maloney | WTC |
| 866 | Deborah Mandell | WTC |
| 867 | Robert Mandia | WTC |
| 868 | Frank Manetta | WTC |
| 869 | Thomas Mangus | WTC |
| 870 | Charles Maniscalco | WTC |
| 871 | James Manitta | WTC |
| 872 | Gregory Manning | WTC |
| 873 | William Mannion | WTC |
| 874 | Daniel Manochio | WTC |
| 875 | Wayne Manzie | WTC |
| 876 | Leon Marashaj | WTC |
| 877 | Felipe Marcano | WTC |
| 878 | Edmond Marcoux | WTC |
| 879 | Robert Marcoux | WTC |
| 880 | Richard Margino | WTC |
| 881 | Mary Marinelli | WTC |
| 882 | Steve Marion | WTC |
| 883 | John Mark | WTC |
| 884 | Lawrence Marley | WTC |
| 885 | John Marr | WTC |
| 886 | Erik Marrero | WTC |
| 887 | James Martin | WTC |
| 888 | William Martin | WTC |
| 889 | Dario Martinez | WTC |
| 890 | Doris Martinez | WTC |
| 891 | William Martinez | WTC |
| 892 | Antonio Martino | WTC |
| 893 | Michael Martorana | WTC |
| 894 | Rocco Masciolo | WTC |
| 895 | Christopher Massaria | WTC |
| 896 | John Massarotti | WTC |
| 897 | Thomas Mastrodomenico | WTC |
| 898 | Marc Mastros | WTC |
| 899 | Mark Mastros | WTC |

| # | Name | |
|---|---|---|
| 900 | Daniel Matteo | WTC |
| 901 | Anthony Mattone | WTC |
| 902 | Garry Maurice | WTC |
| 903 | Shawn May | WTC |
| 904 | Thomas May | WTC |
| 905 | Michael Mayer | WTC |
| 906 | Robert Maynes | WTC |
| 907 | Richard Mayronne | WTC |
| 908 | Gary Mazalatis | WTC |
| 909 | Joseph Mazzarello | WTC |
| 910 | Lori Mazzeo | WTC |
| 911 | Kevin Mcardle | WTC |
| 912 | Thomas Mcaree | WTC |
| 913 | Brian Mcavoy | WTC |
| 914 | Sean Mcbrien | WTC |
| 915 | James Mcburney | WTC |
| 916 | Edward Mccabe | WTC |
| 917 | Kevin Mccabe | WTC |
| 918 | Steven Mccaffery | WTC |
| 919 | Agnes Mccaffrey | WTC |
| 920 | James Mccaffrey | WTC |
| 921 | Thomas Mccaffrey | WTC |
| 922 | Edward Mccamphill | WTC |
| 923 | John Mccann | WTC |
| 924 | James Mccarthy | WTC |
| 925 | Neil Mccarthy | WTC |
| 926 | Harold Mcclutchy | WTC |
| 927 | Christopher Mccormack | WTC |
| 928 | Patrick Mccormack | WTC |
| 929 | Irving Mccoy | WTC |
| 930 | Kevin Mccutchan | WTC |
| 931 | John Mcdonald | WTC |
| 932 | Kelly Mcdonald | WTC |
| 933 | Daniel Mcdonough | WTC |
| 934 | David Mcdonough | WTC |
| 935 | Kevin Mcdowell | WTC |
| 936 | Charles Mcelhone | WTC |
| 937 | Gregory Mcenroe | WTC |
| 938 | Patrick Mcevoy | WTC |
| 939 | Joann Mcfarland | WTC |
| 940 | Michael Mcfarland | WTC |
| 941 | Terrence Mcgann | WTC |
| 942 | James Mcgetrick | WTC |
| 943 | Shaun Mcgill | WTC |
| 944 | Patrick Mcgivney | WTC |
| 945 | John Mcgonigle | WTC |
| 946 | Cornelius Mcgovern | WTC |
| 947 | David Mcgovern | WTC |
| 948 | Joseph Mcgovern | WTC |
| 949 | Owen Mcgovern | WTC |
| 950 | Kevin Mcgowan | WTC |
| 951 | Brian Mcguire | WTC |
| 952 | Robert Mcguire | WTC |
| 953 | James Mchugh | WTC |
| 954 | Thomas Mchugh | WTC |
| 955 | Tim Mcinerney | WTC |
| 956 | James Mckay | WTC |
| 957 | Walter Mckee | WTC |
| 958 | Brain Mckeever | WTC |
| 959 | Thomas Mckenna | WTC |
| 960 | Shawn Mckeon | WTC |
| 961 | Christopher Mclaughlin | WTC |
| 962 | John Mclaughlin | WTC |
| 963 | William Mclaughlin | WTC |
| 964 | Gerard Mcmahon | WTC |
| 965 | Joseph Mcmahon | WTC |
| 966 | Paul Mcmenamy | WTC |
| 967 | William Mcnally | WTC |
| 968 | James Mcnamara | WTC |
| 969 | John Mcnamara | WTC |
| 970 | Gary Mcnulty | WTC |
| 971 | Gerard Mcparland | WTC |
| 972 | Ellen Mcqueen | WTC |
| 973 | Robert Meadows | WTC |
| 974 | Philip Medeiros | WTC |
| 975 | Paul Medordi | WTC |
| 976 | Vincent Medordi | WTC |
| 977 | Kevin Meehan | WTC |
| 978 | Kevin Melfi | WTC |
| 979 | Michael Melillo | WTC |
| 980 | Kevin Melody | WTC |
| 981 | James Melvin | WTC |

| | | | | | |
|---|---|---|---|---|---|
| 982 | Richard Meo | WTC | 1023 | Donald Mormino | WTC |
| 983 | Joseph Meola | WTC | 1024 | Alberto Morrales | WTC |
| 984 | Dennis Meyers | WTC | 1025 | Robert Morris | WTC |
| 985 | James Miller | WTC | 1026 | William Morris | WTC |
| 986 | Neil Miller | WTC | 1027 | Henry Morrison | WTC |
| 987 | Michael Milner | WTC | 1028 | Edward Morrissey | WTC |
| 988 | Derrick Milone | WTC | 1029 | Blanca Morrone | WTC |
| 989 | Donald Mimnaugh | WTC | 1030 | Kevin Morrone | WTC |
| 990 | Louis Minutoli | WTC | 1031 | John Morrongiello | WTC |
| 991 | Richard Miranda | WTC | 1032 | Audrey Mosley Marcus | WTC |
| 992 | John Miskanic | WTC | 1033 | Joseph Mottola | WTC |
| 993 | Mark Missall | WTC | 1034 | Frank Motyka | WTC |
| 994 | John Mixon | WTC | 1035 | Kevin Mount | WTC |
| 995 | Joseph Miynarczyk | WTC | 1036 | Jerzy Mrozek | WTC |
| 996 | Anthony Modica | WTC | 1037 | John Mucciola | WTC |
| 997 | Steve Modica | WTC | 1038 | Anthony Muia | WTC |
| 998 | Amon Modine | WTC | 1039 | Richard Mulhern | WTC |
| 999 | Timothy Molczyk | WTC | 1040 | Mark Mullady | WTC |
| 1000 | Frank Mollica | WTC | 1041 | Kevin Mullane | WTC |
| 1001 | Peter Molnar | WTC | 1042 | William Muller | WTC |
| 1002 | Paul Moloney | WTC | 1043 | Hugh Mulligan | WTC |
| 1003 | Alwish Monchery | WTC | 1044 | Kenneth Mulligan | WTC |
| 1004 | Frank Mondelli | WTC | 1045 | Daniel Mullins | WTC |
| 1005 | Paul Monfre | WTC | 1046 | James Mullins | WTC |
| 1006 | John Mongiello | WTC | 1047 | Brendan Mulroy | WTC |
| 1007 | Warren Monroe | WTC | 1048 | Brian Mulry | WTC |
| 1008 | Dominick Montalto | WTC | 1049 | Leonard Munda | WTC |
| 1009 | Jose Montalvo | WTC | 1050 | Raul Muniz | WTC |
| 1010 | Yvette Montalvo | WTC | 1051 | Michael Munoz | WTC |
| 1011 | Joseph Montanaro | WTC | 1052 | Murray Murad | WTC |
| 1012 | Elizardo Montes | WTC | 1053 | Jonathan Murath | WTC |
| 1013 | Kevin Montgomery | WTC | 1054 | Jesse Murphy | WTC |
| 1014 | Kenneth Moody | WTC | 1055 | John Murphy | WTC |
| 1015 | Frank Moore | WTC | 1056 | Joseph Murphy | WTC |
| 1016 | Gary Moore | WTC | 1057 | Keith Murphy | WTC |
| 1017 | Michael Moore | WTC | 1058 | Kevin Murphy | WTC |
| 1018 | Robert Moore | WTC | 1059 | Michael Murphy | WTC |
| 1019 | Thomas Moore | WTC | 1060 | Patrick Murphy | WTC |
| 1020 | James Moran | WTC | 1061 | Robert Murphy | WTC |
| 1021 | John Moran | WTC | 1062 | Steven Murphy | WTC |
| 1022 | William Moran | WTC | 1063 | Thomas Murphy | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1064 | Daniel Murray | WTC | | 1105 | John O'Connor | WTC |
| 1065 | John Murray | WTC | | 1106 | Patrick O'Connor | WTC |
| 1066 | Kevin Murray | WTC | | 1107 | Thomas O'Connor | WTC |
| 1067 | Gerard Murtha | WTC | | 1108 | William O'Connor | WTC |
| 1068 | Michael Musto | WTC | | 1109 | John Oddo | WTC |
| 1069 | Arthur Myers | WTC | | 1110 | Janice O'Dell | WTC |
| 1070 | Frank Myers | WTC | | 1111 | Walter Odinokow | WTC |
| 1071 | John Najmy | WTC | | 1112 | George O'Doherty | WTC |
| 1072 | Andrea Nanna-Montgomery | WTC | | 1113 | Christopher O'Donnell | WTC |
| 1073 | Richard Naples | WTC | | 1114 | James O'Donnell | WTC |
| 1074 | Joseph Napoli | WTC | | 1115 | Joseph O'Donnell | WTC |
| 1075 | Joseph Nardone | WTC | | 1116 | Robert O'Dowd | WTC |
| 1076 | Reynaldo Narvaez | WTC | | 1117 | Michael O'Gorman | WTC |
| 1077 | Robert Nebel | WTC | | 1118 | Joseph O'Hara | WTC |
| 1078 | Ralph Negron | WTC | | 1119 | Howard O'Hringer | WTC |
| 1079 | James Neville | WTC | | 1120 | Brian O'Leary | WTC |
| 1080 | John Newell | WTC | | 1121 | Thomas O'Leary | WTC |
| 1081 | Peter Newen | WTC | | 1122 | Daniel Oliveri | WTC |
| 1082 | Steven Newman | WTC | | 1123 | David O'Neil | WTC |
| 1083 | Thomas Newman | WTC | | 1124 | Charles O'Neill | WTC |
| 1084 | Edward Nicholls | WTC | | 1125 | Troisi Onofrio | WTC |
| 1085 | Stacie Nicholls | WTC | | 1126 | Robert Opalecky | WTC |
| 1086 | Stephen Nichols | WTC | | 1127 | Michael O'Rourke | WTC |
| 1087 | Gerard Nicoletti | WTC | | 1128 | Thomas O'Rourke | WTC |
| 1088 | Robert Niebler | WTC | | 1129 | William Orozco | WTC |
| 1089 | Paul Nigro | WTC | | 1130 | Jose Ortiz | WTC |
| 1090 | Jeffrey Nix | WTC | | 1131 | Arthur Oschmann | WTC |
| 1091 | Nancy Noble | WTC | | 1132 | Michael O'Shea | WTC |
| 1092 | Albert Nocella | WTC | | 1133 | Harry Oster | WTC |
| 1093 | William Nolan | WTC | | 1134 | Luis Ostolozaga | WTC |
| 1094 | Alexander Noney | WTC | | 1135 | Christopher O'Sullivan | WTC |
| 1095 | Daniel Noonan | WTC | | 1136 | Joseph O'Sullivan | WTC |
| 1096 | Dennis O'Berg | WTC | | 1137 | Michael O'Sullivan | WTC |
| 1097 | Richard Obermayer | WTC | | 1138 | Sean O'Sullivan | WTC |
| 1098 | Gregory O'Brien | WTC | | 1139 | Girard Owens | WTC |
| 1099 | John O'Brien | WTC | | 1140 | Gerard Pace | WTC |
| 1100 | Joseph O'Brien | WTC | | 1141 | Jacqueline Padilla | WTC |
| 1101 | Richard O'Brien | WTC | | 1142 | Elroy Pagan | WTC |
| 1102 | Sean O'Brien | WTC | | 1143 | Thomas Pair | WTC |
| 1103 | Clare O'Connell | WTC | | 1144 | Vincent Palmieri | WTC |
| 1104 | Michael O'Connell | WTC | | 1145 | Michele Paolini | WTC |

| # | Name | Site | | # | Name | Site |
|---|---|---|---|---|---|---|
| 1146 | Edward Parker | WTC | | 1187 | Lewis Pizzulli | WTC |
| 1147 | Robert Parker | WTC | | 1188 | Thomas Plane | WTC |
| 1148 | Ronald Parker | WTC | | 1189 | Dedie Plasencia | WTC |
| 1149 | Timothy Parker | WTC | | 1190 | Bryan Platt | WTC |
| 1150 | Valencia Parker | WTC | | 1191 | Michelle Pohl | WTC |
| 1151 | Gregory Parr | WTC | | 1192 | Andrew Polinsky | WTC |
| 1152 | Ronald Pascucci | WTC | | 1193 | Marie Polite | WTC |
| 1153 | Scott Paskewitz | WTC | | 1194 | William Pollack | WTC |
| 1154 | Joseph Pasquarello | WTC | | 1195 | Dominick Poma | WTC |
| 1155 | Michael Pasquarello | WTC | | 1196 | Joseph Poma | WTC |
| 1156 | Peter Patterson | WTC | | 1197 | Salvatore Poma | WTC |
| 1157 | Dennis Patti | WTC | | 1198 | Andrew Porrazzo | WTC |
| 1158 | Jeffrey Pawlicki | WTC | | 1199 | Stephen Pose | WTC |
| 1159 | Hilton Pearce | WTC | | 1200 | James Powers | WTC |
| 1160 | Frank Pepe | WTC | | 1201 | Larry Prather | WTC |
| 1161 | George Pepe | WTC | | 1202 | Frederick Prevete | WTC |
| 1162 | Frank Perez | WTC | | 1203 | Robin Printy | WTC |
| 1163 | Luis Perez | WTC | | 1204 | Kirk Pritchard | WTC |
| 1164 | Osvaldo Perez | WTC | | 1205 | Daniel Pritzker | WTC |
| 1165 | Daniel Peritore | WTC | | 1206 | Martin Prokup | WTC |
| 1166 | Jason Perrone | WTC | | 1207 | Dennis Prosick | WTC |
| 1167 | Frank Perry | WTC | | 1208 | Nicholas Pucciarelli | WTC |
| 1168 | Michael Perry | WTC | | 1209 | Robert Pugliese | WTC |
| 1169 | Robert Pesce | WTC | | 1210 | Richard Pulzone | WTC |
| 1170 | Darryl Pettigrew | WTC | | 1211 | Frank Puma | WTC |
| 1171 | Robin Pfeffer | WTC | | 1212 | Carl Punzone | WTC |
| 1172 | Ron Pfeffer | WTC | | 1213 | Anthony Quaranti | WTC |
| 1173 | Freedman Pfeil | WTC | | 1214 | Philip Quattrocchi | WTC |
| 1174 | Christopher Phillips | WTC | | 1215 | Pablo Quesada | WTC |
| 1175 | Vincent Picciano | WTC | | 1216 | John Quevado | WTC |
| 1176 | Joseph Piccininni | WTC | | 1217 | Henry Quevedo | WTC |
| 1177 | Richard Picciotto | WTC | | 1218 | William Quick | WTC |
| 1178 | Gregory Picconi | WTC | | 1219 | Timothy Quin | WTC |
| 1179 | George Pickett | WTC | | 1220 | Andrew Quinn | WTC |
| 1180 | James Picone | WTC | | 1221 | Dennis Quinn | WTC |
| 1181 | Bozena Pielarz | WTC | | 1222 | Joseph Quinn | WTC |
| 1182 | Glen Pillarella | WTC | | 1223 | Kevin Quinn | WTC |
| 1183 | Robert Pillarella | WTC | | 1224 | Michael Quinn | WTC |
| 1184 | Lorraine Pirillo | WTC | | 1225 | Richard Raccioppi | WTC |
| 1185 | Christopher Pisano | WTC | | 1226 | Glenn Radermacher | WTC |
| 1186 | Perry Pizzolo | WTC | | 1227 | James Ragarn | WTC |