| # | Name | Site | | # | Name | Site |
|---|---|---|---|---|---|---|
| 1228 | Michael Raimer | WTC | | 1269 | Howard Rice | WTC |
| 1229 | Louis Raimondi | WTC | | 1270 | John Rice | WTC |
| 1230 | Kenneth Rallis | WTC | | 1271 | Stephen Rice | WTC |
| 1231 | Richard Ramaizel | WTC | | 1272 | Roger Riches | WTC |
| 1232 | David Rapp | WTC | | 1273 | Rocco Rinaldi | WTC |
| 1233 | Thomas Rappe | WTC | | 1274 | John Rinciari | WTC |
| 1234 | Andrew Rasavongszuk | WTC | | 1275 | Louie Rios | WTC |
| 1235 | Sebastian Raspanti | WTC | | 1276 | David Rivas | WTC |
| 1236 | Stephen Rasweiler | WTC | | 1277 | Alcides Rivera | WTC |
| 1237 | Richard Rattazzi | WTC | | 1278 | Alfred Rivera | WTC |
| 1238 | David Raymond | WTC | | 1279 | Daniel Rivera | WTC |
| 1239 | Steven Razickas | WTC | | 1280 | Hector Rivera | WTC |
| 1240 | Josue Recio | WTC | | 1281 | Robert Rivera | WTC |
| 1241 | Daniel Reddan | WTC | | 1282 | Terence Rivera | WTC |
| 1242 | James Redmond | WTC | | 1283 | Thomas Rivicci | WTC |
| 1243 | Robert Reeg | WTC | | 1284 | John Rizzi | WTC |
| 1244 | Shaun Reen | WTC | | 1285 | Matthew Roach | WTC |
| 1245 | David Reeve | WTC | | 1286 | Gary Robbins | WTC |
| 1246 | John Regan | WTC | | 1287 | Rainford Roberts | WTC |
| 1247 | Robert Regan | WTC | | 1288 | Timothy Roberts | WTC |
| 1248 | Gerard Reilly | WTC | | 1289 | Thomas Robisky | WTC |
| 1249 | John Reilly | WTC | | 1290 | Anthony Rocchio | WTC |
| 1250 | Kevin Reilly | WTC | | 1291 | Joseph Rocha | WTC |
| 1251 | Mark Reilly | WTC | | 1292 | Robert Rochford | WTC |
| 1252 | Stephen Reilly | WTC | | 1293 | Alan Rockefeller | WTC |
| 1253 | Leonard Reina | WTC | | 1294 | BRIAN ROCOVICH | WTC |
| 1254 | Robert Reip | WTC | | 1295 | William Rodgers | WTC |
| 1255 | Michael Relay | WTC | | 1296 | Peter Rodriguez | WTC |
| 1256 | John Rementeria | WTC | | 1297 | John Rogers | WTC |
| 1257 | William Rendino | WTC | | 1298 | Kenneth Rogers | WTC |
| 1258 | Robert Renode | WTC | | 1299 | Kevin Rogers | WTC |
| 1259 | David Restuccio | WTC | | 1300 | Steve Rogers | WTC |
| 1260 | Michael Reutter | WTC | | 1301 | Carmen Romero | WTC |
| 1261 | Herman Reyes | WTC | | 1302 | Guy Rosbrook | WTC |
| 1262 | John Rhatigan | WTC | | 1303 | Tamar Rosbrook | WTC |
| 1263 | Vito Ribaudo | WTC | | 1304 | Bruce Ross | WTC |
| 1264 | Micahel Ricciardi | WTC | | 1305 | Michael Roy | WTC |
| 1265 | Michael Ricciardi | WTC | | 1306 | Donald Rozas | WTC |
| 1266 | Robert Ricciardi | WTC | | 1307 | John Rubino | WTC |
| 1267 | Stephen Riccio | WTC | | 1308 | Keith Ruby | WTC |
| 1268 | Eugene Rice | WTC | | 1309 | Stewart Rueter | WTC |

| | | | | | |
|---|---|---|---|---|---|
| 1310 | Joseph Ruggirello | WTC | 1351 | Patrick Scaringello | WTC |
| 1311 | Richard Ruiz | WTC | 1352 | Steven Scarinzi | WTC |
| 1312 | James Ruland | WTC | 1353 | John Scarsella | WTC |
| 1313 | Stephen Russack | WTC | 1354 | John Schaefer | WTC |
| 1314 | David Russell | WTC | 1355 | Louis Schaefer | WTC |
| 1315 | Brian Russo | WTC | 1356 | James Schiavone | WTC |
| 1316 | Salvatore Russo | WTC | 1357 | Scott Schields | WTC |
| 1317 | Vito Ruvolo | WTC | 1358 | John Schillinger | WTC |
| 1318 | Denis Ryan | WTC | 1359 | William Schillinger | WTC |
| 1319 | Henry Ryan | WTC | 1360 | Richard Schlueck | WTC |
| 1320 | Kevin Ryan | WTC | 1361 | Charles Schmid | WTC |
| 1321 | Richard Ryan | WTC | 1362 | Robert Schmidt | WTC |
| 1322 | Robert Ryan | WTC | 1363 | Clinton Schmitterer | WTC |
| 1323 | Thomas Ryan | WTC | 1364 | Robert Schmuck | WTC |
| 1324 | Edward Rzempolvch | WTC | 1365 | Michael Schnitzer | WTC |
| 1325 | Robert Sacchi | WTC | 1366 | Robert Schor | WTC |
| 1326 | Christine Sakoutis | WTC | 1367 | Michael Schreiber | WTC |
| 1327 | Joseph Saladis | WTC | 1368 | Scott Schrimpe | WTC |
| 1328 | Paris Salem | WTC | 1369 | Robert Schulz | WTC |
| 1329 | Steven Sammis | WTC | 1370 | James Schwicke | WTC |
| 1330 | Felix Sanchez | WTC | 1371 | Vincent Scialpi | WTC |
| 1331 | Rudy Sanfilippo | WTC | 1372 | Victor Sciarappa | WTC |
| 1332 | John Sanjurjo | WTC | 1373 | Angelo Scifo | WTC |
| 1333 | Peter Santelli | WTC | 1374 | Gregory Sclafani | WTC |
| 1334 | Bobby Santiago | WTC | 1375 | John Scotch | WTC |
| 1335 | David Santise | WTC | 1376 | Robert Scott | WTC |
| 1336 | Joseph Sapienza | WTC | 1377 | Susan Scott | WTC |
| 1337 | Joseph Sardo | WTC | 1378 | Michael Scully | WTC |
| 1338 | Mark Sarnes | WTC | 1379 | Lisa Seckler-Oode | WTC |
| 1339 | Louis Sartini | WTC | 1380 | Joseph Seeney | WTC |
| 1340 | Arthur Sartor | WTC | 1381 | Vincent Sepe | WTC |
| 1341 | Jeremy Sassman | WTC | 1382 | Richard Sere | WTC |
| 1342 | Peter Savarese | WTC | 1383 | Angel Serrano | WTC |
| 1343 | Patricia Scaduto-Soto | WTC | 1384 | Luis Serrano | WTC |
| 1344 | Eric Scaknoff | WTC | 1385 | William Sesselman | WTC |
| 1345 | Michael Scalard | WTC | 1386 | Micahel Sforza | WTC |
| 1346 | Thomas Scally | WTC | 1387 | David Sgromo | WTC |
| 1347 | Thomas Scambone | WTC | 1388 | Peter Shanley | WTC |
| 1348 | Kevin Scanlon | WTC | 1389 | James Shannon | WTC |
| 1349 | Gilbert Scarazzini | WTC | 1390 | Matthew Shannon | WTC |
| 1350 | Salvatore Scarentino | WTC | 1391 | Brian Shea | WTC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1392 | James Shea | WTC | | 1433 | Frank Somma | WTC |
| 1393 | Kevin Sheehan | WTC | | 1434 | Steven Sorger | WTC |
| 1394 | Edward Sheehy | WTC | | 1435 | Walter Sorrenti | WTC |
| 1395 | Gary Sheridan | WTC | | 1436 | Michael Sorrentino | WTC |
| 1396 | Kevin Sherod | WTC | | 1437 | Philip Soto | WTC |
| 1397 | James Sherwood | WTC | | 1438 | Dean Spadaro | WTC |
| 1398 | Giuseppe Sibilla | WTC | | 1439 | William Spade | WTC |
| 1399 | Alphonse Sicignano | WTC | | 1440 | Joseph Spagnola | WTC |
| 1400 | John Signorelli | WTC | | 1441 | Frank Spaldo | WTC |
| 1401 | Anthony Signorile | WTC | | 1442 | Douglas Spano | WTC |
| 1402 | Thomas Silvestri | WTC | | 1443 | Christopher Sparacia | WTC |
| 1403 | Vincent Simeone | WTC | | 1444 | Henry Speicher | WTC |
| 1404 | David Simms | WTC | | 1445 | Robert Spellman | WTC |
| 1405 | Jeffrey Simms | WTC | | 1446 | James Spencer | WTC |
| 1406 | Augustine Simoncini | WTC | | 1447 | Robert Spinelli | WTC |
| 1407 | Raymond Simons | WTC | | 1448 | Stephen Spinelli | WTC |
| 1408 | Gerard Simpson | WTC | | 1449 | Brian Spisto | WTC |
| 1409 | Samba Sinera | WTC | | 1450 | Thomas Spitzbarth | WTC |
| 1410 | Khemraj Singh | WTC | | 1451 | Frank Spring | WTC |
| 1411 | Dennis Sirjuesingh | WTC | | 1452 | Bertram Springstead | WTC |
| 1412 | Dennis Siry | WTC | | 1453 | Robert Sputh | WTC |
| 1413 | Scott Sivert | WTC | | 1454 | Michael Spyntiuk | WTC |
| 1414 | Anthony Skomina | WTC | | 1455 | Anthony Srour | WTC |
| 1415 | Joseph Skonieczny | WTC | | 1456 | Eugene St. John | WTC |
| 1416 | Leo Skorupski | WTC | | 1457 | Clifford Stabner | WTC |
| 1417 | Gary Slattery | WTC | | 1458 | Bertram Stahlberg | WTC |
| 1418 | James Smagala | WTC | | 1459 | John Staiano | WTC |
| 1419 | Gary Smiley | WTC | | 1460 | Adolph Stampfel | WTC |
| 1420 | Carlton Smith | WTC | | 1461 | James Stang | WTC |
| 1421 | George Smith | WTC | | 1462 | Robert Stanlewicz | WTC |
| 1422 | Gerard Smith | WTC | | 1463 | Robert Stanton | WTC |
| 1423 | James Smith | WTC | | 1464 | James Stasio | WTC |
| 1424 | Michael Smith | WTC | | 1465 | Kevin Steininger | WTC |
| 1425 | Patrick Smith | WTC | | 1466 | Sylvester Stewart | WTC |
| 1426 | Warren Smith | WTC | | 1467 | Mark Stone | WTC |
| 1427 | William Smith | WTC | | 1468 | Peter Strahl | WTC |
| 1428 | Gerald Snell | WTC | | 1469 | Louis Strandberg | WTC |
| 1429 | Richard Snyder | WTC | | 1470 | Brian Strenge | WTC |
| 1430 | William Sohmer | WTC | | 1471 | Ray Strong | WTC |
| 1431 | Mark Solari | WTC | | 1472 | Brian Sullivan | WTC |
| 1432 | Gerard Somerville | WTC | | 1473 | James Sullivan | WTC |

| | | |
|---|---|---|
| 1474 | Jimmie Sullivan | WTC |
| 1475 | Patrick Sullivan | WTC |
| 1476 | Steven Supek | WTC |
| 1477 | Daniel Surat | WTC |
| 1478 | Gary Suson | WTC |
| 1479 | Eric Sutton | WTC |
| 1480 | Michael Suwalski | WTC |
| 1481 | Isa Swedin | WTC |
| 1482 | Edward Sweeney | WTC |
| 1483 | Joseph Sykes | WTC |
| 1484 | Dennis Taaffe | WTC |
| 1485 | Keith Tanico | WTC |
| 1486 | David Tanzman | WTC |
| 1487 | Alpha Tarawally | WTC |
| 1488 | Peter Tartaglione | WTC |
| 1489 | Felicia Taylor | WTC |
| 1490 | John Tedesco | WTC |
| 1491 | Michael Tenteromano | WTC |
| 1492 | Jeff Tesoriero | WTC |
| 1493 | Vincent Tesoriero | WTC |
| 1494 | Luis Thomas | WTC |
| 1495 | Thomas Thomasen | WTC |
| 1496 | Donald Thompson | WTC |
| 1497 | James Thompson | WTC |
| 1498 | Robert Thompson | WTC |
| 1499 | Scott Thomson | WTC |
| 1500 | Robert Tilearcio | WTC |
| 1501 | Thomas Tillotson | WTC |
| 1502 | Richard Ting | WTC |
| 1503 | John Tiska | WTC |
| 1504 | Donald Tomm | WTC |
| 1505 | Kevin Tonkin | WTC |
| 1506 | Steven Tonrey | WTC |
| 1507 | Alvin Toro | WTC |
| 1508 | Angel Torres | WTC |
| 1509 | Edgar Torres | WTC |
| 1510 | Edith Torres | WTC |
| 1511 | George Luis Torres | WTC |
| 1512 | Michael Torres | WTC |
| 1513 | Walter Torres | WTC |
| 1514 | Joseph Torrillo | WTC |
| 1515 | Joseph Toscano | WTC |
| 1516 | Russell Touhey | WTC |
| 1517 | Charles Tozzo | WTC |
| 1518 | James Tozzo | WTC |
| 1519 | Peter Tracy | WTC |
| 1520 | Francis Trapani | WTC |
| 1521 | Peter Traut | WTC |
| 1522 | Barry Travis | WTC |
| 1523 | Louis Treglia | WTC |
| 1524 | Tina Tresca | WTC |
| 1525 | Michael Trezza | WTC |
| 1526 | Michael Triglianos | WTC |
| 1527 | Robert Trivigno | WTC |
| 1528 | John Troianiello | WTC |
| 1529 | Victor Troisi | WTC |
| 1530 | Ralph Tufano | WTC |
| 1531 | Edward Turner | WTC |
| 1532 | Joseph Tustin | WTC |
| 1533 | Eric Tvedt | WTC |
| 1534 | Leonard Tyrell | WTC |
| 1535 | Thomas Ubertini | WTC |
| 1536 | Brian Urban | WTC |
| 1537 | Neil Vaillancourt | WTC |
| 1538 | Hilda Valentine | WTC |
| 1539 | Anthony Valetta | WTC |
| 1540 | Charles Van Pelt | WTC |
| 1541 | Thomas Vanrossem | WTC |
| 1542 | John Vanwagoner | WTC |
| 1543 | Mario Vascon | WTC |
| 1544 | Donald Vastola | WTC |
| 1545 | Onelia Vazquez | WTC |
| 1546 | Daniel Velazquez | WTC |
| 1547 | Jose Velazquez | WTC |
| 1548 | Salvatore Ventimiglia | WTC |
| 1549 | John Veracka | WTC |
| 1550 | Steven Verderosa | WTC |
| 1551 | Richard Vetland | WTC |
| 1552 | Guy Villano | WTC |
| 1553 | Philip Vincenzo | WTC |
| 1554 | Robert Vinciguerra | WTC |
| 1555 | Betty Violeta-Llano | WTC |

| | | | | | |
|---|---|---|---|---|---|
| 1556 | Gregory Voce | WTC | 1597 | Tyrone Williams | WTC |
| 1557 | Russell Vomero | WTC | 1598 | Vandon Williams | WTC |
| 1558 | Harry Waizer | WTC | 1599 | Vincent Williams | WTC |
| 1559 | Frederick Walker | WTC | 1600 | Robert Williamson | WTC |
| 1560 | Ed Wallace | WTC | 1601 | James Willis | WTC |
| 1561 | Robert Wallen | WTC | 1602 | John Wilson | WTC |
| 1562 | Daniel Walsh | WTC | 1603 | Robert Wilson | WTC |
| 1563 | Edward Walsh | WTC | 1604 | James Winters | WTC |
| 1564 | William Walsh | WTC | 1605 | Dennis Wirbickas | WTC |
| 1565 | Christopher Wanker | WTC | 1606 | Michael Witkowski | WTC |
| 1566 | Christopher Ward | WTC | 1607 | Gary Wood | WTC |
| 1567 | Keith Ward | WTC | 1608 | John Wrobel | WTC |
| 1568 | Kevin Ward | WTC | 1609 | Gregory Wyckoff | WTC |
| 1569 | Maria Ward | WTC | 1610 | Spiro Yioras | WTC |
| 1570 | Thomas Ward | WTC | 1611 | John Yorks | WTC |
| 1571 | Gary Washington | WTC | 1612 | Vincent Yorks | WTC |
| 1572 | Mack Washington | WTC | 1613 | Ling Young | WTC |
| 1573 | Richard Watts | WTC | 1614 | Donald Young | WTC |
| 1574 | Albert Weber | WTC | 1615 | Mark Youngberg | WTC |
| 1575 | John Weber | WTC | 1616 | James Zadroga | WTC |
| 1576 | Charles Weinsheimer | WTC | 1617 | Robert Zajkowski | WTC |
| 1577 | Paul Weis | WTC | 1618 | Stephen Zasa | WTC |
| 1578 | Steven Weisner | WTC | 1619 | Michael Zechewytz | WTC |
| 1579 | James Weldon | WTC | 1620 | Philip Zeiss | WTC |
| 1580 | Richard Weldon | WTC | 1621 | Thomas Zelios | WTC |
| 1581 | Charles Wells | WTC | 1622 | Patrick Zoda | WTC |
| 1582 | Michael Welsh | WTC | 1623 | Martin Zollner | WTC |
| 1583 | William Welsh | WTC | 1624 | Maurice Zuniga | WTC |
| 1584 | Gary Wendell | WTC | | | |
| 1585 | James Werner | WTC | | | |
| 1586 | Michael Wernick | WTC | | | |
| 1587 | James White | WTC | | | |
| 1588 | John Wholihan | WTC | | | |
| 1589 | John Whyte | WTC | | | |
| 1590 | Robert Wiedmann | WTC | | | |
| 1591 | Robert Wilday | WTC | | | |
| 1592 | John Willadsen | WTC | | | |
| 1593 | Derek Williams | WTC | | | |
| 1594 | Herman Williams | WTC | | | |
| 1595 | Kevin Williams | WTC | | | |
| 1596 | Thomas Williams | WTC | | | |