UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
1:03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

**ALICE HOGLAN**, *et al.*,

       Plaintiffs,

  v.

**THE ISLAMIC REPUBLIC OF IRAN**, *et al.*,

       Defendants.

This Document Relates to
**1:11 Civ. 7550 (GBD) (FM)**

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

## EXHIBIT C

PLAINTIFFS' INDIVIDUAL DAMAGES DECLARATIONS

*Provided to Magistrate Judge Frank Maas on CD-ROM only*

