UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>1:03 MDL 1570 (GBD) (FM) |

-----------------------------------------------------------x

| | |
|---|---|
| **ALICE HOGLAN**, *et al.*,<br><br>       Plaintiffs,<br>   v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>       Defendants. | This Document Relates to<br>**1:11 Civ. 7550 (GBD) (FM)** |

# PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# EXHIBIT F

REPORT OF ECONOMIST STAN SMITH, PH.D.

**Smith Economics Group, Ltd.**
A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

December 14, 2015

Timothy B. Fleming
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1850 M Street, NW, Suite 720
Washington, DC  20036
(202) 467-4489

Re: Hoglan, et al. v. Iran, et al.

Dear Mr. Fleming:

I have calculated economic losses for 15 claimant families in this matter.  I have also provided you with full loss reports and worksheet calculations for all 15 decedents.  I used the same calculations and methodology for the 15 decedents in this matter as I did for the 47 decedents in the Havlish, et al. v. bin Laden, et al. in 2012.

Thus, accompanying this letter I am providing:

- 15 detailed reports for each decedent (provided on CD-Rom);
- 15 summary reports for each decedent, and a one-page overall summary for the decedents;
- An overall Total Damages Summary;
- My resume giving my background and experience.

If you have any questions, please do not hesitate to call.

Sincerely,

Stan V. Smith, Ph.D.
President