UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE TERRORIST ATTACKS ON              Civil Action No.
SEPTEMBER 11, 2001                      1:03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x
**ALICE HOGLAN**, *et al.*,              :
                                         :   This Document Relates to
             Plaintiffs,                 :   **1:11 Civ. 7550 (GBD) (FM)**
      v.                                 :
                                         :
                                         :
**THE ISLAMIC REPUBLIC OF IRAN**, *et al.*, :
                                         :
             Defendants.                 :

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# EXHIBIT H

Economic Data and Calculations for each Plaintiff-Decedents' Estate

*Provided to Magistrate Judge Maas on CD-ROM and Filed Under Seal on CD-ROM*



