UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
1:03 MDL 1570 (GBD) (FM)

-----------------------------------------------------------x

ALICE HOGLAN, *et al.*,

        Plaintiffs,

   v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

        Defendants.

This Document Relates to
**1:11 Civ. 7550 (GBD) (FM)**

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

## EXHIBIT I

SUMMARY OF CERTIFIED ECONOMIC LOSSES OF EACH PLAINTIFF-DECEDENT

## HOGLAN, ET AL. V. BIN LADEN, ET AL.
### ECONOMIC LOSS TOTALS

| | DECEDENT | PAST LOSS | FUTURE LOSS | TOTAL LOSS |
|---|---|---|---|---|
| 1 | ANG, SIEW-NYA | $2,982,073 | $4,425,269 | $7,407,342 |
| 2 | BINGHAM, MARK KENDALL | $2,790,242 | $4,827,420 | $7,617,663 |
| 3 | CARPENETO, JOYCE ANN | $888,949 | $1,037,429 | $1,926,378 |
| 4 | DAVIS, WAYNE T. | $3,207,074 | $6,181,049 | $9,388,123 |
| 5 | GRAZIOSO, TIMMY | $170,424,502 | $136,864,500 | $307,289,003 |
| 6 | HOMER, LEROY W. | $3,746,367 | $5,534,783 | $9,281,150 |
| 7 | JIAN, HWEIDAR | $5,231,707 | $4,877,168 | $10,108,875 |
| 8 | LEBOR, LEON | $471,221 | $276,347 | $747,568 |
| 9 | LUNDER, CHRISTOPHER E. | $13,790,828 | $21,171,066 | $34,961,894 |
| 10 | MISTRULLI, JOSEPH D. | $2,762,277 | $2,236,866 | $4,999,143 |
| 11 | NACKE, LOUIS | $3,921,675 | $4,263,682 | $8,185,357 |
| 12 | ROWE, NICHOLAS | $1,230,040 | $2,471,197 | $3,701,237 |
| 13 | SHEFI, HAGAY | $15,432,630 | $22,124,367 | $37,556,997 |
| 14 | WRIGHT-CARTLEDGE, SANDRA | $955,656 | $176,970 | $1,132,626 |
| 15 | ZEPLIN, MARC SCOTT | $25,648,558 | $40,771,355 | $66,419,913 |
| | **GRAND TOTALS:** | **$253,483,801** | **$257,239,469** | **$510,723,269** |

Smith Economics Group Ltd.
312-943-1551

## SUMMARY OF LOSSES FOR SIEW-NYA ANG

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $1,617,397 | $2,025,162 | $3,642,559 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $284,423 | $615,004 | $899,428 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Kui-Liong Lee | $178,770 | $386,553 | $565,323 |
| Jeanee Lee | $178,770 | $228,219 | $406,989 |
| Winnee Lee | $178,770 | $250,282 | $429,052 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Kui-Liong Lee | $233,119 | $504,068 | $737,187 |
| Jeanee Lee | $155,412 | $198,400 | $353,812 |
| Winnee Lee | $155,412 | $217,580 | $372,992 |
| **TOTAL:** | **$2,982,073** | **$4,425,269** | **$7,407,342** |

**GRAND TOTAL: $7,407,342**

## SUMMARY OF LOSSES FOR MARK KENDALL BINGHAM

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $2,456,060 | $4,353,793 | $6,809,853 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Gerald Bingham | $89,385 | $108,966 | $198,351 |
| Alice Hoglan | $89,385 | $144,400 | $233,785 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Gerald Bingham | $77,706 | $94,729 | $172,435 |
| Alice Hoglan | $77,706 | $125,532 | $203,238 |
| TOTAL: | $2,790,242 | $4,827,420 | $7,617,663 |

**GRAND TOTAL: $7,617,663**

## SUMMARY OF LOSSES FOR JOYCE ANN CARPENETO

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $554,766 | $532,028 | $1,086,795 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Alice Carpeneto | $89,385 | $85,209 | $174,594 |
| Joseph Carpeneto Jr. | $89,385 | $185,127 | $274,513 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Alice Carpeneto | $77,706 | $74,076 | $151,782 |
| Joseph Carpeneto Jr. | $77,706 | $160,988 | $238,694 |
| **TOTAL:** | $888,949 | $1,037,429 | $1,926,378 |

**GRAND TOTAL: $1,926,378**

## SUMMARY OF LOSSES FOR WAYNE T DAVIS

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** |  |  |  |
| Annual Employment to age 67 | $1,927,221 | $3,449,637 | $5,376,858 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** |  |  |  |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $538,850 | $738,449 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES |  |  |  |
| Tanya Davis | $178,770 | $482,629 | $661,399 |
| Gabrielle Davis | $178,770 | $285,386 | $464,157 |
| Malachai Davis | $178,770 | $292,668 | $471,439 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES |  |  |  |
| Tanya Davis | $233,119 | $629,353 | $862,471 |
| Gabrielle Davis | $155,412 | $248,098 | $403,510 |
| Malachai Davis | $155,412 | $254,428 | $409,841 |
| TOTAL: | $3,207,074 | $6,181,049 | $9,388,123 |
| GRAND TOTAL: | $9,388,123 |  |  |

## SUMMARY OF LOSSES FOR TIMMY GRAZIOSO

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $169,274,590 | $135,236,954 | $304,511,544 |
| | | | |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| | | | |
| **LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES** | $199,599 | $343,515 | $543,114 |
| | | | |
| **LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES** | | | |
| Deborah Grazioso | $178,770 | $307,674 | $486,444 |
| Lauren Grazioso | $144,015 | $153,837 | $297,852 |
| Briana Grazioso | $144,015 | $153,837 | $297,852 |
| | | | |
| **LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES** | | | |
| Deborah Grazioso | $233,119 | $401,210 | $634,329 |
| Lauren Grazioso | $125,198 | $133,737 | $258,934 |
| Briana Grazioso | $125,198 | $133,737 | $258,934 |
| | | | |
| TOTAL: | $170,424,502 | $136,864,500 | $307,289,003 |

**GRAND TOTAL:** $307,289,003

## SUMMARY OF LOSSES FOR LEROY W. HOMER

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $2,800,697 | $3,846,576 | $6,647,272 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $444,820 | $644,419 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Melodie Homer | $178,770 | $398,410 | $577,180 |
| Laurel Homer | $178,770 | $250,559 | $429,329 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Melodie Homer | $233,119 | $376,597 | $609,716 |
| Laurel Homer | $155,412 | $217,821 | $373,233 |
| **TOTAL:** | $3,746,367 | $5,534,783 | $9,281,150 |
| **GRAND TOTAL:** | $9,281,150 | | |

## SUMMARY OF LOSSES FOR HWEIDAR JIAN

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** |  |  |  |
| Annual Employment to age 67 | $4,004,552 | $3,241,150 | $7,245,702 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** |  |  |  |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $351,542 | $551,141 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES |  |  |  |
| Ju-Hsui Jian | $178,770 | $314,864 | $493,634 |
| William Jian | $150,579 | $144,400 | $294,979 |
| Kevin Jian | $178,770 | $157,432 | $336,202 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES |  |  |  |
| Ju-Hsui Jian | $233,119 | $394,056 | $627,175 |
| William Jian | $130,905 | $136,862 | $267,767 |
| Kevin Jian | $155,412 | $136,862 | $292,274 |
| **TOTAL:** | $5,231,707 | $4,877,168 | $10,108,875 |

**GRAND TOTAL:** $10,108,875

## SUMMARY OF LOSSES FOR LEON LEBOR

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $304,130 | $75,032 | $379,162 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Barbara Fass | $89,385 | $107,693 | $197,078 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Barbara Fass | $77,706 | $93,622 | $171,328 |
| TOTAL: | $471,221 | $276,347 | $747,568 |

GRAND TOTAL: $747,568

## SUMMARY OF LOSSES FOR CHRISTOPHER E. LUNDER

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $13,179,340 | $20,183,228 | $33,362,568 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $322,442 | $522,041 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Karen Lunder | $178,770 | $288,799 | $467,569 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Karen Lunder | $233,119 | $376,597 | $609,716 |
| TOTAL: | $13,790,828 | $21,171,066 | $34,961,894 |

**GRAND TOTAL: $34,961,894**

## SUMMARY OF LOSSES FOR JOSEPH D. MISTRULLI

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $1,649,515 | $678,590 | $2,328,105 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $279,508 | $479,107 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Philomena Mistrulli | $178,770 | $250,345 | $429,116 |
| Joesph Mistrulli, Jr. | $89,385 | $125,173 | $214,558 |
| Maryann Mistrulli-Resser | $89,385 | $125,173 | $214,558 |
| Angela Mistrulli | $89,385 | $125,173 | $214,558 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Philomena Mistrulli | $233,119 | $326,453 | $559,571 |
| Joesph Mistrulli, Jr. | $77,706 | $108,818 | $186,524 |
| Maryann Mistrulli-Resser | $77,706 | $108,818 | $186,524 |
| Angela Mistrulli | $77,706 | $108,818 | $186,524 |
| **TOTAL:** | $2,762,277 | $2,236,866 | $4,999,143 |

**GRAND TOTAL: $4,999,143**

## SUMMARY OF LOSSES FOR LOUIS NACKE

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** |  |  |  |
| Annual Employment to age 67 | $2,843,973 | $2,513,270 | $5,357,243 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** |  |  |  |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,345 | $369,447 | $568,792 |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES |  |  |  |
| Amy Nacke | $178,770 | $330,901 | $330,901 |
| Joseph Nacke | $112,534 | $165,450 | $277,984 |
| Louis Nacke Jr | $136,581 | $165,450 | $302,031 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES |  |  |  |
| Amy Nacke | $233,119 | $431,498 | $664,617 |
| Joseph Nacke | $97,830 | $143,833 | $241,663 |
| Louis Nacke Jr | $119,523 | $143,833 | $263,356 |
| **TOTAL:** | $3,921,675 | $4,263,682 | $8,006,587 |

**GRAND TOTAL:** $8,006,587

## SUMMARY OF LOSSES FOR NICHOLAS ROWE

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $1,230,040 | $2,471,197 | $3,701,237 |
| **TOTAL:** | $1,230,040 | $2,471,197 | $3,701,237 |

**GRAND TOTAL:** $3,701,237

## SUMMARY OF LOSSES FOR HAGAY SHEFI

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $14,152,777 | $19,829,772 | $33,982,548 |
| | | | |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| | | | |
| LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $199,599 | $461,070 | $660,668 |
| | | | |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| SIGAL ASHER-SHEFI | $178,770 | $412,963 | $591,734 |
| ROY SHEFI | $178,770 | $228,599 | $407,370 |
| NAOMI SHEFI | $178,770 | $243,254 | $422,024 |
| | | | |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| SIGAL ASHER-SHEFI | $233,119 | $538,509 | $771,627 |
| ROY SHEFI | $155,412 | $198,731 | $354,143 |
| NAOMI SHEFI | $155,412 | $211,470 | $366,883 |
| | | | |
| TOTAL: | $15,432,630 | $22,124,367 | $37,556,997 |

**GRAND TOTAL: $37,556,997**

## SUMMARY OF LOSSES FOR SANDRA WRIGHT-CARTLEDGE

|  | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $788,565 | $0 | $788,565 |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | | | |
| Michelle Wright | $89,385 | $94,670 | $184,055 |
| LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | | | |
| Michelle Wright | $77,706 | $82,300 | $160,006 |
| **TOTAL:** | $955,656 | $176,970 | $1,132,626 |

**GRAND TOTAL:** $1,132,626

## SUMMARY OF LOSSES FOR MARC SCOTT ZEPLIN

| | PAST LOSS | FUTURE LOSS | NET LOSS |
|---|---|---|---|
| **LOSS OF WAGES & BENEFITS** | | | |
| Annual Employment to age 67 | $24,368,710 | $38,342,928 | $62,711,638 |
| | | | |
| **HOUSEHOLD/FAMILY REPLACEMENT SERVICES** | | | |
| | | | |
| <u>LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES</u> | $199,595 | $477,781 | $677,376 |
| | | | |
| <u>LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES</u> | | | |
| Debra Zeplin | $178,770 | $427,932 | $606,702 |
| Ryan Zeplin | $178,770 | $250,738 | $429,508 |
| Ethan Zeplin | $178,770 | $265,320 | $444,090 |
| | | | |
| <u>LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES</u> | | | |
| Debra Zeplin | $233,119 | $558,027 | $791,146 |
| Ryan Zeplin | $155,412 | $217,976 | $373,388 |
| Ethan Zeplin | $155,412 | $230,653 | $386,065 |
| | | | |
| **TOTAL:** | **$25,648,558** | **$40,771,355** | **$66,419,913** |

**GRAND TOTAL: $66,419,913**