UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>1:03 MDL 1570 (GBD) (FM) |

------------------------------------------------------------x

| | |
|---|---|
| **ALICE HOGLAN**, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN**, *et al.*,<br><br>　　　　　Defendants. | This Document Relates to<br>**1:11 Civ. 7550 (GBD) (FM)** |

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# EXHIBIT J

ESTATE DAMAGES SUMMARY BY DR. STAN SMITH

**SEG**

## Smith Economics Group, Ltd.
A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

December 14, 2015

Timothy B. Fleming
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1850 M Street, NW, Suite 720
Washington, DC  20036
(202) 467-4489

Re: Hoglan, et al. v. Iran, et al. - Total Damages Summary

Dear Mr. Fleming:

The total compensatory economic damages for the fifteen decedents in the above-captioned matter are $510,723,270.  There is no pre-judgement interest in this calculation.

If you have any questions, please do not hesitate to call.

Sincerely,

*[signature]*

Stan V. Smith, Ph.D.
President