UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
1:03 MDL 1570 (GBD) (FM)

----------------------------------------------------------x

**ALICE HOGLAN**, *et al.*,

                Plaintiffs,

        v.

**THE ISLAMIC REPUBLIC OF IRAN**, *et al.*,

                Defendants.

This Document Relates to
**1:11 Civ. 7550 (GBD) (FM)**

---

## PLAINTIFFS' DAMAGES INQUEST MEMORANDUM

# EXHIBIT K

### PLAINTIFFS' PROPOSED DAMAGE AWARDS PER CLAIMANT

| FAMILY | # | FIRST NAME | LAST NAME | RELATION | CATEGORY | ESTATE ECONOMIC COMPENSATORY DAMAGES | ESTATE ECONOMIC PUNITIVE DAMAGES | ESTATE ECONOMIC TOTAL DAMAGES | PAIN AND SUFFERING COMPENSATORY DAMAGES | PAIN AND SUFFERING PUNITIVE DAMAGES | PAIN AND SUFFERING TOTAL DAMAGES | MEMBER PLAINTIFF SOLATIUM COMP | MEMBER PLAINTIFF SOLATIUM PUNITIVE | MEMBER PLAINTIFF SOLATIUM TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BINGHAM | 1 | 9/11 Estate of Mark Kendall | Bingham | Decedent | | $7,617,663.00 | $25,204,760.72 | $33,822,423.72 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 | | | |
| BINGHAM | 2 | Alice | Hogan | Parent | A | | | | | | | | | |
| BINGHAM | 3 | Estate of Herbert K. | Hogan | Functional Equivalent of Parent (Grandfather) | B | | | | | | | | | |
| BINGHAM | 4 | D. Linden | Hoagland | Functional Equivalent of Sibling (Uncle) | B | | | | | | | | | |
| BINGHAM | 5 | Lee N. | Hogan | Functional Equivalent of Sibling (Uncle) | B | | | | | | | | | |
| BINGHAM | 6 | Vaughn V. | Hogan | Functional Equivalent of Sibling (Uncle) | B | | | | | | | | | |
| BINGHAM | 7 | Carolyce Sue | Hogan | Functional Equivalent of Sibling (Aunt) | B | | | | | | | | | |
| BINGHAM | 8 | Michelle | Arthurs | Functional Equivalent of Parent (Step-Parent) | B | | | | | | | | | |
| BINGHAM | 9 | Kelly | Arthurs | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | | | | |
| BINGHAM | 10 | Karen | Bingham | Functional Equivalent of Parent (Step-Parent) | C | | | | | | | | | |
| BINGHAM | 11 | Michelle | Clendenney | Functional Equivalent of Sibling (Step-Sibling) | C | | | | | | | | | |
| BINGHAM | 12 | Heather | Strickland | Functional Equivalent of Sibling (Step-Sibling) | C | | | | | | | | | |
| BINGHAM | 13 | Kathleen | Brady Knudsen Hogan | Functional Equivalent of Sibling (Aunt) | C | | | | | | | | | |
| BINGHAM | 14 | Julie | Bertelsen Hogan | Functional Equivalent of Sibling (Aunt) | C | | | | | | | | | |
| ANG | 15 | 9/11 Estate of Siew Nya | Ang | Decedent | | $7,407,342.00 | $25,481,256.48 | $32,888,598.48 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 | | | |
| ANG | 16 | Kui Liong | Lee | Spouse | A | | | | | | | | | |

| Last Name | # | First Name | Surname | Relationship | A/B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANG | 17 | Jeanee Lee | Lee | Child | A | | | | | | |
| ANG | 18 | Winnee Lee | Lee | Child | A | | | | | | |
| BANE | 19 | Arline | Peabody | Functional Equivalent of Parent (Step-Parent) | B | | | | | | |
| BANE | 20 | Brian | Major | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | |
| BANE | 21 | Brenda | Jobe | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | |
| CARPENETO | 22 | 9/11 Estate of Joyce Ann | Carpeneto | Decedent | | $1,926,378.00 | $6,626,740.32 | $8,553,118.32 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| CARPENETO | 23 | Joseph | Carpeneto | Sibling | A | | | | | | |
| WRIGHT-CARTLEDGE | 24 | 9/11 Estate of Sandra Wright | Cartledge | Decedent | | $1,132,626.00 | $3,896,233.44 | $5,028,859.44 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| WRIGHT-CARTLEDGE | 25 | Dian | Dembinski | Sibling | A | | | | | | |
| WRIGHT-CARTLEDGE | 26 | Loretta | Haines | Sibling | A | | | | | | |
| WRIGHT-CARTLEDGE | 27 | Stephen | Bradish | Sibling | A | | | | | | |
| WRIGHT-CARTLEDGE | 28 | Jack a/k/a John | Bradish | Sibling | A | | | | | | |
| WRIGHT-CARTLEDGE | 29 | Geraldine Deborah | Speeter | Sibling | A | | | | | | |
| CHIRCHIRILLO | 30 | Nicholas | Chirchirillo | Child | A | | | | | | |
| CHIRCHIRILLO | 31 | Michael | Chirchirillo | Child | A | | | | | | |
| COALE | 32 | Joan-Ann | Coale | Parent | A | | | | | | |
| COALE | 33 | Leslie | Coale Brown | Sibling | A | | | | | | |

| Plaintiff | # | First Name | Last Name | Relationship | Code | Val 1 | Val 2 | Val 3 | Val 4 | Val 5 | Val 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COFFEY, DANIEL | 34 | Jeannette | Coffey | Parent | A | | | | | | |
| COFFEY, DANIEL | 35 | Estate of Daniel F | Coffey, Jr. | Parent | A | | | | | | |
| COFFEY, JASON | 36 | Colleen | McDonald | Functional Equivalent of Spouse (Fiancee) | B | | | | | | |
| COFFEY, JASON | 37 | Jeannette | Coffey | Functional Equivalent of Parent (Grandparent) | C | | | | | | |
| COFFEY, JASON | 38 | Estate of Daniel F | Coffey, Jr. | Functional Equivalent of Parent (Grandparent) | C | | | | | | |
| COLLMAN | 39 | Estate of Beverly | Sutton | Parent | A | | | | | | |
| COLLMAN | 40 | Carolyn M. | Sutton | Sibling | A | | | | | | |
| COLLMAN | 41 | Vicki Lynn | Michel | Sibling | A | | | | | | |
| COLLMAN | 42 | Keith | Bradkowski | Functional Equivalent of Spouse (Partner) | B | | | | | | |
| COLLMAN | 43 | Kathryn | Collman | Functional Equivalent of Parent (Step-Parent) | B | | | | | | |
| COLLMAN | 44 | Charles | Gengler | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | |
| COLLMAN | 45 | Susan | Bohan | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | |
| COLLMAN | 46 | Steve | Gengler | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | | |
| DAVIS | 47 | 9/11 Estate of Wayne T. | Davis | Decedent | | $9,388,123.00 | $32,295,143.12 | $41,683,266.12 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| DAVIS | 48 | Tanya | Davis | Spouse | A | | | | | | |
| DAVIS | 49 | Gabrielle Hunter | Davis | Child | A | | | | | | |
| DAVIS | 50 | Malachai Rookie | Davis | Child | A | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVIS | 51 | Noverta | Davis-Dean | Parent | | | | | | | | | | | | A |
| DIEHL | 52 | Jason | Diehl | Child | | | | | | | | | | | | A |
| DIEHL | 53 | Jeannette | Diehl | Child | | | | | | | | | | | | A |
| DORF | 54 | Anthony | Dorf | Functional Equivalent of Child (Nephew) | | | | | | | | | | | | B |
| FERNANDEZ | 55 | Emma | Fernandez, Regan | Sibling | | | | | | | | | | | | A |
| FERNANDEZ | 56 | Cirilo | Fernandez | Parent | | | | | | | | | | | | A |
| FERNANDEZ | 57 | Richard | Fernandez | Sibling | | | | | | | | | | | | A |
| GAMBOA | 58 | Renee | Gamboa | Parent | | | | | | | | | | | | A |
| GAMBOA | 59 | Estate of Ranulf | Gamboa | Parent | | | | | | | | | | | | A |
| GAMBOA | 60 | Maria | Joule | Sibling | | | | | | | | | | | | A |
| GAMBOA | 61 | Rachel | Malubay | Sibling | | | | | | | | | | | | A |
| GODSHALK | 62 | Estate of James Bond | Godshalk | Parent | | | | | | | | | | | | A |
| GODSHALK | 63 | Jane G. | Haller | Sibling | | | | | | | | | | | | A |
| GODSHALK | 64 | Aleese M. | Hartmann | Functional Equivalent of Spouse (Fiancee) | | | | | | | | | | | | B |
| GRAZIOSO, JOHN | 65 | Kathryn | Grazioso | Child | | | | | | | | | | | | A |
| GRAZIOSO, JOHN | 66 | Kristen | Grazioso | Child | | | | | | | | | | | | A |
| GRAZIOSO, JOHN | 67 | Michael | Grazioso | Child | | | | | | | | | | | | A |

| Name | No. | First | Last | Relationship | Type | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAZIOSO, JOHN | 68 | Sandra | Grazioso | Parent | A | | | | | | |
| GRAZIOSO, JOHN | 69 | Carolee | Azzarello | Sibling | A | | | | | | |
| GRAZIOSO, JOHN | 70 | Karen | Ventre | Sibling | A | | | | | | |
| GRAZIOSO, JOHN | 71 | Kristy | Grazioso | Sibling | A | | | | | | |
| GRAZIOSO, JOHN | 72 | Carole | Grazioso | Sibling Functional Equivalent of Parent (Step-Parent) | B | | | | | | |
| GRAZIOSO, TIMMY | 73 | 9/11 Estate of Timmy | Grazioso | Decedent | | $307,289,003.00 | $1,057,074,170.32 | $1,364,363,173.32 | $2,000,000.00 | $9,880,000.00 | $8,880,000.00 |
| GRAZIOSO, TIMMY | 74 | Deborah | Grazioso | Spouse | A | | | | | | |
| GRAZIOSO, TIMMY | 75 | Lauren | Grazioso | Child | A | | | | | | |
| GRAZIOSO, TIMMY | 76 | Briana | Grazioso | Child | A | | | | | | |
| GRAZIOSO, TIMMY | 77 | Sandra | Grazioso | Parent | A | | | | | | |
| GRAZIOSO, TIMMY | 78 | Carolee | Azzarello | Sibling | A | | | | | | |
| GRAZIOSO, TIMMY | 79 | Kristy | Grazioso | Sibling | A | | | | | | |
| GRAZIOSO, TIMMY | 80 | Karen | Ventre | Sibling | A | | | | | | |
| GRAZIOSO, TIMMY | 81 | Carole | Grazioso | Sibling Functional Equivalent of Parent (Step-Parent) | B | | | | | | |
| HALVORSON | 82 | Kate | Halvorson | Sibling | A | | | | | | |
| HALVORSON | 83 | Estate of Evelyn | Halvorson | Parent | A | | | | | | |
| HALVORSON | 84 | Douglas | Halvorson | Child | A | | | | | | |

| # | Last Name | First Name | Surname | Relationship | Category | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | HALVORSON | Elle | Halvorson | Grandchild | C (Voluntary dismissal) | | | | | | |
| 86 | HALVORSON | James | Halvorson | Grandchild | C (Voluntary dismissal) | | | | | | |
| 87 | HAVLISH | Michaela | Havlish | Child | A | | | | | | |
| 88 | HAVLISH | Lea | Bitterman | Functional Equivalent of Child (Step-Child) | B | | | | | | |
| 89 | HAVLISH | Sean | Bitterman | Functional Equivalent of Child (Step-Child) | B | | | | | | |
| 90 | HAVLISH | David | Havlish | Nephew | C (Voluntary dismissal) | | | | | | |
| 91 | HAVLISH | Laurel | Conklin | Niece | C (Voluntary dismissal) | | | | | | |
| 92 | HOBIN | Derrick | Hobin | Child | A | | | | | | |
| 93 | HOMER | 911 Estate of LeRoy W. | Homer Jr. | Decedent | | $9,281,150.00 | $31,927,156.00 | $41,208,306.00 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| 94 | HOMER | Melodie | Homer | Spouse | A | | | | | | |
| 95 | HOMER | Laurel | Homer | Child | A | | | | | | |
| 96 | JIAN | 911 Estate of Hweidar | Jian | Decedent | | $10,108,875.00 | $34,774,530.00 | $44,883,405.00 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| 97 | JIAN | Ju-Hsiu a/k/a Connie | Jian | Spouse | A | | | | | | |
| 98 | JIAN | William | Jian | Child | A | | | | | | |
| 99 | JIAN | Kevin | Jian | Child | A | | | | | | |
| 100 | JONES | Audrey R. | Jones | Parent | A | | | | | | |
| 101 | JONES | John R | Jones | Parent | A | | | | | | |

| Family | No. | First Name | Last Name | Relationship | Status | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JONES | 102 | Robert A (Bob) | Jones | Sibling | A | | | | | | |
| JONES | 103 | Candy | Moyer | Sibling | A | | | | | | |
| LAFOND-MENECHINO | 104 | Dina | LaFond | Parent | A | | | | | | |
| LAFOND-MENECHINO | 105 | Anita | Korsonsky | Sibling | A | | | | | | |
| LAVELLE | 106 | Paul | Lavelle | Sibling | A | | | | | | |
| LAVELLE | 107 | Emily | Lavelle | Parent (Deceased - no Estate has been opened as of 11-3-15) | A | | | | | | |
| LAVELLE | 108 | Patricia | Caloia | Sibling | A | | | | | | |
| LAVELLE | 109 | Barbara | Dziadek | Sibling | A | | | | | | |
| LAVELLE | 110 | Kathleen | Palacio | Sibling | A | | | | | | |
| LEBOR | 111 | 911 Estate of Leon | Lebor | Decedent | | $747,568.00 | $2,571,633.92 | $3,319,201.92 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| LEBOR | 112 | Barbara | Lurman | Child | A | | | | | | |
| LEBOR | 113 | Joy a.k.a. Rina | Kaufman | Sibling | A | | | | | | |
| LEBOR | 114 | Bessie | Lebor | Parent | A | | | | | | |
| LEVINE | 115 | Stephanie | Giglio | Child | A | | | | | | |
| LOGUIDICE | 116 | Estate of Carmello Joseph | LoGuidice | Parent | A | | | | | | |
| LOGUIDICE | 117 | Christopher James | LoGuidice | Nephew | C (Voluntary dismissal) | | | | | | |
| LOGUIDICE | 118 | Nicole Elizabeth | LoGuidice | Niece | C (Voluntary dismissal) | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOGUDICE | 119 | Deanna Marie | LoGuidice | Niece | C (Voluntary dismissal) | | | | | | | | | | | | | |
| LOGUDICE | 120 | Michael A. | LoGuidice Jr. | Nephew | C (Voluntary dismissal) | | | | | | | | | | | | | |
| LOGUDICE | 121 | Erick | Elberth | Fiance | C (Voluntary dismissal) | | | | | | | | | | | | | |
| LOGUDICE | 122 | Michael A. | LoGuidice | Brother | Voluntary dismissal (Havlish judgment holder) | | | | | | | | | | | | | |
| LOSTRANGIO | 123 | Joseph Jr. | Lostrangio | Child | A | | | | | | | | | | | | | |
| LOSTRANGIO | 124 | Cathryn | Lostrangio | Child | A | | | | | | | | | | | | | |
| LOSTRANGIO | 125 | James | Lostrangio | Parent | A | | | | | | | | | | | | | |
| LUNDER | 126 | 911 Estate of Christopher E. | Lunder | Decedent | | $34,961,694.00 | $120,268,915.36 | $155,230,809.36 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 | | | | | | | |
| LUNDER | 127 | Karen | Lunder | Spouse | A | | | | | | | | | | | | | |
| MAERZ | 128 | Erich | Maerz | Sibling | A | | | | | | | | | | | | | |
| MELENDEZ | 129 | Ramon | Melendez, Jr. | Child | A | | | | | | | | | | | | | |
| MELENDEZ | 130 | Ricky | Melendez | Child | A | | | | | | | | | | | | | |
| MELENDEZ | 131 | Jesse | Melendez | Child | A | | | | | | | | | | | | | |
| MELENDEZ | 132 | Tyler | Melendez | Child | A | | | | | | | | | | | | | |
| MELENDEZ | 133 | Florence | Rosario | Sibling | A | | | | | | | | | | | | | |
| MELENDEZ | 134 | Margaret | Montanez | Sibling | A | | | | | | | | | | | | | |
| MILANO | 135 | Peter C. | Milano | Child | A | | | | | | | | | | | | | |

| Last Name | # | First Name | Family Name | Relationship | Type | Amt 1 | Amt 2 | Amt 3 | Amt 4 | Amt 5 | Amt 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MILANO | 136 | Jessica | Milano | Child | A | | | | | | |
| MILANO | 137 | Alfred | Milano | Sibling | A | | | | | | |
| MILANO | 138 | Frank | Milano | Sibling | A | | | | | | |
| MILANO | 139 | Thomas | Milano | Sibling | A | | | | | | |
| MILANO | 140 | Maureen | Racioppi | Sibling | A | | | | | | |
| MISTRULLI | 141 | 911 Estate of Joseph D. | Mistrulli | Decedent | | $4,999,143.00 | $17,197,051.92 | $22,196,194.92 | $2,000,000.00 | $8,880,000.00 | $8,880,000.00 |
| MISTRULLI | 142 | Philomena | Mistrulli | Spouse | A | | | | | | |
| MISTRULLI | 143 | MaryAnn | Mistrulli-Rosser | Child | A | | | | | | |
| MISTRULLI | 144 | Joseph | Mistrulli | Child | A | | | | | | |
| MISTRULLI | 145 | Angela | Mistrulli (Cantone) | Child | A | | | | | | |
| MISTRULLI | 146 | Ann | Mistrulli | Parent | A | | | | | | |
| MISTRULLI | 147 | Maria | Lambert | Sibling | A | | | | | | |
| MISTRULLI | 148 | Johnny | Mistrulli | Sibling | A | | | | | | |
| MISTRULLI | 149 | Maryann | Pino | Functional Equivalent of Sibling (Sister-in-law) | C | | | | | | |
| MISTRULLI | 150 | Tony | Pino | Functional Equivalent of Sibling (Brother-in-law) | C | | | | | | |
| MISTRULLI | 151 | Anthony | Pino | Functional Equivalent of Child (Nephew) | C | | | | | | |
| MISTRULLI | 152 | Mateo | Pino | Functional Equivalent of Child (Nephew) | C | | | | | | |

| Last Name | No. | First Name | Surname | Relationship | Class | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISTRULLI | 153 | Jennie | Mandelino | Functional Equivalent of Sibling (Sister-in-law) | C | | | | | | |
| MISTRULLI | 154 | Michael | Mandelino | Functional Equivalent of Sibling (Brother-in-law) | C | | | | | | |
| MISTRULLI | 155 | James | Mandelino, Jr. | Functional Equivalent of Sibling (Brother-in-law) | C | | | | | | |
| MISTRULLI | 156 | James | Mandelino Sr. | Functional Equivalent of Parent (Father-in-law) | C | | | | | | |
| MORENO | 157 | Rolando Ruben | Moreno | Sibling | A | | | | | | |
| MORENO | 158 | Leiana | Moreno | Sibling | A | | | | | | |
| MORENO | 159 | Noelia | Moreno | Sibling | A | | | | | | |
| MORENO | 160 | Karen | Moreno | Functional Equivalent of Parent (Step-Parent) | B | | | | | | |
| MORENO | 161 | Pedro | Gerardino | Equivalent of Parent (Grandfather) (Deceased - PR | C | | | | | | |
| MORENO | 162 | Jorge | Gomez | Step-Grandfather | C (Voluntary dismissal) | | | | | | |
| NACKE | 163 | 911 Estate of Louis | Nacke | Decedent | | $8,006,587.00 | $27,542,659.28 | $35,549,246.28 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| NACKE | 164 | Amy | Martinez | Spouse | A | | | | | | |
| NUNEZ | 165 | Eric | Nunez | Sibling | A | | | | | | |
| NUNEZ | 166 | Neal | Green | Sibling | A | | | | | | |
| NUNEZ | 167 | Estate of Paul | Scalogna | Functional Equivalent of Parent (Grandfather) | B | | | | | | |
| NUNEZ | 168 | Donna | Corbett-Moran | Functional Equivalent of Spouse (Fiancee) | B | | | | | | |
| OGNIBENE | 169 | Diane | Ognibene | Functional Equivalent of Parent (Step-Parent) | B | | | | | | |