# EXHIBIT K, PART TWO

| | | | | | |
|---|---|---|---|---|---|
| PAPASSO | 170 | Salvatore | Papasso | Parent | A |
| PAPASSO | 171 | Theresa | Papasso | Parent | A |
| PAPASSO | 172 | Vincent | Papasso | Sibling | A |
| PAPASSO | 173 | Vincent | Papasso, Jr. | Functional Equivalent of Child (Nephew) | C |
| PAPASSO | 174 | Brendan | Cofresi (Minor) | Functional Equivalent of Child (Nephew) | C |
| PAPASSO | 175 | Brittney | Cofresi (Minor) | Functional Equivalent of Child (Niece) | C |
| PERRY | 176 | James L. | Perry | Parent | A |
| PERRY | 177 | Joel R. | Perry | Sibling | A |
| PERRY | 178 | Janice | Perry Montoya | Sibling | A |
| PERRY | 179 | James | Montoya | Functional Equivalent of Child (Nephew) | C |
| RATCHFORD | 180 | Claudia | Stallworth | Parent | A |
| RATCHFORD | 181 | Reginald | Simpson | Sibling | A |
| RATCHFORD | 182 | Roosevelt | Stallworth | Sibling | A |
| RATCHFORD | 183 | Carl | Stallworth | Sibling | A |
| RATCHFORD | 184 | Cynthia | Watts | Sibling | A |
| RATCHFORD | 185 | Angelia | Stallworth-Blunt | Sibling | A |
| RATCHFORD | 186 | Brian J. | Christian | Sibling | A |

EXHIBIT K, PART TWO

| | | | | | |
|---|---|---|---|---|---|
| RATCHFORD | 187 | Amanda | Rogers | Sibling | A |
| REISS | 188 | Gary | Reiss | Parent | A |
| REISS | 189 | Adam | Reiss | Sibling | A |
| REISS | 190 | Jordan | Reiss | Sibling | A |
| REISS | 191 | Jonathan | Reiss | Sibling | A |
| REISS | 192 | Jennifer | Reiss | Sibling | A |
| REISS | 193 | Estate of Ida | Reiss | Functional Equivalent of Parent (Grandmother) | C |
| REISS | 194 | Estate of Lenore | Jackson | Functional Equivalent of Parent (Grandmother) | C |
| REISS | 195 | Estate of Ken | Jackson | Functional Equivalent of Parent (Grandfather) | C |
| ROMERO | 196 | Isaac | Romero | Parent | A |
| ROMERO | 197 | Estate of Carmen | Romero | Parent | A |
| ROMERO | 198 | Diana | Diaz | Sibling | A |
| ROSENTHAL, RICHARD | 199 | Estate of Leonard | Rosenthal | Parent | A |
| ROSENTHAL, RICHARD | 200 | Estate of Florence | Rosenthal | Parent | A |
| ROSENTHAL, RICHARD | 201 | Audrey | Model | Sibling | A |
| ROSENTHAL, RICHARD | 202 | Seth | Rosenthal | Child | A |
| ROSENTHAL, RICHARD | 203 | Estate of Evan | Rosenthal | Child | A |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROSENTHAL, JOSH | 204 | Madeleine | Rosenthal Marino | Niece | C (Voluntary dismissal) | | | | | | | | |
| ROSENTHAL, JOSH | 205 | Alexandra | Rosenthal Marino | Niece | C (Voluntary dismissal) | | | | | | | | |
| ROWE | 206 | 911 Estate of Nicholas | Rowe | Decedent | | $3,701,237.00 | $12,732,255.28 | $16,433,492.28 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 | | |
| ROWE | 207 | Estate of Judith | Rowe | Parent | A | | | | | | | | |
| ROWE | 208 | Guardian of Nadine | Rowe | Sibling | A | | | | | | | | |
| ROWE | 209 | Paul | Rowe | Sibling | A | | | | | | | | |
| ROWE | 210 | Rachael | Logan | Sibling | A | | | | | | | | |
| ROWE | 211 | Michelle | Baker | Functional Equivalent of Spouse (Fiancee) | B | | | | | | | | |
| SANTILLAN | 212 | Victor | Santillan | Sibling | A | | | | | | | | |
| SANTILLAN | 213 | Raymond | Santillan | Sibling | A | | | | | | | | |
| SARACINI | 214 | Kirsten | Saracini | Child | A | | | | | | | | |
| SARACINI | 215 | Brielle | Saracini | Child | A | | | | | | | | |
| SCHERTZER | 216 | Ellen | Schertzer | Parent | A | | | | | | | | |
| SCHERTZER | 217 | Lori | Brody | Sibling | A | | | | | | | | |
| SHEFI | 218 | 911 Estate of Hagay | Shefi | Decedent | | $37,556,997.00 | $129,196,069.68 | $166,753,066.68 | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 | | |
| SHEFI | 219 | Sigal | Shefi-Asher | Spouse | A | | | | | | | | |
| SHEFI | 220 | Roy-Yetkutiel | Shefi | Child | A | | | | | | | | |

# EXHIBIT K, PART TWO

| | | | | |
|---|---|---|---|---|
| SHEFI | 221 | Naomi-Ruth | Shefi (Minor) | Child | A |
| SHEFI | 222 | Dov | Shefi | Parent | A |
| SHEFI | 223 | Esther-Rivka | Shefi | Parent | A |
| SHEFI | 224 | Yishai | Shefi | Sibling | A |
| SHEFI | 225 | Pazit | Baum-Shefi | Sibling | A |
| SLOAN | 226 | Patricia | Sloan | Parent | A |
| SLOAN | 227 | Matt | Sloan | Sibling | A |
| SLOAN | 228 | Sarah | Funk | Sibling | A |
| SMITH | 229 | Estate of Deborah | Sallad | Sibling | A |
| SMITH | 230 | Christine | Jackson | Sibling | A |
| SMITH | 231 | Elaina | Smith | Sibling | A |
| SMITH | 232 | Carl | Smith | Sibling | A |
| SMITH | 233 | Tanya | Warren | Sibling | A |
| SMITH | 234 | Barbara | Hargrove | Sibling | A |
| SMITH | 235 | Kevin | Smith | Sibling | A |
| SMITH | 236 | Korry | Smith | Sibling | A |
| SMITH | 237 | Letricia | Smith | Sibling | A |

# EXHIBIT K, PART TWO

| | | | | |
|---|---|---|---|---|
| SMITH | 238 | Raymond A. | Smith | Sibling | A |
| SMITH | 239 | Estate of Marion | Thomas | Functional Equivalent of Parent (Grandmother) | B |
| SMITH | 240 | Martin | Smith | Functional Equivalent of Child (Nephew) | B |
| SMITH | 241 | Danielle | Smith | Functional Equivalent of Child (Niece) | B |
| SMITH | 242 | Raymond | Woods | Functional Equivalent of Sibling (Cousin) | B |
| SMITH | 243 | Scott | Woods | Functional Equivalent of Sibling (Cousin) | B |
| SMITH | 244 | Lisa | Smith | Functional Equivalent of Sibling (Cousin) | B |
| SMITH | 245 | Troia | Johnson | Functional Equivalent of Child (Niece) | C |
| SMITH | 246 | Diane | Smith | Functional Equivalent of Child (Niece) | C |
| SMITH | 247 | Tawanda | Smith | Functional Equivalent of Child (Niece) | C |
| SMITH | 248 | Gail | Smith | Functional Equivalent of Parent (Step-Parent) (Deceased - No Estate) | C |
| SMITH | 249 | Samuel | Collazo | Functional Equivalent of Sibling (Step-Sibling) | C |
| SMITH | 250 | Leonardo | Collazo | Functional Equivalent of Sibling (Step-Sibling) | C |
| SMITH | 251 | Gabriella | Rinehart | Functional Equivalent of Sibling (Step-Sibling) | C |
| SMITH | 252 | Angela | LeGrand | Cousin | Motion to Withdraw as Attorneys Pending with this Court |

EXHIBIT K, PART TWO

| | | | | |
|---|---|---|---|---|
| SOULAS | 253 | Timothy | Soulas | Child | A |
| SOULAS | 254 | Andrew | Soulas | Child | A |
| SOULAS | 255 | Christopher | Soulas | Child | A |
| SOULAS | 256 | Matthew | Soulas | Child | A |
| SOULAS | 257 | Nicole | Soulas (Minor) | Child | A |
| SOULAS | 258 | Daniel R | Soulas (Minor) | Child | A |
| SOULAS | 259 | Frederick | Soulas | Parent | A |
| SOULAS | 260 | Frederick | Soulas, III | Sibling | A |
| SOULAS | 261 | Stephen | Soulas | Sibling | A |
| SOULAS | 262 | Dan | Soulas | Sibling | A |
| SOULAS | 263 | Michelle | Donlan | Sibling | A |
| STEINER | 264 | Darren | Steiner | Child | A |
| STEINER | 265 | Jordan | Steiner | Child | A |
| STEINER | 266 | Meredith | Reverdito | Child | A |
| STEINER | 267 | Estate of Wilma | Steiner | Parent | A |
| STEINER | 268 | George W | Steiner | Sibling | A |
| STEINER | 269 | Robert | Steiner | Sibling | A |

# EXHIBIT K, PART TWO

| | | | | | |
|---|---|---|---|---|---|
| STEINER | 270 | Kaitlin | Steiner Keller | Functional Equivalent of Child (Niece) | C |
| STEINER | 271 | Kristyn | Steiner Martin | Functional Equivalent of Child (Niece) | C |
| STEINER | 272 | George M | Steiner | Nephew | C (Voluntary dismissal) |
| STEINER | 273 | Dawn | Steiner | Niece | C (Voluntary dismissal) |
| STEINER | 274 | Denise | Donohue | Niece | C (Voluntary dismissal) |
| STEINER | 275 | Adriana | Friedman | Niece | C (Voluntary dismissal) |
| STEINER | 276 | Addison | Friedman | Functional Equivalent of Child (Nephew) | C |
| STEINER | 277 | Anthony | Friedman-Ceraso | Functional Equivalent of Child (Nephew) | C |
| STEINER | 278 | Brian David | Huber | Nephew | C (Voluntary dismissal) |
| STEINER | 279 | Daniel | Huber | Functional Equivalent of Child (Nephew) | C |
| STEINER | 280 | Kristen | Druckenmiller | Functional Equivalent of Child (Niece) | C |
| STEINER | 281 | Heather | Caudill | Niece | C (Voluntary dismissal) |
| STEINER | 282 | Stephanie | Feher | Functional Equivalent of Child (Niece) | C |
| STERGIOPOULOS | 283 | Kathleen | Stergiopoulos | Sibling | A |
| STERGIOPOULOS | 284 | George | Stergiopoulos, Jr | Sibling | A |
| STERGIOPOULOS | 285 | Estate of Louise | Borzumato | (Functional Equivalent of Parent (Grandmother) | C |
| STRAUB | 286 | Edward | Straub | Parent | A |

# EXHIBIT K, PART TWO

| | | | | |
|---|---|---|---|---|
| STRAUB | 287 | Matthew | Straub | Sibling | A |
| STRAUB | 288 | Stanley | Straub | Sibling | A |
| STRAUB | 289 | Aaron | Straub | Child | A |
| STRAUB | 290 | Jonathan | Straub | Child | A |
| STRAUB | 291 | Michael | Straub | Child | A |
| STRAUB | 292 | Samuel | Straub | Child | A |
| TINO | 293 | Salvatore, Jr. | Tino | Parent | A |
| TINO | 294 | Jeffrey | Tino | Sibling | A |
| TINO | 295 | Salvatore, III | Tino | Sibling | A |
| WALLENDORF | 296 | Joseph | Nicklo | Sibling | A |
| WALLENDORF | 297 | Christopher | Barton | Sibling | A |
| WALLENDORF | 298 | Mellanie | Chafe | Sibling | A |
| WALLENDORF | 299 | John | Barton | Sibling | A |
| WALLER | 300 | Adam C. | Fuller | Functional Equivalent of Child (Nephew) | C (Voluntary dismissal) |
| WALLER | 301 | Nina | Fuller | Functional Equivalent of Child (Niece) | C |
| WARD | 302 | Estate of Susanne | Ward-Baker | Parent | A |
| WARD | 303 | Norma | Ward | Functional Equivalent of Parent (Step-Parent) | B |

| Last Name | # | First Name | Last Name | Relationship | Status | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| WARD | 304 | Jessica | Kramer | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | |
| WARD | 305 | Christi | Pendergraft | Functional Equivalent of Sibling (Step-Sibling) | B | | | | | |
| WARD | 306 | Robert | Ward | Uncle | C (Voluntary dismissal) | | | | | |
| WARD | 307 | Carl L. | Ward | Uncle | C (Voluntary dismissal) | | | | | |
| WARD | 308 | Richard | Ward | Uncle | C (Voluntary dismissal) | | | | | |
| WARD | 309 | Brianna | Scoggins | Niece | C (Voluntary dismissal) | | | | | |
| WARD | 310 | Shawn | Pendergraft | Nephew | C (Voluntary dismissal) | | | | | |
| WARD | 311 | Charles | Pendergraft | Nephew | C (Voluntary dismissal) | | | | | |
| WARD | 312 | Julie | Tyler | Cousin | C (Voluntary dismissal) | | | | | |
| WARD | 313 | Mike | Smith | Functional Equivalent of Sibling (Cousin) | C | | | | | |
| WARD | 314 | Jason | Smith | Functional Equivalent of Sibling (Cousin) | C | | | | | |
| WARD | 315 | Lance | Ward | Functional Equivalent of Sibling (Cousin) | C | | | | | |
| WARD | 316 | Marc | Ward | Functional Equivalent of Sibling (Cousin) | C | | | | | |
| WILSON | 317 | Jeanne | McDermott | Sibling | A | | | | | |
| ZEPLIN | 318 | 911 Estate of Marc Scott Zeplin | Zeplin | Decedent | | $66,419,913.00 | $228,484,500.72 | $294,904,413.72 | $2,000,000.00 | $6,880,000.00 $8,880,000.00 |
| ZEPLIN | 319 | Debra | Zeplin | Spouse | A | | | | | |
| ZEPLIN | 320 | Ryan | Zeplin | Child | A | | | | | |

EXHIBIT K, PART TWO

| ZEPLIN | 321 | Ethan | Zeplin | Child | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTALS | | | | $510,544,499.00 | $1,756,273,076.56 | $2,266,817,575.56 | $30,000,000.00 | $103,200,000.00 | $133,200,000.00 |