# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to* *Hoglan, et al. v. The Islamic Republic of Iran, et al.* *1:11-cv-07550-GBD* | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/13/16 |

## ORDER

AND NOW, this **13TH** day of **January**, 201**6**, upon consideration of the Motion to Withdraw as Counsel for Angela LeGrand, it is hereby

**ORDERED** as follows:

1. Counsel's Motion is **GRANTED** and all counsel for Plaintiff Angela LeGrand are hereby granted leave to withdraw their appearance as counsel for Angela LeGrand; *on condition that*

2. Within thirty (30) days of the date of ~~this Order~~ *said mailing*, Angela LeGrand shall file a status report with the court indicating whether she has retained new counsel or whether she intends to proceed *pro se*.

3. If Angela LeGrand fails to file a status report within thirty (30) days of the date of this Order, the Court may enter an Order dismissing her claim with prejudice.

BY THE COURT

/s/ Frank Maas

~~GEORGE B. DANIELS~~ **FRANK MAAS**
UNITED STATES ~~DISTRICT~~ JUDGE

*Counsel serve copies of this Order upon Ms. LeGrand by regular and certified U.S. Mail by January 18, 2016, and file proof of service by January 25, 2016* /FM/