UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) 03 MDL 1570 (GBD) <br> ) ECF CASE <br> ) <br> ) **MOTION TO ADMIT** <br> ) **COUNSEL PRO HAC** <br> ) **VICE** |

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven T. Cottreau, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Katie L. Barlow

Firm Name:          Clifford Chance US LLP

Address:            2001 K Street NW

City/State/Zip:     Washington, DC 20006

Phone Number:       202 912-5000

Fax Number:         292 912-6000

Katie L. Barlow is a member in good standing of the bar of the State of New York. There are no pending disciplinary proceedings against Katie L. Barlow in any State or Federal court.

DATED: January 21, 2016

Respectfully submitted,

*/s/ Steven T. Cottreau*

Steven T. Cottreau
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 912-5109