UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | : : : : | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| *This document applies to* *Hoglan, et al. v. The Islamic Republic of Iran, et al.* *1:11-cv-07550-GBD* | : : : : | |

## CERTIFICATION OF SERVICE

I, Melina Goldfarb, Esquire, hereby certify that on January 13, 2016, I caused a copy of this Court's Order dated January 13, 2016 to be served upon Angela LeGrand as set forth in the Order. Specifically, I mailed a copy of the Order to Angela LeGrand *via* first-class mail. A copy of the cover letter accompanying the Order is attached hereto as Exhibit A. In addition, I served a copy of the Order *via* certified mail, return receipt requested. A copy of the front and back of the certified mail envelope along with a date-stamped copy of the Certified Mail Receipt is attached hereto as Exhibit B. As of the filing of this Certification, I have not received a signed return receipt card from Ms. LeGrand.

                              Respectfully submitted,

                              */s      Melina Goldfarb*
                              Melina Goldfarb, Esquire
                              Wiggins Childs Pantazis Fisher Goldfarb
                              301 19th Street North
                              Birmingham, AL  35203
                              Tel:  (205) 314-0500
                              mgoldfarb@wigginschilds.com

January 21, 2016