# WIGGINS CHILDS PANTAZIS FISHER GOLDFARB
Advocates & Litigators

January 13, 2016

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
DENNIS G. PANTAZIS
TERRILL W. SANDERS
ANN K. WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
JOSHUA D. WILSON
RACHEL LEE McGINLEY
DANIEL E. ARCINIEGAS
JOSHUA R. GALE*
L. WILLIAM SMITH
D.G. PANTAZIS JR.
SIDNEY JACKSON
PATRICK L. PANTAZIS
D. PATRICK EVANS
LACEY DANLEY

TIMOTHY B. FLEMING*
MELINA GOLDFARB
SANDRA DUCA-DETTLING
PATRICIA FRALEY
OF COUNSEL
Not Licensed in Alabama*

**VIA CERTIFIED MAIL**
Ms. Angela LeGrand
830 Arch Street, Apt. 4
Black Horse, Pennsylvania 19401

Re:   Your Claim in *Hoglan, et al v. Iran, et al*

Dear Ms. LeGrand:

Enclosed please find the Order granting Motion to Withdraw as Counsel signed by Judge Maas. As we notified you in our last mailing, we withdrew as your counsel since you failed to provide the documentation we requested and you failed to contact us. As of now you still have a claim pending before the Court. We no longer represent you, and if you wish to keep your claim alive, you must submit a status report to the court by February 11, 2016.

Sincerely,

Melina Goldfarb

MG/ph
Enclosure
Copy:  Stephen A. Corr, Esquire

An Alabama Limited Liability Company
The Kress Building • 301 19th Street North • Birmingham, AL 35203
205-314-0500 main • 205-254-1500 fax
WASHINGTON, D.C • DELAND, FLORIDA • NASHVILLE, TENNESSEE
wigginschilds.com

Case 1:03-md-01570-GBD-SN   Document 3202-1   Filed 01/21/16   Page 2 of 2
Case 1:03-md-01570-GBD-FM   Document 3195   Filed 01/13/16   Page 1 of 1
Case 1:03-md-01570-GBD-FM   Document 3165-1   Filed 12/14/15   Page 2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) (FM) |
| This document applies to *Hoglan, et al. v. The Islamic Republic of Iran, et al.* 1:11-cv-07550-GBD | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/16

## ORDER

AND NOW, this 13TH day of January, 2016, upon consideration of the Motion to Withdraw as Counsel for Angela LeGrand, it is hereby **ORDERED** as follows:

1. Counsel's Motion is **GRANTED** and all counsel for Plaintiff Angela LeGrand are hereby granted leave to withdraw their appearance as counsel for Angela LeGrand; *on condition that*

2. Within thirty (30) days of the date of ~~this Order~~ *said mailing*, Angela LeGrand shall file a status report with the court indicating whether she has retained new counsel or whether she intends to proceed *pro se.*

3. If Angela LeGrand fails to file a status report within thirty (30) days of the date of this Order, the Court may enter an Order dismissing her claim with prejudice.

BY THE COURT

~~GEORGE B. DANIELS~~ FRANK MAAS
UNITED STATES ~~DISTRICT~~ JUDGE

Counsel serve copies of this Order upon Ms. LeGrand by regular and certified U.S. Mail by January 18, 2016, and file proof of service by January 25, 2016