**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB**
Advocates & Litigators
The Kress Building
301 19th Street North
Birmingham, AL 35203

VIA CERTIFIED MAIL
Ms. Angela LeGrand
830 Arch Street, Apt. 4
Black Horse, Pennsylvania

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: ANGELA LEGRAND
Street, Apt. No.; or PO Box No.: 830 ARCH STREET APT 4
City, State, ZIP+4: BLACK HORSE, PA 19401

7013 2630 0000 8308 5187

PS Form 3800, August 2006 — See Reverse for Instructions

CERTIFIED MAIL™

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ANGELA LEGRAND
   830 ARCH STREET
   APT 4
   BLACK HORSE, PA
   19401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7013 2630 0000 8308 5187

PS Form 3811, July 2013   Domestic Return Receipt

