UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF CASE<br><br>**ORDER FOR ADMISSIOM PRO HAC VICE** |

This document relates to:
*Burnett v. Arab Bank, PLC, 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*

The Motion of Katie L. Barlow, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared she is a member in good standing of the bar of the State of New York and her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Katie L. Barlow |
| Firm Name: | Clifford Chance US LLP |
| Address: | 2001 K Street NW |
| City/State/Zip: | Washington, DC 2006 |
| Phone Number: | 202-912-5000 |
| Fax Number: | 202-912-6000 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Dubai Islamic Bank in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New

- 1 -

- 2 -

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JAN 2 2 2016

George B. Daniels
United States District Judge