jkreindler@kreindler.com
212-973-3449


February 5, 2016

Honorable Frank Maas
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**    *In re Terrorist Attacks on September 11*, 2001, MDL 03-1570 (GBD) (FM)

Dear Judge Maas,

    I am writing you regarding the seven cases that were double filed in Ashton and Havlish/Hoglan. I have spoken to Mr. Hailey and some of the clients. Evidently, these plaintiffs retained both sets of law firms at different times concerning the terror litigation over the last 14 years not realizing or remembering they had two firms working on some of the same matters. The seven cases are:

1. Estate of Daniel Coffey (Ashton No. 574) Kreindler & Kreindler
2. Estate of Jason Coffey (Ashton No. 575) Kreindler & Kreindler
3. Estate of Timothy Grazioso (Ashton No.109) Kreindler & Kreindler
4. Estate of Hweidar Jian (Ashton 403) Kreindler & Kreindler
5. Estate of Paul Ognibene (Ashton No. 704) Speiser
6. Estate of Louis Nacke (Ashton No. 700) Speiser
7. Estate of Mark Zeplin (Ashton No. 814) Baumeister

    The Havlish/Hoglan action has already obtained a default judgment against Iran and we agree that that default order and judgment should control for the seven cases.

    Ashton, et al. will withdraw them from the Ashton partial summary judgment against Iran. They remain plaintiffs in the Havlish/Hoglan action against Iran. As to defendants other than Iran, they will continue to be represented by the Ashton counsel (Kreindler &Kreindler, Speiser, and Baumeister) until further notice. We are submitting a revised order for judgment omitting these seven cases.

Page 2
February 5, 2016

        Respectfully submitted,

        KREINDLER & KREINDLER LLP

        By: James P. Kreindler

JPK/gm
cc: Richard Hailey
     Timothy B. Fleming
     Frank Granito
     Jeanne O'Grady
     Michel Baumeister
     Thea Capone