UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

## AMENDED ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by wrongful death Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* wrongful death Plaintiffs in *Ashton et al.* v. *Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) for the estates of the decedents identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the 844 *Ashton* wrongful death estates of the decedents identified in the attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the amount of $2,000,000 each for a total of $1,688,800,000; (2) punitive damages for conscious pain and suffering in the amount of $6,880,000 each for a total of $5,806,720,000; and (3) prejudgment interest on the compensatory damages awards for conscious pain and suffering of each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated:   New York, New York
                 _____, 2016

                                        SO ORDERED:


                                        _____
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE

# Exhibit A – Decedents in *Ashton et al.*

| # | Decedent |
|---|---|
| 001 | Estate of Thomas Ashton |
| 002 | Estate of David Alger |
| 003 | Estate of Eric Allen |
| 004 | Estate of Jean Andrucki |
| 005 | Estate of Patrick Aranyos |
| 006 | Estate of David Arce |
| 007 | Estate of Barbara Argestgui |
| 008 | Estate of Adam P. Arias |
| 009 | Estate of Jack C. Aron |
| 010 | Estate of John Badagliacca |
| 011 | Estate of Michael Baksh |
| 012 | Estate of Gerald Barbara |
| 013 | Estate of Colleen Barkow |
| 014 | Estate of Durrell Pearsall |
| 015 | Estate of Evan Baron |
| 016 | Estate of Carlton Bartels |
| 017 | Estate of Alan Beaven |
| 018 | Estate of Carl Bedigian |
| 019 | Estate of Steven Berger |
| 020 | Estate of John Bergin |
| 021 | Estate of Shimmy D. Biegeleisen |
| 022 | Estate of Carl Bini |
| 023 | Estate of Craig Blass |
| 024 | Estate of Richard M. Blood |
| 025 | Estate of Nicholas Bogdan |
| 026 | Estate of Larry Boisseau |
| 027 | Estate of Richard Edward Bosco |
| 028 | Estate of Gary Box |
| 029 | Estate of Michael Boyle |
| 030 | Estate of Sandra J. Conaty-Brace |
| 031 | Estate of David B. Brady |
| 032 | Estate of Carol K. Demitz |
| 033 | Estate of Jonathan E. Briley |
| 034 | Estate of Herman C. Broghammer |
| 035 | Estate of Richard Bruehert |
| 036 | Estate of Rachel Tamares |
| 037 | Estate of Patrick Buhse |
| 038 | Estate of Donald Burns |
| 039 | Estate of Scott W. Cahill |
| 040 | Estate of Thomas J. Cahill |
| 041 | Estate of Edward Calderon |
| 042 | Estate of Dominick Calia |
| 043 | Estate of Brian Cannizzaro |
| 044 | Estate of Peter J. Carroll |
| 045 | Estate of Thomas Casoria |
| 046 | Estate of Harry Taback |
| 047 | Estate of Richard G. Catarelli |
| 048 | Estate of Jason 'Jake' Cayne |
| 049 | Estate of Robert Chin |
| 050 | Estate of Christopher Ciafardini |
| 051 | Estate of Thomas Clark |
| 052 | Estate of Gregory A. Clark |
| 053 | Estate of Robert D. Colin |
| 054 | Estate of Thomas J. Collins |
| 055 | Estate of Joseph J. Jr. Coppo |
| 056 | Estate of John Coughlin |
| 057 | Estate of Angela Rosario |
| 058 | Estate of Grace Cua |
| 059 | Estate of Laurence 'Larry' Curia |
| 060 | Estate of Patricia Cushing |
| 061 | Estate of David Defeo |
| 062 | Estate of Andrea 'Ann' Della Bella |
| 063 | Estate of Colleen Ann Deloughery |
| 064 | Estate of Jerry Devito |
| 065 | Estate of Lourdes Janet Galletti |
| 066 | Estate of Rena Dinnoo |
| 067 | Estate of Joseph Dipilato |
| 068 | Estate of Brendan Dolan |
| 069 | Estate of Raymond M. Downey |
| 070 | Estate of Christopher J. Dunne |
| 071 | Estate of Paul Eckna |
| 072 | Estate of Michael Esposito |
| 073 | Estate of Michelle Eulau |
| 074 | Estate of Robert Evans |
| 075 | Estate of Douglas Farnum |
| 076 | Estate of John Farrell |
| 077 | Estate of Syed Abdul Fatha |
| 078 | Estate of Peter Feidelberg |
| 079 | Estate of Alan Feinberg |
| 080 | Estate of Michael Fiore |
| 081 | Estate of Christina Flannery |
| 082 | Estate of Andre Fletcher |
| 083 | Estate of CAROL FLYZIK |
| 084 | Estate of Jane Folger |
| 085 | Estate of Claudia Foster |
| 086 | Estate of Arthur Jones |
| 087 | Estate of Alan W. Friedlander |

| | | | |
|---|---|---|---|
| 088 | Estate of Andrew Friedman | 135 | Estate of Jonathan Ielpi |
| 089 | Estate of Richard Gabriel | 136 | Estate of Stephanie Irby |
| 090 | Estate of Richard Gabrielle | 137 | Estate of John Iskyan |
| 091 | Estate of Michael Stewart | 138 | Estate of Ariel Jacobs |
| 092 | Estate of Peter J. Ganci | 139 | Estate of Maria Jakubiak |
| 093 | Estate of Andrew Garcia | 140 | Estate of Karl H. Joseph |
| 094 | Estate of Marlyn C. Garcia | 141 | Estate of Scott Mcgovern |
| 095 | Estate of Thomas Gardner | 142 | Estate of Chandler Keller |
| 096 | Estate of Gary Geidel | 143 | Estate of Peter R. Kellerman |
| 097 | Estate of Peter V. Jr. Genco | 144 | Estate of Joseph P. Kellett |
| 098 | Estate of Dennis Germain | 145 | Estate of Thomas R. Kelly |
| 099 | Estate of Ronnie E. Gies | 146 | Estate of Rosemary A. Smith |
| 100 | Estate of Paul J. Gill | 147 | Estate of Yvonne Kennedy |
| 101 | Estate of Rodney Gillis | 148 | Estate of Robert King |
| 102 | Estate of Steven A. Giorgetti | 149 | Estate of Richard J. Klares |
| 103 | Estate of Salvatore Gitto | 150 | Estate of Julie Lynn Zipper |
| 104 | Estate of Thomas Glasser | 151 | Estate of Michael P. Laforte |
| 105 | Estate of Harry Glenn | 152 | Estate of Alan Lafrance |
| 106 | Estate of John T. Gnazzo | 153 | Estate of Juan Lafuente |
| 107 | Estate of Brian Goldberg | 154 | Estate of Amy Lamonsoff |
| 108 | Estate of Lydia E. Bravo | 155 | Estate of Carlos Cortes |
| 110 | Estate of Donald Greene | 156 | Estate of Robert Leblanc |
| 111 | Estate of James Greenleaf | 157 | Estate of David R. Leistman |
| 112 | Estate of Peter Vega | 158 | Estate of Joseph A. Lenihan |
| 113 | Estate of Thomas Foley | 159 | Estate of Paul Battaglia |
| 114 | Estate of Gary Haag | 160 | Estate of Robert M. Levine |
| 115 | Estate of Andrea L. Haberman | 161 | Estate of Sherry Ann Bordeaux |
| 116 | Estate of Frederick K. Han | 162 | Estate of Jacqueline Norton |
| 117 | Estate of Thomas Hannafin | 163 | Estate of Robert G. Norton |
| 118 | Estate of Harvey Harrell | 164 | Estate of Gary W. Lozier |
| 119 | Estate of John C. Hartz | 165 | Estate of Marianne Macfarlane |
| 120 | Estate of Emeric J. Harvey | 166 | Estate of James P. O'Brien |
| 121 | Estate of Scott O'Brien | 167 | Estate of Jennieanne Maffeo |
| 122 | Estate of Phillip T. Hayes | 168 | Estate of Joseph Maggitti |
| 123 | Estate of William Haynes | 169 | Estate of Jason M. Sekzer |
| 124 | Estate of Michael Healey | 170 | Estate of Alfred Marchand |
| 125 | Estate of Ronnie Lee Henderson | 171 | Estate of Brian E. Martineau |
| 126 | Estate of Neil Hinds | 172 | Estate of Joseph Mascali |
| 127 | Estate of Tara Hobbs | 173 | Estate of Charles A. Mauro |
| 128 | Estate of Thomas W. Jr. Hohlweck | 174 | Estate of Robert Mayo |
| 129 | Estate of Joseph Holland | 175 | Estate of Daniel Mcginley |
| 130 | Estate of Darryl L. Mckinney | 176 | Estate of Thomas Mcginnis |
| 131 | Estate of Thomas P. Holohan | 177 | Estate of Michael Mcginty |
| 132 | Estate of Joseph L. Howard | 178 | Estate of Barry McKeon |
| 133 | Estate of Joseph G. Hunter | 179 | Estate of John F. Jr. Mcdowell |
| 134 | Estate of Robert R. Hussa | 180 | Estate of Ann Mcgovern |

| # | Estate | # | Estate |
|---|---|---|---|
| 181 | Estate of Damien Meehan | 227 | Estate of Andrew Rosenblum |
| 182 | Estate of George L. Merino | 228 | Estate of Richard Ross |
| 183 | Estate of Lukasz Milewski | 229 | Estate of Bart Ruggiere |
| 184 | Estate of Karen Juday | 230 | Estate of Gilbert Ruiz |
| 185 | Estate of Henry Miller | 231 | Estate of Steven Russin |
| 186 | Estate of Robert Alan Miller | 232 | Estate of Edward Ryan |
| 187 | Estate of Louis J. Minervino | 233 | Estate of Matthew Ryan |
| 188 | Estate of Louis Modafferi | 234 | Estate of Thierry Saada |
| 189 | Estate of Manuel Mojica | 235 | Estate of Carmen Rodriguez |
| 190 | Estate of Krishna Moorthy | 236 | Estate of Nicholas Rossomando |
| 191 | Estate of Linda Oliva | 237 | Estate of Dennis Scauso |
| 192 | Estate of Marco Motroni | 238 | Estate of Jeffery Schreier |
| 193 | Estate of Matthew T. O'Mahony | 239 | Estate of Joseph P. Shea |
| 194 | Estate of Patrick Murphy | 240 | Estate of John A. Sherry |
| 195 | Estate of Mildred R. Naiman | 241 | Estate of Mark Shulman |
| 196 | Estate of Karen S. Navarro | 242 | Estate of David Silver |
| 197 | Estate of Theresa Nelson-Risco | 243 | Estate of Michael J. Simon |
| 198 | Estate of Michael Noeth | 244 | Estate of Khamladai Singh |
| 199 | Estate of Robert W. Noonan | 245 | Estate of Muriel F. Siskopoulos |
| 200 | Estate of Brian C. Novotny | 246 | Estate of James G. Smith |
| 201 | Estate of Diana O'Connor | 247 | Estate of Astrid Sohan |
| 202 | Estate of James A. O'Grady | 248 | Estate of Mary Trentini |
| 203 | Estate of Edward 'Eddie' Oliver | 249 | Estate of James A. Trentini |
| 204 | Estate of Betty Ann Ong | 250 | Estate of Donald F. Jr. Spampinato |
| 205 | Estate of Jeffery Palazzo | 251 | Estate of Laurence T. Stack |
| 206 | Estate of John Paolillo | 252 | Estate of Lisa Terry |
| 207 | Estate of Suzanne H. Passaro | 253 | Estate of Brian Sweeney |
| 208 | Estate of Anthony Perez | 254 | Estate of Sean Patrick Tallon |
| 209 | Estate of Christopher Pickford | 255 | Estate of Alan Tarasiewicz |
| 210 | Estate of Arturo Sereno | 256 | Estate of Jody Tepedino Nicholo |
| 211 | Estate of Shawn Powell | 257 | Estate of Goumatie Thackurdeen |
| 212 | Estate of Vincent Princiotta | 258 | Estate of Thomas F. Jr. Theurkauf |
| 213 | Estate of John F. Puckett | 259 | Estate of Nigel Thompson |
| 214 | Estate of Sonia M. Puopolo | 260 | Estate of Mary E. Tiesi |
| 215 | Estate of Patrick Quigley | 261 | Estate of Terrance Aiken |
| 216 | Estate of Eugene J. Raggio | 262 | Estate of Robert T. Twomey |
| 217 | Estate of Alfred Todd Rancke | 263 | Estate of Tyler Ugolyn |
| 218 | Estate of Adam D. Rand | 264 | Estate of Elsy C. Osorio |
| 219 | Estate of Amenia Rasool | 265 | Estate of Carlton F. II Valvo |
| 220 | Estate of Roger Rasweiler | 266 | Estate of Celeste Torres Victoria |
| 221 | Estate of Christopher Regenhard | 267 | Estate of Sharon Christina Milan |
| 222 | Estate of Leah Oliver | 268 | Estate of Chantal Vincelli |
| 223 | Estate of Clarin S. Schwartz | 269 | Estate of Lawrence J. Virgilio |
| 224 | Estate of Anthony Rodriguez | 270 | Estate of Honor Elizabeth Waino |
| 225 | Estate of Brooke D. Rosenbaum | 271 | Estate of Glen Wall |
| 226 | Estate of Lloyd Rosenberg | 272 | Estate of Christine Barbuto |

| # | Name | # | Name |
|---|---|---|---|
| 273 | Estate of Todd C. Weaver | 319 | Estate of Gregory Reda |
| 274 | Estate of Timothy Welty | 320 | Estate of Isaias Rivera |
| 275 | Estate of Karen E. Hagerty | 321 | Estate of David E. Rivers |
| 276 | Estate of David Wiswall | 322 | Estate of Earl Shanahan |
| 277 | Estate of Christopher Wodenshek | 323 | Estate of Sandra Taylor |
| 278 | Estate of Elkin Yuen | 324 | Estate of David Tirado |
| 279 | Estate of Michael H. Waye | 325 | Estate of Jon Vandevander |
| 280 | Estate of Joseph J. Zuccala | 326 | Estate of Simon V. Weiser |
| 281 | Estate of Andrew Zucker | 327 | Estate of Louis C. III Williams |
| 282 | Estate of Alan J. Lederman | 328 | Estate of Pauline Tull-Franics |
| 283 | Estate of Angelo Amaranto | 329 | Estate of Edelmiro Abad |
| 284 | Estate of Michael Arczynski | 330 | Estate of Terence Jr. Adderley |
| 285 | Estate of Brian P. Dale | 331 | Estate of David Agnes |
| 286 | Estate of James W. Barbella | 332 | Estate of Joanne Ahladiotis |
| 287 | Estate of Joshua Birnbaum | 333 | Estate of Jon L. Albert |
| 288 | Estate of Sean Booker | 334 | Estate of Dominick J. Berardi |
| 289 | Estate of Kimberly S. Bowers | 335 | Estate of William R. Bethke |
| 290 | Estate of Alfred Braca | 336 | Estate of Harry A. Jr. Blanding |
| 291 | Estate of Michelle L. Robatham | 337 | Estate of Edward Brennan |
| 292 | Estate of Michael T. Carroll | 338 | Estate of Mark Bruce |
| 293 | Estate of Ruth Lapin | 339 | Estate of Thomas Daniel Burke |
| 294 | Estate of Robert Cruikshank | 340 | Estate of Thomas M. Butler |
| 295 | Estate of Mannie L. Clark | 341 | Estate of John Cahill |
| 296 | Estate of Christopher Dincuff | 342 | Estate of Philip Calcagno |
| 297 | Estate of Irina Buslo | 343 | Estate of Vincent A. Cangelosi |
| 298 | Estate of Valerie S. Ellis | 344 | Estate of Louis Caporicci |
| 299 | Estate of William Erwin | 345 | Estate of Dennis Carey |
| 300 | Estate of George J. Ferguson | 346 | Estate of Thomas E. III Sinton |
| 301 | Estate of Kevin Frawley | 347 | Estate of Jeremy Carrington |
| 302 | Estate of Cynthia Giugliano | 348 | Estate of Leonard M., Jr. Castrianno |
| 303 | Estate of Joseph Grillo | 349 | Estate of Jason Cefalu |
| 304 | Estate of Raul Hernandez | 350 | Estate of Delrose Cheatham |
| 305 | Estate of Bradely Hoorn | 351 | Estate of Michael Clarke |
| 306 | Estate of Milagros Hromada | 352 | Estate of Eugene Clark |
| 307 | Estate of Thomas Hughes | 353 | Estate of Susan M. Clyne |
| 308 | Estate of Daniel Ilkanayev | 354 | Estate of Steven Coakley |
| 309 | Estate of Harold Lizcano | 355 | Estate of Joseph Corbett |
| 310 | Estate of James Mcalary | 356 | Estate of Conrod Cottoy |
| 311 | Estate of Robert McCarthy | 357 | Estate of Andrew Gilbert |
| 312 | Estate of Timothy Mcsweeney | 358 | Estate of Denise Crant |
| 313 | Estate of Linda C. Mair Grayling | 359 | Estate of James L. Crawford |
| 314 | Estate of Gerald Thomas O'Leary | 360 | Estate of Lucy Crifasi |
| 315 | Estate of Michael Opperman | 361 | Estate of Dennis A. Cross |
| 316 | Estate of David Angell | 362 | Estate of Eduvigis Jr. Reyes |
| 317 | Estate of Lynn Angell | 363 | Estate of Beverly Curry |
| 318 | Estate of Manish Patel | 364 | Estate of Thomas P. Deangelis |

| # | Estate | # | Estate |
|---|---|---|---|
| 365 | Estate of James V. Deblase | 412 | Estate of Neil Leavy |
| 366 | Estate of Anthony Demas | 413 | Estate of Richard Lee |
| 367 | Estate of Francis Deming | 414 | Estate of Anthony Hawkins |
| 368 | Estate of Christain Desimone | 415 | Estate of Adrianna Legro |
| 369 | Estate of Robert Jr. Devitt | 416 | Estate of Jeffery E. Leveen |
| 370 | Estate of Michael Diagostino | 417 | Estate of Marie Lukas |
| 371 | Estate of Douglas Distefano | 418 | Estate of Michael Lunden |
| 372 | Estate of Lisa Egan | 419 | Estate of Laura A. Giglio |
| 373 | Estate of Samantha Egan | 420 | Estate of Keithroy Maynard |
| 374 | Estate of John B. Eagleson | 421 | Estate of Justin McCarthy |
| 375 | Estate of Fanny Espinoza | 422 | Estate of Michael McCarthy |
| 376 | Estate of William Fallon | 423 | Estate of Matthew Mcdermott |
| 377 | Estate of Anthony Fallone | 424 | Estate of John T. Mcerlean |
| 378 | Estate of John Fanning | 425 | Estate of William J. Mcgovern |
| 379 | Estate of Clyde Jr. Frazier | 426 | Estate of George III Mclaughlin |
| 380 | Estate of Peter L. Freund | 427 | Estate of Martin Michelstein |
| 381 | Estate of Arlene Fried | 428 | Estate of George Merkouris |
| 382 | Estate of Peter Fry | 429 | Estate of John Monahan |
| 383 | Estate of John Gallagher | 430 | Estate of George Morell |
| 384 | Estate of Edmund Glazer | 431 | Estate of Dennis Moroney |
| 385 | Estate of Rocco N. Gargano | 432 | Estate of William Moskal |
| 386 | Estate of James Gartenberg | 433 | Estate of Charles A. Murphy |
| 387 | Estate of Peter Gelinas | 434 | Estate of Brian Murphy |
| 388 | Estate of Steven Geller | 435 | Estate of Richard Myhre |
| 389 | Estate of Joseph Giaccone | 436 | Estate of Kerene Gordon |
| 390 | Estate of Calvin Gooding | 437 | Estate of Cano Gallo |
| 391 | Estate of Wade Brian Green | 438 | Estate of Jeffery Nussbaum |
| 392 | Estate of Douglas B. Gurian | 439 | Estate of Dennis Jr. O'Connor |
| 393 | Estate of Dana K. Hannon | 440 | Estate of Richard O'Connor |
| 394 | Estate of James Haran | 441 | Estate of Lesley Thomas |
| 395 | Estate of Stewart D. Harris | 442 | Estate of Sean O'Neill |
| 396 | Estate of Monica E. Dejesus | 443 | Estate of Ruben Ornedo |
| 397 | Estate of Thomas Hobbs | 444 | Estate of Alexander Steinman |
| 398 | Estate of Marcia Hoffman | 445 | Estate of James Ostrowski |
| 399 | Estate of Johnathan Hohmann | 446 | Estate of Jason Oswald |
| 400 | Estate of George Howard | 447 | Estate of Michael C. Ou |
| 401 | Estate of Virginia Jablonski | 448 | Estate of Peter Owens |
| 402 | Estate of Brook A. Jackman | 449 | Estate of Angel Pabon |
| 404 | Estate of Shari Kandell | 450 | Estate of Victor Hugo Gutierrez Paz |
| 405 | Estate of John Katsimatides | 451 | Estate of Stacey Peak |
| 406 | Estate of Richard Keane | 452 | Estate of Mike Pelletier |
| 407 | Estate of Timothy C. Kelly | 453 | Estate of Michael Berkeley |
| 408 | Estate of Joseph A. Kelly | 454 | Estate of Joseph Perroncino |
| 409 | Estate of Brian Warner | 455 | Estate of Edward Perrotta |
| 410 | Estate of Karen Klitzman | 456 | Estate of Joanne Cregan |
| 411 | Estate of Hamiduo S. Larry | 457 | Estate of Gregory Richards |