| # | Name | # | Name |
|---|---|---|---|
| 458 | Estate of Richard Prunty | 504 | Estate of Robert W. Jr. Spear |
| 459 | Estate of Joseph R. Riverso | 505 | Estate of Anthony Starita |
| 460 | Estate of Paul Rizza | 506 | Estate of Keiichiro Takahashi |
| 461 | Estate of Donald Robson | 507 | Estate of Japhet Aryee |
| 462 | Estate of Peter Biefield | 508 | Estate of Gregg A. Atlas |
| 463 | Estate of Scott W. Rohner | 509 | Estate of Inna Basin |
| 464 | Estate of Luis E. Torres | 510 | Estate of Graham Berkeley |
| 465 | Estate of Eric Sand | 511 | Estate of David S. Berry |
| 466 | Estate of Susan Santo | 512 | Estate of Gennady Boyarsky |
| 467 | Estate of Robert Scandole | 513 | Estate of Sandra W. Bradshaw |
| 468 | Estate of Sean Schielke | 514 | Estate of Kevin Colbert |
| 469 | Estate of Marisa Dinardo | 515 | Estate of William Dean |
| 470 | Estate of Mark Schwartz | 516 | Estate of Neil Wright |
| 471 | Estate of Adrianne Scibetta | 517 | Estate of Eugene Kniazev |
| 472 | Estate of Arthur Scullin | 518 | Estate of Arkady Zaltsman |
| 473 | Estate of Khalid Shahid | 519 | Estate of David Brandhorst |
| 474 | Estate of Jayesh Shah | 520 | Estate of Peter Goodrich |
| 475 | Estate of Gary Shamay | 521 | Estate of Tawanna Griffin |
| 476 | Estate of Leonard Snyder | 522 | Estate of Shannon L. Adams |
| 477 | Estate of Saranya Srinuan | 523 | Estate of Abraham Ilowitz |
| 478 | Estate of Alexandru Stan | 524 | Estate of Boris Khalif |
| 479 | Estate of James J. Straine | 525 | Estate of Hyun Joon Lee |
| 480 | Estate of John F. Swaine | 526 | Estate of Andrew Kim |
| 481 | Estate of Keiji Takahashi | 527 | Estate of Irina Kolpakov |
| 482 | Estate of Andrew Kates | 528 | Estate of Pendyala Vamsikrishna |
| 483 | Estate of Diane T. Lipari | 529 | Estate of Prasanna Kalahasthi |
| 484 | Estate of Daniel Trant | 530 | Estate of Alexey Razuvaev |
| 485 | Estate of William P. Tselepis | 531 | Estate of Joseph Maio |
| 486 | Estate of Jonathan Uman | 532 | Estate of Bernard Mascarenhas |
| 487 | Estate of Joseph Vilardo | 533 | Estate of Joel Miller |
| 488 | Estate of Lisa Karen Orfi-Ehrlich | 534 | Estate of Nancy Morgenstern |
| 489 | Estate of Frank Wisniewski | 535 | Estate of Marc A. Murolo |
| 490 | Estate of William J. Wik | 536 | Estate of Kathleen Shearer |
| 491 | Estate of Katherine Wolf | 537 | Estate of Kathleen A. Nicosia |
| 492 | Estate of Martin Wortley | 538 | Estate of Kaleen Pezzuti |
| 493 | Estate of Michael Zinzi | 539 | Estate of Todd Reuben |
| 494 | Estate of Charles A. Zion | 540 | Estate of Tatiana Ryjova |
| 495 | Estate of James M. Amato | 541 | Estate of Carlos Lillo |
| 496 | Estate of John P. Burnside | 542 | Estate of Phillip Rosenzweig |
| 497 | Estate of Patricia Colodner | 543 | Estate of Jonathan S. Ryan |
| 498 | Estate of John Fischer | 544 | Estate of David J. Statkevicus |
| 499 | Estate of Thomas PALAZZO | 545 | Estate of Michael Tarrou |
| 500 | Estate of William G. Minardi | 546 | Estate of Lorisa Taylor |
| 501 | Estate of James B. Reilly | 547 | Estate of Frederick III Rimmelle |
| 502 | Estate of Paul F. Sarle | 548 | Estate of Anna Debarrera |
| 503 | Estate of Daniel J. Shea | 549 | Estate of Michele Reed |

| | | | |
|---|---|---|---|
| 550 | Estate of Soledi Colon | 598 | Estate of Maureen Olson |
| 551 | Estate of Robert Higley | 599 | Estate of Alexander Ortiz |
| 552 | Estate of Mark Ludvigsen | 600 | Estate of Deepa Pakkala |
| 553 | Estate of Andrew Knox | 601 | Estate of Bettina Browne-Radburn |
| 554 | Estate of Nicholas Lassman | 602 | Estate of Angel Perez |
| 555 | Estate of Yang Der Lee | 603 | Estate of Benito Valentin |
| 556 | Estate of Karen A. Martin | 604 | Estate of Norman Rossinow |
| 557 | Estate of Steve Mercado | 605 | Estate of Christina S. Ryook |
| 558 | Estate of Michael J. Pascuma | 606 | Estate of Joseph Sacerdote |
| 559 | Estate of Horan Passananti | 607 | Estate of Eric Eisenberg |
| 560 | Estate of Kevin Pfeifer | 608 | Estate of Kevin Smith |
| 561 | Estate of Laurence Polatsch | 609 | Estate of Norma Taddei |
| 562 | Estate of Donald Regan | 610 | Estate of Jorge Velazquez |
| 563 | Estate of John A. Reo | 611 | Estate of Joanne F. Weil |
| 564 | Estate of Christopher Santoro | 612 | Estate of Debbie Williams |
| 565 | Estate of Deepika Sattaluri | 613 | Estate of Brian P. Williams |
| 566 | Estate of Lance Tumulty | 614 | Estate of Joseph Zaccoli |
| 567 | Estate of Kui Fai Kwok | 615 | Estate of Mark Zangrilli |
| 568 | Estate of Ivelin Ziminski | 616 | Estate of Prokopias Zois |
| 569 | Estate of Joseph J. Angelini | 617 | Estate of Neil Levin |
| 570 | Estate of Faustino Apostol | 618 | Estate of Carmen Fernandez |
| 571 | Estate of Nina P. Bell | 619 | Estate of Vincent Laieta |
| 572 | Estate of Larry Bowman | 620 | Estate of Waleska Martinez |
| 573 | Estate of Mark Carney | 621 | Estate of Luke Rambousek |
| 576 | Estate of Vincent Danz | 622 | Estate of Steven Weinberg |
| 577 | Estate of Amy O'Doherty | 623 | Estate of Martin Wohlforth |
| 578 | Estate of Joseph Della Pietra | 624 | Estate of Paul Beyer |
| 579 | Estate of David T. Fontana | 625 | Estate of Ruben Correa |
| 580 | Estate of William Gardner | 626 | Estate of Suzanne Geraty |
| 581 | Estate of John Giordano | 627 | Estate of Brian Hickey |
| 582 | Estate of Florence M. Gregory | 628 | Estate of Thomas Mingione |
| 583 | Estate of Leonard Hatton | 629 | Estate of Michael Mullan |
| 584 | Estate of Andrew LaCorte | 630 | Estate of Kevin Reilly |
| 585 | Estate of Charles Jones | 631 | Estate of Frederick Ill |
| 586 | Estate of Robert Kennedy | 632 | Estate of James Leahy |
| 587 | Estate of James P. Ladley | 633 | Estate of William Johnson |
| 588 | Estate of Stephen Lamantia | 634 | Estate of Gregory Saucedo |
| 589 | Estate of Gary E. Lasko | 635 | Estate of Stanley Smagala |
| 590 | Estate of Margaret Lewis | 636 | Estate of Ramon Suarez |
| 591 | Estate of Michael Lynch | 637 | Estate of Michael Roberts |
| 592 | Estate of Thomas J. Mccann | 638 | Estate of Gerald Atwood |
| 593 | Estate of Charles A. Mccrann | 639 | Estate of Richard Aronow |
| 594 | Estate of Mirna A. Daurte | 640 | Estate of Charles Burlingame |
| 595 | Estate of Lorraine Lisi | 641 | Estate of Maria Abad |
| 596 | Estate of Robert Shearer | 642 | Estate of David Barkway |
| 597 | Estate of Thomas G. O'Hagan | 643 | Estate of Kenneth Basnicki |

| | | | |
|---|---|---|---|
| 644 | Estate of Kris Bishundat | 690 | Estate of Brian Magee |
| 645 | Estate of Michael Bocchino | 691 | Estate of Edward Maloney |
| 646 | Estate of Bruce Boehm | 692 | Estate of Terence Manning |
| 647 | Estate of Francisco Bourdier | 693 | Estate of Francis Mcguinn |
| 648 | Estate of Ronald Breitweiser | 694 | Estate of Thomas Mchale |
| 649 | Estate of Peter Brennan | 695 | Estate of Robert Mclaughlin |
| 650 | Estate of Vincent Brunton | 696 | Estate of Laura Morabito |
| 651 | Estate of Anthony Coladonato | 697 | Estate of Kathleen Moran |
| 652 | Estate of James Cove | 698 | Estate of Christopher M. Morrison |
| 653 | Estate of Neil Cudmore | 699 | Estate of Michael Mullan |
| 654 | Estate of Scott Davidson | 701 | Estate of Christopher Newton |
| 655 | Estate of Donald Delapenha | 702 | Estate of Christopher Newton-Carter |
| 656 | Estate of Joseph Dickey | 703 | Estate of Timothy O'Brien |
| 657 | Estate of Eddie Dillard | 705 | Estate of Jane Orth |
| 658 | Estate of William Dimmling | 706 | Estate of Emilio Ortiz |
| 659 | Estate of James Domanico | 707 | Estate of Christopher Panatier |
| 660 | Estate of Mary Dowling | 708 | Estate of Bernard Patterson |
| 661 | Estate of Charles Droz | 709 | Estate of James Quinn |
| 662 | Estate of Robert Eaton | 710 | Estate of Howard Reich |
| 663 | Estate of Christopher Faughnan | 711 | Estate of James Riches |
| 664 | Estate of Henry Fernandez | 712 | Estate of Marjorie Salamone |
| 665 | Estate of Bradley Fetchet | 713 | Estate of John Salerno |
| 666 | Estate of Michael Finnegan | 714 | Estate of Frank Salvaterra |
| 667 | Estate of Giann Gamboa | 715 | Estate of Michael San Phillip |
| 668 | Estate of James Geyer | 716 | Estate of Michael Seaman |
| 669 | Estate of Andrew Golkin | 717 | Estate of Craig Silverstein |
| 670 | Estate of Ian Gray | 718 | Estate of Barry Simowitz |
| 671 | Estate of Barbara Habib | 719 | Estate of Christopher Slattery |
| 672 | Estate of Michele Heidenberger | 720 | Estate of Robert Sliwak |
| 673 | Estate of Kristin Ryan | 721 | Estate of Heather Smith |
| 674 | Estate of Aram Iskenderian | 722 | Estate of Robert Spencer |
| 675 | Estate of Mark Jardim | 723 | Estate of William Steckman |
| 676 | Estate of Robert Jordan | 724 | Estate of Kevin Szocik |
| 677 | Estate of Ann Judge | 725 | Estate of Nichola Thorpe |
| 678 | Estate of Frederick Kelley | 726 | Estate of Richard Todisco |
| 679 | Estate of James Kelly | 727 | Estate of Vladimir Tomasevic |
| 680 | Estate of Vanessa Kolpak | 728 | Estate of Stephen Tompsett |
| 681 | Estate of David Kovalcin | 729 | Estate of Michael Tucker |
| 682 | Estate of Brendan Lang | 730 | Estate of Ronald Vauk |
| 683 | Estate of Roseann Lang | 731 | Estate of Garo Voskerijian |
| 684 | Estate of Scott Larsen | 732 | Estate of John Wallice |
| 685 | Estate of Joseph Leavey | 733 | Estate of Dinah Webster |
| 686 | Estate of Robert Lenoir | 734 | Estate of David Weiss |
| 687 | Estate of Vincent Litto | 735 | Estate of Deborah Welsh |
| 688 | Estate of Daniel Lopez | 736 | Estate of Jennifer Wong |
| 689 | Estate of Farrell Lynch | 737 | Estate of John Works |

| | | | |
|---|---|---|---|
| 738 | Estate of Swede Chevalier | 784 | Estate of Mathew Gianna |
| 739 | Estate of Carlos Dominguez | 785 | Estate of Gerard Rauzi |
| 740 | Estate of Laura Gilly | 786 | Estate of William Wilson |
| 741 | Estate of Won-Hyeong Song | 787 | Estate of William Wren |
| 742 | Estate of Michael Taddonio | 788 | Estate of Charles Mathers |
| 743 | Estate of Gregory Buck | 789 | Estate of Francois Jean-Pierre |
| 744 | Estate of Pamela Chu | 790 | Estate of Rodney Wotton |
| 745 | Estate of Mary D'Antonio | 791 | Estate of W. David Bauer |
| 746 | Estate of Thomas Dennis | 792 | Estate of Colin Bonnett |
| 747 | Estate of Enrique Gomez | 793 | Estate of Thomas Bowden |
| 748 | Estate of Jose Gomez | 794 | Estate of Shawn Bowman |
| 749 | Estate of Elvira Granitto | 795 | Estate of John Candela |
| 750 | Estate of H. Joseph Heller | 796 | Estate of Steven Schlag |
| 751 | Estate of Joseph Henry | 797 | Estate of Kevin Murphy |
| 752 | Estate of Joon Kang | 798 | Estate of Salvatore Zisa |
| 753 | Estate of Brian Kinney | 799 | Estate of Donald Jones |
| 754 | Estate of John Kren | 800 | Estate of Scott Vasel |
| 755 | Estate of John Levi | 801 | Estate of David Meyer |
| 756 | Estate of Richard Lynch | 802 | Estate of Vincenzo Gallucci |
| 757 | Estate of James Maounis | 803 | Estate of Ronald Orsini |
| 758 | Estate of James Martello | 804 | Estate of Kevin Hannaford |
| 759 | Estate of Teddington Moy | 805 | Estate of Steven Goldstein |
| 760 | Estate of Frank Naples | 806 | Estate of Ronald Magnuson |
| 761 | Estate of Peter Ortale | 807 | Estate of Jack D'Ambrosi |
| 762 | Estate of Sonia Ortiz | 808 | Estate of Jay Magazine |
| 763 | Estate of Todd Pelino | 809 | Estate of Daniel Maher |
| 764 | Estate of Steven Pollicino | 810 | Estate of Kristen Montanaro |
| 765 | Estate of Eric Ropiteau | 811 | Estate of Michael Tanner |
| 766 | Estate of Carlos Samaniego | 812 | Estate of Edward Carlino |
| 767 | Estate of Selina Sutter | 813 | Estate of Anil Bharvaney |
| 768 | Estate of Brian Terrenzi | 815 | Estate of Milton Bustillo |
| 769 | Estate of Kenneth Waldie | 816 | Estate of Carl Difranco |
| 770 | Estate of Richard Fitzsimons | 817 | Estate of Catherine Macrae |
| 771 | Estate of Dennis O'Berg | 818 | Estate of Nancy Mauro |
| 772 | Estate of Frank Palombo | 819 | Estate of Stacey Sanders |
| 773 | Estate of Eric Evans | 820 | Estate of Jean Peterson |
| 774 | Estate of Mary Booth | 821 | Estate of Edward Felt |
| 775 | Estate of Mari-Rae Sopper | 822 | Estate of Joseph Keller |
| 776 | Estate of Sean Lynch | 823 | Estate of Jeremy Glick |
| 777 | Estate of Edmund Mcnally | 824 | Estate of Linda Gronlund |
| 778 | Estate of Patricia Mickley | 825 | Estate of David Dimeglio |
| 779 | Estate of Daphne Pouletsos | 826 | Estate of Bryan Jack |
| 780 | Estate of Rajesh Mirpuri | 827 | Estate of Donna Giordano |
| 781 | Estate of Jeffrey Mladenik | 828 | Estate of David Vargas |
| 782 | Estate of Jack Punches | 829 | Estate of Thomas Swift |
| 783 | Estate of Janice Scott | 830 | Estate of Todd Beamer |

| | |
|---|---|
| 831 | Estate of Thomas Brennan |
| 832 | Estate of Paul Beatini |
| 833 | Estate of Patrick Danahy |
| 834 | Estate of Alan Wisniewski |
| 835 | Estate of Michael Cunningham |
| 836 | Estate of Sean Rooney |
| 837 | Estate of John Ryan |
| 838 | Estate of Howard Kane |
| 839 | Estate of Joseph Sisolak |
| 840 | Estate of Scott Johnson |
| 841 | Estate of Adam Lewis |
| 842 | Estate of Noel Foster |
| 843 | Estate of Kevin York |
| 844 | Estate of Kenneth Tarantino |
| 845 | Estate of Daniel Smith |
| 846 | Estate of Ian Schneider |
| 847 | Estate of Stephen Dimino |
| 848 | Estate of Esmerlin Salcedo |
| 849 | Estate of Jonathan Connors |
| 850 | Estate of Gerard Baptiste |
| 851 | Estate of Daniel Crisman |

---

[1] Decedent's 109, 403, 574, 574, 700, 704, 814 have been omitted due to the circumstances outlined in our cover letter.