# Exhibit C



**MoloLamken**

Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.536.2011
rkry@mololamken.com
www.mololamken.com

January 14, 2016

J. Scott Tarbutton
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000
SCarter1@cozen.com

BY EMAIL

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570 (GBD) (FM) (S.D.N.Y.)

Dear Scott:

    We write in response to your January 5, 2016 letter raising various issues with respect to Dallah Avco's document production. As mentioned in an earlier email, the last-minute timing of your letter makes it impossible to respond completely within the current schedule for motions to compel. We advised that we had completed production on June 3, 2015, and we exchanged emails around June 16, 2015, about a proposed meet and confer. You never responded to our email proposing dates for that meeting, and we never heard back from you again until December 2015. Those delays have made it much more difficult for us to work constructively with you to resolve any follow-up issues.

    In addition, Dallah Avco maintains its objections to searching for documents that do not relate to Omar al Bayoumi. The Second Circuit remanded this case for jurisdictional discovery concerning Omar al Bayoumi. Discovery unrelated to that topic is inconsistent with the Second Circuit's mandate and the limited scope of discovery permitted at this stage. Dallah Avco has already undertaken extraordinary efforts to search for documents, including retrieving more than 2 million pages of ANSS files from Dallah City that were reviewed by approximately 20 people working across two shifts from 10 a.m. to 10 p.m. each workday. Our client is not going to repeat that laborious process to search for other documents relating to different topics.

    With those caveats, some of the items on your follow-up list of questions are within the scope of legitimate discovery, and we have provided responses within the limited amount of time afforded by your letter. Please find our responses below. Each of the following responses is subject to the general and specific objections previously set forth.

1. **Omitted correspondence referenced in letter at Bates No. DA001357. Dallah Avco produced a copy of an April 17, 1999 letter sent by the Saudi President of Civil Aviation ("PCA") to the Office of the Saudi Minister of Defense and Aviation, requesting the urgent approval of an extension of Omar al Bayoumi's secondment with Dallah Avco. The PCA letter references an enclosed request from Dallah Avco, but that enclosure has not been produced. Please produce that document. We also do not have the document from the Minister of Defense and Aviation approving the extension of Omar al Bayoumi's secondment. Please produce that document as well.**

   With respect to the "enclosed request from Dallah Avco" referenced in the PCA letter, we previously produced that document at DA001110.

   With respect to the "document from the Minister of Defense and Aviation approving the extension of Omar al Bayoumi's secondment" for that year, Dallah Avco produced a decree announcing the secondment at DA001119. Our document search did not identify any other document matching that description for that year, although the search was reasonably designed to identify such documents within Dallah Avco's possession, custody, or control.

2. **Records pertaining to the various positions Omar al Bayoumi is identified to have held during his secondment with Dallah Avco. The documents produced indicate that Omar al Bayoumi was designated as holding a variety of positions during his secondment with Dallah Avco, including but not limited to: Senior Data Processing Technician, Accounting Supervisor, PCA/AE Budget Coordinator, Senior DSS/Programmer, and Senior Contract Specialist. Given those roles, we have asked that Dallah Avco produce: (1) any and all documents that describe the necessary qualifications, skills, credentials, and training for each of those positions; (2) any documents that describe the duties, functions and roles of persons holding those positions; (3) any documents reflecting Omar al Bayoumi's qualifications for those positions; and (4) any documents relating to Omar al Bayoumi's appointment to those positions, or any decision to change his role or title during the terms of his secondment with Dallah Avco.**

   With respect to "documents relating to Omar al Bayoumi's appointment to those positions, or any decision to change his role or title during the terms of his secondment with Dallah Avco," Dallah Avco produced potentially relevant documents at DA000080, DA000081, DA000082, DA000083, DA000084, DA000085, DA000095, DA000097, DA000098, DA000099, DA000286, DA000289, DA000291, DA000292, DA000296, DA000311, DA000323, DA000325, DA000327, DA000440, DA000447, DA000448, DA000450, DA000533, DA000538, DA000540, DA000541, DA000542-43, DA000544-45, DA000546-47, DA000548-49, DA000552-53, DA000598-602, DA000605, DA000606-08, DA000609-611, DA000612-13, DA000618, DA000629, DA000633-35, DA000671, DA000674, DA000675, DA000676, DA000678, DA000732, DA000787, DA000795, DA000802, DA000803, DA000884, DA000886, DA000888, DA000891, DA000893, DA000897, DA000900, DA000901-02, DA000905-909, DA000930, DA000931, DA000935, DA000936, DA000937, DA000938, DA000939, DA000940, DA000539, DA000942, DA000943, DA000947, DA000948, DA000949, DA000950, DA000951, DA000952, DA000958-62, DA000966-70,

DA000981, DA000982, DA000986, DA000987, DA000988, DA000989, DA000990, DA000991, DA001010, DA001011, DA001012, DA001013, DA001014, DA001016, DA001017, DA001032, DA001039-41, DA001042-43, DA001048-51, DA001052-53, DA001054-55, DA001056, DA001057, DA001058-59, DA001060-61, DA001062, DA001063, DA001064, DA001065, DA001066, DA001074, DA001075-76, DA001079-90, DA001092-97, DA001101, DA001102, DA001103, DA001104, DA001107, DA001109, DA001110, DA001111, DA001114, DA001119, DA001120, DA001121, DA001125, DA001127, DA001128, DA001130-31, DA001132, DA001133, DA001134, DA001229, DA001236-37, DA001239, DA001324, DA001326, DA001329, DA001331, DA001335, DA001343, DA001345, DA001350, DA001351-53, DA001354, DA001355, DA001356, DA002287, DA002288, and DA002290. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

With respect to "documents reflecting Omar al Bayoumi's qualifications for those positions," our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified. Our client notes that Omar al Bayoumi was seconded to the ANSS project directly by the PCA; he was not recruited to the project based on any independent review of his qualifications by Dallah Avco. As a result, there is no reason to expect that our client would necessarily have any documents falling within this category.

With respect to "any and all documents that describe the necessary qualifications, skills, credentials, and training for each of th[e] positions" you listed, our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, to the extent they related to Omar al Bayoumi, and we produced whatever responsive, non-privileged documents we identified. Dallah Avco objects to searching for documents within this category that do not relate to Omar al Bayoumi on grounds of overbreadth and undue burden. Nonetheless, without waiving our objections, our client is willing to have us conduct further searches of the previously collected ANSS employee files to identify documents within this category that we could produce notwithstanding those objections.

With respect to "any documents that describe the duties, functions and roles of persons holding those positions," our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, to the extent they related to Omar al Bayoumi, and we produced whatever responsive, non-privileged documents we identified. See our comment above with respect to Dallah Avco's role in Omar al Bayoumi's secondment. Dallah Avco objects to searching for documents within this category that do not relate to Omar al Bayoumi on grounds of overbreadth and undue burden.

3. **Documents relating to similar secondments of Saudi government civil servants with Dallah Avco. As we indicated during prior meet and confers, we believe records relating to other secondments of Saudi government employees to Dallah Avco are of critical relevance to understanding the nature of Dallah Avco's relationship with Omar al Bayoumi. To date, we have not received any such records. We would request that Dallah Avco promptly provide the following documents pertaining to**

3

those issues: (1) any list of Saudi government employees who were seconded to Dallah Avco at any time between 1995 and 2002; (2) any documents relating to any Saudi government employees who were seconded to Dallah Avco between 1995 and 2002; (3) any communications with the Saudi Presidency of Civil Aviation or Saudi Ministry of Defense and Aviation concerning the secondment of any Saudi government employees to Dallah Avco; (4) any and all documents sent to and/or received from the Presidency of Civil Aviation or Saudi Ministry of Defense and Aviation, concerning secondment issues generally; and (5) documents relating to any other persons associated with the Air Navigation Support System ("ANSS") project, for whom Dallah Avco contends it served as a mere paymaster.

With respect to "any list of Saudi government employees who were seconded to Dallah Avco at any time between 1995 and 2002," our client is not aware at this time of any Saudi government employee who was seconded to the ANSS project other than Mr. al Bayoumi, and our investigation to date has not identified any evidence that any Saudi government employee was seconded to the ANSS project other than Mr. al Bayoumi.

With respect to "any documents relating to any Saudi government employees who were seconded to Dallah Avco between 1995 and 2002," "any communications with the Saudi Presidency of Civil Aviation or Saudi Ministry of Defense and Aviation concerning the secondment of any Saudi government employees to Dallah Avco," and "any and all documents sent to and/or received from the Presidency of Civil Aviation or Saudi Ministry of Defense and Aviation, concerning secondment issues generally," Dallah Avco produced potentially relevant documents relating to Omar al Bayoumi at DA000044, DA000080, DA000081, DA000082, DA000083, DA000085, DA000091, DA000092-93, DA000094, DA000289, DA000298, DA000432-33, DA000450, DA00539, DA000540, DA000541, DA000542-45, DA0000546-47, DA000548-49, DA000552-53, DA000578-79, DA000581-87, DA000588-89, DA000591-97, DA000598-603, DA000606-607, DA000609-11, DA000612-13, DA000616-17, DA000629, DA000732, DA000900, DA000901-02, DA000905-09, DA000911-12, DA000914-15, DA000916, DA000917, DA000918, DA000919-20, DA000922-23, DA000930, DA000931, DA000932, DA000933, DA000935, DA000936, DA000937, DA000938, DA000939, DA000940, DA000942-45, DA000947-52, DA000958-62, DA000995, DA001010, DA001011, DA001012, DA001013, DA001014, DA001016, DA001017, DA001043, DA001047, DA001056, DA001057, DA001059, DA001062, DA001066, DA001073, DA001074, DA001076, DA001092-99, DA001101, DA001102, DA001103, DA001104, DA001107, DA001108, DA001109, DA001110, DA001111, DA001112, DA001113, DA001114, DA001118, DA001119, DA001120, DA001121, DA001122, DA001123, DA001124, DA001125, DA001126, DA001127, DA001128, DA001129, DA001130-31, DA001132, DA001133, DA001134, DA001239, DA001342, DA001343, DA001354, DA001356, DA001357, DA002287, and DA002290. As noted above, our client is not aware at this time of any Saudi government employee who was seconded to the ANSS project other than Mr. al Bayoumi. In any event, our client objects to searching for documents that do not relate to Omar al Bayoumi on grounds of overbreadth and undue burden.

With respect to "documents relating to any other persons associated with the Air Navigation Support System ('ANSS') project, for whom Dallah Avco contends it served as a

mere paymaster," Dallah Avco contends that it served as a mere paymaster for all ANSS employees and hence objects to this request on grounds of overbreadth and undue burden.

4. **Omar al Bayoumi's personnel or personal files. Various documents pertaining to Omar al Bayoumi include a notation that the document should be filed in the "Omar Bayoumi file," "employee file," or "Datac file," indicating that Dallah Avco maintained personnel and/ or personal files for Omar al Bayoumi. See DA001102. Please provide all such files for Omar al Bayoumi. If Dallah Avco contends that it is not possible to produce these files, plaintiffs request that Dallah Avco provide a detailed explanation as to why they cannot be produced.**

We previously produced Omar al Bayoumi's ANSS employee file at DA000996-1341 and DA001344-57. Our client is not aware of any other Omar al Bayoumi employee file, nor did our document search identify any other Omar al Bayoumi employee file.

5. **The documents indicate that Omar al Bayoumi's secondment with Dallah Avco was approved at senior levels of the Saudi government, as reflected by the correspondence produced at DA000044, DA000091, DA001101, DA001104, DA001111, DA001118, DA001119-21. The specific Saudi government officials responsible for Omar al Bayoumi's secondment, as reflected in the documents, include Ali bin Abd al Rahman al Khalaf, Muhammad Ahmad al Salimi, Abd al Rahim Nuri Jastaniah, Anas Ismail Habes, and Abd al Aziz bin Abd al Karim al Anqari. Please provide any other documents in Dallah Avco's possession, custody and control that reference those officials.**

Dallah Avco has already produced numerous documents referencing those Saudi government officials that relate to Omar al Bayoumi. See, for example, the following documents:

Mr. al Khalaf: DA000086-87, DA000088, DA000094, DA000542-43, DA000544-45, DA000583-85, DA000593-95, DA000610-11, DA000634-35, DA000641-43, DA000651-53, DA000661-63, DA000905, DA000906, DA000916-18, DA000924-26, DA000935-36, DA000947-48, DA000958-59, DA000966-67, DA000986-87, DA001010, DA001011, DA001062, DA001074, DA001092-93, DA001103, DA001114, DA001118, DA001122, DA001125, DA001126, DA001129, DA001130-31, DA001133, DA001134.

Mr. al Salmi: DA000044, DA000078-79, DA000080, DA000081, DA000082, DA000083, DA000091, DA000092-93, DA000289, DA000298, DA000413-14, DA000432-33, DA000450, DA000578-79, DA000581-82, DA000588-89, DA000590-91, DA000606-07, DA000609, DA000612-13, DA000616-17, DA000629, DA000633, DA000639-40, DA000646, DA000649-50, DA000656-57, DA000659-60, DA000676, DA000787, DA000900-02, DA000911-12, DA000914-15, DA000922-23, DA000930, DA000931, DA000932, DA000933, DA000940, DA000942-44, DA000952, DA000981, DA000982, DA000983, DA000984, DA000991, DA001016, DA001017, DA001043, DA001056, DA0001057, DA001059, DA001066, DA001076, DA001097-99,

5

DA001101, DA001102, DA001104, DA001105-06, DA001107, DA001108, DA001112, DA001113, DA001123, DA001124, DA001132, DA001239, DA002267-69, DA002281-82, DA002287, DA002290.

Mr. Jestiniya: DA000091, DA000933, DA000934, DA000944-45, DA000983-84, DA001098-99, DA001108, DA001112, DA001113, DA001123, DA001124.

Mr. al Ankari: DA00540, DA000541, DA000546-47, DA000552-53, DA000732, DA000907, DA000908, DA000909, DA000937-39, DA000949-51, DA000960-62, DA000968-70, DA000988-90, DA001012, DA001013, DA001014, DA001094-96, DA001119, DA001120, DA001121, DA001128.

Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, to the extent they related to Omar al Bayoumi, and we produced whatever responsive, non-privileged documents we identified. Dallah Avco objects to this question on grounds of overbreadth and undue burden to the extent it seeks documents referencing these officials that do not relate to Mr. Al Bayoumi.

Also please note that your question incorrectly identifies Anas Ismail Habes as a Saudi government official. He was in fact an employee of Dallah Avco.

6. **Documents relating to Dallah Avco's Chairman of the Board of Directors, Alawi Muhammad Said Kamel. On multiple occasions, Mr. Kamel was personally involved in asking the Presidency of Civil Aviation ("PCA") to extend Omar al Bayoumi's secondment to Dallah Avco for the Air Navigation Support System ("ANSS") project. See DA001107, DA001110. Please provide all other documents in Dallah Avco's possession regarding Mr. Kamel's oversight, supervision or involvement in Omar al Bayoumi's secondment to Dallah Avco. Please also provide all documents relating to Mr. Kamel's oversight, supervision or involvement in the secondment of other individuals to Dallah Avco, particularly in relation to the ANSS project.**

With respect to documents "regarding Mr. Kamel's oversight, supervision or involvement in Omar al Bayoumi's secondment to Dallah Avco," Dallah Avco produced potentially relevant documents at DA000078-79, DA000092-93, DA000432-33, DA000539, DA000578-79, DA000581-82, DA000588-89, DA000590-91, DA000616-17, DA000639-40, DA000649-50, DA000656-57, DA000659-60, DA000901-02, DA000911-12, DA000914-15, DA000922-23, DA000931, DA000943, DA000982, DA001101, DA001102, DA001107, DA001110, and DA001132. Our document search was reasonably designed to identify documents in this subcategory within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

With respect to "all documents relating to Mr. Kamel's oversight, supervision or involvement in the secondment of other individuals to Dallah Avco, particularly in relation to the ANSS project," as noted above, our client is not aware at this time of any Saudi government employee seconded to the ANSS project other than Mr. Omar al Bayoumi. Our client objects to

6

searching for documents relating to secondment of individuals to projects other than the ANSS project, if any such secondments even exist, on grounds of overbreadth and undue burden.

7. **Documents relating to the extraordinary extension of Omar al Bayoumi's secondment with Dallah Avco. Our review of the Kingdom of Saudi Arabia's protocols and procedures relating to the secondment of government civil servants to the private sector indicates that Omar al Bayoumi's secondment was remarkable in several respects. Of particular note, a review of the relevant protocols indicate that a government employee may not be seconded for a period of more than three consecutive years, and in no case for more than six total years during the course of that employee's government service. Omar al Bayoumi's secondment to Dallah Avco exceeded both of these limitations. We would ask that Dallah Avco provide any and all documents that reference or relate to any process through which Omar al Bayoumi was seconded to Dallah Avco, including the process through which his secondment was extended multiple times.**

Dallah Avco objects to your characterization of Mr. al Bayoumi's secondment as "extraordinary" and to your description of the applicable Saudi regulations in effect at that time.

In any event, we previously produced potentially relevant documents at DA000044, DA000080, DA000081, DA000082, DA000083, DA000085, DA000091, DA000092-93, DA000094, DA000289, DA000298, DA000432-33, DA000450, DA00539, DA000540, DA000541, DA000542-45, DA0000546-47, DA000548-49, DA000552-53, DA000578-79, DA000581-87, DA000588-89, DA000591-97, DA000598-603, DA000606-07, DA000609-11, DA000612-13, DA000616-17, DA000629, DA000732, DA000900, DA000901-02, DA000905-09, DA000911-12, DA000914-15, DA000916, DA000917, DA000918, DA000919-20, DA000922-23, DA000930, DA000931, DA000932, DA000933, DA000935, DA000936, DA000937, DA000938, DA000939, DA000940, DA000942-45, DA000947-52, DA000958-62, DA000995, DA001010, DA001011, DA001012, DA001013, DA001014, DA001016, DA001017, DA001043, DA001047, DA001056, DA001057, DA001059, DA001062, DA001066, DA001073, DA001074, DA001076, DA001092-99, DA001101, DA001102, DA001103, DA001104, DA001107, DA001108, DA001109, DA001110, DA001111, DA001112, DA001113, DA001114, DA001118, DA001119, DA001120, DA001121, DA001122, DA001123, DA001124, DA001125, DA001126, DA001127, DA001128, DA001129, DA001130-31, DA001132, DA001133, DA001134, DA001239, DA001342, DA001343, DA001354, DA001356, DA001357, DA002287, and DA002290. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

8. **Documents relating to the Saudi Ministry of Civil Services. Our review of the Kingdom of Saudi Arabia's protocols and procedures relating to the secondment of government civil servants to the private sector further indicates that any secondment of any Saudi government employee, no matter his position or rank, must be formally reviewed and approved by the Ministry of Civil Services. Please produce all documents relating to the Ministry's review and approval of Omar al**

> **Bayoumi's secondment to Dallah Avco, including each request for a renewal and/or extension of Bayoumi's secondment.**

To the extent that the Saudi Ministry of Civil Services is involved in approving secondments, our client is not aware that Dallah Avco (as opposed to the PCA or other agencies in the Saudi government) was involved in that aspect of the process. In any event, our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

9. **Communications with the Saudi Ministry of Islamic Affairs. Please produce all documents sent to, and/or received from, the Ministry of Islamic Affairs or any agent of the Ministry of Islamic Affairs relating to Omar al Bayoumi.**

Our client is not aware of any communications between Dallah Avco and the Saudi Ministry of Islamic Affairs relating to Omar al Bayoumi. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

10. **Communications with the Saudi Arabian Embassy or Consulate. Please produce all documents sent to, and/or received from, the Royal Embassy of Saudi Arabia in Washington, D.C. or the Saudi Arabian Consulate in Los Angeles, CA, relating to Omar al Bayoumi.**

Our client is not aware of any communications relating to Omar al Bayoumi between Dallah Avco and the Saudi Embassy in Washington, D.C. or the Saudi Arabian Consulate in Los Angeles. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

11. **Documents produced to any governmental authorities. As indicated when we spoke previously, various documents indicate that Dallah Avco collected materials relevant to its relationship with Omar al Bayoumi in the immediate aftermath of the September 11th attacks, and provided those documents to various sources. Based on this information, we would have expected to receive a compendium of documents as transmitted to investigating authorities, but have not received any production of that nature to date. Please provide any and all compendiums of information collected for, or provided to investigating authorities, and any correspondence associated with same.**

Dallah Avco did collect documents relating to Omar al Bayoumi following the September 11th attacks, and Dallah Avco produced that file to you, to the extent not privileged, at DA000043-285, DA000539-551, DA000552-53, DA000732, DA000900-02, and DA000904-10. Our client is not able to report whether that file or any portion of it was provided to investigating authorities.

In addition, there was apparently a meeting between PCA officials and U.S. consular officials investigating Omar al Bayoumi. Dallah Avco previously produced documents potentially relevant to that meeting at DA000086, DA000087, DA000088, DA000089-90, DA000092-93, DA000094, DA000578-87, and DA000911-20. See also the letter from Abdullah Kamel to Richard Newcomb of OFAC at DA000972-73.

Our document search was reasonably designed to identify any submissions to or correspondence with investigating authorities relating to Omar al Bayoumi within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

12. **Documents relating to Fahad al Thumairy and Osama Basnan. Plaintiffs' First Set of Jurisdictional Document Requests Nos. 45, 46 and 54 seek documentation relating to Dallah Avco's association with Fahad al Thumairy and Osama Basnan. To date, we have received no documents relating to those individuals. Please let us know whether you have responsive documents in your possession, custody or control relating to Thumairy and Basnan and intend to produce those records, whether you are searching for responsive documents, or whether you are refusing to search for documents relating to Thumairy or Basnan.**

Our client is not aware that Dallah Avco has any association with or possesses any documents relating to Fahad al Thumairy or Osama Basnan. In addition, our review of documents relating to Omar al Bayoumi did not identify any documents relating to Mr. al Thumairy or Mr. Basnan.

Our client objects to searching for documents relating to Mr. al Thumairy or Mr. Basnan on grounds of undue burden and on the ground that there has been no threshold showing that such documents exist within Dallah Avco's possession, custody, or control.

Nonetheless, notwithstanding those objections, our client is willing to have us conduct keyword searches for any references to Mr. al Thumairy or Mr. Basnan within the previously collected ANSS employee files to confirm that no such documents exist.

13. **Records relating to Omar al Bayoumi's alleged studies in the United States. At Bates No. DA000044, Dallah Avco produced a March 1997 document authored by Muhammad Ahmad al Salimi, Director-General of Airways Engineering, Presidency of Civil Aviation ("PCA"), representing that Omar al Bayoumi was in the United States studying for a Master's in Business Administration ("MBA"). Further, Bates No. DA000094, a document authored by Ali bin Abd al Rahman al Khalaf of the PCA, indicates that Bayoumi received a master's degree in the United States and was accepted for a doctorate program in business administration in the United Kingdom. Aside from a few documents indicating that Bayoumi was briefly enrolled at San Diego State University in 1995, we received no further records relating to his alleged educational studies in the United States (e.g. registration documents; tuition invoices and paid receipts; class schedules; transcripts; certificates; diplomas). We would ask that you provide any document relating to**

9

> **Bayoumi's alleged further studies in the United States, including without limitation any document or information that provided the basis for the representation made in the documents referenced above.**

With respect to Omar al Bayoumi's educational studies in the United States, Dallah Avco produced potentially relevant documents at DA001105-06 and DA002261-69. Our document search was reasonably designed to identify any documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

14. **Records relating to Omar al Bayoumi's alleged work in the United States. As described above, Omar al Bayoumi held a number of different positions during his secondment with Dallah Avco, including but not limited to, Senior Data Processing Technician, Accounting Supervisor, PCA/AE Budget Coordinator, Senior DSS/Programmer, and Senior Contract Specialist. Please provide all documents relating to his employment in the United States, including without limitation, reports, memoranda and other communications authored by Bayoumi, employee evaluations, performance analyses, and pay slips.**

With respect to pay slips for Omar al Bayoumi during his secondment to the ANSS project, Dallah Avco produced potentially relevant documents at DA000043, DA000457-77, DA000490-517, DA000528, DA000809-29, DA000841-69, DA000878, DA001019, DA001024, DA001246-65, DA001270, DA001279-306, and DA001318. With respect to reports, memoranda, and other communications authored by Mr. al Bayoumi, Dallah Avco produced potentially relevant documents at DA000309, DA000646, and DA000647.

With respect to employee evaluations or performance analyses, our client would not typically have such documents given that it does not direct or supervise the work of ANSS project employees. Cf. DA001069.

Our document search was reasonably designed to identify any documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

15. **Records relating to Omar al Bayoumi's travel. Please provide all documents relating to Omar al Bayoumi's travel between the United States and Saudi Arabia during his secondment to Dallah Avco, including without limitation, travel authorization forms, invoices, receipts, copies of airline tickets, and reimbursement forms.**

Our client does not believe that Dallah Avco would have copies of any such documents given that Dallah Avco was not involved in arranging Omar al Bayoumi's travel. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

10

16. **Records relating to Omar al Bayoumi's visa or passport.** Please provide all documents relating to the issuance of any visa or passport to Omar al Bayoumi for travel to the United States.

Our client does not believe that Dallah Avco would have copies of any documents relating to Omar al Bayoumi's passport or visa. Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

17. **Documents relating to Avco Overseas Services/Textron ("Textron").** Our review of Dallah Avco's production reveals that Houston, TX-based Textron was responsible for issuing payments to, and/or the benefit of, Omar al Bayoumi and his family while he was in the United States. For instance, Textron issued payments for Bayoumi's tuition, living allowance, and reimbursement of expenses. *See* DA002263, DA002267. Please provide all documents detailing or describing Textron's payments to, and/or for the benefit of, Omar al Bayoumi, any Dallah Avco employee, or any secondee, including without limitation, all invoices received from Textron relative to those payments.

With respect to "documents detailing or describing Textron's payments to, and/or for the benefit of, Omar al Bayoumi," our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified. *See* DA002275, DA002276, DA002277, DA002279, DA002280, DA002281-82.

With respect to "documents detailing or describing Textron's payments to, and/or for the benefit of . . . any Dallah Avco employee, or any secondee," Dallah Avco objects on grounds of irrelevance, overbreadth, undue burden, beyond the scope of the Second Circuit's mandate and permissible jurisdictional discovery, and beyond the scope of plaintiffs' existing discovery demands and therefore untimely.

18. **Documents relating to the Air Navigation Support System ("ANSS") project.** Dallah Avco has produced some records identifying employees working for the ANSS project, but those lists primarily identify individuals hired from Egypt, Morocco, Pakistan, the Philippines, Sri Lanka, Sudan, Turkey, United Kingdom and other countries. Please provide all documents identifying all Saudi nationals employed for the ANSS project.

Dallah Avco objects on grounds of irrelevance, overbreadth, and undue burden.

19. **Documents relating to an office in the United States.** At Bates Nos. DA001579-80, the ANSS project requires that an office be maintained in the United States. Please provide all documents relating to any such office in the United States, including without limitation, all documents relating to the requirement to establish and maintain an office in the United States, and all documents relating to the fulfillment of that requirement to establish and maintain an office in the United States.

Without conceding your interpretation of the provision or that Dallah Avco ever established or maintained an office in the United States, Dallah Avco objects on grounds of irrelevance, overbreadth, undue burden, beyond the scope of the Second Circuit's mandate and permissible jurisdictional discovery, and beyond the scope of plaintiffs' existing discovery demands and therefore untimely.

20. **Dallah Avco Invoices. At Bates Nos. DA001416-17, the ANSS project requires Dallah Avco to submit all invoices and other supporting documentation for "Out-of-Kingdom" costs and expenses. Please provide copies of all invoices and supporting documents submitted to the Presidency of Civil Aviation for costs and expenses incurred in the United States.**

To the extent this request seeks "invoices and supporting documents submitted to the Presidency of Civil Aviation for costs and expenses incurred in the United States" relating to Omar al Bayoumi, our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

Beyond that, Dallah Avco objects on grounds of irrelevance, overbreadth, undue burden, beyond the scope of the Second Circuit's mandate and permissible jurisdictional discovery, and beyond the scope of plaintiffs' existing discovery demands and therefore untimely.

21. **Documents relating to Safari Company Limited. Please provide all documents relating to Safari Company Limited and its relationship to the ANSS project.**

Our client reports that Safari Company Limited was the entity that took over the ANSS project from Dallah Avco after the PCA decided to award the contract to Safari rather than Dallah Avco in or around 2005.

We are in the process of investigating whether there are documents we could produce that would be sufficient to confirm the relationship of Safari Company Limited to the ANSS project.

Beyond that, Dallah Avco objects on grounds of irrelevance, overbreadth, undue burden, beyond the scope of the Second Circuit's mandate and permissible jurisdictional discovery, and beyond the scope of plaintiffs' existing discovery demands and therefore untimely.

22. **Documents relating to Ercan. Plaintiffs' First Set of Jurisdictional Document Requests Nos. 29-31 seek documentation relating to Dallah Avco's association with Ercan. To date, we have not received any documents relating to that entity. Please let us know whether you have responsive documents in your possession, custody or control relating to Ercan and intend to produce those records, whether you are searching for responsive documents, or whether you are refusing to search for documents relating to Ercan.**

Our client is not aware of any relationship between Ercan and Omar al Bayoumi. Our document search was reasonably designed to identify documents showing any such relationship between Ercan and Omar al Bayoumi within Dallah Avco's possession, custody, or control, if any such documents existed, and we did not identify any.

To the extent this request seeks documents relating to Ercan that do not relate to Omar al Bayoumi, Dallah Avco objects to this request on grounds of irrelevance, overbreadth, undue burden, and beyond the scope of the Second Circuit's mandate and permissible jurisdictional discovery.

23. **Documents relating to Omar al Bayoumi's relationship with Dallah Avco's parent organization, affiliates and subsidiaries. At Bates No. DA002274, the Director of the ANSS project writes to the Director of Finance Dallah Holding Co. (a/k/a Dallah al Baraka), asking that Dallah Holding take "the necessary action for processing payment" in order to reimburse Avco Overseas Services/Textron ("Textron") for payments made to Omar al Bayoumi. Plaintiffs' First Set of Jurisdictional Document Requests Nos. 42 and 43 seek documentation relating to Omar al Bayoumi's association with any parent, affiliate, or subsidiary of Dallah Avco, including Dallah al Baraka. Please provide all such documents.**

Our document search was reasonably designed to identify documents in this category within Dallah Avco's possession, custody, or control, and we produced whatever responsive, non-privileged documents we identified.

Sincerely,

Robert Kry