# Exhibit I

Document obtained by INTELWIRE: Please credit and link INTELWIRE.com when reporting

SECRET

# Connections of San Diego PENTTBOMB Subjects to the Government of Saudi Arabia

*Osama Yousef Basnan*

[redacted]

Links to Saudi Government:

(S) [redacted]

b1
b6
b7C

(S) [redacted]

(S) [redacted]

(S) [redacted]

SECRET

DATE: 01-16-2007
CLASSIFIED BY 60324 AUC/BAW/CPB/YMW
REASON: 1.4 (C)
DECLASSIFY ON: 01-16-2032

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



Document obtained by INTELWIRE: Please credit and link INTELWIRE.com when reporting

SE̶C̶R̶E̶T

*Omar Ahmed Al-Bayoumi*

b6
b7C

Links to Saudi Government:

2. <u>Education & Financial Support</u>: On his application for admission to a doctoral program at Case Western Reserve University, Al-Bayoumi stated he was employed by the Saudi Civil Aviation Administration (CAA) for 20 years and was the "Assistant to the Director of Finance, Contracts and Finance Control Division, PCA, Airways Engineering" of Dallah/Avco Trans Arabia Company (which is under contract to the CAA to provide aircraft operations maintenance). In 1995, Ercan Engineering, a San Diego subcontractor of Dallah/Avco, was asked by the CAA to provide financial support to Al-Bayoumi while he studied in the U.S. Ercan refused and was told its contract maybe jeopardized as a result. Al-Bayoumi told NSY that the CAA pays him $5,000 per month to study in England for his PhD. However, the Mabahith claims Al-Bayoumi is financing his own education. In a 1998 letter to Case Western Reserve University, the Royal Embassy of Saudi Arabia, National Guard Office, WDC, claimed that Al-Bayoumi was a candidate for a full scholarship from the government of Saudi Arabia.

3. <u>Mailings:</u> On 01/18/2001, Al-Bayoumi received a UPS package at his San Diego apartment from the Saudi Embassy in WDC.

SE̶C̶R̶E̶T

Document obtained by INTELWIRE: Please credit and link INTELWIRE.com when reporting

SECRET

(S)
(S)
(S)
(S)
(S)

4. <u>Witness Reports:</u> Various SD witnesses have described Al-Bayoumi as "associated with the Saudi government" [ ]; "a frequent traveler to Saudi Arabia" [ ]; "member of the Aviation Board for Saudi Arabia" [ ]; "having regular contact with the Saudi Arabian Consulate in LA" [ ]; "making frequent trips to the Saudi Consulate during the six years he was known to live in San Diego" [ ]; "working for the Saudi government to watch the actions of Saudis in the U.S." [ ]; inquiring about the welfare of Saudi students in San Diego [ ]; "on a scholarship and financially supported by the Saudi government" [ ]; "having friends at the Saudi Consulate in LA" [ ]; "a spy for the Saudi government" (hijacker Al-Hazmi as reported by Shaikh); "receiving support from the Saudi Arabian Government or Saudi Airlines" [ ]; a reputed "Saudi Arabian intelligence officer" due to his prolific videotaping of services at the mosque (Abukar); "an engineer for the Saudi Arabian government" [ ]; providing a $500 check to the SD Kurdish Community Islamic Center drawn on the account of the Royal Embassy of Saudi Arabia [ ]; considered by some in the community as "some type of intelligence agent for the Saudi Arabian government[ ] "frequently traveling to the Los Angeles airport to drop off or pick up Saudis visiting southern California" [ ] traveling to WDC every one to two months" to visit the civil aviation office of the Saudi Consulate on Wyoming Street in WDC [ ] "disclosing to others at the Islamic Center that he has friends/contacts in the Saudi Consulate in LA" [ ], a "ghost employee" of Dallah/Avco and one of "approximately 50 individuals carried on the books of Dallah and being paid for doing nothing" [ ] "working for the Saudi Intelligence Service to report on dissident Saudis" [ ]

b1
b2
b7D
b6
b7C

(S)

SECRET