# Exhibit J



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-19-2006 BY 60309 AUC/TAH/HLT/LR2 Derivative

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please
Refer to
File No.

San Diego, California 92123
April 15, 2002

b6
b7C
b7D

OMAR AL BAYOUMI
EMPLOYED BY DALLAH AL BARAKA

telephone number ⬛⬛⬛ and ⬛⬛⬛ was
telephonically interviewed at

b7D

he maintains a residence

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI
and is loaned to your agency; it and its contents are not to be distributed outside your agency.

REQ 2-1b

000000104

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 02-02-2007
CLASSIFIED BY 60309 AUC/TAM/HLT/LR2 Derivative
REASON: 1.4 (c)
DECLASSIFY ON: 02-02-2032

b6
b7C
b3

SECRET

**Telephone Numbers:**

(U) The following information was obtained from
Telephone Applications (TA) and pertains to toll records loaded in
connection with telephones subscribed or utilized

U. S.

b6
b7C
b3

England

(U) A review of the following calls indicate a total 141 of
calls made by telephone numbers associated with                    to
entities of the Saudi Arabian overnment in the Washington, D. C.
Area

(U) In connection with calls made to entities of the
Saudi Arabian government in the Los Angeles, California area,
there were 34 calls made.

5-2-06

SECRET
1

REQ 2-1b

000000110

SECRET

b6
b7C

Area Code 202
Washington, D.C.

202-298-8722
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

    (U) This number was called 7 times from ☐☐☐☐☐
☐☐☐☐☐☐☐ These calls were made during the period of 01/26/2000
to 03/20/2000. The average duration of calls was 2 minutes, with
one exception of an 11 minute call.

    (U) in addition, one call was made to telephone number. from
☐☐☐☐☐☐☐☐☐☐☐☐☐☐ and billing address of ☐☐☐☐☐
☐☐☐☐☐☐☐☐ This call was made on
08/08/1999 and was for a duration of one minute.

☐☐☐☐☐☐ UNKNOWN
SUBSCRIBER

Based on A/C, prefix and
similarity *in line* number this
telephone could possibly be
subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

    (U) This number *was* called 3 times from ☐☐☐☐☐
☐☐☐☐☐☐☐☐ These calls were made during the period
of 01/28/2000 to 03/09/2000. The average duration of calls
was 1.6 minutes.

202-298-8806
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

USERS ☐☐☐☐☐☐☐☐ - 265A-NY-280350-302 serial 74009
                  SECRET  2

b6
b7C

SEP-26-2002 12:56

SECRET

(U) This number was called 4 times from [                    ]
[                    ] These calls were made during
the period of 11/24/1999 to 12/07/1998. The average duration
of calls was 2 minutes.

202-298-8809
SAUDI ARABIAN CULTURAL MISSION 2600
VIRGINIA AV NW STE 800 WASHINGTON, DC

(U) This number was called once from [                    ]
[                    ] This call was made on
07/08/1999 for a duration of 1 minute.

202-298-8813
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 28 times from [                    ]
[                    ] These calls were made during
the period of 03/09/2000 to 03/29/2000. The average
duration of calls was 2 minutes.

[                    ]
UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number this
telephone could possibly be
subscribed to:

SAUDI ARABIAN CULTURAL MISSION 2600
VIRGINIA AV NW STE 800 WASHINGTON,
DC

(U) This number was called 5 times from [                    ]
[                    ] These calls were made during
the period of 02/03/2000 to 03/22/2000. The average
duration of calls was 2minutes.

SECRET 3

REO 2-1b

000000112

SECRET                                    b6
                                          b7C

UNKNOWN SUBSCRIBER

Based on A/C, prefix and
similarity in line number
this telephone could possibly be
subscribed to;

SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

       (U) This number was called 3 times from
                                     These calls were made during the
    period of 01/28/2000 to 03/09/2000. The average duration of
    calls was 2-3 minutes.

Based on A/C, prefix and
similarity in line number this
telephone could possibly be
subscribed to:

SAUDI ARABIAN CULTURAL MISSION
2600' VIRGINIA AV NW STE 800
WASHINGTON, DC

       (U) This number was called once from
                              This call was made on 08/24/2000 and was
    for a duration of 2 minutes.

                              UNKNOWN
SUBSCRIBER

Based on A/C, prefix and
similarity in line number this
telephone could possibly be
subscribed to:

   SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

                     SECRET
                       4

SEP-26-2002 12:57

b6
b7C

SECRET

(U) This number was called once from [                    ] This call was made on
12/03/1998 for a duration of 1 minute

202-298-8861
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 4 times from [                    ]
[                    ] These calls were made during the period
of 01/27/2000 to 03/21/2000. The average
duration of calls was 1 minute.

202-298-8862
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number was called 8 times from [                    ]
[                    ] These calls were made during *the period*
*of* 01/27/2000 to 03/21/2000. The average
duration of calls was 1 minute.

202-337-2978
SAUDI ARABIA EDUCATION MISSION
600 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called once from [                    ]
[                    ] This call was made on 03/21/2000 and was
for a duration of 1 minute.

202-337-9450
SAUDI ARABIAN CULTURAL MISSION
2600 VIRGINIA AV NW STE 800
WASHINGTON, DC

(U) This number is the main billing number. One call was made
from [                    ]
[                    ] This call was made on
03/09/2000 *and was* for a duration of 1 minute.

SECRET

5

SEP-26-2002 12:57

b6
b7C

SECRET

(U) This number was called 10 times from ☐
☐ These calls were made during the period of
10/27/1998 to 12/01/1998. The average duration of calls was 2
minutes with the exception of a 24 minute call on 10/27/1998

202-342-3700
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called 30 times from ☐
☐ These calls were made during the
period of 01/19/2000 to 03/24/2000. The average duration of
calls was 3.5 minutes.

(U) In addition, this number was called 21 times from ☐
☐ These calls were made
from 07/21/1998 to 07/08/1999. The average duration
of these calls was 5 minutes with the longest call being 32 minutes.

This telephone number was listed in a telephone book seized ☐
*on 09/27/2001 with* a notation ☐
☐ (source - 265A-NY-280350-SD, serial 3332)

202-342-3800
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N. W. SUITE
1000
WASHINGTON, DC

(U) This number was called once from ☐
☐ This call was made on 01/28/2000 and was for
a duration of 7 minutes.

(U) In addition, this *number was* called 3 times from ☐
☐ These calls were
made from 07/15/1998 to 12/03/1998. The average duration of
these calls were 2 minutes.

This telephone number was listed in a telephone book seized from
☐ on 09/27/2001. (source - 265A-NY280350-SD
serial 3332)

SECRET
6

SECRET                                   b6
                                         b7C

**202-494-2777**
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called 2 times from ⬚
⬚ These calls were made during the
period of 02/18/2000 to 02/19/2000. The average duration of
calls was 4 minutes.

(U) In addition, 1 call was made to this number from ⬚
⬚ This call was 14
minutes in duration.

(U) This telephone number was listed in a telephone book
seized ⬚ on 09/27/2001 with a notation
to ⬚ *(source -
265A-NY-280350-SD serial 3332)*

**202-944-3344**
NATIONAL GUARD OF SAUDI
3050 K ST NW WASHINGTON,
DC

(U) This number was called two times from ⬚
⬚ These calls were made on
07/21/1998 and 07/08/1999 and were for a duration of 13 and *2*
minutes, respectfully.

(U) This telephone number was listed in a telephone book seized
⬚ on 09/27/2001 with a
notation to ⬚ (source - 265A-NY-280350-SD
serial 3332)

**202-944-5982**
EMBASSY OF SAUDI ARABIA CHANCERY
601 NEW HAMPSHIRE AVE NW
WASHINGTON, DC

(U) This number was called two times from ⬚
⬚ These calls were made on 07/21/1998
and 07/27/1999 and were for a duration of 2 and 1 minute,
respectfully

(U) This telephone number was listed in a telephone book
*seized* ⬚ *on 09/27/2001 with a*

SECRET

b6
b7C

~~SECRET~~

notation to [                    ] (source     265A-NY-280350-SD
serial 333z)

[                    ] UNKNOWN
SUBSCRIBER

Based on A/C, prefix and
similarity in line number this
telephone could possibly be
subscribed to the Saudi
Arabian Embassy

   (U) This number was called once from [                    ]
[                    ] This call was made on 12/18/1998
and was for a duration of 15 minutes.

<u>Area Code 310 Los
Angeles Area</u> 310-
479-2752
SAUDI ARABIA ROYAL CONSULATE
2045 SAWTELLE BLVD. LOS
ANGELES, CA

FACSIMILE LINE

   (U) This number was called once from [                    ]
[                    ] This call was made on 12/02/1998 and was for a
duration of 2 minutes.

   (U) This telephone number was listed in a telephone book seized
[                    ] on 09/27/2001 with a notation to
Saudi Consulate F. (source - 265A-NY-280350-SD serial 3332)

310-479-6000
SAUDI ARABIA ROYAL CONSULATE 2045
SAWTELLE BLVD. LOS ANGELES, CA

USERS - [                    ]

   (U) This number was called 11 times from [                    ]
[                    ] These calls were made during the period
of 01/26/2000 to 02/10/2000. The average

~~SECRET~~ 8

SECRET

b1
b6
b7C

duration of calls was, 3.5 minutes.

(U) In addition, 13 calls were made from telephone number ☐ These calls were made during the period of 07/11/2000 to 12/20/2000. The average duration of calls was 3 minutes with the longest call being 7 minutes.

(U) This number was called 7 times from ☐ These calls were made from 11/08/1998 to 01/26/1999 and the average duration was 8 minutes with the longest call being 22 minutes.

(U) This telephone number was listed in a telephone book seized ☐ on 09/27/2001 with a notation to Saudi Consulate. (source – 265A-NY-280350-SD serial 3332)

Islamic    Affairs    X240

BILLING NEXTEL ☐
US DEPT OF STATE DIPLOMAT

USER  (U)  (S) Fahad
(U) There were 3 calls made to this telephone from ☐ The calls were each one minute in duration.

(S) ☐

SECRET
9



SECRET

b6
b7C

(U) There were 2 calls made to this telephone from ☐☐☐ These calls were made on 12/14/2000 and 12/20/2000 and were 1 minute and 2 minute calls. calls were each one minute in duration.

(U) ChoicePoint indicates ☐☐☐ the Vice Counsel for the Saudi Arabian Consulate in Los Angeles, CA.

(U) For information, telephone number ☐☐☐ is ☐☐☐ at the same address. This number was called 6 times ☐☐☐ during the period of 12/19/1999 to 01/24/2000.

SECRET 10

b6
b7C

SECRET

**ECF Searches**

_Electronic_   (U) The following are chronological summaries of
Case File (ECF) references regarding possible ties of
[          ] to the Saudi Arabian Government, Embassies or
Consulates.

Reference    265A-NY-280350-302 serial 7792
             265A-NY-280350-SD serial 1103
             FD302 dated 09/17/01

(U) [                                    ]
[                          ] the Islamic Center of San Diego
(ICSD) identified [                    ] as a person who may
know [                ] described [          ] as
influential among Saudi Arabian members of the ICSD and
provided needed assistance to various students and
families who needed his help. He also advised [          ]
was a frequent traveler to Saudi Arabia. Lastly, he
stated [            ] had moved to England several months ago
to attend school in England.

Reference    265A-NY-280350-302 serial 7785
             26SA-NY-280350-SD  serial  1101
             26SA-NY-280350--302  serial  7790
             265A-NY-280350-SD  serial  1102
             FD302 dated 09/19/01

(U) On 09/18/2001, [                          ]
[          ] was interviewed by SA [          ]
[                  ] the Board of Trustees at the Islamic Center of San
Diego (ICSD). [          ] provided the following information
on [                    ] stated [            ] lived in
San Diego for approximately four or five years, and left to
attend college in England. [          ] stated some people at the
ICSD believed [                    ]
[          ] as associated with the Saudi Arabian
government. [                    ] never had a steady job, though
he may have worked a short time for the Saudi Arabian
Airlines. [                          ] was well
connected with the consulate, and seemed to get things
done for others. [                    ] was involved with funding Al
Medina mos ue in El Ca on. He acted as an
intermediary between the Kurdish Community and an

SECRET  11

REO 2-1b                                    000000120

b6
b7C
b7D

SECRET

unknown wealthy Saudi Arabian man who donated funds to
create the mosque. Some members of the ICSD believed
there was always a covert employee of the Saudi Arabian
government stationed at the mosque, no one has taken [        ]
[        ] place.

Reference!    26SA-NY-280350-302 serial 10044
              265A-NY-280350-SD serial 1424
              FD302 dated 09/19/2001

     (U) On 09/18/2001 [        ]                    (identity requested
confidential) [        ]              was interviewed by SA
[        ]              advised that [        ]
[        ] a Kurdish Mosque in El
Cajon and was a member of the Aviation Board for Saudi
Arabia [        ] introduced [        ] to Nawaf Al-HAZMI and
Khalid Al-MIHDHAR at the Islam Mosque on Saranac Street,
Lemon Grove, California. [        ] stated [        ] was now in
London, England, pursuing a Doctorate degree from an unknown
university.

References     265A-NY-280350-SD serial 1111

               EC dated 09/19/2001

     (U) An EC prepared by SA [        ]           set leads
for various field offices to interview former neighbors of
Nawaf Al-HAZMI, Khalid Al-MIHDHAR.
[        ]    The EC stated that interviews of Muslims
indicated [        ] had been involved in aviation
when he lived in Saudi Arabia and that he did not work
while in the U.S., but had more money than he knew what to
do with.

     (U) The EC also provided information from an interview of
a prominent Islamic leader in San Diego who identified
[        ] as being employed by the Saudi government to
monitor the activities of Saudi dissidents that resided
in the U.S.

SECRET
12

SECRET

Reference:        265A-NY-280350-302 serial 24879
                  265A-NY-280350-SD serial 2302
                  FD-302 dated 09/21/2001

b6
b7C

(U) On 09/21/2001, SA [          ] [          ]
interviewed [          ]       [protect identity) who
provided information regarding his knowledge [          ]
[          ] **Information pertaining to his relationship**
with the Saudi Arabian government were that he often furnished
the Islamic Center with copies of the Qu'ran which had been
provided to him by the **Saudi Arabian**
Consulate. He *also stated that* [          ] appeared to *have*
regular contact with the Saudi Arabian Consulate in Los
Angeles, California. [          ] made frequent trips to
the consulate during **the six** years he was known to live in
San Diego.

A

Reference:        265A-NY-280350-302 serial 23351
                  26SA-NY-280350-SD serial 2117
                  FD302 dated **09/21/01**

(U) On 09/20/2001, SA [          ]        interviewed [          ]
[          ] provided the
[          ] arding her former boyfriend.
[          ] en shown a photograph of [          ]
[          ] recognized him and said she had seen him
many times. [          ] attended USIU to get his master's
degree and wanted to move to London to receive a PHD from
a business school. [          ] and his family were from
Saudi Arabia and possibly lived in the Clairemont Mesa
area of San Diego, California.
[          ] reported [          ] did not like [          ] and
believed [          ] rked for the Saudi government to watch
the actions of Saudis in the United States.

F

Reference:        265A-NY-280350-302 serial 28999
                  265A-NY-280350-SD serial 2546
                  265A-SD-63930-302 serial 5 FD302
                  dated 09/22/01

(U) On 09/20/01, [          ] [          ] was interviewed by SA [          ]

SECRET
13

b6
b7C

SECRET

shown a photograph [        ] recognized [        ] and said he knew him as [        ] Previously, [        ] was living in an apartment off Balboa Avenue with Saudi Arabian students [        ] believed the Saudi students received tuition money from the Saudi government. [        ] would visit the two students at their apartment. [        ] asked [        ] to be an Iman, at the mosque. When [        ] was alone [        ] would inquire about [        ]

**References**    265A-NY-280350-302 serial 18085
FD-302 dated 09/22/2001 Interview of [        ]
(interviewing agent not identified in ECF)

(U) [        ] businesses Ercan Engineering and Gairo of Corona del Mar. Approximately 1995, Ercan contracted with the Civil Aviation Administration CAA of Saudi Arabia which according to [        ] has connections with Ministry of Defense. A company called Dallah of Saudi Arabia had the contract for operations maintenance and Ercan supplied the parts. The CAA asked [        ] to provide financial support to [        ] when [        ] refused he was told his contract may be jeopardized. [        ] did write s onsor letters to universities for [        ] but stated e never prove e [        ] financial support. [        ] advised he wrote the [        ] last letter approximately two years ago.

**Reference=**    265A-NY-280350-302 serial 1663 EC
dated 09/22/2001

(U) In a EC prepared by SA [        ] a lead was sent to Legat Riyahd to obtain information regarding [        ] The following information was furnished to the Legat: [        ] claim that he was on a financial scholarship and received support from his government.

aviation management/financial services of the

SECRET
14

REQ 2-1b                                                      000000123

SECRET

b6
b7C

Saudi government.

Interviewees claims that [          ] as an employee
of the Saudi Arabian Government that he traveled to
mosques throughout the world to monitor and observe
Saudi citizens for signs of dissident behavior.

Reference:   265A-NY-280350-SD serial 1801
             265A-N_t-280350-302 serial 16180
             265A-NY-280350-SD serial 1802
             FD302 dated 09/23/01 and 09/24/2001

      (U) According to an EC prepared by SA[          ]   F
[                                        ] was interviewed and provided
information regarding [          ] had met
[          ] at the Islamic Center mosque (ICSD) in the early
1990s.

      (U) Approximately six months ago [          ] announced to
members of the ICSD he was moving to the United Kingdom
(UK) to pursue his PHD. [          ] has not had any contact
with [          ] subsequent to his departure for the UK.
recalled [          ] lived in an apartment
in San Diego even though he never went to his home.
                                           he was on

a schola[          ] n ncj. 1  su . orted b  the
au l government. [          ] did not know what form
received his funding. [          ] maintained he had
friends at the Saudi consulate in Los Angeles,
California. Because of [          ] comments regarding
his business, [          ] believed he may have worked for
Saudi princes. While living in San Diego
attended the University of Phoenix. [          ]
[          ] may have also received a scholarship from Saudi
Airlines and worked for them as well.

SECRET
15

SECRET

b6
b7C

Reference:     265A-NY-280350-302 serial 24631
               265A-NY-280350-SD serial 2239
               FD302 dated 09/24/01

(U) On 09/24/01, [          ] was interviewed by SA [          ] advised that he is one of the founders of the Islamic Center,, of San Diego, (ICSD). [          ] identified a photo of [          ] whom he became acquainted with in 1994 when [          ] was teaching at the American Commonwealth University. [          ] described [          ] as follows [          ] was in the U.S. using a Saudi Arabian passport, because of his facial features, he is possibly of Egyptian descent. [          ] appeared to be approximately 40 to 45 years old. [          ] believed [          ] always had a significant source of supply of money and observed him driving a new Toyota. [          ] was charismatic, charming and didn't conceal his attempts to attain leadership roles within the San Diego Muslim com=unity. [          ] had expressed an interest in becoming a citizen, which may have been just a ploy. [          ] socialized with Nawaf Al-HAZMI and Khalid Al-MIHDHAR. Al-HAZMI disclosed to [          ] was a s y for the Saudi Government and directed [          ] not to socialize too much with him. [          ] attended business classes at the United States International University and was believed to be President of a Saudi Arabian club at the university. [          ] had an office at the Kulish mosque in El Cajon, California, where the leadership neither liked or trusted him and asked him to leave approximately three years ago. [          ] did not trust [          ] as well and believes he possibly was involved with 09/11/01.

Reference:     26SA-NY-280350-302 serial 25718
               265A-NY-280350-SD serial 2396 FD-
               302 dated 09/30/01

(U) [          ] was interviewed by SA [          ] on 09/28/2001. [          ] stated he first met [          ] about two years ago at the mosque located near Balboa Avenue and the 805 freeway in San Diego, California. [          ] thought [          ] may be of Egyptian extraction but moved to Jeddeh, Saudi Arabia, prior to moving to the United States. [          ] believed

SECRET
16

000000125

SEP-26-2002 12:58

b6
b7C

SECRET

[          ] was deceptive and did not trust him. He
described [          ] as lacking in formal education and
lacking in intellectual capability. [          ] was well
known at the mosque near Balboa Avenue and 805 freeway and
frequently surrounded himself with men in their twenties. [          ]
[          ] would promise to help
visiting Islamic students, but his assistance never
evolved. [          ] concluded [          ] was asked to
leave his position at the Al Medina mosque after
irregularities were found in association with his
collection and distribution of funds.

Reference:      265A-NY-280350-SD serial 3039
                EC dated 10/03/01


     (U) On 10/03/2001, SA [          ] prepared an EC
providing information on [          ] was the
emergency contact listed on [          ] rental
agreement for [          ] moved into [          ] on approximately
09/01/99, and lived there [          ] Rental records indicated [          ]
was a student and received financial support from his
family.

     (U) Al-BAYOUMI had co-signed for highjackers Nawaf Al-
HAZMI and Khalid Al-MIHDHAR when they rented an apartment at
Parkwood and paid their rent occasionally as well. Al-HAZMI
and Al-MIHDHAR lived [          ] prior to them
renting their own apartment [          ] did not like [          ]
personally and was unaware he [          ] was listed as an
[          ] rental agreement. [          ]
revealed to
[          ] he received financial support the Saudi Arabian
Government or Saudi Airlines. An individual who
requested confidentiality [          ] reported he believed
[          ] worked for the Saudi Arabian Intelligence
Service and reported on dissident Saudis in the United
States.


Reference:  265A-NY-280350-CD serial 8789 265A-
            NY-280350-SD  serial  3396  EC
            dated 10/05/2001


     (U) An EC dated 10/05/2001, prepared by SA [          ]

SECRET
17

REQ 2-1b                                          000000126

b2
b6
b7C
b7D

SECRET

provided a summary of information furnished by the ⬚⬚⬚⬚ This
information was obtained through their interviews ⬚⬚⬚

(U) ⬚⬚⬚⬚ he was connected with a Saudi
Arabian company that is equivalent to the Federal Aviation
Administration. ⬚⬚⬚ that this company pays
him $5,000.00 per month to study for his PHD.

References    265A-NY-280350-302 serial 64787
              265A-NY-280350-SD serial 4763
              **FD-302 dated 10/07/01**

(U) On 10/03/01 ⬚⬚⬚⬚ (protect identity) was
interviewed by SA ⬚⬚⬚ and SA ⬚⬚⬚ described ⬚⬚⬚ as a
"braggart from a low status Egyptian family that migrated to
Jeddah, Saudi Arabia."
stated ⬚⬚⬚ would videotape when he went to mosque
which led individuals from the Muslim community to
believe he was a Saudi Arabian intelligence officer.
**According to** ⬚⬚⬚ **social** associates included
the Minister of Islamic Affairs, the Saudi Consulate, and
**known** criminals. ⬚⬚⬚ has also
hosted Saudi visitors. ⬚⬚⬚ character is
suspect and he was accused of keeping a $10,000
donation from a Saudi visitor **intended for the Kurdish**
Mosque.

References    26SA-NY-280350-302 serial 55234
              FD-302 dated 10/07/2001

(U) On 10/06/2001, SA ⬚⬚⬚ interviewed ⬚⬚⬚
⬚⬚⬚⬚ stated he knew Khalid AlMIHDHAR, Nawaf
Al-HAZMI ⬚⬚⬚ during his period of
residing in San Diego, approximately December 1999 to
February 2000 ⬚⬚⬚ stated he never heard ⬚⬚⬚ speak
about politics or against the U.S. ⬚⬚⬚ and ⬚⬚⬚
shared company often. ⬚⬚⬚ had indicated to ⬚⬚⬚
that

SECRET
is

P.20

b1
b6
b7C

S̶E̶C̶R̶E̶T

he was some type of engineer for the Saudi Arabian government,
He even showed [   ] some type of paperwork indicating same.
[   ] indicated he was being paid to learn English.
[   ] company, or the Saudi government through his
company, was paying for the education [   ] did not know
how much [   ] was being paid [   ] understood
that [   ] had to learn English or he was not going to
be promoted any higher in his company.

(U) [   ] said that [   ] student visa was expired,
or ready to expire and was considering crossing into
Tijuana, Mexico to get the paper work done. [   ] encouraged
[   ] to call the Saudi Consulate in Los Angeles.
to the Saudi Consulate where [   ] got his visa
paperwork straightened out.

(U) After the consulate, [   ] proceeded
to a Mediterranean restaurant [   ]
mosque, [   ] stated that the Culver City mosque
was built by the Saudi Government.
other than when [   ] was meeting behind closed
doors at the consulate [   ]

(U) Information was also furnished regarding the building of
the El Cajon mosque. A wealthy man from Saudi Arabia
donated the money to build the Kurdish mosque. [   ]
[   ] the administrative work at the mosque and was
the director.

(U) [   ] Nawaf Al-HAZMI and
Khalid Al-MIHDHAR and that the resided in an apartment
co-signed by Al-BAYOUMI.

(U) [   ] was
Saudi and came from a rich family.


Reference:    265A-NY-280350-SD serial 3332
              EC dated 10/09/2001

(S)    ✕ [                                    ]

S̶E̶C̶R̶E̶T
19



SECRET

b1
b6
b7C

(S)

(S) 

(U)⬜ was subsequently interviewed, and as a result of that
interview advised that even though⬜ was requested by an
unknown representative of the Civil Aviation Administration
(CAA) of Saudi Arabia to provide a $4,000 per month stipend,
⬜ did, however, furnish
letters to numerous schools, on⬜ behalf, stating
that he and his company were subsidizing⬜ As a
direct result of the above information, a Criminal
Complaint was filed on or about 09/27/2001, in the Southern
District of California, charging⬜ with Title 18,
U.S.C. Section 1546, Visa Fraud.

(U) In May 1998⬜ applied for an Executive
Doctorate in the Management Program at the Weatherhead School
of Management, Case Western Reserve University (CWRU) in
Cleveland, Ohio, which was subsequently declined. Through
numerous interviews and by obtaining school records and
resumes, it has been determined that⬜ stated
hat he has been emnloyed by the CAA for at east 20 years
and is also associated with Da a vco Trans Arabia
Company as the Assistant to the Director of Finance, in
the Contracts and Finance Control Division, PCA, Airways
Engineering.

(U) In reviewing the documents obtained from CWRU a
letter, dated May 20, 1998⬜
Director, Academic Affairs, Royal Embassy of Saudi
Arabia, National Guard Office, 3050 X Street, N.W.,
Suite 207, Washington, D.C., was sent on⬜
behalf. The letter stated that⬜ was a
candidate for a full scholarship from the Government of
Saudi Arabia.

(U) On September 21, 2001, a representative from United Parcel
Service advised that their records indicate that

SECRET
/20

b6
b7C

SECRET

on January 18, 2001 a delivery was made to [          ] [          ] from the **Saudi Arabian Embassy, 601 New Hampshire Avenue, NW, Washington, D.C.**

(U) On 09/25/2001, [          ] the Kurdish Community Islamic Center, 2675 Fletcher Parkway, El Cajon, California, was interviewed and [          ] advised that he was shown a copy of a check [          ] provided for $500 to the mosque drawn from the Royal Embassy of Saudi Arabia, dated December 14, 2000. Written on the check was a notation in Arabic that [          ] indicted the check was for food. [          ] stated he received the check from Los Angeles, California.

(U) On 09/27/2001, execution of a federal search warrant was conducted by the San Diego Division in a room utilized [          ] as an office within the Kurdish Community Islamic Center located at 511 S. Magnolia Avenue, El Cajon, California. As a result of that search a [          ] book, dated October 4, 2000 was seized.

(II) Listed in [          ] phone book were the following names and telephone numberst (U) Dr.

[          ] [          ]

(U) Saudi Embassy WA. (202) 342-3800, [          ]

(202) 342-3700 and F [          ] Saudi Consulate (310) 479-479-6000 F (310) 479-27S2, Islamic Affairs [          ]

(U) Additionally, seized during the search were various personal and business documents, business cards and scraps of paper with names and telephone numbers of individuals. Included in this information were names and telephone numbers associated with the Saudi Arabian Cultural Mission, Washington, D.C. and are as follows:

[          ]

SECRET
21

SECRET                                        b6
                                              b7C

(U) Also obtained was a notation for the Saudi
Consulate in Los Angeles, telephone number (310) 479-
6000 and the name [          ] (U).From January 2000
through May 2000, two known cellular telephones
associated with [          ] showed 32 calls placed to the
Embassy, 24 calls placed to the Consulate in Los
*Angeles and 37* calls placed to the Cultural Mission.

Reference:     26SA-NY-280350-SD **serial 3331**
               **LHM dated 10/10/01**
               (Authoring **agent not identified in ECF**)

(U) [                                          ]

[                                ] had contact with the following
individuals at the Embassy of Saudi Arabia,
Washington, D.C., the Saudi Arabian Cultural Mission,
Washington, D.C., and the Saudi Arabian Consulate, Los
Angeles, California.

**Saudi *Arabian Embassy, Washington,* D.C.s**

**Saudi** Arabian Cultural Mission, *Washington D.C.:*

**Saudi Arabian** Consulate, Los Angeles, California

**Reference:** 265A-NY-280350-SD serial 3562 265A-
         NY-280350-BA   serial   4557   EC
         dated 10/11/2001

(U) On 10/11/2001, SA [                    ] prepared and EC
regarding new information reported on Osama

SECRET
24



SEP-25-2002 12:59

b1
b6
b7C
b7D

SECRET

(S)

Reference:     (S 199N-SD-63929 serial 24
               (S) 199N-SD-63949 serial 9
               (S) FFI -
               ECdated 10/17/2001

(S)

(S)

(S)

23

REQ 2-1b

000000132

SECRET

b1
b6
b7C
b7D

Reference        265A-NY-280350-302 serial 69403
                 265A-NY-280350-SD serial 5616
                 FD-302 dated 10/15/2001

(U) On 10/15/2001, SA [        ] interviewed
[                    ] the brother of
[                         ] stated that his family is from a
bedouin tribe once located in western Saudi Arabia and that
the family is not part of the royal family. The family is
fairly well known and wealthy. His father, [        ]
[                    ] is one of three Finance ministry
officials employed under the Deputy Finance Minister of Saudi
Arabia and is responsible [                    ] of Saudi
Arabia.

(U) [              ] is subsidized in the U.S. by his father
and by scholarship money from the government of Saudi Arabia.
While attending George Washington University in
Washington, D.C. he resided with a sponsor who was an employee
of the Saudi Embassy in Washington, D.C.

(U) In May 1999, [        ] moved to San Diego where he
resided in a hotel. During his stay he had an argument
regarding his bill and an outstanding balance. [        ]
directed [          ] to pay the bill and [          ] paid
the outstanding debt.

Analyst Note - During the period of ... telephone
number [        ] was subscribed [                    ]

[        ]

References   (U)  (S) 199N-SD-63929 serial 23
             (U)  (S) 199N-SD-63949 serial 8
             (U)  (S) FF1 [              ]
                  EC dated 10/17/2001

(S)

SECRET
24

REQ 2-1b                                      000000133

b1
b6
b7C

SECRET

References        265A-NY-280350-302 serial 72758
                 265A-NY-280350-SD serial 6477 YD-
                 302 dated 10/19/2001

        (U) On 10/15/2001, SA [                    ]   *F*
interviewed [                                    ]

[                                                        ]

        (U) while attending school in San Diego, [        ]
listed [              ] as the emergency pointof-contact on
his ELS and ALI applications. [                  ]
[              ] a business associate of his father.

Reference         265A-NY-280350-SD serial 3984
                  EC dated 10/20/2001

        (U) On 10/20/2001, SA [                    ]

(S)

(S)    ✕

(S)

(S)

SECRET
/26



b1
b6
b7C

r.4e

a

(S)

SECRET

Reference        265A-NY-280350-302 serial 98127
                 265A-NY-280350-SD serial 14097
                 FD-302 dated 11/21/2001

                 265A-NY-280350-302 serial 36130
                 FD-302 dated 10/02/2001

(U) On 11/19/2001, SA [        ] interviewed [        ]
[        ] The EC provides
extensive education and employment background [        ]
[        ] was employed at PCA / Dallah and stated that [        ]
[        ] was a representative that PCA personnel wished to keep
in America. [        ] was
requested to provide a stipend [        ] in an
amount of $3,500.00 per month. According to [        ]
[        ] was already drawing a salary from PCA / Dallah. The PCA
person hinted that [        ] should pay for [        ]

SECRET
27

b1
b6
b7C

SECRET

☐ would be in a position to assist ☐ in the future. In addition ☐ was requested to furnish ☐ with reference letters.

Reference:      265A-NY-280350-SD serial 12014
                265A-NY-280350-302 serial 85936
                FD-302 dated 11/27/01

(U) On 11/15/2001, ☐ was interviewed by SA ☐ and provided the following information. ☐ once heard ☐ disclosing to others at the *Islamic Center of San Diego (ICSD)* he had friends or contacts at the *Saudi Consulate in Los Angeles,* California. ☐ advised ☐ was extremely close to other ICSD Saudis. ☐ was in the United States on scholarship from the Saudi Airport Authority of Saudi Airlines and ☐ would eventually return to his former job.

Reference   (U) (S) 265A-NY-282573-SEC serial 28 EC
            dated 01/11/2002

SECRET 28



b1
b6
b7C

SECRET

Reference        265A-NY-280350-SD Serial 14812

                 LHM dated 04/15/2002


     (U)   An LHM dated 05/15/2002. from San Diego to New
York furnished information regarding
and  his employment with Dallah Al Baraka. The

SECRET
29

b6
b7C

SECRET

information was received from an interview of

(U)          identified          as a *'ghost* employee" of
AVCO Oversees.          *estimated that there were* approximately fifty (50)
individuals carried on the books and PCA or Dallah and being paid *for
doing* nothing.

(U)

Reference (X) 199N-SD-64028 serial 23, 72

30
SECRET

b1
b6
b7C

SECRET

(S) [redacted]

(U 265A-NY-280350-SD serial 4498
(U 265A-NY-280350-CD serial 13254
(U 265A-NY-280350-SD serial 5630
)

(U 265A-NY-280350-SD serial 9243

(U) 265A-NY-280350-SD serial 15726
(U) 265A-NY-280350-CD serial 19042

(U) ~~(S)~~ 265A-NY-280350-CD serial 18909
(U) ~~(S)~~ 265A-NY-280350-SD serial 13305
(U) ~~(S)~~ 265A-NY-280350-SD serial 13290

(U) ~~(S)~~ 199Q-SD-59711 serial 48
(U) ~~(S)~~ 199Q-SD-56938 serial 1447
(U) ~~(S)~~ 199Q-SD-60276 serial 306
(U) ~~(S)~~ 199Q-SD-57427 serial 139

SECRET

TOTAL P.01

REO 2-1b

000000140

