# Exhibit K

Case 1:03-md-01570-GBD-SN   Document 3211-11   Filed 02/08/16   Page 2 of 6

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

P.O. BOX 430 JEDDAH, 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. No. 20442

PAID IN CAPITAL 10.000.000 SR.



PD/ANSS/310/94/08

ص.ب ٤٣٠ جـــدة ، ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ آفكو اس جي

س.ت رقم ٢٠٤٤٢

رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي

## A.N.S.S. PROJECT

Invoice No: AE-226/94
Dated   :  8 /08/1994

To    Kingdom of Saudi Arabia
      Presidency of Civil Aviation
      Airways Engineering
      P.O.Box 15441, Jeddah - 21444

ATTN:- Manager Logistics

| S.NO. | DESCRIPTION OF CHARGES | QUANTITY | UNIT COST | AMOUNT (US$) |
|---|---|---|---|---|
| 1. | Ref:- P.R. # 74598A<br><br>CONTRACT: Factory Acceptance Test for KAIA Air Navigational Project American Language Institute.<br><br>Being educational expenses met by M/s.Avco Overseas Services Textron for Mr.Omar Al-Bayoumi at San Diago State University per documentation attached.<br><br>(US$:Four thousand seven hundred seventy five only) | | | 4,775.00 |

| PREPARED BY | CHECKED BY | APPROVAL |
|---|---|---|
| ACCOUNTANT | MANAGER FINANCE | DIRECTOR |

DA002261

## Avco Overseas Services TEXTRON
10801 Kempwood, Suite One
Houston, Texas 77043

FORM 1151
(SEPT. 93)

AUTHORIZATION: 4001

SHIPPER NUMBER

INVOICE NUMBER 07-4005

CHARGE TO:

PRESIDENT OF CIVIL AVIATION
AIRWAYS ENGINEERING
P O BOX 15441
JEDDAH, SAUDI ARABIA
ATTN: LOGISTICS MANAGER

DATE SHIPPED

DATE OF INVOICE 20 Jul. 1994

PREPAID OR COLLECT

F.O.B.

TERMS: DUE UPON RECEIPT

ROUTING

NO. OF CARTONS

| PROFORMA INVOICE NO. | WEIGHT/CUBE | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  | TO INVOICE YOU FOR EDUCATIONAL EXPENSES FOR MR. OMAR AL-BAYOUMI AT SAN DIEGO STATE UNIVERSITY. |  |  | $4,775.00 |
|  | INVOICE TOTAL |  |  | $4,775.00 |

| FOR ACCOUNTING USE ONLY | | |
|---|---|---|
| ACCOUNT CODE | AUTHORIZATION NO. | AMOUNT |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**ORIGINAL INVOICE**

DA002262

## Avco Overseas Services TEXTRON

Avco Overseas Services/
Subsidiary of Textron Inc.

10301 Kempwood
Two Claymoore Park
Suite One
Houston, Texas 77043
713/895-3400
Tlx: 4620217 AVCO UI
Fax: 713/895-3468

May 4, 1994

San Diego State University
American Language Institute
College of Extended Studies
5814 Hardy Drive
San Diego, CA 92182

ATTN: Ms. Barbara Heckman

As I indicated in our conversation of 2 May, Avco Overseas Services will administer the educational funding for Mr. Omar Al-Bayoumi and will provide a living allowance for he and his family. We have enclosed a check covering tuition and reimbursement for expenses you incurred on behalf of Mr. Al-Bayoumi. The composition of this payment is listed below.

| | |
|---|---:|
| Tuition IEC Fall 1994 | 2,950.00 |
| Tuition IEC Spring 1995 | 1,680.00 |
| DHL Cost | 45.00 |
| Application Fee | 100.00 |
| Total | 4,775.00 |

Should you have any questions or if we can be of assistance with regard to Mr. Al-Bayoumi, please call me at (713) 895-3411.

Sincerely,

AVCO OVERSEAS SERVICES TEXTRON

E. George Dahl
Vice President Finance/Controller

DA002263

## Avco Overseas Services TEXTRON

50-937/213   U15127

Avco Overseas Services Corporation/
Subsidiary of Textron Inc.
P.O. Box 219188
Houston, Tx. 77218

FOUR THOUSAND SEVEN HUNDRED SEVENTY FIVE AND 00/100 DOLLARS

PAY TO THE ORDER OF

S. B. S. U. FOUNDATION

DATE: 05/04/94

CHECK AMOUNT: *****$4,775.00

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

APPROVED SIGNATURE
APPROVED SIGNATURE

⑈015127⑈ ⑆021309379⑆ 601 2 20791⑈

---

Avco Overseas Services TEXTRON
Avco Overseas Services Corporation/
Subsidiary of Textron Inc.
P.O. Box 219188
Houston, Tx. 77218

+00392 S. B. S. U. FOUNDATION

DATE: 05/04/94   CHECK NO.: 015127

| DATE | INVOICE OR CREDIT MEMO NUMBER | TYPE | DESCRIPTION | REFERENCE NO. | GROSS | AMOUNTS DISCOUNTS | NET |
|---|---|---|---|---|---|---|---|
| 05/04/94 | | TUITION | FOR: Mr. Omar Al-Bayoumi | | 4775.00 | .00 | 4775.00 |

THE ATTACHED CHECK IS IN PAYMENT FOR ITEMS DESCRIBED ABOVE.   TOTAL ▶   4775.00   .00   4775.00

DA002264

# Avco Overseas Services TEXTRON
10801 Kempwood, Suite One
Houston, Texas 77043

FORM 1151
(SEPT. .93)

AUTHORIZATION: 4001

SHIPPER NUMBER

INVOICE NUMBER 07-4005

CHARGE TO:

PRESIDENT OF CIVIL AVIATION
AIRWAYS ENGINEERING
P O BOX 15441
JEDDAH, SAUDI ARABIA
ATTN: LOGISTICS MANAGER

DATE SHIPPED

DATE OF INVOICE 20 Jul. 1994

PREPAID OR COLLECT

F.O.B.

TERMS: DUE UPON RECEIPT

ROUTING

NO. OF CARTONS

| PROFORMA INVOICE NO. | WEIGHT / CUBE | QUANTITY SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | TO INVOICE YOU FOR EDUCATIONAL EXPENSES FOR MR. OMAR AL-BAYOUMI AT SAN DIEGO STATE UNIVERSITY. | | | $4,775.00 |
| | INVOICE TOTAL | | | $4,775.00 |

| FOR ACCOUNTING USE ONLY | | |
|---|---|---|
| ACCOUNT CODE | AUTHORIZATION NO. | AMOUNT |
| | | |
| | | |
| | | |
| | | |

**ORIGINAL INVOICE**

DA002265