# Exhibit L

KINGDOM OF SAUDI ARABIA  
Ministry of Defence and Aviation  
Civil Aviation Presidency  
Airways Engineering



المملكة العربية السعودية  
وزارة الدفاع والطيران  
رئاسة الطيران المدني  
هندسة الممرات الجوية

ATTACHMENTS.................... المرفقات  DATE 30 MAR. 1994 التاريخ  NUMBER 3175/H/M الرقم

AVCO OVERSEAS SERVICES/TEXTRON  
10801 Kempwood  
Two Claymore Park, Suite One,  
Houston, TX 77043  
United States of America.

Attention: D.F. Wolter, President

Subject : Payment Guarantee - Omar Al-Bayoumi
-------------------------------------------------------------

You are requested to pay the tuition for Mr Omar Al-Bayoumi of US Dollars Four Thousand Four Hundred Thirty (US$ 4,430.00) to

The American Language Institute  
College of Extended Studies  
San Diego State Univesity  
San Diego, CA92182-1900

PCA/AE Guarantees payment of this amount to AOST using the ANSS III Project Account.

In addition, you are requested to pay weekly living allowance (upto 30 weeks) of US$ 600.00 to Mr Al-Bayoumi and invoice the ANSS III Project Account.

The course will start 30 August 1994 and has a 27 week duration.

Thank you very much.

Best Regards,

MOHAMMED A. AL-SALMI  
Director General  
Airways Eng'g, PCA

Please reply to:  
Director General, Airways Engineering

الرجاء الرد على العنوان التالي ..  
مدير عام هندسة الممرات الجوية

DA002267