# Exhibit M

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Presidency of Civil Aviation
Airways Engineering
ANSS Program



ـة الطـيـران الـمـدنـي
منبـع المصـرات الجوية
مشروع نظم وصيانة وتشغيل
نظام السلامة الجوية

## Employee Performance Review

تقيــم اداء الموظـف

| | | | | | |
|---|---|---|---|---|---|
| | 1 □  2 □  3 □ PROBATIONARY MONTH | ANNUAL □ | | | |

NOTE : 3RD PROBATIONARY REVIEW DUE AT DAY 75

| | | REVIEW DATE | |
|---|---|---|---|
| NAME | OMAR AHMED M. AL BAYOUMI | EMPLOYEE NO  50040 | HIRE DATE  06 JUN. 1995 |
| POSITION: SNR. DATA PROC. TECH. | | POSITION NO  0704.04 | HOW LONG IN THIS POSITION |
| LOCATION JEDDAH SECTOR | | DEPARTMENT | SECTION |

30 DAYS   05 JUL. 1995

60 DAYS   04 AUG. 1995

90 DAYS   03 SEP. 1995

ANNUAL   05 JUN. 1996

DA001069