# Exhibit N


**Bendix** Field Engineering Corporation

PERFORMANCE REVIEW FORM
ANSS PROGRAM

## Section 1

| | | |
|---|---|---|
| Name: TRINIDAD, ALBERTO O. | Employee No.: 4023 | Review Date: 6 Sept. 1987 |
| Present Position: Logistics Analyst (1405-01) | How Long: 4 Mos. | Employment Date: 9 May 1984 |
| Location: Jeddah Depot | Department: Logistics | Section: Systems & Procedures |
| Reviewer: R. E. "Bud" Leach | Manager or Dept. Head: R. E. "Bud" Leach | |

## Section 2

| | SATISFACTORY | UNSATISFACTORY |
|---|---|---|
| **MAJOR DUTIES AND RESPONSIBILITIES RATING:** Rate the employee on the basis of performance of his major duties and responsibilities, and explain your choice of rating alternatives. | | |
| 1. **JOB KNOWLEDGE:** (Technical know-how, on the job) Mr. Trinidad is the foremost expert in logistics on the LIS system. His exceptional expertise and hand on experience with this system saves us innumerable manhours. | Outstanding | |
| 2. **QUALITY OF WORK:** (Thoroughness, accuracy, timeliness) Conscientious performance applied to all assignments. Very thorough, accurate and timely on all projects. | Excellent | |
| 3. **QUANTITY OF WORK:** (Completion of Projects) Daily output exceeds expectations. Handles multi-function assignments with ease and professional competences. | Excellent | |
| 4. **PERSONAL ATTRIBUTES:** (Appearance, Energy, Adaptability) Personal grooming satisfactory. Performs all tasks with energy and competence. Can perform in all departments of logistics. | Excellent | |
| 5. **ATTENDANCE AND PUNCTUALITY:** Sick leave taken totals 4 days on year two of ANSS. Sickness verified. Always on time. | Satisfactory | |

| Section 3 |
|---|

OVERALL PERFORMANCE (Consider Items 1, through 5, Section 2, page 1)

| ~~SATISFACTORY~~  Excellent | UNSATISFACTORY |
|---|---|

PERFORMANCE REMARKS IF ANY: Mr. Trinidad directed the annual inventory of ANSS for 1987. His effective supervision and organization of the logistics staff resulted in the wall to wall inventory completion in a 3 week period. This is an outstanding achievement and clearly attests to Mr. Trinidad ability.

| Section 4 |
|---|

PROMOTIONAL POTENTIAL:

Indicate below to what level, type of specific position this employee could be promoted in the light of present performance and estimated potential.

| TITLE OF HIGHER POSITION | APPROXIMATE TIME FRAME |
|---|---|
| None at this time. | |

This review prepared by: R. E. "Bud" Leach, Logistics Manager

Dept. Head concurrence: R. E. "Bud" Leach, Logistics Manager

Date discussed with employee: _____

Discussed by whom: Mr. Leach/Trinidad

| Section 5 |
|---|

EMPLOYEE COMMENTS IF ANY: _____

Employee Acknowledgment: [signature]    Date: 6 SEP 1987

Distribution: Original — Employee Relations

DATAC EMPLOYEE'S EVALUATION جدول تقييم الموظف

| Name of Employee اسم الموظف | I.D. No. رقم الموظف | Location الموقع | Date التاريخ |
|---|---|---|---|
| LAROUSI ABDUL HAKIM | 1103-2932 | RIYADH AIRPORT | 01 JAN '82 |

| Date of Hire تاريخ التعيين | Reason for Evaluation أسباب الجدارة | Position Title اسم الوظيفة |
|---|---|---|
| 06 APR. 1977 | CONTRACT RENEWAL | LABORER |

| ضع علامة x في المربع المناسب<br>Place an "X" in the most appropriate block. | غير مقبول تحت الصفر<br>Unacceptable (Below 69%) | وسط بين ٧٠٪ و ٧٩٪<br>Marginal (70-79%) | معتدل من ٨٠٪ الى ٨٩٪<br>Average (80-89%) | ممتاز من ٩٠٪ الى ٩٥٪<br>Excellent (90-95%) | رفيع من ٩٦٪ الى ١٠٠٪<br>Outstanding (96-100%) |
|---|---|---|---|---|---|
| الحضور / دقة المواعيد<br>Attendant/Punctuality | | | | X | |
| معرفة الوظيفة<br>Job Knowledge | | | | X | |
| مقدار العمل<br>Quantity of Work | | | | X | |
| نوعية العمل<br>Quality of Work | | | | X | |
| التمهيد<br>Initiative | | | | X | |
| الاعتماد / التعاون<br>Dependability/Co-operation | | | | X | |
| التوجيه<br>Leadership | | | | N/A | |

Strong Points & Areas of Improvement                                   النقاط الحساسة في مجال التحسين :

A VERY GOOD HARD WORKER WHO PERFORMS HIS DUTIES WELL.

Potential for Advancement to _____ N/A _____ is
امكانية التقدم                                                   المركز

Evaluator/Endorsor Recommendation: It is recommended that this employee
المقدر                          تزكية المقرر                نوصى بأن هذا الموظف

TO BE OFFERED A NEW CONTRACT.

| رمز الوظيفة<br>Job Code | 002 | رقم الميزانية<br>Budget Line No. | 035 | مركز التكلفة<br>Cost Center | 1103 | رمز الادارة<br>Dept. Code | 013 |
|---|---|---|---|---|---|---|---|

Evaluator's Signature – Title – Date   توقيع المقدر وصفته    Endorsor's Signature – Title – Date   توقيع المقرر وصفه

James Holt 4/1/82

JAMES HOLT/SHIFT SUPERVISOR         IBRAHIM A. NAGRO/SITE MANAGER (ACTI

DATAC 3C 07 D                      1103      (A/D 1035 March, A/D 1035 July 75 and
                                              A/D 1035 January 77 are rescinded)

DA001926

C O M P A N Y

## DALLAH/AVCO EMPLOYEE EVALUATION

| Name of employee | ID. # | Location | Date |
|---|---|---|---|
| Larousi Abdul Hakeem | 03-2932 | 03-Riyadh | 15-1-79 |

| Date of Hire | Reason For Evaluation | Position Title |
|---|---|---|
| 6-4-77 | Contract Renewal | Laborer |

| Place an "X" in the most | Unacceptable (-69%) | Marginal (70% to 79%) | Average (80% to 89%) | Excellent (90% to 95%) | Outstanding (96% to 100%) |
|---|---|---|---|---|---|
| Attendance/Punctuality | | | | x | |
| Job Knowledge | | | x | | |
| Quantity of Work | | | | x | |
| Quality of Work | | | x | | |
| Initiative | | | x | | |
| Dependability/Cooperation | | | x | | |
| Leadership | | | x | | |

Strong points and or areas for improvement:—

A strong worker who gives of his best

Potential for advancement to       N/A       is

EVALUATOR/INDORSER RECOMMENDATION:— It is recommended that this employee

Be offered a new contract

Evaluator's Signature - Title          Indorser's Signature - Title

R. F. Bright/Shift Supervisor         Albert E. Sartor/Site Manager

A/D Form 1035 (R) January, 1977       ( Forms A/D 1035 March and
                                        A/D 1057 July 1975 are
                                        rescinded.

DA001927