# Exhibit O

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Datac file/employee file/omar Bayoumi file

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 6 0 1 4 8 2 AVCO SJ

COMMERCIAL REG. NO. 20442

PAID IN CAPITAL 10,000,000 SR.



dallah AVCO
TRANS ARABIA
LIMITED LIABILITY COMPANY

ص . ب : ٤٣٠ ، جــــدة ٢١٤١١
المملكــة العربيــة السعوديــة
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ آفكو اس جي

س . ت رقم : ٢٠٤٤٢

رأس المال المدفــوع ١٠،٠٠٠،٠٠٠ ريال سعــودي

الرقـــم : ر م/؟/٢٢٧/٩٩/ع/١٥/١١-؟
التاريــخ : ١٤١٩/١٢/١٨هـ
الموافــق : ١٩٩٩/٠٤/٠٤م

سعادة / المهندس محمد أحمد السالمي
مدير عـام هندسة الممرات الجـوية
رئاســة الطيــران المــدني
جــده – المملكــة العــربيــة السعوديــة

الموضوع : إعارة الموظف / عمر أحمد مصطفى بيومي .

السلام عليكم ورحمة الله وبركاته ،

إشارة لخطابنا رقم : ع م د/١٥/١٨/٣٢٥ المؤرخ في ١٩٩٩/٣/٢٨م والذي تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدني لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومي لمدة عام إعتباراً من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهية في ١٤٢٠/١/٧هـ هي نهاية مدة إعارة المذكور من رئاسة الطيران المدني وليس للشركة الرغبة في تجديدها لفترة أخرى ، كما نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .

وتفضلوا بقبول وافر التحية ،،،،

علــوي محمد سعيد كامــل
رئيس مجلس الإدارة

R.E.G
0 6 APR 1999
AED
CENTRAL

DA001102