# Exhibit Q

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**KINGDOM OF SAUDI ARABIA**
**Ministry of Defence and Aviation**
**Civil Aviation Presidency**




المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٤٢١٥/١/١/٧٤       التاريخ: ١٤١٩/٥/٢٠       المرفقات:

Omar Bayoumy File

سعادة مدير ادارة الإيرادات بمصلحة معاشات التقاعد    المحترم

السلام عليكم ورحمة الله وبركاته :

اشــارة لخطابكم رقم ٣/٦/١/٥/٩٣٩٧ وتاريخ ١٤١٩/٢/١٣ هـ حــول النقص في ملف الموظف/ عمر احمد البيومي رقم ٦١٣٥٧ والمعار لشركة دله/ افكو ،

تجدون برفقه المطلوب وتقبلو تحياتنـا ،،،

مدير شئون الموظفين المكلف

عبدالرحيم نوري جستنيه
١٤١٩/٥/١٩



ع/المليم/ه    بيوني/١

صورة للمساعدة شركة دله/ افكو ص . ب ( ٤٣٠ ) جدة ٢١٤١١
صورة للفكرم مدير ادارة التزدية ،
صورة للفكرم المشرف على الادارة الماليه ،
صورة للفكرم مدير ادارة الايرادات/ مع اصل خطاب الشركة المتضمن سداد ايجار الوحدة السكنية رقم ( ١٠+١٢ ) عمارة ( ١٣ ) ،
صورة للموظفين / للارشيف بملفه مع الاساس ،

الرجـاء الاتصـال على العنوان التـالي: ص. ب       الرمـز البريدي       المدينــة       المملكة العربية السعودية
Please reply to: P. O. Box :       Postal Code:       City:       Kingdom of Saudi Arabia

DA001108