# Exhibit R

OMER BAYOMI

المملكة العربية السعودية
وزارة الخارجية
سفارة المملكة العربية السعودية ( لندن )
( القسم القنصلي )

بسم الله الرحمن الرحيم

الرقم ......... ٩٠ .........
التاريخ ٢٢/٤/ ١٤١٤ هـ
الموافق ٥ /٧/ ٢٠٠٣ م

**صك وكالة**

الحمد لله وحده والصلاة والسلام على من لا نبي بعده .

لدي أنا ...... مازن بن حمد بن محمد الحميلي ، نائب ...... رئيس القسم القنصلي بسفارة المملكة العربية السعودية في لندن .

حضر أمامي المكرم ...... عمر بن أحمد بن مصطفى البيومي ...... السعودي الجنسية بموجب ...... جواز سفر

رقم ...... ٧٥٨٠٠١ ب بتاريخ ٢٣/١٠/ ١٤٢٠ هـ ...... سجل لوس انجلوس
ببطاقة الأحوال رقم : ١٠٣٦٦٢٩٥١٢

وبعد تعريف الحرمى من : ...... محمد أحمد مصطفى و محمد الفارس عبدالبابط . الموظفين بالسفارة .

كنيته/على عبدالقادر عبدالعزيز بالكوم

وقرر بطوعه واختياره وهو بأتم الأوصاف المعتبرة شرعا قائلا : أنني عينت ......
وكيلا ينوب عني في قبض وإثبات ومطالبة وإستلام وتسليم أي حق لي أو على أو على وعلى المخاصمات المقامة مني أو على ولي التداخل في
الدعاوى بجميع شئونها ثالث وبالمدافعة والمراقعة وإحضار البينات وسماعها والجرح والتعديل والتعليف والمصالحة والإبراء
والاقرار والإنكار وطلب منع المعارضة ورفع اليد وفضله للتبديل وقسمة الإفراز والتمييز والفلاحة بالأحكام من عدمها ومراجعة
الدوائر الحكومية والإدارية والتوقيع على الوثائق الرسمية والعادية والتأمين والاستئجار والتعمير والترميم والاستدانة من البنوك
ومن صندوق التنمية العقارية والرهن وذلك والبيع والشراء والإيجار والتنازل وتحرير السندات اللازمة وإثبات الميراث والملكية .
وله الحق بتسلم جميع الاستحقاقات المالية من طرف شركة بنك الذي .

وعليه جرى التصديق تحريرا في ٢٢/٤/ ١٤٢٣ هجرية الموافق ٥ /٧/ ٢٠٠٣ ميلادية
وصلى الله على سيدنا محمد وعلى آله وصحبه وسلم .

مصرفين وشهود الحال
١ ـ شاهد الحال           ٢ ـ شاهد الحال           نائب رئيس القسم القنصلي
محمد أحمد مصطفى          محمد الفارس عبدالبابط      عمر بن أحمد بن مصطفى البيومي      مازن بن حمد الحميلي
كاتب الضبط                                         المستلم

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001116