# Exhibit S

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٧-٠٩/٢/٢
التاريخ: ٢٠/١٤/١٤٢٩هـ
المرفقات: ‎

**عاجل جداً**

سعادة / رئيس مجلس إدارة مجموعة دله          المحترم

الموضوع : تجديد إعارة الموظف عمر أحمد بيومي

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى خطابكم رقم ر م أ / ٣٣٧/٩٩/١٥/١١-أ بتاريخ ١٨/١٢/١٤١٩هـ الموافق ٤/٤/١٩٩٩م ، والذي أشرتم فيه إلى عدم رغبة الشركة في تجديد إعارة المذكور لفترة عام آخر .

نفيدكم بأن الرئاسة ترغب في منحه إعارة لمدة عام واحد فقط ، لإكمال المهمة التي وافقت بموجبها الرئاسة على إعارته .

لذا نأمل تجديد إعارة المذكور لفترة عام آخر اعتباراً من ٨/١/١٤٢٠هـ ، على أن يتم تحرير خطاب من الشركة موجه للرئاسة بهذا الشأن وبالسرعة المطلوبة لكي تكتمل ترتيبات إجراءات الإعارة حسب النظام نظراً لضيق الوقت وحلول العام الهجري الجديد .

ونشكر لكم تعاونكم ، ، ، وتقبلوا تحياتنا ، ، ،

مدير عام هندسة الممرات الجوية

م/ محمد أحمد السالمي

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.