# Exhibit T

OMER BAYOMI

المملكة العربية السعودية
وزارة الخارجية
سفارة المملكة العربية السعودية (لندن)
(القسم القنصلي)

بسم الله الرحمن الرحيم

الرقم .......٩٠.......
التاريخ ٢٢/٤/١٤٢٤هـ
الموافق ٥/٧/٢٠٠٣م

**سـك وكالـة**

الحمد لله وحده والصلاة والسلام على من لا نبي بعده .

لدي أنا : مازن بن حمد بن محمد الحميلي ، نائب رئيس القسم القنصلي بسفارة المملكة العربية السعودية في لندن
حضر أمامي المكرم : عمر بن أحمد بن مصطفى البيومي السعودي الجنسية بموجب جواز سفر
رقم : ٧٥٨٠٠١ب بتاريخ ٢٣/١٠/١٤٢٠هـ مصدر لوس أنجلوس
ببطاقة الأحوال رقم : ١٠٣٦٦٢٩٥٦٢٤
وبعد تعريفه للمرسي من : محمد أحمد مصطفى و محمد فارس عبدالباسط ، الموظفين بالسفارة

كنية/علي عبدالقادر عبدالعزيز الحامدي
وأقر بطوعه واختياره وهو بتمام الأوصاف المعتبرة شرعاً قائلاً : أنني عينت
وكيلاً ينوب عني في قبض واثبات ومطالبة واستلام وتسليم أي حق لي أو علي وفي المخاصمات المقامة مني أو علي وفي التداخل في
الدعاوى بصفتاً خصماً ثالث وبالمدافعة والمرافعة واحضار البينات وسماعها والجرح والتعديل والتحليف والمصالحة والابراء
والاقرار والانكار وطلب منع المعارضة ورفع اليد واضداد للسبيل وقسمة الافراز والتمييز والقناعة بالاحكام من عدمها ومراجعة
الدوائر الرسمية والادارية والتوقيع على الوثائق الرسمية والعادية والتأجير والاستئجار والتمييز والترميم والاستدانة من البنوك
ومن صندوق التنمية العقارية والرهن وفكه والبيع والشراء والافراغ والقباض وتحرير السندات اللازمة والهبات المبرد والملكية .
وله الحق بأحكام جميع الصلاحيات للغير لغير أي علاقة للغير

وعليه جرى التصديق تحريراً في ٢٢/٤/١٤٢٤ هجرية الموافق ٥/٧/٢٠٠٣م ميلادية
وصلى الله على سيدنا محمد وعلى آله وصحبه وسلم .

معرفين وشهود الحال
١ - شاهد الحال                    ٢ - شاهد الحال                       نائب رئيس القسم القنصلي
محمد أحمد مصطفى                 محمد فارس عبدالباسط                    مازن بن حمد الحميلي
كاتب الضبط                      عمر بن أحمد بن مصطفى البيومي
                                المسلم

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001116