# Exhibit U

Case 1:03-md-01570-GBD-SN   Document 3211-21   Filed 02/08/16   Page 2 of 3

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# NOTICE OF EMPLOYMENT

**EMPLOYEE NUMBER:** 5 0 0 4 0   CHECK:   NEW-HIRE   **DAY** 06 **MONTH** 06 **YEAR** 95

**EMPLOYEE NAMES:**
- GIVEN: OMAR
- (Middle): AHMED MUSTAFA
- FAMILY: AL BAYOUMI

**ASSIGNED SITE:** 210051-JED
**DIRECTORATE:** ANSS PROJECT
**DEPARTMENT:** JEDDAH SECTOR
**JOB TITLE:** SNR. DATA PROC. TECHNICIAN

## CODE DEFINITIONS

**NATIONALITY**
- 01 AUSTRALIAN
- 02 BRITISH
- 03 CANADIAN
- 04 EGYPTIAN
- 05 ETHIOPIAN
- 06 FRENCH
- 07 GERMAN
- 08 GREEK
- 09 HADRAMI
- 10 INDIAN
- 11 INDONESIAN
- 12 JORDANIAN
- 13 KOREAN
- 14 LEBANESE
- 15 PAKISTANI
- 16 PALESTINIAN
- 17 FILIPINO
- 18 SAUDI
- 19 SCANDINAVIAN
- 20 SOMALI
- 21 SUDANESE
- 22 SYRIAN
- 23 THAI
- 24 TURKISH
- 25 U.S.
- 26 YEMENESE
- 27 U.N. PASSPORT
- 28 KENYAN
- 29 MOROCCAN
- 30 MAURITIOUS
- 31 GHANIANS
- 32 OTHERS
- 33 ERITREAN
- 34 SRI LANKAN
- 35 TCHAD
- 36 BANGLADESHI
- 37 ALGERIAN
- 38 AFGHANISTANI

**EDUCATION**
- D DOCTORS DEGREE
- M MASTERS DEGREE
- B BACHELORS DEGREE
- 4 4 YEARS
- 3 3 YEARS
- 2 2 YEARS
- 1 1 YEAR COLLEGE
- H HIGH SCHOOL
- U UNDER HIGH

**EMPLOYMENT STATUS**
- 1 A.I.S.D.
- 2 U.S. DATAC
- 3 E.T.C.N.
- 4 OTHER T.C.N.
- 5 LOCAL
- 6 SAUDI SENIOR MANAGEMENT
- 7 CONSULTANT
- 8 SUMMER HIRE
- 9 TCN FAR EAST

**HOUSING STATUS**
- F FAMILY HOUSING
- S SINGLE APARTMENT
- T TRANSIENT
- D DORMITORY
- M HOUS. ALLOW. MONTHLY
- A HOUSING CASH ADVANCE

**MARITAL STATUS**
- M MARRIED STATUS
- S SINGLE STATUS

**RELIGION**
- M MUSLIM
- C CHRISTIAN
- O OTHERS

**DATE OF BIRTH:** 01 06 54
**SOC. INS. ELIGIB.:** 08 95
**NATIONALITY:** CODE 18
**RELIGION:** CODE M   90/1/2 (handwritten)
**EDUCATION:** CODE 2
**EMPLOYMENT STAT.:** CODE (blank)
**CONTRACT END:** 05 06 96
**ANNUAL VAC.:** 21 DAYS
**MARITAL STATUS:** CODE S
**HOUSING STATUS:** CODE M   2 MONTHS
**COST CENTRE:** 210051
**DEPARTMENT:** CODE (blank)
**BUDGET LINE NO.:** CODE (blank)
**JOB TITLE:** CODE 704-04
**SALARY GRADE:** CODE (blank)
**BASIC SALARY:** SR: 8600/=
**TRANSPORT ALLOW.:** SR: 860/=
**HARDSHIP ALLOW.:** N.A.
**FOOD ALLOW.:** N.A.
**OTHER ALLOW.:** N.A.
**OTHER ALLOW.:** N.A.

(ALL AMOUNTS ARE IN RIYALS)

**REMARKS:**
- WORK SCHEDULE: 8 HRS/DAY
- NUMBER OF DEPENDENTS: NA
- MONTHLY SALARY (8 HRS. REG. + 2 HRS O.T.): SR. _____
- SOCIAL INSURANCE SALARY: SR. _____

## APPROVAL

| Base/Site Manager | Date | Director | Date | Finance | Date |
|---|---|---|---|---|---|
| MANPOWER SERVICES (signed) | | SAMIR S. MAGBOUL DIRECTOR ANSS PROJECT (signed) | | | |
| Department (signed) | Date 12/08/95 | DATAC Personnel ENTERED 13 AUG 1995 | Date | Final Approval | Date |
| ADMIN. ANSS PROJECT | | | | | |

DATAC 3C 06G

1. Personnel - White  2. Finance - Pink  3. A.D.P. - Blue  4. Employee - Yellow  5. Dir./Base/Site-Green  6. Suspense

DA001064

# NOTICE OF TERMINATION

Date: **7 MAY, 2002**

EMPLOYEE NAME: **OMAR BAYOUMI**  EMPLOYEE NUMBER: **50040**
SITE: **210151**  DEPT: **AED**  DIR: **ANSS PROJECT**
JOB TITLE: **SNR CONT. SPEC.**  NAT'L: **SAUDI**  DOH: **6/9/01**
DOT: **12 MAY 2002**  SALARY: **SR: 10000/=**  SOC. INS. NO: ____

**1**  **CONTRACT NON-RENEWAL/CONTRACT COMPLETION**

Since your employment contract expires on——————, DATAC regrets to inform you that no additional period of continuous employment will be offered.

As your accrued vacation is part of employment, you may choose either:-
  A. ( ) I desire to work through the last day of my contract period and receive payments.
  B. ( ) I desire to leave at the earliest eligibility date.

Acknowledgement hereon is required within ten (10) days after receipt of this notification.
Manager _____  Date: _____

**08** **TERMINATION**

This is to inform you that your services with DATAC will be terminated effective **12 MAY, 2002**

due to;
  2. Your Resignation      3. Article 83 of Labor Law      4. Mutual agreement
  5. Reduction In Force    6. Probation                    7. Medical
  *** 8. Other (as specify) _____  9. Death

Manager _____  Date: _____

I acknowledge receipt of the above applicable notification.
Employee Signature _____  Date: _____

**CLEARANCE**

Immediate Supervisor _____  Facilities Maint. _____  Soc Ins. _____
Personnel _____  Pol. & Proce. (Mgr. & Above) _____  Prop. Admin. _____  Finance _____

Please deduct the cost of: _____
REASON:   A. Termination   B. Resignation   C. Contract Non-renewal   D. Contract Completion

**FINAL SETTLEMENT**

I, **OMAR BAYOUMI** the undersigned, Badge no. **50040** acknowledge that I have received from DATAC the amount of SR. _____ representing a total settlement of all entitlements, absolving the Company from all previous/subsequent claims.

Employee Signature _____   Date: _____
**OMAR BAYOUMI**

| Base/Site Manager | Date | Director | Date | Finance | Date |
|---|---|---|---|---|---|
| MANPOWER SERVICES | | DIRECTOR ANSS PROJECT | | | |
| Department | Date | DATAC Personnel | Date | Final Approval | Date |
| ADMIN ANSS PROJECT | | ENTERED 12 MAY 2002 | | | |

DATAC 3C 06D (5-83)  7540-001089

1. PERSONNEL: White, 2. FINANCE: Yellow, 3. ADP: Pink, 4. EMPLOYEE: Blue, 5. DIRECTORATE /BASE/SITE: White, 6. SUSPENSE COPY: Green.

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001345