# Exhibit V

| | | |
|---|---|---|
| P. O. BOX 430 JEDDAH 21411<br>KINGDOM OF SAUDI ARABIA<br>TELEPHONE : 6710000<br>TELEX : 601482 AVCO SJ<br>COMMERCIAL REG. NO. 20442<br>PAID IN CAPITAL 10,000,000 SR. |  | ص.ب : ٤٣٠ ، جـدة ٢١٤١١<br>المملكة العربية السعودية<br>تلفون : ٦٧١٠٠٠٠<br>تلكس : ٦٠١٤٨٢ افكو اس جي<br>س.ت رقم : ٢٠٤٤٢<br>رأس المال المدفوع ١٠٠٠٠٠٠٠ ريال سعودي |

الرقم : رم/٢/٢٢٧/٩٩/١٥/١١-٩

التاريـخ : ١٤١٩/١٢/١٨هـ

الموافـق : ٤/-٠٤/١٩٩٩م

سعادة / المهندس محمد أحمد السالمى

مدير عام هندسة الممرات الجـوية

رئاسـة الطيـران المـدنى

جـده – المملكة العـربية السعودية

الموضوع : إعارة الموظف / عمر أحمد مصطفى بيومى .

السلام عليكم ورحمة الله وبركاته ،

إشارة لخطابنا رقم : ع م د/١٥/١٨/٣٢٥ المؤرخ فى ١٩٩٩/٣/٢٨م والذى تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدنى لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومى لمدة عام إعتباراً من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهية فى ١٤٢٠/١/٧هـ هى نهاية مدة إعارة المذكور من رئاسة الطيران المدنى وليس للشركة الرغبة فى تجديدها لفترة أخرى ، كما نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .

وتفضلوا بقبول وافر التحية ،،،،

علـوى محمد سعيد كامـل
رئيس مجلس الإدارة

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001101

Case 1:03-md-01570-GBD-SN Document 3212-1 Filed 02/09/16 Page 3 of 3

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Datac Fin/employee file/omar Bayomi file

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

dallah AVCO
TRANS ARABIA
LIMITED LIABILITY COMPANY

ص . ب : ٤٣٠ ، جـــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ آفكو اس جي
س . ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

الرقم : ر ث /٩٩/٢٢٧/؟ ؟/١٥/١١-؟
التاريخ : ١٤١٩/١٢/١٨هـ
الموافق : ٤-/٠٤/١٩٩٩م

سعادة / المهندس محمد أحمد السالمي
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
جده – المملكة العربية السعودية

الموضوع : إعارة الموظف / عمر أحمد مصطفى بيومي .

السلام عليكم ورحمة الله وبركاته ،

إشارة لخطابنا رقم : ع م د/١٥/١٨/٣٢٥ المؤرخ فى ١٩٩٩/٣/٢٨م والذى تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدنى لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومى لمدة عام إعتباراً من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهية فى ١٤٢٠/١/٧هـ هى نهاية مدة إعارة المذكور من رئاسة الطيران المدنى وليس للشركة الرغبة فى تجديدها لفترة أخرى ، كما نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .

وتفضلوا بقبول وافر التحية ،،،،

علوى محمد سعيد كامل
رئيس مجلس الإدارة

R.E.G
0 6 APR 1999
AED

DA001102