# Exhibit W

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



ص.ب ٤٣٠ ، جــــدة ٢١٤١١
المـــملكة العـربيـة الســعـوديـة
تلفون : ٦٧١٠٠٠٠
تـلـكـس : ٦٠١٤٨٢ أفـكـو اس جــي

س.ت رقم : ٢٠٤٤٢

رأس المال المدفـوع ١٠،٠٠٠،٠٠٠ ريال سعــودي

الرقــم : رم أ/٣٦٤/٩٩/١٥/١١
التاريــخ : ١٤١٩/١٢/٢١هـ
الموافـق : ١٩٩٩/٠٤/٠٧م

معالي / رئيس الطيران المـدني           الموقر،

السلام عليكم ورحمة الله وبركاته،

بالإشارة إلى خطابنا السـابق رقم : ع م د/١٥/٩٨/٣٢٥ بتـاريخ ١٤١٨/١١/٣٠هـ بخصوص إعارة السيد / عمر أحمد مصطفى البيومي - بوظيفة مشرف حسابات وذلك بناءاً على التعاون القائم بين القطاع الحكومي والخاص .

نأمل موافقة معاليكم على تمديد فترة إعارة المذكور للعمل لمدة عام آخر إعتباراً من ١٤٢٠/١/٨هـ .

شاكرين لمعاليكم حسن تعاونكم .

وتفضلوا بقبول وافر التحية ،،،

علوي محمد سعيد كــامل
رئيس مجلس الإدارة

bayomi/a-fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001110