# Exhibit X

CONFIDENTIAL: Subject to Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

Case 1:03-md-01570-GBD-SN   Document 3212-3   Filed 02/09/16   Page 2 of 2

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٧/١١/٤١٧ ن
التاريخ: ١/١١/١٤٢٠هـ
المرفقات:

عمر احمد مصطفى بيومي    محاسب    الثامنة    هندسة الممرات الجوية

صاحب السمو مساعد وزير الدفاع والطيران والمفتش العام    حفظه الله
لشئون الطيران المدني

السلام عليكم ورحمة الله وبركاته :

ارفع لسموكم الكريم خطاب شركة دله افكو رقم رم أ/٣٦٤/٩٩/١٥/١١ وتاريخ ١٤١٩/١٢/٢١هـ الذي تطلب فيه تمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لديهم لسنة خامسة والذي سبق وأن صدر القرار الاداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٤١٩/١/١٥هـ بتمديد اعارة المذكور للشركه المشار اليها لمدة سنه رابعه اعتبارا من ١٤١٩/١/٨هـ وحيث أن هذه الاعاره لاتؤثر على سير العمل واشارة للمادة (٤/٢٩) من لوائح الخدمة المدنية والتى اجازت تمديد اعارة الموظف مده أو مدد لاتزيد كل منهما على سنه وبما أن هذه من صلاحية سموكم .

لذا ارجو من سموكم الكريم الموافقة على تمديد اعارة خدمات المذكور للشركة المشار اليها ولمدة سنه أخرى اعتبارا من ١٤٢٠/١/٨هـ .

وتقبلوا سموكم الكريم خالص تحياتى وتقديري ،،،

رئيس الطيران المدنى

د/ علي بن عبدالرحمن الخلف

٢/بيومي
ص/ لسعادة العضو المنتدب لشركة دله افكو
ص/ لسعادة مدير عام هندسة الممرات الجويه / ص/ للمكرم مدير الادارة الماليه
ص/ لسعادة مدير شئون الموظفين / التوظيف / ص/ للملفه مع صورة الخطاب

DA001357