# Exhibit Y

رئاسة الطيران المدني
وزارة الدفاع والطيران

الموضوع: تمديد خدمات
الاسم: عمر بن أحمد مصطفى بيومي
الوظيفة: محاسب
المرتبة: الثامنة
الرقم: ٨١
التخصص: هندسة الممرات الجوية
التاريخ: ١٤/١/١٤٣١

ان مساعد رئيس الطيران المدني

بناءً على صلاحية المنوحة له والحاقاً للقرار الاداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٤١٩/١/٥هـ القاضي بتمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لدى شركة أكو دلة ولمدة سنة اعتبارًا من ١٤١٩/١/٨هـ وبالاشارة الى الطلب المقدم من شركة اكو دلة والمبني على خطاب المذكور بجميع حقوقه.

نظلب فيه تمديد اعارة خدمات الموظف المذكور للعمل لديهم ولمدة سنة أخرى اعتبارًا من ١٤٢٠/١/٨هـ وبعد ببعث التعاون المبتادل بين القطاع العام والقطاع الخاص في البيع والخدمة واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشؤون الطيران المدني بخطابه رقم ٢٠/١/١١٤٢هـ وتنشيئاً مع فقرات المادة (٢٩) من نظام الخدمة المدنية فإنه -:

١ – تمديد اعارة خدمات الموظف / عمر بن أحمد مصطفى بيومي الموضحة هويته بعاليه للعمل لدى شركة اكو دلة ولمدة سنة أخرى خامسة واخيرة على ان تتحمل الجهة المعار اليها المذكور جميع حقوقه الوظيفية من رواتب وبدلات وغيرها.

٢ – تغير الاعارة سارية المفعول اعتبارا من ١٤٢٠/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسة حتى عودته لعمله وعلى الموظف المذكور ان يؤدي خلال فترة اعارته العائدات التقاعدية على رواتب وظيفته الاصلية وما يطرأ عليها من زيادة طبقاً لمدة اعارته شهريا بانتظام والا سوف تسدد مدة الاعارة من الخدمة وفقا للمادة (١٧) من نظام التقاعد المدني لعام ١٣٩٣هـ.

٣ – يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه.

• صورة لصاحب السمو مدير ادارة الميزانية المكلف.
• صورة مع التحية للسمو مدير ادارة الخدمة المدنية / الادارة العامة للمعلومات.
• صورة مع التحية لفرع ديوان الخدمة المدنية بمنطقة مكة المكرمة.
• صورة لسعادة المدير المنتدب لشركة اكو من ب ( ٤٣٠ ) جدة .
• صورة للمكرم مدير ادارة التطوير الاداري / ص / للشؤون الموظفين / التوقيف / ص / المتابعات ام لذنة مع الاساس
• اصل القرار لادارة الرواتب للاعتماد / ص / لشؤون الموظفين / التوقيف / ص / المتابعات ام لذنة مع الاساس

DA001119

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

CONFIDENTIAL - This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

**KINGDOM OF SAUDI ARABIA**
**Ministry of Defence and Aviation**
**Civil Aviation Presidency**



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٧/١٤/١١/٥٧٥
التاريخ: ١٥/١/١٤١٩ هـ
المرفقات:

عمر احمد مصطفى بيومي    محاسب    الثامنه    ٨٦    هندسة الممرات الجويه

ان مساعد رئيس الطيران المدنى

بناء على الصلاحيه الممنوحه له. والحاقا للقرار الادارى رقم ٩٣٠٧/١/٤/٧ فى ١٤١٧/١٢/٢٨هـ والقاضى بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اعتبارا من ١٤١٨/١/٨هـ قابله للتمديد . وبالاشاره الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة الموظف المذكور للعمل لديهم ولمدة سنه اخرى اعتبارا من ١٤١٩/١/٨هـ وعملا بمبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصه واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدنى بخطابه رقم ١٠٥٥/٣/٤/١/١ فى ١٤١٩/١/٨هـ وتمشيا مع فقرات الماده (٢٩) من نظام الخدمه المدنيه فاننا :-

( نقرر مايلى )

١- تمديد اعارة خدمات الموظف / عمر احمد مصطفى بيومى والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اخرى رابعه على ان تتحمل الجهه المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعاره سارية المفعول اعتبارا من ١٤١٩/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته لعمله وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصليه ومايطرأ عليها من زياده .

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

عبدالعزيز بن عبدالكريم العنقرى

ص/ بيومى ١
ص/ مع التحيه لديوان الخدمه المدنيه (الادارة العامه للمعلومات) .
ص/ للعضو المنتدب لشركة افكو دله ص.ب (٤٣٠) جده .
ص/ للتطوير الادارى /ص/ للميزانيه / ص/ للترقيات .
ص/ لهندسة الممرات الجويه /اصل القرار للتأديه .
ص/ للتوظيف / ص/ للملفه مع الاساس .

الرجاء الاتصال على العنوان التالى: ص. ب        الرمز البريدى        المدينة        المملكة العربية السعودية
Please reply to: P. O. Box :        Postal Code:        City:        Kingdom of Saudi Arabia

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



**KINGDOM OF SAUDI ARABIA**
Ministry of Defence and Aviation
Civil Aviation Presidency

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

| هندسة الممرات الجوية | ٨٦ | الثامنة | محاسب | عمر احمد مصطفى بيومي |

ان مساعد رئيس الطيران المدني .

بناء على الصلاحية الممنوحه له . والحاقنا للقرار الاداري رقم ١٢٨/١/٤/٧ فى ١٤١٧/١/٤هـ والقاضى بتمديد اعارة الموظف الموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه اعتبارا من ١٤١٨/١/٨هـ قابله للتمديد . وبالاشارة الى الطلب المقدم من شركة افكو دله والذى تطلب فيه تمديد اعارة المذكور للعمل لديهم ولمدة سنه أخرى اعتبارا من ١٤١٨/١/٨هـ وعملا بمبدأ التعاون المتبادل بين القطاعات العامه والقطاعات الخاصة . واستنادا الى موافقة سمو مساعد وزير الدفاع والطيران والمفتش العام لشئون الطيران المدني بخطابه رقم ٢٦٢٩/٣/٧/٤/١/١ فى ١٤١٧/١٢/١٩هـ على تمديد اعارة خدمات الموظف المذكور ولمدة سنه أخرى اعتبارا من ١٤١٨/١/٨هـ وتمشيا مع فقرات المادة (٢٩) من نظام الخدمة المدنية فاننا :-

( نقرر مايلي )

١- تمديد اعارة الموظف / عمر احمد مصطفى بيومي والموضحة هويته بعاليه للعمل لدى شركة افكو دله ولمدة سنه أخرى على ان تتحمل الجهه المعار اليها المذكور جميع حقوقه الوظيفيه من رواتب وبدلات وغيرها .

٢- تعتبر الاعارة سارية المفعول اعتبارا من ١٤١٨/١/٨هـ وتقطع رواتبه وبدلاته من الرئاسه حتى عودته للعمل وعلى الموظف المذكور ان يؤدى خلال فترة اعارته العائدات التقاعديه على رواتب وظيفته الاصلية ومايطرأ عليها من زيادة .

٣- يبلغ هذا القرار لمن يلزم لاعتماد تنفيذ موجبه .

مساعد رئيس الطيران المدني
عبدالعزيز بن عبدالكريم العنقري

ص/ مع التحيه لديوان الخدمة المدنيه ( الادارة العامة للمعلومات )
ص/ لسعادة العضو المنتدب لشركة افكو دله ص.ب ٤٣٠ جـدة
ص/ للتطوير الاداري /ص/ للتخطيط والميزانية/ ص/ للترتيبات
ص/ لهندسة الممرات الجوية . /اصل القرار للرواتب / ص/ للتوظيف / للنادية/ص/ للملف مع الاساس

DA001121