# Exhibit AA

سعادة المهندس/ محمد بن أحمد السالمي              حفظه الله

مدير عام هندسة الممرات الجوية

السلام عليكم ورحمة الله وبركاته:

أود التكرم من سعادتكم توجيه جهة الاختصاص بصرف رواتب الاجازات العائدة لي عن الفترة الماضية. والله يحفظكم ويرعاكم،،،

مقدمه

عمر بن أحمد البيومي

لهمّ دولة معاً المالية

سداد

```
RECEIVED
617  1 7 JAN 2000
        A E D
   CENTRAL FILE
```

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000646