# Exhibit BB

SENT BY: ; 11- 7-99 ; 9:23 ; PCA AIRWAYS FOR. → ;# 1/ 1

C F C

Omar Al-Bayoumi
6333 Mt. Ada Road
San Diego, CA 92111
Tel/Fax: (619) 277-5941

To: Mr. AZHARI

١٩٩/١١/٦

المكرم أخي الاستاذ / أزهري        حفظه الله

السلام عليكم ورحمة الله وبركاته:

يسرني أن أنقل اليك أطيب تحية من سان دييغو وأتمنى أن تكون أنت وكافة الزملاء بخير وعافية. لقد أخبرت أنكم تريدون رقم حسابي في أمريكا وهو كالتالي :

Bank of America
68th and El Cajon Boulivard
San Diego, CA 92115
USA

Omar Al-Bayoumi
Acc. Number: 08635-13926
Bank of America

أما حسابي في البنك المتحد سابقا:

112001501604667012

شاكرا ومقدرا كل الجهود. حفظكم الله ورعاكم،،،،،

عمر بن أحمد البيومي

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000647