# Exhibit CC



المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

رقم: ٤٠٥٢/م/٢
تاريخ: ١١/١١/١٤١٧هـ
المشفوعات:

المكرم / مدير شئون الموظفين المكلف         المحترم

الموضوع : عمر أحمد بيومي    محاسب ٨    ٨٦    هندسة الممرات الجوية

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى إستفساركم بالخطاب رقم ٦٠٤٣/٤/٧ بتاريخ ١٤١٧/١١/٣هـ بشأن المذكور عاليه ، نفيدكم بالآتي :

١/ الأسباب الداعية لتجديد الإعارة ، بناءً على طلب الشركة في إطار التعاون القائم بين القطاع الحكومي والخاص لتطوير الكفاءات والكوادر الوطنية لتحل محل القوى العاملة الغير سعودية .

٢/ أسباب تمديد بقائه لفترة إعارة أخرى لمواصلة الدراسة والإستفادة منه بعد الدراسة للمشاركة بشكل فاعل كأحد موظفي الحكومة في برنامج دعم نظام الملاحة الجوية الذي تقوم بتنفيذه الشركة ( المقاول ) .

٣/ نوع الدراسة التي يقوم بها المذكور حالياً هي الدراسة التحضيرية لنيل درجة الماجستير في إدارة الأعمال ودراسات في الإدارة المالية ، وينتهي بنهاية سنة الإعارة المطلوبة .

٤/ المذكور لديه الرغبة الأكيدة في الإستمرار في وظيفته بعد إنتهاء الإعارة .

نأمل أن نكون قد إستوفينا الإستفسارات ونعيد إليكم كامل المعاملة لإكمال اللازم .

وتقبلوا تحياتـــــــا ،،

مدير عام هندسة الممرات الجوية
م/ محمد أحمد السالمي

RECEIVED
1 9 MAR 1997
A E D
CENTRAL FILE

- C.F.C,

Please reply to:
Director - General, Airways Engineering
P.O Box 15441, Postal Code 21444, Kingdom of Saudi Arabia

الرجاء الرد على العنوان التالي
مدير عام هندسة الممرات الجوية
ص.ب: ١٥٤٤١ الرمز البريدي: ٢١٤٤٤، المملكة العربية السعودية

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000044