# Exhibit DD

٨٧٨٥
الرقم: ......./...٢/...
التاريخ: ٨/١١/١٤٢٢هـ
المرفقات: .............




المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

سري

صاحب السمو مساعد وزير الدفاع والطيران والمفتش العام
لشئون الطيران المدني                                 حفظه الله

السلام عليكم ورحمة الله وبركاته ،

أفيد سموكم بأنني تلقيت في يوم الإثنين الموافق ٧/١١/١٤٢٢هـ الخطاب المرفق من القنصل مايكل جي سنودن نيابة عن القنصل العام للولايات المتحدة الأمريكية – بجدة ، يتعلق بالموظف عمر أحمد البيومي – المعار من رئاسة الطيران المدني لشركة دله أفكو والذي كان يدرس في الولايات المتحدة الأمريكية حتى نهاية عام ١٩٩٩م حيث حصل على درجة الماجستير ومن ثم حصل على قبول لتحضير درجة الدكتوراة في بريطانيا في مجال إدارة الأعمال.

وبناء على ما ورد في الخطاب فقد طلبوا المساعدة لترتيب اجتماع له وبصحبة اثنين من وزارتي الخزانة والعدل الأمريكية مع المسئول المختص في رئاسة الطيران المدني الذي بوسعه تقديم معلومات ضرورية عن الموظف المذكور.

وأحيط سموكم الكريم بأنه قد تم في تمام الساعة الرابعة مساءاً من يوم أمس الاثنين ٧/١١/١٤٢٢هـ الموافق ٢١/١/٢٠٠٢م اللقاء المطلوب بين القنصل ومرافقيه مع المختصين في إدارة هندسة الممرات الجوية وهم : السيد/ الب كارلي مدير عقد المقاول (شركة دله أفكو) والسيد/ عبدالله الغانمي مدير شعبة مراقبة المخزون بهندسة الممرات الجوية والسيد/ يوسف أحمد سلام مدير الشئون الإدارية بنفس الإدارة ، وتمت الإجابة على كافة استفساراتهم وتم تزويدهم ببعض المستندات المتعلقة بالمذكور فيما يختص بعقده مع الشركة وراتبه ومزاياه. وأرفق لسموكم الكريم تقريراً عن الاجتماع المشار إليه أعلاه.

هذا ما لزم إيضاحه لسموكم الكريم.

وتقبلوا سموكم فائق التحية والتقدير ،،

رئيس الطيران المدني

د/ علي بن عبدالرحمن الخلف

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA000094