01/21/2016 2:01:17 PM -0500 FAXCOM PAGE 2 OF 3
Case 1:03-md-01570-GBD-SN Document 3217 Filed 02/11/16 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 3200 Filed 01/21/16 Page 1 of 2

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

January 21, 2016

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/16

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees write to respectfully request that the existing deadline for submission of plaintiffs' motion to compel as to defendant Dallah Avco be extended two weeks from January 22, 2016 to February 5, 2016. Counsel for the plaintiffs and the defendant recently conducted a meet-and-confer on January 15, 2016 to address various issues with respect to Dallah Avco's document production. As a result of those discussions, plaintiffs are seeking the additional time to consult with their translators and conduct a further review of the defendant's mostly Arabic documents in an effort to narrow the scope of issues to be raised in plaintiffs' motion. Plaintiffs have conferred with counsel for Dallah Avco and they consent to the extension.

Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

**APPLICATION GRANTED**
**SO ORDERED**

*[signature]*
Frank Maas, USMJ
2/11/16