USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                            :

   TERRORIST ATTACKS                      :
   ON SEPTEMBER 11, 2001

                                                                                   :

------------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Over the past several months, the Plaintiffs have filed several letter-motions seeking orders compelling certain defendants to produce documents sought in discovery and sanctions against certain of the defendants for alleged discovery infractions. The Court will oral argument on the following letter-motions on March 22, 2016, at 10 a.m.: ECF Nos. 2973, 2974 (defendant Dubai Islamic Bank); ECF Nos. 2988, 2989 (defendant Wa'el Jelaidan); ECF No. 2990 (defendant Soliman H.S. Al-Buthe); and ECF No. 3024 (defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Muhsen al Turki, and Adnan Basha).  Mr. McMahon, counsel for Mr. Jelaidan, may participate in the conference via telephone.  The oral arguments shall take place in

Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     New York, New York
           February 22, 2016

FRANK MAAS
United States Magistrate Judge

Copies to all counsel via ECF