**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: ORDER
:
In re Terrorist Attacks on September 11, 2001 : 03 MDL 1570 (GBD)(FM)
:
:
:
:
------------------------------------- x

GEORGE B. DANIELS, District Judge:

On October 23, 2015, Magistrate Judge Maas issued a Memorandum Decision and Order ("Fee Decision"), (ECF No. 3073), setting the value of the monetary penalties that defendants Wa'el Jelaidan and al Haramain Islamic Foundation (USA) ("AHIF") should be required to pay plaintiffs in relation to the sanctions imposed upon those defendants, (ECF No. 2789). On December 2, 2015, Magistrate Judge Maas issued a Memorandum Decision and Order denying defendant Jelaidan's motion for reconsideration of the Fee Decision. (ECF No. 3139.) On December 18, 2015, this Court denied defendant AHIF's objections to the Fee Decision, and adopted the Fee Decision in its entirety. (ECF No. 3170.) Accordingly, the monetary awards issued in favor of plaintiffs and against defendants Jelaidan and AHIF are final.

Because both defendants are Specially Designated Global Terrorists under U.S. federal law, plaintiffs cannot accept payment without the U.S. Treasury Department Office of Foreign Assets Control ("OFAC") granting a license for the transactions. The defendants shall inform this Court of the actions they have taken to comply with this Court's order awarding monetary relief to plaintiffs, including but not limited to applying for an OFAC license, within thirty (30) days of the entry of this order.

Dated: March 8, 2016
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE