# Lewis | Baach pllc

Eric L. Lewis
202 659 7203
Eric.lewis@lewisbaach.com

March 11, 2016



**VIA ECF and FEDERAL EXPRESS**

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl St.
Courtroom 20A
New York, NY 10007-1312

Re:   *In re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM) – *Addition to March 22 Hearing Agenda*

Dear Judge Maas:

This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") in the above-referenced matter. We write on behalf of MWL and IIRO seeking the opportunity to address at the upcoming March 22 conference the status of our request for a pre-motion conference seeking the Court's assistance in enforcing Plaintiffs' compliance with the Court Order dated November 3, 2015, Docket No. 3104 ("November 3 Order"). The parties have unsuccessfully attempted to resolve this ongoing dispute and have written to your Honor on this matter, pursuant to LR 37.2 (*See* Docket Nos. 3203 and 3207) and are awaiting the opportunity to either resolve the outstanding issues at a conference or to brief the matter fully to the Court. Counsel for MWL and IIRO are available to address these issues at the March 22 conference or at a later date, or can submit additional briefing, if this Court desires.

Sincerely,

Eric L. Lewis

cc: All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/16

lewisbaach.com   1899 Pennsylvania Avenue, NW, Suite 600   |   Washington, DC 20006   |   t 202 833 8900   |   f 202 466 5738

WASHINGTON   NEW YORK   LONDON   BUENOS AIRES