IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON           :
SEPTEMBER 11, 2001                    :        MDL 03-1570 (GBD)

**This Document Relates To:**
*Havlish, et al. v. bin Laden, et al.,* **Case No. 03-CV-09848**
*Federal Insurance Co., et al. v. al Qaida, et al.,* **Case No. 03-CV-06978**
*Ashton et al. v. al Qaeda Islamic Army, et al.,* **Case No. 02-CV-06977**
*Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al.,* **Case No. 04-CV-1076**

*HAVLISH* **PLAINTIFFS' MOTION FOR AN ORDER CREATING
A COMMON BENEFIT FUND TO COMPENSATE AND REIMBURSE**
*HAVLISH* **ATTORNEYS FOR SERVICES PERFORMED AND EXPENSES
INCURRED IN DEVELOPING AND PRESENTING EVIDENCE
ESTABLISHING LIABILITY AND DAMAGES AGAINST
DEFENDANT THE ISLAMIC REPUBLIC OF IRAN**

The *Havlish* Plaintiffs, by and through their counsel, respectfully move this Court, pursuant to its inherent equitable powers, to enter an Order:

(1)  creating a common benefit fund for the purpose of compensating and reimbursing the *Havlish* attorneys for services performed and expenses incurred in developing and presenting evidence establishing liability against The Islamic Republic of Iran ("Iran") that were relied upon, and resulted in the Findings of Fact And Conclusions of Law used to produce liability and damages findings and, ultimately, judgments in *Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977, *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq*, et al., Case No. 04-CV-1076, and *Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978;

(2)  directing Plaintiffs' counsel in *Ashton et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-CV-06977, *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq*, et al., Case No. 04-CV-1076, and *Federal Insurance Co., et al. v. al Qaida, et al.,* Case No. 03-CV-06978 (referred

1

to collectively as the "Assessed Plaintiffs") to set aside eight percent (8%) of any gross recovery obtained pursuant to, and/or in full or partial satisfaction of their judgments against Iran, by way of execution, collection, settlement, or by any other means; and

(3) directing counsel for the Assessed Plaintiffs to place the amounts set aside into a "common benefit escrow account" established and maintained by lead counsel for the *Havlish* Plaintiffs.

The reasons for the instant Motion are set forth in the accompanying Memorandum of Law which is incorporated herein by reference. A proposed form of Order is attached.

Date: March 19, 2016  /s/ Timothy B. Fleming\_\_\_\_\_
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1850 M Street, NW, Suite 720
Washington, DC  20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC       (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

John A. Corr (PA Bar No. 52820)
LAW OFFICE OF JOHN A. CORR
301 Richard Way
Collegeville, PA 19426
(610) 482-4237

Stephen A. Corr (PA Bar No. 65266)
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
9333 North Meridian Street, Suite 105
Indianapolis, IN  46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ
 & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

David C. Lee (TN Bar No. 015217)
422 South Gay Street, 3rd Floor
Knoxville, TN  37902
(865) 544-0101

Evan J. Yegelwel (FL Bar No. 319554)
TERRELL HOGAN ELLIS
   YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, FL  32202
(904) 632-2424

Edward H. Rubenstone (PA Bar No. 16542)
EDWARD H. RUBENSTONE, LLC
812 N. Fairway Rd.
Glenside, PA 19038
215-887-9786

Donald J. Winder (UT Bar No. 3519)
WINDER & COUNSEL, PC
175 West 200 South, Suite 4000
P.O. BOX 2668
Salt Lake City, UT  84110-2668
(801) 322-2222

**Attorneys for the *Havlish* Plaintiffs**