UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
IN RE: TERRORIST ATTACKS ON SEPTEMBER :
11, 2001
:
:                                ORDER OF REFERENCE
:                                TO A MAGISTRATE JUDGE
:
:                                03-md-1570 (GBD) (FM)
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |

ECF No. 3235

    *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

    __ Purpose:_____

    __ Habeas Corpus

__ Settlement

    __ Social Security

__ Inquest After Default/Damages Hearing

    __ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    All such motions:

Dated: March 21, 2016

SO ORDERED.

*George B. Daniels*
United States District Judge