# WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial 202-467-4489 · Fax: 205-314-0805
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

March 21, 2016

The Honorable Frank Maas
United State Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/16

Via Facsimile (212) 805-6724

Re:   In re: Terrorist Attacks on September 11, 2001, 03-md-01570 (GBD)
      Hoglan, et al. v. Iran, et al., 1:11-cv-07550-GBD-FM
      Motion to Seal Supplemental Materials

Dear Judge Maas:

Pursuant to a telephone conversation with your Clerk last Friday morning and in conformity with our previous submissions, the *Hoglan* Plaintiffs seek to file two supplemental damages declarations and one additional liability affidavit under seal.

Specifically, we request Your Honor accept this letter as Plaintiffs' request to file under seal a CD-ROM containing two supplemental Plaintiff damages declarations and some supporting documentation for "Exhibit C" of the *Hoglan* damages inquest memorandum, as well as an additional confidential affidavit, with attachments, that pertain to certain matters pertaining to defendants' liability. A copy of the latter will be hand-delivered to Judge Daniels chambers this week.

Very truly yours,

*/s/ Timothy B. Fleming*

TBF:tm

SO ORDERED

*/s/ Frank Maas*
Frank Maas,
United States Magistrate Judge    3/21/16