## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**Via ECF and FedEx**           **MEMO ENDORSED**           March 24, 2016

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/25/16

Re:   In Re: Terrorist Attacks on September 11, 2001,
      03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The *Ashton*, *O'Neill* and *Federal Insurance* plaintiffs write to respectfully request that the deadline for their responses to the *Havlish* counsel's Motion for Creation of a Common Benefit Fund (ECF # 3235) be extended to April 22, 2016. The *Havlish* counsel have no objection to this request.

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ  3/25/16

Respectfully submitted,

/s/ Jerry S. Goldman

Jerry S. Goldman

cc:   The Honorable George B. Daniels (via FedEx)
      All Counsel of Record (via ECF)