UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001     03 MD 1570 (GBD)(FM)
    ECF Case
------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 GBD)(FM)

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of Ferber Chan Essner & Coller, LLP, attorneys for plaintiffs, has changed and is now:

>Ferber Chan Essner & Coller, LLP
>One Grand Central Place
>60 East 42nd Street, Suite 2050
>New York, New York 10165

The firm's telephone and fax numbers, (212) 944-2200 and (212) 944-7630, respectively, are unchanged.

Dated: New York, New York
       March 25, 2016

99288

1

FERBER CHAN ESSNER & COLLER, LLP

By:_____
          Robert M. Kaplan
Attorneys for Plaintiffs
One Grand Central Place
60 East 42nd Street, Suite 2050
New York, New York  10165
(212) 944-2200