```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 29 2016
```

**SO ORDERED:**

*George B. Daniels*

**George B. Daniels, U.S.D.J.**

Dated: MAR 29 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)
ECF Case

-----------------------------------------------------------X

This document applies to:

*Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.*, 1:04-cv-07065-GBD,

## NOTICE OF MOTION TO PERMIT DICKSTEIN SHAPIRO LLP AND HOWARD N. FELDMAN TO WITHDRAW AS CO-COUNSEL OF RECORD FOR CANTOR FITZGERALD PLAINTIFFS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Howard N. Feldman, the undersigned will move before the Honorable George B. Daniels, United States District Judge at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York 10007, on such date as the Court will determine, for an Order under Local Civil Rule 1.4 permitting Dickstein Shapiro LLP and Howard N. Feldman to withdraw as counsel of record for the Cantor Fitzgerald Plaintiffs[1] in the above-referenced action and the related pending appeal before the United States Court of Appeals for the Second Circuit (Docket No. 15-3524).

---

[1] Including Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P. (now known as BGC Environmental Brokerage Services, L.P.), Cantor Fitzgerald Europe, Cantor Fitzgerald International (now known as BGC International), Cantor Fitzgerald Partners (now known as Seminole Financial), Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P. (now known as BGC Capital Markets, L.P.), Cantor Index Limited, CO2e.com, LLC (now known as Cantor C02e, LLC), eSpeed Government Securities, Inc. (now known as eSpeed Brokerage, L.P.), eSpeed, Inc. (now known as BGC Partners, Inc.), eSpeed Securities, Inc. (now known as Aqua Securities, L.P.) and TradeSpark, L.P.

Dated: Washington, D.C.
      February 23, 2016           BLANK ROME LLP

            By:   s/Howard N. Feldman
                  Blank Rome LLP
                  1825 Eye Street, N.W.
                  Washington, D.C. 20006
                  Telephone: (202) 420-2200
                  Facsimile: (202) 420-2201
                  *HFeldman@BlankRome.com*

TO:

Michael S. Popok, Deputy General Counsel,
Cantor Fitzgerald & Co.
499 Park Avenue, 2nd Floor,
New York, NY 10022

DSMDB-3383343 v1