IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001  ) No. 03 MDL 1570 (GBD/FM)
                                      )
_____)

**Defendant Al Haramain Islamic Foundation, Inc.'s Report to the Court**

Defendant Al Haramain Islamic Foundation, Inc. ("Al Haramain USA"), through undersigned counsel, respectfully submits its Report to the Court, in response to the Order (ECF No. 3228) (Mar. 9, 2016).

Al Haramain USA has requested that the U.S. Department of the Treasury Office of Foreign Assets Control (OFAC) issue the appropriate license for payment of the fee decision; OFAC has acknowledged receipt of this request, but has not yet responded further.

Respectfully submitted,

*/s/ Alan R. Kabat*

_____
Lynne Bernabei        D.C. Bar No. 938936
Alan R. Kabat         D.C. Bar No. 464258
Bernabei & Kabat, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
tel. (202) 745-1942
fax (202) 745-2627
Attorneys for Al Haramain Islamic Foundation, Inc.

DATED: April 6, 2016

1

2

## CERTIFICATE OF SERVICE

     I hereby certify that on April 6, 2016, I caused the foregoing Report to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

                                            */s/ Alan R. Kabat*
                                            _____
                                            Alan R. Kabat