# LAURO LAW FIRM

FLORIDA · NEW YORK

FLORIDA
Bank of America Plaza
101 East Kennedy Boulevard
Suite 3100
Tampa, Florida 33602
P: 813.222.8990
F: 813.222.8991

NEW YORK
747 Third Avenue
32nd Floor
New York, New York 10017
P: 646.746.8659
F: 212.938.0858

www.laurolawfirm.com

**VIA ECF AND FACSIMILE (212-805-6727)**

April 19, 2016

The Honorable Frank Maas
United States Magistrate Judge –
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, Case No.: 1:03-md-01570-GBD-FM

Dear Judge Maas:

My law firm previously represented Faisal Islamic Bank-Sudan in connection with this matter. Our client had been dismissed and is no longer a party to this case. I would respectfully request that I, John Lauro (jlauro@laurolawfirm.com), along with our associate Michael Califano (mcalifano@laurolawfirm.com), and our firm administrator (admin@laurolawfirm.com) be removed from the electronic service list.

Respectfully submitted,

John Lauro

John F. Lauro

cc: MDL Counsel of Record (via ECF)