## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**<u>Via ECF and FedEx</u>**                                                                                        April 19, 2016

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

> Re:   In Re: Terrorist Attacks on September 11, 2001,
>          <u>03 MDL 1570 (GBD) (FM)</u>

Dear Judge Maas:

On behalf of the *O'Neill*, *Ashton*, and *Federal Insurance* Plaintiffs, I am writing to request the deadline to respond to the *Havlish* counsel's Motion for Creation of a Common Benefit Fund (ECF No. 3235) be extended from April 22, 2016 to May 2, 2016.  *See* ECF No. 3241.

In light of other significant conflicting demands on counsel time in the past ten (10) days, we will be unable to complete the preparation of the appropriate response which the application deserves.

I have repeatedly asked movants' counsel for their position on this request but unfortunately have not received a response.

Magistrate Judge Frank Maas
April 19, 2016
Page 2

      Accordingly, in the interest of justice, we are requesting an extension from the present due date until May 2, 2016.

      Respectfully submitted,

Jerry S. Goldman
Anderson Kill PC
FOR THE *O'NEILL, ASTON* and *FEDERAL INSURANCE* PLAINTIFFS

cc:    The Honorable George B. Daniels (via FedEx)
       All Counsel of Record (via ECF)

nydocs1-1065263.1