04/19/2016 14:32 1 LAURO LAW FIRM PAGE 01/01
Case 1:03-md-01570-GBD-SN Document 3258 Filed 04/19/16 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 3256 Filed 04/19/16 Page 1 of 1

**LAURO LAW FIRM**

FLORIDA - NEW YORK

**FLORIDA**
Bank of America Plaza
101 East Kennedy Boulevard
Suite 3100
Tampa, Florida 33602
P: 813.222.8990
F: 813.222.8991

**NEW YORK**
747 Third Avenue
32nd Floor
New York, New York 10017
P: 646.746.8659
F: 212.938.0858

www.laurolawfirm.com

VIA ECF AND FACSIMILE (212-805-6727)

April 19, 2016

The Honorable Frank Maas
United States Magistrate Judge –
    Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

    Re:   *In Re: Terrorist Attacks on September 11, 2001*, Case No.: 1:03-md-01570-GBD-FM

Dear Judge Maas:

My law firm previously represented Faisal Islamic Bank-Sudan in connection with this matter. Our client had been dismissed and is no longer a party to this case. I would respectfully request that I, John Lauro (jlauro@laurolawfirm.com), along with our associate Michael Califano (mcalifano@laurolawfirm.com), and our firm administrator (admin@laurolawfirm.com) be removed from the electronic service list.

Respectfully submitted,

/s/ John Lauro

John F. Lauro

cc: MDL Counsel of Record (via ECF)

**MEMO ENDORSED**

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ  4/19/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/16