# Lewis | Baach pllc

**Eric L. Lewis**
202 659 7203
Eric.lewis@lewisbaach.com

April 26, 2016

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl St.
Courtroom 20A
New York, NY 10007-1312

Re:   *In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM) – Request for a May 6 Deadline to Exchange the Information Mandated in the March 22 Hearing*

Dear Judge Maas:

This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") in the above-referenced matter. Further to Your Honor's instructions at the March 22 hearing, we write on behalf of MWL and IIRO to request that the Court set May 6 as the date for the parties to exchange information in their possession relating to the "suspected forgeries" that are the subject of my correspondence to you dated October 28, 2015. Docket No. 3086. We have attempted on four occasions to discuss with counsel for the Plaintiffs a date for the mutual exchange, however, each attempt has been unsuccessful.

At the March 22 hearing, this Court mandated that the parties confer and set "a date certain" to exchange certain information requested by each side with respect to the documents in question. Specifically, the Court ordered Plaintiffs to disclose the date on which they obtained the documents, the name of the investigative source from whom they obtained the documents and the circumstances surrounding the receipt of the documents. MWL and IIRO were ordered to disclose the specific badges of fraud that have been identified that support their suspicions that the documents are forgeries. The Court noted that if the parties could not settle upon a date, it would set the date of mutual exchange.

Since the March 22 hearing, we have attempted to set a date certain for the mutual exchange with Plaintiffs' counsel on four separate occasions but with no success. First, on March 28, in an email to Mr. Robert Haefele, we proposed an April 19 date for the mutual exchange to occur, but no response was ever received. *See* Ex. A, March 28 email from Nassar to Haefele. Then, on March 31, 2016, during a meet and confer with Plaintiffs' counsel on concerns relating to MWL and IIRO's documents productions, we again inquired about the date for the mutual exchange and were told to speak directly with Mr. Haefele, who was not at the meeting. As suggested, we again wrote to Mr. Haefele on April 4 requesting that he let us know whether April 19 was an agreeable date to conduct the exchange. *See* Ex. B, April 4 email from

Lewis | Baach pllc

Hon. Frank Maas
April 26, 2016
Page 2

Nassar to Haefele.  On April 6, Mr. Haefele responded to this email indicating that he would let us know his position when he returned to his office the week of April 11.  *See* Ex. C, April 6 email from Haefele to Nassar.  In response, we asked Mr. Haefele to inform us by April 15 whether the April 19 exchange date would work and, if not, what date in April would work for Plaintiffs.  *See* Ex. D, April 6 email from Nassar to Haefele.  No response was received to this request so we again wrote to Mr. Haefele on April 18 seeking Plaintiffs' position on when the mutual exchange of information should occur.  *See* Ex. E, April 18 email from Nassar to Haefele.  Mr. Haefele responded that he was "definitely not able to address this now" due to his "many other obligations," but proposed no date and offered no timeframe within which he would propose a date.  *See* Ex. F, April 18 email from Haefele to Nassar.  On April 19, we explained to Mr. Haefele that we were seeking an agreement on a date for the exchange, not the actual exchange itself, and informed him that we would be forced to request that the Court set a date if we could not come to an agreement by April 25.  *See* Ex. G, April 19 email from Nassar to Haefele.  Again, no response was received.

      Over a month has now passed since the March 22 hearing and there is no justification for additional delay.  We note that the information that we seek concerning the provenance of the documents is likely to be in Plaintiffs' possession already, or requires very minimal effort to obtain.  Accordingly, we respectfully request that the Court set a May 6 deadline (10 days from today and more than 6 weeks since the hearing) for the mutual exchange of information addressed by Your Honor's March 22 ruling.

      Sincerely,

      Eric L. Lewis

cc:  All Counsel of Record