

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**Via ECF and FedEx**

Magistrate Judge Frank Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ  5/2/16

April 29, 2016

Re: In Re: Terrorist Attacks on September 11, 2001,
03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

On behalf of the *O'Neill*, *Ashton*, and *Federal Insurance* Plaintiffs, I am writing to request that the deadline to respond to the *Havlish* counsel's Motion for Creation of a Common Benefit Fund (ECF No. 3235) be extended from May 2, 2016 to May 5, 2016. *See* ECF Nos. 3241, 3260.

In light of other significant conflicting demands on counsel time in the past few weeks, we will be unable to complete the preparation of the appropriate response which the application deserves.

I have spoken with Timothy Fleming, Esquire, who, on behalf of the *Havlish* counsel, has consented to this request.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/16
```

Magistrate Judge Frank Maas
April 29, 2016
Page 2

   Accordingly, in the interest of justice, we are requesting an extension from the present due date until May 5, 2016.

             Respectfully submitted,

             Jerry S. Goldman
             Anderson Kill PC
             FOR THE *O'NEILL, ASTON and FEDERAL INSURANCE* PLAINTIFFS

cc: The Honorable George B. Daniels (via FedEx)
   All Counsel of Record (via ECF)

nydocs1-1065879.1