

# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

May 3, 2016

Honorable Frank Maas
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Terrorist Attacks on September 11*, 2001, MDL 03-1570 (GBD) (FM)
      **This document relates to:** *Ashton, et al. v. al Qaeda*, 02-cv-6977 (GBD(FM)

Dear Judge Maas,

The *Ashton* plaintiffs respectfully request that they be permitted to withdraw the Personal Injury Plaintiffs' Motion for Partial Summary Judgment filed January 7, 2016 at docket 3191.

The *Ashton* plaintiffs will resubmit this motion at a later time with supporting documentation and relevant information.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: /s/ James Kreindler
James P. Kreindler
Andrew J. Maloney

JPK/gm

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120