# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

**MEMO ENDORSED**

May 3, 2016

Honorable Frank Maas
United States Magistrate Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/16

Re:   In re Terrorist Attacks on September 11, 2001, MDL 03-1570 (GBD) (FM)
      This document relates to: Ashton, et al. v. al Qaeda, 02-cv-6977 (GBD(FM)

Dear Judge Maas,

The *Ashton* plaintiffs respectfully request that they be permitted to withdraw the Personal Injury Plaintiffs' Motion for Partial Summary Judgment filed January 7, 2016 at docket 3191.

The *Ashton* plaintiffs will resubmit this motion at a later time with supporting documentation and relevant information.

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ  5/4/16

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: _____
James P. Kreindler
Andrew J. Maloney

JPK/gm

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120