UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON : | Civil Action No. |
| SEPTEMBER 11, 2001 : | 03 MDL 1570 (GBD) (FM) |
| : | |
| *This document applies to:* : | |
| : | |
| *Havlish, et al. v. The Islamic Republic* : | |
| *of Iran, et al.* : | |
| *1:03-cv-09848-GBD* : | |

_____

### SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFFS

**AND NOW,** this 10th day of May, 2016, it is suggested of record that Plaintiff Doyle Raymond Ward, in his own right and as Administrator of the Estate of Timothy Raymond Ward, deceased, died on January 17, 2012 in the state of California leaving his granddaughter, Brianna L. Gomes as Administrator of his estate, see **Exhibit A**, and leaving Michael E. Paige as Special Administrator of the Estate of Timothy Raymond Ward, see **Exhibit B**. Therefore, 1) Brianna L. Gomes, 37849 Millwood Drive, Woodlake, CA 93286 moves to be substituted as the plaintiff in this action for Doyle Raymond Ward, in his own right, and the relevant portion of the caption be changed to read "Brianna L. Gomes, Administrator of the Estate of Doyle Raymond Ward, deceased;" and 2) Michael E. Paige, moves to be substituted as the plaintiff in this action for the Estate of Timothy Raymond Ward and the relevant portion of the caption be changed to "Michael E. Paige, Special Administrator of the Estate of Timothy Raymond Ward, deceased."

Respectfully submitted,

SO ORDERED

*/s/    Stephen A. Corr*

Stephen A. Corr, Esquire
Pa. Bar No. 65266
BEGLEY, CARLIN & MANDIO, LLP
_____    680 Middletown, Boulevard
Frank Maas, USMJ                        Langhorne, PA  19047
(215) 750-0110
scorr@begleycarlin.com

{00755217/}

## CERTIFICATE OF SERVICE

I, Stephen A. Corr, Esquire, hereby certify that the foregoing Suggestion of Death and Motion to Substitute Plaintiffs was filed through the court's ECF service and a copy served upon all counsel and parties who have appeared through the ECF.

/s/   Stephen A. Corr
Stephen A. Corr, Esquire
Pa. Bar No. 65266
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown, Boulevard
Langhorne, PA  19047
(215) 750-0110
scorr@begleycarlin.com