**EXHIBIT A**

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| David L. Rauber, #063427<br>RAUBER & JOHNSON<br>1007 N. Demaree Street<br>Visalia, CA 93291<br>Email: estates@rauberjohnson.com<br>ATTORNEY FOR (Name): BRIANNA L. GOMES | (559) 741-1800   (559) 741-1801 | FILED<br>TULARE COUNTY SUPERIOR COURT<br>VISALIA DIVISION<br>OCT 29 2014<br>LARAYNE CLEEK, CLERK<br>BY: Linnette Ybarra |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS: S. Mooney Blvd. and W. Mineral
MAILING ADDRESS: King Avenue
CITY AND ZIP CODE: Visalia, CA 93291
BRANCH NAME: VISALIA DIVISION

ESTATE OF (Name): DOYLE RAYMOND WARD aka DOYLE R. WARD, DOYLE WARD, RAY WARD,
DECEDENT

LETTERS
[ ] TESTAMENTARY           [ ] OF ADMINISTRATION
[x] OF ADMINISTRATION WITH WILL ANNEXED   [ ] SPECIAL ADMINISTRATION

CASE NUMBER: 47057

## LETTERS

1. [x] The last will of the decedent named above having been proved, the court appoints (name):
   BRIANNA L. GOMES
   a. [ ] executor.
   b. [x] administrator with will annexed.
2. [ ] The court appoints (name):
   a. [ ] administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on (date):

3. [x] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act [x] with full authority
   [ ] with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: OCT 29 2014   Clerk, by Linnette Ybarra (DEPUTY)

## AFFIRMATION

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. [x] INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.

3. [ ] INSTITUTIONAL FIDUCIARY (name):
   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): October 29, 2014
   at (place): Visalia, California.

   ▶ _(signature)_ Brianna Gomes
   BRIANNA L. GOMES

## CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date: OCT 29 2014   LaRayne Cleek Clerk, by _(signature)_ (DEPUTY)

Form Approved by the Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

LETTERS
(Probate)

Legal Solutions Plus

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| David L. Rauber, #063427<br>RAUBER & JOHNSON<br>1007 N. Demaree Street<br>Visalia, CA 93291<br>Email: estates@rauberjohnson.com<br>ATTORNEY FOR (Name): BRIANNA L. GOMES | (559) 741-1800   (559) 741-1801 | **FILED**<br>TULARE COUNTY SUPERIOR COURT<br>VISALIA DIVISION<br>**OCT 29 2014**<br>LARAYNE CLEEK, CLERK<br>BY: Linnetta Ybarra |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF TULARE
STREET ADDRESS: S. Mooney Blvd. and W. Mineral
MAILING ADDRESS: King Avenue
CITY AND ZIP CODE: Visalia, CA 93291
BRANCH NAME: VISALIA DIVISION

ESTATE OF (Name): DOYLE RAYMOND WARD aka DOYLE R. WARD, DOYLE WARD, RAY WARD, DECEDENT

**ORDER FOR PROBATE**

ORDER APPOINTING
- [ ] Executor
- [x] Administrator with Will Annexed
- [ ] Administrator
- [ ] Special Administrator

[x] Order Authorizing Independent Administration of Estate
  [x] with full authority  [ ] with limited authority

CASE NUMBER: 47057

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 10-29-14  Time: 8:30 AM  Dept./Room: 7  Judge: BRET D. HILLMAN

**THE COURT FINDS**
2. a. All notices required by law have been given.
   b. Decedent died on (date): 1/17/12
      (1) [x] a resident of the California county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) [ ] intestate
      (2) [x] testate
      and decedent's will dated: 1/31/08  and each codicil dated:
      was admitted to probate by Minute Order on (date):

**THE COURT ORDERS**
3. (Name): BRIANNA L. GOMES
   is appointed personal representative:
   a. [ ] executor of the decedent's will
   b. [x] administrator with will annexed
   c. [ ] administrator
   d. [ ] special administrator
      (1) [ ] with general powers
      (2) [ ] with special powers as specified in Attachment 3d(2)
      (3) [ ] without notice of hearing
      (4) [ ] letters will expire on (date):
   and letters shall issue on qualification.

4. a. [x] Full Authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. [ ] Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. [x] Bond is not required.
   b. [ ] Bond is fixed at: $               to be furnished by an authorized surety company or as otherwise provided by law.
   c. [ ] Deposits of: $              are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order.   [ ] Additional orders in Attachment 5c.
   d. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. [x] (Name): DOUGLAS W. THOMPSON   is appointed probate referee.

Date:                                                 Signature follows last attachment
                                                      JUDGE OF THE SUPERIOR COURT

7. Number of pages attached: 2                        [x] SIGNATURE FOLLOWS LAST ATTACHMENT

Form Approved by the Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

**ORDER FOR PROBATE**

Legal Solutions Plus

Probate Code, §§ 8006, 8400

| Estate of DOYLE RAYMOND WARD aka DOYLE R. WARD, DOYLE WARD, RAY WARD, Deceased | CASE NUMBER: |
|---|---|

Attachment 7.

IT IS FURTHER ORDERED that:

Due to the uncertain nature of the assets to be administered by the Court in this proceeding, the estate of Doyle Raymond Ward, Alias, shall not be held to the statutory administration requirements set forth in Probate Code Section 12200 et seq.

The Administrator With Will Annexed is hereby directed to report periodically to this Court in connection with the status of the estate as follows:

    A. The Administrator With Will Annexed shall file with this Court a report of the status of the estate administration every five (5) years, commencing with the date of entry of the within Order for Probate.

    B. Upon the filing of an Inventory and Appraisal herein by the personal representative of the decedent's estate, (a) a report of the status of administration or (b) a petition for distribution shall be filed in connection with the assets described in said Inventory and Appraisal; said report or petition to be filed herein no later than two (2) years from the date of the filing of said Inventory and Appraisal.

    C. This reporting requirement shall be followed by the personal representative for each period of inactivity (five years) and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER FOR PROBATE**

| Estate of DOYLE RAYMOND WARD aka DOYLE R. WARD, DOYLE WARD, RAY WARD, Deceased | CASE NUMBER: |
|---|---|

for each separate Inventory and Appraisal filed herein until such time as the decedent's estate is deemed to be in a condition to be fully and finally distributed to the beneficiaries as then constituted.

Dated: OCT 29 2014

BRET D. HILLMAN
Judge of the Superior Court.

---

ORDER FOR PROBATE