**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

May 12, 2016

The Honorable Frank Maas
United State Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**By ECF and Email**

Re:   **In Re: Terrorist Attacks on September 11, 2001, 03 MDL 1570**

Dear Judge Maas:

On behalf of the *Havlish* Plaintiffs, I respectfully request an extension of time for replying to the consolidated Opposition of the Plaintiffs in the *Ashton*, *Federal Insurance*, and *O'Neill* cases to our pending Motion For Creation of a Common Benefit Fund. In order to accommodate litigation schedules of counsel and the Memorial Day holiday, we request that the Court grant us leave until **Friday, June 3, 2016**, to file our Reply.

The undersigned has been authorized to advise the Court that the requested extension is acceptable to counsel for the Plaintiffs in the *Ashton*, *Federal Insurance*, and *O'Neill* cases.

Thank you very much. .

Respectfully Submitted,

*[signature]*

Timothy B. Fleming
Attorney for the *Hoglan* Plaintiffs

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.