# Exhibit 1

## VOLUME - I
## AIR NAVIGATION SYSTEM SUPPORT
## EXHIBIT B - GENERAL CONDITIONS
## TABLE OF CONTENTS

| ARTICLE | TITLE | PAGE NO. |
|---|---|---|
| 1 | DEFINITIONS AND INTERPRETATIONS | 1 of 39 |
| 2 | AUTHORITY OF THE GOVERNMENT REPRESENTATIVE | 5 of 39 |
| 3 | RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON-DISCLOSURE | 6 of 39 |
| 4 | SUBCONTRACTING | 6 of 39 |
| 5 | SCOPE OF THE CONTRACT | 7 of 39 |
| 6 | LANGUAGE OF THE CONTRACT | 7 of 39 |
| 7 | EXAMINATION OF CONTRACTOR'S RECORD | 8 of 39 |
| 8 | PERFORMANCE BOND | 8 of 39 |
| 9 | SUFFICIENCY OF BID | 10 of 39 |
| 10 | EXECUTION OF THE WORK | 10 of 39 |
| 11 | WORK SCHEDULE | 13 of 39 |
| 12 | CONTRACTOR REPRESENTATION AND SUPERVISION | 13 of 39 |
| 13 | THE CONTRACTOR'S PERSONNEL | 13 of 39 |
| 14 | REMAINS OF ANTIQUITIES, VALUABLE ITEMS AND OTHERS | 14 of 39 |
| 15 | PATENT RIGHTS OWNERSHIP | 15 of 39 |
| 16 | GENERAL LIABILITY | 15 of 39 |
| 17 | USE OF LABOUR | 16 of 39 |
| 18 | LIST OF WORKERS | 16 of 39 |
| 19 | ACCESSING THE SITE | 16 of 39 |




## VOLUME - I
## AIR NAVIGATION SYSTEM SUPPORT
## EXHIBIT B - GENERAL CONDITIONS
## TABLE OF CONTENTS

| ARTICLE | TITLE | PAGE NO. |
|---|---|---|
| 20 | SUSPENSION, TERMINATION FOR DEFAULT AND OPTIONAL TERMINATION | 17 of 39 |
| 21 | ACCEPTABLE PERFORMANCE LEVELS | 21 of 39 |
| 22 | SEARCH FOR DEFECTS | 22 of 39 |
| 23 | CONTRACT CHANGES | 22 of 39 |
| 23-1 | CHANGES | 22 of 39 |
| 23-2 | ORDERS FOR CHANGES TO BE IN WRITING | 23 of 39 |
| 24 | VALUATION OF CHANGES. CHANGE NOTICES, AND CLAIMS | 23 of 39 |
| 24A | VALUATION OF CHANGES | 23 of 39 |
| 24B | CHANGE NOTICES | 24 of 39 |
| 24C | CLAIMS | 25 of 39 |
| 25 | WITHDRAWING THE WORK FROM THE CONTRACTOR | 25 of 39 |
| 26 | SPECIAL RISKS, FORCE MAJEURE | 26 of 39 |
| 27 | SPECIAL RISK, WAR | 27 of 39 |
| 28 | CONTRACT INTERPRETATION AND SETTLEMENT OF DISPUTES | 27 of 39 |
| 29 | SENDING NOTIFICATIONS | 28 of 39 |
| 30 | NEGLECT ON THE PART OF THE EMPLOYER | 29 of 39 |
| 31 | TAXES AND FEES | 29 of 39 |
| 32 | IMPORT AND CUSTOM REGULATION | 29 of 39 |
| 33 | WORDS AND PHRASES | 30 of 39 |



b.  In case the Contractor does not agree with the decision taken by the designee of the representative, he may refer the matter to the representative who shall, in this case, have the right to confirm or cancel, or amend the said decision.

## 3 - RELINQUISHMENT TO OTHER PARTIES CONFIDENTIALITY AND NON DISCLOSURE

The Contractor shall not divulge to third parties, without the written approval of the Government, any information which it obtains in connection with the performance of the Contract unless the information is obtained by the Contractor from a third party who did not receive same, directly or indirectly, from the Government or the Government Representative or his designee and who has no obligation of secrecy with respect thereto. However, the Contractor shall remain responsible to the Government jointly with the Party to whom the Contract or part thereof have been relinquished to upon the execution of the Contract.

The Contractor shall not, without the prior written approval of the Government, disclose to any third party any information developed or obtained by the Contractor in the performance of the Contract, except to the extent that such information falls within one of the categories described above.

The Contractor understands and agrees that its personnel working directly under Government supervision may in the course of their duties be in receipt of information to which the Contractor will have no right of access, and the Contractor agrees that it will make no attempt to obtain such information from the aforementioned personnel.

The Contractor shall insert a condition in its Contracts with its personnel to ensure the non-disclosure of information concerning the Contract and the services specified herein. The Contractor will be held responsible by the Government for any violations of this condition.

## 4 - SUBCONTRACTING

The Contractor shall not subcontract all Contract work constituting the object of the Contract and shall not - unless otherwise stipulated in the Contract - subcontract any part of the work without the prior written consent of the Government. However, such consent does not relieve the Contractor from the responsibilities and obligations resulting from the Contract, likewise the Contractor and the sub-contractor, acting jointly and severally, shall be responsible towards

dallah   AVCO
VOLUME-I - EXHIBIT B
GENERAL CONDITIONS
C A 4030020447