# Exhibit 2

# "عقوبات نشر الوثائق والمعلومات السرية"

بناءً على إحالة سعادة عميد تقنية المعلومات رقم ٣٠٩/٤١ بتاريخ ٢٠-٠١-١٤٣٣ هـ، بشأن "عقوبات نشر الوثائق والمعلومات السرية"

وبناءً على إحالة معالي مدير الجامعة، رقم ٥١٢/٢/٣ وتاريخ ١٤-٠١-١٤٣٣هـ، المرفق به نسخة من برقية صاحب السمو الملكي رئيس ديوان رئاسة مجلس الوزراء، رقم ١٦٩١٣/ب وتاريخ ١٠-٠٥-١٤٣٣ هـ، الموجه أصلها لصاحب السمو الملكي ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام والمرفق بها نسخة من قرار مجلس الوزراء رقم ١٤١ وتاريخ ١٤٣٢/٥/٥ هـ ، القاضي بالموافقة على نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها بالصيغة المرفقة بالقرار  وكذا نسخة من المرسوم الملكي الكريم رقم ( م / ٣٥) وتاريخ ١٤٣٢/٥/٥ هـ ، الصادر بالمصادقة على ذلك.

## تعميم

المملكة العربية السعودية

وزارة التعليم العالي

جامعة الملك فيصل

( ٠٣ )

| | |
|---|---|
| المحترم | سعادة / وكيل الجامعة للدراسات العليا والبحث . |
| المحترم | سعادة / وكيل الجامعة للدراسات والتطوير وخدمة المجتمع، |
| المحترم | سعادة / وكيل الجامعة للشئون الأكاديمية، |
| المحترم | سعادة / المشرف العام على الإدارة العامة للتبادل والتعاون المعرفي، |
| المحترم | سعادة / المشرف العام على الإدارة العامة للشئون الإدارية والمالية، |

السلام عليكم ورحمة الله وبركاته..

إشارة الى تعميمنا رقم ٤٣٩/٢/٣ بتاريخ ١٤٣٢/٦/٢٥ هـ المعطوف على برقية معالي وزير التعليم العالي الخطية رقم ٦٣٦٦٥ بتاريخ ١٤٣٢/٦/٤ هـ ، والتي تتضمن تلقي معاليه نسخة من برقية صاحب السمو الملكي رئيس ديوان رئاسة مجلس الوزراء رقم ١٦٩١٣/ ب وتاريخ ١٤٣٣/٥/١٠ هـ الموجه أصليا لصاحب السمو الملكي ولي العهد ونائب رئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام والمرفق بها نسخة من قرار مجلس الوزراء رقم ١٤١ وتاريخ ١٤٣٢/٥/ هـ ، القاضي بالموافقة على نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها بالصيغة المرفقة بالقرار وكذا نسخة من المرسوم الملكي الكريم رقم ( م / ٣٥ ) وتاريخ ١٤٣٢/٥/ هـ ، الصادر بالمصادقة على ذلك.

ورد لنا خطاب رئيس هيئة الخبراء بمجلس الوزراء المشرف على شعبة الترجمة الرسمية رقم ٣٠ بتاريخ ١٤٣٣/٥/٢٩ هـ ، ومشفوعة نسختين من الترجمة الانجليزية لنظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها، التي اعتمدها المجلس العلمي التابع لشعبة الترجمة الرسمية بهيئة الخبراء بمجلس الوزراء.

لذا، نؤكد على ضرورة الالتزام بما جاء بتعميمنا رقم ٤٣٩/٢/٣ وتاريخ ١٤٣٢/٦/٢٥ هـ المشار اليه بعاليه وتوجيه منسوبيكم الى حظر نشر أية وثيقة

سرية او إفشاء أية معلومات سرية حصل عليها أو عرفها بحكم وظيفته حتى لا
يتعرض من يخالف ذلك للعقوبات الرادعة المنصوص عليها بالمادة (٥) من نظام
عقوبات نشر الوثائق والمعلومات السرية وإفشائها (المرفق صورته وترجمتها
الانجليزية).

والله الموفق ،،،

**مدير الجامعة**

**أ.د. يوسف بن محمد الجندان**

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

شعبة الترجمة الرسمية

(٣٠٠)


معالي مدير جامعة الملك فيصل بالإحساء          سلمه الله

السلام عليكم ورحمة الله وبركاته.

يسرني أن أرفق لمعاليكم نسختين من الترجمة الإنجليزية لنظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها، التي اعتمدها المجلس العلمي التابع لشعبة الترجمة الرسمية بهيئة الخبراء بمجلس الوزراء.


وتقبلوا وافر التحية والتقدير.


**رئيس هيئة الخبراء بمجلس الوزراء**

**المشرف على شعبة الترجمة الرسمية**

**عصام بن سعد بن سعيد**

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

شعبة الترجمة الرسمية

# نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها

الصادر بالمرسوم الملكي رقم ( م / ٣٥) وتاريخ ١٤٣٢/٥/٠ هـ

الرقم: ٥ / ٣٥

التاريخ: ٠ /٥/١٤٣٢ هـ

بعون الله تعالى

نحن عبدالله بن عبدالعزيز بن سعود

ملك المملكة العربية السعودية

بناء على المادة ( السبعين ) من النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / ٩٠ ) بتاريخ ٢١/٨/١٤١٢ هـ.

وبناء على المادة ( العشرين ) من نظام مجلس الوزراء، الصادر بالأمر الملكي رقم ( أ / ١٣ ) بتاريخ ١٤١٤/٣/٣ هـ.

وبناء على المادة (الثامنة عشر) من نظام مجلس الشورى، الصادر بالأمر الملكي رقم ( أ / ٩١ )    بتاريخ ٢١/٨/١٤١٢ هـ

وبعد الاطلاع على قرار مجلس الشورى رقم (٤١/٤١) بتاريخ ٢٩/ ٦/١٤٣١ هـ .

وبعد الاطلاع على قرار مجلس الوزراء رقم (١٤١) بتاريخ ٠/٥/١٤٣٢ هـ

رسمنا بما هو آت:

أولاً: الموافقة على نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها، بالصيغة المرفقة.

ثانياً: على سمو نائب رئيس مجلس الوزراء، والوزراء ورؤساء الأجهزة المعنية المستقلة ــ كل فيما يخصه ــ تنفيذ مرسومنا هذا.

# عبدالله بن عبدالعزيز

<u>المادة الأولى</u>

أ) يقصد بالوثائق السرية الورقية بجميع أنواعها، التي تحتوي على معلومات سرية يؤدي إفشاؤها الى الإضرار بالأمن الوطني للدولة او مصالحها او سياساتها او حقوقها، سواء أنتجتها أجهزتها المختلفة أو استقبلتها.

ب) يقصد بالمعلومات السرية: ما يحصل عليه الموظف – أو يعرفه بحكم وظيفته – من معلومات يؤدي إفشاؤها الى الإضرار بالأمن الوطني للدولة او مصالحها او سياساتها او حقوقها.

ت) تحدد لائحة الوثائق السرية وقوائمها، التي يصدرها المركز الوطني للوثائق والمحفوظات – بالتنسيق مع الجهات ذات العلاقة – اسماء هذه الوثائق، ودرجات سريتها، وموضوعاتها

<u>المادة الثانية</u>

يحظر على أي موظف عام أو من في حكمه، ولو بعد انتهاء خدمته نشر أي وثيقة سرية او إفشاء أي معلومة سرية حصل عليها او عرفها بحكم وظيفته وكان نشرها او إفشاؤها لا يزالان محظورين.

<u>المادة الثالثة</u>

يعد في حكم الموظف العام في تطبيق أحكام هذا النظام:

١- من يعمل لدى الدولة أو لدى أحد الأجهزة ذات الشخصية المعنوية العامة، سواء أكان يعمل بصفة دائمة أو مؤقتة.

٢- من تكلفه جهة حكومية أو أي سلطة إدارية أخرى بأداء مهمة معينة.

٣- من يعمل لدى الشركات أو المؤسسات الفردية التي تقوم بإدارة المرافق العامة أو تشغيلها أو صيانتها أو تقوم بمباشرة خدمة عامة، وكذلك من يعمل لدى الشركات التي تساهم الدولة في رأس مالها.

٤- المحكم أو الخبير الذي تعينه الحكومة او أي هيئة لها اختصاص قضائي.

٥- رؤساء مجالس إدارات الشركات المنصوص عليها في الفقرة (٣) من هذه المادة وأعضاؤها.

المادة الرابعة

يحظر اخراج الوثائق السرية من الجهات الحكومية، أو تبادلها مع الغير بأي وسيلة كانت، أو الاحتفاظ بها في غير الأماكن المخصصة لحفظها، وتحظر طباعتها أو نسخها أو تصويرها خارج الجهات الحكومية، إلا وفق ضوابط يصدرها المركز الوطني للوثائق والمحفوظات.

المادة الخامسة

مع عدم الإخلال بأي عقوبة أشد مقررة نظاماً، يعاقب بالسجن مدة لا تزيد على عشرين سنة أو بغرامة لا تزيد على مليون ريال أو بهما معاً، كل من:

١- نشر وثائق أو معلومات سرية أو افشاها

٢- دخل أو شرع في الدخول الى أي مكان أو موقع غير مأذون له الدخول فيه، بقصد الحصول على وثائق أو معلومات سرية.

٣- حصل بأي وسيلة غير مشروعة على وثائق أو معلومات سرية.

٤- حاز أو علم — بحكم وظيفته — وثائق أو معلومات رسمية سرية فافشاها أو ألغاها أو نشرها دون سبب مشروع مصرح به نظاماً.

٥- اتلف — عمداً — وثائق سرية أو أساء استعمالها وهو يعلم أنها تتعلق بأمن الدولة أو بأي مصلحة عامة، وذلك بقصد الاضرار بمركز الدولة العسكري أو السياسي أو الدبلوماسي أو الاقتصادي أو الاجتماعي.

٦- أخل بالمحافظة على سرية المعلومات والوثائق.

المادة السادسة

يعاقب كل من اشترك في أي من الجرائم الواردة في هذا النظام بالعقوبة المنصوص عليها في المادة (الخامسة) ويعد شريكاً في الجريمة كل من اتفق أو حرض أو ساعد على ارتكابها مع علمه بذلك اذا ارتكبت الجريمة بناء على هذا الاتفاق أو التحريض أو المساعدة.

المادة السابعة

يراعى عند تطبيق العقوبة الواردة في المادة (الخامسة) من هذا النظام التناسب بين الجريمة والعقوبة، مع مراعاة الظروف المخففة والمشددة للعقوبة ويعد من الظروف المشددة ما يلي:

١- إذا ارتكبت الجريمة في زمن الحرب.

٢- إذا ارتكبت الجريمة لمصلحة دولة أجنبية، أو لأحد ممن يعملون لمصلحتها بأي صورة وعلى أي وجه وبأي وسيلة، سواء بطريق مباشر أو غير مباشر.

٣- إذا كانت الوثيقة أو المعلومة مهمة وذات درجة سرية عالية.

٤- إذا كان الضرر الذي أصاب الدولة بسبب إفشاء الوثيقة أو المعلومة السرية جسيماً.

٥- إذا ارتكبت الجريمة بقصد الإضرار بالدولة.

٦- إذا ارتكب الجريمة من يشغل وظيفة ذات طابع سري.

٧- إذا ارتكب الجريمة من يشغل وظيفة عليا.

المادة الثامنة

تتولى جهة التحقيق – المختصة نظاماً – التحقيق في الجرائم الواردة في هذا النظام والادعاء فيها أمام الجهة القضائية المختصة.

المادة التاسعة

تشعر الجهات الحكومية – بما فيها الجهات الأمنية – جهة التحقيق عند وقوع أي جريمة من الجرائم المحددة في هذا النظام، وعليها إشعار الجهة الحكومية التابع لها المتسبب به، وفقاً لما جاء في المادة (الثالثة) من هذا النظام.

المادة العاشرة

تتولى المحكمة المختصة النظر في الجرائم وإيقاع العقوبة الواردة في هذا النظام.

المادة الحادية عشرة

يصدر المركز الوطني للوثائق والمحفوظات اللائحة التنفيذية لهذا النظام، خلال تسعين يوماً من تاريخ نفاذه.

<u>المادة الثانية عشرة</u>

يعمل بهذا النظام بعد تسعين يوماً من تاريخ نشره في الجريدة الرسمية.

# "Penal Law on Dissemination of Classified Information and Documents"

In accordance with the Memo of H.E. Dean of Information Technology, No. 47/309 on 20-07-1433 Hijri, Regarding: "The Penal Law on Dissemination of Classified Information and Documents"

And in accordance with the Memo of H.E. the University President, No. 38/2/512 on 14-07-1433 Hijri, Annexed thereto a copy of telegram No. 16913/B, on: 10-05-1433 Hijri, from: His Royal Highness, Crown Prince, Chairman of the Presidium of the Council of Ministers, which is originally directed to: His Royal Highness, Crown Prince, Deputy Prime Minister, Minister of Defense and Air Force and General Inspector, with which was attached Resolution No. 141 on: 07-05-1432 Hijri, of the council of Ministers approving the system of sanctions on the publication and disclosure of classified documents and information as per the form attached to the resolution and a copy of Royal Decree No. M/35 on: 08-05-1432 Hijri, approving this.

## "Circulation"

Kingdom of Saudi Arabia

Ministry of Higher Education

King Faisal University

(037)

H.E. / Vice President for Graduates Studies and Scientific Research, Esteemed

H.E. / Vice President for Studies, Development, and Community Services, Esteemed

H.E. / Vice President for Academic Affairs, Esteemed

H.E. / General Supervisor for General Administration of knowledge Exchange and Cooperation, Esteemed

H.E. / General Supervisor for General Administration of Administrative and Financial Affairs, Esteemed

Assalamu Alikum Wa Rahmatu Allah Wa Brkatuh..


Reference to our circulation No. 38/2/439, on: 25-06-1432 Hijri, related to the hand written telegram No. 63665 on: 04-06-1432 Hijri, of H.E. the Minister of Higher Education which included that H.E. had received a telegram No. 16913/B, on: 10-05-1433 Hijri, of His Royal Highness, Crown Prince, Chairman of the Presidium of the Council of Ministers, which is originally directed to: His Royal Highness, Crown Prince, Deputy Prime Minister, Minister of Defense and Air Force and General

Inspector, with which was attached Resolution No. 141 on: 07-05-1432 Hijri, of the council of Ministers approving the system of sanctions on the publication and disclosure of classified documents and information as per the form attached to the resolution and a copy of Royal Decree No. M/35 on: 08-05-1432 Hijri, approving this.

We received letter No. 308, on: 29-05-1433 Hijri, of the head of Experts at the council of Ministers, Supervisor of the official translation section, and attached with it two copies of the English translation of the penal law on dissemination and disclosure of classified information and documents, which has been validated by the scientific council affiliated to the official translation section at the Experts' Organization of the council of ministers.

So, we emphasize the need to abide by our circulation No. 38/2/439, on: 25-06-1432 Hijri, referenced above and redirect your employees to prohibit the dissemination of any classified document or disclosure of any confidential information obtained by or known by virtue of his job, otherwise the violators will be subject to the deterrent sanctions provided for in Article (5) of the penal law on dissemination and disclosure of classified information and documents (a copy of which is attached with English translation).

May Allah guides us to success,,,

**President of KFU**

**Prof. Dr. Youssef bin Mohammed Aljendan**

Kingdom of Saudi Arabia

Panel of Experts in the Council of Ministers

Official translation Division

(073)

H.E. President of King Faisal University,

Assalamu Alikum Wa Rahmatu Allah Wa Brkatuh..

It is my pleasure to enclose to your Excellency, two copies of the English translation of the system of penal law on dissemination and disclosure of classified information and documents, which approved by the Scientific Council of the Division for the official translation of the Panel of Experts in the Council of Ministers.

Please accept sincerely and appreciation.

**Panel of Experts in the Council of Ministers**

**Supervisor of the official translation Division**

**Essam bin Saad bin Saeed**

Kingdom of Saudi Arabia

Panel of Experts in the Council of Ministers

Official translation Division

# Penal law on dissemination and disclosure of classified information and documents

**Issued by Royal Decree No. (M/35) on: 08-05-1432 Hijri**

No.: M/35

Date: 8/5/1432H

**With the help of Almighty God,**

**We, Abdullah ibn Abdulaziz Al Saud,**

**King of the Kingdom of Saudi Arabia,**

Pursuant to Article 70 of the Basic Law of Governance, issued by Royal Order No. (A/90), dated 27/8/1412H;

And pursuant to Article 20 of the Law of the Council of Ministers, issued by Royal Order No. (A/13), dated 3/3/1414H;

And pursuant to Article 18 of the *Shura* Council Law, issued by Royal Order No. (A/91), dated 27/8/1412H;

And upon perusal of the *Shura* Council Resolution No. (84/41), dated 29/7/1431H;

And upon perusal of the Council of Ministers Resolution No. (141), dated 7/5/1432H;

**Have decreed as follows:**

**First**: The Penal Law on Dissemination and Disclosure of Classified Information and Documents as per the attached form shall be approved.

**Second**: His Highness, the Deputy Prime Minister, the Ministers, and heads of independent relevant agencies, each within their jurisdiction, shall implement this Decree of ours.

(Signed)

# **Abdullah ibn Abdulaziz**

**Penal Law on**

**Dissemination and Disclosure of**

**Classified Information and Documents**

Royal Decree No. M/35

Dated 8/5/1432H – 12/4/2011

### Article 1

a) **Classified Documents** shall mean all media types which contain classified information the disclosure of which prejudices the State's national security, interests, policies or rights, whether produced or received by its agencies.

b) **Classified Information** shall mean information an employee obtains – or is privy to by virtue of office – the disclosure of which undermines the State's national security, interests, policies or rights.

c) The Regulations of Classified Documents and Lists – issued by the National Center for Documents and Archives – shall, in coordination with relevant entities, determine the titles, level of classification and subject matter of said documents.

### Article 2

A public employee or the like – even after end of service – shall not disseminate or disclose classified information or documents which he obtains or is privy to by virtue of office, if such dissemination or disclosure remains restricted.

## Article 3

In application of the provisions of this Law, the following shall be deemed a public employee:

1- Any person employed by the Government or by any agency of a public corporate personality, whether permanently or temporarily.

2- Any person assigned by a government entity or any other administrative authority to carry out a certain task.

3- Any person employed by companies or sole proprietorships which manage, operate or maintain public facilities or provide public services, as well as those employed by companies to whose capital the State contributes.

4- An arbiter or expert designated by the government or by any other judicial authority.

5- Chairmen and members of board of directors of companies provided for in Paragraph (3) of this Article.

## Article 4

A classified document may not be taken outside government entities, circulated by any means or kept in other than the designated places. Such documents may not be printed, reproduced or photocopied outside government entities, except in accordance with controls issued by the National Center for Documents and Archives.

## Article 5

Without prejudice to any harsher punishment prescribed by law, the following acts shall be punished by imprisonment for a period not exceeding twenty years or a fine not exceeding one million riyals or by both:

1- Disseminating or disclosing classified information or documents.

2- Entering or attempting to enter a place without authorization, with the intent of obtaining classified information or documents.

3- Obtaining classified information or documents by illicit means.

4- Possessing or becoming privy – by virtue of office – to official classified information or documents, and disclosing, communicating or disseminating the same without a lawfully justified cause.

5- Willfully destroying or misusing classified documents, knowing that such classified documents relate to the State's security or public interest, with the intent of undermining the State's military, political, diplomatic, economic or social status.

6- Failing to maintain confidentiality of Information or Documents.

## Article 6

Any person participating in any of the s stipulated in this Law shall be subject to the punishments provided for in Article (5), and any person who knowingly agrees to, instigates or assists in

commitment of the crimes shall be deemed an accomplice if such crimes is committed on the basis of such agreement, instigation or assistance.

## Article 7

When enforcing the punishment stipulated in Article (5) of this Law, proportionality between crime and punishment as well as extenuating or aggravating circumstances shall be taken into consideration. The following shall be deemed aggravating circumstances:

1- If the crime is committed during wartime.

2- If the crime is committed – in any form or manner and by any means – for the sake of a foreign state or any person working therefor, either directly or indirectly.

3- If the classified information or document is important and of high level of confidentiality.

4- If disclosure of classified information or documents results in substantial damage to the State.

5- If the crime is committed with the intent to prejudice State's interest.

6- If the crime is committed by a person holding a position of confidential nature.

7- If the crime is committed by a person holding a high ranking position.

## Article 8

The competent investigation authority shall investigate and prosecute crimes referred to in this Law before the competent judicial authority.

## Article 9

Government entities – including security agencies – shall notify the investigation authority of any of the crimes specified in this Law committed, and shall also notify the government entity where the suspect is employed, in accordance with Article (3) of this Law.

## Article 10

The competent court shall decide on crimes and impose punishments stipulated in this Law.

## Article 11

The National Center for Documents and Archives shall issue the Implementing Regulations of this Law within ninety days from its entry into force.

## Article 12

This Law shall enter into force ninety days from the date of publication in the Official Gazette.