# Exhibit 3

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.

ص.ب ٤٣٠ ، جـــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي



الرقـم : رم أ/٠٨٣/٣٥/١٥
التاريخ : ١٤٣٥/٠٣/١٢هـ
الموافق : ٢٠١٤/٠١/١٣م

**معالي الدكتور/ فيصل بن حمد الصقير**
نائب رئيس الهيئة العامة للطيران المدني                    الموقر

السلام عليكم ورحمة الله وبركاته

الموضوع : **شركة دله أفكو وعمر البيومي**

نحرر هذه الرسالة بخصوص القضية المقامة ضد شركة دله أفكو والمتعلقة بأحداث الحادي عشر من سبتمبر والتي رفعت من قبل أسر الضحايا الذين وقعوا نتيجة للعمل الإرهابي الموجه ضد الولايات المتحدة في ٢٠٠١/٠٩/١١. ومع أن معظم القضايا المقامة ضد الشركات والمواطنين السعوديين قد شطبت وتم استبعادهم من هذه القضايا بما في ذلك شركات مجموعة دله البركة إلا أن شركة دله أفكو لا تزال باقية في القضية . والسبب في ذلك أن محكمة الإستئناف بالدائرة الثانية بالولايات المتحدة أصدرت قراراً بإجراء فحص قانوني على دله أفكو فيما يتعلق بطبيعة العلاقة بين الشركة وعمر البيومي وذلك نتيجة لإدعاء محاميي المدعين بأن شركة دله أفكو منحت عمر البيومي غطاء وظيفي أثناء فترة إقامته في الولايات المتحدة وبذلك مكنته من مساندة من قاموا بالعمل الإرهابي.

1

وكما هو معلوم لديكم فإنه بالرغم من قيام عمر البيومي بتوقيع عقد مخصص لمشروع الممرات الجوية مع دله أفكو فإنه كان موظفاً لدى الطيران المدني ولم يكن موظفاً لدى دله أفكو إطلاقاً في أي وقت من الأوقات. كما لم يكن لشركة دله أفكو أية علم بخصوص عمل او نشاط عمر البيومي أو أية سلطة عليه فيما يتعلق بمشروع الممرات الجوية ناهيك عن موضوع سفره إلى الولايات المتحدة وإقامته فيها.

وبصرف النظر عن هذه الحقيقة، فإن شركة دله افكو مطالبة بموجب قرار المحكمة بتقديم جميع المستندات والمعلومات التي بحوزتها أو مودعة لديها أو تحت سيطرتها والمتعلقة بعمر البيومي. وقد تحصلت شركة دله افكو على بعض من المستندات التي تقع في إطار مقتضيات قرار المحكمة وقد تم حصرها في قائمة المستندات ذات الطابع السري المرفقة بهذا الخطاب.

وتعتقد شركة دله أفكو أن جميع هذه المستندات تخضع لبند سرية المعلومات الوارد في عقد مشروع الممرات الجوية ومن ثَمّ فإن دله افكو ملزمة بالحصول على موافقة مسبقة من رئاسة الطيران المدني حتى تستطيع تقديم هذه المستندات لمحاميي المدعين. ومن ثَمّ سوف تسعى شركة دله افكو للحصول على أمر تحفظي من المحكمة بحيث يحظر الإفصاح عن أو استخدام هذه المستندات خارج إطار المنازعة الحالية. علماً بأن رئاسة الطيران المدني لن تخضع لإختصاص المحكمة الأمريكية ولن تصبح طرفاً في هذه القضايا في حالة موافقتها على تقديم هذه المستندات لمحاميي المدعين .

2

عليه نتقدم لهيئة الطيران المدني بطلب الموافقة على أن تقوم شركة دله أفكو بتوفير جميع المستندات التي بحوزة دله أفكو أو تحت سيطرتها والمطلوب منها تقديمها بموجب قرار الفحص القانوني المشار إليه أعلاه. وفي حال عدم موافقة هيئة الطيران المدني تخويل شركة دله افكو بتقديم المستندات المشار إليها نأمل تزويدنا بجواب مكتوب بما يفيد ذلك.

وتقبلوا خالص تحياتنا ،،

**علوي محمد سعيد كامل**
مدير عام
شركة دله عبر البلاد العربية

3

P.O Box 430 Jeddah 21411
Kingdom of Saudi Arabia         [Emblem: Dallah Trans Arabia Company]
Telephone: 6710000
Fax: 6170347
Commercial Registration No. 20442
Paid in Capital 10,000,000 SR.
[Handwriting: Final]
Number: RMA/083/35/15
Date: 12/03/1453H.
Corresponding to: 13/01/2014 AD.

H.E. Dr. Faisal Bin Hamad Alsugair
Deputy Director of the General Authority of Civil Aviation     **The esteemed**
                            Peace and blessings be upon you

Subject: <u>Dallah Avco and Omar al Bayoumi</u>

We extend this letter in regard to the current case against Dallah Avco Company related to the events of September 11, which was instituted by the families of the victims of the terrorist attacks that targeted the United States on 09/11/2001.

Most of the cases filed against the Saudi companies and citizens were dismissed, and they were excluded from these cases, including the companies of Dallah Albaraka Group. However, Dallah Avco remains a party in this case. The reason for this is due to the US Court of Appeals of the Second Circuit, which issued its resolution to conduct jurisdictional discovery against Dallah Avco, in respect of the relationship between the Company and Omar al Bayoumi. This resolution came as a result of the claim raised by the lawyers of the Plaintiffs that Dallah Avco Company provided cover employment to Omar al Bayoumi while he was residing in the U.S., enabling him to assist those who executed the terrorist act.

1

[Signature- Date: 13/3/1435]

As you are well aware, despite the fact that Omar al Bayoumi signed a contract assigned to the Air Corridors project (ANSS Project contract) with Dallah Avco, he was mainly an officer working for the Authority of Civil Aviation - Presidency of Civil Aviation (PCA), and he was not an employee at Dallah Avco at any time. Also, Dallah Avco was not familiar with any daily act or activity practiced by Omar, or any authority he was reporting to in regard to the ANSS project, not to mention the matter of his travel to the USA and his stay there.

Regardless of this fact, Dallah Avco Company is required, as per the resolution of the Court, to submit all the documents and information within Dallah Avco's possession, custody, or control that are related to Omar al Bayoumi. Dallah Avco obtained some documents that fall within the frame of the requirements of the Court's decision, which are listed on the privilege log attached to this letter.

Dallah Avco believes that all the documents are subject to the information confidentiality article mentioned in the contract of the ANSS Project; therefore, Dallah Avco is obliged to obtain a prior approval from the General Authority of Civil Aviation, in order to be able to provide such documents to the Plaintiffs' lawyers.

Dallah Avco will seek to secure a protective order from the Court that would prohibit any use or disclosure of the documents beyond this litigation. The Presidency of Civil Aviation (PCA) will not be subject to the U.S. Court's jurisdiction and it will not be a party in these lawsuits, in case it approves submission of these documents to the lawyers of the Plaintiffs.

2

Thereupon, we submit our approval request to the General Authority of Civil Aviation, so that Dallah Avco would make available all documents in its possession, custody, or control to the Plaintiffs' lawyers, which are duly required to be submitted as per the jurisdictional discovery resolution indicated above. In case the General Authority of Civil Aviation refuses to authorize Dallah Avco to submit the aforementioned documents, we would like to receive a written response to that fact.

Respectfully,

**Elwi Mohamed Saeed Kamel** [signature]
General Manager
Dallah Trans Arabia Company



TRANSPERFECT

## AFFIDAVIT OF ACCURACY

I, Anthony Gurry, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the enclosed documents from *Arabic* into *English* : "Review Letter to PCA dated 13Jan2014_EN"

_____
700 6th Street NW, 5th Floor
Washington, DC 20001
TransPerfect Translations, Inc.

Sworn to before me this
17th Day of February 2014

_____
Signature, Notary Public

LAUREN LUBERGER
NOTARY PUBLIC
District of Columbia
My Commission Expires Aug. 31, 2018

_____
Stamp, Notary Public

Washington, D.C



LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

700 6TH STREET, NW, 5TH FLOOR, WASHINGTON, DC 20001 | T 202.347.2300 | F 202.347.6861 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) No. 03 MDL 1570 (GBD/FM) <br> ) |

This document relates to:

    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,
        Case No. 03-CV-5738;
    CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*,
        Case No. 04-CV-05970;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*,
        Case No. 04-CV-07279; and
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*,
        Case No. 03-CV-6978.

## DEFENDANT DALLAH AVCO'S PRIVILEGE LOG

**Definitions:**

- PCA means the Presidency of Civil Aviation, a branch of the Saudi Ministry of Defense.
- "Secondment" means the PCA's secondment of Al-Bayoumi to Dallah Avco.

## The Following Privilege Applies to All Listed Documents:

The following documents are privileged under Article 3 of the PCA-Dallah Avco contract. Saudi Arabian law imposes an obligation to abide by contract terms. Saudi law also imposes criminal penalties against disclosure of confidential governmental information. *See Penal Law on Dissemination and Disclosure of Classified Information and Documents*, Royal Decree No. (M/35) Art. 1, 5 (08-05-1432 Hijri).

| | Title | Type of Document | Subject Matter | Date | Authors, Addressees/Recipients, Relationship | Electronic File Size |
|---|---|---|---|---|---|---|
| 1 | Dallah Avco Payroll slips for Al-Bayoumi | Electronic Payroll Slips | Re: Al-Bayoumi's Monthly salary, payments for period and YTD, Taxes, Date | September 6, 1995 to May 12, 2002 | Dallah Avco to Al-Bayoumi | 1,750 KB each (pdf scan) |
| 2 | General letter from PCA head announcing Al-Bayoumi's secondment | Letter | Re: Secondment of Al-Bayoumi to Dallah Avco | 26.1.1416 (June 13, 1996) | PCA Head Al-Salmi to the PCA | TBD |
| 3 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al Bayoumi's secondment | 11.10.1417 (February 19, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 4 | Internal letter from PCA human resources department to PCA head Al-Salmi | Letter | Requesting the reasons for Al Bayoumi's secondment | 6.10.1417 (February 14, 1997) | PCA human resources department to PCA head Al-Salmi | TBD |
| 5 | Internal letter from PCA head Al-Salmi to the PCA human resources department | Letter | Explaining reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From PCA head Al-Salmi to the PCA human resources department | TBD |
| 6 | Letter from Dallah Avco head Alwi | Letter | Re: Dallah Avco's acceptance of Al-Bayoumi's payrolling | May 24, 1995 | From Dallah Avco head Alwi Muhammed | 902 KB (pdf |

2

| | | | | | |
|---|---|---|---|---|---|
| | Muhammed Said Kamel to PCA head | | through Dallah Avco | | Said Kamel to PCA head | scan) |
| 7 | Contract between PCA and Dallah Avco for ANSS project | Contract | Designates rights and responsibilities between the PCA and Dallah Avco. Article III contains confidentiality clause | 14.9.1422 (November 29, 2001) | Between PCA and Dallah Avco | TBD |
| 8 | Letter from Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | Letter | Stating that reporters have been requesting information regarding Al-Bayoumi, and that Al-Bayoumi is not a Dallah Avco employee | January 1, 2002 | From Dallah Avco head Alwi Muhammed Said Kamel to PCA head Al-Salmi | TBD |
| 9 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi. Handwritten note stating "Reference telephone conference with Mr. [illegible], send offer to CFC because employee out of Kingdom. CFC will sign offer and return." | June 6, 1995 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 10 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi | April 12, 2000 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | TBD |
| 11 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: hiring of Al-Bayoumi | April 13, 2000 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 2,272 KB (pdf scan) |
| 12 | Request for Modification and/or Authorization of Contract/Agreement | Standardized Request Form | Re: termination of Al-Bayoumi | May 12, 2002 | From PCA head Mohammed Ahmed Al-Salmi to ANSS Project Director | 1,230 KB (pdf scan) |

3

| | | | | |
|---|---|---|---|---|
| 13 | Letter from Farid Said Buqari, Dallah Avco project coordinator, to Al-Bayoumi | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and could not be renewed except with the PCA's approval | May 12, 2002 | From Farid Said Buqari, Dallah Avco project coordinator, to Al-Bayoumi | TBD |
| 14 | Affidavit of Mr. Alwi M. Saeed Kamel | Affidavit | Stating that Dallah Avco has no business contacts, relations, etc. with the United States | March 14, 2006 | From Alwi M. Saeed Kamel | TBD |
| 15 | General letter from Farid Said Buqari (DA project coordinator) to Al-Bayoumi and others | Letter | Stating Al-Bayoumi has been seconded in his government position as of 8.1.1419 | 15.1.1419 (May 12, 1998) | From Farid Said Buqari (DA project coordinator) to Al-Bayoumi and others | TBD |
| 16 | General memorandum from PCA head | Memorandum | Stating that Al-Bayoumi has been seconded for one year, renewable, valid from 8.1.1419. Dallah Avco is to pay him his salary and remunerations | 28.12.1417 (May 6, 1997) | From PCA head Al-Salmi | TBD |
| 17 | Letter from Anas Ismail Habis, Dallah Avco representative, to the PCA | Letter | Stating Al-Bayoumi has been seconded for another year as of 8.1.1419 | March 28, 1998 | From Anas Ismail Habis, Dallah Avco representative, to the PCA | TBD |
| 18 | Letter to Al-Bayoumi from the PCA | Letter | Stating he has been seconded for one year from 8.1.1416 | 26.2.1416 (July 24, 1995) | From the PCA to Al-Bayoumi | TBD |
| 19 | Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |

4

| | | | | | |
|---|---|---|---|---|---|
| 20 | Arabic Translation of Letter from Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | Letter | Requesting a meeting that same day to discuss the terms of Al-Bayoumi's employment/secondment with DA | January 21, 2002 | From Michael Snowden, US consul in Jeddah, to Ali Al Khalaf, PCA head | TBD |
| 21 | Report of meeting between Michael Snowden, US consul in Jeddah. | Report | Outlining terms of Al-Bayoumi's secondment with DA | January 21, 2002 | Signed by PCA officials Abdallah Alghanimi and Yusef Salaam and Dallah Avco official Aleb Karly | TBD |
| 22 | Letter from Alwi Kamel, Dallah Avco management group president to PCA group | Letter | Objecting to the meeting held between US representatives and PCA officials regarding Al-Bayoumi | February 4, 2002 | Alwi Kamel, Dallah Avco management group president to the PCA group | TBD |
| 23 | Letter from Dallah Avco Human Resources manager Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | Letter | Requesting an explanation for Al-Salmi's request to extend Al-Bayoumi's secondment to Dallah Avco to a length of two years | 2.11.1417 (March 11, 1997) | From Dallah Avco Human Resources manager Abdelrahim Nuri Jestiniya to PCA head Al-Salmi | 1,221 KB (pdf scan) |
| 24 | Letter from Muhammed Ahmed Al-Salmi to Dallah Avco Human Resources manager | Letter | Responding to request for reasons for Al-Bayoumi's secondment | 10.11.1417 (March 19, 1997) | From Muhammed Ahmed Al-Salmi to Dallah Avco Human Resources manager | TBD |
| 25 | General Memorandum from Ali Abdelrahman Al Khalaf, PCA official | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1417 (May 26, 1996) | 4.1.1417 (May 22, 1996) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Air Transport Engineering, Dallah | 1,203 KB (pdf scan) |

5

| | | | | | |
|---|---|---|---|---|---|
| 26 | General Memorandum from PCA head Al-Khalaf | Memorandum | Stating that Al-Bayoumi has been seconded for one renewable year from 8.1.1416 (June 7, 1995) | 26.1.1416 (June 25, 1995) | Ali Abdelrahman Al Khalaf to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport Engineering, Dallah Avco | 1,185 KB (pdf scan) |
| 27 | General Memorandum by Abdelaziz bin Abdelkarim Al-Ankari, PCA official | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1418 (May 15, 1997) | 28.12.1417 (May 6, 1997) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copy to Dallah Avco | 1,052 KB (pdf scan) |
| 28 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1419 (May 5, 1998) | 15.1.1419 (May 12, 1998) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | 1,331 KB (pdf scan) |
| 39 | General memorandum from Abdelaziz bin Abdelkarim Al-Ankari (PCA official) | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1420 (April 24, 1999) | 17.1.1420 (May 3, 1999) | Abdelaziz bin Abdelkarim Al-Ankari to the PCA, copies to Civil Service Bureau, Employment Services, Air Transport, Dallah Avco | TBD |
| 30 | General memorandum from Ali Al Khalaf (PCA head) | Memorandum | Stating that Al-Bayoumi has been seconded for another year from 8.1.1416 (June 7, 1995) | 26.1.1416 (June 25, 1995) | From Ali Al Khalaf (PCA head) to the PCA | TBD |
| 31 | Letter from Dallah | Letter | Stating that Al-Bayoumi is an | October 31, | Dallah Avco | 729 KB |

6

| | | | | | |
|---|---|---|---|---|---|
| | Avco to Rick Wartzman of Wall Street Journal | | employee of the PCA ANSS project, not Dallah Avco, and that his job title is Senior Contract Manager | | "Authorized Representative" | (pdf scan) |
| 32 | Letter from Alwi Kamel, president of Dallah Avcoadministration, to Mohammed Ahmed Al-Salmi, PCA head | Letter | Correcting misstatements made during the interview of PCA employees done by US consular officials | February 4, 2002 | From Alwi Kamel, president of Dallah Avcoadministration, to Mohammed Ahmed Al-Salmi, PCA head, | TBD |
| 33 | Letter marked "confidential" from Ali bin Abdelrahman Al-Khalaf (PCA president) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | Letter | Stating that the PCA received a request to meet, and did meet, with US consular officials | 8.11.1422 (January 22, 2002) | From Ali bin Abdelrahman Al-Khalaf (PCA president) to the Assistant Minister of Defense and Aviation and the PCA General Inspector | TBD |
| 34 | General letter from Al-Salmi to Dallah Al Baraka administration | Letter | Stating the PCA's desire to second Al-Bayoumi for another year beginning 8.1.1420 (April 24, 1999) | 20.12.1419 (April 7, 1999) | From Al-Salmi to Dallah Al Baraka administration | 1003 KB (pdf scan) |
| 35 | General Memorandum from PCA head Ali bin Abdelrahim Al-Khalaf | Memorandum | Stating that Al-Bayoumi has been granted a 2-year educational sabbatical without salary from 1.4.1421 (July 3, 2000) to pursue higher education in the United States on his own dime | 18.1.1421 (April 23, 2000) | PCA, copies to Ministry of Civil Service, Air Transport Service, Engineering, Employment Division | 948 KB (pdf scan) |
| 36 | Letter from Dallah | Letter | Stating that Al-Bayoumi's | April 4, 1999 | From Dallah Avco | 1,076 KB |

7

| | | | | | |
|---|---|---|---|---|---|
| | Avco administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | | secondment, renewed as of 8.1.1419 (May 5, 1998), shall end 8.1.1420 (April 24, 1999), and that Dallah Avco does not desire to renew the secondment after that date | | administrator Alwi Muhammed Said Kamel to PCA head Al-Salmi | (pdf scan) |
| 37 | Letter from Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | Letter | Stating that 10% was being deducted from Al Bayoumi's salary on a monthly basis as he is an employee of the PCA | 15.6.1419 (October 6, 1998) | From Mansour bin Abdelmajid Bashawri, Mecca Social Security Administration official, to Dallah Avco | 1,225 KB (pdf scan) |
| 38 | Power of attorney from Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | Power of Attorney | Giving Hany Abdelqadir Abedlaziz Badkuk authority to obtain final release payments from Dallah Avco on Al-Bayoumi's behalf while he was out of the Kingdom | 24.4.1422 (July 15, 2001) | From Al-Bayoumi to Hany Abdelqadir Abedlaziz Badkuk | 1,289 KB (pdf scan) |
| 39 | Dallah Avco Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project. | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as a Senior Contract Specialist for the ANSS project. | September 6, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower Services and ANSS Project Director | 1,453 KB (pdf scan) |
| 40 | Dallah Avco Personnel Status Change form for Al-Bayoumi | Standardized Personnel Status Change Form | Changing Al-Bayoumi's salary from 13,000 SR to 10,000 per month, as per the instructions of the PCA director general | 20 November, 2001 | Prepared by Dallah Avco, approved by ANSS Manpower, Finance, and Administrative Services and ANSS Project Director | 2,576 KB (pdf scan) |
| 41 | Dallah Avco Air Navigation System | Employment Offer | Employment offered through September 5, 2001. Outlines | 29 May, 2000 | Addressed to Al Bayoumi from the | 1,779 KB (pdf |

8

| | | | | | |
|---|---|---|---|---|---|
| | Support (ANSS) Married Status/Employment Offer form | | salary, title, and benefits. | | ANSS Director, Fareed S. Bogary. Signed by Riaz M. Khan of Dallah Avco "Manpower Services" and concurred by Fareed S. Bogary, ANSS Project Director. | scan) |
| 42 | Dallah Avco Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as PCA Budget Coordinator | September 6, 1998 | Prepared by Dallah Avco, approved by ANSS project administration and Osama S. Kamil, ANSS deputy project director | 3,755 KB (pdf scan) |
| 43 | Dallah Avco Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | Standardized Notice of Employment Form | Notice of Employment for Al-Bayoumi as Senior Data Processing Technician | June 6, 1995 | Prepared by Dallah Avco, approved by ANSS project administration and Samir G. Magboul, ANSS deputy project director | 3,953 KB (pdf scan) |
| 44 | Letter from Farid Said Buqari, Dallah Avco project coordinator, Dallah Avco legal administration | Letter | Stating that Al-Bayoumi's service was terminated with Dallah Avco as of May 12, 2002 and that Dallah Avco has no relation with Al-Bayoumi after that date | May 12, 2002 | From Farid Said Buqari, Dallah Avco project coordinator, to Dallah Avco legal administration | TBD |
| 45 | Employee Profile | Memorandum | Outlining Al-Bayoumi's secondment to Dallah Avco and subsequent renewals of that secondment up through May 12, | Undated | Dallah Avco is apparent author | TBD |

9

| | |
|---|---|
| | 2002. States that Al-Bayoumi's higher studies in the United States were under the PCA and not Dallah Avco |