# Exhibit 4



```
P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347
―――――――――――――――――――
COMMERCIAL REG. NO. 20442
―――――――――――――――――――
PAID IN CAPITAL 10,000,000 SR.
```



ص.ب ٤٣٠ ، جـدة ٢١٤١١
المملكـة العربيـة السعوديـة
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧
―――――――――――――――
س. ت رقم : ٢٠٤٤٢
―――――――――――――――
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

التاريخ : ١٤٣٥/٠٦/٠٩هـ
الموافق : ٢٠١٤/٠٤/٠٩م

الرقم : ز/أ/ ٤٨٠ /٢٠/ ١٠

معالي الدكتور/ فيصل بن حمد الصقير            الموقر
نائب رئيس الهيئة العامة للطيران المدني

السلام عليكم ورحمة الله وبركاته،

إشارة إلى خطابنا رقـم : رم أ/١٥/٣٥/٠٨٣ بتـاريخ ١٤٣٥/٠٣/١٢هـ الموافـق ٢٠١٤/٠١/١٣م والذي أوضحنا فيه بأن محكمة الإستئناف الأمريكية بالـدائرة الثانيــة قـد أصدرت قراراً يقضي بإجراء الفحص القانوني على شركة دله أفكو فــي ضـوء القضيـة المرفوعة ضدها والمتعلقة بأحداث الحادي عشر من سبتمبر ٢٠١١م ، علماً بــأن الفحـص القانوني يتعلق بمستندات تخضع لبند سرية المعلومات الوارد في عقود مشروع نظم الملاحــة الجوية الموقعة بين شركة دله أفكو ورئاسة الطيران المدني.

وقد طلبنا من رئاسة الطيران المدني في خطابنا بتاريخ ٢٠١٤/٠١/١٣م المشـار إليـه أعلاه بالسماح لنا في القيام بالفحص القانوني وتقديم المستندات المطلوبة حسب قرار المحكمة أو في حال عدم موافقة رئاسة الطيران المدني على ذلك تزويدنا بخطاب يفيد بعدم الموافقة.

وحيث أننا لم نستلم أي إجابة على خطابنا المذكور أعلاه فقد رأينا إرسال هذا الخطـاب في سبيل متابعة الموضوع وإعادة تقديم الطلب بالموافقة على إجراء الفحص القانوني حسـب طلب المحكمة ، أما في حال عدم موافقة رئاسة الطيران المدني بمــنح شــركة دلــه أفكــو الصلاحية لإجراء الفحص القانوني حسب قرار المحكمة الأمريكية نرجو تزويدنا بخطاب رسمي يفيد بعدم موافقة رئاسة الطيران المدني على طلبنا وأن الرئاسة تتمسك ببنــد ســرية المعلومات الوارد في عقود مشروع نظم الملاحة الجوية الموقعة بين رئاسة الطيران المـدني وشركة دله أفكو.

وتقبلوا خالص تحياتنا ،،،

علــوي محمد سعيد كامـل
مدير عام
شركة دله عبر البلاد العربية

١٠ APR 2014

من : أ/علوي كامل

| | | | |
|---|---|---|---|
| Kingdom of Saudi Arabia | | **Revision Memo** | [logo] |
| General Authority of Civil Aviation | | | |
| Department of Administrative Communication | | (incoming mailing) | |

| | |
|---|---|
| **No** | 22606 |
| **Date** | 9/6/1435 H |
| **Issuing Entity** | |
| **Competent Authority** | HE Vice-Chairman of the Authority |
| Please follow up after: | |
| Day ☐   Week ☐   Month ☐ | |
| Thanks | |
| Or contact number | Officer …………….. |
| 6405000-6401100 switch 3377-[illegible no] | Date ……………….. |
| P O Box 887 Jeddah 31165 | Signature ………….. |

3/G/7

P O Box 430 Jeddah 21411  
Kingdom of Saudi Arabia [bilingual text]  
Telephone: 6710000  
Fax: 6170347  
Commercial Reg. No. 20442  
Paid in Capital 10,000,000 SR.

No.: RMA/ 485/ 35/ 15                                    Date: 09/06/1435 H  
                                                         Corresponding to: 04/09/2014 G

**Kindly to Dr. Faisal bin Hamad Al Saqer**  
**Respectable Vice Chairman of General Authority of Civil Aviation**

*Peace of Allah be upon you,*

With reference to our letter no: RMA/083/35/15 dated 12/03/1435 H corresponding to 01/13/2014 in which we stated that the US Court of Appeal, 2nd Circuit, rendered an order to conduct inspection against Dallah Avco Company in light of the lawsuit instituted against it in relation to the 9/11 events, we have to take into consideration that the legal inspection is related to documents which are covered by the confidentiality clause in the Air Navigation Systems Support Project contract signed by and between Dallah Avco Company and the Civil Aviation Authority Chairman.

In our above-mentioned letter dated 01/13/2014, we asked the Civil Aviation Authority Chairman to allow us to execute the legal inspection and provide the required documents according to the order of the court or to provide us with a letter denying approval in case the Civil Aviation Authority Chairmanship rejects our request.

As we did not receive any reply to our above-mentioned letter, we decided to send this letter to follow up on the matter and again submit an application for approval on executing the legal inspection as required by the Court. If the Civil Aviation Authority Chairman refuses to give Dallah Avco Company the power to perform the legal inspection based on the judgment of the US Court, please provide us with an official letter disapproving our application by the Civil Aviation Authority Chairman and stating that the Civil Aviation Authority Chairman is asserting the confidentiality clause in the Air Navigation Systems Support Project contract signed by and between Dallah Avco Company and the Civil Aviation Authority Chairman.

                    Yours Faithfully,

                                        [signature]  
                                        Oulwi Mohammed Saeed Kamel  
                                        General Manager  
                                        Dallah Avco Trans-Arabian Company

[seal] April 10 2014  
[signature] Mr. Oulwi Kamel

 

**Transperfect Project nr: TPT563197**

**Declaration:**

I, the undersigned, confirm that the attached English translation:

**2014- Oulwi Moham Kamel- 2014 Bayoumi 2014- 0064-10042014_EN**

accurately represents the content of the Arabic document:

**علوي كامل - 2014بيومي2014 - 10042014 - 0064**

Signed:

Name: Yael Bitran

Date: 16Apr2014

Position: Project Manager

The Translator for this translation was: MOHA0075

The proofreader for this translation was: DADA0001