# Exhibit 5





الهيئة العامة للطيران المدني
رقم الصادر
١٤٨٧٩/٢٣/١/٢/٢٥٦
المرفقات :
التاريخ : ١٤٣٥/٠٦/٢٩

المملكة العربية السعودية
الهيئة العامة للطيران المدني
الملاحـة الجـويــة

<div dir="rtl">

سـري

سعادة مدير عام شركة دله عبر البلاد العربية      المحترم

السلام عليكم ورحمة الله وبركاته ،،

إشارة إلى خطابكم رقم ر م أ/٤٨٥/٣٥/١٥ وتاريخ ١٤٣٥/٦/٩هـ والمتضمن الإستفسار عما تم بشأن السماح للشركة بإستخدام مستندات تخضع لبند سرية المعلومات الوارد في عقد مشروع الملاحة الجوية، ونظراً إلى أن الهيئة العامة للطيران المدني قد رفعت لوزارة الخارجية بطلب الإسترشاد في هذه القضية من منطلق الإختصاص القانوني.

للإحاطه ، وسوف نوافيكم بالإجابة فور ورودها من الوزارة.

وتقبلوا تحياتنا ،،،

نائب رئيس الهيئة العامة للطيران المدني

د. فيصل بن حمد الصقير

</div>

10:50 A·M

P.O.Box 887, Jeddah 21421    ( رمز الهيئة: ٢٥٦ )    ص.ب ٨٨٧، جـدة ٢١٤٢١

```
P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
FAX : 6170347

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.
```



ص.ب ٤٣٠ ، جــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
فاكس : ٦١٧٠٣٤٧

س. ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠،٠٠٠،٠٠٠ ريال سعودي

الرقم : د/أ/ ٤٨٠ /٣٥/ ١٥

التاريخ : ١٤٣٥/٠٦/٠٩هـ
الموافق : ٢٠١٤/٠٤/٠٩م

معالي الدكتور/ فيصل بن حمد الصقير        الموقر
نائب رئيس الهيئة العامة للطيران المدني

السلام عليكم ورحمة الله وبركاته،

إشارة إلى خطابنا رقــم : رم أ/١٥/٣٥/٠٨٣ بتــاريخ ١٤٣٥/٠٣/١٢هـــ الموافــق ٢٠١٤/٠١/١٣م والذي أوضحنا فيه بأن محكمة الإستئناف الأمريكية بالـدائـرة الثانيـــة قـد أصدرت قراراً يقضي بإجراء الفحص القانوني على شركة دله أفكو فــي ضــوء القـضية المرفوعة ضدها والمتعلقة بأحداث الحادي عشر من سبتمبر ٢٠١١م ، علماً بــأن الفحــص القانوني يتعلق بمستندات تخضع لبند سرية المعلومات الوارد في عقود مشروع نظم الملاحـة الجوية الموقعة بين شركة دله أفكو ورئاسة الطيران المدني.

وقد طلبنا من رئاسة الطيران المدني في خطابنا بتاريخ ٢٠١٤/٠١/١٣م المـشار إليـه أعلاه بالسماح لنا في القيام بالفحص القانوني وتقديم المستندات المطلوبة حسب قرار المحكمة أو في حال عدم موافقة رئاسة الطيران المدني على ذلك تزويدنا بخطاب يفيد بعدم الموافقة.

وحيث أننا لم نستلم أي إجابة على خطابنا المذكور أعلاه فقد رأينا إرسال هذا الخطــاب في سبيل متابعة الموضوع وإعادة تقديم الطلب بالموافقة على إجراء الفحص القانوني حـسب طلب المحكمة ، أما في حال عدم موافقة رئاسة الطيران المدني بمـنح شــركة دلــه أفكــو الصلاحية لإجراء الفحص القانوني حسب قرار المحكمة الأمريكية نرجو تزويـدنا بخطـاب رسمي يفيد بعدم موافقة رئاسة الطيران المدني على طلبنا وأن الرئاسة تتمسك ببنـد سـرية المعلومات الوارد في عقود مشروع نظم الملاحة الجوية الموقعة بين رئاسة الطيران المـدني وشركة دله أفكو.

وتقبلوا خالص تحياتنا ،،،

علـــوي محمد سعيد كامـــل
مدير عام
شركة دله عبر البلاد العربية

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | [Logo] | [Logo] |
| **General Authority of Civil Aviation** | | General Authority of Civil Aviation |
| **Air Navigation** | | ID Number 14789/23//2/256 |
| | | Annexes: |
| | | Date: 29/06/1435 |
| | | [Barcode] |

<u>Confidential</u>

The Director General of Dallah Trans Arabia Company,

May the Peace and Blessings of Allah Be Upon You,

In reference to your correspondence number RMA/485/35/15 dated 9/6/1435 H. in which you inquire about granting permission to the Company to use documents which are subject to the confidentiality clause stated in the Air Navigation contract, and due to the fact that the General Authority of Civil Aviation has submitted a request to the Ministry of Foreign Affairs asking for guidance in this matter in consideration of its authority on legal matters.

In order to brief you on the matter, we will provide you with the answer as soon as we receive it from the Ministry of Foreign Affairs.

Please accept our compliments,


Vice President of the General Authority of Civil Aviation
[Signature]
Dr. Faisal Bin Hamad Al-Suqayr

[Stamp]
Received
04 May 2014
[illegible handwritten text]

10:50 A.M.

---

P.O. Box 887, Jeddah, 21421          (Authority Code: 256)          PO Box 887, Jeddah, 21421

| | |
|---|---|
| P.O. BOX 430 JEDDAH 21411 | P.O. BOX 430 JEDDAH 21411 |
| KINGDOM OF SAUDI ARABIA | KINGDOM OF SAUDI ARABIA |
| TELEPHONE: 6710000 | TELEPHONE: 6710000 |
| FAX: 6170347 | FAX: 6170347 |
| COMMERCIAL REG. NO. 20442 | COMMERCIAL REG. NO. 20442 |
| PAID IN CAPITAL 10,000,000 SR. | PAID IN CAPITAL 10,000,000 SR. |

Number: RMA/485/35/15                                                            Date: 09/06/1435 H.
                                                                                                       Corresponding to: 04/09/2014 AD

Dr. Faisal Bin Hamad Al-Suqayr
Vice President of the General Authority of Civil Aviation

May the Peace and Blessings of Allah Be Upon You,

In reference to our correspondence number: RMA/083/35/15 dated 12/03/1435 H. corresponding to 01/13/2014 AD in which we clarify that the United States Court of Appeal Second Circuit has issued a decision to conduct a legal examination on Dallah Avco in the light of the lawsuit filed against it regarding the events of September 11th, 2011 AD [sic], knowing that the legal examination is in regards with documents under the confidentiality clause stated in the contracts of the draft on air navigation systems signed between Dallah Avco and the General Authority of Civil Aviation.

In our correspondence dated 01/13/2014 AD, mentioned above, we have requested the General Authority of Civil Aviation to allow us to undertake the legal examination and provide the requested documents pursuant to the Court decision, or in the event of the General Authority of Civil Aviation's disapproval to do so to provide us with a letter stating the disapproval.

Whereas we have not received any response to our aforementioned correspondence, we deemed it convenient to send the present letter in order to follow up on the subject and reiterate our request to approve the undertaking of the legal examination pursuant to the Court request, and in the event the General Authority of Civil Aviation did not accept to grant Dallah Avco the power to undertake the legal examination according to the United States Court, please provide us with an official letter stating the disapproval of the General Authority of Civil Aviation of our request, and that the Authority adheres to the confidentiality clause stated in the contracts of the draft on air navigation systems signed between the General Authority of Civil Aviation and Dallah Avco.

Best regards,

[signature]
Alawi Mohammad Saeed Kamel
Director General
Dallah Trans Arabia Company


Confidentiality about Air Aviation Project / [illegible] / C

# CERTIFICATE OF TRANSLATION

# TRANSPERFECT

TransPerfect Translations Ltd, 45 Moorfields, London EC2Y 9AE, a professional translation agency and international communications firm, is competent to translate from Arabic into English. We hereby certify that this translation is, to the best of our professional knowledge and belief, a faithful rendering of the following document:

PCA Response_Translation

Signed:

*Nicholas Casasnovas*

Name: Nicholas Casasnovas

Title: Exec. Project Director

Date: 5/8/14