# Exhibit 7




