# Exhibit 8



## مؤسسة المغربي التجارية
### Maghrabi Information Technology

Invoice No.  **151055**

= **INVOICE** =

**Customer**
Name: **Dallah AFCO**
Address:
City:           State:      ZIP:
Phone:

Date: 20-Jan-15
Date:
Date:
Date:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | نسبة ١٠٠% من قيمة الخادم الرئيسي | 49900 | 49900 |
| 1 | نسبة ١٠٠% من قيمة تراخيص ميكروسوفت | 19643 | 19643 |
| 1 | نسبة ١٠٠% من قيمة تراخيص ليزرفيش | 92500 | 92500 |
| 1 | نسبة ٤٠% من قيمة تحويل ملفات الموظفين بالأرشيف المركزي | 145920 | 145920 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني
عبر الوسائل التالية:   الفاكس : ٦٧٥٩٣٠٢-٠١٢ تحويلة١١٥
البريد الالكتروني : support@maghrabiit.org
رقم حساب المؤسسة بالبنك السعودي الفرنسي
**SA 56 550 00 0000 066 3970 0149**

SubTotal: SAR 307,963

**Payment Details**
● Cash
○ Check
○ Credit
Name
CC #
Expires

TOTAL: SAR 307,963

Three Hundred & Seven Thousand, Nine Hundred & Sixty Three Riyals Only.

Branch of Maghrabi Trading Est. C.R. 4030143469 P.O. Box 7118 Jeddah 21462 Tel: 6701836 Fax: 6759302 Ext. 115



مؤسسة المغربي التجارية
Maghrabi Information Technology

Invoice No. **151145**

= **INVOICE** =

**Customer**
Name: Dallah AFCO
Address:
City:          State:     ZIP:
Phone:

Date: 6-Apr-15
Date:
Date:
Date:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | نسبة ٢٠% من قيمة تحويل ملفات الموظفين بعد الانتهاء من معايير اختبار القبول . | 72960 | 72960 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني
عبر الوسائل التالية:   الفاكس : ٦٧٥٩٣٠٢-٠١٢  تحويله ١١٥
البريد الالكتروني : support@maghrabiit.org
رقم حساب المؤسسة بالبنك السعودي الفرنسي
SA 56 550 00 0000 066 3970 0149

**Payment Details**
● Cash
○ Check
○ Credit
Name
CC #
Expires

SubTotal | SAR 72,960
TOTAL | SAR 72,960

Seventy Two Thousand, Nine Hundred & Sixty Riyals Only.

Branch of Maghrabi Trading Est. C.R. 4030143469 P.O. Box 7118 Jeddah 21462 Tel: 6701836 Fax: 6759302 Ext. 115



مؤسسة المغربي التجارية
Maghrabi Information Technology

**Invoice No.   151152**

**INVOICE**

**Customer**

| | |
|---|---|
| Name | دله عبر البلاد |
| Address | |
| City  State  ZIP | |
| Phone | |

| | |
|---|---|
| Date | 12-Apr-15 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | PV114X, LTO-6, 1 drive<br>2M SAS Cable 6Gbps for external tape<br>PV114X RD1000 EMEA1 Docs with Power Cord<br>1Yr Parts Only Warranty<br>3Yr ProSupport and Next Business Day On-Site Service (Emerging Only)<br>220V Rack Power Cord<br>2/4-Post Static Rails<br>Power Vault Order - EDB<br>6Gbps SAS HBA Card<br>Consolidation Fee<br>INFO Declined Remote Consulting<br>No Installation Service Selected (Contact Sales rep for more details)<br>(2) LTO-6 Media 5 PK | 75100 | 75100 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني عبر الوسائل التالية: الفاكس : ٠١٢-٦٧٥٩٣٠٢ تحويلة ١١٥
البريد الالكتروني : support@maghrabiit.org

| | |
|---|---|
| SubTotal | SAR 75,100 |
| **TOTAL** | SAR 75,100 |

Seventy Five Thousand & One Hundred Riyals Only

**Payment Details**
- ● Cash
- ○ Check
- ○ Credit

Name
CC #
Expires

Branch of Maghrabi Trading Est. C.R. 4030143469 P.O. Box 7118 Jeddah 21462 Tel: 6701836 Fax: 6759302 Ext. 115



مؤسسة المغربي التجارية
Maghrabi Information Technology
1/3

**Invoice No.    151153**

= **INVOICE** =

**Customer**

| | |
|---|---|
| Name | دله عبر البلاد |
| Address | |
| City            State       ZIP | |
| Phone | |

| | |
|---|---|
| Date | 12-Apr-15 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Laserfiche Avanti SQL standard Server | 41000 | 41000 |
| 5 | Laserfiche Full user license include :<br>• Laserfiche Web Access Module<br>• Laserfiche Standard Audit Trail | 4300 | 21500 |
| 1 | Implementation, installation and Training | 30000 | 30000 |
| 1 | R720- 8x 3.5 Hot Plug,E5-2620v2, 8GB RDIMM, NO HDDS, 3YR Intel Xeon E5-2620v2 (2.10GHz, 15M Cache,7.2GT/s QPI, Turbo, 6C, 95W,) DDR3-1333MHz,Risers with up to 6, x8 PCIe Slots + 1, x16 PCIe Slot, iDRAC7 Enterprise with VFlash, 8GB SD Card, 8GB RDIMM, 1600 MHz, Low Volt, Dual Rank (1x8GB),NO HDD ,8X DVD+/-RW Drive SATA , PERC H710 Integrated RAID Controller, 512MB NV Cache, Dual, Hot-plug, Redundant Power Supply (1+1), 750W, 3YR Basic Warranty – NBD | 125000 | 125000 |
| 4 | 600GB SAS 6Gbps 15k 3.5" HD Hot Plug Fully Assembled - Kit | | 0 |
| 1 | Dell 18.5in LED KMM DKMMLED185-001 - International English Keyboard | | 0 |
| 1 | Dell keyboard & mouse for Rack mount system | | |

**Payment Details**

● Cash
○ Check
○ Credit

Name
CC #
Expires

| | |
|---|---|
| SubTotal | SAR 217,500 |
| **TOTAL** | SAR 217,500 |



مؤسسة المغربي التجارية
Maghrabi Information Technology

2/3   Invoice No.   **151153**

**INVOICE**

**Customer**
Name: دله عبر البلاد
Address:
City:   State   ZIP
Phone:

Date: 5-Apr-15
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Dell Power Edge - Rack Cabinet | | 0.00 |
| 1 | Dell NetShelter SX 42U Enclosure MIDDLE EAST ONLY | | 0 |
| 1 | Power Distribution Unit 13xLow power connections 16A 230V | | 0 |
| 1 | 3.7M PDU Input Power Cord (Wall to 16A 1ph PDU) IEC309-16A plug to IEC320 C19 socket, | | 0 |
| 1 | Set of 4 Fans for 42U/48U Rack (4020S/4210/4220/4620S/4820), 230V - Kit | | 0 |
| 1 | APC Smart smt 3000 Rack RMI2U PV114X, LTO-6, 1 drive 2M SAS Cable 6Gbps for external tape PV114X RD1000 EMEA1 Docs with Power Cord 1Yr Parts Only Warranty 3Yr ProSupport and Next Business Day On-Site Service (Emerging Only) 220V Rack Power Cord 2/4-Post Static Rails, Power Vault Order - EDB 6Gbps SAS HBA Card , Consolidation Fee INFO Declined Remote Consulting , No Installation Service Selected (Contact Sales rep for more details) (2) LTO-6 Media 5 PK | | 0 |

SubTotal   SAR 217,500

**Payment Details**
● Cash
○ Check
○ Credit
Name
CC #
Expires

**TOTAL**   SAR 217,500



**Maghrabi Information Technology**

مؤسسة المغربي التجارية

3/3  Invoice No. **151153**

*INVOICE*

**Customer**

| Name | دله عبر البلاد | Date | 12-Apr-15 |
|---|---|---|---|
| Address | | Order No. | |
| City | State  ZIP | Rep | |
| Phone | | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | **Total page 1 &2:** | 217,500.00 | 217,500.00 |
| 1 | WinSvrStd 2012 SNGL OLP NL 2Proc | 3450 | 3450 |
| 5 | WinSvrCAL 2012 SNGL OLP NL UsrCAL | 130 | 650 |
| 1 | Windows server 2012 Installation | 2000 | 2000 |
| 1 | SQLSvrStd 2012 SNGL OLP NL | 6018 | 6018 |
| 5 | SQLCAL 2012 SNGL OLP NL UsrCAL | 915 | 4575 |
| 1 | SQLSvrStd 2012 Installation | 2000 | 2000 |
| 1 | Symantec Protec. Suit for 5 users | 800 | 800 |
| 1 | Symantec Protec. Suit Installation | 150 | 150 |
| 1 | Cisco router 887 | 800 | 800 |
| 1 | Installation for Cisco router 887 | 500 | 500 |
| 1 | 4MG Small business with VPN with 5 real public IP, YEARLY | 20000 | 20000 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني عبر الوسائل التالية: الفاكس : ٠١٢-٦٧٥٩٣٠٢ تحويله١١٥
البريد الالكتروني : support@maghrabiit.org

SubTotal   SAR 258,443

**Payment Details**
- ● Cash
- ○ Check
- ○ Credit

Name
CC #
Expires

TOTAL   SAR 258,443

Two Hundred Fifty Eight Thousand & Four Hundred & Forty Three Riyals Only.



# مؤسسة المغربي التجارية
## Maghrabi Information Technology

Invoice No.   **151175**

= **INVOICE** =

**Customer**

| | |
|---|---|
| Name | **Dallah AFCO** |
| Address | |
| City / State / ZIP | |
| Phone | |

| | |
|---|---|
| Date | 22-Apr-15 |
| Order No. | |
| Rep | |
| FOB | |

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 30% من قيمة تحويل ملفات الموظفين بعد البدء بالتحويل الفعلي لملفات الموظفين | 109440 | 109440 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني عبر الوسائل التالية: الفاكس : ٠١٢-٦٧٥٩٣٠٢ تحويله ١١٥
البريد الالكتروني : support@maghrabiit.org
رقم حساب المؤسسة بالبنك السعودي الفرنسي
SA 56 550 00 0000 066 3970 0149

**Payment Details**
- ● Cash
- ○ Check
- ○ Credit

Name
CC #
Expires

| | |
|---|---|
| SubTotal | SAR 109,440 |
| TOTAL | SAR 109,440 |

One Hundred & Nine Thousand & Four Hundred Forty Riyals Only.



## مؤسسة المغربي التجارية
### Maghrabi Information Technology

**Invoice No.** 151187

## INVOICE

**Customer**
- Name: **Dallah AFCO**
- Address:
- City: ___ State ___ ZIP ___
- Phone:

- Date: 28-Apr-15
- Order No.:
- Rep:
- FOB:

| Hours | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 10%عند تسليم المشروع | 36480 | 36480 |

**سياسة وإجراءات الدعم الفني:**
للحصول على المساعدة ينبغي الاتصال مباشرة بالدعم الفني
عبر الوسائل التالية:   الفاكس : ٠١٢-٦٧٥٩٣٠٢ تحويله ١١٥
البريد الالكتروني : support@maghrabiit.org
رقم حساب المؤسسة بالبنك السعودي الفرنسي
SA 56 550 00 0000 066 3970 0149

SubTotal   SAR 36,480

**Payment Details**
- ● Cash
- ○ Check
- ○ Credit

Name
CC #
Expires

**TOTAL**   SAR 36,480

Thirty Six Thousand , Four Hundred & Eighty Riyals Only.

Branch of Maghrabi Trading Est. C.R. 4030143469 P.O. Box 7118 Jeddah 21462 Tel: 6701838 Fax: 6759302 Ext. 115