# Exhibit 10

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

*Datac Law/employee file/omur Bayomi file*



P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 6 0 1 4 8 2  AVCO SJ

COMMERCIAL REG. NO. 20442

PAID IN CAPITAL 10,000,000 SR.

**TRANS ARABIA**
LIMITED LIABILITY COMPANY

ص . ب ٤٣٠ ، جــــدة ٢١٤١١
الـمـمـلـكـة العـربـيـة الـسـعـوديـة
تلفون : ٦٧١٠٠٠٠
تـلـكـس : ٦٠١٤٨٢ أفـكـو اس جـي

س . ت . رقم : ٢٠٤٤٢

رأس المال المدفوع ٠٠٠ر٠٠٠ر١٠ ريال ســعـودي

الـرقـم : ن ع/٩٩/٢٢٧/؟ ؟-١١/١٥/؟
الـتـاريـخ : ١٤١٩/١٢/١٨هـ
الـمـوافـق : ٤-١٩٩٩/٠٤/م

سعادة / المهندس محمد أحمد السالمى

مديـر عـام هندسة الممـرات الجـوبة

رئاســـة الطيــــران المـــدنى

جـده – الـمـمـلـكـة العـربـيـة الـسـعـوديـة

**الموضوع :** إعارة الموظف / عمر أحمد مصطفى بيومى .

السـلام عليكم ورحمة الله وبركاته،

إشارة لخطابكم رقم : ع م د/٣٢٥/١٥/١٨ المؤرخ فى ١٩٩٩/٣/٢٨م والذى تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدنى لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومى لمدة عام إعتبارأ من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهيـة فى ١٤٢٠/١/٧هـ هى نهايـة مدة إعارة المذكور من رئاسـة الطيران المـدنى وليس للشركة الرغـبة فى تجديدها لفترة أخرى ، كمـا نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .

وتفضلوا بقبول وافر التحية ،،،،

علـوى محمد سعيد كامـل

رئيس مجلس الإدارة

R.E.G·
6 APR 1999
AED

DA001102

CONFIDENTIAL: This document is subject to Protective Order
Regarding confidential information in 03 MDL 1570 (RCC), United
States District for the Southern District of New York.

*[Handwritten] data file - employee file - Omar Bayoumi file*

| | |
|---|---|
| P.O. Box 430 Jeddah 21411<br>Kingdom of Saudi Arabia<br>Telephone: 6 7 1 0 0 0 0<br>Telex: 6 0 1  4 8 2 AVCO SJ | (LOGO)<br>DALLAH AVCO TRANS<br>ARABIA<br>Limited Liability Company |

Commercial Reg. No. 20442
Paid Capital SAR. 10,000,000

Number                        :   RMA/337/99/15-11-A
Date                            :   12/18/1419H
Corresponding to         :   04/04/1999G

**His Excellency/ Engineer Mohammed Ahmed Al-Salmi**
**Director – General, Airways Engineering**
**Presidency of Civil Aviation**
**Jeddah – Kingdom of Saudi Arabia**

### Subject: Secondment of Employee/ Omar Ahmed Mustafa Bayoumi

*May Allah's Peace, Mercy and Blessings be upon you,*

Reference to our Letter No.: AinMD/325/18/15, dated 03/28/1999G, in which Dallah AVCO Company requests approval of the Presidency of Civil Aviation to extend the Secondment Period of the Employee/ Omar Ahmed Mustafa Bayoumi for a period of one year, effective from 01/08/1419H.

Therefore, we would like to advise that the Company shall consider the period terminated on 01/07/1420H the end of the Secondment Period of the said Employee from the Presidency of Civil Aviation and the Company does not want to renew it for another period. We would also like to notify the concerned with what is mentioned above.

Your cooperation with us will be highly appreciated.

Please accept our best regards,

-(Signed)
Alawi Mohammed Saeed Kamel
Chairman of the Board

(Stamp of Confirmation of Receipt dated 06 April 1999)

[handwritten] do the necessary to extend the Secondment Period of the Employee for one year effective from 1/8/1420H). [signature:] 12/19/1419 AH
[stamp:] illegible – 15/465 – 19  12 19
[stamp:] RECEIVED
06 APR 1999
AED
[illegible]



City of New York, State of New York, County of New York

I, Beth Morgan, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Arabic into English.

Ex. 10 – DA001102 (Apr. 4, 1999 letter from DA to PCA)

Beth Morgan
TransPerfect Translations, Inc.
3 Park Ave
20th Floor
New York, NY 10016

Sworn to before me this
26th day of April 2016

Signature, Notary Public

ADRIAN C VOSS
Notary Public - State of New York
No. 01VO6325435
Qualified in New York County
My Commission Expires May 26, 2019

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE