# Exhibits 11-17
# Omitted from Public Version