# EXHIBIT 1



Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.536.2011
rkry@mololamken.com
www.mololamken.com

June 3, 2015

Sean P. Carter
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000
SCarter1@cozen.com

BY EMAIL

    Re:    *In re Terrorist Attacks on September 11, 2001*, No. 1:03-md-01570-GBD-FM (S.D.N.Y.)

Dear Sean:

    We write to advise you that Dallah Avco has completed a reasonable search, subject to its objections, in response to Plaintiffs' First Set of Jurisdictional Requests for Production, and has produced the responsive, non-privileged documents identified by that search.  Dallah Avco reserves the right to supplement its production as required by the Federal Rules of Civil Procedure in the event that any additional responsive, non-privileged documents are found.

    Sincerely,

    Robert Kry