**EXHIBIT 8**

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA E-MAIL**

February 3, 2016

Robert K. Kry, Esq.
MoloLamken LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Robert:

      Thank you for your letter of January 26, 2016, which you sent in response to our correspondence of January 22, 2016, concerning Dallah Avco's provision of certain records unrelated to Omar al Bayoumi to its Saudi employment law expert. In your letter, you indicate that "Dallah Avco does not contend that those twenty-three (23) pages of documents [concerning employees other than Omar al Bayoumi] are relevant to its claims or defenses or regarding Omar al Bayoumi." Instead, you indicate that "Dallah Avco provided certain illustrative documents to its expert by way of general background about its business" and maintain that the fact that Dallah Avco did so "does not establish that *any and all* such documents are an appropriate target for discovery demands."

      Our purpose in writing at this time is not to further litigate by letter our disagreement over the appropriate scope of discovery, but rather to propose a compromise that we believe will resolve this particular dispute without the need for court intervention. In this regard, plaintiffs would propose that Dallah Avco agree to provide full recruitment/employment/employee files for 30 individuals who were employed to work on the ANSS project during the period between 1995 – 2001, to be selected at random. These materials would enable plaintiffs to obtain a "general background" about the nature of Dallah Avco's business and work on the ANSS project, as necessary to evaluate any unique or differing aspects surrounding its relationship with Omar al Bayoumi.

February 3, 2016
Page 2

_____

      Please let us know whether you are amenable to this proposal in principle. If so, we can arrange a time to discuss any necessary refinements, and a process for randomly selecting the employee files to be produced.

                                       Sincerely,

                                       Sean P. Carter, Esq.
                                     THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

SPC/bdw

cc:    Martin McMahon, Esq.
       James Kreindler, Esq.
       Andrew Maloney, Esq.
       Jerry Goldman, Esq.
       Bruce Strong, Esq.
       Robert Haefele, Esq.
       J. Scott Tarbutton, Esq.

LEGAL\25654829\1 00000.0000.000/117430.000