# **EXHIBIT 9**



Robert K. Kry
MoloLamken LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2011
F: 202.536.2011
rkry@mololamken.com
www.mololamken.com

March 4, 2016

Sean P. Carter
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

BY EMAIL

      Re:   *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570-GBD-FM

Dear Sean:

      We write to follow up on certain matters arising out of our meet-and-confer discussions regarding Dallah Avco's document production.

      1.   As requested in your letter of February 3, 2016, Dallah Avco is producing today the contents of 31 randomly selected employee files, which can be found in Volume 19 at Bates numbers DA002333 through DA008580.  The random sample was generated by sorting all 1,274 files in numeric order according to the individual's ANSS ID number and selecting every 40th file (#40, #80, #120, etc.).

      Several files contained ANSS employee medical information not relevant to any issue in the case, which we have redacted on grounds of personal privacy and non-responsiveness.  Dallah Avco's production of these employee files is not an admission that any document is relevant, responsive, within the scope of the Second Circuit's mandate, or within the legitimate scope of jurisdictional discovery.

      2.   As stated in our letter of January 14, 2016, we conducted keyword searches designed to identify any references to Fahad al Thumairy or Osama Basnan in the ANSS employee files.  We used search terms that included multiple English and Arabic spellings of those names and that were also designed to capture slight variations resulting from misspellings or OCR errors.  Those searches did not identify any references to either individual.

      3.   As discussed in our letter of January 14, 2016, we reviewed the ANSS employee files for any documents discussing the necessary qualifications, skills, credentials, and training for certain positions on the ANSS project that you had identified in your letter of January 5, 2016.  Our review of the ANSS employee files determined that they typically do not contain that information.  However, the 31 randomly selected files we are producing today do contain at least one document describing a position other than those you had identified.  *See* DA003373.

4.	In response to an issue raised for the first time in your motion to compel, Dallah Avco is producing today a photograph of the cover of Omar al Bayoumi's ANSS employee file. You can find that document in Volume 19 at Bates number DA002332.

5.	Finally, in preparing for today's production, I realized that I need to clarify a statement in our January 14, 2016 letter. I stated that, "[w]ith respect to employee evaluations or performance analyses, our client would not typically have such documents given that it does not direct or supervise the work of ANSS project employees." At the time, I misinterpreted your question to be focused only on employee evaluations *by Dallah Avco* (hence my reference to Dallah Avco not directing or supervising the work of ANSS project employees). As you will see from today's production, some ANSS employee files do occasionally contain performance evaluations *by the PCA*. See, for example, DA002743, DA007402, and DA008223. My apologies for any confusion on this point.

Please let us know if you have any questions.

	Sincerely,

	Robert Kry

2