UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document applies to:<br><br>Havlish, et al. v. The Islamic Republic of Iran, et al.<br>1:03-cv-09848-GBD | Civil Action No.<br>03 MDL 1570 (GBD) (FM)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/31/16 |

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PLAINTIFFS

**AND NOW**, this 10th day of May, 2016, it is suggested of record that Plaintiff Doyle Raymond Ward, in his own right and as Administrator of the Estate of Timothy Raymond Ward, deceased, died on January 17, 2012 in the state of California leaving his granddaughter, Brianna L. Gomes as Administrator of his estate, see **Exhibit A**, and leaving Michael E. Paige as Special Administrator of the Estate of Timothy Raymond Ward, see **Exhibit B**. Therefore, 1) Brianna L. Gomes, 37849 Millwood Drive, Woodlake, CA 93286 moves to be substituted as the plaintiff in this action for Doyle Raymond Ward, in his own right, and the relevant portion of the caption be changed to read "Brianna L. Gomes, Administrator of the Estate of Doyle Raymond Ward, deceased;" and 2) Michael E. Paige, moves to be substituted as the plaintiff in this action for the Estate of Timothy Raymond Ward and the relevant portion of the caption be changed to "Michael E. Paige, Special Administrator of the Estate of Timothy Raymond Ward, deceased."

Respectfully submitted,

SO ORDERED

/s/ Frank Maas  5/31/16
Frank Maas, USMJ

/s/   *Stephen A. Corr*

Stephen A. Corr, Esquire
Pa. Bar No. 65266
BEGLEY, CARLIN & MANDIO, LLP
680 Middletown, Boulevard
Langhorne, PA 19047
(215) 750-0110
scorr@begleycarlin.com

{00755217/}