UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In Re:                                  :        **ORDER**

    TERRORIST ATTACKS              :        03 MDL 1570 (GBD) (FM)
    ON SEPTEMBER 11, 2001

                                       :

--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2016

**FRANK MAAS**, United States Magistrate Judge.

       On November 13, 2015, the Plaintiffs filed a letter-motion seeking

sanctions against defendants Sana-Bell, Inc., and Sanabel al Kheer, Inc. (together,

"Sanabel"). (See ECF No. 3127 ("Plaintiffs' Letter-Motion")). Other than a letter

submitted by Sanabel's counsel indicating that he "ha[d] been unable to connect with

Sanabel's sole representative," (ECF No. 3131), Sanabel failed to respond to the

Plaintiffs' Letter-Motion. I therefore treated the Letter-Motion as fully briefed, and, on

February 22, 2016, I issued and Report and Recommendation to Judge Daniels urging the

entry of a default judgement against Sanabel "because [it was] a defunct organization that

lack[ed] anyone who c[ould] direct its affairs." (See ECF No. 3220).

       On March 10, 2016, Sanabel filed an objection to the Report and

Recommendation noting that it had located a representative who was able to represent it

in these proceedings and respond to the Plaintiffs' Letter-Motion. (ECF No. 3230). In

light of this new information, on April 6, 2016, Judge Daniels issued a Memorandum

Opinion and Order returning the sanctions motion to me "for further proceedings to

determine whether the entry of a default judgment [was] still the most appropriate

adjudication of" the Plaintiffs' Letter-Motion. (ECF No. 3250). Accordingly, by June 9, 2016, Sanabel shall file its response to the Plaintiffs' Letter-Motion. By June 17, 2016, the Plaintiffs may file a reply.

SO ORDERED.

Dated:     New York, New York
           May 31, 2016

                                    FRANK MAAS
                         United States Magistrate Judge

Copies to all counsel via ECF