# EXHIBIT C ◆◇

## KREINDLER & KREINDLER

Harry E. Kreindler (1919-1984)
Lee S. Kreindler
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
        Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
email: legal@kreindler.com
www.kreindler.com

Susan A. Friery, M.D.*
Justin T. Green
Daniel O. Rose
Jacqueline M. James
Raafat S. Toss
Brendan S. Maher**
Laura Lavie
Paul A. Loh
Susan D. Bainnson
Monica I. Gonzalez
Dennis J. Nolan***

*Admitted in MA & DC only
**Admitted in CA & Awaiting Admission NY
***Awaiting Admission NY

July 2, 2002

**Via Facsimile and Mail**
(202) 354-3468
Honorable James Robertson
Room 6315
United States District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20002

*[handwritten note]*

Re:     **Havlish et al. v. Usamah Bin-Laden, et al.**
        **Case No. 1:02 CV 00305**

Dear Judge Robertson:

We represent the families of 190 decedents and substantially more personal injury claimants arising out of the September 11, 2001 terrorist attacks. These include claims arising from all four hijacked flights, Pentagon victims and World Trade Center victims. Our cases from the World Trade Center come from nearly every major employer in the two towers (Cantor Fitzgerald, Sandler O'Neill, AON and others) as well as numerous rescue workers.

We plan on filing an action against various terrorists and their sponsors for the September 11 attacks and are currently investigating liability claims against the terrorists and individual damage claims. We expect to file our complaint against some of the terrorists in early August when our investigation is more complete. To comply with Section 408(b)(3) of the Airline Stabilization Act, it is our intention to file our action in the Southern District of New York.

Section 408(b)(3) provides that:

> The United States District Court for the Southern District
> of New York shall have original and <u>exclusive</u> jurisdiction
> over all actions brought for any claim (including any claim
> for loss of property, personal injury, or death) resulting from
> or relating to the terrorist-related aircraft crashes of September
> 11, 2001. (Emphasis supplied)

CRITICAL

# EXHIBIT C

**Kreindler & Kreindler**
**July 2, 2002**
**Page 2**

It is clear that by consolidating all actions in one District Court, Congress contemplated an MDL type of proceeding in New York in which that Court would appoint a group of plaintiffs' counsel to be responsible for prosecuting all September 11, 2001 terrorist- related liability claims. Congress exercised its power to create subject-matter jurisdiction and venue exclusively in the Southern District of New York.

We recently learned that the plaintiffs in the above captioned case filed a motion seeking class certification and we respectfully request an opportunity to be heard on the issue. We oppose class certification because each individual's wrongful death damages are unique and the number of claimants is finite. Claimants have the ability to bring individual actions and their geographical dispersion is not so great (approximately 2800 death cases occurred in New York with people who lived within commuting distance of the World Trade Center). Moreover, we believe if a class were certified many families would opt out of the proposed class and would prefer to have attorneys of their choosing handle their claims.

We have met with one of the lead counsel from the above captioned class action plaintiffs' group. We pointed out the jurisdictional constraints and also expressed our view that a class action is not the appropriate mechanism by which to pursue claims for compensatory or punitive damages against the terrorists.

If and when Your Honor wishes to address a motion proposing class certification, we would like to brief the issue and be heard.

Respectfully submitted,

Lee S. Kreindler
Marc S. Moller
James P. Kreindler
David C. Cook
David Beekman
Noah H. Kushlefsky
Brian J. Alexander
Milton G. Sincoff
Andrew J. Maloney
Justin T. Green
Raafat S. Toss

#91525-1