# Exhibit A

## Exhibit A

| Estate | Economic Loss to Estate | Economic Loss with Punitive Multiplier | Surviving Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|---|---|
| Estate of Patrick Quigley | $ 11,043,078.00 | $ 49,031,266.32 | | | | |
| | | | Ruth Quigley | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Patrick James Quigley Jr. | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Rachel Quigley | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Patricia Quigley | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Leah Quigley | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | John Vincent Quigley | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Mi Ja Kim Quigley | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Chandler Keller | $ 5,171,921.00 | $ 22,963,329.24 | | | | |
| | | | Gavin D. Keller | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Elizabeth H. Keller-Baker | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Richard E. Keller | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Brandon S. Keller | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Kathryn R Keller | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Richard Gabrielle | $ 1,903,671.00 | $ 8,452,299.24 | | | | |
| | | | Connie Gabrielle | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Nicole Gabrielle | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Monica Gabrielle | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | George Gabrielle | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Tyler Ugolyn | $ 5,249,237.00 | $ 23,306,612.28 | | | | |
| | | | Diane Ugolyn | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Trevor Ugolyn | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Victor Ugolyn | Father | $ 8,500,000.00 | $ 37,740,000.00 |