Exhibit C

# MATTHEW S. JOHNSON

730 South Clark St., Apt. 1412
Chicago, IL 60605 USA
Email: msjohn@bu.edu

Update of Analysis of Economic Loss in the Matter of
Estate of Chandler Keller

May 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to update the report estimating the economic loss to the estate of Chandler Keller, dated May 2005, to present value as of May 1, 2016.

To bring the present value of the estimated loss up to date, I have taken the estimated lifetime losses to earnings, retirement benefits and household services from the original report as given, and I have used the same discount rate as the original report to bring estimates to present value (5 percent for lost earnings, and 2 percent for retirement benefits and household services). I have exported the tables from the original report and discounted losses at an annual rate of either 2 or 5 percent beginning with the year 2016.

My estimate of the present value of economic loss to the Keller estimate is $5,171,921. This estimate is summarized in Table 1. Tables 2, 3 and 4 provide the updated path of discounted lifetime losses to earnings, retirement benefits, and household services from the original report.

I have attached my Curriculum Vitae that describes my qualifications to undertake this analysis.


Matthew S. Johnson

**Table 1: Summary of Economic Damages**

| | |
|---|---|
| Present Value of Lost Earnings | 4,131,696 |
| Present Value of Lost Retirement Benefits | 843,355 |
| Present Value of Lost Household Services | 196,869 |
| **Total** | 5,171,921 |

**Table 2: Present Value of Economic Damages**

| Year | Age | Earnings | Bonus | Benefits | Total | Consumption | Net Loss | Present Value | Discount |
|------|-----|----------|-------|----------|-------|-------------|----------|---------------|----------|
| 2002 | 31 | 73,902 | 1,421 | 5,513 | 80,836 | 14,110 | 66,726 | 66,726 | 0 |
| 2003 | 32 | 77,228 | 1,485 | 5,649 | 84,362 | 14,364 | 69,997 | 69,997 | 0 |
| 2004 | 33 | 80,703 | 1,552 | 5,790 | 88,045 | 14,623 | 73,422 | 73,422 | 0 |
| 2005 | 34 | 84,335 | 1,622 | 5,938 | 91,895 | 14,887 | 77,009 | 77,009 | 0 |
| 2006 | 35 | 88,130 | 1,695 | 6,093 | 95,918 | 15,156 | 80,762 | 80,762 | 0 |
| 2007 | 36 | 96,701 | 1,860 | 6,442 | 105,003 | 15,740 | 89,264 | 89,264 | 0 |
| 2008 | 37 | 101,052 | 1,943 | 6,620 | 109,615 | 16,025 | 93,590 | 93,590 | 0 |
| 2009 | 38 | 105,600 | 2,031 | 6,805 | 114,436 | 16,316 | 98,121 | 98,121 | 0 |
| 2010 | 39 | 110,351 | 2,122 | 6,999 | 119,472 | 16,612 | 102,860 | 102,860 | 0 |
| 2011 | 40 | 115,317 | 2,218 | 7,201 | 124,736 | 16,914 | 107,823 | 107,823 | 0 |
| 2012 | 41 | 120,507 | 2,317 | 7,413 | 130,237 | 17,222 | 113,015 | 113,015 | 0 |
| 2013 | 42 | 125,929 | 2,422 | 7,634 | 135,985 | 17,535 | 118,450 | 118,450 | 0 |
| 2014 | 43 | 131,596 | 2,531 | 7,865 | 141,992 | 17,855 | 124,137 | 124,137 | 0 |
| 2015 | 44 | 137,518 | 2,645 | 8,107 | 148,270 | 18,180 | 130,089 | 130,089 | 0 |
| 2016 | 45 | 143,706 | 2,764 | 8,359 | 154,829 | 18,512 | 136,317 | 129,826 | 1 |
| 2017 | 46 | 150,173 | 2,888 | 8,622 | 161,683 | 18,850 | 142,833 | 129,554 | 2 |
| 2018 | 47 | 164,777 | 3,169 | 9,218 | 177,164 | 19,584 | 157,580 | 136,124 | 3 |
| 2019 | 48 | 172,192 | 3,311 | 9,520 | 185,023 | 19,943 | 165,080 | 135,812 | 4 |
| 2020 | 49 | 179,941 | 3,460 | 9,836 | 193,237 | 20,308 | 172,929 | 135,494 | 5 |
| 2021 | 50 | 188,038 | 3,616 | 10,166 | 201,820 | 20,680 | 181,140 | 135,169 | 6 |
| 2022 | 51 | 196,500 | 3,779 | 10,511 | 210,790 | 21,059 | 189,731 | 134,838 | 7 |
| 2023 | 52 | 205,343 | 3,949 | 10,872 | 220,164 | 21,446 | 198,718 | 134,500 | 8 |
| 2024 | 53 | 214,583 | 4,127 | 11,248 | 229,958 | 21,839 | 208,119 | 134,155 | 9 |
| 2025 | 54 | 224,239 | 4,312 | 11,642 | 240,193 | 22,240 | 217,953 | 133,804 | 10 |
| 2026 | 55 | 234,330 | 4,506 | 12,053 | 250,889 | 22,649 | 228,241 | 133,448 | 11 |
| 2027 | 56 | 244,875 | 4,709 | 12,483 | 262,067 | 23,065 | 239,002 | 133,085 | 12 |
| 2028 | 57 | 255,894 | 4,921 | 12,933 | 273,748 | 23,489 | 250,259 | 132,718 | 13 |
| 2029 | 58 | 267,410 | 5,142 | 13,402 | 285,954 | 23,921 | 262,033 | 132,344 | 14 |
| 2030 | 59 | 279,443 | 5,374 | 13,893 | 298,710 | 24,361 | 274,349 | 131,967 | 15 |
| 2031 | 60 | 292,018 | 5,616 | 14,405 | 312,039 | 24,810 | 287,230 | 131,583 | 16 |
| 2032 | 61 | 305,159 | 5,868 | 14,941 | 325,968 | 25,266 | 300,702 | 131,195 | 17 |
| 2033 | 62 | 318,891 | 6,133 | 15,501 | 340,525 | 25,732 | 314,793 | 130,803 | 18 |
| 2034 | 63 | 333,241 | 6,408 | 16,086 | 355,735 | 26,206 | 329,529 | 130,406 | 19 |
| 2035 | 64 | 348,237 | 6,697 | 16,697 | 371,631 | 26,689 | 344,942 | 130,005 | 20 |
| 2036 | 65 | 363,908 | 6,998 | 17,336 | 388,242 | 27,181 | 361,061 | 129,600 | 21 |

**Total** | | | | | | | | 4,131,696 |

**Table 3: Present Value of Lost Pension Benefits**

| Year | Age | Benefit | Consumption | Net Loss | Present Value | Discount |
|------|-----|---------|-------------|----------|---------------|----------|
| 2037 | 66 | $ 175,290.78 | $ 19,497.51 | $ 155,793.27 | 100773 | 22 |
| 2038 | 67 | 175,290.78 | 19,497.51 | 155,793.27 | 81048 | 23 |
| 2039 | 68 | 175,290.78 | 19,497.51 | 155,793.27 | 79459 | 24 |
| 2040 | 69 | 175,290.78 | 19,497.51 | 155,793.27 | 77901 | 25 |
| 2041 | 70 | 175,290.78 | 19,497.51 | 155,793.27 | 76373 | 26 |
| 2042 | 71 | 175,290.78 | 19,497.51 | 155,793.27 | 74876 | 27 |
| 2043 | 72 | 175,290.78 | 19,497.51 | 155,793.27 | 73408 | 28 |
| 2044 | 73 | 175,290.78 | 19,497.51 | 155,793.27 | 71968 | 29 |
| 2045 | 74 | 175,290.78 | 19,497.51 | 155,793.27 | 70557 | 30 |
| 2046 | 75 | 175,290.78 | 19,497 .51 | 155,793.27 | 69174 | 31 |
| 2047 | 76 | 175,290.78 | 19,497 .51 | 155,793.27 | 67817 | 32 |
| Total | | | | | 843355 | |

**Table 4 - Loss to Estimated Value of Household Services**

| Year | Age | Hours | Value | Present Value | Discount |
|------|-----|-------|-------|---------------|----------|
| 2002 | 31 | 372 | 5,580.00 | 5580 | 0 |
| 2003 | 32 | 372 | 5,580.00 | 5580 | 0 |
| 2004 | 33 | 372 | 5,580.00 | 5580 | 0 |
| 2005 | 34 | 372 | 5,580.00 | 5580 | 0 |
| 2006 | 35 | 372 | 5,580.00 | 5580 | 0 |
| 2007 | 36 | 372 | 5,580.00 | 5580 | 0 |
| 2008 | 37 | 372 | 5,580.00 | 5580 | 0 |
| 2009 | 38 | 372 | 5,580.00 | 5580 | 0 |
| 2010 | 39 | 372 | 5,580.00 | 5580 | 0 |
| 2011 | 40 | 372 | 5,580.00 | 5580 | 0 |
| 2012 | 41 | 372 | 5,580.00 | 5580 | 0 |
| 2013 | 42 | 372 | 5,580.00 | 5580 | 0 |
| 2014 | 43 | 372 | 5,580.00 | 5580 | 0 |
| 2015 | 44 | 372 | 5,580.00 | 5580 | 0 |
| 2016 | 45 | 372 | 5,580.00 | 5471 | 1 |
| 2017 | 46 | 372 | 5,580.00 | 5363 | 2 |
| 2018 | 47 | 372 | 5,580.00 | 5258 | 3 |
| 2019 | 48 | 372 | 5,580.00 | 5155 | 4 |
| 2020 | 49 | 372 | 5,580.00 | 5054 | 5 |
| 2021 | 50 | 372 | 5,580.00 | 4955 | 6 |
| 2022 | 51 | 372 | 5,580.00 | 4858 | 7 |
| 2023 | 52 | 372 | 5,580.00 | 4762 | 8 |
| 2024 | 53 | 372 | 5,580.00 | 4669 | 9 |
| 2025 | 54 | 372 | 5,580.00 | 4578 | 10 |
| 2026 | 55 | 372 | 5,580.00 | 4488 | 11 |
| 2027 | 56 | 372 | 5,580.00 | 4400 | 12 |
| 2028 | 57 | 372 | 5,580.00 | 4314 | 13 |
| 2029 | 58 | 372 | 5,580.00 | 4229 | 14 |
| 2030 | 59 | 372 | 5,580.00 | 4146 | 15 |
| 2031 | 60 | 372 | 5,580.00 | 4065 | 16 |
| 2032 | 61 | 372 | 5,580.00 | 3985 | 17 |
| 2033 | 62 | 372 | 5,580.00 | 3907 | 18 |
| 2034 | 63 | 372 | 5,580.00 | 3830 | 19 |
| 2035 | 64 | 372 | 5,580.00 | 3755 | 20 |
| 2036 | 65 | 372 | 5,580.00 | 3682 | 21 |
| 2037 | 66 | 372 | 5,580.00 | 3609 | 22 |
| 2038 | 67 | 372 | 5,580.00 | 3539 | 23 |
| 2039 | 68 | 372 | 5,580.00 | 3469 | 24 |
| 2040 | 69 | 372 | 5,580.00 | 3401 | 25 |
| 2041 | 70 | 372 | 5,580.00 | 3334 | 26 |
| 2042 | 71 | 372 | 5,580.00 | 3269 | 27 |
| 2043 | 72 | 372 | 5,580.00 | 3205 | 28 |
| **Total** | | | | 196869 | |

5

# Matthew S. Johnson

730 South Clark St., Apt. 1412
Chicago, IL 60605 USA
Email: msjohn@bu.edu

Update of Analysis of Economic Loss in the Matter of
Estate of Richard Gabrielle

May 2016

To Whom it May Concern,

I have been retained by Kreindler & Kreindler LLP to update the report estimating the economic loss to the estate of Richard Gabrielle, dated April 2005, to present value as of May 1, 2016.

To bring the present value of the estimated loss up to date, I have taken the estimated lifetime losses to earnings, retirement benefits and household services from the original report as given, and I have used the same discount rate as the original report to bring estimates to present value (2 percent). I have exported the tables from the original report and discounted losses at an annual rate of 2 percent beginning with the year 2016.

My estimate of the present value of economic loss to the Gabrielle estimate is $1,903,671. This estimate is summarized in Table 1. Tables 2, 3 and 4 provide the updated path of discounted lifetime losses to earnings, retirement benefits, and household services from the original report.

I have attached my Curriculum Vitae that describes my qualifications to undertake this analysis.


Matthew S. Johnson

1

Table 1: Summary of Economic Damages

| | |
|---|---|
| Present Value of Lost Earnings | 1,489,965 |
| Present Value of Lost Retirement Benefits | 284,068 |
| Present Value of Lost Household Services | 129,638 |
| **Total** | 1,903,671 |

Table 2: Present Value of Lost Earnings

| Year | Age | Earnings | Benefits | Total | Consumption | Net Loss | Present Value | Discount |
|------|-----|----------|----------|-------|-------------|----------|---------------|----------|
| 2001 | 51 | $ 13,299.26 | $ 5,625.00 | $ 18,924.26 | $ 6,638.36 | $ 12,286 | 12286 | 0 |
| 2002 | 52 | 105,337.05 | 5,793.54 | 111,130.59 | 15,760.46 | 95,370.13 | 95370.13 | 0 |
| 2003 | 53 | 108,497.16 | 5,967.34 | 114,464.50 | 15,956.30 | 98,508.20 | 98508.2 | 0 |
| 2004 | 54 | 111,752.08 | 6,146.36 | 117,898.44 | 16,154.58 | 101,743.86 | 101743.86 | 0 |
| 2005 | 55 | 115,104.64 | 6,330.76 | 121,435.39 | 16,355.33 | 105,080.06 | 105080.06 | 0 |
| 2006 | 56 | 115,576.57 | 6,356.71 | 121,933.28 | 16,383.31 | 105,549.96 | 105549.96 | 0 |
| 2007 | 57 | 116,050.43 | 6,382.77 | 122,433.20 | 16,411.35 | 106,021.86 | 106021.86 | 0 |
| 2008 | 58 | 116,526.24 | 6,408.94 | 122,935.18 | 16,439.42 | 106,495.76 | 106495.76 | 0 |
| 2009 | 59 | 117,004.00 | 6,435.22 | 123,439.22 | 16,467.55 | 106,971.66 | 106971.66 | 0 |
| 2010 | 60 | 117,483.71 | 6,461.60 | 123,945.32 | 16,495.73 | 107,449.59 | 107449.59 | 0 |
| 2011 | 61 | 117,965.39 | 6,488.10 | 124,453.49 | 16,523.95 | 107,929.54 | 107929.54 | 0 |
| 2012 | 62 | 118,449.05 | 6,514.70 | 124,963.75 | 16,552.22 | 108,411.53 | 108411.53 | 0 |
| 2013 | 63 | 118,934.69 | 6,541.41 | 125,476.10 | 16,580.54 | 108,895.56 | 108895.56 | 0 |
| 2014 | 64 | 119,422.33 | 6,568.23 | 125,990.55 | 16,608.91 | 109,381.64 | 109381.64 | 0 |
| 2015 | 65 | 119,911.96 | 6,595.16 | 126,507.12 | 16,637.33 | 109,869.78 | 109869.78 | 0 |
| **Total** | | | | | | | **1489965.13** | |

3

Table 3: Present Value of Lost Pension Benefits

| Year | Age | Estimated Benefit | Survivor Benefit | Consumption | Net Loss | Present Value | Discount |
|------|-----|-------------------|------------------|-------------|----------|---------------|----------|
| 2016 | 65 | $ 36,076.01 | $ 2,538.96 | $ 10,072.46 | $ 23,464.59 | 23005 | 1 |
| 2017 | 66 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 22553 | 2 |
| 2018 | 67 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 22111 | 3 |
| 2019 | 68 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 21678 | 4 |
| 2020 | 69 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 21253 | 5 |
| 2021 | 70 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 20836 | 6 |
| 2022 | 71 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 20427 | 7 |
| 2023 | 72 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 20027 | 8 |
| 2024 | 73 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 19634 | 9 |
| 2025 | 74 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 19249 | 10 |
| 2026 | 75 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 18872 | 11 |
| 2027 | 76 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 18502 | 12 |
| 2028 | 77 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 18139 | 13 |
| 2029 | 78 | 36,076.01 | 2,538.96 | 10,072.46 | 23,464.59 | 17783 | 14 |
| **Total** | | | | | | **284068** | |

**Table 4 - Loss to Estimated Value of Household Services**

| Year | Age | Hours | Value | Present Value | Discount |
|------|-----|-------|-------|---------------|----------|
| 2001 | 51 | 93 | 1,395.00 | 1,395.00 | 0 |
| 2002 | 52 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2003 | 53 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2004 | 54 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2005 | 55 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2006 | 56 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2007 | 57 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2008 | 58 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2009 | 59 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2010 | 60 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2011 | 61 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2012 | 62 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2013 | 63 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2014 | 64 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2015 | 65 | 372 | 5,580.00 | 5,580.00 | 0 |
| 2016 | 66 | 372 | 5,580.00 | 5,470.59 | 1 |
| 2017 | 67 | 372 | 5,580.00 | 5,363.32 | 2 |
| 2018 | 68 | 372 | 5,580.00 | 5,258.16 | 3 |
| 2019 | 69 | 372 | 5,580.00 | 5,155.06 | 4 |
| 2020 | 70 | 372 | 5,580.00 | 5,053.98 | 5 |
| 2021 | 71 | 372 | 5,580.00 | 4,954.88 | 6 |
| 2022 | 72 | 372 | 5,580.00 | 4,857.73 | 7 |
| 2023 | 73 | 372 | 5,580.00 | 4,762.48 | 8 |
| 2024 | 74 | 372 | 5,580.00 | 4,669.09 | 9 |
| 2025 | 75 | 372 | 5,580.00 | 4,577.54 | 10 |
| **Total** | | | | 129,637.82 | |

# MATTHEW S. JOHNSON

730 South Clark St., Apt. 1412
Chicago, IL 60605 USA
Email: msjohn@bu.edu

Update of Analysis of Economic Loss in the Matter of
Estate of Patrick Quigley

May 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to update the report estimating the economic loss to the
estate of Patrick Quigly, dated October 2003, to present value as of May 1, 2016.

To bring the present value of the estimated loss up to date, I had to make several judgment calls due to
challenges I had interpreting how the original report arrived at certain estimates.

First, the original report listed estimated values of losses to future earnings and employee benefits separately
(Summary of Damages, page 5), but the accompanying tables did not make clear how the present value of
benefits were calculated. I assume "Earnings" corresponds to "Compensation" in the third column of
"Present Value of Economic Damages to the Estate of Patrick Quigley" Table, and "Benefits" corresponds
to the fifth column of the same table. I present as estimate of the present value of the sum of estimated loss
to earnings and benefits.

Second, the original report listed Social Security payments to the widow of Patrick Quigley as offsets to the
Economic Damages. It was unclear from my reading of the report how these were discounted to present
value. Though the report was dated October 2003, Social Security payments included in the Table on pages
9-10 were listed "as of April 2003," but appeared to be discounted beginning August 2003. The intended
date for the present value was therefore unclear to me. To create an updated present value of Social Security
payments, I have created an estimate of annual Social Security payments (comprised of monthly payments
of $3,276 taken from the original report), and discounted these annual payments as of 2016.

Additionally, while the original report provided 3 summary estimates of economic loss if Patrick Quigley
worked until age 61.32, 65 and 67, the report did not specify what work life was assumed in assigning the
monthly Social Security payments used in estimating the value of the Social Security offset. The "Present
Value of Social Security Benefits as of April 2003" include estimated payments until 2025, when Patrick
Quigley would have been 65 years old. Thus, I assume this table was created assuming a work life until age
65, and I will only present an updated estimate of economic losses assuming a work life until age 65.

Third, the table in the original report explaining estimates to lost earnings and benefits under a work life
until age 65 did not include estimated compensation and benefits between age 62 and 65. Thus, I have
imputed estimated values for these years based on the formulas described in the original report.

I have used the same discount rate as the original report to bring estimates to present value (3.9 percent). I
have exported the tables from the original report and discounted the estimated loss to earnings, benefits and
household services beginning in 2016.

1

My estimate of the present value of economic loss to the Quigley estimate is $11,043,078. This estimate is summarized in Table 1. Tables 2, and 3 provide the updated path of discounted lifetime losses to earnings and earnings, and household services, from the original report.

I have attached my Curriculum Vitae that describes my qualifications to undertake this analysis.

Matthew S. Johnson

*Table 1: Summary of Damages*

| Present Value of | Assuming retirement age of 65 |
|---|---|
| *Net Loss Future Earnings and Benefits* | 15,497,980 |
| *Replacement Services* | 279,019 |
| *Total* | 15,776,998 |
| *Less Collateral Offsets* | 5,283,921 |
| ***Net Economic Damages*** | 10,493,078 |
| *Non-Economic Loss* | 550,000 |
| ***Net Claim*** | 11,043,078 |

Table 2: Lost earnings and benefits, assuming work life until age 65

| Age | Year | Compensation Amount Growth | Growth | BENEFITS | UNEMPL. | GROSS | TAXES Rate | Amount | CONSUMPTION Rate Amount | Amount | LOSS | PRESENT Value | Discount |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 41 | 2001 | 101,467.00 | | $6,458.68 | 3,237.77 | 104,687.91 | 0.3039 | 29,851.86 | 0.067 | 4,581 | 70,255 | 70,255 | 0 |
| 42 | 2002 | 692,077.82 | | 30,083.10 | 2,166.483 | 700,496.10 | 0.3039 | 203,738.51 | 0.067 | 31,267 | 465,490 | 465,490 | 0 |
| 43 | 2003 | 726,536.37 | | 31,461.45 | 22,739.93 | 735,257.89 | 0.3039 | 213,883.74 | 0.067 | 32,824 | 488,550 | 488,550 | 0 |
| 44 | 2004 | 761,257.55 | | 32,850.30 | 23,823.24 | 770,284.61 | 0.3039 | 224,106.29 | 0.067 | 34,393 | 511,785 | 511,785 | 0 |
| 45 | 2005 | 796,115.53 | | 34,244.62 | 24,910.80 | 805,449.35 | 0.3039 | 234,369.12 | 0.067 | 35,968 | 535,112 | 535,112 | 0 |
| 46 | 2006 | 830,985.39 | | 35,639.42 | 25,998.74 | 840,626.06 | 0.3039 | 244,635.44 | 0.067 | 37,544 | 558,447 | 558,447 | 0 |
| 47 | 2007 | 865737.2 | | 37029 | 27083 | 875683 | 0.3039 | 254807 | 0.067 | 39,113 | 581,702 | 581,702 | 0 |
| 48 | 2008 | 900,228.17 | | 38,409.13 | 28,159.12 | 910,478.18 | 0.3039 | 265,021.78 | 0.067 | 40,672 | 604,784 | 604,784 | 0 |
| 49 | 2009 | 934,310.81 | | 39,772.43 | 29,222.50 | 944,860.74 | 0.3039 | 275,056.34 | 0.067 | 42,212 | 627,592 | 627,592 | 0 |
| 50 | 2010 | 967,833.88 | | 41,113.36 | 30,268.42 | 978,678.82 | 0.3039 | 284,926.14 | 0.067 | 43,727 | 650,026 | 650,026 | 0 |
| 51 | 2011 | 1,000,653.13 | | 42,426.13 | 31,292.38 | 1,011,786.88 | 0.3039 | 294,588.73 | 0.067 | 45,210 | 671,988 | 671,988 | 0 |
| 52 | 2012 | 1,032,613.99 | | 43,704.56 | 32,289.56 | 1,044,028.99 | 0.3039 | 303,998.59 | 0.067 | 46,654 | 693,377 | 693,377 | 0 |
| 53 | 2013 | 1,063,592.41 | 0.03 | 44,943.70 | 33,256.08 | 1,075,280.02 | 0.3039 | 313,119.21 | 0.067 | 48,054 | 714,107 | 714,107 | 0 |
| 54 | 2014 | 1,095,500.18 | 0.03 | 46,220.01 | 34,251.61 | 1,107,468.58 | 0.3039 | 322,513.44 | 0.067 | 49,495 | 735,460 | 735,460 | 0 |
| 55 | 2015 | 1,128,365.19 | 0.03 | 47,534.61 | 35,276.99 | 1,140,622.80 | 0.3039 | 332,189.50 | 0.087 | 66,198 | 742,235 | 742,235 | 0 |
| 56 | 2016 | 1,162,216.14 | 0.03 | 48,888.65 | 36,333.14 | 1,174,771.64 | 0.3039 | 342,155.84 | 0.087 | 68,184 | 764,432 | 735,738 | 1 |
| 57 | 2017 | 1,197,082.63 | 0.03 | 50,283.31 | 37,420.98 | 1,209,944.95 | 0.3039 | 352,421.17 | 0.087 | 70,230 | 787,294 | 729,299 | 2 |
| 58 | 2018 | 1,232,995.10 | 0.03 | 51,719.80 | 38,541.45 | 1,246,173.46 | 0.3039 | 362,994.47 | 0.087 | 72,337 | 810,842 | 722,919 | 3 |
| 59 | 2019 | 1,269,984.96 | 0.03 | 53,199.40 | 39,695.53 | 1,283,488.83 | 0.3039 | 373,884.96 | 0.087 | 74,507 | 835,097 | 716,596 | 4 |
| 60 | 2020 | 1,308,084.51 | 0.03 | 54,723.38 | 40,884.24 | 1,321,923.65 | 0.3039 | 385,102.16 | 0.125 | 110,262 | 826,559 | 682,647 | 5 |
| 61 | 2021 | 1,347,327.04 | 0.03 | 56,293.08 | 42,108.60 | 1,361,511.52 | 0.3039 | 396,655.88 | 0.125 | 120,607 | 851,285 | 676,678 | 6 |
| 62 | 2022 | 1387746.851 | 0.03 | 58009.874 | 41632.40554 | 1404124.32 | 0.3039 | 426713.381 | 0.125 | 122,176 | 855,235 | 654,299 | 7 |
| 63 | 2023 | 1429379.257 | 0.03 | 59675.1703 | 42881.3777 | 1446173.049 | 0.3039 | 439491.99 | 0.125 | 125,835 | 880,846 | 648,598 | 8 |
| 64 | 2024 | 1472260.634 | 0.03 | 61390.4254 | 44167.81903 | 1489483.241 | 0.3039 | 452653.957 | 0.125 | 129,604 | 907,226 | 642,947 | 9 |
| 65 | 2025 | 1516428.453 | 0.03 | 63157.1381 | 45492.8536 | 1534092.738 | 0.3039 | 466210.783 | 0.125 | 133,485 | 934,397 | 637,347 | 10 |

**Total**                                                                                                 15,497,980

Table 3: Lost Household Contributions

| Age | Year | Value | P.V. | Discount |
|-----|------|-------|------|----------|
| 41 | 2001 | 11,700.00 | 11,700.00 | 0 |
| 42 | 2002 | 11,700.00 | 11,700.00 | 0 |
| 43 | 2003 | 11,700.00 | 11,700.00 | 0 |
| 44 | 2004 | 11,700.00 | 11,700.00 | 0 |
| 45 | 2005 | 11,700.00 | 11,700.00 | 0 |
| 46 | 2006 | 11,700.00 | 11,700.00 | 0 |
| 47 | 2007 | 9,360.00 | 9,360.00 | 0 |
| 48 | 2008 | 9,360.00 | 9,360.00 | 0 |
| 49 | 2009 | 9,360.00 | 9,360.00 | 0 |
| 50 | 2010 | 9,360.00 | 9,360.00 | 0 |
| 51 | 2011 | 9,360.00 | 9,360.00 | 0 |
| 52 | 2012 | 9,360.00 | 9,360.00 | 0 |
| 53 | 2013 | 7,800.00 | 7,800.00 | 0 |
| 54 | 2014 | 7,800.00 | 7,800.00 | 0 |
| 55 | 2015 | 7,800.00 | 7,800.00 | 0 |
| 56 | 2016 | 7,800.00 | 7,507.22 | 1 |
| 57 | 2017 | 7,800.00 | 7,225.43 | 2 |
| 58 | 2018 | 7,800.00 | 6,954.21 | 3 |
| 59 | 2019 | 7,800.00 | 6,693.18 | 4 |
| 60 | 2020 | 11,700.00 | 9,662.91 | 5 |
| 61 | 2021 | 11,700.00 | 9,300.21 | 6 |
| 62 | 2022 | 11,700.00 | 8,951.11 | 7 |
| 63 | 2023 | 11,700.00 | 8,615.12 | 8 |
| 64 | 2024 | 11,700.00 | 8,291.74 | 9 |
| 65 | 2025 | 11,700.00 | 7,980.51 | 10 |
| 66 | 2026 | 11,700.00 | 7,680.95 | 11 |
| 67 | 2027 | 11,700.00 | 7,392.64 | 12 |
| 68 | 2028 | 11,700.00 | 7,115.14 | 13 |
| 69 | 2029 | 11,700.00 | 6,848.07 | 14 |
| 70 | 2030 | 11,700.00 | 6,591.02 | 15 |
| 71 | 2031 | 11,700.00 | 6,343.62 | 16 |
| 72 | 2032 | 11,700.00 | 6,105.50 | 17 |

**Total**                                      279,018.59

# MATTHEW S. JOHNSON

730 South Clark St., Apt. 1412
Chicago, IL 60605 USA
Email: msjohn@bu.edu

Update of Analysis of Economic Loss in the Matter of
Estate of Tyler V. Ugolyn

May 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to update the report estimating the economic loss to the estate of Tyler V. Ugolyn, dated April 2006, to present value as of May 1, 2016.

To bring the present value of the estimated loss up to date, I have taken the estimated lifetime losses to earnings and retirement benefits from the original report as given, and I have used the same discount rate as the original report to bring estimates to present value (4.66 percent). I have exported the tables from the original report and discounted losses at an annual rate of 4.66 percent beginning with the year 2016.

My estimate of the present value of economic loss to the Ugolyn estimate is $5,249,237. This estimate is summarized in Table 1. Tables 2 and 3 provide the updated path of discounted lifetime losses to earnings and retirement benefits from the original report.

I have attached my Curriculum Vitae that describes my qualifications to undertake this analysis.


Matthew S. Johnson

1

Table 1: Summary Of Economic Loss to the Estate
of Tyler V. Ugolyn

| | |
|---|---|
| **Economic Loss to December 31, 2015** | |
| Earnings | 1,184,305 |
| Retirement benefits | 65,443 |
| **Economic Loss from January 1, 2016** | |
| Earnings | 3,812,115 |
| Retirement benefits | 187,373 |
| **Total Economic Loss** | |
| Earnings | 4,996,420 |
| Retirement benefits | 252,816 |
| | |
| **Present Value of Total Economic Loss** | 5,249,237 |

Table 2: ESTIMATED LOSS OF EARNINGS TO SOCIAL SECURITY FULL RETIREMENT AGE

| Year | Age at End of Year | Estimated Earnings | Income Taxes | Personal Maintenance | Net Earnings | Present Value of Net Earnings | Discount |
|------|------|------|------|------|------|------|------|
| 2001 | 23 | $15,089 | $4,527 | $1,698 | $8,864 | $8,864 | 0 |
| 2002 | 24 | $62,730 | $18,819 | $7,061 | $36,850 | $36,850 | 0 |
| 2003 | 25 | $90,504 | $27,151 | $10,187 | $53,165 | $53,165 | 0 |
| 2004 | 26 | $94,062 | $28,219 | $10,588 | $55,255 | $55,255 | 0 |
| 2005 | 27 | $97,760 | $29,328 | $11,004 | $57,428 | $57,428 | 0 |
| 2006 | 28 | $101,603 | $30,481 | $11,437 | $59,685 | $59,685 | 0 |
| 2007 | 29 | $105,597 | $31,679 | $11,886 | $62,032 | $62,032 | 0 |
| 2008 | 30 | $145,695 | $43,709 | $16,400 | $85,587 | $85,587 | 0 |
| 2009 | 31 | $151,423 | $45,427 | $17,044 | $88,951 | $88,951 | 0 |
| 2010 | 32 | $157,375 | $47,213 | $17,714 | $92,448 | $92,448 | 0 |
| 2011 | 33 | $163,562 | $49,069 | $18,411 | $96,082 | $96,082 | 0 |
| 2012 | 34 | $169,992 | $50,998 | $19,135 | $99,860 | $99,860 | 0 |
| 2013 | 35 | $211,786 | $63,536 | $23,839 | $124,411 | $124,411 | 0 |
| 2014 | 36 | $220,112 | $66,034 | $24,776 | $129,302 | $129,302 | 0 |
| 2015 | 37 | $228,765 | $68,629 | $25,750 | $134,385 | $134,385 | 0 |
| 2016 | 38 | $237,758 | $71,327 | $26,763 | $139,668 | $133,449 | 1 |
| 2017 | 39 | $247,105 | $74,131 | $27,815 | $145,159 | $132,520 | 2 |
| 2018 | 40 | $283,637 | $85,091 | $31,927 | $166,619 | $145,339 | 3 |
| 2019 | 41 | $294,787 | $88,436 | $33,182 | $173,169 | $144,327 | 4 |
| 2020 | 42 | $306,376 | $91,913 | $34,486 | $179,977 | $143,322 | 5 |
| 2021 | 43 | $318,420 | $95,526 | $35,842 | $187,052 | $142,324 | 6 |
| 2022 | 44 | $330,937 | $99,281 | $37,251 | $194,405 | $141,333 | 7 |
| 2023 | 45 | $341,659 | $102,498 | $38,458 | $200,704 | $139,415 | 8 |
| 2024 | 46 | $355,090 | $106,527 | $39,970 | $208,594 | $138,444 | 9 |
| 2025 | 47 | $369,050 | $110,715 | $41,541 | $216,794 | $137,480 | 10 |
| 2026 | 48 | $383,557 | $115,067 | $43,174 | $225,316 | $136,522 | 11 |
| 2027 | 49 | $398,636 | $119,591 | $44,871 | $234,174 | $135,572 | 12 |
| 2028 | 50 | $407,762 | $122,329 | $45,899 | $239,535 | $132,501 | 13 |
| 2029 | 51 | $423,792 | $127,137 | $47,703 | $248,951 | $131,578 | 14 |
| 2030 | 52 | $440,451 | $132,135 | $49,578 | $258,738 | $130,662 | 15 |
| 2031 | 53 | $457,766 | $137,330 | $51,527 | $268,909 | $129,752 | 16 |
| 2032 | 54 | $475,762 | $142,729 | $53,553 | $279,480 | $128,848 | 17 |
| 2033 | 55 | $519,062 | $155,719 | $58,427 | $304,917 | $134,316 | 18 |
| 2034 | 56 | $539,467 | $161,840 | $60,723 | $316,903 | $133,381 | 19 |
| 2035 | 57 | $560,674 | $168,202 | $63,111 | $329,361 | $132,452 | 20 |
| 2036 | 58 | $582,715 | $174,815 | $65,592 | $342,309 | $131,529 | 21 |
| 2037 | 59 | $605,622 | $181,687 | $68,170 | $355,766 | $130,614 | 22 |
| 2038 | 60 | $585,306 | $175,592 | $65,883 | $343,831 | $120,611 | 23 |
| 2039 | 61 | $608,315 | $182,495 | $68,473 | $357,348 | $119,772 | 24 |
| 2040 | 62 | $632,229 | $189,669 | $71,165 | $371,395 | $118,937 | 25 |
| 2041 | 63 | $657,083 | $197,125 | $73,963 | $385,995 | $118,109 | 26 |
| 2042 | 64 | $682,914 | $204,874 | $76,870 | $401,169 | $117,286 | 27 |
| 2043 | 65 | $708,507 | $212,552 | $79,751 | $416,204 | $116,264 | 28 |
| 2044 | 66 | $736,359 | $220,908 | $82,886 | $432,566 | $115,455 | 29 |
| 2045 | 67 | $459,184 | $137,755 | $51,687 | $269,742 | $68,790 | 30 |
| TOTAL to Dec 31, 2015 | | $2,016,055 | $604,819 | $226,930 | $1,184,305 | $1,184,305 | |
| TOTAL from Jan 1, 2016 to Social Security Retirement | | $13,490,798 | $4,047,241 | $1,518,554 | $7,925,008 | $3,812,115 | |
| TOTAL | | $15,506,853 | $4,652,060 | $1,745,484 | $9,109,313 | $4,996,420 | |

3

Table 3: ESTIMATED LOSS OF RETIREMENT BENEFITS TO SOCIAL SECURITY FULL RETIREMENT AGE

| Year | Age at End of Year | Est. Matching 401(k) Contrib. | Income Taxes | Personal Maintenance | Net Value of 401(k) Match | Present Value of Net Match | Discount |
|---|---|---|---|---|---|---|---|
| 2002 | 24 | $3,136 | $941 | $353 | $1,842 | $1,842 | 0 |
| 2003 | 25 | $4,525 | $1,358 | $509 | $2,658 | $2,658 | 0 |
| 2004 | 26 | $4,703 | $1,411 | $529 | $2,763 | $2,763 | 0 |
| 2005 | 27 | $4,888 | $1,466 | $550 | $2,871 | $2,871 | 0 |
| 2006 | 28 | $5,080 | $1,524 | $572 | $2,984 | $2,984 | 0 |
| 2007 | 29 | $5,280 | $1,584 | $594 | $3,102 | $3,102 | 0 |
| 2008 | 30 | $7,285 | $2,185 | $820 | $4,279 | $4,279 | 0 |
| 2009 | 31 | $7,571 | $2,271 | $852 | $4,448 | $4,448 | 0 |
| 2010 | 32 | $7,869 | $2,361 | $886 | $4,622 | $4,622 | 0 |
| 2011 | 33 | $8,178 | $2,453 | $921 | $4,804 | $4,804 | 0 |
| 2012 | 34 | $8,500 | $2,550 | $957 | $4,993 | $4,993 | 0 |
| 2013 | 35 | $10,589 | $3,177 | $1,192 | $6,221 | $6,221 | 0 |
| 2014 | 36 | $11,006 | $3,302 | $1,239 | $6,465 | $6,465 | 0 |
| 2015 | 37 | $11,438 | $3,431 | $1,288 | $6,719 | $6,719 | 0 |
| 2016 | 38 | $11,888 | $3,566 | $1,338 | $6,983 | $6,672 | 1 |
| 2017 | 39 | $12,355 | $3,707 | $1,391 | $7,258 | $6,626 | 2 |
| 2018 | 40 | $14,182 | $4,255 | $1,596 | $8,331 | $7,267 | 3 |
| 2019 | 41 | $14,739 | $4,422 | $1,659 | $8,658 | $7,216 | 4 |
| 2020 | 42 | $15,319 | $4,596 | $1,724 | $8,999 | $7,166 | 5 |
| 2021 | 43 | $15,921 | $4,776 | $1,792 | $9,353 | $7,117 | 6 |
| 2022 | 44 | $16,547 | $4,964 | $1,863 | $9,720 | $7,066 | 7 |
| 2023 | 45 | $17,083 | $5,125 | $1,923 | $10,035 | $6,971 | 8 |
| 2024 | 46 | $17,755 | $5,326 | $1,998 | $10,430 | $6,922 | 9 |
| 2025 | 47 | $18,452 | $5,536 | $2,077 | $10,840 | $6,874 | 10 |
| 2026 | 48 | $19,178 | $5,753 | $2,159 | $11,266 | $6,826 | 11 |
| 2027 | 49 | $19,932 | $5,980 | $2,244 | $11,709 | $6,779 | 12 |
| 2028 | 50 | $20,388 | $6,116 | $2,295 | $11,977 | $6,625 | 13 |
| 2029 | 51 | $21,190 | $6,357 | $2,385 | $12,448 | $6,579 | 14 |
| 2030 | 52 | $22,023 | $6,607 | $2,479 | $12,937 | $6,533 | 15 |
| 2031 | 53 | $22,888 | $6,866 | $2,576 | $13,445 | $6,487 | 16 |
| 2032 | 54 | $23,788 | $7,136 | $2,678 | $13,974 | $6,442 | 17 |
| 2033 | 55 | $25,953 | $7,786 | $2,921 | $15,246 | $6,716 | 18 |
| 2034 | 56 | $26,973 | $8,092 | $3,036 | $15,845 | $6,669 | 19 |
| 2035 | 57 | $28,034 | $8,410 | $3,156 | $16,468 | $6,623 | 20 |
| 2036 | 58 | $29,136 | $8,741 | $3,280 | $17,115 | $6,576 | 21 |
| 2037 | 59 | $30,281 | $9,084 | $3,409 | $17,788 | $6,531 | 22 |
| 2038 | 60 | $29,265 | $8,780 | $3,294 | $17,192 | $6,031 | 23 |
| 2039 | 61 | $30,416 | $9,125 | $3,424 | $17,867 | $5,988 | 24 |
| 2040 | 62 | $31,611 | $9,483 | $3,558 | $18,570 | $5,947 | 25 |
| 2041 | 63 | $32,854 | $9,856 | $3,698 | $19,300 | $5,906 | 26 |
| 2042 | 64 | $34,146 | $10,244 | $3,844 | $20,058 | $5,864 | 27 |
| 2043 | 65 | $35,425 | $10,628 | $3,988 | $20,810 | $5,813 | 28 |
| 2044 | 66 | $36,818 | $11,045 | $4,144 | $21,628 | $5,773 | 29 |
| 2045 | 67 | $22,959 | $6,888 | $2,584 | $13,487 | $3,439 | 30 |
| TOTAL to Dec 31, 2015 | | $111,936 | $33,580 | $12,600 | $65,754 | $65,443 | |
| TOTAL from Jan 1, 2016 to Social Security Retirement | | $685,611 | $205,684 | $77,175 | $402,754 | $187,373 | |
| TOTAL | | $797,547 | $239,264 | $89,775 | $468,508 | $252,816 | |

# MATTHEW S. JOHNSON

730 South Clark St., Apt. 1412, Chicago, IL 60605 USA
Cell: (626) 272-7455, Email: msjohn@bu.edu
Web site: https://sites.google.com/site/mslaterjohnson/
Citizenship: USA

## EMPLOYMENT

Postdoctoral Scholar, Sanford School of Public Policy, Duke University, starting July 2016

## EDUCATION

Ph.D., Economics, Boston University, Boston, MA, May 2016 (expected)
   Dissertation Title: *Essays on Nonwage Compensation*
   Dissertation Committee: Johannes Schmieder, Kevin Lang, David I. Levine

Visiting Ph.D. student, Harris School of Public Policy, University of Chicago, Chicago, IL, 2014-2015

B.A., Economics and History *(with Honors)*, University of California, Berkeley, Berkeley, CA, 2007

## RESEARCH FIELDS

Labor Economics, Public Economics, Organizational Economics

## RESEARCH GRANTS

2014-2015: The Effects of OSHA Enforcement: An Analysis of a Very Large Sample of Randomized Inspections." Coalition for Evidence-Based Policy Low-Cost RCT Grant, $100,000 (Co-PI with David I. Levine and Michael W. Toffel)

## FELLOWSHIPS AND AWARDS

2015-2016: Pre-Doctoral Fellowship in Disability Policy, National Bureau of Economic Research

2014: Outstanding Paper Award, Alliance for Research on Corporate Sustainability (ARCS) Annual Conference

2014-2015: Funding for Research Assistant, RA Mentor Program, Boston University Department of Economics

2012: National Science Foundation Graduate Research Fellowship, Honorable Mention

2011-2016: Dean's Fellowship, Boston University

2007: Distinction in General Scholarship, UC Berkeley

## TEACHING EXPERIENCE

2012-2013: Teaching Fellow, Principles of Microeconomics, Department of Economics, Boston University

## RESEARCH EXPERIENCE

2013-2014: Research Assistant for Professors Carola Frydman, Claudia Olivetti and Daniele Paserman, Boston University

2009-2011: Research Assistant for Professors Laura Alfaro, Fritz Foley, and Michael Toffel, Harvard Business School

2007-2009: Senior Research Assistant for Dr. Martin Baily, The Brookings Institution

## PUBLICATIONS

Levine, David I., Michael W. Toffel, and Matthew S. Johnson. 2012. "Randomized Government Safety Inspections Reduce Worker Injuries with No Detectable Job Loss." *Science* 336, no. 6083.

Baily, Martin N., Robert E. Litan and Matthew S. Johnson. 2008. "The Origins of the Financial Crisis." The Brookings Institution; Fixing Finance Series: Paper 3.

Johnson, Matthew S. 2007. "The Power of Ideas and American Racial Struggles in the Early Nineteenth Century." *Clio's Scroll: Berkeley Undergraduate History Journal* (spring).

## WORKING PAPERS

"Regulation by Shaming: Deterrence Effects of Publicizing Violations of Workplace Safety Laws."

## SELECTED WORK IN PROGRESS

"Evaluating and Targeting Regulatory Enforcement: Evidence from a Randomized Safety Inspections" (joint with David I. Levine and Michael W. Toffel)

"Non-compete Agreements and the Labor Market" (joint with Michael Lipsitz)

## OTHER PUBLICATIONS

*Harvard Business School (HBS) Teaching Materials*

Foley, C. Fritz, Matthew S. Johnson. "The Export-Import Bank of the United States." HBS Case 211-032.

Foley, C. Fritz and Matthew S. Johnson. "Belco Global Foods." HBS Case 211-033.

Alfaro, Laura, and Matthew Johnson. "Foreign Direct Investment and Ireland's Tiger Economy (B)." HBS Supplement 710-057.

Foley, C. Fritz, Michael Chen, Matthew Johnson, Linnea Meyer. "Noble Group." HBS Case 210-021.

*Book Chapters*

Alfaro, Laura and Matthew Johnson. 2012. "Foreign Direct Investment and Growth." Chap. 20 in *The Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, 299–307. Elsevier.

## CONFERENCES AND PRESENTATIONS

2016: Strategy and the Business Environment Annual Conference

2015: Southern Economic Association Annual Meeting

2014: Society of Labor Economists (SOLE) Annual Meeting; Alliance for Research in Corporate Sustainability (ARCS) Annual Meeting; Washington University Economics Graduate Student Conference; White House Office of Science and Technology Policy

2013: Harvard School of Public Health ERC Seminar

2012: Association for Public Policy and Management Fall Research Conference, Baltimore MD

## COMPUTER SKILLS: STATA, LaTeX, R

## OTHER EXPERIENCE

2014-2015: BU Labor Reading Group founder/organizer; 2013-2014: BU Graduate Economics Association Officer; 2012-2015: Volunteer Tutor with Tutoring Plus! (2012-2015)