## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

June 9, 2016

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

      The Plaintiffs' Executive Committees, on behalf of all plaintiffs, write to seek the Court's approval of a July 15, 2016 deadline for plaintiffs to file their reply letter brief in further support of the February 8, 2016 motion to compel defendant Dallah Avco Trans Arabia Co. Ltd. ("Dallah Avco") to produce all documentation and information responsive to plaintiffs' jurisdictional discovery requests. *See* Motion to Compel at ECF No. 3211. Having had an opportunity to review Dallah Avco's recently filed opposition to plaintiffs' motion at ECF Nos. 3284-3286, and consistent with the Court's endorsement of the parties' October 13, 2015 submission at ECF No. 3068 allowing plaintiffs to propose a briefing deadline for the reply brief, plaintiffs respectfully request that the Court approve the July 15 due date. Plaintiffs have conferred with counsel for Dallah Avco and they have no objection to the proposed deadline.

      Plaintiffs thank Your Honor in advance for the Court's attention to this matter.

                                              Respectfully submitted,

                                              J. Scott Tarbutton, Esq.
                                              THE MDL 1570 PLAINTIFFS' EXECUTIVE
                                              COMMITTEES

cc:    MDL Counsel of Record (via ECF)