UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:                                :     ORDER OF FURTHER PARTIAL
                                      :           JUDGMENT
     TERRORIST ATTACKS ON             :
     SEPTEMBER 11, 2001               :     03 MDL 1570 (GBD) (FM)
                                      :
                                      :
------------------------------------x



This document relates to:

*Ashton v. al Qaeda Islamic Army*, 02-cv-6977 (GBD) (FM)

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of those Plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Ashton* wrongful death Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards, to the extent that Plaintiffs' claims arise out of injuries in New York State, to be calculated at the statutory simple interest rate of nine percent per annum from September 11, 2001 until today; and with prejudgment interest on awards arising out of injuries occurring elsewhere, to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

**ORDERED** that the *Ashton* wrongful death Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B and C; and

**ORDERED** that the *Ashton* wrongful death Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium and economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: June 16, 2016
New York, New York

SO ORDERED:

GEORGE B. DANIELS
United States District Judge

# Exhibit A

**Exhibit A**

| Estate | Economic Loss to Estate | Economic Loss with Punitive Multiplier | Surviving Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|---|---|
| Estate of Patrick Quigley | $ 11,043,078.00 | $ 49,031,266.32 | | | | |
| | | | Ruth Quigley | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Patrick James Quigley Jr. | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Rachel Quigley | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Patricia Quigley | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Leah Quigley | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | John Vincent Quigley | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Mi Ja Kim Quigley | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Chandler Keller | $ 5,171,921.00 | $ 22,963,329.24 | | | | |
| | | | Gavin D. Keller | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Elizabeth H. Keller-Baker | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Richard E. Keller | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Brandon S. Keller | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Kathryn R Keller | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Richard Gabrielle | $ 1,903,671.00 | $ 8,452,299.24 | | | | |
| | | | Connie Gabrielle | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Nicole Gabrielle | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Monica Gabrielle | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | George Gabrielle | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Tyler Ugolyn | $ 5,249,237.00 | $ 23,306,612.28 | | | | |
| | | | Diane Ugolyn | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Trevor Ugolyn | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Victor Ugolyn | Father | $ 8,500,000.00 | $ 37,740,000.00 |