## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

June 21, 2016

The Honorable Frank Maas
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

We are writing in response to an inquiry from Your Honor for the availability of counsel for the plaintiffs, Al Haramain, and Pirouz Sedaghaty, to participate in a conference on either July 6 after 11 a.m. or July 8, regarding plaintiffs' motions concerning those two defendants. The parties jointly propose that Your Honor schedule that conference on July 8, 2016, at 2 p.m.

Because of the possibility that other counsel may want to join and listen by telephone, we also request that counsel be allowed to do so, if desired. Mr. Kabat has offered to obtain and circulate a call-in number for that purpose.

                                              Respectfully,

                                              *Robert T. Haefele*
                                              ROBERT T. HAEFELE
                                              *PLAINTIFFS' EXECUTIVE COMMITTEES*

                                                *Alan R. Kabat*
                                              Alan R. Kabat
                                              *THE DEFENDANTS' EXECUTIVE COMMITTEE*

cc:   The Honorable George B. Daniels (via Facsimile)
       All Counsel of Record (via ECF)