## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013) <br> MOTLEY RICE LLC <br> James P. Kreindler, *Co-Chair* <br> KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair* <br> Sean Carter, *Co-Chair* <br> COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel* <br> KREINDLER & KREINDLER LLP <br> Paul J. Hanly, Jr., *Co-Liaison Counsel* <br> SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel* <br> COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

June 22, 2016

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

   Re: *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

   We write in response to the June 21, 2016 letter from counsel for Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO"), recommending an additional agenda item for the conference proposed for July 8, 2016.

   As we explained to Mr. Kabat when he requested that we include Mr. Lewis' addition to the letter to Your Honor, the upcoming conference was initiated by the Court for purposes of addressing only two specific agenda items identified by the Court. Specifically, Your Honor's chambers requested that the parties provide dates for a hearing limited to plaintiffs' pending motions as to defendants Sedaghaty and al Haramain. After Mr. Kabat advised that he was not available on the June dates originally proposed by the Court, Your Honor's chambers proposed several dates during the week of July 4th to Mr. Haefele, and asked that he survey counsel as to their availability on those dates for a hearing on the two motions.

   Consistent with the Court's request, Mr. Haefele's survey of plaintiffs' counsels' availability was limited to the two agenda items identified by the Court. Although certain plaintiffs' counsel indicated that they are not available to attend a conference during the week of the July 4th holiday due to vacations, they nonetheless agreed to the date because they did not feel their attendance was necessary for a hearing addressing the two motions in issue, which have been fully briefed for some time. After Mr. Haefele confirmed that plaintiffs' counsel who would be handling the argument on the two motions were available on July 8 and Mr. Kabat advised that he was also available, and indicated that plaintiffs' counsel would confirm the date

The Honorable Frank Maas
June 22, 2016
Page 2

---

in a joint letter to the Court, counsel for the MWL and IIRO sought to add additional items to the conference agenda for that date.

As several plaintiffs' counsel who would like to attend any conference including issues beyond the two motions identified by the Court are unavailable on July 8, plaintiffs' counsel would respectfully request that no additional items be added to the agenda for the July 8 hearing. All counsel whose attendance is necessary for a hearing on the Sedaghaty and al Haramain motions are available on July 8, one of the dates the Court proposed for a hearing limited to those motions, and plaintiffs believe it appropriate that the hearing on those motions proceed on that date. To the extent a broader discovery conference is necessary and appropriate in the coming weeks, it should be set for a date when all counsel are available and include appropriate agenda items proposed by both sides.

Finally, plaintiffs' view is that the item that Mr. Lewis has proposed to be added to the agenda is one that has also been fully developed and, absent the Court's request, no additional briefing or "status" update is necessary.

Respectfully submitted,

Sean P. Carter, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

cc:     MDL Counsel of Record (via ECF)

LEGAL\27150747\1 00000.0000.000/117430.000