IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――
                                              )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 )   ORDER
                                              )
                                              )   No. 03 MDL 1570 (GBD/FM)
                                              )
―――――――――――――――――――――――――

GEORGE B. DANIELS, District Judge:

The conference scheduled for July 14, 2016 is adjourned until October 20, 2016, at 10:30AM

Dated: June 28, 2016

JUN 28 2016

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE