# Lewis | Baach pllc

Eric L. Lewis
202 659 7203
Eric.lewis@lewisbaach.com

June 21, 2016

**MEMO ENDORSED**

Application denied.

Maas, USMJ,
6/27/16

VIA ELECTRONICAL FILING

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl St.
Courtroom 20A
New York, NY 10007-1312

Re:   *In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM) – Addition to July 8 Hearing Agenda*

Dear Judge Maas:

This firm represents the Muslim World League ("MWL") and the International Islamic Relief Organization ("IIRO") in the above-referenced matter. We write on behalf of MWL and IIRO, seeking to address the status of the parties' disputes relating to the suspected forgeries (ECF Docket Entry Nos. 3261, 3262, 3265, 3267 and 3278) at the upcoming July 8 conference. We believe that it will be efficient and useful to address the outstanding items at the July 8 conference and had requested that this item be included in the joint letter filed earlier today. Plaintiffs' counsel declined that request so we are writing to the Court separately.

Sincerely,

Eric L. Lewis

cc: All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/16