**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

July 13, 2016

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Via Facsimile (212) 805-6737*

Re:  *In re: Terrorist Attacks on September 11, 2001*, 03-md-01570 (GBD)
     *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(FM)

**Motion to Seal Supplemental Materials**

Dear Judge Daniels:

We request Your Honor accept this letter as Plaintiffs' request to seal one additional document in the above-captioned matter. The *Hoglan* Plaintiffs seek to file UNDER SEAL the original of an affidavit, dated March 20, 2016, which was previously hand-delivered to one of your clerks in the courthouse lobby in April 2016.

The original affidavit will be provided to the S.D.N.Y. Records Management Department (Room 270) in both hard copy and on CD-ROM disc in *PDF-A* format. Additionally, five (5) CD-ROM discs of supporting sealed video deposition testimony are included. The five (5) testimony CDs also contain the corresponding deposition transcripts and deposition exhibits. Due to their size, the five (5) testimony CDs are being provided to the S.D.N.Y. Records Management Department *in CD format only*.

Very truly yours,

Timothy B. Fleming

TBF:tm

JUL 14 2016

SO ORDERED

George B. Daniels
Hon. George B. Daniels
United States District Judge