UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                                                    MDL No. 1570

------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL*.                                              Civ. Action No.

                                                                                                    03 CV 9849 (RCC)
**Plaintiffs,**

-    **against**    -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                                   **Defendants**
------------------------------------------------------------------x

## PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A are hereby dismissed without prejudice from this civil action.

Dated:  August 3, 2016                                  Respectfully submitted,

                                                                          __/S/_____
                                                                          Jodi Westbrook Flowers, Esq. (SC-66300)
                                                                          Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                                                          Michael E. Elsner, Esq. (NY & VA-ME8337)
                                                                          Robert T. Haefele, Esq. (SC75266; DC1007583; NJ58293; PA57937; NY845666 - RH-2811)
                                                                          MOTLEY RICE LLC
                                                                          28 Bridgeside Boulevard
                                                                          Mount Pleasant, South Carolina 29464
                                                                          Telephone:  (843) 216-9000