# ATTACHMENT A

GAIL BENZMAN (P976)

LINDA SIMS (P1270)

ROXANNE SOLIWODA (P5448)