USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                           03 **MDL** 1570 (GBD) (FM)
    TERRORIST ATTACKS ON
    SEPTEMBER 1, 2001                               **DEFAULT JUDGMENT**
------------------------------------------------------------X

    Whereas on September 15, 2015, Plaintiffs filed a letter motion seeking sanctions, including the entry of a default judgment, against the United States branch of Al Haramain Islamic Foundation ("Al Haramain (USA)") for its failure to timely produce documents related to its petition to be removed from the list of terrorist organizations maintained by the United States Government; on July 8, 2016, Al Haramain (USA) informed Magistrate Judge Maas that it was in the process of dissolving itself and would no longer defend against this action; based on that representation, Magistrate Judge Maas issued a Report and Recommendation ("Report") advising this Court to enter default judgment against Al Haramain (USA); on July 19, 2016, Al Haramain (USA) filed its objections to the Report, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 1, 2016, having rendered its Memorandum Opinion and Order overruling Al Haramain (USA)'s objection, adopting the Report in its entirety, and directing the Clerk of Court to enter default judgment against Al Haramain (USA), it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 1, 2016, Al Haramain (USA)'s objection is overruled, and the Report is adopted in its entirety; accordingly, default judgment is hereby entered against Al Haramain (USA).

**Dated:** New York, New York
        August 4, 2016

                                                            **RUBY J. KRAJICK**
                                                           Clerk of Court
                                          BY:
                                                               Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** 8/4/2016