# Exhibit A

# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

LYNNE BERNABEI  
ALAN R. KABAT  
PETER M. WHELAN  

202.745.1942  
FAX: 202.745.2627  
WWW.BERNABEIPLLC.COM  

CHRISTOPHER SOUSA  
KRISTEN SINISI ▲  

▲ ADMITTED IN PA AND MD ONLY

<u>By First Class Mail</u>
July 11, 2016

Michael Elsner  
Jodi W. Flowers  
Robert Haefele  
Motley Rice  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29465  

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Counsel:

Enclosed please find the Bank of America check No. 3958816 in the amount of $106,255.42, representing the payment in full from the Al Haramain Islamic Foundation, Inc., Specially Designated Global Terrorist No. 2776 (EIN 93-1231083), along with the OFAC License authorizing that payment.

This payment is in full accord and satisfaction of Al Haramain's obligations to your clients under the court's decision.

Sincerely,

*ARKabat*

Alan R. Kabat

Enc.  
cc:   Office of Foreign Assets Control,  
        U.S. Department of the Treasury

**License No. SDGT-2016-329575-1**                                                                 Page 2 of 2

**SECTION I – AUTHORIZATION:** (a) As described in the Application, and subject to the terms and limitations stated herein, Al Haramain Islamic Foundation, (the "Licensee") is hereby authorized to take all necessary actions in furtherance of the Settlement Agreement, which include the following:

(1) Engage in all transactions necessary to file the appropriate documentation for formal dissolution with the Oregon Secretary of State and the Oregon Department of Justice, and to pay reasonable expenses related to this dissolution, including attorney's fees and costs, from the funds in the accounts listed in subsection (b) hereof (the "Blocked Accounts") held in the name of the Licensee;

(2) Release and transfer funds from the Blocked Accounts to pay the following outstanding financial obligations of the Licensee:

   a. $29,121.95 to Anderson Kill & Olick, P.C.;
   b. $41,434.85 to Cozen O'Connor, P.C.; and
   c. $106,255.42 to Motley Rice, LLC;

(3) After distribution to satisfy the obligations specified in subsection (a)(2), release and transfer any remaining funds in the Blocked Accounts to Bernabei & Kabat, PLLC; and

(4) Convey via quit-claim deed all of the Licensee's right, title and interest in certain real property located at 2151 East Division Street in Springfield, Missouri to the Islamic Center of Springfield, Missouri.

(b) The Blocked Accounts referred to in Section 1 hereof are:

   (1) Bank of America, Account Number 5359006394; and
   (2) Bank of America, Account Number 5359006381.

(c) The entity listed in subsection (b) above may rely on assertions of the Licensee that the distributions made from the Blocked Accounts are made in accordance with the Settlement Agreement and the terms of this License.

(d) Any transfers of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this license to avoid the blocking or rejection of the transfer.

**SECTION II – WARNINGS:** (a) Except as authorized in Section 1, this License does not authorize the direct or indirect transfer of funds or services to or from any individual, entity, person or group whose property or interests in property are blocked pursuant to any Executive order or statute, or 31 C.F.R. chapter V.

(b) The authorization set forth in this License applies only to laws and regulations administered by the Office of Foreign Assets Control, and should not be interpreted to excuse the Licensee from compliance with other laws, regulations, orders, or rulings to which it may be subject.

**SECTION III – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION IV – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*********************************************************************

License No. SDGT-2016-329575-1                                           Page 2 of 2

**SECTION I – AUTHORIZATION:** (a) As described in the Application, and subject to the terms and limitations stated herein, Al Haramain Islamic Foundation, (the "Licensee") is hereby authorized to take all necessary actions in furtherance of the Settlement Agreement, which include the following:

(1) Engage in all transactions necessary to file the appropriate documentation for formal dissolution with the Oregon Secretary of State and the Oregon Department of Justice, and to pay reasonable expenses related to this dissolution, including attorney's fees and costs, from the funds in the accounts listed in subsection (b) hereof (the "Blocked Accounts") held in the name of the Licensee;

(2) Release and transfer funds from the Blocked Accounts to pay the following outstanding financial obligations of the Licensee:

   a. $29,121.95 to Anderson Kill & Olick, P.C.;
   b. $41,434.85 to Cozen O'Connor, P.C.; and
   c. $106,255.42 to Motley Rice, LLC;

(3) After distribution to satisfy the obligations specified in subsection (a)(2), release and transfer any remaining funds in the Blocked Accounts to Bernabei & Kabat, PLLC; and

(4) Convey via quit-claim deed all of the Licensee's right, title and interest in certain real property located at 2151 East Division Street in Springfield, Missouri to the Islamic Center of Springfield, Missouri.

(b) The Blocked Accounts referred to in Section 1 hereof are:

   (1) Bank of America, Account Number 5359006394; and
   (2) Bank of America, Account Number 5359006381.

(c) The entity listed in subsection (b) above may rely on assertions of the Licensee that the distributions made from the Blocked Accounts are made in accordance with the Settlement Agreement and the terms of this License.

(d) Any transfers of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this license to avoid the blocking or rejection of the transfer.

**SECTION II – WARNINGS:** (a) Except as authorized in Section 1, this License does not authorize the direct or indirect transfer of funds or services to or from any individual, entity, person or group whose property or interests in property are blocked pursuant to any Executive order or statute, or 31 C.F.R. chapter V.

(b) The authorization set forth in this License applies only to laws and regulations administered by the Office of Foreign Assets Control, and should not be interpreted to excuse the Licensee from compliance with other laws, regulations, orders, or rulings to which it may be subject.

**SECTION III – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION IV – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*****************************************************************