# Exhibit B



**MotleyRice** LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**Robert T. Haefele**
*Licensed in DC, NJ, NY, PA, SC*
direct: 832.216.9184
rhaefele@motleyrice.com

July 25, 2016

**By Electronic Mail**

Alan Kabat
Bernabei & Kabat, PLLC
1775 T Street N.W.
Washington, D.C. 20009-7124

Re:    **In re Terrorist Attack on September 11, 2001, 03 MDL 1570 (GBD)(FM)**

Dear Mr. Kabat:

I am writing on behalf of the three law firms – Motley Rice LLC, Cozen O'Connor, and Anderson Kill, P.C. -- that received checks from you in payment of the obligations of the Al Haramain Islamic Foundation, Inc., SDGT No. 2776 (EIN 93-1231083), pursuant to the October 28, 2013, October 23 and 28, 2015, and December 18, 2015 orders of the United States District Court for the Southern District of New York (03 MDL 1570 ECF Nos. 2789, 3073, 3087, and 3170). Because the cover letters from you to each of the firms included language indicating that the "payment is in full accord and satisfaction of Al Haramain's obligations to [our respective] clients under the court's decisions," we wanted to make clear that the payments satisfied only those obligations of AHIF under the Court's above-referenced sanctions orders, and no other obligation has been satisfied.

Please confirm this understanding upon your receipt of this correspondence.

Sincerely,

ROBERT T. HAEFELE

cc:    Sean Carter, Esq.
       Jerry Goldman, Esq.

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY | WASHINGTON, DC
MORGANTOWN, WV | CHARLESTON, WV | NEW ORLEANS, LA | KANSAS CITY, MO