# Exhibit C

# BERNABEI & KABAT, PLLC

### ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

LYNNE BERNABEI        202.745.1942        CHRISTOPHER SOUSA
ALAN R. KABAT           FAX: 202.745.2627      KRISTEN SINISI ▲
PETER M. WHELAN       WWW.BERNABEIPLLC.COM

                                                        ▲ ADMITTED IN PA AND MD
ONLY

<u>By Email and First Class Mail</u>
July 27, 2016

Robert T. Haefele, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

        Re:     *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Counsel:

    I write in response to your letter of July 25, 2016. The cover letters recently sent to the three law firms (dated July 11, 2016) do not require any further explanation, modification, or supplementation on my part, other than noting that the letters should be read in accord with the Rule 17 Notice of Dissolution, at 2-4 (ECF No. 3319) (July 20, 2016).

    Therefore, there is no basis to "confirm this understanding," as you demand.

                Sincerely,

                */s/ Alan*

                Alan R. Kabat

cc:     Sean Carter, Esquire
       Jerry Goldman Esquire