# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

**LYNNE BERNABEI**
**ALAN R. KABAT**
**PETER M. WHELAN**

202.745.1942
FAX: 202.745.2627
WWW.BERNABEIPLLC.COM

**CHRISTOPHER SOUSA**
**KRISTEN SINISI ▲**

▲ ADMITTED IN PA AND MD ONLY

<u>By ECF</u>
August 15, 2016

Hon. Frank Maas
United States Magistrate Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

     I write on behalf of defendant Al Haramain Islamic Foundation, Inc. (USA) in response to the letter from plaintiffs' counsel (ECF No. 3326) (Aug. 12, 2016).

     The concern that plaintiffs raise is non-existent, since there can be no doubt that the payments that the Office of Foreign Assets Control, Department of the Treasury (OFAC) authorized to be distributed from the organization's blocked funds were payments in full for the sanctions award imposed by this Court.

     Further, OFAC's decision regarding the distribution of the blocked funds is a final and nonjusticiable political decision, *see* Notice of Dissolution, at 2-4 (ECF No. 3319) (July 20, 2016), so that there are no remaining assets for plaintiffs to seek from this dissolved entity.

     Thus, there is no reason to convene a status conference on this non-existent issue, or for plaintiffs' counsel to delay in depositing the checks that were mailed to them one month ago.

Hon. Frank Maas
August 15, 2016
Page 2 of 2

                Sincerely,

                */s/ Alan R. Kabat*

                Alan R. Kabat

cc:  MDL-1570 Counsel of Record