**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------x**

**IN RE TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**                                    **MDL No. 1570**

**------------------------------------------------------------------x**

**THOMAS BURNETT, SR.,** *ET AL***.**                    **Civ. Action No.**
                                                          **03 CV 9849 (RCC)**

**Plaintiffs,**

- **against  -**

**AL BARAKA INVESTMENT & DEVELOPMENT**
**CORP.,** *ET AL.***,**

                        **Defendants**
**------------------------------------------------------------------x**

### PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 15(d)


Pursuant to Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A

are hereby dismissed without prejudice from this civil action.


Dated:  August 18, 2016                     Respectfully submitted,


                                            __/S/_____
                                            Jodi Westbrook Flowers, Esq. (SC-66300)
                                            Donald A. Migliori, Esq. (RI-4936; MA-
                                            567562; MN-0245951)
                                            Michael E. Elsner, Esq. (NY & VA-ME8337)
                                            Robert T. Haefele, Esq. (SC75266;
                                            DC1007583; NJ58293; PA57937; NY845666 -
                                            RH-2811)
                                            MOTLEY RICE LLC
                                            28 Bridgeside Boulevard
                                            Mount Pleasant, South Carolina 29464
                                            Telephone:  (843) 216-9000