# ATTACHMENT A

RUSTY HENRY (P1084)

JEFFREY LEVER (P1902)

RICHARD O'MACK (P2138)