# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND FACSIMILE**

August 24, 2016

The Honorable Frank Maas
United States District Court for the S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

On behalf of the plaintiffs, we write to request a one week extension from August 30 until September 6, 2016, to submit a response to the letter from defendant Perouz Seda Ghaty (ECF No. 3317), pursuant to Your Honor's Order of August 15, 2016 (ECF No. 3329). Through his counsel, Mr. Seda Ghaty has consented to the request.

Respectfully,

*Robert T. Haefele*
ROBERT T. HAEFELE
*FOR THE PLAINTIFFS' EXEC. COMMITTEES*

cc:   The Honorable George B. Daniels, via Facsimile and ECF
      Alan R. Kabat, Esq., counsel for Perouz Seda Ghaty, via ECF
      Sean Carter, Esq., via ECF
      Jerry Goldman, Esq., via ECF
      All Counsel of Record via ECF