*Bauer v. Al Qaeda Islamic Army, et al.*
**Civil Action No. 02-7236**

# **EXHIBIT A**

| Estate | Economic Loss to Estate | Economic Loss with Punitive Multiplier | Surviving Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|---|---|
| Estate of Todd Beamer | $28,200,157.00 | **$97,008,540.08** | Lisa Beamer | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | David P. Beamer | Child | $8,500,000.00 | $29,240,000.00 |
| | | | [redacted][1] | Child | $8,500,000.00 | $29,240,000.00 |
| | | | [redacted] | Child | $8,500,000.00 | $29,240,000.00 |
| | | | David Beamer | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Peggy Beamer | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Melissa Beamer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Michelle Beamer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $218,440,000.00** |
| Estate of Edward Felt | $8,026,125.00 | **$27,609,870.00** | Sandra Valdez Felt | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Adrienne P. Felt | Child | $8,500,000.00 | $29,240,000.00 |
| | | | Kathryn R. Felt | Child | $8,500,000.00 | $29,240,000.00 |
| | | | Shirley Felt | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Larry Felt | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Gordon Felt | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $159,960,000.00** |

---

[1] The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| | | | | | | |
|---|---|---|---|---|---|---|
| Estate of Bryan Jack | $3,174,151.00 | **$10,919,079.44** | Barbara Rachko | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Estate of James Jack (died in. 2008) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Estate of Helen Jack (died in 2008) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | James T. Jack | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $116,100,000.00** |
| Estate of Sean Rooney | $1,156,375.00 | **$3,977,930.00** | Estate of Beverly Eckert (died in 2009) | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Rosemary Rooney | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Cynthia Blest | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Sheila Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Maura Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Brendan Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $130,720,000.00** |