*Bauer v. Al Qaeda Islamic Army, et al.*
**Civil Action No. 02-7236**
# EXHIBIT B



August 29, 2016

Dorothea M. Capone, Esq.
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005

**Re: <u>Todd Beamer</u>**

Dear Ms. Capone:

Sobel Tinari Economics Group was retained to evaluate economic damages as a result of the death of Todd Beamer. Background facts regarding the decedent and family were provided in a packet of documents pursuant to this matter.

Sobel Tinari Economics had been previously retained by Baumeister & Samuels, P.C. to evaluate decedent's economic damages. This analysis serves as an update, as of this date, of the present value of economic losses incurred by decedent's family members in this matter. Within a reasonable degree of economic certainty, and based on the facts and analysis attached to this letter, it is our professional opinion that the total present value of the past and future pecuniary losses resulting from the death of Todd Beamer amounts to **$28,200,157**.

This amount does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or consortium that may have been experienced by decedent and decedent's family members.

The detailed calculations are shown in the tables attached to this letter.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests.

Reply to:

293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
Tel 973.992.1800
Fax 973.994.1571

www.sobeltinarieconomics.com

112 West 34th Street, 18th Floor
New York, NY 10120
Tel 212.201.0938
Fax 212.201.0937

**BAUMEISTER & SAMUELS, P.C. / Beamer**
**August 29, 2016**
**page 2**

We trust that you will find the report clear and informative. Should you have any additional questions, or wish to explore any aspect of our findings in more detail, please do not hesitate to contact us. Our current Qualifications Profiles are appended.

Lastly, we certify that the Sobel Tinari Economics Group has received, thus far, $0 compensation for preparation of an updated report for Todd Beamer. As of this date, an outstanding balance of $2,000 is due. Our services are billed according to our Professional Fees, a copy of which is attached to this letter.

Sincerely,

Kristin Kucsma, M.A.

Kenneth T. Betz, MBA, M.A.

# Todd M. Beamer

born: November 24, 1968

died: September 11, 2001

age: 32.80 years

statistical retirement: 68.61 years (July 3, 2037)[1]

worklife ratio: 91.3%[2]

life expectancy: 78.80 years (September 11, 2047)[3]

residence: Cranbury, New Jersey

education: Master's degree

employer: Oracle Corporation

position: Account Manager

spouse: Lisa K. Beamer (born: 04/10/69)

spouse's life expectancy: 82.52 years (October 18, 2051)[3]

children: David    (born: 01/06/98)

Andrew (born: 02/03/00)

Morgan (born: 01/09/02)

---

[1] Gary R. Skoog and James E. Ciecka, "Probability Mass Functions for Years to Final Separation from the Labor Force Induced by the Markov Model," *Journal of Forensic Economics*, 16(1), 2003, pp. 51-86, by interpolation.

[2] Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Volume 22, No. 2, August 2011, pp. 183-190, by interpolation.

[3] *National Vital Statistics Reports,* Volume 64, No. 11, United States Life Tables, 2011, Table 2, September 22, 2015, http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_11.pdf.



## Components of Analysis

1. adjusted income loss in past years
2. adjusted income loss in future years
3. stock options loss in past years
4. stock options loss in future years
5. health insurance
6. household services in past years
7. household services in future years

## Earnings History

| Year | W-2 Earnings[4] |
|------|-----------------|
| 1998 | $650,366 |
| 1999 | 1,162,623 |
| 2000 | 433,309 |
| 2001* | 823,248 |

\* date of death: September 11

## Earnings Base

$748,766 in 2001 dollars

[based on average earnings for years 1998 through 2000]

---

[4]

plaintiff's federal income tax returns and W-2 Wage and Tax Statements, 1998-2001



# Projected Earnings
# Past Years

| Year | Yearly Increase[5] | Projected Yearly Earnings |
|------|--------------------|---------------------------|
| 2001 | - | $748,766 |
| 2002 | 3.7% | 776,470 |
| 2003 | 2.1% | 792,776 |
| 2004 | 3.0% | 816,560 |
| 2005 | 1.2% | 826,358 |
| 2006 | 4.7% | 865,197 |
| 2007 | 2.4% | 885,962 |
| 2008 | 2.5% | 908,111 |
| 2009 | -1.5% | 894,489 |
| 2010 | 1.8% | 910,590 |
| 2011 | 1.9% | 927,891 |
| 2012 | 1.2% | 939,026 |
| 2013 | 0.2% | 940,904 |
| 2014 | 0.7% | 947,490 |
| 2015 | 1.2% | 958,860 |
| 2016 | 0.8% | 966,531 |

---

[5]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, Sales and Related Occupations, http://www.bls.gov/oes, percent calculated by author.

-3-

**Sobel ◆ Tinari**
**Economics**
**Group**

# Adjustments to Earnings

|  | Three Children | Two Children |
|---|---|---|
| Gross Earnings Base | 100.00% | 100.00% |
| x Worklife Adjustment | 91.30% | 91.30% |
| x (1 - 4.5% unemployment factor)[6] | 95.50% | 95.50% |
| = Adjusted Earnings Base | 87.19% | 87.19% |
| x (1 - 5%, 6% personal consumption)[7] | 95.00% | 94.00% |
| **= Adjusted Income Factor** | **82.83%** | **81.96%** |

|  | One Child | All Children Emancipated |
|---|---|---|
| Gross Earnings Base | 100.00% | 100.00% |
| x Worklife Adjustment | 91.30% | 91.30% |
| x (1 - 4.5% unemployment factor)[6] | 95.50% | 95.50% |
| = Adjusted Earnings Base | 87.19% | 87.19% |
| x (1 - 7%, 8% personal consumption)[7] | 93.00% | 92.00% |
| **= Adjusted Income Factor** | **81.09%** | **80.22%** |

---

[6]

U.S. Dept of Labor, Bureau of Labor Statistics, Labor Force Statistics including the National Unemployment Rate (Current Population Survey - CPS), unemployment rate by age, all males, www.bls.gov/cps, average calculated by author; and  State of New Jersey Department of Labor and Workforce Development, *Figuring Out Your Benefit Amount: How much can you collect?,* http://lwd.state.nj.us/labor/ui/calc/figbenamt.html, and *Maximum Benefit Rates and Taxable Wage Base Changes,* December 30, 2015,  http://lwd.state.nj.us/labor/lwdhome/press/2015/20151230_BenefitRates.html.

[7]

U.S. Department of Labor, Bureau of Labor Statistics, Consumer Expenditure Survey, percent calculated by the author.



# Adjusted Income Loss
# Past Years

| Year | Portion of Year | Estimated Gross Earnings | Employer 401(k) Match[8] | Adjusted Income {(2) x [(3) + (4)] x 82.83%} |
|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) |
| 2002 | 100% | $ 776,470 | $ 5,500 | $ 647,706 |
| 2003 | 100% | 792,776 | 6,000 | 661,626 |
| 2004 | 100% | 816,560 | 6,500 | 681,740 |
| 2005 | 100% | 826,358 | 7,000 | 690,271 |
| 2006 | 100% | 865,197 | 7,500 | 722,855 |
| 2007 | 100% | 885,962 | 7,750 | 740,261 |
| 2008 | 100% | 908,111 | 7,750 | 758,608 |
| 2009 | 100% | 894,489 | 8,250 | 747,739 |
| 2010 | 100% | 910,590 | 8,250 | 761,075 |
| 2011 | 100% | 927,891 | 8,250 | 775,406 |
| 2012 | 100% | 939,026 | 8,500 | 784,836 |
| 2013 | 100% | 940,904 | 8,750 | 786,598 |
| 2014 | 100% | 947,490 | 8,750 | 792,054 |
| 2015 | 100% | 958,860 | 9,000 | 801,679 |
| 2016 | 75% | 966,531 | 9,000 | 606,024 |
| | | | Total: | $ 10,958,478 |

---

[8] Form 11-K - Oracle Corporation, For the fiscal year ended December 31, 2001; Form 10-K - Oracle Corporation, For the fiscal year ended May 31, 2016; Oracle Corporation paystub, period ending November 15, 2001; and IRS Publication - Cost-of-Living Adjustments for Retirement Items, https://www.irs.gov/pub/irs-tege/cola_table.pdf.



# Future Years
# Yearly Increase & Present Value

## Growth Rate: 3.9%[9]
## Discount Rate: 4.0%[10]

---

[9]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author; and Principal Economic Assumptions, *2016 Annual Report to the Board of Trustees of the Federal Old-age and Survivors Insurance and Disability Insurance Trust Funds*, Table V.B1,http://www.ssa.gov/oact/tr/2016/V_B_econ.html.

[10]

Bond Yields and Interest Rates, 1947-2015, *Economic Report of the President*, February 2016, Table B-25, http://www.gpo.gov/fdsys/pkg/ERP-2016/pdf/ERP-2016.pdf, the Board of Governors of the Federal Reserve System, http://www.federalreserve.gov/ and other publically available data on interest rates.



# Adjusted Income Loss
# Future Years

| Year (1) | Portion of Year (2) | Gross Earnings [@ 3.9%] (3) | Employer 401(k) Match [a] [@ 2.6%] (4) | Adjusted Income {(2) x [(3) + (4)] x AIF}[b] (5) | Present Value [@ 4.0%] (6) |
|---|---|---|---|---|---|
| 2016 | 25% | $ 966,531 | $ 9,000 | $ 202,008 | $ 202,008 |
| 2017 | 100% | 1,004,226 | 9,234 | 839,449 | 807,162 |
| 2018 | 100% | 1,043,391 | 9,474 | 872,088 | 806,294 |
| 2019 | 100% | 1,084,083 | 9,720 | 905,997 | 805,428 |
| 2020 | 100% | 1,126,362 | 9,973 | 931,439 | 796,198 |
| 2021 | 100% | 1,170,290 | 10,232 | 967,556 | 795,261 |
| 2022 | 100% | 1,215,931 | 10,498 | 995,472 | 786,736 |
| 2023 | 100% | 1,263,353 | 10,771 | 1,033,187 | 785,137 |
| 2024 | 100% | 1,312,624 | 11,052 | 1,062,082 | 776,053 |
| 2025 | 100% | 1,363,816 | 11,339 | 1,103,149 | 775,058 |
| 2026 | 100% | 1,417,005 | 11,634 | 1,146,054 | 774,233 |
| 2027 | 100% | 1,472,268 | 11,936 | 1,190,628 | 773,410 |
| 2028 | 100% | 1,529,686 | 12,246 | 1,236,938 | 772,588 |
| 2029 | 100% | 1,589,344 | 12,565 | 1,285,051 | 771,769 |
| 2030 | 100% | 1,651,328 | 12,892 | 1,335,037 | 770,951 |
| 2031 | 100% | 1,715,730 | 13,227 | 1,386,969 | 770,135 |
| 2032 | 100% | 1,782,644 | 13,571 | 1,440,923 | 769,321 |
| 2033 | 100% | 1,852,167 | 13,923 | 1,496,978 | 768,508 |
| 2034 | 100% | 1,924,401 | 14,285 | 1,555,215 | 767,698 |
| 2035 | 100% | 1,999,453 | 14,657 | 1,615,719 | 766,889 |
| 2036 | 100% | 2,077,432 | 15,038 | 1,678,579 | 766,082 |
| 2037* | 51% | 2,158,452 | 15,429 | 889,382 | 390,291 |
| | | | | **Total:** | **$ 16,197,209** |

[a] 401(k) employer match increases by long-term inflation rate;
[b] AIF: 82.83% (until January 6, 2020); 81.96% (until February 3, 2022);
81.09% (until February 9, 2024); 80.22% thereafter
* decedent's statistical date of retirement: July 3

-7-



# Stock Options

## $25,645[11]

## [based on average of 1999 and 2001 grants]

## Projected Stock Option Grants
## Past Years

| Grant Date[12] | Options Awarded[13] | Grant Price |
|---|---|---|
| June 4, 2003 | 2,049 | $    12.52 |
| June 3, 2005 | 2,210 | 11.61 |
| June 4, 2007 | 1,414 | 18.13 |
| June 3, 2009 | 1,364 | 18.80 |
| June 3, 2011 | 844 | 30.37 |
| June 4, 2013 | 785 | 32.66 |
| June 4, 2015 | 579 | 42.94 |

---

[11]

Oracle Corporation, Options and Awards Summary for Todd Beamer, dated September 27, 2001.

[12]

For purposes of this analysis, we estimate that Mr. Beamer would have received stock grants biennially, based on the frequency of his past awards. [SOURCE: Oracle Corporation, Options and Awards Summary for Todd Beamer, dated September 27, 2001.]

[13]

The number of options awarded is calculated by dividing the base value of past and future stock options grants ($25,645) by the grant price.

-8-



# Stock Option Loss
# Past Years

| Grant Date | Options Awarded | Projected Value[14] | Adjusted Value* |
|---|---|---|---|
| June 4, 2003 | 2,049 | $ 23,408 | $ 22,238 |
| June 3, 2005 | 2,210 | 41,765 | 39,677 |
| June 4, 2007 | 1,414 | 32,093 | 30,488 |
| June 3, 2009 | 1,364 | 29,376 | 27,907 |
| June 3, 2011 | 844 | 11,010 | 10,460 |
| June 4, 2013 | 785 | 9,912 | 9,416 |
| June 4, 2015 | 579 | 5,714 | 5,428 |
| | | **Total:** | **$ 145,614** |

* adjusted by 5% personal consumption

---

[14] But for Mr. Beamer's death, he would have received biennial stock option grants of Oracle Corp. stock, beginning in 2003. We assume a 10-year expiration date from the date of grant. Furthermore, we assume a 4-year vesting period, whereby each grant vests in a 25% tranche.

In years 2003 and 2005, we value the projected stock option grants by calculating the six (6) year average price from the time the stock grants are 100% vested through the expiration date.

To value projected stock option grants from 2007 and thereafter, we apply the Black-Scholes Option Pricing Model. Our measure of stock volatility is the standard deviation of the historical price performance of Oracle Corp. stock based on monthly returns for data encompassing the period July 1, 2006, to August 1, 2016. The dividend yield on Oracle Corp. stock was 1.46% and the closing market price of the stock was $41.07 per share on August 24, 2016. We project the granting of options with a 10-year term and use 1.56% as the relevant risk-free rate of interest based upon the yield on 10-year U.S. Treasury securities as of August 24, 2016. [SOURCE: http://finance.yahoo.com.]

-9-



# Stock Option Loss
# Future Years

| Grant Year | Options Awarded[15] | Projected Value | Adjusted Value* | Present Value [@ 4.0%] |
|---|---|---|---|---|
| 2017 | 624 | $  6,625 | $  6,294 | $  6,052 |
| 2019 | 624 | 6,625 | 6,294 | 5,595 |
| 2021 | 624 | 6,625 | 6,228 | 5,119 |
| 2023 | 624 | 6,625 | 6,161 | 4,682 |
| 2025 | 624 | 6,625 | 6,095 | 4,282 |
| 2027 | 624 | 6,625 | 6,095 | 3,959 |
| 2029 | 624 | 6,625 | 6,095 | 3,660 |
| 2031 | 624 | 6,625 | 6,095 | 3,384 |
| 2033 | 624 | 6,625 | 6,095 | 3,129 |
| 2035 | 624 | 6,625 | 6,095 | 2,893 |
| 2037 | 624 | 6,625 | 6,095 | 2,675 |
| | | | Total: | $  45,430 |

\* adjusted by personal consumption: 5% until 2020, 6% until 2022, 7% until 2024, and 8% thereafter

---



[15]

The number of options awarded is calculated by dividing the base value of assumed future stock options grants ($25,645) by the share price on August 24, 2016 ($41.07).

-10-



# Health Insurance[16]

Family: $14,470

Single: $5,334 (after 1/9/28)

## Future Years
## Yearly Increase

5.0%[17]

## Future Years
## Discount Rate

4.0%

---

[16]

Employer Health Benefits, 2015 Annual Survey, The Kaiser Family Foundation and Health Research & Educational Trust, http://files.kff.org/attachment/report-2015-employer-health-benefits-survey, Exhibit 1.3.

[17]

*ibid.*, Exhibit 1.11.



# Health Insurance Loss
# Future Years

| Year | Portion of Year | Health Insurance [@ 5.0%] | Present Value [@ 4.0%] |
|---|---|---|---|
| 2016 | 25% | $ 3,798 | $ 3,950 |
| 2017 | 100% | 15,953 | 14,750 |
| 2018 | 100% | 16,751 | 14,891 |
| 2019 | 100% | 17,588 | 15,035 |
| 2020 | 100% | 18,468 | 15,179 |
| 2021 | 100% | 19,391 | 15,325 |
| 2022 | 100% | 20,361 | 15,472 |
| 2023 | 100% | 21,379 | 15,621 |
| 2024 | 100% | 22,448 | 15,771 |
| 2025 | 100% | 23,570 | 15,923 |
| 2026 | 100% | 24,749 | 16,076 |
| 2027 | 100% | 25,986 | 16,231 |
| 2028[a] | 100% | 15,305 | 9,192 |
| 2029 | 100% | 10,561 | 6,099 |
| 2030 | 100% | 11,089 | 6,157 |
| 2031 | 100% | 11,643 | 6,217 |
| 2032 | 100% | 12,226 | 6,276 |
| 2033 | 100% | 12,837 | 6,337 |
| 2034 | 100% | 13,479 | 6,398 |
| 2035 | 100% | 14,153 | 6,459 |
| 2036 | 100% | 14,860 | 6,521 |
| 2037[b] | 51% | 7,958 | 3,358 |
| | | **Total:** | **$ 237,239** |

[a] youngest child reaches age 26: January 9
[b] statistical date of retirement: July 3

-12-



# Household Services

## Hours

| Age of Youngest Child | Age of Decedent | Weekly Hours[18] | Yearly Hours | Time Period |
|---|---|---|---|---|
| under 13 | under 65 | 13.43 | 698 | 09/11/01 - 01/08/15 |
| 13 to 17 | under 65 | 14.41 | 749 | 01/09/15 - 01/08/20 |
| 18 & over | under 65 | 14.08 | 732 | 01/09/20 - 11/23/33 |
| 18 & over | 65 to 74 | 13.02 | 677 | 11/24/33 - 11/23/43 |
| 18 & over | 75 & over | 10.97 | 570 | 11/24/43 - 09/11/47 |

---

[18]

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Table 2, 5, & 8; and U.S. Department of Commerce, Current Population Reports, *Americans with Disabilities: 2010,* Household Economic Studies, Series P-70-131, Table D-1, issued July 2012.



# Wage Rate

| Year | Yearly Increase[19] | Estimated Hourly Rate |
|---|---|---|
| 2001 | - | $   14.88 |
| 2002 | 2.3% | 15.22 |
| 2003 | 1.7% | 15.48 |
| 2004 | 2.2% | 15.82 |
| 2005 | 2.3% | 16.18 |
| 2006 | 3.3% | 16.72 |
| 2007 | 3.4% | 17.28 |
| 2008 | 3.1% | 17.82 |
| 2009 | 2.4% | 18.25 |
| 2010 | 2.0% | 18.61 |
| 2011 | 1.8% | 18.95 |
| 2012 | 0.8% | 19.10 |
| 2013 | 1.0% | 19.29 |
| 2014[20] | 1.3% | 19.54 |
| 2015 | 1.8% | 19.89 |
| 2016 | 1.2% | 20.13 |

---

[19]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author.

[20]

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Tables 2 and 229.

-14-



# Loss of Household Services
# Past Years

| Year | Portion of Year | Yearly Hours | Hourly Wage | Total Value [(2) x (3) x (4)] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 2001 | 30% | 698 | $ 14.88 | $ 3,115 |
| 2002 | 100% | 698 | 15.22 | 10,622 |
| 2003 | 100% | 698 | 15.48 | 10,803 |
| 2004 | 100% | 698 | 15.82 | 11,040 |
| 2005 | 100% | 698 | 16.18 | 11,294 |
| 2006 | 100% | 698 | 16.72 | 11,667 |
| 2007 | 100% | 698 | 17.28 | 12,064 |
| 2008 | 100% | 698 | 17.82 | 12,438 |
| 2009 | 100% | 698 | 18.25 | 12,736 |
| 2010 | 100% | 698 | 18.61 | 12,991 |
| 2011 | 100% | 698 | 18.95 | 13,225 |
| 2012 | 100% | 698 | 19.10 | 13,331 |
| 2013 | 100% | 698 | 19.29 | 13,464 |
| 2014 | 100% | 698 | 19.54 | 13,639 |
| 2015[a] | 100% | 748 | 19.89 | 14,879 |
| 2016 | 75% | 749 | 20.13 | 11,308 |
| | | | Total: | $188,615 |

[a] youngest child reaches age 13: January 9

**Sobel ◆ Tinari**
**Economics**
**Group**

# Yearly Increase & Present Value

Growth Rate: 3.9%
Discount Rate: 4.0%

## Loss of Household Services
## Future Years

| Year | Portion of Year | Yearly Hours | Hourly Wage [@ 3.9%] | Total Value [(2) x (3) x (4)] | Present Value [@ 4.0%] |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2016 | 25% | 749 | $ 20.13 | $ 3,769 | $ 3,769 |
| 2017 | 100% | 749 | 20.92 | 15,666 | 15,063 |
| 2018 | 100% | 749 | 21.73 | 16,277 | 15,049 |
| 2019 | 100% | 749 | 22.58 | 16,911 | 15,034 |
| 2020[a] | 100% | 732 | 23.46 | 17,184 | 14,689 |
| 2021 | 100% | 732 | 24.37 | 17,846 | 14,668 |
| 2022 | 100% | 732 | 25.32 | 18,542 | 14,654 |
| 2023 | 100% | 732 | 26.31 | 19,265 | 14,640 |
| 2024 | 100% | 732 | 27.34 | 20,016 | 14,626 |
| 2025 | 100% | 732 | 28.40 | 20,797 | 14,612 |
| 2026 | 100% | 732 | 29.51 | 21,608 | 14,598 |
| 2027 | 100% | 732 | 30.66 | 22,451 | 14,584 |
| 2028 | 100% | 732 | 31.86 | 23,326 | 14,570 |
| 2029 | 100% | 732 | 33.10 | 24,236 | 14,556 |
| 2030 | 100% | 732 | 34.39 | 25,181 | 14,542 |
| 2031 | 100% | 732 | 35.73 | 26,163 | 14,528 |
| 2032 | 100% | 732 | 37.13 | 27,184 | 14,514 |
| 2033[b] | 100% | 727 | 38.58 | 28,031 | 14,390 |

**Sobel•Tinari**
**Economics**
**Group**

| Year (1) | Portion of Year (2) | Yearly Hours (3) | Hourly Wage [@ 3.9%] (4) | Total Value [(2) x (3) x (4)] (5) | Present Value [@ 4.0%] (6) |
|---|---|---|---|---|---|
| 2034 | 100% | 677 | 40.08 | 27,134 | 13,394 |
| 2035 | 100% | 677 | 41.64 | 28,203 | 13,386 |
| 2036 | 100% | 677 | 43.27 | 29,303 | 13,373 |
| 2037 | 100% | 677 | 44.96 | 30,446 | 13,361 |
| 2038 | 100% | 677 | 46.71 | 31,633 | 13,348 |
| 2039 | 100% | 677 | 48.53 | 32,867 | 13,335 |
| 2040 | 100% | 677 | 50.42 | 34,149 | 13,322 |
| 2041 | 100% | 677 | 52.39 | 35,480 | 13,309 |
| 2042 | 100% | 677 | 54.43 | 36,864 | 13,297 |
| 2043[b] | 100% | 667 | 56.56 | 37,695 | 13,073 |
| 2044 | 100% | 570 | 58.76 | 33,494 | 11,169 |
| 2045 | 100% | 570 | 61.05 | 34,821 | 11,166 |
| 2046 | 100% | 570 | 63.43 | 36,180 | 11,155 |
| 2047[c] | 70% | 570 | 65.91 | 26,313 | 7,801 |
| | | | | **Total:** | **$ 427,572** |

[a] youngest child reaches age 18: January 9
[b] decedent's age 65 and 75: November 24
[c] decedent's statistical date of death: September 11

-17-



# Summary

| Past Years | Future Years | Total | Component of Analysis |
|---|---|---|---|
| $    10,958,478 | $    16,197,209 | $    27,155,686 | adjusted income |
| 145,614 | 45,430 | 191,044 | stock option income |
| - | 237,239 | 237,239 | health insurance |
| 188,615 | 427,572 | 616,187 | household services |
| **$ 11,292,707** | **$ 16,907,450** | **$ 28,200,157** | **total present value of loss** |

**Sobel ◆ Tinari**
**Economics**
**Group**



August 29, 2016

Dorothea M. Capone, Esq.
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005

    **Re: Edward Felt**

Dear Ms. Capone:

Sobel Tinari Economics Group was retained to evaluate economic damages as a result of the death of Edward Felt. Background facts regarding the decedent and family were provided in a packet of documents pursuant to this matter.

Sobel Tinari Economics had been previously retained by Baumeister & Samuels, P.C. to evaluate decedent's economic damages. This analysis serves as an update, as of this date, of the present value of economic losses incurred by decedent's family members in this matter. Within a reasonable degree of economic certainty, and based on the facts and analysis attached to this letter, it is our professional opinion that the total present value of the past and future pecuniary damages resulting from the death of Edward Felt amounts to **$8,026,125.**

This amount does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or consortium that may have been experienced by decedent and decedent's family members.

The detailed calculations are shown in the tables attached to this letter.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests.

Reply to:

293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
Tel 973.992.1800
Fax 973.994.1571

www.sobeltinarieconomics.com

112 West 34th Street, 18th Floor
New York, NY 10120
Tel 212.201.0938
Fax 212.201.0937

**BAUMEISTER & SAMUELS, P.C. / Felt**
**August 29, 2016**
**page 2**

We trust that you will find the report clear and informative. Should you have any additional questions, or wish to explore any aspect of our findings in more detail, please do not hesitate to contact us. Our current Qualifications Profiles are appended.

Lastly, we certify that the Sobel Tinari Economics Group has received, thus far, $0 compensation for preparation of an updated report for Edward Felt. As of this date, an outstanding balance of $2,000 is due. Our services are billed according to our Professional Fees, a copy of which is attached to this letter.

Sincerely,

Kristin Kucsma, M.A.

Kenneth T. Betz, MBA, M.A.

**Sobel ◆ Tinari**
**Economics**
**Group**

# Edward Felt

born: November 9, 1959

died: September 11, 2001

age: 41.84 years

statistical retirement: 68.94 years  (October 17, 2028)[1]

worklife ratio: 87.3%[2]

life expectancy: 79.54 years  (May 24, 2039)[3]

residence: Matawan, New Jersey

education: Master's degree

employer: BEA Systems

position: Technical Director, Computer Engineer

spouse: Sandra        (born: 1/5/58)

spouse's life expectancy: 83.28 years  (April 17, 2041)[3]

children: Adrienne      (born: 11/8/86)

Kathryn      (born: 4/12/90)

---

[1] Gary R. Skoog and James E. Ciecka, "Probability Mass Functions for Years to Final Separation from the Labor Force Induced by the Markov Model," *Journal of Forensic Economics*, 16(1), 2003, pp. 51-86, by interpolation.

[2] Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Volume 22, No. 2, August 2011, pp. 183-190, by interpolation.

[3] *National Vital Statistics Reports,* Volume 64, No. 11, United States Life Tables, 2011, Tables 2 and 3, September 22, 2015, http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_11.pdf.



## Components of Analysis

1. adjusted income loss in past years
2. adjusted income loss in future years
3. stock option income loss in past years
4. stock option income loss in future years
5. cost of health insurance
6. household services

## Earnings History[4]

| Year | Earnings[5] |
|------|-------------|
| 1996 | $110,915^ |
| 1997 | 121,283 |
| 1998 | 126,951 |
| 1999 | 143,808 |
| 2000 | 178,453 |
| 2001* | 132,947 |

^ includes $25,759 from Novell, Inc.
* date of death: September 11

## Earnings Base

$178,453 in 2000 dollars
[based on actual 2000 earnings]

---

[4]

Excludes stock option income.

[5]

plaintiff's W-2 Wage and Tax Statements, 1996-2001



# Projected Earnings
# Past Years

| Year | Yearly Increase[6] | Projected Yearly Earnings |
|------|------|------|
| 2000 | - | $178,453 |
| 2001 | 4.8% | 187,019 |
| 2002 | 4.5% | 195,435 |
| 2003 | 5.6% | 206,379 |
| 2004 | 5.0% | 216,698 |
| 2005 | 4.3% | 226,016 |
| 2006 | 4.3% | 235,735 |
| 2007 | 4.3% | 245,872 |
| 2008 | 3.8% | 255,215 |
| 2009 | 1.9% | 260,064 |
| 2010 | 2.4% | 266,305 |
| 2011 | 1.6% | 270,566 |
| 2012 | 1.1% | 273,543 |
| 2013 | 1.8% | 278,466 |
| 2014 | 1.7% | 283,200 |
| 2015 | 1.3% | 286,882 |
| 2016 | 1.5% | 291,185 |

---

[6]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, Management Occupations, http://www.bls.gov/oes, percent calculated by author.



# Adjustments to Earnings

|  | Two Children | One Child | All Children Emancipated |
|---|---|---|---|
| Gross Income Base | 100.00% | 100.00% | 100.00% |
| x Worklife Adjustment | 87.30% | 87.30% | 87.30% |
| x (1 - 3.8% unemployment factor)[7] | 96.20% | 96.20% | 96.20% |
| = Adjusted Earnings Base | 83.98% | 83.98% | 83.98% |
| x (1 - 15%/19%/26% personal consumption)[8] | 85.00% | 81.00% | 74.00% |
| **= Adjusted Income Factor** | **71.39%** | **68.03%** | **62.15%** |

---

[7] U.S. Dept of Labor, Bureau of Labor Statistics, Labor Force Statistics including the National Unemployment Rate (Current Population Survey - CPS), unemployment rate by age, all males, www.bls.gov/cps, average calculated by author; and State of New Jersey Department of Labor and Workforce Development, *Figuring Out Your Benefit Amount: How much can you collect?*, http://lwd.state.nj.us/labor/ui/calc/figbenamt.html, and *Maximum Benefit Rates and Taxable Wage Base Changes*, December 30, 2015, http://lwd.state.nj.us/labor/lwdhome/press/2015/20151230_BenefitRates.html.

[8] U.S. Department of Labor, Bureau of Labor Statistics, Consumer Expenditure Survey, percent calculated by the author.



# Adjusted Income Loss
# Past Years

| Year | Portion of Year | Estimated Gross Earnings | Employer 401(k) Match[9] | Adjusted Income [(2) x {(3) + (4)} x AIF][a] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (4) |
| 2001 | 100% | $ 54,072* | $ 0 | $ 38,602 |
| 2002 | 100% | 195,435 | 3,000 | 141,663 |
| 2003 | 100% | 206,379 | 3,000 | 149,476 |
| 2004 | 100% | 216,698 | 3,000 | 156,843 |
| 2005 | 100% | 226,016 | 3,000 | 163,495 |
| 2006 | 100% | 235,735 | 3,000 | 170,433 |
| 2007 | 100% | 245,872 | 3,000 | 177,669 |
| 2008 | 100% | 255,215 | 5,000 | 184,456 |
| 2009 | 100% | 260,064 | 8,250 | 182,534 |
| 2010 | 100% | 266,305 | 8,250 | 186,780 |
| 2011 | 100% | 270,566 | 8,250 | 189,679 |
| 2012 | 100% | 273,543 | 8,500 | 170,165 |
| 2013 | 100% | 278,466 | 8,750 | 178,505 |
| 2014 | 100% | 283,200 | 8,750 | 181,447 |
| 2015 | 100% | 286,882 | 9,000 | 183,891 |
| 2016 | 75% | 291,185 | 9,000 | 139,924 |
| | | | **Total:** | **$2,595,561** |

* projected earnings ($187,019) less actual earnings ($132,947)
[a] AIF: 71.39% (until November 8, 2008), 68.03% (until April 12, 2012), and 62.15% thereafter

---

[9] Form 10-K, BEA Systems, Inc., for the fiscal years 2001-2008; Form 10-K, Oracle corporation, for the fiscal years 2009-2016; Internal Revenue Service, Cost-of-Living Adjusts for Retirement Items, https://www.irs.gov/pub/irs-tege/cola_table.pdf.


Sobel ◆ Tinari
Economics
Group

# Future Years
# Yearly Increase & Present Value

Growth Rate: 3.9%[10]
Discount Rate: 3.25%[11]

---

[10]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author; and Principal Economic Assumptions, *2016 Annual Report to the Board of Trustees of the Federal Old-age and Survivors Insurance and Disability Insurance Trust Funds*, Table V.B1,http://www.ssa.gov/oact/tr/2016/V_B_econ.html.

[11]

Bond Yields and Interest Rates, 1947-2015, *Economic Report of the President*, February 2016, Table B-25, http://www.gpo.gov/fdsys/pkg/ERP-2016/pdf/ERP-2016.pdf, the Board of Governors of the Federal Reserve System, http://www.federalreserve.gov/ and other publically available data on interest rates.



# Adjusted Income Loss
# Future Years

| Year | Portion of Year | Gross Earnings [@ 3.9%] | Employer 401(k) Match [@ 2.6%][a] | Adjusted Income [(2) x {(3) + (4)} x 62.15%] | Present Value [@ 3.25%] |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2016 | 25% | $ 291,185 | $ 9,000 | $ 46,641 | $ 46,641 |
| 2017 | 100% | 302,541 | 9,234 | 193,768 | 187,669 |
| 2018 | 100% | 314,340 | 9,474 | 201,251 | 188,781 |
| 2019 | 100% | 326,600 | 9,720 | 209,023 | 189,899 |
| 2020 | 100% | 339,337 | 9,973 | 217,096 | 191,026 |
| 2021 | 100% | 352,571 | 10,232 | 225,482 | 192,160 |
| 2022 | 100% | 366,321 | 10,498 | 234,194 | 193,301 |
| 2023 | 100% | 380,608 | 10,771 | 243,242 | 194,450 |
| 2024 | 100% | 395,452 | 11,052 | 252,642 | 195,607 |
| 2025 | 100% | 410,874 | 11,339 | 262,405 | 196,772 |
| 2026 | 100% | 426,898 | 11,634 | 272,548 | 197,944 |
| 2027 | 100% | 443,547 | 11,936 | 283,083 | 199,124 |
| 2028 [b] | 80% | 460,846 | 12,246 | 235,221 | 160,249 |
| | | | | Total: | $ 2,333,623 |

[a] 401(k) employer matches increased by long-term inflation rate;
[b] decedent's statistical date of retirement: October 17

-7-

**Sobel ◆ Tinari**
**Economics**
**Group**

# Stock Options

$193,581[12]
[based on an average of 1997-2001 grants]

## Projected Stock Option Grants
## Past Years

| Grant Date[13] | Options Awarded[14] | Grant Price |
|---|---|---|
| July 1, 2002 | 23,333 | $   8.30 |
| July 1, 2003 | 17,031 | 11.37 |
| July 1, 2004 | 17,781 | 10.89 |
| July 1, 2005 | 15,801 | 12.25 |
| July 3, 2006 | 14,179 | 13.65 |
| July 2, 2007 | 10,542 | 18.36 |
| July 1, 2008 | 9,854 | 19.64 |
| July 1, 2009 | 9,634 | 20.09 |
| July 1, 2010 | 9,634 | 20.09 |
| July 1, 2011 | 6,236 | 31.04 |
| July 2, 2012 | 6,861 | 28.22 |
| July 1, 2013 | 6,725 | 28.79 |
| July 1, 2014 | 4,900 | 39.51 |
| July 1, 2015 | 4,904 | 39.47 |
| July 1, 2016 | 4,738 | 40.86 |

---

12

BEA Systems, Inc., Exercisable Options, Closing Statement for Edward P. Felt, dated September 26, 2001

13

For the purpose of this analysis, we estimate that Mr. Felt would have received annual stock grants based on the frequency of his past awards. [SOURCE: *ibid.*]

14

Because BEA was acquired by Oracle Corporation in a 2008 stock acquisition, the number of options awarded is calculated by dividing the base value of past and future stock options grants ($25,645) by the grant price based on Oracle's stock price on the date of grant. [SOURCE: Form 10-K, Oracle Corporation, Period Ending 05/31/08.]



# Stock Option Loss
# Past Years

| Grant Date | Options Awarded | Projected Value[15] | Adjusted Value* |
|---|---|---|---|
| July 1, 2002 | 23,333 | $    312,014 | $    265,212 |
| July 1, 2003 | 17,031 | 216,883 | 184,351 |
| July 1, 2004 | 17,781 | 284,116 | 241,499 |
| July 1, 2005 | 15,801 | 292,792 | 248,873 |
| July 3, 2006 | 14,179 | 282,592 | 240,203 |
| July 2, 2007 | 10,542 | 236,568 | 201,083 |
| July 1, 2008 | 9,854 | 206,200 | 174,033 |
| July 1, 2009 | 9,634 | 195,996 | 158,757 |
| July 1, 2010 | 9,634 | 195,055 | 157,995 |
| July 1, 2011 | 6,236 | 79,082 | 64,056 |
| July 2, 2012 | 6,861 | 100,599 | 76,415 |
| July 1, 2013 | 6,725 | 98,254 | 72,708 |
| July 1, 2014 | 4,900 | 50,327 | 37,242 |
| July 1, 2015 | 4,904 | 52,451 | 38,814 |
| July 1, 2016 | 4,738 | 50,321 | 37,238 |
| | | **Total:** | **$2,198,477** |

\* adjusted downwards for personal consumption: 15% (until November 8, 2008), 19% (until April 12, 2012), and 26% thereafter.

---

15

But for Mr. Felt's death, he would have continued to receive annual stock option grants beginning in 2002. We assume a 10-year expiration date from the date of grant. Furthermore, we assume a 4-year vesting period, whereby each grant vests in a 25% tranche.

From 2002 to 2006, we value the projected stock option grants by calculating the six (6) year average price from the time the stock grants are 100% vested through the expiration date.

To value projected stock option grants from 2007 and thereafter, we apply the Black-Scholes Option Pricing Model. Our measure of stock volatility is the standard deviation of the historical price performance of Oracle Corp. stock based on monthly returns for data encompassing the period July 1, 2006, to August 1, 2016. The dividend yield on Oracle Corp. stock was 1.46% and the closing market price of the stock was $41.07 per share on August 24, 2016. We project the granting of options with a 10-year term and use 1.56% as the relevant risk-free rate of interest based upon the yield on 10-year U.S. Treasury securities as of August 24, 2016. [SOURCE: http://finance.yahoo.com.]



# Stock Option Loss
# Future Years

| Grant Year | Options Awarded[16] | Projected Value | Adjusted Value | Present Value [@ 3.25%] |
|---|---|---|---|---|
| 2017 | 4,713 | $ 50,008 | $ 37,006 | $ 35,841 |
| 2018 | 4,713 | 50,008 | 37,006 | 34,713 |
| 2019 | 4,713 | 50,008 | 37,006 | 33,620 |
| 2020 | 4,713 | 50,008 | 37,006 | 32,562 |
| 2021 | 4,713 | 50,008 | 37,006 | 31,537 |
| 2022 | 4,713 | 50,008 | 37,006 | 30,544 |
| 2023 | 4,713 | 50,008 | 37,006 | 29,583 |
| 2024 | 4,713 | 50,008 | 37,006 | 28,652 |
| 2025 | 4,713 | 50,008 | 37,006 | 27,750 |
| 2026 | 4,713 | 50,008 | 37,006 | 26,876 |
| 2027 | 4,713 | 50,008 | 37,006 | 26,030 |
| 2028 | 4,713 | 50,008 | 37,006 | 25,211 |
| | | | Total: | **$362,920** |

---

[16] The number of options awarded is calculated by dividing the base value of assumed future stock options grants ($193,581) by the share price on August 24, 2016 ($41.07).

-10-



# Health Insurance

$5,334 (single), in 2015 dollars[17]

## Future Years
## Yearly Increase

5.0%[18]

## Future Years
## Discount Rate

3.25%

---

[17]

Employer Health Benefits, 2015 Annual Survey, The Kaiser Family Foundation and Health Research & Educational Trust, http://files.kff.org/attachment/report-2015-employer-health-benefits-survey, Exhibit 1.3

[18]

*ibid.*, Exhibit 1.11



# Health Insurance Loss
# Future Years

| Year | Portion of Year | Health Insurance [@ 5.0%] | Present Value [@ 3.25%] |
|------|---------|---------|---------|
| 2016 | 25% | $      1,400 | $      1,400 |
| 2017 | 100% | 5,881 | 5,696 |
| 2018 | 100% | 6,175 | 5,792 |
| 2019 | 100% | 6,484 | 5,890 |
| 2020 | 100% | 6,808 | 5,990 |
| 2021 | 100% | 7,148 | 6,092 |
| 2022 | 100% | 7,505 | 6,195 |
| 2023 | 100% | 7,881 | 6,300 |
| 2024 | 100% | 8,275 | 6,407 |
| 2025 | 100% | 8,689 | 6,515 |
| 2026 | 100% | 9,123 | 6,626 |
| 2027 | 100% | 9,579 | 6,738 |
| 2028[a] | 80% | 8,046 | 5,482 |
| | | **Total:** | **$      75,123** |

[a] statistical date of retirement: October 17

-12-

**Sobel♦Tinari**
**Economics**
**Group**

# Household Services

## Hours

| Age of Youngest Child | Age of Decedent | Weekly Hours[19] | Yearly Hours | Time Period |
|---|---|---|---|---|
| under 13 | under 65 | 11.83 | 615 | 09/11/01 - 04/11/03 |
| 13 to 17 | under 65 | 12.78 | 665 | 04/12/03 - 04/11/08 |
| 18 & over | under 65 | 12.90 | 671 | 04/12/08 - 11/08/24 |
| 18 & over | 65 to 74 | 11.93 | 620 | 11/09/24 - 11/08/34 |
| 18 & over | 75 & over | 10.05 | 523 | 11/09/34 - 05/24/39 |

---

[19]

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Table 3, 6, & 9; and U.S. Department of Commerce, Current Population Reports, *Americans with Disabilities: 2010,* Household Economic Studies, Series P-70-131, Table D-1, issued July 2012.



# Wage Rate

| Year | Yearly Increase[20] | Estimated Hourly Rate |
|---|---|---|
| 2001 | - | $     14.99 |
| 2002 | 2.3% | 15.33 |
| 2003 | 1.7% | 15.60 |
| 2004 | 2.2% | 15.94 |
| 2005 | 2.3% | 16.31 |
| 2006 | 3.3% | 16.84 |
| 2007 | 3.4% | 17.42 |
| 2008 | 3.1% | 17.96 |
| 2009 | 2.4% | 18.39 |
| 2010 | 2.0% | 18.75 |
| 2011 | 1.8% | 19.09 |
| 2012 | 0.8% | 19.24 |
| 2013 | 1.0% | 19.44 |
| 2014[21] | 1.3% | 19.69 |
| 2015 | 1.8% | 20.04 |
| 2016 | 1.2% | 20.29 |

---

[20]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author.

[21]

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Tables 3 and 229.

-14-



# Loss of Household Services
## Past Years

| Year | Portion of Year | Yearly Hours | Hourly Wage | Total Value [(2) x (3) x (4)] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 2001 [a] | 30% | 615 | $ 14.99 | $ 2,766 |
| 2002 | 100% | 615 | 15.33 | 9,433 |
| 2003 [b] | 100% | 651 | 15.60 | 10,148 |
| 2004 | 100% | 665 | 15.94 | 10,592 |
| 2005 | 100% | 665 | 16.31 | 10,836 |
| 2006 | 100% | 665 | 16.84 | 11,193 |
| 2007 | 100% | 665 | 17.42 | 11,574 |
| 2008 [b] | 100% | 669 | 17.96 | 12,013 |
| 2009 | 100% | 671 | 18.39 | 12,334 |
| 2010 | 100% | 671 | 18.75 | 12,581 |
| 2011 | 100% | 671 | 19.09 | 12,807 |
| 2012 | 100% | 671 | 19.24 | 12,909 |
| 2013 | 100% | 671 | 19.44 | 13,039 |
| 2014 | 100% | 671 | 19.69 | 13,208 |
| 2015 | 100% | 671 | 20.04 | 13,446 |
| 2016 | 75% | 671 | 20.29 | 10,205 |
| | | | Ttotal: | $ 179,086 |

[a] date of death: September 11
[b] Kathryn attains ages 13 and 18: April 12



# Yearly Increase & Present Value

Growth Rate: 3.9%
Discount Rate: 4.0%

# Loss of Household Services
# Future Years

| Year | Portion of Year | Yearly Hours | Hourly Wage [@ 3.9%] | Total Value [(2) x (3) x (4)] | Present Value [@ 4.00%] |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2016 | 25% | 671 | $ 20.29 | $      3,402 | $      3,402 |
| 2017 | 100% | 671 | 21.08 | 14,138 | 13,594 |
| 2018 | 100% | 671 | 21.90 | 14,689 | 13,581 |
| 2019 | 100% | 671 | 22.75 | 15,262 | 13,568 |
| 2020 | 100% | 671 | 23.64 | 15,857 | 13,555 |
| 2021 | 100% | 671 | 24.56 | 16,476 | 13,542 |
| 2022 | 100% | 671 | 25.52 | 17,118 | 13,529 |
| 2023 | 100% | 671 | 26.51 | 17,786 | 13,516 |
| 2024 [a] | 100% | 664 | 27.55 | 18,286 | 13,361 |
| 2025 | 100% | 620 | 28.62 | 17,760 | 12,478 |
| 2026 | 100% | 620 | 29.74 | 18,453 | 12,466 |
| 2027 | 100% | 620 | 30.90 | 19,173 | 12,454 |
| 2028 | 100% | 620 | 32.10 | 19,920 | 12,442 |
| 2029 | 100% | 620 | 33.36 | 20,697 | 12,430 |
| 2030 | 100% | 620 | 34.66 | 21,504 | 12,418 |
| 2031 | 100% | 620 | 36.01 | 22,343 | 12,406 |
| 2032 | 100% | 620 | 37.41 | 23,214 | 12,394 |
| 2033 | 100% | 620 | 38.87 | 24,120 | 12,382 |

-16-

**Sobel ◆ Tinari**
**Economics**
**Group**

| Year | Portion of Year | Yearly Hours | Hourly Wage [@ 3.9%] | Total Value [(2) x (3) x (4)] | Present Value [@ 4.00%] |
|------|-----------------|--------------|----------------------|-------------------------------|--------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2034 [a] | 100% | 607 | 40.39 | 24,507 | 12,097 |
| 2035 | 100% | 523 | 41.96 | 21,928 | 10,408 |
| 2036 | 100% | 523 | 43.60 | 22,783 | 10,398 |
| 2037 | 100% | 523 | 45.30 | 23,672 | 10,388 |
| 2038 | 100% | 523 | 47.07 | 24,595 | 10,378 |
| 2039 [b] | 40% | 523 | 48.90 | 10,222 | 4,147 |
| | | | | **Total:** | **$281,336** |

[a] decedent's 65th and 75th birthday: November 9
[b] decedent's statistical date of death: May 24



# Summary

| Past Years | Future Years | Total | Component of Analysis |
|---|---|---|---|
| $    2,595,561 | $    2,333,623 | $    4,929,184 | adjusted income loss |
| 2,198,477 | 362,920 | 2,561,397 | stock option income loss |
| 0 | 75,123 | 75,123 | cost of health insurance |
| 179,086 | 281,336 | 460,421 | household services |
| **$  4,973,123** | **$  3,053,001** | **$ 8,026,125** | **total present value of loss** |

-18-





August 29, 2016

Dorothea M. Capone, Esq.
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005

**Re: Bryan Jack**

Dear Ms. Capone:

Sobel Tinari Economics Group was retained to evaluate economic damages as a result of the death of Bryan Jack. Background facts regarding the decedent and family were provided in a packet of documents pursuant to this matter.

Sobel Tinari Economics had been previously retained by Baumeister & Samuels, P.C. to evaluate decedent's economic damages. This analysis serves as an update, as of this date, of the present value of economic losses incurred by decedent's family members in this matter. Within a reasonable degree of economic certainty, and based on the facts and analysis attached to this letter, it is our professional opinion that the total present value of the past and future pecuniary losses resulting from the death of Bryan Jack amounts to **$3,174,151**.

This amount does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or consortium that may have been experienced by decedent and decedent's family members.

The detailed calculations are shown in the tables attached to this letter.

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests.

Reply to:

293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
Tel 973.992.1800
Fax 973.994.1571

www.sobeltinarieconomics.com

112 West 34th Street, 18th Floor
New York, NY 10120
Tel 212.201.0938
Fax 212.201.0937

BAUMEISTER & SAMUELS, P.C. / Jack
**August 29, 2016**
**page 2**

We trust that you will find the report clear and informative. Should you have any additional questions, or wish to explore any aspect of our findings in more detail, please do not hesitate to contact us. Our current Qualifications Profiles are appended.

Lastly, we certify that the Sobel Tinari Economics Group has received, thus far, $0 compensation for preparation of an updated report for Bryan Jack. As of this date, an outstanding balance of $2,000 is due. Our services are billed according to our Professional Fees, a copy of which is attached to this letter.

Sincerely,

Kristin Kucsma, M.A.

Kenneth T. Betz, MBA, M.A.



# Bryan Jack

born: January 3, 1953

died: September 11, 2001

age: 48.69 years

statistical retirement: 69.28 years (April 14, 2022)[1]

worklife ratio: 96.2%[2]

life expectancy: 80.09 years (February 3, 2033)[3]

residence: Alexandria, Virginia

education: Ph.D. in Economics

employer: Office of the Secretary of Defense

position: Director

part-time employer: George Washington University

position: adjunct professor of economics

spouse: Barbara Rachko (born: 1/22/53)

spouse's life expectancy: 83.64 years (September 10, 2036)[3]

---

[1]

Gary R. Skoog and James E. Ciecka, "Probability Mass Functions for Years to Final Separation from the Labor Force Induced by the Markov Model," *Journal of Forensic Economics*, 16(1), 2003, pp. 51-86, by interpolation.

[2]

Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Volume 22, No. 2, August 2011, pp. 183-190, by interpolation.

[3]

*National Vital Statistics Reports,* Volume 64, No. 11, United States Life Tables, 2011, Tables 2 and 3, September 22, 2015, http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_11.pdf.



# Components of Analysis

1. adjusted full-time income loss in past years
2. adjusted full-time income loss in future years
3. adjusted pension income
4. adjusted part-time income loss in past years
5. adjusted part-time income loss in future years
6. household services in past years
7. household services in future years

# Full-Time Earnings History

| Year | Earnings[4] |
|------|-------------|
| 2000 | $138,039 |
| 2001* | 135,378 |

\* date of death: September 11

# Full-Time Earnings Base

$138,039 in 2000 dollars

[based on the last full year of earnings in 2000]

---

[4]    W-2 Wage and Tax Statements, 2000 & 2001.



# Full-Time Projected Earnings
# Past Years

| Year | Yearly Increase[5] | Projected Yearly Earnings |
|------|--------------------|---------------------------|
| 2000 | - | $138,039 |
| 2001 | 1.85% | 140,593 |
| 2002 | 1.85% | 143,194 |
| 2003 | 1.85% | 145,843 |
| 2004 | 1.85% | 148,541 |
| 2005 | 1.85% | 151,289 |
| 2006 | 1.85% | 154,088 |
| 2007 | 1.85% | 156,938 |
| 2008 | 1.85% | 159,842 |
| 2009 | 1.85% | 162,799 |
| 2010 | 1.85% | 165,811 |
| 2011 | 1.85% | 168,878 |
| 2012 | 1.85% | 172,002 |
| 2013 | 1.85% | 175,184 |
| 2014 | 1.85% | 178,425 |
| 2015 | 1.85% | 181,726 |
| 2016 | 1.85% | 185,088 |

---

[5]

Senior Executive Service Salaries & Wages Schedules, U.S. Office of Personnel Management, https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/,compound annual growth rate calculated by economic experts.



# Adjustments to Full-Time Earnings

| | |
|---|---|
| Gross Income Base | 100.00% |
| x Worklife Adjustment | 96.20% |
| = Adjusted Earnings Base | 96.20% |
| x (1 + 5% Thrift Savings Plan)[6] | 105.00% |
| = Fringe-Adjusted Earnings | 101.01% |
| x (1 - 37% personal consumption)[7] | 63.00% |
| **= Adjusted Income Factor** | **63.64%** |

---

[6]

Federal Employees Almanac 2016, 63rd Edition, p. 269.

[7]

The method used to generate personal consumption rates is outlined in a paper entitled "A Preliminary and Simplified Method for Establishing the Personal Consumption Deduction from Decedent-Only Earnings", by Frank D. Tinari, Ph.D. and Stephen B. Levinson, Ph.D., presented at the Eastern Economic Association Annual Conference, National Association of Forensic Economics session, New York City,  February 26, 2011, Table 1.



# Adjusted Full-Time Income Loss
# Past Years

| Year | Portion of Year | Estimated Gross Earnings | Adjusted Income [(2) x (3) x 63.64%] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 2001 | 100% | $  5,215* | $      3,319 |
| 2002 | 100% | 143,194 | 91,128 |
| 2003 | 100% | 145,843 | 92,814 |
| 2004 | 100% | 148,541 | 94,531 |
| 2005 | 100% | 151,289 | 96,280 |
| 2006 | 100% | 154,088 | 98,061 |
| 2007 | 100% | 156,938 | 99,876 |
| 2008 | 100% | 159,842 | 101,723 |
| 2009 | 100% | 162,799 | 103,605 |
| 2010 | 100% | 165,811 | 105,522 |
| 2011 | 100% | 168,878 | 107,474 |
| 2012 | 100% | 172,002 | 109,462 |
| 2013 | 100% | 175,184 | 111,487 |
| 2014 | 100% | 178,425 | 113,550 |
| 2015 | 100% | 181,726 | 115,650 |
| 2016 | 75% | 185,088 | 88,343 |
| | | **Total:** | **$ 1,532,827** |

* projected earnings ($140,593) less actual earnings ($135,378)

-5-

**Sobel•Tinari**
**Economics**
**Group**

# Future Years
# Yearly Increase & Present Value

Growth Rate: 3.8%[8]
Discount Rate: 2.75%[9]

# Adjusted Full-Time Income Loss
# Future Years

| Year | Portion of Year | Gross Earnings [@ 3.8%] | Adjusted Income [(2) x (3) x 63.64%] | Present Value [@ 2.75%] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 2016 | 25% | $ 185,088 | $ 29,448 | $ 29,448 |
| 2017 | 100% | 192,121 | 122,266 | 118,994 |
| 2018 | 100% | 199,422 | 126,912 | 120,210 |
| 2019 | 100% | 207,000 | 131,735 | 121,438 |
| 2020 | 100% | 214,866 | 136,741 | 122,679 |
| 2021 | 100% | 223,031 | 141,937 | 123,933 |
| 2022* | 29% | 231,506 | 42,726 | 36,308 |
| | | | Total: | $ 673,009 |

\* decedent's statistical date of retirement: April 14

---

[8]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author; and Principal Economic Assumptions, *2016 Annual Report to the Board of Trustees of the Federal Old-age and Survivors Insurance and Disability Insurance Trust Funds*, Table V.B1,http://www.ssa.gov/oact/tr/2016/V_B_econ.html.

[9]

Bond Yields and Interest Rates, 1947-2015, *Economic Report of the President*, February 2016, Table B-25, http://www.gpo.gov/fdsys/pkg/ERP-2016/pdf/ERP-2016.pdf, the Board of Governors of the Federal Reserve System, http://www.federalreserve.gov/ and other publically available data on interest rates.



# Pension Income

## Pension Benefits

1.1% of the "High-3" Average Salary x Years of Service[10]

|  |  |
|---:|:---|
| Service Date: | June 25, 1978 |
| Years of Service: | 43.83 |
| "high 3" Average Salary: | $217,335 |
| projected pension benefits: | $104,784 |
| contributions to pension plan: | 0.8% of salary[11] |

## Cost-of-Living Adjustment & Present Value

2% annual COLA[12]
Discount Rate: 3.25%

## Adjustments to Pension Income

| | |
|:---|---:|
| Gross Pension Benefit | 100.00% |
| x (1 - 37% personal consumption) | 63.00% |
| **= Adjusted Pension Factor (APF)** | **63.00%** |

---

[10]

U.S. Office of Personnel Management, Retirement, FERS Information,  Computation, www.opm.gov/retirement-services/fers-information/computation/.

[11]

Federal Employees Almanac 2016, *op. cit.*, p. 55.

[12]

Federal Employees Almanac 2016, *op. cit.*, p. 213.



# Pension Contributions

| Year (1) | Portion of Year (2) | Gross Earnings (3) | Contributions [(2) x (3) x 0.8%] (4) | Present Value [@ 2.75%] (5) |
|---|---|---|---|---|
| 2001 | 100% | $ 5,215 | $ 42 | $ 42 |
| 2002 | 100% | 143,194 | 1,146 | 1,146 |
| 2003 | 100% | 145,843 | 1,167 | 1,167 |
| 2004 | 100% | 148,541 | 1,188 | 1,188 |
| 2005 | 100% | 151,289 | 1,210 | 1,210 |
| 2006 | 100% | 154,088 | 1,233 | 1,233 |
| 2007 | 100% | 156,938 | 1,256 | 1,256 |
| 2008 | 100% | 159,842 | 1,279 | 1,279 |
| 2009 | 100% | 162,799 | 1,302 | 1,302 |
| 2010 | 100% | 165,811 | 1,326 | 1,326 |
| 2011 | 100% | 168,878 | 1,351 | 1,351 |
| 2012 | 100% | 172,002 | 1,376 | 1,376 |
| 2013 | 100% | 175,184 | 1,401 | 1,401 |
| 2014 | 100% | 178,425 | 1,427 | 1,427 |
| 2015 | 100% | 181,726 | 1,454 | 1,454 |
| 2016 | 100% | 185,088 | 1,481 | 1,481 |
| 2017 | 100% | 192,121 | 1,537 | 1,496 |
| 2018 | 100% | 199,422 | 1,595 | 1,511 |
| 2019 | 100% | 207,000 | 1,656 | 1,527 |
| 2020 | 100% | 214,866 | 1,719 | 1,542 |
| 2021 | 100% | 223,031 | 1,784 | 1,558 |
| 2022 | 29% | 231,506 | 537 | 456 |
| | | | **Total:** | **$ 27,729** |



# Loss of Pension Income

| Year | Portion of Year | Projected Pension Income [@ 2%] | Adjusted Yearly Loss [(2) x (3) x 63.0%] | Present Value [@ 3.25%] |
|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) |
| 2022 | 71% | $ 104,784 | $ 46,870 | $ 38,686 |
| 2023 | 100% | 106,879 | 67,334 | 53,827 |
| 2024 | 100% | 109,017 | 68,681 | 53,176 |
| 2025 | 100% | 111,197 | 70,054 | 52,532 |
| 2026 | 100% | 113,421 | 71,455 | 51,896 |
| 2027 | 100% | 115,689 | 72,884 | 51,268 |
| 2028 | 100% | 118,003 | 74,342 | 50,647 |
| 2029 | 100% | 120,363 | 75,829 | 50,034 |
| 2030 | 100% | 122,771 | 77,345 | 49,428 |
| 2031 | 100% | 125,226 | 78,892 | 48,830 |
| 2032 | 100% | 127,731 | 80,470 | 48,239 |
| 2033* | 10% | 130,285 | 8,208 | 4,765 |
| | | | subtotals: | $ 553,327 |
| | | | less required contributions: | $ (27,729) |
| | | | **Total:** | **$ 525,598** |

* statistical date of death: February 3



# Part-Time Earnings Base

## $3,500 in 2001 dollars

### [based on the W-2 Wage & Tax Statement for year 2001]

## Part-Time Projected Earnings
## Past Years

| Year | Yearly Increase[13] | Projected Yearly Earnings |
|------|---------------------|---------------------------|
| 2001 | - | $ 3,500 |
| 2002 | 2.0% | 3,570 |
| 2003 | 1.4% | 3,620 |
| 2004 | 3.2% | 3,736 |
| 2005 | 2.5% | 3,829 |
| 2006 | 3.8% | 3,975 |
| 2007 | 3.6% | 4,118 |
| 2008 | 3.9% | 4,278 |
| 2009 | 2.3% | 4,377 |
| 2010 | 1.1% | 4,425 |
| 2011 | 0.8% | 4,460 |
| 2012 | 0.0% | 4,460 |
| 2013 | 0.3% | 4,474 |
| 2014 | 1.1% | 4,523 |
| 2015 | 1.2% | 4,577 |
| 2016 | 0.6% | 4,605 |

---

[13]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, Education, Training, and Library Occupations, http://www.bls.gov/oes, percent calculated by author.



## Adjustments To Part-Time Earnings

| | |
|---|---|
| Gross Income Base | 100.00% |
| x Worklife Adjustment | 96.20% |
| x (1 - 4% unemployment factor)[14] | 96.00% |
| = Adjusted Earnings Base | 92.35% |
| x (1 - 37% personal consumption) | 63.00% |
| **= Adjusted Income Factor** | **58.18%** |

---

[14]

U.S. Dept of Labor, Bureau of Labor Statistics, Labor Force Statistics including the National Unemployment Rate (Current Population Survey - CPS), unemployment rate by age, all males, www.bls.gov/cps, average calculated by author.

-11-



# Adjusted Part-Time Income Loss
# Past Years

| Year | Portion of Year | Estimated Gross Earnings | Adjusted Income (2) x (3) x 58.18% |
|------|-----------------|--------------------------|------------------------------------|
| (1) | (2) | (3) | (4) |
| 2002 | 100% | $  3,570 | $    2,077 |
| 2003 | 100% | 3,620 | 2,106 |
| 2004 | 100% | 3,736 | 2,173 |
| 2005 | 100% | 3,829 | 2,228 |
| 2006 | 100% | 3,975 | 2,312 |
| 2007 | 100% | 4,118 | 2,396 |
| 2008 | 100% | 4,278 | 2,489 |
| 2009 | 100% | 4,377 | 2,546 |
| 2010 | 100% | 4,425 | 2,574 |
| 2011 | 100% | 4,460 | 2,595 |
| 2012 | 100% | 4,460 | 2,595 |
| 2013 | 100% | 4,474 | 2,603 |
| 2014 | 100% | 4,523 | 2,631 |
| 2015 | 100% | 4,577 | 2,663 |
| 2016 | 75% | 4,605 | 2,009 |
| | | **Total:** | $    **35,999** |

**Sobel ◆ Tinari**
**Economics**
**Group**

# Future Years

## Yearly Increase & Present Value

Growth Rate: 3.8%
Discount Rate: 2.75%

## Adjusted Part-Time Income Loss
## Future Years

| Year | Portion of Year | Gross Earnings [@ 3.8%] | Adjusted Income [(2) x (3) x 58.18%] | Present Value [@ 2.75%] |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 2016 | 25% | $ 4,605 | $ 670 | $ 670 |
| 2017 | 100% | 4,780 | 2,781 | 2,706 |
| 2018 | 100% | 4,961 | 2,886 | 2,734 |
| 2019 | 100% | 5,150 | 2,996 | 2,762 |
| 2020 | 100% | 5,346 | 3,110 | 2,790 |
| 2021 | 100% | 5,549 | 3,228 | 2,819 |
| 2022* | 29% | 5,759 | 972 | 826 |
| | | | Total: | $ 15,307 |

* decedent's statistical date of retirement: April 14

-13-

**Sobel•Tinari**
**Economics**
**Group**

# Household Services

## Hours

| Age of Decedent | Weekly Hours[15] | Yearly Hours | Time Period |
|---|---|---|---|
| under 65 | 14.08 | 732 | 09/11/01 - 01/02/18 |
| 65 to 74 | 13.02 | 677 | 01/03/18 - 01/02/28 |
| 75 & over | 10.97 | 570 | 01/03/28 - 02/03/33 |

---

15

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Table 8; and U.S. Department of Commerce, Current Population Reports, *Americans with Disabilities: 2010,* Household Economic Studies, Series P-70-131, Table D-1, issued July 2012.

-14-



# Wage Rate

| Year | Yearly Increase[16] | Estimated Hourly Rate |
|---|---|---|
| 2001 | - | $ 13.85 |
| 2002 | 2.3% | 14.17 |
| 2003 | 1.7% | 14.41 |
| 2004 | 2.2% | 14.73 |
| 2005 | 2.3% | 15.07 |
| 2006 | 3.3% | 15.57 |
| 2007 | 3.4% | 16.10 |
| 2008 | 3.1% | 16.60 |
| 2009 | 2.4% | 16.99 |
| 2010 | 2.0% | 17.33 |
| 2011 | 1.8% | 17.65 |
| 2012 | 0.8% | 17.79 |
| 2013 | 1.0% | 17.96 |
| 2014[17] | 1.2% | 18.18 |
| 2015 | 1.8% | 18.51 |
| 2016 | 1.2% | 18.73 |

---

[16]

U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author.

[17]

The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Tables 8 and 229.



# Loss of Household Services
## Past Years

| Year | Portion of Year | Yearly Hours | Hourly Wage | Total Value [(2) x (3) x (4)] |
|------|-----------------|--------------|-------------|-------------------------------|
| (1) | (2) | (3) | (4) | (5) |
| 2001 | 30% | 732 | $13.85 | $    3,043 |
| 2002 | 100% | 732 | 14.17 | 10,377 |
| 2003 | 100% | 732 | 14.41 | 10,553 |
| 2004 | 100% | 732 | 14.73 | 10,785 |
| 2005 | 100% | 732 | 15.07 | 11,033 |
| 2006 | 100% | 732 | 15.57 | 11,398 |
| 2007 | 100% | 732 | 16.10 | 11,785 |
| 2008 | 100% | 732 | 16.60 | 12,150 |
| 2009 | 100% | 732 | 16.99 | 12,442 |
| 2010 | 100% | 732 | 17.33 | 12,691 |
| 2011 | 100% | 732 | 17.65 | 12,919 |
| 2012 | 100% | 732 | 17.79 | 13,023 |
| 2013 | 100% | 732 | 17.96 | 13,153 |
| 2014 | 100% | 732 | 18.18 | 13,311 |
| 2015 | 100% | 732 | 18.51 | 13,550 |
| 2016 | 75% | 732 | 18.73 | 10,285 |
| | | | Total: | $ 182,498 |

-16-



# Yearly Increase & Present Value

Growth Rate: 3.9%
Discount Rate: 3.25%

## Loss of Household Services
## Future Years

| Year | Portion of Year | Yearly Hours | Hourly Wage [@ 3.9%] | Total Value [(2) x (3) x (4)] | Present Value [@ 3.25%] |
|------|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) | (6) |
| 2016 | 25% | 732 | $18.73 | $  3,428 | $    3,428 |
| 2017 | 100% | 732 | 19.46 | 14,248 | 13,799 |
| 2018 | 1% | 732 | 20.22 | 148 | 139 |
| 2018* | 99% | 677 | 20.22 | 13,556 | 12,716 |
| 2019 | 100% | 677 | 21.01 | 14,227 | 12,925 |
| 2020 | 100% | 677 | 21.83 | 14,782 | 13,007 |
| 2021 | 100% | 677 | 22.68 | 15,358 | 13,089 |
| 2022 | 100% | 677 | 23.56 | 15,957 | 13,171 |
| 2023 | 100% | 677 | 24.48 | 16,580 | 13,254 |
| 2024 | 100% | 677 | 25.44 | 17,226 | 13,337 |
| 2025 | 100% | 677 | 26.43 | 17,898 | 13,421 |
| 2026 | 100% | 677 | 27.46 | 18,596 | 13,506 |
| 2027 | 100% | 677 | 28.53 | 19,322 | 13,591 |
| 2028 | 1% | 677 | 29.64 | 201 | 137 |
| 2028* | 99% | 570 | 29.64 | 16,737 | 11,403 |
| 2029 | 100% | 570 | 30.80 | 17,566 | 11,590 |
| 2030 | 100% | 570 | 32.00 | 18,251 | 11,663 |
| 2031 | 100% | 570 | 33.25 | 18,963 | 11,737 |
| 2032 | 100% | 570 | 34.54 | 19,702 | 11,811 |
| 2033^ | 10% | 570 | 35.89 | 2,047 | 1,188 |
| | | | | Total: | **$208,913** |

* decedent's 65th and 75th birthday: January 3
^ decedent's statistical date of death: February 3

-17-

**Sobel ◆ Tinari**
**Economics**
**Group**

# Summary

| Past Years | Future Years | Total | Component of Analysis |
|---|---|---|---|
| $    1,532,827 | $     673,009 | $     2,205,836 | adjusted full-time income |
| - | 525,598 | 525,598 | adjusted pension income |
| 35,999 | 15,307 | 51,306 | adjusted part-time income |
| 182,498 | 208,913 | 391,411 | household services |
| **$ 1,751,324** | **$ 1,422,827** | **$ 3,174,151** | **total present value of loss** |

**Sobel ♦ Tinari**
**Economics**
**Group**



August 29, 2016

Dorothea M. Capone, Esq.
BAUMEISTER & SAMUELS, P.C.
140 Broadway, 46th Floor
New York, New York 10005

**Re: <u>Sean Rooney</u>**

Dear Ms. Capone:

Sobel Tinari Economics Group was retained to evaluate economic damages as a result of the death of Sean Rooney. Background facts regarding the decedent and family were provided in a packet of documents pursuant to this matter.

Sobel Tinari Economics had been previously retained by Baumeister & Samuels, P.C. to evaluate decedent's economic damages. This analysis serves as an update, as of this date, of the present value of economic losses incurred by decedent's family members in this matter. We have calculated plaintiff's projected earnings and pension benefits through Mr. Rooney's statistical date of retirement (December 7, 2016). Household services are projected to Ms. Eckert's actual date of death (February 12, 2009). Within a reasonable degree of economic certainty, and based on the facts and analysis attached to this letter, it is our professional opinion that the total present value of the past and future pecuniary damages resulting from the death of Sean Rooney amounts to **$1,156,375**.

This amount does not take into account the ramifications of intangible, non-economic losses such as human suffering, love, emotional feelings, or consortium that may have been experienced by decedent and decedent's family members.

The detailed calculations are shown in the tables attached to this letter.

Reply to:

293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
Tel 973.992.1800
Fax 973.994.1571

www.sobeltinarieconomics.com

112 West 34th Street, 18th Floor
New York, NY 10120
Tel 212.201.0938
Fax 212.201.0937

**BAUMEISTER & SAMUELS, P.C. / Rooney**
**August 29, 2016**
**page 2**

The preceding findings are based on information provided to us as of this date. They are subject to revision should additional information be forthcoming that would change any facts or assumptions upon which this analysis rests.

We trust that you will find the report clear and informative. Should you have any additional questions, or wish to explore any aspect of our findings in more detail, please do not hesitate to contact us. Our current Qualifications Profiles are appended.

Lastly, we certify that the Sobel Tinari Economics Group has received, thus far, $0 compensation for preparation of an updated report for Sean Rooney. As of this date, an outstanding balance of $2,000 is due. Our services are billed according to our Professional Fees, a copy of which is attached to this letter.

Sincerely,

Kristin Kucsma, M.A.

Kenneth T. Betz, MBA, M.A.

# Sean Rooney

born: February 15, 1951

died: September 11, 2001

age: 50.57 years

statistical retirement: 65.81 years (December 7, 2016)[1]

worklife ratio: 84.8%[2]

life expectancy: 80.27 years (May 24, 2031)[3]

residence: Stamford, Connecticut

education: some college, no degree

employer: Aon Service Corporation

position: Vice President for Risk Management Services[4]

spouse: Beverly Eckert (born: 05/29/51)

spouse's date of death: February 12, 2009 (age 57.71)

---

[1]   Gary R. Skoog and James E. Ciecka, "Probability Mass Functions for Years to Final Separation from the Labor Force Induced by the Markov Model," *Journal of Forensic Economics*, 16(1), 2003, pp. 51-86, by interpolation.

[2]   Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Journal of Forensic Economics, Volume 22, No. 2, August 2011, pp. 183-190, by interpolation.

[3]   National Vital Statistics Reports, Volume 64, No. 11, United States Life Tables, 2011, Tables 2 and 3, September 22, 2015, http://www.cdc.gov/nchs/data/nvsr/nvsr64/nvsr64_11.pdf.

[4]   The New York Times, Beverly Eckert, Leader of Families of 9/11 Victims, Dies at 57, http://www.nytimes.com/2009/02/14/nyregion/14eckert.html, dated February 14, 2009.



# Components of Analysis

1. adjusted income
2. pension income
3. household services



## Earnings History[5]

| Year | W-2 Earnings |
|---|---|
| 1999 | $76,019 |
| 2000 | 78,699 |
| 2001* | 72,698 |

## Salary History[6]

| Year | Base Salary | Calendar Year Bonus |
|---|---|---|
| January 15, 1997 | $   71,933 | |
| June 29, 1998 | 74,091 | $    1,500 |
| June 27, 1999 | 76,314 | 1,500 |
| June 25, 2000 | 79,367 | 1,500 |
| June 24, 2001* | 82,145 | 2,000 |

* date of death: September 11

## Earnings Base

$82,820 in 2001 dollars

[weighted average of 2001 salary plus
assumed annual bonus of $2,000]

---

[5]

personal income tax returns and W-2 Wage and Tax Statements

[6]

decedent's Aon employment records, p. 1.



# Projected Earnings
# Past Years

| Year | Yearly Increase[7] | Projected Yearly Earnings |
|---|---|---|
| 2001 | - | $82,820 |
| 2002 | 4.5% | 86,547 |
| 2003 | 5.6% | 91,394 |
| 2004 | 5.0% | 95,963 |
| 2005 | 4.3% | 100,090 |
| 2006 | 4.3% | 104,393 |
| 2007 | 4.3% | 108,882 |
| 2008 | 3.8% | 113,020 |
| 2009 | 1.9% | 115,167 |
| 2010 | 2.4% | 117,931 |
| 2011 | 1.6% | 119,818 |
| 2012 | 1.1% | 121,136 |
| 2013 | 1.8% | 123,317 |
| 2014 | 1.7% | 125,413 |
| 2015 | 1.3% | 127,043 |
| 2016 | 1.5% | 128,949 |

---

[7] U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, Management Occupations, http://www.bls.gov/oes, percent calculated by author.

-4-



# Adjustments to Earnings

|  | Through 2008 | 2009 Thereafter |
|---|---|---|
| Gross Income Base | 100.00% | 100.00% |
| x Worklife Adjustment | 84.80% | 84.80% |
| x (1 - 3.8% unemployment factor)[8] | 96.20% | 96.20% |
| = Adjusted Earnings Base | 81.58% | 81.58% |
| x (1 + 5.3%, 6% fringe benefits)[9] | 105.30% | 106.00% |
| = Fringe-Adjusted Earnings | 85.90% | 86.47% |
| x (1 - 37% personal consumption)[10] | 63.00% | 63.00% |
| **= Adjusted Income Factor** | **54.12%** | **54.48%** |

---

[8]

U.S. Dept of Labor, Bureau of Labor Statistics, Labor Force Statistics including the National Unemployment Rate (Current Population Survey - CPS), unemployment rate by age, all males, www.bls.gov/cps, average calculated by author; and State of New York, Department of Labor, Unemployment Insurance, http://www.labor.state.ny.us/ui/claimantinfo/beforeyouapplyfaq.shtm

[9]

Aon Savings Plan, dated 1/2001; and decedent's Aon employment records, pp. 1 & 3; and Forms 11-K, fiscal years ending December 31, 2009 and 2015.

[10]

The method used to generate personal consumption rates is outlined in a paper entitled "A Preliminary and Simplified Method for Establishing the Personal Consumption Deduction from Decedent-Only Earnings", by Frank D. Tinari, Ph.D. and Stephen B. Levinson, Ph.D., presented at the Eastern Economic Association Annual Conference, National Association of Forensic Economics session, New York City,  February 26, 2011, Table 1.



# Adjusted Income
# Past Years

| Year | Portion of Year | Estimated Gross Earnings | Adjusted Income [(2) x (3) x 54.12% / 54.48%] | Cumulative Income |
|------|-----------------|--------------------------|-----------------------------------------------|-------------------|
| (1) | (2) | (3) | (4) | (5) |
| 2001 | 100% | $   10,122* | $    5,478 | $    5,478 |
| 2002 | 100% | 86,547 | 46,839 | 52,317 |
| 2003 | 100% | 91,394 | 49,462 | 101,779 |
| 2004 | 100% | 95,963 | 51,935 | 153,715 |
| 2005 | 100% | 100,090 | 54,169 | 207,883 |
| 2006 | 100% | 104,393 | 56,498 | 264,381 |
| 2007 | 100% | 108,882 | 58,927 | 323,308 |
| 2008 | 100% | 113,020 | 61,166 | 384,474 |
| 2009^ | 100% | 115,167 | 62,743 | 447,218 |
| 2010 | 100% | 117,931 | 64,249 | 511,467 |
| 2011 | 100% | 119,818 | 65,277 | 576,744 |
| 2012 | 100% | 121,136 | 65,995 | 642,739 |
| 2013 | 100% | 123,317 | 67,183 | 709,921 |
| 2014 | 100% | 125,413 | 68,325 | 778,247 |
| 2015 | 100% | 127,043 | 69,213 | 847,460 |
| 2016# | 94% | 128,949 | 66,036 | **913,496** |

\*   projected earnings ($82,820) less actual earnings ($72,698)
^   spouse's date of death: February 12
#   statistical date of retirement: December 7

-6-



# Pension Income[11]

Prior Service Benefit + Future Service Benefit = Annual Normal Retirement Benefit

## Prior Service Benefit

Accrued Benefit x (Final Average Earnings at Date of Termination ÷ Final Average Earnings as of 12/31/1997)

## Future Service Benefit

1.15% x Final Average Earnings x Years of Service after 1/1/98

+

0.45% x Final Average Earnings in excess of Covered Compensation x Years of Service after 1/1/98

---

[11]

Aon Pension Plan - Summary Plan Description, undated, p. 10

-7-



# Pension Inputs

|                                         |                    |
|----------------------------------------:|:-------------------|
| Service Date:                           | September 7, 1993  |
| Accrued Benefit as of 12/31/97:         | $3,031             |
| "Final Average Earnings" as of 12/31/97: | $67,120           |
| "Final Average Earnings" as of 4/1/09[12]: | $104,470        |
|                                         |                    |
| Adjusted Accrued Benefit as of 12/31/97: | $4,718            |
| Years of Service after 1/1/98:          | 11.25              |
| Covered Compensation[13]:               | $53,954            |

# Projected Pension Benefit

|                                    |           |
|-----------------------------------:|:----------|
| Prior Service Benefit:             | $   4,718 |
| Future Service Benefit (1.15%):    | 13,516    |
| Future Service Benefit (0.45%):    | 2,557     |
| **Total Pension Benefit:**         | **$ 20,791** |

---

[12]

Calculated by author, based on the average of the plaintiff's 2004 to 2008 estimated gross earnings.

[13]

Average of Historical Social Security Historical and Benefit bases - Social Security Administration, 1974-2008., https://www.ssa.gov/OACT/COLA/cbb.html.



# Present Value

## Discount Rate: 3.25%[14]

## Adjustments to Pension Income

| | |
|---|---|
| Gross Pension Benefit | 100.00% |
| x (1 - 37% personal consumption) | 63.00% |
| **= Adjusted Pension Factor (APF)** | **63.00%** |

---

[14]

Bond Yields and Interest Rates, 1947-2015, *Economic Report of the President*, February 2016, Table B-25, http://www.gpo.gov/fdsys/pkg/ERP-2016/pdf/ERP-2016.pdf, the Board of Governors of the Federal Reserve System, http://www.federalreserve.gov/ and other publically available data on interest rates.



# Pension Income

| Year | Portion of Year | Projected Pension Income | Adjusted Yearly Income [(2) x (3) x 63.0%] | Present Value [@ 3.25%] |
|------|-----------------|--------------------------|--------------------------------------------|-------------------------|
| (1) | (2) | (3) | (4) | (5) |
| 2016 | 6% | $ 20,791 | $ 786 | $ 786 |
| 2017 | 100% | 20,791 | 13,098 | 12,686 |
| 2018 | 100% | 20,791 | 13,098 | 12,287 |
| 2019 | 100% | 20,791 | 13,098 | 11,900 |
| 2020 | 100% | 20,791 | 13,098 | 11,525 |
| 2021 | 100% | 20,791 | 13,098 | 11,162 |
| 2022 | 100% | 20,791 | 13,098 | 10,811 |
| 2023 | 100% | 20,791 | 13,098 | 10,471 |
| 2024 | 100% | 20,791 | 13,098 | 10,141 |
| 2025 | 100% | 20,791 | 13,098 | 9,822 |
| 2026 | 100% | 20,791 | 13,098 | 9,513 |
| 2027 | 100% | 20,791 | 13,098 | 9,213 |
| 2028 | 100% | 20,791 | 13,098 | 8,923 |
| 2029 | 100% | 20,791 | 13,098 | 8,643 |
| 2030 | 100% | 20,791 | 13,098 | 8,370 |
| 2031* | 40% | 20,791 | 5,239 | 3,243 |
| | | | Total: | $ 149,497 |

* statistical date of death: May 24



# Household Services

## Hours

| Age of Decedent | Weekly Hours[15] | Yearly Hours | Applicable Time Period |
|---|---|---|---|
| under 65 | 14.08 | 732 | 09/11/01 - 02/12/09 |

## Wage Rate

| Year | Yearly Increase[16] | Estimated Hourly Rate |
|---|---|---|
| 2001 | - | $15.68 |
| 2002 | 2.3% | 16.04 |
| 2003 | 1.7% | 16.32 |
| 2004 | 2.2% | 16.68 |
| 2005 | 2.3% | 17.06 |
| 2006 | 3.3% | 17.62 |
| 2007 | 3.4% | 18.22 |
| 2008 | 3.1% | 18.79 |
| 2009 | 2.4% | 19.24 |
| 2010 | 2.0% | 19.62 |
| 2011 | 1.8% | 19.97 |
| 2012 | 0.8% | 20.13 |
| 2013 | 1.0% | 20.34 |
| 2014[17] | 1.3% | 20.60 |

[15]
The Dollar Value of a Day, Time Diary Analysis, 2014 Dollar Valuation, Expectancy Data Corp., Shawnee Mission, KS, 2015, Table 8.

[16]
U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics (OES), Median Hourly Earnings, All Occupations, http://www.bls.gov/oes, percent calculated by author.

[17]
The Dollar Value of a Day, *op. cit.*, Tables 8 and 229.



# Loss of Household Services
# Past Years

| Year | Portion of Year | Yearly Hours | Hourly Wage | Total Value [(2) x (3) x (4)] |
|------|------|------|------|------|
| (1) | (2) | (3) | (4) | (5) |
| 2001* | 30% | 732 | $ 15.68 | $ 3,445 |
| 2002 | 100% | 732 | 16.04 | 11,746 |
| 2003 | 100% | 732 | 16.32 | 11,946 |
| 2004 | 100% | 732 | 16.68 | 12,209 |
| 2005 | 100% | 732 | 17.06 | 12,490 |
| 2006 | 100% | 732 | 17.62 | 12,902 |
| 2007 | 100% | 732 | 18.22 | 13,341 |
| 2008 | 100% | 732 | 18.79 | 13,754 |
| 2009^ | 11% | 732 | 19.24 | 1,549 |
| | | | Total: | $ 93,382 |

\* date of death: September 11
^ spouse's date of death: February 12



# Summary

| Present Value | Component of Analysis |
|---|---|
| $      913,496 | adjusted income |
| 149,497 | loss of pension income |
| 93,382 | household services |
| **$  1,156,375** | **total present value of loss** |



*Qualifications Profile*

**Kristin Kucsma, M.A.**

KKucsma@SobelTinariEconomics.com
SOBEL TINARI ECONOMICS GROUP
293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
973-992-1800

## Education

ABD in Economics, Rutgers University, New Brunswick, NJ
M.A. in Economics, Rutgers University, New Brunswick, NJ (1993)
B.A. in Economics / English Minor, Seton Hall University, South Orange, NJ, *summa cum laude*
(1991)

## Fields of Specialization

Applied Microeconomic Theory, American Economic History, Monetary History of the United States, Macroeconomic Theory and Business Cycles, Banking Structure and Regulation

## Honors and Awards

Recognition Award, #1 Economic Expert, New York Law Journal, 2014 and 2015
"5.0" Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2003-04.
Teaching Commendation Award, Stillman School of Business, Seton Hall University, 2002-2003, 2001-2002.
Recognition Award, Educational Opportunity Program, Seton Hall University, 2003
Professor of the Year Award, Alpha Kappa Psi, Seton Hall University, 2002-2003, 2001-2002.
President's Award for Student Services, Seton Hall University, 2001
The Faculty Pirate Pride Award, Seton Hall University, 2000-2001
Feature of Faculty Profile, Seton Hall University Magazine, 2001

## Positions Held

Principal of the Firm, Sobel & Co., January 1, 2016 - present
        In addition to my responsibilities as Managing Director and Senior Economist of the Sobel Tinari Economics Group (STEG), a wholly owned subsidiary of Sobel & Co., I represent and lead STEG as a division of Sobel & Co.



## Kristin Kucsma, M.A.

## Positions Held (cont'd)

Managing Director (since July 2014) and Senior Economist, Sobel Tinari Economics Group, January 2008 - present
> *Primary responsibilities:* oversee the day-to-day operations of the group; analyze data, prepare reports, and provide expert testimony; manage our team of economists, analysts and research assistants and collaborate on the group's more complex cases; perform independent and co-authored research, present at national and regional conferences, regularly teach CLEs and lead other seminars, and serve as an active participant in the field of forensic economics.

President, Bull and Bear Consulting, September 2006 - December 2007
> Review portfolios of equities, fixed-income securities and mutual funds for clients; manage financial assets for several high-end clients; advise clients and refer them to specialists regarding long-term care, supplemental health insurance and a variety of trusts including qualified personal residential and generation skipping trusts.

Lecturer, Department of Economics, Drew University, September 2004 – August 2006
> *Courses Taught:* Money, Banking and the Macroeconomy; Principles of Microeconomics; Principles of Macroeconomics; Intermediate Macroeconomic Analysis; and Mergers and Manias: The Business of Banking

Faculty Associate, Department of Economics, Seton Hall University, Sept. 1999 - July 2004
> *Graduate Courses Taught:* The National Economy (MBA Level Macro); HUB 1 (Blend of Economics and Corporate Finance)**;** *Undergraduate Courses Taught:* Principles of Microeconomics; Principles of Macroeconomics; Money and Banking; Intermediate Microeconomic Theory; Government and Business; Labor Economics; Small Scale Technology; and Economics in Our Nation's Capital.

Program Coordinator for Economic History Sessions, Eastern Economic Association, 2005 - 2007.

Faculty Advisor to Omicron Delta Epsilon, the International Honor Society in Economics, Drew University and Seton Hall University, September 1999 – August 2006

Faculty Advisor for the Fed Challenge, Seton Hall University and the Federal Reserve Bank of New York, 2002-2004

Co-chair and Project Coordinator for University Retention Committee, Seton Hall University, December 2000 – July 2004

Adjunct Lecturer, Department of Economics, Seton Hall University, 1998 – 1999

Adjunct Lecturer, Department of Economics, Drew University, 1997 – 1999

Instructor, Department of Economics, Saint Peter's College, on-campus as well as at corporate satellite centers, 1995 – 1998

Instructor, Department of Economics, Rutgers University, New Brunswick NJ, 1992 – 1995

Teaching Assistant, Department of Economics, Rutgers University, New Brunswick NJ, 1991 – 1992



## Kristin Kucsma, M.A.

### Professional Activities

National Association of Forensic Economics, Chairperson, Software Committee,
2015- present
Member, District Ethics Committee, Office of Attorney Ethics of the Supreme Court of New
Jersey, 2010 - present
National Association of Forensic Economics, 2010 - present
Member, Eastern Economic Association, 1997 - present
Member, Conference Organizing Committee, Eastern Economic Association, 2006
Co-Developer of Revised Business Writing Course, Stillman School of Business, Seton Hall
University, 2003 – 04.
Member, CDI-7: Writing Intensive Workshop for Business, Seton Hall University, 2003 – 04.
Designer of Various Question/Answer Duos for Sophomore Assessment, Stillman School of
Business, Seton Hall University, 2001 – 2004
Topics included the "Congested Parks Dilemma", the impact on the US economy of
tobacco litigation, issues of market structure with respect to TIVO, the blackout of
August 2003 that affected the northeast United States and the Martha Stewart litigation
Guest Speaker, National Council of Negro Women, Seton Hall University, February 2004

### Publications

"How to Distinguish Between a Forensic Economist and an Accountant and Why it Matters
When Evaluating Economic Damages", *The New Jersey Law Journal*, 2014 How-To
Guide.
"How to Make Sure Your Economic Expert is Prepared for Cross-Examination", *The New Jersey
Law Journal*, 2013 How-To Guide.
"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State   of
New Jersey," co-authored with Frank D. Tinari, *Journal of Forensic Economics*, 21(2),
June 2010, pp. 219-234,
http://www.JournalofForensicEconomics.com/doi/pdf/10.5085/jfe21.2.219.
"State's Housing Rules Ignore Needs of Immigrants," co-authored with Frank D. Tinari, *Daily
Record*, Morris County, NJ, August 30, 2009. (Note: article title is what is available
electronically; newsprint copy is titled: "COAH Rules Hurt Immigrants.")
White paper: Is Affordable Housing the Remedy to Perceived Discrimination Against
Immigrants?, co-authored with Frank D. Tinari, prepared for the Community Forum on
Immigration and Education Issues, convened by the New Jersey State Advisory
Committee to the United States Commission on Civil Rights, May 2009.
"COAH Research is Full of Short-comings," co-authored with Frank D. Tinari, *Newark Star-
Ledger*, April 1, 2009.
"Companionship, Advice, and Counsel Services," co-author, Section 640 of Chapter 6, The
Value of Household Services, of *Determining Economic Damages,* by Gerald D. Martin,
Ph.D., Costa Mesa, Ca: James Publishing, Inc., July 2008, pp. 6-7 - 6-11.



**Kristin Kucsma, M.A.**

**Publications (cont'd)**

Wrote entries for *barter, cost of information, demand, the discount rate, the functions of money, price floors and ceilings and profit maximization* for <u>Encyclopedia of Capitalism</u>, Dr. Syed B. Hussain, editor, Golson Books, Ltd., published 2004

**Papers Presented**

"A Comprehensive Assessment of Economic Damages in Wrongful Death Matters: Focus on On-call Services", Seminar sponsored by the Pennsylvania Association for Justice, P.A., Philadelphia PA, October 2015

"The Crisis in Economics Education and Its Impact on Political Participation and Economic Growth", The American Monetary Institute Monetary Reform Conference, Chicago IL, September 2006

"A Picture Comes into Focus: A Reexamination of the Crisis of 1877-78", Eastern Economic Association Conference, Philadelphia PA, February 2006

"The Opportunity Cost of Undervaluing Core Concepts in Macroeconomics Courses", Eastern Economic Association Conference, Philadelphia PA, February 2006

"A Framework for Teaching Money and Banking in a Liberal Arts Setting", as part of a panel discussion with Mary Lesser and Steven Cechetti, Eastern Economic Association Conference, New York NY, February 2005

"Portrait of a Panic: The Crisis of 1877", Eastern Economic Association Conference, Washington DC, February 2004

"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its Impact on the Potential Efficiency of Banks in the United States", Eastern Economic Association Conference, New York NY, February 2003

"Celebrating Economics as a Social Science", 14th Annual Conference on Teaching Economics: Instruction and Classroom Based Research at Robert Morris University, Moon Township PA, February 2003

"Deciphering the Mystery of Medieval Debasement", Eastern Economic Association Conference, New York NY, February 2001

**Comments, Notes and Reviews**

Review for publisher of Laurence Ball's *Money and Banking* textbook, 2003 - 2004

Referee, "A Test of the Purchasing Power Parity Concept Including the Law of One Price and Its Applicability in International Business", *Journal of Applied Management,* South Orange, New Jersey, 1999



## Kristin Kucsma, M.A.

## Other Conference Activities

Session Organizer for Undergraduate Panel: "Tax Reform in the US: Is A Consumption Tax the Answer?" Eastern Economic Association Conference, Philadelphia PA, February 2006

Discussant for two panels: "Topics in Economic History" and "Teaching and Learning Economics: Achieving Desired Outcomes", Eastern Economic Association Conference, Philadelphia, February 2006

Discussant for two panels: "Personal Behavior: Time, Money, Risk and Trust" and "Lessons From the Past: Money, Trade and Wages", Eastern Economic Association Conference, New York NY, February 2001

Discussant for panel on "Political and Economic Transformations", Northeastern Political Science Association and International Studies Association Conference, Philadelphia PA, November 1999

"A Picture Comes Into Focus: A Reexamination of the Crisis of 1877-78", Work in Progress

"The Opportunity Cost of Undervaluing Core Concepts in Undergraduate Macroeconomics Courses", February 2006

"Regulation of the US Banking Industry in the Aftermath of the Great Depression", Work in Progress, 2004

"Increasing the Marginal Utility Derived From An Economics Course Through Experiential Education", Work in Progress, 2004

"Betrayed by the FDIC? A Preliminary Examination of the D'Oench, Duhme Doctrine and Its Impact on the Potential Efficiency of Banks in the United States", 2001


## Speaking Engagements

"Direct and Cross Examination of Economic, Vocational and Life Care Planning Experts in the Catastrophic Injury Case: Use of Demonstrative Evidence", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 16, 2016.

"Current Developments in Testimony for the Defense: a Panel Discussion", Panelist, sponsored by the National Association of Forensic Economics at the Eastern Economic Association Conference, Washington, D.C., February 27, 2016.

"Presenting the Economist at Trial – A Live Demonstration with Expert" and "Panel Discussion on the Finer Points of Direct Examination", program co-presenter, sponsored by the New Jersey Association for Justice: Six Concurrent Seminars, New Brunswick, New Jersey, February 6, 2016.

"Valuing Economic Damages in Wrongful Death Cases", CLE program presenter,
    sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, November 17, 2015.

"Deposing Your Economic Expert", Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, November 9, 2015.

"Recent Developments in Assessing Economic Damages", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 29, 2015.



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

An Introduction to Economic Damages", CLE program co-presenter, sponsored by Union County Bar Association, Summit, New Jersey, October 27, 2015.

"Masters in Trial Tactics: How to Maximize Your Damages", CLE program co-presenter, sponsored by Pennsylvania Association for Justice, P.A., Philadelphia, Pennsylvania, October 22, 2015.

"Valuing Economic Damages in Cases Involving Catastrophic Injury", CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, October 13, 2015

"Valuing Economic Damages in Medical Malpractice Cases in New York" CLE program co-presenter, sponsored by NYLJ, Union League, New York, October 9, 2015.

"Introduction to Economic Damages", CLE program presenter, sponsored by Sobel Tinari Economics Group, Livingston, New Jersey, September 16, 2015.

"Valuing Economic Damages in Wrongful Death Cases", CLE program co-presenter, sponsored by the New Jersey Association for Justice,  Boardwalk Seminar, Atlantic City, New Jersey, May 1, 2015.

"Valuing Economic Damages in Employment Law Cases", CLE program co-presenter, sponsored by the Legal Intelligencer, Philadelphia, Pennsylvania, April 10, 2015.

"Telling the Damages Story: Effectively Proving Damages at Trial", CLE program presenter, sponsored by the New York State Academy of Trial Lawyers, New York, NY, April 30 and April 31, 2015.

"Building the House of Damages: Using a Vocational Expert, Life Care Planner, and Economist", CLE program presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 26, 2015.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases", CLE program presenter, sponsored by the NJAJ Pines Manor, Four Concurrent Seminars, Edison, New Jersey, February 28, 2015.

"Valuing Economic Damages in Wrongful Death Cases", CLE program co-presenter, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.

"Valuing Economic Damages in Catastrophic Injury Cases", CLE program presenter, sponsored by the Gloucester County Legal Education Association, Mantua Township, New Jersey, November 22, 2014.

"Integrating Vocational Experts and Economics in Documenting Damages in Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October  23, 2014.

"Economic Damages, Proving Loss With Life Care Planners", Vocational Experts and Economists in Personal Injury and Medical Malpractice Cases , CLE program co-presenter, sponsored by NYSTLA Management, Inc., New York, New York, May 20 and 28, 2014.

"Use of an Economist in Litigated Matters", Hudson County Inn of Court, Hudson County Community College Culinary Conference Center, Jersey City, New Jersey, April 21, 2014.



## Kristin Kucsma, M.A.

### Speaking Engagements (cont'd)

"The Use of a Vocational Expert/Life Care Planner and Economist in Assessing Damages in Child and Adult Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 20, 2014.

"How To Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases", Clifford Inn of Court, Brownstone, Paterson, NJ, February 4, 2014.

"Documenting Vocational and Economic Damages in Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Mount Laurel, New Jersey, December 11, 2013.

"How to Effectively Quantify Economic Damages in Personal Injury and Medical Malpractice Cases", CLE program co-presenter, sponsored by Comprehensive Medical Case Management, Inc., Philadelphia, July 30, 2013.

"The Economist's Role: Lost Profits & Employment Litigation", CLE program co-presenter, sponsored by the New Jersey Law Journal, Edison, NJ, May 1, 2013.

"The Economist's Role: Lost Profits & Employment Litigation", CLE program co-presenter, sponsored by the New Jersey Law Journal, Florham Park, NJ, April 10, 2013.

"Documenting Vocational & Economic Damages in Catastrophic Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, March 14, 2013. (video)

"Measuring Lost Profits", Worrall F. Mountain American Inn of Court, Morristown, NJ, October 22, 2012.

"Proving Damages to the Jury", CLE program co-presenter, sponsored by New York State Academy of Trial Lawyers, October 23, 2012.

"Using an Economist to Prove Damages in Non-Catastrophic Personal Injury Cases", CLE program co-presenter, sponsored by CMCS Management, Inc., Saddle Brook, New Jersey, October 11, 2012. (video taped).

"Some Key Issues in the Use of Economic Experts", co-presenter, *Litigation Summit*, Philadelphia, September 13, 2012. (audio/video taped)

Mock Trial, participant (economic expert for plaintiff), CLE program sponsored by New Jersey Law Center, New Brunswick, NJ, July 11, 2012.

"Valuing Economic Damages in Matters Involving Employment Litigation", Brennan/Vanderbilt Inn of Court, East Hanover, NJ, June 25, 2012.

"Proof of Damages in a Wrongful Death Case" at the "Proving Damages in Personal Injury Cases: How BIG is Your Case?" seminar, sponsored by the Gann Legal Education Foundation, Renaissance Woodbridge in Iselin, New Jersey, April 22, 2011.

"How Outstanding Plaintiff Lawyers Build Their Case on Damages - and How Effective Defense Lawyers Can Destroy It", Obstetric Malpractice: Cutting-Edge Techniques for Bringing and Defending Perinatal Brain Injury Cases, national conference, continuing education seminar, Chicago, IL, November 9 - 11, 2009.

"Deposition of an Economist from the Witness' Viewpoint", Taking and Defending Effective Depositions in New York, continuing education seminar, New York, NY, March 12, 2009.

"The Role of the Economist in Assessing Damages for Defendants", with co-presenter Frank D.



**Kristin Kucsma, M.A.**

**Speaking Engagements (cont'd)**

Tinari, Ph.D., GEICO, Huntington, NY, July 31, 2008.

"Economic and Statistical Issues in Assessing Damages", with co-presenter Frank D. Tinari,
   Ph.D., LUM DRASCO & POSITAN, Roseland, NJ, June 2, 2008.

"Economic Damages: Overlooked Elements in Personal Injury and Wrongful Death Cases",
   ATLA-NJ Women Attorney's Dinner Meeting, Mountainside, NJ, April 9, 2008.



**Kristin Kucsma, M.A.**

**Trials, Arbitrations, Mediations, and Depositions**

Ms. Kucsma has testified in over 193 trials, arbitrations, and mediations in both federal and state courts. She has testified in over 233 depositions. A detailed listing of Ms. Kucsma's trial and deposition testimony is available upon request.

Ms. Kucsma has prepared numerous economic loss evaluations for use in litigation regarding economic damages, earnings, fringe benefits, household services, guidance, companionship, employment discrimination, lost profits, commercial damages, breach of contract, defamation, divorce, and punitive damages.



*Qualifications Profile*

**Kenneth T. Betz, MBA, M.A.**
Kbetz@SobelTinariEconomics.com
Sobel Tinari Economics Group
293 Eisenhower Parkway, Suite 190
Livingston, NJ 07039
973-992-1800

## Education

M.A. in Financial Economics, Fairleigh Dickinson University, Madison, NJ (1998)
MBA in Finance, Fairleigh Dickinson University, Madison , NJ (1982)
B.S. in Economics and Finance, Fairleigh Dickinson University, Madison, NJ (1980)

## Fields of Specialization

Macroeconomic Theory, Monetary Policy, Corporate Finance, Forensic Economics

## Positions Held

**Economist, Sobel Tinari Economics Group, January 2011 - present**

Primary responsibilities: analyze data, prepare reports, provide expert testimony, and serve as an active participant in the field of forensic economics.

**Senior Lecturer in Economics and Finance, Fairleigh Dickinson University, Silberman College of Business, August 2011 - present.**
Lecturer, August 2002 - July 2011
Adjunct, January 1998 - July 2002

Undergraduate Courses Taught:
Money and Banking, Principles of Macroeconomics, Principles of Microeconomics, Business Finance I, Business Finance II, International Business Finance, International Monetary Theory, Financial Markets and Institutions, International Trade, Economics of Sports, Sports Finance, Principles of Financial Analysis, Intermediate Financial Analysis.

Graduate Courses Taught:
Economic Analysis, Financial Analysis, Global Economic Environment.



**Kenneth T. Betz, MBA, M.A.**

**Associate of Economist M. Marcus, Ph.D., 1981 –2010**

Financial analysis and determination of Rate of Return for regulated utilities. Prepared reports appraising economic loss and provided expert testimony in personal injury, wrongful death and employment cases.

**Adjunct Instructor, County College of Morris, January 1988-June 1990**

Courses Taught:  Principles of Macroeconomics, Business Mathematics.

**Academic and Professional Activities**

Member, American Economic Association
Member, Eastern Economic Association
Member, American Association of University Professors
Member, National Association of Forensic Economics
Member, National Association for Business Economics
Faculty panelist, Becton College of Arts and Sciences "Hot Topics" event, discussing the economic impact of the Gulf Oil Spill, September 2010.
Chairman of the Finance Committee, Assumption College, Mendham, N.J., 2009 to present.
Member, Board of Trustees, Assumption College, Mendham, N.J., 2015 to present.
Member, Mendham Borough Open Space Committee, 1999 to 2006.
Active Member, Mendham Borough Fire Department, 1976 to present.
Treasurer/Assistant Treasurer, 1984-2003.
Member, Mendham Borough First Aid Rescue Squad, 1977 to 2006.  Director 1982-83, Treasurer/Assistant Treasurer, 2004-2006.
Treasurer, Mendham Borough Chapter of New Jersey State Firemen's Association, 1993-03.
Student Government Association Faculty Advisor of the Year "Maddy Award" winner, 2008 and 2012.
FDU Greek Life Faculty Advisor of the Year, 2007.
Silberman College of Business, College at Florham, Teacher of the Year, 2005 and 2015.



**Kenneth T. Betz, MBA, M.A.**

## Publications

"Valuing Non-Wage Compensation of Private Sector Labor Union Workers in the Construction Trades," co-authored with Frank D. Tinari, Ph.D., *Journal of Forensic Economics*, 24(2), October 2013, pp. 205-220.

"Predictors of Performance in Introductory Finance: Variables within and beyond the Student's Control," co-authored with Fred Englander and Zhaobo Wang, *Higher Education Studies*, Volume 5, No. 4 (2015), pp. 119-130.

## Presentations

Paper presentation, "Calculating Lost Fringe Benefits of Private-Sector Union Workers in Injury Cases," with Frank D. Tinari, Ph.D., NAFE session Eastern Economic Association Annual Conference, Boston, March 10, 2012.

"Direct Examination of a Vocational Expert & Economist in a Personal Injury Case," co-presenter, CLE program sponsored by CMCS Management, Inc., Saddle Brook, NJ, Oct. 17, 2013.

Paper presentation, "The Role of Student Procrastination in Explaining Student Performance in an Introductory Finance Course" with Fred Englander, Ph.D. and Zhaobo Wang, Ph.D., Conference of the International Academy of Business and Public Administration Disciplines (IABPAD) in Las Vegas, Nevada, on October 24, 2014.

## Trials and Depositions

Mr. Betz has testified in both federal and state courts. A detailed listing of Mr. Betz' trial and deposition testimony is available upon request.

Mr. Betz has prepared numerous economic loss evaluations for use in litigation regarding economic damages: earnings, fringe benefits, household services, guidance, companionship, employment discrimination, and lost profits.

