08/30/2016 3:29:07 PM -0400 FAXCOM                                    PAGE 2  OF 3

Case 1:03-md-01570-GBD-SN   Document 3337   Filed 08/30/16   Page 1 of 2
Case 1:03-md-01570-GBD-FM   Document 3336   Filed 08/30/16   Page 1 of 2

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

VIA ECF AND FACSIMILE

**MEMO ENDORSED**

August 30, 2016

The Honorable Frank Maas
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

*/s/ Frank Maas*
Frank Maas, USMJ  8/30/16

Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)

Dear Judge Maas:

The Plaintiffs' Executive Committees, on behalf of all plaintiffs, and defendant World Assembly of Muslim Youth ("WAMY"), write to jointly request an extension of the existing deadline for submission of plaintiffs' motion to compel as to WAMY. Counsel for WAMY recently informed plaintiffs that although the defendant expected to complete its document production by July 31, 2016, WAMY requires more time to complete the review and production of additional relevant materials. According to WAMY, it expects to conclude that document review and production by November 30, 2016, with the possibility for further extension to the end of December 2016.

In the past six months, WAMY has produced over 300,000 pages of mostly Arabic documents (WAMYSA185707-494277). In total, WAMY's production has been over 500,000 pages, with more on the way. Plaintiffs submit the on-going process of analyzing the defendant's documents in advance of plaintiffs' motion will take considerable time, given the volume of the production and need to translate most documents. Plaintiffs conferred with counsel for WAMY and the parties respectfully request an extension of the deadline to file any motions to compel as to defendant WAMY to February 28, 2017.

The parties thank Your Honor in advance for the Court's attention to this matter.

08/30/2016 3:29:07 PM -0400 FAXCOM　　　　　　　　　　　　　　　PAGE 3　OF 3

Case 1:03-md-01570-GBD-SN   Document 3337   Filed 08/30/16   Page 2 of 2
Case 1:03-md-01570-GBD-FM   Document 3336   Filed 08/30/16   Page 2 of 2

The Honorable Frank Maas
August 30, 2016
Page 2

Respectfully submitted,

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

cc:   MDL Counsel of Record (via ECF)
　　　Omar T. Mohammedi, Esq.
　　　Frederick J. Goetz, Esq.

LEGAL\27889380\1 00000.0000.000/117430.000