**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: __ 9/7/2016  __     │
└─────────────────────────────────┘
```

In re:  **TERRORIST ATTACKS ON**
       **SEPTEMBER 11, 2001**

**03 MDL 1570 (GBD)(SN)**

**STATUS**
**CONFERENCE ORDER**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

A status conference is scheduled for Thursday, October 20, 2016, at 11:30 a.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this

date is unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta

immediately at (212) 805-0286.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
          September 7, 2016