UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: TERRORIST ATTACKS ON

SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2016

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to the joint request of the Plaintiffs' Executive Committee and defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO"), the deadline for the submission of Plaintiffs' motions to compel as regards to MWL and IIRO is EXTENDED to Friday, March 31, 2017.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         September 27, 2016