UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD)
ECF Case

——————————————————————x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GBD)

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT**: Please enter the default of defendant Islamic Republic of Iran, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the accompanying declaration of Robert M. Kaplan, Esq. Please further issue a Clerk's Certificate of Default in the form attached to the accompanying declaration of Robert M. Kaplan, Esq.

Dated:  New York, New York
        September 26, 2016

                                    FERBER CHAN ESSNER & COLLER, LLP

                                    By: _____
                                        Robert M. Kaplan (RK1428)
                                    Attorneys for Plaintiffs
                                    One Grand Central Place, Suite 2050
                                    New York, New York 10165
                                    (212) 944-2200

100432