**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email: TFleming@wigginschilds.com · Web: www.wigginschilds.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2016

TIMOTHY B. FLEMING
OF COUNSEL

September 29, 2016

The Honorable Sarah Netburn
United States Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007-1312

**By ECF Only**

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570
      *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-7550

Dear Magistrate Judge Netburn:

On behalf of the Plaintiffs in *Hoglan, et al. v. Islamic Republic of Iran, et al.*, we write with regard to the pending damages inquest matter referred by Judge George B. Daniels for a Report And Recommendation. We reference our letters of August 4 and September 22, 2016, to Magistrate Judge Maas regarding the urgently impending matter of the federal Victims of State-Sponsored Terrorism Fund, as well as Magistrate Judge Maas' endorsement on the latter. (See Docket Nos. 165, 166, and 167.)

We write today, in recognition that you have recently received the case files, only to state that should Your Honor believe that a brief status conference or hearing, either in person or by telephone, would be helpful for counsel to explain any part of our damages inquest submission, we stand ready to appear at any time on the shortest of notice. We also stand ready to request formally that a partial Report And Recommendation be rendered with regard to any claims that have been decided, in the event that further consideration of other claims is necessary, and to follow with the filing of a Fed. R. Civ. P. Rule 54(b) motion for partial final judgment.

Thank you very much.

---

The Court is aware of the time constraints on this matter in light of the Victims of State-Sponsored Terrorism Fund's deadlines and is acting expeditiously to resolve the damages inquest. At this time, the Court does not believe that a status conference is necessary.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
September 30, 2016

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.