# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD)
ECF Case

------------------------------------------------------------X

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/16

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 1, 2004 with the filing of the complaint. The first amended complaint was filed on December 8, 2004 and served upon defendant Islamic Republic of Iran as follows:

Service on defendant Islamic Republic of Iran was effectuated by sending the amended complaint, summons and notice of suit to J. Michael McMahon, Clerk of this Court, who forwarded these documents to the U.S. Department of State. The Department of State transmitted these documents to the Foreign Interests Section of the Embassy of Switzerland in Teheran, Iran which delivered those documents to the Iranian Ministry of Foreign Affairs on June 8, 2005. On August 24, 2016, the Continental Plaintiffs filed a declaration of service upon defendant Islamic Republic of Iran together with evidence of the service of those documents upon Iran (04-CV-5970, docket no. 540).

I further certify that the docket entries indicate that defendant Islamic Republic of Iran did not file an answer or otherwise move with respect to the amended complaint. The default of defendant Islamic Republic of Iran is hereby noted.

100439

Dated: New York, New York
September 29, 2016

RUBY J. KRAJICK
Clerk of the Court

By: ___V. Mango___
Deputy Clerk