UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (GBD)
ECF Case

---------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## PLAINTIFFS' NOTICE OF MOTION TO AMEND COMPLAINT AGAINST DEFENDANT THE ISLAMIC REPUBLIC OF IRAN

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and exhibits thereto, plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania will move this Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on October 7, 2016 at 10 a.m. for an Order granting Plaintiffs' motion to amend their complaint solely as against the Islamic Republic of Iran ("Iran"), to proceed under 28 U.S.C. § 1605A, and confirming that service of the amended complaint on Iran is not required.

Dated: New York, New York
September 30, 2016

100264

FERBER CHAN ESSNER & COLLER, LLP

By: _____
Robert M. Kaplan (RK1428)
Attorneys for Plaintiffs Continental Casualty
Company, Transcontinental Insurance Company,
Transportation Insurance Company, Valley Forge
Insurance Company, National Fire Insurance
Company of Hartford and American Casualty
Company of Reading, Pennsylvania
One Grand Central Place, Suite 2050
New York, New York 10165
(212) 944-2200