# EXHIBIT A

*Bauer v. Al Qaeda Islamic Army, et al.,* Civil Action No. 02-7236

*Bauer et al. v. al Qaeda Islamic Army, et al., 02-cv-7236 (GBD)(FM)*

| Estate of | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| W. David Bauer | Virginia Bauer | Spouse | $12,500,000.00 | $43,000,000.00 |
| | W. David Bauer, III | Child | $8,500,000.00 | $29,240,000.00 |
| | Stephen Bauer | Child | $8,500,000.00 | $29,240,000.00 |
| | Jacqueline Bauer | Child | $8,500,000.00 | $29,240,000.00 |
| | Walter D. Bauer (died post-9/11) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Dorothy Bauer | Parent | $8,500,000.00 | $29,240,000.00 |
| | Robert Bauer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Gretchen Abernathy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Heidi Pollard | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of solatium with punitives: $233,060,000.00 |

1

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Paul F. Beatini | Susan Beatini | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Julia R. Beatini | Child | $8,500,000.00 | $29,240,000.00 |
| | Daria L. Beatini | Child | $8,500,000.00 | $29,240,000.00 |
| | Michael Beatini (died in 2014) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Doris Beatini (died in 2010) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Michael Beatini (died in 2015) | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Thomas Beatini | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Nanda Beatini | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Mark Beatini | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$218,440,000.00** |
| Anil T. Bharvaney | Pandora Bharvaney | Spouse | $12,500,000.0 | $43,000,000.00 |
| | Saviti Bharvaney | Parent | $8,500,000.00 | $29,240,000.00 |
| | Govind Bharvaney (died post-9/11) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Kishore Bharvaney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$116,100,000.00** |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|--------|--------------|---|-----------------|------------------------------------------|
| Colin Bonnett | Cathy Ann Bonnett | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Kody Bonnett | Child | $8,500,000.00 | $29,240,000.00 |
| | Aubrey A. Parris | Parent | $8,500,000.00 | $29,240,000.00 |
| | Julia V. Bonnett | Parent | $8,500,000.00 | $29,240,000.00 |
| | Heather Bonnett | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: | $145,340,000.00 |
| Thomas Bowden | Deborah Bowden Hart | Spouse | $12,500,000.00 | $43,000,000.00 |
| | [1] | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Thomas Bowden Sr. | Parent | $8,500,000.00 | $29,240,000.00 |
| | Sheila Bowden | Parent | $8,500,000.00 | $29,240,000.00 |
| | Kathleen Bowden | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Paul Bowden | Sibling | $4,250,000.00 | $14,620,000.00 |
| | James Bowden | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: | $203,820,000.00 |

[1]The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Shawn E. Bowman | Jennifer Bowman Henry | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Shawn Bowman Sr. | Parent | $8,500,000.00 | $29,240,000.00 |
| | Carol Bowman | Parent | $8,500,000.00 | $29,240,000.00 |
| | James Bowman | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $174,580,000.00 |
| Thomas Brennan | Jennifer Brennan Waterhouse | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | John Brennan | Parent | $8,500,000.00 | $29,240,000.00 |
| | Anita Brennan | Parent | $8,500,000.00 | $29,240,000.00 |
| | John Brennan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Paul Brennan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Marybeth Brennan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Michael Brennan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $218,440,000.00 |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Milton Bustillo | Laura Bustillo | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Dayna Spordone | Step-Child | $8,500,000.00 | $29,240,000.00 |
| | Margarita Better | Parent | $8,500,000.00 | $29,240,000.00 |
| | Gilberto Bustillo (died post-9/11) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Henry Bustillo | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Gilberto Bustillo, Jr. | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Dissa Bustillo | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Mirna Bustillo | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $218,440,000.00 |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| John A. Candela | Elizabeth Candela | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Juliette Candela | Child | $8,500,000.00 | $29,240,000.00 |
| | John Candela Jr. | Child | $8,500,000.00 | $29,240,000.00 |
| | John C. Candela (died in 2002) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Phyllis Candela (died in 2012) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Joseph Candela | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Valerie Speller | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Karen Ann Mee | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Joan Brady | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $218,440,000.00 |
| Edward Carlino | Marie Carlino | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Lisa Lopez | Child | $8,500,000.00 | $29,240,000.00 |
| | Salvatore Carlino | Parent | $8,500,000.00 | $29,240,000.00 |
| | Mary M. Carlino | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | | Total of all solatium with punitives: $130,720,000.00 |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Michael J. Cunningham | Teresa Cunningham | Spouse | $12,500,000.00 | $43,000,000.00 |
| | ▓▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | Laurence Cunningham | Parent | $8,500,000.00 | $29,240,000.00 |
| | Bernadette Cunningham | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Paul Cunningham | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Sean Cunningham | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Andrew Cunningham | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Julieanne Cunningham | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $174,580,000.00 |
| Jack L. D'Ambrosi, Jr. | Karen D'Ambrosi | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Jacqueline D'Ambrosi | Child | $8,500,000.00 | $29,240,000.00 |
| | Emily E. D'Ambrosi | Child | $8,500,000.00 | $29,240,000.00 |
| | Jack D'Ambrosi, Sr. | Parent | $8,500,000.00 | $29,240,000.00 |
| | Denise Bonoli | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Dean D'Ambrosi | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $159,960,000.00 |

7

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Patrick Danahy | Mary Danahy Sammel | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Grace A. Danahy | Child | $8,500,000.00 | $29,240,000.00 |
| | Francis Danahy | Parent | $8,500,000.00 | $29,240,000.00 |
| | Mary-Anne Danahy | Parent | $8,500,000.00 | $29,240,000.00 |
| | Kathleen Samuelson | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Denise Duffy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Michael Danahy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Mary Ann Danahy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | John Danahy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$262,300,000.00** |
| David DiMeglio | John DiMeglio - father | | $8,500,000.00 | $29,240,000.00 |
| | Patti DiMeglio - mother | | $8,500,000.00 | $29,240,000.00 |
| | Daniel DiMeglio - brother | | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$73,100,000.00** |

8

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Vincenzo Gallucci | Barbara Gallucci - wife | | $12,500,000.00 | $43,000,000.00 |
| | Joseph Gallucci - son | | $8,500,000.00 | $29,240,000.00 |
| | Alyssa Gallucci - daughter | | $8,500,000.00 | $29,240,000.00 |
| | Joseph Gallucci - father | | $8,500,000.00 | $29,240,000.00 |
| | Angela Gallucci - mother | | $8,500,000.00 | $29,240,000.00 |
| | Grace Santorelli - sister | | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$174,580,000.00** |
| Donna Giordano | Michael Giordano | Child | $8,500,000.00 | $29,240,000.00 |
| | Domenick D'Ambola | Father | $8,500,000.00 | $29,240,000.00 |
| | Jessamine D'Ambola (Died in 2003) | Mother | $8,500,000.00 | $29,240,000.00 |
| | Elaine Barrett | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$102,340,000.00** |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Jeremy Glick | Lyzbeth Glick Best | Spouse | $12,500,000.00 | $43,000,000.00 |
| | ▓▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | Lloyd Glick | Parent | $8,500,000.00 | $29,240,000.00 |
| | Joan Glick | Parent | $8,500,000.00 | $29,240,000.00 |
| | Joanna Glick | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jennifer Glick | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jed Glick | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jared Glick | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jonah Glick | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: $203,820,000.00 | |
| Steven Goldstein | Jill Goldstein | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Hanna Goldstein | Child | $8,500,000.00 | $29,240,000.00 |
| | ▓▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | Alyce Goldstein | Parent | $8,500,000.00 | $29,240,000.00 |
| | Robert Goldstein | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: $145,340,000.00 | |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Linda Gronlund | Doris Gronlund | Parent | $8,500,000.00 | $29,240,000.00 |
| | Gunnar Gronlund (died in 2002) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Elsa Strong | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$73,100,000.00** |
| Kevin Hannaford | Eileen Hannaford | Spouse | $12,500,000.00 | $43,000,000.00 |
| | ▓▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | ▓▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | James Hannaford | Parent | $8,500,000.00 | $29,240,000.00 |
| | Nancy Hannaford | Parent | $8,500,000.00 | $29,240,000.00 |
| | Elizabeth Saraceno | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Patrick Hannaford | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$189,200,000.00** |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Donald T. Jones, II | Michele Jones-Ferrell | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Taylor N. Jones | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Donald T. Jones, Sr. | Parent | $8,500,000.00 | $29,240,000.00 |
| | Judith Jones | Parent | $8,500,000.00 | $29,240,000.00 |
| | William B. Jones | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$174,580,000.00** |
| Scott Johnson | Thomas S. Johnson | Parent | $8,500,000.00 | $29,240,000.00 |
| | Ann Johnson | Parent | $8,500,000.00 | $29,240,000.00 |
| | Margaret Johnson | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Thomas P. Johnson (died in 2015) | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$87,720,000.00** |

12

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Howard Kane | Lori Kane | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Jason B. Kane | Child | $8,500,000.00 | $29,240,000.00 |
| | Bruce Kane (died in 2016) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Rochelle Kane | Parent | $8,500,000.00 | $29,240,000.00 |
| | Adam Kane | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Holly Ann Kane | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium: $159,960,000.00 | Total of all solatium with punitives: $159,960,000.00 |
| Joseph Keller | Rose Keller D'Alessandro | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | June Saslow | Parent | $8,500,000.00 | $29,240,000.00 |
| | Jennifer Lutz | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jake Keller | Half-Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $159,960,000.00 |

13

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Catherine MacRae | Cameron MacRae | Parent | $8,500,000.00 | $29,240,000.00 |
| | Ann B. MacRae | Parent | $8,500,000.00 | $29,240,000.00 |
| | Ann C. MacRae | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: | **$73,100,000.00** |
| Ronald Magnuson | Audrey Magnuson | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Jeffrey A. Magnuson | Child | $8,500,000.00 | $29,240,000.00 |
| | Sheryl A. Magnuson | Child | $8,500,000.00 | $29,240,000.00 |
| | Knut Magnuson | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: | **$116,100,000.00** |
| Daniel Maher | Kathy Maher | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Daniel Maher | Child | $8,500,000.00 | $29,240,000.00 |
| | Joseph Maher | Child | $8,500,000.00 | $29,240,000.00 |
| | Raymond Maher Jr. (died post 9/11) | Sibling | $4,250,000.00 | $14,620,000.00 |
| | James Maher | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jeanne Brandofino | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Total of all solatium with punitives: | **$145,340,000.00** |

14

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| David Meyer | Margaret Meyer | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Heidi Meyer | Child | $8,500,000.00 | $29,240,000.00 |
| | Heather Meyer | Child | $8,500,000.00 | $29,240,000.00 |
| | Dawn Meyer | Child | $8,500,000.00 | $29,240,000.00 |
| | Charles Meyer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Kristine Riordan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $159,960,000.00 |
| Kristen Montanaro | Ellen Robb | Parent | $8,500,000.00 | $29,240,000.00 |
| | Frank Montanaro | Parent | $8,500,000.00 | $29,240,000.00 |
| | Karen Montanaro | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jamie Montanaro | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $87,720,000.00 |

15

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Kevin Murphy | Beth Murphy | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Connor K. Murphy | Child | $8,500,000.00 | $29,240,000.00 |
| | Caitlyn B. Murphy | Child | $8,500,000.00 | $29,240,000.00 |
| | Sally Heyser | Parent | $8,500,000.00 | $29,240,000.00 |
| | Timothy Murphy (died post-9/11) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Mary Beth Dougherty | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Timothy Murphy, Jr. | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Michael Murphy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jack Murphy | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $218,440,000.00 |
| Ronald Orsini | Arlene Orsini | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Danielle Orsini Pandolfi | Child | $8,500,000.00 | $29,240,000.00 |
| | Barbara Orsini | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Robert Orsini | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $101,480,000.00 |

16

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Jean Peterson | Jennifer Price-Selkever | Child | $8,500,000.00 | $29,240,000.00 |
| | Catherine Price | Child | $8,500,000.00 | $29,240,000.00 |
| | Grace Sherwood | Child | $8,500,000.00 | $29,240,000.00 |
| | Virginia Hoadley (died post-9/11) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Walter Hoadley (died in 2003) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Richard Hoadley | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium claims: $160,820,000.00 |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| John Ryan | Patricia Ryan | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Laura Ryan | Child | $8,500,000.00 | $29,240,000.00 |
| | Kristen Ryan | Child | $8,500,000.00 | $29,240,000.00 |
| | Colin Ryan | Child | $8,500,000.00 | $29,240,000.00 |
| | John Ryan, Sr. | Parent | $8,500,000.00 | $29,240,000.00 |
| | Mary Ryan | Parent | $8,500,000.00 | $29,240,000.00 |
| | Patrick Ryan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Teague Ryan | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Aileen Ryan Burden | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Colleen Ryan (died post 9/11) | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $247,680,000.00 |

18

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Steven F. Schlag | Tomoko T. Schlag | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Dakota I. Schlag | Child | $8,500,000.00 | $29,240,000.00 |
| | Garrett M. Schlag | Child | $8,500,000.00 | $29,240,000.00 |
| | Sierra A. Schlag | Child | $8,500,000.00 | $29,240,000.00 |
| | Donald Schlag | Parent | $8,500,000.00 | $29,240,000.00 |
| | Patricia Schlag | Parent | $8,500,000.00 | $29,240,000.00 |
| | Jean Schlag | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Ellen Schlag | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $218,440,000.00 |
| Joseph Sisolak | Suzanne Sisolak Penavic | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Paul Sisolak (died in 2003) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Anna J. Powell | Parent | $8,500,000.00 | $29,240,000.00 |
| | Theresa Reller | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Thomas Sisolak (died in April 2016) | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium claims: $130,720,000.00 |

19

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Daniel Smith | Mary Smith | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Elizabeth Smith | Child | $8,500,000.00 | $29,240,000.00 |
| | Michael Smith | Child | $8,500,000.00 | $29,240,000.00 |
| | Tracey Smith (dec. year unknown) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Helen McCarthy (dec. year unknown) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | | Total of all solatium with punitives: $159,960,000.00 |
| Michael Tanner | Michele Tanner | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Sasha Tanner | Child | $8,500,000.00 | $29,240,000.00 |
| | Gianna Tanner | Child | $8,500,000.00 | $29,240,000.00 |
| | Mary Tanner (died in 2015) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Kenneth Tanner Jr. | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Rene Abbatte | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Nicole Tanner | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Maria Marascuilo | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: $189,200,000.00 |

20

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Scott Vasel | Amy Vasel | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Ryan A. Vasel | Child | $8,500,000.00 | $29,240,000.00 |
| | Mynda Vasel (died in 2004) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Charles Vasel (died in 2010) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Janyne Dembicki | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punititves: $174,580,000.00 |
| Alan Wisniewski | Kathy Wisniewski | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Jessica M. Wisniewski | Child | $8,500,000.00 | $29,240,000.00 |
| | Erica C. Wisniewski | Child | $8,500,000.00 | $29,240,000.00 |
| | Matthew Wisniewski | Child | $8,500,000.00 | $29,240,000.00 |
| | Muriel Wisniewski (died in 2003) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | | Total of all solatium with punititves: $159,960,000.00 |

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Salvatore Zisa | Roseann Zisa | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Christina Zisa | Child | $8,500,000.00 | $29,240,000.00 |
| | Joseph Zisa | Child | $8,500,000.00 | $29,240,000.00 |
| | Joseph Zisa (died in 2014) | Parent | $8,500,000.00 | $29,240,000.00 |
| | Josephine Zisa | Parent | $8,500,000.00 | $29,240,000.00 |
| | Rosemarie Martie | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Phyllis Zisa Kelly | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Jane Zisa Presto | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Anthony Zisa | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$218,440,000.00** |