# EXHIBIT B

*Ashton v. Al Qaeda Islamic Army, et al.*, Civil Action No. 02-6977

*Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(FM)*

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Noel Foster | Nancy Foster - wife | | $12,500,000.00 | $43,000,000.00 |
| | Nicole Foster - daughter | | $8,500,000.00 | $29,240,000.00 |
| | Megan Foster - daughter | | $8,500,000.00 | $29,240,000.00 |
| | Marion Foster - mother | | $8,500,000.00 | $29,240,000.00 |
| | John Foster - step-father/adoptive father | | $8,500,000.00 | $29,240,000.00 |
| | | | | Total of all solatium with punitives: **$159,960,000.00** |
| Adam Lewis | Patricia D. Lewis | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Reilly Lewis | Child | $8,500,000.00 | $29,240,000.00 |
| | Arthur Lewis | Child | $8,500,000.00 | $29,240,000.00 |
| | Caroline Lewis | Child | $8,500,000.00 | $29,240,000.00 |
| | ▓▓▓▓▓ | Child | $8,500,000.00 | $29,240,000.00 |
| | Geraldine Lewis | Parent | $8,500,000.00 | $29,240,000.00 |
| | Pamela Passereta | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Kathryn Hebert | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$218,440,000.00** |

23

| Estate | Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|
| Kenneth Tarantino | Jennifer Tarantino | Spouse | $12,500,000.00 | $43,000,000.00 |
| | Kenneth J. Tarantino | Child | $8,500,000.00 | $29,240,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Kenneth T. Tarantino | Parent | $8,500,000.00 | $29,240,000.00 |
| | Theresa Tarantino | Parent | $8,500,000.00 | $29,240,000.00 |
| | Victoria Malone | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$174,580,000.00** |
| Kevin York | Chiemi York | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | Child | $8,500,000.00 | $29,240,000.00 |
| | Connor York | Child | $8,500,000.00 | $29,240,000.00 |
| | John York | Parent | $8,500,000.00 | $29,240,000.00 |
| | Susan York | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Timothy York | Sibling | $4,250,000.00 | $14,620,000.00 |
| | Mary York | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | Total of all solatium with punitives: **$174,580,000.00** |