UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(FM)

JAMES P. KREINDLER, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the *Ashton* plaintiffs in the above-captioned litigation and I submit this declaration in support of the motion for final judgment on behalf of the individual plaintiffs attached hereto as Exhibit A, and for permission to allow any remaining *Ashton* plaintiffs to move for the same relief in separate stages.

2. The source of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Ashton* plaintiffs listed in Exhibit A in connection with the September 11th litigation against airline defendants, other court records relating to the multi-district litigation to which the *Ashton* plaintiffs are parties and conversations had with family members to the *Ashton* plaintiffs. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. All of the decedents listed in Exhibit A died in the September 11th terrorist attacks and are survived by the family members whose relationships to the decedents are described in Exhibit A.

4. The family members listed in Exhibit A opted not to seek compensation through the September 11th Victim Compensation Fund ("VCF") and instead proceeded against airline defendants in litigation. No VCF award was issued to any survivor of the decedents listed in

Exhibit A.

5.  In connection with the litigation against the airline defendants on behalf of the families of the decedents listed in Exhibit A, I and other attorneys in my firm obtained information and materials relevant to the calculation of economic loss attributable to the wrongful death of each decedent as of the time of that litigation.  That information has been provided to two economists, Matthew Johnson, B.A., M.A., Ph.D. *(expected 2016)* and Leonard Freifelder, Ph.D.  The two economists took the information we obtained relevant to economic loss and prepared expert reports that calculated the present value of the economic damages.  Those reports, which set forth the experts' methodology, are attached hereto as Exhibit B.  Attached to the reports are the *curricula vitae* of the experts.

6.  The economic loss figure set forth in the table attached as Exhibit A represents the present value (based on the calculations attached in Exhibit B) of the estimated economic loss calculated by the economic experts retained in connection with the lawsuits arising from the wrongful death of each decedent listed in Exhibit A.

Dated: October 7, 2016
      New York, NY

/s/ James P. Kreindler
James P. Kreindler
