# EXHIBIT B

Thomas J. Ashton

# MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

Analysis of Economic Loss in the Matter of
Estate of Thomas J. Ashton

September 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to provide an estimate of the economic losses to the estate of Thomas J. Ashton following his death in the terrorist attacks of September 11, 2001.  The attached report provides the details of my analysis.

I have attached my Curriculum Vitae that describes my qualifications to undertake this report.

Matthew S. Johnson

## MATTHEW S. JOHNSON
605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

### 1. Introduction

Thomas J. Ashton was born on December 6, 1979, and he was 21 years old when he was killed in the terrorist attacks of September 11, 2001. He was survived by a large and close-knit family.

This report provides the details behind an estimate of the economic loss to the estate of Mr. Ashton as a result of his death.

### 2. Retirement and Life Expectancy

I have assumed Mr. Ashton would work until the age of 65, and that he would live until age 76, the average life expectancy of a white male aged 21 as of 2002.[1]

### 3. Earnings Loss

At the time of his death, Thomas Ashton was beginning a new career as an electrician in the International Brotherhood of Electrical Workers (IBEW) Local 3 Union. After completing a four-year apprenticeship, which he had begun only two months prior to his death, Mr. Ashton's career as an IBEW member would have rewarded him with both a well-paying salary and generous benefits. Given his traits of intelligence, tenacity and persistence described in the report I have received prepared by James P. Kreindler, Esq, I have assumed that Mr. Ashton would have continued with this career until his retirement.

My estimate of Mr. Ashton's lost earnings is based on the May 11, 2001 agreement ("IBEW Agreement") between the New York Electrical Contractors and Local Union No: 3 IBEW. After completing his four-year apprenticeship, Mr. Ashton would have become an "A" Journeyman, and following a few more years of experience would have become an "M" Journeyman. I did not see in the materials I was given, nor through the Internet, how many years it would likely take for Mr. Ashton to go from "A" to "M" Journeyman, so I have assumed it would take four years.

The hourly wages and hours worked per week for the apprenticeship and Journeyman positions, as of 2001, were provided in the IBEW Agreement, and I have assumed Mr. Ashton's wage as a "M" Journeyman would have increased by 3 percent each year after beginning that role.

### 4. Retirement Benefits

---

[1] National Vital Statistics Reports. United States Life Tables, 2002. Volume 53, No. 6, November 10, 2004.

As a IBEW member, Mr. Ashton would have received substantial benefits in retirement, both through an annuity and pension plan.

Through the annuity plan, Mr. Ashton would have received a fixed monthly stream upon retirement, with the amount determined by the total contributed at time of retirement. As of 2001, Mr. Ashton's employer would have contributed between 30 cents (as an apprentice) and 1 dollar (as an "A" Journeyman) per hour worked, but as of 2010 the contribution for "A" Journeymen had increased to $2.50.[2] Given that this contribution more than doubled over a 12-year period, I have assumed this contribution would again double in the year 2030 to $5. Given this estimated contribution path, I estimate the total contributions to Mr. Ashton's annuity account at retirement age would be $241,920 (Table 3), ensuring would be entitled to annual payments of roughly $22,000 until his estimated death at age 76.

Mr. Ashton would also have received a pension in retirement. I could not find information about the pension benefit he could expect to receive in the IBER agreement, but I found a description of the plan from 2013.[3] The monthly pension benefit was $80 multiplied by the number of credits the retiree had accumulated. The maximum credits a retiree could earn was 40 as of 2011, so I assume Mr. Ashton would have accumulated 40 credits given his long expected tenure in this profession.

Finally, Mr. Ashton would have received Social Security payments in retirement. I assume he would have received a monthly payment of $1,341, which is the average monthly benefit among retired workers in 2016.[4]

## 5. Income Taxes and other deductions from pre-tax earnings

A portion of Mr. Ashton's earnings would have been taken out for his union dues. I have estimated the portion that would be taken out of his annual earnings based on the IBEW agreement.

Additionally, a portion of Mr. Ashton's earnings would have been taxed at the federal and state level, and for FICA. To estimate Mr. Ashton's tax liability, I use the TaxSim program, administered by the National Bureau of Economic Research (NBER).[5]

## 6. Personal Consumption

---

[2] See the report dated May 9, 2013, http://www.jibei.org/SPD's/Annuity_SPD_2013.pdf (accessed 9/4/2016)

[3] See http://jibei.org/SPD's/Pension_Trust_SPD_2013.pdf

[4] Source: Investopedia. http://www.investopedia.com/ask/answers/102814/what-maximum-i-can-receive-my-social-security-retirement-benefit.asp

[5] TaxSim takes as inputs taxable income, marital status, age, dependents, among others, and outputs federal, state, and FICA tax liabilities. For simplicity I assume the filer filed as "Single." I assume Mr. Ashton would have lived in a 2-person household (with his then girlfriend Jackie) through age 25, a 3-person household through age 30, a 4-person household through age 50, and finally a 2-person household thereafter.

Mr. Ashton would have used a portion of his earnings and benefits for personal consumption. To estimate the portion of Mr. Ashton's income that would have gone to personal consumption, I use the Patton-Nelson tables, a widely referenced source to estimate the necessary consumption allowance to determine the portion of post-tax income that is to be included as a loss to the estimate.[6]

The Patton-Nelson method estimates the percent of income allocated to consumption by income, gender, and household size. I make the same assumptions regarding Mr. Ashton's household size as in estimating his tax liability.

### 7. Lost Value of Household Services

Mr. Ashton was an incredibly devoted son and partner, and one way he embodied this characteristic was through providing help around the house, including working on household projects together with his father. To estimate the value of these lost services, I have use the "Replacement Rate" method to estimate what his family would have to pay to hire someone to provide these services. I assume Mr. Ashton would have spent 8 hours per week providing such services, which is in line with descriptions in the reports I have received, and that his family would have to pay someone $15/hour to provide them in his place.

### 8. Discount Rates

An estimate of the present value of the loss to Mr. Ashton's estate must discount future income streams at an appropriate rate. As such, I have discounted all income beyond 2016 at an annual rate of 2 percent.

---

[6] Ruble, M.R., Patton, R.T. and Nelson, D.M., 2014. Patton-Nelson Personal Consumption Tables 2011-12. *J. Legal Econ.*, *21*, p.41.

**Table 1: Summary of Economic Damages to the Estate of Thomas Ashton**

| | |
|---|---|
| Present Value of Lost Earnings | 1,352,123 |
| Present Value of Lost Retirement Benefits | 271,576 |
| Present Value of Lost Household Services | 252,350 |
| **Total** | 1,876,048 |

**Table 2: Present Value of Lost Earnings**

| Year | Age | Hourly Wage | Hours (35 hours/week*52 weeks) | Pre-tax earnings | Taken out for IBEW benefits | Taxable Income | Taxes | Take Home Pay | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 21 | 11.25 | 1,820 | 20,475 | 6,276 | 14,199 | 3,068 | 11,131 | 4,853 | 6,278 | 6,278 | 0 |
| 2003 | 22 | 14.30 | 1,820 | 26,026 | 7,977 | 18,049 | 4,338 | 13,711 | 5,978 | 7,733 | 7,733 | 0 |
| 2004 | 23 | 17.15 | 1,820 | 31,213 | 9,567 | 21,646 | 5,593 | 16,053 | 6,999 | 9,054 | 9,054 | 0 |
| 2005 | 24 | 19.60 | 1,820 | 35,672 | 10,933 | 24,739 | 6,671 | 18,068 | 7,878 | 10,190 | 10,190 | 0 |
| 2006 | 25 | 20.60 | 1,820 | 37,492 | 11,491 | 26,001 | 5,177 | 20,823 | 5,352 | 15,472 | 15,472 | 0 |
| 2007 | 26 | 20.60 | 1,820 | 37,492 | 11,491 | 26,001 | 4,885 | 21,115 | 5,427 | 15,689 | 15,689 | 0 |
| 2008 | 27 | 20.60 | 1,820 | 37,492 | 11,491 | 26,001 | 4,674 | 21,326 | 5,481 | 15,845 | 15,845 | 0 |
| 2009 | 28 | 20.60 | 1,820 | 37,492 | 11,491 | 26,001 | 3,871 | 22,130 | 5,687 | 16,443 | 16,443 | 0 |
| 2010 | 29 | 20.60 | 1,820 | 37,492 | 11,491 | 26,001 | 3,852 | 22,149 | 5,692 | 16,457 | 16,457 | 0 |
| 2011 | 30 | 41.00 | 1,820 | 74,620 | 22,871 | 51,749 | 15,110 | 36,639 | 8,170 | 28,468 | 28,468 | 0 |
| 2012 | 31 | 42.23 | 1,820 | 76,859 | 23,557 | 53,301 | 14,415 | 38,886 | 7,427 | 31,459 | 31,459 | 0 |
| 2013 | 32 | 43.50 | 1,820 | 79,164 | 24,264 | 54,900 | 15,993 | 38,908 | 7,431 | 31,476 | 31,476 | 0 |
| 2014 | 33 | 44.80 | 1,820 | 81,539 | 24,992 | 56,547 | 16,619 | 39,929 | 7,626 | 32,302 | 32,302 | 0 |
| 2015 | 34 | 46.15 | 1,820 | 83,985 | 25,742 | 58,244 | 17,412 | 40,832 | 6,982 | 33,850 | 33,850 | 0 |
| 2016 | 35 | 47.53 | 1,820 | 86,505 | 26,514 | 59,991 | 18,229 | 41,763 | 7,141 | 34,621 | 33,942 | 1 |
| 2017 | 36 | 48.96 | 1,820 | 89,100 | 27,309 | 61,791 | 19,070 | 42,721 | 7,305 | 35,416 | 34,040 | 2 |
| 2018 | 37 | 50.42 | 1,820 | 91,773 | 28,128 | 63,645 | 19,937 | 43,708 | 7,474 | 36,234 | 34,144 | 3 |
| 2019 | 38 | 51.94 | 1,820 | 94,526 | 28,972 | 65,554 | 20,829 | 44,725 | 7,648 | 37,077 | 34,253 | 4 |
| 2020 | 39 | 53.50 | 1,820 | 97,362 | 29,842 | 67,521 | 21,749 | 45,772 | 7,827 | 37,945 | 34,368 | 5 |
| 2021 | 40 | 55.10 | 1,820 | 100,283 | 30,737 | 69,546 | 22,696 | 46,851 | 8,011 | 38,839 | 34,488 | 6 |
| 2022 | 41 | 56.75 | 1,820 | 103,292 | 31,659 | 71,633 | 23,671 | 47,962 | 8,201 | 39,760 | 34,614 | 7 |
| 2023 | 42 | 58.46 | 1,820 | 106,390 | 32,609 | 73,782 | 24,676 | 49,106 | 8,397 | 40,709 | 34,745 | 8 |
| 2024 | 43 | 60.21 | 1,820 | 109,582 | 33,587 | 75,995 | 25,910 | 50,085 | 7,863 | 42,221 | 35,329 | 9 |
| 2025 | 44 | 62.02 | 1,820 | 112,869 | 34,594 | 78,275 | 26,976 | 51,299 | 8,054 | 43,245 | 35,476 | 10 |
| 2026 | 45 | 63.88 | 1,820 | 116,256 | 35,632 | 80,623 | 28,074 | 52,549 | 8,250 | 44,299 | 35,628 | 11 |
| 2027 | 46 | 65.79 | 1,820 | 119,743 | 36,701 | 83,042 | 29,205 | 53,837 | 8,452 | 45,385 | 35,785 | 12 |
| 2028 | 47 | 67.77 | 1,820 | 123,335 | 37,802 | 85,533 | 30,370 | 55,164 | 8,661 | 46,503 | 35,948 | 13 |
| 2029 | 48 | 69.80 | 1,820 | 127,036 | 38,936 | 88,099 | 31,570 | 56,529 | 8,875 | 47,654 | 36,116 | 14 |
| 2030 | 49 | 71.89 | 1,820 | 130,847 | 40,104 | 90,742 | 32,811 | 57,931 | 9,095 | 48,836 | 36,286 | 15 |
| 2031 | 50 | 74.05 | 1,820 | 134,772 | 41,308 | 93,464 | 34,089 | 59,375 | 9,322 | 50,053 | 36,461 | 16 |
| 2032 | 51 | 76.27 | 1,820 | 138,815 | 42,547 | 96,268 | 37,513 | 58,755 | 14,160 | 44,595 | 31,848 | 17 |
| 2033 | 52 | 78.56 | 1,820 | 142,980 | 43,823 | 99,156 | 38,869 | 60,287 | 13,384 | 46,903 | 32,840 | 18 |

| Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2034 | 53 | 80.92 | 1,820 | 147,269 | 45,138 | 102,131 | 40,345 | 61,786 | 13,717 | 48,070 | 32,996 | 19 |
| 2035 | 54 | 83.34 | 1,820 | 151,687 | 46,492 | 105,195 | 42,282 | 62,913 | 13,967 | 48,946 | 32,939 | 20 |
| 2036 | 55 | 85.84 | 1,820 | 156,238 | 47,887 | 108,351 | 43,800 | 64,551 | 14,330 | 50,220 | 33,134 | 21 |
| 2037 | 56 | 88.42 | 1,820 | 160,925 | 49,323 | 111,601 | 45,363 | 66,238 | 14,705 | 51,533 | 33,334 | 22 |
| 2038 | 57 | 91.07 | 1,820 | 165,753 | 50,803 | 114,949 | 46,973 | 67,976 | 15,091 | 52,886 | 33,538 | 23 |
| 2039 | 58 | 93.81 | 1,820 | 170,725 | 52,327 | 118,398 | 48,458 | 69,940 | 15,527 | 54,413 | 33,830 | 24 |
| 2040 | 59 | 96.62 | 1,820 | 175,847 | 53,897 | 121,950 | 49,726 | 72,224 | 14,950 | 57,274 | 34,910 | 25 |
| 2041 | 60 | 99.52 | 1,820 | 181,122 | 55,514 | 125,608 | 51,031 | 74,577 | 15,437 | 59,140 | 35,341 | 26 |
| 2042 | 61 | 102.50 | 1,820 | 186,556 | 57,179 | 129,377 | 52,376 | 77,000 | 15,939 | 61,061 | 35,773 | 27 |
| 2043 | 62 | 105.58 | 1,820 | 192,153 | 58,895 | 133,258 | 53,761 | 79,496 | 16,456 | 63,041 | 36,209 | 28 |
| 2044 | 63 | 108.75 | 1,820 | 197,917 | 60,662 | 137,256 | 55,188 | 82,067 | 15,921 | 66,146 | 37,248 | 29 |
| 2045 | 64 | 112.01 | 1,820 | 203,855 | 62,481 | 141,373 | 56,657 | 84,716 | 16,435 | 68,281 | 37,696 | 30 |
| 2046 | 65 | 115.37 | 1,820 | 209,970 | 64,356 | 145,614 | 58,171 | 87,443 | 16,964 | 70,479 | 38,147 | 31 |
| **Total** | | | | | | | | | | | **1,352,123** | |

7

**Table 3: Annual Employer Contribution to Annuity Plan**

| year | Age | Contributions |
|------|-----|---------------|
| 2002 | 21 | 546 |
| 2003 | 22 | 546 |
| 2004 | 23 | 546 |
| 2005 | 24 | 546 |
| 2006 | 25 | 546 |
| 2007 | 26 | 647.5 |
| 2008 | 27 | 647.5 |
| 2009 | 28 | 647.5 |
| 2010 | 29 | 647.5 |
| 2011 | 30 | 4550 |
| 2012 | 31 | 4550 |
| 2013 | 32 | 4550 |
| 2014 | 33 | 4550 |
| 2015 | 34 | 4550 |
| 2016 | 35 | 4550 |
| 2017 | 36 | 4550 |
| 2018 | 37 | 4550 |
| 2019 | 38 | 4550 |
| 2020 | 39 | 4550 |
| 2021 | 40 | 4550 |
| 2022 | 41 | 4550 |
| 2023 | 42 | 4550 |
| 2024 | 43 | 4550 |
| 2025 | 44 | 4550 |
| 2026 | 45 | 4550 |
| 2027 | 46 | 4550 |
| 2028 | 47 | 4550 |
| 2029 | 48 | 4550 |
| 2030 | 49 | 4550 |
| 2031 | 50 | 9100 |
| 2032 | 51 | 9100 |
| 2033 | 52 | 9100 |
| 2034 | 53 | 9100 |
| 2035 | 54 | 9100 |
| 2036 | 55 | 9100 |
| 2037 | 56 | 9100 |
| 2038 | 57 | 9100 |
| 2039 | 58 | 9100 |
| 2040 | 59 | 9100 |
| 2041 | 60 | 9100 |
| 2042 | 61 | 9100 |
| 2043 | 62 | 9100 |
| 2044 | 63 | 9100 |
| 2045 | 64 | 9100 |
| 2046 | 65 | 9100 |
| **Total at retirement** | | 241920 |

**Table 4: Present Value of Lost Retirement Benefits**

| Year | Age | Annuity Benefit | Pension Benefit | Social Security | Taxes | Post tax retirement earnings | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|---|---|---|---|
| 2047 | 66 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 27205 | 31 |
| 2048 | 67 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 26672 | 32 |
| 2049 | 68 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 26149 | 33 |
| 2050 | 69 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 25636 | 34 |
| 2051 | 70 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 25133 | 35 |
| 2052 | 71 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 24640 | 36 |
| 2053 | 72 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 24157 | 37 |
| 2054 | 73 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 23684 | 38 |
| 2055 | 74 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 23219 | 39 |
| 2056 | 75 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 22764 | 40 |
| 2057 | 76 | 26400 | 38400 | 16092 | 16285.9 | 64606.1 | 14342.6 | 50263.5 | 22318 | 41 |
| **Total** | | | | | | | | | **271576** | |

9

# MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Cell: (626) 272-7455, Email: msjohn@bu.edu
Web site: https://sites.google.com/site/mslaterjohnson/
Citizenship: USA

## EMPLOYMENT

Postdoctoral Scholar, Sanford School of Public Policy, Duke University, starting July 2016

## EDUCATION

Ph.D., Economics, Boston University, Boston, MA, May 2016 (expected)
  Dissertation Title: *Essays on Nonwage Compensation*
  Dissertation Committee: Johannes Schmieder, Kevin Lang, David I. Levine

Visiting Ph.D. student, Harris School of Public Policy, University of Chicago, Chicago, IL, 2014-2015

B.A., Economics and History *(with Honors)*, University of California, Berkeley, Berkeley, CA, 2007

## RESEARCH FIELDS

Labor Economics, Public Economics, Organizational Economics

## RESEARCH GRANTS

2014-2015: The Effects of OSHA Enforcement: An Analysis of a Very Large Sample of Randomized Inspections." Coalition for Evidence-Based Policy Low-Cost RCT Grant, $100,000 (Co-PI with David I. Levine and Michael W. Toffel)

## FELLOWSHIPS AND AWARDS

2015-2016: Pre-Doctoral Fellowship in Disability Policy, National Bureau of Economic Research

2014: Outstanding Paper Award, Alliance for Research on Corporate Sustainability (ARCS) Annual Conference

2014-2015: Funding for Research Assistant, RA Mentor Program, Boston University Department of Economics

2012: National Science Foundation Graduate Research Fellowship, Honorable Mention

2011-2016: Dean's Fellowship, Boston University

2007: Distinction in General Scholarship, UC Berkeley

## TEACHING EXPERIENCE

2012-2013: Teaching Fellow, Principles of Microeconomics, Department of Economics, Boston University

## RESEARCH EXPERIENCE

2013-2014: Research Assistant for Professors Carola Frydman, Claudia Olivetti and Daniele Paserman, Boston University

2009-2011: Research Assistant for Professors Laura Alfaro, Fritz Foley, and Michael Toffel, Harvard Business School

2007-2009: Senior Research Assistant for Dr. Martin Baily,
  The Brookings Institution

PUBLICATIONS

Levine, David I., Michael W. Toffel, and Matthew S. Johnson. 2012. "Randomized Government Safety Inspections Reduce Worker Injuries with No Detectable Job Loss." *Science* 336, no. 6083.

Baily, Martin N., Robert E. Litan and Matthew S. Johnson. 2008. "The Origins of the Financial Crisis." The Brookings Institution; Fixing Finance Series: Paper 3.

Johnson, Matthew S. 2007. "The Power of Ideas and American Racial Struggles in the Early Nineteenth Century." *Clio's Scroll: Berkeley Undergraduate History Journal* (spring).

WORKING PAPERS

"Regulation by Shaming: Deterrence Effects of Publicizing Violations of Workplace Safety Laws."

OTHER PUBLICATIONS

*Harvard Business School (HBS) Teaching Materials*

Foley, C. Fritz, Matthew S. Johnson. "The Export-Import Bank of the United States." HBS Case 211-032.

Foley, C. Fritz and Matthew S. Johnson. "Belco Global Foods." HBS Case 211-033.

Alfaro, Laura, and Matthew Johnson. "Foreign Direct Investment and Ireland's Tiger Economy (B)." HBS Supplement 710-057.

Foley, C. Fritz, Michael Chen, Matthew Johnson, Linnea Meyer. "Noble Group." HBS Case 210-021.

*Book Chapters*

Alfaro, Laura and Matthew Johnson. 2012. "Foreign Direct Investment and Growth." Chap. 20 in *The Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, 299–307. Elsevier.

CONFERENCES AND PRESENTATIONS

2016: Strategy and the Business Environment Annual Conference

2015: Southern Economic Association Annual Meeting

2014: Society of Labor Economists (SOLE) Annual Meeting; Alliance for Research in Corporate Sustainability (ARCS) Annual Meeting; Washington University Economics Graduate Student Conference; White House Office of Science and Technology Policy

2013: Harvard School of Public Health ERC Seminar

2012: Association for Public Policy and Management Fall Research Conference, Baltimore MD

COMPUTER SKILLS: STATA, LaTeX, R

OTHER EXPERIENCE

2014-2015: BU Labor Reading Group founder/organizer; 2013-2014: BU Graduate Economics Association Officer; 2012-2015: Volunteer Tutor with Tutoring Plus! (2012-2015)

Michael S. Baksh

# MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

Analysis of Economic Loss in the Matter of
Estate of Michael S. Baksh

September 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to provide an estimate of the economic losses to the estate of Michael S. Baksh following his death in the terrorist attacks of September 11, 2001. The attached report provides the details of my analysis.

I have attached my Curriculum Vitae that describes my qualifications to undertake this report.


Matthew S. Johnson

MATTHEW S. JOHNSON
605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

### 1. Introduction

Michael S. Baksh was born on May 18, 1965, and he was 36 years old when he was killed in the terrorist attacks of September 11, 2001. He was survived by his wife and two children.

This report provides the details behind an estimate of the economic loss to the estate of Mr. Baksh as a result of his death.

### 2. Retirement and Life Expectancy

I have assumed Mr. Baksh would work until the age of 65, and that he would live until age 77, the average life expectancy of a male aged 36 as of 2002.[1]

### 3. Earnings Loss

At the time of his death, Michael Baksh was beginning a new career with Marsh Private Client Services, having begun a new position at the company a mere day prior to his death. This position offered both financial security and steady hours, both of which were important for Mr. Baksh, who based on the documents I have received was a devoted husband and father. Furthermore, based on his background, Mr. Baksh appeared eminently qualified for the position. Therefore, I have assumed that Mr. Baksh would have continued at Marsh until his retirement.

My estimate of Mr. Baksh's lost earnings is based on the report I have received written by Noah H. Kushlefsky of Kreindler & Kreindler LLP. Mr. Baksh's starting salary was $100,000. I assume Mr. Baksh's salary would have increased each year by 3.32% from then on, which was the Compound Annual Growth Rate (CAGR) in total compensation for workers in "Financial Services" between 2004 and 2016.[2] In addition to salary, Marsh would have paid an annual bonus between 10-65 percent of salary, so I have assumed he would receive a bonus of 37.5 percent of his salary each year.

### 4. Retirement Benefits

---

[1] National Vital Statistics Reports. United States Life Tables, 2002. Volume 53, No. 6, November 10, 2004.
[2] Bureau of Labor Statistics, Employer Cost for Employee Compensation Historical Listing, National Compensation Survey, March 2004-June 2016. http://www.bls.gov/ncs/ect/#tables (accessed 9/25/2016).

Mr. Baksh could have expected to receive generous retirement benefits through his position at Marsh as well. He would have received a traditional pension, which would have paid him annually an amount roughly between 40 and 45% of average salary for the five years prior to retirement. Thus, I have assumed he would receive a pension equal to 42.5% of his estimated average salary over this period.

Additionally, Marsh offered other retirement benefits which the report I have received suggests he would have taken full advantage of. I assume he would have paid 15% of his pre-tax salary into Marsh's Stock Investment Plan (a 401(k) type plan) and, based on Marsh's policy, would have received matching contributions of 4.29% of his salary up to age 55, and 6% of his salary from then on. I assume this 401(k) would have achieved an annual rate of return of 4 percent, which is in line with predictions of many financial experts as of 2014.[3] I assume Mr. Baksh would have drawn down these savings each year in retirement so that he exhausted it in the year of his death.[4]

Finally, Mr. Baksh would have received Social Security payments in retirement. I assume he would have received a monthly payment of $1,341, which is the average monthly benefit among retired workers in 2016.[5]

### 5. Income Taxes

A portion of Mr. Baksh's earnings would have been taxed at the federal and state level, and for FICA. To estimate this tax liability each year, I use the TaxSim program, administered by the National Bureau of Economic Research (NBER).[6]

### 6. Personal Consumption

Mr. Baksh would have used a portion of his earnings and benefits for personal consumption, and the monetary loss to his estate must be adjusted to account for this consumption. To estimate the portion of Mr. Baksh income that would have gone to personal consumption, I use the Patton-Nelson tables, a widely referenced source to estimate the necessary consumption allowance to determine the portion of post-tax income that is to be included as a loss to the estate of the deceased.[7] The Patton-Nelson method estimates the percent of income allocated to consumption by income, gender, and household size.

---

[3] Ruth Davis Konigsberg, 2014. "Why Your 401(k) May Only Return 4%." Time.com
http://time.com/money/3247321/retirement-401k-no-more-10-returns/ (accessed 9/5/2016)
[4] Specifically, each year I assume he would withdraw a percentage of his remaining balance equal to the one divided by the number of years remaining in his life plus 1. Thus, at age 66, he withdraws 1/(77-66+1)=8.3%.
[5] Source: Investopedia. http://www.investopedia.com/ask/answers/102814/what-maximum-i-can-receive-my-social-security-retirement-benefit.asp
[6] TaxSim takes as inputs taxable income, marital status, age, dependents, among others, and outputs federal, state, and FICA tax liabilities. For simplicity I assume the filer filed as "Single." I assume tax rates in years after 2013 are remain at what they were in 2013 (the last year in the TaxSim database).
[7] Ruble, M.R., Patton, R.T. and Nelson, D.M., 2014. Patton-Nelson Personal Consumption Tables 2011-12. *J. Legal Econ.*, *21*, p.41.

Additionally, a portion of Mr. Baksh's earnings would have gone toward health insurance premiums. I have estimated the amount Mr. Baksh would have paid to such premiums based on a 2012 report of health insurance premiums by state from 2003 to 2011.[8]

### 7.  Lost Value of Household Services

Mr. Baksh was a devoted husband and father, equally sharing in household duties and child rearing with his wife Christina, who estimated that Mr. Baksh provided an average of 20-25 hours of service per week.

To estimate the value of these lost services, I have use the "Replacement Rate" method to estimate what his family would have to pay to hire someone to provide these services.  I assume Mr. Baksh would have provided 20 hours per week of these services through retirement, and 10 hours per week thereafter, and that his family would have to pay someone $15/hour to provide them in his place.

### 8.  Loss of Nurture to Mr. Baksh's children

Another loss of Mr. Baksh's death is the nurture, and emotional and psychological development, he would have provided to his children, Ava and James, age 7 and 2 at the time of his death, respectively. Mr. Baksh always made sure to spend time with his children in the evenings, and was evidently wholly devoted to his family, suggesting he would have provided such nurture had he not been killed. I apply the "Replacement Nurture Model"[9] to estimate how much would need to be paid to hire someone to provide the nurturing services Mr. Baksh would have provided to his children, such as "Psychological / Emotional Development," "Scholastic Education," etc. This model estimates the number of hours Mr. Baksh would provide these services per day based on the American Time Use Survey (ATUS).

### 9.  Discount Rates

An estimate of the present value of the loss to Mr. Baksh's estate must discount future income streams at an appropriate rate. As such, I have discounted all income beyond 2016 at an annual rate of 2 percent.

---

[8] The Commonwealth Fund. 2012. State Trends in Premiums and Deductibles, 2003-2011: Eroding Protection and Rising Costs Underscore Need for Action.
http://www.commonwealthfund.org/~/media/files/publications/issue-brief/2012/dec/premiums/1648_schoen_state_trends_premiums_deductibles_2003_2011_1210.pdf (accessed September 2016).
[9] Laurila, A., 2013. Valuing Mom & Dad: Calculating Loss of Parental Nurture in a Wrongful Death Action. *U. La Verne L. Rev.*, 35, p.39.

**Table 1: Summary of Economic Damages to the Estate Of Michael Baksh**

| | |
|---|---|
| Present Value of Lost Earnings | 2,819,528 |
| Present Value of Lost Retirement Benefits | 1,242,356 |
| Present Value of Lost Nurture to Children | 480,736 |
| Present Value of Lost Household Services | 392,898 |
| **Total** | 4,935,519 |

**Table 2: Present Value of Lost Earnings**

| Year | Age | Annual Salary | Annual Bonus | Total pre-tax earnings | Taken out for Stock Investment Plan (401(k)) | Taken out for health insurance | Taxable Income | Taxes | Take Home Pay | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 37 | 100,000 | 37,500 | 137,500 | 15,000 | 647 | 121,853 | 45,999 | 75,855 | 10,316 | 65,538 | 65,538 | 0 |
| 2003 | 38 | 103,320 | 38,745 | 142,065 | 15,498 | 679 | 125,888 | 45,931 | 79,957 | 10,874 | 69,083 | 69,083 | 0 |
| 2004 | 39 | 106,750 | 40,031 | 146,782 | 16,013 | 713 | 130,056 | 47,360 | 82,696 | 10,668 | 72,028 | 72,028 | 0 |
| 2005 | 40 | 110,294 | 41,360 | 151,655 | 16,544 | 748 | 134,362 | 48,944 | 85,418 | 11,019 | 74,399 | 74,399 | 0 |
| 2006 | 41 | 113,956 | 42,734 | 156,690 | 17,093 | 786 | 138,810 | 50,735 | 88,076 | 11,362 | 76,714 | 76,714 | 0 |
| 2007 | 42 | 117,739 | 44,152 | 161,892 | 17,661 | 825 | 143,406 | 52,520 | 90,886 | 11,088 | 79,798 | 79,798 | 0 |
| 2008 | 43 | 121,648 | 45,618 | 167,267 | 18,247 | 866 | 148,153 | 54,546 | 93,607 | 11,420 | 82,187 | 82,187 | 0 |
| 2009 | 44 | 125,687 | 47,133 | 172,820 | 18,853 | 910 | 153,057 | 56,497 | 96,560 | 11,780 | 84,779 | 84,779 | 0 |
| 2010 | 45 | 129,860 | 48,697 | 178,557 | 19,479 | 955 | 158,123 | 58,284 | 99,839 | 12,180 | 87,659 | 87,659 | 0 |
| 2011 | 46 | 134,171 | 50,314 | 184,486 | 20,126 | 1,003 | 163,357 | 57,871 | 105,485 | 12,342 | 93,144 | 93,144 | 0 |
| 2012 | 47 | 138,626 | 51,985 | 190,610 | 20,794 | 1,053 | 168,763 | 59,892 | 108,871 | 12,738 | 96,133 | 96,133 | 0 |
| 2013 | 48 | 143,228 | 53,711 | 196,939 | 21,484 | 1,106 | 174,349 | 64,272 | 110,077 | 12,329 | 97,748 | 97,748 | 0 |
| 2014 | 49 | 147,983 | 55,494 | 203,477 | 22,197 | 1,161 | 180,118 | 67,480 | 112,639 | 14,643 | 97,996 | 97,996 | 0 |
| 2015 | 50 | 152,896 | 57,336 | 210,233 | 22,934 | 1,219 | 186,079 | 69,595 | 116,484 | 15,143 | 101,341 | 101,341 | 0 |
| 2016 | 51 | 157,973 | 59,240 | 217,212 | 23,696 | 1,280 | 192,236 | 71,780 | 120,456 | 15,057 | 105,399 | 103,332 | 1 |
| 2017 | 52 | 163,217 | 61,206 | 224,424 | 24,483 | 1,344 | 198,597 | 74,037 | 124,560 | 15,570 | 108,990 | 104,757 | 2 |
| 2018 | 53 | 168,636 | 63,239 | 231,875 | 25,295 | 1,411 | 205,168 | 76,582 | 128,585 | 16,073 | 112,512 | 106,023 | 3 |
| 2019 | 54 | 174,235 | 65,338 | 239,573 | 26,135 | 1,482 | 211,956 | 79,554 | 132,402 | 15,888 | 116,514 | 107,641 | 4 |
| 2020 | 55 | 180,019 | 67,507 | 247,527 | 27,003 | 1,556 | 218,968 | 83,601 | 135,367 | 20,711 | 114,656 | 105,847 | 5 |
| 2021 | 56 | 185,996 | 69,748 | 255,744 | 27,899 | 1,634 | 226,211 | 86,575 | 139,636 | 21,364 | 118,272 | 105,022 | 6 |
| 2022 | 57 | 192,171 | 72,064 | 264,235 | 28,826 | 1,716 | 233,694 | 89,649 | 144,046 | 21,175 | 122,871 | 106,966 | 7 |
| 2023 | 58 | 198,551 | 74,457 | 273,008 | 29,783 | 1,801 | 241,424 | 92,960 | 148,464 | 21,824 | 126,640 | 108,086 | 8 |
| 2024 | 59 | 205,143 | 76,929 | 282,072 | 30,771 | 1,891 | 249,409 | 96,567 | 152,842 | 21,704 | 131,138 | 109,731 | 9 |
| 2025 | 60 | 211,954 | 79,483 | 291,436 | 31,793 | 1,986 | 257,657 | 100,293 | 157,365 | 22,346 | 135,019 | 110,763 | 10 |
| 2026 | 61 | 218,991 | 82,121 | 301,112 | 32,849 | 2,085 | 266,178 | 104,141 | 162,037 | 22,361 | 139,676 | 112,336 | 11 |
| 2027 | 62 | 226,261 | 84,848 | 311,109 | 33,939 | 2,189 | 274,980 | 108,117 | 166,863 | 23,027 | 143,836 | 113,414 | 12 |
| 2028 | 63 | 233,773 | 87,665 | 321,438 | 35,066 | 2,299 | 284,073 | 112,225 | 171,848 | 23,028 | 148,821 | 115,043 | 13 |
| 2029 | 64 | 241,534 | 90,575 | 332,110 | 36,230 | 2,414 | 293,466 | 116,467 | 176,998 | 23,718 | 153,280 | 116,167 | 14 |
| 2030 | 65 | 249,553 | 93,582 | 343,136 | 37,433 | 2,535 | 303,168 | 120,850 | 182,318 | 23,701 | 158,617 | 117,855 | 15 |

**Total**      2,819,528

**Table 3: Value of Contributions to Marsh Stock Investment Plan (including matching contributions from employer)**

| year | Age | Value of SIP holdings |
|------|-----|-----------------------|
| 2002 | 37 | 20062 |
| 2003 | 38 | 41592 |
| 2004 | 39 | 64671 |
| 2005 | 40 | 89385 |
| 2006 | 41 | 115822 |
| 2007 | 42 | 144075 |
| 2008 | 43 | 174243 |
| 2009 | 44 | 206427 |
| 2010 | 45 | 240736 |
| 2011 | 46 | 277283 |
| 2012 | 47 | 316184 |
| 2013 | 48 | 357566 |
| 2014 | 49 | 401556 |
| 2015 | 50 | 448292 |
| 2016 | 51 | 497915 |
| 2017 | 52 | 550576 |
| 2018 | 53 | 606430 |
| 2019 | 54 | 665641 |
| 2020 | 55 | 728382 |
| 2021 | 56 | 798139 |
| 2022 | 57 | 872034 |
| 2023 | 58 | 950279 |
| 2024 | 59 | 1033094 |
| 2025 | 60 | 1120708 |
| 2026 | 61 | 1213364 |
| 2027 | 62 | 1311314 |
| 2028 | 63 | 1414823 |
| 2029 | 64 | 1524167 |
| 2030 | 65 | 1639636 |

Table 4: Present Value of Lost Retirement Benefits

| Year | Age | Value of SIP contributions | Annuity from SIP | Pension Benefit | Social Security | Pre-tax retirement income | Taxes | Post-tax retirement income | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2031 | 66 | 1639636 | 136636 | 99460 | 16092 | 252188 | 92131 | 160056 | 22088 | 137969 | 102513 | 15 |
| 2032 | 67 | 1563119 | 142102 | 99460 | 16092 | 257653 | 94551 | 163102 | 22508 | 140594 | 102415 | 16 |
| 2033 | 68 | 1477858 | 147786 | 99460 | 16092 | 263337 | 97067 | 166270 | 22945 | 143325 | 102357 | 17 |
| 2034 | 69 | 1383275 | 153697 | 99460 | 16092 | 269249 | 99684 | 169565 | 23400 | 146165 | 102339 | 18 |
| 2035 | 70 | 1278761 | 159845 | 99460 | 16092 | 275397 | 102406 | 172991 | 23181 | 149810 | 102834 | 19 |
| 2036 | 71 | 1163673 | 166239 | 99460 | 16092 | 281790 | 105237 | 176554 | 23658 | 152896 | 102894 | 20 |
| 2037 | 72 | 1037331 | 172889 | 99460 | 16092 | 288440 | 108181 | 180259 | 23434 | 156826 | 103470 | 21 |
| 2038 | 73 | 899020 | 179804 | 99460 | 16092 | 295356 | 111242 | 184114 | 23935 | 160179 | 103610 | 22 |
| 2039 | 74 | 747085 | 186996 | 99460 | 16092 | 302548 | 114426 | 188122 | 24456 | 163666 | 103790 | 23 |
| 2040 | 75 | 583428 | 194476 | 99460 | 16092 | 310028 | 117737 | 192290 | 24229 | 168062 | 104488 | 24 |
| 2041 | 76 | 404510 | 202255 | 99460 | 16092 | 317807 | 121201 | 196605 | 24772 | 171833 | 104738 | 25 |
| 2042 | 77 | 210345 | 210345 | 99460 | 16092 | 325897 | 121201 | 204696 | 25792 | 178904 | 106909 | 26 |
| **Total** | | | | | | | | | | | 1242356 | |

**Table 5: Value of lost nurture provided to children**

| Year | Son's Age | Daughter's age | Hours/day, son | Hours/day, daughter | Hourly wage for provider of nurture | Value | Present Value | Discount |
|------|-----------|----------------|----------------|---------------------|-------------------------------------|-------|---------------|----------|
| 2002 | 3  | 8  | 1.32 | 0.52 | 74 | 49,975.93 | 49976 | 0 |
| 2003 | 4  | 9  | 1.32 | 0.52 | 74 | 49,975.93 | 49976 | 0 |
| 2004 | 5  | 10 | 1.32 | 0.52 | 74 | 49,975.93 | 49976 | 0 |
| 2005 | 6  | 11 | 1.32 | 0.52 | 74 | 49,975.93 | 49976 | 0 |
| 2006 | 7  | 12 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2007 | 8  | 13 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2008 | 9  | 14 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2009 | 10 | 15 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2010 | 11 | 16 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2011 | 12 | 17 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2012 | 13 | 18 | 0.52 | 0.52 | 74 | 28,247.27 | 28247 | 0 |
| 2013 | 14 |    | 0.52 |      | 74 | 14,123.63 | 14124 | 0 |
| 2014 | 15 |    | 0.52 |      | 74 | 14,123.63 | 14124 | 0 |
| 2015 | 16 |    | 0.52 |      | 74 | 14,123.63 | 14124 | 0 |
| 2016 | 17 |    | 0.52 |      | 74 | 14,123.63 | 13847 | 1 |
| 2017 | 18 |    | 0.52 |      | 74 | 14,123.63 | 13575 | 2 |
| 2018 | 18 |    | 0.52 |      | 74 | 14,123.63 | 13309 | 3 |
| **Total** |  |  |  |  |  |  | **480736** |  |

**Table 6: Estimated Value of Lost Household Services**

| Year | Age | Hours | Value | Present Value | Discount |
|------|-----|-------|-------|---------------|----------|
| 2002 | 37 | 1040 | 15,600.00 | 15600 | 0 |
| 2003 | 38 | 1040 | 15,600.00 | 15600 | 0 |
| 2004 | 39 | 1040 | 15,600.00 | 15600 | 0 |
| 2005 | 40 | 1040 | 15,600.00 | 15600 | 0 |
| 2006 | 41 | 1040 | 15,600.00 | 15600 | 0 |
| 2007 | 42 | 1040 | 15,600.00 | 15600 | 0 |
| 2008 | 43 | 1040 | 15,600.00 | 15600 | 0 |
| 2009 | 44 | 1040 | 15,600.00 | 15600 | 0 |
| 2010 | 45 | 1040 | 15,600.00 | 15600 | 0 |
| 2011 | 46 | 1040 | 15,600.00 | 15600 | 0 |
| 2012 | 47 | 1040 | 15,600.00 | 15600 | 0 |
| 2013 | 48 | 1040 | 15,600.00 | 15600 | 0 |
| 2014 | 49 | 1040 | 15,600.00 | 15600 | 0 |
| 2015 | 50 | 1040 | 15,600.00 | 15600 | 0 |
| 2016 | 51 | 1040 | 15,600.00 | 15294 | 1 |
| 2017 | 52 | 1040 | 15,600.00 | 14994 | 2 |
| 2018 | 53 | 1040 | 15,600.00 | 14700 | 3 |
| 2019 | 54 | 1040 | 15,600.00 | 14412 | 4 |
| 2020 | 55 | 1040 | 15,600.00 | 14129 | 5 |
| 2021 | 56 | 520 | 7,800.00 | 6926 | 6 |
| 2022 | 57 | 520 | 7,800.00 | 6790 | 7 |
| 2023 | 58 | 520 | 7,800.00 | 6657 | 8 |
| 2024 | 59 | 520 | 7,800.00 | 6527 | 9 |
| 2025 | 60 | 520 | 7,800.00 | 6399 | 10 |
| 2026 | 61 | 520 | 7,800.00 | 6273 | 11 |
| 2027 | 62 | 520 | 7,800.00 | 6150 | 12 |
| 2028 | 63 | 520 | 7,800.00 | 6030 | 13 |
| 2029 | 64 | 520 | 7,800.00 | 5911 | 14 |
| 2030 | 65 | 520 | 7,800.00 | 5796 | 15 |
| 2031 | 66 | 520 | 7,800.00 | 5682 | 16 |
| 2032 | 67 | 520 | 7,800.00 | 5570 | 17 |
| 2033 | 68 | 520 | 7,800.00 | 5461 | 18 |
| 2034 | 69 | 520 | 7,800.00 | 5354 | 19 |
| 2035 | 70 | 520 | 7,800.00 | 5249 | 20 |
| 2036 | 71 | 520 | 7,800.00 | 5146 | 21 |
| 2037 | 72 | 520 | 7,800.00 | 5045 | 22 |
| **Total** | | | | 392898 | |

# Matthew S. Johnson

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Cell: (626) 272-7455, Email: msjohn@bu.edu
Web site: https://sites.google.com/site/mslaterjohnson/
Citizenship: USA

## Employment

Postdoctoral Scholar, Sanford School of Public Policy, Duke University, starting July 2016

## Education

Ph.D., Economics, Boston University, Boston, MA, May 2016 (expected)
  Dissertation Title: *Essays on Nonwage Compensation*
  Dissertation Committee: Johannes Schmieder, Kevin Lang, David I. Levine

Visiting Ph.D. student, Harris School of Public Policy, University of Chicago, Chicago, IL, 2014-2015

B.A., Economics and History *(with Honors)*, University of California, Berkeley, Berkeley, CA, 2007

## Research Fields

Labor Economics, Public Economics, Organizational Economics

## Research Grants

2014-2015: The Effects of OSHA Enforcement: An Analysis of a Very Large Sample of Randomized Inspections." Coalition for Evidence-Based Policy Low-Cost RCT Grant, $100,000 (Co-PI with David I. Levine and Michael W. Toffel)

## Fellowships and Awards

2015-2016: Pre-Doctoral Fellowship in Disability Policy, National Bureau of Economic Research

2014: Outstanding Paper Award, Alliance for Research on Corporate Sustainability (ARCS) Annual Conference

2014-2015: Funding for Research Assistant, RA Mentor Program, Boston University Department of Economics

2012: National Science Foundation Graduate Research Fellowship, Honorable Mention

2011-2016: Dean's Fellowship, Boston University

2007: Distinction in General Scholarship, UC Berkeley

## Teaching Experience

2012-2013: Teaching Fellow, Principles of Microeconomics, Department of Economics, Boston University

## Research Experience

2013-2014: Research Assistant for Professors Carola Frydman, Claudia Olivetti and Daniele Paserman, Boston University

2009-2011: Research Assistant for Professors Laura Alfaro, Fritz Foley, and Michael Toffel, Harvard Business School

2007-2009: Senior Research Assistant for Dr. Martin Baily,
  The Brookings Institution

## PUBLICATIONS

Levine, David I., Michael W. Toffel, and Matthew S. Johnson. 2012. "Randomized Government Safety
  Inspections Reduce Worker Injuries with No Detectable Job Loss." *Science* 336, no. 6083.

Baily, Martin N., Robert E. Litan and Matthew S. Johnson. 2008. "The Origins of the Financial
  Crisis." The Brookings Institution; Fixing Finance Series: Paper 3.

Johnson, Matthew S. 2007. "The Power of Ideas and American Racial Struggles in the Early
  Nineteenth Century." *Clio's Scroll: Berkeley Undergraduate History Journal* (spring).

## WORKING PAPERS

"Regulation by Shaming: Deterrence Effects of Publicizing Violations of Workplace Safety Laws."

## OTHER PUBLICATIONS

*Harvard Business School (HBS) Teaching Materials*

Foley, C. Fritz, Matthew S. Johnson. "The Export-Import Bank of the United States." HBS Case 211-032.

Foley, C. Fritz and Matthew S. Johnson. "Belco Global Foods." HBS Case 211-033.

Alfaro, Laura, and Matthew Johnson. "Foreign Direct Investment and Ireland's Tiger Economy (B)."
  HBS Supplement 710-057.

Foley, C. Fritz, Michael Chen, Matthew Johnson, Linnea Meyer. "Noble Group." HBS Case 210-021.

*Book Chapters*

Alfaro, Laura and Matthew Johnson. 2012. "Foreign Direct Investment and Growth." Chap. 20 in *The
  Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, 299–307. Elsevier.

## CONFERENCES AND PRESENTATIONS

2016: Strategy and the Business Environment Annual Conference

2015: Southern Economic Association Annual Meeting

2014: Society of Labor Economists (SOLE) Annual Meeting; Alliance for Research in Corporate
  Sustainability (ARCS) Annual Meeting; Washington University Economics Graduate Student
  Conference; White House Office of Science and Technology Policy

2013: Harvard School of Public Health ERC Seminar

2012: Association for Public Policy and Management Fall Research Conference, Baltimore MD

## COMPUTER SKILLS: STATA, LaTeX, R

## OTHER EXPERIENCE

2014-2015: BU Labor Reading Group founder/organizer; 2013-2014: BU Graduate Economics
  Association Officer; 2012-2015: Volunteer Tutor with Tutoring Plus! (2012-2015)

Christine Barbuto

# MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

---

Analysis of Economic Loss in the Matter of
Estate of Christine Barbuto

September 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to provide an estimate of the economic losses to the estate of Christine Barbuto following her death in the terrorist attacks of September 11, 2001. The attached report provides the details of my analysis.

I have attached my Curriculum Vitae that describes my qualifications to undertake this report.


Matthew S. Johnson

# Matthew S. Johnson

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

### 1. Introduction

Christine Barbuto was born on October 28, 1968, and she was 32 years old when she was killed in the terrorist attacks of September 11, 2001. She was survived by her sisters Diane Walsh and Jeanine Daly.

This report provides the details behind an estimate of the economic loss to the estate of Ms. Barbuto as a result of her death.

### 2. Retirement and Life Expectancy

I have assumed Ms. Barbuto would work until age 65, the normal social security retirement age, and that she would live until age 81, the average life expectancy for a Caucasian woman aged 32 as of 2002. [1]

### 3. Earnings Loss

Ms. Barbuto was engaging in a very successful career. At the time of her death, she was a Women's Sportswear Buyer for TJX Companies, Inc. During her five years with the company she had risen rapidly, already having been promoted five times, and her current position as Buyer provided the greatest opportunity for upward advancement in the company and future financial rewards. The documents I have received, including a report written by Robert J. Spragg of Kreindler & Kreindler LLP, include interviews with an executive at TJX who states clearly that Ms. Barbuto was poised to make such advancements successfully.

Ms. Barbuto's salary at the time of her death was $59,500, accompanied by a guaranteed 10 percent bonus. Given her demonstrated success with the company, it is very likely her earnings would have increased substantially as her tenure with TJX increased, and her bonus would have increased to be up to 40 percent of her salary. According to the executive mentioned above, Ms. Barbuto's total compensation would have exceeded $500,000 annually if she had reached the position of Vice President, General Merchandise Manager, and judging by the language used by this executive, it is extremely likely she would have reached this position. Thus, I assume she would reach this position after 30 years with the company (25 years after the time of her death), and I assume her salary and bonus would increase each year to a) make her bonus be 40 percent of her salary, and b) her total compensation be $500,000, at this time. This path requires her salary grow at an annual rate of 7.4%, and her bonus at a rate of 5.7%.

---

[1] National Vital Statistics Reports. United States Life Tables, 2002. Volume 53, No. 6, November 10, 2004.

### 4. Social Security

Ms. Barbuto would have received Social Security payments in retirement. I assume she would have received a monthly payment of $1,341, which is the average monthly benefit among retired workers in 2016.[2]

### 5. Income Taxes

A portion of Ms. Barbuto's earnings would have been taxed at the federal and state level and for FICA. To estimate this tax liability, I use the TaxSim program, administered by the National Bureau of Economic Research (NBER).[3]

### 6. Personal Consumption and Health Care Expenditures

Ms. Barbuto would have used a portion of her earnings and benefits for personal consumption.  To estimate the portion of her income that would have gone to personal consumption, I use the Patton-Nelson tables, a widely referenced source to estimate the necessary consumption allowance to determine the portion of post-tax income that is to be included as a loss to the estimate.[4] The Patton-Nelson method estimates the percent of income allocated to consumption by income, gender, and household size.[5]

In addition, a portion of Ms. Barbuto's earnings would have gone to health care premiums. I have estimated the amount Ms. Barbuto would have paid to such premiums based on a 2012 report of health insurance premiums by state from 2003 to 2011.[6] In 2003, the average single-person health care premium in Massachusetts was $3,500/year, and the average employee cost share was 20.4 percent, and so I assume Ms. Barbuto paid (3500*.204=) $714 for health insurance at this time, and that this amount would increase by 5 percent each year thereafter.

---

[2] Source: Investopedia. http://www.investopedia.com/ask/answers/102814/what-maximum-i-can-receive-my-social-security-retirement-benefit.asp

[3] TaxSim takes as inputs taxable income, marital status, age, dependents, among others, and outputs federal, state, and FICA tax liabilities. For simplicity I assume the filer filed as "Single."

[4] Ruble, M.R., Patton, R.T. and Nelson, D.M., 2014. Patton-Nelson Personal Consumption Tables 2011-12. *J. Legal Econ.*, *21*, p.41.

[5] With respect to household size, while Ms. Barbuto was single at the time of her death, it is possible she would have lived in a larger household with dependents as she grew older. For the purposes of estimating her consumption percentage, I assume she would have lived in a 3-person household from age 35 to age 53, and a 2-person household thereafter.

[6] The Commonwealth Fund. 2012. State Trends in Premiums and Deductibles, 2003-2011: Eroding Protection and Rising Costs Underscore Need for Action.
http://www.commonwealthfund.org/~/media/files/publications/issue-brief/2012/dec/premiums/1648_schoen_state_trends_premiums_deductibles_2003_2011_1210.pdf
(accessed September 2016).

### 7.  Lost Value of Household Services

Ms. Barbuto regularly provided babysitting services at least once a week for the children of her two sisters. Judging by the pictures in the report I received, these children were quite young at the time of Ms. Barbuto's death, so I assume she would have continued providing this service to her sisters for the next five years. This is a service her sisters would have to pay for after Ms. Barbuto's death, so I use the "Replacement Rate" method to calculate the value of these lost services. I assume this service was provided 8 hours per week, 50 weeks per year, and that someone would have to be paid $15/hour to provide these services.

### 8.  Discount Rates

An estimate of the present value of the loss to Ms. Barbuto's estate must discount future income streams at an appropriate rate. As such, I have discounted all income beyond 2016 at an annual rate of 2 percent.

**Table 1: Summary of Economic Damages to the estate of Christine Barbuto**

| | |
|---|---|
| Present Value of Lost Earnings | 4,181,678 |
| Present value of Lost Social Security benefits | 86,280 |
| Present Value of Lost Household Services | 30,000 |
| **Total** | 4,297,958 |

**Table 2: Present Value of Lost Earnings**

| Year | Age | Annual Salary | Annual Bonus percentage | Annual Bonus | Total pre-tax earnings | Allocated to Health care premiums | Taxable Income | Taxes | Take Home Pay | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 33 | 59,500 | 0.10 | 5,950 | 65,450 | 714 | 64,736 | 24,800 | 39,936 | 32,348 | 7,588 | 7,588 | 0 |
| 2003 | 34 | 63,903 | 0.11 | 6,755 | 70,658 | 771 | 69,887 | 26,448 | 43,439 | 31,320 | 12,120 | 12,120 | 0 |
| 2004 | 35 | 68,632 | 0.11 | 7,668 | 76,300 | 832 | 75,468 | 28,883 | 46,585 | 33,588 | 12,997 | 12,997 | 0 |
| 2005 | 36 | 73,711 | 0.12 | 8,705 | 82,415 | 898 | 81,517 | 31,532 | 49,985 | 13,296 | 36,689 | 36,689 | 0 |
| 2006 | 37 | 79,165 | 0.12 | 9,882 | 89,047 | 969 | 88,078 | 33,254 | 54,824 | 10,033 | 44,791 | 44,791 | 0 |
| 2007 | 38 | 85,023 | 0.13 | 11,218 | 96,241 | 1,046 | 95,195 | 36,402 | 58,793 | 10,759 | 48,034 | 48,034 | 0 |
| 2008 | 39 | 91,315 | 0.14 | 12,735 | 104,050 | 1,129 | 102,921 | 39,815 | 63,106 | 10,665 | 52,441 | 52,441 | 0 |
| 2009 | 40 | 98,072 | 0.15 | 14,457 | 112,529 | 1,219 | 111,310 | 43,034 | 68,276 | 11,539 | 56,737 | 56,737 | 0 |
| 2010 | 41 | 105,330 | 0.16 | 16,412 | 121,741 | 1,316 | 120,426 | 46,296 | 74,130 | 11,787 | 62,343 | 62,343 | 0 |
| 2011 | 42 | 113,124 | 0.16 | 18,631 | 131,755 | 1,420 | 130,335 | 47,480 | 82,855 | 12,428 | 70,427 | 70,427 | 0 |
| 2012 | 43 | 121,495 | 0.17 | 21,150 | 142,645 | 1,533 | 141,112 | 51,305 | 89,808 | 13,471 | 76,337 | 76,337 | 0 |
| 2013 | 44 | 130,486 | 0.18 | 24,010 | 154,496 | 1,655 | 152,841 | 57,798 | 95,044 | 13,496 | 81,548 | 81,548 | 0 |
| 2014 | 45 | 140,142 | 0.19 | 27,256 | 167,398 | 1,786 | 165,612 | 62,226 | 103,386 | 14,060 | 89,325 | 89,325 | 0 |
| 2015 | 46 | 150,513 | 0.21 | 30,942 | 181,454 | 1,928 | 179,527 | 67,052 | 112,474 | 14,622 | 97,853 | 97,853 | 0 |
| 2016 | 47 | 161,650 | 0.22 | 35,126 | 196,776 | 2,081 | 194,695 | 72,312 | 122,383 | 15,298 | 107,085 | 107,085 | 0 |
| 2017 | 48 | 173,613 | 0.23 | 39,875 | 213,488 | 2,246 | 211,242 | 78,636 | 132,606 | 15,913 | 116,693 | 114,405 | 1 |
| 2018 | 49 | 186,460 | 0.24 | 45,267 | 231,727 | 2,424 | 229,303 | 86,529 | 142,774 | 16,562 | 126,212 | 121,311 | 2 |
| 2019 | 50 | 200,258 | 0.26 | 51,388 | 251,646 | 2,617 | 249,029 | 95,219 | 153,811 | 17,381 | 136,430 | 128,561 | 3 |
| 2020 | 51 | 215,077 | 0.27 | 58,337 | 273,414 | 2,825 | 270,589 | 104,716 | 165,873 | 18,080 | 147,793 | 136,538 | 4 |
| 2021 | 52 | 230,993 | 0.29 | 66,225 | 297,218 | 3,049 | 294,169 | 115,103 | 179,066 | 18,981 | 160,085 | 144,994 | 5 |
| 2022 | 53 | 248,086 | 0.30 | 75,180 | 323,266 | 3,291 | 319,975 | 126,470 | 193,505 | 19,544 | 173,961 | 154,472 | 6 |
| 2023 | 54 | 266,445 | 0.32 | 85,346 | 351,790 | 3,552 | 348,238 | 137,153 | 211,084 | 21,320 | 189,765 | 165,202 | 7 |
| 2024 | 55 | 286,161 | 0.34 | 96,886 | 383,047 | 3,835 | 379,213 | 150,211 | 229,002 | 23,129 | 205,873 | 175,710 | 8 |
| 2025 | 56 | 307,337 | 0.36 | 109,987 | 417,324 | 4,139 | 413,185 | 164,406 | 248,779 | 31,346 | 217,433 | 181,938 | 9 |
| 2026 | 57 | 330,080 | 0.38 | 124,859 | 454,939 | 4,468 | 450,472 | 182,031 | 268,441 | 33,824 | 234,618 | 192,468 | 10 |
| 2027 | 58 | 354,506 | 0.40 | 141,742 | 496,248 | 4,822 | 491,426 | 201,590 | 289,836 | 36,519 | 253,317 | 203,733 | 11 |
| 2028 | 59 | 380,740 | 0.40 | 152,296 | 533,036 | 5,205 | 527,830 | 218,976 | 308,855 | 38,916 | 269,939 | 212,845 | 12 |
| 2029 | 60 | 408,915 | 0.40 | 163,566 | 572,480 | 5,619 | 566,862 | 237,617 | 329,245 | 41,485 | 287,760 | 222,448 | 13 |
| 2030 | 61 | 439,174 | 0.40 | 175,670 | 614,844 | 6,065 | 608,779 | 290,753 | 318,026 | 40,071 | 277,955 | 210,655 | 14 |
| 2031 | 62 | 471,673 | 0.40 | 188,669 | 660,342 | 6,546 | 653,796 | 312,253 | 341,543 | 43,034 | 298,509 | 221,796 | 15 |
| 2032 | 63 | 506,577 | 0.40 | 202,631 | 709,208 | 7,066 | 702,142 | 335,343 | 366,799 | 46,217 | 320,582 | 233,527 | 16 |
| 2033 | 64 | 544,064 | 0.40 | 217,625 | 761,689 | 7,627 | 754,062 | 360,140 | 393,922 | 49,634 | 344,288 | 245,877 | 17 |
| 2034 | 65 | 584,324 | 0.40 | 233,730 | 818,054 | 8,233 | 809,821 | 386,771 | 423,051 | 53,304 | 369,746 | 258,881 | 18 |
| **Total** | | | | | | | | | | | | **4,181,678** | |

**Table 3: Present Value of Lost Social Security Benefits**

| Year | Age | Social Security | Consumption | Net Loss | Present Value | Discount |
|---|---|---|---|---|---|---|
| 2035 | 66 | 16092 | 7016 | 9076 | 6,230 | 19 |
| 2036 | 67 | 16092 | 7016 | 9076 | 6,108 | 20 |
| 2037 | 68 | 16092 | 7016 | 9076 | 5,988 | 21 |
| 2038 | 69 | 16092 | 7016 | 9076 | 5,871 | 22 |
| 2039 | 70 | 16092 | 7016 | 9076 | 5,756 | 23 |
| 2040 | 71 | 16092 | 7016 | 9076 | 5,643 | 24 |
| 2041 | 72 | 16092 | 7016 | 9076 | 5,532 | 25 |
| 2042 | 73 | 16092 | 7016 | 9076 | 5,424 | 26 |
| 2043 | 74 | 16092 | 7016 | 9076 | 5,317 | 27 |
| 2044 | 75 | 16092 | 7016 | 9076 | 5,213 | 28 |
| 2045 | 76 | 16092 | 7016 | 9076 | 5,111 | 29 |
| 2046 | 77 | 16092 | 7016 | 9076 | 5,011 | 30 |
| 2047 | 78 | 16092 | 7016 | 9076 | 4,912 | 31 |
| 2048 | 79 | 16092 | 7016 | 9076 | 4,816 | 32 |
| 2049 | 80 | 16092 | 7016 | 9076 | 4,722 | 33 |
| 2050 | 81 | 16092 | 7016 | 9076 | 4,629 | 34 |
| **Total** | | | | | **86280** | |

7

**Table 4 - Loss to Estimated Value of Household Services**

| Year | Age | Hours Babysitting for sisters' children | Value of household service | Present Value | Discount |
|------|-----|------|------|------|------|
| 2002 | 33 | 400 | 6,000.00 | 6000 | 0 |
| 2003 | 34 | 400 | 6,000.00 | 6000 | 0 |
| 2004 | 35 | 400 | 6,000.00 | 6000 | 0 |
| 2005 | 36 | 400 | 6,000.00 | 6000 | 0 |
| 2006 | 37 | 400 | 6,000.00 | 6000 | 0 |
| **Total** | | | | **30000** | |

# MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Cell: (626) 272-7455, Email: msjohn@bu.edu
Web site: https://sites.google.com/site/mslaterjohnson/
Citizenship: USA

## EMPLOYMENT

Postdoctoral Scholar, Sanford School of Public Policy, Duke University, starting July 2016

## EDUCATION

Ph.D., Economics, Boston University, Boston, MA, May 2016 (expected)
Dissertation Title: *Essays on Nonwage Compensation*
Dissertation Committee: Johannes Schmieder, Kevin Lang, David I. Levine

Visiting Ph.D. student, Harris School of Public Policy, University of Chicago, Chicago, IL, 2014-2015

B.A., Economics and History *(with Honors)*, University of California, Berkeley, Berkeley, CA, 2007

## RESEARCH FIELDS

Labor Economics, Public Economics, Organizational Economics

## RESEARCH GRANTS

2014-2015: The Effects of OSHA Enforcement: An Analysis of a Very Large Sample of Randomized Inspections." Coalition for Evidence-Based Policy Low-Cost RCT Grant, $100,000 (Co-PI with David I. Levine and Michael W. Toffel)

## FELLOWSHIPS AND AWARDS

2015-2016: Pre-Doctoral Fellowship in Disability Policy, National Bureau of Economic Research

2014: Outstanding Paper Award, Alliance for Research on Corporate Sustainability (ARCS) Annual Conference

2014-2015: Funding for Research Assistant, RA Mentor Program, Boston University Department of Economics

2012: National Science Foundation Graduate Research Fellowship, Honorable Mention

2011-2016: Dean's Fellowship, Boston University

2007: Distinction in General Scholarship, UC Berkeley

## TEACHING EXPERIENCE

2012-2013: Teaching Fellow, Principles of Microeconomics, Department of Economics, Boston University

## RESEARCH EXPERIENCE

2013-2014: Research Assistant for Professors Carola Frydman, Claudia Olivetti and Daniele Paserman, Boston University

2009-2011: Research Assistant for Professors Laura Alfaro, Fritz Foley, and Michael Toffel, Harvard Business School

2007-2009: Senior Research Assistant for Dr. Martin Baily, The Brookings Institution

PUBLICATIONS

Levine, David I., Michael W. Toffel, and Matthew S. Johnson. 2012. "Randomized Government Safety Inspections Reduce Worker Injuries with No Detectable Job Loss." *Science* 336, no. 6083.

Baily, Martin N., Robert E. Litan and Matthew S. Johnson. 2008. "The Origins of the Financial Crisis." The Brookings Institution; Fixing Finance Series: Paper 3.

Johnson, Matthew S. 2007. "The Power of Ideas and American Racial Struggles in the Early Nineteenth Century." *Clio's Scroll: Berkeley Undergraduate History Journal* (spring).

WORKING PAPERS

"Regulation by Shaming: Deterrence Effects of Publicizing Violations of Workplace Safety Laws."

OTHER PUBLICATIONS

*Harvard Business School (HBS) Teaching Materials*

Foley, C. Fritz, Matthew S. Johnson. "The Export-Import Bank of the United States." HBS Case 211-032.

Foley, C. Fritz and Matthew S. Johnson. "Belco Global Foods." HBS Case 211-033.

Alfaro, Laura, and Matthew Johnson. "Foreign Direct Investment and Ireland's Tiger Economy (B)." HBS Supplement 710-057.

Foley, C. Fritz, Michael Chen, Matthew Johnson, Linnea Meyer. "Noble Group." HBS Case 210-021.

*Book Chapters*

Alfaro, Laura and Matthew Johnson. 2012. "Foreign Direct Investment and Growth." Chap. 20 in *The Evidence and Impact of Financial Globalization*, edited by Gerard Caprio, 299–307. Elsevier.

CONFERENCES AND PRESENTATIONS

2016: Strategy and the Business Environment Annual Conference

2015: Southern Economic Association Annual Meeting

2014: Society of Labor Economists (SOLE) Annual Meeting; Alliance for Research in Corporate Sustainability (ARCS) Annual Meeting; Washington University Economics Graduate Student Conference; White House Office of Science and Technology Policy

2013: Harvard School of Public Health ERC Seminar

2012: Association for Public Policy and Management Fall Research Conference, Baltimore MD

COMPUTER SKILLS: STATA, LaTeX, R

OTHER EXPERIENCE

2014-2015: BU Labor Reading Group founder/organizer; 2013-2014: BU Graduate Economics Association Officer; 2012-2015: Volunteer Tutor with Tutoring Plus! (2012-2015)

Bettina B. Browne-Radburn

# Matthew S. Johnson

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

Analysis of Economic Loss in the Matter of
Estate of Bettina B. Browne-Radburn

September 2016

To Whom It May Concern,

I have been retained by Kreindler & Kreindler LLP to provide an estimate of the economic losses to the
estate of Bettina Browne-Radburn following her death in the terrorist attacks of September 11, 2001. The
attached report provides the details of my analysis.

I have attached my Curriculum Vitae that describes my qualifications to undertake this report.


Matthew S. Johnson

## MATTHEW S. JOHNSON

605 West Chapel Hill St, Apt 638
Durham, NC 27701
Phone: (626) 272-7455
Email: m.slater.johnson@gmail.com

### 1. Introduction

Bettina Browne-Radburn was born on August 23, 1952, and she was 49 years old when she was killed in the terrorist attacks of September 11, 2001. She was survived by her husband, Ed Radburn.

This report provides the details behind an estimate of the economic loss to the estate of Ms. Radburn as a result of her death.

### 2. Retirement and Life Expectancy

I have assumed Ms. Browne-Radburn would work until age 70, which is the age it is estimated she would have retired based on the documents I have been given. I assume she would live until age 80, the average life expectancy of a white female aged 50 as of 2002.[1]

### 3. Earnings Loss

Ms. Browne-Radburn was an accomplished businesswoman. At the time of her death, Bettina Browne-Radburn was an Executive Vice President for Mergers and Acquisitions with Aon, a position she had begun in May 2001. Based on her experience, Ms. Browne-Radburn was extremely qualified for this position, so I assume she would have continued with Aon into retirement. Her starting salary was $175,000 with a guaranteed bonus of $50,000. In addition, she had worked out an arrangement to provide consulting services to Omni, a company she had previously founded, for which she would be paid $175,000 annually.

I assume Ms. Browne-Radburn's earnings would have grown at a rate equal to the compound annual growth rate (CAGR) of her earnings over the 4 years prior to 2001. Based on her tax returns, Ms. Browne-Radburn's salary earnings increased between 1997 and 2000 at a CAGR of 4 percent. Thus, I have assumed her total earnings (Aon salary and bonus, and Omni consulting services) would have grown at an annual rate of 4 percent.

### 4. Retirement Benefits

Aon provided a generous pension, which Ms. Browne-Radburn would have become eligible for after a few years of service. While I did not receive information about Aon's

---

[1] National Vital Statistics Reports. United States Life Tables, 2002. Volume 53, No. 6, November 10, 2004.