## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of October, 2016, I served a true and correct copy of the foregoing THE ASHTON WRONGFUL DEATH PLAINTIFFS' MOTION FOR FINAL JUDGMENT and all supporting papers, including the Declaration by James P. Kreindler, Esq., all exhibits thereto, and the Proposed Order via this Court's ECF/CM system to all parties registered to receive service.

                                                        /s/ James P. Kreindler