# EXHIBIT A

Exhibit A

| Estate | Economic Loss | Economic Loss with Punitive Muitiplier | Solatium Family Members | Relationship | Solatium Damages | Solatium Damages with Punitivie Mulitplier |
|---|---|---|---|---|---|---|
| Estate of Yvonne Kennedy | $ 308,729.00 | $ 1,370,756.76 | | | | |
| | | | Kennedy, Simon | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Kennedy, Leigh | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Ruben Ornedo | $ 4,048,842.00 | $ 17,976,858.48 | Ornedo, Shelia | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Ornedo, Robin | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Ornedo, Eduardo | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Ornedo, Renato | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Ornedo, Mario | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Bettina B. Browne-Radburn | $ 7,114,283.00 | $ 31,587,416.52 | Radburn, Edward | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Tammome, Antionette | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Porrazzi, Anthony | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Radburn, Eamonn | Step-child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Radburn, Liam | Step-child | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Horace R. Passananti | $ 628,402.00 | $ 2,790,104.88 | Passananti, Sean | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Passananti, Michael | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Passananti, Marie | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| Estate of Christine Barbuto | $ 4,297,958.00 | $ 19,082,933.52 | Walsh, Dianne M. | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Daly, Jeannine | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Barbuto, John | Father | $ 8,500,000.00 | $ 37,740,000.00 |

Exhibit A

| Estate | Economic Loss | Economic Loss with Punitive Muitiplier | Solatium Family Members | Relationship | Solatium Damages | Solatium Damages with Punitivie Mulitplier |
|---|---|---|---|---|---|---|
| Estate of Michael S. Baksh | $ 4,935,519.00 | $ 21,913,704.36 | Baksh, Christina | Spouse | $ 12,500,000.00 | $ 55,500,000.00 |
| | | | Baksh, Ava | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Baksh, James | Child | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Baksh, Martha | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Baksh, Moriss | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Baksh, Marvina | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Baksh, Maureen | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Baksh, Michelle | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Thomas J. Ashton | $ 1,876,048.00 | $ 8,329,653.12 | Ashton, John | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Ashton, Kathleen | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Amato, Colleen | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Buckley, Mary | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Barbara J. Arestegui | $ 2,366,810.00 | $ 10,508,636.40 | Arestegui, Vickie | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Arestegui, Vittorio | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Arestegui, Rosie | Mother | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Arestegui, Nancy | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Arestegui, Kristen | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Arestegui, Sharon | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| Estate of Karen A. Martin | $ 2,366,810.00 | $ 10,508,636.40 | Martin, John | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Martin, Paul | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Martin, Susan | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |

Exhibit A

| Estate | Economic Loss | Economic Loss with Punitive Muitiplier | Solatium Family Members | Relationship | Solatium Damages | Solatium Damages with Punitivie Mulitplier |
|---|---|---|---|---|---|---|
| Estate of Betty A. Ong | $ 1,404,482.00 | $ 6,235,900.08 | Ong Jr, Harry | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Ong, Catherine | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Ong, Gloria | Sibling | $ 4,250,000.00 | $ 18,870,000.00 |
| | | | Ong Sr, Harry | Father | $ 8,500,000.00 | $ 37,740,000.00 |
| | | | Ong, Yee Gum Oy | Mother | $ 8,500,000.00 | $ 37,740,000.00 |