# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **CHRISTOPHER SOUSA** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **KRISTEN SINISI ▲** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | |

▲ ADMITTED IN PA AND MD ONLY

By ECF
October 14, 2016

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)

Dear Judge Netburn:

    The Defendants' Executive Committee, on behalf of the defendants currently in merits or jurisdictional discovery, and the Plaintiffs' Executive Committees, write regarding the discovery conference scheduled for October 20, 2016.

    Counsel for the parties currently engaged in merits and jurisdictional discovery will be available to discuss the discovery issues relating to their client(s) on October 20, 2016.  In addition, counsel for plaintiffs and for defendant Dallah Avco will be available at the status conference to discuss the status of the case and to schedule a date for argument on the motion to compel (ECF Nos. 3211-3212, 3284-3286, and 3314), at the court's convenience.

    Sincerely,

| | |
|---|---|
| */s/ Alan R. Kabat* | */s/ Sean Carter* |
| | |
| Alan R. Kabat | Sean Carter |
| Defendants' Executive Committee | Plaintiffs' Executive Committees |

Hon. Sarah Netburn
October 14, 2016
Page 2 of 2


cc:	Hon. George B. Daniels
	MDL-1570 Counsel of Record