# EXHIBIT A

*Bauer et al. v. al Qaeda Islamic Army, et al.,*
02-cv-7236 (GBD)(FM)

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of | Family Members | | Solatium Damages |
|---|---|---|---|
| W. David Bauer | Virginia Bauer | Spouse | $12,500,000.00 |
| | W. David Bauer, III | Child | $8,500,000.00 |
| | Stephen Bauer | Child | $8,500,000.00 |
| | Jacqueline Bauer | Child | $8,500,000.00 |
| | Walter D. Bauer (died post-9/11) | Parent | $8,500,000.00 |
| | Dorothy Bauer | Parent | $8,500,000.00 |
| | Robert Bauer | Sibling | $4,250,000.00 |
| | Gretchen Abernathy | Sibling | $4,250,000.00 |
| | Heidi Pollard | Sibling | $4,250,000.00 |

1

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Paul F. Beatini | Susan Beatini | Spouse | $12,500,000.00 |
| | Julia R. Beatini | Child | $8,500,000.00 |
| | Daria L. Beatini | Child | $8,500,000.00 |
| | Michael Beatini (died in 2014) | Parent | $8,500,000.00 |
| | Doris Beatini (died in 2010) | Parent | $8,500,000.00 |
| | Michael Beatini (died in 2015) | Sibling | $4,250,000.00 |
| | Thomas Beatini | Sibling | $4,250,000.00 |
| | Nanda Beatini | Sibling | $4,250,000.00 |
| | Mark Beatini | Sibling | $4,250,000.00 |
| Anil T. Bharvaney | Pandora Bharvaney | Spouse | $12,500,000.0 |
| | Savitri Bharvaney | Parent | $8,500,000.00 |
| | Govind Bharvaney (died post-9/11) | Parent | $8,500,000.00 |
| | Kishore Bharvaney | Sibling | $4,250,000.00 |

2

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Colin Bonnett | Cathy Ann Bonnett | Spouse | $12,500,000.00 |
| | Kody Bonnett | Child | $8,500,000.00 |
| | Aubrey A. Parris | Parent | $8,500,000.00 |
| | Julia V. Bonnett | Parent | $8,500,000.00 |
| | Heather Bonnett | Sibling | $4,250,000.00 |
| Thomas Bowden | Deborah Bowden Hart | Spouse | $12,500,000.00 |
| | [redacted][1] | Child | $8,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | Thomas Bowden Sr. | Parent | $8,500,000.00 |
| | Sheila Bowden | Parent | $8,500,000.00 |
| | Kathleen Bowden | Sibling | $4,250,000.00 |
| | Paul Bowden | Sibling | $4,250,000.00 |
| | James Bowden | Sibling | $4,250,000.00 |

---

[1] The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Shawn E. Bowman | Jennifer Bowman Henry | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | | Child | $8,500,000.00 |
| | Shawn Bowman Sr. | Parent | $8,500,000.00 |
| | Carol Bowman | Parent | $8,500,000.00 |
| | James Bowman | Sibling | $4,250,000.00 |
| Thomas Brennan | Jennifer Brennan Waterhouse | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | | Child | $8,500,000.00 |
| | John Brennan | Parent | $8,500,000.00 |
| | Anita Brennan | Parent | $8,500,000.00 |
| | John Brennan | Sibling | $4,250,000.00 |
| | Paul Brennan | Sibling | $4,250,000.00 |
| | Marybeth Brennan | Sibling | $4,250,000.00 |
| | Michael Brennan | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Milton Bustillo | Laura Bustillo | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | Dayna Spordone | Step-Child | $8,500,000.00 |
| | Margarita Better | Parent | $8,500,000.00 |
| | Gilberto Bustillo (died post-9/11) | Parent | $8,500,000.00 |
| | Henry Bustillo | Sibling | $4,250,000.00 |
| | Gilberto Bustillo, Jr. | Sibling | $4,250,000.00 |
| | Dissa Bustillo | Sibling | $4,250,000.00 |
| | Mirna Bustillo | Sibling | $4,250,000.00 |
| John A. Candela | Elizabeth Candela | Spouse | $12,500,000.00 |
| | Juliette Candela | Child | $8,500,000.00 |
| | John Candela Jr. | Child | $8,500,000.00 |
| | John C. Candela (died in 2002) | Parent | $8,500,000.00 |
| | Phyllis Candela (died in 2012) | Parent | $8,500,000.00 |
| | Joseph Candela | Sibling | $4,250,000.00 |
| | Valerie Speller | Sibling | $4,250,000.00 |
| | Karen Ann Mee | Sibling | $4,250,000.00 |
| | Joan Brady | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Edward Carlino | Marie Carlino | Spouse | $12,500,000.00 |
| | Lisa Lopez | Child | $8,500,000.00 |
| | Salvatore Carlino | Parent | $8,500,000.00 |
| | Mary M. Carlino | Parent | $8,500,000.00 |
| Michael J. Cunningham | Teresa Cunningham | Spouse | $12,500,000.00 |
| | ■ | Child | $8,500,000.00 |
| | Laurence Cunningham | Parent | $8,500,000.00 |
| | Bernadette Cunningham | Sibling | $4,250,000.00 |
| | Paul Cunningham | Sibling | $4,250,000.00 |
| | Sean Cunningham | Sibling | $4,250,000.00 |
| | Andrew Cunningham | Sibling | $4,250,000.00 |
| | Julieanne Cunningham | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jack L. D'Ambrosi, Jr. | Karen D'Ambrosi | Spouse | $12,500,000.00 |
| | Jacqueline D'Ambrosi | Child | $8,500,000.00 |
| | Emily E. D'Ambrosi | Child | $8,500,000.00 |
| | Jack D'Ambrosi, Sr. | Parent | $8,500,000.00 |
| | Denise Bonoli | Sibling | $4,250,000.00 |
| | Dean D'Ambrosi | Sibling | $4,250,000.00 |
| Patrick Danahy | Mary Danahy Sammel | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | Grace A. Danahy | Child | $8,500,000.00 |
| | Francis Danahy | Parent | $8,500,000.00 |
| | Mary-Anne Danahy | Parent | $8,500,000.00 |
| | Kathleen Samuelson | Sibling | $4,250,000.00 |
| | Denise Duffy | Sibling | $4,250,000.00 |
| | Michael Danahy | Sibling | $4,250,000.00 |
| | Mary Ann Danahy | Sibling | $4,250,000.00 |
| | John Danahy | Sibling | $4,250,000.00 |

| Estate | Family Members | Solatium Damages |
|---|---|---|
| David DiMeglio | John DiMeglio — Parent | $8,500,000.00 |
|  | Patti DiMeglio — Parent | $8,500,000.00 |
|  | Daniel DiMeglio — Sibling | $4,250,000.00 |
| Vincenzo Gallucci | Barbara Gallucci — Spouse | $12,500,000.00 |
|  | Joseph Gallucci — Child | $8,500,000.00 |
|  | Alyssa Gallucci — Child | $8,500,000.00 |
|  | Joseph Gallucci — Parent | $8,500,000.00 |
|  | Angela Gallucci — Parent | $8,500,000.00 |
|  | Grace Santorelli — Sibling | $4,250,000.00 |
| Donna Giordano | Michael Giordano — Child | $8,500,000.00 |
|  | Domenick D'Ambola — Father | $8,500,000.00 |
|  | Jessamine D'Ambola — Mother (Died in 2003) | $8,500,000.00 |
|  | Elaine Barrett — Sibling | $4,250,000.00 |

8

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jeremy Glick | Lyzbeth Glick Best | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | Lloyd Glick | Parent | $8,500,000.00 |
| | Joan Glick | Parent | $8,500,000.00 |
| | Joanna Glick | Sibling | $4,250,000.00 |
| | Jennifer Glick | Sibling | $4,250,000.00 |
| | Jed Glick | Sibling | $4,250,000.00 |
| | Jared Glick | Sibling | $4,250,000.00 |
| | Jonah Glick | Sibling | $4,250,000.00 |
| Steven Goldstein | Jill Goldstein | Spouse | $12,500,000.00 |
| | Hanna Goldstein | Child | *$8,500,000.00* |
| | | Child | $8,500,000.00 |
| | Alyce Goldstein | Parent | $8,500,000.00 |
| | Robert Goldstein | Sibling | $4,250,000.00 |
| Linda Gronlund | Doris Gronlund | Parent | $8,500,000.00 |
| | Gunnar Gronlund (died in 2002) | Parent | $8,500,000.00 |
| | Elsa Strong | Sibling | $4,250,000.00 |

9

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kevin Hannaford | Eileen Hannaford | Spouse | $12,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | James Hannaford | Parent | $8,500,000.00 |
| | Nancy Hannaford | Parent | $8,500,000.00 |
| | Elizabeth Saraceno | Sibling | $4,250,000.00 |
| | Patrick Hannaford | Sibling | $4,250,000.00 |
| Donald T. Jones, II | Michele Jones-Ferrell | Spouse | $12,500,000.00 |
| | Taylor N. Jones | Child | $8,500,000.00 |
| | [redacted] | Child | $8,500,000.00 |
| | Donald T. Jones, Sr. | Parent | $8,500,000.00 |
| | Judith Jones | Parent | $8,500,000.00 |
| | William B. Jones | Sibling | $4,250,000.00 |
| Scott Johnson | Thomas S. Johnson | Parent | $8,500,000.00 |
| | Ann Johnson | Parent | $8,500,000.00 |
| | Margaret Johnson | Sibling | $4,250,000.00 |
| | Thomas P. Johnson (died in 2015) | Sibling | $4,250,000.00 |

10

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Howard Kane | Lori Kane | Spouse | $12,500,000.00 |
| | Jason B. Kane | Child | $8,500,000.00 |
| | Bruce Kane (died in 2016) | Parent | $8,500,000.00 |
| | Rochelle Kane | Parent | $8,500,000.00 |
| | Adam Kane | Sibling | $4,250,000.00 |
| | Holly Ann Kane | Sibling | $4,250,000.00 |
| Joseph Keller | Rose Keller D'Alessandro | Spouse | $12,500,000.00 |
| | ▬▬▬ | Child | $8,500,000.00 |
| | ▬▬▬ | Child | $8,500,000.00 |
| | June Saslow | Parent | $8,500,000.00 |
| | Daniel Saslow | Step-Parent | $4,250,000.00 |
| | Jennifer Lutz | Sibling | $4,250,000.00 |
| Catherine MacRae | Cameron MacRae | Parent | $8,500,000.00 |
| | Ann B. MacRae | Parent | $8,500,000.00 |
| | Ann C. MacRae | Sibling | $4,250,000.00 |

11

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Ronald Magnuson | Audrey Magnuson | Spouse | $12,500,000.00 |
| | Jeffrey A. Magnuson | Child | $8,500,000.00 |
| | Sheryl A. Magnuson | Child | $8,500,000.00 |
| | Knut Magnuson | Sibling | $4,250,000.00 |
| Daniel Maher | Kathy Maher | Spouse | $12,500,000.00 |
| | Daniel Maher | Child | $8,500,000.00 |
| | Joseph Maher | Child | $8,500,000.00 |
| | Raymond Maher Jr. (died post 9/11) | Sibling | $4,250,000.00 |
| | James Maher | Sibling | $4,250,000.00 |
| | Jeanne Brandofino | Sibling | $4,250,000.00 |
| David Meyer | Margaret Meyer | Spouse | $12,500,000.00 |
| | Heidi Meyer | Child | $8,500,000.00 |
| | Heather Meyer | Child | $8,500,000.00 |
| | Dawn Meyer | Child | $8,500,000.00 |
| | Charles Meyer | Sibling | $4,250,000.00 |
| | Kristine Riordan | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kristen Montanaro | Ellen Robb | Parent | $8,500,000.00 |
| | Frank Montanaro | Parent | $8,500,000.00 |
| | Karen Montanaro | Sibling | $4,250,000.00 |
| | Jamie Montanaro | Sibling | $4,250,000.00 |
| Kevin Murphy | Beth Murphy | Spouse | $12,500,000.00 |
| | Connor K. Murphy | Child | $8,500,000.00 |
| | Caitlyn B. Murphy | Child | $8,500,000.00 |
| | Sally Heyser | Parent | $8,500,000.00 |
| | Timothy Murphy (died post-9/11) | Parent | $8,500,000.00 |
| | Mary Beth Dougherty | Sibling | $4,250,000.00 |
| | Timothy Murphy, Jr. | Sibling | $4,250,000.00 |
| | Michael Murphy | Sibling | $4,250,000.00 |
| | Jack Murphy | Sibling | $4,250,000.00 |
| Ronald Orsini | Arlene Orsini | Spouse | $12,500,000.00 |
| | Danielle Orsini Pandolfi | Child | $8,500,000.00 |
| | Barbara Orsini | Sibling | $4,250,000.00 |
| | Robert Orisini | Sibling | $4,250,000.00 |

13

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jean Peterson | Jennifer Price-Selkever | Child | $8,500,000.00 |
| | Catherine Price | Child | $8,500,000.00 |
| | Grace Sherwood | Child | $8,500,000.00 |
| | Virginia Hoadley (died post-9/11) | Parent | $8,500,000.00 |
| | Walter Hoadley (died in 2003) | Parent | $8,500,000.00 |
| | Richard Hoadley | Sibling | $4,250,000.00 |
| John Ryan | Patricia Ryan | Spouse | $12,500,000.00 |
| | Laura Ryan | Child | $8,500,000.00 |
| | Kristen Ryan | Child | $8,500,000.00 |
| | Colin Ryan | Child | $8,500,000.00 |
| | John Ryan, Sr. | Parent | $8,500,000.00 |
| | Mary Ryan | Parent | $8,500,000.00 |
| | Patrick Ryan | Sibling | $4,250,000.00 |
| | Teague Ryan | Sibling | $4,250,000.00 |
| | Aileen Ryan Burden | Sibling | $4,250,000.00 |
| | Colleen Ryan (died post 9/11) | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Steven F. Schlag | Tomoko T. Schlag | Spouse | $12,500,000.00 |
| | Dakota I. Schlag | Child | $8,500,000.00 |
| | Garrett M. Schlag | Child | $8,500,000.00 |
| | Sierra A. Schlag | Child | $8,500,000.00 |
| | Donald Schlag | Parent | $8,500,000.00 |
| | Patricia Schlag | Parent | $8,500,000.00 |
| | Jean Schlag | Sibling | $4,250,000.00 |
| | Ellen Schlag | Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne Sisolak Penavic | Spouse | $12,500,000.00 |
| | Paul Sisolak (died in 2003) | Parent | $8,500,000.00 |
| | Anna J. Powell | Parent | $8,500,000.00 |
| | Theresa Reller | Sibling | $4,250,000.00 |
| | Thomas Sisolak (died in April 2016) | Sibling | $4,250,000.00 |

15

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Daniel Smith | Mary Smith | Spouse | $12,500,000.00 |
| | Elizabeth Smith | Child | $8,500,000.00 |
| | Michael Smith | Child | $8,500,000.00 |
| | Tracey Smith (dec. year unknown) | Parent | $8,500,000.00 |
| | Helen McCarthy (dec. year unknown) | Parent | $8,500,000.00 |
| Michael Tanner | Michele Tanner | Spouse | $12,500,000.00 |
| | Sasha Tanner | Child | $8,500,000.00 |
| | Gianna Tanner | Child | $8,500,000.00 |
| | Mary Tanner (died in 2015) | Parent | $8,500,000.00 |
| | Kenneth Tanner Jr. | Sibling | $4,250,000.00 |
| | Rene Abbatte | Sibling | $4,250,000.00 |
| | Nicole Tanner | Sibling | $4,250,000.00 |
| | Maria Marascuilo | Sibling | $4,250,000.00 |

16

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Scott Vasel | Amy Vasel | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | Ryan A. Vasel | Child | $8,500,000.00 |
| | Mynda Vasel (died in 2004) | Parent | $8,500,000.00 |
| | Charles Vasel (died in 2010) | Parent | $8,500,000.00 |
| | Janyne Dembicki | Sibling | $4,250,000.00 |
| Alan Wisniewski | Kathy Wisniewski | Spouse | $12,500,000.00 |
| | Jessica M. Wisniewski | Child | $8,500,000.00 |
| | Erica C. Wisniewski | Child | $8,500,000.00 |
| | Matthew Wisniewski | Child | $8,500,000.00 |
| | Muriel Wisniewski (died in 2003) | Parent | $8,500,000.00 |

17

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Salvatore Zisa | Roseann Zisa | Spouse | $12,500,000.00 |
| | Christina Zisa | Child | $8,500,000.00 |
| | Joseph Zisa | Child | $8,500,000.00 |
| | Joseph Zisa (died in 2014) | Parent | $8,500,000.00 |
| | Josephine Zisa | Parent | $8,500,000.00 |
| | Rosemarie Martie | Sibling | $4,250,000.00 |
| | Phyllis Zisa Kelly | Sibling | $4,250,000.00 |
| | Jane Zisa Presto | Sibling | $4,250,000.00 |
| | Anthony Zisa | Sibling | $4,250,000.00 |