# EXHIBIT B

*Ashton et al. v. al Qaeda Islamic Army, et al.,*
02-cv-6977 (GBD)(FM)

*Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(FM)*

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Noel Foster | Nancy Foster | Spouse | $12,500,000.00 |
| | Nicole Foster | Child | $8,500,000.00 |
| | Megan Foster | Child | $8,500,000.00 |
| | Marion Foster | Parent | $8,500,000.00 |
| | John Foster | Adoptive Parent | $4,250,000.00 |
| Adam Lewis | Patricia D. Lewis | Spouse | $12,500,000.00 |
| | Reilly Lewis | Child | $8,500,000.00 |
| | Arthur Lewis | Child | $8,500,000.00 |
| | Caroline Lewis | Child | $8,500,000.00 |
| | ▮▮▮▮▮ | Child | $8,500,000.00 |
| | Geraldine Lewis | Parent | $8,500,000.00 |
| | Pamela Passereta | Sibling | $4,250,000.00 |
| | Kathryn Hebert | Sibling | $4,250,000.00 |

1

| Estate of | Family Members | | Solatium Damages |
|---|---|---|---|
| Kenneth Tarantino | Jennifer Tarantino | Spouse | $12,500,000.00 |
| | Kenneth J. Tarantino | Child | $8,500,000.00 |
| | | Child | $8,500,000.00 |
| | Kenneth T. Tarantino | Parent | $8,500,000.00 |
| | Theresa Tarantino | Parent | $8,500,000.00 |
| | Victoria Malone | Sibling | $4,250,000.00 |
| Kevin York | Chiemi York | Spouse | $12,500,000.00 |
| | | Child | $8,500,000.00 |
| | Connor York | Child | $8,500,000.00 |
| | John York | Parent | $8,500,000.00 |
| | Susan York | Sibling | $4,250,000.00 |
| | Timothy York | Sibling | $4,250,000.00 |
| | Mary York | Sibling | $4,250,000.00 |

2