**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**[PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT**

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II*

and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment

by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the

entire record in this case, and in addition to the default judgment award for compensatory

damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226,

3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II*

and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran;

and it is

**ORDERED** that the forty (40)  *Bauer II* and four (4) *Ashton* Plaintiffs identified in the

attached Exhibits A and B are awarded solatium damages as set forth in Exhibits A and B with

prejudgment interest on those awards to be calculated at a rate of 4.96 percent per annum,

compounded annually, over the same period;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on

Exhibits A and B may submit an application for punitive damages at a later date; and the same

Plaintiffs may also submit an application for economic damages awards that will be approved on

the same basis as previously awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I*

Plaintiffs.

Dated: New York, New York
       October \_\_\_\_, 2016                    SO ORDERED:


                                     _____
                                     GEORGE B. DANIELS
                                     UNITED STATES DISTRICT JUDGE