**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C.  20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

October 17, 2016

**VIA ECF AND FEDEX**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

  Re: *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD)(SN)
     **Submission of Damages Exhibit Per Recommendation of Judge Netburn**

Dear Your Honor:

  As instructed by U.S. Magistrate Judge Sarah Netburn in her Reports and Recommendations issued on October 12, 2016, and October 14, 2016, in the above-captioned case, enclosed please find an Exhibit listing the recommended damages awards for 13 Decedents' Estates and 203 individual family members, all of whom are plaintiffs in the case.

  The Reports and Recommendations state that the total amount of solatium awards to the 203 individual family members is $1,346,370,000.  The total amount in our enclosed Exhibit A is $1,346,125,000.  Despite our best efforts, we are unable to locate the source of this $250,000 discrepancy.  The recommended economic and non-economic awards to the 13 Decedents' Estates match the totals in the enclosed Exhibit.

  Should the Court require a formal motion for partial final judgment under Rule 54(b), Fed. R. Civ. P., or anything further to be filed, do not hesitate to contact the undersigned.

              Respectfully submitted,

              */s/ Timothy B. Fleming*

              Timothy B. Fleming
              Attorney for the *Hoglan* Plaintiffs

cc: All counsel of record via ECF