UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

### [PROPOSED] FINAL ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent (*see* ECF Nos. 3226, 3229) and the final order of summary judgment for certain other *Ashton* claimants (*see* ECF No. 3300) it is hereby;

**ORDERED** that final judgment is entered on behalf of those individuals in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) identified in Exhibit A to the Oct. 21, 2016 Declaration of James P. Kreindler ("10/21/2016 Kreindler Decl."), attached hereto, against the Islamic Republic of Iran; and it is

**ORDERED** that the *Ashton* claimants identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest awarded on all claims to be calculated at the rate of 4.96% per annum from September 11, 2001 until today, all interest compounded annually over the same period; and it is

**ORDERED** that the *Ashton* claimants identified in Exhibit A to the 10/21/2016 Kreindler Decl. are awarded economic damages as set forth in Exhibit A and as supported by the expert

1

2

reports and analyses submitted as Exhibit B to the October 11 Declaration of James P. Kreindler (ECF Nos. 3357-1 and 3357-2).; and it is

**ORDERED** that the *Ashton* claimants not appearing on Exhibit A to the 10/21/2016 Kreindler Decl. may submit in later stages applications for solatium and economic damages awards that will be approved on the same basis as currently approved for those individuals appearing on Exhibit A.

Dated:  New York, New York
_____, 2016

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE