UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2016

**SARAH NETBURN, United States Magistrate Judge:**

On March 9, 2016, the Honorable George B. Daniels issued an order to defendants Wa'el Jelaidan and al Haramain Islamic Foundation (AHIF) to comply with monetary penalties assessed in relation to sanctions previously imposed upon them. ECF No. 3228. Because both defendants are Specially Designated Global Terrorists who could not pay plaintiffs without a license from the U.S. Treasury Department's Office of Foreign Assets Control (OFAC), they were further ordered to acquire such licenses and inform the Court of the actions that they took to effectuate payment to the plaintiffs. Defendant AHIF has complied with this Order and paid the monetary penalties in full. ECF No. 3330.

However, defendant Wa'el Jelaidan has neither apprised the Court of his attempts to attain the requisite OFAC licenses nor provided any other update as to his compliance with the March 9, 2016 Order. Accordingly, Wa'el Jelaidan is ORDERED to provide an update to the Court about the status of any application for an OFAC license and a timeline for payment to plaintiffs by Friday, November 4, 2016.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 21, 2016