UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**STATUS CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2016

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference is scheduled for Wednesday, January 18, 2017, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. At this conference, the Plaintiffs' Executive Committee and Defendants' Executive Committee shall give oral argument on the fully briefed motion to compel pertaining to defendant Dallah Avco filed on February 8, 2016. ECF No. 3211. Parties should also be prepared to discuss the status of discovery and any motions to compel that they seek to present at that time.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             October 21, 2016