**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:           PARTIAL ORDER
:           AND JUDGMENT
:
:
:           1:03 MDL 1570 (GBD) (SN)
------------------------------------------------------------------X

This Document Relates to
Hoglan v. Iran
1:11-cv-07550 (GBD) (SN)

Based upon the Reports and Recommendations issued on October 12, 2016, and October 14, 2016, it is HEREBY:

ORDERED that Partial Final Judgment is entered in favor of the 13 Estates and 203 individual family members listed herein and against all Sovereign Defendants;

ORDERED that such Plaintiffs are awarded: (1) economic damages in the amount of $469,465,035, as set forth below; (2) compensatory damages for pain and suffering of $2,000,000 per Decedent for a total of $26,000,000, as set forth below; (3) compensatory damages for solatium totaling $1,346,375,000, as set forth below; and, (4) prejudgment interest on the amount of $1,372,375,000, in pain and suffering and solatium damages since September 11, 2001, to the date of judgment at the rate of 4.96 percent per annum, compounded annually;

ORDERED that Defendants are jointly and severally liable for the entire award;

ORDERED that Plaintiffs' request for punitive damages is DENIED WITHOUT PREJUDICE.

AND IT IS FURTHER ORDERED that the economic damages and non-economic damages awarded to the Decedents' Estates are as follows:

| DECEDENT | ECONOMIC LOSS | PAIN & SUFFERING | TOTAL AWARD |
|---|---|---|---|
| **Estate of Siew Nya Ang** | $7,407,342 | $2,000,000 | **$9,407,342** |
| **Estate of Mark Kendall Bingham** | $7,617,663 | $2,000,000 | **$9,617,663** |
| **Estate of Joyce Ann Carpeneto** | $1,926,378 | $2,000,000 | **$3,926,378** |
| **Estate of Wayne T. Davis** | $9,388,123 | $2,000,000 | **$11,388,123** |
| **Estate of Timmy Grazioso** | $307,289,003 | $2,000,000 | **$309,289,003** |
| **Estate of LeRoy W. Homer, Jr.** | $9,281,150 | $2,000,000 | **$11,281,150** |
| **Estate of Hweidar Jian** | $10,108,875 | $2,000,000 | **$12,108,875** |
| **Estate of Leon Lebor** | $747,568 | $2,000,000 | **$2,747,568** |
| **Estate of Christopher E. Lunder** | $34,961,894 | $2,000,000 | **$36,961,894** |
| **Estate of Joseph D. Mistrulli** | $4,999,143 | $2,000,000 | **$6,999,143** |
| **Estate of Louis Nacke** | $8,185,357 | $2,000,000 | **$10,185,357** |
| **Estate of Sandra Wright-Cartledge** | $1,132,626 | $2,000,000 | **$3,132,626** |
| **Estate of Marc Scott Zeplin** | $66,419,913 | $2,000,000 | **$68,419,913** |
| **TOTAL** | **$469,465,035** | **$26,000,000** | **$495,465,035** |

AND IT IS FURTHER ORDERED that damages for solatium for the individual Plaintiffs are awarded as follows:

| DECEDENT | PLAINTIFF | RELATIONSHIP | SOLATIUM |
|---|---|---|---|
| Mark Kendall Bingham | Alice Hoglan a/k/a Hoagland | Parent | $8,500,000 |
| Siew Nya Ang | Kui Liong Lee | Spouse | $12,500,000 |
| Siew Nya Ang | Winnee Lee | Child | $8,500,000 |
| Siew Nya Ang | Jeanee Lee | Child | $8,500,000 |
| Michael Bane | Arline Peabody-Bane | Step-Parent | $4,250,000 |
| Michael Bane | Brian Major | Step-Sibling | $2,125,000 |
| Michael Bane | Brenda E. Jobe | Step-Sibling | $2,125,000 |
| Joyce Ann Carpento | Joseph Carpento | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Dian Dembinski | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Loretta Haines | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Stephen Bradish | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Jack Bradish | Sibling | $4,250,000 |
| Sandra Wright Cartledge | Geraldine Deborah Spaeter | Sibling | $4,250,000 |
| Peter Chirchirillo | Nicholas Chirchirillo | Child | $8,500,000 |
| Peter Chirchirillo | Michael Chirchirillo | Child | $8,500,000 |
| Jeffrey Coale | JoanAnn Coale | Parent | $8,500,000 |
| Jeffrey Coale | Leslie Coale Brown | Sibling | $4,250,000 |

| | | | |
|---|---|---|---|
| Daniel M. Coffey | Jeanette Coffey | Parent | $8,500,000 |
| Daniel M. Coffey | Estate of Daniel F. Coffey, Jr. | Parent | $8,500,000 |
| Jason Coffey | Colleen McDonald | Fiancee | $12,500,000 |
| Jeffrey Collman | Estate of Beverly Sutton | Parent | $8,500,000 |
| Jeffrey Collman | Carolyn Sutton | Sibling | $4,250,000 |
| Jeffrey Collman | Vicki Lynn Michel | Sibling | $4,250,000 |
| Jeffrey Collman | Keith Bradkowski | Spouse | $12,500,000 |
| Jeffrey Collman | Kathryn Collman | Step-Parent | $4,250,000 |
| Jeffrey Collman | Charles Gengler | Step-Sibling | $2,125,000 |
| Jeffrey Collman | Steven Gengler | Step-Sibling | $2,125,000 |
| Jeffrey Collman | Susan Bohan | Step-Sibling | $2,125,000 |
| Wayne T. Davis | Tanya Davis | Spouse | $12,500,000 |
| Wayne T. Davis | Gabrielle Hunter Davis | Child | $8,500,000 |
| Wayne T. Davis | Malachai Roarke Davis | Child | $8,500,000 |
| Wayne T. Davis | Noverta Davis-Dean | Parent | $8,500,000 |
| Michael Diehl | Jason Diehl | Child | $8,500,000 |
| Michael Diehl | Jeannette Diehl | Child | $8,500,000 |
| Judy Fernandez | Emma Fernandez Regan | Sibling | $4,250,000 |
| Judy Fernandez | Cirilo Fernandez | Parent | $8,500,000 |
| Judy Fernandez | Richard Fernandez | Sibling | $4,250,000 |
| Ronald Gamboa | Renee L. Gamboa | Parent | $8,500,000 |
| Ronald Gamboa | Estate of Ranulf Gamboa | Parent | $8,500,000 |
| Ronald Gamboa | Maria Joule | Sibling | $4,250,000 |
| Ronald Gamboa | Rachel G. Malubay | Sibling | $4,250,000 |
| William Godshalk | James Bond Godshalk | Parent | $8,500,000 |
| William Godshalk | Jane G. Haller | Sibling | $4,250,000 |
| William Godshalk | Aleese Hartmann | Fiancee | $12,500,000 |
| John Grazioso | Kathryn Grazioso | Child | $8,500,000 |
| John Grazioso | Kristen Grazioso | Child | $8,500,000 |
| John Grazioso | Michael Grazioso | Child | $8,500,000 |
| John Grazioso | Sandra Grazioso | Parent | $8,500,000 |
| John Grazioso | Carolee Azzarello | Sibling | $4,250,000 |
| John Grazioso | Karen Ventre | Sibling | $4,250,000 |
| John Grazioso | Krysty Grazioso | Sibling | $4,250,000 |
| Timmy Grazioso | Deborah Grazioso | Spouse | $12,500,000 |
| Timmy Grazioso | Sandra Grazioso | Parent | $8,500,000 |
| Timmy Grazioso | Carolee Azzarello | Sibling | $4,250,000 |
| Timmy Grazioso | Lauren Grazioso | Child | $8,500,000 |
| Timmy Grazioso | Briana Grazioso | Child | $8,500,000 |
| Timmy Grazioso | Karen Ventre | Sibling | $4,250,000 |
| Timmy Grazioso | Krysty Grazioso | Sibling | $4,250,000 |
| James Halvorson | Douglas Halvorson | Child | $8,500,000 |
| James Halvorson | Estate of Evelyn Halvorson | Parent | $8,500,000 |

| | | | |
|---|---|---|---|
| James Halvorson | Kate Halvorson | Sibling | $4,250,000 |
| Donald J. Havlish | Michaela Havlish | Child | $8,500,000 |
| Donald G. Havlish | Lea Michaela Bitterman | Step-Child | $8,500,000 |
| Donald G. Havlish | Sean Bitterman | Step-Child | $8,500,000 |
| James Jeffery Hobin | Derrick Hobin | Child | $8,500,000 |
| LeRoy W. Homer, Jr. | Melodie Homer | Spouse | $12,500,000 |
| LeRoy W. Homer, Jr. | Laurel Homer | Child | $8,500,000 |
| Hweidar Jian | Ju-Hsiu Jian | Spouse | $12,500,000 |
| Hweidar Jian | William Jian | Child | $8,500,000 |
| Hweidar Jian | Kevin Jian | Child | $8,500,000 |
| Donald W. Jones | Audrey R. Jones | Parent | $8,500,000 |
| Donald W. Jones | John R. Jones | Parent | $8,500,000 |
| Donald W. Jones | Robert A. Jones | Sibling | $4,250,000 |
| Donald W. Jones | Candy Moyer | Sibling | $4,250,000 |
| Jeanette LaFond-Menchino | Anita Korsonsky | Sibling | $4,250,000 |
| Jeanette LaFond-Menchino | Dina LaFond | Parent | $8,500,000 |
| Denis Lavelle | Estate of Emily Lavelle | Parent | $8,500,000 |
| Denis Lavelle | Patricia Caloia | Sibling | $4,250,000 |
| Denis Lavelle | Barbara Dziadek | Sibling | $4,250,000 |
| Denis Lavelle | Kathleen Palacio | Sibling | $4,250,000 |
| Denis Lavelle | Paul Lavelle | Sibling | $4,250,000 |
| Leon Lebor | Bessie Lebor | Parent | $8,500,000 |
| Leon Lebor | Barbara Lurman | Child | $8,500,000 |
| Leon Lebor | Joy a.k.a Rina Kaufman | Sibling | $4,250,000 |
| Robert Levine | Stephanie Giglio | Child | $8,500,000 |
| Catherine Lisa LoGuidice | Estate of Carmello Joseph LoGuidice | Parent | $8,500,000 |
| Joseph Lostrangio | Joseph Lostrangio, Jr. | Child | $8,500,000 |
| Joseph Lostrangio | Cathryn Lostrangio | Child | $8,500,000 |
| Joseph Lostrangio | James Lostrangio | Parent | $8,500,000 |
| Christopher E. Lunder | Karen Lunder | Spouse | $12,500,000 |
| Noell Maerz | Erich Maerz | Sibling | $4,250,000 |
| Mary Melendez | Ramon Melendez | Child | $8,500,000 |
| Mary Melendez | Ricky Melendez | Child | $8,500,000 |
| Mary Melendez | Jesse Melendez | Child | $8,500,000 |
| Mary Melendez | Tyler Melendez | Child | $8,500,000 |
| Mary Melendez | Florence Rosario | Sibling | $4,250,000 |
| Mary Melendez | Margaret Montanez | Sibling | $4,250,000 |
| Peter T. Milano | Peter C. Milano | Child | $8,500,000 |
| Peter T. Milano | Jessica Milano | Child | $8,500,000 |
| Peter T. Milano | Alfred Milano | Sibling | $4,250,000 |
| Peter T. Milano | Frank Milano | Sibling | $4,250,000 |
| Peter T. Milano | Maureen Racioppi | Sibling | $4,250,000 |

| | | | |
|---|---|---|---|
| Peter T. Milano | Thomas Milano | Sibling | $4,250,000 |
| Joesph D. Mistrulli | Philomena Mistrulli | Spouse | $12,500,000 |
| Joesph D. Mistrulli | MaryAnn Mistrulli | Child | $8,500,000 |
| Joesph D. Mistrulli | Joseph Mistrulli | Child | $8,500,000 |
| Joesph D. Mistrulli | Angela Mistrulli Cantone | Child | $8,500,000 |
| Joesph D. Mistrulli | Ann Mistrulli | Parent | $8,500,000 |
| Joesph D. Mistrulli | Maria Lambert | Sibling | $4,250,000 |
| Joesph D. Mistrulli | Johnny Mistrulli | Sibling | $4,250,000 |
| Yvette Moreno | Rolando Ruben Moreno | Sibling | $4,250,000 |
| Yvette Moreno | Leiana Moreno | Sibling | $4,250,000 |
| Yvette Moreno | Noelia Moreno | Sibling | $4,250,000 |
| Louis Nacke | Amy Martinez | Spouse | $12,500,000 |
| Brian Nunez | Eric Nunez | Sibling | $4,250,000 |
| Brian Nunez | Neal Green | Sibling | $4,250,000 |
| Salvatore T. Papasso | Theresa Papasso | Parent | $8,500,000 |
| Salvatore T. Papasso | Salvatore Papasso | Parent | $8,500,000 |
| Salvatore T. Papasso | Vincent Papasso | Sibling | $4,250,000 |
| John Perry | James Perry | Parent | $8,500,000 |
| John Perry | Joel R. Perry | Sibling | $4,250,000 |
| John Perry | Janice Perry | Sibling | $4,250,000 |
| Marsha Ratchford | Claudia Stallworth | Parent | $8,500,000 |
| Marsha Ratchford | Reginald Simpson | Sibling | $4,250,000 |
| Marsha Ratchford | Roosevelt Stallworth | Sibling | $4,250,000 |
| Marsha Ratchford | Carl Stallworth | Sibling | $4,250,000 |
| Marsha Ratchford | Cynthia Watts | Sibling | $4,250,000 |
| Marsha Ratchford | Angela Stallworth-Blunt | Sibling | $4,250,000 |
| Marsha Ratchford | Brian Christian | Sibling | $4,250,000 |
| Marsha Ratchford | Amanda Rogers | Sibling | $4,250,000 |
| Joshua Reiss | Gary Reiss | Parent | $8,500,000 |
| Joshua Reiss | Adam Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jordan Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jonathan Reiss | Sibling | $4,250,000 |
| Joshua Reiss | Jennifer Reiss | Sibling | $4,250,000 |
| Elvin Romero | Estate of Carmen Romero | Parent | $8,500,000 |
| Elvin Romero | Issac Romero | Parent | $8,500,000 |
| Elvin Romero | Diana Diaz | Sibling | $4,250,000 |
| Richard Rosenthal | Estate of Evan Rosenthal | Child | $8,500,000 |
| Richard Rosenthal | Seth Rosenthal | Child | $8,500,000 |
| Richard Rosenthal | Estate of Leonard Rosenthal | Parent | $8,500,000 |
| Richard Rosenthal | Estate of Florence Rosenthal | Parent | $8,500,000 |
| Richard Rosenthal | Audrey Model | Sibling | $4,250,000 |
| Maria Theresa Santillan | Victor Santillan | Sibling | $4,250,000 |
| Maria Theresa Santillan | Raymond Santillan | Sibling | $4,250,000 |

| | | | |
|---|---|---|---|
| Victor Saracini | Kirsten Saracini | Child | $8,500,000 |
| Victor Saracini | Brielle Saracini | Child | $8,500,000 |
| Scott Schertzer | Lori Brody | Sibling | $4,250,000 |
| Scott Schertzer | Ellen Schertzer | Parent | $8,500,000 |
| Hagay Shefi | Roy-Yetkutiel Shefi | Child | $8,500,000 |
| Hagay Shefi | Naomi-Ruth Shefi | Child | $8,500,000 |
| Paul K. Sloan | Patricia Sloan | Parent | $8,500,000 |
| Paul K. Sloan | Matt Sloan | Sibling | $4,250,000 |
| Paul K. Sloan | Sarah Funk | Sibling | $4,250,000 |
| George Smith | Raymond Smith, Jr. | Sibling | $4,250,000 |
| George Smith | Carl Smith | Sibling | $4,250,000 |
| George Smith | Kevin Smith | Sibling | $4,250,000 |
| George Smith | Korry Smith | Sibling | $4,250,000 |
| George Smith | Tanya Warren | Sibling | $4,250,000 |
| George Smith | Latricia Smith | Sibling | $4,250,000 |
| George Smith | Elaine Smith | Sibling | $4,250,000 |
| George Smith | Christine Jackson | Sibling | $4,250,000 |
| George Smith | Barbara Hargrove | Sibling | $4,250,000 |
| George Smith | Estate of Deborah Sallad | Sibling | $4,250,000 |
| George Smith | Estate of Marion Thomas | Grandparent | $8,500,000 |
| Timothy Soulas | Timothy P. Soulas, Jr. | Child | $8,500,000 |
| Timothy Soulas | Andrew J. Soulas | Child | $8,500,000 |
| Timothy Soulas | Christopher Soulas | Child | $8,500,000 |
| Timothy Soulas | Matthew Soulas | Child | $8,500,000 |
| Timothy Soulas | Nicole Soulas | Child | $8,500,000 |
| Timothy Soulas | Daniel Soulas | Child | $8,500,000 |
| Timothy Soulas | Frederick Soulas | Parent | $8,500,000 |
| Timothy Soulas | Stephen Soulas | Sibling | $4,250,000 |
| Timothy Soulas | Frederick Soulas III | Sibling | $4,250,000 |
| Timothy Soulas | Dan Soulas | Sibling | $4,250,000 |
| Timothy Soulas | Michelle Donlan | Sibling | $4,250,000 |
| William Steiner | Darren Steiner | Child | $8,500,000 |
| William Steiner | Jordan Steiner | Child | $8,500,000 |
| William Steiner | Meridith Reverdito | Child | $8,500,000 |
| William Steiner | Estate of Wilma Steiner | Parent | $8,500,000 |
| William Steiner | Robert Steiner | Sibling | $4,250,000 |
| William Steiner | George Steiner | Sibling | $4,250,000 |
| Andrew Stergiopoulos | Kathleen Stergiopoulos | Sibling | $4,250,000 |
| Andrew Stergiopoulos | George Stergiopoulos, Jr. | Sibling | $4,250,000 |
| Edward W. Straub | Aaron Straub | Child | $8,500,000 |
| Edward W. Straub | Jonathan Straub | Child | $8,500,000 |
| Edward W. Straub | Michael Straub | Child | $8,500,000 |
| Edward W. Straub | Samuel Straub | Child | $8,500,000 |

| | | | |
|---|---|---|---|
| Edward W. Straub | Edward Straub | Parent | $8,500,000 |
| Edward W. Straub | Stanley Straub | Sibling | $4,250,000 |
| Edward W. Straub | Matthew Straub | Sibling | $4,250,000 |
| Jennifer Tino | Salvatore Tino, Jr. | Parent | $8,500,000 |
| Jennifer Tino | Jeffrey Tino | Sibling | $4,250,000 |
| Jennifer Tino | Salvatore Tino, III | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Joseph Nicklo | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Mellanie Chafe | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | Christopher Barton | Sibling | $4,250,000 |
| Jeanmarie Wallendorf | John Barton | Sibling | $4,250,000 |
| Timothy Ward | Estate of Susanne Ward-Baker | Parent | $8,500,000 |
| William Wilson | Jeanne McDermott | Sibling | $4,250,000 |
| Marc Scott Zeplin | Debra Zeplin | Spouse | $12,500,000 |
| Marc Scott Zeplin | Ryan Zeplin | Child | $8,500,000 |
| Marc Scott Zeplin | Ethan Zeplin | Child | $8,500,000 |
| **TOTAL** | | | **$1,346,375,000** |

IT IS FURTHERMORE:

ORDERED that Plaintiffs shall forthwith serve a copy of this Partial Order and Judgment to Defendants.

This is a final, appealable order.  See Fed.R.App.P.(4)(a).

**SO ORDERED.**

DATE _____     _____
         New York, New York                    GEORGE B. DANIELS
                                               UNITED STATES DISTRICT JUDGE

7