UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2016

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In accordance with the Court's October 21, 2016 Order, defendant Wael Jelaidan filed a status report regarding his efforts to secure a license from the Office of Foreign Assets Control (OFAC) in order to satisfy the monetary penalties imposed upon him by order of the Honorable George B. Daniels on March 9, 2016.

    Defendant Wa'el Jelaidan is ordered to continue his diligent efforts to secure the necessary OFAC license to comply with the orders of this Court. Defendant Jelaidan is further ordered to file a status letter with the Court on Tuesday, December 27, 2016, and every sixty days thereafter describing the status of the OFAC license application and defendant's efforts to transfer the necessary funds to plaintiffs.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             October 31, 2016