UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: ORDER
:
: 1:03 MDL 1570 (GBD) (FM)
:
:
------------------------------------------------------------------X

This Document Relates to
Hoglan v. Iran
1:11-cv-07550 (GBD) (FM)

AND NOW, having considered Plaintiffs' Motion to Proceed Directly to Diplomatic Service Pursuant to 28 U.S.C. §1608(a)(4), which is unopposed, and the accompanying Memorandum of Law and Exhibits, and all the record in this case, Plaintiffs' Motion is hereby GRANTED.

Plaintiffs may proceed directly to diplomatic service, under 28 U.S.C. §1608(a)(4), of the partial final judgment in this case upon the Islamic Republic of Iran and any and all of the Iranian Defendants.

SO ORDERED.

DATE: OCT 3 1 2016
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: OCT 3 1 2016*