# EXHIBIT A

Exhibit A

| Estate | Economic Loss | Solatium Family Members | Relationship | Solatium Damages |
|---|---|---|---|---|
| Estate of David L. Angell | $96,839,659 | Claire Miller | Sibling | $4,250,000 |
|  |  | Kenneth Angell | Sibling | $4,250,000 |