# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

### [PROPOSED] FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by claimants in the Estate of David L. Angell wrongful death claim, part of the above-captioned action, and the Judgment by Default Against the Islamic Republic of Iran entered on 08/26/2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent (*see* ECF Nos. 3226, 3229) and the final order of summary judgment for certain other *Ashton* plaintiffs (*see* ECF Nos. 3300, 3387) it is hereby;

**ORDERED** that final judgment is entered on behalf of those parties in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Ashton* claimants identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest awarded on those claims arising out of injuries in New York State to be calculated at the rate of 4.96% per annum from September 11, 2001 until today; all interest compounded annually over the same period; and it is

;

1

2

**ORDERED** that the *Ashton* claimants identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert report and analysis submitted as Exhibit B; and it is

**ORDERED** that the *Ashton* claimants not appearing on Exhibit A may submit in later stages applications for solatium and economic damages awards that will be approved on the same basis as currently approved for those parties appearing on Exhibit A.

Dated:   New York, New York
             _____, 2016

                                  SO ORDERED:


                                  _____
                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE