UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: **(PROPOSED) ORDER
GRANTING EXTENSION OF
TIME TO FILE OBJECTIONS**

: 1:03 MDL 1570 (GBD) (SN)

-------------------------------------------------------------------X

This Document Relates to
<u>Hoglan v. Iran</u>
1:11-cv-07550 (GBD) (SN)

      The Court has received Plaintiffs' motion requesting an extension of time to file objections to the Magistrate Judge's denial of the claims of the Estates of Hagay Shefi and Nicholas Rowe, and the nine solatium damages claims made by non-citizen immediate family members derived from Shefi and Rowe's deaths on September 11, 2001, until December 16, 2016 or such other time as the Court deems appropriate.  The Plaintiffs having stated adequate grounds for this request,

      IT IS HEREBY ORDERED that said Plaintiffs shall file their Objections by December 16, 2016.

      **SO ORDERED.**

DATE _____        _____
                                                               GEORGE B. DANIELS
                                                               UNITED STATES DISTRICT JUDGE