# EXHIBIT A

*Bauer et al. v. al Qaeda Islamic Army, et al.*,
**02-cv-7236 (GBD)(FM)**

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Daniel Smith | McCarthy Smith | Sibling | $4,250,000.00 |
| | Sean Smith | Sibling | $4,250,000.00 |
| | Susan Hicks | Sibling | $4,250,000.00 |