# EXHIBIT A

### *<u>Bauer et al. v. al Qaeda Islamic Army, et al.</u>*<u>, 02-cv-7236 (GBD)(FM)</u>

| Estate of: | Family Members: | Solatium Damages: |
|---|---|---|
| Sean Rooney | Brian Rooney          Sibling | $4,250,000.00 |