# **EXHIBIT B**

Case 1:03-md-01570-GBD-SN   Document 3398-2   Filed 11/29/16   Page 2 of 5
Case 1:02-cv-07236-GBD   Document 13   Filed 09/12/16   Page 3 of 5
Case 1:03-md-01570-GBD-FM   Document 3335-1   Filed 08/29/16   Page 1 of 3

*Bauer v. Al Qaeda Islamic Army, et al.*
**Civil Action No. 02-7236**

# EXHIBIT A

Case 1:03-md-01570-GBD-SN Document 3398-2 Filed 11/29/16 Page 3 of 5
Case 1:02-cv-07236-GBD Document 13 Filed 09/12/16 Page 1 of 5
Case 1:03-md-01570-GBD-FM Document 3335-3 Filed 08/29/16 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

## ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by certain of the *Bauer* wrongful death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of those Plaintiffs in *Bauer et al. v. Al Qaeda Islamic Army et al.*, 02-CV-7236 (GBD)(FM) identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Bauer* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards, to the extent that Plaintiffs' claims arise out of injuries in New York State, to be calculated at the statutory simple interest rate of nine percent per annum from September 11, 2001 until today; and with prejudgment interest on awards arising out of injuries occurring elsewhere, to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period;

Case 1:03-md-01570-GBD-SN   Document 3398-2   Filed 11/29/16   Page 4 of 5
Case 1:02-cv-07236-GBD   Document 13   Filed 09/12/16   Page 2 of 5
Case 1:03-md-01570-GBD-FM   Document 3335-3   Filed 08/29/16   Page 2 of 2

**ORDERED** that the *Bauer* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit B; and

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium and economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York

SEP 0 2 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Case 1:03-md-01570-GBD-SN   Document 3398-2   Filed 11/29/16   Page 5 of 5
Case 1:02-cv-07236-GBD   Document 13   Filed 09/12/16   Page 5 of 5
Case 1:03-md-01570-GBD-FM   Document 3335-1   Filed 08/29/16   Page 3 of 3

| ■ | ■ | ■ | ■ | ■ | ■ | ■ |
|---|---|---|---|---|---|---|
| Estate of Sean Rooney | $1,156,375.00 | **$3,977,930.00** | Estate of Beverly Eckert (died in 2009) | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Rosemary Rooney | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Cynthia Blest | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Sheila Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Maura Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Brendan Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | Total: $130,720,000.00 |