# EXHIBIT A

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of: | Family Members: | Solatium Damages: |
|---|---|---|
| Daniel L. Maher | Jeanne Maher          Parent (died in 2010) | $8,500,000.00 |