# EXHIBIT B

Case 1:03-md-01570-GBD-SN   Document 3401-2   Filed 11/30/16   Page 2 of 5
Case 1:03-md-01570-GBD-SN   Document 3387   Filed 10/31/16   Page 1 of 2
Case 1:03-md-01570-GBD-SN   Document 3371-3   Filed 10/21/16   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II* and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the attached Exhibits A and B are awarded solatium damages;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an application for economic damages awards that will be approved on the same basis as previously awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Case 1:03-md-01570-GBD-SN   Document 3401-2   Filed 11/30/16   Page 3 of 5
Case 1:03-md-01570-GBD-SN   Document 3387   Filed 10/31/16   Page 2 of 2
Case 1:03-md-01570-GBD-SN   Document 3371-3   Filed 10/21/16   Page 2 of 2

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
      October _____, 2016

SO ORDERED:

OCT 31 2016

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

*Bauer et al. v. al Qaeda Islamic Army, et al.*,
**02-cv-7236 (GBD)(FM)**

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| ■ | ■ | | ■ |
| Daniel Maher | Kathy Maher | Spouse | $12,500,000.00 |
| | Daniel Maher | Child | $8,500,000.00 |
| | Joseph Maher | Child | $8,500,000.00 |
| | Raymond Maher Jr. (died post 9/11) | Sibling | $4,250,000.00 |
| | James Maher | Sibling | $4,250,000.00 |
| | Jeanne Brandofino | Sibling | $4,250,000.00 |
| | ■ | ■ | ■ |
| | ■ | ■ | ■ |
| | ■ | ■ | ■ |
| | ■ | ■ | ■ |
| | ■ | ■ | ■ |
| | ■ | ■ | ■ |

12