USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 01 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

## [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the estate of the mother of Daniel L. Maher identified in Exhibit A, the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each of the victims of the September 11, 2001 terror attacks (see ECF Nos. 3226, 3229), and the award of compensatory solatium damages to the wife, children, and surviving siblings of the decedent, Daniel L. Maher, it is hereby;

***ORDERED*** that further partial judgment is entered on behalf of the estate of the mother of Daniel L. Maher identified in Exhibit A against the Islamic Republic of Iran; and it is

***ORDERED*** that the estate of the mother of Daniel L. Maher identified in Exhibit A is awarded solatium damages together with prejudgment interest of 4.96% per annum, compounded annually; and it is

***ORDERED*** that the estate of the mother of Daniel L. Maher identified in Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2016

DEC 01 2016

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# **EXHIBIT A**

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Daniel L. Maher | Jeanne Maher (died in 2010) | Parent | $8,500,000.00 |