# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

DOROTHEA M. CAPONE, Esq., hereby states under penalty of perjury that:

1. I am an attorney representing the parents and sibling of Stacey L. Sanders who are the subject of this motion in the above captioned litigation, and submit this Declaration in support of the motion for partial final judgment on behalf of the individuals identified in Exhibit A.

2. The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the Sanders Plaintiffs listed in Exhibit A in connection with the September 11th terror attacks, other court records relating to the multi district litigation to which these individuals are parties, and conversations with them and other family members. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3. Stacey L. Sanders died in the September 11, 2001 terror attacks and was survived by her parents and a sibling who are identified in Exhibit A.

4. Consistent with Magistrate Judge Netburn's October 14, 2016 Order, the Sanders Plaintiffs will join with other *Bauer* and *Ashton* Plaintiffs in supplemental briefing at a later date on the issue of the appropriate scope of punitive damages in connection with this litigation.

Dated: December 2, 2016
New York, NY

/s/ Dorothea M. Capone
Dorothea M. Capone