# EXHIBIT A

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Stacey L. Sanders | John Sanders | Father | $8,500,000.00 |
| | Martha Sanders | Mother | $8,500,000.00 |
| | Laura Sanders | Sibling | $4,250,000.00 |