UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

### [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the parents and sibling of Stacey L. Sanders, Plaintiffs in the above-captioned actions, and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (see ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the parents and siblings of Stacey L. Sanders identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the parents and siblings of Stacey L. Sanders identified in the attached Exhibit A are awarded solatium damages together with prejudgment interest of 4.96% per annum, compounded annually running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the parents and siblings of Stacey L. Sanders identified on Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this Court on this issue.

Dated: New York, New York
_____, 2016                    SO ORDERED:


                                            _____
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE

# **EXHIBIT A**

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Stacey L. Sanders | John Sanders | Father | $8,500,000.00 |
| | Martha Sanders | Mother | $8,500,000.00 |
| | Laura Sanders | Sibling | $4,250,000.00 |