MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLR & KREINDLER, LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**Via Hand Delivery and ECF**

December 6, 2016

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

The Honorable John F. Keenan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1930
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*
      03 MDL 1570 (GBD) (SN)

Dear Judge Daniels and Judge Keenan:

I write on behalf of the Plaintiffs' Executive Committees in the above-referenced matter. It has come to our attention that a pretrial conference has been scheduled, before Judge Keenan, on January 5, 2017, at 11:30 a.m. in a case titled *Bowrosen et al. v. The Kingdom of Saudi Arabia*, 16-cv-08070 (JFK). From plaintiffs' pleadings in that matter, it appears related to the above-referenced multi-district litigation ("MDL"). Consistent with the practice of this Court and the recent discussion at the Court conference before Magistrate Judge Netburn, we write to advise the Court of the case as a matter of courtesy to promote consistent adjudication of this case and the cases in the MDL. *See* October 20, 2016 Transcript at p. 29; S.D.N.Y. Local Rule 1.6; MDL ECF Nos. 1, 3351.

The Honorable George B. Daniels
The Honorable John F. Keenan
December 6, 2016
Page 2

        Thank you very much for your time and consideration.

        Respectfully submitted,

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
On behalf of the Plaintiffs' Executive Committees

JSG/bes
cc: The Honorable Sarah Netburn (via hand delivery)
    The Honorable Andrew J. Peck (via hand delivery)
    Joseph R. Giaramita, Esq. (via email and first class mail)
    James P. Kreindler, Esq. (via email)
    Andrew J. Maloney, III, Esq. (via email)
    Justin T. Green, Esq. (via email)
    Jodi Westbrook Flowers, Esq. (via email)
    Donald A. Migliori, Esq. (via email)
    Robert T. Haefele, Esq. (via email)
    Sean P. Carter, Esq. (via email)
    J. Scott Tarbutton, Esq. (via email)
    Michael K. Kellogg, Esq. (via email)
    All Counsel of Record in 03-MDL-1570 (by ECF)