**UNITED STATES DISTRICT COURT**
CHAMBERS OF
JUDGE JOHN F. KEENAN
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2016
```

December 7, 2016

Jerry S. Goldman, Esq.
Anderson Kill, P.C.
1251 Avenue of the Americas
42nd Floor
New York, N.Y. 10020

Re:   In re Terrorist Attacks on September 11, 2001, 03 MDL 1570
      Bowrosen et al. v. The Kingdom of Saudi Arabia, 16 CV 8070

Dear Mr. Goldman:

   If you believe that Bowrosen et al. v. The Kingdom of Saudi Arabia, 16 CV 8070(JFK)(AP), should become part of In re Terrorist Attacks on September 11, 2001, 03 MDL 1570(GBD)(SN), please make an application to the MDL panel and Judge Daniels.

   I will cancel the January 5, 2017 conference until I hear from you further on this matter. Please advise me by February 1, 2017, as to the status of Bowrosen, 16 CV 8070.

                                      Very truly yours,

                                      *[signature: John F. Keenan]*

                                      John F. Keenan
                                      U.S. District Judge

cc:   Hon. George B. Daniels
      Hon. Sarah Netburn
      Hon. Andrew J. Peck
      Joseph R. Giaramita, Esq.