UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

USDC SDNY
...NT
...ALLY FILED
DEC 19 2016

: (PROPOSED) ORDER
: GRANTING SECOND
: EXTENSION OF TIME
: TO FILE OBJECTIONS
:
: 1:03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------X

This Document Relates to
Hoglan v. Iran
1:11-cv-07550 (GBD) (SN)

The Court has received Plaintiffs' motion requesting a second extension of time to file objections to the Magistrate Judge's denial of the claims of the Estates of Hagay Shefi and Nicholas Rowe, and the nine solatium damages claims made by non-citizen immediate family members derived from Shefi and Rowe's deaths on September 11, 2001, until January 6, 2017, or such other time as the Court deems appropriate. The Plaintiffs having stated adequate grounds for this request,

IT IS HEREBY ORDERED that said Plaintiffs shall file their Objections by January 6, 2017.

DATE  DEC 19 2016

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE