## MDL 1570 Plaintiffs' Executive Committees
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF AND OVERNIGHT MAIL**

December 20, 2016

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

      On behalf of the Plaintiffs' Executive Committees in the above-referenced multi-district litigation proceeding (MDL 1570), I write to respectfully request that Your Honor designate the three actions identified below as related to the cases comprising MDL 1570.

1.   *Bowrosen et al. v. The Kingdom of Saudi Arabia,* 1:16-cv-08070 (SDNY) (JFK);

2.   *McCarthy et al. v. Kingdom of Saudi Arabia,* 1:16-cv-08884 (SDNY) (LAP); and

3.   *Aguilar et al. v. Kingdom of Saudi Arabia et al.,* 1:16-cv-09663 (SDNY) (not yet assigned).

      Pursuant to Local Rule 13 of this Court, "the decision of the judge with the lowest docket number shall control" the designation of a matter as a related case, unless the Assignment Committee determines otherwise. Local Civil Rule 13(b)(2).

      Each of the actions identified above asserts claims against alleged material sponsors and supporters of the al Qaeda terrorist organization for injuries arising from the September 11th attacks. The defendants named in those cases, including the government of Saudi Arabia, are also named defendants in cases that are part of MDL 1570, and the allegations presented in the three complaints track very closely to those advanced against the defendants in the ongoing MDL 1570 proceedings. Thus, the three cases identified above concern the same or substantially

The Honorable George B. Daniels
Page Two
December 20, 2016

---

similar parties, transactions and events, and there is substantial factual overlap between the three new actions and the cases comprising MDL 1570. *See* Local Civil Rule 13(a)(1). Further, in the absence of a determination of relatedness, there would be substantial duplication of effort and expense, delay and undue burden on the Court, parties and witnesses. For all of those reasons, the Plaintiffs' Executive Committees respectfully submit that designating the three actions as related would serve the interests of justice and efficiency. *Id.*

The Plaintiffs' Executive Committees have separately filed a Notice of Tag-Along Actions with the Judicial Panel on Multidistrict Litigation, identifying the three cases listed below and an action filed in the United States District Court for the District of Columbia as tag-along actions. A copy of that notice is attached hereto for the Court's convenience.[1] However, Rule 7.2 of the Judicial Panel on Multidistrict Litigation provides that "a party should request assignment of [tag-along actions] filed in the transferee district to the Section 1407 transferee Judge in accordance with the applicable local rules." Accordingly, we understand that the request to include the three Southern District of New York actions listed below into MDL 1570 is most properly directed to Your Honor.

The Plaintiffs' Executive Committees thank Your Honor in advance for the Court's consideration of this request.

Respectfully,

COZEN O'CONNOR

By: Sean P. Carter

SPC/:bdw
Enclosure

cc: The Honorable Sarah Netburn
    The Honorable John F. Keenan
    The Honorable Loretta A. Presca
    All MDL Counsel of Record (via ECF)
    Joseph Giaramita, Jr., Esq. (via Email)
    Allan C. Samuels, Esq. (via Email)
    Christopher R. Lopalo, Esq. (via Email)
    Paul J. Napoli, Esq. (via Email)

LEGAL\28914417\1

---

[1] Given the voluminous nature of the dockets sheets filed as exhibits to the Notice of Tag-Along Actions, we are omitting the docket sheets from this filing.

2

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I write on behalf of the Plaintiffs' Executive Committees in the above-captioned multi-district litigation pending in the United States District Court for the Southern District of New York, to notify you of the potential tag-along actions listed on the attached Schedule of Actions. As to the tag-along actions identified in the attached schedule that were filed in the transferee court, the Plaintiffs' Executive Committees will be requesting assignment of those actions to the Section 1407 transferee judge, the Honorable George B. Daniels, in accordance with the Local Rules of the United States District Court for the Southern District of New York, consistent with Rule 7.2 of this Court.

Docket sheets and complaints are attached.

Respectfully submitted,

COZEN O'CONNOR

BY:   /s/ Sean P. Carter, Esquire
Sean P. Carter, Esquire
One Liberty Place
1650 Market Street, 28th Floor
Philadelphia, PA 19103
Phone: (215) 665-2105
Fax: (215) 701-2105
Scarter1@cozen.com
*Co-Chair of the 03 MDL 1570 Plaintiffs' Executive Committee for Commercial Claims*

LEGAL\28937248\1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL No. 1570

## NOTICE OF POTENTIAL TAG-ALONG SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Virginia DeCola Bowrosen, individually and on behalf of the Estate of Paul DeCola, Joseph Davi, Jr., Robert Pellechia, D.D.S. Brenda Pellechia | Kingdom of Saudi Arabia | Southern District of New York | 1:16-cv-08070-JFK | Judge John F. Keenan |
| 2. | Antoinette McCarthy, individually and as the daughter of Emeric J. Harvey, Jennifer Castelano, individually and as the daughter of Emeric J. Harvey | Kingdom of Saudi Arabia | Southern District of New York | 1:16-cv-08884-LAP | Judge Loretta A. Preska |
| 3. | Luis Aguilar, James Alamia, Rena Alexander, Philip Annunziato, Patricia Ancona, Desiderio Arboleda, Marcelo Atiencia, Richard Ballerini, Michael Banahan, Virginia Barbosa, John Botte, Donald Bowles, Raymond Brown, Reno Buttigieg, Lyndon Burton, Stephen Capobianco, Jr., Rene Caraballo, Ramon Carrero, John Caruso, Javier Carvajal, | Kingdom of Saudi Arabia, Saudi Binladin Group, Mohamed Binladin Company, Mohamed Binladin Organization, Prince Mohamed Bin Faisal al Saud, National Commercial Bank, Yasin Kadi, Muslim World League, | Southern District of New York | 1:16-cv-09663 | Not yet assigned |

2

LEGAL\28937248\1

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | William Cherry, Charles Christiano, Donald Coughlan, Victor DiPierro, Donald Dowler, Oswald Drysdale, John Giordano, Edward Gorman, Antonio Grella, William A. Havel, Michael J. Hughes, Richard Jackson, John J. Jordan, Helga Kopperl, John Licato, Michael Lupo, Nicole Papamichael, Stephen Petrovich, Dominick Randazzo, Philip Rauscher, Michael Reinecke, Janny Sanchez in her own right and as personal representative for the estate of Juan C. Sanchez, Anthony Scarpa, Michael Schoonmaker, Edward L. Sena, Alfonso Serrano, Daniel Slezak, Janice Stern, Robert Supino, Wallace Zeins | International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundation, al Rajhi Bank, Dubai Islamic Bank, Dallah Avco Trans Arabia |   |   |   |
| 4. | Stephanie Ross DeSimone, individually and on behalf of the Estate of Patrick Dunn and as the parent and next friend of A.D., a minor | Kingdom of Saudi Arabia | District of Columbia | 1:16-cv-01944 | Judge Amy Berman Jackson |

3

LEGAL\28937248\1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRIC LITIGATION

IN RE SEPTEMBER 11, 2001        MDL DOCKET NO. 1570
TERRORIST ATTACKS
LITIGATION

## PROOF OF SERVICE

I, Sean P. Carter, Esquire, do hereby certify that the foregoing Notice of Potential Tag-Along Actions is being filed through the CM/ECF system and that all registered users will be served through that system. I further certify that a true and correct copy of the Notice of Potential Tag-Along Actions filed in the above-captioned matter on this date was served upon the following counsel via email:

Joseph Ronald Giaramita, Esquire
8215 Fifth Avenue
Brooklyn, NY 11209
Phone: 718-748-440  Fax: 718-748-4272
mytriallawyer@aol.com

*Counsel for Plaintiffs, Virginia DeCola Bowrosen, et al.*

Christopher R. LoPalo, Esquire
Napoli Shkolnik PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Phone: 212-397-1000 Fax: 212-843-7603
clopalo@napolilaw.com

*Counsel for Plaintiffs, Luis Aguilar, et al.*

Allan C. Samuels, Esquire
Reed Smith, LLP (PA)
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: 212-549-0223  Fax: 212-521-5450
allan@shendellpollock.com

*Counsel for Plaintiffs, Antoinette McCarthy, et al.*

Michael Joseph Miller, Esquire
MILER FIRM, LLC
108 Railroad Avenue
Orange, VA  22906
Phone: 540-672-4224  Fax: 540-672-3055
mmiller@millerfirmllc.com

*Counsel for Plaintiffs, Stephanie Ross DeSimone, et al.*

LEGAL\28938412\1

Michael K. Kellogg, Esquire
Kellog, Huber, Hansen, Todd, Evans & Figel
1515 M Street, NW, Suite 400
Washington, DC 20036-3209
Phone: 202-326-7900  Fax: 202-326-7999
mkellogg@khhte.com

*Counsel for the Kingdom of Saudi Arabia*

                        Respectfully submitted,

                        COZEN O'CONNOR

BY:   /s/ Sean P. Carter, Esquire
        Sean P. Carter, Esquire
        One Liberty Place
        1650 Market Street, 28th Floor
        Philadelphia, PA 19103
        Phone: (215) 665-2105
        Fax:  (215) 701-2105
        Scarter1@cozen.com
        *Co-Chair of the 03 MDL 1570 Plaintiffs' Executive Committee for Commercial Claims*

Dated:  December 19, 2016