UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CONTINENTAL CASUALTY CO., et al.,

                  Plaintiffs,

-v-

AL QAEDA ISLAMIC ARMY, et al.,

                  Defendants.
------------------------------------x

ORDER

04 Civ. 5970 (GBD) (SN)
03 MD 1570

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 06 2017

GEORGE B. DANIELS, District Judge:

Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of all Plaintiffs in *Continental Casualty Co. et al. v. Al Qaeda Islamic Army et al.*, 04-cv-5970 (GBD) (SN) and against The Islamic Republic of Iran.

Plaintiffs' Motion to Amend their Complaint solely as to Defendant Islamic Republic of Iran ("Iran"), to proceed with claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED. Service of the Amended Complaint upon Defendant Iran is not required under 28 U.S.C. § 1608.

Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

The Clerk of Court is directed to close the motion at ECF No. 545 (04-cv-5970) and ECF No. 3346 (03-md-1570).

Dated: January 5, 2017
      New York, New York

JAN 06 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE