**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONTINENTAL CASUALTY CO., et al.,    :

               Plaintiffs,    :

               -v-    :

AL QAEDA ISLAMIC ARMY, et al.,    :

               Defendants.    :

 

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JAN 06 2017**

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

04 Civ. 5970 (GBD) (SN)
03 MD 1570

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute: _____

_____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

Purpose:_____

_____ Settlement

_____ Habeas Corpus

_____ Social Security

_____ Inquest After Default/Damages Hearing

**_X_** Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions: _____

Dated: January 5, 2017

**JAN 06 2017**

SO ORDERED.

_____
United States District Judge
GEORGE B. DANIELS