## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

January 10, 2017

Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        *Re:*    *In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM)*
              *Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (FM)*

Dear Magistrate Judge Netburn,

      On behalf of the Plaintiffs' Executive Committees, Plaintiffs request a modification of your earlier order requiring us to brief the punitive damages issue in the Iran default judgments by January 20, 2017. Since the existent fund will not make punitive damages payments, plaintiffs would like to brief the punitive damages issue at a later date when an award of punitive damages will more meaningfully affect plaintiffs' recovery.

                                      Respectfully submitted,

                                      KREINDLER & KREINDLER LLP

                                      By:   /s/ James P. Kreindler
                                      James P. Kreindler (JPK7084)
                                      FOR THE MDL 1570 PLAINTIFFS'
                                      EXECUTIVE COMMITTEES

JPK/gm