```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 12 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
IN RE: TERRORIST ATTACKS ON         ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                  )
                                    )
                                    )

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

*This document relates to: All Actions*

Dated: JAN 12 2017

## DECLARATION OF J.C. ROZENDAAL
## REQUESTING LEAVE TO WITHDRAW AS COUNSEL

J.C. Rozendaal, being duly sworn, affirms and says:

1.  Pursuant to Local Civil Rule 1.4, I seek leave of the Court to withdraw as counsel for Defendant Turki Al Faisal Al Saud. I was admitted *pro hac vice* to the MDL proceeding (03 MDL 1570) by Order dated March 10, 2004. My withdrawal is requested because I will no longer be associated with the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as of January 12, 2017.

2.  Michael K. Kellogg, Mark C. Hansen, David C. Frederick and Michael J. Guzman, of the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., will continue as counsel of record for Defendant Turki Al Faisal Al Saud.

3.  My withdrawal will not affect the posture of the case, or the calendar of proceedings in any way. Defendant Turki Al Faisal Al Saud was dismissed from this multi-district litigation pursuant to a final judgment dated January 10, 2006 (ECF No. 1594).

4.  I am not asserting a retaining or charging lien.

5. Pursuant to the Court's Electronic Case Filing Rules & Instructions, Rule 18.3, a Proposed Order Permitting Withdrawal As Counsel will be sent by e-mail to the Clerk.

I declare under penalties of perjury that the foregoing is true and correct.

Washington, D.C. Executed on January 11, 2017.

Respectfully Submitted,

/s/ *J.C. Rozendaal*

J.C. Rozendaal
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
jrozendaal@khhte.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

The following individuals were served with a paper copy, pursuant to the Court's Electronic Case Filing Rules & Instructions, Rule 9.2. The paper copy was mailed, postage pre-paid, United States Postal Service.

Alan Kahn
134 East 22nd Street
New York, NY 10010

Alan Todd Dickey
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037

Anne McGinness Kearse
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464

Blanca I. Rodriguez
Lee S. Kreindler
Steven R. Pounian
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Carter G. Phillips
Richard D. Klingler
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005

Christopher J. Beal
DLA Piper LLP
401 B Street, Suite 1700
San Diego, CA 92101

David J. O'Brien
20 Vesey Street
New York, NY 10007

David John Lee
David John Lee, Esq.
530 Fifth Ave., Ste. 430
New York, NY 10036

Donald J. Winder
Winder & Haslam
175 West 200 South #400
Salt Lake City, UT 84111

Edward H. Rubenstone
Four Greenwood Square
Suite 200
Bensalem, PA 19020

George R. Blakey
One Notre Dame Circle
Notre Dame, IN 46556

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaughn, Chartered
204 Monroe Street
#101
Rockville, MD 20854

Hugh D Higgins
Lauro Law Firm
101 E. Kennedy Boulevard
Suite 3100
Tampa, FL 33602

Jeffrey Scott Thompson
Deputy Attorney General
Iowa Department of Justice
Des Moines, IA 50319

John C. Millian
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036

John N. Scholnick
Neal, Gerber & Eisenberg
2 North LaSalle Street
Chicago, IL 60602

Joseph A. Cullen , Jr
87 North Broad Street
Doylestown, PA 18901

Maher H. Hanania
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041

Mary Ellen Powers
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

Matthew G. Ash
Cozen O'Connor
1667 K Street, NW
Suite 500
Washington, DC 20006

Matthew H. Kirtland
Fulbright & Jaworski, L.L.P.
801 Pennsylvania Avenue, NW
Washington, DC 20004

Michael Barasch
Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007

Michael Hadeed
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road
Suite 220
Springfield, VA 22151

Michael J. McManus
Drinker, Biddle & Reath, L.L.P.
1500 K Street NW
Suite 1100
Washington, DC 20005-1209

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

Paul G. Gaston
Law Offices of Paul G. Gaston
1120 19th Street, N.W.
Suite 750
Washington, DC 20036

Paul J. Orfanedes
501 School Street, SW
Suite 700
Washington, DC 20024

Richard D. Burbridge
139 E. South Temple
Salt Lake City, UT 84111

Robert F. Muse
Stein, Mitchell, & Mezines, L.L.P.
1100 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036

Roy T. Englert, Jr
Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.
1801 K Street, NW
Suite 411
Washington, DC 20006

Shirley C. Woodward
Wilmer Cutler Pickering, L.L.P.
2445 M Street NW
Washington, DC 20037

Yeslam Binladin
Rue Francois-le-Fort, 2
Geneva, Switzerland

/s/ *J.C. Rozendaal*
J.C. Rozendaal