# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001
    Desimone v. Kingdom of Saudi Arabia, )
        D. District of Columbia, C.A. No. 1:16-01944 )    MDL No. 1570

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Desimone*) on December 20, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Desimone* filed a notice of opposition to the proposed transfer. Plaintiff has now withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-5" filed on December 20, 2016, is LIFTED. This action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable George G. Daniels.

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY *[signature]* Shante Jones
Deputy Clerk