UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, *et al.*, 02-CV-6977 (GBD)(FM)

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION

The *Ashton* plaintiffs, by and through undersigned counsel, hereby give notice to the Court and all parties that they withdraw, without prejudice, their October 11, 2016 (Dkt. No. 796) Motion for punitive damages, prejudgment interest, and damages for the parents, Antoinette Tammome and Anthony Porrazzi, and step-children, Eamonn Radburn and Liam Radburn, of September 11th victim and decedent Bettina Browne-Radburn. Based on information and belief, these immediate and non-immediate family members do not meet the Court's criteria for awarding the requested damages. Therefore, Plaintiffs withdraw their pending motion on behalf of these family members only.

Dated: New York, New York
       January 13, 2017

Respectfully submitted,
KREINDLER & KREINDLER LLP

BY: /s/ James P. Kreindler
James P. Kreindler, Esq.
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
*Attorneys for Ashton Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION was filed electronically this 13th day of January 2017.  Notice of this filing will be served upon all parties in 03-MDL-1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

                              /s/ James P. Kreindler
                              James P. Kreindler, Esq.