# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

January 17, 2017

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Judge Netburn:

As counsel for the plaintiffs in the case captioned as *Burnett, et al., v. The Islamic Republic of Iran, et al.*, Docket No. 15-cv-9903 (GBD)(SN) ("*Burnett/Iran*") and on behalf of the Plaintiffs' Executive Committees in the *In re Terrorist Attacks on September 11, 2001* multidistrict litigation, 03 MDL 1570 (GBD)(SN), we write to request an extension of the due date for the status updates identified in paragraphs 2 and 4 of the Court's Order dated January 11, 2017. *Burnett/Iran*, 15-cv-9903 ECF No. 77 at paras 2, 4. At present, both updates are scheduled to be due on January 18, 2017. We would ask that the due date for both status letters be adjourned to Monday, January 23, 2017.

Respectfully,

*Robert T. Haefele*
ROBERT T. HAEFELE
*PLAINTIFFS' EXECUTIVE COMMITTEES*

cc:   The Honorable George B. Daniels, via ECF
Alan Kabat, Esq., liaison counsel for defendants, via ECF and email
Sean Carter, Esq., via ECF and email
James Kreindler, Esq., via ECF and email
Jerry Goldman, Esq., via ECF and email
Dorthea Capone, Esq., via ECF and email
All Counsel of Record via ECF