UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attack on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |

| | |
|---|---|
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS**

Plaintiffs in the case captioned as *Burnett, et al., v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GWB)(SN) ("*Burnett/Iran*"), by and through the undersigned counsel, hereby give notice to the Court and all parties that, as directed by the Court in its January 11, 2017 Order (03-md-1570 ECF No. 3422; 15-cv-9903 ECF No. 77), they withdraw, without prejudice, the three Motions for Entry of Partial Final Default Judgments on behalf of Plaintiffs (15-cv-9903 ECF No. 70, 72, and 74), which were filed on December 7, 2016, December 16, 2016, and January 4, 2017, on behalf of the plaintiffs identified at Exhibits A of 15-cv-9903 ECF Nos. 71, 73, and 75.

On January 11, 2017, Magistrate Judge Netburn ordered the plaintiffs in *Burnett/Iran* to withdraw the motions filed at ECF Nos. 70, 72, and 74 and "resubmit the motions for damages as one consolidated motion. Such motion is to be accompanied by a sworn statement by an attorney who affirms under penalty of perjury that no relief has previously been awarded to any particular plaintiff (or, if relief has been awarded, the nature of that relief)." 03-md-1570 ECF No. **3422**; 15-cv-9903 ECF No. 77. Therefore, Plaintiffs withdraw the referenced motions without prejudice.

Dated: January 24, 2017

Respectfully submitted,

   /S/   Robert T. Haefele
Robert T. Haefele, Esq. (SC75266; DC1007583; NJ58293; PA57937; NY845666 - RH-2811)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel. (843) 216.9000
Fax (843) 216.9450
rhaefele@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS was filed electronically this 24th day of January 2017. Notice of this filing will be served upon all parties in 03-MDL-1570 and 15-cv-9903 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

Respectfully submitted,

   /S/  Robert T. Haefele
Robert T. Haefele, Esq.