**KREINDLER & KREINDLER LLP**

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

January 30, 2017

Magistrate Judge Sarah Netburn
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In re Terrorist Attack on September 11, 2001 MDL 03-1570 (GBD) (FM)
      Ashton et al. v. Al Qaeda Islamic Army et al., 02 CV 6977 (GBD) (FM)

Dear Magistrate Judge Netburn,

Please accept the following letter in response to your Order dated January 15, 2017 directing counsel for the Ashton plaintiffs to explain why they seek to withdraw the claims made on behalf of Antionette Tammome and Anthony Porrazzi.

Ms. Tammome and Mr. Porrazzi were the parents of Bettina Browne-Radburn, who was killed in the 9/11 attacks. In connection with the liability judgment obtained against the Islamic Republic of Iran, and given the time sensitive requirements for participation in the fund established to compensate victims of Iranian-sponsored terrorist attacks, counsel moved for final damages judgments on behalf of the victims of the 9/11 attacks, as well as their immediate family members. In doing so, we relied on our records for Ms. Browne-Radburn which dated to 2004 and contained information about her including details about her parents and her stepchildren, Liam and Eamonn Radburn. We made several attempts to reach Ms. Browne-Radburn's survivors at all of the phone numbers and addresses we had for them. Following many unsuccessful efforts to update and verify the file information, and with Iran fund deadlines approaching, we moved for final default judgments for all of those family members identified in our file.

Following this Court's October 20, 2016 Order allowing Plaintiffs to submit detailed affidavits regarding the relationship between 9/11 victim Bettina Browne-Radburn and her stepsons, Eamonn and Liam Radburn, we finally made contact with Ms. Browne-Radburn's former husband, whose addresses and telephone numbers had changed several times over the last decade.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

Magistrate Judge Sarah Netburn
January 30, 2017
Page 2

      During those conversations we learned that Antionette Tammome and Anthony Porrazzi had predeceased Ms. Browne-Radburn, information not reflected in our records. Upon confirming this information, we concluded that Ms. Browne-Radburn's parents were ineligible for solatium damages. As a result, counsel for the Ashton plaintiffs moved to withdraw the claims for Antionette Tammome and Anthony Porrazzi. In order to comply with and maintain the integrity of the default judgment process, we are filing, along with this letter, a Notice of Motion to Vacate the judgments for Antionette Tammome and Anthony Porrazzi.

      Because Eamonn and Liam Radburn were older teenagers when Ms. Browne-Radburn married their father and they never resided with Ms. Browne-Radburn, we do not believe they would qualify for solatium damages as non-immediate family members. We have, therefore, also withdrawn any claims in the original motion on their behalf. (Dkt. No. 3357).

      We subsequently reviewed all other default judgments to ensure no further errors were made. Plaintiffs have confirmed that all other default judgments were appropriately granted.

      We apologize for any inconvenience this may have caused.

      Respectfully submitted,

      Kreindler & Kreindler LLP

      /s/ Andrew J. Maloney, III
      By: Andrew J. Maloney, III

cc: MDL-1570 Counsel of Record