UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army*, et al., 02-CV-6977 (GBD)(FM)

[PROPOSED] ORDER

Upon consideration of the Notice of Motion to Vacate Default Judgments and declaration of Andrew J. Maloney, attorney for the *Ashton* wrongful death Plaintiffs in the above-captioned action, it is hereby;

**ORDERED** that final judgment for solatium damages entered on behalf of Antionette Tammome and Anthony Porrazzi in the Court's October 31, 2016 Final Order of Judgment (see ECF No. 3385) against the Islamic Republic of Iran is vacated; and it is

**ORDERED** that Exhibit A attached to the Court's October 31, 2016 Final Order of Judgment is revised to reflect that judgments for Antionette Tammome and Anthony Porrazzi are vacated. The revised Exhibit A to the Court's October 31, 2016 Final Order of Judgment is attached hereto; and it is

**ORDERED** that all other final judgments awarded to the *Ashton* Plaintiffs identified in the attached Exhibit A remain in effect.

Dated: New York, New York
_____, 2017

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE