UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X
-----------------------------------------------------------------X

KATHLEEN ASHTON, et al.,

                     **Plaintiffs,**

                **-against-**

AL QAEDA ISLAMIC ARMY, et al.,

                     **Defendants.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2017

03-MDL-1570 (GBD)(SN)

**ORDER**

02-CV-6977 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On January 30, 2017, the <u>Ashton</u> plaintiffs submitted a letter concerning solatium claimants Antoinette Tammome and Anthony Porrazzi, which explained that they had pre-deceased 9/11 decedent Bettina Browne-Radburn, and were therefore ineligible for solatium damages. ECF No. 3438. On counsel's motion, Judge Daniels vacated the default judgments previously granted to these claimants on January 31, 2017. ECF No. 3442.

    Because these plaintiffs died before September 11, 2001, they can have no claims in this multidistrict litigation against any defendant. Accordingly, the <u>Ashton</u> plaintiffs are directed to submit a proposed order for the Court's signature dismissing with prejudice all claims for Antoinette Tammome and Anthony Porrazzi in this litigation.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    New York, New York
                 February 2, 2017