UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(SN)

[PROPOSED] ORDER

Upon consideration of the *Ashton* Plaintiffs' Motion to Vacate (ECF No. 3439), the Declaration of Andrew J. Maloney (ECF No. 3440), and the Court's January 30, 2017 order vacating the default judgments previously granted to claimants Antionette Tammome and Anthony Porrazzi (ECF No. 3442), it is hereby;

**ORDERED** that all claims in this litigation for Antionette Tammome and Anthony Porrazzi, the parents of 9/11 decedent Bettina Browne-Radburn, are dismissed with prejudice.

Dated: New York, New York
FEB 06 2017 , 2017

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE