S.D.N.Y.−N.Y.C.
03-md-1570
04-cv-1922
Daniels, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of February, two thousand seventeen.

Present:
Barrington D. Parker,
Christopher F. Droney,*
*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 7, 2017

In re Terrorist Attacks on September 11, 2001

15-3426 (L);
15-3442 (con),
15-3505 (con),
15-3509 (con),
15-3524 (con),
15-3542 (con),
15-3583 (con),
15-3605 (con)

The parties jointly move to vacate the district court's September 29, 2015 order, dismissing the claims against the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, and to remand this action. Upon due consideration, it is hereby ORDERED the motion is GRANTED and case is REMANDED to the district court for further proceedings in light of Congress's enactment of the Justice Against Sponsors of Terrorism Act. Pub. L. No. 114-222, 130 Stat. 852 (Sept. 28, 2016). *See Schonfeld v. Hilliard*, 218 F.3d 164, 184 (2d Cir. 2000) (noting this Court's "preferred practice to remand [unaddressed] issues for consideration by the district court in the first instance").

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherin O'Hagan Wolfe, Clerk

---

*Reena Raggi has recused herself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.