OAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Southern District of New York

Antoinette Mccarthy,
Individually, and as the daughter of
Emeric J. Harvey, Jennifer Castelano,
Individually, and as the daughter of
Emeric J. Harvey
        Plaintiff(s),

V.

THE KINGDOM OF SAUDI ARABIA
        Defendant(s).

CASE NUMBER: 1:16-cv-08884-GBD

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE: FEB 23 2017]

Notice is hereby given that, subject to approval by the court, __Antoinette Mccarthy & Jennifer Castelano__ substitutes _____Allan Samuels_____, State Bar No. __AS1439__ as counsel of record in place of _____Shendell & Pollock_____.

Contact information for new counsel is as follows:

    Firm Name:   Law Offices of Allan Samuels & Associates
    Address:   150 E Palmetto Park Rd suite 800 Boca Raton, FL 33432
    Telephone:   561-465-7530     Facsimile 561-465-7501
    E-Mail (Optional):   allan.samuelslaw@gmail.com

I consent to the above substitution.
Date: 02/27/2017       /s/ Antoinette Mccarthy

I consent to the above substitution.
Date: 02/27/2017       /s/ Jennifer Castelano

I consent to being substituted.
Date: 02/15/2017       /s/ Shendell & Pollock

I consent to the above substitution.
Date: 02/__/2017       /s/ Allan Samuels

The substitution of attorney is hereby approved and so ORDERED.
Date: FEB 23 2017       /s/ George B. Daniels, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]