## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 03-CV-9849 (GBD)(SN) (S.D.N.Y.)*

## PLAINTIFFS' NOTICE OF MOTION
## FOR LEAVE TO AMEND COMPLAINT UNDER RULE 15

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law and exhibits hereto, the Plaintiffs, by and through their counsel, will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' motion for leave to amend the Third Amended Complaint by filing the *Burnett* Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi Arabia in substantially the form attached hereto as Exhibit A.

Defendant Kingdom of Saudi Arabia has indicated that it is reviewing and considering Plaintiffs' proposed amended complaint. Counsel for the Kingdom have advised that the Kingdom expects to provide its position on the present motion to Plaintiffs early next week, and to address the issue in the letter due to the Court on March 16, 2017.

Dated:  March 7, 2017                     Respectfully submitted,

                                          /S/

Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
Michael E. Elsner, Esq. (NY & VA-ME8337)
Robert T. Haefele, Esq. (SC75266; DC1007583; NJ58293; PA57937; NY845666 - RH-2811)
John M. Eubanks, Esq. (SC79816; MD[no bar numbers assigned])
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone:  (843) 216-9000