# Appendix 4B

SECRET and COMMISSION SENSITIVE                                    24

E.O. 13526, section 1.4(c)

    s.  Said Bakala

    t.  Fahad Alotaibi

    u.  Hamad Alotaibi

    v.  Homaidan Al-Turki;

2. German BKA personnel involved in Motassadeq investigation and trial

3. Author of CIA paper on ⬚

4. Current NSC and Treasury Officials involved in the September 11th investigation.

**B. Aggressiveness of U.S. Government Efforts to Investigate Possible Ties Between the Saudi Government and/or Royal Family, and the September 11 attacks.**

1. Pasquale J. D'Amuro, FBI Executive Assistant Director

2. Larry Medford, FBI Counterterrorism executive

3. CTC executives, including ⬚

4. CIA-Treasury-NSC financial tracking task force personnel

5. CIA DI analysts and managers

6. Current and former White House/NSC officials

7. Personnel on joint CIA-FBI Saudi Task Force

8. FBI Washington Field Office personnel

9. CIA-NR ⬚

E.O. 13526, section 1.4(c)

~~SECRET~~ and COMMISSION SENSITIVE

## Item 4: *Document Requests*

1. Joint Inquiry Report of the House and Senate Intelligence Committees;

2. CIA analytic product entitled [                    ]   E.O. 13526, section 1.4(c)

3. All FBI and CIA documents since 1994 on possible Saudi Government involvement in terrorist activity;

4. All internal memos to FBI executives on Saudi Government cooperation in the OPM/SANG, Khobar Towers, and September 11th investigations;

5. All FBI non-administrative documents, including Letterhead Memoranda, since November 1, 2002 from the following investigations:

   a. Daoud Chehaze

   b. Salah Bedaiwi

   c. Fahad Al-Thumairy

   d. Abdullah Bin Ladin

   e. Sami Al-Hussayen

   f. Saleh Al-Hussayen

   g. Ghassan Al-Sharbi Osama Nooh

   h. Lafi Al-Harbi

   i. Omar Al-Bayoumi

   j. Osama Bassnan

   k. Mohdhar Abdullah

   l. Mohammed Al-Qudhaeein

   m. Hamdan Al-Shalawi

   n. Omar Saleh Badahdah

   o. Munir Al-Motassadeq

   p. Mohammed Fakihi

~~SECRET~~ and COMMISSION SENSITIVE

      q.  Ali and Maha Hafeez Al-Marri

      r.  Said Bakala, Fahad Alotaibi

      s.  Hamad Alotaibi

      t.  Homaidan Al-Turki;

6.  Intelligence Community debriefings of:

      a.  Mohammed Maan Al-Qhatani

      b.  Ghassan al-Sharbi

      c.  Mohammed Haydar Zammar

      d.  Ramzi Binalshib

      e.  Khalid Shaikh Mohammed;

7.  NSC strategy documents on investigating and countering Saudi-sponsored terrorism;

8.  Transcripts from Mounir Mottasadeq trial;

9.  Meeting agendas, notes, and other summaries from weekly CIA-Treasury-FBI financial task force meetings discussing possible Saudi government involvement in terrorist financing, September 11th-present;

10. Any communications from the National Security Council to the FBI or the Department of Justice containing policy and guidance on investigating possible Saudi sponsored terrorism, 1994-present;

11. Any communications from the State Department to the FBI containing policy or guidance on investigating possible Saudi sponsored terrorist, 1994-present;

12. All internal documents produced by the post-September 11 CIA-FBI Saudi working group summarizing their efforts and findings;

13. Documents in the possession of the FBI obtained through the post-September 11th investigation of                       **E.O. 13526, section 1.4(c)**

14. Summaries from meetings of FBI, CIA, NSC, or State Department personnel with Saudi Government officials on counterterrorism matters, 1994-present;

SECRET and COMMISSION SENSITIVE

15. FBI and CIA investigative summaries from the OPM/SANG, Khobar Towers, and U.S.S. *Cole* investigations;

16. Any documents from the Saudi Government to the NSC, State Department, FBI or CIA outlining Saudi efforts to combat terrorist activity, 1994-present;

17. Any memoranda from ALEC Station to the DCI, on Saudi-sponsored terrorism, 1994-present.

SECRET and COMMISSION SENSITIVE

## Item 5: *Briefings for Commissioners*

1. Eleanor Hill, Staff Director, Joint Inquiry Staff;

2. William Wechsler, former NSC official;

3. Lee Wolosky, former NSC official;

4. Matt Levitt, Washington Institute for Near East Policy; consultant, Team 1;

5. Joseph Kechichian, Kechichian & Associates (formerly with the Rand Corporation);

6. Dore Gold, former Israeli Ambassador to UN.

SECRET and COMMISSION SENSITIVE

# The FBI Informant with Whom 9/11 Hijackers
# Nawaf al-Hazmi and Khalid al-Mihdhar Resided

## Item 1: *Key Questions*

### A. Informant's Credibility

1. Did the FBI informant who lived with hijackers Nawaf al-Hazmi and Khalid al-Mihdhar in San Diego accurately portray to the FBI his relationship with the hijackers? What accounts for any inaccuracies in his statements to the FBI?

2. Was the FBI informant aware of the hijackers' terrorist affiliations, plans, and intentions prior to the September 11 attacks?

3. Has the FBI completed its investigation of issues relating to the informant's credibility? If so, what were the results of this investigation and was it sufficiently thorough and impartial?

### B. Congressional Oversight of the FBI

[Philip: We are not sure if these are worded too strongly. What do you think?]
1. Did the FBI intentionally withhold from the Joint Inquiry information about the informant's relationship with the hijackers and subsequently attempt to obstruct the Joint Inquiry's investigation of the matter?

2. If the FBI did withhold information and obstruct the Joint Inquiry's investigation, were the FBI's actions indicative of a larger pattern of FBI non-compliance with Congressional oversight? What changes would therefore be needed to ensure more effective Congressional oversight of the FBI?

3. Why did the FBI, Department of Justice, and White House refuse to allow the Joint Inquiry to interview or depose the informant?

### C. The FBI's Informant Program

1. Prior to September 11, did the FBI adequately exploit the informant's access and reporting, and validate the information the informant provided to the extent allowable and/or required under FBI and Department of Justice regulations? If not, were the FBI's failures indicative of systemic problems within the FBI's informant program?

2. Did the FBI and Department of Justice guidelines regarding the handling of informants inhibit the FBI's ability to adequately exploit the informant's access and reporting prior to September 11? If so, what changes are necessary to ensure the success of the informant program?

SECRET and COMMISSION SENSITIVE

**D. Issues for the Commission to Consider in Pursing the Informant Issue**

1. Would the Commission be able to resolve issues relating to the informant's credibility through interviews and/or deposition of the informant?

2. Should the Commission pursue the issue of interviewing or deposing the informant in the face of likely FBI, Department of Justice, and White House opposition?

3. Should the Commission seek approval to provide the informant with transactional or use immunity in exchange for the informant's testimony?

## Item 2: *Suggested Readings*

1. Transcript of October 9-10, 2002, Closed Joint Inquiry Hearing;

2. Final Report of the Joint Inquiry, pp. 165-176;

3. Michael Isikoff, "The Informant Who Lived with the Hijackers," Newsweek, September 16, 2002 (attached);

4. James Risen, "Threats and Responses: The Inquiry; Congress Seeks FBI Data on Informer; FBI Resists," October 5, 2002 (attached);

5. Susan Schmidt, "9/11 Panel Discusses Informant," Washington Post, October 11, 2002 (attached);

6. CBS Morning News: "Confrontation between Congress and the FBI Over Key Information about 9/11" (transcript), October 11, 2002 (attached).

## Item 3: *Interview Candidates*

1. The informant;

2. Former Special Agent Steven Butler, FBI San Diego Field Office;

3. San Diego FBI agents who conducted the post-9/11 criminal investigation of the informant;

4. Current and former Special Agent(s) in Charge, FBI San Diego Field Office;

5. Current and former Assistant Special Agent(s) in Charge for International Terrorism, FBI San Diego Field Office;

6. Current and past Informant Coordinator(s), FBI San Diego Field Office;

7. Current and former International Terrorism Squad Supervisor(s), FBI San Diego Field Office;

8. Supervisory Special Agents, Unit Chiefs, and Intelligence Operations Specialists, Middle East Unit, FBI Headquarters;

9. Supervisory Special Agents, Unit Chiefs, and Intelligence Operations Specialists, Radical Fundamentalist Unit, FBI Headquarters;

10. Supervisory Special Agents, Unit Chiefs, and Intelligence Operations Specialists, Usama Bin Laden Unit, FBI Headquarters;

11. Former Chief, International Terrorism Operations Section, FBI Headquarters.

## Item 4: *Document Requests*

1. All FBI non-administrative documents, including Letterhead Memoranda, since September 11, 2001, concerning the informant;

2. All FBI or Department of Justice policy statements, directives, or guidelines regarding the informant program, 1998 - present;

3. All reports from the FBI's Inspection Division concerning the informant program, 1998 – present;

4. All documents disseminated to FBI Headquarters prior to September 11`, 2001, that contained information provided by the informant;

5. All documents disseminated to the Intelligence Community prior to September 11, 2001, that contained information provided by the informant;

6. 
   > E.O. 13526, section 1.4(c)

7. All documents provided to the Criminal Division of the Department of Justice prior to September 11, 2001, that contained information provided by the informant;

34

SECRET and COMMISSION SENSITIVE

# Key Questions Regarding Possible Saudi Government and Royal Family Connections to the September 11 Hijackers and Other Terrorists and Terrorist Groups

I. Did any individuals, companies, religious institutions, or charitable organizations connected to the Saudi Government and/or Royal Family provide logistical, operational, financial, or theological support for the September 11, 2001, attacks? Were any individuals connected to the Saudi Government and/or Royal Family aware of the September 11th plot prior to the attacks? Specifically:

1. **Omar al Bayoumi:**
   - Do you believe that al Bayoumi was acting as an agent of the Saudi Government in San Diego? If so, what was his function?
   - If he was tasked to watch Saudi government dissidents, shouldn't al Mihdhar and al Hazmi, two Saudi al Qa'ida members, have aroused his suspicions?
   - In the 1990s, al Bayoumi received approximately $400,000 from the Saudi Government to establish a mosque in the San Diego area. Have you determined whether or not this contribution was unusual, and whether other individuals in the U.S. received similar contributions? What other funding did al Bayoumi receive from the Saudi Government?
   - Al Bayoumi reportedly had a "no show" job with Dallah/Avco, a Saudi contractor of the Saudi Civil Aviation Authority. What services was al Bayoumi providing in exchange for his salary and other funding? Why would Dallah/Avco be willing to employ al Bayoumi in this capacity? Have you developed any information tying Dallah/Avco to al Qa'ida or to other terrorist elements?
   - Do you know why al Bayoumi's allowances from Dallah/Avco were dramatically increased beginning in April 2000?
   - Do you believe the meeting between al Bayoumi and hijackers Mihdhar and Hazmi was accidental or planned?
   - In the same time frame that he met Hazmi and Mihdhar in Los Angeles, al Bayoumi told an individual that he was going to Los Angeles to pick up visitors. The individual did not recall any other of al Bayoumi's visitors in that time period besides al Hazmi and al Mihdhar. Have you determined whether al Bayoumi was referring to picking up visitors other than al Hazmi and al Mihdhar in Los Angeles?
   - Have you been able to rule out the possibility that al Bayoumi provided al Hazmi and al Mihdhar with financial assistance while the hijackers were in the United States?
   - Al Bayoumi helped Al Hazmi and Al Mihdhar establish a bank account with a $9900 cash deposit. Do you know the source of those funds? Is there any indication that al Bayoumi was the source of those funds?

SECRET and COMMISSION SENSITIVE

SECRET and COMMISSION SENSITIVE

> In interrogations Khalid Sheikh Mohammed has said that al Mihdhar and al Hazmi were sent to the West Coast with specific instructions to seek out assistance from mosques and the local communities. Have you determined whether KSM or other al Qa'ida leaders provided al Mihdhar and al Hazmi and other hijackers with specific contacts in the United States?

> Did Director Mueller or FBI leadership make any progress with the Saudi Government in their efforts to interview al Bayoumi during their recent visit to Riyadh?

## 2. Hamid al Rashid

> The individual responsible for approving the salary for al Bayoumi's no-show job at Dallah/Avco is Hamid al Rashid. His son, Saud al Rashid, is an apparent member of al-Qa'ida and is listed by the CIA as a "runner up hijacker." What else have you learned about the connection between al Bayoumi, Hamid al Rashid, and Saud al Rashid?

## 3. Abd al Rahman Barzanji

> Al Bayoumi is a close associate of Abd al-Rahman Barzanji, an imam in Norway who, according to FBI documents, has suspected ties to high-level al-Qa'ida members. What else have you learned about the relationship between al Bayoumi and Barzanji, and Barzanji's connections to al-Qa'ida?

## 4. Mohdhar Abdullah

> Al Bayoumi tasked Mohdhar Abdullah to provide al Hazmi and al Mihdhar with whatever assistance they needed while in San Diego. Do you know whether al Bayoumi tasked Abdullah or anyone else to provide similar assistance to other visitors?

> In a proffer session, Abdullah told the FBI that al Mihdhar informed him that he was a supporter of the Islamic Army of Aden, a group that Abdullah knew was involved in the bombing of the USS *Cole*. Abdullah had also heard al Hazmi express extremist views on a number of occasions. Do you know whether Abdullah relayed the substance of these conversations to al Bayoumi or others in San Diego prior to the attacks?

## 5. Ossama Bassnan

> Have you been able to confirm whether Ossama Bassnan, a close associate of al Bayoumi's is a former employee of the Saudi Educational Mission in Washington, D.C.?

> Bassnan received considerable funding from Prince Bandar and Princess Haifa. Have you been able to confirm whether the funding was provided for Bassnan's wife's medical treatments?

SECRET and COMMISSION SENSITIVE

36

> If Prince Bandar and Princess Haifa were providing funds that were not funding medical treatments, have you been able to establish whether the ambassador knew how the funds were used?

**E.O. 13526, section 1.4(c)**

6. **Fahad al Thumairy**
   > Why do you now believe that the individual with whom al Bayoumi met at the Saudi Consulate in Los Angeles prior to meeting the hijackers was Fahad al Thumairy?
   > A witness informed the FBI after the attacks that al Mihdhar and al Hazmi visited the King Fahad mosque in Los Angeles, where al Thumairy was one of the imams. Do you know with whom al Mihdhar and al Hazmi met when they visited the King Fahad Mosque?
   > Are there any other indications that al Mihdhar and al Hazmi may have had contact with al Thumairy?
   > The King Fahad Mosque was built in 1998, reportedly with funding provided by the Saudi Government. FBI documents note that there is considerable radical activity in the mosque and that a number of Saudi Government officials in Los Angeles regularly attend the mosque. What have you learned through your investigations about terrorist-related activities taking place in the mosque?
   > Why was al Thumairy's visa recently revoked? What did the FBI learn from his interrogation?

7. **Osama Nooh and Lafi al Harbi**
   > FBI documents indicate that al Hazmi had telephonic contact with Nooh and al Harbi, Saudi Naval officials posted in San Diego while al Hazmi was in the United States. What have you learned about al Hazmi's contacts with Nooh and al Harbi, and any relationship between the hijackers and the Saudi Naval officers?
   > Are there other Saudi Naval officers, including Salah Bedaiwi, with whom the hijackers may have had contact in the United States?
   > What have you learned about Bedaiwi's ties to Nooh and al Harbi? Have you developed any information tying Bedaiwi to terrorist elements?
   > Have you been able to establish whether al Hazmi and/or al Mihdhar were surveilling a naval base on the West Coast as a possible terrorist target?

8. **Ghassan al Sharbi**
   > Al Sharbi was captured in Pakistan by US Forces at the same location where key al-Qa'ida figure Abu Zubaida was also detained. Al-Sharbi

SECRET and COMMISSION SENSITIVE

3

SECRET and COMMISSION SENSITIVE                                    37

had been studying aviation in the Phoenix area prior to the attacks, and
is mentioned in the Phoenix EC.  Why did Ghassan Al-Sharbi bury a
cache of documents near where he was staying in Pakistan, including
an envelope from the Saudi Embassy in Washington, D.C. containing
his flight certificate from Embry Riddle University in Phoenix?  Have
you been able to determine his relationship to Haydar El-Awad, the
individual whose name is on the envelope from the Saudi Embassy?

## 9. Mohammed al Qudhaeein and Hamdan al Shalawi

➤ Al Qudhaeein and al Shalawi were involved in a November 1999
incident aboard an America West flight that FBI Phoenix suspects may
have been a "dry run" for September 11.  They were apparently on
their way to Washington to attend a party at the Saudi Embassy and
claimed the Saudi Government had paid for their tickets.  Have you
been able to develop any additional information either corroborating or
refuting this theory?

➤ What information have you developed tying al Qudhaeein and al
Shalawi to the Saudi Government?

➤ What information have you developed tying al Qudhaeein and al
Shalawi to al-Qa'ida and other terrorist elements?

## 10. Ali Hafiz al Marri and Maha al Marri

➤ What information have you developed tying Ali Hafiz al Marri or
Maha al Marri to any individuals connected to the September 11
attacks?

➤ What information have you developed tying either of the al Marris to
the Saudi Government?

➤ What financial support did the Saudi Government provide Maha al
Marri after her husband was arrested?

➤ What assistance did the Saudi Government provide Maha al Marri in
departing the United States before the FBI could interview her?

## 11. Homaidan al-Turki

➤ FBI documents note that al Turki was in contact with a German cell
phone linked to one of the September 11th hijackers.  To whom did the
German cell phone belong?

➤ Have you determined the nature of al Turki's relationship with this
individual?

➤ Have you developed any additional information tying al Turki to other
individuals connected with the September 11 attacks?

➤ What information have you developed tying al Turki to al-Qa'ida or to
other terrorist elements?  What ties does al Turki have to the Saudi
Government?

## 12. Mohammed Galeb Kalaje Zouaydi

SECRET and COMMISSION SENSITIVE

> According to press reports, Zouyadi was recently arrested by the Spanish police for his ties to al-Qa'ida. Zouaydi, a former accountant for members of the Saudi Royal Family, also reportedly was al Qa'ida's financier in Europe and provided money to the Hamburg cell. In addition, one of his employees in Spain visited the World Trade Center in 1997, where he extensively videotaped the buildings.

> What information have you developed on Zouaydi's ties to al-Qa'ida?

> What information have you developed tying Zouaydi to individuals connected to the September 11 plot?

> What information have you developed tying Zouaydi to the members of the Saudi Royal Family and to other members of the Saudi Government?

## 13. Abdullah Bin Laden (ABL)

> Abdullah Bin Ladin (ABL), Bin Ladin's half brother, was assigned to the Saudi Embassy in Washington, D.C. He is the President and Director of the World Arab Muslim Youth Association (WAMY), an organization with suspected terrorist ties. One of the leaders of the Dar Al Hijra mosque in Falls Church is apparently a WAMY representative. The imam of Dar Al Hijra has been identified in FBI documents as al Hazmi and al Mihdhar's spiritual advisor, and the two hijackers received considerable assistance from individuals in the mosque. In addition, according to CIA documents, the WAMY representative in Hamburg knew the hijackers and supported their actions.

> What information have you developed tying WAMY and its personnel to the hijackers and the September 11[th] attacks?

> What information have you developed indicating that ABL had contact with any of the hijackers or with any of their other associates in the United States?

## 14. Mohammed Quadir Harunani

> ABL is a close associate of Mohammed Quadir Harunani, an individual the FBI is investigating for possible ties to the hijackers. What information have you developed which indicates that Quadir Harunani or individuals at his company, Transcom, may have had contact with any of the hijackers while they were in the United States?

> What information do you have about Quadir Harunani's associations with individuals involved with nuclear materials?

## 15. Saleh and Sami al Hussayen

> Have you been able to determine whether Saleh al-Hussayen is connected to the Saudi Government and if so, the nature of his connections?

SECRET and COMMISSION SENSITIVE

> Have you been able to determine the nature of Sami al Hussayen's ties to the Islamic Association of North America (IANA) and to the Saudi Government?
> Has the FBI been able to determine whether either Saleh or Sami al Hussayen had any connection to hijackers or to the September 11 attacks?
> Have you been able to determine whether there are any other contacts between individuals connected to the IANA and the September 11 hijackers? If so, what was the nature of those contacts?

16. **Mohammed Fakihi**
> Fakihi is the Saudi diplomat who was recently recalled from his station in Germany. What have you learned about Fakihi's relationship to the hijackers in Hamburg or with others, including Munir al Mottasadeq, in the Hamburg cell?
> Have you determined whether other Saudi diplomats in Germany were in contact with any of the individuals in the Hamburg cell?
> If so, what is the nature of those contacts?
> Is it true that the Saudis did not respond to German authorities' requests for information on Fakihi?

**B. How aggressively has the U.S. Government investigated possible ties between the Saudi Government and/or Royal Family, and the September 11th attacks?**

1. How cooperative have Saudi Government officials been in responding to U.S. Government requests for information?

2. When was the joint FBI-CIA task force on Saudi issues formed and who is assigned to this task force? To whom do they report?

3. The FBI recently established a squad at Washington Field Office to investigate Saudi sponsored terrorism.

4. What have the most significant investigative developments of the Task Force and the WFO Squad to date? What are the primary obstacles they have encountered in the course of their investigations?

5. Are any analytic personnel involved in the efforts targeting the Saudi Government to ensure that someone is evaluating the information for its collective significance, and not just within the context of the individual investigations?

6. If so, how many analysts are assigned to this effort, and what has their role been?

SECRET and COMMISSION SENSITIVE

7. What information have they developed indicating that Saudi Government officials and Royal Family members are providing financial, logistical or other support to terrorist elements?

8. To what extent have the U.S. Government's efforts to investigate possible ties between the Saudi Government and/or Royal Family, and the September 11th attacks been affected by political, economic, or other considerations?

41

SECRET and COMMISSION SENSITIVE

## Key Questions Regarding the FBI Informant with Whom 9/11 Hijackers Nawaf al-Hazmi and Khalid al-Mihdhar Resided

1. Was the FBI informant who lived with hijackers Nawaf al Hazmi and Khalid al Mihdhar aware of the hijackers' terrorist affiliations, plans, and intentions prior to the September 11 attacks?

2. Has the FBI completed its investigation of issues relating to the informant's credibility? If so, what were the results of this investigation?

3. There are multiple indications that in December 2000, hijacker Hani Hanjour visited the informant's residence, and the FBI has acknowledged that it was probably Hanjour whom the informant met. What do you believe accounts for the informant's denial that he met Hanjour?

4. In recent debriefings, Khalid Sheikh Mohammed stated that he was aware that al Hazmi and al Mihdhar were being assisted by an "elderly Arab man" in Los Angeles. Do you know to whom KSM was referring and can you rule out the possibility that it was the informant?

5. The informant has provided the FBI with many inconsistent stories as to when and how he met al Mihdhar and al Hazmi. The FBI now acknowledges that the hijackers may have known the informant's address in February 2000, soon after they arrived in San Diego, although the hijackers did not move into his house until June 2000. In its May 29, 2003, report for the Commission, the FBI states that the informant "has never equivocated on the operative facts, however, which are that he met Alhazmi and Almihdhar at the Islamic Center, agreed to lease a room to them, and they moved into that room sometime in the summer of 2000." However, the informant's neighbors told the FBI that the informant had introduced individuals they later identified as al Hazmi and al Mihdhar as the sons of friends from Saudi Arabia. According to the neighbors, soon after the attacks, the informant called to let them know that he had actually met the young men at the mosque. When and how do you think that the informant first met al-Hazmi and al-Mihdhar? Have you been able to determine whether the individuals whom the neighbors met were actually al Hazmi and al Mihdhar?

6. The informant had previously reported to the FBI on a number of individuals who were tied to the hijackers, including al Bayoumi and Anwar Aulaqi, their spiritual leader. Why do you think that the informant did not mention to the FBI the hijackers' relationships with these individuals?

7. Al-Hazmi made a comment to the informant about al-Bayoumi being a Saudi spy. Why do you think that the informant did not report this to the FBI prior to the attacks?

SECRET and COMMISSION SENSITIVE

42

8. Al Hazmi introduced the informant to a young Saudi named Yasser Bushnaq, who al Hazmi said had access to significant funding. The informant attempted to get funding for his mosque from Bushnaq but the plan fell through. Given the fact that the informant reported on other Saudis who were funding mosques in the area, why do you think he did not report Bushnaq to the FBI?

## Hijackers' Associates in the United States

**Anwar Aulaqi:** According to source reporting, Aulaqi was Al-Hazmi and Al-Mihdhar's spiritual leader in San Diego. Aulaqi relocated to Falls Church, Virginia in 2001, and soon after, Hanjour, Al-Hazmi and several other hijackers moved to the East Coast and began to attend services at the Falls Church mosque. They received assistance from mosque members in locating housing, finding flight schools, and in relocating to New Jersey. The phone number for his mosque was found during a search of Ramzi Binalshib's Hamburg residence.

**Mohammed Maan Al-Qhatani:** It appears possible that Al-Qhatani was supposed to play a role in the September 11th attacks. The FBI has determined that in August 2001, Mohammed Atta was waiting for Al-Qhatani to arrive at the Orlando Airport. However, the INS inspector did not allow Al-Qhatani through immigration, and he returned to Saudi Arabia. He was subsequently detained by U.S. Forces in Pakistan, and is currently in GITMO.

**Eyad Alrababah and Daoud Chehazeh:** Alrababah and Chehazeh met Hanjour, Al-Hazmi and several other hijackers at Aulaqi's Falls Church mosque. Their stories are inconsistent as to how they met the hijackers and in the assistance provided. Alrababah helped the hijackers find housing in the area, drove them to Connecticut and then to New Jersey.

**Phil and Jim Fayez Nouri:** Jim rented the hijackers an apartment in the Paterson, New Jersey, and Phil owned a bakery frequented by the hijackers. The Nouri brothers were previously the subject of an FBI investigation for their ties to Matarway Saleh, who was convicted in the TERRSTOP investigation.

**Salah Bedaiwi:** Bedaiwi is a Saudi naval officer who was posted to a navy base in Pensacola, Florida. The PENTTBOM team was attempting to determine whether he had contact with any of the hijackers during their time in Florida.

**Mohammed Quadir-Harunani:** Quadir Harunani has been the subject of an FBI counterterrorism investigation since 1999. He is a possible associate of Mohammed Atta and Marwan Al-Shehhi. Relocated from Virginia to Florida in the summer of 2001. He was in telephonic contact with Said Bahaji, one of the Hamburg cell members in June 2001.

**Ashraf El-Maghraby:** Maghraby was a friend of Mohammed Atta's from college, and currently lives in Florida. He is also an associate of Quadir-Harunani.

**Said Rageah:** Rageah is an imam in Laurel, Maryland and is also a fundraiser for the Global Relief Foundation. Several of the hijackers left a bag at his prayer center the day prior to the attacks.

**Hassan Sabri:** Sabri is a fairly radical Imam in Pompano Beach, Florida. FBI fingerprint analysis determined that a bag left at Sabri's mosque on September 8, 2001 belonged to Mohammed Atta. Sabri is an associate of Said Rageah, the imam of the Prayer Center in Laurel where the hijackers left another bag prior to the attacks.

**Fahad Al-Thumairy:** Thumairy is an accredited Saudi diplomat and imam at the King Fahad Mosque in Culver City, California. Al-Bayoumi, the individual who "accidentally" met Al-Hazmi and Al-Mihdhar at a restaurant in Los Angeles, and invited them to move to San Diego, stopped at the Saudi Consulate before visiting the restaurant. The FBI now believes that he may have met with Al-Thumairy at the Consulate. Al-Hazmi and Al-Mihdhar were taken to the King Fahad Mosque during their time in L.A., though the FBI still does not know with whom they met at the mosque.

**Abdullah Bin Ladin:** Abdullah Bin Ladin is UBL's half brother, and is an accredited diplomat at the Saudi Embassy in Washington, D.C. He is a very close friend of Quadir Harunani, a possible associate of Atta and Al-Shehhi's.

**Homaidan Al-Turki:** Al-Turki is a Saudi student living in Colorado, whose education is being funded by the Saudi Government. He was in contact with an individual in Germany in 2001, who was also in contact with one of the hijackers. His uncle is a prominent Saudi Cleric, and he also has other ties to the Saudi Royal Family.

**Wiam Azhak:** Azhak is a Blind Sheikh follower who resides in the Los Angeles area. He came to San Diego in January 2000, several days before the hijackers arrived in Los Angeles, to meet with Anwar Aulaqi and Fathi **Abdalla**. Both Aulaqi and Abdallah were close associates of Al-Mihdhar and Al-Hazmi during their time in San Diego.

**Diah Thabet:** Thabet was an associate of Al-Hazmi and Al-Mihdhar's during their time in San Diego.

**Saleh Al-Hussayen:** Al-Hussayen is a prominent Saudi cleric, who apparently also has ties to the Saudi government. He stayed in the same hotel as Nawaf Al-Hazmi on September 10th, 2001. When interviewed by the FBI, he feigned a seizure, was sent to the hospital and then left the country before the FBI could reinterview him. He's the uncle on Sami Al-Hussayen, a Saudi student in Idaho who was recently deported. Sami Al-Hussayen is connected to the Islamic Association of North America, a Saudi charity with terrorist ties.

**Ibrahim Al-Kulaib:** Al-Kulaib is a diplomat at the Saudi Embassy in Washington, D.C. He runs a charity with possible ties to terrorism, and is also connected to FNU Alzweiy, an individual with connections to terrorist elements. A document located at a site in Afghanistan where biotoxins were discovered had a P.O. Box listed in Virginia. This P.O. Box had been rented by Alzweiy for several years.

**FNU Qureshi:** Qureshi was an associate of Hanjour's in Phoenix, and also spent time with the hijackers in Florida.

**Bin Bishr**: In March 2000, Al-Mihdhar told a family member that he was staying at Bin Bishr's residence in the San Diego area. The FBI is currently attempting to determine Bin Bishr's identity.

**Abu Ahmad:** In March 2000, Al-Mihdhar provided details to a family member about his relationship with an "Abu Ahmad," who was a naturalized U.S. citizen, worked as a taxi driver, and had just taken a second wife. The FBI is currently attempting to determine "Abu Ahmad's" identity.

**Bandar Al-Hazmi:** Al-Hazmi was a close associate of Hani Hanjour's during his time in Phoenix. It is not known whether he is related to Nawaf Al-Hazmi.

**Osama Nooh and Lafi Al-Harbi:** Al-Harbi and Nooh are Saudi naval officer who were posted to San Diego while Al-Mihdhar and Al-Hazmi were living there. After the 9/11 attacks, the FBI determined that Al-Hazmi had made a number of calls to Nooh and Al-Harbi.

**Mohdhar Abdullah:** Abdullah was tasked by Omar Al-Bayoumi to provide al-Hazmi and al-Mihdhar with whatever assistance they needed while in San Diego. Abdullah translated for them, helped them open bank accounts, and contacted flight schools for the hijackers. After the attacks, individuals from one of the San Diego mosques told the FBI that Abdullah also participated in the closed door meetings with the hijackers and Aulaqi. In a proffer session with the FBI, Abdullah admitted that Al-Mihdhar had told him that he was connected to a terrorist organization, and that he had heard al-Hazmi express extremist views. ⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜⬜
⬜⬜⬜⬜⬜⬜   **E.O. 13526, section 1.4(c)**

**Lofti Raissi:** Raissi is an Algerian radical who had lived in the Phoenix area. He returned to Phoenix in July 2001 for approximately one month. The FBI now believes that he may have been providing last minute training or evaluation for Hanjour and several of his associates to determine whether they were prepared for the attacks. While in Phoenix, Raissi apparently went to a flight simulator with Hanjour, Rayed Abdullah, and Faisal Al-Salmi.

**Mohammed Al-Qudhaeein:** Al-Qudhaeein, a Saudi student living in the Phoenix area, also ran the area's Saudi club. He was receiving funding from the Saudi Government during his time in Phoenix. He and Hamdan Al-Shalawi were involved in a 1999 incident aboard an America West flight, which FBI Phoenix now believes may have been a "dry run" for September 11th. They were on their way to a party at the Saudi Embassy in Washington, and their tickets were paid for by the Saudi Embassy. The FBI received information in November 2000 that Al-Shalawi had been trained at the terrorist camps in Afghanistan to conduct Khobar Tower-type attacks. The FBI has not been able to demonstrate direct ties between either Al-Qudhaeein/Al-Shalawi and Hani Hanjour, but the FBI has determined that they associated with some of the same people.

**Abdussattar Shaikh:** Al-Hazmi and Al-Mihdhar lived with Shaikh during their time in San Diego. Although Shaikh informed the FBI that he met the hijackers at the mosque several months after they arrived in San Diego, it now appears possible that the hijackers knew Shaikh before their arrival.

**Ramez Noaman:** Noaman was a close friend of Nawaf Al-Hazmi's in San Diego

**Omar Al-Bayoumi:** Al-Bayoumi met Al-hazmi and Al-Mihdhar at a restaurant in Los Angeles. Whether or not the meeting was accidental is still the subject of debate. He invited them to move to San Diego, which they did shortly thereafter. When they arrived, he helped them find an apartment, co-signed their lease, and tasked Mohdhar Abdullah to provide them with whatever assistance they needed while in San Diego. Interestingly, al-hazmi warned Shaikh at one point to stay away from Al-bayoumi because he was a Saudi spy.

**Osama Bassnan:** Bassnan was a very close associate of Al-Bayoumi's, and was in contact with him several times a day while the hijackers were in San Diego. The hijackers' relationship to Bassnan, a known UBL supporter, is less clear. There is circumstantial evidence indicating that they had a relationship, and that Bassnan provided them with assistance but nothing conclusive.

**Omar Bakarbashat:** Bakarbashat was one of the hijackers' closest associates in San Diego.

**Osama Owadallah:** Another one of the hijackers' associates in San Diego. The FBI discovered after the attacks that Owadallah lived in a UBL safe house for a brief period, which was operated by Attiqullah Ahamdi, a Blind Shaikh follower.

### Mosques visited by the hijackers

**King Fahad Mosque:** The King Fahad Mosque is a fairly radical and anti-Western establishment, located in Culver City, California. The mosque was built in 1998 with funding from the Saudi Royal Family, and a number of Saudi diplomats attend services there. Al-Hazmi and Al-Mihdhar were taken there by Mohdhar Abdullah, though it is not known with whom they met during their visit.

**Ayah Islamic Prayer Center:** This center is run by Said Rageah, a fundraiser for the Global Relief Foundation. The hijackers left a bag at the center the day prior to the attacks. The FBI has not been able to determine whether the hijackers had contact with Rageah or anyone else in the mosque.

**Pompano Mosque:** The Pompano Mosque is run by Hassan Sabri, a radical with possible ties to Hamas. The hijackers also left a bag at this mosque prior to the attacks. As with the Ayah Prayer Center, the FBI has been unable to establish any other contact between the hijackers and the members of the mosque.

**Islamic Cultural Center:** Hani Hanjour and Nawaf Al-Hazmi attended this mosque during their time in the Phoenix area.

**Saranac Street Mosque:** The Saranac Street Mosque in San Diego was run by Anwar Aulaqi, al-Midhar and Al-Hazmi's spiritual leader. After the attacks, several people informed the FBI that the hijackers and Mohdhar Abdullah had closed door meetings with Aulaqi at the mosque.

**Dar Al Hijra:** In 2001, Aulaqi relocated from San Diego to Falls Church, Virginia, where he assumed control of this mosque. Several months later, Al-Hazmi, Hanjour, and several other hijackers began to attend services and to spend time at the mosque. Several individuals from this mosque provided assistance to the hijackers in finding an apartment, and in relocating to New Jersey.

**Islamic Center of San Diego:** Al-Hamzi and Al-Mihdhar spent considerable time at this mosque during their time in San Diego.

Abdullah Al-Khodair
ASPCOL
Omar Bakarbashat
Middle Eastern Market, Miami
Al-Ahmari
Islamic Academy