# Appendix 5

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR., et al.,

                                Plaintiffs,          Civil Case No. 03-CV-9849 (GBD)(SN)

v.

KINGDOM OF SAUDI ARABIA

                                Defendant.

## *BURNETT* PLAINTIFFS' AMENDED COMPLAINT ADDING DEFENDANT KINGDOM OF SAUDI ARABIA

### PLAINTIFFS

1.      Plaintiff Thomas E. Burnett, Sr. is a resident of the State of Minnesota, the Parent of Decedent Thomas E. Burnett, Jr., and brings this action on his own behalf as the Parent of Thomas E. Burnett, Jr. and is entitled to recover damages on the causes of action set forth herein.

2.      Plaintiff Beverly Burnett is a resident of the State of Minnesota, the Parent of Decedent Thomas E. Burnett, Jr., and brings this action on her own behalf as the Parent of Thomas E. Burnett, Jr. and is entitled to recover damages on the causes of action set forth herein.

3.      Plaintiff Deena Burnett Bailey is a resident of the State of Arkansas, the Spouse of Decedent Thomas E. Burnett, Jr., and brings this action on her own behalf as Spouse and as the Administrator of the Estate of Thomas E. Burnett, Jr. and on behalf of all survivors of Thomas E. Burnett, Jr. and is entitled to recover damages on the causes of action set forth herein. Thomas E. Burnett, Jr. was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

4.      Plaintiff Mary Margaret Jurgens is a resident of the State of Minnesota, the Sibling of Decedent Thomas E. Burnett, Jr., and brings this action on her own behalf as the Sibling of Thomas E. Burnett, Jr. and is entitled to recover damages on the causes of action set forth herein.

5.      Plaintiff Martha Burnett Pettee is a resident of the State of Minnesota, the Sibling of Decedent Thomas E. Burnett, Jr., and brings this action on her own behalf as the Sibling of Thomas E. Burnett, Jr. and is entitled to recover damages on the causes of action set forth herein.

6.      Plaintiff William Doyle, Sr. is a resident of the State of Florida, the Parent of Decedent Joseph Michael Doyle, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Joseph Michael Doyle and on behalf of all survivors of Joseph Michael Doyle and is entitled to recover damages on the causes of action set forth herein. Joseph Michael Doyle was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

7.      Plaintiff Camille Doyle, now deceased, was a resident of the State of Florida, and the Parent of Decedent Joseph Michael Doyle; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

8.      Plaintiff William Doyle, Jr. is a resident of the State of New York, the Sibling of Decedent Joseph Michael Doyle, and brings this action on his own behalf as the Sibling of Joseph Michael Doyle and is entitled to recover damages on the causes of action set forth herein.

9.      Plaintiff Doreen Lutter is a resident of the State of New York, the Sibling of Decedent Joseph Michael Doyle, and brings this action on her own behalf as the Sibling of Joseph Michael Doyle and is entitled to recover damages on the causes of action set forth herein.

10.     Plaintiff Dr. Stephen J. Alderman is a resident of the State of New York, the Parent of Decedent Peter Craig Alderman, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Peter Craig Alderman and on behalf of all survivors of Peter Craig Alderman and is entitled to recover damages on the causes of action set forth herein. Peter Craig Alderman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

11.     Plaintiff Elizabeth Alderman is a resident of the State of New York, the Parent of Decedent Peter Craig Alderman, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Peter Craig Alderman and on behalf of all survivors of Peter Craig Alderman and is entitled to recover damages on the causes of action set forth herein. Peter Craig Alderman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

12.     Plaintiff Jane Alderman is a resident of the State of New York, the Sibling of Decedent Peter Craig Alderman, and brings this action on her own behalf as the Sibling of Peter Craig Alderman and is entitled to recover damages on the causes of action set forth herein.

13.     Plaintiff Elaine Abate is a resident of the State of Florida, the Parent of Decedent Andrew Anthony Abate, Jr., and brings this action on her own behalf as the Parent of Andrew Anthony Abate, Jr. and is entitled to recover damages on the causes of action set forth herein.

14.     Plaintiff Carolyn Crutchfield is a resident of the State of Florida, the Spouse of Decedent Andrew Anthony Abate, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Andrew Anthony Abate and on behalf of all survivors of Andrew Anthony Abate and is entitled to recover damages on the causes of action set forth

herein. Andrew Anthony Abate was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

15.     Plaintiff Elaine Abate is a resident of the State of Florida, the Parent of Decedent Vincent Abate, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Vincent Abate and on behalf of all survivors of Vincent Abate and is entitled to recover damages on the causes of action set forth herein. Vincent Abate was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

16.     Plaintiff Ann M. Abrahamson is a resident of the State of New York, the Spouse of Decedent William F. Abrahamson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William F. Abrahamson and on behalf of all survivors of William F. Abrahamson and is entitled to recover damages on the causes of action set forth herein. William F. Abrahamson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

17.     Plaintiff Josephine Acquaviva is a resident of the State of New Jersey, the Parent of Decedent Paul Andrew Acquaviva, and brings this action on her own behalf as the Parent of Paul Andrew Acquaviva and is entitled to recover damages on the causes of action set forth herein.

18.     Plaintiff Kara Hadfield is a resident of the State of New Jersey, the Sibling of Decedent Paul Andrew Acquaviva, and brings this action on her own behalf as the Sibling of Paul Andrew Acquaviva and is entitled to recover damages on the causes of action set forth herein.

19.     Plaintiff Courtney Lizabeth Acquaviva is a resident of the State of New Jersey, the Spouse of Decedent Paul Andrew Acquaviva, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Andrew Acquaviva and on behalf of all survivors of Paul Andrew Acquaviva and is entitled to recover damages on the causes of action set forth herein. Paul Andrew Acquaviva was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

20.     Plaintiff Alfred Acquaviva is a resident of the State of New Jersey, the Parent of Decedent Paul Andrew Acquaviva, and brings this action on his own behalf as the Parent of Paul Andrew Acquaviva and is entitled to recover damages on the causes of action set forth herein.

21.     Plaintiff Jean Adams is a resident of the State of New Jersey, the Parent of Decedent Donald L. Adams, and brings this action on her own behalf as the Parent of Donald L. Adams and is entitled to recover damages on the causes of action set forth herein.

22.     Plaintiff Heda K. Adams is a resident of the State of New Jersey, the Spouse of Decedent Donald L. Adams, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald L. Adams and on behalf of all survivors of Donald L. Adams and is entitled to recover damages on the causes of action set forth herein. Donald L. Adams was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

23.     Plaintiff Robert C. Adams is a resident of the State of New Jersey, the Parent of Decedent Donald L. Adams, and brings this action on his own behalf as the Parent of Donald L. Adams and is entitled to recover damages on the causes of action set forth herein.

24.     Plaintiff Dwight D. Adams is a resident of the State of New Jersey, the Sibling of Decedent Donald L. Adams, and brings this action on his own behalf as the Sibling of Donald L. Adams and is entitled to recover damages on the causes of action set forth herein.

25.     Plaintiff Anne B. Adams, now deceased, was a resident of the State of Massachusetts, and the Parent of Decedent Stephen George Adams; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

26.     Plaintiff Jessica Murrow-Adams is a resident of the State of Massachusetts, the Spouse of Decedent Stephen George Adams, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen George Adams and on behalf of all survivors of Stephen George Adams and is entitled to recover damages on the causes of action set forth herein. Stephen George Adams was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

27.     Plaintiff Lawrence Scott Adams is a resident of the State of Washington, the Sibling of Decedent Stephen George Adams, and brings this action on his own behalf as the Sibling of Stephen George Adams and is entitled to recover damages on the causes of action set forth herein.

28.     Plaintiff Affiong Adanga is a resident of the State of New York, the Spouse of Decedent Ignatius Udo Adanga, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ignatius Udo Adanga and on behalf of all survivors of Ignatius Udo Adanga and is entitled to recover damages on the causes of action set forth herein. Ignatius Udo Adanga was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

29.     Plaintiff Rita Addamo is a resident of the State of New York, the Parent of Decedent Christy A. Addamo, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Christy A. Addamo and on behalf of all survivors of Christy A. Addamo and is entitled to recover damages on the causes of action set forth herein. Christy A. Addamo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

30.     Plaintiff Dawn Addamo is a resident of the State of New York, the Sibling of Decedent Christy A. Addamo, and brings this action on her own behalf as the Sibling of Christy A. Addamo and is entitled to recover damages on the causes of action set forth herein.

31.     Plaintiff Gregory Addamo is a resident of the State of New York, the Parent of Decedent Christy A. Addamo, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Christy A. Addamo and on behalf of all survivors of Christy A. Addamo and is entitled to recover damages on the causes of action set forth herein. Christy A. Addamo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

32.     Plaintiff Alice Fay Doerge Adler is a resident of the State of Alabama, the Spouse of Decedent Lee Alan Adler, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Lee Alan Adler and on behalf of all survivors of Lee Alan Adler and is entitled to recover damages on the causes of action set forth herein. Lee Alan Adler was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

33.     Plaintiff Stacey Afflitto is a resident of the State of New Jersey, the Spouse of Decedent Daniel Thomas Afflitto, Sr., and brings this action on her own behalf as Spouse and as

7

the Personal Representative of the Estate of Daniel Thomas Afflitto, Sr. and on behalf of all survivors of Daniel Thomas Afflitto, Sr. and is entitled to recover damages on the causes of action set forth herein. Daniel Thomas Afflitto, Sr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

34.     Plaintiff Rita Agnello is a resident of the State of New York, the Parent of Decedent Joseph Agnello, and brings this action on her own behalf as the Parent of Joseph Agnello and is entitled to recover damages on the causes of action set forth herein.

35.     Plaintiff Rosaria Martingano is a resident of the State of New York, the Sibling of Decedent Joseph Agnello, and brings this action on her own behalf as the Sibling of Joseph Agnello and is entitled to recover damages on the causes of action set forth herein.

36.     Plaintiff Vinnie Carla Agnello is a resident of the State of New York, the Spouse of Decedent Joseph Agnello, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Agnello and on behalf of all survivors of Joseph Agnello and is entitled to recover damages on the causes of action set forth herein. Joseph Agnello was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

37.     Plaintiff Salvatore Agnello is a resident of the State of New York, the Parent of Decedent Joseph Agnello, and brings this action on his own behalf as the Parent of Joseph Agnello and is entitled to recover damages on the causes of action set forth herein.

38.     Plaintiff Anthony Agnello is a resident of the State of New York, the Sibling of Decedent Joseph Agnello, and brings this action on his own behalf as the Sibling of Joseph Agnello and is entitled to recover damages on the causes of action set forth herein.

39.     Plaintiff Diane B. Aguiar is a resident of Portugal, the Parent of Decedent Joao A. Aguiar, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Joao A. Aguiar, Jr. and on behalf of all survivors of Joao A. Aguiar, Jr. and is entitled to recover damages on the causes of action set forth herein. Joao A. Aguiar, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

40.     Plaintiff Taciana Aguiar is a resident of the State of California, the Sibling of Decedent Joao A. Aguiar, Jr., and brings this action on her own behalf as the Sibling of Joao A. Aguiar, Jr. and is entitled to recover damages on the causes of action set forth herein.

41.     Plaintiff Joao A. Aguiar, Sr. is a resident of Portugal, the Parent of Decedent Joao A. Aguiar, Jr., and brings this action on his own behalf as the Parent of Joao A. Aguiar, Jr. and is entitled to recover damages on the causes of action set forth herein.

42.     Plaintiff Catherine Frances Jezycki is a resident of the State of New York, the Parent of Decedent Margaret Alario, and brings this action on her own behalf as the Parent of Margaret Alario and is entitled to recover damages on the causes of action set forth herein.

43.     Plaintiff Michael John Jezycki is a resident of the State of New York, the Sibling of Decedent Margaret Alario, and brings this action on his own behalf as the Sibling of Margaret Alario and is entitled to recover damages on the causes of action set forth herein.

44.     Plaintiff Stephen Frank Jezycki, Jr. is a resident of the State of New York, the Sibling of Decedent Margaret Alario, and brings this action on his own behalf as the Sibling of Margaret Alario and is entitled to recover damages on the causes of action set forth herein.

45.     Plaintiff Stephen Jezycki, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Margaret Alario; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

46.     Plaintiff James Alario, Sr. is a resident of the State of New York, the Spouse of Decedent Margaret Alario, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Margaret Alario and on behalf of all survivors of Margaret Alario and is entitled to recover damages on the causes of action set forth herein. Margaret Alario was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

47.     Plaintiff Edward Albert is a resident of the State of New York, the Parent of Decedent Jon L. Albert, and brings this action on his own behalf as the Parent of Jon L. Albert and is entitled to recover damages on the causes of action set forth herein.

48.     Plaintiff Louisa Allegretto is a resident of the State of New Jersey, the Spouse of Decedent Edward L. Allegretto, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward L. Allegretto and on behalf of all survivors of Edward L. Allegretto and is entitled to recover damages on the causes of action set forth herein. Edward L. Allegretto was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

49.     Plaintiff Jennifer D'Auria is a resident of the State of New York, the Sibling of Decedent Joseph R. Allen, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Joseph R. Allen and on behalf of all survivors of Joseph R. Allen and is entitled to recover damages on the causes of action set forth herein. Joseph R. Allen was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

50.     Plaintiff Michael J. Allen is a resident of the State of New York, the Sibling of Decedent Joseph R. Allen, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Joseph R. Allen and on behalf of all survivors of Joseph R. Allen and is entitled to recover damages on the causes of action set forth herein. Joseph R. Allen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

51.     Plaintiff Madelyn Gail Allen is a resident of the State of New York, the Parent of Decedent Richard Dennis Allen, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Richard Dennis Allen and on behalf of all survivors of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein. Richard Dennis Allen was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

52.     Plaintiff Lynn P. Allen is a resident of the State of New York, the Sibling of Decedent Richard Dennis Allen, and brings this action on her own behalf as the Sibling of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

53.     Plaintiff Marguerite G. Allen is a resident of the State of New York, the Sibling of Decedent Richard Dennis Allen, and brings this action on her own behalf as the Sibling of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

54.     Plaintiff Judith M. Aiken is a resident of the State of New York, the Sibling of Decedent Richard Dennis Allen, and brings this action on her own behalf as the Sibling of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

55.     Plaintiff Richard D. Allen is a resident of the State of New York, the Parent of Decedent Richard Dennis Allen, and brings this action on his own behalf as the Parent of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

56.     Plaintiff Luke C. Allen is a resident of the State of New York, the Sibling of Decedent Richard Dennis Allen, and brings this action on his own behalf as the Sibling of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

57.     Plaintiff Matthew J. Allen is a resident of the State of New York, the Sibling of Decedent Richard Dennis Allen, and brings this action on his own behalf as the Sibling of Richard Dennis Allen and is entitled to recover damages on the causes of action set forth herein.

58.     Plaintiff Patricia Cleary Allingham is a resident of the State of New Jersey, the Parent of Decedent Christopher Edward Allingham, and brings this action on her own behalf as the Parent of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

59.     Plaintiff Peggy Allingham Ciccarelli is a resident of the State of Illinois, the Sibling of Decedent Christopher Edward Allingham, and brings this action on her own behalf as the Sibling of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

60.     Plaintiff Katharine Allingham Clark is a resident of the State of Pennsylvania, the Sibling of Decedent Christopher Edward Allingham, and brings this action on her own behalf as the Sibling of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

61.     Plaintiff Donna Allingham is a resident of the State of New Jersey, the Spouse of Decedent Christopher Edward Allingham, and brings this action on her own behalf as Spouse

and as the Personal Representative of the Estate of Christopher Edward Allingham and on behalf of all survivors of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein. Christopher Edward Allingham was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

62.     Plaintiff James Joseph Allingham is a resident of the State of New Jersey, the Sibling of Decedent Christopher Edward Allingham, and brings this action on his own behalf as the Sibling of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

63.     Plaintiff William John Allingham, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Christopher Edward Allingham, and brings this action on his own behalf as the Sibling of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

64.     Plaintiff William J. Allingham, Sr. is a resident of the State of New Jersey, the Parent of Decedent Christopher Edward Allingham, and brings this action on his own behalf as the Parent of Christopher Edward Allingham and is entitled to recover damages on the causes of action set forth herein.

65.     Plaintiff V. Blake Allison is a resident of the State of New Hampshire, the Spouse of Decedent Anna Allison, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Anna Allison and on behalf of all survivors of Anna Allison and is entitled to recover damages on the causes of action set forth herein. Anna Allison was killed on board American Airlines Flight 11 that crashed into the World Trade Center North

Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

66.     Plaintiff Gianina Alviar is a resident of the State of New Jersey, the Child of Decedent Cesar A. Alviar, and brings this action on her own behalf as the Child of Cesar A. Alviar and is entitled to recover damages on the causes of action set forth herein.

67.     Plaintiff Gemma Alviar is a resident of the State of New Jersey, the Child of Decedent Cesar A. Alviar, and brings this action on her own behalf as the Child of Cesar A. Alviar and is entitled to recover damages on the causes of action set forth herein.

68.     Plaintiff Grace Alviar is a resident of the State of New Jersey, the Spouse of Decedent Cesar A. Alviar, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Cesar A. Alviar and on behalf of all survivors of Cesar A. Alviar and is entitled to recover damages on the causes of action set forth herein. Cesar A. Alviar was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

69.     Plaintiff Christopher Alviar is a resident of the State of New Jersey, the Child of Decedent Cesar A. Alviar, and brings this action on his own behalf as the Child of Cesar A. Alviar and is entitled to recover damages on the causes of action set forth herein.

70.     Plaintiff Sharon Ambrose is a resident of the State of West Virginia, the Parent of Decedent Paul Wesley Ambrose, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Paul Wesley Ambrose and on behalf of all survivors of Paul Wesley Ambrose and is entitled to recover damages on the causes of action set forth herein. Paul Wesley Ambrose was killed on board American Airlines Flight 77 that crashed into the Pentagon

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

71.     Plaintiff Kenneth P. Ambrose is a resident of the State of West Virginia, the Parent of Decedent Paul Wesley Ambrose, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Paul Wesley Ambrose and on behalf of all survivors of Paul Wesley Ambrose and is entitled to recover damages on the causes of action set forth herein. Paul Wesley Ambrose was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

72.     Plaintiff Marie L. Anaya is a resident of the State of New York, the Spouse of Decedent Calixto Anaya, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Calixto Anaya, Jr. and on behalf of all survivors of Calixto Anaya, Jr. and is entitled to recover damages on the causes of action set forth herein. Calixto Anaya, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

73.     Plaintiff Christine A. Anchundia is a resident of the State of New York, the Parent of Decedent Joseph P. Anchundia, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Joseph P. Anchundia and on behalf of all survivors of Joseph P. Anchundia and is entitled to recover damages on the causes of action set forth herein. Joseph P. Anchundia was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

74.     Plaintiff Elizabeth R. Anchundia is a resident of the State of New York, the Sibling of Decedent Joseph P. Anchundia, and brings this action on her own behalf as the Sibling

of Joseph P. Anchundia and is entitled to recover damages on the causes of action set forth herein.

75.     Plaintiff Elias A. Anchundia is a resident of the State of New York, the Parent of Decedent Joseph P. Anchundia, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Joseph P. Anchundia and on behalf of all survivors of Joseph P. Anchundia and is entitled to recover damages on the causes of action set forth herein. Joseph P. Anchundia was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

76.     Plaintiff Elias J. Anchundia is a resident of the State of New York, the Sibling of Decedent Joseph P. Anchundia, and brings this action on his own behalf as the Sibling of Joseph P. Anchundia and is entitled to recover damages on the causes of action set forth herein.

77.     Plaintiff Selma Ann Verse is a resident of the State of Florida, the Sibling of Decedent Kermit C. Anderson, and brings this action on her own behalf as the Sibling of Kermit C. Anderson and is entitled to recover damages on the causes of action set forth herein.

78.     Plaintiff Jill Elva Grashof Anderson is a resident of the State of Pennsylvania, the Spouse of Decedent Kermit C. Anderson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kermit C. Anderson and on behalf of all survivors of Kermit C. Anderson and is entitled to recover damages on the causes of action set forth herein. Kermit C. Anderson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

79.     Plaintiff Edward S. Andrews is a resident of the State of New York, the Parent of Decedent Michael Rourke Andrews, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Rourke Andrews and on behalf of all survivors

of Michael Rourke Andrews and is entitled to recover damages on the causes of action set forth herein. Michael Rourke Andrews was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

80.     Plaintiff Kui Liong Lee is a resident of the State of New Jersey, the Spouse of Decedent Siew-Nya Ang, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Siew-Nya Ang and on behalf of all survivors of Siew-Nya Ang and is entitled to recover damages on the causes of action set forth herein. Siew-Nya Ang was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

81.     Plaintiff Donna L. Angelini is a resident of the State of New York, the Spouse of Decedent Joseph John Angelini, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph John Angelini, Jr. and on behalf of all survivors of Joseph John Angelini, Jr. and is entitled to recover damages on the causes of action set forth herein. Joseph John Angelini, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

82.     Plaintiff Claire Angell Miller is a resident of the State of New Hampshire, the Sibling of Decedent David Lawrence Angell, and brings this action on her own behalf as the Sibling of David Lawrence Angell and is entitled to recover damages on the causes of action set forth herein.

83.     Plaintiff Dorotea Angilletta is a resident of the State of New York, the Parent of Decedent Laura Angilletta, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Laura Angilletta and on behalf of all survivors of Laura Angilletta and is entitled to recover damages on the causes of action set forth herein. Laura Angilletta was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

84.     Plaintiff Maria Garbarino is a resident of the State of New York, the Sibling of Decedent Laura Angilletta, and brings this action on her own behalf as the Sibling of Laura Angilletta and is entitled to recover damages on the causes of action set forth herein.

85.     Plaintiff Carmelo Angilletta is a resident of the State of New York, the Parent of Decedent Laura Angilletta, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Laura Angilletta and on behalf of all survivors of Laura Angilletta and is entitled to recover damages on the causes of action set forth herein. Laura Angilletta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

86.     Plaintiff Al Angilletta is a resident of the State of New York, the Sibling of Decedent Laura Angilletta, and brings this action on his own behalf as the Sibling of Laura Angilletta and is entitled to recover damages on the causes of action set forth herein.

87.     Plaintiff Ralph Angrisani, a resident of the State of Texas and plaintiff Gina Giovanniello, a resident of the State of New York, bring this action as the Co-Administrators of the Estate of Doreen J. Agrisani and on behalf of all survivors of Doreen J. Agrisani and are entitled to recover damages on the causes of action set forth herein.  Doreen J. Angrisani was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.  Plaintiff Irene T. Angrisani, now deceased, was a resident of the State of New York and the Parent of Decedent Doreen J. Angrisani; the Co-Administrators of her Estate, Ralph Angrisani and Gina Giovanniello, bring this action on behalf of her Estate and are entitled to recover damages on the causes of action set forth herein.

88.     Plaintiff Gina Giovanniello is a resident of the State of New York, the Sibling of Decedent Doreen J. Angrisani, and brings this action on her own behalf as the Sibling of Doreen J. Angrisani and is entitled to recover damages on the causes of action set forth herein.

89.     Plaintiff Ralph Angrisani is a resident of the State of Texas, the Sibling of Decedent Doreen J. Angrisani, and brings this action on his own behalf as the Sibling of Doreen J. Angrisani and is entitled to recover damages on the causes of action set forth herein.

90.     Plaintiff Brian Wilkes is a resident of the State of New Jersey, the Fiancé of Decedent Lorraine Antigua, and brings this action on his own behalf as the Fiancé of Lorraine Antigua and is entitled to recover damages on the causes of action set forth herein.

91.     Plaintiff Cecile M. Apollo is a resident of the State of New Jersey, the Parent of Decedent Peter Paul Apollo, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Peter Paul Apollo and on behalf of all survivors of Peter Paul Apollo and is entitled to recover damages on the causes of action set forth herein. Peter Paul Apollo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

92.     Plaintiff Denise Mauthe is a resident of the State of New Jersey, the Sibling of Decedent Peter Paul Apollo, and brings this action on her own behalf as the Sibling of Peter Paul Apollo and is entitled to recover damages on the causes of action set forth herein.

93.     Plaintiff Lisa Consiglio is a resident of the State of New Jersey, the Sibling of Decedent Peter Paul Apollo, and brings this action on her own behalf as the Sibling of Peter Paul Apollo and is entitled to recover damages on the causes of action set forth herein.

94.     Plaintiff Peter Apollo, Jr., now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Peter Paul Apollo; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

95.     Plaintiff Margaret Apostol is a resident of the State of New York, the Sibling of Decedent Faustino Apostol, and brings this action on her own behalf as the Sibling of Faustino Apostol and is entitled to recover damages on the causes of action set forth herein.

96.     Plaintiff Carol Ann Aquilino is a resident of the State of New York, the Parent of Decedent Frank Thomas Aquilino, and brings this action on her own behalf as the Parent of Frank Thomas Aquilino and is entitled to recover damages on the causes of action set forth herein.

97.     Plaintiff Tara Chiari is a resident of the State of New York, the Sibling of Decedent Frank Thomas Aquilino, and brings this action on her own behalf as the Sibling of Frank Thomas Aquilino and is entitled to recover damages on the causes of action set forth herein.

98.     Plaintiff Jill Walton is a resident of the State of New York, the Sibling of Decedent Frank Thomas Aquilino, and brings this action on her own behalf as the Sibling of Frank Thomas Aquilino and is entitled to recover damages on the causes of action set forth herein.

99.     Plaintiff Frank J. Aquilino is a resident of the State of New York, the Parent of Decedent Frank Thomas Aquilino, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Frank Thomas Aquilino and on behalf of all survivors of Frank Thomas Aquilino and is entitled to recover damages on the causes of action set forth

herein. Frank Thomas Aquilino was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

100.     Plaintiff Lori Ann Arczynski is a resident of the State of Vermont, the Spouse of Decedent Michael G. Arczynski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael G. Arczynski and on behalf of all survivors of Michael G. Arczynski and is entitled to recover damages on the causes of action set forth herein. Michael G. Arczynski was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

101.     Plaintiff Wandalee Arena is a resident of the State of New York, the Spouse of Decedent Louis Arena, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Louis Arena and on behalf of all survivors of Louis Arena and is entitled to recover damages on the causes of action set forth herein. Louis Arena was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

102.     Plaintiff Lauren Arias Lucchini is a resident of the State of Florida, the Sibling of Decedent Adam P. Arias, and brings this action on her own behalf as the Sibling of Adam P. Arias and is entitled to recover damages on the causes of action set forth herein.

103.     Plaintiff Lorraine M. Arias-Beliveau is a resident of the State of New Jersey, the Sibling of Decedent Adam P. Arias, and brings this action on her own behalf as the Sibling of Adam P. Arias and is entitled to recover damages on the causes of action set forth herein.

104.     Plaintiff Donald C. Arias is a resident of the State of Florida, the Sibling of Decedent Adam P. Arias, and brings this action on his own behalf as the Sibling of Adam P. Arias and is entitled to recover damages on the causes of action set forth herein.

105.    Plaintiff Thomas Arias is a resident of the State of New Jersey, the Sibling of Decedent Adam P. Arias, and brings this action on his own behalf as the Sibling of Adam P. Arias and is entitled to recover damages on the causes of action set forth herein.

106.    Plaintiff Andrew Arias is a resident of the State of New Jersey, the Sibling of Decedent Adam P. Arias, and brings this action on his own behalf as the Sibling of Adam P. Arias and is entitled to recover damages on the causes of action set forth herein.

107.    Plaintiff Catherine M. Nolan is a resident of the State of New York, the Fiancé of Decedent Michael Joseph Armstrong, and brings this action on her own behalf as the Fiancé of Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein.

108.    Plaintiff Mary E. Armstrong is a resident of the State of New York, the Parent of Decedent Michael Joseph Armstrong, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael Joseph Armstrong and on behalf of all survivors of Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein. Michael Joseph Armstrong was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

109.    Plaintiff Laura A. Armstrong is a resident of the State of New York, the Sibling of Decedent Michael Joseph Armstrong, and brings this action on her own behalf as the Sibling of Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein.

110.    Plaintiff Marian Armstrong is a resident of the State of New York, the Sibling of Decedent Michael Joseph Armstrong, and brings this action on her own behalf as the Sibling of

Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein.

111.    Plaintiff Gabriel Armstrong is a resident of the State of New York, the Parent of Decedent Michael Joseph Armstrong, and brings this action on his own behalf as the Parent of Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein.

112.    Plaintiff Gerard Armstrong is a resident of the State of Missouri, the Sibling of Decedent Michael Joseph Armstrong, and brings this action on his own behalf as the Sibling of Michael Joseph Armstrong and is entitled to recover damages on the causes of action set forth herein.

113.    Plaintiff Ruth Green Aron is a resident of the State of Florida, the Parent of Decedent Joshua Todd Aron, and brings this action on her own behalf as the Parent of Joshua Todd Aron and is entitled to recover damages on the causes of action set forth herein.

114.    Plaintiff Jules Phelan Aronson is a resident of the State of Maryland, the Sibling of Decedent Myra Joy Aronson, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Myra Joy Aronson and on behalf of all survivors of Myra Joy Aronson and is entitled to recover damages on the causes of action set forth herein. Myra Joy Aronson was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

115.    Plaintiff Ayikaile Aryee is a resident of the State of Georgia, the Child of Decedent Japhet Aryee, and brings this action on her own behalf as the Child of Japhet Aryee and is entitled to recover damages on the causes of action set forth herein.

116.    Plaintiff Maria Aryee is a resident of the State of Georgia, the Spouse of Decedent Japhet Aryee, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Japhet Aryee and on behalf of all survivors of Japhet Aryee and is entitled to recover damages on the causes of action set forth herein. Japhet Aryee was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

117.    Plaintiff Teiko Aryee is a resident of the State of New York, the Child of Decedent Japhet Aryee, and brings this action on his own behalf as the Child of Japhet Aryee and is entitled to recover damages on the causes of action set forth herein.

118.    Plaintiff Ayitey Aryee is a resident of the State of Florida, the Child of Decedent Japhet Aryee, and brings this action on his own behalf as the Child of Japhet Aryee and is entitled to recover damages on the causes of action set forth herein.

119.    Plaintiff Vivian Asciak is a resident of the State of New Jersey, the Parent of Decedent Michael Asciak, and brings this action on her own behalf as the Parent of Michael Asciak and is entitled to recover damages on the causes of action set forth herein.

120.    Plaintiff Elaine V. Asciak is a resident of the State of New Jersey, the Spouse of Decedent Michael Asciak, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Asciak and on behalf of all survivors of Michael Asciak and is entitled to recover damages on the causes of action set forth herein. Michael Asciak was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

121.    Plaintiff Ethel Asher, now deceased, was a resident of the State of New york, and the Parent of Decedent Michael Edward Asher; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

122.    Plaintiff Rachel Asher is a resident of the State of New York, the Child of Decedent Michael Edward Asher, and brings this action on her own behalf as the Child of Michael Edward Asher and is entitled to recover damages on the causes of action set forth herein.

123.    Plaintiff Dana Asher is a resident of the State of New York, the Spouse of Decedent Michael Edward Asher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Edward Asher and on behalf of all survivors of Michael Edward Asher and is entitled to recover damages on the causes of action set forth herein. Michael Edward Asher was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

124.    Plaintiff Stuart Asher, now deceased, was a resident of the State of New York, and the Sibling of Decedent Michael Edward Asher; Marlene Asher, the Representative of his Estate, brings this action and is entitled to recover damages on the causes of action set forth herein.

125.    Plaintiff Jeremy Asher is a resident of the State of California, the Child of Decedent Michael Edward Asher, and brings this action on his own behalf as the Child of Michael Edward Asher and is entitled to recover damages on the causes of action set forth herein.

126.    Plaintiff DOE 15 is a resident of the state of New York, the Parent of Decedent DOE 15, and brings this action on her own behalf as Parent and on behalf of all survivors of

DOE 15 and as the Co-Administrator of the Estate of DOE 15 and is entitled to recover damages on the causes of action set forth herein. DOE 15 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

127.   Plaintiff DOE 15 is a resident of the state of New York, the Parent of Decedent DOE 15, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 15 and as the Co-Administrator of the Estate of DOE 15 and is entitled to recover damages on the causes of action set forth herein. DOE 15 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

128.   Plaintiff DOE 15 is a resident of the State of New York, the Sibling of Decedent DOE 15, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

129.   Plaintiff Maria Transito Quintuna Sacta is a resident of Ecuador, the Parent of Decedent Manual Asitimbay, and brings this action on her own behalf as the Parent of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

130.   Plaintiff Wilson Asitimbay is a resident of the State of New York, the Child of Decedent Manual Asitimbay, and brings this action on  own behalf as the Child of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

131.   Plaintiff Ricardo Asitimbay is a resident of the State of New York, the Child of Decedent Manual Asitimbay, and brings this action on  own behalf as the Child of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

132.     Plaintiff Edwin Asitimbay is a resident of the State of New York, the Child of Decedent Manual Asitimbay, and brings this action on  own behalf as the Child of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

133.     Plaintiff Wilmer Mijia is a resident of the State of New York, the step-child of Decedent Manual Asitimbay, and brings this action on  own behalf as the step-child of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

134.     Plaintiff Julia Rocia Asitimbay Quintuna is a resident of Ecuador, the Sibling of Decedent Manual Asitimbay, and brings this action on her own behalf as the Sibling of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

135.     Plaintiff Maria Maclovia Asitimbay Quintuna is a resident of Ecuador, the Sibling of Decedent Manual Asitimbay, and brings this action on her own behalf as the Sibling of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

136.     Plaintiff Rosa Elena Asitimbay Quintuna is a resident of Ecuador, the Sibling of Decedent Manual Asitimbay, and brings this action on her own behalf as the Sibling of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein.

137.     Plaintiff Carmen Cecilia Mejia is a resident of the State of New York, the Spouse of Decedent Manual Asitimbay, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Manual Asitimbay and on behalf of all survivors of Manual Asitimbay and is entitled to recover damages on the causes of action set forth herein. Manual Asitimbay was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

138.    Plaintiff Elaine M. Atwood (sibling) is a resident of the State of New York, the Sibling of Decedent Gerald T. Atwood, and brings this action on  own behalf as the Sibling of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

139.    Plaintiff Elaine M. Atwood (parent) is a resident of the State of New York, the Parent of Decedent Gerald T. Atwood, and brings this action on her own behalf as the Parent of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

140.    Plaintiff Jane M. Duffy is a resident of the State of New York, the Sibling of Decedent Gerald T. Atwood, and brings this action on her own behalf as the Sibling of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

141.    Plaintiff Gerald Atwood is a resident of the State of New York, the Parent of Decedent Gerald T. Atwood, and brings this action on his own behalf as the Parent of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

142.    Plaintiff Raymond J. Atwood is a resident of the State of New York, the Sibling of Decedent Gerald T. Atwood, and brings this action on his own behalf as the Sibling of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

143.    Plaintiff Gregory P. Atwood is a resident of the State of New York, the Sibling of Decedent Gerald T. Atwood, and brings this action on his own behalf as the Sibling of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

144.    Plaintiff John G. Atwood is a resident of the State of New Jersey, the Sibling of Decedent Gerald T. Atwood, and brings this action on his own behalf as the Sibling of Gerald T. Atwood and is entitled to recover damages on the causes of action set forth herein.

145.    Plaintiff Juana Bacchus is a resident of the State of New Jersey, the Spouse of Decedent Eustace R. Bacchus, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Eustace R. Bacchus and on behalf of all survivors of Eustace R. Bacchus and is entitled to recover damages on the causes of action set forth herein. Eustace R. Bacchus was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

146.    Plaintiff Grace Marie Badagliacca is a resident of the State of New Jersey, the Parent of Decedent John J. Badagliacca, and brings this action on her own behalf as the Parent of John J. Badagliacca and is entitled to recover damages on the causes of action set forth herein.

147.    Plaintiff Jodi Scolaro is a resident of the State of New Jersey, the Sibling of Decedent John J. Badagliacca, and brings this action on her own behalf as the Sibling of John J. Badagliacca and is entitled to recover damages on the causes of action set forth herein.

148.    Plaintiff John Edward Badagliacca is a resident of the State of New Jersey, the Parent of Decedent John J. Badagliacca, and brings this action on his own behalf as the Parent of John J. Badagliacca and is entitled to recover damages on the causes of action set forth herein.

149.    Plaintiff John P. Baeszler is a resident of the State of New York, the Sibling of Decedent Jane Ellen Baeszler, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Jane Ellen Baeszler and on behalf of all survivors of Jane Ellen Baeszler and is entitled to recover damages on the causes of action set forth herein. Jane Ellen Baeszler was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

150.    Plaintiff Christine Goggins is a resident of  United Kingdom, the Sibling of Decedent Andrew Joseph Bailey, and brings this action on her own behalf as the Sibling of Andrew Joseph Bailey and is entitled to recover damages on the causes of action set forth herein.

151.    Plaintiff Paula Virginia Bailey is a resident of  United Kingdom, the Sibling of Decedent Andrew Joseph Bailey, and brings this action on her own behalf as the Sibling of Andrew Joseph Bailey and is entitled to recover damages on the causes of action set forth herein.

152.    Plaintiff Vincent Henry Bailey is a resident of United Kingdom, the Parent of Decedent Andrew Joseph Bailey, and brings this action on his own behalf as the Parent of Andrew Joseph Bailey and is entitled to recover damages on the causes of action set forth herein.

153.    Plaintiff Judith A. Bailey is a resident of the State of Florida, the Parent of Decedent Brett T. Bailey, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Brett T. Bailey and on behalf of all survivors of Brett T. Bailey and is entitled to recover damages on the causes of action set forth herein. Brett T. Bailey was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

154.    Plaintiff Yarah Bailey is a resident of the State of Florida, the Sibling of Decedent Brett T. Bailey, and brings this action on her own behalf as the Sibling of Brett T. Bailey and is entitled to recover damages on the causes of action set forth herein.

155.    Plaintiff Kevin J. Bailey, now deceased, was a resident of the State of Florida, and the Parent of Decedent Brett T. Bailey; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

156.    Plaintiff Yuriah Bailey is a resident of the State of New Jersey, the Sibling of Decedent Brett T. Bailey, and brings this action on his own behalf as the Sibling of Brett T. Bailey and is entitled to recover damages on the causes of action set forth herein.

157.    Plaintiff Katherine Bailey is a resident of the State of Massachusetts, the Spouse of Decedent Garnet Bailey, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Garnet Bailey and on behalf of all survivors of Garnet Bailey and is entitled to recover damages on the causes of action set forth herein. Garnet Bailey was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

158.    Plaintiff Todd G. Bailey is a resident of the State of Massachusetts, the Child of Decedent Garnet Bailey, and brings this action on his own behalf as the Child of Garnet Bailey and is entitled to recover damages on the causes of action set forth herein.

159.    Plaintiff Marina Bakalinskaya is a resident of the State of New York, the Child of Decedent Tatyana Bakalinskaya, and brings this action on her own behalf as the Child of Tatyana Bakalinskaya and is entitled to recover damages on the causes of action set forth herein.

160.    Plaintiff Natalie Bakalinskaya is a resident of the State of New York, the Child of Decedent Tatyana Bakalinskaya, and brings this action on her own behalf as the Child of Tatyana Bakalinskaya and is entitled to recover damages on the causes of action set forth herein.

161.    Plaintiff Anatoliy Bakalinskiy is a resident of the State of New York, the Spouse of Decedent Tatyana Bakalinskaya, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Tatyana Bakalinskaya and on behalf of all survivors of Tatyana Bakalinskaya and is entitled to recover damages on the causes of action set forth herein. Tatyana Bakalinskaya was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

162.    Plaintiff Martha Baksh is a resident of the State of Tennessee, the Parent of Decedent Michael S. Baksh, and brings this action on her own behalf as the Parent of Michael S. Baksh and is entitled to recover damages on the causes of action set forth herein.

31

163.    Plaintiff Marvina Baksh is a resident of the State of Tennessee, the Sibling of Decedent Michael S. Baksh, and brings this action on her own behalf as the Sibling of Michael S. Baksh and is entitled to recover damages on the causes of action set forth herein.

164.    Plaintiff Maureen Baksh Griffin is a resident of the State of Tennessee, the Sibling of Decedent Michael S. Baksh, and brings this action on her own behalf as the Sibling of Michael S. Baksh and is entitled to recover damages on the causes of action set forth herein.

165.    Plaintiff Michelle Baksh is a resident of the State of Tennessee, the Sibling of Decedent Michael S. Baksh, and brings this action on her own behalf as the Sibling of Michael S. Baksh and is entitled to recover damages on the causes of action set forth herein.

166.    Plaintiff Morris Baksh, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Michael S. Baksh; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

167.    Plaintiff Christina Bane-Hayes is a resident of the State of Virginia, the Sibling of Decedent Michael A. Bane, and brings this action on her own behalf as the Sibling of Michael A. Bane and is entitled to recover damages on the causes of action set forth herein.

168.    Plaintiff Tara Bane is a resident of the State of Pennsylvania, the Spouse of Decedent Michael A. Bane, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael A. Bane and on behalf of all survivors of Michael A. Bane and is entitled to recover damages on the causes of action set forth herein. Michael A. Bane was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

169.     Plaintiff J. Donald Bane is a resident of the State of Delaware, the Parent of Decedent Michael A. Bane, and brings this action on his own behalf as the Parent of Michael A. Bane and is entitled to recover damages on the causes of action set forth herein.

170.     Plaintiff Soultana Bantis is a resident of the State of New York, the Parent of Decedent Katherine Bantis, and brings this action on her own behalf as the Parent of Katherine Bantis and is entitled to recover damages on the causes of action set forth herein.

171.     Plaintiff Evangelos Bantis, now deceased, was a resident of the State of New York, and the Parent of Decedent Katherine Bantis; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

172.     Plaintiff Aristides Bantis is a resident of the State of New York, the Uncle of Decedent Katherine Bantis, and brings this action on his own behalf as Uncle and as the Personal Representative of the Estate of Katherine Bantis and on behalf of all survivors of Katherine Bantis and is entitled to recover damages on the causes of action set forth herein. Katherine Bantis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

173.     Plaintiff Gerard Jean-Baptiste, now deceased, was a resident of the State of Florida, and the Parent of Decedent Gerard Baptiste; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

174.     Representative of the Estate of Gerard Baptiste brings this action on behalf of the Estate ofGerard Baptiste  and on behalf of all survivors of Gerard Baptiste and is entitled to recover damages on the causes of action set forth herein. Gerard Baptiste was killed in the World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

175.     Plaintiff Anna M. Granville is a resident of the State of New York, the Sibling of Decedent Walter Baran, and brings this action on her own behalf as the Sibling of Walter Baran and is entitled to recover damages on the causes of action set forth herein.

176.     Plaintiff Carol Ann Baran is a resident of the State of New York, the Spouse of Decedent Walter Baran, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Walter Baran and on behalf of all survivors of Walter Baran and is entitled to recover damages on the causes of action set forth herein. Walter Baran was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

177.     Plaintiff Carol Barbaro, now deceased, was a resident of the State of New York, and the Parent of Decedent Paul Barbaro; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

178.     Plaintiff Jacqueline Venezia is a resident of the State of New York, the Sibling of Decedent Paul Barbaro, and brings this action on her own behalf as the Sibling of Paul Barbaro and is entitled to recover damages on the causes of action set forth herein.

179.     Plaintiff Kim Barbaro is a resident of the State of New Jersey, the Spouse of Decedent Paul Barbaro, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Barbaro and on behalf of all survivors of Paul Barbaro and is entitled to recover damages on the causes of action set forth herein. Paul Barbaro was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

180.    Plaintiff Nicholas Barbaro, now deceased, was a resident of the State of New York, and the Parent of Decedent Paul Barbaro; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

181.    Plaintiff Thomas Barbaro is a resident of the State of New York, the Sibling of Decedent Paul Barbaro, and brings this action on his own behalf as the Sibling of Paul Barbaro and is entitled to recover damages on the causes of action set forth herein.

182.    Plaintiff Nicholas Barbaro, Jr. is a resident of the State of New York, the Sibling of Decedent Paul Barbaro, and brings this action on his own behalf as the Sibling of Paul Barbaro and is entitled to recover damages on the causes of action set forth herein.

183.    Plaintiff Nancy Santana is a resident of the State of New York, the Parent of Decedent Victor Daniel Barbosa, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Victor Daniel Barbosa and on behalf of all survivors of Victor Daniel Barbosa and is entitled to recover damages on the causes of action set forth herein. Victor Daniel Barbosa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

184.    Plaintiff Jo Ann Meehan is a resident of the State of New Jersey, the Parent of Decedent Colleen Ann Barkow, and brings this action on her own behalf as the Parent of Colleen Ann Barkow and is entitled to recover damages on the causes of action set forth herein.

185.    Plaintiff Daryl Joseph Meehan is a resident of the State of New Jersey, the Sibling of Decedent Colleen Ann Barkow, and brings this action on his own behalf as the Sibling of Colleen Ann Barkow and is entitled to recover damages on the causes of action set forth herein.

186.    Plaintiff Thomas Joseph Meehan, III is a resident of the State of New Jersey, the Parent of Decedent Colleen Ann Barkow, and brings this action on his own behalf as the Parent

of Colleen Ann Barkow and is entitled to recover damages on the causes of action set forth herein.

187.    Plaintiff Alan M. Mennie is a resident of the State of California, the Parent of Decedent Melissa Rose Barnes, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Melissa Rose Barnes and on behalf of all survivors of Melissa Rose Barnes and is entitled to recover damages on the causes of action set forth herein. Melissa Rose Barnes was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

188.    Plaintiff Audriene Barry is a resident of the State of New Jersey, the Parent of Decedent Arthur T. Barry, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Arthur T. Barry and on behalf of all survivors of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein. Arthur T. Barry was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

189.    Plaintiff Kathleen Megan Poss is a resident of the State of New Jersey, the Sibling of Decedent Arthur T. Barry, and brings this action on her own behalf as the Sibling of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein.

190.    Plaintiff Patricia Anne Barry is a resident of the State of New York, the Sibling of Decedent Arthur T. Barry, and brings this action on her own behalf as the Sibling of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein.

191.    Plaintiff Clare Ellen Skarda is a resident of the State of Virginia, the Sibling of Decedent Arthur T. Barry, and brings this action on her own behalf as the Sibling of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein.

192.     Plaintiff Bertrand Francis Barry is a resident of the State of New Jersey, the Parent of Decedent Arthur T. Barry, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Arthur T. Barry and on behalf of all survivors of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein. Arthur T. Barry was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

193.     Plaintiff Bertrand Arthur Barry is a resident of the State of Maryland, the Sibling of Decedent Arthur T. Barry, and brings this action on his own behalf as the Sibling of Arthur T. Barry and is entitled to recover damages on the causes of action set forth herein.

194.     Plaintiff Maureen Barry, now deceased, was a resident of the State of New Jersey, and the Child of Decedent Diane Barry; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

195.     Plaintiff Brian Barry is a resident of the State of New Jersey, the Child of Decedent Diane Barry, and brings this action on his own behalf as the Child of Diane Barry and is entitled to recover damages on the causes of action set forth herein.

196.     Plaintiff Kevin William Barry is a resident of the State of Texas, the Child of Decedent Diane Barry, and brings this action on his own behalf as the Child of Diane Barry and is entitled to recover damages on the causes of action set forth herein.

197.     Plaintiff Edmund Barry is a resident of the State of New Jersey, the Spouse of Decedent Diane Barry, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Diane Barry and on behalf of all survivors of Diane Barry and is entitled to recover damages on the causes of action set forth herein. Diane Barry was killed at

Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

198.    Plaintiff Marianne Joan Barry is a resident of the State of New Jersey, the Spouse of Decedent Maurice V. Barry, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Maurice V. Barry and on behalf of all survivors of Maurice V. Barry and is entitled to recover damages on the causes of action set forth herein. Maurice V. Barry was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

199.    Plaintiff Gila Barzvi is a resident of the State of New York, the Parent of Decedent Guy Barzvi, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Guy Barzvi and on behalf of all survivors of Guy Barzvi and is entitled to recover damages on the causes of action set forth herein. Guy Barzvi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

200.    Plaintiff DOE 35 is a resident of the State of New York, the Sibling of Decedent DOE 35, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

201.    Plaintiff Arie Barzvi, now deceased, was a resident of the State of New York, and the Parent of Decedent Guy Barzvi; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

202.    Plaintiff Frima Kogan is a resident of the State of New York, the Parent of Decedent Inna Basin, and brings this action on her own behalf as the Parent of Inna Basin and is entitled to recover damages on the causes of action set forth herein.

203.    Plaintiff Jean Basnicki is a resident of Canada, the Parent of Decedent Kenneth William Basnicki, and brings this action on her own behalf as the Parent of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein.

204.    Plaintiff Maureen Elizabeth Basnicki is a resident of  Canada, the Spouse of Decedent Kenneth William Basnicki, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kenneth William Basnicki and on behalf of all survivors of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein. Kenneth William Basnicki was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

205.    Plaintiff Brennan Basnicki is a resident of the State of New York, the Child of Decedent Kenneth William Basnicki, and brings this action on his own behalf as the Child of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein.

206.    Plaintiff William Basnicki is a resident of Canada, the Parent of Decedent Kenneth William Basnicki, and brings this action on his own behalf as the Parent of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein.

207.    Plaintiff Chris Basnicki is a resident of Canada, the Sibling of Decedent Kenneth William Basnicki, and brings this action on his own behalf as the Sibling of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein.

208.    Plaintiff Robert J. Basnicki is a resident of Canada, the Sibling of Decedent Kenneth William Basnicki, and brings this action on his own behalf as the Sibling of Kenneth William Basnicki and is entitled to recover damages on the causes of action set forth herein.

209.    Plaintiff Joan Puwalski is a resident of the State of New York, the Fiancé of Decedent Steven J. Bates, and brings this action on her own behalf as the Fiancé of Steven J. Bates and is entitled to recover damages on the causes of action set forth herein.

210.    Plaintiff Narcisa G. Capito is a resident of the State of New Jersey, the Parent of Decedent Marlyn Capito Bautista, and brings this action on her own behalf as the Parent of Marlyn Capito Bautista and is entitled to recover damages on the causes of action set forth herein.

211.    Plaintiff Anisia C. Abarabar is a resident of the State of New Jersey, the Sibling of Decedent Marlyn Capito Bautista, and brings this action on her own behalf as the Sibling of Marlyn Capito Bautista and is entitled to recover damages on the causes of action set forth herein.

212.    Plaintiff Rufina C. Coquia is a resident of the State of New Jersey, the Sibling of Decedent Marlyn Capito Bautista, and brings this action on his own behalf as the Sibling of Marlyn Capito Bautista and is entitled to recover damages on the causes of action set forth herein.

213.    Plaintiff Rameses Garcia Bautista is a resident of the State of New Jersey, the Spouse of Decedent Marlyn Capito Bautista, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Marlyn Capito Bautista and on behalf of all survivors of Marlyn Capito Bautista and is entitled to recover damages on the causes of action set forth herein. Marlyn Capito Bautista was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

214.    Plaintiff Mary Bavis is a resident of the State of Massachusetts, the Parent of Decedent Mark Lawrence Bavis, and brings this action on her own behalf as Parent and as the

Personal Representative of the Estate of Mark Lawrence Bavis and on behalf of all survivors of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein. Mark Lawrence Bavis was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

215.    Plaintiff Mary Ellen Moran is a resident of the State of Massachusetts, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on her own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

216.    Plaintiff Kelly Bavis Morrissey is a resident of the State of Massachusetts, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on her own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

217.    Plaintiff Kathleen M. Sylvester is a resident of the State of Massachusetts, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on her own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

218.    Plaintiff Michael T. Bavis is a resident of the State of Massachusetts, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on his own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

219.    Plaintiff Patrick J Bavis is a resident of the State of Massachusetts, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on his own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

220.     Plaintiff John M. Bavis is a resident of the State of Virginia, the Sibling of Decedent Mark Lawrence Bavis, and brings this action on his own behalf as the Sibling of Mark Lawrence Bavis and is entitled to recover damages on the causes of action set forth herein.

221.     Plaintiff Mattie L. Baxter is a resident of the State of Pennsylvania, the Parent of Decedent Jasper Baxter, and brings this action on her own behalf as the Parent of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

222.     Plaintiff Juanita Whatley is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on her own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

223.     Plaintiff Diane Baxter is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on her own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

224.     Plaintiff Lillian Baxter is a resident of the State of Pennsylvania, the Spouse of Decedent Jasper Baxter, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jasper Baxter and on behalf of all survivors of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein. Jasper Baxter was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

225.     Plaintiff Donald Baxter is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on his own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

226.    Plaintiff Dennis Baxter is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on his own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

227.    Plaintiff Lawrence Baxter is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on his own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

228.    Plaintiff Jedelle Baxter, Jr. is a resident of the State of Pennsylvania, the Sibling of Decedent Jasper Baxter, and brings this action on his own behalf as the Sibling of Jasper Baxter and is entitled to recover damages on the causes of action set forth herein.

229.    Plaintiff Brent McIntosh is a resident of Canada, the Child of Decedent Jane Beatty, and brings this action on his own behalf as the Child of Jane Beatty and is entitled to recover damages on the causes of action set forth herein.

230.    Plaintiff Drew McIntosh is a resident of Brooklin, Ontario, the Child of Decedent Jane Beatty, and brings this action on his own behalf as the Child of Jane Beatty and is entitled to recover damages on the causes of action set forth herein.

231.    Plaintiff Robert W. Beatty is a resident of the State of New Jersey, the Spouse of Decedent Jane Beatty, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Jane Beatty and on behalf of all survivors of Jane Beatty and is entitled to recover damages on the causes of action set forth herein. Jane Beatty was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

232.    Plaintiff Theodore Beck is a resident of the State of New York, the Parent of Decedent Lawrence I. Beck, and brings this action on his own behalf as Parent and as the

43

Personal Representative of the Estate of Lawrence I. Beck and on behalf of all survivors of Lawrence I. Beck and is entitled to recover damages on the causes of action set forth herein. Lawrence I. Beck was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

233.    Plaintiff Edward C. Williams is a resident of the State of Virginia, the Spouse of Decedent Manette M. Beckles, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Manette M. Beckles and on behalf of all survivors of Manette M. Beckles and is entitled to recover damages on the causes of action set forth herein. Manette M. Beckles was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

234.    Plaintiff Dolores Bedigian is a resident of the State of New York, the Parent of Decedent Carl Bedigian, and brings this action on her own behalf as the Parent of Carl Bedigian and is entitled to recover damages on the causes of action set forth herein.

235.    Plaintiff Robert Bedigian is a resident of the State of New York, the Sibling of Decedent Carl Bedigian, and brings this action on his own behalf as the Sibling of Carl Bedigian and is entitled to recover damages on the causes of action set forth herein.

236.    Plaintiff Joseph J. Bedigian is a resident of the State of New York, the Sibling of Decedent Carl Bedigian, and brings this action on his own behalf as the Sibling of Carl Bedigian and is entitled to recover damages on the causes of action set forth herein.

237.    Plaintiff Theodora Beekman is a resident of the State of New York, the Spouse of Decedent Michael E. Beekman, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael E. Beekman, Sr. and on behalf of all survivors of Michael E. Beekman, Sr. and is entitled to recover damages on the causes of action

set forth herein. Michael E. Beekman, Sr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

238.   Plaintiff Inmaculada Behr is a resident of the State of Pennsylvania, the Parent of Decedent Maria Behr, and brings this action on her own behalf as the Parent of Maria Behr and is entitled to recover damages on the causes of action set forth herein.

239.   Plaintiff George Behr is a resident of the State of Pennsylvania, the Parent of Decedent Maria Behr, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Maria Behr and on behalf of all survivors of Maria Behr and is entitled to recover damages on the causes of action set forth herein. Maria Behr was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

240.   Plaintiff Emma Tisnovskiy is a resident of the State of New York, the Parent of Decedent Helen Belilovsky, and brings this action on her own behalf as the Parent of Helen Belilovsky and is entitled to recover damages on the causes of action set forth herein.

241.   Plaintiff Leonid Tisnovskiy is a resident of the State of New York, the Parent of Decedent Helen Belilovsky, and brings this action on his own behalf as the Parent of Helen Belilovsky and is entitled to recover damages on the causes of action set forth herein.

242.   Plaintiff Rostyslav Tisnovskiy is a resident of the State of New York, the Sibling of Decedent Helen Belilovsky, and brings this action on his own behalf as the Sibling of Helen Belilovsky and is entitled to recover damages on the causes of action set forth herein.

243.   Plaintiff Boris Belilovsky is a resident of the State of New York, the Spouse of Decedent Helen Belilovsky, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Helen Belilovsky and on behalf of all survivors of Helen

Belilovsky and is entitled to recover damages on the causes of action set forth herein. Helen Belilovsky was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

244.    Plaintiff Suzanne Abenmoha is a resident of the State of New York, the Parent of Decedent Debbie Bellows, and brings this action on her own behalf as the Parent of Debbie Bellows and is entitled to recover damages on the causes of action set forth herein.

245.    Plaintiff Sean Bellows is a resident of the State of Florida, the Spouse of Decedent Debbie Bellows, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Debbie Bellows and on behalf of all survivors of Debbie Bellows and is entitled to recover damages on the causes of action set forth herein. Debbie Bellows was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

246.    Plaintiff Maria Giordano, now deceased, was a resident of the State of New York, and the Parent of Decedent Denise Lenore Benedetto; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

247.    Plaintiff Marina Benedetto is a resident of the State of New Jersey, the Child of Decedent Denise Lenore Benedetto, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of Denise Lenore Benedetto and on behalf of all survivors of Denise Lenore Benedetto and is entitled to recover damages on the causes of action set forth herein. Denise Lenore Benedetto was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

248.    Plaintiff Rina Rabinowitz is a resident of the State of Pennsylvania, the Sibling of Decedent Denise Lenore Benedetto, and brings this action on her own behalf as the Sibling of

Denise Lenore Benedetto and is entitled to recover damages on the causes of action set forth herein.

249.    Plaintiff Michael Giordano is a resident of the State of Pennsylvania, the Sibling of Decedent Denise Lenore Benedetto, and brings this action on his own behalf as the Sibling of Denise Lenore Benedetto and is entitled to recover damages on the causes of action set forth herein.

250.    Plaintiff John Benedetto is a resident of the State of New York, the Spouse of Decedent Denise Lenore Benedetto, and brings this action on his own behalf as Spouse and as the Co-Administrator of the Estate of Denise Lenore Benedetto and on behalf of all survivors of Denise Lenore Benedetto and is entitled to recover damages on the causes of action set forth herein. Denise Lenore Benedetto was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

251.    Plaintiff Ondina Bennett is a resident of the State of Connecticut, the Parent of Decedent Bryan Craig Bennett, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Bryan Craig Bennett and on behalf of all survivors of Bryan Craig Bennett and is entitled to recover damages on the causes of action set forth herein. Bryan Craig Bennett was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

252.    Plaintiff Lourdes Bennett O'Connor is a resident of the State of Florida, the Sibling of Decedent Bryan Craig Bennett, and brings this action on her own behalf as the Sibling of Bryan Craig Bennett and is entitled to recover damages on the causes of action set forth herein.

253.    Plaintiff DOE 125 is a resident of  United Kingdom, the Parent of Decedent DOE 125, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 125 and as the Co-Administrator of the Estate of DOE 125 and is entitled to recover damages on the causes of action set forth herein. DOE 125 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

254.    Plaintiff DOE 125 is a resident of  United Kingdom, the Parent of Decedent DOE 125, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 125 and as the Co-Administrator of the Estate of DOE 125 and is entitled to recover damages on the causes of action set forth herein. DOE 125 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

255.    Plaintiff DOE 125 is a resident of the State of Maine, the Sibling of Decedent DOE 125, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

256.    Plaintiff Suzanne J. Berger is a resident of the State of New Jersey, the Spouse of Decedent James P. Berger, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James P. Berger and on behalf of all survivors of James P. Berger and is entitled to recover damages on the causes of action set forth herein. James P. Berger was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

257.    Plaintiff Gary Berger is a resident of the State of Florida, the Sibling of Decedent Steven Howard Berger, and brings this action on his own behalf as the Sibling of Steven Howard Berger and is entitled to recover damages on the causes of action set forth herein.

258.    Plaintiff Agnes Bergin is a resident of the State of New York, the Parent of Decedent John P. Bergin, and brings this action on her own behalf as the Parent of John P. Bergin and is entitled to recover damages on the causes of action set forth herein.

259.    Plaintiff Mary Ellen O'rourke is a resident of the State of New York, the Sibling of Decedent John P. Bergin, and brings this action on her own behalf as the Sibling of John P. Bergin and is entitled to recover damages on the causes of action set forth herein.

260.    Plaintiff George R. Bergin is a resident of the State of New York, the Parent of Decedent John P. Bergin, and brings this action on his own behalf as the Parent of John P. Bergin and is entitled to recover damages on the causes of action set forth herein.

261.    Plaintiff George M. Bergin is a resident of the State of New York, the Sibling of Decedent John P. Bergin, and brings this action on his own behalf as the Sibling of John P. Bergin and is entitled to recover damages on the causes of action set forth herein.

262.    Plaintiff Renee Hoffman is a resident of the State of New York, the Sibling of Decedent Alvin Bergsohn, and brings this action on her own behalf as the Sibling of Alvin Bergsohn and is entitled to recover damages on the causes of action set forth herein.

263.    Plaintiff Michele Zapken Bergsohn is a resident of the State of New York, the Spouse of Decedent Alvin Bergsohn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alvin Bergsohn and on behalf of all survivors of Alvin Bergsohn and is entitled to recover damages on the causes of action set forth herein. Alvin Bergsohn was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

264.    Plaintiff Kenneth Bergsohn is a resident of the State of Florida, the Parent of Decedent Alvin Bergsohn, and brings this action on his own behalf as the Parent of Alvin Bergsohn and is entitled to recover damages on the causes of action set forth herein.

265.    Plaintiff DOE 29 is a resident of the State of Massachusetts, the Child of Decedent DOE 29, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

266.    Plaintiff DOE 29 is a resident of the state of Massachusetts, the Spouse of Decedent DOE 29, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 29 and as the Personal Representative of the Estate of DOE 29 and is entitled to recover damages on the causes of action set forth herein. DOE 29 was killed at Seven World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

267.    Plaintiff DOE 29 is a resident of the State of Massachusetts, the Child of Decedent DOE 29, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

268.    Plaintiff DOE 29 is a resident of the State of Massachusetts, the Child of Decedent DOE 29, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

269.    Plaintiff Norma Bernstein, now deceased, was a resident of the State of New York, and the Parent of Decedent William M. Bernstein; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

270.     Plaintiff Murray Bernstein, now deceased, was a resident of the State of New York, and the Parent of Decedent William M. Bernstein; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

271.     Plaintiff David M. Bernstein is a resident of the State of Hawaii, the Sibling of Decedent William M. Bernstein, and brings this action on his own behalf as the Sibling of William M. Bernstein and is entitled to recover damages on the causes of action set forth herein.

272.     Plaintiff Robert J. Bernstein is a resident of the State of New York, the Sibling of Decedent William M. Bernstein, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of William M. Bernstein and on behalf of all survivors of William M. Bernstein and is entitled to recover damages on the causes of action set forth herein. William M. Bernstein was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

273.     Plaintiff Kimberly A. Berry is a resident of the State of New Jersey, the Child of Decedent Joseph John Berry, and brings this action on her own behalf as the Child of Joseph John Berry and is entitled to recover damages on the causes of action set forth herein.

274.     Plaintiff Evelyn Berry is a resident of the State of New Jersey, the Spouse of Decedent Joseph John Berry, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph John Berry and on behalf of all survivors of Joseph John Berry and is entitled to recover damages on the causes of action set forth herein. Joseph John Berry was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

275.    Plaintiff Todd P. Berry is a resident of the State of New Jersey, the Child of Decedent Joseph John Berry, and brings this action on his own behalf as the Child of Joseph John Berry and is entitled to recover damages on the causes of action set forth herein.

276.    Plaintiff Joseph S. Berry is a resident of the State of New York, the Child of Decedent Joseph John Berry, and brings this action on his own behalf as the Child of Joseph John Berry and is entitled to recover damages on the causes of action set forth herein.

277.    Plaintiff Joan C. Betterly is a resident of the State of Pennsylvania, the Parent of Decedent Timothy D. Betterly, and brings this action on her own behalf as the Parent of Timothy D. Betterly and is entitled to recover damages on the causes of action set forth herein.

278.    Plaintiff Joanne F. Betterly is a resident of the State of New Jersey, the Spouse of Decedent Timothy D. Betterly, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Timothy D. Betterly and on behalf of all survivors of Timothy D. Betterly and is entitled to recover damages on the causes of action set forth herein. Timothy D. Betterly was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

279.    Plaintiff Donald A. Betterly, now deceased, was a resident of the State of Pennsylvania, and the Parent of Decedent Timothy D. Betterly; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

280.    Plaintiff Mark Betterly is a resident of the State of Pennsylvania, the Sibling of Decedent Timothy D. Betterly, and brings this action on his own behalf as the Sibling of Timothy D. Betterly and is entitled to recover damages on the causes of action set forth herein.

281.    Plaintiff Donald Betterly, Jr. is a resident of the State of Pennsylvania, the Sibling of Decedent Timothy D. Betterly, and brings this action on his own behalf as the Sibling of Timothy D. Betterly and is entitled to recover damages on the causes of action set forth herein.

282.    Plaintiff Indira Bhukhan is a resident of the State of New Jersey, the Parent of Decedent Bella J. Bhukhan, and brings this action on her own behalf as the Parent of Bella J. Bhukhan and is entitled to recover damages on the causes of action set forth herein.

283.    Plaintiff Jagdish Bhukhan is a resident of the State of New Jersey, the Parent of Decedent Bella J. Bhukhan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Bella J. Bhukhan and on behalf of all survivors of Bella J. Bhukhan and is entitled to recover damages on the causes of action set forth herein. Bella J. Bhukhan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

284.    Plaintiff Irene Bilcher is a resident of the State of New York, the Parent of Decedent Brian Bilcher, and brings this action on her own behalf as the Parent of Brian Bilcher and is entitled to recover damages on the causes of action set forth herein.

285.    Plaintiff Tina Marie Bilcher is a resident of the State of New York, the Spouse of Decedent Brian Bilcher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brian Bilcher and on behalf of all survivors of Brian Bilcher and is entitled to recover damages on the causes of action set forth herein. Brian Bilcher was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

286.     Plaintiff Miles Bilcher is a resident of the State of New York, the Parent of Decedent Brian Bilcher, and brings this action on his own behalf as the Parent of Brian Bilcher and is entitled to recover damages on the causes of action set forth herein.

287.     Plaintiff Alice Hoagland is a resident of the State of California, the Parent of Decedent Mark K. Bingham, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Mark K. Bingham and on behalf of all survivors of Mark K. Bingham and is entitled to recover damages on the causes of action set forth herein. Mark K. Bingham was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

288.     Plaintiff Gerald W. Bingham is a resident of the State of Florida, the Parent of Decedent Mark K. Bingham, and brings this action on his own behalf as the Parent of Mark K. Bingham and is entitled to recover damages on the causes of action set forth herein.

289.     Plaintiff Lillian Bini is a resident of the State of New Jersey, the Parent of Decedent Carl Bini, and brings this action on her own behalf as the Parent of Carl Bini and is entitled to recover damages on the causes of action set forth herein.

290.     Plaintiff Rosemarie Corvino is a resident of the State of New Jersey, the Sibling of Decedent Carl Bini, and brings this action on her own behalf as the Sibling of Carl Bini and is entitled to recover damages on the causes of action set forth herein.

291.     Plaintiff Raymond Bini, now deceased, was a resident of the State of New York, and the Parent of Decedent Carl Bini; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

292.    Plaintiff Basmattie Bishundat is a resident of the State of Maryland, the Parent of Decedent Kris Romeo Bishundat, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Kris Romeo Bishundat and on behalf of all survivors of Kris Romeo Bishundat and is entitled to recover damages on the causes of action set forth herein. Kris Romeo Bishundat was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

293.    Plaintiff Bhola P. Bishundat is a resident of the State of Maryland, the Parent of Decedent Kris Romeo Bishundat, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Kris Romeo Bishundat and on behalf of all survivors of Kris Romeo Bishundat and is entitled to recover damages on the causes of action set forth herein. Kris Romeo Bishundat was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

294.    Plaintiff Hyacinth Blackman is a resident of the State of Florida, the Parent of Decedent Albert Balewa Blackman, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Albert Balewa Blackman, Jr. and on behalf of all survivors of Albert Balewa Blackman, Jr. and is entitled to recover damages on the causes of action set forth herein. Albert Balewa Blackman, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

295.    Plaintiff Albert A. Blackman, Sr. is a resident of the State of New York, the Parent of Decedent Albert Balewa Blackman, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Albert Balewa Blackman, Jr. and on behalf of all survivors of Albert Balewa Blackman, Jr. and is entitled to recover damages on the causes of action set forth herein. Albert Balewa Blackman, Jr. was killed at One World Trade Center as

a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

296.     Plaintiff Jane Blackwell is a resident of the State of New York, the Spouse of Decedent Christopher Blackwell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher Blackwell and on behalf of all survivors of Christopher Blackwell and is entitled to recover damages on the causes of action set forth herein. Christopher Blackwell was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

297.     Plaintiff Sally T. White is a resident of the State of Massachusetts, the Parent of Decedent Susan L. Blair, and brings this action on her own behalf as the Parent of Susan L. Blair and is entitled to recover damages on the causes of action set forth herein.

298.     Plaintiff Leslie R. Blair is a resident of the State of New Jersey, the Sibling of Decedent Susan L. Blair, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Susan L. Blair and on behalf of all survivors of Susan L. Blair and is entitled to recover damages on the causes of action set forth herein. Susan L. Blair was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

299.     Plaintiff Daniel A. Walisiak is a resident of the State of Arizona, the Fiancé of Decedent Susan L. Blair, and brings this action on his own behalf as the Fiancé of Susan L. Blair and is entitled to recover damages on the causes of action set forth herein.

300.     Plaintiff Scott Blaney is a resident of the State of North Carolina, the Child of Decedent Janice Blaney, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Janice Blaney and on behalf of all survivors of Janice Blaney and

is entitled to recover damages on the causes of action set forth herein. Janice Blaney was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

301.    Plaintiff Barbara Lynn Blass is a resident of the State of New York, the Parent of Decedent Craig Michael Blass, and brings this action on her own behalf as the Parent of Craig Michael Blass and is entitled to recover damages on the causes of action set forth herein.

302.    Plaintiff Neil Blass, now deceased, was a resident of the State of New York, and the Parent of Decedent Craig Michael Blass; Barbara Lynn Blass brings this action as the the Representative of his Estate and is entitled to recover damages on the causes of action set forth herein.

303.    Plaintiff Keith Blass is a resident of the State of New York, the Sibling of Decedent Craig Michael Blass, and brings this action on his own behalf and as the Personal Representative of the Estate of Craig Michael Blass and on behalf of all survivors of Craig Michael Blass and is entitled to recover damages on the causes of action set forth herein. Craig Michael Blass was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

304.    Plaintiff Michele Buffolino is a resident of the State of Pennsylvania, the Child of Decedent Rita Blau, and brings this action on her own behalf as the Child of Rita Blau and is entitled to recover damages on the causes of action set forth herein.

305.    Plaintiff Nicole Effress is a resident of the State of New York, the Child of Decedent Rita Blau, and brings this action on her own behalf as the Child of Rita Blau and is entitled to recover damages on the causes of action set forth herein.

306.     Plaintiff Ira Blau is a resident of the State of New York, the Spouse of Decedent Rita Blau, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Rita Blau and on behalf of all survivors of Rita Blau and is entitled to recover damages on the causes of action set forth herein. Rita Blau was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

307.     Plaintiff Deborah A. Borza is a resident of the State of Maryland, the Parent of Decedent Deora Frances Bodley, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Deora Frances Bodley and on behalf of all survivors of Deora Frances Bodley and is entitled to recover damages on the causes of action set forth herein. Deora Frances Bodley was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

308.     Plaintiff Derrill Bodley, now deceased, was a resident of the State of California, and the Parent of Decedent Deora Frances Bodley; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

309.     Plaintiff Joyce Boland is a resident of the State of New Jersey, the Parent of Decedent Vincent M. Boland, Jr., and brings this action on her own behalf as the Parent of Vincent M. Boland, Jr. and is entitled to recover damages on the causes of action set forth herein.

310.     Plaintiff Erin Boland is a resident of the State of New Jersey, the Sibling of Decedent Vincent M. Boland, Jr., and brings this action on her own behalf as the Sibling of Vincent M. Boland, Jr. and is entitled to recover damages on the causes of action set forth herein.

311.    Plaintiff Gregory Boland is a resident of the State of New Jersey, the Sibling of Decedent Vincent M. Boland, Jr., and brings this action on his own behalf as the Sibling of Vincent M. Boland, Jr. and is entitled to recover damages on the causes of action set forth herein.

312.    Plaintiff Vincent Boland, Sr. is a resident of the State of New Jersey, the Parent of Decedent Vincent M. Boland, Jr., and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Vincent M. Boland, Jr. and on behalf of all survivors of Vincent M. Boland, Jr. and is entitled to recover damages on the causes of action set forth herein. Vincent M. Boland, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

313.    Plaintiff DOE 118 is a resident of the State of California, the Child of Decedent DOE 118, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

314.    Plaintiff DOE 20 is a resident of the state of Florida, the Spouse of Decedent DOE 20, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 20 and as the Personal Representative of the Estate of DOE 20 and is entitled to recover damages on the causes of action set forth herein. DOE 20 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

315.    Plaintiff William Bondarenko is a resident of the State of Florida, the Child of Decedent Alan Bondarenko, and brings this action on his own behalf as the Child of Alan Bondarenko and is entitled to recover damages on the causes of action set forth herein.

316.    Plaintiff Joseph Bondarenko is a resident of the State of New York, the Child of Decedent Alan Bondarenko, and brings this action on his own behalf as the Child of Alan Bondarenko and is entitled to recover damages on the causes of action set forth herein.

317.    Plaintiff Roxane Bonheur is a resident of the State of Florida, the Spouse of Decedent Andre Bonheur, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Andre Bonheur, Jr. and on behalf of all survivors of Andre Bonheur, Jr. and is entitled to recover damages on the causes of action set forth herein. Andre Bonheur, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

318.    Plaintiff Sonia Bonomo is a resident of the State of New York, the Parent of Decedent Yvonne Bonomo, and brings this action on her own behalf as the Parent of Yvonne Bonomo and is entitled to recover damages on the causes of action set forth herein.

319.    Plaintiff John Bonomo is a resident of the State of New York, the Parent of Decedent Yvonne Bonomo, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Yvonne Bonomo and on behalf of all survivors of Yvonne Bonomo and is entitled to recover damages on the causes of action set forth herein. Yvonne Bonomo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

320.    Plaintiff George Bonomo is a resident of the State of New York, the Sibling of Decedent Yvonne Bonomo, and brings this action on his own behalf as the Sibling of Yvonne Bonomo and is entitled to recover damages on the causes of action set forth herein.

321.    Plaintiff Rose Ann Booker is a resident of the State of New Jersey, the Parent of Decedent Sean Booker, and brings this action on her own behalf as the Parent of Sean Booker and is entitled to recover damages on the causes of action set forth herein.

322.    Plaintiff Sharon Booker is a resident of the State of New York, the Spouse of Decedent Sean Booker, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Sean Booker and on behalf of all survivors of Sean Booker and is entitled to recover damages on the causes of action set forth herein. Sean Booker was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

323.    Plaintiff Richard L. Booms is a resident of the State of Ohio, the Parent of Decedent Kelly Ann Booms, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Kelly Ann Booms and on behalf of all survivors of Kelly Ann Booms and is entitled to recover damages on the causes of action set forth herein. Kelly Ann Booms was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

324.    Plaintiff Deanna G. Demotte is a resident of the State of Indiana, the Sibling of Decedent Canfield D. Boone, and brings this action on her own behalf as the Sibling of Canfield D. Boone and is entitled to recover damages on the causes of action set forth herein.

325.    Plaintiff Linda K. Boone is a resident of the State of Virginia, the Spouse of Decedent Canfield D. Boone, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Canfield D. Boone and on behalf of all survivors of Canfield D. Boone and is entitled to recover damages on the causes of action set forth herein. Canfield D. Boone was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

326.    Plaintiff Jason Boone is a resident of the State of Virginia, the Child of Decedent Canfield D. Boone, and brings this action on his own behalf as the Child of Canfield D. Boone and is entitled to recover damages on the causes of action set forth herein.

327.     Plaintiff Andrew Boone is a resident of the State of New Jersey, the Child of Decedent Canfield D. Boone, and brings this action on his own behalf as the Child of Canfield D. Boone and is entitled to recover damages on the causes of action set forth herein.

328.     Plaintiff Christopher Boone is a resident of the State of Indiana, the Child of Decedent Canfield D. Boone, and brings this action on his own behalf as the Child of Canfield D. Boone and is entitled to recover damages on the causes of action set forth herein.

329.     Plaintiff Krystyna Boryczewski is a resident of the State of New Jersey, the Parent of Decedent Martin Boryczewski, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Martin Boryczewski and on behalf of all survivors of Martin Boryczewski and is entitled to recover damages on the causes of action set forth herein. Martin Boryczewski was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

330.     Plaintiff Michele Boryczewski is a resident of the State of Pennsylvania, the Sibling of Decedent Martin Boryczewski, and brings this action on her own behalf as the Sibling of Martin Boryczewski and is entitled to recover damages on the causes of action set forth herein.

331.     Plaintiff Julia Boryczewski is a resident of the State of New Jersey, the Sibling of Decedent Martin Boryczewski, and brings this action on her own behalf as the Sibling of Martin Boryczewski and is entitled to recover damages on the causes of action set forth herein.

332.     Plaintiff Michael Boryczewski, now deceased, was a resident of the State of New York, and the Parent of Decedent Martin Boryczewski; MICHELE BORYCZEWSKI and JULIA BORYCZEWSKI bring this action as Co-Administrators of his Estate and are entitled to recover damages on the causes of action set forth herein.

333.   Plaintiff William J. Bosco, Jr. is a resident of the State of New York, the Parent of Decedent Richard E. Bosco, and brings this action on his own behalf as the Parent of Richard E. Bosco and is entitled to recover damages on the causes of action set forth herein.

334.   Plaintiff Hope DelleFemine, now deceased, was a resident of the State of Rhode Island, and the Parent of Decedent Carol Marie Bouchard; the Representative of her Estate Kenneth E. Dellefemine brings this action and is entitled to recover damages on the causes of action set forth herein.

335.   Plaintiff Kenneth E. DelleFemine is a resident of the State of Rhode Island, the Sibling of Decedent Carol Marie Bouchard, and brings this action on his own behalf as the Sibling of Carol Marie Bouchard and is entitled to recover damages on the causes of action set forth herein.

336.   Plaintiff Richard E. DelleFemine is a resident of the State of Rhode Island, the Sibling of Decedent Carol Marie Bouchard, and brings this action on his own behalf as the Sibling of Carol Marie Bouchard and is entitled to recover damages on the causes of action set forth herein.

337.   Plaintiff Frederick Earl Bouchard, Jr. is a resident of the State of Rhode Island, the Spouse of Decedent Carol Marie Bouchard, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Carol Marie Bouchard and on behalf of all survivors of Carol Marie Bouchard and is entitled to recover damages on the causes of action set forth herein. Carol Marie Bouchard was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

338.    Plaintiff DOE 119 is a resident of Venezuela, the Parent of Decedent DOE 119, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

339.    Plaintiff DOE 119 is a resident of the state of New York, the Spouse of Decedent DOE 119, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 119 and as the Personal Representative of the Estate of DOE 119 and is entitled to recover damages on the causes of action set forth herein. DOE 119 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

340.    Plaintiff DOE 119 is a resident of Venezuela, the Sibling of Decedent DOE 119, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

341.    Plaintiff Sheilah L. Bowden is a resident of the State of New Jersey, the Parent of Decedent Thomas H. Bowden, Jr., and brings this action on her own behalf as the Parent of Thomas H. Bowden, Jr. and is entitled to recover damages on the causes of action set forth herein.

342.    Plaintiff Kathryn C. Bowden is a resident of the State of New Jersey, the Sibling of Decedent Thomas H. Bowden, Jr., and brings this action on her own behalf as the Sibling of Thomas H. Bowden, Jr. and is entitled to recover damages on the causes of action set forth herein.

343.    Plaintiff Thomas H. Bowden is a resident of the State of New Jersey, the Parent of Decedent Thomas H. Bowden, Jr., and brings this action on his own behalf as the Parent of

Thomas H. Bowden, Jr. and is entitled to recover damages on the causes of action set forth herein.

344.    Plaintiff Paul Bowden is a resident of the State of New Jersey, the Sibling of Decedent Thomas H. Bowden, Jr., and brings this action on his own behalf as the Sibling of Thomas H. Bowden, Jr. and is entitled to recover damages on the causes of action set forth herein.

345.    Plaintiff Ruth Bowman White is a resident of the State of New York, the Parent of Decedent Larry Bowman, and brings this action on her own behalf as the Parent of Larry Bowman and is entitled to recover damages on the causes of action set forth herein.

346.    Plaintiff Stephanie Ayn Bowser is a resident of the State of Pennsylvania, the Spouse of Decedent Kevin Leah Bowser, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kevin Leah Bowser and on behalf of all survivors of Kevin Leah Bowser and is entitled to recover damages on the causes of action set forth herein. Kevin Leah Bowser was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

347.    Plaintiff Bella Boyarsky is a resident of the State of New York, the Parent of Decedent Gennady Boyarsky, and brings this action on her own behalf as the Parent of Gennady Boyarsky and is entitled to recover damages on the causes of action set forth herein.

348.    Plaintiff Vladimir Boyarsky is a resident of the State of New York, the Parent of Decedent Gennady Boyarsky, and brings this action on his own behalf as the Parent of Gennady Boyarsky and is entitled to recover damages on the causes of action set forth herein.

349.    Plaintiff Laura Alessi is a resident of the State of New Jersey, the Parent of Decedent Pamela J. Boyce, and brings this action on her own behalf as Parent and as the

Personal Representative of the Estate of Pamela J. Boyce and on behalf of all survivors of Pamela J. Boyce and is entitled to recover damages on the causes of action set forth herein. Pamela J. Boyce was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

350.    Plaintiff Gina Grassi is a resident of the State of New Jersey, the Sibling of Decedent Pamela J. Boyce, and brings this action on her own behalf as the Sibling of Pamela J. Boyce and is entitled to recover damages on the causes of action set forth herein.

351.    Plaintiff Desiree A. Gerasimovich is a resident of the State of New Jersey, the Sibling of Decedent Pamela J. Boyce, and brings this action on her own behalf as the Sibling of Pamela J. Boyce and is entitled to recover damages on the causes of action set forth herein.

352.    Plaintiff Deanna Wirth is a resident of the State of Virginia, the Child of Decedent Alfred J. Braca, and brings this action on her own behalf as the Child of Alfred J. Braca and is entitled to recover damages on the causes of action set forth herein.

353.    Plaintiff Christina Cambeis is a resident of the State of New Jersey, the Child of Decedent Alfred J. Braca, and brings this action on her own behalf as the Child of Alfred J. Braca and is entitled to recover damages on the causes of action set forth herein.

354.    Plaintiff David John Braca is a resident of the State of New Jersey, the Child of Decedent Alfred J. Braca, and brings this action on his own behalf as the Child of Alfred J. Braca and is entitled to recover damages on the causes of action set forth herein.

355.    Plaintiff Christopher Jonathan Braca is a resident of the State of New Jersey, the Child of Decedent Alfred J. Braca, and brings this action on his own behalf as the Child of Alfred J. Braca and is entitled to recover damages on the causes of action set forth herein.

356.    Plaintiff Nelly Braginsky is a resident of the State of New York, the Parent of Decedent Alexander Braginsky, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Alexander Braginsky and on behalf of all survivors of Alexander Braginsky and is entitled to recover damages on the causes of action set forth herein. Alexander Braginsky was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

357.    Plaintiff Nancy Brandemarti is a resident of the State of New Jersey, the Parent of Decedent Nicholas W. Brandemarti, and brings this action on her own behalf as the Parent of Nicholas W. Brandemarti and is entitled to recover damages on the causes of action set forth herein.

358.    Plaintiff Nicole Brandemarti is a resident of the State of New Jersey, the Sibling of Decedent Nicholas W. Brandemarti, and brings this action on her own behalf as the Sibling of Nicholas W. Brandemarti and is entitled to recover damages on the causes of action set forth herein.

359.    Plaintiff Nicholas M. Brandemarti is a resident of the State of New Jersey, the Parent of Decedent Nicholas W. Brandemarti, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Nicholas W. Brandemarti and on behalf of all survivors of Nicholas W. Brandemarti and is entitled to recover damages on the causes of action set forth herein. Nicholas W. Brandemarti was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

360.    Plaintiff Jason Brandemarti is a resident of the State of New Jersey, the Sibling of Decedent Nicholas W. Brandemarti, and brings this action on his own behalf as the Sibling of

Nicholas W. Brandemarti and is entitled to recover damages on the causes of action set forth herein.

361.    Plaintiff David B. Brandhorst is a resident of the State of New York, the Sibling of Decedent Daniel Raymond Brandhorst, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Daniel Raymond Brandhorst and on behalf of all survivors of Daniel Raymond Brandhorst and is entitled to recover damages on the causes of action set forth herein. Daniel Raymond Brandhorst was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

362.    Plaintiff Mary E. Bratton is a resident of the State of New York, the Parent of Decedent Michelle Renee Bratton, and brings this action on her own behalf as the Parent of Michelle Renee Bratton and is entitled to recover damages on the causes of action set forth herein.

363.    Plaintiff Erin G. Bratton is a resident of the State of New York, the Sibling of Decedent Michelle Renee Bratton, and brings this action on her own behalf as the Sibling of Michelle Renee Bratton and is entitled to recover damages on the causes of action set forth herein.

364.    Plaintiff Christopher B. Bratton is a resident of the State of New York, the Sibling of Decedent Michelle Renee Bratton, and brings this action on his own behalf as the Sibling of Michelle Renee Bratton and is entitled to recover damages on the causes of action set forth herein.

365.    Plaintiff William J. Bratton, III is a resident of the State of New York, the Sibling of Decedent Michelle Renee Bratton, and brings this action on his own behalf as the Sibling of

Michelle Renee Bratton and is entitled to recover damages on the causes of action set forth herein.

366.    Plaintiff William J. Bratton, Jr. is a resident of the State of New York, the Parent of Decedent Michelle Renee Bratton, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michelle Renee Bratton and on behalf of all survivors of Michelle Renee Bratton and is entitled to recover damages on the causes of action set forth herein. Michelle Renee Bratton was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

367.    Plaintiff Paola Storer is a resident of Belgium, the Parent of Decedent Patrice Braut, and brings this action on her own behalf as the Parent of Patrice Braut and is entitled to recover damages on the causes of action set forth herein.

368.    Plaintiff Michel Braut is a resident of Belgium, the Parent of Decedent Patrice Braut, and brings this action on his own behalf as the Parent of Patrice Braut and is entitled to recover damages on the causes of action set forth herein.

369.    Plaintiff Anthony Bengivenga is a resident of the State of New Jersey, the Fiancé of Decedent Lydia Bravo, and brings this action on his own behalf as the Fiancé of Lydia Bravo and is entitled to recover damages on the causes of action set forth herein.

370.    Plaintiff Barbara H. Brennan is a resident of the State of New Hampshire, the Spouse of Decedent Francis H. Brennan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Francis H. Brennan and on behalf of all survivors of Francis H. Brennan and is entitled to recover damages on the causes of action set forth herein. Francis H. Brennan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

371.    Plaintiff Eileen Walsh is a resident of the State of New York, the Parent of Decedent Michael E. Brennan, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael E. Brennan and on behalf of all survivors of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein. Michael E. Brennan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

372.    Plaintiff Veronica Brennan is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on her own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

373.    Plaintiff Mary M. Walsh is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on her own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

374.    Plaintiff Patricia Walsh is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on her own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

375.    Plaintiff Margaret Walsh is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on her own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

376.    Plaintiff Michael Brennan, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael E. Brennan; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

377.     Plaintiff Brian T. Brennan is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on his own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

378.     Plaintiff Matthew J. Walsh is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on his own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

379.     Plaintiff James John Brennan is a resident of the State of New York, the Sibling of Decedent Michael E. Brennan, and brings this action on his own behalf as the Sibling of Michael E. Brennan and is entitled to recover damages on the causes of action set forth herein.

380.     Plaintiff Carol A Brethel is a resident of the State of New York, the Spouse of Decedent Daniel J Brethel, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel J Brethel and on behalf of all survivors of Daniel J Brethel and is entitled to recover damages on the causes of action set forth herein. Daniel J Brethel was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

381.     Plaintiff Jacqueline Iskols is a resident of the State of New Jersey, the Sibling of Decedent Mark Brisman, and brings this action on her own behalf as the Sibling of Mark Brisman and is entitled to recover damages on the causes of action set forth herein.

382.     Plaintiff Michele Priest is a resident of the State of Connecticut, the Sibling of Decedent Mark Brisman, and brings this action on her own behalf as the Sibling of Mark Brisman and is entitled to recover damages on the causes of action set forth herein.

383.     Plaintiff Juliette Brisman is a resident of the State of Connecticut, the Spouse of Decedent Mark Brisman, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Mark Brisman and on behalf of all survivors of Mark Brisman and is entitled to recover damages on the causes of action set forth herein. Mark Brisman was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

384.    Plaintiff Gerard Brisman is a resident of the State of Pennsylvania, the Parent of Decedent Mark Brisman, and brings this action on his own behalf as the Parent of Mark Brisman and is entitled to recover damages on the causes of action set forth herein.

385.    Plaintiff Steven A. Brisman is a resident of the State of New York, the Sibling of Decedent Mark Brisman, and brings this action on his own behalf as the Sibling of Mark Brisman and is entitled to recover damages on the causes of action set forth herein.

386.    Plaintiff DOE 127 is a resident of the United Kingdom, the Parent of Decedent DOE 127, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

387.    Plaintiff DOE 127 is a resident of  United Kingdom, the Parent of Decedent DOE 127, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 127 and as the Personal Representative of the Estate of DOE 127 and is entitled to recover damages on the causes of action set forth herein. DOE 127 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

388.    Plaintiff Isoline Broomfield is a resident of the State of New York, the Parent of Decedent Keith Broomfield, and brings this action on her own behalf as the Parent of Keith Broomfield and is entitled to recover damages on the causes of action set forth herein.

389.     Plaintiff Sinita Brown is a resident of the State of North Carolina, the Parent of Decedent Bernard Curtis Brown, II, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Bernard Curtis Brown, II and on behalf of all survivors of Bernard Curtis Brown, II and is entitled to recover damages on the causes of action set forth herein. Bernard Curtis Brown, II was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

390.     Plaintiff Bernard Curtis Brown, I is a resident of the State of North Carolina, the Parent of Decedent Bernard Curtis Brown, II, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Bernard Curtis Brown, II and on behalf of all survivors of Bernard Curtis Brown, II and is entitled to recover damages on the causes of action set forth herein. Bernard Curtis Brown, II was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

391.     Plaintiff Everton James Brown is a resident of the State of New York, the Parent of Decedent Lloyd Brown, and brings this action on his own behalf as the Parent of Lloyd Brown and is entitled to recover damages on the causes of action set forth herein.

392.     Plaintiff Carolyn M. Negron is a resident of the State of New York, the Sibling of Decedent Patrick J. Brown, and brings this action on her own behalf as the Sibling of Patrick J. Brown and is entitled to recover damages on the causes of action set forth herein.

393.     Plaintiff Michael Everett Brown is a resident of the State of Nevada, the Sibling of Decedent Patrick J. Brown, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Patrick J. Brown and on behalf of all survivors of

Patrick J. Brown and is entitled to recover damages on the causes of action set forth herein. Patrick J. Brown was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

394. Plaintiff Sigalit Brunn is a resident of the State of New York, the Spouse of Decedent Andrew C. Brunn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Andrew C. Brunn and on behalf of all survivors of Andrew C. Brunn and is entitled to recover damages on the causes of action set forth herein. Andrew C. Brunn was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

395. Plaintiff Charilyn S. Buchanan is a resident of the State of New York, the Parent of Decedent Brandon J. Buchanan, and brings this action on her own behalf as the Parent of Brandon J. Buchanan and is entitled to recover damages on the causes of action set forth herein.

396. Plaintiff Ronald B. Buchanan is a resident of the State of New York, the Parent of Decedent Brandon J. Buchanan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Brandon J. Buchanan and on behalf of all survivors of Brandon J. Buchanan and is entitled to recover damages on the causes of action set forth herein. Brandon J. Buchanan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

397. Plaintiff Josephine Buck is a resident of the State of New York, the Parent of Decedent Gregory J. Buck, and brings this action on her own behalf as the Parent of Gregory J. Buck and is entitled to recover damages on the causes of action set forth herein.

398. Plaintiff Catherine Morrison Buck is a resident of the State of New York, the Spouse of Decedent Gregory J. Buck, and brings this action on her own behalf as Spouse and as

the Personal Representative of the Estate of Gregory J. Buck and on behalf of all survivors of Gregory J. Buck and is entitled to recover damages on the causes of action set forth herein. Gregory J. Buck was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

399.    Plaintiff Ernst H. Buck is a resident of the State of New York, the Parent of Decedent Gregory J. Buck, and brings this action on his own behalf as the Parent of Gregory J. Buck and is entitled to recover damages on the causes of action set forth herein.

400.    Plaintiff Eric Buck is a resident of the State of New York, the Sibling of Decedent Gregory J. Buck, and brings this action on his own behalf as the Sibling of Gregory J. Buck and is entitled to recover damages on the causes of action set forth herein.

401.    Plaintiff Kathleen M. Buckley, now deceased, was a resident of the State of New York, and the Parent of Decedent Dennis Buckley; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

402.    Plaintiff Jane Marie Smithwick is a resident of the State of New York, the Sibling of Decedent Dennis Buckley, and brings this action on her own behalf as the Sibling of Dennis Buckley and is entitled to recover damages on the causes of action set forth herein.

403.    Plaintiff Kathleen M. Buckley is a resident of the State of New Jersey, the Spouse of Decedent Dennis Buckley, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis Buckley and on behalf of all survivors of Dennis Buckley and is entitled to recover damages on the causes of action set forth herein. Dennis Buckley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

404.    Plaintiff John C. Buckley is a resident of the State of New York, the Parent of Decedent Dennis Buckley, and brings this action on his own behalf as the Parent of Dennis Buckley and is entitled to recover damages on the causes of action set forth herein.

405.    Plaintiff Helen R. McNulty, now deceased, was a resident of the State of New York, and the Parent of Decedent Nancy Clare Bueche; Charles Gavin McNulty brings this action as the Representative of her Estate and is entitled to recover damages on the causes of action set forth herein.

406.    Plaintiff Mary Ellen McNulty, now deceased, was a resident of the State of Connecticut, and the Sibling of Decedent Nancy Clare Bueche; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

407.    Plaintiff Stephen J. McNulty is a resident of the State of New York, the Sibling of Decedent Nancy Clare Bueche, and brings this action on his own behalf as the Sibling of Nancy Clare Bueche and is entitled to recover damages on the causes of action set forth herein.

408.    Plaintiff Martin L. McNulty is a resident of the State of New Jersey, the Sibling of Decedent Nancy Clare Bueche, and brings this action on his own behalf as the Sibling of Nancy Clare Bueche and is entitled to recover damages on the causes of action set forth herein.

409.    Plaintiff James T. Bueche is a resident of the State of New York, the Spouse of Decedent Nancy Clare Bueche, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Nancy Clare Bueche and on behalf of all survivors of Nancy Clare Bueche and is entitled to recover damages on the causes of action set forth herein. Nancy Clare Bueche was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

410.    Plaintiff Charles Gavin McNulty is a resident of the State of New York, the Sibling of Decedent Nancy Clare Bueche, and brings this action on his own behalf as the Sibling of Nancy Clare Bueche and is entitled to recover damages on the causes of action set forth herein.

411.    Plaintiff Fran (Frances) Bulaga is a resident of the State of New Jersey, the Parent of Decedent John E. Bulaga, Jr., and brings this action on her own behalf as the Parent of John E. Bulaga, Jr. and is entitled to recover damages on the causes of action set forth herein.

412.    Plaintiff Gail M. Bulaga is a resident of the State of New Jersey, the Sibling of Decedent John E. Bulaga, Jr., and brings this action on her own behalf as the Sibling of John E. Bulaga, Jr. and is entitled to recover damages on the causes of action set forth herein.

413.    Plaintiff Michelle A. Bulaga is a resident of the State of New Jersey, the Spouse of Decedent John E. Bulaga, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John E. Bulaga, Jr. and on behalf of all survivors of John E. Bulaga, Jr. and is entitled to recover damages on the causes of action set forth herein. John E. Bulaga, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

414.    Plaintiff John E. Bulaga, Sr. is a resident of the State of New Jersey, the Parent of Decedent John E. Bulaga, Jr., and brings this action on his own behalf as the Parent of John E. Bulaga, Jr. and is entitled to recover damages on the causes of action set forth herein.

415.    Plaintiff Aseneth Bunin, now deceased, was a resident of the State of New York, and the Spouse of Decedent Stephen Bunin; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein. The Representative of the Estate of Decedent Stephen Bunin brings this action and on behalf of all survivors of Stephen

Bunin and is entitled to recover damages on the causes of action set forth herein. Stephen Bunin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001

416.    Plaintiff Corinne Bunin is a resident of the State of New York, the Parent of Decedent Stephen Bunin, and brings this action on her own behalf as the Parent of Stephen Bunin and is entitled to recover damages on the causes of action set forth herein.

417.    Plaintiff Kitty Bunin is a resident of the State of New York, the Sibling of Decedent Stephen Bunin, and brings this action on her own behalf as the Sibling of Stephen Bunin and is entitled to recover damages on the causes of action set forth herein.

418.    Plaintiff Alicia P. Burke is a resident of the State of New York, the Parent of Decedent Matthew J. Burke, and brings this action on her own behalf as the Parent of Matthew J. Burke and is entitled to recover damages on the causes of action set forth herein.

419.    Plaintiff John J. Burke is a resident of the State of New York, the Parent of Decedent Matthew J. Burke, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Matthew J. Burke and on behalf of all survivors of Matthew J. Burke and is entitled to recover damages on the causes of action set forth herein. Matthew J. Burke was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

420.    Plaintiff Chris Burke is a resident of the State of New York, the Sibling of Decedent Thomas Daniel Burke, and brings this action on his own behalf as the Sibling of Thomas Daniel Burke and is entitled to recover damages on the causes of action set forth herein.

421.    Plaintiff James M. Burke is a resident of the State of New York, the Sibling of Decedent William F. Burke, Jr., and brings this action on his own behalf as Sibling and as the

Personal Representative of the Estate of William F. Burke, Jr. and on behalf of all survivors of William F. Burke, Jr. and is entitled to recover damages on the causes of action set forth herein. William F. Burke, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

422.    Plaintiff Wendy Burlingame, now deceased, was a resident of the State of New York, and the Child of Decedent Charles F. Burlingame, III; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

423.    Plaintiff Debra Burlingame is a resident of the State of New York, the Sibling of Decedent Charles F. Burlingame, III, and brings this action on her own behalf as the Sibling of Charles F. Burlingame, III and is entitled to recover damages on the causes of action set forth herein.

424.    Plaintiff Mark W. Burlingame is a resident of the State of Pennsylvania, the Sibling of Decedent Charles F. Burlingame, III, and brings this action on his own behalf as the Sibling of Charles F. Burlingame, III and is entitled to recover damages on the causes of action set forth herein.

425.    Plaintiff Bradley M. Burlingame is a resident of the State of California, the Sibling of Decedent Charles F. Burlingame, III, and brings this action on his own behalf as the Sibling of Charles F. Burlingame, III and is entitled to recover damages on the causes of action set forth herein.

426.    Plaintiff Agnes Delores Burns is a resident of the State of Pennsylvania, the Parent of Decedent Keith James Burns, and brings this action on her own behalf as the Parent of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

427.    Plaintiff Colleen Cooper is a resident of the State of Pennsylvania, the Sibling of Decedent Keith James Burns, and brings this action on her own behalf as the Sibling of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

428.    Plaintiff Linda Ellicott is a resident of the State of New Jersey, the Sibling of Decedent Keith James Burns, and brings this action on her own behalf as the Sibling of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

429.    Plaintiff Maureen Burns-Dewland is a resident of the State of Pennsylvania, the Sibling of Decedent Keith James Burns, and brings this action on her own behalf as the Sibling of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

430.    Plaintiff Diane Marie Shepherd is a resident of the State of Arizona, the Sibling of Decedent Keith James Burns, and brings this action on her own behalf as the Sibling of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

431.    Plaintiff Jennifer C. Burns is a resident of the State of Connecticut, the Spouse of Decedent Keith James Burns, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Keith James Burns and on behalf of all survivors of Keith James Burns and is entitled to recover damages on the causes of action set forth herein. Keith James Burns was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

432.    Plaintiff Bernard J. Burns, now deceased, was a resident of the State of Pennsylvania, and the Parent of Decedent Keith James Burns; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

433.    Plaintiff Michael John Burns is a resident of the State of New Jersey, the Sibling of Decedent Keith James Burns, and brings this action on his own behalf as the Sibling of Keith James Burns and is entitled to recover damages on the causes of action set forth herein.

434.    Plaintiff Sandra Burnside is a resident of the State of New York, the Spouse of Decedent John P. Burnside, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John P. Burnside and on behalf of all survivors of John P. Burnside and is entitled to recover damages on the causes of action set forth herein. John P. Burnside was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

435.    Plaintiff Anne Byrne is a resident of the State of New York, the Parent of Decedent Patrick D. Byrne, and brings this action on her own behalf as the Parent of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

436.    Plaintiff Judith Byrne is a resident of the State of New Jersey, the Sibling of Decedent Patrick D. Byrne, and brings this action on her own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

437.    Plaintiff Cathrine M. Tolino is a resident of the State of New York, the Sibling of Decedent Patrick D. Byrne, and brings this action on her own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

438.    Plaintiff Joanne Finn is a resident of the State of Tennessee, the Sibling of Decedent Patrick D. Byrne, and brings this action on her own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

439.    Plaintiff William J. Byrne is a resident of the State of New Jersey, the Sibling of Decedent Patrick D. Byrne, and brings this action on his own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

440.    Plaintiff Thomas Byrne is a resident of the State of New York, the Sibling of Decedent Patrick D. Byrne, and brings this action on his own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

441.    Plaintiff Garett C. Byrne is a resident of the State of New York, the Sibling of Decedent Patrick D. Byrne, and brings this action on his own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

442.    Plaintiff Francis X. Byrne is a resident of the State of New York, the Sibling of Decedent Patrick D. Byrne, and brings this action on his own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

443.    Plaintiff Robert G. Byrne, Jr. is a resident of the State of New York, the Sibling of Decedent Patrick D. Byrne, and brings this action on his own behalf as the Sibling of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein.

444.    Plaintiff Robert G. Byrne, Sr. is a resident of the State of New York, the Parent of Decedent Patrick D. Byrne, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Patrick D. Byrne and on behalf of all survivors of Patrick D. Byrne and is entitled to recover damages on the causes of action set forth herein. Patrick D. Byrne was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

445.    Plaintiff Victoria Cabezas is a resident of the State of New York, the Spouse of Decedent Jesus Cabezas, and brings this action on her own behalf as Spouse and as the Personal

82

Representative of the Estate of Jesus Cabezas and on behalf of all survivors of Jesus Cabezas and is entitled to recover damages on the causes of action set forth herein. Jesus Cabezas was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

446.    Plaintiff Julio Caceres is a resident of the State of New York, the Spouse of Decedent Lillian Caceres, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lillian Caceres and on behalf of all survivors of Lillian Caceres and is entitled to recover damages on the causes of action set forth herein. Lillian Caceres was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

447.    Plaintiff Grace Kneski is a resident of the State of South Carolina, the Parent of Decedent Steven Cafiero, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Steven Cafiero and on behalf of all survivors of Steven Cafiero and is entitled to recover damages on the causes of action set forth herein. Steven Cafiero was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

448.    Plaintiff Veronica Caggiano is a resident of the State of New York, the Parent of Decedent Richard M. Caggiano, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Richard M. Caggiano and on behalf of all survivors of Richard M. Caggiano and is entitled to recover damages on the causes of action set forth herein. Richard M. Caggiano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

449.     Plaintiff DOE 105  is a resident of the Philippines, the Sibling of Decedent DOE 105 , and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

450.     Plaintiff DOE 105  is a resident of the Philippines, the Sibling of Decedent DOE 105 , and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

451.     Plaintiff DOE 105  is a resident of the Philippines, the Sibling of Decedent DOE 105 , and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

452.     Plaintiff DOE 105  is a resident of Australia, the Sibling of Decedent DOE 105 , and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

453.     Plaintiff DOE 105   is a resident of the state of New Jersey, the Sibling of Decedent DOE 105 , and brings this action on her own behalf as Sibling and on behalf of all survivors of DOE 105  and as the Personal Representative of the Estate of DOE 105  and is entitled to recover damages on the causes of action set forth herein. DOE 105  was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

454.     Plaintiff DOE 105  is a resident of the Philippines, the Sibling of Decedent DOE 105 , and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

455.     Plaintiff Sharon Cahill Castle is a resident of the State of Florida, the Spouse of Decedent John B. Cahill, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of John B. Cahill and on behalf of all survivors of John B. Cahill and is entitled to recover damages on the causes of action set forth herein. John B. Cahill was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

456.    Plaintiff Evelyn Cahill is a resident of the State of New York, the Parent of Decedent Michael Cahill, and brings this action on her own behalf as the Parent of Michael Cahill and is entitled to recover damages on the causes of action set forth herein.

457.    Plaintiff Denise Troise is a resident of the State of New York, the Sibling of Decedent Michael Cahill, and brings this action on her own behalf as the Sibling of Michael Cahill and is entitled to recover damages on the causes of action set forth herein.

458.    Plaintiff Colleen Cahill is a resident of the State of New York, the Spouse of Decedent Michael Cahill, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Cahill and on behalf of all survivors of Michael Cahill and is entitled to recover damages on the causes of action set forth herein. Michael Cahill was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

459.    Plaintiff James Cahill is a resident of the State of New York, the Parent of Decedent Michael Cahill, and brings this action on his own behalf as the Parent of Michael Cahill and is entitled to recover damages on the causes of action set forth herein.

460.    Plaintiff Rosemary Cain is a resident of the State of New York, the Parent of Decedent George C. Cain, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of George C. Cain and on behalf of all survivors of George C. Cain

and is entitled to recover damages on the causes of action set forth herein. George C. Cain was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

461.    Plaintiff DOE 67 is a resident of the state of New York, the Spouse of Decedent DOE 67, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 67 and as the Personal Representative of the Estate of DOE 67 and is entitled to recover damages on the causes of action set forth herein. DOE 67 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

462.    Plaintiff Gloria Esperanza Calderon-Garcia is a resident of the State of Virginia, the Spouse of Decedent Jose Orlando Calderon-Olmedo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jose Orlando Calderon-Olmedo and on behalf of all survivors of Jose Orlando Calderon-Olmedo and is entitled to recover damages on the causes of action set forth herein. Jose Orlando Calderon-Olmedo was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

463.    Plaintiff Joan E. Callahan is a resident of the State of New Jersey, the Spouse of Decedent Liam Callahan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Liam Callahan and on behalf of all survivors of Liam Callahan and is entitled to recover damages on the causes of action set forth herein. Liam Callahan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

464.     Plaintiff Norma J. Keleher is a resident of the State of California, the Parent of Decedent Suzanne M. Calley, and brings this action on her own behalf as the Parent of Suzanne M. Calley and is entitled to recover damages on the causes of action set forth herein.

465.     Plaintiff Frank Jensen is a resident of the State of California, the Spouse of Decedent Suzanne M. Calley, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Suzanne M. Calley and on behalf of all survivors of Suzanne M. Calley and is entitled to recover damages on the causes of action set forth herein. Suzanne M. Calley was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

466.     Plaintiff Linda Cammarata, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Michael F. Cammarata; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

467.     Plaintiff Kimberly Cammarata is a resident of the State of New Jersey, the Sibling of Decedent Michael F. Cammarata, and brings this action on her own behalf as the Sibling of Michael F. Cammarata and is entitled to recover damages on the causes of action set forth herein.

468.     Plaintiff Joseph Cammarata is a resident of the State of New Jersey, the Parent of Decedent Michael F. Cammarata, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Michael F. Cammarata and on behalf of all survivors of Michael F. Cammarata and is entitled to recover damages on the causes of action set forth herein. Michael F. Cammarata was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

469.     Plaintiff Joseph Cammarata, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Michael F. Cammarata, and brings this action on his own behalf as the Sibling of Michael F. Cammarata and is entitled to recover damages on the causes of action set forth herein.

470.     Plaintiff Cynthia J. Campbell is a resident of the State of New Jersey, the Spouse of Decedent David Otey Campbell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Otey Campbell and on behalf of all survivors of David Otey Campbell and is entitled to recover damages on the causes of action set forth herein. David Otey Campbell was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

471.     Plaintiff Malcolm Phillip Campbell is a resident of  United Kingdom, the Parent of Decedent Geoff Thomas Campbell, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Geoff Thomas Campbell and on behalf of all survivors of Geoff Thomas Campbell and is entitled to recover damages on the causes of action set forth herein. Geoff Thomas Campbell was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

472.     Plaintiff Jeanne M. Maurer is a resident of the State of New York, the Parent of Decedent Jill Marie Campbell, and brings this action on her own behalf as the Parent of Jill Marie Campbell and is entitled to recover damages on the causes of action set forth herein.

473.     Plaintiff Linda Maurer is a resident of the State of New York, the Sibling of Decedent Jill Marie Campbell, and brings this action on her own behalf as the Sibling of Jill Marie Campbell and is entitled to recover damages on the causes of action set forth herein.

474.     Plaintiff Joseph Maurer is a resident of the State of New York, the Parent of Decedent Jill Marie Campbell, and brings this action on his own behalf as the Parent of Jill Marie Campbell and is entitled to recover damages on the causes of action set forth herein.

475.     Plaintiff Steven T. Campbell is a resident of the State of New York, the Spouse of Decedent Jill Marie Campbell, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Jill Marie Campbell and on behalf of all survivors of Jill Marie Campbell and is entitled to recover damages on the causes of action set forth herein. Jill Marie Campbell was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

476.     Plaintiff Margaret Canavan is a resident of the State of New York, the Parent of Decedent Sean Canavan, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Sean Canavan and on behalf of all survivors of Sean Canavan and is entitled to recover damages on the causes of action set forth herein. Sean Canavan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

477.     Plaintiff Kathleen McKeon is a resident of the State of New York, the Sibling of Decedent Sean Canavan, and brings this action on her own behalf as the Sibling of Sean Canavan and is entitled to recover damages on the causes of action set forth herein.

478.     Plaintiff Teresa McCaffery is a resident of  Ireland, the Sibling of Decedent Sean Canavan, and brings this action on her own behalf as the Sibling of Sean Canavan and is entitled to recover damages on the causes of action set forth herein.

479.     Plaintiff Rosemary Celine Traynor is a resident of Ireland, the Sibling of Decedent Sean Canavan, and brings this action on her own behalf as the Sibling of Sean Canavan and is entitled to recover damages on the causes of action set forth herein.

480.     Plaintiff Thomas Canavan is a resident of the State of New York, the Parent of Decedent Sean Canavan, and brings this action on his own behalf as the Parent of Sean Canavan and is entitled to recover damages on the causes of action set forth herein.

481.     Plaintiff Ciaran Canavan is a resident of the State of New Jersey, the Sibling of Decedent Sean Canavan, and brings this action on his own behalf as the Sibling of Sean Canavan and is entitled to recover damages on the causes of action set forth herein.

482.     Plaintiff Helen Jeffrey Cangialosi is a resident of the State of New Jersey, the Parent of Decedent Stephen J. Cangialosi, and brings this action on her own behalf as the Parent of Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein.

483.     Plaintiff Kathleen Cangialosi Rue is a resident of the State of New Jersey, the Sibling of Decedent Stephen J. Cangialosi, and brings this action on her own behalf as the Sibling of Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein.

484.     Plaintiff Elizabeth Anne Dickey is a resident of the State of Vermont, the Sibling of Decedent Stephen J. Cangialosi, and brings this action on her own behalf as the Sibling of Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein.

485.     Plaintiff Karen D. Cangialosi is a resident of the State of New Jersey, the Spouse of Decedent Stephen J. Cangialosi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen J. Cangialosi and on behalf of all survivors of

Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein. Stephen J. Cangialosi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

486.    Plaintiff Thomas Jerome Cangialosi is a resident of the State of New Jersey, the Parent of Decedent Stephen J. Cangialosi, and brings this action on his own behalf as the Parent of Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein.

487.    Plaintiff Thomas J. Cangialosi, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Stephen J. Cangialosi, and brings this action on his own behalf as the Sibling of Stephen J. Cangialosi and is entitled to recover damages on the causes of action set forth herein.

488.    Plaintiff Teresa DiFato is a resident of the State of New York, the Parent of Decedent Lisa Cannava, and brings this action on her own behalf as the Parent of Lisa Cannava and is entitled to recover damages on the causes of action set forth herein.

489.    Plaintiff Antonio DiFato is a resident of the State of New York, the Parent of Decedent Lisa Cannava, and brings this action on his own behalf as the Parent of Lisa Cannava and is entitled to recover damages on the causes of action set forth herein.

490.    Plaintiff Richard Cannava is a resident of the State of New York, the Spouse of Decedent Lisa Cannava, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lisa Cannava and on behalf of all survivors of Lisa Cannava and is entitled to recover damages on the causes of action set forth herein. Lisa Cannava was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

491.     Plaintiff Carol Cannizzaro is a resident of the State of New York, the Parent of Decedent Brian Cannizzaro, and brings this action on her own behalf as the Parent of Brian Cannizzaro and is entitled to recover damages on the causes of action set forth herein.

492.     Plaintiff Simone Cannizzaro is a resident of the State of New York, the Parent of Decedent Brian Cannizzaro, and brings this action on his own behalf as the Parent of Brian Cannizzaro and is entitled to recover damages on the causes of action set forth herein.

493.     Plaintiff Charles Cannizzaro is a resident of the State of New York, the Sibling of Decedent Brian Cannizzaro, and brings this action on his own behalf as the Sibling of Brian Cannizzaro and is entitled to recover damages on the causes of action set forth herein.

494.     Plaintiff Craig Cannizzaro is a resident of the State of New York, the Sibling of Decedent Brian Cannizzaro, and brings this action on his own behalf as the Sibling of Brian Cannizzaro and is entitled to recover damages on the causes of action set forth herein.

495.     Plaintiff Erin Ryan is a resident of the State of New York, the Fiancé of Decedent Michael R. Canty, and brings this action on her own behalf as the Fiancé of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

496.     Plaintiff Kathryn F. Canty is a resident of the State of New York, the Parent of Decedent Michael R. Canty, and brings this action on her own behalf as the Parent of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

497.     Plaintiff Catherine Deasy is a resident of the State of Massachusetts, the Sibling of Decedent Michael R. Canty, and brings this action on her own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

498.    Plaintiff Mary K. Canty is a resident of the State of Connecticut, the Sibling of Decedent Michael R. Canty, and brings this action on her own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

499.    Plaintiff Edward J. Canty is a resident of the State of New York, the Parent of Decedent Michael R. Canty, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael R. Canty and on behalf of all survivors of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein. Michael R. Canty was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

500.    Plaintiff Thomas P. Canty is a resident of Germany, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

501.    Plaintiff Peter M. Canty is a resident of the State of New York, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

502.    Plaintiff James E. Canty is a resident of the State of Massachusetts, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

503.    Plaintiff Timothy M. Canty is a resident of the State of New York, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

504.     Plaintiff John W. Canty is a resident of the State of New York, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

505.     Plaintiff William J. Canty is a resident of the State of New York, the Sibling of Decedent Michael R. Canty, and brings this action on his own behalf as the Sibling of Michael R. Canty and is entitled to recover damages on the causes of action set forth herein.

506.     Plaintiff Patricia Caporicci is a resident of the State of New Jersey, the Parent of Decedent Louis A. Caporicci, and brings this action on her own behalf as the Parent of Louis A. Caporicci and is entitled to recover damages on the causes of action set forth herein.

507.     Plaintiff Nicholas Caporicci is a resident of the State of New Jersey, the Parent of Decedent Louis A. Caporicci, and brings this action on his own behalf as the Parent of Louis A. Caporicci and is entitled to recover damages on the causes of action set forth herein.

508.     Plaintiff Joseph Caporicci is a resident of the State of New York, the Sibling of Decedent Louis A. Caporicci, and brings this action on his own behalf as the Sibling of Louis A. Caporicci and is entitled to recover damages on the causes of action set forth herein.

509.     Plaintiff Frank Caporicci is a resident of the State of New Jersey, the Sibling of Decedent Louis A. Caporicci, and brings this action on his own behalf as the Sibling of Louis A. Caporicci and is entitled to recover damages on the causes of action set forth herein.

510.     Plaintiff Nicholas F. Caporicci, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Louis A. Caporicci, and brings this action on his own behalf as the Sibling of Louis A. Caporicci and is entitled to recover damages on the causes of action set forth herein.

511.     Plaintiff Claudia Cappello is a resident of the State of New York, the Parent of Decedent Jonathan Cappello, and brings this action on her own behalf as the Parent of Jonathan Cappello and is entitled to recover damages on the causes of action set forth herein.

512.     Plaintiff James Cappello is a resident of the State of New York, the Sibling of Decedent Jonathan Cappello, and brings this action on his own behalf as the Sibling of Jonathan Cappello and is entitled to recover damages on the causes of action set forth herein.

513.     Plaintiff Robert E. Cappello, Jr. is a resident of the State of New York, the Sibling of Decedent Jonathan Cappello, and brings this action on his own behalf as the Sibling of Jonathan Cappello and is entitled to recover damages on the causes of action set forth herein.

514.     Plaintiff Robert Cappello, Sr. is a resident of the State of New York, the Parent of Decedent Jonathan Cappello, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Jonathan Cappello and on behalf of all survivors of Jonathan Cappello and is entitled to recover damages on the causes of action set forth herein. Jonathan Cappello was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

515.     Plaintiff Kathleen Cappers is a resident of the State of New York, the Spouse of Decedent James C. Cappers, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James C. Cappers and on behalf of all survivors of James C. Cappers and is entitled to recover damages on the causes of action set forth herein. James C. Cappers was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

516.     Plaintiff Dolores Caproni is a resident of the State of Maryland, the Parent of Decedent Richard M. Caproni, and brings this action on her own behalf as the Parent of Richard M. Caproni and is entitled to recover damages on the causes of action set forth herein.

517.     Plaintiff Lisa Caproni is a resident of the State of New York, the Sibling of Decedent Richard M. Caproni, and brings this action on her own behalf as the Sibling of Richard M. Caproni and is entitled to recover damages on the causes of action set forth herein.

518.     Plaintiff Richard A. Caproni is a resident of the State of Maryland, the Parent of Decedent Richard M. Caproni, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Richard M. Caproni and on behalf of all survivors of Richard M. Caproni and is entitled to recover damages on the causes of action set forth herein. Richard M. Caproni was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

519.     Plaintiff Christopher Caproni is a resident of the State of Maryland, the Sibling of Decedent Richard M. Caproni, and brings this action on his own behalf as the Sibling of Richard M. Caproni and is entitled to recover damages on the causes of action set forth herein.

520.     Plaintiff Michael Caproni is a resident of the State of New York, the Sibling of Decedent Richard M. Caproni, and brings this action on his own behalf as the Sibling of Richard M. Caproni and is entitled to recover damages on the causes of action set forth herein.

521.     Plaintiff Nicole T. Carey is a resident of the State of New York, the Child of Decedent Dennis M. Carey, and brings this action on her own behalf as the Child of Dennis M. Carey and is entitled to recover damages on the causes of action set forth herein.

522.     Plaintiff Jean Carey is a resident of the State of New York, the Spouse of Decedent Dennis M. Carey, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Dennis M. Carey and on behalf of all survivors of Dennis M. Carey and is entitled to recover damages on the causes of action set forth herein. Dennis M. Carey was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

523.    Plaintiff Dennis M. Carey, Jr. is a resident of the State of New York, the Child of Decedent Dennis M. Carey, and brings this action on his own behalf as the Child of Dennis M. Carey and is entitled to recover damages on the causes of action set forth herein.

524.    Plaintiff Phyllis Carlo is a resident of the State of Florida, the Parent of Decedent Michael Scott Carlo, and brings this action on her own behalf as the Parent of Michael Scott Carlo and is entitled to recover damages on the causes of action set forth herein.

525.    Plaintiff Robert D. Carlo is a resident of the State of Maryland, the Parent of Decedent Michael Scott Carlo, and brings this action on his own behalf as the Parent of Michael Scott Carlo and is entitled to recover damages on the causes of action set forth herein.

526.    Plaintiff Robert E. Carlo is a resident of the State of New York, the Sibling of Decedent Michael Scott Carlo, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Michael Scott Carlo and on behalf of all survivors of Michael Scott Carlo and is entitled to recover damages on the causes of action set forth herein. Michael Scott Carlo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

527.    Plaintiff Craig D. Carlson is a resident of the State of New Jersey, brings this action on behalf of the minor children K.C., S.R.C., D.C., and J.D.C. and is entitled to recover damages on the causes of action set forth herein.

528.     Plaintiff Catherine Mary Ross is a resident of France, the Parent of Decedent Jeremy Mark Carrington, and brings this action on her own behalf as the Parent of Jeremy Mark Carrington and is entitled to recover damages on the causes of action set forth herein.

529.     Plaintiff DOE 128 is a resident of the United Kingdom, the Sibling of Decedent DOE 128, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

530.     Plaintiff Sarah Jane Carrington is a resident of  United Kingdom, the Sibling of Decedent Jeremy Mark Carrington, and brings this action on her own behalf as the Sibling of Jeremy Mark Carrington and is entitled to recover damages on the causes of action set forth herein.

531.     Plaintiff DOE 128 is a resident of the United Kingdom, the Parent of Decedent DOE 128, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

532.     Plaintiff Mary E. Jones is a resident of the State of Massachusetts, the Parent of Decedent Christoffer Mikael Carstanjen, and brings this action on her own behalf as the Parent of Christoffer Mikael Carstanjen and is entitled to recover damages on the causes of action set forth herein.

533.     Plaintiff Mikael Carstanjen is a resident of the State of Massachusetts, the Parent of Decedent Christoffer Mikael Carstanjen, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christoffer Mikael Carstanjen and on behalf of all survivors of Christoffer Mikael Carstanjen and is entitled to recover damages on the causes of action set forth herein. Christoffer Mikael Carstanjen was killed on board United Airlines

Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

534.   Plaintiff Michelle Wright is a resident of the State of California, the Child of Decedent Sandra Wright Cartledge, and brings this action on her own behalf as the Child of Sandra Wright Cartledge and is entitled to recover damages on the causes of action set forth herein.

535.   Plaintiff Stephen Cartledge is a resident of the State of Florida, the Spouse of Decedent Sandra Wright Cartledge, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Sandra Wright Cartledge and on behalf of all survivors of Sandra Wright Cartledge and is entitled to recover damages on the causes of action set forth herein. Sandra Wright Cartledge was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

536.   Plaintiff Tangela Wilkes is a resident of the State of Virginia, the Sibling of Decedent Sharon Ann Carver, and brings this action on her own behalf as the Sibling of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein.

537.   Plaintiff Janet Carver is a resident of the State of Maryland, the Sibling of Decedent Sharon Ann Carver, and brings this action on her own behalf as the Sibling of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein.

538.   Plaintiff Veronica Carver is a resident of the State of Maryland, the Sibling of Decedent Sharon Ann Carver, and brings this action on her own behalf as the Sibling of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein.

539.   Plaintiff Sylvia Annette Carver is a resident of the State of Maryland, the Sibling of Decedent Sharon Ann Carver, and brings this action on her own behalf as Sibling and as the

Personal Representative of the Estate of Sharon Ann Carver and on behalf of all survivors of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein. Sharon Ann Carver was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

540.    Plaintiff Reginald Carver is a resident of the State of Virginia, the Sibling of Decedent Sharon Ann Carver, and brings this action on his own behalf as the Sibling of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein.

541.    Plaintiff Arthur Carver is a resident of the State of Virginia, the Sibling of Decedent Sharon Ann Carver, and brings this action on his own behalf as the Sibling of Sharon Ann Carver and is entitled to recover damages on the causes of action set forth herein.

542.    Plaintiff DOE 06 is a resident of the state of New Jersey, the Spouse of Decedent DOE 06, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 06 and as the Personal Representative of the Estate of DOE 06 and is entitled to recover damages on the causes of action set forth herein. DOE 06 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

543.    Plaintiff Mary Ann Hunt, now deceased, was a resident of the State of New York, and the Parent of Decedent Kathleen Ann Hunt Casey; the Co-Representatives of her Estate, Maureen Hunt and Eileen Ann Mosca, bring this action and is entitled to recover damages on the causes of action set forth herein.

544.    Plaintiff Maureen Hunt is a resident of the State of New Jersey, the Sibling of Decedent Kathleen Ann Hunt Casey, and brings this action on her own behalf as the Sibling of

Kathleen Ann Hunt Casey and is entitled to recover damages on the causes of action set forth herein.

545.     Plaintiff Eileen Ann Mosca is a resident of the State of New York, the Sibling of Decedent Kathleen Ann Hunt Casey, and brings this action on her own behalf as the Sibling of Kathleen Ann Hunt Casey and is entitled to recover damages on the causes of action set forth herein.

546.     Plaintiff Anne T. Heffernan is a resident of the State of Massachusetts, the Parent of Decedent Neilie Anne Heffernan Casey, and brings this action on her own behalf as the Parent of Neilie Anne Heffernan Casey and is entitled to recover damages on the causes of action set forth herein.

547.     Plaintiff Michael W. Casey is a resident of the State of Massachusetts, the Spouse of Decedent Neilie Anne Heffernan Casey, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Neilie Anne Heffernan Casey and on behalf of all survivors of Neilie Anne Heffernan Casey and is entitled to recover damages on the causes of action set forth herein. Neilie Anne Heffernan Casey was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

548.     Plaintiff Margaret Ann Cashman is a resident of the State of New Jersey, the Spouse of Decedent William Joseph Cashman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Joseph Cashman and on behalf of all survivors of William Joseph Cashman and is entitled to recover damages on the causes of action set forth herein. William Joseph Cashman was killed on board United Airlines

Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

549.    Plaintiff Teresa A. Lanzisero is a resident of the State of New York, the Fiancé of Decedent Thomas A. Casoria, and brings this action on her own behalf as the Fiancé of Thomas A. Casoria and is entitled to recover damages on the causes of action set forth herein.

550.    Plaintiff DOE 30 is a resident of the state of Massachusetts, the Sibling of Decedent DOE 30, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

551.    Plaintiff DOE 30 is a resident of the state of Kansas, the Sibling of Decedent DOE 30, and brings this action on her own behalf as Sibling and on behalf of all survivors of DOE 30 and as the Personal Representative of the Estate of DOE 30 and is entitled to recover damages on the causes of action set forth herein. DOE 30 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

552.    Plaintiff DOE 30, now deceased, was a resident of the State of Kansas, and the Parent of Decedent DOE 30; the Representative of the Estate of Parent DOE 30 brings this action on behalf of his estate and is entitled to recover damages on the causes of action set forth herein.

553.    Plaintiff DOE 30, now deceased, was a resident of the State of Kansas, and the Parent of Decedent DOE 30; the Representative of the Estate of Parent DOE 30 brings this action on behalf of her estate and is entitled to recover damages on the causes of action set forth herein.

554.    Plaintiff Lynn M. Castrianno is a resident of the State of Nevada, the Sibling of Decedent Leonard Castrianno, and brings this action on her own behalf as the Sibling of Leonard Castrianno and is entitled to recover damages on the causes of action set forth herein.

555.     Plaintiff Alison Gail Henderson is a resident of the State of New Jersey, the Sibling of Decedent Christopher Sean Caton, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Christopher Sean Caton and on behalf of all survivors of Christopher Sean Caton and is entitled to recover damages on the causes of action set forth herein. Christopher Sean Caton was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

556.     Plaintiff Linda Alicia Cavalier is a resident of the State of New York, the Parent of Decedent Judson Cavalier, and brings this action on her own behalf as the Parent of Judson Cavalier and is entitled to recover damages on the causes of action set forth herein.

557.     Plaintiff Andrew Cavalier is a resident of the State of New York, the Sibling of Decedent Judson Cavalier, and brings this action on his own behalf as the Sibling of Judson Cavalier and is entitled to recover damages on the causes of action set forth herein.

558.     Plaintiff Bradford Cavalier is a resident of the State of New York, the Sibling of Decedent Judson Cavalier, and brings this action on his own behalf as the Sibling of Judson Cavalier and is entitled to recover damages on the causes of action set forth herein.

559.     Plaintiff Gerard C. Cavalier, Jr. is a resident of the State of New York, the Parent of Decedent Judson Cavalier, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Judson Cavalier and on behalf of all survivors of Judson Cavalier and is entitled to recover damages on the causes of action set forth herein. Judson Cavalier was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

560.     Plaintiff Margaret M. Cawley is a resident of the State of New York, the Parent of Decedent Michael Joseph Cawley, and brings this action on her own behalf as the Parent of

Michael Joseph Cawley and is entitled to recover damages on the causes of action set forth herein.

561.    Plaintiff Kristin A. Cawley is a resident of the State of New York, the Sibling of Decedent Michael Joseph Cawley, and brings this action on her own behalf as the Sibling of Michael Joseph Cawley and is entitled to recover damages on the causes of action set forth herein.

562.    Plaintiff John J. Cawley is a resident of the State of New York, the Parent of Decedent Michael Joseph Cawley, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Joseph Cawley and on behalf of all survivors of Michael Joseph Cawley and is entitled to recover damages on the causes of action set forth herein. Michael Joseph Cawley was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

563.    Plaintiff Brendan K. Cawley is a resident of the State of New York, the Sibling of Decedent Michael Joseph Cawley, and brings this action on his own behalf as the Sibling of Michael Joseph Cawley and is entitled to recover damages on the causes of action set forth herein.

564.    Plaintiff Suzan Cayne is a resident of the State of New Jersey, the Parent of Decedent Jason David Cayne, and brings this action on her own behalf as the Parent of Jason David Cayne and is entitled to recover damages on the causes of action set forth herein.

565.    Plaintiff Jordan Cayne is a resident of the State of New Jersey, the Parent of Decedent Jason David Cayne, and brings this action on his own behalf as the Parent of Jason David Cayne and is entitled to recover damages on the causes of action set forth herein.

566.    Plaintiff DOE 50 is a resident of the state of Pennsylvania, the Sibling of Decedent DOE 50, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

567.    Plaintiff DOE 50 is a resident of the state of Pennsylvania, the Sibling of Decedent DOE 50, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

568.    Plaintiff DOE 50 is a resident of the state of New Jersey, the Spouse of Decedent DOE 50, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 50 and as the Personal Representative of the Estate of DOE 50 and is entitled to recover damages on the causes of action set forth herein. DOE 50 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

569.    Plaintiff Lakshmi Chalasani is a resident of the State of New York, the Parent of Decedent Swarna Chalasani, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Swarna Chalasani and on behalf of all survivors of Swarna Chalasani and is entitled to recover damages on the causes of action set forth herein. Swarna Chalasani was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

570.    Plaintiff Sujana Chalasani is a resident of the State of New Hampshire, the Sibling of Decedent Swarna Chalasani, and brings this action on her own behalf as the Sibling of Swarna Chalasani and is entitled to recover damages on the causes of action set forth herein.

571.     Plaintiff Sandhya Chalasani is a resident of the State of New York, the Sibling of Decedent Swarna Chalasani, and brings this action on her own behalf as the Sibling of Swarna Chalasani and is entitled to recover damages on the causes of action set forth herein.

572.     Plaintiff Nageswararao Chalasani is a resident of the State of New York, the Parent of Decedent Swarna Chalasani, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Swarna Chalasani and on behalf of all survivors of Swarna Chalasani and is entitled to recover damages on the causes of action set forth herein. Swarna Chalasani was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

573.     Plaintiff Venkateswanango Chalasani is a resident of the State of New Jersey, the Sibling of Decedent Swarna Chalasani, and brings this action on his own behalf as the Sibling of Swarna Chalasani and is entitled to recover damages on the causes of action set forth herein.

574.     Plaintiff Mable Chalcoff is a resident of the State of New York, the Spouse of Decedent William Chalcoff, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Chalcoff and on behalf of all survivors of William Chalcoff and is entitled to recover damages on the causes of action set forth herein. William Chalcoff was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

575.     Plaintiff Haim Chalouh is a resident of the State of New York, the Sibling of Decedent Eli Chalouh, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Eli Chalouh and on behalf of all survivors of Eli Chalouh and is entitled to recover damages on the causes of action set forth herein. Eli Chalouh was killed at

Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

576.    Plaintiff Julia Chan is a resident of the State of Illinois, the Parent of Decedent Charles L. Chan, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Charles L. Chan and on behalf of all survivors of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein. Charles L. Chan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

577.    Plaintiff John Oland Chan is a resident of the State of Illinois, the Parent of Decedent Charles L. Chan, and brings this action on his own behalf as the Parent of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein.

578.    Plaintiff Christopher J. Chan is a resident of the State of Illinois, the Sibling of Decedent Charles L. Chan, and brings this action on his own behalf as the Sibling of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein.

579.    Plaintiff Mark A. Chan is a resident of the State of Illinois, the Sibling of Decedent Charles L. Chan, and brings this action on his own behalf as the Sibling of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein.

580.    Plaintiff Matthew P. Chan is a resident of the State of Illinois, the Sibling of Decedent Charles L. Chan, and brings this action on his own behalf as the Sibling of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein.

581.    Plaintiff Craig A. Chan is a resident of the State of Illinois, the Sibling of Decedent Charles L. Chan, and brings this action on his own behalf as the Sibling of Charles L. Chan and is entitled to recover damages on the causes of action set forth herein.

582.     Plaintiff Grace Elaine Ellis is a resident of the State of New Jersey, the Child of Decedent Rosa M. Chapa, and brings this action on her own behalf as the Child of Rosa M. Chapa and is entitled to recover damages on the causes of action set forth herein.

583.     Plaintiff Elza m. McGowan is a resident of the State of Maryland, the Child of Decedent Rosa M. Chapa, and brings this action on her own behalf as Child and as the Executor of the Estate of Rosa M. Chapa and on behalf of all survivors of Rosa M. Chapa and is entitled to recover damages on the causes of action set forth herein. Rosa M. Chapa was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

584.     Plaintiff Julie Chapa Field is a resident of the State of North Carolina, the Child of Decedent Rosa M. Chapa, and brings this action on her own behalf as the Child of Rosa M. Chapa and is entitled to recover damages on the causes of action set forth herein.

585.     Plaintiff Jose Javier Chapa, now deceased, was a resident of the State of Virginia, and the Spouse of Decedent Rosa M. Chapa; the Representative of his Estate, Julie Chapa Field, brings this action and is entitled to recover damages on the causes of action set forth herein.

586.     Plaintiff John L. Chapa, now deceased, was a resident of the State of Virginia, and the Child of Decedent Rosa M. Chapa; the Representative of his Estate, Denise Reid Chapa, brings this action and is entitled to recover damages on the causes of action set forth herein.

587.     Plaintiff Roger A. Chapa is a resident of the State of California, the Child of Decedent Rosa M. Chapa, and brings this action on his own behalf as the Child of Rosa M. Chapa and is entitled to recover damages on the causes of action set forth herein.

588.     Plaintiff Cheryl A. Desmarais is a resident of the State of New Jersey, the Spouse of Decedent Mark L. Charette, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Mark L. Charette and on behalf of all survivors of Mark L. Charette and is entitled to recover damages on the causes of action set forth herein. Mark L. Charette was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

589.    Plaintiff Denise Burger is a resident of the State of Virginia, the Sibling of Decedent David Michael Charlebois, and brings this action on her own behalf as the Sibling of David Michael Charlebois and is entitled to recover damages on the causes of action set forth herein.

590.    Plaintiff Marmily Cabrera is a resident of the State of New York, the Spouse of Decedent Pedro Checo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Pedro Checo and on behalf of all survivors of Pedro Checo and is entitled to recover damages on the causes of action set forth herein. Pedro Checo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

591.    Plaintiff Sharon Ritchie Mullin is a resident of the State of California, the Parent of Decedent Stephen Patrick Cherry, and brings this action on her own behalf as the Parent of Stephen Patrick Cherry and is entitled to recover damages on the causes of action set forth herein.

592.    Plaintiff Mary Ellen Cherry is a resident of the State of Idaho, the Spouse of Decedent Stephen Patrick Cherry, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen Patrick Cherry and on behalf of all survivors of Stephen Patrick Cherry and is entitled to recover damages on the causes of action set forth

herein. Stephen Patrick Cherry was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

593.    Plaintiff Donald R. Cherry is a resident of the State of Nevada, the Parent of Decedent Stephen Patrick Cherry, and brings this action on his own behalf as the Parent of Stephen Patrick Cherry and is entitled to recover damages on the causes of action set forth herein.

594.    Plaintiff Shawn R. Cherry is a resident of the State of Florida, the Sibling of Decedent Stephen Patrick Cherry, and brings this action on his own behalf as the Sibling of Stephen Patrick Cherry and is entitled to recover damages on the causes of action set forth herein.

595.    Plaintiff Zeneida Chevalier is a resident of the State of Florida, the Parent of Decedent Nestor Julio Chevalier, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Nestor Julio Chevalier, Jr. and on behalf of all survivors of Nestor Julio Chevalier, Jr. and is entitled to recover damages on the causes of action set forth herein. Nestor Julio Chevalier, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

596.    Plaintiff Mauricio Chevalier is a resident of the State of Florida, the Sibling of Decedent Nestor Julio Chevalier, Jr., and brings this action on his own behalf as the Sibling of Nestor Julio Chevalier, Jr. and is entitled to recover damages on the causes of action set forth herein.

597.    Plaintiff Nestor J. Chevalier, Sr. is a resident of the State of Florida, the Parent of Decedent Nestor Julio Chevalier, Jr., and brings this action on his own behalf as the Parent of

Nestor Julio Chevalier, Jr. and is entitled to recover damages on the causes of action set forth herein.

598.    Plaintiff DOE 55 is a resident of the state of New Jersey, the Parent of Decedent DOE 55, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 55 and as the Personal Representative of the Estate of DOE 55 and is entitled to recover damages on the causes of action set forth herein. DOE 55 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

599.    Plaintiff DOE 55 is a resident of the New York, the Sibling of Decedent DOE 55, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

600.    Plaintiff DOE 55 is a resident of the New Jersey, the Sibling of Decedent DOE 55, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

601.    Plaintiff Vernon F. Chevalier, Jr. is a resident of the State of Florida, the Parent of Decedent Swede Joseph Chevalier, and brings this action on his own behalf as the Parent of Swede Joseph Chevalier and is entitled to recover damages on the causes of action set forth herein.

602.    Plaintiff Lisa Maria Dreher is a resident of the State of New York, the Child of Decedent Dorothy J. Chiarchiaro, and brings this action on her own behalf as the Child of Dorothy J. Chiarchiaro and is entitled to recover damages on the causes of action set forth herein.

603.    Plaintiff Irene Arguelles is a resident of the State of New Jersey, the Sibling of Decedent Dorothy J. Chiarchiaro, and brings this action on her own behalf as the Sibling of Dorothy J. Chiarchiaro and is entitled to recover damages on the causes of action set forth herein.

604.    Plaintiff Evelyn Diaz is a resident of the State of New Jersey, the Sibling of Decedent Dorothy J. Chiarchiaro, and brings this action on her own behalf as the Sibling of Dorothy J. Chiarchiaro and is entitled to recover damages on the causes of action set forth herein.

605.    Plaintiff Nicholas James Chiarchiaro is a resident of the State of New Jersey, the Child of Decedent Dorothy J. Chiarchiaro, and brings this action on his own behalf as the Child of Dorothy J. Chiarchiaro and is entitled to recover damages on the causes of action set forth herein.

606.    Plaintiff Nicholas Mario Chiarchiaro, Sr. is a resident of the State of New York, the Spouse of Decedent Dorothy J. Chiarchiaro, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Dorothy J. Chiarchiaro and on behalf of all survivors of Dorothy J. Chiarchiaro and is entitled to recover damages on the causes of action set forth herein. Dorothy J. Chiarchiaro was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

607.    Plaintiff Joan A. Chiofalo is a resident of the State of New York, the Spouse of Decedent Nicholas Paul Chiofalo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Nicholas Paul Chiofalo and on behalf of all survivors of Nicholas Paul Chiofalo and is entitled to recover damages on the causes of action set forth herein. Nicholas Paul Chiofalo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

608.    Plaintiff Eileen Chipura Cella is a resident of the State of New Jersey, the Sibling of Decedent John G. Chipura, and brings this action on her own behalf as the Sibling of John G. Chipura and is entitled to recover damages on the causes of action set forth herein.

609.    Plaintiff Nancy J. Chipura is a resident of the State of New York, the Sibling of Decedent John G. Chipura, and brings this action on her own behalf as the Sibling of John G. Chipura and is entitled to recover damages on the causes of action set forth herein.

610.    Plaintiff Susan G. Cohen is a resident of the State of New Jersey, the Sibling of Decedent John G. Chipura, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of John G. Chipura and on behalf of all survivors of John G. Chipura and is entitled to recover damages on the causes of action set forth herein. John G. Chipura was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

611.    Plaintiff Gerard M. Chipura is a resident of the State of New York, the Sibling of Decedent John G. Chipura, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of John G. Chipura and on behalf of all survivors of John G. Chipura and is entitled to recover damages on the causes of action set forth herein. John G. Chipura was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

612.    Plaintiff Catherine Deblieck is a resident of the State of Pennsylvania, the Sibling of Decedent Peter Chirchirillo, and brings this action on her own behalf as the Sibling of Peter Chirchirillo and is entitled to recover damages on the causes of action set forth herein.

613.    Plaintiff Livia Chirchirillo is a resident of the State of New York, the Sibling of Decedent Peter Chirchirillo, and brings this action on her own behalf as the Sibling of Peter Chirchirillo and is entitled to recover damages on the causes of action set forth herein.

614.    Plaintiff Clara Chirchirillo is a resident of the State of Florida, the Spouse of Decedent Peter Chirchirillo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter Chirchirillo and on behalf of all survivors of Peter Chirchirillo and is entitled to recover damages on the causes of action set forth herein. Peter Chirchirillo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

615.    Plaintiff Sydney Chirls is a resident of the State of California, the Child of Decedent Catherine Ellen Chirls, and brings this action on her own behalf as the Child of Catherine Ellen Chirls and is entitled to recover damages on the causes of action set forth herein.

616.    Plaintiff Dylan Chirls is a resident of the State of New York, the Child of Decedent Catherine Ellen Chirls, and brings this action on his own behalf as the Child of Catherine Ellen Chirls and is entitled to recover damages on the causes of action set forth herein.

617.    Plaintiff Nicholas Chirls is a resident of the State of New York, the Child of Decedent Catherine Ellen Chirls, and brings this action on his own behalf as the Child of Catherine Ellen Chirls and is entitled to recover damages on the causes of action set forth herein.

618.    Plaintiff David S. Chirls is a resident of the State of New York, the Spouse of Decedent Catherine Ellen Chirls, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Catherine Ellen Chirls and on behalf of all survivors of Catherine Ellen Chirls and is entitled to recover damages on the causes of action set forth herein.

Catherine Ellen Chirls was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

619.    Plaintiff Yuree Cho is a resident of the State of New Jersey, the Parent of Decedent Kyung Hee Cho, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Kyung Hee Cho and on behalf of all survivors of Kyung Hee Cho and is entitled to recover damages on the causes of action set forth herein. Kyung Hee Cho was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

620.    Plaintiff Myung Cho is a resident of the State of New Jersey, the Sibling of Decedent Kyung Hee Cho, and brings this action on her own behalf as the Sibling of Kyung Hee Cho and is entitled to recover damages on the causes of action set forth herein.

621.    Plaintiff Jin Hee Cho is a resident of the State of New Jersey, the Sibling of Decedent Kyung Hee Cho, and brings this action on her own behalf as the Sibling of Kyung Hee Cho and is entitled to recover damages on the causes of action set forth herein.

622.    Plaintiff Charles Christophe is a resident of the State of New Jersey, the Spouse of Decedent Kirsten L. Christophe, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Kirsten L. Christophe and on behalf of all survivors of Kirsten L. Christophe and is entitled to recover damages on the causes of action set forth herein. Kirsten L. Christophe was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

623.    Plaintiff Pui Lin Chung is a resident of the State of New York, the Parent of Decedent Wai C. Chung, and brings this action on her own behalf as the Parent of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein.

624.     Plaintiff Winnie Chung is a resident of the State of New York, the Sibling of Decedent Wai C. Chung, and brings this action on her own behalf as the Sibling of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein.

625.     Plaintiff Julie Tam is a resident of the State of New York, the Sibling of Decedent Wai C. Chung, and brings this action on her own behalf as the Sibling of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein.

626.     Plaintiff Ying Kwan Chung is a resident of the State of New York, the Parent of Decedent Wai C. Chung, and brings this action on his own behalf as the Parent of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein.

627.     Plaintiff Steve Chung is a resident of the State of New York, the Sibling of Decedent Wai C. Chung, and brings this action on his own behalf as the Sibling of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein.

628.     Plaintiff Richard Chung is a resident of the State of Connecticut, the Sibling of Decedent Wai C. Chung, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Wai C. Chung and on behalf of all survivors of Wai C. Chung and is entitled to recover damages on the causes of action set forth herein. Wai C. Chung was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

629.     Plaintiff Theresa A. Cilente is a resident of the State of New York, the Sibling of Decedent Frances Cilente, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Frances Cilente and on behalf of all survivors of Frances Cilente and is entitled to recover damages on the causes of action set forth herein. Frances

Cilente was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

630.    Plaintiff Lynne Cillo-Capaldo is a resident of the State of New Jersey, the Sibling of Decedent Elaine Cillo, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Elaine Cillo and on behalf of all survivors of Elaine Cillo and is entitled to recover damages on the causes of action set forth herein. Elaine Cillo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

631.    Plaintiff Nunzi C. Cillo is a resident of the State of New York, the Parent of Decedent Elaine Cillo, and brings this action on his own behalf as the Parent of Elaine Cillo and is entitled to recover damages on the causes of action set forth herein.

632.    Plaintiff Gary Cillo is a resident of the State of New York, the Sibling of Decedent Elaine Cillo, and brings this action on his own behalf as the Sibling of Elaine Cillo and is entitled to recover damages on the causes of action set forth herein.

633.    Plaintiff Alicia LeGuillow is a resident of the State of New York, the Parent of Decedent Nestor A. Cintron, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Nestor A. Cintron and on behalf of all survivors of Nestor A. Cintron and is entitled to recover damages on the causes of action set forth herein. Nestor A. Cintron was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

634.    Plaintiff Christopher J. Cintron is a resident of the State of New York, the Sibling of Decedent Nestor A. Cintron, and brings this action on his own behalf as the Sibling of Nestor A. Cintron and is entitled to recover damages on the causes of action set forth herein.

635.    Plaintiff Fred Gonzalez, Jr. is a resident of the State of New York, the Sibling of Decedent Nestor A. Cintron, and brings this action on his own behalf as the Sibling of Nestor A. Cintron and is entitled to recover damages on the causes of action set forth herein.

636.    Plaintiff Jessica Cirri is a resident of the State of New Jersey, the Child of Decedent Robert D. Cirri, Sr., and brings this action on her own behalf as the Child of Robert D. Cirri, Sr. and is entitled to recover damages on the causes of action set forth herein.

637.    Plaintiff Eileen Mary Cirri is a resident of the State of Florida, the Spouse of Decedent Robert D. Cirri, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert D. Cirri, Sr. and on behalf of all survivors of Robert D. Cirri, Sr. and is entitled to recover damages on the causes of action set forth herein. Robert D. Cirri, Sr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

638.    Plaintiff Robert Cirri, Jr. is a resident of the State of New Jersey, the Child of Decedent Robert D. Cirri, Sr., and brings this action on his own behalf as the Child of Robert D. Cirri, Sr. and is entitled to recover damages on the causes of action set forth herein.

639.    Plaintiff Tracey Clark Bourke is a resident of the State of Maryland, the Child of Decedent Sarah Miller Clark, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Sarah Miller Clark and on behalf of all survivors of Sarah Miller Clark and is entitled to recover damages on the causes of action set forth herein. Sarah Miller Clark was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

640.    Plaintiff John Clarke is a resident of the State of South Carolina, the Parent of Decedent Michael Clarke, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Clarke and on behalf of all survivors of Michael Clarke and is entitled to recover damages on the causes of action set forth herein. Michael Clarke was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

641.    Plaintiff James Clarke is a resident of the State of South Carolina, the Sibling of Decedent Michael Clarke, and brings this action on his own behalf as the Sibling of Michael Clarke and is entitled to recover damages on the causes of action set forth herein.

642.    Plaintiff Margaret Alexandra Clarke is a resident of  England, the Parent of Decedent Suria R. E. Clarke, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Suria R. E. Clarke and on behalf of all survivors of Suria R. E. Clarke and is entitled to recover damages on the causes of action set forth herein. Suria R. E. Clarke was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

643.    Plaintiff Thomas J.W. Clarke is a resident of  United Kingdom, the Sibling of Decedent Suria R. E. Clarke, and brings this action on his own behalf as the Sibling of Suria R. E. Clarke and is entitled to recover damages on the causes of action set forth herein.

644.    Plaintiff John A.G. Clarke is a resident of  United Kingdom, the Sibling of Decedent Suria R. E. Clarke, and brings this action on his own behalf as the Sibling of Suria R. E. Clarke and is entitled to recover damages on the causes of action set forth herein.

119

645. Plaintiff Betty B. Cleere, now deceased, was a resident of the State of Mississippi, and the Parent of Decedent James Durward Cleere; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

646. Plaintiff Judy Cleere Gordon is a resident of the State of Texas, the Sibling of Decedent James Durward Cleere, and brings this action on her own behalf as the Sibling of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein.

647. Plaintiff Patricia Cleere Wilgus is a resident of the State of Mississippi, the Sibling of Decedent James Durward Cleere, and brings this action on her own behalf as the Sibling of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein.

648. Plaintiff Jan Cleere Peavy is a resident of the State of Mississippi, the Sibling of Decedent James Durward Cleere, and brings this action on her own behalf as the Sibling of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein.

649. Plaintiff Jean Lorraine Cleere is a resident of the State of Iowa, the Spouse of Decedent James Durward Cleere, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Durward Cleere and on behalf of all survivors of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein. James Durward Cleere was killed at Three World Trade Center - Marriott Hotel as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

650. Plaintiff A. Scott Cleere is a resident of the State of Florida, the Child of Decedent James Durward Cleere, and brings this action on his own behalf as the Child of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein.

651.     Plaintiff Jeffrey K. Cleere is a resident of the State of Iowa, the Child of Decedent James Durward Cleere, and brings this action on his own behalf as the Child of James Durward Cleere and is entitled to recover damages on the causes of action set forth herein.

652.     Plaintiff Leslie Brown is a resident of the State of Maryland, the Sibling of Decedent Jeffrey Alan Coale, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Jeffrey Alan Coale and on behalf of all survivors of Jeffrey Alan Coale and is entitled to recover damages on the causes of action set forth herein. Jeffrey Alan Coale was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.  Plaintiff William Coale, now deceased, was a resident of the State of Maryland, the Parent of Decedent  Jeffrey Alan Coale; the Representative of his Estate, Leslie Brown, brings this action and is entitled to recover damages on the causes of action set forth herein.

653.     Plaintiff Frances M. Coffey is a resident of the State of Texas, the Spouse of Decedent Daniel M. Coffey, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel M. Coffey and on behalf of all survivors of Daniel M. Coffey and is entitled to recover damages on the causes of action set forth herein. Daniel M. Coffey was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

654.     Plaintiff Kevin M. Coffey is a resident of the State of New York, the Child of Decedent Daniel M. Coffey, and brings this action on his own behalf as the Child of Daniel M. Coffey and is entitled to recover damages on the causes of action set forth herein.

655.    Plaintiff Daniel D. Coffey is a resident of the State of Texas, the Child of Decedent Daniel M. Coffey, and brings this action on his own behalf as the Child of Daniel M. Coffey and is entitled to recover damages on the causes of action set forth herein.

656.    Plaintiff Frances M. Coffey is a resident of the State of Texas, the Parent of Decedent Jason M. Coffey, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jason M. Coffey and on behalf of all survivors of Jason M. Coffey and is entitled to recover damages on the causes of action set forth herein. Jason M. Coffey was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

657.    Plaintiff Kevin M. Coffey is a resident of the State of New York, the Sibling of Decedent Jason M. Coffey, and brings this action on his own behalf as the Sibling of Jason M. Coffey and is entitled to recover damages on the causes of action set forth herein.

658.    Plaintiff Daniel D. Coffey is a resident of the State of Texas, the Sibling of Decedent Jason M. Coffey, and brings this action on his own behalf as the Sibling of Jason M. Coffey and is entitled to recover damages on the causes of action set forth herein.

659.    Plaintiff Marcia Elaine Cohen is a resident of the State of Florida, the Parent of Decedent Kevin Sanford Cohen, and brings this action on her own behalf as the Parent of Kevin Sanford Cohen and is entitled to recover damages on the causes of action set forth herein.

660.    Plaintiff Barry Cohen is a resident of the State of New Jersey, the Parent of Decedent Kevin Sanford Cohen, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Kevin Sanford Cohen and on behalf of all survivors of Kevin Sanford Cohen and is entitled to recover damages on the causes of action set forth herein.

Kevin Sanford Cohen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

661.    Plaintiff Jean Colaio Steinbach is a resident of the State of New York, the Sibling of Decedent Mark J. Colaio, and brings this action on her own behalf as the Sibling of Mark J. Colaio and is entitled to recover damages on the causes of action set forth herein.

662.    Plaintiff June Coppola is a resident of the State of New York, the Spouse of Decedent Mark J. Colaio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark J. Colaio and on behalf of all survivors of Mark J. Colaio and is entitled to recover damages on the causes of action set forth herein. Mark J. Colaio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

663.    Plaintiff Victor J. Colaio is a resident of the State of New York, the Parent of Decedent Mark J. Colaio, and brings this action on his own behalf as the Parent of Mark J. Colaio and is entitled to recover damages on the causes of action set forth herein.

664.    Plaintiff Mary C. Colaio, now deceased, was a resident of the State of New York, and the Parent of Decedent Mark J. Colaio; the Representative of her Estate, Victor J. Colaio, brings this action and is entitled to recover damages on the causes of action set forth herein.

665.    Plaintiff DOE 120 is a resident of the New York, the Fiancé of Decedent DOE 120, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

666.    Plaintiff Jean Colaio Steinbach is a resident of the State of New York, the Sibling of Decedent Stephen J. Colaio, and brings this action on her own behalf as the Sibling of Stephen J. Colaio and is entitled to recover damages on the causes of action set forth herein.

123

667.    Plaintiff Victor J. Colaio is a resident of the State of New York, the Parent of Decedent Stephen J. Colaio, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Stephen J. Colaio and on behalf of all survivors of Stephen J. Colaio and is entitled to recover damages on the causes of action set forth herein. Stephen J. Colaio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001. Plaintiff Victor J. Colaio also brings this action as the Executor of the Estate of Mary C. Colaio, now deceased Parent of decedent Mark J. Colaio and is entitled to recover damages on the causes of action set forth herein.

668.    Plaintiff Kelly Colasanti is a resident of the State of New York, the Spouse of Decedent Christopher Colasanti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher Colasanti and on behalf of all survivors of Christopher Colasanti and is entitled to recover damages on the causes of action set forth herein. Christopher Colasanti was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

669.    Plaintiff Marie Colbert, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Michel P. Colbert; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

670.    Plaintiff Elizabeth J. Todd-Colbert is a resident of  United Kingdom, the Spouse of Decedent Michel P. Colbert, and brings this action on her own behalf as the Spouse of Michel P. Colbert and is entitled to recover damages on the causes of action set forth herein.

671.    Plaintiff William J. Nielsen is a resident of the State of New York, the Not Related of Decedent Michel P. Colbert, and brings this action on his own behalf as Not Related

124

and as the Co-Administrator of the Estate of Michel P. Colbert and on behalf of all survivors of Michel P. Colbert and is entitled to recover damages on the causes of action set forth herein. Michel P. Colbert was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

672.    Plaintiff Raymond Colbert is a resident of the State of New Jersey, the Parent of Decedent Michel P. Colbert, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Michel P. Colbert and on behalf of all survivors of Michel P. Colbert and is entitled to recover damages on the causes of action set forth herein. Michel P. Colbert was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

673.    Plaintiff Jean Coleman is a resident of the State of Connecticut, the Parent of Decedent Keith Eugene Coleman, and brings this action on her own behalf as the Parent of Keith Eugene Coleman and is entitled to recover damages on the causes of action set forth herein.

674.    Plaintiff DOE 60 is a resident of the state of New Jersey, the Spouse of Decedent DOE 60, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 60 and as the Personal Representative of the Estate of DOE 60 and is entitled to recover damages on the causes of action set forth herein. DOE 60 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

675.    Plaintiff Neil Keith Coleman is a resident of the State of Connecticut, the Parent of Decedent Keith Eugene Coleman, and brings this action on his own behalf as the Parent of Keith Eugene Coleman and is entitled to recover damages on the causes of action set forth herein.

676.     Plaintiff Todd Douglas Coleman is a resident of the State of Connecticut, the Sibling of Decedent Keith Eugene Coleman, and brings this action on his own behalf as the Sibling of Keith Eugene Coleman and is entitled to recover damages on the causes of action set forth herein.

677.     Plaintiff DOE 106 is a resident of the Connecticut, the Fiancé of Decedent DOE 106, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

678.     Plaintiff Jean Coleman is a resident of the State of Connecticut, the Parent of Decedent Scott Thomas Coleman, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Scott Thomas Coleman and on behalf of all survivors of Scott Thomas Coleman and is entitled to recover damages on the causes of action set forth herein. Scott Thomas Coleman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

679.     Plaintiff Neil Keith Coleman is a resident of the State of Connecticut, the Parent of Decedent Scott Thomas Coleman, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Scott Thomas Coleman and on behalf of all survivors of Scott Thomas Coleman and is entitled to recover damages on the causes of action set forth herein. Scott Thomas Coleman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

680.     Plaintiff Todd Douglas Coleman is a resident of the State of Connecticut, the Sibling of Decedent Scott Thomas Coleman, and brings this action on his own behalf as the Sibling of Scott Thomas Coleman and is entitled to recover damages on the causes of action set forth herein.

681.     Plaintiff Mary E. Coll is a resident of the State of New York, the Parent of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Parent of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

682.     Plaintiff Elizabeth C. Weppner is a resident of the State of South Carolina, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

683.     Plaintiff Mary Jean Turanica is a resident of the State of New York, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

684.     Plaintiff Margaret Coll is a resident of the State of New York, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

685.     Plaintiff Suzanne Valentino is a resident of the State of New York, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

686.     Plaintiff Eileen Coll is a resident of the State of New York, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

687.     Plaintiff Jennifer B. Coll is a resident of the State of New York, the Spouse of Decedent Robert Joseph Coll, II, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Joseph Coll, II and on behalf of all survivors of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

Robert Joseph Coll, II was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

688.     Plaintiff Edward A. Coll, III is a resident of the State of New York, the Sibling of Decedent Robert Joseph Coll, II, and brings this action on his own behalf as the Sibling of Robert Joseph Coll, II and is entitled to recover damages on the causes of action set forth herein.

689.     Plaintiff Edward Coll, Jr., now deceased, was a resident of the State of New York, and the Parent of Decedent Robert Joseph Coll, II; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

690.     Plaintiff Anna E. Collins, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent John Michael Collins; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

691.     Plaintiff Patricia Amo is a resident of the State of New Jersey, the Sibling of Decedent John Michael Collins, and brings this action on her own behalf as the Sibling of John Michael Collins and is entitled to recover damages on the causes of action set forth herein.

692.     Plaintiff Eileen Byrne is a resident of the State of New Jersey, the Sibling of Decedent John Michael Collins, and brings this action on her own behalf as the Sibling of John Michael Collins and is entitled to recover damages on the causes of action set forth herein.

693.     Plaintiff Anne M. Collins is a resident of the State of New Jersey, the Sibling of Decedent John Michael Collins, and brings this action on her own behalf as the Sibling of John Michael Collins and is entitled to recover damages on the causes of action set forth herein.

694.     Plaintiff Martin J. Collins is a resident of the State of New Jersey, the Parent of Decedent John Michael Collins, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of John Michael Collins and on behalf of all survivors of

John Michael Collins and is entitled to recover damages on the causes of action set forth herein. John Michael Collins was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

695.    Plaintiff Martin Collins is a resident of the State of New York, the Sibling of Decedent John Michael Collins, and brings this action on his own behalf as the Sibling of John Michael Collins and is entitled to recover damages on the causes of action set forth herein.

696.    Plaintiff Mary Anne Collins is a resident of the State of New York, the Parent of Decedent Michael L. Collins, and brings this action on her own behalf as the Parent of Michael L. Collins and is entitled to recover damages on the causes of action set forth herein.

697.    Plaintiff Nancy M. Kasak is a resident of the State of New York, the Sibling of Decedent Michael L. Collins, and brings this action on her own behalf as the Sibling of Michael L. Collins and is entitled to recover damages on the causes of action set forth herein.

698.    Plaintiff Lissa L. Collins is a resident of the State of New Jersey, the Spouse of Decedent Michael L. Collins, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael L. Collins and on behalf of all survivors of Michael L. Collins and is entitled to recover damages on the causes of action set forth herein. Michael L. Collins was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

699.    Plaintiff Richard S. Collins is a resident of the State of Connecticut, the Sibling of Decedent Michael L. Collins, and brings this action on his own behalf as the Sibling of Michael L. Collins and is entitled to recover damages on the causes of action set forth herein.

700.     Plaintiff James R. Collins, Jr. is a resident of the State of New York, the Parent of Decedent Michael L. Collins, and brings this action on his own behalf as the Parent of Michael L. Collins and is entitled to recover damages on the causes of action set forth herein.

701.     Plaintiff Carlos R. Colon is a resident of the State of Pennsylvania, the Spouse of Decedent Linda M. Colon, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Linda M. Colon and on behalf of all survivors of Linda M. Colon and is entitled to recover damages on the causes of action set forth herein. Linda M. Colon was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

702.     Plaintiff Lauren Hansen is a resident of the State of Virginia, the Child of Decedent Ronald E. Comer, and brings this action on her own behalf as the Child of Ronald E. Comer and is entitled to recover damages on the causes of action set forth herein.

703.     Plaintiff DOE 63 is a resident of the New Hampshire, the Child of Decedent DOE 63, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

704.     Plaintiff John Conlon is a resident of the State of West Virginia, the Spouse of Decedent Susan Clancy Conlon, and brings this action on  own behalf as Spouse and as the Personal Representative of the Estate of Susan Clancy Conlon and on behalf of all survivors of Susan Clancy Conlon and is entitled to recover damages on the causes of action set forth herein. Susan Clancy Conlon was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

705.    Plaintiff Kimberly P. Conlon is a resident of the State of New York, the Child of Decedent Susan Clancy Conlon, and brings this action on her own behalf as the Child of Susan Clancy Conlon and is entitled to recover damages on the causes of action set forth herein.

706.    Plaintiff Vera Clancy is a resident of the State of New York, the Parent of Decedent Susan Clancy Conlon, and brings this action on her own behalf as the Parent of Susan Clancy Conlon and is entitled to recover damages on the causes of action set forth herein.

707.    Plaintiff Kevin Steven Clancy is a resident of the State of Colorado, the Sibling of Decedent Susan Clancy Conlon, and brings this action on his own behalf as the Sibling of Susan Clancy Conlon and is entitled to recover damages on the causes of action set forth herein.

708.    Plaintiff Cornelius Patrick Clancy, III is a resident of the State of New York, the Sibling of Decedent Susan Clancy Conlon, and brings this action on his own behalf as the Sibling of Susan Clancy Conlon and is entitled to recover damages on the causes of action set forth herein.

709.    Plaintiff Francine Burns-Christensen, now deceased, was a resident of the State of New York, and the Sibling of Decedent Margaret Mary Conner; the Representative of her Estate, Kevin M. Burns, brings this action and is entitled to recover damages on the causes of action set forth herein.

710.    Plaintiff Corrine E. Bounty is a resident of the State of Connecticut, the Child of Decedent Margaret Mary Conner, and brings this action on her own behalf as the Child of Margaret Mary Conner and is entitled to recover damages on the causes of action set forth herein.

711.    Plaintiff Patricia Cuozzo is a resident of the State of New York, the Sibling of Decedent Margaret Mary Conner, and brings this action on her own behalf as the Sibling of

Margaret Mary Conner and is entitled to recover damages on the causes of action set forth herein.

712.    Plaintiff Kevin F. Burns is a resident of the State of California, the Sibling of Decedent Margaret Mary Conner, and brings this action on his own behalf as the Sibling of Margaret Mary Conner and is entitled to recover damages on the causes of action set forth herein.

713.    Plaintiff Robert Burns is a resident of the State of California, the Sibling of Decedent Margaret Mary Conner, and brings this action on his own behalf as the Sibling of Margaret Mary Conner and is entitled to recover damages on the causes of action set forth herein.

714.    Plaintiff Michael A. Conner is a resident of the State of Florida, the Spouse of Decedent Margaret Mary Conner, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Margaret Mary Conner and on behalf of all survivors of Margaret Mary Conner and is entitled to recover damages on the causes of action set forth herein. Margaret Mary Conner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

715.    Plaintiff Sheila Connolly is a resident of Canada, the Parent of Decedent Cynthia Marie Connolly, and brings this action on her own behalf as the Parent of Cynthia Marie Connolly and is entitled to recover damages on the causes of action set forth herein.

716.    Plaintiff Donald Jacques Poissant is a resident of the State of New York, the Spouse of Decedent Cynthia Marie Connolly, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Cynthia Marie Connolly and on behalf of all survivors of Cynthia Marie Connolly and is entitled to recover damages on the causes of action

set forth herein. Cynthia Marie Connolly was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

717.    Plaintiff Dawn A. Connolly is a resident of the State of New Jersey, the Spouse of Decedent John E. Connolly, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John E. Connolly, Jr. and on behalf of all survivors of John E. Connolly, Jr. and is entitled to recover damages on the causes of action set forth herein. John E. Connolly, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

718.    Plaintiff Kevin Connolly is a resident of the State of New York, the Sibling of Decedent John E. Connolly, Jr., and brings this action on his own behalf as the Sibling of John E. Connolly, Jr. and is entitled to recover damages on the causes of action set forth herein.

719.    Plaintiff Jaymel E. Connor is a resident of the State of Florida, the Spouse of Decedent James L. Connor, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James L. Connor and on behalf of all survivors of James L. Connor and is entitled to recover damages on the causes of action set forth herein. James L. Connor was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

720.    Plaintiff Sylvia L. Connors is a resident of the State of Florida, the Spouse of Decedent Kevin P. Connors, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kevin P. Connors and on behalf of all survivors of Kevin P. Connors and is entitled to recover damages on the causes of action set forth herein. Kevin P. Connors was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

721.    Plaintiff William K. Connors is a resident of the State of Massachusetts, the Sibling of Decedent Kevin P. Connors, and brings this action on his own behalf as the Sibling of Kevin P. Connors and is entitled to recover damages on the causes of action set forth herein.

722.    Plaintiff Douglas Connors is a resident of the State of Massachusetts, the Sibling of Decedent Kevin P. Connors, and brings this action on his own behalf as the Sibling of Kevin P. Connors and is entitled to recover damages on the causes of action set forth herein.

723.    Plaintiff Christopher Connors is a resident of the State of Maine, the Sibling of Decedent Kevin P. Connors, and brings this action on his own behalf as the Sibling of Kevin P. Connors and is entitled to recover damages on the causes of action set forth herein.

724.    Plaintiff Dana Donohue is a resident of the State of New Jersey, the Spouse of Decedent Dennis Cook, and brings this action on her own behalf as the Spouse of Dennis Cook and is entitled to recover damages on the causes of action set forth herein.

725.    Plaintiff Mary Christine Coombs is a resident of the State of Massachusetts, the Spouse of Decedent Jeffrey W. Coombs, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey W. Coombs and on behalf of all survivors of Jeffrey W. Coombs and is entitled to recover damages on the causes of action set forth herein. Jeffrey W. Coombs was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

726.    Plaintiff Angela Rapoport is a resident of the State of New Jersey, the Child of Decedent Gerard J. Coppola, and brings this action on her own behalf as the Child of Gerard J. Coppola and is entitled to recover damages on the causes of action set forth herein.

727.    Plaintiff Cynthia Louisa Coppola is a resident of the State of New Jersey, the Sibling of Decedent Gerard J. Coppola, and brings this action on her own behalf as the Sibling of Gerard J. Coppola and is entitled to recover damages on the causes of action set forth herein.

728.    Plaintiff Pui Yee (Alice) Coppola is a resident of the State of New Jersey, the Spouse of Decedent Gerard J. Coppola, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gerard J. Coppola and on behalf of all survivors of Gerard J. Coppola and is entitled to recover damages on the causes of action set forth herein. Gerard J. Coppola was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

729.    Plaintiff George Joseph Coppola, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Gerard J. Coppola, and brings this action on his own behalf as the Sibling of Gerard J. Coppola and is entitled to recover damages on the causes of action set forth herein.

730.    Plaintiff George J. Coppola, Sr., now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Gerard J. Coppola; the Representative of his Estate, George J. Coppola, Jr., brings this action and is entitled to recover damages on the causes of action set forth herein.

731.    Plaintiff Diann Corcoran is a resident of the State of Massachusetts, the Spouse of Decedent John J. Corcoran, III, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John J. Corcoran, III and on behalf of all survivors of John J. Corcoran, III and is entitled to recover damages on the causes of action set forth herein. John J. Corcoran, III was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

732.    Plaintiff Caroline Cordice is a resident of the State of New Jersey, the Parent of Decedent Robert J. Cordice, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Robert J. Cordice and on behalf of all survivors of Robert J. Cordice and is entitled to recover damages on the causes of action set forth herein. Robert J. Cordice was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

733.    Plaintiff Marie Corrigan is a resident of the State of New York, the Spouse of Decedent James J. Corrigan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James J. Corrigan and on behalf of all survivors of James J. Corrigan and is entitled to recover damages on the causes of action set forth herein. James J. Corrigan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

734.    Plaintiff J. Brendan Corrigan is a resident of the State of New York, the Child of Decedent James J. Corrigan, and brings this action on his own behalf as the Child of James J. Corrigan and is entitled to recover damages on the causes of action set forth herein.

735.    Plaintiff Sean M. Corrigan is a resident of the State of New York, the Child of Decedent James J. Corrigan, and brings this action on his own behalf as the Child of James J. Corrigan and is entitled to recover damages on the causes of action set forth herein.

736.    Plaintiff DOE 21 is a resident of the state of New York, the Spouse of Decedent DOE 21, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 21 and as the Personal Representative of the Estate of DOE 21 and is entitled to recover damages on the causes of action set forth herein. DOE 21 was killed at Two World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

737.     Plaintiff Charles P. Costa is a resident of the State of New Jersey, the Spouse of Decedent Delores M. Costa, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Delores M. Costa and on behalf of all survivors of Delores M. Costa and is entitled to recover damages on the causes of action set forth herein. Delores M. Costa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

738.     Plaintiff Nancy E. Costello is a resident of the State of New York, the Parent of Decedent Michael S. Costello, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael S. Costello and on behalf of all survivors of Michael S. Costello and is entitled to recover damages on the causes of action set forth herein. Michael S. Costello was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

739.     Plaintiff James P. Costello is a resident of the State of New York, the Parent of Decedent Michael S. Costello, and brings this action on his own behalf as the Parent of Michael S. Costello and is entitled to recover damages on the causes of action set forth herein.

740.     Plaintiff Timothy J. Costello is a resident of the State of New York, the Sibling of Decedent Michael S. Costello, and brings this action on his own behalf as the Sibling of Michael S. Costello and is entitled to recover damages on the causes of action set forth herein.

741.     Plaintiff Michelle Cottom is a resident of the State of Maryland, the Parent of Decedent Asia SiVon Cottom, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Asia SiVon Cottom and on behalf of all survivors of

Asia SiVon Cottom and is entitled to recover damages on the causes of action set forth herein. Asia SiVon Cottom was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

742.    Plaintiff Clifton Cottom is a resident of the State of Maryland, the Parent of Decedent Asia SiVon Cottom, and brings this action on his own behalf as the Parent of Asia SiVon Cottom and is entitled to recover damages on the causes of action set forth herein.

743.    Plaintiff Sinead Coughlan is a resident of the State of New York, the Child of Decedent Martin Coughlan, and brings this action on her own behalf as the Child of Martin Coughlan and is entitled to recover damages on the causes of action set forth herein.

744.    Plaintiff Denise Coughlan is a resident of the State of New York, the Child of Decedent Martin Coughlan, and brings this action on her own behalf as the Child of Martin Coughlan and is entitled to recover damages on the causes of action set forth herein.

745.    Plaintiff Ailish Coughlan is a resident of the State of New York, the Child of Decedent Martin Coughlan, and brings this action on her own behalf as the Child of Martin Coughlan and is entitled to recover damages on the causes of action set forth herein.

746.    Plaintiff Orla Bowie is a resident of the State of New York, the Child of Decedent Martin Coughlan, and brings this action on her own behalf as the Child of Martin Coughlan and is entitled to recover damages on the causes of action set forth herein.

747.    Plaintiff Catherine Coughlan is a resident of the State of New York, the Spouse of Decedent Martin Coughlan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Martin Coughlan and on behalf of all survivors of Martin Coughlan and is entitled to recover damages on the causes of action set forth herein.

Martin Coughlan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

748.    Plaintiff Maura A. Coughlin is a resident of the State of New York, the Spouse of Decedent Timothy J. Coughlin, and brings this action on her own behalf as the Spouse of Timothy J. Coughlin and is entitled to recover damages on the causes of action set forth herein.

749.    Plaintiff Princina Cox is a resident of the State of New York, the Parent of Decedent Andre Cox, and brings this action on her own behalf as the Parent of Andre Cox and is entitled to recover damages on the causes of action set forth herein.

750.    Plaintiff Glenice Cox-Roach is a resident of the State of Georgia, the Sibling of Decedent Andre Cox, and brings this action on her own behalf as the Sibling of Andre Cox and is entitled to recover damages on the causes of action set forth herein.

751.    Plaintiff Wendell Cox is a resident of the State of New Jersey, the Sibling of Decedent Andre Cox, and brings this action on his own behalf as the Sibling of Andre Cox and is entitled to recover damages on the causes of action set forth herein.

752.    Plaintiff Nigel Cox is a resident of the State of New York, the Sibling of Decedent Andre Cox, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Andre Cox and on behalf of all survivors of Andre Cox and is entitled to recover damages on the causes of action set forth herein. Andre Cox was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

753.    Plaintiff Ann Douglas is a resident of the State of Georgia, the Parent of Decedent Fred John Cox, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Fred John Cox and on behalf of all survivors of Fred John Cox and is entitled to

recover damages on the causes of action set forth herein. Fred John Cox was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

754.    Plaintiff Frederick Osterhoudt Cox is a resident of the State of Florida, the Parent of Decedent Fred John Cox, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Fred John Cox and on behalf of all survivors of Fred John Cox and is entitled to recover damages on the causes of action set forth herein. Fred John Cox was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

755.    Plaintiff Marilyn Elizabeth Cramer is a resident of the State of New Jersey, the Parent of Decedent Christopher Seton Cramer, and brings this action on her own behalf as the Parent of Christopher Seton Cramer and is entitled to recover damages on the causes of action set forth herein.

756.    Plaintiff Susan Lynne Kinney is a resident of the State of New Jersey, the Sibling of Decedent Christopher Seton Cramer, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Christopher Seton Cramer and on behalf of all survivors of Christopher Seton Cramer and is entitled to recover damages on the causes of action set forth herein. Christopher Seton Cramer was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

757.    Plaintiff Walter S. Cramer, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Christopher Seton Cramer; the Representative of his Estate, Marilyn Elizabeth Cramer, brings this action and is entitled to recover damages on the causes of action set forth herein.

758.    Plaintiff Marc Seton Cramer is a resident of the State of New Jersey, the Sibling of Decedent Christopher Seton Cramer, and brings this action on his own behalf as the Sibling of Christopher Seton Cramer and is entitled to recover damages on the causes of action set forth herein.

759.    Plaintiff Keith Douglas Cramer is a resident of the State of New Jersey, the Sibling of Decedent Christopher Seton Cramer, and brings this action on his own behalf as the Sibling of Christopher Seton Cramer and is entitled to recover damages on the causes of action set forth herein.

760.    Plaintiff Walter Henry Cramer is a resident of the State of New Jersey, the Sibling of Decedent Christopher Seton Cramer, and brings this action on his own behalf as the Sibling of Christopher Seton Cramer and is entitled to recover damages on the causes of action set forth herein.

761.    Plaintiff DOE 33 is a resident of the state of Massachusetts, the Spouse of Decedent DOE 33, and brings this action on his own behalf as Spouse and on behalf of all survivors of DOE 33 and as the Personal Representative of the Estate of DOE 33 and is entitled to recover damages on the causes of action set forth herein. DOE 33 was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

762.    Plaintiff Mary Eliabeth Cregan is a resident of Ireland, the Parent of Decedent Joanne Mary Cregan, and brings this action on her own behalf as the Parent of Joanne Mary Cregan and is entitled to recover damages on the causes of action set forth herein.

763.    Plaintiff Grace Elizabeth Cregan is a resident of the State of New York, the Sibling of Decedent Joanne Mary Cregan, and brings this action on her own behalf as the Sibling

of Joanne Mary Cregan and is entitled to recover damages on the causes of action set forth herein.

764.    Plaintiff Ronald Bernard Cregan is a resident of  Ireland, the Parent of Decedent Joanne Mary Cregan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Joanne Mary Cregan and on behalf of all survivors of Joanne Mary Cregan and is entitled to recover damages on the causes of action set forth herein. Joanne Mary Cregan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

765.    Plaintiff Ronald Patrick Cregan is a resident of  Ireland, the Sibling of Decedent Joanne Mary Cregan, and brings this action on his own behalf as the Sibling of Joanne Mary Cregan and is entitled to recover damages on the causes of action set forth herein.

766.    Plaintiff Maria Crifasi is a resident of the State of New York, the Sibling of Decedent Lucy Crifasi, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Lucy Crifasi and on behalf of all survivors of Lucy Crifasi and is entitled to recover damages on the causes of action set forth herein. Lucy Crifasi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

767.    Plaintiff Francesco Crifasi is a resident of the State of New York, the Sibling of Decedent Lucy Crifasi, and brings this action on his own behalf as the Sibling of Lucy Crifasi and is entitled to recover damages on the causes of action set forth herein.

768.    Plaintiff Raffaella Rita Crisci is a resident of the State of New York, the Spouse of Decedent John A. Crisci, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John A. Crisci and on behalf of all survivors of John A.

Crisci and is entitled to recover damages on the causes of action set forth herein. John A. Crisci was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

769.    Plaintiff John Crisci is a resident of the State of New York, the Child of Decedent John A. Crisci, and brings this action on his own behalf as the Child of John A. Crisci and is entitled to recover damages on the causes of action set forth herein.

770.    Plaintiff Kevin F. Kittle is a resident of the State of New York, the Spouse of Decedent Helen P. Crossin-Kittle, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Helen P. Crossin-Kittle and on behalf of all survivors of Helen P. Crossin-Kittle and is entitled to recover damages on the causes of action set forth herein. Helen P. Crossin-Kittle was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

771.    Plaintiff DOE 14 is a resident of the state of New Jersey, the Spouse of Decedent DOE 14, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 14 and as the Personal Representative of the Estate of DOE 14 and is entitled to recover damages on the causes of action set forth herein. DOE 14 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

772.    Plaintiff Patricia M. Crotty is a resident of the State of New York, the Parent of Decedent Thomas G. Crotty, and brings this action on her own behalf as the Parent of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein.

773.    Plaintiff Joanne C. Crotty is a resident of the State of New York, the Spouse of Decedent Thomas G. Crotty, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Thomas G. Crotty and on behalf of all survivors of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein. Thomas G. Crotty was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

774.    Plaintiff Thomas M. Crotty is a resident of the State of New York, the Parent of Decedent Thomas G. Crotty, and brings this action on his own behalf as the Parent of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein.

775.    Plaintiff John Crotty is a resident of the State of New York, the Sibling of Decedent Thomas G. Crotty, and brings this action on his own behalf as the Sibling of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein.

776.    Plaintiff Kenneth Crotty is a resident of the State of New York, the Sibling of Decedent Thomas G. Crotty, and brings this action on his own behalf as the Sibling of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein.

777.    Plaintiff James G. Crotty is a resident of the State of Pennsylvania, the Sibling of Decedent Thomas G. Crotty, and brings this action on his own behalf as the Sibling of Thomas G. Crotty and is entitled to recover damages on the causes of action set forth herein.

778.    Plaintiff Maryann Crowe is a resident of the State of New Jersey, the Sibling of Decedent John R. Crowe, and brings this action on her own behalf as the Sibling of John R. Crowe and is entitled to recover damages on the causes of action set forth herein.

779.    Plaintiff Margaret Rita Zoch is a resident of the State of New Jersey, the Sibling of Decedent John R. Crowe, and brings this action on her own behalf as the Sibling of John R. Crowe and is entitled to recover damages on the causes of action set forth herein.

780.    Plaintiff Pamela M. Crowe is a resident of the State of New Jersey, the Spouse of Decedent John R. Crowe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John R. Crowe and on behalf of all survivors of John R. Crowe and is entitled to recover damages on the causes of action set forth herein. John R. Crowe was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

781.    Plaintiff Jeffrey Crowe is a resident of the State of New Jersey, the Child of Decedent John R. Crowe, and brings this action on his own behalf as the Child of John R. Crowe and is entitled to recover damages on the causes of action set forth herein.

782.    Plaintiff Brian Crowe is a resident of the State of New Jersey, the Child of Decedent John R. Crowe, and brings this action on his own behalf as the Child of John R. Crowe and is entitled to recover damages on the causes of action set forth herein.

783.    Plaintiff Alison Remy Crowther is a resident of the State of New York, the Parent of Decedent Welles Remy Crowther, and brings this action on her own behalf as the Parent of Welles Remy Crowther and is entitled to recover damages on the causes of action set forth herein.

784.    Plaintiff Paige H. Crowther is a resident of the State of Massachusetts, the Sibling of Decedent Welles Remy Crowther, and brings this action on her own behalf as the Sibling of Welles Remy Crowther and is entitled to recover damages on the causes of action set forth herein.

785.    Plaintiff Honor Elizabeth Crowther is a resident of the State of New York, the Sibling of Decedent Welles Remy Crowther, and brings this action on her own behalf as the

Sibling of Welles Remy Crowther and is entitled to recover damages on the causes of action set forth herein.

786.     Plaintiff Jefferson H. Crowther is a resident of the State of New York, the Parent of Decedent Welles Remy Crowther, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Welles Remy Crowther and on behalf of all survivors of Welles Remy Crowther and is entitled to recover damages on the causes of action set forth herein. Welles Remy Crowther was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

787.     Plaintiff Dorothy Priscilla Cubas is a resident of the State of New York, the Parent of Decedent Kenneth J. Cubas, and brings this action on her own behalf as the Parent of Kenneth J. Cubas and is entitled to recover damages on the causes of action set forth herein.

788.     Plaintiff Lawrence Cubas, now deceased, was a resident of the State of New York, and the Sibling of Decedent Kenneth J. Cubas; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

789.     Plaintiff Alfonso Cubas, Jr. is a resident of the State of New York, the Sibling of Decedent Kenneth J. Cubas, and brings this action on his own behalf as the Sibling of Kenneth J. Cubas and is entitled to recover damages on the causes of action set forth herein.

790.     Plaintiff Maria Cuccinello is a resident of the State of Florida, the Child of Decedent Thelma Cuccinello, and brings this action on her own behalf as the Child of Thelma Cuccinello and is entitled to recover damages on the causes of action set forth herein.

791.     Plaintiff Laurie Folcik is a resident of the State of New Hampshire, the Child of Decedent Thelma Cuccinello, and brings this action on her own behalf as the Child of Thelma Cuccinello and is entitled to recover damages on the causes of action set forth herein.

792.     Plaintiff Cheryl O'Brien is a resident of the State of Massachusetts, the Child of Decedent Thelma Cuccinello, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of Thelma Cuccinello and on behalf of all survivors of Thelma Cuccinello and is entitled to recover damages on the causes of action set forth herein. Thelma Cuccinello was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

793.     Plaintiff Albert C. Cuccinello, now deceased, was a resident of the State of New Hampshire, and the Spouse of Decedent Thelma Cuccinello; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

794.     Plaintiff Georgia Cudina is a resident of the State of New Jersey, the Spouse of Decedent Richard J. Cudina, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard J. Cudina and on behalf of all survivors of Richard J. Cudina and is entitled to recover damages on the causes of action set forth herein. Richard J. Cudina was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

795.     Plaintiff William Cudina is a resident of the State of New York, the Sibling of Decedent Richard J. Cudina, and brings this action on his own behalf as the Sibling of Richard J. Cudina and is entitled to recover damages on the causes of action set forth herein.

796.     Plaintiff Christopher C. Cudina is a resident of the State of New Jersey, the Sibling of Decedent Richard J. Cudina, and brings this action on his own behalf as the Sibling of Richard J. Cudina and is entitled to recover damages on the causes of action set forth herein.

797.    Plaintiff Marcus N. Cudina is a resident of the State of New Jersey, the Sibling of Decedent Richard J. Cudina, and brings this action on his own behalf as the Sibling of Richard J. Cudina and is entitled to recover damages on the causes of action set forth herein.

798.    Plaintiff DOE 129 is a resident of the United Kingdom, the Parent of Decedent DOE 129, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

799.    Plaintiff DOE 129 is a resident of the United Kingdom, the Sibling of Decedent DOE 129, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

800.    Plaintiff DOE 129 is a resident of  United Kingdom, the Parent of Decedent DOE 129, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 129 and as the Personal Representative of the Estate of DOE 129 and is entitled to recover damages on the causes of action set forth herein. DOE 129 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

801.    Plaintiff DOE 129 is a resident of the United Kingdom, the Sibling of Decedent DOE 129, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

802.    Plaintiff DOE 129 is a resident of the United Kingdom, the Sibling of Decedent DOE 129, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

803.    Plaintiff Blaise Joudzevich is a resident of the State of United States, the Sibling of Decedent Joan Mcconnell Cullinan, and brings this action on her own behalf as the Sibling of

Joan Mcconnell Cullinan and is entitled to recover damages on the causes of action set forth herein.

804.    Plaintiff Thomas Cullinan is a resident of the State of New York, the Spouse of Decedent Joan Mcconnell Cullinan, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Joan Mcconnell Cullinan and on behalf of all survivors of Joan Mcconnell Cullinan and is entitled to recover damages on the causes of action set forth herein. Joan Mcconnell Cullinan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

805.    Plaintiff Mitchum Kelvin Cummings is a resident of the State of New York, the Child of Decedent Joyce Cummings, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Joyce Cummings and on behalf of all survivors of Joyce Cummings and is entitled to recover damages on the causes of action set forth herein. Joyce Cummings was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

806.    Plaintiff Deborah L. Barrett is a resident of the State of Florida, the Fiancé of Decedent Brian T. Cummins, and brings this action on her own behalf as the Fiancé of Brian T. Cummins and is entitled to recover damages on the causes of action set forth herein.

807.    Plaintiff Maureen Cummins is a resident of the State of New Jersey, the Parent of Decedent Brian T. Cummins, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Brian T. Cummins and on behalf of all survivors of Brian T. Cummins and is entitled to recover damages on the causes of action set forth herein. Brian T. Cummins was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

808.    Plaintiff Laurence Cunningham is a resident of United Kingdom, the Parent of Decedent Michael J. Cunningham, and brings this action on his own behalf as the Parent of Michael J. Cunningham and is entitled to recover damages on the causes of action set forth herein.

809.    Plaintiff Mary Ann Curatolo is a resident of the State of New York, the Parent of Decedent Robert Curatolo, and brings this action on her own behalf as the Parent of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

810.    Plaintiff Carolyn Piccirillo is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on her own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

811.    Plaintiff Kathleen Curatolo is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on her own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

812.    Plaintiff Christine Friscia is a resident of the State of Florida, the Sibling of Decedent Robert Curatolo, and brings this action on her own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

813.    Plaintiff Dena Nelson is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on her own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

814.    Plaintiff Christine Curatolo is a resident of the State of New Jersey, the Spouse of Decedent Robert Curatolo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Curatolo and on behalf of all survivors of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein. Robert

Curatolo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

815.    Plaintiff John Curatolo is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on his own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

816.    Plaintiff William Curatolo is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on his own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

817.    Plaintiff Anthony Curatolo, Jr. is a resident of the State of New York, the Sibling of Decedent Robert Curatolo, and brings this action on his own behalf as the Sibling of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

818.    Plaintiff Anthony Curatolo, Sr. is a resident of the State of New York, the Parent of Decedent Robert Curatolo, and brings this action on his own behalf as the Parent of Robert Curatolo and is entitled to recover damages on the causes of action set forth herein.

819.    Plaintiff Alice Curia, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Laurence Curia; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

820.    Plaintiff Alice Sciusco is a resident of the State of New York, the Sibling of Decedent Laurence Curia, and brings this action on her own behalf as the Sibling of Laurence Curia and is entitled to recover damages on the causes of action set forth herein.

821.    Plaintiff Joseph Curia, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Laurence Curia; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

822.    Plaintiff Daniel Curia is a resident of the State of New York, the Sibling of Decedent Laurence Curia, and brings this action on his own behalf as the Sibling of Laurence Curia and is entitled to recover damages on the causes of action set forth herein.

823.    Plaintiff DOE 93 is a resident of the New York, the Sibling of Decedent DOE 93, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

824.    Plaintiff DOE 93 is a resident of the state of Connecticut, the Spouse of Decedent DOE 93, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 93 and as the Personal Representative of the Estate of DOE 93 and is entitled to recover damages on the causes of action set forth herein. DOE 93 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

825.    Plaintiff Louis Curioli, now deceased, was a resident of the State of New York, and the Sibling of Decedent Paul Dario Curioli; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

826.    Plaintiff Lawrence Curioli is a resident of the State of Connecticut, the Sibling of Decedent Paul Dario Curioli, and brings this action on his own behalf as the Sibling of Paul Dario Curioli and is entitled to recover damages on the causes of action set forth herein.

827.    Plaintiff Dorothy Laverne Green is a resident of the State of Arkansas, the Parent of Decedent Beverly L. Curry, and brings this action on her own behalf as the Parent of Beverly L. Curry and is entitled to recover damages on the causes of action set forth herein.

828.    Plaintiff Deborah Marshell Crew-Johnson is a resident of the State of Pennsylvania, the Sibling of Decedent Beverly L. Curry, and brings this action on her own behalf

as the Sibling of Beverly L. Curry and is entitled to recover damages on the causes of action set forth herein.

829.    Plaintiff Sheila Annette Lollis is a resident of the State of Texas, the Sibling of Decedent Beverly L. Curry, and brings this action on her own behalf as the Sibling of Beverly L. Curry and is entitled to recover damages on the causes of action set forth herein.

830.    Plaintiff Genee Marie Chase is a resident of the State of Arkansas, the Sibling of Decedent Beverly L. Curry, and brings this action on her own behalf as the Sibling of Beverly L. Curry and is entitled to recover damages on the causes of action set forth herein.

831.    Plaintiff Frederick E. Curry, III is a resident of the State of District of Columbia, the Spouse of Decedent Beverly L. Curry, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Beverly L. Curry and on behalf of all survivors of Beverly L. Curry and is entitled to recover damages on the causes of action set forth herein. Beverly L. Curry was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

832.    Plaintiff Susann Brady is a resident of the State of New Jersey, the Not Related of Decedent Gavin Cushny, and brings this action on her own behalf as Not Related and as the Personal Representative of the Estate of Gavin Cushny and on behalf of all survivors of Gavin Cushny and is entitled to recover damages on the causes of action set forth herein. Gavin Cushny was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

833.    Plaintiff Rupert Eales-White is a resident of  United Kingdom, the Sibling of Decedent Gavin Cushny, and brings this action on his own behalf as the Sibling of Gavin Cushny and is entitled to recover damages on the causes of action set forth herein.

834.    Plaintiff Selena Dack Forsyth is a resident of  Canada, the Parent of Decedent Caleb Arron Dack, and brings this action on her own behalf as the Parent of Caleb Arron Dack and is entitled to recover damages on the causes of action set forth herein.

835.    Plaintiff DOE 84 is a resident of the state of Washington, the Spouse of Decedent DOE 84, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 84 and as the Personal Representative of the Estate of DOE 84 and is entitled to recover damages on the causes of action set forth herein. DOE 84 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

836.    Plaintiff Sandra Dahl, now deceased, was a resident of the State of Colorado, and the Spouse of Decedent Jason M. Dahl; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

837.    Plaintiff Sheryl Clark Stoll is a resident of the State of Ohio, and brings this action as the Personal Representative of the Estate of Jason M. Dahl and on behalf of all survivors of Jason M. Dahl and is entitled to recover damages on the causes of action set forth herein. Jason M. Dahl was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

838.    Plaintiff DOE 88 is a resident of the New York, the Sibling of Decedent DOE 88, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

839.    Plaintiff Raquel D'Amadeo is a resident of the State of New York, the Spouse of Decedent Vincent Gerard D'Amadeo, and brings this action on her own behalf as Spouse and as

the Personal Representative of the Estate of Vincent Gerard D'Amadeo and on behalf of all survivors of Vincent Gerard D'Amadeo and is entitled to recover damages on the causes of action set forth herein. Vincent Gerard D'Amadeo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

840.    Plaintiff Jennifer Jeanne Damaskinos is a resident of the State of New Jersey, the Spouse of Decedent Thomas Damaskinos, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Damaskinos and on behalf of all survivors of Thomas Damaskinos and is entitled to recover damages on the causes of action set forth herein. Thomas Damaskinos was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

841.    Plaintiff Catherine Elizabeth Damiani is a resident of the State of California, the Parent of Decedent Jeannine Damiani-Jones, and brings this action on her own behalf as the Parent of Jeannine Damiani-Jones and is entitled to recover damages on the causes of action set forth herein.

842.    Plaintiff Robert Damiani is a resident of the State of California, the Parent of Decedent Jeannine Damiani-Jones, and brings this action on his own behalf as the Parent of Jeannine Damiani-Jones and is entitled to recover damages on the causes of action set forth herein.

843.    Plaintiff Brian Robert Damiani is a resident of the State of Virginia, the Sibling of Decedent Jeannine Damiani-Jones, and brings this action on his own behalf as the Sibling of Jeannine Damiani-Jones and is entitled to recover damages on the causes of action set forth herein.

844.     Plaintiff Shawn M. Jones is a resident of the State of Pennsylvania, the Spouse of Decedent Jeannine Damiani-Jones, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Jeannine Damiani-Jones and on behalf of all survivors of Jeannine Damiani-Jones and is entitled to recover damages on the causes of action set forth herein. Jeannine Damiani-Jones was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

845.     Plaintiff Barbara E. DaMota is a resident of the State of New York, the Spouse of Decedent Manuel DaMota, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Manuel DaMota and on behalf of all survivors of Manuel DaMota and is entitled to recover damages on the causes of action set forth herein. Manuel DaMota was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

846.     Plaintiff Mary-Anne Dwyer Danahy is a resident of the State of Connecticut, the Parent of Decedent Patrick William Danahy, and brings this action on her own behalf as the Parent of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

847.     Plaintiff Maryanne Danahy is a resident of the State of Georgia, the Sibling of Decedent Patrick William Danahy, and brings this action on her own behalf as the Sibling of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

848.     Plaintiff Kathleen A. Danahy Samuelson is a resident of the State of Connecticut, the Sibling of Decedent Patrick William Danahy, and brings this action on her own behalf as the

Sibling of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

849.     Plaintiff Denise Danahy Duffy is a resident of the State of North Carolina, the Sibling of Decedent Patrick William Danahy, and brings this action on her own behalf as the Sibling of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

850.     Plaintiff John M. Danahy is a resident of the State of New York, the Sibling of Decedent Patrick William Danahy, and brings this action on his own behalf as the Sibling of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

851.     Plaintiff Michael Francis Danahy is a resident of the State of New York, the Sibling of Decedent Patrick William Danahy, and brings this action on his own behalf as the Sibling of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

852.     Plaintiff Francis L. Danahy, Jr. is a resident of the State of Connecticut, the Parent of Decedent Patrick William Danahy, and brings this action on his own behalf as the Parent of Patrick William Danahy and is entitled to recover damages on the causes of action set forth herein.

853.     Plaintiff Louisa D'Antonio is a resident of the State of New York, the Child of Decedent Mary D'Antonio, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Mary D'Antonio and on behalf of all survivors of Mary D'Antonio and is entitled to recover damages on the causes of action set forth herein. Mary

D'Antonio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

854.    Plaintiff Linda D'Atri-Potenza is a resident of the State of Pennsylvania, the Spouse of Decedent Edward A. D'Atri, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward A. D'Atri and on behalf of all survivors of Edward A. D'Atri and on behalf of minor children A.J.D. and M.E.D. and is entitled to recover damages on the causes of action set forth herein. Edward A. D'Atri was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

855.    Plaintiff Nancy Daria Cimei is a resident of the State of New York, the Parent of Decedent Michael D'Auria, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael D'Auria and on behalf of all survivors of Michael D'Auria and is entitled to recover damages on the causes of action set forth herein. Michael D'Auria was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

856.    Plaintiff Christine Rinaldi is a resident of the State of Pennsylvania, the Sibling of Decedent Michael D'Auria, and brings this action on her own behalf as the Sibling of Michael D'Auria and is entitled to recover damages on the causes of action set forth herein.

857.    Plaintiff Carmen D'auria is a resident of the State of New Jersey, the Parent of Decedent Michael D'Auria, and brings this action on his own behalf as the Parent of Michael D'Auria and is entitled to recover damages on the causes of action set forth herein.

858.    Plaintiff Ellen R. Davidson is a resident of the State of New Jersey, the Parent of Decedent Michael A. Davidson, and brings this action on her own behalf as Parent and as the

Personal Representative of the Estate of Michael A. Davidson and on behalf of all survivors of Michael A. Davidson and is entitled to recover damages on the causes of action set forth herein. Michael A. Davidson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

859.    Plaintiff Jeffrey S. Davidson is a resident of the State of New Jersey, the Sibling of Decedent Michael A. Davidson, and brings this action on his own behalf as the Sibling of Michael A. Davidson and is entitled to recover damages on the causes of action set forth herein.

860.    Plaintiff Amy Waters Davidson is a resident of the State of New York, and brings this action as the Personal Representative of the Estate of Scott Davidson and on behalf of all survivors of Scott Davidson and on behalf of minor children C.D. and P.D. and is entitled to recover damages on the causes of action set forth herein. Scott Davidson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

861.    Plaintiff Carla Dimaggio is a resident of the State of New York, the Parent of Decedent Scott Davidson, and brings this action on her own behalf as the Parent of Scott Davidson and is entitled to recover damages on the causes of action set forth herein.

862.    Plaintiff Stephen Davidson is a resident of the State of New York, the Parent of Decedent Scott Davidson, and brings this action on his own behalf as the Parent of Scott Davidson and is entitled to recover damages on the causes of action set forth herein.

863.    Plaintiff Michael Davidson is a resident of the State of New York, the Sibling of Decedent Scott Davidson, and brings this action on his own behalf as the Sibling of Scott Davidson and is entitled to recover damages on the causes of action set forth herein.

864.    Plaintiff Zenovia M. Cuyler is a resident of the State of Maryland, the Child of Decedent Ada M. Davis, and brings this action on her own behalf as the Child of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

865.    Plaintiff Yolanda L. Davis is a resident of the State of Maryland, the Child of Decedent Ada M. Davis, and brings this action on her own behalf as the Child of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

866.    Plaintiff Rosslyn D. Davis is a resident of the State of Maryland, the Child of Decedent Ada M. Davis, and brings this action on her own behalf as the Child of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

867.    Plaintiff Christine Florence Patterson is a resident of the State of Maryland, the Sibling of Decedent Ada M. Davis, and brings this action on her own behalf as the Sibling of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

868.    Plaintiff Clementene Sue Davis-Westmoreland is a resident of the State of Georgia, the Sibling of Decedent Ada M. Davis, and brings this action on her own behalf as the Sibling of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

869.    Plaintiff Georgia Darlene Davis-Leggett is a resident of the State of Maryland, the Sibling of Decedent Ada M. Davis, and brings this action on her own behalf as the Sibling of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

870.    Plaintiff Norris Davis, now deceased, was a resident of the State of Virginia, and the Sibling of Decedent Ada M. Davis; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

871.   Plaintiff Phillip Davis, now deceased, was a resident of the State of Georgia, and the Sibling of Decedent Ada M. Davis; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

872.   Plaintiff William M. Davis, now deceased, was a resident of the State of North Carolina, and the Sibling of Decedent Ada M. Davis; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

873.   Plaintiff Nolton Christopher Davis is a resident of the State of Arizona, the Child of Decedent Ada M. Davis, and brings this action on his own behalf as the Child of Ada M. Davis and is entitled to recover damages on the causes of action set forth herein.

874.   Plaintiff Simone Mitchell is a resident of the State of New York, and brings this action on behalf of minor child J.M.D. and is entitled to recover damages on the causes of action set forth herein.

875.   Plaintiff Daphne Rachell Davis is a resident of the State of Texas, the Spouse of Decedent Clinton Davis, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Clinton Davis, Sr. and on behalf of all survivors of Clinton Davis, Sr. and is entitled to recover damages on the causes of action set forth herein. Clinton Davis, Sr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

876.   Plaintiff Helen Katrina Dawson is a resident of  United Kingdom, the Parent of Decedent Anthony Richard Dawson, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Anthony Richard Dawson and on behalf of all survivors of Anthony Richard Dawson and is entitled to recover damages on the causes of action

161

set forth herein. Anthony Richard Dawson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

877.   Plaintiff Brigitte Day is a resident of the State of New York, the Spouse of Decedent Edward Day, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward Day and on behalf of all survivors of Edward Day and is entitled to recover damages on the causes of action set forth herein. Edward Day was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

878.   Plaintiff Joaquim T. de Araujo is a resident of the State of Massachusetts, the Child of Decedent Dorothy Alma de Araujo, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Dorothy Alma de Araujo and on behalf of all survivors of Dorothy Alma de Araujo and is entitled to recover damages on the causes of action set forth herein. Dorothy Alma de Araujo was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

879.   Plaintiff Aurora de la Torre, now deceased, was a resident of the State of New York, and the Parent of Decedent Azucena de la Torre; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

880.   Plaintiff Gladys de la Torre is a resident of the State of Florida, the Sibling of Decedent Azucena de la Torre, and brings this action on her own behalf as the Sibling of Azucena de la Torre and is entitled to recover damages on the causes of action set forth herein.

881.   Plaintiff Diana de la Torre is a resident of the State of Florida, the Sibling of Decedent Azucena de la Torre, and brings this action on her own behalf as Sibling and as the

Personal Representative of the Estate of Azucena de la Torre and on behalf of all survivors of Azucena de la Torre and is entitled to recover damages on the causes of action set forth herein. Azucena de la Torre was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

882.    Plaintiff DOE 43 is a resident of the Florida, the Spouse of Decedent DOE 43, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

883.    Plaintiff Paul DeAngelis is a resident of the State of New York, the Sibling of Decedent Robert J. DeAngelis, Jr., and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Robert J. DeAngelis, Jr. and on behalf of all survivors of Robert J. DeAngelis, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert J. DeAngelis, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

884.    Plaintiff Christine Caputo is a resident of the State of New York, the Child of Decedent Thomas P. DeAngelis, and brings this action on her own behalf as the Child of Thomas P. DeAngelis and is entitled to recover damages on the causes of action set forth herein.

885.    Plaintiff Thomas James DeAngelis is a resident of the State of New York, the Child of Decedent Thomas P. DeAngelis, and brings this action on his own behalf as the Child of Thomas P. DeAngelis and is entitled to recover damages on the causes of action set forth herein.

886.    Plaintiff Maria Luisa Pocasangre is a resident of El Salvador, the Parent of Decedent Ana Gloria deBarrera, and brings this action on her own behalf as the Parent of Ana Gloria deBarrera and is entitled to recover damages on the causes of action set forth herein.

887.     Plaintiff Ivonne Pocasangre Lopez is a resident of  El Salvador, the Sibling of Decedent Ana Gloria deBarrera, and brings this action on her own behalf as the Sibling of Ana Gloria deBarrera and is entitled to recover damages on the causes of action set forth herein.

888.     Plaintiff Alfredo Pocasangre is a resident of El Salvador, the Parent of Decedent Ana Gloria deBarrera, and brings this action on his own behalf as the Parent of Ana Gloria deBarrera and is entitled to recover damages on the causes of action set forth herein.

889.     Plaintiff Omar Wilfredo Pocasangre is a resident of the State of California, the Sibling of Decedent Ana Gloria deBarrera, and brings this action on his own behalf as the Sibling of Ana Gloria deBarrera and is entitled to recover damages on the causes of action set forth herein.

890.     Plaintiff Pedro E. Pocasangre is a resident of the State of California, the Sibling of Decedent Ana Gloria deBarrera, and brings this action on his own behalf as the Sibling of Ana Gloria deBarrera and is entitled to recover damages on the causes of action set forth herein.

891.     Plaintiff Jacques Dan-El Debeuneure is a resident of the State of North Carolina, the Child of Decedent James D. Debeuneure, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of James D. Debeuneure and on behalf of all survivors of James D. Debeuneure and is entitled to recover damages on the causes of action set forth herein. James D. Debeuneure was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

892.     Plaintiff George Debin is a resident of the State of New York, the Spouse of Decedent Anna M. DeBin, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Anna M. DeBin and on behalf of all survivors of Anna

M. DeBin and is entitled to recover damages on the causes of action set forth herein. Anna M. DeBin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

893.    Plaintiff DOE 32 is a resident of the state of New Jersey, the Parent of Decedent DOE 32, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 32 and as the Co-Administrator of the Estate of DOE 32 and is entitled to recover damages on the causes of action set forth herein. DOE 32 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

894.    Plaintiff DOE 32 is a resident of the state of New Jersey, the Parent of Decedent DOE 32, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 32 and as the Co-Administrator of the Estate of DOE 32 and is entitled to recover damages on the causes of action set forth herein. DOE 32 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

895.    Plaintiff Virginia M. Decola is a resident of the State of Arizona, the Spouse of Decedent Paul DeCola, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul DeCola and on behalf of all survivors of Paul DeCola and is entitled to recover damages on the causes of action set forth herein. Paul DeCola was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

896.    Plaintiff Vitora Dedvukaj is a resident of the State of New York, the Parent of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Parent of

Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

897.    Plaintiff Linda Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

898.    Plaintiff Lisabeta Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

899.    Plaintiff Drana Vukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

900.    Plaintiff Joanna Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

901.    Plaintiff Elizabeta Dedvukaj is a resident of the State of New York, the Spouse of Decedent Simon Marash Dedvukaj, and brings this action on her own behalf as the Spouse of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

902.   Plaintiff Marash Dedvukaj is a resident of the State of New York, the Parent of Decedent Simon Marash Dedvukaj, and brings this action on his own behalf as the Parent of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

903.   Plaintiff Kola Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on his own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

904.   Plaintiff Michael Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on his own behalf as the Sibling of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein.

905.   Plaintiff Nik Dedvukaj is a resident of the State of New York, the Sibling of Decedent Simon Marash Dedvukaj, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Simon Marash Dedvukaj and on behalf of all survivors of Simon Marash Dedvukaj and is entitled to recover damages on the causes of action set forth herein. Simon Marash Dedvukaj was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

906.   Plaintiff Rose Ann DeFazio is a resident of the State of New Jersey, the Parent of Decedent Jason DeFazio, and brings this action on her own behalf as the Parent of Jason DeFazio and is entitled to recover damages on the causes of action set forth herein.

907.   Plaintiff Michele DeFazio is a resident of the State of New York, the Spouse of Decedent Jason DeFazio, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Jason DeFazio and on behalf of all survivors of Jason DeFazio and is entitled to recover damages on the causes of action set forth herein. Jason DeFazio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

908.    Plaintiff Michael DeFazio, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent Jason DeFazio; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

909.    Plaintiff James Christopher DeFazio is a resident of the State of New Jersey, the Parent of Decedent Jason DeFazio, and brings this action on his own behalf as the Parent of Jason DeFazio and is entitled to recover damages on the causes of action set forth herein.

910.    Plaintiff Luis Perez is a resident of the State of New York, the Sibling of Decedent Jennifer DeJesus, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Jennifer DeJesus and on behalf of all survivors of Jennifer DeJesus and is entitled to recover damages on the causes of action set forth herein. Jennifer DeJesus was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

911.    Plaintiff Gricel G. Zayas-Moyer is a resident of the State of Massachusetts, the Parent of Decedent Manuel Del Valle, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Manuel Del Valle, Jr. and on behalf of all survivors of Manuel Del Valle, Jr. and is entitled to recover damages on the causes of action set forth herein. Manuel Del Valle, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

912.    Plaintiff Manuel Del Valle, Sr. is a resident of the State of Florida, the Parent of Decedent Manuel Del Valle, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Manuel Del Valle, Jr. and on behalf of all survivors of Manuel Del Valle, Jr. and is entitled to recover damages on the causes of action set forth herein. Manuel Del Valle, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

913.    Plaintiff Lillian Rita DeLeo is a resident of the State of New York, the Parent of Decedent Vito Joseph Deleo, Sr., and brings this action on her own behalf as the Parent of Vito Joseph Deleo, Sr. and is entitled to recover damages on the causes of action set forth herein.

914.    Plaintiff Sally DeLeo is a resident of the State of New York, the Spouse of Decedent Vito Joseph Deleo, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Vito Joseph Deleo, Sr. and on behalf of all survivors of Vito Joseph Deleo, Sr. and is entitled to recover damages on the causes of action set forth herein. Vito Joseph Deleo, Sr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

915.    Plaintiff Michael DeLeo is a resident of the State of New York, the Sibling of Decedent Vito Joseph Deleo, Sr., and brings this action on his own behalf as the Sibling of Vito Joseph Deleo, Sr. and is entitled to recover damages on the causes of action set forth herein.

916.    Plaintiff Kristen DeMeo is a resident of the State of New York, the Child of Decedent Martin N. DeMeo, and brings this action on her own behalf as the Child of Martin N. DeMeo and is entitled to recover damages on the causes of action set forth herein.

917.    Plaintiff Joan DeMeo is a resident of the State of New York, the Spouse of Decedent Martin N. DeMeo, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Martin N. DeMeo and on behalf of all survivors of Martin N. DeMeo and is entitled to recover damages on the causes of action set forth herein. Martin N. DeMeo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

918.     Plaintiff Rosemary Deming-Phalon is a resident of the State of New Jersey, the Sibling of Decedent Francis Deming, and brings this action on her own behalf as the Sibling of Francis Deming and is entitled to recover damages on the causes of action set forth herein.

919.     Plaintiff Brian D. Deming is a resident of the State of Virginia, the Child of Decedent Francis Deming, and brings this action on his own behalf as the Child of Francis Deming and is entitled to recover damages on the causes of action set forth herein.

920.     Plaintiff Craig D. Deming is a resident of the State of New Jersey, the Child of Decedent Francis Deming, and brings this action on his own behalf as the Child of Francis Deming and is entitled to recover damages on the causes of action set forth herein.

921.     Plaintiff Christopher Deming is a resident of the State of New Jersey, the Child of Decedent Francis Deming, and brings this action on his own behalf as the Child of Francis Deming and is entitled to recover damages on the causes of action set forth herein.

922.     Plaintiff Robert J. Deming is a resident of the State of New York, the Sibling of Decedent Francis Deming, and brings this action on his own behalf as the Sibling of Francis Deming and is entitled to recover damages on the causes of action set forth herein.

923.     Plaintiff Patricia Bingley is a resident of United Kingdom, the Parent of Decedent Kevin Dennis, and brings this action on her own behalf as the Parent of Kevin Dennis and is entitled to recover damages on the causes of action set forth herein.

924.     Plaintiff Michele Caviasco is a resident of the State of New Jersey, the Sibling of Decedent Jean C. Depalma, and brings this action on her own behalf as the Sibling of Jean C. Depalma and is entitled to recover damages on the causes of action set forth herein.

925.     Plaintiff DOE 114 is a resident of the state of New York, the Sibling of Decedent DOE 114, and brings this action on his own behalf as Sibling and on behalf of all survivors of DOE 114 and as the Personal Representative of the Estate of DOE 114 and is entitled to recover damages on the causes of action set forth herein. DOE 114 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

926.     Plaintiff Angelina Mary Trimboli is a resident of the State of New Jersey, the Parent of Decedent Edward DeSimone, III, and brings this action on her own behalf as the Parent of Edward DeSimone, III and is entitled to recover damages on the causes of action set forth herein.

927.     Plaintiff Michele Young is a resident of the State of New Jersey, the Sibling of Decedent Edward DeSimone, III, and brings this action on her own behalf as the Sibling of Edward DeSimone, III and is entitled to recover damages on the causes of action set forth herein.

928.     Plaintiff Joanne DeSimone is a resident of the State of New Jersey, the Spouse of Decedent Edward DeSimone, III, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward DeSimone, III and on behalf of all survivors of Edward DeSimone, III and is entitled to recover damages on the causes of action set forth herein. Edward DeSimone, III was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

171

929.    Plaintiff Edward DeSimone, Jr., now deceased, was a resident of the State of New York, and the Parent of Decedent Edward DeSimone, III; the Representative of his Estate, Mary Ellen DeSimone, brings this action and is entitled to recover damages on the causes of action set forth herein.

930.    Plaintiff Grace Lieberman is a resident of the State of New Jersey, the Spouse of Decedent Michael Jude D'Esposito, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Jude D'Esposito and on behalf of all survivors of Michael Jude D'Esposito and is entitled to recover damages on the causes of action set forth herein. Michael Jude D'Esposito was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

931.    Plaintiff Ralph D'Esposito is a resident of the State of New York, the Parent of Decedent Michael Jude D'Esposito, and brings this action on his own behalf as the Parent of Michael Jude D'Esposito and is entitled to recover damages on the causes of action set forth herein.

932.    Plaintiff Margaret H. Owen, now deceased, was a resident of United Kingdom, and the Parent of Decedent Melanie Louise de Vere; the Representative of her Estate, Ruth de Vere, brings this action and is entitled to recover damages on the causes of action set forth herein.

933.    Plaintiff DOE 130 is a resident of the United Kingdom, the Sibling of Decedent DOE 130, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

934.    Plaintiff David de Vere is a resident of  United Kingdom, the Parent of Decedent Melanie Louise de Vere, and brings this action on his own behalf as Parent and as the Co-

Administrator of the Estate of Melanie Louise de Vere and on behalf of all survivors of Melanie Louise de Vere and is entitled to recover damages on the causes of action set forth herein. Melanie Louise de Vere was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

935.    Plaintiff Frederick de Vere is a resident of  United Kingdom, the Sibling of Decedent Melanie Louise de Vere, and brings this action on his own behalf as the Sibling of Melanie Louise de Vere and is entitled to recover damages on the causes of action set forth herein.

936.    Plaintiff William G. Dewan is a resident of the State of Massachusetts, the Sibling of Decedent Gerard P. Dewan, and brings this action on his own behalf as the Sibling of Gerard P. Dewan and is entitled to recover damages on the causes of action set forth herein.

937.    Plaintiff Marie Cirmia is a resident of the State of New York, the Sibling of Decedent Debra Ann Di Martino, and brings this action on her own behalf as the Sibling of Debra Ann Di Martino and is entitled to recover damages on the causes of action set forth herein.

938.    Plaintiff Cecilia Ucedo De Ruiz Diaz is a resident of Argentina, the Parent of Decedent Obdulio Ruiz Diaz, and brings this action on her own behalf as the Parent of Obdulio Ruiz Diaz and is entitled to recover damages on the causes of action set forth herein.

939.    Plaintiff Petronilo Ruiz Diaz Cantero is a resident of Argentina, the Parent of Decedent Obdulio Ruiz Diaz, and brings this action on his own behalf as the Parent of Obdulio Ruiz Diaz and is entitled to recover damages on the causes of action set forth herein.

940.    Plaintiff Arcelia Diaz is a resident of the State of New York, the Parent of Decedent Judith Berquis Diaz-Sierra, and brings this action on her own behalf as the Parent of

Judith Berquis Diaz-Sierra and is entitled to recover damages on the causes of action set forth herein.

941.    Plaintiff LaShawn Dickens is a resident of the State of District of Columbia, the Parent of Decedent Rodney Alonzo Dickens, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Rodney Alonzo Dickens and on behalf of all survivors of Rodney Alonzo Dickens and is entitled to recover damages on the causes of action set forth herein. Rodney Alonzo Dickens was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

942.    Plaintiff Erin R. Dickinson is a resident of the State of New Jersey, the Child of Decedent Lawrence Patrick Dickinson, and brings this action on her own behalf as the Child of Lawrence Patrick Dickinson and is entitled to recover damages on the causes of action set forth herein.

943.    Plaintiff Helene Janice Dickinson is a resident of the State of New Jersey, the Parent of Decedent Lawrence Patrick Dickinson, and brings this action on her own behalf as the Parent of Lawrence Patrick Dickinson and is entitled to recover damages on the causes of action set forth herein.

944.    Plaintiff Deirdre Dickinson Sullivan is a resident of the State of New Jersey, the Sibling of Decedent Lawrence Patrick Dickinson, and brings this action on her own behalf as the Sibling of Lawrence Patrick Dickinson and is entitled to recover damages on the causes of action set forth herein.

945.    Plaintiff Linda M. Dickinson is a resident of the State of New Jersey, the Spouse of Decedent Lawrence Patrick Dickinson, and brings this action on her own behalf as Spouse and

as the Personal Representative of the Estate of Lawrence Patrick Dickinson and on behalf of all survivors of Lawrence Patrick Dickinson and is entitled to recover damages on the causes of action set forth herein. Lawrence Patrick Dickinson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

946.    Plaintiff Joseph Lawrence Dickinson is a resident of the State of New York, the Sibling of Decedent Lawrence Patrick Dickinson, and brings this action on his own behalf as the Sibling of Lawrence Patrick Dickinson and is entitled to recover damages on the causes of action set forth herein.

947.    Plaintiff Loisanne Diehl is a resident of the State of New Jersey, the Spouse of Decedent Michael D. Diehl, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael D. Diehl and on behalf of all survivors of Michael D. Diehl and is entitled to recover damages on the causes of action set forth herein. Michael D. Diehl was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

948.    Plaintiff Teresa DiFato is a resident of the State of New York, the Parent of Decedent John DiFato, and brings this action on her own behalf as the Parent of John DiFato and is entitled to recover damages on the causes of action set forth herein.

949.    Plaintiff Susan DiFato is a resident of the State of New York, the Spouse of Decedent John DiFato, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John DiFato and on behalf of all survivors of John DiFato and is entitled to recover damages on the causes of action set forth herein. John DiFato was killed at

One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

950.   Plaintiff Antonio DiFato is a resident of the State of New York, the Parent of Decedent John DiFato, and brings this action on his own behalf as the Parent of John DiFato and is entitled to recover damages on the causes of action set forth herein.

951.   Plaintiff Patricia A. Difazio is a resident of the State of Pennsylvania, the Spouse of Decedent Vincent Francis DiFazio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Vincent Francis DiFazio and on behalf of all survivors of Vincent Francis DiFazio and is entitled to recover damages on the causes of action set forth herein. Vincent Francis DiFazio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

952.   Plaintiff Carole DiFranco is a resident of the State of New York, the Parent of Decedent Carl A. DiFranco, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Carl A. DiFranco and on behalf of all survivors of Carl A. DiFranco and is entitled to recover damages on the causes of action set forth herein. Carl A. DiFranco was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

953.   Plaintiff Nancy Di Franco Levy is a resident of the State of New Jersey, the Sibling of Decedent Carl A. DiFranco, and brings this action on her own behalf as the Sibling of Carl A. DiFranco and is entitled to recover damages on the causes of action set forth herein.

954.   Plaintiff Carmelo A. DiFranco, now deceased, was a resident of the State of New York, and the Parent of Decedent Carl A. DiFranco; the Representative of his Estate, Carole

176

DiFranco, brings this action and is entitled to recover damages on the causes of action set forth herein.

955.    Plaintiff Edrick Dillard is a resident of the State of Texas, the Child of Decedent Eddie Dillard, and brings this action on his own behalf as the Child of Eddie Dillard and is entitled to recover damages on the causes of action set forth herein.

956.    Plaintiff Angela M. Gutermuth is a resident of the State of New Jersey, the Fiancé of Decedent Christopher More Dincuff, and brings this action on her own behalf as the Fiancé of Christopher More Dincuff and is entitled to recover damages on the causes of action set forth herein.

957.    Plaintiff Georgia Rose DiPasquale is a resident of the State of New York, the Child of Decedent George DiPasquale, and brings this action on her own behalf as the Child of George DiPasquale and is entitled to recover damages on the causes of action set forth herein.

958.    Plaintiff Melissa M. DiPasquale is a resident of the State of Pennsylvania, the Spouse of Decedent George DiPasquale, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of George DiPasquale and on behalf of all survivors of George DiPasquale and is entitled to recover damages on the causes of action set forth herein. George DiPasquale was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

959.    Plaintiff Marjorie A. Ditullio is a resident of the State of Massachusetts, the Parent of Decedent Donald A. DiTullio, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Donald A. DiTullio and on behalf of all survivors of Donald A. DiTullio and is entitled to recover damages on the causes of action set forth herein. Donald A. DiTullio was killed on board American Airlines Flight 11 that crashed into the World

Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

960.     Plaintiff Joanna M. Cook is a resident of the State of Indiana, the Sibling of Decedent Donald A. DiTullio, and brings this action on her own behalf as the Sibling of Donald A. DiTullio and is entitled to recover damages on the causes of action set forth herein.

961.     Plaintiff Janice L. Fleming is a resident of the State of New Hampshire, the Sibling of Decedent Donald A. DiTullio, and brings this action on her own behalf as the Sibling of Donald A. DiTullio and is entitled to recover damages on the causes of action set forth herein.

962.     Plaintiff Evelena Doctor is a resident of the State of South Carolina, the Parent of Decedent Johnnie Doctor, Jr., and brings this action on her own behalf as the Parent of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

963.     Plaintiff JoAnn Doctor is a resident of the State of South Carolina, the Sibling of Decedent Johnnie Doctor, Jr., and brings this action on her own behalf as the Sibling of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

964.     Plaintiff Evon Arnold is a resident of the State of South Carolina, the Sibling of Decedent Johnnie Doctor, Jr., and brings this action on her own behalf as the Sibling of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

965.     Plaintiff Elaine Doctor McGraw is a resident of the State of Georgia, the Sibling of Decedent Johnnie Doctor, Jr., and brings this action on her own behalf as the Sibling of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

966.     Plaintiff Andrea Gale Doctor is a resident of the State of Maryland, the Spouse of Decedent Johnnie Doctor, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Johnnie Doctor, Jr. and on behalf of all survivors of

Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein. Johnnie Doctor, Jr. was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

967.    Plaintiff William Lawrence Doctor is a resident of the State of South Carolina, the Sibling of Decedent Johnnie Doctor, Jr., and brings this action on his own behalf as the Sibling of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

968.    Plaintiff Sheldon Dewayne Doctor is a resident of the State of South Carolina, the Sibling of Decedent Johnnie Doctor, Jr., and brings this action on his own behalf as the Sibling of Johnnie Doctor, Jr. and is entitled to recover damages on the causes of action set forth herein.

969.    Plaintiff Lisa T. Dolan is a resident of the State of Virginia, the Spouse of Decedent Robert E. Dolan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert E. Dolan and on behalf of all survivors of Robert E. Dolan and is entitled to recover damages on the causes of action set forth herein. Robert E. Dolan was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

970.    Plaintiff Helen Dollard is a resident of the State of New York, the Parent of Decedent Neil M. Dollard, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Neil M. Dollard and on behalf of all survivors of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein. Neil M. Dollard was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

971.    Plaintiff Diana E. Dollard is a resident of the State of New Jersey, the Sibling of Decedent Neil M. Dollard, and brings this action on her own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

972.    Plaintiff Mary K. Dollard is a resident of the State of New Jersey, the Sibling of Decedent Neil M. Dollard, and brings this action on her own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

973.    Plaintiff Megan Fajardo is a resident of the State of New Jersey, the Sibling of Decedent Neil M. Dollard, and brings this action on her own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

974.    Plaintiff Anne Zucchi is a resident of the State of New Jersey, the Sibling of Decedent Neil M. Dollard, and brings this action on her own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

975.    Plaintiff Robert M. Dollard is a resident of the State of New Jersey, the Parent of Decedent Neil M. Dollard, and brings this action on his own behalf as the Parent of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

976.    Plaintiff Peter Dollard is a resident of the State of New York, the Sibling of Decedent Neil M. Dollard, and brings this action on his own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

977.    Plaintiff Michael J. Dollard is a resident of the State of New Jersey, the Sibling of Decedent Neil M. Dollard, and brings this action on his own behalf as the Sibling of Neil M. Dollard and is entitled to recover damages on the causes of action set forth herein.

978.    Plaintiff  Public Administrator of Suffolk County is a resident of the State of New York, the Not Related of Decedent Benilda Domingo, and brings this action on  own behalf as

Not Related and as the Personal Representative of the Estate of Benilda Domingo and on behalf of all survivors of Benilda Domingo and is entitled to recover damages on the causes of action set forth herein. Benilda Domingo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

979.    Plaintiff Frank Dominguez is a resident of the State of New York, the Sibling of Decedent Jerome Dominguez, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Jerome Dominguez and on behalf of all survivors of Jerome Dominguez and is entitled to recover damages on the causes of action set forth herein. Jerome Dominguez was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

980.    Plaintiff Cecilia E. Donnelly is a resident of the State of Illinois, the Parent of Decedent Kevin W. Donnelly, and brings this action on her own behalf as the Parent of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein.

981.    Plaintiff Mary Cay Martin is a resident of the State of Florida, the Sibling of Decedent Kevin W. Donnelly, and brings this action on her own behalf as the Sibling of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein.

982.    Plaintiff Mary Coughlin is a resident of the State of New York, the Spouse of Decedent Kevin W. Donnelly, and brings this action on her own behalf as the Spouse of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein.

983.    Plaintiff Brian J. Donnelly is a resident of the State of Florida, the Sibling of Decedent Kevin W. Donnelly, and brings this action on his own behalf as the Sibling of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein.

984.    Plaintiff Edward L. Donnelly, Jr. is a resident of the State of Illinois, the Sibling of Decedent Kevin W. Donnelly, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Kevin W. Donnelly and on behalf of all survivors of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein. Kevin W. Donnelly was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

985.    Plaintiff Edward L. Donnelly, Sr. is a resident of the State of New York, the Parent of Decedent Kevin W. Donnelly, and brings this action on his own behalf as the Parent of Kevin W. Donnelly and is entitled to recover damages on the causes of action set forth herein.

986.    Plaintiff Marion Donovan Puiia is a resident of the State of New York, the Parent of Decedent Jacqueline Donovan, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Jacqueline Donovan and on behalf of all survivors of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein. Jacqueline Donovan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

987.    Plaintiff Jeanine Wiese is a resident of the State of New York, the Sibling of Decedent Jacqueline Donovan, and brings this action on her own behalf as the Sibling of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein.

988.    Plaintiff Patrice Kelleher is a resident of the State of New York, the Sibling of Decedent Jacqueline Donovan, and brings this action on her own behalf as the Sibling of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein.

989.    Plaintiff James T. Donovan is a resident of the State of New York, the Parent of Decedent Jacqueline Donovan, and brings this action on his own behalf as Parent and as the Co-

Administrator of the Estate of Jacqueline Donovan and on behalf of all survivors of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein. Jacqueline Donovan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

990.    Plaintiff Michael Donovan is a resident of the State of New York, the Sibling of Decedent Jacqueline Donovan, and brings this action on his own behalf as the Sibling of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein.

991.    Plaintiff James Donovan, Jr. is a resident of the State of New York, the Sibling of Decedent Jacqueline Donovan, and brings this action on his own behalf as the Sibling of Jacqueline Donovan and is entitled to recover damages on the causes of action set forth herein.

992.    Plaintiff Elaine Marie Donovan is a resident of the State of Virginia, the Spouse of Decedent William Howard Donovan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Howard Donovan and on behalf of all survivors of William Howard Donovan and is entitled to recover damages on the causes of action set forth herein. William Howard Donovan was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

993.    Plaintiff Ann Marie Dorf is a resident of the State of New Jersey, the Sibling of Decedent Stephen Scott Dorf, and brings this action on her own behalf as the Sibling of Stephen Scott Dorf and is entitled to recover damages on the causes of action set forth herein.

994.    Plaintiff Linda Sammut is a resident of the State of New Jersey, the Sibling of Decedent Stephen Scott Dorf, and brings this action on her own behalf as the Sibling of Stephen Scott Dorf and is entitled to recover damages on the causes of action set forth herein.

995.    Plaintiff Michelle Dorf is a resident of the State of New Jersey, the Sibling of Decedent Stephen Scott Dorf, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Stephen Scott Dorf and on behalf of all survivors of Stephen Scott Dorf and is entitled to recover damages on the causes of action set forth herein. Stephen Scott Dorf was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

996.    Plaintiff Morris Dorf, now deceased, was a resident of the State of United States, and the Parent of Decedent Stephen Scott Dorf; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

997.    Plaintiff Robert Dorf is a resident of the State of Florida, the Sibling of Decedent Stephen Scott Dorf, and brings this action on his own behalf as the Sibling of Stephen Scott Dorf and is entitled to recover damages on the causes of action set forth herein.

998.    Plaintiff Joseph Dorf is a resident of the State of New Jersey, the Sibling of Decedent Stephen Scott Dorf, and brings this action on his own behalf as the Sibling of Stephen Scott Dorf and is entitled to recover damages on the causes of action set forth herein.

999.    Plaintiff Kerri Ann Dowd is a resident of the State of Florida, the Spouse of Decedent Thomas Francis Dowd, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Francis Dowd and on behalf of all survivors of Thomas Francis Dowd and is entitled to recover damages on the causes of action set forth herein. Thomas Francis Dowd was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1000.   Plaintiff DOE 78 is a resident of the New York, the Sibling of Decedent DOE 78, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1001.   Plaintiff Adelaide Maureen Driscoll, now deceased, was a resident of the State of New Jersey, and the Spouse of Decedent Patrick Joseph Driscoll; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1002.   Plaintiff Pamela Marie Gould is a resident of the State of Illinois, the Child of Decedent Patrick Joseph Driscoll, and brings this action on her own behalf as Child and as the Executor of the Estate of Patrick Joseph Driscoll and on behalf of all survivors of Patrick Joseph Driscoll and is entitled to recover damages on the causes of action set forth herein. Patrick Joseph Driscoll was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1003.   Plaintiff Stephen Michael Driscoll is a resident of the State of New Jersey, the Child of Decedent Patrick Joseph Driscoll, and brings this action on his own behalf as the Child of Patrick Joseph Driscoll and is entitled to recover damages on the causes of action set forth herein.

1004.   Plaintiff Christopher John Driscoll is a resident of the State of New Jersey, the Child of Decedent Patrick Joseph Driscoll, and brings this action on his own behalf as the Child of Patrick Joseph Driscoll and is entitled to recover damages on the causes of action set forth herein.

1005.   Plaintiff Patrick Thomas Driscoll is a resident of the State of New Jersey, the Child of Decedent Patrick Joseph Driscoll, and brings this action on his own behalf as the Child of Patrick Joseph Driscoll and is entitled to recover damages on the causes of action set forth herein.

1006.   Plaintiff John M. Driscoll is a resident of the State of New Jersey, the Sibling of Decedent Patrick Joseph Driscoll, and brings this action on his own behalf as the Sibling of Patrick Joseph Driscoll and is entitled to recover damages on the causes of action set forth herein.

1007.   Plaintiff DOE 97, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 97; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1008.   Plaintiff DOE 97 is a resident of the New York, the Sibling of Decedent DOE 97, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1009.   Plaintiff DOE 97 is a resident of the New York, the Sibling of Decedent DOE 97, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1010.   Plaintiff DOE 97 is a resident of the New York, the Sibling of Decedent DOE 97, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1011.   Plaintiff DOE 97 is a resident of the New York, the Sibling of Decedent DOE 97, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1012.   Plaintiff Ann P. Driscoll is a resident of the State of New York, the Spouse of Decedent Stephen Patrick Driscoll, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen Patrick Driscoll and on behalf of all survivors of Stephen Patrick Driscoll and is entitled to recover damages on the causes of action set forth herein. Stephen Patrick Driscoll was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1013.   Plaintiff DOE 97, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 97; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1014.   Plaintiff DOE 97 is a resident of the New York, the Sibling of Decedent DOE 97, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1015.   Plaintiff Robert M. Duffy is a resident of the State of Arkansas, the Sibling of Decedent Gerard J. Duffy, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Gerard J. Duffy and on behalf of all survivors of Gerard J. Duffy and is entitled to recover damages on the causes of action set forth herein. Gerard J. Duffy was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1016.   Plaintiff Thomas Duffy is a resident of the State of New York, the Sibling of Decedent Gerard J. Duffy, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Gerard J. Duffy and on behalf of all survivors of Gerard J. Duffy and is entitled to recover damages on the causes of action set forth herein. Gerard J. Duffy was

killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1017.   Plaintiff DOE 121 is a resident of the New York, the Child of Decedent DOE 121, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1018.   Plaintiff DOE 121 is a resident of the New York, the Child of Decedent DOE 121, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1019.   Plaintiff DOE 86 is a resident of the state of New Jersey, the Spouse of Decedent DOE 86, and brings this action on his own behalf as Spouse and on behalf of all survivors of DOE 86 and as the Personal Representative of the Estate of DOE 86 and is entitled to recover damages on the causes of action set forth herein. DOE 86 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1020.   Plaintiff Diana J. Sayegh is a resident of the State of Florida, the Parent of Decedent Jackie Sayegh Duggan, and brings this action on her own behalf as the Parent of Jackie Sayegh Duggan and is entitled to recover damages on the causes of action set forth herein.

1021.   Plaintiff Mitchell Duggan is a resident of the State of Florida, the Spouse of Decedent Jackie Sayegh Duggan, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Jackie Sayegh Duggan and on behalf of all survivors of Jackie Sayegh Duggan and is entitled to recover damages on the causes of action set forth herein. Jackie Sayegh Duggan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1022.   Plaintiff George A. Sayegh, Sr., now deceased, was a resident of the State of Florida, and the Parent of Decedent Jackie Sayegh Duggan; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1023.   Plaintiff Joel Gary Shapiro is a resident of the State of New York, the Spouse of Decedent Sareve Dukat, and brings this action on his own behalf as Spouse and as the Executor; Personal Representative of the Estate of Sareve Dukat and on behalf of all survivors of Sareve Dukat and is entitled to recover damages on the causes of action set forth herein. Sareve Dukat was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1024.   Plaintiff Laura D. Dunstan is a resident of the State of New Jersey, the Child of Decedent Richard A. Dunstan, and brings this action on her own behalf as the Child of Richard A. Dunstan and is entitled to recover damages on the causes of action set forth herein.

1025.   Plaintiff Janet A. Dunstan is a resident of the State of New Jersey, the Spouse of Decedent Richard A. Dunstan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard A. Dunstan and on behalf of all survivors of Richard A. Dunstan and is entitled to recover damages on the causes of action set forth herein. Richard A. Dunstan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1026.  Plaintiff Laura Eaton is a resident of United Kingdom, the Parent of Decedent Robert Douglas Eaton, and brings this action on her own behalf as the Parent of Robert Douglas Eaton and is entitled to recover damages on the causes of action set forth herein.

1027.   Plaintiff Barbara J. Stephenson is a resident of United Kingdom, the Sibling of Decedent Robert Douglas Eaton, and brings this action on her own behalf as the Sibling of Robert Douglas Eaton and is entitled to recover damages on the causes of action set forth herein.

1028.   Plaintiff Angela Ridge is a resident of  United Kingdom, the Sibling of Decedent Robert Douglas Eaton, and brings this action on her own behalf as the Sibling of Robert Douglas Eaton and is entitled to recover damages on the causes of action set forth herein.

1029.   Plaintiff Douglas Eaton is a resident of United Kingdom, the Parent of Decedent Robert Douglas Eaton, and brings this action on his own behalf as the Parent of Robert Douglas Eaton and is entitled to recover damages on the causes of action set forth herein.

1030.   Plaintiff Johanna L. Kmetz is a resident of the State of New York, the Sibling of Decedent Margaret R. Echtermann, and brings this action on her own behalf as the Sibling of Margaret R. Echtermann and is entitled to recover damages on the causes of action set forth herein.

1031.   Plaintiff Cheryl Olivieri is a resident of the State of Washington, the Fiancé of Decedent Paul R. Eckna, and brings this action on her own behalf as the Fiancé of Paul R. Eckna and is entitled to recover damages on the causes of action set forth herein.

1032.   Plaintiff Audrey Economos is a resident of the State of New York, the Spouse of Decedent Constantine Economos, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Constantine Economos and on behalf of all survivors of Constantine Economos and is entitled to recover damages on the causes of action set forth herein. Constantine Economos was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1033.   Plaintiff Frank Michael Edwards is a resident of the State of North Carolina, the Child of Decedent Barbara Gollan Edwards, and brings this action on his own behalf as the Child of Barbara Gollan Edwards and is entitled to recover damages on the causes of action set forth herein.

1034.   Plaintiff Scott C. Edwards is a resident of the State of Texas, the Child of Decedent Barbara Gollan Edwards, and brings this action on his own behalf as the Child of Barbara Gollan Edwards and is entitled to recover damages on the causes of action set forth herein.

1035.   Plaintiff Douglas C. Edwards is a resident of the State of New Jersey, the Child of Decedent Barbara Gollan Edwards, and brings this action on his own behalf as the Child of Barbara Gollan Edwards and is entitled to recover damages on the causes of action set forth herein.

1036.   Plaintiff DOE 122 is a resident of  Canada, the Domestic Partner of Decedent DOE 122, and brings this action on her own behalf as Domestic Partner and on behalf of all survivors of DOE 122 and as the Personal Representative of the Estate of DOE 122 and is entitled to recover damages on the causes of action set forth herein. DOE 122 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1037.   Plaintiff Denise Egan is a resident of the State of California, the Sibling of Decedent Christine Egan, and brings this action on her own behalf as the Sibling of Christine Egan and is entitled to recover damages on the causes of action set forth herein.

1038.   Plaintiff Patricia Egan is a resident of the State of New York, the Parent of Decedent Martin Egan, Jr., and brings this action on her own behalf as the Parent of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1039.   Plaintiff Colleen D'amato is a resident of the State of New York, the Sibling of Decedent Martin Egan, Jr., and brings this action on her own behalf as the Sibling of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1040.   Plaintiff Diane Egan is a resident of the State of New York, the Spouse of Decedent Martin Egan, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Martin Egan, Jr. and on behalf of all survivors of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein. Martin Egan, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1041.   Plaintiff Mark Egan is a resident of the State of New York, the Sibling of Decedent Martin Egan, Jr., and brings this action on his own behalf as the Sibling of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1042.   Plaintiff Michael Egan is a resident of the State of New York, the Sibling of Decedent Martin Egan, Jr., and brings this action on his own behalf as the Sibling of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1043.   Plaintiff Martin Egan, Sr. is a resident of the State of New York, the Parent of Decedent Martin Egan, Jr., and brings this action on his own behalf as the Parent of Martin Egan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1044.   Plaintiff Anna Maria Egan is a resident of  Beaconsfield, Canada, the Spouse of Decedent Michael Egan, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Michael Egan and on behalf of all survivors of Michael Egan and is entitled to recover damages on the causes of action set forth herein. Michael Egan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1045.   Plaintiff Jonathan J. Egan is a resident of the State of New York, the Child of Decedent Michael Egan, and brings this action on his own behalf as the Child of Michael Egan and is entitled to recover damages on the causes of action set forth herein.

1046.   Plaintiff Matthew B. Egan is a resident of Beaconsfield, Canada, the Child of Decedent Michael Egan, and brings this action on his own behalf as the Child of Michael Egan and is entitled to recover damages on the causes of action set forth herein.

1047.   Plaintiff Paula Shapiro is a resident of the State of California, the Parent of Decedent Eric Adam Eisenberg, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Eric Adam Eisenberg and on behalf of all survivors of Eric Adam Eisenberg and is entitled to recover damages on the causes of action set forth herein. Eric Adam Eisenberg was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1048.   Plaintiff Josephine Elder is a resident of the State of New York, the Parent of Decedent Daphne Elder, and brings this action on her own behalf as the Parent of Daphne Elder and is entitled to recover damages on the causes of action set forth herein.

1049.   Plaintiff Jimmy Paul Elder is a resident of the State of New York, the Parent of Decedent Daphne Elder, and brings this action on his own behalf as the Parent of Daphne Elder and is entitled to recover damages on the causes of action set forth herein.

1050.   Plaintiff Mary Elferis is a resident of the State of New York, the Parent of Decedent Michael J. Elferis, and brings this action on her own behalf as the Parent of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein.

1051.   Plaintiff Nancy Chalmers is a resident of the State of New York, the Sibling of Decedent Michael J. Elferis, and brings this action on her own behalf as the Sibling of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein.

1052.   Plaintiff Elizabeth Wild is a resident of the State of New York, the Sibling of Decedent Michael J. Elferis, and brings this action on her own behalf as the Sibling of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein.

1053.   Plaintiff Robert E. Elferis is a resident of the State of New York, the Parent of Decedent Michael J. Elferis, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael J. Elferis and on behalf of all survivors of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein. Michael J. Elferis was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1054.   Plaintiff Joseph Elferis is a resident of the State of New York, the Sibling of Decedent Michael J. Elferis, and brings this action on his own behalf as the Sibling of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein.

1055.   Plaintiff Robert G. Elferis is a resident of the State of New York, the Sibling of Decedent Michael J. Elferis, and brings this action on his own behalf as the Sibling of Michael J. Elferis and is entitled to recover damages on the causes of action set forth herein.

1056.   Plaintiff Irinie Guiguis is a resident of the State of New Jersey, the Spouse of Decedent Albert W. Elmarry, and brings this action on her own behalf as Spouse and as the

194

Personal Representative of the Estate of Albert W. Elmarry and on behalf of all survivors of Albert W. Elmarry and is entitled to recover damages on the causes of action set forth herein. Albert W. Elmarry was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1057. Plaintiff DOE 68 is a resident of the state of New Jersey, the Spouse of Decedent DOE 68, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 68 and as the Personal Representative of the Estate of DOE 68 and is entitled to recover damages on the causes of action set forth herein. DOE 68 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1058. Plaintiff Rogelio R. Escarcega is a resident of the State of Tennessee, the Spouse of Decedent Sarah Ali Escarcega, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Sarah Ali Escarcega and on behalf of all survivors of Sarah Ali Escarcega and is entitled to recover damages on the causes of action set forth herein. Sarah Ali Escarcega was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1059. Plaintiff Marlyse Bosley is a resident of the State of Arizona, the Sibling of Decedent Jose Espinal, and brings this action on her own behalf as the Sibling of Jose Espinal and is entitled to recover damages on the causes of action set forth herein.

1060. Plaintiff Michael Esposito is a resident of the State of New York, the Spouse of Decedent Bridget Ann Esposito, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Bridget Ann Esposito and on behalf of all survivors of Bridget Ann Esposito and is entitled to recover damages on the causes of action set forth herein.

Bridget Ann Esposito was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1061.   Plaintiff Dorothy Helen Esposito is a resident of the State of New York, the Parent of Decedent Francis Esposito, and brings this action on her own behalf as the Parent of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1062.   Plaintiff Catherine Esposito is a resident of the State of New York, the Sibling of Decedent Francis Esposito, and brings this action on her own behalf as the Sibling of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1063.   Plaintiff Dawn Marie Picciano is a resident of the State of New York, the Spouse of Decedent Francis Esposito, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Francis Esposito and on behalf of all survivors of Francis Esposito and is entitled to recover damages on the causes of action set forth herein. Francis Esposito was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1064.   Plaintiff Michael A. Esposito is a resident of the State of New York, the Parent of Decedent Francis Esposito, and brings this action on his own behalf as the Parent of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1065.   Plaintiff Dominick Esposito is a resident of the State of New Jersey, the Sibling of Decedent Francis Esposito, and brings this action on his own behalf as the Sibling of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1066.   Plaintiff Richard Esposito is a resident of the State of New Jersey, the Sibling of Decedent Francis Esposito, and brings this action on his own behalf as the Sibling of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1067.   Plaintiff Vincent Esposito is a resident of the State of Florida, the Sibling of Decedent Francis Esposito, and brings this action on his own behalf as the Sibling of Francis Esposito and is entitled to recover damages on the causes of action set forth herein.

1068.   Plaintiff Rose Esposito is a resident of the State of New York, the Parent of Decedent Michael Esposito, and brings this action on her own behalf as the Parent of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1069.   Plaintiff Salvatore Esposito is a resident of the State of New York, the Sibling of Decedent Michael Esposito, and brings this action on his own behalf as the Sibling of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1070.   Plaintiff Simone Esposito is a resident of the State of New Jersey, the Sibling of Decedent Michael Esposito, and brings this action on his own behalf as the Sibling of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1071.   Plaintiff Frank Esposito is a resident of the State of New York, the Sibling of Decedent Michael Esposito, and brings this action on his own behalf as the Sibling of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1072.   Plaintiff Joseph Esposito is a resident of the State of New York, the Sibling of Decedent Michael Esposito, and brings this action on his own behalf as the Sibling of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1073.   Plaintiff Simone Esposito, Sr. is a resident of the State of New York, the Parent of Decedent Michael Esposito, and brings this action on his own behalf as the Parent of Michael Esposito and is entitled to recover damages on the causes of action set forth herein.

1074.   Plaintiff Susan Esposito is a resident of the State of New York, the Child of Decedent William J. Esposito, and brings this action on her own behalf as the Child of William J. Esposito and is entitled to recover damages on the causes of action set forth herein.

1075.   Plaintiff Stephanie Esposito is a resident of the State of New York, the Spouse of Decedent William J. Esposito, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William J. Esposito and on behalf of all survivors of William J. Esposito and is entitled to recover damages on the causes of action set forth herein. William J. Esposito was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1076.   Plaintiff Craig Esposito is a resident of the State of New York, the Child of Decedent William J. Esposito, and brings this action on his own behalf as the Child of William J. Esposito and is entitled to recover damages on the causes of action set forth herein.

1077.   Plaintiff Maria Luisa Bey is a resident of the State of Florida, the Parent of Decedent Ruben Esquilin, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Ruben Esquilin, Jr. and on behalf of all survivors of Ruben Esquilin, Jr. and is entitled to recover damages on the causes of action set forth herein. Ruben Esquilin, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1078.   Plaintiff Priscilla Esquilin is a resident of the State of New York, the Sibling of Decedent Ruben Esquilin, Jr., and brings this action on her own behalf as the Sibling of Ruben Esquilin, Jr. and is entitled to recover damages on the causes of action set forth herein.

1079.   Plaintiff Jean Etzold is a resident of the State of Massachusetts, the Parent of Decedent Barbara Etzold, and brings this action on her own behalf as Parent and as the Personal

Representative of the Estate of Barbara Etzold and on behalf of all survivors of Barbara Etzold and is entitled to recover damages on the causes of action set forth herein. Barbara Etzold was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1080.   Plaintiff David Konigsberg is a resident of the State of New Jersey, the Fiancé of Decedent Barbara Etzold, and brings this action on his own behalf as the Fiancé of Barbara Etzold and is entitled to recover damages on the causes of action set forth herein.

1081.   Plaintiff Corrine J. Evans is a resident of the State of Connecticut, the Parent of Decedent Eric Brian Evans, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Eric Brian Evans and on behalf of all survivors of Eric Brian Evans and is entitled to recover damages on the causes of action set forth herein. Eric Brian Evans was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1082.   Plaintiff Charles R. Evans, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent Eric Brian Evans; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1083.   Plaintiff Catherine Ewart is a resident of the State of Florida, the Parent of Decedent Meredith Emily June Ewart, and brings this action on her own behalf as the Parent of Meredith Emily June Ewart and is entitled to recover damages on the causes of action set forth herein.

1084.   Plaintiff Jennifer Ewart is a resident of  Montreal, Canada, the Sibling of Decedent Meredith Emily June Ewart, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Meredith Emily June Ewart and on behalf of all

survivors of Meredith Emily June Ewart and is entitled to recover damages on the causes of action set forth herein. Meredith Emily June Ewart was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1085.  Plaintiff Robert G. Ewart is a resident of  Canada, the Parent of Decedent Meredith Emily June Ewart, and brings this action on his own behalf as the Parent of Meredith Emily June Ewart and is entitled to recover damages on the causes of action set forth herein.

1086.  Plaintiff Diane Dorothy Fairben is a resident of the State of New York, the Parent of Decedent Keith George Fairben, and brings this action on her own behalf as the Parent of Keith George Fairben and is entitled to recover damages on the causes of action set forth herein.

1087.  Plaintiff Kenneth Bruce Fairben is a resident of the State of New York, the Parent of Decedent Keith George Fairben, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Keith George Fairben and on behalf of all survivors of Keith George Fairben and is entitled to recover damages on the causes of action set forth herein. Keith George Fairben was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1088.  Plaintiff Patricia A. Fallon is a resident of the State of Virginia, the Parent of Decedent Jamie Lynn Fallon, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jamie Lynn Fallon and on behalf of all survivors of Jamie Lynn Fallon and is entitled to recover damages on the causes of action set forth herein. Jamie Lynn Fallon was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1089.  Plaintiff Ruth M. Fangman is a resident of the State of Delaware, the Parent of Decedent Robert John Fangman, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Robert John Fangman and on behalf of all survivors of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein. Robert John Fangman was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1090.  Plaintiff Carole L. Ricci is a resident of the State of Pennsylvania, the Sibling of Decedent Robert John Fangman, and brings this action on her own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1091.  Plaintiff Deborah A. Fangman is a resident of the State of Delaware, the Sibling of Decedent Robert John Fangman, and brings this action on her own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1092.  Plaintiff Theresa M. Frakes is a resident of the State of Georgia, the Sibling of Decedent Robert John Fangman, and brings this action on her own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1093.  Plaintiff Stephen G. Fangman is a resident of the State of Maryland, the Sibling of Decedent Robert John Fangman, and brings this action on his own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1094.  Plaintiff Paul M. Fangman is a resident of the State of Texas, the Sibling of Decedent Robert John Fangman, and brings this action on his own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1095.   Plaintiff Michael W. Fangman is a resident of the State of North Carolina, the Sibling of Decedent Robert John Fangman, and brings this action on his own behalf as the Sibling of Robert John Fangman and is entitled to recover damages on the causes of action set forth herein.

1096.   Plaintiff Beverly Faragher is a resident of the State of Ohio, the Parent of Decedent Kathleen Faragher, and brings this action on her own behalf as the Parent of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein.

1097.   Plaintiff Mary F. Waterman is a resident of the State of Ohio, the Sibling of Decedent Kathleen Faragher, and brings this action on her own behalf as the Sibling of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein.

1098.   Plaintiff Beth Ann Faragher is a resident of the State of Colorado, the Sibling of Decedent Kathleen Faragher, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Kathleen Faragher and on behalf of all survivors of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein. Kathleen Faragher was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1099.   Plaintiff William E. Faragher is a resident of the State of Ohio, the Parent of Decedent Kathleen Faragher, and brings this action on his own behalf as the Parent of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein.

1100.   Plaintiff James A. Faragher is a resident of the State of Ohio, the Sibling of Decedent Kathleen Faragher, and brings this action on his own behalf as the Sibling of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein.

1101.   Plaintiff William Faragher is a resident of the State of Colorado, the Sibling of Decedent Kathleen Faragher, and brings this action on his own behalf as the Sibling of Kathleen Faragher and is entitled to recover damages on the causes of action set forth herein.

1102.   Plaintiff Marie A. Farrell is a resident of the State of New York, the Parent of Decedent John G. Farrell, and brings this action on her own behalf as the Parent of John G. Farrell and is entitled to recover damages on the causes of action set forth herein.

1103.   Plaintiff James F. Farrell is a resident of the State of New York, the Parent of Decedent John G. Farrell, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of John G. Farrell and on behalf of all survivors of John G. Farrell and is entitled to recover damages on the causes of action set forth herein. John G. Farrell was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1104.   Plaintiff Helenora M. Farrell is a resident of the State of New York, the Spouse of Decedent Terrence Patrick Farrell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Terrence Patrick Farrell and on behalf of all survivors of Terrence Patrick Farrell and is entitled to recover damages on the causes of action set forth herein. Terrence Patrick Farrell was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1105.   Plaintiff Theresa Farrelly, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Joseph Farrelly; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1106.   Plaintiff Stacey Farrelly is a resident of the State of New York, the Spouse of Decedent Joseph Farrelly, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Joseph Farrelly and on behalf of all survivors of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein. Joseph Farrelly was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1107. Plaintiff Ryan Farrelly is a resident of the State of New York, the Child of Decedent Joseph Farrelly, and brings this action on his own behalf as the Child of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1108. Plaintiff Devin Farrelly is a resident of the State of New York, the Child of Decedent Joseph Farrelly, and brings this action on his own behalf as the Child of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1109. Plaintiff Joseph Farrelly is a resident of the State of New Jersey, the Parent of Decedent Joseph Farrelly, and brings this action on his own behalf as the Parent of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1110. Plaintiff Patrick M. Farrelly is a resident of the State of Wyoming, the Sibling of Decedent Joseph Farrelly, and brings this action on his own behalf as the Sibling of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1111. Plaintiff Dennis Farrelly is a resident of the State of New Jersey, the Sibling of Decedent Joseph Farrelly, and brings this action on his own behalf as the Sibling of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1112. Plaintiff Michael Farrelly is a resident of the State of New Jersey, the Sibling of Decedent Joseph Farrelly, and brings this action on his own behalf as the Sibling of Joseph Farrelly and is entitled to recover damages on the causes of action set forth herein.

1113.   Plaintiff Lorna Clelland Morris is a resident of the State of Virginia, the Parent of Decedent Wendy Ruth Faulkner, and brings this action on her own behalf as the Parent of Wendy Ruth Faulkner and is entitled to recover damages on the causes of action set forth herein.

1114.   Plaintiff Jeanette Morris-Friedrich is a resident of the State of New York, the Sibling of Decedent Wendy Ruth Faulkner, and brings this action on her own behalf as the Sibling of Wendy Ruth Faulkner and is entitled to recover damages on the causes of action set forth herein.

1115.   Plaintiff Gay L. Morris is a resident of the State of New Hampshire, the Sibling of Decedent Wendy Ruth Faulkner, and brings this action on her own behalf as the Sibling of Wendy Ruth Faulkner and is entitled to recover damages on the causes of action set forth herein.

1116.   Plaintiff Rose Jean Nielsen is a resident of the State of California, the Parent of Decedent Shannon Marie Fava, and brings this action on her own behalf as the Parent of Shannon Marie Fava and is entitled to recover damages on the causes of action set forth herein.

1117.   Plaintiff Frank Joseph Fava is a resident of the State of New York, the Spouse of Decedent Shannon Marie Fava, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Shannon Marie Fava and on behalf of all survivors of Shannon Marie Fava and is entitled to recover damages on the causes of action set forth herein. Shannon Marie Fava was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1118.   Plaintiff Dennis Nielsen, Jr. is a resident of the State of Texas, the Sibling of Decedent Shannon Marie Fava, and brings this action on his own behalf as the Sibling of Shannon Marie Fava and is entitled to recover damages on the causes of action set forth herein.

1119.   Plaintiff Dennis Joseph Nielsen, Sr. is a resident of the State of California, the Parent of Decedent Shannon Marie Fava, and brings this action on his own behalf as the Parent of Shannon Marie Fava and is entitled to recover damages on the causes of action set forth herein.

1120.   Plaintiff Linda Ann Favuzza is a resident of the State of New York, the Spouse of Decedent Bernard Favuzza, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Bernard Favuzza and on behalf of all survivors of Bernard Favuzza and is entitled to recover damages on the causes of action set forth herein. Bernard Favuzza was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1121.   Plaintiff Felicia C. Fazio, now deceased, was a resident of the State of New York, and the Parent of Decedent Robert Fazio, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1122.   Plaintiff Carole Lovero is a resident of the State of New York, the Sibling of Decedent Robert Fazio, Jr., and brings this action on her own behalf as the Sibling of Robert Fazio, Jr. and is entitled to recover damages on the causes of action set forth herein.

1123.   Plaintiff Robert Fazio, Sr. is a resident of the State of New York, the Parent of Decedent Robert Fazio, Jr., and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Robert Fazio, Jr. and on behalf of all survivors of Robert Fazio, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert Fazio, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1124.   Plaintiff Lauren Marie Fazio is a resident of the State of New Jersey, the Child of Decedent Ronald C. Fazio, Sr., and brings this action on her own behalf as the Child of Ronald C. Fazio, Sr. and is entitled to recover damages on the causes of action set forth herein.

1125.   Plaintiff Janet Fazio is a resident of the State of New Jersey, the Spouse of Decedent Ronald C. Fazio, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald C. Fazio, Sr. and on behalf of all survivors of Ronald C. Fazio, Sr. and is entitled to recover damages on the causes of action set forth herein. Ronald C. Fazio, Sr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1126.   Plaintiff Robert Fazio is a resident of the State of New Jersey, the Child of Decedent Ronald C. Fazio, Sr., and brings this action on his own behalf as the Child of Ronald C. Fazio, Sr. and is entitled to recover damages on the causes of action set forth herein.

1127.   Plaintiff Ronald C. Fazio, Jr. is a resident of the State of New Jersey, the Child of Decedent Ronald C. Fazio, Sr., and brings this action on his own behalf as the Child of Ronald C. Fazio, Sr. and is entitled to recover damages on the causes of action set forth herein.

1128.   Plaintiff Elizabeth Feehan is a resident of the State of New York, the Child of Decedent William M. Feehan, and brings this action on her own behalf as the Child of William M. Feehan and is entitled to recover damages on the causes of action set forth herein.

1129.   Plaintiff Tara Feehan Davan is a resident of the State of New York, the Child of Decedent William M. Feehan, and brings this action on her own behalf as the Child of William M. Feehan and is entitled to recover damages on the causes of action set forth herein.

1130.   Plaintiff John Feehan is a resident of the State of New York, the Child of Decedent William M. Feehan, and brings this action on his own behalf as the Child of William M. Feehan and is entitled to recover damages on the causes of action set forth herein.

1131.   Plaintiff William B. Feehan is a resident of the State of New Jersey, the Child of Decedent William M. Feehan, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of William M. Feehan and on behalf of all survivors of William M. Feehan and is entitled to recover damages on the causes of action set forth herein. William M. Feehan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1132.   Plaintiff Dorothy A. Fergus is a resident of the State of New York, the Parent of Decedent Edward Thomas Fergus, Jr., and brings this action on her own behalf as the Parent of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein.

1133.   Plaintiff Allison M. Fergus is a resident of the State of Connecticut, the Sibling of Decedent Edward Thomas Fergus, Jr., and brings this action on her own behalf as the Sibling of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein.

1134.   Plaintiff Maureen Fergus Sheehan is a resident of the State of Connecticut, the Sibling of Decedent Edward Thomas Fergus, Jr., and brings this action on her own behalf as the Sibling of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein.

1135.   Plaintiff Anne Marie Fergus Rayhill is a resident of the State of Connecticut, the Sibling of Decedent Edward Thomas Fergus, Jr., and brings this action on her own behalf as the

Sibling of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein.

1136.   Plaintiff Linda Fergus is a resident of the State of Connecticut, the Spouse of Decedent Edward Thomas Fergus, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward Thomas Fergus, Jr. and on behalf of all survivors of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein. Edward Thomas Fergus, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1137.   Plaintiff Edward T. Fergus, Sr. is a resident of the State of New York, the Parent of Decedent Edward Thomas Fergus, Jr., and brings this action on his own behalf as the Parent of Edward Thomas Fergus, Jr. and is entitled to recover damages on the causes of action set forth herein.

1138.   Plaintiff DOE 09 is a resident of the state of New Jersey, the Parent of Decedent DOE 09, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 09 and as the Personal Representative of the Estate of DOE 09 and is entitled to recover damages on the causes of action set forth herein. DOE 09 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1139.   Plaintiff DOE 09 is a resident of the New Jersey, the Parent of Decedent DOE 09, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1140.   Plaintiff Rosanna M. Ferrugio is a resident of the State of New Jersey, the Spouse of Decedent David Francis Ferrugio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Francis Ferrugio and on behalf of all survivors of David Francis Ferrugio and is entitled to recover damages on the causes of action set forth herein. David Francis Ferrugio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1141.   Plaintiff Minnie Ferro is a resident of the State of New Jersey, the Parent of Decedent Louis V. Fersini, Jr., and brings this action on her own behalf as the Parent of Louis V. Fersini, Jr. and is entitled to recover damages on the causes of action set forth herein.

1142.   Plaintiff Cathy Lyn Fersini is a resident of the State of New Jersey, the Spouse of Decedent Louis V. Fersini, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Louis V. Fersini, Jr. and on behalf of all survivors of Louis V. Fersini, Jr. and is entitled to recover damages on the causes of action set forth herein. Louis V. Fersini, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1143.   Plaintiff DOE 103 is a resident of the Connecticut, the Parent of Decedent DOE 103, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1144.   Plaintiff DOE 103 is a resident of the state of Connecticut, the Parent of Decedent DOE 103, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 103 and as the Personal Representative of the Estate of DOE 103 and is entitled to recover damages on the causes of action set forth herein. DOE 103 was killed at Two World Trade

Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1145.   Plaintiff Evelyn L. Fialko is a resident of the State of New Jersey, the Parent of Decedent Jennifer Louise Fialko, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Jennifer Louise Fialko and on behalf of all survivors of Jennifer Louise Fialko and is entitled to recover damages on the causes of action set forth herein. Jennifer Louise Fialko was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1146.   Plaintiff Robert J. Fialko is a resident of the State of New Jersey, the Parent of Decedent Jennifer Louise Fialko, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Jennifer Louise Fialko and on behalf of all survivors of Jennifer Louise Fialko and is entitled to recover damages on the causes of action set forth herein. Jennifer Louise Fialko was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1147.   Plaintiff Andrew C. Fialko is a resident of the State of New Jersey, the Sibling of Decedent Jennifer Louise Fialko, and brings this action on his own behalf as the Sibling of Jennifer Louise Fialko and is entitled to recover damages on the causes of action set forth herein.

1148.   Plaintiff Isabel Fiedel, now deceased, was a resident of the State of , and the Parent of Decedent Kristen Nicole Fiedel; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1149.   Plaintiff Lindsey Beth Fiedel is a resident of the State of New York, the Child of Decedent Kristen Nicole Fiedel, and brings this action on her own behalf as the Child of Kristen Nicole Fiedel and is entitled to recover damages on the causes of action set forth herein.

1150.   Plaintiff Warren Fiedel is a resident of the State of New York, the Parent of Decedent Kristen Nicole Fiedel, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Kristen Nicole Fiedel and on behalf of all survivors of Kristen Nicole Fiedel and is entitled to recover damages on the causes of action set forth herein. Kristen Nicole Fiedel was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1151.   Plaintiff William H. Fields, Sr. is a resident of the State of Virginia, the Spouse of Decedent Amelia V. Fields, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Amelia V. Fields and on behalf of all survivors of Amelia V. Fields and is entitled to recover damages on the causes of action set forth herein. Amelia V. Fields was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1152.   Plaintiff Loretta J. Filipov is a resident of the State of Massachusetts, the Spouse of Decedent Alexander M. Filipov, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alexander M. Filipov and on behalf of all survivors of Alexander M. Filipov and is entitled to recover damages on the causes of action set forth herein. Alexander M. Filipov was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1153.   Plaintiff Madeline F. Fiore, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael Curtis Fiore; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1154.   Plaintiff Linda S. Fiore is a resident of the State of New York, the Sibling of Decedent Michael Curtis Fiore, and brings this action on her own behalf as the Sibling of Michael Curtis Fiore and is entitled to recover damages on the causes of action set forth herein.

1155.   Plaintiff Michael Fiore, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael Curtis Fiore; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1156.   Plaintiff Karen Fiorito is a resident of the State of Connecticut, the Spouse of Decedent John B. Fiorito, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John B. Fiorito and on behalf of all survivors of John B. Fiorito and is entitled to recover damages on the causes of action set forth herein. John B. Fiorito was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1157.   Plaintiff Jean C. Fischer is a resident of the State of New York, the Spouse of Decedent John R. Fischer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John R. Fischer and on behalf of all survivors of John R. Fischer and is entitled to recover damages on the causes of action set forth herein. John R. Fischer was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1158.  Plaintiff DOE 107 is a resident of the state of Connecticut, the Spouse of Decedent DOE 107, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 107 and as the Personal Representative of the Estate of DOE 107 and is entitled to recover damages on the causes of action set forth herein. DOE 107 was killed at Two

World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1159.   Plaintiff Serena Fisher Dugan is a resident of the State of California, the Child of Decedent Gerald Paul Fisher, and brings this action on her own behalf as the Child of Gerald Paul Fisher and is entitled to recover damages on the causes of action set forth herein.

1160.   Plaintiff Christine Karas Fisher is a resident of the State of Maryland, the Spouse of Decedent Gerald Paul Fisher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gerald Paul Fisher and on behalf of all survivors of Gerald Paul Fisher and is entitled to recover damages on the causes of action set forth herein. Gerald Paul Fisher was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1161.   Plaintiff Jonathan Michael Fisher is a resident of the State of Virginia, the Child of Decedent Gerald Paul Fisher, and brings this action on his own behalf as the Child of Gerald Paul Fisher and is entitled to recover damages on the causes of action set forth herein.

1162.   Plaintiff Denise Dileo Fisher is a resident of the State of New York, and brings this action on behalf of minor children A.F. and D.F. and is entitled to recover damages on the causes of action set forth herein.

1163.   Plaintiff Susan M. Fisher is a resident of the State of New Jersey, the Spouse of Decedent Thomas J. Fisher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas J. Fisher and on behalf of all survivors of Thomas J. Fisher and is entitled to recover damages on the causes of action set forth herein. Thomas J. Fisher was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

214

1164.   Plaintiff Mary Frances Bracken is a resident of the State of New York, the Parent of Decedent Lucy Fishman, and brings this action on her own behalf as the Parent of Lucy Fishman and is entitled to recover damages on the causes of action set forth herein.

1165.   Plaintiff Edward P. Bracken is a resident of the State of New York, the Sibling of Decedent Lucy Fishman, and brings this action on his own behalf as the Sibling of Lucy Fishman and is entitled to recover damages on the causes of action set forth herein.

1166.   Plaintiff Diane Keating is a resident of the State of New York, the Parent of Decedent Ryan D. Fitzgerald, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Ryan D. Fitzgerald and on behalf of all survivors of Ryan D. Fitzgerald and is entitled to recover damages on the causes of action set forth herein. Ryan D. Fitzgerald was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1167.   Plaintiff Roseanna Fitzpatrick is a resident of the State of Florida, the Parent of Decedent Thomas J. Fitzpatrick, and brings this action on her own behalf as the Parent of Thomas J. Fitzpatrick and is entitled to recover damages on the causes of action set forth herein.

1168.   Plaintiff Marianne Fitzpatrick is a resident of the State of New York, the Spouse of Decedent Thomas J. Fitzpatrick, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas J. Fitzpatrick and on behalf of all survivors of Thomas J. Fitzpatrick and is entitled to recover damages on the causes of action set forth herein. Thomas J. Fitzpatrick was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1169.   Plaintiff Michael J. Fitzpatrick is a resident of the State of Florida, the Parent of Decedent Thomas J. Fitzpatrick, and brings this action on his own behalf as the Parent of Thomas J. Fitzpatrick and is entitled to recover damages on the causes of action set forth herein.

1170.   Plaintiff Michael S. Fitzpatrick is a resident of the State of New Jersey, the Sibling of Decedent Thomas J. Fitzpatrick, and brings this action on his own behalf as the Sibling of Thomas J. Fitzpatrick and is entitled to recover damages on the causes of action set forth herein.

1171.   Plaintiff Loretta A. Palisay is a resident of the State of New Jersey, the Parent of Decedent Salvatore A. Fiumefreddo, and brings this action on her own behalf as the Parent of Salvatore A. Fiumefreddo and is entitled to recover damages on the causes of action set forth herein.

1172.   Plaintiff Joan Fiumefreddo is a resident of the State of New Jersey, the Spouse of Decedent Salvatore A. Fiumefreddo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Salvatore A. Fiumefreddo and on behalf of all survivors of Salvatore A. Fiumefreddo and is entitled to recover damages on the causes of action set forth herein. Salvatore A. Fiumefreddo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1173.   Plaintiff Michael E. Flagg is a resident of the State of Virginia, the Child of Decedent Darlene Embree Flagg, and brings this action on his own behalf as Child and as the Co-Executor of the Estate of Darlene Embree Flagg and on behalf of all survivors of Darlene Embree Flagg and is entitled to recover damages on the causes of action set forth herein. Darlene Embree Flagg was killed on board American Airlines Flight 77 that crashed into the Pentagon as

a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1174.   Plaintiff Michael E. Flagg is a resident of the State of Virginia, the Child of Decedent Wilson Falor Flagg, and brings this action on his own behalf as the Child of Wilson Falor Flagg and is entitled to recover damages on the causes of action set forth herein.

1175.   Plaintiff Lila May Walkden Flounders is a resident of the State of Florida, the Parent of Decedent Joseph W. Flounders, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Joseph W. Flounders and on behalf of all survivors of Joseph W. Flounders and is entitled to recover damages on the causes of action set forth herein. Joseph W. Flounders was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1176.   Plaintiff Christian C. Croner is a resident of the State of New York, the Child of Decedent Patricia V. Flounders, and brings this action as the Personal Representative of the Estate of Patricia V. Flounders and is entitled to recover damages on the causes of action set forth herein. Patricia V. Flounders was the spouse of decedent Joseph W. Flounders who was killed at Two World Trade Center on September 11, 2001.  Mrs. Flounders died three months after September 11, 2001 as a result of the grief that she sustained due to the traumatic death of her husband.

1177.   Plaintiff Deborah Fodor, now deceased, was a resident of the State of New York, and the Spouse of Decedent Michael N. Fodor; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1178.   Plaintiff Michael Thomas Fodor is a resident of the State of New York, the Child of Decedent Michael N. Fodor, and brings this action on his own behalf as Child and as the

Personal Representative of the Estate of Michael N. Fodor and on behalf of all survivors of Michael N. Fodor and is entitled to recover damages on the causes of action set forth herein. Michael N. Fodor was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1179.   Plaintiff Judith Fodor is a resident of the State of New York, the Sibling of Decedent Michael N. Fodor, and brings this action on her own behalf as the Sibling of Michael N. Fodor and is entitled to recover damages on the causes of action set forth herein.

1180.   Plaintiff Michael Fodor, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael N. Fodor; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1181.   Plaintiff Andrew Fodor is a resident of the State of New York, the Child of Decedent Michael N. Fodor, and brings this action on his own behalf as the Child of Michael N. Fodor and is entitled to recover damages on the causes of action set forth herein.

1182.   Plaintiff Samantha Lee Foo is a resident of the State of New Jersey, the Child of Decedent Chih Min Foo, and brings this action on her own behalf as the Child of Chih Min Foo and is entitled to recover damages on the causes of action set forth herein.

1183.   Plaintiff Mary Lou Lee is a resident of the State of New Jersey, the Spouse of Decedent Chih Min Foo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Chih Min Foo and on behalf of all survivors of Chih Min Foo and is entitled to recover damages on the causes of action set forth herein. Chih Min Foo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1184.   Plaintiff Jason Lee Foo is a resident of the State of New Jersey, the Child of Decedent Chih Min Foo, and brings this action on his own behalf as the Child of Chih Min Foo and is entitled to recover damages on the causes of action set forth herein.

1185.   Plaintiff Dorrette Williams is a resident of the State of Connecticut, the Sibling of Decedent Del Rose Forbes-Cheatham, and brings this action on her own behalf as the Sibling of Del Rose Forbes-Cheatham and is entitled to recover damages on the causes of action set forth herein.

1186.   Plaintiff Dunston Forbes is a resident of the State of New York, the Parent of Decedent Del Rose Forbes-Cheatham, and brings this action on his own behalf as the Parent of Del Rose Forbes-Cheatham and is entitled to recover damages on the causes of action set forth herein.

1187.   Plaintiff Carlton Forbes is a resident of the State of New York, the Sibling of Decedent Del Rose Forbes-Cheatham, and brings this action on his own behalf as the Sibling of Del Rose Forbes-Cheatham and is entitled to recover damages on the causes of action set forth herein.

1188.   Plaintiff Christopher R. Forbes is a resident of the State of New York, the Sibling of Decedent Del Rose Forbes-Cheatham, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Del Rose Forbes-Cheatham and on behalf of all survivors of Del Rose Forbes-Cheatham and is entitled to recover damages on the causes of action set forth herein. Del Rose Forbes-Cheatham was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1189.   Plaintiff Cheryl D. Cooper is a resident of the State of New York, the Domestic Partner of Decedent Donald A. Foreman, and brings this action on her own behalf as the Domestic Partner of Donald A. Foreman and is entitled to recover damages on the causes of action set forth herein.

1190.   Plaintiff Tessie Molina is a resident of the State of New Jersey, the Spouse of Decedent Christopher Hugh Forsythe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher Hugh Forsythe and on behalf of all survivors of Christopher Hugh Forsythe and is entitled to recover damages on the causes of action set forth herein. Christopher Hugh Forsythe was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1191.   Plaintiff Marion Rosette Foster is a resident of the State of New Jersey, the Parent of Decedent Noel John Foster, and brings this action on her own behalf as the Parent of Noel John Foster and is entitled to recover damages on the causes of action set forth herein.

1192.   Plaintiff John Alfred Foster is a resident of the State of New Jersey, the Parent of Decedent Noel John Foster, and brings this action on his own behalf as the Parent of Noel John Foster and is entitled to recover damages on the causes of action set forth herein.

1193.   Plaintiff Mary Grace Foti is a resident of the State of New York, the Spouse of Decedent Robert Foti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Foti and on behalf of all survivors of Robert Foti and is entitled to recover damages on the causes of action set forth herein. Robert Foti was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1194.   Plaintiff DOE 94 is a resident of the state of Florida, the Spouse of Decedent DOE 94, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 94 and as the Personal Representative of the Estate of DOE 94 and is entitled to recover damages on the causes of action set forth herein. DOE 94 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1195.   Plaintiff Michael J. Fox is a resident of the State of New York, the Sibling of Decedent Jeffrey L. Fox, and brings this action on his own behalf as the Sibling of Jeffrey L. Fox and is entitled to recover damages on the causes of action set forth herein.

1196.   Plaintiff Annie Marie Carter is a resident of the State of Virginia, the Sibling of Decedent Virginia E. Fox, and brings this action on her own behalf as the Sibling of Virginia E. Fox and is entitled to recover damages on the causes of action set forth herein.

1197.   Plaintiff Karen M. Carlucci is a resident of the State of New York, the Fiancé of Decedent Peter Christopher Frank, and brings this action on her own behalf as the Fiancé of Peter Christopher Frank and is entitled to recover damages on the causes of action set forth herein.

1198.   Plaintiff Henry Lambert is a resident of the State of New Jersey, the Spouse of Decedent Lillian Frederick-Lambert, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lillian Frederick-Lambert and on behalf of all survivors of Lillian Frederick-Lambert and is entitled to recover damages on the causes of action set forth herein. Lillian Frederick-Lambert was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1199.   Plaintiff Carol Freund is a resident of the State of New Jersey, the Sibling of Decedent Peter Louis Freund, and brings this action on her own behalf as the Sibling of Peter Louis Freund and is entitled to recover damages on the causes of action set forth herein.

1200.   Plaintiff Barbara Freund Salvadore is a resident of the State of New Jersey, the Sibling of Decedent Peter Louis Freund, and brings this action on her own behalf as the Sibling of Peter Louis Freund and is entitled to recover damages on the causes of action set forth herein.

1201.   Plaintiff Mary Froehner is a resident of the State of New Jersey, the Spouse of Decedent Gregg J. Froehner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gregg J. Froehner and on behalf of all survivors of Gregg J. Froehner and is entitled to recover damages on the causes of action set forth herein. Gregg J. Froehner was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1202.   Plaintiff Margaret Fumando, now deceased, was a resident of the State of New York, and the Parent of Decedent Clement Fumando; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1203.   Plaintiff Catherine Marotte is a resident of the State of New York, the Sibling of Decedent Clement Fumando, and brings this action on her own behalf as the Sibling of Clement Fumando and is entitled to recover damages on the causes of action set forth herein.

1204.   Plaintiff Katherine Marie Fumando is a resident of the State of Arizona, the Spouse of Decedent Clement Fumando, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Clement Fumando and on behalf of all survivors of Clement Fumando and is entitled to recover damages on the causes of action set forth herein.

Clement Fumando was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1205.   Plaintiff Stephen Fumando is a resident of the State of New York, the Child of Decedent Clement Fumando, and brings this action on his own behalf as the Child of Clement Fumando and is entitled to recover damages on the causes of action set forth herein.

1206.   Plaintiff Gregory Fumando is a resident of the State of Arizona, the Child of Decedent Clement Fumando, and brings this action on his own behalf as the Child of Clement Fumando and is entitled to recover damages on the causes of action set forth herein.

1207.   Plaintiff Carlo Fumando is a resident of the State of Florida, the Sibling of Decedent Clement Fumando, and brings this action on his own behalf as the Sibling of Clement Fumando and is entitled to recover damages on the causes of action set forth herein.

1208.   Plaintiff Margaret Furmato is a resident of the State of New Jersey, the Parent of Decedent Paul Furmato, and brings this action on her own behalf as the Parent of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1209.   Plaintiff Carol Margaret Debenedictis is a resident of the State of New Jersey, the Sibling of Decedent Paul Furmato, and brings this action on her own behalf as the Sibling of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1210.   Plaintiff Jill Mary Keough is a resident of the State of New Jersey, the Sibling of Decedent Paul Furmato, and brings this action on her own behalf as the Sibling of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1211.   Plaintiff Cynthia Anne Velardi is a resident of the State of Florida, the Spouse of Decedent Paul Furmato, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Furmato and on behalf of all survivors of Paul Furmato and

is entitled to recover damages on the causes of action set forth herein. Paul Furmato was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1212.   Plaintiff Mark Furmato is a resident of the State of New Jersey, the Sibling of Decedent Paul Furmato, and brings this action on his own behalf as the Sibling of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1213.   Plaintiff Joseph Furmato, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Paul Furmato, and brings this action on his own behalf as the Sibling of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1214.   Plaintiff Joseph Furmato, Sr. is a resident of the State of New Jersey, the Parent of Decedent Paul Furmato, and brings this action on his own behalf as the Parent of Paul Furmato and is entitled to recover damages on the causes of action set forth herein.

1215.   Plaintiff Haven A. Fyfe-Kiernan is a resident of the State of Massachusetts, the Spouse of Decedent Karleton D. Fyfe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Karleton D. Fyfe and on behalf of all survivors of Karleton D. Fyfe and is entitled to recover damages on the causes of action set forth herein. Karleton D. Fyfe was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1216.   Plaintiff DOE 40 is a resident of the state of Connecticut, the Parent of Decedent DOE 40, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 40 and as the Personal Representative of the Estate of DOE 40 and is entitled to recover damages on the causes of action set forth herein. DOE 40 was killed at One World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1217.   Plaintiff Kevin Richard Gaff is a resident of the State of Florida, the Spouse of Decedent Pamela Lee Gaff, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Pamela Lee Gaff and on behalf of all survivors of Pamela Lee Gaff and is entitled to recover damages on the causes of action set forth herein. Pamela Lee Gaff was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1218.   Plaintiff Patricia A. Hill is a resident of the State of South Carolina, the Sibling of Decedent Irving Vincent Gailliard, and brings this action on her own behalf as the Sibling of Irving Vincent Gailliard and is entitled to recover damages on the causes of action set forth herein.

1219.   Plaintiff Margaret Ann Micciulli is a resident of the State of New York, the Parent of Decedent Deanna Micciulli Galante, and brings this action on her own behalf as the Parent of Deanna Micciulli Galante and is entitled to recover damages on the causes of action set forth herein.

1220.   Plaintiff Tina Louise Micciulli is a resident of the State of North Carolina, the Sibling of Decedent Deanna Micciulli Galante, and brings this action on her own behalf as the Sibling of Deanna Micciulli Galante and is entitled to recover damages on the causes of action set forth herein.

1221.   Plaintiff Joseph Anthony Micciulli is a resident of the State of Florida, the Parent of Decedent Deanna Micciulli Galante, and brings this action on his own behalf as the Parent of

Deanna Micciulli Galante and is entitled to recover damages on the causes of action set forth herein.

1222.   Plaintiff Joseph Christopher Micciulli is a resident of the State of New York, the Sibling of Decedent Deanna Micciulli Galante, and brings this action on his own behalf as the Sibling of Deanna Micciulli Galante and is entitled to recover damages on the causes of action set forth herein.

1223.   Plaintiff Anthony Galante is a resident of the State of Florida, the Spouse of Decedent Deanna Micciulli Galante, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Deanna Micciulli Galante and on behalf of all survivors of Deanna Micciulli Galante and is entitled to recover damages on the causes of action set forth herein. Deanna Micciulli Galante was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1224.   Plaintiff Lucrezia Ida Susca is a resident of the State of New York, the Parent of Decedent Grace Catherine Galante, and brings this action on her own behalf as the Parent of Grace Catherine Galante and is entitled to recover damages on the causes of action set forth herein.

1225.   Plaintiff Cathy Marie Cava is a resident of the State of New York, the Sibling of Decedent Grace Catherine Galante, and brings this action on her own behalf as the Sibling of Grace Catherine Galante and is entitled to recover damages on the causes of action set forth herein.

1226.  Plaintiff Francesco Susca is a resident of the State of New York, the Parent of Decedent Grace Catherine Galante, and brings this action on his own behalf as the Parent of

Grace Catherine Galante and is entitled to recover damages on the causes of action set forth herein.

1227.  Plaintiff Frank Susca is a resident of the State of New York, the Sibling of Decedent Grace Catherine Galante, and brings this action on his own behalf as the Sibling of Grace Catherine Galante and is entitled to recover damages on the causes of action set forth herein.

1228.  Plaintiff Giovanni Galante is a resident of the State of New York, the Spouse of Decedent Grace Catherine Galante, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Grace Catherine Galante and on behalf of all survivors of Grace Catherine Galante and is entitled to recover damages on the causes of action set forth herein. Grace Catherine Galante was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1229.  The Representative of the Estate of Daniel James Gallagher brings this action on behalf of all survivors of Daniel James Gallagher and is entitled to recover damages on the causes of action set forth herein. Daniel James Gallagher was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.  Plaintiff Regina E. Gallagher, now deceased, was a resident of the State of New Jersey and the Parent of Decedent Daniel James Gallagher; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1230.  Plaintiff Maryann Gambale is a resident of the State of New York, the Parent of Decedent Giovanna G. Gambale, and brings this action on her own behalf as the Parent of Giovanna G. Gambale and is entitled to recover damages on the causes of action set forth herein.

1231.   Plaintiff Antonia Gambale is a resident of the State of New York, the Sibling of Decedent Giovanna G. Gambale, and brings this action on her own behalf as the Sibling of Giovanna G. Gambale and is entitled to recover damages on the causes of action set forth herein.

1232.   Plaintiff Anthony J. Gambale is a resident of the State of New York, the Parent of Decedent Giovanna G. Gambale, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Giovanna G. Gambale and on behalf of all survivors of Giovanna G. Gambale and is entitled to recover damages on the causes of action set forth herein. Giovanna G. Gambale was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1233.   Plaintiff Matthew Gambale is a resident of the State of New York, the Sibling of Decedent Giovanna G. Gambale, and brings this action on his own behalf as the Sibling of Giovanna G. Gambale and is entitled to recover damages on the causes of action set forth herein.

1234.   Plaintiff Maria Regina Merwin is a resident of the State of Kentucky, the Sibling of Decedent Ronald L. Gamboa, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Ronald L. Gamboa and on behalf of all survivors of Ronald L. Gamboa and is entitled to recover damages on the causes of action set forth herein. Ronald L. Gamboa was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1235.   Plaintiff DOE 117 is a resident of the state of Georgia, the Spouse of Decedent DOE 117, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 117 and as the Personal Representative of the Estate of DOE 117 and is entitled to recover damages on the causes of action set forth herein. DOE 117 was killed at One World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1236.   Plaintiff Virginia Garbarini, now deceased, was a resident of the State of New York, and the Parent of Decedent Charles Garbarini; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1237.   Plaintiff Joan Cuneo is a resident of the State of New York, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1238.   Plaintiff Donna Marie Garbarini is a resident of the State of Oregon, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1239.   Plaintiff Beryl Ann Zawatsky is a resident of the State of New York, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1240.   Plaintiff Cathy Jean Kostiw is a resident of the State of Connecticut, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1241.   Plaintiff Peggy Mary Garbarini is a resident of the State of New York, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1242.   Plaintiff Janet Garbarini is a resident of the State of New York, the Sibling of Decedent Charles Garbarini, and brings this action on her own behalf as the Sibling of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein.

1243.   Plaintiff Andrea DeGeorge Garbarini is a resident of the State of New York, the Spouse of Decedent Charles Garbarini, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Garbarini and on behalf of all survivors of Charles Garbarini and is entitled to recover damages on the causes of action set forth herein. Charles Garbarini was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1244.   Plaintiff Charles Garbarini, now deceased, was a resident of the State of New York, and the Parent of Decedent Charles Garbarini; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1245.   Plaintiff Dorothy Garcia is a resident of the State of California, the Spouse of Decedent Andrew Garcia, and brings this action on her own behalf as Spouse and as the Executor of the Estate of Andrew Garcia and on behalf of all survivors of Andrew Garcia and is entitled to recover damages on the causes of action set forth herein. Andrew Garcia was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1246.   Plaintiff Andrew T. Garcia is a resident of the State of California, the Child of Decedent Andrew Garcia, and brings this action on his own behalf as the Child of Andrew Garcia and is entitled to recover damages on the causes of action set forth herein.

1247.   Plaintiff Celeste Marino Garcia is a resident of the State of New York, the Spouse of Decedent Cesar R. Garcia, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Cesar R. Garcia and on behalf of all survivors of Cesar R. Garcia and is entitled to recover damages on the causes of action set forth herein. Cesar R.

Garcia was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1248.   Plaintiff Deborah Ann Garcia is a resident of the State of Vermont, the Spouse of Decedent David Garcia, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Garcia and on behalf of all survivors of David Garcia and is entitled to recover damages on the causes of action set forth herein. David Garcia was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1249.   Plaintiff Susan L. Gardner is a resident of the State of Connecticut, the Spouse of Decedent Christopher S. Gardner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher S. Gardner and on behalf of all survivors of Christopher S. Gardner and is entitled to recover damages on the causes of action set forth herein. Christopher S. Gardner was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1250.   Plaintiff Jennifer Radding Gardner is a resident of the State of New York, the Spouse of Decedent Douglas B. Gardner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Douglas B. Gardner and on behalf of all survivors of Douglas B. Gardner and is entitled to recover damages on the causes of action set forth herein. Douglas B. Gardner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1251.   Plaintiff Harvey J. Gardner, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Harvey Joseph Gardner, III; the Representative of his Estate,

Joseph W. Gardner, brings this action and is entitled to recover damages on the causes of action set forth herein.

1252.   Plaintiff Joseph W. Gardner is a resident of the State of New Jersey, the sibling of Decedent Harvey Joseph Gardner, III, and brings this action on  own behalf as the sibling of Harvey Joseph Gardner, III and is entitled to recover damages on the causes of action set forth herein.

1253.   Plaintiff Judith Torea is a resident of the State of New Jersey, the Parent of Decedent Harvey Joseph Gardner, III, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Harvey Joseph Gardner, III and on behalf of all survivors of Harvey Joseph Gardner, III and is entitled to recover damages on the causes of action set forth herein. Harvey Joseph Gardner, III was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1254.   Plaintiff Anthony Gardner is a resident of the State of New Jersey, the Sibling of Decedent Harvey Joseph Gardner, III, and brings this action on his own behalf as the Sibling of Harvey Joseph Gardner, III and is entitled to recover damages on the causes of action set forth herein.

1255.   Plaintiff Amy Gardner is a resident of the State of New York, the Sibling of Decedent Jeffrey B. Gardner, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Jeffrey B. Gardner and on behalf of all survivors of Jeffrey B. Gardner and is entitled to recover damages on the causes of action set forth herein. Jeffrey B. Gardner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1256.  Plaintiff Antonia Gargano is a resident of the State of New York, the Parent of Decedent Rocco Nino Gargano, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Rocco Nino Gargano and on behalf of all survivors of Rocco Nino Gargano and is entitled to recover damages on the causes of action set forth herein. Rocco Nino Gargano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1257.  Plaintiff DOE 145 is a resident of the New York, the Child of Decedent DOE 145, and brings this action on  own behalf and is entitled to recover damages on the causes of action set forth herein.

1258.  Plaintiff DOE 145 is a resident of the New York, the Child of Decedent DOE 145, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1259.  Plaintiff DOE 145 is a resident of the state of New York, the Parent of Decedent DOE 145, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 145 and as the Personal Representative of the Estate of DOE 145 and is entitled to recover damages on the causes of action set forth herein. DOE 145 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1260.  Plaintiff Rosemarie Gavagan, now deceased, was a resident of the State of New York, and the Parent of Decedent Donald R. Gavagan, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1261.  Plaintiff Suzanne Mascitis is a resident of the State of New Jersey, the Sibling of Decedent Donald R. Gavagan, Jr., and brings this action on her own behalf as the Sibling of

Donald R. Gavagan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1262.   Plaintiff Jacqueline S. Gavagan is a resident of the State of New Jersey, the Spouse of Decedent Donald R. Gavagan, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald R. Gavagan, Jr. and on behalf of all survivors of Donald R. Gavagan, Jr. and is entitled to recover damages on the causes of action set forth herein. Donald R. Gavagan, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1263.   Plaintiff Donald Richard Gavagan is a resident of the State of New York, the Parent of Decedent Donald R. Gavagan, Jr., and brings this action on his own behalf as the Parent of Donald R. Gavagan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1264.   Plaintiff Joseph Bernard Gavagan is a resident of the State of New York, the Sibling of Decedent Donald R. Gavagan, Jr., and brings this action on his own behalf as the Sibling of Donald R. Gavagan, Jr. and is entitled to recover damages on the causes of action set forth herein.

1265.   Plaintiff Linda Rose Gay is a resident of the State of Massachusetts, the Spouse of Decedent Peter A. Gay, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter A. Gay, Sr. and on behalf of minor child L.L.G. and on behalf of all survivors of Peter A. Gay, Sr. and is entitled to recover damages on the causes of action set forth herein. Peter A. Gay, Sr. was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1266.   Plaintiff Tracy M. Gazzani is a resident of the State of New York, the Parent of Decedent Terence D. Gazzani, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Terence D. Gazzani and on behalf of all survivors of Terence D. Gazzani and is entitled to recover damages on the causes of action set forth herein. Terence D. Gazzani was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1267.   Plaintiff Maurizio D. Gazzani is a resident of the State of New York, the Parent of Decedent Terence D. Gazzani, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Terence D. Gazzani and on behalf of all survivors of Terence D. Gazzani and is entitled to recover damages on the causes of action set forth herein. Terence D. Gazzani was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1268.   Plaintiff Patricia M. Geidel, now deceased, was a resident of the State of New York, and the Parent of Decedent Gary Paul Geidel; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1269.   Plaintiff Christine Ann Norris is a resident of the State of Pennsylvania, the Sibling of Decedent Gary Paul Geidel, and brings this action on her own behalf as the Sibling of Gary Paul Geidel and is entitled to recover damages on the causes of action set forth herein.

1270.   Plaintiff Mathilda M. Geidel is a resident of the State of New York, the Spouse of Decedent Gary Paul Geidel, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gary Paul Geidel and on behalf of all survivors of Gary Paul Geidel and is entitled to recover damages on the causes of action set forth herein. Gary Paul

Geidel was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1271.  Plaintiff Paul Ernest Geidel is a resident of the State of Nevada, the Parent of Decedent Gary Paul Geidel, and brings this action on his own behalf as the Parent of Gary Paul Geidel and is entitled to recover damages on the causes of action set forth herein.

1272.  Plaintiff Michael George Geidel is a resident of the State of New York, the Sibling of Decedent Gary Paul Geidel, and brings this action on his own behalf as the Sibling of Gary Paul Geidel and is entitled to recover damages on the causes of action set forth herein.

1273.  Plaintiff Ralph W. Geidel, Sr., now deceased, was a resident of the State of California, and the Sibling of Decedent Gary Paul Geidel; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1274.  Plaintiff Shelly Genovese is a resident of the State of Texas, the Spouse of Decedent Steven G. Genovese, and brings this action on her own behalf as the Spouse of Steven G. Genovese and is entitled to recover damages on the causes of action set forth herein.

1275.  Plaintiff Carolyn M. George is a resident of the State of Massachusetts, the Parent of Decedent Linda George, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Linda George and on behalf of all survivors of Linda George and is entitled to recover damages on the causes of action set forth herein. Linda George was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1276.  Plaintiff Richard A. George is a resident of the State of Massachusetts, the Parent of Decedent Linda George, and brings this action on his own behalf as Parent and as the Co-

Administrator of the Estate of Linda George and on behalf of all survivors of Linda George and is entitled to recover damages on the causes of action set forth herein. Linda George was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1277.   Plaintiff Hans J. Gerhardt is a resident of  Canada, the Parent of Decedent Ralph Gerhardt, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Ralph Gerhardt and on behalf of all survivors of Ralph Gerhardt and is entitled to recover damages on the causes of action set forth herein. Ralph Gerhardt was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1278.   Plaintiff Stephan J. Gerhardt is a resident of the State of Virginia, the Sibling of Decedent Ralph Gerhardt, and brings this action on his own behalf as the Sibling of Ralph Gerhardt and is entitled to recover damages on the causes of action set forth herein.

1279.   Plaintiff Lorraine Adele Gerlich is a resident of the State of California, the Sibling of Decedent Robert J. Gerlich, and brings this action on her own behalf as the Sibling of Robert J. Gerlich and is entitled to recover damages on the causes of action set forth herein.

1280.   Plaintiff Rochelle Gerlich is a resident of the State of California, the Spouse of Decedent Robert J. Gerlich, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert J. Gerlich and on behalf of all survivors of Robert J. Gerlich and is entitled to recover damages on the causes of action set forth herein. Robert J. Gerlich was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1281.  Plaintiff Matt Gerlich is a resident of the State of California, the Child of Decedent Robert J. Gerlich, and brings this action on his own behalf as the Child of Robert J. Gerlich and is entitled to recover damages on the causes of action set forth herein.

1282.  Plaintiff Daniel Gerlich is a resident of the State of Texas, the Child of Decedent Robert J. Gerlich, and brings this action on his own behalf as the Child of Robert J. Gerlich and is entitled to recover damages on the causes of action set forth herein.

1283.  Plaintiff Anna Gertsberg, now deceased, was a resident of the State of New York, and the Parent of Decedent Marina Romanovna Gertsberg; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1284.  Plaintiff Roman Gertsberg is a resident of the State of New York, the Parent of Decedent Marina Romanovna Gertsberg, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Marina Romanovna Gertsberg and on behalf of all survivors of Marina Romanovna Gertsberg and is entitled to recover damages on the causes of action set forth herein. Marina Romanovna Gertsberg was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1285.  Plaintiff Jo Ann S. Geyer, now deceased, was a resident of the State of New York, and the Parent of Decedent James G. Geyer; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1286.  Plaintiff Geralyn Marasco is a resident of the State of New York, the Sibling of Decedent James G. Geyer, and brings this action on her own behalf as Sibling and as the Fiduciary of the Estate of James G. Geyer and on behalf of all survivors of James G. Geyer and is entitled to recover damages on the causes of action set forth herein. James G. Geyer was killed

at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1287.   Plaintiff Philip G. Geyer, now deceased, was a resident of the State of New York, and the Parent of Decedent James G. Geyer; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1288.   Plaintiff Philip Joseph Geyer is a resident of the State of Tennessee, the Sibling of Decedent James G. Geyer, and brings this action on his own behalf as the Sibling of James G. Geyer and is entitled to recover damages on the causes of action set forth herein.

1289.   Plaintiff John Edward Geyer is a resident of the State of New York, the Sibling of Decedent James G. Geyer, and brings this action on his own behalf as the Sibling of James G. Geyer and is entitled to recover damages on the causes of action set forth herein.

1290.   Plaintiff Theresa Giammona is a resident of the State of New York, the Spouse of Decedent Vincent F. Giammona, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Vincent F. Giammona and on behalf of all survivors of Vincent F. Giammona and is entitled to recover damages on the causes of action set forth herein. Vincent F. Giammona was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1291.   Plaintiff Heather Gibbon is a resident of the State of Massachusetts, the Child of Decedent Debra L. Gibbon, and brings this action on her own behalf as the Child of Debra L. Gibbon and is entitled to recover damages on the causes of action set forth herein.

1292.   Plaintiff Adam Gibbon, now deceased, was a resident of the State of New Jersey, and the Child of Decedent Debra L. Gibbon; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1293.   Plaintiff Zachary Gibbon is a resident of the State of New Jersey, the Child of Decedent Debra L. Gibbon, and brings this action on his own behalf as the Child of Debra L. Gibbon and is entitled to recover damages on the causes of action set forth herein.

1294.   Plaintiff J. Frederick Gibbon is a resident of the State of New Jersey, the Spouse of Decedent Debra L. Gibbon, and brings this action on his own behalf as the Spouse of Debra L. Gibbon and is entitled to recover damages on the causes of action set forth herein.

1295.   Plaintiff Susan Giberson is a resident of the State of New Jersey, the Spouse of Decedent James Giberson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Giberson and on behalf of all survivors of James Giberson and is entitled to recover damages on the causes of action set forth herein. James Giberson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1296.   Plaintiff Eric Patrick Gibson is a resident of the State of Indiana, the Child of Decedent Brenda Colbert Gibson, and brings this action on his own behalf as the Child of Brenda Colbert Gibson and is entitled to recover damages on the causes of action set forth herein.

1297.   Plaintiff Joseph Milton Gibson, III is a resident of the State of Maryland, the Spouse of Decedent Brenda Colbert Gibson, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Brenda Colbert Gibson and on behalf of all survivors of Brenda Colbert Gibson and is entitled to recover damages on the causes of action set forth herein. Brenda Colbert Gibson was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1298.  Plaintiff Jacqueline Gilbert is a resident of the State of New Jersey, the Spouse of Decedent Timothy Paul Gilbert, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Timothy Paul Gilbert and on behalf of all survivors of Timothy Paul Gilbert and is entitled to recover damages on the causes of action set forth herein. Timothy Paul Gilbert was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1299.  Plaintiff Jane Jones is a resident of United Kingdom, and brings this action on behalf of minor child H.G. and is entitled to recover damages on the causes of action set forth herein.

1300.  Plaintiff Deena Gilbey is a resident of the State of Massachusetts, the Spouse of Decedent Paul Stuart Gilbey, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Stuart Gilbey and on behalf of all survivors of Paul Stuart Gilbey and is entitled to recover damages on the causes of action set forth herein. Paul Stuart Gilbey was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1301.  Plaintiff Maria Acosta is a resident of the State of New York, the Domestic Partner of Decedent Paul John Gill, and brings this action on her own behalf as the Domestic Partner of Paul John Gill and is entitled to recover damages on the causes of action set forth herein.

1302.  Plaintiff Gisele Jean-Gilles is a resident of the State of New York, the Parent of Decedent Mark Y. Gilles, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Mark Y. Gilles and on behalf of all survivors of Mark Y. Gilles and is entitled to recover damages on the causes of action set forth herein. Mark Y. Gilles was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1303.   Plaintiff Myriam Jean-Gilles is a resident of the State of New York, the Sibling of Decedent Mark Y. Gilles, and brings this action on her own behalf as the Sibling of Mark Y. Gilles and is entitled to recover damages on the causes of action set forth herein.

1304.   Plaintiff Eleanor Gillette is a resident of the State of Connecticut, the Parent of Decedent Evan Gillette, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Evan Gillette and on behalf of all survivors of Evan Gillette and is entitled to recover damages on the causes of action set forth herein. Evan Gillette was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1305.   Plaintiff Ashley Gilligan is a resident of the State of Connecticut, the Child of Decedent Ronald L. Gilligan, and brings this action on her own behalf as the Child of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein.

1306.   Plaintiff Ainsley Gilligan is a resident of the State of Connecticut, the Child of Decedent Ronald L. Gilligan, and brings this action on her own behalf as the Child of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein.

1307.   Plaintiff Elizabeth Gilligan is a resident of the State of Connecticut, the Spouse of Decedent Ronald L. Gilligan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald L. Gilligan and on behalf of all survivors of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein. Ronald L. Gilligan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1308.   Plaintiff Dherran Gilligan is a resident of the State of Connecticut, the Child of Decedent Ronald L. Gilligan, and brings this action on his own behalf as the Child of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein.

1309.   Plaintiff Raymond L. Gilligan is a resident of  England, the Sibling of Decedent Ronald L. Gilligan, and brings this action on his own behalf as the Sibling of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein.

1310.   Plaintiff Colin Vincent Gilligan is a resident of  United Kingdom, the Sibling of Decedent Ronald L. Gilligan, and brings this action on his own behalf as the Sibling of Ronald L. Gilligan and is entitled to recover damages on the causes of action set forth herein.

1311.   Plaintiff Geraldine Gilliam is a resident of the State of Virginia, the Parent of Decedent Rodney C. Gillis, and brings this action on her own behalf as the Parent of Rodney C. Gillis and is entitled to recover damages on the causes of action set forth herein.

1312.   Plaintiff Ronald C. Gillis is a resident of the State of Virginia, the Sibling of Decedent Rodney C. Gillis, and brings this action on his own behalf as the Sibling of Rodney C. Gillis and is entitled to recover damages on the causes of action set forth herein.

1313.   Plaintiff April Grace Ginley is a resident of the State of New York, the Spouse of Decedent John F. Ginley, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John F. Ginley and on behalf of all survivors of John F. Ginley and is entitled to recover damages on the causes of action set forth herein. John F. Ginley was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1314.   Plaintiff DOE 95 is a resident of the state of New York, the Spouse of Decedent DOE 95, and brings this action on her own behalf as Spouse and on behalf of all survivors of

DOE 95 and as the Personal Representative of the Estate of DOE 95 and is entitled to recover damages on the causes of action set forth herein. DOE 95 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1315.   Plaintiff DOE 95 is a resident of the New York, the Parent of Decedent DOE 95, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1316.   Plaintiff Domenica Giovinazzo, now deceased, was a resident of the State of New York, and the Parent of Decedent Martin Giovinazzo; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1317.   Plaintiff Concetta Bonner is a resident of the State of New York, the Sibling of Decedent Martin Giovinazzo, and brings this action on her own behalf as the Sibling of Martin Giovinazzo and is entitled to recover damages on the causes of action set forth herein.

1318.   Plaintiff Angela Carmela Quinn is a resident of the State of New York, the Sibling of Decedent Martin Giovinazzo, and brings this action on her own behalf as the Sibling of Martin Giovinazzo and is entitled to recover damages on the causes of action set forth herein.

1319.   Plaintiff Rosemarie Mahoney is a resident of the State of New York, the Sibling of Decedent Martin Giovinazzo, and brings this action on her own behalf as the Sibling of Martin Giovinazzo and is entitled to recover damages on the causes of action set forth herein.

1320.   Plaintiff Dorothy Giovinazzo is a resident of the State of Pennsylvania, the Spouse of Decedent Martin Giovinazzo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Martin Giovinazzo and on behalf of all survivors of Martin Giovinazzo and is entitled to recover damages on the causes of action set forth herein.

Martin Giovinazzo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1321.   Plaintiff Martin Giovinazzo, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Martin Giovinazzo; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1322.   Plaintiff Sali Gjonbalaj is a resident of the State of New York, the Child of Decedent Mon Gjonbalaj, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Mon Gjonbalaj and on behalf of all survivors of Mon Gjonbalaj and is entitled to recover damages on the causes of action set forth herein. Mon Gjonbalaj was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1323.   Plaintiff Jayne Marie Marx is a resident of the State of California, the Sibling of Decedent Dianne Gladstone, and brings this action on her own behalf as the Sibling of Dianne Gladstone and is entitled to recover damages on the causes of action set forth herein.

1324.   Plaintiff Herbert Gladstone is a resident of the State of New York, the Spouse of Decedent Dianne Gladstone, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Dianne Gladstone and on behalf of all survivors of Dianne Gladstone and is entitled to recover damages on the causes of action set forth herein. Dianne Gladstone was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1325.   Plaintiff Veronica Squef is a resident of the State of New York, the Not Related of Decedent Keith Alexander Glascoe, and brings this action on her own behalf as Not Related and as the Personal Representative of the Estate of Keith Alexander Glascoe and on behalf of all

survivors of Keith Alexander Glascoe and is entitled to recover damages on the causes of action set forth herein. Keith Alexander Glascoe was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1326.   Plaintiff Gloria Oliver (Maiden) Glascoe is a resident of the State of New York, the Parent of Decedent Keith Alexander Glascoe, and brings this action on her own behalf as the Parent of Keith Alexander Glascoe and is entitled to recover damages on the causes of action set forth herein.

1327.   Plaintiff Benjamin Alexander Glascoe is a resident of the State of New York, the Parent of Decedent Keith Alexander Glascoe, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Keith Alexander Glascoe and on behalf of all survivors of Keith Alexander Glascoe and is entitled to recover damages on the causes of action set forth herein. Keith Alexander Glascoe was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1328.   Plaintiff Judith M. Glick is a resident of the State of Florida, the Spouse of Decedent Barry H. Glick, and brings this action on her own behalf as Spouse and as the Co-Administrator of the Estate of Barry H. Glick and on behalf of all survivors of Barry H. Glick and is entitled to recover damages on the causes of action set forth herein. Barry H. Glick was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1329.   Plaintiff Mari Glick Stuart is a resident of the State of Connecticut, the Spouse of Decedent Steven L. Glick, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven L. Glick and on behalf of all survivors of Steven L. Glick and is entitled to recover damages on the causes of action set forth herein. Steven L.

Glick was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1330.   Plaintiff Aleese Mills Hartmann is a resident of the State of Florida, the Fiancé of Decedent William Robert Godshalk, and brings this action on her own behalf as the Fiancé of William Robert Godshalk and is entitled to recover damages on the causes of action set forth herein.

1331.   Plaintiff Grace M. Parkinson-Godshalk is a resident of the State of Pennsylvania, the Parent of Decedent William Robert Godshalk, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of William Robert Godshalk and on behalf of all survivors of William Robert Godshalk and is entitled to recover damages on the causes of action set forth herein. William Robert Godshalk was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1332.   Plaintiff Daniela Gogliormella is a resident of the State of New Jersey, the Spouse of Decedent Michael Gogliormella, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Gogliormella and on behalf of all survivors of Michael Gogliormella and is entitled to recover damages on the causes of action set forth herein. Michael Gogliormella was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1333.   Plaintiff Marilyn Goldberg is a resident of the State of New Jersey, the Parent of Decedent Brian F. Goldberg, and brings this action on her own behalf as the Parent of Brian F. Goldberg and is entitled to recover damages on the causes of action set forth herein.

1334.  Plaintiff Gerald Goldberg is a resident of the State of Florida, the Parent of Decedent Brian F. Goldberg, and brings this action on his own behalf as the Parent of Brian F. Goldberg and is entitled to recover damages on the causes of action set forth herein.

1335.  Plaintiff Ashley Goldflam is a resident of the State of New York, the Child of Decedent Jeffrey Goldflam, and brings this action on her own behalf as the Child of Jeffrey Goldflam and is entitled to recover damages on the causes of action set forth herein.

1336.  Plaintiff Rise Goldflam is a resident of the State of New York, the Spouse of Decedent Jeffrey Goldflam, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey Goldflam and on behalf of all survivors of Jeffrey Goldflam and is entitled to recover damages on the causes of action set forth herein. Jeffrey Goldflam was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1337.  Plaintiff Joshua Goldflam is a resident of the State of New York, the Child of Decedent Jeffrey Goldflam, and brings this action on his own behalf as the Child of Jeffrey Goldflam and is entitled to recover damages on the causes of action set forth herein.

1338.  Plaintiff Cecilia Goldstein is a resident of the State of New York, the Parent of Decedent Monica Goldstein, and brings this action on her own behalf as the Parent of Monica Goldstein and is entitled to recover damages on the causes of action set forth herein.

1339.  Plaintiff Adrienne Triggs is a resident of the State of New York, the Sibling of Decedent Monica Goldstein, and brings this action on her own behalf as the Sibling of Monica Goldstein and is entitled to recover damages on the causes of action set forth herein.

1340.   Plaintiff Morris Sonny Goldstein is a resident of the State of New York, the Parent of Decedent Monica Goldstein, and brings this action on his own behalf as the Parent of Monica Goldstein and is entitled to recover damages on the causes of action set forth herein.

1341.   Plaintiff Alyce Goldstein is a resident of the State of New Jersey, the Parent of Decedent Steven Ian Goldstein, and brings this action on her own behalf as the Parent of Steven Ian Goldstein and is entitled to recover damages on the causes of action set forth herein.

1342.   Plaintiff Robert Jay Goldstein is a resident of the State of New Jersey, the Sibling of Decedent Steven Ian Goldstein, and brings this action on his own behalf as the Sibling of Steven Ian Goldstein and is entitled to recover damages on the causes of action set forth herein.

1343.   Plaintiff Sara Clark is a resident of the State of New York, the Child of Decedent Ronald F. Golinski, and brings this action on her own behalf as the Child of Ronald F. Golinski and is entitled to recover damages on the causes of action set forth herein.

1344.   Plaintiff Marcellia Potler is a resident of the State of Maryland, the Child of Decedent Ronald F. Golinski, and brings this action on her own behalf as the Child of Ronald F. Golinski and is entitled to recover damages on the causes of action set forth herein.

1345.   Plaintiff Amanda Golinski is a resident of the State of Maryland, the Child of Decedent Ronald F. Golinski, and brings this action on her own behalf as the Child of Ronald F. Golinski and is entitled to recover damages on the causes of action set forth herein.

1346.   Plaintiff Irene Mary Golinski is a resident of the State of Maryland, the Spouse of Decedent Ronald F. Golinski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald F. Golinski and on behalf of all survivors of Ronald F. Golinski and is entitled to recover damages on the causes of action set forth herein.

Ronald F. Golinski was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1347.   Plaintiff Migdalia Coleman is a resident of the State of New Jersey, the Sibling of Decedent Rosa J. Gonzalez, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Rosa J. Gonzalez and on behalf of all survivors of Rosa J. Gonzalez and is entitled to recover damages on the causes of action set forth herein. Rosa J. Gonzalez was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1348.   Plaintiff Ellen Reynolds Goodchild is a resident of the State of Massachusetts, the Parent of Decedent Lynn Catherine Goodchild, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Lynn Catherine Goodchild and on behalf of all survivors of Lynn Catherine Goodchild and is entitled to recover damages on the causes of action set forth herein. Lynn Catherine Goodchild was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1349.   Plaintiff Neil K. Goodchild is a resident of the State of Massachusetts, the Sibling of Decedent Lynn Catherine Goodchild, and brings this action on his own behalf as the Sibling of Lynn Catherine Goodchild and is entitled to recover damages on the causes of action set forth herein.

1350.   Plaintiff William Clark Goodchild, III is a resident of the State of Massachusetts, the Parent of Decedent Lynn Catherine Goodchild, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Lynn Catherine Goodchild and on behalf of all survivors of Lynn Catherine Goodchild and is entitled to recover damages on the causes of

action set forth herein. Lynn Catherine Goodchild was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1351.   Plaintiff Helene W. Nelson is a resident of the State of New York, the Parent of Decedent Catherine C. Gorayeb, and brings this action on her own behalf as the Parent of Catherine C. Gorayeb and is entitled to recover damages on the causes of action set forth herein.

1352.   Plaintiff Claire A. Gorayeb is a resident of the State of New York, the Sibling of Decedent Catherine C. Gorayeb, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Catherine C. Gorayeb and on behalf of all survivors of Catherine C. Gorayeb and is entitled to recover damages on the causes of action set forth herein. Catherine C. Gorayeb was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1353.   Plaintiff Joseph Gorayeb is a resident of the State of New York, the Parent of Decedent Catherine C. Gorayeb, and brings this action on his own behalf as the Parent of Catherine C. Gorayeb and is entitled to recover damages on the causes of action set forth herein.

1354.   Plaintiff Christopher J. Gorayeb is a resident of the State of New York, the Sibling of Decedent Catherine C. Gorayeb, and brings this action on his own behalf as the Sibling of Catherine C. Gorayeb and is entitled to recover damages on the causes of action set forth herein.

1355.   Plaintiff Andrew T. Gorayeb is a resident of the State of Oregon, the Sibling of Decedent Catherine C. Gorayeb, and brings this action on his own behalf as the Sibling of Catherine C. Gorayeb and is entitled to recover damages on the causes of action set forth herein.

1356.   Plaintiff Theresa Rachel Gorman is a resident of the State of New Jersey, the Parent of Decedent Thomas E. Gorman, and brings this action on her own behalf as the Parent of Thomas E. Gorman and is entitled to recover damages on the causes of action set forth herein.

1357.   Plaintiff Theresa Mary Creedon is a resident of the State of New Jersey, the Sibling of Decedent Thomas E. Gorman, and brings this action on her own behalf as the Sibling of Thomas E. Gorman and is entitled to recover damages on the causes of action set forth herein.

1358.   Plaintiff John Edward Gorman, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent Thomas E. Gorman; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1359.   Plaintiff Edward Thomas Gorman is a resident of the State of New Jersey, the Parent of Decedent Thomas E. Gorman, and brings this action on his own behalf as the Parent of Thomas E. Gorman and is entitled to recover damages on the causes of action set forth herein.

1360.   Plaintiff Kathryn G. Anderson is a resident of the State of Florida, the Parent of Decedent Michael Edward Gould, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael Edward Gould and on behalf of all survivors of Michael Edward Gould and is entitled to recover damages on the causes of action set forth herein. Michael Edward Gould was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1361.   Plaintiff Robert W. Gould is a resident of the State of Ohio, the Sibling of Decedent Michael Edward Gould, and brings this action on his own behalf as the Sibling of Michael Edward Gould and is entitled to recover damages on the causes of action set forth herein.

1362.   Plaintiff Jessica Gowell is a resident of the State of Massachusetts, the Child of Decedent Douglas A. Gowell, and brings this action on her own behalf as the Child of Douglas A. Gowell and is entitled to recover damages on the causes of action set forth herein.

1363.   Plaintiff Barbara Gowell is a resident of the State of Massachusetts, the Spouse of Decedent Douglas A. Gowell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Douglas A. Gowell and on behalf of all survivors of Douglas A. Gowell and is entitled to recover damages on the causes of action set forth herein. Douglas A. Gowell was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1364.   Plaintiff Michael Gowell is a resident of the State of Massachusetts, the Child of Decedent Douglas A. Gowell, and brings this action on his own behalf as the Child of Douglas A. Gowell and is entitled to recover damages on the causes of action set forth herein.

1365.   Plaintiff Rita M. Grady, now deceased, was a resident of the State of New York, and the Parent of Decedent Christopher Michael Grady; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1366.   Plaintiff Deirdre Marie Grady is a resident of the State of New York, the Sibling of Decedent Christopher Michael Grady, and brings this action on her own behalf as the Sibling of Christopher Michael Grady and is entitled to recover damages on the causes of action set forth herein.

1367.   Plaintiff DOE 70 is a resident of the state of New Jersey, the Spouse of Decedent DOE 70, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 70 and as the Personal Representative of the Estate of DOE 70 and is entitled to recover

damages on the causes of action set forth herein. DOE 70 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1368.  Plaintiff Brendan Micheal Grady is a resident of the State of New York, the Sibling of Decedent Christopher Michael Grady, and brings this action on his own behalf as the Sibling of Christopher Michael Grady and is entitled to recover damages on the causes of action set forth herein.

1369.  Plaintiff Ruth Graifman is a resident of the State of New York, the Parent of Decedent David Martin Graifman, and brings this action on her own behalf as the Parent of David Martin Graifman and is entitled to recover damages on the causes of action set forth herein.

1370.  Plaintiff Christine R. Huhn is a resident of the State of California, the Spouse of Decedent David Martin Graifman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Martin Graifman and on behalf of all survivors of David Martin Graifman and is entitled to recover damages on the causes of action set forth herein. David Martin Graifman was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1371.  Plaintiff Julius Graifman is a resident of the State of New York, the Parent of Decedent David Martin Graifman, and brings this action on his own behalf as the Parent of David Martin Graifman and is entitled to recover damages on the causes of action set forth herein.

1372.  Plaintiff Brian Dale Graifman is a resident of the State of New York, the Sibling of Decedent David Martin Graifman, and brings this action on his own behalf as the Sibling of

David Martin Graifman and is entitled to recover damages on the causes of action set forth herein.

1373.   Plaintiff Jack A. Grandcolas is a resident of the State of California, the Spouse of Decedent Lauren C. Grandcolas, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lauren C. Grandcolas and on behalf of all survivors of Lauren C. Grandcolas and is entitled to recover damages on the causes of action set forth herein. Lauren C. Grandcolas was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1374.   Plaintiff James S. Gray is a resident of the State of New Jersey, the Parent of Decedent Christopher Stewart Gray, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher Stewart Gray and on behalf of all survivors of Christopher Stewart Gray and is entitled to recover damages on the causes of action set forth herein. Christopher Stewart Gray was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1375.   Plaintiff Lisa Anne Gray is a resident of the State of Maryland, the Child of Decedent Ian J. Gray, and brings this action on her own behalf as the Child of Ian J. Gray and is entitled to recover damages on the causes of action set forth herein.

1376.   Plaintiff Anne Margaret Policelli is a resident of  United Kingdom, the Sibling of Decedent Ian J. Gray, and brings this action on her own behalf as the Sibling of Ian J. Gray and is entitled to recover damages on the causes of action set forth herein.

1377.   Plaintiff Ana M. Raley is a resident of the State of Florida, the Spouse of Decedent Ian J. Gray, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Ian J. Gray and on behalf of all survivors of Ian J. Gray and is entitled to recover damages on the causes of action set forth herein. Ian J. Gray was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1378.   Plaintiff Mary Madden is a resident of the State of New Jersey, the Parent of Decedent James Michael Gray, and brings this action on her own behalf as the Parent of James Michael Gray and is entitled to recover damages on the causes of action set forth herein.

1379.   Plaintiff DOE 49 is a resident of the New Jersey, the Sibling of Decedent DOE 49, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1380.   Plaintiff DOE 49 is a resident of the state of New York, the Spouse of Decedent DOE 49, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 49 and as the Personal Representative of the Estate of DOE 49 and is entitled to recover damages on the causes of action set forth herein. DOE 49 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1381.   Plaintiff DOE 49 is a resident of the Florida, the Parent of Decedent DOE 49, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1382.   Plaintiff Tina Grazioso is a resident of the State of New Jersey, the Spouse of Decedent John Grazioso, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Grazioso and on behalf of all survivors of John Grazioso and is entitled to recover damages on the causes of action set forth herein. John Grazioso was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1383.   Plaintiff Danielle Tiffany Green is a resident of the State of New York, the Child of Decedent Wade Brian Green, and brings this action on her own behalf as the Child of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein.

1384.   Plaintiff Wilhelmina Mary Green is a resident of the State of New York, the Parent of Decedent Wade Brian Green, and brings this action on her own behalf as the Parent of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein.

1385.   Plaintiff Alicia Marie Govia is a resident of the State of New York, the Sibling of Decedent Wade Brian Green, and brings this action on her own behalf as the Sibling of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein.

1386.   Plaintiff Roxanne Green is a resident of the State of New York, the Spouse of Decedent Wade Brian Green, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Wade Brian Green and on behalf of all survivors of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein. Wade Brian Green was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1387.   Plaintiff Thomas Green, now deceased, was a resident of the State of New York, and the Parent of Decedent Wade Brian Green; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1388.   Plaintiff Barry Vincent Green is a resident of the State of New York, the Sibling of Decedent Wade Brian Green, and brings this action on his own behalf as the Sibling of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein.

1389.  Plaintiff Anthony Green is a resident of the State of Georgia, the Sibling of Decedent Wade Brian Green, and brings this action on his own behalf as the Sibling of Wade Brian Green and is entitled to recover damages on the causes of action set forth herein.

1390.  Plaintiff Eva Greenstein, now deceased, was a resident of the State of Florida, and the Parent of Decedent Eileen Greenstein; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1391.  Plaintiff Edward W. Greenstein is a resident of the State of New Jersey, the Sibling of Decedent Eileen Greenstein, and brings this action on his own behalf as the Sibling of Eileen Greenstein and is entitled to recover damages on the causes of action set forth herein.

1392.  Plaintiff Howard Greenstein is a resident of the State of Florida, the Sibling of Decedent Eileen Greenstein, and brings this action on his own behalf as the Sibling of Eileen Greenstein and is entitled to recover damages on the causes of action set forth herein.

1393.  Plaintiff Michael J. Greenstein is a resident of the State of Florida, the Sibling of Decedent Eileen Greenstein, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Eileen Greenstein and on behalf of all survivors of Eileen Greenstein and is entitled to recover damages on the causes of action set forth herein. Eileen Greenstein was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1394.  Plaintiff Amanda Marie Walling is a resident of the State of Connecticut, the Child of Decedent Donald H. Gregory, and brings this action on her own behalf as the Child of Donald H. Gregory and is entitled to recover damages on the causes of action set forth herein.

1395.   Plaintiff Sara Elizabeth Carpenter is a resident of the State of Connecticut, the Child of Decedent Donald H. Gregory, and brings this action on her own behalf as the Child of Donald H. Gregory and is entitled to recover damages on the causes of action set forth herein.

1396.   Plaintiff Maureen A. Gregory is a resident of the State of New Jersey, the Spouse of Decedent Donald H. Gregory, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald H. Gregory and on behalf of all survivors of Donald H. Gregory and is entitled to recover damages on the causes of action set forth herein. Donald H. Gregory was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1397.   Plaintiff Victoria Blaksley is a resident of  Argentina, the Spouse of Decedent Pedro Grehan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Pedro Grehan and on behalf of all survivors of Pedro Grehan and is entitled to recover damages on the causes of action set forth herein. Pedro Grehan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1398.   Plaintiff Teresa L. Grimner, now deceased, was a resident of the State of New York, and the Parent of Decedent David Joseph Grimner; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1399.   Plaintiff Mary Ann Elizabeth Peters is a resident of the State of New York, the Sibling of Decedent David Joseph Grimner, and brings this action on her own behalf as the Sibling of David Joseph Grimner and is entitled to recover damages on the causes of action set forth herein.

1400.   Plaintiff Virginia Margaret Kwiatkoski is a resident of the State of Florida, the Sibling of Decedent David Joseph Grimner, and brings this action on her own behalf as the Sibling of David Joseph Grimner and is entitled to recover damages on the causes of action set forth herein.

1401.   Plaintiff Judith A. Grimner is a resident of the State of New York, the Spouse of Decedent David Joseph Grimner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Joseph Grimner and on behalf of all survivors of David Joseph Grimner and is entitled to recover damages on the causes of action set forth herein. David Joseph Grimner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1402.   Plaintiff Charles Gregory Grimner is a resident of the State of New York, the Sibling of Decedent David Joseph Grimner, and brings this action on his own behalf as the Sibling of David Joseph Grimner and is entitled to recover damages on the causes of action set forth herein.

1403.   Plaintiff Ann M. Browne is a resident of the State of California, the Sibling of Decedent Francis E. Grogan, and brings this action on her own behalf as the Sibling of Francis E. Grogan and is entitled to recover damages on the causes of action set forth herein.

1404.   Plaintiff Joanne Grzelak is a resident of the State of New York, the Spouse of Decedent Joseph Grzelak, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Grzelak and on behalf of all survivors of Joseph Grzelak and is entitled to recover damages on the causes of action set forth herein. Joseph Grzelak was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1405.   Plaintiff Patricia Grzymalski is a resident of the State of New York, the Parent of Decedent Matthew James Grzymalski, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Matthew James Grzymalski and on behalf of all survivors of Matthew James Grzymalski and is entitled to recover damages on the causes of action set forth herein. Matthew James Grzymalski was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1406.   Plaintiff Cai Zhang is a resident of the State of New Jersey, the Parent of Decedent Liming Gu, and brings this action on her own behalf as the Parent of Liming Gu and is entitled to recover damages on the causes of action set forth herein.

1407.   Plaintiff Yuau Ku is a resident of the State of New Jersey, the Sibling of Decedent Liming Gu, and brings this action on her own behalf as the Sibling of Liming Gu and is entitled to recover damages on the causes of action set forth herein.

1408.   Plaintiff Jin Liu is a resident of the State of New Jersey, the Spouse of Decedent Liming Gu, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Liming Gu and on behalf of all survivors of Liming Gu and is entitled to recover damages on the causes of action set forth herein. Liming Gu was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1409.   Plaintiff Fushan Gu is a resident of the State of New Jersey, the Parent of Decedent Liming Gu, and brings this action on his own behalf as the Parent of Liming Gu and is entitled to recover damages on the causes of action set forth herein.

1410.   Plaintiff Yu Zhou Gu is a resident of China, the Sibling of Decedent Liming Gu, and brings this action on his own behalf as the Sibling of Liming Gu and is entitled to recover damages on the causes of action set forth herein.

1411.   Plaintiff Beatrice Josephine Guadagno, now deceased, was a resident of the State of Florida, and the Parent of Decedent Richard J. Guadagno; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1412.   Plaintiff Lori M. Guadagno is a resident of the State of Florida, the Sibling of Decedent Richard J. Guadagno, and brings this action on her own behalf as the Sibling of Richard J. Guadagno and is entitled to recover damages on the causes of action set forth herein.

1413.   Plaintiff Jerry F. Guadagno is a resident of the State of Florida, the Parent of Decedent Richard J. Guadagno, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Richard J. Guadagno and on behalf of all survivors of Richard J. Guadagno and is entitled to recover damages on the causes of action set forth herein. Richard J. Guadagno was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1414.   Plaintiff Elise S. Guadalupe is a resident of the State of Pennsylvania, the Spouse of Decedent Jose Antonio Guadalupe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jose Antonio Guadalupe and on behalf of all survivors of Jose Antonio Guadalupe and is entitled to recover damages on the causes of action set forth herein. Jose Antonio Guadalupe was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1415. Plaintiff Edwin H. Yuen is a resident of the State of New York, the Spouse of Decedent Cindy Yanzhu Guan, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Cindy Yanzhu Guan and on behalf of all survivors of Cindy Yanzhu Guan and is entitled to recover damages on the causes of action set forth herein. Cindy Yanzhu Guan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1416. Plaintiff Naoemi P. Gullickson is a resident of the State of New York, the Spouse of Decedent Joseph P. Gullickson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph P. Gullickson and on behalf of all survivors of Joseph P. Gullickson and is entitled to recover damages on the causes of action set forth herein. Joseph P. Gullickson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1417. Plaintiff Thomas Guza is a resident of the State of Arizona, the Child of Decedent Philip T. Guza, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Philip T. Guza and on behalf of all survivors of Philip T. Guza and is entitled to recover damages on the causes of action set forth herein. Philip T. Guza was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1418. Plaintiff Anthony C. Guzzardo is a resident of the State of California, the Child of Decedent Barbara Guzzardo, and brings this action on his own behalf as the Child of Barbara Guzzardo and is entitled to recover damages on the causes of action set forth herein.

1419. Plaintiff Anthony Guzzardo, Sr. is a resident of the State of New York, the Spouse of Decedent Barbara Guzzardo, and brings this action on his own behalf as Spouse and

as the Personal Representative of the Estate of Barbara Guzzardo and on behalf of all survivors of Barbara Guzzardo and is entitled to recover damages on the causes of action set forth herein. Barbara Guzzardo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1420.   Plaintiff Marjorie Ann Farley is a resident of the State of Georgia, the Parent of Decedent Paige Farley Hackel, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Paige Farley Hackel and on behalf of all survivors of Paige Farley Hackel and is entitled to recover damages on the causes of action set forth herein. Paige Farley Hackel was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1421.   Plaintiff Allan R. Hackel is a resident of the State of Massachusetts, the Spouse of Decedent Paige Farley Hackel, and brings this action on his own behalf as the Spouse of Paige Farley Hackel and is entitled to recover damages on the causes of action set forth herein.

1422.   Plaintiff Patricia Ann Thompson-Haentzler is a resident of the State of New York, the Spouse of Decedent Philip Haentzler, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Philip Haentzler and on behalf of all survivors of Philip Haentzler and is entitled to recover damages on the causes of action set forth herein. Philip Haentzler was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1423.   Plaintiff Maryjane Hagis is a resident of the State of New York, the Parent of Decedent Steven M. Hagis, and brings this action on her own behalf as the Parent of Steven M. Hagis and is entitled to recover damages on the causes of action set forth herein.

1424.   Plaintiff Stacy Hagis Bruno is a resident of the State of New York, the Sibling of Decedent Steven M. Hagis, and brings this action on her own behalf as the Sibling of Steven M. Hagis and is entitled to recover damages on the causes of action set forth herein.

1425.   Plaintiff Gloria Hagis is a resident of the State of New York, the Spouse of Decedent Steven M. Hagis, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven M. Hagis and on behalf of all survivors of Steven M. Hagis and is entitled to recover damages on the causes of action set forth herein. Steven M. Hagis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1426.   Plaintiff Christopher Hagis is a resident of the State of New York, the Sibling of Decedent Steven M. Hagis, and brings this action on his own behalf as the Sibling of Steven M. Hagis and is entitled to recover damages on the causes of action set forth herein.

1427.   Plaintiff Steve Hagis, Sr. is a resident of the State of New York, the Parent of Decedent Steven M. Hagis, and brings this action on his own behalf as the Parent of Steven M. Hagis and is entitled to recover damages on the causes of action set forth herein.

1428.   Plaintiff Elizabeth J. Adams is a resident of the State of West Virginia, the Parent of Decedent Marylou Hague, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Marylou Hague and on behalf of all survivors of Marylou Hague and is entitled to recover damages on the causes of action set forth herein. Marylou Hague was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1429.   Plaintiff Eugene T. Hague, Jr., now deceased, was a resident of the State of West Virginia, and the Parent of Decedent Marylou Hague; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1430.   Plaintiff Geraldine Halderman is a resident of the State of New York, the Parent of Decedent David Halderman, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of David Halderman and on behalf of all survivors of David Halderman and is entitled to recover damages on the causes of action set forth herein. David Halderman was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1431.   Plaintiff Marianne Angelo is a resident of the State of New York, the Sibling of Decedent David Halderman, and brings this action on her own behalf as the Sibling of David Halderman and is entitled to recover damages on the causes of action set forth herein.

1432.   Plaintiff Yanique Hall is a resident of the State of New York, the Child of Decedent Vaswald George Hall, and brings this action on her own behalf as the Child of Vaswald George Hall and is entitled to recover damages on the causes of action set forth herein.

1433.   Plaintiff Beverly Hall is a resident of the State of New York, the Spouse of Decedent Vaswald George Hall, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Vaswald George Hall and on behalf of all survivors of Vaswald George Hall and is entitled to recover damages on the causes of action set forth herein. Vaswald George Hall was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1434.   Plaintiff Brenda Halligan, now deceased, was a resident of United Kingdom, and the Parent of Decedent Robert John Halligan; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1435.   Plaintiff Lara Stacey is a resident of United Kingdom, the Child of Decedent Robert John Halligan, and brings this action on her own behalf as the Child of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1436.   Plaintiff Sarah Jane Robbins is a resident of Burnside, Australia, the Child of Decedent Robert John Halligan, and brings this action on her own behalf as the Child of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1437.   Plaintiff Emma Louise Arro is a resident of Hong Kong, the Child of Decedent Robert John Halligan, and brings this action on her own behalf as the Child of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1438.   Plaintiff Mary Kathleen Lynn is a resident of United Kingdom, the Sibling of Decedent Robert John Halligan, and brings this action on her own behalf as the Sibling of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1439.   Plaintiff Jeraldine Halligan is a resident of the State of Virginia, the Spouse of Decedent Robert John Halligan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert John Halligan and on behalf of all survivors of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein. Robert John Halligan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1440.   Plaintiff James E. Halligan is a resident of the United Kingdom, the Child of Decedent Robert John Halligan, and brings this action on his own behalf as the Child of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1441.   Plaintiff Trevor Andrew Halligan is a resident of the State of Pennsylvania, the Child of Decedent Robert John Halligan, and brings this action on his own behalf as the Child of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1442.   Plaintiff William G. Halligan is a resident of United Kingdom, the Sibling of Decedent Robert John Halligan, and brings this action on his own behalf as the Sibling of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1443.   Plaintiff David Mitchell Halligan is a resident of United Kingdom, the Sibling of Decedent Robert John Halligan, and brings this action on his own behalf as the Sibling of Robert John Halligan and is entitled to recover damages on the causes of action set forth herein.

1444.   Plaintiff Mary Alice Halloran is a resident of the State of New York, the Parent of Decedent Vincent Gerard Halloran, and brings this action on her own behalf as the Parent of Vincent Gerard Halloran and is entitled to recover damages on the causes of action set forth herein.

1445.   Plaintiff Maureen Ruth Halvorson is a resident of the State of Florida, the Spouse of Decedent James D. Halvorson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James D. Halvorson and on behalf of all survivors of James D. Halvorson and is entitled to recover damages on the causes of action set forth herein. James D. Halvorson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1446.  Plaintiff Lisa A. Ventura is a resident of the State of New Jersey, the Child of Decedent Felicia Hamilton, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Felicia Hamilton and on behalf of all survivors of Felicia Hamilton and is entitled to recover damages on the causes of action set forth herein. Felicia Hamilton was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1447.  Plaintiff Walter E. Hamilton is a resident of the State of Florida, the Child of Decedent Felicia Hamilton, and brings this action on his own behalf as the Child of Felicia Hamilton and is entitled to recover damages on the causes of action set forth herein.

1448.  Plaintiff Elizabeth Hamilton is a resident of the State of New York, the Spouse of Decedent Robert Hamilton, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Hamilton and on behalf of all survivors of Robert Hamilton and is entitled to recover damages on the causes of action set forth herein. Robert Hamilton was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1449.  Plaintiff Sue Hammond is a resident of the State of Arizona, the Parent of Decedent Carl Max Hammond, Jr., and brings this action on her own behalf as the Parent of Carl Max Hammond, Jr. and is entitled to recover damages on the causes of action set forth herein.

1450.  Plaintiff Cynthia Sue Sumner is a resident of the State of Arizona, the Sibling of Decedent Carl Max Hammond, Jr., and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Carl Max Hammond, Jr. and on behalf of all survivors of Carl Max Hammond, Jr. and is entitled to recover damages on the causes of action set forth herein. Carl Max Hammond, Jr. was killed on board United Airlines Flight 175 that crashed into

269

World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1451.   Plaintiff Carl M. Hammond, Sr. is a resident of the State of Alabama, the Parent of Decedent Carl Max Hammond, Jr., and brings this action on his own behalf as the Parent of Carl Max Hammond, Jr. and is entitled to recover damages on the causes of action set forth herein.

1452.   Plaintiff Patricia Rose Hanley is a resident of the State of Florida, the Parent of Decedent Sean Hanley, and brings this action on her own behalf as the Parent of Sean Hanley and is entitled to recover damages on the causes of action set forth herein.

1453.   Plaintiff Gerald Hanley is a resident of the State of Florida, the Parent of Decedent Sean Hanley, and brings this action on his own behalf as the Parent of Sean Hanley and is entitled to recover damages on the causes of action set forth herein.

1454.   Plaintiff Gerald T. Hanley is a resident of the State of Florida, the Sibling of Decedent Sean Hanley, and brings this action on his own behalf as the Sibling of Sean Hanley and is entitled to recover damages on the causes of action set forth herein.

1455.   Plaintiff Kevin E. Hanley is a resident of the State of Florida, the Sibling of Decedent Sean Hanley, and brings this action on his own behalf as the Sibling of Sean Hanley and is entitled to recover damages on the causes of action set forth herein.

1456.   Plaintiff Bryan T. Hanley is a resident of the State of Connecticut, the Sibling of Decedent Sean Hanley, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Sean Hanley and on behalf of all survivors of Sean Hanley and is entitled to recover damages on the causes of action set forth herein. Sean Hanley was killed at

World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1457.   Plaintiff Nancy Elizabeth Hannaford is a resident of the State of New Jersey, the Parent of Decedent Kevin James Hannaford, and brings this action on her own behalf as the Parent of Kevin James Hannaford and is entitled to recover damages on the causes of action set forth herein.

1458.   Plaintiff Elizabeth L. Saraceno is a resident of the State of New Jersey, the Sibling of Decedent Kevin James Hannaford, and brings this action on her own behalf as the Sibling of Kevin James Hannaford and is entitled to recover damages on the causes of action set forth herein.

1459.   Plaintiff Eileen A. Hannaford is a resident of the State of New Jersey, the Spouse of Decedent Kevin James Hannaford, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kevin James Hannaford and on behalf of all survivors of Kevin James Hannaford and is entitled to recover damages on the causes of action set forth herein. Kevin James Hannaford was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1460.   Plaintiff James Joseph Hannaford is a resident of the State of New Jersey, the Parent of Decedent Kevin James Hannaford, and brings this action on his own behalf as the Parent of Kevin James Hannaford and is entitled to recover damages on the causes of action set forth herein.

1461.   Plaintiff Patrick Gerard Hannaford is a resident of the State of New Jersey, the Sibling of Decedent Kevin James Hannaford, and brings this action on his own behalf as the

Sibling of Kevin James Hannaford and is entitled to recover damages on the causes of action set forth herein.

1462.   Plaintiff Gaye Hannon is a resident of the State of New Jersey, the Parent of Decedent Dana Rey Hannon, and brings this action on her own behalf as the Parent of Dana Rey Hannon and is entitled to recover damages on the causes of action set forth herein.

1463.   Plaintiff Kyle Hannon is a resident of the State of New Jersey, the Sibling of Decedent Dana Rey Hannon, and brings this action on her own behalf as the Sibling of Dana Rey Hannon and is entitled to recover damages on the causes of action set forth herein.

1464.   The Representative of the Estate of Dana Rey Hannon brings this action on behalf of all survivors of Dana Rey Hannon and is entitled to recover damages on the causes of action set forth herein. Dana Rey Hannon was killed in the World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001. Plaintiff Thomas Hannon, now deceased, was a resident of the State of NEw Jersey and the Parent of Decedent Dana Rey Hannon; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1465.   Plaintiff C. Lee Hanson is a resident of the State of Connecticut, the Grandparent of Decedent Christine Lee Hanson, and brings this action on his own behalf as Grandparent and as the Personal Representative of the Estate of Christine Lee Hanson and on behalf of all survivors of Christine Lee Hanson and is entitled to recover damages on the causes of action set forth herein. Christine Lee Hanson was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1466.   Plaintiff Eunice Katherine Hanson is a resident of the State of Connecticut, the Parent of Decedent Peter Burton Hanson, and brings this action on her own behalf as the Parent of Peter Burton Hanson and is entitled to recover damages on the causes of action set forth herein.

1467.   Plaintiff Kathryn Lee Barrere is a resident of the State of Connecticut, the Sibling of Decedent Peter Burton Hanson, and brings this action on her own behalf as the Sibling of Peter Burton Hanson and is entitled to recover damages on the causes of action set forth herein.

1468.   Plaintiff C. Lee Hanson is a resident of the State of Connecticut, the Parent of Decedent Peter Burton Hanson, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Peter Burton Hanson and on behalf of all survivors of Peter Burton Hanson and is entitled to recover damages on the causes of action set forth herein. Peter Burton Hanson was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1469.   Plaintiff John Hyunsool Kim is a resident of the State of Hawaii, the Sibling of Decedent Sue Ju Hanson, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Sue Ju Hanson and on behalf of all survivors of Sue Ju Hanson and is entitled to recover damages on the causes of action set forth herein. Sue Ju Hanson was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1470.   Plaintiff Julia K. Haramis is a resident of the State of New York, the Child of Decedent Vassilios G. Haramis, and brings this action on her own behalf as the Child of Vassilios G. Haramis and is entitled to recover damages on the causes of action set forth herein.

1471.   Plaintiff Gloria Haramis is a resident of the State of New York, the Spouse of Decedent Vassilios G. Haramis, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Vassilios G. Haramis and on behalf of all survivors of Vassilios G. Haramis and is entitled to recover damages on the causes of action set forth herein. Vassilios G. Haramis was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1472.   Plaintiff George Vassilion Haramis is a resident of the State of New York, the Child of Decedent Vassilios G. Haramis, and brings this action on his own behalf as the Child of Vassilios G. Haramis and is entitled to recover damages on the causes of action set forth herein.

1473.   Plaintiff Judith Kay Hardacre is a resident of the State of California, the Spouse of Decedent Gerald Hardacre, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gerald Hardacre and on behalf of all survivors of Gerald Hardacre and is entitled to recover damages on the causes of action set forth herein. Gerald Hardacre was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1474.   Plaintiff Lawrence Hardacre, now deceased, was a resident of the State of California, and the Sibling of Decedent Gerald Hardacre; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1475.   Plaintiff Patricia E. Hargrave is a resident of the State of New Jersey, the Spouse of Decedent Timothy J. Hargrave, and brings this action on her own behalf as the Spouse of Timothy J. Hargrave and is entitled to recover damages on the causes of action set forth herein.

1476.   Plaintiff Caroline Anna Harlin is a resident of the State of New York, the Parent of Decedent Daniel Edward Harlin, and brings this action on her own behalf as the Parent of Daniel Edward Harlin and is entitled to recover damages on the causes of action set forth herein.

1477.   Plaintiff Joan Patricia Harlin is a resident of the State of New York, the Sibling of Decedent Daniel Edward Harlin, and brings this action on her own behalf as the Sibling of Daniel Edward Harlin and is entitled to recover damages on the causes of action set forth herein.

1478.   Plaintiff Debra A. Harlin is a resident of the State of New York, the Spouse of Decedent Daniel Edward Harlin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel Edward Harlin and on behalf of all survivors of Daniel Edward Harlin and is entitled to recover damages on the causes of action set forth herein. Daniel Edward Harlin was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1479.   Plaintiff Wilbur Harlin, now deceased, was a resident of the State of New York, and the Parent of Decedent Daniel Edward Harlin; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1480.   Plaintiff James Harlin is a resident of the State of New York, the Sibling of Decedent Daniel Edward Harlin, and brings this action on his own behalf as the Sibling of Daniel Edward Harlin and is entitled to recover damages on the causes of action set forth herein.

1481.   Plaintiff Robert W. Harlin is a resident of the State of New York, the Sibling of Decedent Daniel Edward Harlin, and brings this action on his own behalf as the Sibling of Daniel Edward Harlin and is entitled to recover damages on the causes of action set forth herein.

1482.   Plaintiff Andrea Caldarella is a resident of the State of New Jersey, the Child of Decedent Frances Haros, and brings this action on her own behalf as the Child of Frances Haros and is entitled to recover damages on the causes of action set forth herein.

1483.   Plaintiff Maria Ann Galea is a resident of the State of New Jersey, the Child of Decedent Frances Haros, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Frances Haros and on behalf of all survivors of Frances Haros and is entitled to recover damages on the causes of action set forth herein. Frances Haros was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1484.   Plaintiff Nicholas Haros, Jr. is a resident of the State of New Jersey, the Child of Decedent Frances Haros, and brings this action on his own behalf as the Child of Frances Haros and is entitled to recover damages on the causes of action set forth herein.

1485.   Plaintiff Miriam F. Harrell, now deceased, was a resident of the State of New York, and the Parent of Decedent Harvey L. Harrell; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1486.   Plaintiff Molly Dune is a resident of the State of Pennsylvania, the Sibling of Decedent Harvey L. Harrell, and brings this action on her own behalf as the Sibling of Harvey L. Harrell and is entitled to recover damages on the causes of action set forth herein.

1487.   Plaintiff DOE 37 is a resident of the New York, the Sibling of Decedent DOE 37, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1488.   Plaintiff David W. Harrell is a resident of the State of New York, the Sibling of Decedent Harvey L. Harrell, and brings this action on his own behalf as the Sibling of Harvey L. Harrell and is entitled to recover damages on the causes of action set forth herein.

1489.   Plaintiff Harvey L. Harrell, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Harvey L. Harrell; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1490.   Plaintiff Miriam F. Harrell, now deceased, was a resident of the State of New York, and the Parent of Decedent Stephen G. Harrell; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1491.   Plaintiff Molly Dune is a resident of the State of Pennsylvania, the Sibling of Decedent Stephen G. Harrell, and brings this action on her own behalf as the Sibling of Stephen G. Harrell and is entitled to recover damages on the causes of action set forth herein.

1492.   Plaintiff DOE 37 is a resident of the New York, the Sibling of Decedent DOE 37, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1493.   Plaintiff David W. Harrell is a resident of the State of New York, the Sibling of Decedent Stephen G. Harrell, and brings this action on his own behalf as the Sibling of Stephen G. Harrell and is entitled to recover damages on the causes of action set forth herein.

1494.   Plaintiff Harvey L. Harrell, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Stephen G. Harrell; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1495.   Plaintiff Arvette Denise Harris is a resident of the State of North Carolina, the Parent of Decedent Aisha Ann Harris, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Aisha Ann Harris and on behalf of all survivors of Aisha Ann Harris and is entitled to recover damages on the causes of action set forth herein. Aisha Ann Harris was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1496.   Plaintiff Marcus J. Harris is a resident of the State of North Carolina, the Sibling of Decedent Aisha Ann Harris, and brings this action on his own behalf as the Sibling of Aisha Ann Harris and is entitled to recover damages on the causes of action set forth herein.

1497.   Plaintiff Robert Harris, Jr., now deceased, was a resident of the State of North Carolina, and the Parent of Decedent Aisha Ann Harris; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1498.   Plaintiff Mildred Harris is a resident of the State of New York, the Parent of Decedent Stewart D. Harris, and brings this action on her own behalf as the Parent of Stewart D. Harris and is entitled to recover damages on the causes of action set forth herein.

1499.   Plaintiff Rubin Jay Harris, now deceased, was a resident of the State of Florida, and the Parent of Decedent Stewart D. Harris; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1500.  Plaintiff Lloyd Harris is a resident of the State of New York, the Sibling of Decedent Stewart D. Harris, and brings this action on his own behalf as the Sibling of Stewart D. Harris and is entitled to recover damages on the causes of action set forth herein.

1501.  Plaintiff Betty J. Mathwig, now deceased, was a resident of the State of Wisconsin, and the Parent of Decedent John P. Hart; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1502.  Plaintiff Christine Louise Reichert-Hart is a resident of the State of Wisconsin, the Sibling of Decedent John P. Hart, and brings this action on her own behalf as the Sibling of John P. Hart and is entitled to recover damages on the causes of action set forth herein.

1503.  Plaintiff Mary Elizabeth Meixelsperger is a resident of the State of Kentucky, the Sibling of Decedent John P. Hart, and brings this action on her own behalf as the Sibling of John P. Hart and is entitled to recover damages on the causes of action set forth herein.

1504.  Plaintiff Sandra Ellen Shelley is a resident of the State of Wisconsin, the Sibling of Decedent John P. Hart, and brings this action on her own behalf as the Sibling of John P. Hart and is entitled to recover damages on the causes of action set forth herein.

1505.  Plaintiff Jeanine Hart Seaman is a resident of the State of California, the Sibling of Decedent John P. Hart, and brings this action on her own behalf as the Sibling of John P. Hart and is entitled to recover damages on the causes of action set forth herein.

1506.  Plaintiff Laurie Sue Hart is a resident of the State of Ohio, the Spouse of Decedent John P. Hart, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John P. Hart and on behalf of all survivors of John P. Hart and is entitled to recover damages on the causes of action set forth herein. John P. Hart was killed at

Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1507.   Plaintiff James A. Hart, Jr., now deceased, was a resident of the State of Alaska, and the Sibling of Decedent John P. Hart; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1508.   Plaintiff Rita A. Hashem is a resident of the State of Massachusetts, the Spouse of Decedent Peter Paul Hashem, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter Paul Hashem and on behalf of all survivors of Peter Paul Hashem and is entitled to recover damages on the causes of action set forth herein. Peter Paul Hashem was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1509.   Plaintiff Grace Susan Hatton is a resident of the State of New York, the Parent of Decedent Terence Sean Hatton, and brings this action on her own behalf as the Parent of Terence Sean Hatton and is entitled to recover damages on the causes of action set forth herein.

1510.   Plaintiff Grace Susan Hatton is a resident of the State of New York, the Sibling of Decedent Terence Sean Hatton, and brings this action on her own behalf as the Sibling of Terence Sean Hatton and is entitled to recover damages on the causes of action set forth herein.

1511.   Plaintiff Elizabeth Petrone Hatton is a resident of the State of New York, the Spouse of Decedent Terence Sean Hatton, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Terence Sean Hatton and on behalf of all survivors of Terence Sean Hatton and is entitled to recover damages on the causes of action set

forth herein. Terence Sean Hatton was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1512.   Plaintiff Kenneth Roberts Hatton is a resident of the State of New York, the Parent of Decedent Terence Sean Hatton, and brings this action on his own behalf as the Parent of Terence Sean Hatton and is entitled to recover damages on the causes of action set forth herein.

1513.   Plaintiff Erika Ann Haub is a resident of the State of New York, the Spouse of Decedent Michael Haub, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Haub and on behalf of all survivors of Michael Haub and is entitled to recover damages on the causes of action set forth herein. Michael Haub was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1514.   Plaintiff Susan Conklin is a resident of the State of Georgia, the Sibling of Decedent Donald G. Havlish, Jr., and brings this action on her own behalf as the Sibling of Donald G. Havlish, Jr. and is entitled to recover damages on the causes of action set forth herein.

1515.   Plaintiff Fiona Michaela Havlish is a resident of the State of Colorado, the Spouse of Decedent Donald G. Havlish, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald G. Havlish, Jr. and on behalf of all survivors of Donald G. Havlish, Jr. and is entitled to recover damages on the causes of action set forth herein. Donald G. Havlish, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1516.   Plaintiff William Havlish is a resident of the State of Georgia, the Sibling of Decedent Donald G. Havlish, Jr., and brings this action on his own behalf as the Sibling of Donald G. Havlish, Jr. and is entitled to recover damages on the causes of action set forth herein.

1517.   Plaintiff Donald G. Havlish, Sr. is a resident of the State of Georgia, the Parent of Decedent Donald G. Havlish, Jr., and brings this action on his own behalf as the Parent of Donald G. Havlish, Jr. and is entitled to recover damages on the causes of action set forth herein.

1518.   Plaintiff Elizabeth Gail Hayden is a resident of the State of Massachusetts, the Spouse of Decedent James E. Hayden, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James E. Hayden and on behalf of all survivors of James E. Hayden and is entitled to recover damages on the causes of action set forth herein. James E. Hayden was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1519.   Plaintiff Deborah Lynn Hayes is a resident of the State of Massachusetts, the Spouse of Decedent Robert Jay Hayes, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Jay Hayes and on behalf of all survivors of Robert Jay Hayes and is entitled to recover damages on the causes of action set forth herein. Robert Jay Hayes was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1520.   Plaintiff Janice Hazelcorn is a resident of the State of New Jersey, the Parent of Decedent Scott Hazelcorn, and brings this action on her own behalf as the Parent of Scott Hazelcorn and is entitled to recover damages on the causes of action set forth herein.

1521.   Plaintiff Charles Hazelcorn is a resident of the State of New Jersey, the Parent of Decedent Scott Hazelcorn, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Scott Hazelcorn and on behalf of all survivors of Scott Hazelcorn and is entitled to recover damages on the causes of action set forth herein. Scott Hazelcorn was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1522.   Plaintiff Eric Hazelcorn is a resident of the State of New Jersey, the Sibling of Decedent Scott Hazelcorn, and brings this action on his own behalf as the Sibling of Scott Hazelcorn and is entitled to recover damages on the causes of action set forth herein.

1523.   Plaintiff Bernard Heeran is a resident of the State of New York, the Parent of Decedent Charles F.X. Heeran, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Charles F.X. Heeran and on behalf of all survivors of Charles F.X. Heeran and is entitled to recover damages on the causes of action set forth herein. Charles F.X. Heeran was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1524.   Plaintiff Thomas P. Heidenberger is a resident of the State of Maryland, the Spouse of Decedent Michele M. Heidenberger, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Michele M. Heidenberger and on behalf of all survivors of Michele M. Heidenberger and is entitled to recover damages on the causes of action set forth herein. Michele M. Heidenberger was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1525.   Plaintiff Debora Hemschoot is a resident of the State of New Jersey, the Spouse of Decedent Mark Hemschoot, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark Hemschoot and on behalf of all survivors of Mark Hemschoot and is entitled to recover damages on the causes of action set forth herein. Mark Hemschoot was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1526.   Plaintiff David C. Hemschoot is a resident of the State of New Jersey, the Child of Decedent Mark Hemschoot, and brings this action on his own behalf as the Child of Mark Hemschoot and is entitled to recover damages on the causes of action set forth herein.

1527.   Plaintiff Jeffrey W. Hemschoot is a resident of the State of New Jersey, the Child of Decedent Mark Hemschoot, and brings this action on his own behalf as the Child of Mark Hemschoot and is entitled to recover damages on the causes of action set forth herein.

1528.   Plaintiff DOE 11 is a resident of the state of Massachusetts, the Spouse of Decedent DOE 11, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 11 and as the Personal Representative of the Estate of DOE 11 and is entitled to recover damages on the causes of action set forth herein. DOE 11 was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1529.   Plaintiff Patricia A. Henrique is a resident of the State of New York, the Parent of Decedent Michelle Marie Henrique, and brings this action on her own behalf as the Parent of Michelle Marie Henrique and is entitled to recover damages on the causes of action set forth herein.

1530.   Plaintiff Christina Henrique is a resident of the State of New York, the Sibling of Decedent Michelle Marie Henrique, and brings this action on her own behalf as the Sibling of Michelle Marie Henrique and is entitled to recover damages on the causes of action set forth herein.

1531.   Plaintiff George Henrique is a resident of the State of New York, the Parent of Decedent Michelle Marie Henrique, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michelle Marie Henrique and on behalf of all survivors of Michelle Marie Henrique and is entitled to recover damages on the causes of action set forth herein. Michelle Marie Henrique was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1532.   Plaintiff Paul R. Henrique is a resident of the State of New York, the Sibling of Decedent Michelle Marie Henrique, and brings this action on his own behalf as the Sibling of Michelle Marie Henrique and is entitled to recover damages on the causes of action set forth herein.

1533.   Plaintiff Michael Henrique is a resident of the State of New York, the Sibling of Decedent Michelle Marie Henrique, and brings this action on his own behalf as the Sibling of Michelle Marie Henrique and is entitled to recover damages on the causes of action set forth herein.

1534.   Plaintiff Alice A. Henry is a resident of the State of New York, the Parent of Decedent Joseph P. Henry, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Joseph P. Henry and on behalf of all survivors of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein. Joseph P. Henry was

killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1535.   Plaintiff Kathleen S. Henry is a resident of the State of New York, the Sibling of Decedent Joseph P. Henry, and brings this action on her own behalf as the Sibling of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein.

1536.   Plaintiff Mary Henry is a resident of the State of New York, the Sibling of Decedent Joseph P. Henry, and brings this action on her own behalf as the Sibling of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein.

1537.   Plaintiff Edward Henry is a resident of the State of New York, the Parent of Decedent Joseph P. Henry, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Joseph P. Henry and on behalf of all survivors of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein. Joseph P. Henry was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1538.   Plaintiff Michael Henry is a resident of the State of New York, the Sibling of Decedent Joseph P. Henry, and brings this action on his own behalf as the Sibling of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein.

1539.   Plaintiff Daniel Henry is a resident of the State of New Jersey, the Sibling of Decedent Joseph P. Henry, and brings this action on his own behalf as the Sibling of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein.

1540.   Plaintiff Edward Henry, Jr. is a resident of the State of New York, the Sibling of Decedent Joseph P. Henry, and brings this action on his own behalf as the Sibling of Joseph P. Henry and is entitled to recover damages on the causes of action set forth herein.

1541.   Plaintiff Ethel M. Henry is a resident of the State of New York, the Parent of Decedent William Henry, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of William Henry and on behalf of all survivors of William Henry and is entitled to recover damages on the causes of action set forth herein. William Henry was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1542.   Plaintiff Allyson Hepburn is a resident of the State of New York, the Child of Decedent Robert Allan Hepburn, and brings this action on her own behalf as the Child of Robert Allan Hepburn and is entitled to recover damages on the causes of action set forth herein.

1543.   Plaintiff Jennifer Hepburn is a resident of the State of New York, the Child of Decedent Robert Allan Hepburn, and brings this action on her own behalf as the Child of Robert Allan Hepburn and is entitled to recover damages on the causes of action set forth herein.

1544.   Plaintiff Theresa Lynn Hepburn is a resident of the State of New York, the Spouse of Decedent Robert Allan Hepburn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Allan Hepburn and on behalf of all survivors of Robert Allan Hepburn and is entitled to recover damages on the causes of action set forth herein. Robert Allan Hepburn was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1545.   Plaintiff Margaret Mccrane is a resident of the State of New York, the Sibling of Decedent Mary Herencia, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Mary Herencia and on behalf of all survivors of Mary Herencia and is entitled to recover damages on the causes of action set forth herein. Mary Herencia was

killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1546.   Plaintiff Peter Carr, now deceased, was a resident of the State of New York, and the Sibling of Decedent Mary Herencia; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1547.   Plaintiff Kevin Carr, now deceased, was a resident of the State of New York, and the Sibling of Decedent Mary Herencia; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1548.   Plaintiff Julio Herencia is a resident of the State of New York, the Child of Decedent Mary Herencia, and brings this action on his own behalf as the Child of Mary Herencia and is entitled to recover damages on the causes of action set forth herein.

1549.   Plaintiff Joseph Herencia is a resident of the State of New York, the Child of Decedent Mary Herencia, and brings this action on his own behalf as the Child of Mary Herencia and is entitled to recover damages on the causes of action set forth herein.

1550.   Plaintiff Carmen Eneida Irizarry is a resident of the State of New York, the Parent of Decedent Claribel Hernandez, and brings this action on her own behalf as the Parent of Claribel Hernandez and is entitled to recover damages on the causes of action set forth herein.

1551.   Plaintiff Maribel Topaltzas is a resident of the State of New York, the Sibling of Decedent Claribel Hernandez, and brings this action on her own behalf as the Sibling of Claribel Hernandez and is entitled to recover damages on the causes of action set forth herein.

1552.   Plaintiff Jaime Villalobos, now deceased, was a resident of the State of New York, and the Parent of Decedent Claribel Hernandez; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1553.   Plaintiff Eslyn Hernandez, Sr. is a resident of the State of New York, the Spouse of Decedent Claribel Hernandez, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Claribel Hernandez and on behalf of all survivors of Claribel Hernandez and is entitled to recover damages on the causes of action set forth herein. Claribel Hernandez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1554.   Plaintiff Jacqueline Hernandez is a resident of the State of New York, the Child of Decedent Norberto Hernandez, and brings this action on her own behalf as the Child of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1555.   Plaintiff Catherine Hernandez is a resident of the State of New York, the Child of Decedent Norberto Hernandez, and brings this action on her own behalf as the Child of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1556.   Plaintiff Alejandrina Feliciano is a resident of the State of New York, the Parent of Decedent Norberto Hernandez, and brings this action on her own behalf as the Parent of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1557.   Plaintiff Marisol Hernandez is a resident of the State of Nevada, the Sibling of Decedent Norberto Hernandez, and brings this action on her own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1558.   Plaintiff Miriam Luz Khatri is a resident of the State of New Jersey, the Sibling of Decedent Norberto Hernandez, and brings this action on her own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1559.   Plaintiff Luz Milagros Luna is a resident of the State of New York, the Sibling of Decedent Norberto Hernandez, and brings this action on her own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1560.   Plaintiff Merquiades Diaz is a resident of the State of New York, the Sibling of Decedent Norberto Hernandez, and brings this action on her own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1561.   Plaintiff Eulogia Hernandez is a resident of the State of New York, the Spouse of Decedent Norberto Hernandez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Norberto Hernandez and on behalf of all survivors of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein. Norberto Hernandez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1562.   Plaintiff Willy Alberto Hernandez is a resident of the State of New Jersey, the Sibling of Decedent Norberto Hernandez, and brings this action on his own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1563.   Plaintiff Pablo Luis Hernandez is a resident of the State of New York, the Sibling of Decedent Norberto Hernandez, and brings this action on his own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1564.   Plaintiff Hector Luis Hernandez is a resident of the State of Virginia, the Sibling of Decedent Norberto Hernandez, and brings this action on his own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1565.   Plaintiff Venancio Hernandez, Jr. is a resident of the State of New York, the Sibling of Decedent Norberto Hernandez, and brings this action on his own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1566.   Plaintiff Venancio Hernandez, Sr. is a resident of the State of New York, the Parent of Decedent Norberto Hernandez, and brings this action on his own behalf as the Parent of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1567.   Plaintiff Eslyn Hernandez, Sr. is a resident of the State of New York, the Sibling of Decedent Norberto Hernandez, and brings this action on his own behalf as the Sibling of Norberto Hernandez and is entitled to recover damages on the causes of action set forth herein.

1568.   Plaintiff Leslie Sue Hersch is a resident of the State of New York, the Spouse of Decedent Jeffrey A. Hersch, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey A. Hersch and on behalf of all survivors of Jeffrey A. Hersch and is entitled to recover damages on the causes of action set forth herein. Jeffrey A. Hersch was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1569.   Plaintiff Barbara Marille Hetzel is a resident of the State of New York, the Parent of Decedent Thomas J. Hetzel, and brings this action on her own behalf as the Parent of Thomas J. Hetzel and is entitled to recover damages on the causes of action set forth herein.

1570.   Plaintiff Dorine Hetzel is a resident of the State of New York, the Sibling of Decedent Thomas J. Hetzel, and brings this action on her own behalf as the Sibling of Thomas J. Hetzel and is entitled to recover damages on the causes of action set forth herein.

1571.   Plaintiff Diana Hetzel is a resident of the State of New York, the Spouse of Decedent Thomas J. Hetzel, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas J. Hetzel and on behalf of all survivors of Thomas J. Hetzel and is entitled to recover damages on the causes of action set forth herein. Thomas J. Hetzel was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1572.   Plaintiff Egon Hermann Hetzel is a resident of the State of New York, the Parent of Decedent Thomas J. Hetzel, and brings this action on his own behalf as the Parent of Thomas J. Hetzel and is entitled to recover damages on the causes of action set forth herein.

1573.   Plaintiff Daniel Hetzel is a resident of the State of New York, the Sibling of Decedent Thomas J. Hetzel, and brings this action on his own behalf as the Sibling of Thomas J. Hetzel and is entitled to recover damages on the causes of action set forth herein.

1574.   Plaintiff Ana Rosario is a resident of the State of New York, the Domestic Partner of Decedent Emencio Dario Hidalgo, and brings this action on her own behalf as the Domestic Partner of Emencio Dario Hidalgo and is entitled to recover damages on the causes of action set forth herein.

1575.   Plaintiff Caren Higgins is a resident of the State of South Carolina, the Spouse of Decedent Timothy Higgins, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Timothy Higgins and on behalf of all survivors of Timothy Higgins and is entitled to recover damages on the causes of action set forth herein. Timothy Higgins was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1576.   Plaintiff Rachael Higley is a resident of the State of Louisiana, the Sibling of Decedent Robert Dale Warren Higley, II, and brings this action on her own behalf as the Sibling of Robert Dale Warren Higley, II and is entitled to recover damages on the causes of action set forth herein.

1577.   Plaintiff Todd E.H. Higley, now deceased, was a resident of the State of Florida, and the Sibling of Decedent Robert Dale Warren Higley, II; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1578.   Plaintiff John Douglas Higley is a resident of the State of Louisiana, the Parent of Decedent Robert Dale Warren Higley, II, and brings this action on his own behalf as the Parent of Robert Dale Warren Higley, II and is entitled to recover damages on the causes of action set forth herein.

1579.   Plaintiff Virginia A. Hindy is a resident of the State of New York, the Parent of Decedent Mark D. Hindy, and brings this action on her own behalf as the Parent of Mark D. Hindy and is entitled to recover damages on the causes of action set forth herein.

1580.   Plaintiff George V. Hindy is a resident of the State of New York, the Parent of Decedent Mark D. Hindy, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Mark D. Hindy and on behalf of all survivors of Mark D. Hindy and is entitled to recover damages on the causes of action set forth herein. Mark D. Hindy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1581.   Plaintiff Gregory J. Hindy is a resident of the State of New Jersey, the Sibling of Decedent Mark D. Hindy, and brings this action on his own behalf as the Sibling of Mark D. Hindy and is entitled to recover damages on the causes of action set forth herein.

1582.  Plaintiff Sheila C. Hobin, now deceased, was a resident of the State of Connecticut, and the Spouse of Decedent James J. Hobin; the Representative of her Estate, Sean Michael Hobin, brings this action and is entitled to recover damages on the causes of action set forth herein.

1583.  Plaintiff Donna Dietrich is a resident of the State of California, the Sibling of Decedent James J. Hobin, and brings this action on her own behalf as the Sibling of James J. Hobin and is entitled to recover damages on the causes of action set forth herein.

1584.  Plaintiff Sean Michael Hobin is a resident of the State of Connecticut, the Child of Decedent James J. Hobin, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of James J. Hobin and on behalf of all survivors of James J. Hobin and is entitled to recover damages on the causes of action set forth herein. James J. Hobin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1585.  Plaintiff Derrick J. Hobin is a resident of the State of Massachusetts, the Child of Decedent James J. Hobin, and brings this action on his own behalf as the Child of James J. Hobin and is entitled to recover damages on the causes of action set forth herein.

1586.  Plaintiff Judith Hobson is a resident of the State of New Jersey, the Parent of Decedent Robert Wayne Hobson, III, and brings this action on her own behalf as the Parent of Robert Wayne Hobson, III and is entitled to recover damages on the causes of action set forth herein.

1587.  Plaintiff Lisa Ann Hopkins is a resident of the State of New Jersey, the Sibling of Decedent Robert Wayne Hobson, III, and brings this action on her own behalf as the Sibling of

Robert Wayne Hobson, III and is entitled to recover damages on the causes of action set forth herein.

1588.   Plaintiff Laura J. Decoster is a resident of the State of Virginia, the Sibling of Decedent Robert Wayne Hobson, III, and brings this action on her own behalf as the Sibling of Robert Wayne Hobson, III and is entitled to recover damages on the causes of action set forth herein.

1589.   Plaintiff Cynthia Hobson McNutt is a resident of the State of New Jersey, the Spouse of Decedent Robert Wayne Hobson, III, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Wayne Hobson, III and on behalf of all survivors of Robert Wayne Hobson, III and is entitled to recover damages on the causes of action set forth herein. Robert Wayne Hobson, III was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1590.   Plaintiff Matthew Hobson is a resident of the State of New Jersey, the Sibling of Decedent Robert Wayne Hobson, III, and brings this action on his own behalf as the Sibling of Robert Wayne Hobson, III and is entitled to recover damages on the causes of action set forth herein.

1591.   Plaintiff Barbara A. Hoerner is a resident of the State of New York, the Spouse of Decedent Ronald George Hoerner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald George Hoerner and on behalf of all survivors of Ronald George Hoerner and is entitled to recover damages on the causes of action set forth herein. Ronald George Hoerner was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1592.   Plaintiff DOE 03 is a resident of the New Jersey, the Child of Decedent DOE 03, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1593.   Plaintiff DOE 03 is a resident of the New Jersey, the Parent of Decedent DOE 03, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1594.   Plaintiff DOE 03 is a resident of the New Jersey, the Sibling of Decedent DOE 03, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1595.   Plaintiff DOE 03 is a resident of the Virginia, the Sibling of Decedent DOE 03, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1596.   Plaintiff DOE 03 is a resident of the New Jersey, the Sibling of Decedent DOE 03, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1597.   Plaintiff DOE 03 is a resident of the state of New Jersey, the Spouse of Decedent DOE 03, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 03 and as the Personal Representative of the Estate of DOE 03 and is entitled to recover damages on the causes of action set forth herein. DOE 03 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1598.   Plaintiff DOE 03 is a resident of the New Jersey, the Child of Decedent DOE 03, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1599.   Plaintiff DOE 03 is a resident of the Maryland, the Child of Decedent DOE 03, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1600.   Plaintiff DOE 03 is a resident of the Virginia, the Child of Decedent DOE 03, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1601.   Plaintiff DOE 03 is a resident of the Massachusetts, the Sibling of Decedent DOE 03, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1602.   Plaintiff DOE 03 is a resident of the Florida, the Sibling of Decedent DOE 03, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1603.   Plaintiff Alicia Hofer is a resident of the State of California, the Child of Decedent John Hofer, and brings this action on her own behalf as the Child of John Hofer and is entitled to recover damages on the causes of action set forth herein.

1604.   Plaintiff Billie Ann Hofer is a resident of the State of California, the Parent of Decedent John Hofer, and brings this action on her own behalf as the Parent of John Hofer and is entitled to recover damages on the causes of action set forth herein.

1605.  Plaintiff Susan Caneso is a resident of the State of California, the Sibling of Decedent John Hofer, and brings this action on her own behalf as the Sibling of John Hofer and is entitled to recover damages on the causes of action set forth herein.

1606.  Plaintiff Rebecca Hofer is a resident of the State of California, the Spouse of Decedent John Hofer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Hofer and on behalf of all survivors of John Hofer and is entitled to recover damages on the causes of action set forth herein. John Hofer was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1607.  Plaintiff Richard Hofer is a resident of the State of California, the Sibling of Decedent John Hofer, and brings this action on his own behalf as the Sibling of John Hofer and is entitled to recover damages on the causes of action set forth herein.

1608.  Plaintiff DOE 76 is a resident of the New York, the Parent of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1609.  Plaintiff DOE 76 is a resident of the Pennsylvania, the Sibling of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1610.  Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1611.   Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1612.   Plaintiff DOE 76 is a resident of the California, the Sibling of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1613.   Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1614.   Plaintiff DOE 76 is a resident of the state of New York, the Spouse of Decedent DOE 76, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 76 and as the Personal Representative of the Estate of DOE 76 and is entitled to recover damages on the causes of action set forth herein. DOE 76 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1615.   Plaintiff DOE 76, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 76; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1616.   Plaintiff DOE 76 is a resident of the California, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1617.   Plaintiff DOE 76 is a resident of the California, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1618.   Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1619.   Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1620.   Plaintiff DOE 76 is a resident of the Virginia, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1621.   Plaintiff DOE 76 is a resident of the New York, the Sibling of Decedent DOE 76, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1622.   Plaintiff Gail Hoffmann is a resident of the State of New Jersey, the Spouse of Decedent Frederick Hoffmann, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frederick Hoffmann and on behalf of all survivors of Frederick Hoffmann and is entitled to recover damages on the causes of action set forth herein. Frederick Hoffmann was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1623.   Plaintiff Gail Hoffmann is a resident of the State of New Jersey, the Parent of Decedent Michele Hoffmann, and brings this action on her own behalf as Parent and as the

Personal Representative of the Estate of Michele Hoffmann and on behalf of all survivors of Michele Hoffmann and is entitled to recover damages on the causes of action set forth herein. Michele Hoffmann was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1624.   The Representative of the Estate of Judith Florence Hofmiller brings this action on behalf of all survivors of Judith Florence Hofmiller and is entitled to recover damages on the causes of action set forth herein. Judith Florence Hofmiller was killed in One World Trade Center area in New York City on September 11, 2001."

1625.   Plaintiff Robert Thomas Winkis, now deceased, was a resident of the State of Tennessee, and the Spouse of Decedent Judith Florence Hofmiller; the Representative of his Estate, Richard J. Winkis, brings this action and is entitled to recover damages on the causes of action set forth herein.

1626.   Plaintiff Robin Hohlweck is a resident of the State of New York, the Child of Decedent Thomas Warren Hohlweck, Jr., and brings this action on her own behalf as the Child of Thomas Warren Hohlweck, Jr. and is entitled to recover damages on the causes of action set forth herein.

1627.   Plaintiff Randolph T. Hohlweck is a resident of the State of New York, the Child of Decedent Thomas Warren Hohlweck, Jr., and brings this action on his own behalf as the Child of Thomas Warren Hohlweck, Jr. and is entitled to recover damages on the causes of action set forth herein.

1628.   Plaintiff Todd W. Hohlweck is a resident of the State of New York, the Child of Decedent Thomas Warren Hohlweck, Jr., and brings this action on his own behalf as the Child of

Thomas Warren Hohlweck, Jr. and is entitled to recover damages on the causes of action set forth herein.

1629.   Plaintiff Jessica Lin Hidalgo Holland is a resident of the State of New Mexico, the Child of Decedent Cora Hidalgo Holland, and brings this action on her own behalf as the Child of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein.

1630.   Plaintiff Stephanie Denise Hidalgo Holland-Brodney is a resident of the State of Massachusetts, the Child of Decedent Cora Hidalgo Holland, and brings this action on her own behalf as the Child of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein.

1631.   Plaintiff Maria Y. Aldaco is a resident of the State of California, the Sibling of Decedent Cora Hidalgo Holland, and brings this action on her own behalf as the Sibling of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein.

1632.   Plaintiff Gonzalo A. Hidalgo, now deceased, was a resident of the State of California, and the Sibling of Decedent Cora Hidalgo Holland; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1633.   Plaintiff Nathaniel K. Holland is a resident of the State of Massachusetts, the Child of Decedent Cora Hidalgo Holland, and brings this action on his own behalf as the Child of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein.

1634.   Plaintiff Ernie Hidalgo is a resident of the State of California, the Sibling of Decedent Cora Hidalgo Holland, and brings this action on his own behalf as the Sibling of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein.

1635.   Plaintiff Stephen K. Holland is a resident of the State of Massachusetts, the Spouse of Decedent Cora Hidalgo Holland, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Cora Hidalgo Holland and on behalf of all survivors of Cora Hidalgo Holland and is entitled to recover damages on the causes of action set forth herein. Cora Hidalgo Holland was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1636.   Plaintiff Carol Ann O'Toole is a resident of the State of New York, the Parent of Decedent Joseph Holland, Jr., and brings this action on her own behalf as the Parent of Joseph Holland, Jr. and is entitled to recover damages on the causes of action set forth herein.

1637.   Plaintiff Tara Holland-Hickey is a resident of the State of New York, the Sibling of Decedent Joseph Holland, Jr., and brings this action on her own behalf as the Sibling of Joseph Holland, Jr. and is entitled to recover damages on the causes of action set forth herein.

1638.   Plaintiff Joseph Holland is a resident of the State of Florida, the Parent of Decedent Joseph Holland, Jr., and brings this action on his own behalf as the Parent of Joseph Holland, Jr. and is entitled to recover damages on the causes of action set forth herein.

1639.   Plaintiff Martha R. Jackson-Holley is a resident of the State of Maryland, the Spouse of Decedent Jimmie I. Holley, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jimmie I. Holley and on behalf of all survivors of Jimmie I. Holley and is entitled to recover damages on the causes of action set forth herein. Jimmie I. Holley was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1640.  Plaintiff Beaulah Holmes, now deceased, was a resident of the State of South Carolina, and the Parent of Decedent Elizabeth Holmes; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1641.  Plaintiff Doris Holmes is a resident of the State of New York, the Sibling of Decedent Elizabeth Holmes, and brings this action on her own behalf as the Sibling of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein.

1642.  Plaintiff Louise Ellerbe is a resident of the State of Pennsylvania, the Sibling of Decedent Elizabeth Holmes, and brings this action on her own behalf as the Sibling of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein.

1643.  Plaintiff Vivian Byas is a resident of the State of New York, the Sibling of Decedent Elizabeth Holmes, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Elizabeth Holmes and on behalf of all survivors of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein. Elizabeth Holmes was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1644.  Plaintiff Walter Byas is a resident of the State of New York, the Sibling of Decedent Elizabeth Holmes, and brings this action on his own behalf as the Sibling of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein.

1645.  Plaintiff Thomas Holmes is a resident of the State of North Carolina, the Sibling of Decedent Elizabeth Holmes, and brings this action on his own behalf as the Sibling of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein.

1646.   Plaintiff Christopher Holmes, Jr. is a resident of the State of South Carolina, the Sibling of Decedent Elizabeth Holmes, and brings this action on his own behalf as the Sibling of Elizabeth Holmes and is entitled to recover damages on the causes of action set forth herein.

1647.   Plaintiff Winifred M. Homer is a resident of the State of Massachusetts, the Parent of Decedent Herbert Wilson Homer, and brings this action on her own behalf as the Parent of Herbert Wilson Homer and is entitled to recover damages on the causes of action set forth herein.

1648.   Plaintiff Karen L. Homer is a resident of the State of Massachusetts, the Spouse of Decedent Herbert Wilson Homer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Herbert Wilson Homer and on behalf of all survivors of Herbert Wilson Homer and is entitled to recover damages on the causes of action set forth herein. Herbert Wilson Homer was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1649.   Plaintiff William T. Homer is a resident of the State of Massachusetts, the Parent of Decedent Herbert Wilson Homer, and brings this action on his own behalf as the Parent of Herbert Wilson Homer and is entitled to recover damages on the causes of action set forth herein.

1650.   Plaintiff Stephen H. Homer is a resident of the State of Massachusetts, the Sibling of Decedent Herbert Wilson Homer, and brings this action on his own behalf as the Sibling of Herbert Wilson Homer and is entitled to recover damages on the causes of action set forth herein.

1651.   Plaintiff Rita Hopper is a resident of the State of New York, the Spouse of Decedent James P. Hopper, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James P. Hopper and on behalf of all survivors of James P. Hopper and is entitled to recover damages on the causes of action set forth herein. James P. Hopper was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1652.   Plaintiff Lisa Hord is a resident of the State of New York, the Spouse of Decedent Montgomery Hord, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Montgomery Hord and on behalf of all survivors of Montgomery Hord and is entitled to recover damages on the causes of action set forth herein. Montgomery Hord was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1653.   Plaintiff Mary A. Horn is a resident of the State of New York, the Parent of Decedent Michael Joseph Horn, and brings this action on her own behalf as the Parent of Michael Joseph Horn and is entitled to recover damages on the causes of action set forth herein.

1654.   Plaintiff Christine M. Grauer is a resident of the State of New York, the Sibling of Decedent Michael Joseph Horn, and brings this action on her own behalf as the Sibling of Michael Joseph Horn and is entitled to recover damages on the causes of action set forth herein.

1655.   Plaintiff Maureen Ann Horn is a resident of the State of New York, the Sibling of Decedent Michael Joseph Horn, and brings this action on her own behalf as the Sibling of Michael Joseph Horn and is entitled to recover damages on the causes of action set forth herein.

1656.   Plaintiff Charles H. Horn is a resident of the State of New York, the Parent of Decedent Michael Joseph Horn, and brings this action on his own behalf as Parent and as the

Personal Representative of the Estate of Michael Joseph Horn and on behalf of all survivors of Michael Joseph Horn and is entitled to recover damages on the causes of action set forth herein. Michael Joseph Horn was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1657.   Plaintiff DOE 108 is a resident of the New Jersey, the Parent of Decedent DOE 108, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1658.   Plaintiff DOE 108 is a resident of the Virginia, the Sibling of Decedent DOE 108, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1659.   Plaintiff DOE 108 is a resident of the state of New Jersey, the Parent of Decedent DOE 108, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 108 and as the Personal Representative of the Estate of DOE 108 and is entitled to recover damages on the causes of action set forth herein. DOE 108 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1660.   Plaintiff Patricia M. Horohoe is a resident of the State of New Jersey, the Parent of Decedent Robert L. Horohoe, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Robert L. Horohoe, Jr. and on behalf of all survivors of Robert L. Horohoe, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert L. Horohoe, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1661.   Plaintiff Patricia M. Witschel is a resident of the State of New Jersey, the Sibling of Decedent Robert L. Horohoe, Jr., and brings this action on her own behalf as the Sibling of Robert L. Horohoe, Jr. and is entitled to recover damages on the causes of action set forth herein.

1662.   Plaintiff Donna M. Erskine is a resident of the State of New Jersey, the Sibling of Decedent Robert L. Horohoe, Jr., and brings this action on her own behalf as the Sibling of Robert L. Horohoe, Jr. and is entitled to recover damages on the causes of action set forth herein.

1663.   Plaintiff Michael E. Horohoe is a resident of the State of New Jersey, the Sibling of Decedent Robert L. Horohoe, Jr., and brings this action on his own behalf as the Sibling of Robert L. Horohoe, Jr. and is entitled to recover damages on the causes of action set forth herein.

1664.   Plaintiff Robert L. Horohoe, Sr. is a resident of the State of Florida, the Parent of Decedent Robert L. Horohoe, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Robert L. Horohoe, Jr. and on behalf of all survivors of Robert L. Horohoe, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert L. Horohoe, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1665.   Plaintiff Miriam Horrocks is a resident of the State of Pennsylvania, the Spouse of Decedent Michael Robert Horrocks, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Robert Horrocks and on behalf of all survivors of Michael Robert Horrocks and is entitled to recover damages on the causes of action set forth herein. Michael Robert Horrocks was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1666.  Plaintiff Elizabeth Horwitz is a resident of the State of New York, the Parent of Decedent Aaron Horwitz, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Aaron Horwitz and on behalf of all survivors of Aaron Horwitz and is entitled to recover damages on the causes of action set forth herein. Aaron Horwitz was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1667.  Plaintiff Tara Horwitz is a resident of the State of New York, the Sibling of Decedent Aaron Horwitz, and brings this action on her own behalf as the Sibling of Aaron Horwitz and is entitled to recover damages on the causes of action set forth herein.

1668.  Plaintiff Allan Horwitz is a resident of the State of New York, the Parent of Decedent Aaron Horwitz, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Aaron Horwitz and on behalf of all survivors of Aaron Horwitz and is entitled to recover damages on the causes of action set forth herein. Aaron Horwitz was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1669.  Plaintiff Blake Horwitz is a resident of the State of New York, the Sibling of Decedent Aaron Horwitz, and brings this action on his own behalf as the Sibling of Aaron Horwitz and is entitled to recover damages on the causes of action set forth herein.

1670.  Plaintiff Robert Horwitz is a resident of the State of New York, the Sibling of Decedent Aaron Horwitz, and brings this action on his own behalf as the Sibling of Aaron Horwitz and is entitled to recover damages on the causes of action set forth herein.

1671.  Plaintiff Sonya M. Houston is a resident of the State of California, the Spouse of Decedent Uhuru Gonja Houston, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Uhuru Gonja Houston and on behalf of all survivors of Uhuru Gonja Houston and is entitled to recover damages on the causes of action set forth herein. Uhuru Gonja Houston was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1672.   Plaintiff Julia P. Shontere is a resident of the State of Maryland, the Parent of Decedent Angela Marie Houtz, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Angela Marie Houtz and on behalf of all survivors of Angela Marie Houtz and is entitled to recover damages on the causes of action set forth herein. Angela Marie Houtz was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1673.   Plaintiff Emily Howell is a resident of the State of New York, the Spouse of Decedent Michael C. Howell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael C. Howell and on behalf of all survivors of Michael C. Howell and is entitled to recover damages on the causes of action set forth herein. Michael C. Howell was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1674.   Plaintiff Kevin M. Howell is a resident of the State of New York, the Child of Decedent Michael C. Howell, and brings this action on his own behalf as the Child of Michael C. Howell and is entitled to recover damages on the causes of action set forth herein.

1675.   Plaintiff Donna M. Howell, now deceased, was a resident of the State of New York, and the Sibling of Decedent Steven Leon Howell; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1676.  Plaintiff Fay Caputo is a resident of the State of New York, the Parent of Decedent Steven Leon Howell, and brings this action on her own behalf as the Parent of Steven Leon Howell and is entitled to recover damages on the causes of action set forth herein.

1677.  Plaintiff Ralph L. Howell is a resident of the State of New York, the Parent of Decedent Steven Leon Howell, and brings this action on his own behalf as the Parent of Steven Leon Howell and is entitled to recover damages on the causes of action set forth herein.

1678.  Plaintiff Joseph W. Hromada is a resident of the State of New York, the Spouse of Decedent Milagros Hromada, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Milagros Hromada and on behalf of all survivors of Milagros Hromada and is entitled to recover damages on the causes of action set forth herein. Milagros Hromada was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1679.  Plaintiff Katelyn Ann Huczko is a resident of the State of New York, the Child of Decedent Stephen Huczko, Jr., and brings this action on her own behalf as the Child of Stephen Huczko, Jr. and is entitled to recover damages on the causes of action set forth herein.

1680.  Plaintiff Kathleen C. Mcguire is a resident of the State of New Jersey, the Spouse of Decedent Stephen Huczko, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen Huczko, Jr. and on behalf of all survivors of Stephen Huczko, Jr. and is entitled to recover damages on the causes of action set forth herein. Stephen Huczko, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1681.   Plaintiff Elaine L. Hughes is a resident of the State of New York, the Parent of Decedent Kris Robert Hughes, and brings this action on her own behalf as the Parent of Kris Robert Hughes and is entitled to recover damages on the causes of action set forth herein.

1682.   Plaintiff Kimberly Franco is a resident of the State of New York, the Sibling of Decedent Kris Robert Hughes, and brings this action on her own behalf as the Sibling of Kris Robert Hughes and is entitled to recover damages on the causes of action set forth herein.

1683.   Plaintiff Henry R. Hughes is a resident of the State of New York, the Parent of Decedent Kris Robert Hughes, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Kris Robert Hughes and on behalf of all survivors of Kris Robert Hughes and is entitled to recover damages on the causes of action set forth herein. Kris Robert Hughes was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1684.   Plaintiff Keith Hughes is a resident of the State of New York, the Sibling of Decedent Kris Robert Hughes, and brings this action on his own behalf as the Sibling of Kris Robert Hughes and is entitled to recover damages on the causes of action set forth herein.

1685.   Plaintiff Donna Sara Hughes is a resident of the State of Connecticut, the Spouse of Decedent Paul Rexford Hughes, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Rexford Hughes and on behalf of all survivors of Paul Rexford Hughes and is entitled to recover damages on the causes of action set forth herein. Paul Rexford Hughes was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1686.   Plaintiff Louise Hughes is a resident of the State of New Jersey, the Parent of Decedent Robert T. Hughes, Jr., and brings this action on her own behalf as Parent and as the

Co-Administrator of the Estate of Robert T. Hughes, Jr. and on behalf of all survivors of Robert T. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert T. Hughes, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1687.  Plaintiff Leigha Hughes is a resident of the State of New Jersey, the Sibling of Decedent Robert T. Hughes, Jr., and brings this action on her own behalf as the Sibling of Robert T. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein.

1688.  Plaintiff Shanin Hughes is a resident of the State of New Jersey, the Sibling of Decedent Robert T. Hughes, Jr., and brings this action on her own behalf as the Sibling of Robert T. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein.

1689.  Plaintiff Lyndsey Hughes is a resident of the State of New Jersey, the Sibling of Decedent Robert T. Hughes, Jr., and brings this action on her own behalf as the Sibling of Robert T. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein.

1690.  Plaintiff Robert T. Hughes is a resident of the State of New Jersey, the Parent of Decedent Robert T. Hughes, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Robert T. Hughes, Jr. and on behalf of all survivors of Robert T. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert T. Hughes, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1691.  Plaintiff Rosanne Hughes is a resident of the State of New Jersey, the Spouse of Decedent Thomas F. Hughes, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas F. Hughes, Jr. and on behalf of all survivors of Thomas F. Hughes, Jr. and is entitled to recover damages on the causes of action set forth herein.

Thomas F. Hughes, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1692.  Plaintiff Tennyson Huie is a resident of the State of New Jersey, the Parent of Decedent Susan Huie, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Susan Huie and on behalf of all survivors of Susan Huie and is entitled to recover damages on the causes of action set forth herein. Susan Huie was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1693.  Plaintiff Gordon Huie is a resident of the State of New Jersey, the Sibling of Decedent Susan Huie, and brings this action on his own behalf as the Sibling of Susan Huie and is entitled to recover damages on the causes of action set forth herein.

1694.  Plaintiff Jennifer Woodward Hunt is a resident of the State of Maine, the Spouse of Decedent William Christopher Hunt, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Christopher Hunt and on behalf of all survivors of William Christopher Hunt and is entitled to recover damages on the causes of action set forth herein. William Christopher Hunt was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1695.  Plaintiff Natalie Christina Conners is a resident of the State of Virginia, the Child of Decedent Robert Joseph Hymel, and brings this action on her own behalf as the Child of Robert Joseph Hymel and is entitled to recover damages on the causes of action set forth herein.

1696.  Plaintiff Beatriz E. Hymel is a resident of the State of Virginia, the Spouse of Decedent Robert Joseph Hymel, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Joseph Hymel and on behalf of all survivors of

Robert Joseph Hymel and is entitled to recover damages on the causes of action set forth herein. Robert Joseph Hymel was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1697.   Plaintiff Carolyne Yacoub Hynes is a resident of the State of Connecticut, the Spouse of Decedent Thomas Edward Hynes, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Edward Hynes and on behalf of all survivors of Thomas Edward Hynes and is entitled to recover damages on the causes of action set forth herein. Thomas Edward Hynes was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1698.   Plaintiff Monica Palatucci is a resident of the State of New York, the Fiancé of Decedent Joseph A. Ianelli, and brings this action on her own behalf as the Fiancé of Joseph A. Ianelli and is entitled to recover damages on the causes of action set forth herein.

1699.   Plaintiff Barbara Ellen Ianelli is a resident of the State of New Jersey, the Parent of Decedent Joseph A. Ianelli, and brings this action on her own behalf as the Parent of Joseph A. Ianelli and is entitled to recover damages on the causes of action set forth herein.

1700.   Plaintiff Jennifer Thompson is a resident of the State of New Jersey, the Sibling of Decedent Joseph A. Ianelli, and brings this action on her own behalf as the Sibling of Joseph A. Ianelli and is entitled to recover damages on the causes of action set forth herein.

1701.   Plaintiff Joseph Ianelli is a resident of the State of New Jersey, the Parent of Decedent Joseph A. Ianelli, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Joseph A. Ianelli and on behalf of all survivors of Joseph A. Ianelli and is entitled to recover damages on the causes of action set forth herein.

Joseph A. Ianelli was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1702.   Plaintiff Ayse Ibis is a resident of the State of New Jersey, the Parent of Decedent Zuhtu Ibis, and brings this action on her own behalf as the Parent of Zuhtu Ibis and is entitled to recover damages on the causes of action set forth herein.

1703.   Plaintiff Hacer Ibis is a resident of the State of New Jersey, the Sibling of Decedent Zuhtu Ibis, and brings this action on her own behalf as the Sibling of Zuhtu Ibis and is entitled to recover damages on the causes of action set forth herein.

1704.   Plaintiff Leyla Uyar is a resident of  Turkey, the Spouse of Decedent Zuhtu Ibis, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Zuhtu Ibis and on behalf of all survivors of Zuhtu Ibis and is entitled to recover damages on the causes of action set forth herein. Zuhtu Ibis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1705.   Plaintiff Ali Ibis is a resident of the State of New Jersey, the Parent of Decedent Zuhtu Ibis, and brings this action on his own behalf as the Parent of Zuhtu Ibis and is entitled to recover damages on the causes of action set forth herein.

1706.   Plaintiff Mehmet Ibis is a resident of the State of New Jersey, the Sibling of Decedent Zuhtu Ibis, and brings this action on his own behalf as the Sibling of Zuhtu Ibis and is entitled to recover damages on the causes of action set forth herein.

1707.   Plaintiff Anne Habeeb, now deceased, was a resident of the State of New York, and the Sibling of Decedent Michael Patrick Iken; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1708.   Plaintiff Monica Iken is a resident of the State of New York, the Spouse of Decedent Michael Patrick Iken, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Patrick Iken and on behalf of all survivors of Michael Patrick Iken and is entitled to recover damages on the causes of action set forth herein. Michael Patrick Iken was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1709.   Plaintiff Gerard Iken is a resident of the State of Oregon, the Sibling of Decedent Michael Patrick Iken, and brings this action on his own behalf as the Sibling of Michael Patrick Iken and is entitled to recover damages on the causes of action set forth herein.

1710.   Plaintiff Alice Ill, now deceased, was a resident of the State of New York, and the Parent of Decedent Frederick J. Ill, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1711.   Plaintiff Jane C. Ill is a resident of the State of New York, the Sibling of Decedent Frederick J. Ill, Jr., and brings this action on her own behalf as the Sibling of Frederick J. Ill, Jr. and is entitled to recover damages on the causes of action set forth herein.

1712.   Plaintiff Frederick J. Ill, Sr. is a resident of the State of New York, the Parent of Decedent Frederick J. Ill, Jr., and brings this action on his own behalf as the Parent of Frederick J. Ill, Jr. and is entitled to recover damages on the causes of action set forth herein.

1713.   Plaintiff Gloria Ingrassia is a resident of the State of New Jersey, the Parent of Decedent Christopher Noble Ingrassia, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Christopher Noble Ingrassia and on behalf of all survivors of Christopher Noble Ingrassia and is entitled to recover damages on the causes of action set forth herein. Christopher Noble Ingrassia was killed at One World Trade Center as a

317

result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1714.   Plaintiff Elisa M. Ingrassia is a resident of the State of California, the Sibling of Decedent Christopher Noble Ingrassia, and brings this action on her own behalf as the Sibling of Christopher Noble Ingrassia and is entitled to recover damages on the causes of action set forth herein.

1715.   Plaintiff Anthony Arcangelo Ingrassia is a resident of the State of New Jersey, the Parent of Decedent Christopher Noble Ingrassia, and brings this action on his own behalf as the Parent of Christopher Noble Ingrassia and is entitled to recover damages on the causes of action set forth herein.

1716.   Plaintiff Anthony W. Ingrassia is a resident of the State of New Jersey, the Sibling of Decedent Christopher Noble Ingrassia, and brings this action on his own behalf as the Sibling of Christopher Noble Ingrassia and is entitled to recover damages on the causes of action set forth herein.

1717.   Plaintiff Paul B. Ingrassia is a resident of the State of California, the Sibling of Decedent Christopher Noble Ingrassia, and brings this action on his own behalf as the Sibling of Christopher Noble Ingrassia and is entitled to recover damages on the causes of action set forth herein.

1718.   Plaintiff Lucy A. Aita is a resident of the State of New Jersey, the Fiancé of Decedent Paul W. Innella, and brings this action on her own behalf as the Fiancé of Paul W. Innella and is entitled to recover damages on the causes of action set forth herein.

1719.  Plaintiff Joanne Irgang is a resident of the State of New York, the Parent of Decedent Doug Irgang, and brings this action on her own behalf as the Parent of Doug Irgang and is entitled to recover damages on the causes of action set forth herein.

1720.  Plaintiff Steven Irgang is a resident of the State of New York, the Sibling of Decedent Doug Irgang, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Doug Irgang and on behalf of all survivors of Doug Irgang and is entitled to recover damages on the causes of action set forth herein. Doug Irgang was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1721.  Plaintiff Lauri T. Isbrandtsen is a resident of the State of Virginia, the Parent of Decedent Erik Hans Isbrandtsen, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Erik Hans Isbrandtsen and on behalf of all survivors of Erik Hans Isbrandtsen and is entitled to recover damages on the causes of action set forth herein. Erik Hans Isbrandtsen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1722.  Plaintiff Dirk H. Isbrandtsen is a resident of the State of Massachusetts, the Parent of Decedent Erik Hans Isbrandtsen, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Erik Hans Isbrandtsen and on behalf of all survivors of Erik Hans Isbrandtsen and is entitled to recover damages on the causes of action set forth herein. Erik Hans Isbrandtsen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1723.  Plaintiff May Marconet is a resident of the State of California, the Sibling of Decedent Waleed Iskandar, and brings this action on her own behalf as Sibling and as the

Personal Representative of the Estate of Waleed Iskandar and on behalf of all survivors of Waleed Iskandar and is entitled to recover damages on the causes of action set forth herein. Waleed Iskandar was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1724.  Plaintiff Anna V. Ivantsov is a resident of  Russia, the Spouse of Decedent Aleksandr Ivantsov, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Aleksandr Ivantsov and on behalf of all survivors of Aleksandr Ivantsov and is entitled to recover damages on the causes of action set forth herein. Aleksandr Ivantsov was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1725.  Plaintiff Anthony DeTullio is a resident of the State of Tennessee, the Sibling of Decedent Virginia Jablonski, and brings this action on his own behalf as the Sibling of Virginia Jablonski and is entitled to recover damages on the causes of action set forth herein.

1726.  Plaintiff Barry Jablonski is a resident of the State of New Jersey, the Spouse of Decedent Virginia Jablonski, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Virginia Jablonski and on behalf of all survivors of Virginia Jablonski and is entitled to recover damages on the causes of action set forth herein. Virginia Jablonski was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1727.  Plaintiff DOE 47 is a resident of the state of New Jersey, the Spouse of Decedent DOE 47, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 47 and as the Personal Representative of the Estate of DOE 47 and is entitled to recover

damages on the causes of action set forth herein. DOE 47 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1728.  Plaintiff Jennifer Brady is a resident of the State of New Jersey, the Child of Decedent Michael Grady Jacobs, and brings this action on her own behalf as the Child of Michael Grady Jacobs and is entitled to recover damages on the causes of action set forth herein.

1729.  Plaintiff Mary Brady is a resident of the State of New Jersey, the Child of Decedent Michael Grady Jacobs, and brings this action on her own behalf as the Child of Michael Grady Jacobs and is entitled to recover damages on the causes of action set forth herein.

1730.  Plaintiff Peter Brady is a resident of the State of New Jersey, the Child of Decedent Michael Grady Jacobs, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Michael Grady Jacobs and on behalf of all survivors of Michael Grady Jacobs and is entitled to recover damages on the causes of action set forth herein. Michael Grady Jacobs was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1731.  Plaintiff Michael John Brady is a resident of the State of Pennsylvania, the Child of Decedent Michael Grady Jacobs, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Michael Grady Jacobs and on behalf of all survivors of Michael Grady Jacobs and is entitled to recover damages on the causes of action set forth herein. Michael Grady Jacobs was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1732.   Plaintiff Deborah B. Jacobson, now deceased, was a resident of the State of California, and the Spouse of Decedent Steven A. Jacobson; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1733.   Representative of the Estate of Steven A. Jacobson, Deceased, brings this action on behalf of the Estate of Steven A. Jacobson and on behalf of all survivors of Steven A. Jacobson and is entitled to recover damages on the causes of action set forth herein.  Steven A. Jacobson was killed at One World Trade Center s a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1734.   Plaintiff Rachel Bess Jacobson is a resident of the State of California, the Child of Decedent Steven A. Jacobson, and brings this action on her own behalf as the Child of Steven A. Jacobson and is entitled to recover damages on the causes of action set forth herein.

1735.   Plaintiff Kimberly H. Jacoby is a resident of the State of Kentucky, the Spouse of Decedent Steven Donald Jacoby, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven Donald Jacoby and on behalf of all survivors of Steven Donald Jacoby and is entitled to recover damages on the causes of action set forth herein. Steven Donald Jacoby was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1736.   Plaintiff Anna May Jagoda is a resident of the State of New York, the Parent of Decedent Jake D. Jagoda, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Jake D. Jagoda and on behalf of all survivors of Jake D. Jagoda and is entitled to recover damages on the causes of action set forth herein. Jake D. Jagoda was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1737.   Plaintiff Louis John Jagoda is a resident of the State of New York, the Parent of Decedent Jake D. Jagoda, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Jake D. Jagoda and on behalf of all survivors of Jake D. Jagoda and is entitled to recover damages on the causes of action set forth herein. Jake D. Jagoda was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1738.   Plaintiff Sneh Jain is a resident of the State of New York, the Spouse of Decedent Yudh V. Jain, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Yudh V. Jain and on behalf of all survivors of Yudh V. Jain and is entitled to recover damages on the causes of action set forth herein. Yudh V. Jain was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1739.   Plaintiff Julie Ann Jalbert is a resident of the State of Florida, the Child of Decedent Robert A. Jalbert, and brings this action on her own behalf as the Child of Robert A. Jalbert and is entitled to recover damages on the causes of action set forth herein.

1740.   Plaintiff Suzanne E. Mccormick is a resident of the State of Massachusetts, the Child of Decedent Robert A. Jalbert, and brings this action on her own behalf as the Child of Robert A. Jalbert and is entitled to recover damages on the causes of action set forth herein.

1741.   Plaintiff Catherine L. Jalbert is a resident of the State of Massachusetts, the Spouse of Decedent Robert A. Jalbert, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert A. Jalbert and on behalf of all survivors of

Robert A. Jalbert and is entitled to recover damages on the causes of action set forth herein. Robert A. Jalbert was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1742.   Plaintiff Michael A. Jalbert is a resident of the State of Massachusetts, the Child of Decedent Robert A. Jalbert, and brings this action on his own behalf as the Child of Robert A. Jalbert and is entitled to recover damages on the causes of action set forth herein.

1743.  Plaintiff Paul H. Jalbert is a resident of the State of Maine, the Sibling of Decedent Robert A. Jalbert, and brings this action on his own behalf as the Sibling of Robert A. Jalbert and is entitled to recover damages on the causes of action set forth herein.

1744.   Plaintiff Marilyn R. Trudeau is a resident of the State of Rhode Island, the Parent of Decedent Amy Nicole Jarret, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Amy Nicole Jarret and on behalf of all survivors of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein. Amy Nicole Jarret was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1745.   Plaintiff Alicia N. Curran is a resident of the State of Rhode Island, the Sibling of Decedent Amy Nicole Jarret, and brings this action on her own behalf as the Sibling of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein.

1746.   Plaintiff Matthew R. Jarret is a resident of the State of Rhode Island, the Sibling of Decedent Amy Nicole Jarret, and brings this action on his own behalf as the Sibling of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein.

1747.   Plaintiff Marc Douglas Jarret is a resident of the State of Massachusetts, the Sibling of Decedent Amy Nicole Jarret, and brings this action on his own behalf as the Sibling of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein.

1748.   Plaintiff Aram P. Jarret, III is a resident of the State of Rhode Island, the Sibling of Decedent Amy Nicole Jarret, and brings this action on his own behalf as the Sibling of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein.

1749.   Plaintiff Aram P. Jarret, Jr. is a resident of the State of Rhode Island, the Parent of Decedent Amy Nicole Jarret, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Amy Nicole Jarret and on behalf of all survivors of Amy Nicole Jarret and is entitled to recover damages on the causes of action set forth herein. Amy Nicole Jarret was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1750.   Plaintiff Jennifer Jenkins is a resident of the State of Massachusetts, the Child of Decedent Joseph Jenkins, Jr., and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Joseph Jenkins, Jr. and on behalf of all survivors of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein. Joseph Jenkins, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1751.   Plaintiff Aline Jenkins is a resident of the State of New York, the Parent of Decedent Joseph Jenkins, Jr., and brings this action on her own behalf as the Parent of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein.

1752.   Plaintiff Debra Jenkins is a resident of the State of New York, the Sibling of Decedent Joseph Jenkins, Jr., and brings this action on her own behalf as the Sibling of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein.

1753.   Plaintiff Steven Jenkins is a resident of the State of New York, the Sibling of Decedent Joseph Jenkins, Jr., and brings this action on his own behalf as the Sibling of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein.

1754.   Plaintiff Gordon R. Jenkins is a resident of the State of New York, the Sibling of Decedent Joseph Jenkins, Jr., and brings this action on his own behalf as the Sibling of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein.

1755.   Plaintiff Michael Jenkins is a resident of the State of New York, the Sibling of Decedent Joseph Jenkins, Jr., and brings this action on his own behalf as the Sibling of Joseph Jenkins, Jr. and is entitled to recover damages on the causes of action set forth herein.

1756.   Plaintiff DOE 17 is a resident of the state of New Jersey, the Spouse of Decedent DOE 17, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 17 and as the Personal Representative of the Estate of DOE 17 and is entitled to recover damages on the causes of action set forth herein. DOE 17 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1757.   Plaintiff DOE 17 is a resident of the New Jersey, the Child of Decedent DOE 17, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1758.   Plaintiff FuMei Chien Huang is a resident of the State of New Jersey, the Parent of Decedent Hweidar Jian, and brings this action on her own behalf as the Parent of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

1759.   Plaintiff Hui-Cheng Chien is a resident of Taiwan, the Sibling of Decedent Hweidar Jian, and brings this action on her own behalf as the Sibling of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

1760.   Plaintiff Hui-Chuan Jian is a resident of Taipei, Taiwan, the Sibling of Decedent Hweidar Jian, and brings this action on her own behalf as the Sibling of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

1761.   Plaintiff Hiuchun Jian is a resident of Taoyuan, Taiwan, the Sibling of Decedent Hweidar Jian, and brings this action on her own behalf as the Sibling of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

1762.   Plaintiff Ju-Hsiu Jian is a resident of the State of New Jersey, the Spouse of Decedent Hweidar Jian, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Hweidar Jian and on behalf of all survivors of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein. Hweidar Jian was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1763.   Plaintiff Haomin Jian is a resident of the State of District of Columbia, the Child of Decedent Hweidar Jian, and brings this action on his own behalf as the Child of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

327

1764.   Plaintiff Hui-Zon Jian is a resident of  Taiwan, the Sibling of Decedent Hweidar Jian, and brings this action on his own behalf as the Sibling of Hweidar Jian and is entitled to recover damages on the causes of action set forth herein.

1765.   Plaintiff DOE 131 is a resident of the United Kingdom, the Parent of Decedent DOE 131, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1766.   Plaintiff DOE 131 is a resident of  United Kingdom, the Parent of Decedent DOE 131, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 131 and as the Co-Administrator of the Estate of DOE 131 and is entitled to recover damages on the causes of action set forth herein. DOE 131 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1767.   Plaintiff DOE 131 is a resident of the United Kingdom, the Sibling of Decedent DOE 131, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1768.   Plaintiff DOE 131 is a resident of  United Kingdom, the Sibling of Decedent DOE 131, and brings this action on his own behalf as Sibling and on behalf of all survivors of DOE 131 and as the Co-Administrator of the Estate of DOE 131 and is entitled to recover damages on the causes of action set forth herein. DOE 131 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1769.  Plaintiff Dawn Marie Johnson is a resident of the State of Virginia, the Child of Decedent Dennis M. Johnson, and brings this action on her own behalf as the Child of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein.

1770.  Plaintiff Elva Johnson is a resident of the State of Wisconsin, the Parent of Decedent Dennis M. Johnson, and brings this action on her own behalf as the Parent of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein.

1771.  Plaintiff Gail Lindner is a resident of the State of Wisconsin, the Sibling of Decedent Dennis M. Johnson, and brings this action on her own behalf as the Sibling of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein.

1772.  Plaintiff Diane Czlapinski is a resident of the State of Wisconsin, the Sibling of Decedent Dennis M. Johnson, and brings this action on her own behalf as the Sibling of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein.

1773.  Plaintiff Joyce L. Johnson is a resident of the State of Virginia, the Spouse of Decedent Dennis M. Johnson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis M. Johnson and on behalf of all survivors of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein. Dennis M. Johnson was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1774.  Plaintiff Robert Johnson is a resident of the State of Wisconsin, the Parent of Decedent Dennis M. Johnson, and brings this action on his own behalf as the Parent of Dennis M. Johnson and is entitled to recover damages on the causes of action set forth herein.

1775.  Plaintiff Harry T. Jones, IV is a resident of the State of Colorado, the Spouse of Decedent Allison H. Jones, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Allison H. Jones and on behalf of all survivors of Allison H. Jones and is entitled to recover damages on the causes of action set forth herein.

Allison H. Jones was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1776.   Plaintiff Mary J. Jones is a resident of the State of Florida, the Spouse of Decedent Charles Edward Jones, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Edward Jones and on behalf of all survivors of Charles Edward Jones and is entitled to recover damages on the causes of action set forth herein. Charles Edward Jones was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1777.   Plaintiff Susan Jones is a resident of the State of New York, the Spouse of Decedent Christopher Jones, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher Jones and on behalf of all survivors of Christopher Jones and is entitled to recover damages on the causes of action set forth herein. Christopher Jones was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1778.   Plaintiff Judith Jones is a resident of the State of New Jersey, the Parent of Decedent Donald T. Jones, II, and brings this action on her own behalf as the Parent of Donald T. Jones, II and is entitled to recover damages on the causes of action set forth herein.

1779.   Plaintiff Donald T. Jones, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Donald T. Jones, II; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1780.   Plaintiff William B. Jones, II is a resident of the State of New Jersey, the Sibling of Decedent Donald T. Jones, II, and brings this action on his own behalf as the Sibling of Donald T. Jones, II and is entitled to recover damages on the causes of action set forth herein.

1781.   Plaintiff Ellen Jordan is a resident of the State of New York, the Parent of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Parent of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1782.   Plaintiff Ellen Green is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1783.   Plaintiff Elizabeth Kobel is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1784.   Plaintiff Bernadette M Giuliani is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1785.   Plaintiff Mary B Jordan-Potash is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1786.   Plaintiff Margaret Gregory is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on her own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1787.   Plaintiff Thomas Jordan is a resident of the State of New York, the Parent of Decedent Andrew B. Jordan, and brings this action on his own behalf as the Parent of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1788.   Plaintiff Thomas P Jordan is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on his own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1789.   Plaintiff John C. Jordan is a resident of the State of New York, the Sibling of Decedent Andrew B. Jordan, and brings this action on his own behalf as the Sibling of Andrew B. Jordan and is entitled to recover damages on the causes of action set forth herein.

1790.   Plaintiff Jennifer E. Josiah is a resident of the State of Virginia, the Child of Decedent Jane Eileen Josiah, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of Jane Eileen Josiah and on behalf of all survivors of Jane Eileen Josiah and is entitled to recover damages on the causes of action set forth herein. Jane Eileen Josiah was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1791.   Plaintiff Kelly C. Josiah is a resident of the State of Virginia, the Child of Decedent Jane Eileen Josiah, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of Jane Eileen Josiah and on behalf of all survivors of Jane Eileen Josiah and is entitled to recover damages on the causes of action set forth herein. Jane Eileen Josiah was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1792.   Plaintiff Sentija Jovic is a resident of the State of New York, the Spouse of Decedent Anthony Jovic, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Anthony Jovic and on behalf of all survivors of Anthony Jovic and is entitled to recover damages on the causes of action set forth herein. Anthony Jovic was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1793.   Plaintiff Miriam Juarbe is a resident of the State of Florida, the Parent of Decedent Angel L. Juarbe, Jr., and brings this action on her own behalf as the Parent of Angel L. Juarbe, Jr. and is entitled to recover damages on the causes of action set forth herein.

1794.   Plaintiff Angel L. Juarbe, Sr. is a resident of the State of Florida, the Parent of Decedent Angel L. Juarbe, Jr., and brings this action on his own behalf as the Parent of Angel L. Juarbe, Jr. and is entitled to recover damages on the causes of action set forth herein.

1795.   Plaintiff Richard A. Pecorella is a resident of the State of New York, the Fiancé of Decedent Karen S. Juday, and brings this action on his own behalf as the Fiancé of Karen S. Juday and is entitled to recover damages on the causes of action set forth herein.

1796.   Plaintiff Joan C. Kane, now deceased, was a resident of the State of New York, and the Parent of Decedent Vincent D. Kane, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1797.   Plaintiff Patricia E. Flanders, now deceased, was a resident of the State of New York, and the Sibling of Decedent Vincent D. Kane, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1798.   Plaintiff Elizabeth Kane Reich is a resident of the State of New York, the Sibling of Decedent Vincent D. Kane, Jr., and brings this action on her own behalf as the Sibling of Vincent D. Kane, Jr. and is entitled to recover damages on the causes of action set forth herein.

1799.   Plaintiff Vincent D. Kane, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Vincent D. Kane, Jr.; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1800.   Representative of the Estate of Vincent D. Kane, Jr., Deceased, brings this action on behalf of the Estate of Vincent D. Kane, Jr. and on behalf of all survivors of Vincent D. Kane, Jr. and is entitled to recover damages on the causes of action set forth herein.  Vincent D. Kane, Jr. was killed in the World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1801.   Plaintiff Pilsoon Kang is a resident of the State of New York, the Parent of Decedent Joon Koo Kang, and brings this action on her own behalf as the Parent of Joon Koo Kang and is entitled to recover damages on the causes of action set forth herein.

1802.   Plaintiff Jamie Kang is a resident of the State of Pennsylvania, the Sibling of Decedent Joon Koo Kang, and brings this action on her own behalf as the Sibling of Joon Koo Kang and is entitled to recover damages on the causes of action set forth herein.

1803.   Plaintiff Janet Kang is a resident of the State of New York, the Sibling of Decedent Joon Koo Kang, and brings this action on her own behalf as the Sibling of Joon Koo Kang and is entitled to recover damages on the causes of action set forth herein.

1804.   Plaintiff Rebecca S. Hoang is a resident of the State of New Jersey, the Sibling of Decedent Joon Koo Kang, and brings this action on her own behalf as the Sibling of Joon Koo Kang and is entitled to recover damages on the causes of action set forth herein.

1805.   Plaintiff Seong Soon Kang is a resident of the State of New York, the Parent of Decedent Joon Koo Kang, and brings this action on his own behalf as the Parent of Joon Koo Kang and is entitled to recover damages on the causes of action set forth herein.

1806.   Plaintiff DOE 27 is a resident of the state of New Jersey, the Spouse of Decedent DOE 27, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 27 and as the Personal Representative of the Estate of DOE 27 and is entitled to recover damages on the causes of action set forth herein. DOE 27 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1807.   Plaintiff DOE 27 is a resident of the New Jersey, the Child of Decedent DOE 27, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1808.   Plaintiff DOE 27 is a resident of the New Jersey, the Child of Decedent DOE 27, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1809.   Plaintiff Harold T. Kaplan is a resident of the State of New Jersey, the Spouse of Decedent Deborah H. Kaplan, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Deborah H. Kaplan and on behalf of all survivors of Deborah H. Kaplan and is entitled to recover damages on the causes of action set forth herein. Deborah H. Kaplan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1810.   Plaintiff Francine Charlotte Kaplan is a resident of the State of Massachusetts, the Parent of Decedent Robin Kaplan, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Robin Kaplan and on behalf of all survivors of Robin Kaplan and is entitled to recover damages on the causes of action set forth herein. Robin Kaplan was killed on board American Airlines Flight 11 that crashed into the World Trade Center North

335

Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1811.   Plaintiff Edward Harvey Kaplan is a resident of the State of Massachusetts, the Parent of Decedent Robin Kaplan, and brings this action on his own behalf as the Parent of Robin Kaplan and is entitled to recover damages on the causes of action set forth herein.

1812.   Plaintiff Mark Kaplan is a resident of the State of Colorado, the Sibling of Decedent Robin Kaplan, and brings this action on his own behalf as the Sibling of Robin Kaplan and is entitled to recover damages on the causes of action set forth herein.

1813.   Plaintiff Brenda Vandever is a resident of the State of Tennessee, the Sibling of Decedent William A. Karnes, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of William A. Karnes and on behalf of all survivors of William A. Karnes and is entitled to recover damages on the causes of action set forth herein. William A. Karnes was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1814.   Plaintiff Kara Kasper is a resident of the State of New York, the Child of Decedent Charles Kasper, and brings this action on her own behalf as the Child of Charles Kasper and is entitled to recover damages on the causes of action set forth herein.

1815.   Plaintiff Melissa Kasper is a resident of the State of New York, the Child of Decedent Charles Kasper, and brings this action on her own behalf as the Child of Charles Kasper and is entitled to recover damages on the causes of action set forth herein.

1816.   Plaintiff Laureen Kasper is a resident of the State of New York, the Spouse of Decedent Charles Kasper, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Kasper and on behalf of all survivors of Charles Kasper

and is entitled to recover damages on the causes of action set forth herein. Charles Kasper was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1817.   Plaintiff Cynthia Ann Polo is a resident of the State of North Carolina, the Child of Decedent Edward T. Keane, and brings this action on her own behalf as the Child of Edward T. Keane and is entitled to recover damages on the causes of action set forth herein.

1818.   Plaintiff Barbara E. Keane is a resident of the State of New Jersey, the Spouse of Decedent Edward T. Keane, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward T. Keane and on behalf of all survivors of Edward T. Keane and is entitled to recover damages on the causes of action set forth herein. Edward T. Keane was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1819.   Plaintiff Mark Edward Keane is a resident of the State of Maryland, the Child of Decedent Edward T. Keane, and brings this action on his own behalf as the Child of Edward T. Keane and is entitled to recover damages on the causes of action set forth herein.

1820.   Plaintiff Charlotte Florence Keane is a resident of the State of New York, the Sibling of Decedent Richard M. Keane, and brings this action on her own behalf as the Sibling of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1821.   Plaintiff Constance Anne Keane is a resident of the State of New York, the Sibling of Decedent Richard M. Keane, and brings this action on her own behalf as the Sibling of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1822.   Plaintiff Theresa Irene Wilson is a resident of the State of New York, the Sibling of Decedent Richard M. Keane, and brings this action on her own behalf as the Sibling of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1823.   Plaintiff Judith Ann Keane is a resident of the State of Connecticut, the Spouse of Decedent Richard M. Keane, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard M. Keane and on behalf of all survivors of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein. Richard M. Keane was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1824.   Plaintiff Richard Matthew Keane, now deceased, was a resident of the State of Massachusetts, and the Parent of Decedent Richard M. Keane; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1825.   Plaintiff Robert F. Keane, now deceased, was a resident of the State of Pennsylvania, and the Sibling of Decedent Richard M. Keane; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1826.   Plaintiff Matthew Eamon Keane is a resident of the State of Massachusetts, the Child of Decedent Richard M. Keane, and brings this action on his own behalf as the Child of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1827.   Plaintiff Sean Michael Keane is a resident of the State of Connecticut, the Child of Decedent Richard M. Keane, and brings this action on his own behalf as the Child of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1828.   Plaintiff Timothy Brendan Keane is a resident of the State of Connecticut, the Child of Decedent Richard M. Keane, and brings this action on his own behalf as the Child of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1829.   Plaintiff Patrick James Keane is a resident of the State of Massachusetts, the Child of Decedent Richard M. Keane, and brings this action on his own behalf as the Child of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1830.   Plaintiff Paul Anthony Keane is a resident of the State of Massachusetts, the Sibling of Decedent Richard M. Keane, and brings this action on his own behalf as the Sibling of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1831.   Plaintiff Garrett Paul Keane is a resident of the State of New Hampshire, the Sibling of Decedent Richard M. Keane, and brings this action on his own behalf as the Sibling of Richard M. Keane and is entitled to recover damages on the causes of action set forth herein.

1832.   Plaintiff Denise K. Keasler is a resident of the State of Nevada, the Parent of Decedent Karol Ann Keasler, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Karol Ann Keasler and on behalf of all survivors of Karol Ann Keasler and is entitled to recover damages on the causes of action set forth herein. Karol Ann Keasler was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1833.   Plaintiff Joann Anderson is a resident of the State of California, the Child of Decedent Barbara A. Keating, and brings this action on her own behalf as the Child of Barbara A. Keating and is entitled to recover damages on the causes of action set forth herein.

1834.   Plaintiff Michael Keating is a resident of the State of Massachusetts, the Child of Decedent Barbara A. Keating, and brings this action on his own behalf as Child and as the

Administrator of the Estate of Barbara A. Keating and on behalf of all survivors of Barbara A. Keating and is entitled to recover damages on the causes of action set forth herein. Barbara A. Keating was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1835.   Plaintiff John Keating is a resident of  Canada, the Child of Decedent Barbara A. Keating, and brings this action on his own behalf as the Child of Barbara A. Keating and is entitled to recover damages on the causes of action set forth herein.

1836.   Plaintiff Paul J. Keating is a resident of the State of Massachusetts, the Child of Decedent Barbara A. Keating, and brings this action on his own behalf as the Child of Barbara A. Keating and is entitled to recover damages on the causes of action set forth herein.

1837.   Plaintiff Martha Susan Grimm is a resident of the State of Louisiana, the Parent of Decedent Leo Russell Keene, III, and brings this action on her own behalf as the Parent of Leo Russell Keene, III and is entitled to recover damages on the causes of action set forth herein.

1838.   Plaintiff Krista Sue Keene is a resident of the State of Louisiana, the Sibling of Decedent Leo Russell Keene, III, and brings this action on her own behalf as the Sibling of Leo Russell Keene, III and is entitled to recover damages on the causes of action set forth herein.

1839.   Plaintiff Jennifer Keene Clyde is a resident of the State of Louisiana, the Sibling of Decedent Leo Russell Keene, III, and brings this action on her own behalf as the Sibling of Leo Russell Keene, III and is entitled to recover damages on the causes of action set forth herein.

1840.   Plaintiff Kristen M. Keene is a resident of the State of Florida, the Spouse of Decedent Leo Russell Keene, III, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Leo Russell Keene, III and on behalf of all survivors of

Leo Russell Keene, III and is entitled to recover damages on the causes of action set forth herein. Leo Russell Keene, III was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1841.   Plaintiff Leo R. Keene, II, now deceased, was a resident of the State of Louisiana, and the Parent of Decedent Leo Russell Keene, III; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1842.   Plaintiff Alice Buchholz Kelly is a resident of the State of Florida, the Parent of Decedent Joseph Anthony Kelly, and brings this action on her own behalf as the Parent of Joseph Anthony Kelly and is entitled to recover damages on the causes of action set forth herein.

1843.   Plaintiff Carolyn Kelly is a resident of the State of New York, the Spouse of Decedent Richard J. Kelly, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard J. Kelly, Jr. and on behalf of all survivors of Richard J. Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein. Richard J. Kelly, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1844.   Plaintiff JoAnne Marie Kelly is a resident of the State of New Jersey, the Parent of Decedent William Hill Kelly, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of William Hill Kelly, Jr. and on behalf of all survivors of William Hill Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein. William Hill Kelly, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1845.   Plaintiff Meigan Kelly is a resident of the State of Pennsylvania, the Sibling of Decedent William Hill Kelly, Jr., and brings this action on her own behalf as the Sibling of William Hill Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein.

1846.   Plaintiff Kathleen K. Hamilton is a resident of the State of New Jersey, the Sibling of Decedent William Hill Kelly, Jr., and brings this action on her own behalf as the Sibling of William Hill Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein.

1847.   Plaintiff Maureen Kelly Donegan is a resident of the State of Connecticut, the Sibling of Decedent William Hill Kelly, Jr., and brings this action on her own behalf as the Sibling of William Hill Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein.

1848.   Plaintiff William Hill Kelly, Sr. is a resident of the State of New Jersey, the Parent of Decedent William Hill Kelly, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of William Hill Kelly, Jr. and on behalf of all survivors of William Hill Kelly, Jr. and is entitled to recover damages on the causes of action set forth herein. William Hill Kelly, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1849.   Plaintiff Catherine Kennedy Miller is a resident of the State of New Jersey, the Child of Decedent Robert C. Kennedy, and brings this action on her own behalf as the Child of Robert C. Kennedy and is entitled to recover damages on the causes of action set forth herein.

1850.   Plaintiff Meredith Andrews is a resident of the State of New Jersey, the Child of Decedent Robert C. Kennedy, and brings this action on her own behalf as the Child of Robert C. Kennedy and is entitled to recover damages on the causes of action set forth herein.

1851.   Plaintiff Maureen Kennedy is a resident of the State of New Jersey, the Spouse of Decedent Robert C. Kennedy, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert C. Kennedy and on behalf of all survivors of Robert C. Kennedy and is entitled to recover damages on the causes of action set forth herein. Robert C. Kennedy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1852.   Plaintiff Mary Keohane is a resident of the State of California, the Parent of Decedent John Richard Keohane, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of John Richard Keohane and on behalf of all survivors of John Richard Keohane and is entitled to recover damages on the causes of action set forth herein. John Richard Keohane was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1853.   Plaintiff Darlene Keohane is a resident of the State of California, the Sibling of Decedent John Richard Keohane, and brings this action on her own behalf as the Sibling of John Richard Keohane and is entitled to recover damages on the causes of action set forth herein.

1854.   Plaintiff Donald Keohane is a resident of the State of California, the Parent of Decedent John Richard Keohane, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of John Richard Keohane and on behalf of all survivors of John Richard Keohane and is entitled to recover damages on the causes of action set forth herein. John Richard Keohane was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1855.   Plaintiff Hedi N. Kershaw is a resident of the State of Massachusetts, the Spouse of Decedent Ralph Francis Kershaw, and brings this action on her own behalf as Spouse and as

the Executor of the Estate of Ralph Francis Kershaw and on behalf of all survivors of Ralph Francis Kershaw and is entitled to recover damages on the causes of action set forth herein. Ralph Francis Kershaw was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1856.   Plaintiff Dianne P. Kerwin is a resident of the State of New York, the Spouse of Decedent Ronald T. Kerwin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald T. Kerwin and on behalf of all survivors of Ronald T. Kerwin and is entitled to recover damages on the causes of action set forth herein. Ronald T. Kerwin was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1857.   Plaintiff Granvilette W. Kestenbaum is a resident of the State of New Jersey, the Spouse of Decedent Howard L. Kestenbaum, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Howard L. Kestenbaum and on behalf of all survivors of Howard L. Kestenbaum and is entitled to recover damages on the causes of action set forth herein. Howard L. Kestenbaum was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1858.   Plaintiff Robert Dow is a resident of the State of New York, the Domestic Partner of Decedent Ruth Ketler, and brings this action on his own behalf as the Domestic Partner of Ruth Ketler and is entitled to recover damages on the causes of action set forth herein.

1859.   Plaintiff Nazam Khan is a resident of the State of New York, the Spouse of Decedent Sarah Khan, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Sarah Khan and on behalf of all survivors of Sarah Khan and is

entitled to recover damages on the causes of action set forth herein. Sarah Khan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1860.   Plaintiff Tahira Khan is a resident of the State of New York, the Parent of Decedent Taimour Khan, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Taimour Khan and on behalf of all survivors of Taimour Khan and is entitled to recover damages on the causes of action set forth herein. Taimour Khan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1861.   Plaintiff Zara Khan is a resident of the State of New York, the Sibling of Decedent Taimour Khan, and brings this action on her own behalf as the Sibling of Taimour Khan and is entitled to recover damages on the causes of action set forth herein.

1862.   Plaintiff Solomon Gayle is a resident of the State of New Jersey, the Fiancé of Decedent Seilai Khoo, and brings this action on his own behalf as Fiancé and as the Personal Representative of the Estate of Seilai Khoo and on behalf of all survivors of Seilai Khoo and is entitled to recover damages on the causes of action set forth herein. Seilai Khoo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1863.   Plaintiff Patricia Lynn Kiefer is a resident of the State of New York, the Parent of Decedent Michael Vernon Kiefer, and brings this action on her own behalf as the Parent of Michael Vernon Kiefer and is entitled to recover damages on the causes of action set forth herein.

1864.   Plaintiff Henry F. Kiefer is a resident of the State of New York, the Parent of Decedent Michael Vernon Kiefer, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Vernon Kiefer and on behalf of all survivors of Michael Vernon Kiefer and is entitled to recover damages on the causes of action set forth herein. Michael Vernon Kiefer was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1865.   Plaintiff Darlene Therese Kinney is a resident of the State of Massachusetts, the Parent of Decedent Brian Kevin Kinney, and brings this action on her own behalf as the Parent of Brian Kevin Kinney and is entitled to recover damages on the causes of action set forth herein.

1866.   Plaintiff Alison Kinney is a resident of the State of New Hampshire, the Spouse of Decedent Brian Kevin Kinney, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brian Kevin Kinney and on behalf of all survivors of Brian Kevin Kinney and is entitled to recover damages on the causes of action set forth herein. Brian Kevin Kinney was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1867.   Plaintiff Norman P. Kinney is a resident of the State of Massachusetts, the Parent of Decedent Brian Kevin Kinney, and brings this action on his own behalf as the Parent of Brian Kevin Kinney and is entitled to recover damages on the causes of action set forth herein.

1868.   Plaintiff Donna M. Kirby is a resident of the State of New York, the Parent of Decedent Chris M. Kirby, and brings this action on her own behalf as the Parent of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein.

1869.   Plaintiff KellyAnn Racanelli is a resident of the State of New York, the Sibling of Decedent Chris M. Kirby, and brings this action on her own behalf as the Sibling of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein.

1870.   Plaintiff Jennifer M. Kirby is a resident of the State of New York, the Sibling of Decedent Chris M. Kirby, and brings this action on her own behalf as the Sibling of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein.

1871.   Plaintiff James M. Kirby is a resident of the State of New York, the Parent of Decedent Chris M. Kirby, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Chris M. Kirby and on behalf of all survivors of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein. Chris M. Kirby was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1872.   Plaintiff Brian P. Kirby is a resident of the State of New York, the Sibling of Decedent Chris M. Kirby, and brings this action on his own behalf as the Sibling of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein.

1873.   Plaintiff James M. Kirby, III is a resident of the State of New York, the Sibling of Decedent Chris M. Kirby, and brings this action on his own behalf as the Sibling of Chris M. Kirby and is entitled to recover damages on the causes of action set forth herein.

1874.   Plaintiff Lauren Kirschbaum is a resident of the State of New York, the Child of Decedent Howard Barry Kirschbaum, and brings this action on her own behalf as the Child of Howard Barry Kirschbaum and is entitled to recover damages on the causes of action set forth herein.

1875.   Plaintiff Rochelle Kirschbaum is a resident of the State of New York, the Spouse of Decedent Howard Barry Kirschbaum, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Howard Barry Kirschbaum and on behalf of all survivors of Howard Barry Kirschbaum and is entitled to recover damages on the causes of action set forth herein. Howard Barry Kirschbaum was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1876.   Plaintiff Matthew Adam Kirschbaum is a resident of the State of New York, the Child of Decedent Howard Barry Kirschbaum, and brings this action on his own behalf as the Child of Howard Barry Kirschbaum and is entitled to recover damages on the causes of action set forth herein.

1877.   Plaintiff Barbara Kirwin is a resident of the State of New York, the Parent of Decedent Glenn Davis Kirwin, and brings this action on her own behalf as the Parent of Glenn Davis Kirwin and is entitled to recover damages on the causes of action set forth herein.

1878.   Plaintiff Paul Harris Kirwin is a resident of the State of New York, the Parent of Decedent Glenn Davis Kirwin, and brings this action on his own behalf as the Parent of Glenn Davis Kirwin and is entitled to recover damages on the causes of action set forth herein.

1879.   Plaintiff Lauren Kleinberg is a resident of the State of New Jersey, the Child of Decedent Alan D. Kleinberg, and brings this action on her own behalf as the Child of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1880.   Plaintiff Vivian Lerner Shoemaker is a resident of the State of New Jersey, the Parent of Decedent Alan D. Kleinberg, and brings this action on her own behalf as the Parent of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1881.   Plaintiff Marci Kleinberg-Bandelli is a resident of the State of New Jersey, the Sibling of Decedent Alan D. Kleinberg, and brings this action on her own behalf as the Sibling of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1882.   Plaintiff Marla Parker is a resident of the State of New Jersey, the Sibling of Decedent Alan D. Kleinberg, and brings this action on her own behalf as the Sibling of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1883.   Plaintiff DOE 05 is a resident of the New Jersey, the Sibling of Decedent DOE 05, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

1884.   Plaintiff Mindy Kleinberg is a resident of the State of New Jersey, the Spouse of Decedent Alan D. Kleinberg, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alan D. Kleinberg and on behalf of all survivors of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein. Alan D. Kleinberg was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1885.   Plaintiff DOE 05, now deceased, was a resident of the State of New Jersey, and the Parent of DOE 05; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1886.  Plaintiff Jacob Kleinberg is a resident of the State of Florida, the Child of Decedent Alan D. Kleinberg, and brings this action on his own behalf as the Child of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1887.   Plaintiff Sam Kleinberg is a resident of the State of , the Child of Decedent Alan D. Kleinberg, and brings this action on his own behalf as the Child of Alan D. Kleinberg and is entitled to recover damages on the causes of action set forth herein.

1888.   Plaintiff Patricia B. Knox is a resident of the State of New Jersey, the Parent of Decedent Thomas Patrick Knox, and brings this action on her own behalf as the Parent of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1889.   Plaintiff Mary Ellen Knox is a resident of the State of New Jersey, the Sibling of Decedent Thomas Patrick Knox, and brings this action on her own behalf as the Sibling of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1890.   Plaintiff Patricia B. Lalley is a resident of the State of New Jersey, the Sibling of Decedent Thomas Patrick Knox, and brings this action on her own behalf as the Sibling of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1891.   Plaintiff Kathleen Doolan is a resident of the State of New Jersey, the Sibling of Decedent Thomas Patrick Knox, and brings this action on her own behalf as the Sibling of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1892.   Plaintiff Nancy S. Knox is a resident of the State of New Jersey, the Spouse of Decedent Thomas Patrick Knox, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Patrick Knox and on behalf of all survivors of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein. Thomas Patrick Knox was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1893.   Plaintiff Denis Knox is a resident of the State of New York, the Sibling of Decedent Thomas Patrick Knox, and brings this action on his own behalf as the Sibling of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1894.   Plaintiff James Knox is a resident of the State of New Jersey, the Sibling of Decedent Thomas Patrick Knox, and brings this action on his own behalf as the Sibling of Thomas Patrick Knox and is entitled to recover damages on the causes of action set forth herein.

1895.   Plaintiff Leokadia Kobus, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Deborah Kobus; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1896.   Plaintiff Robert Kobus is a resident of the State of New Jersey, the Sibling of Decedent Deborah Kobus, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Deborah Kobus and on behalf of all survivors of Deborah Kobus and is entitled to recover damages on the causes of action set forth herein. Deborah Kobus was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1897.   Plaintiff Irene Smolicz is a resident of the State of New York, and brings this action as the Personal Representative of the Estate of Frank J. Koestner and on behalf of all survivors of Frank J. Koestner and on behalf of minor child C.K. and is entitled to recover damages on the causes of action set forth herein. Frank J. Koestner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1898.   Plaintiff Michelle A. Stabile is a resident of the State of New York, the Fiancé of Decedent Frank J. Koestner, and brings this action on her own behalf as the Fiancé of Frank J. Koestner and is entitled to recover damages on the causes of action set forth herein.

1899.   Plaintiff Maria Koestner is a resident of the State of New York, the Parent of Decedent Frank J. Koestner, and brings this action on her own behalf as the Parent of Frank J. Koestner and is entitled to recover damages on the causes of action set forth herein.

1900.   Plaintiff Julianna M. Lanzer is a resident of the State of New York, the Sibling of Decedent Frank J. Koestner, and brings this action on her own behalf as the Sibling of Frank J. Koestner and is entitled to recover damages on the causes of action set forth herein.

1901.   Plaintiff Melissa White is a resident of the State of Virginia, the Fiancé of Decedent Ryan Ashley Kohart, and brings this action on her own behalf as the Fiancé of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein.

1902.   Plaintiff Joy A. Kohart is a resident of the State of New York, the Parent of Decedent Ryan Ashley Kohart, and brings this action on her own behalf as the Parent of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein.

1903.   Plaintiff Brett D. Kohart is a resident of the State of New York, the Sibling of Decedent Ryan Ashley Kohart, and brings this action on his own behalf as the Sibling of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein.

1904.   Plaintiff Adam P. Kohart is a resident of the State of New York, the Sibling of Decedent Ryan Ashley Kohart, and brings this action on his own behalf as the Sibling of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein.

1905.   Plaintiff Geoffrey A. Kohart, Jr. is a resident of the State of Florida, the Sibling of Decedent Ryan Ashley Kohart, and brings this action on his own behalf as Sibling and as the

Personal Representative of the Estate of Ryan Ashley Kohart and on behalf of all survivors of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein. Ryan Ashley Kohart was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1906.   Plaintiff Geoffrey A. Kohart, Sr. is a resident of the State of New York, the Parent of Decedent Ryan Ashley Kohart, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Ryan Ashley Kohart and on behalf of all survivors of Ryan Ashley Kohart and is entitled to recover damages on the causes of action set forth herein. Ryan Ashley Kohart was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1907.   Plaintiff Patricia Anne Kondratenko is a resident of the State of Michigan, the Parent of Decedent Suzanne Kondratenko, and brings this action on her own behalf as the Parent of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1908.   Plaintiff Katherine J Kondratenko is a resident of the State of New York, the Sibling of Decedent Suzanne Kondratenko, and brings this action on her own behalf as the Sibling of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1909.   Plaintiff Caroline Ruestow is a resident of the State of Illinois, the Sibling of Decedent Suzanne Kondratenko, and brings this action on her own behalf as the Sibling of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1910.   Plaintiff Patricia Kondratenko-Collins is a resident of the State of Michigan, the Sibling of Decedent Suzanne Kondratenko, and brings this action on her own behalf as the

Sibling of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1911.  Plaintiff Sarah M. Kondratenko is a resident of the State of Michigan, the Sibling of Decedent Suzanne Kondratenko, and brings this action on her own behalf as the Sibling of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1912.  Plaintiff Aimee E Garrison is a resident of the State of Illinois, the Sibling of Decedent Suzanne Kondratenko, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Suzanne Kondratenko and on behalf of all survivors of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein. Suzanne Kondratenko was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1913.  Plaintiff Eric Kondratenko is a resident of the State of Michigan, the Parent of Decedent Suzanne Kondratenko, and brings this action on his own behalf as the Parent of Suzanne Kondratenko and is entitled to recover damages on the causes of action set forth herein.

1914.  Plaintiff Joyce Mercer is a resident of the State of New York, the Parent of Decedent Scott Kopytko, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Scott Kopytko and on behalf of all survivors of Scott Kopytko and is entitled to recover damages on the causes of action set forth herein. Scott Kopytko was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1915.  Plaintiff Christine Kopytko is a resident of the State of New York, the Sibling of Decedent Scott Kopytko, and brings this action on her own behalf as the Sibling of Scott Kopytko and is entitled to recover damages on the causes of action set forth herein.

1916.   Plaintiff Susanna Ferm is a resident of the State of New York, the Fiancé of Decedent Bojan Kostic, and brings this action on her own behalf as the Fiancé of Bojan Kostic and is entitled to recover damages on the causes of action set forth herein.

1917.   Plaintiff Nina Kostic is a resident of  United Kingdom, the Sibling of Decedent Bojan Kostic, and brings this action on her own behalf as the Sibling of Bojan Kostic and is entitled to recover damages on the causes of action set forth herein.

1918.   Plaintiff Olga Kostic-Jovanovic is a resident of  Yugoslavia, the Sibling of Decedent Bojan Kostic, and brings this action on her own behalf as the Sibling of Bojan Kostic and is entitled to recover damages on the causes of action set forth herein.

1919.   Plaintiff Zoe P. Kousoulis is a resident of the State of New Jersey, the Parent of Decedent Danielle Kousoulis, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Danielle Kousoulis and on behalf of all survivors of Danielle Kousoulis and is entitled to recover damages on the causes of action set forth herein. Danielle Kousoulis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1920.   Plaintiff Eleni Kousoulis is a resident of the State of Pennsylvania, the Sibling of Decedent Danielle Kousoulis, and brings this action on her own behalf as the Sibling of Danielle Kousoulis and is entitled to recover damages on the causes of action set forth herein.

1921.   Plaintiff Faith K. Hagerty is a resident of the State of Maryland, the Sibling of Decedent Danielle Kousoulis, and brings this action on her own behalf as the Sibling of Danielle Kousoulis and is entitled to recover damages on the causes of action set forth herein.

1922.   Plaintiff George P. Kousoulis is a resident of the State of New Jersey, the Sibling of Decedent Danielle Kousoulis, and brings this action on his own behalf as the Sibling of Danielle Kousoulis and is entitled to recover damages on the causes of action set forth herein.

1923.   Plaintiff Lisa Maria Inzerillo is a resident of the State of New York, the Spouse of Decedent William E. Krukowski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William E. Krukowski and on behalf of all survivors of William E. Krukowski and is entitled to recover damages on the causes of action set forth herein. William E. Krukowski was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1924.   Plaintiff DOE 51 is a resident of the California, the Child of Decedent DOE 51, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1925.   Plaintiff DOE 51 is a resident of the New York, the Child of Decedent DOE 51, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

1926.   Plaintiff Felix Ksido is a resident of the State of New York, the Spouse of Decedent Lyudmila Ksido, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lyudmila Ksido and on behalf of all survivors of Lyudmila Ksido and is entitled to recover damages on the causes of action set forth herein. Lyudmila Ksido was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1927.  Plaintiff Yachiyo Kuge is a resident of Japan, the Parent of Decedent Toshiya Kuge, and brings this action on her own behalf as the Parent of Toshiya Kuge and is entitled to recover damages on the causes of action set forth herein.

1928.  Plaintiff Hajime Kuge is a resident of Japan, the Parent of Decedent Toshiya Kuge, and brings this action on his own behalf as the Parent of Toshiya Kuge and is entitled to recover damages on the causes of action set forth herein.

1929.  Plaintiff Naoya Kuge is a resident of  Japan, the Sibling of Decedent Toshiya Kuge, and brings this action on his own behalf as the Sibling of Toshiya Kuge and is entitled to recover damages on the causes of action set forth herein.

1930.  Plaintiff Lois H. Kumpel, now deceased, was a resident of the State of New York, and the Parent of Decedent Kenneth B. Kumpel; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1931.  Plaintiff Nancy Kumpel is a resident of the State of New York, the Spouse of Decedent Kenneth B. Kumpel, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kenneth B. Kumpel and on behalf of all survivors of Kenneth B. Kumpel and is entitled to recover damages on the causes of action set forth herein. Kenneth B. Kumpel was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1932.  Plaintiff Kristen Kuveikis is a resident of the State of Kentucky, the Child of Decedent Thomas J. Kuveikis, and brings this action on her own behalf as the Child of Thomas J. Kuveikis and is entitled to recover damages on the causes of action set forth herein.

1933.  Plaintiff James Kuveikis is a resident of the State of New York, the Sibling of Decedent Thomas J. Kuveikis, and brings this action on his own behalf as Sibling and as the

Personal Representative of the Estate of Thomas J. Kuveikis and on behalf of all survivors of Thomas J. Kuveikis and is entitled to recover damages on the causes of action set forth herein. Thomas J. Kuveikis was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1934.  Plaintiff Harlan Gene Yancey is a resident of the State of Colorado, the Parent of Decedent Kathryn Laborie, and brings this action on his own behalf as the Parent of Kathryn Laborie and is entitled to recover damages on the causes of action set forth herein.

1935.  Plaintiff Eric Laborie is a resident of the State of Virginia, the Spouse of Decedent Kathryn Laborie, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Kathryn Laborie and on behalf of all survivors of Kathryn Laborie and is entitled to recover damages on the causes of action set forth herein. Kathryn Laborie was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1936.  Plaintiff Sonia Gawas is a resident of the State of New Jersey, the Spouse of Decedent Ganesh Ladkat, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ganesh Ladkat and on behalf of all survivors of Ganesh Ladkat and is entitled to recover damages on the causes of action set forth herein. Ganesh Ladkat was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1937.  Plaintiff Dolores Ladley is a resident of the State of New York, the Parent of Decedent James Patrick Ladley, and brings this action on her own behalf as the Parent of James Patrick Ladley and is entitled to recover damages on the causes of action set forth herein.

1938.  Plaintiff Eileen Ladley is a resident of the State of New Jersey, the Sibling of Decedent James Patrick Ladley, and brings this action on her own behalf as the Sibling of James Patrick Ladley and is entitled to recover damages on the causes of action set forth herein.

1939.  Plaintiff Mary Ann Raymond is a resident of the State of Florida, the Sibling of Decedent James Patrick Ladley, and brings this action on her own behalf as the Sibling of James Patrick Ladley and is entitled to recover damages on the causes of action set forth herein.

1940.  Plaintiff Daniel Edward Ladley is a resident of the State of New York, the Sibling of Decedent James Patrick Ladley, and brings this action on his own behalf as the Sibling of James Patrick Ladley and is entitled to recover damages on the causes of action set forth herein.

1941.  Plaintiff Patrick John Ladley is a resident of the State of New York, the Sibling of Decedent James Patrick Ladley, and brings this action on his own behalf as the Sibling of James Patrick Ladley and is entitled to recover damages on the causes of action set forth herein.

1942.  Plaintiff Dominick V. Lafalce is a resident of the State of New Jersey, the Sibling of Decedent Joseph A. LaFalce, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Joseph A. LaFalce and on behalf of all survivors of Joseph A. LaFalce and is entitled to recover damages on the causes of action set forth herein. Joseph A. LaFalce was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1943.  Plaintiff Anita Lafond Korsonsky is a resident of the State of New Jersey, the Sibling of Decedent Jeanette Lafond-Menichino, and brings this action on her own behalf as the Sibling of Jeanette Lafond-Menichino and is entitled to recover damages on the causes of action set forth herein.

1944.   Plaintiff Samuel J. Laforte is a resident of the State of New Jersey, the Sibling of Decedent Michael LaForte, and brings this action on his own behalf as the Sibling of Michael LaForte and is entitled to recover damages on the causes of action set forth herein.

1945.   Plaintiff Madelyn Beatrice LaFrance is a resident of the State of Florida, the Parent of Decedent Alan Charles LaFrance, and brings this action on her own behalf as the Parent of Alan Charles LaFrance and is entitled to recover damages on the causes of action set forth herein.

1946.   Plaintiff Aubrey J. LaFrance, now deceased, was a resident of the State of New York, and the Parent of Decedent Alan Charles LaFrance; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1947.   Plaintiff Hui Fen Pan is a resident of the State of New Jersey, the Spouse of Decedent Neil Kwong-Wah Lai, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Neil Kwong-Wah Lai and on behalf of all survivors of Neil Kwong-Wah Lai and is entitled to recover damages on the causes of action set forth herein. Neil Kwong-Wah Lai was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1948.   Plaintiff Linda Lalama is a resident of the State of New Jersey, the Spouse of Decedent Franco Lalama, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Franco Lalama and on behalf of all survivors of Franco Lalama and is entitled to recover damages on the causes of action set forth herein. Franco Lalama was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1949.   Plaintiff Fongpein L. Chan is a resident of the State of New York, the Sibling of Decedent Chow Kwan Lam, and brings this action on her own behalf as the Sibling of Chow Kwan Lam and is entitled to recover damages on the causes of action set forth herein.

1950.   Plaintiff Amy Zhang Lam is a resident of the State of New Jersey, the Spouse of Decedent Chow Kwan Lam, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Chow Kwan Lam and on behalf of all survivors of Chow Kwan Lam and is entitled to recover damages on the causes of action set forth herein. Chow Kwan Lam was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1951.   Plaintiff Chow Leing Lam is a resident of the State of New York, the Sibling of Decedent Chow Kwan Lam, and brings this action on his own behalf as the Sibling of Chow Kwan Lam and is entitled to recover damages on the causes of action set forth herein.

1952.   Plaintiff Janet L. Lane is a resident of the State of New York, the Parent of Decedent Robert T. Lane, and brings this action on her own behalf as the Parent of Robert T. Lane and is entitled to recover damages on the causes of action set forth herein.

1953.   Plaintiff Suzanne R. Stevenson is a resident of the State of New York, the Sibling of Decedent Robert T. Lane, and brings this action on her own behalf as the Sibling of Robert T. Lane and is entitled to recover damages on the causes of action set forth herein.

1954.   Plaintiff Richard L. Lane is a resident of the State of New York, the Parent of Decedent Robert T. Lane, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Robert T. Lane and on behalf of all survivors of Robert T. Lane and is entitled to recover damages on the causes of action set forth herein. Robert T. Lane was

killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1955.  Plaintiff Jason M. Lane is a resident of the State of New York, the Sibling of Decedent Robert T. Lane, and brings this action on his own behalf as the Sibling of Robert T. Lane and is entitled to recover damages on the causes of action set forth herein.

1956.  Plaintiff Sandra Pangborn is a resident of the State of New Jersey, the Spouse of Decedent Brendan Mark Lang, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brendan Mark Lang and on behalf of all survivors of Brendan Mark Lang and is entitled to recover damages on the causes of action set forth herein. Brendan Mark Lang was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1957.  Plaintiff Donna Marsh O'Connor is a resident of the State of New York, the Parent of Decedent Vanessa Lang Langer, and brings this action on her own behalf as the Parent of Vanessa Lang Langer and is entitled to recover damages on the causes of action set forth herein.

1958.  Plaintiff Joseph P. Langley is a resident of the State of New York, the Sibling of Decedent Mary Lou Langley, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Mary Lou Langley and on behalf of all survivors of Mary Lou Langley and is entitled to recover damages on the causes of action set forth herein. Mary Lou Langley was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1959.   Plaintiff Ethel Chamberlain, now deceased, was a resident of the State of New York, and the Parent of Decedent Michele Lanza; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1960.   Plaintiff Cynthia D. Oricchio is a resident of the State of New York, the Sibling of Decedent Michele Lanza, and brings this action on her own behalf as the Sibling of Michele Lanza and is entitled to recover damages on the causes of action set forth herein.

1961.   Plaintiff Susan Gail Chamberlain is a resident of the State of New York, the Sibling of Decedent Michele Lanza, and brings this action on her own behalf as the Sibling of Michele Lanza and is entitled to recover damages on the causes of action set forth herein.

1962.   Plaintiff Albert A. Chamberlain, now deceased, was a resident of the State of New York, and the Parent of Decedent Michele Lanza; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1963.   Plaintiff Albert G. Chamberlain is a resident of the State of New Jersey, the Sibling of Decedent Michele Lanza, and brings this action on his own behalf as the Sibling of Michele Lanza and is entitled to recover damages on the causes of action set forth herein.

1964.   Plaintiff DOE 65 is a resident of the state of Virginia, the Spouse of Decedent DOE 65, and brings this action on his own behalf as Spouse and on behalf of all survivors of DOE 65 and as the Personal Representative of the Estate of DOE 65 and is entitled to recover damages on the causes of action set forth herein. DOE 65 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1965.   Plaintiff Danielle Lemack is a resident of the State of Massachusetts, the Child of Decedent Judith Camilla Larocque, and brings this action on her own behalf as Child and as the

Co-Administrator of the Estate of Judith Camilla Larocque and on behalf of all survivors of Judith Camilla Larocque and is entitled to recover damages on the causes of action set forth herein. Judith Camilla Larocque was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1966.   Plaintiff Carie Lemack is a resident of the State of District of Columbia, the Child of Decedent Judith Camilla Larocque, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of Judith Camilla Larocque and on behalf of all survivors of Judith Camilla Larocque and is entitled to recover damages on the causes of action set forth herein. Judith Camilla Larocque was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1967.   Plaintiff Janet L. Satterfield is a resident of the State of California, the Parent of Decedent Christopher R. Larrabee, and brings this action on her own behalf as the Parent of Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein.

1968.   Plaintiff Nicole Larrabee is a resident of the State of California, the Sibling of Decedent Christopher R. Larrabee, and brings this action on her own behalf as the Sibling of Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein.

1969.   Plaintiff Paige M. Larrabee is a resident of the State of California, the Sibling of Decedent Christopher R. Larrabee, and brings this action on her own behalf as the Sibling of

Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein.

1970.  Plaintiff Jessica Larrabee is a resident of the State of California, the Sibling of Decedent Christopher R. Larrabee, and brings this action on her own behalf as the Sibling of Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein.

1971.  Plaintiff Stephen R. Larrabee is a resident of the State of California, the Parent of Decedent Christopher R. Larrabee, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher R. Larrabee and on behalf of all survivors of Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein. Christopher R. Larrabee was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1972.  Plaintiff Scott Larrabee is a resident of the State of California, the Sibling of Decedent Christopher R. Larrabee, and brings this action on his own behalf as the Sibling of Christopher R. Larrabee and is entitled to recover damages on the causes of action set forth herein.

1973.  Plaintiff Carolann Larsen is a resident of the State of New York, the Spouse of Decedent Scott Larsen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Scott Larsen and on behalf of all survivors of Scott Larsen and is entitled to recover damages on the causes of action set forth herein. Scott Larsen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1974.   Plaintiff Linda LeBlanc is a resident of the State of Massachusetts, the Sibling of Decedent Natalie Janis Lasden, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Natalie Janis Lasden and on behalf of all survivors of Natalie Janis Lasden and is entitled to recover damages on the causes of action set forth herein. Natalie Janis Lasden was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1975.   Plaintiff Barbara J. Lasko is a resident of the State of Connecticut, the Parent of Decedent Gary E. Lasko, and brings this action on her own behalf as the Parent of Gary E. Lasko and is entitled to recover damages on the causes of action set forth herein.

1976.   Plaintiff Kim Lombard Lasko is a resident of the State of Tennessee, the Spouse of Decedent Gary E. Lasko, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gary E. Lasko and on behalf of all survivors of Gary E. Lasko and is entitled to recover damages on the causes of action set forth herein. Gary E. Lasko was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1977.   Plaintiff Edward R. Lasko is a resident of the State of Connecticut, the Parent of Decedent Gary E. Lasko, and brings this action on his own behalf as the Parent of Gary E. Lasko and is entitled to recover damages on the causes of action set forth herein.

1978.   Plaintiff Jennifer Laszczynski is a resident of the State of New Jersey, the Child of Decedent Paul Laszczynski, and brings this action on her own behalf as the Child of Paul Laszczynski and is entitled to recover damages on the causes of action set forth herein.

1979.   Plaintiff Amy Laszczynski is a resident of the State of New Jersey, the Child of Decedent Paul Laszczynski, and brings this action on her own behalf as the Child of Paul Laszczynski and is entitled to recover damages on the causes of action set forth herein.

1980.   Plaintiff Charlene Talarico is a resident of the State of New Jersey, the Fiancé of Decedent Paul Laszczynski, and brings this action on her own behalf as the Fiancé of Paul Laszczynski and is entitled to recover damages on the causes of action set forth herein.

1981.   Plaintiff Raphael P. Evans is a resident of  Grenada, the Sibling of Decedent Jeffrey LaTouche, and brings this action on  own behalf as the Sibling of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1982.   Plaintiff Donna D. Bhagwan is a resident of the State of New York, the Child of Decedent Jeffrey LaTouche, and brings this action on her own behalf as the Child of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1983.   Plaintiff Rosanna LaTouche is a resident of Grenada, the Parent of Decedent Jeffrey LaTouche, and brings this action on her own behalf as the Parent of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1984.   Plaintiff Esther G. LaTouche is a resident of the State of New York, the Sibling of Decedent Jeffrey LaTouche, and brings this action on her own behalf as the Sibling of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1985.   Plaintiff Virginia LaTouche is a resident of the State of New York, the Spouse of Decedent Jeffrey LaTouche, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey LaTouche and on behalf of all survivors of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

Jeffrey LaTouche was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1986.   Plaintiff Jefferson Patterson is a resident of  Grenada, the Child of Decedent Jeffrey LaTouche, and brings this action on his own behalf as the Child of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1987.   Plaintiff Karl LaTouche is a resident of  Grenada, the Child of Decedent Jeffrey LaTouche, and brings this action on his own behalf as the Child of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1988.   Plaintiff Michael Samuel is a resident of  Grenada, the Sibling of Decedent Jeffrey LaTouche, and brings this action on his own behalf as the Sibling of Jeffrey LaTouche and is entitled to recover damages on the causes of action set forth herein.

1989.   Plaintiff Birther Laurencin-Bannister is a resident of the State of New York, the Child of Decedent Charles Augustus Laurencin, and brings this action on her own behalf as the Child of Charles Augustus Laurencin and is entitled to recover damages on the causes of action set forth herein.

1990.   Plaintiff Jercienne Laurencin is a resident of the State of New York, the Child of Decedent Charles Augustus Laurencin, and brings this action on her own behalf as the Child of Charles Augustus Laurencin and is entitled to recover damages on the causes of action set forth herein.

1991.   Plaintiff Mary Jane Lavache is a resident of the State of New York, the Child of Decedent Maria LaVache, and brings this action on her own behalf as the Child of Maria LaVache and is entitled to recover damages on the causes of action set forth herein.

1992.   Plaintiff Bernice M. Lavache is a resident of the State of New York, the Child of Decedent Maria LaVache, and brings this action on her own behalf as the Child of Maria LaVache and is entitled to recover damages on the causes of action set forth herein.

1993.   Plaintiff Joseph L. Lavache is a resident of the State of New York, the Spouse of Decedent Maria LaVache, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Maria LaVache and on behalf of all survivors of Maria LaVache and is entitled to recover damages on the causes of action set forth herein. Maria LaVache was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1994.   Plaintiff Barbara J. Dziadek is a resident of the State of North Carolina, the Sibling of Decedent Denis Lavelle, and brings this action on her own behalf as the Sibling of Denis Lavelle and is entitled to recover damages on the causes of action set forth herein.

1995.   Plaintiff Emily Lavelle, now deceased, was a resident of the State of New York, and the Parent of Decedent Denis Lavelle; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

1996.   Plaintiff Kathleen C. Palacio is a resident of the State of Florida, the Sibling of Decedent Denis Lavelle, and brings this action on her own behalf as the Sibling of Denis Lavelle and is entitled to recover damages on the causes of action set forth herein.

1997.   Plaintiff Patricia Caloia is a resident of the State of New York, the Sibling of Decedent Denis Lavelle, and brings this action on her own behalf as the Sibling of Denis Lavelle and is entitled to recover damages on the causes of action set forth herein.

1998.   Plaintiff Marie Ann Paprocki is a resident of the State of New York, the Sibling of Decedent Denis Lavelle, and brings this action on her own behalf as Sibling and as the Personal

Representative of the Estate of Denis Lavelle and on behalf of all survivors of Denis Lavelle and is entitled to recover damages on the causes of action set forth herein. Denis Lavelle was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

1999.   Plaintiff Dolores LaVerde is a resident of the State of New York, the Parent of Decedent Jeannine LaVerde, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jeannine LaVerde and on behalf of all survivors of Jeannine LaVerde and is entitled to recover damages on the causes of action set forth herein. Jeannine LaVerde was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2000.   Plaintiff Thomas A. LaVerde is a resident of the State of New Jersey, the Sibling of Decedent Jeannine LaVerde, and brings this action on his own behalf as the Sibling of Jeannine LaVerde and is entitled to recover damages on the causes of action set forth herein.

2001.   Plaintiff Deena Laverty is a resident of the State of New Jersey, the Child of Decedent Anna A. Laverty, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Anna A. Laverty and on behalf of all survivors of Anna A. Laverty and is entitled to recover damages on the causes of action set forth herein. Anna A. Laverty was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2002.   Plaintiff Kevin P. Laverty is a resident of the State of New Jersey, the Spouse of Decedent Anna A. Laverty, and brings this action on his own behalf as the Spouse of Anna A. Laverty and is entitled to recover damages on the causes of action set forth herein.

2003.   Plaintiff Victoria Louise Lawn is a resident of  United Kingdom, the Spouse of Decedent Steven Lawn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven Lawn and on behalf of all survivors of Steven Lawn and is entitled to recover damages on the causes of action set forth herein. Steven Lawn was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2004.   Plaintiff Eileen Lawrence is a resident of the State of Connecticut, the Parent of Decedent Robert A. Lawrence, Jr., and brings this action on her own behalf as the Parent of Robert A. Lawrence, Jr. and is entitled to recover damages on the causes of action set forth herein.

2005.   Plaintiff Elizabeth E. Lawrence Andersen is a resident of the State of California, the Sibling of Decedent Robert A. Lawrence, Jr., and brings this action on her own behalf as the Sibling of Robert A. Lawrence, Jr. and is entitled to recover damages on the causes of action set forth herein.

2006.   Plaintiff Suzanne Lawrence is a resident of the State of New Jersey, the Spouse of Decedent Robert A. Lawrence, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert A. Lawrence, Jr. and on behalf of all survivors of Robert A. Lawrence, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert A. Lawrence, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2007.   Plaintiff Robert A. Lawrence is a resident of the State of Connecticut, the Parent of Decedent Robert A. Lawrence, Jr., and brings this action on his own behalf as the Parent of

Robert A. Lawrence, Jr. and is entitled to recover damages on the causes of action set forth herein.

2008.  Plaintiff Walter Lawrence is a resident of the State of Virginia, the Sibling of Decedent Robert A. Lawrence, Jr., and brings this action on his own behalf as the Sibling of Robert A. Lawrence, Jr. and is entitled to recover damages on the causes of action set forth herein.

2009.  Plaintiff Laurie Miller Laychak is a resident of the State of Virginia, the Spouse of Decedent David William Laychak, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David William Laychak and on behalf of all survivors of David William Laychak and is entitled to recover damages on the causes of action set forth herein. David William Laychak was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2010.  Plaintiff Jeanette Leahy is a resident of the State of New York, the Parent of Decedent James P. Leahy, and brings this action on her own behalf as the Parent of James P. Leahy and is entitled to recover damages on the causes of action set forth herein.

2011.  Plaintiff Michele Safatle is a resident of the State of New York, the Sibling of Decedent James P. Leahy, and brings this action on her own behalf as the Sibling of James P. Leahy and is entitled to recover damages on the causes of action set forth herein.

2012.  Plaintiff Danielle Vella is a resident of the State of New York, the Sibling of Decedent James P. Leahy, and brings this action on her own behalf as the Sibling of James P. Leahy and is entitled to recover damages on the causes of action set forth herein.

2013.  Plaintiff Denise Heneck is a resident of the State of New York, the Sibling of Decedent James P. Leahy, and brings this action on her own behalf as the Sibling of James P. Leahy and is entitled to recover damages on the causes of action set forth herein.

2014.  Plaintiff Arthur Leahy is a resident of the State of New York, the Sibling of Decedent James P. Leahy, and brings this action on his own behalf as the Sibling of James P. Leahy and is entitled to recover damages on the causes of action set forth herein.

2015.  Plaintiff Carole Leavey is a resident of the State of New York, the Spouse of Decedent Joseph Leavey, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Leavey and on behalf of all survivors of Joseph Leavey and is entitled to recover damages on the causes of action set forth herein. Joseph Leavey was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2016.  Plaintiff Brian Leavey is a resident of the State of New York, the Child of Decedent Joseph Leavey, and brings this action on his own behalf as the Child of Joseph Leavey and is entitled to recover damages on the causes of action set forth herein.

2017.  Plaintiff Ann Leavy is a resident of the State of New Jersey, the Parent of Decedent Neil J. Leavy, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Neil J. Leavy and on behalf of all survivors of Neil J. Leavy and is entitled to recover damages on the causes of action set forth herein. Neil J. Leavy was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2018.  Plaintiff John P. Leavy is a resident of the State of New Jersey, the Parent of Decedent Neil J. Leavy, and brings this action on his own behalf as the Parent of Neil J. Leavy and is entitled to recover damages on the causes of action set forth herein.

2019.  Plaintiff Mark Leavy is a resident of the State of New York, the Sibling of Decedent Neil J. Leavy, and brings this action on his own behalf as the Sibling of Neil J. Leavy and is entitled to recover damages on the causes of action set forth herein.

2020.  Plaintiff Rosanne Helen Costanza is a resident of the State of California, the Parent of Decedent Daniel John Lee, and brings this action on her own behalf as the Parent of Daniel John Lee and is entitled to recover damages on the causes of action set forth herein.

2021.  Plaintiff Deborah Ann Schumann is a resident of the State of California, the Sibling of Decedent Daniel John Lee, and brings this action on her own behalf as the Sibling of Daniel John Lee and is entitled to recover damages on the causes of action set forth herein.

2022.  Plaintiff DOE 138 is a resident of the state of Nevada, the Spouse of Decedent DOE 138, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 138 and as the Personal Representative of the Estate of DOE 138 and is entitled to recover damages on the causes of action set forth herein. DOE 138 was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2023.  Plaintiff Timothy Provenzano is a resident of the State of California, the Sibling of Decedent Daniel John Lee, and brings this action on his own behalf as the Sibling of Daniel John Lee and is entitled to recover damages on the causes of action set forth herein.

2024.  Plaintiff DOE 90 is a resident of the state of New Jersey, the Spouse of Decedent DOE 90, and brings this action on her own behalf as Spouse and on behalf of all survivors of

DOE 90 and as the Personal Representative of the Estate of DOE 90 and is entitled to recover damages on the causes of action set forth herein. DOE 90 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2025.   Plaintiff Jungmi Lee is a resident of the State of Virginia, the Spouse of Decedent Dong Chul Lee, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dong Chul Lee and on behalf of all survivors of Dong Chul Lee and is entitled to recover damages on the causes of action set forth herein. Dong Chul Lee was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2026.   Plaintiff Nichole Williams is a resident of the State of Georgia, the Child of Decedent Juanita Lee, and brings this action on her own behalf as the Child of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2027.   Plaintiff Geneva Johnson is a resident of the State of Georgia, the Parent of Decedent Juanita Lee, and brings this action on her own behalf as the Parent of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2028.   Plaintiff Janet Johnson is a resident of the State of New Jersey, the Sibling of Decedent Juanita Lee, and brings this action on her own behalf as the Sibling of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2029.   Plaintiff Cheryl Witherspoon is a resident of the State of Georgia, the Sibling of Decedent Juanita Lee, and brings this action on her own behalf as the Sibling of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2030.   Plaintiff Shirley Walker is a resident of the State of New Jersey, the Sibling of Decedent Juanita Lee, and brings this action on her own behalf as the Sibling of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2031.   Plaintiff Edward N. Lee, now deceased, was a resident of the State of Georgia, and the Spouse of Decedent Juanita Lee; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2032.   Representative of the Estate of Juanita Lee, Deceased, brings this action on behalf of the Estate of Juanita Lee and on behalf of all survivors of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.   Juanita Lee was was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2033.   Plaintiff Anthony Johnson is a resident of the State of South Carolina, the Sibling of Decedent Juanita Lee, and brings this action on his own behalf as the Sibling of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2034.   Plaintiff John Johnson is a resident of the State of New York, the Sibling of Decedent Juanita Lee, and brings this action on his own behalf as the Sibling of Juanita Lee and is entitled to recover damages on the causes of action set forth herein.

2035.   Plaintiff Hyong O. Lee is a resident of the State of Maryland, the Parent of Decedent Linda C. Lee, and brings this action on her own behalf as the Parent of Linda C. Lee and is entitled to recover damages on the causes of action set forth herein.

2036.   Plaintiff Myong H. Lee is a resident of the State of Maryland, the Parent of Decedent Linda C. Lee, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Linda C. Lee and on behalf of all survivors of Linda C. Lee and is

entitled to recover damages on the causes of action set forth herein. Linda C. Lee was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2037.  Plaintiff Joan Greene, now deceased, was a resident of the State of New York, and the Parent of Decedent Lorraine Lee; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2038.  Plaintiff Barbara Wentworth is a resident of the State of New Jersey, the Sibling of Decedent Lorraine Lee, and brings this action on her own behalf as the Sibling of Lorraine Lee and is entitled to recover damages on the causes of action set forth herein.

2039.  Plaintiff Patricia Marie Reilly is a resident of the State of New York, the Sibling of Decedent Lorraine Lee, and brings this action on her own behalf as the Sibling of Lorraine Lee and is entitled to recover damages on the causes of action set forth herein.

2040.  Plaintiff Timothy R. Greene, now deceased, was a resident of the State of Pennsylvania, and the Sibling of Decedent Lorraine Lee; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2041.  Plaintiff Thomas Michael Greene is a resident of the State of New Jersey, the Sibling of Decedent Lorraine Lee, and brings this action on his own behalf as the Sibling of Lorraine Lee and is entitled to recover damages on the causes of action set forth herein.

2042.  Plaintiff Terence Joseph Greene is a resident of the State of New York, the Sibling of Decedent Lorraine Lee, and brings this action on his own behalf as the Sibling of Lorraine Lee and is entitled to recover damages on the causes of action set forth herein.

2043.  Plaintiff Johnny Lee is a resident of the State of New York, the Spouse of Decedent Lorraine Lee, and brings this action on his own behalf as Spouse and as the Personal

Representative of the Estate of Lorraine Lee and on behalf of all survivors of Lorraine Lee and is entitled to recover damages on the causes of action set forth herein. Lorraine Lee was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2044.  Plaintiff Mi Yong Lee is a resident of the State of Washington, the Spouse of Decedent Myoung Woo Lee, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Myoung Woo Lee and on behalf of all survivors of Myoung Woo Lee and is entitled to recover damages on the causes of action set forth herein. Myoung Woo Lee was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2045.  Plaintiff Lillian Lefkowitz, now deceased, was a resident of the State of New York, and the Parent of Decedent Stephen Paul Lefkowitz; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2046.  Plaintiff Rubin Lefkowitz, now deceased, was a resident of the State of New York, and the Parent of Decedent Stephen Paul Lefkowitz; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2047.  Plaintiff Daniel Jay Lefkowitz is a resident of the State of New York, the Sibling of Decedent Stephen Paul Lefkowitz, and brings this action on his own behalf as the Sibling of Stephen Paul Lefkowitz and is entitled to recover damages on the causes of action set forth herein.

2048.  Plaintiff Hayley Natalie Lehrfeld is a resident of the State of New Jersey, the Spouse of Decedent Eric Andrew Lehrfeld, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Eric Andrew Lehrfeld and on behalf of all

survivors of Eric Andrew Lehrfeld and is entitled to recover damages on the causes of action set forth herein. Eric Andrew Lehrfeld was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2049.   Plaintiff Ruth M. Lemagne is a resident of the State of New Jersey, the Parent of Decedent David Prudencio Lemagne, and brings this action on her own behalf as the Parent of David Prudencio Lemagne and is entitled to recover damages on the causes of action set forth herein.

2050.   Plaintiff Magaly J. Lemagne is a resident of the State of New Jersey, the Sibling of Decedent David Prudencio Lemagne, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of David Prudencio Lemagne and on behalf of all survivors of David Prudencio Lemagne and is entitled to recover damages on the causes of action set forth herein. David Prudencio Lemagne was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2051.   Plaintiff Prudencio Lemagne is a resident of the State of New Jersey, the Parent of Decedent David Prudencio Lemagne, and brings this action on his own behalf as the Parent of David Prudencio Lemagne and is entitled to recover damages on the causes of action set forth herein.

2052.   Plaintiff Ann K. Lenihan, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent Joseph A. Lenihan; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2053.   Plaintiff Suzanne L. Faulkner is a resident of the State of Connecticut, the Sibling of Decedent Joseph A. Lenihan, and brings this action on her own behalf as the Sibling of Joseph A. Lenihan and is entitled to recover damages on the causes of action set forth herein.

2054.   Plaintiff Ingrid Maria Lenihan is a resident of the State of Connecticut, the Spouse of Decedent Joseph A. Lenihan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph A. Lenihan and on behalf of all survivors of Joseph A. Lenihan and is entitled to recover damages on the causes of action set forth herein. Joseph A. Lenihan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2055.   Plaintiff John Lenihan is a resident of the State of Connecticut, the Sibling of Decedent Joseph A. Lenihan, and brings this action on his own behalf as the Sibling of Joseph A. Lenihan and is entitled to recover damages on the causes of action set forth herein.

2056.   Plaintiff Melissa Lennon is a resident of the State of New Jersey, the Child of Decedent John J. Lennon, Jr., and brings this action on her own behalf as the Child of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2057.   Plaintiff Lucille Lennon is a resident of the State of New Jersey, the Parent of Decedent John J. Lennon, Jr., and brings this action on her own behalf as the Parent of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2058.   Plaintiff Nancy Lennon Frain is a resident of the State of New Jersey, the Sibling of Decedent John J. Lennon, Jr., and brings this action on her own behalf as the Sibling of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2059.   Plaintiff Patricia Lennon is a resident of the State of New Jersey, the Spouse of Decedent John J. Lennon, Jr., and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of John J. Lennon, Jr. and on behalf of all survivors of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein. John J. Lennon, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2060.   Plaintiff John Lennon is a resident of the State of New Jersey, the Child of Decedent John J. Lennon, Jr., and brings this action on his own behalf as the Child of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2061.   Plaintiff James L. Lennon is a resident of the State of New Jersey, the Sibling of Decedent John J. Lennon, Jr., and brings this action on his own behalf as the Sibling of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2062.   Plaintiff John J. Lennon, Sr. is a resident of the State of New Jersey, the Parent of Decedent John J. Lennon, Jr., and brings this action on his own behalf as the Parent of John J. Lennon, Jr. and is entitled to recover damages on the causes of action set forth herein.

2063.   Plaintiff Jennifer A. Levi-Longyear is a resident of the State of Connecticut, the Child of Decedent John D. Levi, and brings this action on her own behalf as Child and as the Co-Administrator of the Estate of John D. Levi and on behalf of all survivors of John D. Levi and is entitled to recover damages on the causes of action set forth herein. John D. Levi was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2064.   Plaintiff Dennis J. Levi is a resident of the State of New Jersey, the Child of Decedent John D. Levi, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of John D. Levi and on behalf of all survivors of John D. Levi and is entitled to recover damages on the causes of action set forth herein. John D. Levi was killed at

World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2065.   Plaintiff Stephanie Giglio is a resident of the State of New York, the Child of Decedent Robert Levine, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Robert Levine and on behalf of all survivors of Robert Levine and is entitled to recover damages on the causes of action set forth herein. Robert Levine was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.  Stephanie Giglio also brings this action as the  Personal Representative of the Estate of Roni M. Levine, Spouse of decedent Robert Levine, and is entitled to recover damages on the causes of action set forth herein.

2066.   Plaintiff Judy Levinhar is a resident of Israel, the Parent of Decedent Shai Levinhar, and brings this action on her own behalf as the Parent of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2067.   Plaintiff Iris Kramer is a resident of Israel, the Sibling of Decedent Shai Levinhar, and brings this action on her own behalf as the Sibling of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2068.   Plaintiff Liat Levinhar is a resident of the State of New Jersey, the Spouse of Decedent Shai Levinhar, and brings this action on her own behalf as the Spouse of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2069.   Plaintiff Zvi Levinhar is a resident of Israel, the Parent of Decedent Shai Levinhar, and brings this action on his own behalf as the Parent of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2070.  Plaintiff Raz Levinhar is a resident of Israel, the Sibling of Decedent Shai Levinhar, and brings this action on his own behalf as the Sibling of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2071.  Plaintiff Mor Levinhar is a resident of Israel, the Sibling of Decedent Shai Levinhar, and brings this action on his own behalf as the Sibling of Shai Levinhar and is entitled to recover damages on the causes of action set forth herein.

2072.  Plaintiff Peggy Sue Lewin is a resident of Israel, the Parent of Decedent Daniel Lewin, and brings this action on her own behalf as the Parent of Daniel Lewin and is entitled to recover damages on the causes of action set forth herein.

2073.  Plaintiff Charles Jay Lewin is a resident of Israel, the Parent of Decedent Daniel Lewin, and brings this action on his own behalf as the Parent of Daniel Lewin and is entitled to recover damages on the causes of action set forth herein.

2074.  Plaintiff Michael Lewin is a resident of  Israel, the Sibling of Decedent Daniel Lewin, and brings this action on his own behalf as the Sibling of Daniel Lewin and is entitled to recover damages on the causes of action set forth herein.

2075.  Plaintiff Jonathan A. Lewin is a resident of  Israel, the Sibling of Decedent Daniel Lewin, and brings this action on his own behalf as the Sibling of Daniel Lewin and is entitled to recover damages on the causes of action set forth herein.

2076.  Plaintiff Dolores Libretti is a resident of the State of New York, the Spouse of Decedent Daniel Libretti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel Libretti and on behalf of all survivors of Daniel Libretti and is entitled to recover damages on the causes of action set forth herein. Daniel Libretti was

killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2077.   Plaintiff Joseph Libretti is a resident of the State of Pennsylvania, the Sibling of Decedent Daniel Libretti, and brings this action on his own behalf as the Sibling of Daniel Libretti and is entitled to recover damages on the causes of action set forth herein.

2078.   Plaintiff Carmel-Ann Sullivan is a resident of the State of New York, the Sibling of Decedent Ralph M. Licciardi, and brings this action on her own behalf as the Sibling of Ralph M. Licciardi and is entitled to recover damages on the causes of action set forth herein.

2079.   Plaintiff Jennifer Licciardi is a resident of the State of New York, the Spouse of Decedent Ralph M. Licciardi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ralph M. Licciardi and on behalf of all survivors of Ralph M. Licciardi and is entitled to recover damages on the causes of action set forth herein. Ralph M. Licciardi was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2080.   Plaintiff Ralph Licciardi is a resident of the State of New York, the Child of Decedent Ralph M. Licciardi, and brings this action on  own behalf as the Child of Ralph M. Licciardi and is entitled to recover damages on the causes of action set forth herein.

2081.   Plaintiff Sebastiano Licciardi is a resident of the State of New York, the Parent of Decedent Ralph M. Licciardi, and brings this action on his own behalf as the Parent of Ralph M. Licciardi and is entitled to recover damages on the causes of action set forth herein.

2082.   Plaintiff Anthony Licciardi is a resident of the State of New York, the Sibling of Decedent Ralph M. Licciardi, and brings this action on his own behalf as the Sibling of Ralph M. Licciardi and is entitled to recover damages on the causes of action set forth herein.

2083.   Plaintiff DOE 44 is a resident of the state of New Jersey, the Sibling of Decedent DOE 44, and brings this action on his own behalf as Sibling and on behalf of all survivors of DOE 44 and as the Personal Representative of the Estate of DOE 44 and is entitled to recover damages on the causes of action set forth herein. DOE 44 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2084.   Plaintiff Vyacheslav Ligay is a resident of the State of New Jersey, the Spouse of Decedent Zhentta Ligay, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Zhentta Ligay and on behalf of all survivors of Zhentta Ligay and is entitled to recover damages on the causes of action set forth herein. Zhentta Ligay was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2085.   Plaintiff Marcia Lillianthal is a resident of the State of New Jersey, the Parent of Decedent Steven Barry Lillianthal, and brings this action on her own behalf as the Parent of Steven Barry Lillianthal and is entitled to recover damages on the causes of action set forth herein.

2086.   Plaintiff Mindi Cohen is a resident of the State of New Jersey, the Sibling of Decedent Steven Barry Lillianthal, and brings this action on her own behalf as the Sibling of Steven Barry Lillianthal and is entitled to recover damages on the causes of action set forth herein.

2087.   Plaintiff Sherman Lillianthal is a resident of the State of New Jersey, the Parent of Decedent Steven Barry Lillianthal, and brings this action on his own behalf as the Parent of

Steven Barry Lillianthal and is entitled to recover damages on the causes of action set forth herein.

2088.   Plaintiff Haydee C. Lillo is a resident of the State of New York, the Spouse of Decedent Carlos R. Lillo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Carlos R. Lillo and on behalf of all survivors of Carlos R. Lillo and is entitled to recover damages on the causes of action set forth herein. Carlos R. Lillo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2089.   Plaintiff Caroline Lilore is a resident of the State of New Jersey, the Spouse of Decedent Craig Damian Lilore, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Craig Damian Lilore and on behalf of all survivors of Craig Damian Lilore and is entitled to recover damages on the causes of action set forth herein. Craig Damian Lilore was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2090.   Plaintiff Rong Di You is a resident of  China, the Parent of Decedent Wei Rong Lin, and brings this action on her own behalf as the Parent of Wei Rong Lin and is entitled to recover damages on the causes of action set forth herein.

2091.   Plaintiff Se Jua Au is a resident of the State of North Carolina, the Spouse of Decedent Wei Rong Lin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Wei Rong Lin and on behalf of all survivors of Wei Rong Lin and is entitled to recover damages on the causes of action set forth herein. Wei Rong Lin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2092.   Plaintiff Zeng Lu Lin is a resident of  China, the Parent of Decedent Wei Rong Lin, and brings this action on his own behalf as the Parent of Wei Rong Lin and is entitled to recover damages on the causes of action set forth herein.

2093.   Plaintiff Hong Lin is a resident of  China, the Sibling of Decedent Wei Rong Lin, and brings this action on his own behalf as the Sibling of Wei Rong Lin and is entitled to recover damages on the causes of action set forth herein.

2094.   Plaintiff Duryel Lindo is a resident of the State of New York, the Child of Decedent Nickie Lindo, and brings this action on his own behalf as the Child of Nickie Lindo and is entitled to recover damages on the causes of action set forth herein.

2095.   Plaintiff Deryck D Lindo is a resident of the State of New York, the Spouse of Decedent Nickie Lindo, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Nickie Lindo and on behalf of all survivors of Nickie Lindo and is entitled to recover damages on the causes of action set forth herein. Nickie Lindo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2096.   Plaintiff Carol Ann Linehan is a resident of the State of New Jersey, the Spouse of Decedent Thomas V. Linehan, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas V. Linehan, Jr. and on behalf of all survivors of Thomas V. Linehan, Jr. and is entitled to recover damages on the causes of action set forth herein. Thomas V. Linehan, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2097.  Plaintiff Sharon L. Linton is a resident of the State of Missouri, the Parent of Decedent Alan Patrick Linton, Jr., and brings this action on her own behalf as the Parent of Alan Patrick Linton, Jr. and is entitled to recover damages on the causes of action set forth herein.

2098.  Plaintiff Laura Renee Anspach is a resident of the State of Maryland, the Sibling of Decedent Alan Patrick Linton, Jr., and brings this action on her own behalf as the Sibling of Alan Patrick Linton, Jr. and is entitled to recover damages on the causes of action set forth herein.

2099.  Plaintiff Alan Patrick Linton is a resident of the State of Missouri, the Parent of Decedent Alan Patrick Linton, Jr., and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Alan Patrick Linton, Jr. and on behalf of all survivors of Alan Patrick Linton, Jr. and is entitled to recover damages on the causes of action set forth herein. Alan Patrick Linton, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2100.  Plaintiff Scott P. Linton is a resident of the State of Missouri, the Sibling of Decedent Alan Patrick Linton, Jr., and brings this action on his own behalf as the Sibling of Alan Patrick Linton, Jr. and is entitled to recover damages on the causes of action set forth herein.

2101.  Plaintiff Seelochini Liriano is a resident of the State of New York, the Spouse of Decedent Francisco Alberto Liriano, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Francisco Alberto Liriano and on behalf of all survivors of Francisco Alberto Liriano and is entitled to recover damages on the causes of action set forth herein. Francisco Alberto Liriano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2102.   Plaintiff Jiun-Min H. Liu is a resident of the State of New Jersey, the Spouse of Decedent Ming-Hao Liu, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ming-Hao Liu and on behalf of all survivors of Ming-Hao Liu and is entitled to recover damages on the causes of action set forth herein. Ming-Hao Liu was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2103.   Plaintiff DOE 123 is a resident of the New York, the Parent of Decedent DOE 123, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2104.   Plaintiff DOE 123 is a resident of the New York, the Sibling of Decedent DOE 123, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2105.   Plaintiff DOE 123 is a resident of the New York, the Sibling of Decedent DOE 123, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2106.   Plaintiff DOE 123 is a resident of the state of New York, the Spouse of Decedent DOE 123, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 123 and as the Personal Representative of the Estate of DOE 123 and is entitled to recover damages on the causes of action set forth herein. DOE 123 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2107.   Plaintiff Leopold Victor Lizzul, now deceased, was a resident of the State of New York, and the Parent of Decedent Martin Lizzul; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2108.   Plaintiff Eugenia R. Llanes is a resident of the State of New York, the Parent of Decedent George Andrew Llanes, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of George Andrew Llanes and on behalf of all survivors of George Andrew Llanes and is entitled to recover damages on the causes of action set forth herein. George Andrew Llanes was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2109.   Plaintiff Jorge Llanes, now deceased, was a resident of the State of New York, and the Parent of Decedent George Andrew Llanes; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2110.   Plaintiff Douglas C. Cleary is a resident of the State of New York, the Fiancé of Decedent Elizabeth C. Logler, and brings this action on his own behalf as the Fiancé of Elizabeth C. Logler and is entitled to recover damages on the causes of action set forth herein.

2111.   Plaintiff Robert Logler is a resident of the State of New York, the Parent of Decedent Elizabeth C. Logler, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Elizabeth C. Logler and on behalf of all survivors of Elizabeth C. Logler and is entitled to recover damages on the causes of action set forth herein. Elizabeth C. Logler was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2112.   Plaintiff Catherine Masak is a resident of the State of Florida, the Parent of Decedent Catherine Lisa Loguidice, and brings this action on her own behalf as Parent and as the

Co-Administrator of the Estate of Catherine Lisa Loguidice and on behalf of all survivors of Catherine Lisa Loguidice and is entitled to recover damages on the causes of action set forth herein. Catherine Lisa Loguidice was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2113.   Plaintiff Carmelo Loguidice, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Catherine Lisa Loguidice; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2114.   Plaintiff Michael Loguidice is a resident of the State of Florida, the Sibling of Decedent Catherine Lisa Loguidice, and brings this action on his own behalf as the Sibling of Catherine Lisa Loguidice and is entitled to recover damages on the causes of action set forth herein.

2115.   Plaintiff Dening Lohez is a resident of the State of New York, the Spouse of Decedent Jerome Lohez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jerome Lohez and on behalf of all survivors of Jerome Lohez and is entitled to recover damages on the causes of action set forth herein. Jerome Lohez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2116.   Plaintiff Sandra S. Weaver, now deceased, was a resident of the State of Indiana, and the Parent of Decedent Stephen V. Long; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2117.   Plaintiff Cynthia Long is a resident of the State of California, the Sibling of Decedent Stephen V. Long, and brings this action on her own behalf as the Sibling of Stephen V. Long and is entitled to recover damages on the causes of action set forth herein.

2118.  Plaintiff Nancy A. Burcham is a resident of the State of Indiana, the Sibling of Decedent Stephen V. Long, and brings this action on her own behalf as the Sibling of Stephen V. Long and is entitled to recover damages on the causes of action set forth herein.

2119.  Plaintiff DOE 66 is a resident of the state of South Carolina, the Spouse of Decedent DOE 66, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 66 and as the Personal Representative of the Estate of DOE 66 and is entitled to recover damages on the causes of action set forth herein. DOE 66 was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2120.  Plaintiff David B. Long, now deceased, was a resident of the State of Indiana, and the Sibling of Decedent Stephen V. Long; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2121.  Plaintiff George T. Long is a resident of the State of Indiana, the Parent of Decedent Stephen V. Long, and brings this action on his own behalf as the Parent of Stephen V. Long and is entitled to recover damages on the causes of action set forth herein.

2122.  Plaintiff George W. Long is a resident of the State of Indiana, the Sibling of Decedent Stephen V. Long, and brings this action on his own behalf as the Sibling of Stephen V. Long and is entitled to recover damages on the causes of action set forth herein.

2123.  Plaintiff Anne Maria Pettus is a resident of the State of New York, the Parent of Decedent Laura M. Longing, and brings this action on her own behalf as the Parent of Laura M. Longing and is entitled to recover damages on the causes of action set forth herein.

2124.   Plaintiff Kevin Russel Pettus is a resident of the State of New York, the Parent of Decedent Laura M. Longing, and brings this action on his own behalf as the Parent of Laura M. Longing and is entitled to recover damages on the causes of action set forth herein.

2125.   Plaintiff Keith B. Pettus is a resident of the State of New York, the Sibling of Decedent Laura M. Longing, and brings this action on his own behalf as the Sibling of Laura M. Longing and is entitled to recover damages on the causes of action set forth herein.

2126.   Plaintiff Christopher Longing is a resident of the State of New York, the Spouse of Decedent Laura M. Longing, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Laura M. Longing and on behalf of all survivors of Laura M. Longing and is entitled to recover damages on the causes of action set forth herein. Laura M. Longing was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2127.   Plaintiff Elizabeth Davila-Lopez is a resident of the State of Florida, the Spouse of Decedent Daniel Lopez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel Lopez and on behalf of all survivors of Daniel Lopez and is entitled to recover damages on the causes of action set forth herein. Daniel Lopez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2128.   Plaintiff Rhonda Lopez is a resident of the State of California, the Spouse of Decedent Maclovio Lopez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Maclovio Lopez and on behalf of all survivors of Maclovio Lopez and is entitled to recover damages on the causes of action set forth herein. Maclovio Lopez was killed on board United Airlines Flight 175 that crashed into World Trade

Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2129.   Plaintiff Theresann Lostrangio is a resident of the State of Pennsylvania, the Spouse of Decedent Joseph Lostrangio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Lostrangio and on behalf of all survivors of Joseph Lostrangio and is entitled to recover damages on the causes of action set forth herein. Joseph Lostrangio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2130.   Plaintiff DOE 64 is a resident of the state of New Jersey, the Spouse of Decedent DOE 64, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 64 and as the Personal Representative of the Estate of DOE 64 and is entitled to recover damages on the causes of action set forth herein. DOE 64 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2131.   Plaintiff Maxine McCormack is a resident of the State of New Jersey, the Child of Decedent Joseph Lovero, and brings this action on her own behalf as the Child of Joseph Lovero and is entitled to recover damages on the causes of action set forth herein.

2132.   Plaintiff James Lovero is a resident of the State of New Jersey, the Child of Decedent Joseph Lovero, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Joseph Lovero and on behalf of all survivors of Joseph Lovero and is entitled to recover damages on the causes of action set forth herein. Joseph Lovero was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2133.   Plaintiff Bobbie Jean Low is a resident of the State of Arkansas, the Parent of Decedent Sara Elizabeth Low, and brings this action on her own behalf as the Parent of Sara Elizabeth Low and is entitled to recover damages on the causes of action set forth herein.

2134.   Plaintiff Rebecca Alyson Low is a resident of the State of Arkansas, the Sibling of Decedent Sara Elizabeth Low, and brings this action on her own behalf as the Sibling of Sara Elizabeth Low and is entitled to recover damages on the causes of action set forth herein.

2135.   Plaintiff Gary Michael Low is a resident of the State of Arkansas, the Parent of Decedent Sara Elizabeth Low, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Sara Elizabeth Low and on behalf of all survivors of Sara Elizabeth Low and is entitled to recover damages on the causes of action set forth herein. Sara Elizabeth Low was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2136.   Plaintiff Rosemary Lozowsky, now deceased, was a resident of the State of New York, and the Parent of Decedent John Peter Lozowsky; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2137.   Plaintiff Debra A. Rhody is a resident of the State of Alabama, the Sibling of Decedent John Peter Lozowsky, and brings this action on her own behalf as the Sibling of John Peter Lozowsky and is entitled to recover damages on the causes of action set forth herein.

2138.   Plaintiff John Peter Lozowsky, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent John Peter Lozowsky; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2139.  Plaintiff Maureen Kelly is a resident of the State of Florida, the Spouse of Decedent Mark G. Ludvigsen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark G. Ludvigsen and on behalf of all survivors of Mark G. Ludvigsen and is entitled to recover damages on the causes of action set forth herein. Mark G. Ludvigsen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2140.  Plaintiff Ashley Michelle Ludwig is a resident of the State of Pennsylvania, the Child of Decedent Lee Charles Ludwig, and brings this action on her own behalf as the Child of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein.

2141.  Plaintiff Luann Martin is a resident of the State of New York, the Sibling of Decedent Lee Charles Ludwig, and brings this action on her own behalf as the Sibling of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein.

2142.  Plaintiff Michelle Ludwig is a resident of the State of New Jersey, the Spouse of Decedent Lee Charles Ludwig, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Lee Charles Ludwig and on behalf of all survivors of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein. Lee Charles Ludwig was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2143.  Plaintiff Louis Ludwig, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Lee Charles Ludwig; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2144.   Plaintiff Christopher Ludwig is a resident of the State of New Jersey, the Child of Decedent Lee Charles Ludwig, and brings this action on his own behalf as the Child of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein.

2145.   Plaintiff Lawrence Andrews Ludwig is a resident of the State of New Jersey, the Sibling of Decedent Lee Charles Ludwig, and brings this action on his own behalf as the Sibling of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein.

2146.   Plaintiff Louis Ludwig, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Lee Charles Ludwig, and brings this action on his own behalf as the Sibling of Lee Charles Ludwig and is entitled to recover damages on the causes of action set forth herein.

2147.   Plaintiff Eileen D. Lugano is a resident of the State of New York, the Parent of Decedent Sean Thomas Lugano, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Sean Thomas Lugano and on behalf of all survivors of Sean Thomas Lugano and is entitled to recover damages on the causes of action set forth herein. Sean Thomas Lugano was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2148.   Plaintiff Stephanie Mccuin is a resident of the State of New York, the Sibling of Decedent Sean Thomas Lugano, and brings this action on her own behalf as the Sibling of Sean Thomas Lugano and is entitled to recover damages on the causes of action set forth herein.

2149.   Plaintiff Michael Lugano is a resident of the State of New York, the Sibling of Decedent Sean Thomas Lugano, and brings this action on his own behalf as the Sibling of Sean Thomas Lugano and is entitled to recover damages on the causes of action set forth herein.

2150.   Plaintiff John C. Lugano is a resident of the State of New York, the Sibling of Decedent Sean Thomas Lugano, and brings this action on his own behalf as the Sibling of Sean Thomas Lugano and is entitled to recover damages on the causes of action set forth herein.

2151.   Plaintiff Marie Lukas is a resident of the State of New York, the Parent of Decedent Marie Lukas, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Marie Lukas and on behalf of all survivors of Marie Lukas and is entitled to recover damages on the causes of action set forth herein. Marie Lukas was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2152.   Plaintiff Maureen C. Lunder is a resident of the State of Florida, the Parent of Decedent Christopher Edmund Lunder, and brings this action on her own behalf as the Parent of Christopher Edmund Lunder and is entitled to recover damages on the causes of action set forth herein.

2153.   Plaintiff Rosemary Sercia is a resident of the State of Florida, the Sibling of Decedent Christopher Edmund Lunder, and brings this action on her own behalf as the Sibling of Christopher Edmund Lunder and is entitled to recover damages on the causes of action set forth herein.

2154.   Plaintiff Karen B. Lunder is a resident of the State of New Jersey, the Spouse of Decedent Christopher Edmund Lunder, and brings this action on her own behalf as Spouse and as the Administrator of the Estate of Christopher Edmund Lunder and on behalf of all survivors of Christopher Edmund Lunder and is entitled to recover damages on the causes of action set forth herein. Christopher Edmund Lunder was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2155.  Plaintiff Edmund Lunder is a resident of the State of Florida, the Parent of Decedent Christopher Edmund Lunder, and brings this action on his own behalf as the Parent of Christopher Edmund Lunder and is entitled to recover damages on the causes of action set forth herein.

2156.  Plaintiff David Lunder is a resident of the State of Florida, the Sibling of Decedent Christopher Edmund Lunder, and brings this action on his own behalf as the Sibling of Christopher Edmund Lunder and is entitled to recover damages on the causes of action set forth herein.

2157.  Plaintiff Geraldine Canillas is a resident of the State of New York, the Child of Decedent Anthony Luparello, and brings this action on her own behalf as the Child of Anthony Luparello and is entitled to recover damages on the causes of action set forth herein.

2158.  Plaintiff Maria Lipari is a resident of the State of New York, the Child of Decedent Anthony Luparello, and brings this action on her own behalf as the Child of Anthony Luparello and is entitled to recover damages on the causes of action set forth herein.

2159.  Plaintiff Geraldine Luparello is a resident of the State of New York, the Spouse of Decedent Anthony Luparello, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Anthony Luparello and on behalf of all survivors of Anthony Luparello and is entitled to recover damages on the causes of action set forth herein. Anthony Luparello was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2160.  Plaintiff Anthony Luparello, Jr. is a resident of the State of New York, the Child of Decedent Anthony Luparello, and brings this action on his own behalf as the Child of Anthony Luparello and is entitled to recover damages on the causes of action set forth herein.

399

2161.  Plaintiff Edith Lutnick is a resident of the State of New York, the Sibling of Decedent Gary Frederick Lutnick, III, and brings this action on her own behalf as the Sibling of Gary Frederick Lutnick, III and is entitled to recover damages on the causes of action set forth herein.

2162.  Plaintiff Howard Lutnick is a resident of the State of New York, the Sibling of Decedent Gary Frederick Lutnick, III, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Gary Frederick Lutnick, III and on behalf of all survivors of Gary Frederick Lutnick, III and is entitled to recover damages on the causes of action set forth herein. Gary Frederick Lutnick, III was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2163.  Plaintiff Debra Luzzicone is a resident of the State of New York, the Sibling of Decedent Linda Anne Luzzicone, and brings this action on her own behalf as the Sibling of Linda Anne Luzzicone and is entitled to recover damages on the causes of action set forth herein.

2164.  Plaintiff Cheryl Zaffuto is a resident of the State of North Carolina, the Sibling of Decedent Linda Anne Luzzicone, and brings this action on her own behalf as the Sibling of Linda Anne Luzzicone and is entitled to recover damages on the causes of action set forth herein.

2165.  Plaintiff Ralph Luzzicone is a resident of the State of New York, the Parent of Decedent Linda Anne Luzzicone, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Linda Anne Luzzicone and on behalf of all survivors of Linda Anne Luzzicone and is entitled to recover damages on the causes of action set forth herein. Linda Anne Luzzicone was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2166.   Plaintiff Ralph Luzzicone, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Linda Anne Luzzicone, and brings this action on his own behalf as Sibling and as the Administrator of the Estate of Linda Anne Luzzicone and on behalf of all survivors of Linda Anne Luzzicone and is entitled to recover damages on the causes of action set forth herein. Linda Anne Luzzicone was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2167.   Plaintiff Valentina Lygina is a resident of the State of North Carolina, the Parent of Decedent Alexander Lygin, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Alexander Lygin and on behalf of all survivors of Alexander Lygin and is entitled to recover damages on the causes of action set forth herein. Alexander Lygin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2168.   Plaintiff Natasha Lygina is a resident of the State of Florida, the Sibling of Decedent Alexander Lygin, and brings this action on her own behalf as the Sibling of Alexander Lygin and is entitled to recover damages on the causes of action set forth herein.

2169.   Plaintiff Vladimir Lygin, now deceased, was a resident of the State of North Carolina, and the Parent of Decedent Alexander Lygin; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2170.   Plaintiff Lorne Lyles is a resident of the State of North Carolina, the Spouse of Decedent CeeCee Louise Lyles, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of CeeCee Louise Lyles and on behalf of all survivors of CeeCee Louise Lyles and is entitled to recover damages on the causes of action set forth herein. CeeCee Louise Lyles was killed on board United Airlines Flight 93 that crashed into

Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2171.   Plaintiff Margaret Dugdale is a resident of the State of New Jersey, the Sibling of Decedent James Francis Lynch, and brings this action on her own behalf as the Sibling of James Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2172.   Plaintiff Carol A. Penna is a resident of the State of Wisconsin, the Sibling of Decedent James Francis Lynch, and brings this action on her own behalf as the Sibling of James Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2173.   Plaintiff William F. Burns-Lynch is a resident of the State of New Jersey, the Sibling of Decedent James Francis Lynch, and brings this action on his own behalf as the Sibling of James Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2174.   Plaintiff David W. Lynch is a resident of the State of Wisconsin, the Sibling of Decedent James Francis Lynch, and brings this action on his own behalf as the Sibling of James Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2175.   Plaintiff Peter J. Lynch is a resident of the State of New Jersey, the Sibling of Decedent James Francis Lynch, and brings this action on his own behalf as the Sibling of James Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2176.   Plaintiff Catherine T. Lynch is a resident of the State of New York, the Parent of Decedent Michael F. Lynch, and brings this action on her own behalf as the Parent of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2177.   Plaintiff Barbara Mcmanus is a resident of the State of New York, the Sibling of Decedent Michael F. Lynch, and brings this action on her own behalf as the Sibling of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2178.   Plaintiff Bernadette Rafferty is a resident of the State of New York, the Sibling of Decedent Michael F. Lynch, and brings this action on her own behalf as the Sibling of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2179.   Plaintiff Rosemary Elizabeth Pumilia is a resident of the State of New York, the Sibling of Decedent Michael F. Lynch, and brings this action on her own behalf as the Sibling of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2180.   Plaintiff Mary L. Coster is a resident of the State of New York, the Sibling of Decedent Michael F. Lynch, and brings this action on her own behalf as the Sibling of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2181.   Plaintiff Denise Lynch is a resident of the State of New York, the Spouse of Decedent Michael F. Lynch, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael F. Lynch and on behalf of all survivors of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein. Michael F. Lynch was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2182.   Plaintiff Daniel F. Lynch is a resident of the State of New York, the Parent of Decedent Michael F. Lynch, and brings this action on his own behalf as the Parent of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2183.   Plaintiff Daniel J. Lynch is a resident of the State of New York, the Sibling of Decedent Michael F. Lynch, and brings this action on his own behalf as the Sibling of Michael F. Lynch and is entitled to recover damages on the causes of action set forth herein.

2184.   Plaintiff Kathleen V. Lynch is a resident of the State of New York, the Parent of Decedent Michael Francis Lynch, and brings this action on her own behalf as the Parent of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2185.   Plaintiff Kathleen Ann Lynch is a resident of the State of New York, the Sibling of Decedent Michael Francis Lynch, and brings this action on her own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2186.   Plaintiff Colleen M. Parigen is a resident of the State of Ohio, the Sibling of Decedent Michael Francis Lynch, and brings this action on her own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2187.   Plaintiff Maureen Lynch Baker is a resident of the State of New Jersey, the Sibling of Decedent Michael Francis Lynch, and brings this action on her own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2188.   Plaintiff John B. Lynch is a resident of the State of New York, the Parent of Decedent Michael Francis Lynch, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Francis Lynch and on behalf of all survivors of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth

herein. Michael Francis Lynch was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2189.  Plaintiff Frederick Lynch is a resident of the State of Florida, the Sibling of Decedent Michael Francis Lynch, and brings this action on his own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2190.  Plaintiff Paul Lynch is a resident of the State of New York, the Sibling of Decedent Michael Francis Lynch, and brings this action on his own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2191.  Plaintiff John B. Lynch, Jr. is a resident of the State of Ohio, the Sibling of Decedent Michael Francis Lynch, and brings this action on his own behalf as the Sibling of Michael Francis Lynch and is entitled to recover damages on the causes of action set forth herein.

2192.  Plaintiff Marguerite Lynch, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Robert H. Lynch; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2193.  Plaintiff Barbara Cotter is a resident of the State of New Jersey, the Sibling of Decedent Robert H. Lynch, and brings this action on her own behalf as the Sibling of Robert H. Lynch and is entitled to recover damages on the causes of action set forth herein.

2194.  Plaintiff Linda Helck is a resident of the State of New Jersey, the Sibling of Decedent Robert H. Lynch, and brings this action on her own behalf as the Sibling of Robert H. Lynch and is entitled to recover damages on the causes of action set forth herein.

2195.   Plaintiff Patricia Curry is a resident of the State of New York, the Sibling of Decedent Robert H. Lynch, and brings this action on her own behalf as the Sibling of Robert H. Lynch and is entitled to recover damages on the causes of action set forth herein.

2196.   Plaintiff DOE 69 is a resident of the state of New Jersey, the Spouse of Decedent DOE 69, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 69 and as the Personal Representative of the Estate of DOE 69 and is entitled to recover damages on the causes of action set forth herein. DOE 69 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2197.   Plaintiff Margaret A. Lynch is a resident of the State of Massachusetts, the Parent of Decedent Sean Patrick Lynch, and brings this action on her own behalf as the Parent of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein.

2198.   Plaintiff Laureen A. Sutera is a resident of the State of Massachusetts, the Sibling of Decedent Sean Patrick Lynch, and brings this action on her own behalf as the Sibling of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein.

2199.   Plaintiff Kathleen A. Hallstrom is a resident of the State of Massachusetts, the Sibling of Decedent Sean Patrick Lynch, and brings this action on her own behalf as the Sibling of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein.

2200.   Plaintiff Colleen M. Watson is a resident of the State of Massachusetts, the Sibling of Decedent Sean Patrick Lynch, and brings this action on her own behalf as the Sibling of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein.

2201.   Plaintiff John J. Lynch is a resident of the State of Massachusetts, the Parent of Decedent Sean Patrick Lynch, and brings this action on his own behalf as the Parent of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein.

2202.   Plaintiff Michael J. Lynch is a resident of the State of New York, the Sibling of Decedent Sean Patrick Lynch, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Sean Patrick Lynch and on behalf of all survivors of Sean Patrick Lynch and is entitled to recover damages on the causes of action set forth herein. Sean Patrick Lynch was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2203.   Plaintiff Ashley Nicole Lynch is a resident of the State of Virginia, the Child of Decedent Terence M. Lynch, and brings this action on her own behalf as the Child of Terence M. Lynch and is entitled to recover damages on the causes of action set forth herein.

2204.   Plaintiff Tiffany M. Lynch is a resident of the State of Pennsylvania, the Child of Decedent Terence M. Lynch, and brings this action on her own behalf as the Child of Terence M. Lynch and is entitled to recover damages on the causes of action set forth herein.

2205.   Plaintiff Jacqueline E. Lynch is a resident of the State of Pennsylvania, the Spouse of Decedent Terence M. Lynch, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Terence M. Lynch and on behalf of all survivors of Terence M. Lynch and is entitled to recover damages on the causes of action set forth herein. Terence M. Lynch was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2206.  Plaintiff Patricia Lyons is a resident of the State of New York, the Parent of Decedent Patrick John Lyons, and brings this action on her own behalf as the Parent of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2207.  Plaintiff Kelly Jean Lyons is a resident of the State of New York, the Sibling of Decedent Patrick John Lyons, and brings this action on her own behalf as the Sibling of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2208.  Plaintiff Kristen Elizabeth Lyons is a resident of the State of New York, the Sibling of Decedent Patrick John Lyons, and brings this action on her own behalf as the Sibling of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2209.  Plaintiff Irene Lyons- Loeffler is a resident of the State of New York, the Spouse of Decedent Patrick John Lyons, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Patrick John Lyons and on behalf of all survivors of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein. Patrick John Lyons was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2210.  Plaintiff Brian Patrick Lyons is a resident of the State of New York, the Parent of Decedent Patrick John Lyons, and brings this action on his own behalf as the Parent of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2211.  Plaintiff Brian Charles Lyons is a resident of the State of Wisconsin, the Sibling of Decedent Patrick John Lyons, and brings this action on his own behalf as the Sibling of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2212.   Plaintiff Sean Lyons is a resident of the State of New York, the Sibling of Decedent Patrick John Lyons, and brings this action on his own behalf as the Sibling of Patrick John Lyons and is entitled to recover damages on the causes of action set forth herein.

2213.   Plaintiff Kenneth J. Mace is a resident of the State of Pennsylvania, the Sibling of Decedent Robert Francis Mace, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Robert Francis Mace and on behalf of all survivors of Robert Francis Mace and is entitled to recover damages on the causes of action set forth herein. Robert Francis Mace was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2214.   Plaintiff Kazimierz Maciejewski is a resident of the State of New Jersey, the Parent of Decedent Jan Maciejewski, and brings this action on his own behalf as the Parent of Jan Maciejewski and is entitled to recover damages on the causes of action set forth herein.

2215.   Plaintiff Pawel Maciejewski is a resident of the State of New Jersey, the Sibling of Decedent Jan Maciejewski, and brings this action on his own behalf as the Sibling of Jan Maciejewski and is entitled to recover damages on the causes of action set forth herein.

2216.   Plaintiff Douglas Mackay is a resident of the State of Massachusetts, the Spouse of Decedent Susan Mackay, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Susan Mackay and on behalf of all survivors of Susan Mackay and is entitled to recover damages on the causes of action set forth herein. Susan Mackay was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2217.   Plaintiff Michelle Marie Madden is a resident of the State of Rhode Island, the Parent of Decedent Richard B. Madden, and brings this action on her own behalf as the Parent of Richard B. Madden and is entitled to recover damages on the causes of action set forth herein.

2218.   Plaintiff Melissa Madden Crowley is a resident of the State of Rhode Island, the Sibling of Decedent Richard B. Madden, and brings this action on her own behalf as the Sibling of Richard B. Madden and is entitled to recover damages on the causes of action set forth herein.

2219.   Plaintiff Maura Lezynski is a resident of the State of New Jersey, the Spouse of Decedent Richard B. Madden, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard B. Madden and on behalf of all survivors of Richard B. Madden and is entitled to recover damages on the causes of action set forth herein. Richard B. Madden was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2220.   Plaintiff Joshua Powers Madden is a resident of the State of New Jersey, the Sibling of Decedent Richard B. Madden, and brings this action on his own behalf as the Sibling of Richard B. Madden and is entitled to recover damages on the causes of action set forth herein.

2221.   Plaintiff Robert Twining Madden, Jr. is a resident of the State of Rhode Island, the Sibling of Decedent Richard B. Madden, and brings this action on his own behalf as the Sibling of Richard B. Madden and is entitled to recover damages on the causes of action set forth herein.

2222.   Plaintiff Penelope Joan Hassell is a resident of  United Kingdom, the Sibling of Decedent Simon Maddison, and brings this action on her own behalf as the Sibling of Simon Maddison and is entitled to recover damages on the causes of action set forth herein.

2223.  Plaintiff Elizabeth Collis is a resident of  United Kingdom, the Sibling of Decedent Simon Maddison, and brings this action on her own behalf as the Sibling of Simon Maddison and is entitled to recover damages on the causes of action set forth herein.

2224.  Plaintiff Maureen Maddison is a resident of the State of New Jersey, the Spouse of Decedent Simon Maddison, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Simon Maddison and on behalf of all survivors of Simon Maddison and is entitled to recover damages on the causes of action set forth herein. Simon Maddison was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2225.  Plaintiff Peter John Maddison is a resident of United Kingdom, the Parent of Decedent Simon Maddison, and brings this action on his own behalf as the Parent of Simon Maddison and is entitled to recover damages on the causes of action set forth herein.

2226.  Plaintiff Stephen Peter Maddison is a resident of  United Kingdom, the Sibling of Decedent Simon Maddison, and brings this action on his own behalf as the Sibling of Simon Maddison and is entitled to recover damages on the causes of action set forth herein.

2227.  Plaintiff Jennifer Lyn Maerz is a resident of the State of Florida, the Spouse of Decedent Noell Maerz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Noell Maerz and on behalf of all survivors of Noell Maerz and is entitled to recover damages on the causes of action set forth herein. Noell Maerz was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2228.   Plaintiff Ralph S. Maerz, Jr. is a resident of the State of Florida, the Parent of Decedent Noell Maerz, and brings this action on his own behalf as the Parent of Noell Maerz and is entitled to recover damages on the causes of action set forth herein.

2229.   Plaintiff Jean Maffeo, now deceased, was a resident of the State of New York, and the Parent of Decedent Joseph Maffeo; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2230.   Plaintiff Susan Maffeo Drury is a resident of the State of New York, the Sibling of Decedent Joseph Maffeo, and brings this action on her own behalf as the Sibling of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein.

2231.   Plaintiff Linda Maffeo Manfredi is a resident of the State of New York, the Sibling of Decedent Joseph Maffeo, and brings this action on her own behalf as the Sibling of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein.

2232.   Plaintiff Debra Maffeo Morri is a resident of the State of New York, the Sibling of Decedent Joseph Maffeo, and brings this action on her own behalf as the Sibling of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein.

2233.   Plaintiff Donna Maffeo is a resident of the State of Florida, the Sibling of Decedent Joseph Maffeo, and brings this action on her own behalf as the Sibling of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein.

2234.   Plaintiff Linda Maffeo is a resident of the State of New Jersey, the Spouse of Decedent Joseph Maffeo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Maffeo and on behalf of all survivors of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein. Joseph Maffeo was

killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2235. Plaintiff Louis Maffeo is a resident of the State of New York, the Parent of Decedent Joseph Maffeo, and brings this action on his own behalf as the Parent of Joseph Maffeo and is entitled to recover damages on the causes of action set forth herein.

2236. Plaintiff Beth A. Mahon is a resident of the State of New York, the Spouse of Decedent Thomas A. Mahon, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas A. Mahon and on behalf of all survivors of Thomas A. Mahon and is entitled to recover damages on the causes of action set forth herein. Thomas A. Mahon was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2237. Plaintiff Donna Mahoney is a resident of the State of New York, the Spouse of Decedent William J. Mahoney, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William J. Mahoney, Jr. and on behalf of all survivors of William J. Mahoney, Jr. and is entitled to recover damages on the causes of action set forth herein. William J. Mahoney, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2238. Plaintiff Beverly M. Maler is a resident of the State of New York, the Parent of Decedent Alfred Russell Maler, and brings this action on her own behalf as the Parent of Alfred Russell Maler and is entitled to recover damages on the causes of action set forth herein.

2239. Plaintiff Beverly V. Maler is a resident of the State of New York, the Sibling of Decedent Alfred Russell Maler, and brings this action on her own behalf as the Sibling of Alfred Russell Maler and is entitled to recover damages on the causes of action set forth herein.

413

2240.   Plaintiff Jeanine M. Sherman is a resident of the State of New York, the Sibling of Decedent Alfred Russell Maler, and brings this action on her own behalf as the Sibling of Alfred Russell Maler and is entitled to recover damages on the causes of action set forth herein.

2241.   Plaintiff DOE 59 is a resident of the state of New Jersey, the Spouse of Decedent DOE 59, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 59 and as the Personal Representative of the Estate of DOE 59 and is entitled to recover damages on the causes of action set forth herein. DOE 59 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2242.   Plaintiff Keith E. Maler is a resident of the State of New York, the Sibling of Decedent Alfred Russell Maler, and brings this action on his own behalf as the Sibling of Alfred Russell Maler and is entitled to recover damages on the causes of action set forth herein.

2243.   Plaintiff Edward Dwain Maler is a resident of the State of Florida, the Sibling of Decedent Alfred Russell Maler, and brings this action on his own behalf as the Sibling of Alfred Russell Maler and is entitled to recover damages on the causes of action set forth herein.

2244.   Plaintiff Michael A. Maler, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Alfred Russell Maler; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2245.   Plaintiff Kathleen Maloney is a resident of the State of New York, the Spouse of Decedent Joseph Maloney, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Maloney and on behalf of all survivors of Joseph Maloney and is entitled to recover damages on the causes of action set forth herein. Joseph

Maloney was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2246.   Plaintiff DOE 58 is a resident of the state of New Jersey, the Spouse of Decedent DOE 58, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 58 and as the Personal Representative of the Estate of DOE 58 and is entitled to recover damages on the causes of action set forth herein. DOE 58 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2247.   Plaintiff Kathleen Mangano is a resident of the State of New Jersey, the Spouse of Decedent Joseph Mangano, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Mangano and on behalf of all survivors of Joseph Mangano and is entitled to recover damages on the causes of action set forth herein. Joseph Mangano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2248.   Plaintiff Robert William Harvey is a resident of the State of New York, the Spouse of Decedent Sarah Elizabeth Manley, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Sarah Elizabeth Manley and on behalf of all survivors of Sarah Elizabeth Manley and is entitled to recover damages on the causes of action set forth herein. Sarah Elizabeth Manley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2249.   Plaintiff Kenneth R. Mannetta is a resident of the State of New York, the Spouse of Decedent Debra M. Mannetta, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Debra M. Mannetta and on behalf of all survivors of

Debra M. Mannetta and is entitled to recover damages on the causes of action set forth herein. Debra M. Mannetta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2250.  Plaintiff Elizabeth Kemmerer, now deceased, was a resident of the State of Pennsylvania, and the Child of Decedent Hilda Marcin; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2251.  Plaintiff Carole O'Hare is a resident of the State of Arizona, the Child of Decedent Hilda Marcin, and brings this action on her own behalf as Child and as the  of the Estate of Hilda Marcin and on behalf of all survivors of Hilda Marcin and is entitled to recover damages on the causes of action set forth herein. Hilda Marcin was killed at United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2252.  Plaintiff Shakeh Mardikian is a resident of the State of New Jersey, the Parent of Decedent Peter Edward Mardikian, and brings this action on her own behalf as the Parent of Peter Edward Mardikian and is entitled to recover damages on the causes of action set forth herein.

2253.  Plaintiff Monica N. Mardikian is a resident of the State of New Jersey, the Sibling of Decedent Peter Edward Mardikian, and brings this action on her own behalf as the Sibling of Peter Edward Mardikian and is entitled to recover damages on the causes of action set forth herein.

2254.  Plaintiff Alexander Paul Mardikian is a resident of the State of New Jersey, the Parent of Decedent Peter Edward Mardikian, and brings this action on his own behalf as the

Parent of Peter Edward Mardikian and is entitled to recover damages on the causes of action set forth herein.

2255.   Plaintiff Amelia J. Margiotta is a resident of the State of New York, the Parent of Decedent Charles Joseph Margiotta, and brings this action on her own behalf as the Parent of Charles Joseph Margiotta and is entitled to recover damages on the causes of action set forth herein.

2256.   Plaintiff Norma Margiotta is a resident of the State of New York, the Spouse of Decedent Charles Joseph Margiotta, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Joseph Margiotta and on behalf of all survivors of Charles Joseph Margiotta and is entitled to recover damages on the causes of action set forth herein. Charles Joseph Margiotta was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2257.   Plaintiff Charles V. Margiotta is a resident of the State of New York, the Parent of Decedent Charles Joseph Margiotta, and brings this action on his own behalf as the Parent of Charles Joseph Margiotta and is entitled to recover damages on the causes of action set forth herein.

2258.   Plaintiff Michael Margiotta is a resident of the State of New York, the Sibling of Decedent Charles Joseph Margiotta, and brings this action on his own behalf as the Sibling of Charles Joseph Margiotta and is entitled to recover damages on the causes of action set forth herein.

2259.  Plaintiff Charles Vito Margiotta, III is a resident of the State of New York, the Child of Decedent Charles Joseph Margiotta, and brings this action on his own behalf as the

Child of Charles Joseph Margiotta and is entitled to recover damages on the causes of action set forth herein.

2260. Plaintiff Mary Ann Marino is a resident of the State of New York, the Parent of Decedent Kenneth Marino, and brings this action on her own behalf as the Parent of Kenneth Marino and is entitled to recover damages on the causes of action set forth herein.

2261. Plaintiff Lynda Ann Marino is a resident of the State of New York, the Sibling of Decedent Kenneth Marino, and brings this action on her own behalf as the Sibling of Kenneth Marino and is entitled to recover damages on the causes of action set forth herein.

2262. Plaintiff Katrina Margit Marino is a resident of the State of Massachusetts, the Spouse of Decedent Kenneth Marino, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kenneth Marino and on behalf of all survivors of Kenneth Marino and is entitled to recover damages on the causes of action set forth herein. Kenneth Marino was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2263. Plaintiff Pat Marino is a resident of the State of New York, the Parent of Decedent Kenneth Marino, and brings this action on his own behalf as the Parent of Kenneth Marino and is entitled to recover damages on the causes of action set forth herein.

2264. Plaintiff Antonina Joan Marino is a resident of the State of New York, the Parent of Decedent Vita Marino, and brings this action on her own behalf as the Parent of Vita Marino and is entitled to recover damages on the causes of action set forth herein.

2265. Plaintiff James Martin Marino is a resident of the State of New York, the Sibling of Decedent Vita Marino, and brings this action on his own behalf as the Sibling of Vita Marino and is entitled to recover damages on the causes of action set forth herein.

2266.   Plaintiff Martin Anthony Marino is a resident of the State of Pennsylvania, the Sibling of Decedent Vita Marino, and brings this action on his own behalf as the Sibling of Vita Marino and is entitled to recover damages on the causes of action set forth herein.

2267.   Plaintiff Michael Patrick Marino is a resident of the State of New York, the Sibling of Decedent Vita Marino, and brings this action on his own behalf as the Sibling of Vita Marino and is entitled to recover damages on the causes of action set forth herein.

2268.   Plaintiff DOE 38 is a resident of the state of New York, the Spouse of Decedent DOE 38, and brings this action on his own behalf as Spouse and on behalf of all survivors of DOE 38 and as the Personal Representative of the Estate of DOE 38 and is entitled to recover damages on the causes of action set forth herein. DOE 38 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2269.   Plaintiff Rosemary Claire Meyer is a resident of the State of Pennsylvania, the Parent of Decedent Kevin D. Marlo, and brings this action on her own behalf as the Parent of Kevin D. Marlo and is entitled to recover damages on the causes of action set forth herein.

2270.   Plaintiff Dennis Marlo is a resident of the State of Pennsylvania, the Parent of Decedent Kevin D. Marlo, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Kevin D. Marlo and on behalf of all survivors of Kevin D. Marlo and is entitled to recover damages on the causes of action set forth herein. Kevin D. Marlo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2271.   Plaintiff Jodi A. Marrero is a resident of the State of New Jersey, the Spouse of Decedent Jose Marrero, and brings this action on her own behalf as Spouse and as the Personal

419

Representative of the Estate of Jose Marrero and on behalf of all survivors of Jose Marrero and is entitled to recover damages on the causes of action set forth herein. Jose Marrero was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2272.   Plaintiff Doreen E. Rowland, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent John Daniel Marshall; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2273.   Plaintiff Jeanette A. Marshall is a resident of the State of New York, the Parent of Decedent John Daniel Marshall, and brings this action on her own behalf as the Parent of John Daniel Marshall and is entitled to recover damages on the causes of action set forth herein.

2274.   Plaintiff Lori T. Marshall is a resident of the State of Iowa, the Spouse of Decedent John Daniel Marshall, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Daniel Marshall and on behalf of all survivors of John Daniel Marshall and is entitled to recover damages on the causes of action set forth herein. John Daniel Marshall was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2275.   Plaintiff Donn E. Marshall is a resident of the State of West Virginia, the Spouse of Decedent Shelley A. Marshall, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Shelley A. Marshall and on behalf of all survivors of Shelley A. Marshall and is entitled to recover damages on the causes of action set forth herein. Shelley A. Marshall was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2276.   Plaintiff John A. Martin is a resident of the State of California, the Sibling of Decedent Karen A. Martin, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Karen A. Martin and on behalf of all survivors of Karen A. Martin and is entitled to recover damages on the causes of action set forth herein. Karen A. Martin was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2277.   Plaintiff Paul R. Martin, now deceased, was a resident of the State of New Hampshire, and the Sibling of Decedent Karen A. Martin; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2278.   Plaintiff Deborah D. Martin is a resident of the State of New Jersey, the Spouse of Decedent William J. Martin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William J. Martin and on behalf of all survivors of William J. Martin and is entitled to recover damages on the causes of action set forth herein. William J. Martin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2279.   Plaintiff Luis Gaston, now deceased, was a resident of the State of New York, and the Parent of Decedent Betsy Martinez; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2280.   The Representative of the Estate of Betsy Martinez brings this action on behalf of the Estate of Betsy Martinez and on behalf of all survivors of Betsy Martinez and is entitled to recover damages on the causes of action set forth herein.   Betsy Martinez was killed at One

World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2281.   Plaintiff DOE 124 is a resident of the state of New York, the Spouse of Decedent DOE 124, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 124 and as the Personal Representative of the Estate of DOE 124 and is entitled to recover damages on the causes of action set forth herein. DOE 124 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2282.   Plaintiff Michael Jesse Martinez is a resident of the State of New York, the Child of Decedent Jose Angel Martinez, Jr., and brings this action on his own behalf as the Child of Jose Angel Martinez, Jr. and is entitled to recover damages on the causes of action set forth herein.

2283.   Plaintiff Lourdes Lebron is a resident of the State of Massachusetts, the Sibling of Decedent Waleska Martinez, and brings this action on her own behalf as the Sibling of Waleska Martinez and is entitled to recover damages on the causes of action set forth herein.

2284.   Plaintiff Marino Calderon is a resident of the State of Florida, the Spouse of Decedent Lizie Martinez-Calderon, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Lizie Martinez-Calderon and on behalf of all survivors of Lizie Martinez-Calderon and is entitled to recover damages on the causes of action set forth herein. Lizie Martinez-Calderon was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2285.   Plaintiff Lisa Martini is a resident of the State of New York, the Spouse of Decedent Paul Richard Martini, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Paul Richard Martini and on behalf of all survivors of Paul Richard Martini and is entitled to recover damages on the causes of action set forth herein. Paul Richard Martini was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2286.   Plaintiff Mildred Martino, now deceased, was a resident of the State of New York, and the Parent of Decedent Anne Marie Martino-Cramer; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2287.   Plaintiff Patricia Nilsen is a resident of the State of New York, the Sibling of Decedent Anne Marie Martino-Cramer, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Anne Marie Martino-Cramer and on behalf of all survivors of Anne Marie Martino-Cramer and is entitled to recover damages on the causes of action set forth herein. Anne Marie Martino-Cramer was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2288.   Plaintiff Anthony Demitrio Martino is a resident of the State of New York, the Sibling of Decedent Anne Marie Martino-Cramer, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Anne Marie Martino-Cramer and on behalf of all survivors of Anne Marie Martino-Cramer and is entitled to recover damages on the causes of action set forth herein. Anne Marie Martino-Cramer was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2289.   Plaintiff Joan Masi, now deceased, was a resident of the State of Florida, and the Spouse of Decedent Stephen F. Masi; the Representative of her Estate, Theresa Bevilacqua, brings this action and is entitled to recover damages on the causes of action set forth herein.

2290.   Plaintiff Theresa Bevilacqua is a resident of the State of Florida, the step-child of Decedent Stephen F. Masi, and brings this action on her own behalf as step-child and as the Personal Representative of the Estate of Stephen F. Masi and on behalf of all survivors of Stephen F. Masi and is entitled to recover damages on the causes of action set forth herein. Stephen F. Masi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2291.   Plaintiff Stephen J. Masi is a resident of the State of Florida, the Child of Decedent Stephen F. Masi, and brings this action on his own behalf as the Child of Stephen F. Masi and is entitled to recover damages on the causes of action set forth herein.

2292.   Plaintiff Anna Ella Cimaroli is a resident of the State of New York, the Parent of Decedent Patricia Ann Massari, and brings this action on her own behalf as the Parent of Patricia Ann Massari and is entitled to recover damages on the causes of action set forth herein.

2293.   Plaintiff Richard Patrick Cimaroli is a resident of the State of New York, the Parent of Decedent Patricia Ann Massari, and brings this action on his own behalf as the Parent of Patricia Ann Massari and is entitled to recover damages on the causes of action set forth herein.

2294.   Plaintiff Joseph Cimaroli is a resident of the State of New York, the Sibling of Decedent Patricia Ann Massari, and brings this action on his own behalf as the Sibling of Patricia Ann Massari and is entitled to recover damages on the causes of action set forth herein.

2295.   Plaintiff Josephine Holubar is a resident of the State of New York, the Parent of Decedent Michael Massaroli, and brings this action on her own behalf as the Parent of Michael Massaroli and is entitled to recover damages on the causes of action set forth herein.

2296.   Plaintiff Joann Cleary is a resident of the State of New Jersey, the Sibling of Decedent Michael Massaroli, and brings this action on her own behalf as the Sibling of Michael Massaroli and is entitled to recover damages on the causes of action set forth herein.

2297.   Plaintiff Diane Massaroli is a resident of the State of New York, the Spouse of Decedent Michael Massaroli, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Massaroli and on behalf of all survivors of Michael Massaroli and is entitled to recover damages on the causes of action set forth herein. Michael Massaroli was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2298.   Plaintiff Rosalie Annette Mastrandrea is a resident of the State of New Jersey, the Parent of Decedent Philip William Mastrandrea, Jr., and brings this action on her own behalf as the Parent of Philip William Mastrandrea, Jr. and is entitled to recover damages on the causes of action set forth herein.

2299.   Plaintiff Lynn Marie Paragano is a resident of the State of New Jersey, the Sibling of Decedent Philip William Mastrandrea, Jr., and brings this action on her own behalf as the Sibling of Philip William Mastrandrea, Jr. and is entitled to recover damages on the causes of action set forth herein.

2300.  Plaintiff Karen Elizabeth Mastrandrea is a resident of the State of New York, the Spouse of Decedent Philip William Mastrandrea, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Philip William Mastrandrea, Jr. and

on behalf of all survivors of Philip William Mastrandrea, Jr. and is entitled to recover damages on the causes of action set forth herein. Philip William Mastrandrea, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2301.   Plaintiff Robert Mastrandrea is a resident of the State of New Jersey, the Sibling of Decedent Philip William Mastrandrea, Jr., and brings this action on his own behalf as the Sibling of Philip William Mastrandrea, Jr. and is entitled to recover damages on the causes of action set forth herein.

2302.   Plaintiff Philip William Mastrandrea, Sr. is a resident of the State of New Jersey, the Parent of Decedent Philip William Mastrandrea, Jr., and brings this action on his own behalf as the Parent of Philip William Mastrandrea, Jr. and is entitled to recover damages on the causes of action set forth herein.

2303.   Plaintiff Isabelle Mastrocinque is a resident of the State of New York, the Parent of Decedent Rudy Mastrocinque, Jr., and brings this action on her own behalf as the Parent of Rudy Mastrocinque, Jr. and is entitled to recover damages on the causes of action set forth herein.

2304.   Plaintiff Sharon Swailes is a resident of the State of New York, the Sibling of Decedent Rudy Mastrocinque, Jr., and brings this action on her own behalf as the Sibling of Rudy Mastrocinque, Jr. and is entitled to recover damages on the causes of action set forth herein.

2305.   Plaintiff Rudy Mastocinque, Sr. is a resident of the State of New York, the Parent of Decedent Rudy Mastrocinque, Jr., and brings this action on his own behalf as the Parent of

Rudy Mastrocinque, Jr. and is entitled to recover damages on the causes of action set forth herein.

2306.  Plaintiff Rudy Mastrocinque, Sr. is a resident of the State of New York, the Parent of Decedent Rudy Mastrocinque, Jr., and brings this action on his own behalf as the Parent of Rudy Mastrocinque, Jr. and is entitled to recover damages on the causes of action set forth herein.

2307.  Plaintiff Teresa Mathai is a resident of the State of California, the Spouse of Decedent Joseph Mathai, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Mathai and on behalf of all survivors of Joseph Mathai and is entitled to recover damages on the causes of action set forth herein. Joseph Mathai was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2308.  Plaintiff Margaret Louisa Mathers is a resident of the State of Texas, the Spouse of Decedent Charles W. Mathers, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles W. Mathers and on behalf of all survivors of Charles W. Mathers and is entitled to recover damages on the causes of action set forth herein. Charles W. Mathers was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2309.  Plaintiff Marguerite Mattson, now deceased, was a resident of the State of New York, and the Parent of Decedent Robert Mattson; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2310.  Plaintiff Jean E. Mattson is a resident of the State of New Jersey, the Child of Decedent Robert Mattson, and brings this action on her own behalf as the Child of Robert Mattson and is entitled to recover damages on the causes of action set forth herein.

2311.  Plaintiff Elizabeth A. Mattson is a resident of the State of New Jersey, the Spouse of Decedent Robert Mattson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Mattson and on behalf of all survivors of Robert Mattson and is entitled to recover damages on the causes of action set forth herein. Robert Mattson was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2312.  Plaintiff James F. Mattson is a resident of the State of New Jersey, the Child of Decedent Robert Mattson, and brings this action on his own behalf as the Child of Robert Mattson and is entitled to recover damages on the causes of action set forth herein.

2313.  Plaintiff William G. Mattson is a resident of the State of New York, the Sibling of Decedent Robert Mattson, and brings this action on his own behalf as the Sibling of Robert Mattson and is entitled to recover damages on the causes of action set forth herein.

2314.  Plaintiff Denise Matuza is a resident of the State of New York, the Spouse of Decedent Walter Matuza, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Walter Matuza and on behalf of all survivors of Walter Matuza and is entitled to recover damages on the causes of action set forth herein. Walter Matuza was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2315.  Plaintiff Margaret Mauro is a resident of the State of Tennessee, the Sibling of Decedent Dorothy Mauro, and brings this action on her own behalf as Sibling and as the

Personal Representative of the Estate of Dorothy Mauro and on behalf of all survivors of Dorothy Mauro and is entitled to recover damages on the causes of action set forth herein. Dorothy Mauro was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2316.  Plaintiff Nancy A. May is a resident of the State of Nevada, the Parent of Decedent Renee A. May, and brings this action on her own behalf as the Parent of Renee A. May and is entitled to recover damages on the causes of action set forth herein.

2317.  Plaintiff Ronald F. May is a resident of the State of Nevada, the Parent of Decedent Renee A. May, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Renee A. May and on behalf of all survivors of Renee A. May and is entitled to recover damages on the causes of action set forth herein. Renee A. May was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2318.  Plaintiff Jeffrey M. May is a resident of the State of Nevada, the Sibling of Decedent Renee A. May, and brings this action on his own behalf as the Sibling of Renee A. May and is entitled to recover damages on the causes of action set forth herein.

2319.  Plaintiff Kenneth May is a resident of the State of California, the Sibling of Decedent Renee A. May, and brings this action on his own behalf as the Sibling of Renee A. May and is entitled to recover damages on the causes of action set forth herein.

2320.  Plaintiff David Spivock, Jr. is a resident of the State of Maryland, the Fiancé of Decedent Renee A. May, and brings this action on his own behalf as the Fiancé of Renee A. May and is entitled to recover damages on the causes of action set forth herein.

2321.   Plaintiff Susan M. Brannigan is a resident of the State of Pennsylvania, the Child of Decedent Edward Mazzella, Jr., and brings this action on her own behalf as the Child of Edward Mazzella, Jr. and is entitled to recover damages on the causes of action set forth herein.

2322.   Plaintiff Catherine Mazzella is a resident of the State of New York, the Spouse of Decedent Edward Mazzella, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward Mazzella, Jr. and on behalf of all survivors of Edward Mazzella, Jr. and is entitled to recover damages on the causes of action set forth herein. Edward Mazzella, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2323.   Plaintiff Michael T. Mazzella is a resident of the State of New York, the Child of Decedent Edward Mazzella, Jr., and brings this action on his own behalf as the Child of Edward Mazzella, Jr. and is entitled to recover damages on the causes of action set forth herein.

2324.   Plaintiff Catherine Mazzotta is a resident of the State of New York, the Parent of Decedent Jennifer Mazzotta, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jennifer Mazzotta and on behalf of all survivors of Jennifer Mazzotta and is entitled to recover damages on the causes of action set forth herein. Jennifer Mazzotta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2325.   Plaintiff Michelle Bonetti is a resident of the State of New York, the Sibling of Decedent Jennifer Mazzotta, and brings this action on her own behalf as the Sibling of Jennifer Mazzotta and is entitled to recover damages on the causes of action set forth herein.

2326.   Plaintiff Anthony Roman is a resident of the State of New York, the Fiancé of Decedent Jennifer Mazzotta, and brings this action on his own behalf as the Fiancé of Jennifer Mazzotta and is entitled to recover damages on the causes of action set forth herein.

2327.   Plaintiff Vito V. Mazzotta is a resident of the State of New York, the Parent of Decedent Jennifer Mazzotta, and brings this action on his own behalf as the Parent of Jennifer Mazzotta and is entitled to recover damages on the causes of action set forth herein.

2328.   Plaintiff Charles Mazzotta is a resident of the State of New York, the Sibling of Decedent Jennifer Mazzotta, and brings this action on his own behalf as the Sibling of Jennifer Mazzotta and is entitled to recover damages on the causes of action set forth herein.

2329.   Plaintiff Vertistine Beaman Mbaya is a resident of the State of Kenya, the Parent of Decedent Kaaria William Mbaya, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Kaaria William Mbaya and on behalf of all survivors of Kaaria William Mbaya and is entitled to recover damages on the causes of action set forth herein. Kaaria William Mbaya was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2330.   Plaintiff Kibabu Mbaya is a resident of the State of Pennsylvania, the Sibling of Decedent Kaaria William Mbaya, and brings this action on his own behalf as the Sibling of Kaaria William Mbaya and is entitled to recover damages on the causes of action set forth herein.

2331.   Plaintiff Njue W. Mbaya is a resident of the State of Alaska, the Sibling of Decedent Kaaria William Mbaya, and brings this action on his own behalf as the Sibling of Kaaria William Mbaya and is entitled to recover damages on the causes of action set forth herein.

2332.   Plaintiff Dawn McAleese is a resident of the State of New York, the Spouse of Decedent Brian G. McAleese, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brian G. McAleese and on behalf of all survivors of Brian G. McAleese and is entitled to recover damages on the causes of action set forth herein. Brian G. McAleese was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2333.   Plaintiff Margaret E. Cruz is a resident of the State of New York, the Domestic Partner of Decedent Patricia A. McAneney, and brings this action on her own behalf as the Domestic Partner of Patricia A. McAneney and is entitled to recover damages on the causes of action set forth herein.

2334.   Plaintiff James McAneney is a resident of the State of New York, the Sibling of Decedent Patricia A. McAneney, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Patricia A. McAneney and on behalf of all survivors of Patricia A. McAneney and is entitled to recover damages on the causes of action set forth herein. Patricia A. McAneney was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2335.   Plaintiff Sheila Mcpherson is a resident of  Canada, the Sibling of Decedent Colin Richard McArthur, and brings this action on her own behalf as the Sibling of Colin Richard McArthur and is entitled to recover damages on the causes of action set forth herein.

2336.   Plaintiff Philomena McAvoy is a resident of the State of New York, the Parent of Decedent John K. McAvoy, and brings this action on her own behalf as the Parent of John K. McAvoy and is entitled to recover damages on the causes of action set forth herein.

2337.   Plaintiff Paula M. McAvoy is a resident of the State of New York, the Spouse of Decedent John K. McAvoy, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John K. McAvoy and on behalf of all survivors of John K. McAvoy and is entitled to recover damages on the causes of action set forth herein. John K. McAvoy was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2338.   Plaintiff Michael McAvoy is a resident of the State of Arizona, the Sibling of Decedent John K. McAvoy, and brings this action on his own behalf as the Sibling of John K. McAvoy and is entitled to recover damages on the causes of action set forth herein.

2339.   Plaintiff Marsha K. McBrayer is a resident of the State of Florida, the Spouse of Decedent Kenneth M. McBrayer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kenneth M. McBrayer and on behalf of all survivors of Kenneth M. McBrayer and is entitled to recover damages on the causes of action set forth herein. Kenneth M. McBrayer was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2340.   Plaintiff Lynn C. McCabe is a resident of the State of New Jersey, the Spouse of Decedent Michael J. McCabe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael J. McCabe and on behalf of all survivors of Michael J. McCabe and is entitled to recover damages on the causes of action set forth herein. Michael J. McCabe was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2341.   Plaintiff Natalie Mary McCann is a resident of the State of New York, the Parent of Decedent Thomas J. McCann, and brings this action on her own behalf as the Parent of Thomas J. McCann and is entitled to recover damages on the causes of action set forth herein.

2342.   Plaintiff Natalie Mary Moriarty is a resident of the State of New York, the Sibling of Decedent Thomas J. McCann, and brings this action on her own behalf as the Sibling of Thomas J. McCann and is entitled to recover damages on the causes of action set forth herein.

2343.   Plaintiff Anne Marie McCann is a resident of the State of New Jersey, the Spouse of Decedent Thomas J. McCann, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas J. McCann and on behalf of all survivors of Thomas J. McCann and is entitled to recover damages on the causes of action set forth herein. Thomas J. McCann was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2344.   Plaintiff George Gerard McCann is a resident of the State of New Jersey, the Sibling of Decedent Thomas J. McCann, and brings this action on his own behalf as the Sibling of Thomas J. McCann and is entitled to recover damages on the causes of action set forth herein.

2345.   Plaintiff Marie McCarthy is a resident of the State of Florida, the Parent of Decedent Kevin Micheal McCarthy, and brings this action on her own behalf as the Parent of Kevin Micheal McCarthy and is entitled to recover damages on the causes of action set forth herein.

2346.   Plaintiff Kathleen Marie Sullivan is a resident of the State of Massachusetts, the Sibling of Decedent Kevin Micheal McCarthy, and brings this action on her own behalf as the Sibling of Kevin Micheal McCarthy and is entitled to recover damages on the causes of action set forth herein.

2347.   Plaintiff Debra Menich is a resident of the State of Connecticut, the Spouse of Decedent Kevin Micheal McCarthy, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kevin Micheal McCarthy and on behalf of all survivors of Kevin Micheal McCarthy and is entitled to recover damages on the causes of action set forth herein. Kevin Micheal McCarthy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2348.   Plaintiff Charles Mccarthy, Jr. is a resident of the State of Massachusetts, the Sibling of Decedent Kevin Micheal McCarthy, and brings this action on his own behalf as the Sibling of Kevin Micheal McCarthy and is entitled to recover damages on the causes of action set forth herein.

2349.   Plaintiff Charles Mccarthy, Sr. is a resident of the State of Massachusetts, the Parent of Decedent Kevin Micheal McCarthy, and brings this action on his own behalf as the Parent of Kevin Micheal McCarthy and is entitled to recover damages on the causes of action set forth herein.

2350.   Plaintiff Cynthia Elaine McDay, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Tonyell F. McDay; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2351.   Representative of the Estate of Tonyell F. McDay brings this action on behalf of the Estate of Tonyell F. McDay and on behalf of all survivors of Tonyell F. McDay and is entitled to recover damages on the causes of action set forth herein. Tonyell F. McDay was killed in One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2352.   Plaintiff Rufus J. McDay is a resident of the State of New Jersey, the Parent of Decedent Tonyell F. McDay, and brings this action on his own behalf as the Parent of Tonyell F. McDay and is entitled to recover damages on the causes of action set forth herein.

2353.   Plaintiff Ruvaughn McDay is a resident of the State of New Jersey, the Sibling of Decedent Tonyell F. McDay, and brings this action on his own behalf as the Sibling of Tonyell F. McDay and is entitled to recover damages on the causes of action set forth herein.

2354.   Plaintiff Jacqueline A. McDermott is a resident of the State of New York, the Parent of Decedent Matthew Thomas McDermott, and brings this action on her own behalf as the Parent of Matthew Thomas McDermott and is entitled to recover damages on the causes of action set forth herein.

2355.   Plaintiff Margaret McDermott is a resident of the State of Connecticut, the Sibling of Decedent Matthew Thomas McDermott, and brings this action on her own behalf as the Sibling of Matthew Thomas McDermott and is entitled to recover damages on the causes of action set forth herein.

2356.   Plaintiff Suzanne P. McDermott is a resident of the State of Virginia, the Sibling of Decedent Matthew Thomas McDermott, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Matthew Thomas McDermott and on behalf of all survivors of Matthew Thomas McDermott and is entitled to recover damages on the causes of action set forth herein. Matthew Thomas McDermott was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2357.   Plaintiff John E. McDermott is a resident of the State of Virginia, the Parent of Decedent Matthew Thomas McDermott, and brings this action on his own behalf as the Parent of

Matthew Thomas McDermott and is entitled to recover damages on the causes of action set forth herein.

2358.   Plaintiff John C. McDermott is a resident of the State of New York, the Sibling of Decedent Matthew Thomas McDermott, and brings this action on his own behalf as the Sibling of Matthew Thomas McDermott and is entitled to recover damages on the causes of action set forth herein.

2359.   Plaintiff DOE 139 is a resident of the state of New Jersey, the Spouse of Decedent DOE 139, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 139 and as the Personal Representative of the Estate of DOE 139 and is entitled to recover damages on the causes of action set forth herein. DOE 139 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2360.   Plaintiff Ann Claire McDonnell is a resident of the State of New York, the Parent of Decedent Brian G. McDonnell, and brings this action on her own behalf as the Parent of Brian G. McDonnell and is entitled to recover damages on the causes of action set forth herein.

2361.   Plaintiff Alicia Arancibia is a resident of the State of New York, the Sibling of Decedent Brian G. McDonnell, and brings this action on her own behalf as the Sibling of Brian G. McDonnell and is entitled to recover damages on the causes of action set forth herein.

2362.   Plaintiff Margaret McDonnell is a resident of the State of New York, the Spouse of Decedent Brian G. McDonnell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brian G. McDonnell and on behalf of minor children K.M. and T.M. and on behalf of all survivors of Brian G. McDonnell and is entitled to recover damages on the causes of action set forth herein. Brian G. McDonnell was killed at Two World

Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2363.   Plaintiff Robert McDonnell is a resident of the State of Pennsylvania, the Sibling of Decedent Brian G. McDonnell, and brings this action on his own behalf as the Sibling of Brian G. McDonnell and is entitled to recover damages on the causes of action set forth herein.

2364.   Plaintiff Kevin Michael McDonnell is a resident of the State of New York, the Sibling of Decedent Brian G. McDonnell, and brings this action on his own behalf as the Sibling of Brian G. McDonnell and is entitled to recover damages on the causes of action set forth herein.

2365.   Plaintiff Cheryl Ann McDonnell is a resident of the State of Florida, the Spouse of Decedent Michael Patrick McDonnell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael Patrick McDonnell and on behalf of minor children B.M.M. and K.M.M. and on behalf of all survivors of Michael Patrick McDonnell and is entitled to recover damages on the causes of action set forth herein. Michael Patrick McDonnell was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2366.   Plaintiff Bonnie McEneaney is a resident of the State of Connecticut, the Spouse of Decedent Eamon McEneaney, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Eamon McEneaney and on behalf of all survivors of Eamon McEneaney and is entitled to recover damages on the causes of action set forth herein. Eamon McEneaney was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2367.   Plaintiff Agnes Marie McErlean is a resident of the State of Rhode Island, the Parent of Decedent John T. McErlean, Jr., and brings this action on her own behalf as the Parent of John T. McErlean, Jr. and is entitled to recover damages on the causes of action set forth herein.

2368.   Plaintiff Marie McErlean Hunter is a resident of the State of New Jersey, the Sibling of Decedent John T. McErlean, Jr., and brings this action on her own behalf as the Sibling of John T. McErlean, Jr. and is entitled to recover damages on the causes of action set forth herein.

2369.   Plaintiff Agnes Marie Duhamel is a resident of the State of Rhode Island, the Sibling of Decedent John T. McErlean, Jr., and brings this action on her own behalf as the Sibling of John T. McErlean, Jr. and is entitled to recover damages on the causes of action set forth herein.

2370.   Plaintiff Catherine Francese is a resident of the State of New York, the Sibling of Decedent John T. McErlean, Jr., and brings this action on her own behalf as the Sibling of John T. McErlean, Jr. and is entitled to recover damages on the causes of action set forth herein.

2371.   Plaintiff Thomas M. McErlean, now deceased, was a resident of the State of New York, and the Sibling of Decedent John T. McErlean, Jr.; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2372.   Plaintiff John T. McErlean, Sr. is a resident of the State of Rhode Island, the Parent of Decedent John T. McErlean, Jr., and brings this action on his own behalf as the Parent of John T. McErlean, Jr. and is entitled to recover damages on the causes of action set forth herein.

2373.   Plaintiff Patricia D. McGinly is a resident of the State of Louisiana, the Parent of Decedent Mark Ryan McGinly, and brings this action on her own behalf as the Parent of Mark Ryan McGinly and is entitled to recover damages on the causes of action set forth herein.

2374.   Plaintiff William C. McGinly is a resident of the State of Virginia, the Parent of Decedent Mark Ryan McGinly, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Mark Ryan McGinly and on behalf of all survivors of Mark Ryan McGinly and is entitled to recover damages on the causes of action set forth herein. Mark Ryan McGinly was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2375.   Plaintiff Sean M. Mcginly is a resident of the State of California, the Sibling of Decedent Mark Ryan McGinly, and brings this action on his own behalf as the Sibling of Mark Ryan McGinly and is entitled to recover damages on the causes of action set forth herein.

2376.   Plaintiff Andrew M. McGinly is a resident of the State of Louisiana, the Sibling of Decedent Mark Ryan McGinly, and brings this action on his own behalf as the Sibling of Mark Ryan McGinly and is entitled to recover damages on the causes of action set forth herein.

2377.   Plaintiff Marilyn Mcgovern Zurica is a resident of the State of New York, the Sibling of Decedent William J. McGovern, and brings this action on her own behalf as the Sibling of William J. McGovern and is entitled to recover damages on the causes of action set forth herein.

2378.   Plaintiff Mary Sue McGovern is a resident of the State of New York, the Spouse of Decedent William J. McGovern, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William J. McGovern and on behalf of all survivors of William J. McGovern and is entitled to recover damages on the causes of action set forth herein.

William J. McGovern was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2379.   Plaintiff Frances N. Sennas is a resident of the State of New York, the Parent of Decedent Stacey Sennas McGowan, and brings this action on her own behalf as the Parent of Stacey Sennas McGowan and is entitled to recover damages on the causes of action set forth herein.

2380.   Plaintiff Semo P. Sennas is a resident of the State of New York, the Parent of Decedent Stacey Sennas McGowan, and brings this action on his own behalf as the Parent of Stacey Sennas McGowan and is entitled to recover damages on the causes of action set forth herein.

2381.   Plaintiff Danielle McGuinn is a resident of the State of New York, the Child of Decedent Francis Noel McGuinn, and brings this action on her own behalf as the Child of Francis Noel McGuinn and is entitled to recover damages on the causes of action set forth herein.

2382.   Plaintiff Lynn S. McGuinn is a resident of the State of Connecticut, the Spouse of Decedent Francis Noel McGuinn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Francis Noel McGuinn and on behalf of all survivors of Francis Noel McGuinn and is entitled to recover damages on the causes of action set forth herein. Francis Noel McGuinn was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2383.   Plaintiff Danielle McGuire is a resident of the State of New Jersey, the Spouse of Decedent Patrick McGuire, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Patrick McGuire and on behalf of all survivors of

Patrick McGuire and is entitled to recover damages on the causes of action set forth herein. Patrick McGuire was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2384.   Plaintiff DOE 56 is a resident of the state of New Jersey, the Parent of Decedent DOE 56, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 56 and as the Personal Representative of the Estate of DOE 56 and is entitled to recover damages on the causes of action set forth herein. DOE 56 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2385.   Plaintiff DOE 56 is a resident of the New Jersey, the Sibling of Decedent DOE 56, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2386.   Plaintiff DOE 56 is a resident of the New Jersey, the Sibling of Decedent DOE 56, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2387.   Plaintiff DOE 31 is a resident of the New York, the Parent of Decedent DOE 31, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2388.   Plaintiff DOE 31 is a resident of the state of New York, the Sibling of Decedent DOE 31, and brings this action on her own behalf as Sibling and on behalf of all survivors of DOE 31 and as the Personal Representative of the Estate of DOE 31 and is entitled to recover damages on the causes of action set forth herein. DOE 31 was killed at Two World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2389.   Plaintiff DOE 31 is a resident of the New York, the Sibling of Decedent DOE 31, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2390.   Plaintiff Una Margaret McHugh is a resident of the State of New York, the Spouse of Decedent Dennis P. McHugh, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis P. McHugh and on behalf of all survivors of Dennis P. McHugh and is entitled to recover damages on the causes of action set forth herein. Dennis P. McHugh was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2391.   Plaintiff Maria C. McHugh is a resident of the State of New York, the Spouse of Decedent Michael E. McHugh, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael E. McHugh, Jr. and on behalf of all survivors of Michael E. McHugh, Jr. and is entitled to recover damages on the causes of action set forth herein. Michael E. McHugh, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2392.   Plaintiff Jeannine McIntyre is a resident of the State of New York, the Spouse of Decedent Donald J. McIntyre, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald J. McIntyre and on behalf of all survivors of Donald J. McIntyre and is entitled to recover damages on the causes of action set forth herein. Donald J. McIntyre was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2393.   Plaintiff Agnes Mckenna is a resident of the State of New York, the Parent of Decedent Stephanie McKenna, and brings this action on her own behalf as the Parent of Stephanie McKenna and is entitled to recover damages on the causes of action set forth herein.

2394.   Plaintiff Patricia Mckenna is a resident of the State of New York, the Sibling of Decedent Stephanie McKenna, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Stephanie McKenna and on behalf of all survivors of Stephanie McKenna and is entitled to recover damages on the causes of action set forth herein. Stephanie McKenna was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2395.   Plaintiff Eugene Mckenna is a resident of the State of New York, the Parent of Decedent Stephanie McKenna, and brings this action on his own behalf as the Parent of Stephanie McKenna and is entitled to recover damages on the causes of action set forth herein.

2396.   Plaintiff Maureen Sproha is a resident of the State of Florida, the Aunt of Decedent Gavin McMahon, and brings this action on her own behalf as Aunt and as the Co-Administrator of the Estate of Gavin McMahon and on behalf of all survivors of Gavin McMahon and is entitled to recover damages on the causes of action set forth herein. Gavin McMahon was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2397.   Plaintiff John A. Sproha, Sr. is a resident of the State of Florida, the Uncle of Decedent Gavin McMahon, and brings this action on his own behalf as Uncle and as the Co-Administrator of the Estate of Gavin McMahon and on behalf of all survivors of Gavin McMahon and is entitled to recover damages on the causes of action set forth herein. Gavin

444

McMahon was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2398.   Plaintiff Kathryn Walker McNeal is a resident of the State of Maryland, the Parent of Decedent Daniel W. McNeal, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Daniel W. McNeal and on behalf of all survivors of Daniel W. McNeal and is entitled to recover damages on the causes of action set forth herein. Daniel W. McNeal was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2399.   Plaintiff Jennifer McNulty-Ahern is a resident of  United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on her own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2400.   Plaintiff Catherine McNulty is a resident of  United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on her own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2401.   Plaintiff Helen McNulty is a resident of  United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on her own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2402.   Plaintiff Clive McNulty is a resident of  United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on his own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2403.   Plaintiff Mike McNulty is a resident of United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on his own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2404.   Plaintiff Luke McNulty is a resident of United Kingdom, the Sibling of Decedent Christine Sheila McNulty, and brings this action on his own behalf as the Sibling of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein.

2405.   Plaintiff William Jorn Skead is a resident of United Kingdom, the Spouse of Decedent Christine Sheila McNulty, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Christine Sheila McNulty and on behalf of all survivors of Christine Sheila McNulty and is entitled to recover damages on the causes of action set forth herein. Christine Sheila McNulty was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2406.   Plaintiff Rosanne McNulty, now deceased, was a resident of the State of Florida, and the Parent of Decedent Sean Peter McNulty; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2407.   Plaintiff Gerald R. McNulty, III, now deceased, was a resident of the State of Florida, and the Parent of Decedent Sean Peter McNulty; the Representative of Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2408.   Plaintiff Richard McNulty is a resident of New York, the Sibling of Decedent Sean Peter McNulty, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Sean Peter McNulty and on behalf of all survivors of Sean Peter McNulty and is entitled to recover damages on the causes of action set forth herein. Sean Peter

McNulty was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2409.  Plaintiff Sara Schultz is a resident of the State of Massachusetts, the Sibling of Decedent Sean Peter McNulty, and brings this action on her own behalf as the Sibling of Sean Peter McNulty and is entitled to recover damages on the causes of action set forth herein.

2410.  Plaintiff Bridgette McNulty is a resident of the State of Florida, the Sibling of Decedent Sean Peter McNulty, and brings this action on her own behalf as the Sibling of Sean Peter McNulty and is entitled to recover damages on the causes of action set forth herein.

2411.  Plaintiff Katherine M. Richardson is a resident of the State of New Jersey, the Spouse of Decedent Robert W. McPadden, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert W. McPadden and on behalf of all survivors of Robert W. McPadden and is entitled to recover damages on the causes of action set forth herein. Robert W. McPadden was killed at Three World Trade Center - Marriott Hotel as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2412.  Plaintiff Lynn Mcwilliams is a resident of the State of New York, the Sibling of Decedent Martin Edward McWilliams, and brings this action on  own behalf as the Sibling of Martin Edward McWilliams and is entitled to recover damages on the causes of action set forth herein.

2413.  Plaintiff DOE 85 is a resident of the state of New York, the Domestic Partner of Decedent DOE 85, and brings this action on her own behalf as Domestic Partner and on behalf of all survivors of DOE 85 and as the Personal Representative of the Estate of DOE 85 and is entitled to recover damages on the causes of action set forth herein. DOE 85 was killed at World

Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2414.   Plaintiff Mary Mcwilliams is a resident of the State of New York, the Parent of Decedent Martin Edward McWilliams, and brings this action on her own behalf as the Parent of Martin Edward McWilliams and is entitled to recover damages on the causes of action set forth herein.

2415.   Plaintiff Barbara Mcwilliams is a resident of the State of New York, the Sibling of Decedent Martin Edward McWilliams, and brings this action on her own behalf as the Sibling of Martin Edward McWilliams and is entitled to recover damages on the causes of action set forth herein.

2416.   Plaintiff Joseph Mcwilliams is a resident of the State of New York, the Sibling of Decedent Martin Edward McWilliams, and brings this action on his own behalf as the Sibling of Martin Edward McWilliams and is entitled to recover damages on the causes of action set forth herein.

2417.   Plaintiff Enid Medina is a resident of the State of New York, the Child of Decedent Abigail Medina, and brings this action on his own behalf as the Child of Abigail Medina and is entitled to recover damages on the causes of action set forth herein.

2418.   Plaintiff Eli Medina is a resident of the State of New York, the Spouse of Decedent Abigail Medina, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Abigail Medina and on behalf of all survivors of Abigail Medina and is entitled to recover damages on the causes of action set forth herein. Abigail Medina was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

448

2419.   Plaintiff Michael Tavolarella is a resident of the State of California, the Spouse of Decedent Deborah Medwig, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Deborah Medwig and on behalf of all survivors of Deborah Medwig and is entitled to recover damages on the causes of action set forth herein. Deborah Medwig was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2420.   Plaintiff Maureen E. Meehan is a resident of the State of Connecticut, the Spouse of Decedent William J. Meehan, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William J. Meehan, Jr. and on behalf of all survivors of William J. Meehan, Jr. and is entitled to recover damages on the causes of action set forth herein. William J. Meehan, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2421.   Plaintiff Daniel A. Meehan is a resident of the State of Connecticut, the Child of Decedent William J. Meehan, Jr., and brings this action on his own behalf as the Child of William J. Meehan, Jr. and is entitled to recover damages on the causes of action set forth herein.

2422.   Plaintiff William Meehan, III is a resident of the State of Connecticut, the Child of Decedent William J. Meehan, Jr., and brings this action on his own behalf as the Child of William J. Meehan, Jr. and is entitled to recover damages on the causes of action set forth herein.

2423.   Plaintiff Gopal Mehta is a resident of the State of Colorado, the Parent of Decedent Alok K. Mehta, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Alok K. Mehta and on behalf of all survivors of Alok K. Mehta and is entitled to recover damages on the causes of action set forth herein. Alok K. Mehta was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2424.   Plaintiff Joanne Meisenheimer is a resident of the State of Tennessee, the Spouse of Decedent Raymond Meisenheimer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Raymond Meisenheimer and on behalf of all survivors of Raymond Meisenheimer and is entitled to recover damages on the causes of action set forth herein. Raymond Meisenheimer was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2425.   Plaintiff Julia Hernandez is a resident of the State of New York, the Domestic Partner of Decedent Antonio Melendez, and brings this action on her own behalf as the Domestic Partner of Antonio Melendez and is entitled to recover damages on the causes of action set forth herein.

2426.   Plaintiff Ramon Melendez is a resident of the State of Pennsylvania, the Spouse of Decedent Mary Melendez, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Mary Melendez and on behalf of all survivors of Mary Melendez and is entitled to recover damages on the causes of action set forth herein. Mary Melendez was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2427.   Plaintiff Joyce Meltzer is a resident of the State of Florida, the Parent of Decedent Stuart Todd Meltzer, and brings this action on her own behalf as the Parent of Stuart Todd Meltzer and is entitled to recover damages on the causes of action set forth herein.

2428.   Plaintiff Lisa Meltzer is a resident of the State of New York, the Spouse of Decedent Stuart Todd Meltzer, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Stuart Todd Meltzer and on behalf of all survivors of Stuart Todd Meltzer and is entitled to recover damages on the causes of action set forth herein. Stuart Todd Meltzer was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2429.   Plaintiff Zachary Meltzer is a resident of the State of New York, the Parent of Decedent Stuart Todd Meltzer, and brings this action on his own behalf as the Parent of Stuart Todd Meltzer and is entitled to recover damages on the causes of action set forth herein.

2430.   Plaintiff Kenneth Meltzer is a resident of the State of Massachusetts, the Sibling of Decedent Stuart Todd Meltzer, and brings this action on his own behalf as the Sibling of Stuart Todd Meltzer and is entitled to recover damages on the causes of action set forth herein.

2431.   Plaintiff Lawrence Meltzer is a resident of the State of New York, the Sibling of Decedent Stuart Todd Meltzer, and brings this action on his own behalf as the Sibling of Stuart Todd Meltzer and is entitled to recover damages on the causes of action set forth herein.

2432.   Plaintiff Victor Barahona is a resident of the State of Florida, the Spouse of Decedent Diarelia J. Mena, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Diarelia J. Mena and on behalf of all survivors of Diarelia J. Mena and is entitled to recover damages on the causes of action set forth herein. Diarelia J. Mena was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2433.   Plaintiff Earl A. Dorsey is a resident of the State of California, the Spouse of Decedent Dora Marie Menchaca, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Dora Marie Menchaca and on behalf of all survivors of Dora Marie Menchaca and is entitled to recover damages on the causes of action set forth herein.

Dora Marie Menchaca was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2434.  Plaintiff Kerri Ann Mendez is a resident of the State of New York, the Spouse of Decedent Charles Mendez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Mendez and on behalf of all survivors of Charles Mendez and is entitled to recover damages on the causes of action set forth herein. Charles Mendez was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2435.  Plaintiff Myrtle Bazil is a resident of the State of New York, the Parent of Decedent Shevonne Olicia Mentis, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Shevonne Olicia Mentis and on behalf of all survivors of Shevonne Olicia Mentis and is entitled to recover damages on the causes of action set forth herein. Shevonne Olicia Mentis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2436.  Plaintiff Debra Mercurio is a resident of the State of New York, the Spouse of Decedent Ralph Mercurio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ralph Mercurio and on behalf of all survivors of Ralph Mercurio and is entitled to recover damages on the causes of action set forth herein. Ralph Mercurio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2437.  Plaintiff Barbara Merdinger is a resident of the State of Pennsylvania, the Spouse of Decedent Alan Merdinger, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Alan Merdinger and on behalf of all survivors of Alan Merdinger and is entitled to recover damages on the causes of action set forth herein. Alan Merdinger was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2438.   Plaintiff Zenaida Merino, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent George Merino; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2439.   Plaintiff Maria Lourdes Lehr is a resident of the State of New Jersey, the Sibling of Decedent George Merino, and brings this action on her own behalf as the Sibling of George Merino and is entitled to recover damages on the causes of action set forth herein.

2440.   Plaintiff Luis Merino is a resident of the State of New York, the Parent of Decedent George Merino, and brings this action on his own behalf as the Parent of George Merino and is entitled to recover damages on the causes of action set forth herein.

2441.   Plaintiff Wendy Anne Metz is a resident of the State of Massachusetts, the Sibling of Decedent Raymond Joseph Metz, III, and brings this action on her own behalf as the Sibling of Raymond Joseph Metz, III and is entitled to recover damages on the causes of action set forth herein.

2442.   Plaintiff Raymond Joseph Metz, Jr. is a resident of the State of Massachusetts, the Parent of Decedent Raymond Joseph Metz, III, and brings this action on his own behalf as the Parent of Raymond Joseph Metz, III and is entitled to recover damages on the causes of action set forth herein.

2443.   Plaintiff Maureen Racioppi is a resident of the State of New York, the Sibling of Decedent Peter T. Milano, and brings this action on her own behalf as the Sibling of Peter T. Milano and is entitled to recover damages on the causes of action set forth herein.

2444.   Plaintiff Patricia Milano is a resident of the State of New Jersey, the Spouse of Decedent Peter T. Milano, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter T. Milano and on behalf of all survivors of Peter T. Milano and is entitled to recover damages on the causes of action set forth herein. Peter T. Milano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2445.   Plaintiff Alfred Milano is a resident of the State of New York, the Sibling of Decedent Peter T. Milano, and brings this action on his own behalf as the Sibling of Peter T. Milano and is entitled to recover damages on the causes of action set forth herein.

2446.   Plaintiff Thomas Milano is a resident of the State of New York, the Sibling of Decedent Peter T. Milano, and brings this action on his own behalf as the Sibling of Peter T. Milano and is entitled to recover damages on the causes of action set forth herein.

2447.   Plaintiff Frank Milano is a resident of the State of New York, the Sibling of Decedent Peter T. Milano, and brings this action on his own behalf as the Sibling of Peter T. Milano and is entitled to recover damages on the causes of action set forth herein.

2448.   Plaintiff Adele Milanowycz is a resident of the State of New Jersey, the Parent of Decedent Gregory Milanowycz, and brings this action on her own behalf as the Parent of Gregory Milanowycz and is entitled to recover damages on the causes of action set forth herein.

2449.   Plaintiff Joseph M. Milanowycz is a resident of the State of New Jersey, the Parent of Decedent Gregory Milanowycz, and brings this action on his own behalf as Parent and

as the Personal Representative of the Estate of Gregory Milanowycz and on behalf of all survivors of Gregory Milanowycz and is entitled to recover damages on the causes of action set forth herein. Gregory Milanowycz was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2450. Plaintiff Steven Milanowycz is a resident of the State of Massachusetts, the Sibling of Decedent Gregory Milanowycz, and brings this action on his own behalf as the Sibling of Gregory Milanowycz and is entitled to recover damages on the causes of action set forth herein.

2451. Plaintiff Holly Ann Miller Hedley is a resident of the State of Montana, the Spouse of Decedent Craig James Miller, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Craig James Miller and on behalf of all survivors of Craig James Miller and is entitled to recover damages on the causes of action set forth herein. Craig James Miller was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2452. Plaintiff Stella Lazarra, now deceased, was a resident of the State of New York, and the Parent of Decedent Joel Miller; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2453. Plaintiff Sondra Beverly Foner is a resident of the State of New York, the Sibling of Decedent Joel Miller, and brings this action on her own behalf as the Sibling of Joel Miller and is entitled to recover damages on the causes of action set forth herein.

2454. Plaintiff Adam Eric Miller is a resident of the State of Missouri, the Child of Decedent Joel Miller, and brings this action on his own behalf as the Child of Joel Miller and is entitled to recover damages on the causes of action set forth herein.

2455.   Plaintiff Patricia Skic is a resident of the State of Arizona, the Fiancé of Decedent Michael Matthew Miller, and brings this action on her own behalf as the Fiancé of Michael Matthew Miller and is entitled to recover damages on the causes of action set forth herein.

2456.   Plaintiff Betty Ann Miller is a resident of the State of Connecticut, the Parent of Decedent Michael Matthew Miller, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Michael Matthew Miller and on behalf of all survivors of Michael Matthew Miller and is entitled to recover damages on the causes of action set forth herein. Michael Matthew Miller was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2457.   Plaintiff James H. Miller, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent Michael Matthew Miller; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2458.   Plaintiff Catherine Stefani is a resident of the State of California, the Parent of Decedent Nicole Carol Miller, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Nicole Carol Miller and on behalf of all survivors of Nicole Carol Miller and is entitled to recover damages on the causes of action set forth herein. Nicole Carol Miller was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2459.   Plaintiff Tiffney Miller is a resident of the State of Idaho, the Sibling of Decedent Nicole Carol Miller, and brings this action on her own behalf as the Sibling of Nicole Carol Miller and is entitled to recover damages on the causes of action set forth herein.

2460.   Plaintiff David James Miller is a resident of the State of California, the Parent of Decedent Nicole Carol Miller, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Nicole Carol Miller and on behalf of all survivors of Nicole Carol Miller and is entitled to recover damages on the causes of action set forth herein. Nicole Carol Miller was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2461.   Plaintiff Mitoko Miller is a resident of the State of New Jersey, the Spouse of Decedent Robert C. Miller, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert C. Miller, Jr. and on behalf of all survivors of Robert C. Miller, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert C. Miller, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2462.   Plaintiff Terry Richard Miller is a resident of the State of Pennsylvania, the Sibling of Decedent Robert C. Miller, Jr., and brings this action on his own behalf as the Sibling of Robert C. Miller, Jr. and is entitled to recover damages on the causes of action set forth herein.

2463.   Plaintiff James Ronald Miller is a resident of the State of New Jersey, the Sibling of Decedent Robert C. Miller, Jr., and brings this action on his own behalf as the Sibling of Robert C. Miller, Jr. and is entitled to recover damages on the causes of action set forth herein.

2464.   Plaintiff Ivy Maria Moreno is a resident of the State of New York, the Parent of Decedent Yvette Nicole Miller, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Yvette Nicole Miller and on behalf of all survivors of Yvette Nicole Miller and is entitled to recover damages on the causes of action set forth herein.

Yvette Nicole Miller was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2465.   Plaintiff Toby Millman is a resident of the State of New York, the Spouse of Decedent Benjamin Millman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Benjamin Millman and on behalf of all survivors of Benjamin Millman and is entitled to recover damages on the causes of action set forth herein. Benjamin Millman was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2466.   Plaintiff Charles M. Mills, III is a resident of the State of New York, the Child of Decedent Charles M. Mills, II, and brings this action on his own behalf as the Child of Charles M. Mills, II and is entitled to recover damages on the causes of action set forth herein.

2467.   Plaintiff Paula A. Minara is a resident of the State of New York, the Spouse of Decedent Robert Minara, and brings this action on her own behalf as the Spouse of Robert Minara and is entitled to recover damages on the causes of action set forth herein.

2468.   Plaintiff Christian Minara is a resident of the State of New York, the Child of Decedent Robert Minara, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Robert Minara and on behalf of all survivors of Robert Minara and is entitled to recover damages on the causes of action set forth herein. Robert Minara was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2469.   Plaintiff Ryan Paul Minara is a resident of the State of New York, the Child of Decedent Robert Minara, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Robert Minara and on behalf of all survivors of Robert Minara and

is entitled to recover damages on the causes of action set forth herein. Robert Minara was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2470.  Plaintiff Antonina Mingione is a resident of the State of Florida, the Parent of Decedent Thomas Mingione, and brings this action on her own behalf as the Parent of Thomas Mingione and is entitled to recover damages on the causes of action set forth herein.

2471.  Plaintiff Gerald Mingione is a resident of the State of Florida, the Parent of Decedent Thomas Mingione, and brings this action on his own behalf as the Parent of Thomas Mingione and is entitled to recover damages on the causes of action set forth herein.

2472.  Plaintiff Philomena Mistrulli is a resident of the State of New York, the Spouse of Decedent Joseph D. Mistrulli, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph D. Mistrulli and on behalf of all survivors of Joseph D. Mistrulli and is entitled to recover damages on the causes of action set forth herein. Joseph D. Mistrulli was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2473.  Plaintiff Christine Mitchell is a resident of the State of District of Columbia, the Child of Decedent Paul T. Mitchell, and brings this action on her own behalf as the Child of Paul T. Mitchell and is entitled to recover damages on the causes of action set forth herein.

2474.  Plaintiff Jennifer Mitchell is a resident of the State of New York, the Child of Decedent Paul T. Mitchell, and brings this action on her own behalf as the Child of Paul T. Mitchell and is entitled to recover damages on the causes of action set forth herein.

2475.   Plaintiff Marie D. Mitchell is a resident of the State of California, the Sibling of Decedent Paul T. Mitchell, and brings this action on her own behalf as the Sibling of Paul T. Mitchell and is entitled to recover damages on the causes of action set forth herein.

2476.   Plaintiff Maureen Mitchell is a resident of the State of New York, the Spouse of Decedent Paul T. Mitchell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul T. Mitchell and on behalf of all survivors of Paul T. Mitchell and is entitled to recover damages on the causes of action set forth herein. Paul T. Mitchell was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2477.   Plaintiff Laura Marie Lopez is a resident of the State of New Jersey, the Child of Decedent Richard P. Miuccio, and brings this action on her own behalf as the Child of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein.

2478.   Plaintiff Mary Urs is a resident of the State of New York, the Sibling of Decedent Richard P. Miuccio, and brings this action on her own behalf as the Sibling of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein.

2479.   Plaintiff Joyce Miuccio is a resident of the State of New Jersey, the Spouse of Decedent Richard P. Miuccio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard P. Miuccio and on behalf of all survivors of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein. Richard P. Miuccio was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2480.   Plaintiff Owen Richard Miuccio is a resident of the State of New Jersey, the Child of Decedent Richard P. Miuccio, and brings this action on his own behalf as the Child of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein.

2481.   Plaintiff Thomas Paul Miuccio is a resident of the State of New Jersey, the Child of Decedent Richard P. Miuccio, and brings this action on his own behalf as the Child of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein.

2482.   Plaintiff Robert Peter Miuccio, Sr. is a resident of the State of New York, the Sibling of Decedent Richard P. Miuccio, and brings this action on his own behalf as the Sibling of Richard P. Miuccio and is entitled to recover damages on the causes of action set forth herein.

2483.   Plaintiff Kathleen Mladenik, now deceased, was a resident of the State of Illinois, and the Parent of Decedent Jeffrey P. Mladenik; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2484.   Plaintiff Suzanne S. Mladenik is a resident of the State of Illinois, the Spouse of Decedent Jeffrey P. Mladenik, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey P. Mladenik and on behalf of all survivors of Jeffrey P. Mladenik and is entitled to recover damages on the causes of action set forth herein. Jeffrey P. Mladenik was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2485.   Plaintiff Richard Mladenik, now deceased, was a resident of the State of Illinois, and the Parent of Decedent Jeffrey P. Mladenik; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2486.   Plaintiff Scott L. Mladenik is a resident of the State of North Carolina, the Sibling of Decedent Jeffrey P. Mladenik, and brings this action on his own behalf as the Sibling of Jeffrey P. Mladenik and is entitled to recover damages on the causes of action set forth herein.

2487.   Plaintiff Michael Mladenik is a resident of the State of Wisconsin, the Sibling of Decedent Jeffrey P. Mladenik, and brings this action on his own behalf as the Sibling of Jeffrey P. Mladenik and is entitled to recover damages on the causes of action set forth herein.

2488.   Plaintiff Hortensia Gonzalez is a resident of the State of New Jersey, the Spouse of Decedent Dennis Mojica, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis Mojica and on behalf of all survivors of Dennis Mojica and is entitled to recover damages on the causes of action set forth herein. Dennis Mojica was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2489.   Plaintiff Valentina Ferreira Diaz is a resident of the State of New York, the Spouse of Decedent Manuel Dejesus Molina, and brings this action on her own behalf as the Spouse of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2490.   Plaintiff Marina Molina is a resident of the State of New York, the Parent of Decedent Manuel Dejesus Molina, and brings this action on her own behalf as the Parent of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2491.   Plaintiff Maria Carmen Molina is a resident of the State of New York, the Sibling of Decedent Manuel Dejesus Molina, and brings this action on her own behalf as the Sibling of

Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2492.   Plaintiff Fanny Dejesus Molina is a resident of Dominican Republic, the Sibling of Decedent Manuel Dejesus Molina, and brings this action on her own behalf as the Sibling of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2493.   Plaintiff Milede Atlagracia Molina is a resident of Dominican Republic, the Sibling of Decedent Manuel Dejesus Molina, and brings this action on her own behalf as the Sibling of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2494.   Plaintiff Juan Jose Molina is a resident of Dominican Republic, the Sibling of Decedent Manuel Dejesus Molina, and brings this action on his own behalf as the Sibling of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2495.   Plaintiff Ramon Dejesus Molina is a resident of Dominican Republic, the Sibling of Decedent Manuel Dejesus Molina, and brings this action on his own behalf as the Sibling of Manuel Dejesus Molina and is entitled to recover damages on the causes of action set forth herein.

2496.  Plaintiff Joan Olivia Molinaro is a resident of the State of Pennsylvania, the Parent of Decedent Carl Eugene Molinaro, and brings this action on her own behalf as the Parent of Carl Eugene Molinaro and is entitled to recover damages on the causes of action set forth herein.

2497.   Plaintiff Deborah Ann Atchley is a resident of the State of Alabama, the Sibling of Decedent Carl Eugene Molinaro, and brings this action on her own behalf as the Sibling of Carl Eugene Molinaro and is entitled to recover damages on the causes of action set forth herein.

2498.   Plaintiff DOE 41 is a resident of the New York, the Sibling of Decedent DOE 41, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2499.   Plaintiff DOE 41 is a resident of the New York, the Sibling of Decedent DOE 41, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2500.   Plaintiff DOE 41 is a resident of the state of Hawaii, the Spouse of Decedent DOE 41, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 41 and as the Personal Representative of the Estate of DOE 41 and is entitled to recover damages on the causes of action set forth herein. DOE 41 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2501.   Plaintiff Eugene Molinaro is a resident of the State of Pennsylvania, the Parent of Decedent Carl Eugene Molinaro, and brings this action on his own behalf as the Parent of Carl Eugene Molinaro and is entitled to recover damages on the causes of action set forth herein.

2502.   Plaintiff Lawrence Charles Molinaro is a resident of the State of New York, the Sibling of Decedent Carl Eugene Molinaro, and brings this action on his own behalf as the Sibling of Carl Eugene Molinaro and is entitled to recover damages on the causes of action set forth herein.

2503.   Plaintiff Jodi Ann Molisani is a resident of the State of New Jersey, the Spouse of Decedent Justin John Molisani, Jr., and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Justin John Molisani, Jr. and on behalf of all survivors of Justin John Molisani, Jr. and is entitled to recover damages on the causes of action set forth herein. Justin John Molisani, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2504.   Plaintiff Jeanne Ann Monaghan is a resident of the State of New York, the Parent of Decedent Brian Patrick Monaghan, and brings this action on her own behalf as the Parent of Brian Patrick Monaghan and is entitled to recover damages on the causes of action set forth herein.

2505.   Plaintiff Danielle Monaghan is a resident of the State of New York, the Sibling of Decedent Brian Patrick Monaghan, and brings this action on her own behalf as the Sibling of Brian Patrick Monaghan and is entitled to recover damages on the causes of action set forth herein.

2506.   Plaintiff Bernard J. Monaghan is a resident of the State of New York, the Parent of Decedent Brian Patrick Monaghan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Brian Patrick Monaghan and on behalf of all survivors of Brian Patrick Monaghan and is entitled to recover damages on the causes of action set forth herein. Brian Patrick Monaghan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2507.   Plaintiff Matthew Monahan is a resident of the State of California, the Child of Decedent Franklyn Monahan, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Franklyn Monahan and on behalf of all survivors of Franklyn Monahan and is entitled to recover damages on the causes of action set forth herein.

Franklyn Monahan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2508.   Plaintiff DOE 75 is a resident of the state of Massachusetts, the Spouse of Decedent DOE 75, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 75 and as the Personal Representative of the Estate of DOE 75 and is entitled to recover damages on the causes of action set forth herein.   DOE 75 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2509.   Plaintiff Margaret P. Montesi, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael G. Montesi; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2510.   Plaintiff Maria E. Lauria is a resident of the State of New York, the Sibling of Decedent Michael G. Montesi, and brings this action on her own behalf as the Sibling of Michael G. Montesi and is entitled to recover damages on the causes of action set forth herein.

2511.   Plaintiff Nancy Eileen Montesi is a resident of the State of New York, the Spouse of Decedent Michael G. Montesi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael G. Montesi and on behalf of all survivors of Michael G. Montesi and is entitled to recover damages on the causes of action set forth herein. Michael G. Montesi was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2512.   Plaintiff George R. Montesi, now deceased, was a resident of the State of New York, and the Parent of Decedent Michael G. Montesi; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2513.   Plaintiff Doris Marie Monyak is a resident of the State of Connecticut, the Parent of Decedent Cheryl Ann Monyak, and brings this action on her own behalf as the Parent of Cheryl Ann Monyak and is entitled to recover damages on the causes of action set forth herein.

2514.   Plaintiff Michael J. Monyak is a resident of the State of Connecticut, the Sibling of Decedent Cheryl Ann Monyak, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Cheryl Ann Monyak and on behalf of all survivors of Cheryl Ann Monyak and is entitled to recover damages on the causes of action set forth herein. Cheryl Ann Monyak was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2515.   Plaintiff Barbara Bridges is a resident of the State of New York, the Parent of Decedent Sharon Moore, and brings this action on her own behalf as the Parent of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2516.   Plaintiff Karina Moore is a resident of the State of Alabama, the Sibling of Decedent Sharon Moore, and brings this action on her own behalf as the Sibling of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2517.   Plaintiff Arina Bridges is a resident of the State of New York, the Sibling of Decedent Sharon Moore, and brings this action on her own behalf as the Sibling of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2518.   Plaintiff Violet Maddix is a resident of the State of New York, the Sibling of Decedent Sharon Moore, and brings this action on her own behalf as the Sibling of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2519.   Plaintiff Eugene Moore is a resident of the State of Alabama, the Parent of Decedent Sharon Moore, and brings this action on his own behalf as the Parent of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2520.   Plaintiff Rayburn Moore is a resident of the State of Maryland, the Sibling of Decedent Sharon Moore, and brings this action on his own behalf as the Sibling of Sharon Moore and is entitled to recover damages on the causes of action set forth herein.

2521.   Plaintiff Betty E. Moran is a resident of the United Kingdom, the Parent of Decedent John Christopher Moran, and brings this action on her own behalf as the Parent of John Christopher Moran and is entitled to recover damages on the causes of action set forth herein.

2522.   Plaintiff Elizabeth Louise Moran is a resident of  England, the Spouse of Decedent John Christopher Moran, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Christopher Moran and on behalf of all survivors of John Christopher Moran and is entitled to recover damages on the causes of action set forth herein. John Christopher Moran was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2523.   Plaintiff Kevin M. Moran is a resident of  United Kingdom, the Sibling of Decedent John Christopher Moran, and brings this action on his own behalf as the Sibling of John Christopher Moran and is entitled to recover damages on the causes of action set forth herein.

2524.   Plaintiff Mary Ann Moran is a resident of the State of New York, the Sibling of Decedent Kathleen Moran, and brings this action on her own behalf as the Sibling of Kathleen Moran and is entitled to recover damages on the causes of action set forth herein.

2525.   Plaintiff Kathleen S. Maycen is a resident of the State of Florida, the Parent of Decedent Lindsay S. Morehouse, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Lindsay S. Morehouse and on behalf of all survivors of Lindsay S. Morehouse and is entitled to recover damages on the causes of action set forth herein. Lindsay S. Morehouse was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2526.   Plaintiff Theodore C. Morehouse is a resident of the State of California, the Parent of Decedent Lindsay S. Morehouse, and brings this action on his own behalf as the Parent of Lindsay S. Morehouse and is entitled to recover damages on the causes of action set forth herein.

2527.   Plaintiff Nykia Morgan is a resident of the State of New York, the Child of Decedent Dorothy R. Morgan, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Dorothy R. Morgan and on behalf of all survivors of Dorothy R. Morgan and is entitled to recover damages on the causes of action set forth herein. Dorothy R. Morgan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2528.   Plaintiff DOE 48 is a resident of the Illinois, the Sibling of Decedent DOE 48, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2529.   Plaintiff Glenn Morgan is a resident of the State of Massachusetts, the Child of Decedent Richard J. Morgan, and brings this action on his own behalf as the Child of Richard J. Morgan and is entitled to recover damages on the causes of action set forth herein.

2530.   Plaintiff Kevin J. Morgan is a resident of the State of New Jersey, the Sibling of Decedent Richard J. Morgan, and brings this action on his own behalf as the Sibling of Richard J. Morgan and is entitled to recover damages on the causes of action set forth herein.

2531.   Plaintiff Maria Morocho Sanchez is a resident of Ecuador, the Parent of Decedent Blanca Morocho, and brings this action on her own behalf as the Parent of Blanca Morocho and is entitled to recover damages on the causes of action set forth herein.

2532.   Plaintiff Manuel Llanos Morocho is a resident of Ecuador, the Sibling of Decedent Blanca Morocho, and brings this action on his own behalf as the Sibling of Blanca Morocho and is entitled to recover damages on the causes of action set forth herein.

2533.   Plaintiff Maria Morocho Sanchez is a resident of Ecuador, the Parent of Decedent Leonel G. Morocho, and brings this action on her own behalf as the Parent of Leonel G. Morocho and is entitled to recover damages on the causes of action set forth herein.

2534.   Plaintiff Manuel Llanos Morocho is a resident of Ecuador, the Sibling of Decedent Leonel G. Morocho, and brings this action on his own behalf as the Sibling of Leonel G. Morocho and is entitled to recover damages on the causes of action set forth herein.

2535.   Plaintiff Patricia M. Morris is a resident of the State of New York, the Parent of Decedent Lynne Irene Morris, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Lynne Irene Morris and on behalf of all survivors of Lynne Irene Morris and is entitled to recover damages on the causes of action set forth herein. Lynne Irene Morris was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2536.  Plaintiff Christine Morris is a resident of the State of New York, the Sibling of Decedent Lynne Irene Morris, and brings this action on her own behalf as the Sibling of Lynne Irene Morris and is entitled to recover damages on the causes of action set forth herein.

2537.  Plaintiff Edward G. Morris is a resident of the State of New York, the Sibling of Decedent Lynne Irene Morris, and brings this action on his own behalf as the Sibling of Lynne Irene Morris and is entitled to recover damages on the causes of action set forth herein.

2538.  Plaintiff Harold C. Morris, Jr. is a resident of the State of New York, the Parent of Decedent Lynne Irene Morris, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Lynne Irene Morris and on behalf of all survivors of Lynne Irene Morris and is entitled to recover damages on the causes of action set forth herein. Lynne Irene Morris was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2539.  Plaintiff Lynn Morris is a resident of the State of New Jersey, the Spouse of Decedent Seth A. Morris, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Seth A. Morris and on behalf of all survivors of Seth A. Morris and is entitled to recover damages on the causes of action set forth herein. Seth A. Morris was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2540.  Plaintiff Laura Mazzarella is a resident of the State of Florida, the Fiancé of Decedent Stephen Phillip Morris, and brings this action on her own behalf as the Fiancé of Stephen Phillip Morris and is entitled to recover damages on the causes of action set forth herein.

2541.   Plaintiff DOE 91 is a resident of the Massachusetts, the Parent of Decedent DOE 91, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2542.   Plaintiff DOE 91 is a resident of the Massachusetts, the Sibling of Decedent DOE 91, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2543.   Plaintiff DOE 91 is a resident of the Massachusetts, the Sibling of Decedent DOE 91, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2544.   Plaintiff DOE 91 is a resident of the Massachusetts, the Parent of Decedent DOE 91, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2545.   Plaintiff Lorraine Moskal is a resident of the State of Ohio, the Spouse of Decedent William David Moskal, and brings this action on her own behalf as Spouse and as the Fiduciary of the Estate of William David Moskal and on behalf of all survivors of William David Moskal and is entitled to recover damages on the causes of action set forth herein. William David Moskal was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2546.   Plaintiff Alexandra Mouchinskaia, now deceased, was a resident of Russia, and the Parent of Decedent Iouri Mouchinski; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2547.   Plaintiff Iryna Ushakova is a resident of the State of New York, the Child of Decedent Iouri Mouchinski, and brings this action on her own behalf as the Child of Iouri Mouchinski and is entitled to recover damages on the causes of action set forth herein.

2548.   Plaintiff Olena Pavlova is a resident of the State of New York, the Child of Decedent Iouri Mouchinski, and brings this action on her own behalf as the Child of Iouri Mouchinski and is entitled to recover damages on the causes of action set forth herein.

2549.   Plaintiff Nadejda Grib is a resident of the State of New York, the Sibling of Decedent Iouri Mouchinski, and brings this action on her own behalf as the Sibling of Iouri Mouchinski and is entitled to recover damages on the causes of action set forth herein.

2550.   Plaintiff Natalia Mushinski is a resident of the State of New York, the Spouse of Decedent Iouri Mouchinski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Iouri Mouchinski and on behalf of all survivors of Iouri Mouchinski and is entitled to recover damages on the causes of action set forth herein. Iouri Mouchinski was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2551.   Plaintiff Vladimir Mushinsky is a resident of  Russia, the Sibling of Decedent Iouri Mouchinski, and brings this action on his own behalf as the Sibling of Iouri Mouchinski and is entitled to recover damages on the causes of action set forth herein.

2552.   Plaintiff DOE 89 is a resident of the state of New Jersey, the Spouse of Decedent DOE 89, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 89 and as the Personal Representative of the Estate of DOE 89 and is entitled to recover damages on the causes of action set forth herein. DOE 89 was killed at One World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2553.   Plaintiff Lydia Mozzillo is a resident of the State of New York, the Parent of Decedent Christopher Mozzillo, and brings this action on her own behalf as the Parent of Christopher Mozzillo and is entitled to recover damages on the causes of action set forth herein.

2554.   Plaintiff DOE 80 is a resident of the New Jersey, the Sibling of Decedent DOE 80, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2555.   Plaintiff Michael Mozzillo is a resident of the State of New York, the Parent of Decedent Christopher Mozzillo, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher Mozzillo and on behalf of all survivors of Christopher Mozzillo and is entitled to recover damages on the causes of action set forth herein. Christopher Mozzillo was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2556.   Plaintiff Daniel Mozzillo is a resident of the State of Florida, the Sibling of Decedent Christopher Mozzillo, and brings this action on his own behalf as the Sibling of Christopher Mozzillo and is entitled to recover damages on the causes of action set forth herein.

2557.   Plaintiff Constance Muldowney is a resident of the State of New York, the Spouse of Decedent Richard Muldowney, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard Muldowney and on behalf of all survivors of Richard Muldowney and is entitled to recover damages on the causes of action set forth herein. Richard Muldowney was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2558.   Plaintiff Nancy Mulligan is a resident of the State of New York, the Parent of Decedent Peter James Mulligan, and brings this action on her own behalf as the Parent of Peter James Mulligan and is entitled to recover damages on the causes of action set forth herein.

2559.   Plaintiff Sara M. Mulligan is a resident of the State of New York, the Spouse of Decedent Peter James Mulligan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter James Mulligan and on behalf of all survivors of Peter James Mulligan and is entitled to recover damages on the causes of action set forth herein. Peter James Mulligan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2560.   Plaintiff Thomas Mulligan is a resident of the State of New York, the Parent of Decedent Peter James Mulligan, and brings this action on his own behalf as the Parent of Peter James Mulligan and is entitled to recover damages on the causes of action set forth herein.

2561.   Plaintiff Lynn Anne Mullin is a resident of the State of New York, the Parent of Decedent Michael Joseph Mullin, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Michael Joseph Mullin and on behalf of all survivors of Michael Joseph Mullin and is entitled to recover damages on the causes of action set forth herein. Michael Joseph Mullin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2562.   Plaintiff Fredric John Mullin is a resident of the State of New York, the Parent of Decedent Michael Joseph Mullin, and brings this action on his own behalf as the Parent of Michael Joseph Mullin and is entitled to recover damages on the causes of action set forth herein.

2563.   Plaintiff Susan King Munhall is a resident of the State of New Jersey, the Spouse of Decedent James Donald Munhall, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Donald Munhall and on behalf of all survivors of James Donald Munhall and is entitled to recover damages on the causes of action set forth herein. James Donald Munhall was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2564.   Plaintiff Maritza Arzayus is a resident of the State of Florida, the Spouse of Decedent Carlos Munoz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Carlos Munoz and on behalf of all survivors of Carlos Munoz and is entitled to recover damages on the causes of action set forth herein. Carlos Munoz was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2565.   Plaintiff Christine M. Munson is a resident of the State of New York, the Child of Decedent Theresa Ann Munson, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Theresa Ann Munson and on behalf of all survivors of Theresa Ann Munson and is entitled to recover damages on the causes of action set forth herein. Theresa Ann Munson was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2566.   Plaintiff Laurie Murach is a resident of the State of Idaho, the Spouse of Decedent Robert Murach, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Murach and on behalf of all survivors of Robert Murach and is entitled to recover damages on the causes of action set forth herein. Robert Murach was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2567. Plaintiff Nilvia Mitchell is a resident of the State of Vermont, the Parent of Decedent Cesar A. Murillo, and brings this action on her own behalf as the Parent of Cesar A. Murillo and is entitled to recover damages on the causes of action set forth herein.

2568. Plaintiff Carolyn Alderman is a resident of the State of Vermont, the Sibling of Decedent Cesar A. Murillo, and brings this action on her own behalf as the Sibling of Cesar A. Murillo and is entitled to recover damages on the causes of action set forth herein.

2569. Plaintiff Catherine Goldsborough White Murphy is a resident of the State of Maryland, the Spouse of Decedent Christopher W. Murphy, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher W. Murphy and on behalf of all survivors of Christopher W. Murphy and is entitled to recover damages on the causes of action set forth herein. Christopher W. Murphy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2570. Plaintiff Evelyn M. Murphy, now deceased, was a resident of the State of Massachusetts, and the Parent of Decedent Edward Charles Murphy; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2571. Plaintiff Ryan Lewis Murphy is a resident of the State of Massachusetts, the Nephew of Decedent Edward Charles Murphy, and brings this action on his own behalf as Nephew and as the Personal Representative of the Estate of Edward Charles Murphy and on behalf of all survivors of Edward Charles Murphy and is entitled to recover damages on the

477

causes of action set forth herein. Edward Charles Murphy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2572.   Plaintiff Daniel W. Murphy is a resident of the State of New Jersey, the Sibling of Decedent Edward Charles Murphy, and brings this action on his own behalf as the Sibling of Edward Charles Murphy and is entitled to recover damages on the causes of action set forth herein.

2573.   Plaintiff Richard E. Murphy is a resident of the State of Massachusetts, the Sibling of Decedent Edward Charles Murphy, and brings this action on his own behalf as the Sibling of Edward Charles Murphy and is entitled to recover damages on the causes of action set forth herein.

2574.   Plaintiff Helen Marie Murphy, now deceased, was a resident of the State of New York, and the Parent of Decedent James Francis Murphy, IV; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2575.   Plaintiff Kristin M. Murphy is a resident of the State of New York, the Sibling of Decedent James Francis Murphy, IV, and brings this action on her own behalf as the Sibling of James Francis Murphy, IV and is entitled to recover damages on the causes of action set forth herein.

2576.   Plaintiff Kathleen Marie Murphy is a resident of the State of New York, the Sibling of Decedent James Francis Murphy, IV, and brings this action on her own behalf as the Sibling of James Francis Murphy, IV and is entitled to recover damages on the causes of action set forth herein.

2577.   Plaintiff Helen Marie Sweeney is a resident of the State of New York, the Sibling of Decedent James Francis Murphy, IV, and brings this action on her own behalf as the Sibling of James Francis Murphy, IV and is entitled to recover damages on the causes of action set forth herein.

2578.   Plaintiff Elizabeth Murphy Cooke is a resident of the State of New York, the Sibling of Decedent James Francis Murphy, IV, and brings this action on her own behalf as the Sibling of James Francis Murphy, IV and is entitled to recover damages on the causes of action set forth herein.

2579.   Plaintiff James F. Murphy, III, now deceased, was a resident of the State of New York, and the Parent of Decedent James Francis Murphy, IV; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2580.   Plaintiff Joan V. Murphy is a resident of the State of New Jersey, the Parent of Decedent James Thomas Murphy, and brings this action on her own behalf as the Parent of James Thomas Murphy and is entitled to recover damages on the causes of action set forth herein.

2581.   Plaintiff Mary L. Murphy is a resident of the State of Colorado, the Spouse of Decedent James Thomas Murphy, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Thomas Murphy and on behalf of all survivors of James Thomas Murphy and is entitled to recover damages on the causes of action set forth herein. James Thomas Murphy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2582.   Plaintiff Thomas J. Murphy is a resident of the State of New Jersey, the Sibling of Decedent James Thomas Murphy, and brings this action on his own behalf as the Sibling of

James Thomas Murphy and is entitled to recover damages on the causes of action set forth herein.

2583.   Plaintiff William C. Murphy, III is a resident of the State of New Jersey, the Sibling of Decedent James Thomas Murphy, and brings this action on his own behalf as the Sibling of James Thomas Murphy and is entitled to recover damages on the causes of action set forth herein.

2584.   Plaintiff William C. Murphy, Jr. is a resident of the State of New Jersey, the Parent of Decedent James Thomas Murphy, and brings this action on his own behalf as the Parent of James Thomas Murphy and is entitled to recover damages on the causes of action set forth herein.

2585.   Plaintiff Dolores Barbara Murphy is a resident of the State of Florida, the Parent of Decedent Patrick Sean Murphy, and brings this action on her own behalf as the Parent of Patrick Sean Murphy and is entitled to recover damages on the causes of action set forth herein.

2586.   Plaintiff Thomas Joseph Murphy is a resident of the State of Florida, the Parent of Decedent Patrick Sean Murphy, and brings this action on his own behalf as the Parent of Patrick Sean Murphy and is entitled to recover damages on the causes of action set forth herein.

2587.   Plaintiff Linda Murphy is a resident of the State of New York, the Spouse of Decedent Raymond E. Murphy, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Raymond E. Murphy, Sr. and on behalf of all survivors of Raymond E. Murphy, Sr. and is entitled to recover damages on the causes of action set forth herein. Raymond E. Murphy, Sr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2588.   Plaintiff Raymond Murphy, Jr. is a resident of the State of New York, the Child of Decedent Raymond E. Murphy, Sr., and brings this action on his own behalf as the Child of Raymond E. Murphy, Sr. and is entitled to recover damages on the causes of action set forth herein.

2589.   Plaintiff Mary Louise Murray, now deceased, was a resident of the State of Delaware, and the Parent of Decedent John J. Murray; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2590.   Plaintiff Jayne E. Dellose is a resident of the State of Delaware, the Sibling of Decedent John J. Murray, and brings this action on her own behalf as the Sibling of John J. Murray and is entitled to recover damages on the causes of action set forth herein.

2591.   Plaintiff Virginia M. Regan is a resident of the State of Delaware, the Sibling of Decedent John J. Murray, and brings this action on her own behalf as the Sibling of John J. Murray and is entitled to recover damages on the causes of action set forth herein.

2592.   Plaintiff Catherine Marie Datz is a resident of the State of Pennsylvania, the Sibling of Decedent John J. Murray, and brings this action on her own behalf as the Sibling of John J. Murray and is entitled to recover damages on the causes of action set forth herein.

2593.   Plaintiff Rory Owens Murray is a resident of the State of Connecticut, the Spouse of Decedent John J. Murray, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John J. Murray and on behalf of all survivors of John J. Murray and is entitled to recover damages on the causes of action set forth herein. John J. Murray was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2594.   Plaintiff Philip C. Murray, now deceased, was a resident of the State of Delaware, and the Parent of Decedent John J. Murray; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2595.   Plaintiff Michael Christopher Murray is a resident of the State of Connecticut, the Sibling of Decedent John J. Murray, and brings this action on his own behalf as the Sibling of John J. Murray and is entitled to recover damages on the causes of action set forth herein.

2596.   Plaintiff Philip J. Murray is a resident of the State of Connecticut, the Sibling of Decedent John J. Murray, and brings this action on his own behalf as the Sibling of John J. Murray and is entitled to recover damages on the causes of action set forth herein.

2597.   Plaintiff DOE 07 is a resident of the state of New York, the Spouse of Decedent DOE 07, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 07 and as the Personal Representative of the Estate of DOE 07 and is entitled to recover damages on the causes of action set forth herein. DOE 07 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2598.   Plaintiff Marjorie Napier is a resident of United Kingdom, the Parent of Decedent Alexander Napier, and brings this action on her own behalf as the Parent of Alexander Napier and is entitled to recover damages on the causes of action set forth herein.

2599.   Plaintiff Nicola Napier is a resident of  United Kingdom, the Spouse of Decedent Alexander Napier, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alexander Napier and on behalf of all survivors of Alexander Napier and is entitled to recover damages on the causes of action set forth herein. Alexander

Napier was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2600.   Plaintiff Gerald Napier is a resident of United Kingdom, the Parent of Decedent Alexander Napier, and brings this action on his own behalf as the Parent of Alexander Napier and is entitled to recover damages on the causes of action set forth herein.

2601.   Plaintiff Mark Napier is a resident of the State of United States, the Sibling of Decedent Alexander Napier, and brings this action on his own behalf as the Sibling of Alexander Napier and is entitled to recover damages on the causes of action set forth herein.

2602.   Plaintiff Madhu Narula is a resident of the State of New York, the Parent of Decedent Maniki Narula, and brings this action on her own behalf as the Parent of Maniki Narula and is entitled to recover damages on the causes of action set forth herein.

2603.   Plaintiff Baldev Narula is a resident of the State of New York, the Parent of Decedent Maniki Narula, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Maniki Narula and on behalf of all survivors of Maniki Narula and is entitled to recover damages on the causes of action set forth herein. Maniki Narula was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2604.   Plaintiff Margaret M. Nassaney is a resident of the State of Massachusetts, the Parent of Decedent Shawn Michael Nassaney, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Shawn Michael Nassaney and on behalf of all survivors of Shawn Michael Nassaney and is entitled to recover damages on the causes of action set forth herein. Shawn Michael Nassaney was killed on board United Airlines Flight 175 that

crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2605.   Plaintiff Ryan A. Nassaney is a resident of the State of Massachusetts, the Sibling of Decedent Shawn Michael Nassaney, and brings this action on his own behalf as the Sibling of Shawn Michael Nassaney and is entitled to recover damages on the causes of action set forth herein.

2606.   Plaintiff Patrick J. Nassaney, Jr. is a resident of the State of Massachusetts, the Sibling of Decedent Shawn Michael Nassaney, and brings this action on his own behalf as the Sibling of Shawn Michael Nassaney and is entitled to recover damages on the causes of action set forth herein.

2607.   Plaintiff Patrick John Nassaney, Sr. is a resident of the State of Massachusetts, the Parent of Decedent Shawn Michael Nassaney, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Shawn Michael Nassaney and on behalf of all survivors of Shawn Michael Nassaney and is entitled to recover damages on the causes of action set forth herein. Shawn Michael Nassaney was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2608.   Plaintiff Keolahmatie Nath is a resident of the State of North Carolina, the Spouse of Decedent Narender Nath, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Narender Nath and on behalf of all survivors of Narender Nath and is entitled to recover damages on the causes of action set forth herein. Narender Nath was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2609.   Plaintiff Rosemarie Navas is a resident of the State of New Jersey, the Parent of Decedent Joseph Michael Navas, and brings this action on her own behalf as the Parent of Joseph Michael Navas and is entitled to recover damages on the causes of action set forth herein.

2610.   Plaintiff Lisa Ann Lopiccolo is a resident of the State of New Jersey, the Sibling of Decedent Joseph Michael Navas, and brings this action on her own behalf as the Sibling of Joseph Michael Navas and is entitled to recover damages on the causes of action set forth herein.

2611.   Plaintiff Joseph N. Navas, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Joseph Michael Navas; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2612.   Plaintiff Julianne Nazario is a resident of the State of New Jersey, the Spouse of Decedent Francis J. Nazario, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Francis J. Nazario and on behalf of all survivors of Francis J. Nazario and is entitled to recover damages on the causes of action set forth herein. Francis J. Nazario was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2613.   Plaintiff Zandra Lena Neblett is a resident of the State of New York, the Parent of Decedent Rayman Marcus Neblett, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Rayman Marcus Neblett and on behalf of all survivors of Rayman Marcus Neblett and is entitled to recover damages on the causes of action set forth herein. Rayman Marcus Neblett was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2614.   Plaintiff Patricia B. Nee O'keefe is a resident of the State of New Jersey, the Sibling of Decedent Luke G. Nee, and brings this action on her own behalf as the Sibling of Luke G. Nee and is entitled to recover damages on the causes of action set forth herein.

2615.   Plaintiff Mary Nee Reilly is a resident of the State of New York, the Sibling of Decedent Luke G. Nee, and brings this action on her own behalf as the Sibling of Luke G. Nee and is entitled to recover damages on the causes of action set forth herein.

2616.   Plaintiff John G. Nee is a resident of the State of New York, the Parent of Decedent Luke G. Nee, and brings this action on his own behalf as the Parent of Luke G. Nee and is entitled to recover damages on the causes of action set forth herein.

2617.   Plaintiff Leila Negron is a resident of the State of Florida, the Spouse of Decedent Pete Negron, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Pete Negron and on behalf of all survivors of Pete Negron and is entitled to recover damages on the causes of action set forth herein. Pete Negron was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2618.   Plaintiff Francisca A. Wester is a resident of the State of New Hampshire, the Child of Decedent Laurie Ann Neira, and brings this action on her own behalf as the Child of Laurie Ann Neira and is entitled to recover damages on the causes of action set forth herein.

2619.   Plaintiff Gilberto A. Neira, now deceased, was a resident of the State of California, and the Spouse of Decedent Laurie Ann Neira; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2620.   Representative of the Estate of Laurie Ann Neira brings this action on behalf of the Estate of Laurie Ann Neira and on behalf of all survivors of Laurie Ann Neira and is entitled

to recover damages on the causes of action set forth herein. Laurie Ann Neira was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2621.   Plaintiff Christopher O. Neira is a resident of the State of California, the Child of Decedent Laurie Ann Neira, and brings this action on his own behalf as the Child of Laurie Ann Neira and is entitled to recover damages on the causes of action set forth herein.

2622.   Plaintiff Jenette Nelson is a resident of the State of North Dakota, the Parent of Decedent Ann Nicole Nelson, and brings this action on her own behalf as the Parent of Ann Nicole Nelson and is entitled to recover damages on the causes of action set forth herein.

2623.   Plaintiff Gary S. Nelson is a resident of the State of North Dakota, the Parent of Decedent Ann Nicole Nelson, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Ann Nicole Nelson and on behalf of all survivors of Ann Nicole Nelson and is entitled to recover damages on the causes of action set forth herein. Ann Nicole Nelson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2624.   Plaintiff Scott T. Nelson is a resident of the State of North Dakota, the Sibling of Decedent Ann Nicole Nelson, and brings this action on his own behalf as the Sibling of Ann Nicole Nelson and is entitled to recover damages on the causes of action set forth herein.

2625.   Plaintiff Rosanne Nelson is a resident of the State of New Jersey, the Spouse of Decedent James Nelson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Nelson and on behalf of all survivors of James Nelson and is entitled to recover damages on the causes of action set forth herein. James Nelson was killed at

World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2626.   Plaintiff Lillian C. Tetreault is a resident of the State of Rhode Island, the Parent of Decedent Renee Tetreault Newell, and brings this action on her own behalf as the Parent of Renee Tetreault Newell and is entitled to recover damages on the causes of action set forth herein.

2627.   Plaintiff Ronnie R. Tetreault is a resident of the State of Rhode Island, the Sibling of Decedent Renee Tetreault Newell, and brings this action on his own behalf as the Sibling of Renee Tetreault Newell and is entitled to recover damages on the causes of action set forth herein.

2628.   Plaintiff Paul Newell is a resident of the State of Vermont, the Spouse of Decedent Renee Tetreault Newell, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Renee Tetreault Newell and on behalf of all survivors of Renee Tetreault Newell and is entitled to recover damages on the causes of action set forth herein. Renee Tetreault Newell was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2629.   Plaintiff Tu A. Honguyen is a resident of the State of Virginia, the Spouse of Decedent Khang N. Nguyen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Khang N. Nguyen and on behalf of all survivors of Khang N. Nguyen and is entitled to recover damages on the causes of action set forth herein. Khang N. Nguyen was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2630.   Plaintiff Charles W. Niederer is a resident of the State of Virginia, the Parent of Decedent Martin Stewart Niederer, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Martin Stewart Niederer and on behalf of all survivors of Martin Stewart Niederer and is entitled to recover damages on the causes of action set forth herein. Martin Stewart Niederer was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2631.   Plaintiff Carol Niedermeyer is a resident of the State of New York, the Parent of Decedent Alfonse J. Niedermeyer, and brings this action on her own behalf as the Parent of Alfonse J. Niedermeyer and is entitled to recover damages on the causes of action set forth herein.

2632.   Plaintiff Nancy Niedermeyer is a resident of the State of New Jersey, the Spouse of Decedent Alfonse J. Niedermeyer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alfonse J. Niedermeyer and on behalf of all survivors of Alfonse J. Niedermeyer and is entitled to recover damages on the causes of action set forth herein. Alfonse J. Niedermeyer was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2633.   Plaintiff Alfonse Niedermeyer is a resident of the State of New York, the Parent of Decedent Alfonse J. Niedermeyer, and brings this action on his own behalf as the Parent of Alfonse J. Niedermeyer and is entitled to recover damages on the causes of action set forth herein.

2634.   Plaintiff Adelma Reyes Jiminez is a resident of the State of Texas, the Sibling of Decedent Gloria Reyes Nieves, and brings this action on her own behalf as the Sibling of Gloria Reyes Nieves and is entitled to recover damages on the causes of action set forth herein.

2635.  Plaintiff Michelle Nieves is a resident of the State of New York, the Child of Decedent Juan Nieves, Jr., and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Juan Nieves, Jr. and on behalf of all survivors of Juan Nieves, Jr. and is entitled to recover damages on the causes of action set forth herein. Juan Nieves, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2636.  Plaintiff Irma Nieves is a resident of the State of Florida, the Spouse of Decedent Juan Nieves, Jr., and brings this action on her own behalf as the Spouse of Juan Nieves, Jr. and is entitled to recover damages on the causes of action set forth herein.

2637.  Plaintiff John Nieves is a resident of the State of Florida, the Child of Decedent Juan Nieves, Jr., and brings this action on his own behalf as the Child of Juan Nieves, Jr. and is entitled to recover damages on the causes of action set forth herein.

2638.  Plaintiff David Nieves is a resident of the State of Florida, the Child of Decedent Juan Nieves, Jr., and brings this action on his own behalf as the Child of Juan Nieves, Jr. and is entitled to recover damages on the causes of action set forth herein.

2639.  Plaintiff Jennifer Nilsen is a resident of the State of New York, the Spouse of Decedent Troy Edward Nilsen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Troy Edward Nilsen and on behalf of all survivors of Troy Edward Nilsen and is entitled to recover damages on the causes of action set forth herein. Troy Edward Nilsen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2640.   Plaintiff Edward Carl Nilsen is a resident of the State of New York, the Parent of Decedent Troy Edward Nilsen, and brings this action on his own behalf as the Parent of Troy Edward Nilsen and is entitled to recover damages on the causes of action set forth herein.

2641.   Plaintiff Ellen Niven is a resident of the State of New York, the Spouse of Decedent John Ballentine Nivin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Ballentine Nivin and on behalf of all survivors of John Ballentine Nivin and is entitled to recover damages on the causes of action set forth herein. John Ballentine Nivin was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2642.   Plaintiff Kathryn M. McGarry is a resident of the State of North Carolina, the Parent of Decedent Katherine McGarry Noack, and brings this action on her own behalf as the Parent of Katherine McGarry Noack and is entitled to recover damages on the causes of action set forth herein.

2643.   Plaintiff Everett Joseph McGarry, now deceased, was a resident of the State of North Carolina, and the Parent of Decedent Katherine McGarry Noack; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2644.   Plaintiff Theresa Noel is a resident of the State of New York, the Parent of Decedent Curtis T. Noel, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Curtis T. Noel and on behalf of all survivors of Curtis T. Noel and is entitled to recover damages on the causes of action set forth herein. Curtis T. Noel was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2645.  Plaintiff Michael Noel is a resident of the State of New York, the Parent of Decedent Curtis T. Noel, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Curtis T. Noel and on behalf of all survivors of Curtis T. Noel and is entitled to recover damages on the causes of action set forth herein. Curtis T. Noel was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2646.  Plaintiff Renee E. Nolan-Riley is a resident of the State of Kansas, the Spouse of Decedent Daniel R. Nolan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel R. Nolan and on behalf of all survivors of Daniel R. Nolan and is entitled to recover damages on the causes of action set forth herein. Daniel R. Nolan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2647.  Plaintiff Joanne Lovett is a resident of the State of New Jersey, the Parent of Decedent Brian Nunez, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Brian Nunez and on behalf of all survivors of Brian Nunez and is entitled to recover damages on the causes of action set forth herein. Brian Nunez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2648.  Plaintiff Neal Green is a resident of the State of New York, the Sibling of Decedent Brian Nunez, and brings this action on his own behalf as the Sibling of Brian Nunez and is entitled to recover damages on the causes of action set forth herein.

2649.   Plaintiff Eric Nunez is a resident of the State of New Jersey, the Sibling of Decedent Brian Nunez, and brings this action on his own behalf as the Sibling of Brian Nunez and is entitled to recover damages on the causes of action set forth herein.

2650.   Plaintiff Denise I. Oakley is a resident of the State of Virginia, the Spouse of Decedent James A. Oakley, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James A. Oakley and on behalf of all survivors of James A. Oakley and is entitled to recover damages on the causes of action set forth herein. James A. Oakley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2651.   Plaintiff Christine M. O'Berg is a resident of the State of New York, the Spouse of Decedent Dennis P. O'Berg, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis P. O'Berg and on behalf of all survivors of Dennis P. O'Berg and is entitled to recover damages on the causes of action set forth herein. Dennis P. O'Berg was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2652.   Plaintiff James O'Brien is a resident of the State of Maine, the Parent of Decedent James O'Brien, Jr., and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of James O'Brien, Jr. and on behalf of all survivors of James O'Brien, Jr. and is entitled to recover damages on the causes of action set forth herein. James O'Brien, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2653.  Plaintiff Mary Lou O'Brien is a resident of the State of New Hampshire, the Parent of Decedent Michael P. O'Brien, and brings this action on her own behalf as the Parent of Michael P. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2654.  Plaintiff Bridget Ann Paluzzi is a resident of the State of New Hampshire, the Sibling of Decedent Michael P. O'Brien, and brings this action on her own behalf as the Sibling of Michael P. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2655.  Plaintiff Mary Kathleen Dishaw is a resident of the State of New York, the Sibling of Decedent Michael P. O'Brien, and brings this action on her own behalf as the Sibling of Michael P. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2656.  Plaintiff Rachel O'Brien is a resident of the State of New Jersey, the Spouse of Decedent Michael P. O'Brien, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael P. O'Brien and on behalf of all survivors of Michael P. O'Brien and is entitled to recover damages on the causes of action set forth herein. Michael P. O'Brien was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2657.  Plaintiff Robert T. O'Brien, now deceased, was a resident of the State of New Hampshire, and the Parent of Decedent Michael P. O'Brien; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2658.  Plaintiff Andrew Thomas O'Brien is a resident of the State of Rhode Island, the Sibling of Decedent Michael P. O'Brien, and brings this action on his own behalf as the Sibling of Michael P. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2659.   Plaintiff Marilyn Jeanne O'Brien is a resident of the State of New York, the Parent of Decedent Timothy M. O'Brien, and brings this action on her own behalf as the Parent of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2660.   Plaintiff Kathleen Marie Tighe is a resident of the State of New York, the Sibling of Decedent Timothy M. O'Brien, and brings this action on her own behalf as the Sibling of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2661.   Plaintiff Therese A. Visconti is a resident of the State of Connecticut, the Sibling of Decedent Timothy M. O'Brien, and brings this action on her own behalf as the Sibling of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2662.   Plaintiff Bernard Joseph O'Brien is a resident of the State of New York, the Parent of Decedent Timothy M. O'Brien, and brings this action on his own behalf as the Parent of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2663.   Plaintiff Patrick O'Brien is a resident of the State of New York, the Sibling of Decedent Timothy M. O'Brien, and brings this action on his own behalf as the Sibling of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2664.   Plaintiff Robert L. O'Brien is a resident of the State of New York, the Sibling of Decedent Timothy M. O'Brien, and brings this action on his own behalf as the Sibling of Timothy M. O'Brien and is entitled to recover damages on the causes of action set forth herein.

2665.   Plaintiff Rhonda Lee O'Callaghan is a resident of the State of New York, the Spouse of Decedent Daniel O'Callaghan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel O'Callaghan and on behalf of all survivors of Daniel O'Callaghan and is entitled to recover damages on the causes of action set forth herein.

Daniel O'Callaghan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2666.   Plaintiff DOE 22 is a resident of the state of New York, the Spouse of Decedent DOE 22, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 22 and as the Personal Representative of the Estate of DOE 22 and is entitled to recover damages on the causes of action set forth herein. DOE 22 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2667.   Plaintiff Antoinette D. Ognibene, now deceased, was a resident of the State of New York, and the Parent of Decedent Philip Paul Ognibene; the Co-Representative of her Estate, ESTHER R. BARBUTO, BLAISE J. OGNIBENE, AND ANNA M. RUESS, bring this action and is entitled to recover damages on the causes of action set forth herein.

2668.   Plaintiff Theresa Ogonowski is a resident of the State of Massachusetts, the Parent of Decedent John Alexander Ogonowski, and brings this action on her own behalf as the Parent of John Alexander Ogonowski and is entitled to recover damages on the causes of action set forth herein.

2669.   Plaintiff Carol A. Ogonowski is a resident of the State of Massachusetts, the Sibling of Decedent John Alexander Ogonowski, and brings this action on her own behalf as the Sibling of John Alexander Ogonowski and is entitled to recover damages on the causes of action set forth herein.

2670.   Plaintiff Margaret Mary Ogonowski is a resident of the State of Massachusetts, the Spouse of Decedent John Alexander Ogonowski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Alexander Ogonowski and on

behalf of all survivors of John Alexander Ogonowski and is entitled to recover damages on the causes of action set forth herein. John Alexander Ogonowski was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2671.   Plaintiff James Ogonowski is a resident of the State of Massachusetts, the Sibling of Decedent John Alexander Ogonowski, and brings this action on his own behalf as the Sibling of John Alexander Ogonowski and is entitled to recover damages on the causes of action set forth herein.

2672.   Plaintiff Joseph Ogonowski is a resident of the State of Michigan, the Sibling of Decedent John Alexander Ogonowski, and brings this action on his own behalf as the Sibling of John Alexander Ogonowski and is entitled to recover damages on the causes of action set forth herein.

2673.   Plaintiff Rachel Uchitel is a resident of the State of New York, the Fiancé of Decedent Andrew O'Grady, and brings this action on her own behalf as the Fiancé of Andrew O'Grady and is entitled to recover damages on the causes of action set forth herein.

2674.   Plaintiff Mary Ellen Malone is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2675.   Plaintiff Anne Marie Moran is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2676.   Plaintiff Kathleen Brigid Gaetano is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2677.   Plaintiff Jeanne Theresa McCabe is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2678.   Plaintiff Clare R. Mayer is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2679.   Plaintiff Andrea O'Hagan is a resident of the State of New York, the Spouse of Decedent Thomas Gerard O'Hagan, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Gerard O'Hagan and on behalf of all survivors of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein. Thomas Gerard O'Hagan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2680.   Plaintiff John O'Hagan is a resident of the State of United States, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on his own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2681.   Plaintiff Raymond T. O'Hagan is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on his own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2682.   Plaintiff Joseph E. O'Hagan is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on his own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2683.   Plaintiff Francis Patrick O'Hagan, Jr. is a resident of the State of New York, the Sibling of Decedent Thomas Gerard O'Hagan, and brings this action on his own behalf as the Sibling of Thomas Gerard O'Hagan and is entitled to recover damages on the causes of action set forth herein.

2684.   Plaintiff Francis P. O'Hagan, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Thomas Gerard O'Hagan; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2685.   Plaintiff Karen Lisa O'Keefe is a resident of the State of Florida, the Spouse of Decedent Patrick Joseph O'Keefe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Patrick Joseph O'Keefe and on behalf of all survivors of Patrick Joseph O'Keefe and is entitled to recover damages on the causes of action set forth herein. Patrick Joseph O'Keefe was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2686.   Plaintiff Virginia O'Keefe is a resident of the State of New York, the Spouse of Decedent William S. O'Keefe, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of William S. O'Keefe and on behalf of all survivors of William S. O'Keefe and is entitled to recover damages on the causes of action set forth herein. William S. O'Keefe was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2687.   Plaintiff Lynn A. Olcott is a resident of the State of Florida, the Spouse of Decedent Gerald M. Olcott, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gerald M. Olcott and on behalf of all survivors of Gerald M. Olcott and is entitled to recover damages on the causes of action set forth herein. Gerald M. Olcott was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2688.   Plaintiff Christopher Graig Olcott is a resident of the State of Florida, the Child of Decedent Gerald M. Olcott, and brings this action on his own behalf as the Child of Gerald M. Olcott and is entitled to recover damages on the causes of action set forth herein.

2689.   Plaintiff Graig Aaron Olcott is a resident of the State of Florida, the Child of Decedent Gerald M. Olcott, and brings this action on his own behalf as the Child of Gerald M. Olcott and is entitled to recover damages on the causes of action set forth herein.

2690.   Plaintiff Stella Olender is a resident of the State of Illinois, the Parent of Decedent Christine Olender, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Christine Olender and on behalf of all survivors of Christine Olender and is entitled to recover damages on the causes of action set forth herein. Christine Olender was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2691.   Plaintiff Therese Winters is a resident of the State of Illinois, the Sibling of Decedent Christine Olender, and brings this action on her own behalf as the Sibling of Christine Olender and is entitled to recover damages on the causes of action set forth herein.

2692.   Plaintiff John Casimir Olender is a resident of the State of Illinois, the Parent of Decedent Christine Olender, and brings this action on his own behalf as the Parent of Christine Olender and is entitled to recover damages on the causes of action set forth herein.

2693.   Plaintiff Conrad S. Olender is a resident of the State of Illinois, the Sibling of Decedent Christine Olender, and brings this action on his own behalf as the Sibling of Christine Olender and is entitled to recover damages on the causes of action set forth herein.

2694.   Plaintiff Barbara Olsen is a resident of the State of New York, the Parent of Decedent Eric Taube Olsen, and brings this action on her own behalf as the Parent of Eric Taube Olsen and is entitled to recover damages on the causes of action set forth herein.

2695.   Plaintiff Taube Olsen, now deceased, was a resident of the State of New York, and the Parent of Decedent Eric Taube Olsen; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2696.   Representative of the Estate of Eric Taube brings this action on behalf of the Estate of Eric Taube and on behalf of all survivors of Eric Taube and is entitled to recover damages on the causes of action set forth herein. Eric Taube was killed in the World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2697.   Plaintiff Clifford I. Olsen is a resident of the State of Virginia, the Sibling of Decedent Eric Taube Olsen, and brings this action on his own behalf as the Sibling of Eric Taube Olsen and is entitled to recover damages on the causes of action set forth herein.

2698.  Plaintiff Kenneth Olsen is a resident of the State of California, the Sibling of Decedent Eric Taube Olsen, and brings this action on his own behalf as the Sibling of Eric Taube Olsen and is entitled to recover damages on the causes of action set forth herein.

2699.  Plaintiff Todd Olsen is a resident of the State of North Carolina, the Sibling of Decedent Eric Taube Olsen, and brings this action on his own behalf as the Sibling of Eric Taube Olsen and is entitled to recover damages on the causes of action set forth herein.

2700.  Plaintiff DOE 82 is a resident of the New York, the Parent of Decedent DOE 82, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2701.  Plaintiff DOE 82 is a resident of the New York, the Sibling of Decedent DOE 82, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2702.  Plaintiff Denise Marie Olsen is a resident of the State of New Jersey, the Spouse of Decedent Jeffrey James Olsen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey James Olsen and on behalf of all survivors of Jeffrey James Olsen and is entitled to recover damages on the causes of action set forth herein. Jeffrey James Olsen was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2703.  Plaintiff DOE 82 is a resident of the New York, the Sibling of Decedent DOE 82, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2704.   Plaintiff DOE 82 is a resident of the New York, the Sibling of Decedent DOE 82, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2705.   Plaintiff Patricia Olson is a resident of the State of New York, the Spouse of Decedent Steven J. Olson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven J. Olson and on behalf of all survivors of Steven J. Olson and is entitled to recover damages on the causes of action set forth herein. Steven J. Olson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2706.   Plaintiff Kenneth D. Olson is a resident of the State of New York, the Sibling of Decedent Steven J. Olson, and brings this action on his own behalf as the Sibling of Steven J. Olson and is entitled to recover damages on the causes of action set forth herein.

2707.   Plaintiff Helen O'Mahony Bradley is a resident of the State of New York, the Parent of Decedent Matthew T. O'Mahony, and brings this action on her own behalf as the Parent of Matthew T. O'Mahony and is entitled to recover damages on the causes of action set forth herein.

2708.   Plaintiff Karen O'Mahony Speidell is a resident of the State of New York, the Sibling of Decedent Matthew T. O'Mahony, and brings this action on her own behalf as the Sibling of Matthew T. O'Mahony and is entitled to recover damages on the causes of action set forth herein.

2709.   Plaintiff John O'Mahony is a resident of the State of New York, the Sibling of Decedent Matthew T. O'Mahony, and brings this action on his own behalf as the Sibling of Matthew T. O'Mahony and is entitled to recover damages on the causes of action set forth herein.

2710.   Plaintiff Stephen O'Mahony is a resident of the State of New York, the Sibling of Decedent Matthew T. O'Mahony, and brings this action on his own behalf as the Sibling of Matthew T. O'Mahony and is entitled to recover damages on the causes of action set forth herein.

2711.   Plaintiff Robert J. O'Mahony is a resident of the State of New York, the Sibling of Decedent Matthew T. O'Mahony, and brings this action on his own behalf as the Sibling of Matthew T. O'Mahony and is entitled to recover damages on the causes of action set forth herein.

2712.   Plaintiff Jeanne O'Neill is a resident of the State of New York, the Parent of Decedent Peter J. O'Neill, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Peter J. O'Neill, Jr. and on behalf of all survivors of Peter J. O'Neill, Jr. and is entitled to recover damages on the causes of action set forth herein. Peter J. O'Neill, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2713.   Plaintiff Bridie O'Neill is a resident of the State of New York, the Sibling of Decedent Peter J. O'Neill, Jr., and brings this action on her own behalf as the Sibling of Peter J. O'Neill, Jr. and is entitled to recover damages on the causes of action set forth herein.

2714.   Plaintiff Thomas W. O'Neill is a resident of the State of New York, the Sibling of Decedent Peter J. O'Neill, Jr., and brings this action on his own behalf as the Sibling of Peter J. O'Neill, Jr. and is entitled to recover damages on the causes of action set forth herein.

2715.   Plaintiff Peter J. O'Neill, Sr. is a resident of the State of New York, the Parent of Decedent Peter J. O'Neill, Jr., and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Peter J. O'Neill, Jr. and on behalf of all survivors of Peter J. O'Neill, Jr. and is entitled to recover damages on the causes of action set forth herein. Peter J.

O'Neill, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2716.   Plaintiff Carol A. Smee is a resident of the State of Florida, the Sibling of Decedent Michael C. Opperman, and brings this action on her own behalf as the Sibling of Michael C. Opperman and is entitled to recover damages on the causes of action set forth herein.

2717.   Plaintiff Joyce Christopher is a resident of the State of Florida, the Parent of Decedent Christopher T. Orgielewicz, and brings this action on her own behalf as the Parent of Christopher T. Orgielewicz and is entitled to recover damages on the causes of action set forth herein.

2718.   Plaintiff Laurie Ann Christopher is a resident of the State of Florida, the Sibling of Decedent Christopher T. Orgielewicz, and brings this action on her own behalf as the Sibling of Christopher T. Orgielewicz and is entitled to recover damages on the causes of action set forth herein.

2719.   Plaintiff Olga Orgielewicz is a resident of the State of New York, the Spouse of Decedent Christopher T. Orgielewicz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher T. Orgielewicz and on behalf of all survivors of Christopher T. Orgielewicz and is entitled to recover damages on the causes of action set forth herein. Christopher T. Orgielewicz was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2720.   Plaintiff Corinne O'Rourke is a resident of the State of New York, the Child of Decedent Kevin M. O'Rourke, and brings this action on her own behalf as the Child of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2721.   Plaintiff Hannah O'Rourke is a resident of the State of New York, the Parent of Decedent Kevin M. O'Rourke, and brings this action on her own behalf as the Parent of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2722.   Plaintiff Patricia O'Keefe is a resident of the State of New York, the Sibling of Decedent Kevin M. O'Rourke, and brings this action on her own behalf as the Sibling of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2723.   Plaintiff Maryann J. O'Rourke is a resident of the State of New York, the Spouse of Decedent Kevin M. O'Rourke, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kevin M. O'Rourke and on behalf of all survivors of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein. Kevin M. O'Rourke was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2724.   Plaintiff Jamie O'Rourke is a resident of the State of New York, the Child of Decedent Kevin M. O'Rourke, and brings this action on his own behalf as the Child of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2725.   Plaintiff Dennis O'Rourke is a resident of the State of New York, the Parent of Decedent Kevin M. O'Rourke, and brings this action on his own behalf as the Parent of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2726.   Plaintiff Dennis P. O'Rourke is a resident of the State of New York, the Sibling of Decedent Kevin M. O'Rourke, and brings this action on his own behalf as the Sibling of Kevin M. O'Rourke and is entitled to recover damages on the causes of action set forth herein.

2727.   Plaintiff Gilbert Ortale is a resident of the State of Pennsylvania, the Sibling of Decedent Peter Keith Ortale, and brings this action on his own behalf as the Sibling of Peter Keith Ortale and is entitled to recover damages on the causes of action set forth herein.

2728.   Plaintiff Agatina Iaci is a resident of the State of New Hampshire, the Parent of Decedent Jane Marie Orth, and brings this action on her own behalf as the Parent of Jane Marie Orth and is entitled to recover damages on the causes of action set forth herein.

2729.   Plaintiff Gae Ferruolo is a resident of the State of New Hampshire, the Sibling of Decedent Jane Marie Orth, and brings this action on her own behalf as the Sibling of Jane Marie Orth and is entitled to recover damages on the causes of action set forth herein.

2730.   Plaintiff Wanda Garcia-Ortiz is a resident of the State of New York, the Spouse of Decedent Emilio Ortiz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Emilio Ortiz and on behalf of all survivors of Emilio Ortiz and is entitled to recover damages on the causes of action set forth herein. Emilio Ortiz was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2731.   Plaintiff Edna Velez-Mundo is a resident of the State of Florida, the Spouse of Decedent Pablo Ortiz, and brings this action on her own behalf as Spouse and as the Administrator of the Estate of Pablo Ortiz and on behalf of all survivors of Pablo Ortiz and is entitled to recover damages on the causes of action set forth herein. Pablo Ortiz was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2732.   Plaintiff Elizabeth Sherry is a resident of the State of New York, the Sibling of Decedent Robert O'Shea, and brings this action on her own behalf as the Sibling of Robert O'Shea and is entitled to recover damages on the causes of action set forth herein.

2733.   Plaintiff Beverly Ann Ostrowski is a resident of the State of New York, the Parent of Decedent James Robert Ostrowski, and brings this action on her own behalf as the Parent of James Robert Ostrowski and is entitled to recover damages on the causes of action set forth herein.

2734.   Plaintiff DOE 81 is a resident of the New York, the Sibling of Decedent DOE 81, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2735.   Plaintiff Stephen V. Ostrowski, now deceased, was a resident of the State of New York, and the Parent of Decedent James Robert Ostrowski; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2736.   Plaintiff Stephen W. Ostrowski is a resident of the State of New York, the Sibling of Decedent James Robert Ostrowski, and brings this action on his own behalf as the Sibling of James Robert Ostrowski and is entitled to recover damages on the causes of action set forth herein.

2737.   Plaintiff Marion Susan Otten is a resident of the State of New York, the Spouse of Decedent Michael J. Otten, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael J. Otten and on behalf of all survivors of Michael J. Otten and is entitled to recover damages on the causes of action set forth herein. Michael J. Otten was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2738.  Plaintiff Andrea Ouida is a resident of the State of New Jersey, the Parent of Decedent Todd Joseph Ouida, and brings this action on her own behalf as the Parent of Todd Joseph Ouida and is entitled to recover damages on the causes of action set forth herein.

2739.  Plaintiff Amy Morik is a resident of the State of New Jersey, the Sibling of Decedent Todd Joseph Ouida, and brings this action on her own behalf as the Sibling of Todd Joseph Ouida and is entitled to recover damages on the causes of action set forth herein.

2740.  Plaintiff Herbert Ouida is a resident of the State of New Jersey, the Parent of Decedent Todd Joseph Ouida, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Todd Joseph Ouida and on behalf of all survivors of Todd Joseph Ouida and is entitled to recover damages on the causes of action set forth herein. Todd Joseph Ouida was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2741.  Plaintiff Jordan Ouida is a resident of the State of New York, the Sibling of Decedent Todd Joseph Ouida, and brings this action on his own behalf as the Sibling of Todd Joseph Ouida and is entitled to recover damages on the causes of action set forth herein.

2742.  Plaintiff Annie Guerrero is a resident of the State of New Jersey, the Fiancé of Decedent Roland Pacheco, and brings this action on her own behalf as Fiancé and as the Personal Representative of the Estate of Roland Pacheco and on behalf of all survivors of Roland Pacheco and is entitled to recover damages on the causes of action set forth herein. Roland Pacheco was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2743.   Plaintiff Ryan Pacheco is a resident of the State of New Jersey, the Child of Decedent Roland Pacheco, and brings this action on his own behalf as the Child of Roland Pacheco and is entitled to recover damages on the causes of action set forth herein.

2744.   Plaintiff Rekha D. Packer is a resident of the State of New York, the Spouse of Decedent Michael B. Packer, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael B. Packer and on behalf of all survivors of Michael B. Packer and is entitled to recover damages on the causes of action set forth herein. Michael B. Packer was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2745.   Plaintiff Juana B. Borrero, now deceased, was a resident of the State of Puerto Rico, and the Parent of Decedent Diana B. Padro; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2746.   Plaintiff Miriam Borrero, now deceased, was a resident of the State of Puerto Rico, and the Sibling of Decedent Diana B. Padro; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2747.   Plaintiff Lillian Borrero is a resident of the State of Puerto Rico, the Sibling of Decedent Diana B. Padro, and brings this action on her own behalf as the Sibling of Diana B. Padro and is entitled to recover damages on the causes of action set forth herein.

2748.   Plaintiff Jose Javier Padro is a resident of the State of Virginia, the Child of Decedent Diana B. Padro, and brings this action on his own behalf as the Child of Diana B. Padro and is entitled to recover damages on the causes of action set forth herein.

2749.   Plaintiff Juan Carlos Padro is a resident of the State of Virginia, the Child of Decedent Diana B. Padro, and brings this action on his own behalf as the Child of Diana B. Padro and is entitled to recover damages on the causes of action set forth herein.

2750.   Plaintiff Jose E. Padro-Lebron is a resident of the State of Virginia, the Spouse of Decedent Diana B. Padro, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Diana B. Padro and on behalf of all survivors of Diana B. Padro and is entitled to recover damages on the causes of action set forth herein. Diana B. Padro was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2751.   Plaintiff Annette M. Palazzolo is a resident of the State of New York, the Parent of Decedent Richard A. Palazzolo, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Richard A. Palazzolo and on behalf of all survivors of Richard A. Palazzolo and is entitled to recover damages on the causes of action set forth herein. Richard A. Palazzolo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2752.   Plaintiff DOE 54 is a resident of the New York, the Parent of Decedent DOE 54, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2753.   Plaintiff DOE 54 is a resident of the New York, the Sibling of Decedent DOE 54, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2754.   Plaintiff DOE 54 is a resident of the New York, the Sibling of Decedent DOE 54, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2755.   Plaintiff DOE 54 is a resident of the New York, the Sibling of Decedent DOE 54, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2756.   Plaintiff DOE 54, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 54; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2757.   Plaintiff DOE 54 is a resident of the New York, the Sibling of Decedent DOE 54, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2758.   Plaintiff DOE 54 is a resident of the New York, the Sibling of Decedent DOE 54, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2759.   Plaintiff Fortunata Palombo is a resident of the State of New Jersey, the Parent of Decedent Frank Palombo, and brings this action on her own behalf as the Parent of Frank Palombo and is entitled to recover damages on the causes of action set forth herein.

2760.   Plaintiff Marie Palombo is a resident of the State of New Jersey, the Sibling of Decedent Frank Palombo, and brings this action on her own behalf as the Sibling of Frank Palombo and is entitled to recover damages on the causes of action set forth herein.

2761.   Plaintiff Barbara Polisar is a resident of the State of Florida, the Sibling of Decedent Frank Palombo, and brings this action on her own behalf as the Sibling of Frank Palombo and is entitled to recover damages on the causes of action set forth herein.

2762.   Plaintiff Barbara Pandolfo is a resident of the State of New Jersey, the Parent of Decedent Dominique Lisa Pandolfo, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Dominique Lisa Pandolfo and on behalf of all survivors of Dominique Lisa Pandolfo and is entitled to recover damages on the causes of action set forth herein. Dominique Lisa Pandolfo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2763.   Plaintiff Linda Ellen Panik, now deceased, was a resident of the State of Pennsylvania, and the Parent of Decedent Jonas Martin Panik; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2764.   Plaintiff Martina Lyne-Anna Panik is a resident of the State of Ohio, the Sibling of Decedent Jonas Martin Panik, and brings this action on her own behalf as the Sibling of Jonas Martin Panik and is entitled to recover damages on the causes of action set forth herein.

2765.   Plaintiff Martin Anthony Panik is a resident of the State of Pennsylvania, the Parent of Decedent Jonas Martin Panik, and brings this action on his own behalf as the Parent of Jonas Martin Panik and is entitled to recover damages on the causes of action set forth herein.

2766.   Plaintiff Loretta Halpert is a resident of the State of New York, the Sibling of Decedent Paul J. Pansini, and brings this action on her own behalf as the Sibling of Paul J. Pansini and is entitled to recover damages on the causes of action set forth herein.

2767.   Plaintiff Janice Pansini is a resident of the State of New Jersey, the Spouse of Decedent Paul J. Pansini, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Paul J. Pansini and on behalf of all survivors of Paul J. Pansini and is entitled to recover damages on the causes of action set forth herein. Paul J. Pansini was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2768.  Plaintiff Joseph Pansini is a resident of the State of New York, the Sibling of Decedent Paul J. Pansini, and brings this action on his own behalf as the Sibling of Paul J. Pansini and is entitled to recover damages on the causes of action set forth herein.

2769.  Plaintiff Robert Joseph Pansini, Sr. is a resident of the State of Pennsylvania, the Sibling of Decedent Paul J. Pansini, and brings this action on his own behalf as the Sibling of Paul J. Pansini and is entitled to recover damages on the causes of action set forth herein.

2770.  Plaintiff Patricia N. Papa is a resident of the State of New York, the Spouse of Decedent Edward J. Papa, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward J. Papa and on behalf of all survivors of Edward J. Papa and is entitled to recover damages on the causes of action set forth herein. Edward J. Papa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2771.  Plaintiff Theresa Papasso is a resident of the State of New York, the Parent of Decedent Salvatore T. Papasso, and brings this action on her own behalf as the Parent of Salvatore T. Papasso and is entitled to recover damages on the causes of action set forth herein.

2772.  Plaintiff Christine E. Papasso is a resident of the State of New York, the Spouse of Decedent Salvatore T. Papasso, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Salvatore T. Papasso and on behalf of all survivors of Salvatore T. Papasso and is entitled to recover damages on the causes of action set forth herein.

Salvatore T. Papasso was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2773.   Plaintiff Salvatore Papasso is a resident of the State of New York, the Parent of Decedent Salvatore T. Papasso, and brings this action on his own behalf as the Parent of Salvatore T. Papasso and is entitled to recover damages on the causes of action set forth herein.

2774.   Plaintiff Vincent Papasso is a resident of the State of New York, the Sibling of Decedent Salvatore T. Papasso, and brings this action on his own behalf as the Sibling of Salvatore T. Papasso and is entitled to recover damages on the causes of action set forth herein.

2775.   Plaintiff Gina Pinos is a resident of the State of New York, the Fiancé of Decedent James N. Pappageorge, and brings this action on her own behalf as the Fiancé of James N. Pappageorge and is entitled to recover damages on the causes of action set forth herein.

2776.   Plaintiff Juana Olga Pappageorge is a resident of the State of New York, the Parent of Decedent James N. Pappageorge, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of James N. Pappageorge and on behalf of all survivors of James N. Pappageorge and is entitled to recover damages on the causes of action set forth herein. James N. Pappageorge was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2777.   Plaintiff Helen Pappageorge is a resident of the State of New York, the Sibling of Decedent James N. Pappageorge, and brings this action on her own behalf as the Sibling of James N. Pappageorge and is entitled to recover damages on the causes of action set forth herein.

2778.   Plaintiff Maria Koutny is a resident of the State of Massachusetts, the Child of Decedent Marie Pappalardo, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Marie Pappalardo and on behalf of all survivors of

Marie Pappalardo and is entitled to recover damages on the causes of action set forth herein. Marie Pappalardo was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2779.   Plaintiff Vernon Alfred Randlett is a resident of the State of Florida, the Sibling of Decedent Marie Pappalardo, and brings this action on his own behalf as the Sibling of Marie Pappalardo and is entitled to recover damages on the causes of action set forth herein.

2780.   Plaintiff Gary Pappalardo is a resident of the State of Massachusetts, the Sibling of Decedent Marie Pappalardo, and brings this action on his own behalf as the Sibling of Marie Pappalardo and is entitled to recover damages on the causes of action set forth herein.

2781.   Plaintiff Gangadei Ramrup is a resident of  Guyana, the Sibling of Decedent Hardai Parbhu, and brings this action on her own behalf as the Sibling of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein.

2782.   Plaintiff Parboti Parbhu is a resident of  Canada, the Sibling of Decedent Hardai Parbhu, and brings this action on her own behalf as the Sibling of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein.

2783.   Plaintiff Denesh N. Parbhu is a resident of  Trinidad, the Sibling of Decedent Hardai Parbhu, and brings this action on his own behalf as the Sibling of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein.

2784.   Plaintiff Rajaram Parbhu is a resident of  Canada, the Sibling of Decedent Hardai Parbhu, and brings this action on his own behalf as the Sibling of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein.

2785.   Plaintiff Kenneth Persaud is a resident of Guyana, the Sibling of Decedent Hardai Parbhu, and brings this action on his own behalf as the Sibling of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein.

2786.   Plaintiff Lachman Parbhu is a resident of the State of New York, the Sibling of Decedent Hardai Parbhu, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Hardai Parbhu and on behalf of all survivors of Hardai Parbhu and is entitled to recover damages on the causes of action set forth herein. Hardai Parbhu was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2787.   Plaintiff Rose Paris is a resident of the State of New York, the Parent of Decedent George Paris, and brings this action on her own behalf as the Parent of George Paris and is entitled to recover damages on the causes of action set forth herein.

2788.   Plaintiff Christina Paris is a resident of the State of New York, the Spouse of Decedent George Paris, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of George Paris and on behalf of all survivors of George Paris and is entitled to recover damages on the causes of action set forth herein. George Paris was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2789.   Plaintiff Jung Hea Shin is a resident of the State of New York, the Parent of Decedent Gye Hyong Park, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Gye Hyong Park and on behalf of all survivors of Gye Hyong Park and is entitled to recover damages on the causes of action set forth herein. Gye

Hyong Park was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2790.   Plaintiff Myong Kyu Park is a resident of the State of New York, the Parent of Decedent Gye Hyong Park, and brings this action on his own behalf as the Parent of Gye Hyong Park and is entitled to recover damages on the causes of action set forth herein.

2791.   Plaintiff Jin Han Park is a resident of the State of New York, the Sibling of Decedent Gye Hyong Park, and brings this action on his own behalf as the Sibling of Gye Hyong Park and is entitled to recover damages on the causes of action set forth herein.

2792.   Plaintiff DOE 141, now deceased, was a resident of United Kingdom, and the Parent of Decedent DOE 141; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2793.   Plaintiff Bharti Parmar is a resident of the State of New Jersey, the Spouse of Decedent Hashmukhrai C. Parmar, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Hashmukhrai C. Parmar and on behalf of all survivors of Hashmukhrai C. Parmar and is entitled to recover damages on the causes of action set forth herein. Hashmukhrai C. Parmar was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2794.   Plaintiff DOE 141 is a resident of the United Kingdom, the Sibling of Decedent DOE 141, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2795.   Plaintiff DOE 141 is a resident of the United Kingdom, the Sibling of Decedent DOE 141, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2796.  Plaintiff Karen Parro is a resident of the State of New York, the Spouse of Decedent Robert Parro, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Parro and on behalf of all survivors of Robert Parro and is entitled to recover damages on the causes of action set forth herein. Robert Parro was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2797.  Plaintiff Karen Tatum is a resident of the State of New York, the Child of Decedent Diane Moore Parsons, and brings this action on her own behalf as the Child of Diane Moore Parsons and is entitled to recover damages on the causes of action set forth herein.

2798.  Plaintiff Frank Tatum is a resident of the State of New York, the Child of Decedent Diane Moore Parsons, and brings this action on his own behalf as the Child of Diane Moore Parsons and is entitled to recover damages on the causes of action set forth herein.

2799.  Plaintiff Imelda Reyes Soriano is a resident of the State of New Jersey, the Domestic Partner of Decedent Leobardo Lopez Pascual, and brings this action on her own behalf as the Domestic Partner of Leobardo Lopez Pascual and is entitled to recover damages on the causes of action set forth herein.

2800.  Plaintiff Sarah P. Rubinstein is a resident of the State of Minnesota, the Sibling of Decedent Jerrold H. Paskins, and brings this action on her own behalf as the Sibling of Jerrold H. Paskins and is entitled to recover damages on the causes of action set forth herein.

2801.  Plaintiff Inez Paskins- Slick is a resident of the State of California, the Spouse of Decedent Jerrold H. Paskins, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jerrold H. Paskins and on behalf of all survivors of Jerrold H. Paskins and is entitled to recover damages on the causes of action set forth herein.

Jerrold H. Paskins was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2802.   Plaintiff Robert R. Paskins is a resident of the State of Oregon, the Child of Decedent Jerrold H. Paskins, and brings this action on his own behalf as the Child of Jerrold H. Paskins and is entitled to recover damages on the causes of action set forth herein.

2803.   Plaintiff Marie Passananti is a resident of the State of New York, the Parent of Decedent Horace Robert Passananti, and brings this action on her own behalf as the Parent of Horace Robert Passananti and is entitled to recover damages on the causes of action set forth herein.

2804.   Plaintiff Sandra Passananti is a resident of the State of New York, the Sibling of Decedent Horace Robert Passananti, and brings this action on her own behalf as the Sibling of Horace Robert Passananti and is entitled to recover damages on the causes of action set forth herein.

2805.   Plaintiff Michael Robert Passananti is a resident of the State of Colorado, the Child of Decedent Horace Robert Passananti, and brings this action on his own behalf as the Child of Horace Robert Passananti and is entitled to recover damages on the causes of action set forth herein.

2806.   Plaintiff Sean Robert Passananti is a resident of the State of New York, the Child of Decedent Horace Robert Passananti, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Horace Robert Passananti and on behalf of all survivors of Horace Robert Passananti and is entitled to recover damages on the causes of action set forth herein. Horace Robert Passananti was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2807.  Plaintiff Sushilaben R. Patel is a resident of United Kingdom, the Parent of Decedent Avnish Ramanbhai Patel, and brings this action on her own behalf as the Parent of Avnish Ramanbhai Patel and is entitled to recover damages on the causes of action set forth herein.

2808.  Plaintiff Ramanbhas M. Patel is a resident of United Kingdom, the Parent of Decedent Avnish Ramanbhai Patel, and brings this action on his own behalf as the Parent of Avnish Ramanbhai Patel and is entitled to recover damages on the causes of action set forth herein.

2809.  Plaintiff Yogesh R. Patel is a resident of the State of New York, the Sibling of Decedent Avnish Ramanbhai Patel, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Avnish Ramanbhai Patel and on behalf of all survivors of Avnish Ramanbhai Patel and is entitled to recover damages on the causes of action set forth herein. Avnish Ramanbhai Patel was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2810.  Plaintiff Kapila Jayant Patel is a resident of the State of New York, the Parent of Decedent Dipti Patel, and brings this action on her own behalf as the Parent of Dipti Patel and is entitled to recover damages on the causes of action set forth herein.

2811.  Plaintiff Vibhuti Patel is a resident of the State of New York, the Sibling of Decedent Dipti Patel, and brings this action on her own behalf as the Sibling of Dipti Patel and is entitled to recover damages on the causes of action set forth herein.

2812.  Plaintiff Nimisha Patel is a resident of the State of Virginia, the Sibling of Decedent Dipti Patel, and brings this action on her own behalf as the Sibling of Dipti Patel and is entitled to recover damages on the causes of action set forth herein.

2813.   Plaintiff Jayant R. Patel is a resident of the State of New York, the Parent of Decedent Dipti Patel, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Dipti Patel and on behalf of all survivors of Dipti Patel and is entitled to recover damages on the causes of action set forth herein. Dipti Patel was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2814.   Plaintiff Rantik Patel is a resident of the State of Virginia, the Sibling of Decedent Dipti Patel, and brings this action on his own behalf as the Sibling of Dipti Patel and is entitled to recover damages on the causes of action set forth herein.

2815.   Plaintiff Niraj Patel is a resident of the State of New York, the Sibling of Decedent Dipti Patel, and brings this action on his own behalf as the Sibling of Dipti Patel and is entitled to recover damages on the causes of action set forth herein.

2816.   Plaintiff Sakae Takushima is a resident of the State of New York, the Fiancé of Decedent Manish Patel, and brings this action on her own behalf as the Fiancé of Manish Patel and is entitled to recover damages on the causes of action set forth herein.

2817.   Plaintiff Lois Paterson Gallo is a resident of the State of New York, the Sibling of Decedent Steven Bennett Paterson, and brings this action on her own behalf as the Sibling of Steven Bennett Paterson and is entitled to recover damages on the causes of action set forth herein.

2818.   Plaintiff Lisa Paterson is a resident of the State of New Jersey, the Spouse of Decedent Steven Bennett Paterson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven Bennett Paterson and on behalf of all survivors of Steven Bennett Paterson and is entitled to recover damages on the causes of action set forth

herein. Steven Bennett Paterson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2819.   Plaintiff George Paterson is a resident of the State of New Jersey, the Sibling of Decedent Steven Bennett Paterson, and brings this action on his own behalf as the Sibling of Steven Bennett Paterson and is entitled to recover damages on the causes of action set forth herein.

2820.   Plaintiff Joseph J. Paterson is a resident of the State of Arizona, the Sibling of Decedent Steven Bennett Paterson, and brings this action on his own behalf as the Sibling of Steven Bennett Paterson and is entitled to recover damages on the causes of action set forth herein.

2821.   Plaintiff Barbara A. Patrick is a resident of the State of New York, the Parent of Decedent James Matthew Patrick, and brings this action on her own behalf as the Parent of James Matthew Patrick and is entitled to recover damages on the causes of action set forth herein.

2822.   Plaintiff Kathryn M. Patrick is a resident of the State of New York, the Sibling of Decedent James Matthew Patrick, and brings this action on her own behalf as the Sibling of James Matthew Patrick and is entitled to recover damages on the causes of action set forth herein.

2823.   Plaintiff Alicia M. Patrick is a resident of the State of New York, the Sibling of Decedent James Matthew Patrick, and brings this action on her own behalf as the Sibling of James Matthew Patrick and is entitled to recover damages on the causes of action set forth herein.

2824.   Plaintiff Jerry Gale Patrick is a resident of the State of New York, the Parent of Decedent James Matthew Patrick, and brings this action on his own behalf as the Parent of James Matthew Patrick and is entitled to recover damages on the causes of action set forth herein.

2825.   Plaintiff Kevin M. Patrick is a resident of the State of Vermont, the Sibling of Decedent James Matthew Patrick, and brings this action on his own behalf as the Sibling of James Matthew Patrick and is entitled to recover damages on the causes of action set forth herein.

2826.   Plaintiff Frances Patti is a resident of the State of New Jersey, the Parent of Decedent Cira Marie Patti, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Cira Marie Patti and on behalf of all survivors of Cira Marie Patti and is entitled to recover damages on the causes of action set forth herein. Cira Marie Patti was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2827.   Plaintiff Juliann Patti-Andolpho is a resident of the State of Florida, the Sibling of Decedent Cira Marie Patti, and brings this action on her own behalf as the Sibling of Cira Marie Patti and is entitled to recover damages on the causes of action set forth herein.

2828.   Plaintiff Michael Patti is a resident of the State of New Jersey, the Parent of Decedent Cira Marie Patti, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Cira Marie Patti and on behalf of all survivors of Cira Marie Patti and is entitled to recover damages on the causes of action set forth herein. Cira Marie Patti was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2829.   Plaintiff Richard P. Patti is a resident of the State of New Jersey, the Sibling of Decedent Cira Marie Patti, and brings this action on his own behalf as the Sibling of Cira Marie Patti and is entitled to recover damages on the causes of action set forth herein.

2830.   Plaintiff Michael Patti, Jr. is a resident of the State of New Jersey, the Sibling of Decedent Cira Marie Patti, and brings this action on his own behalf as the Sibling of Cira Marie Patti and is entitled to recover damages on the causes of action set forth herein.

2831.   Plaintiff Bobbie Catherine Peak, now deceased, was a resident of the State of Indiana, and the Parent of Decedent Stacey Lynn Peak; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2832.   The Represenative of the Estate of Stacey Lynn Peak, Decedent, brings this action on behalf of the Estate of Stacey Lynn Peak and on behalf of all survivors of Stacey Lynn Peak and is entitled to recover damages on the causes of action set forth herein. Stacey Lynn Peak was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2833.   Plaintiff Toni Peak is a resident of the State of Indiana, the Sibling of Decedent Stacey Lynn Peak, and brings this action on her own behalf as the Sibling of Stacey Lynn Peak and is entitled to recover damages on the causes of action set forth herein.

2834.   Plaintiff Judy Peak Rhodes is a resident of the State of Indiana, the Sibling of Decedent Stacey Lynn Peak, and brings this action on her own behalf as the Sibling of Stacey Lynn Peak and is entitled to recover damages on the causes of action set forth herein.

2835.   Plaintiff Phillip Peak is a resident of the State of Georgia, the Sibling of Decedent Stacey Lynn Peak, and brings this action on his own behalf as the Sibling of Stacey Lynn Peak and is entitled to recover damages on the causes of action set forth herein.

2836.  Plaintiff Michael R. Peak is a resident of the State of Indiana, the Sibling of Decedent Stacey Lynn Peak, and brings this action on his own behalf as the Sibling of Stacey Lynn Peak and is entitled to recover damages on the causes of action set forth herein.

2837.  Plaintiff Natalee Moore is a resident of the State of California, the Sibling of Decedent Thomas Pecorelli, and brings this action on her own behalf as the Sibling of Thomas Pecorelli and is entitled to recover damages on the causes of action set forth herein.

2838.  Plaintiff Kia Polyxena Pavloff is a resident of the State of Michigan, the Spouse of Decedent Thomas Pecorelli, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Pecorelli and on behalf of all survivors of Thomas Pecorelli and is entitled to recover damages on the causes of action set forth herein. Thomas Pecorelli was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2839.  Plaintiff Nancy N. Pedicini, now deceased, was a resident of the State of New York, and the Parent of Decedent Thomas Pedicini; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2840.  Plaintiff June Coppola is a resident of the State of New York, the Sibling of Decedent Thomas Pedicini, and brings this action on her own behalf as the Sibling of Thomas Pedicini and is entitled to recover damages on the causes of action set forth herein.

2841.  Plaintiff Anne Pedicini is a resident of the State of New York, the Sibling of Decedent Thomas Pedicini, and brings this action on her own behalf as the Sibling of Thomas Pedicini and is entitled to recover damages on the causes of action set forth herein.

2842.   Plaintiff Pamela Morace is a resident of the State of New York, the Sibling of Decedent Thomas Pedicini, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Thomas Pedicini and is entitled to recover damages on the causes of action set forth herein. Thomas Pedicini was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001."

2843.   Plaintiff Albert Pedicini, now deceased, was a resident of the State of New York, and the Parent of Decedent Thomas Pedicini; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2844.   Plaintiff Michele T. Pena is a resident of the State of New Jersey, the Spouse of Decedent Angel R. Pena, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Angel R. Pena and on behalf of all survivors of Angel R. Pena and is entitled to recover damages on the causes of action set forth herein. Angel R. Pena was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2845.   Plaintiff Cielita Peralta is a resident of the State of New York, the Parent of Decedent Carl Allen Peralta, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Carl Allen Peralta and on behalf of all survivors of Carl Allen Peralta and is entitled to recover damages on the causes of action set forth herein. Carl Allen Peralta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2846.   Plaintiff Oscar Figueroa Peralta is a resident of the State of New York, the Parent of Decedent Carl Allen Peralta, and brings this action on his own behalf as the Parent of Carl Allen Peralta and is entitled to recover damages on the causes of action set forth herein.

2847.   Plaintiff Lucia Perconti, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Jon A. Perconti; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2848.   Plaintiff Tammy Perconti is a resident of the State of New Jersey, the Spouse of Decedent Jon A. Perconti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jon A. Perconti and on behalf of all survivors of Jon A. Perconti and is entitled to recover damages on the causes of action set forth herein. Jon A. Perconti was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2849.   Plaintiff Carmen Rodriguez is a resident of the State of Puerto Rico, the Parent of Decedent Angel Perez, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Angel Perez, Jr. and on behalf of all survivors of Angel Perez, Jr. and is entitled to recover damages on the causes of action set forth herein. Angel Perez, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2850.   Plaintiff Mariela Flores is a resident of the State of New Jersey, the Sibling of Decedent Angel Perez, Jr., and brings this action on her own behalf as the Sibling of Angel Perez, Jr. and is entitled to recover damages on the causes of action set forth herein.

2851.   Plaintiff Ramon Rodriguez is a resident of the State of Pennsylvania, the Sibling of Decedent Angel Perez, Jr., and brings this action on his own behalf as the Sibling of Angel Perez, Jr. and is entitled to recover damages on the causes of action set forth herein.

2852.   Plaintiff Shawn Bittner is a resident of the State of New York, the Not Related of Decedent Angela Susan Perez, and brings this action on his own behalf as Not Related and as the Personal Representative of the Estate of Angela Susan Perez and on behalf of all survivors of Angela Susan Perez and is entitled to recover damages on the causes of action set forth herein. Angela Susan Perez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2853.   Plaintiff Patricia J. Perry is a resident of the State of Missouri, the Parent of Decedent John William Perry, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of John William Perry and on behalf of all survivors of John William Perry and is entitled to recover damages on the causes of action set forth herein. John William Perry was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2854.   Plaintiff Janice Lynn Montoya is a resident of the State of Colorado, the Sibling of Decedent John William Perry, and brings this action on her own behalf as the Sibling of John William Perry and is entitled to recover damages on the causes of action set forth herein.

2855.   Plaintiff Joel R. Perry is a resident of the State of New York, the Sibling of Decedent John William Perry, and brings this action on his own behalf as the Sibling of John William Perry and is entitled to recover damages on the causes of action set forth herein.

2856.   Plaintiff Chiara Pesce is a resident of the State of New York, the Parent of Decedent Danny Pesce, and brings this action on her own behalf as Parent and as the Co-

Administrator of the Estate of Danny Pesce and on behalf of all survivors of Danny Pesce and is entitled to recover damages on the causes of action set forth herein. Danny Pesce was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2857.   Plaintiff Angela Frunzi is a resident of the State of New York, the Sibling of Decedent Danny Pesce, and brings this action on her own behalf as the Sibling of Danny Pesce and is entitled to recover damages on the causes of action set forth herein.

2858.   Plaintiff Paul Pesce is a resident of the State of New York, the Parent of Decedent Danny Pesce, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Danny Pesce and on behalf of all survivors of Danny Pesce and is entitled to recover damages on the causes of action set forth herein. Danny Pesce was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2859.   Plaintiff Frank Pesce is a resident of the State of New York, the Sibling of Decedent Danny Pesce, and brings this action on his own behalf as the Sibling of Danny Pesce and is entitled to recover damages on the causes of action set forth herein.

2860.   Plaintiff Anne Marie Pescherine is a resident of the State of New Jersey, the Parent of Decedent Michael John Pescherine, and brings this action on her own behalf as the Parent of Michael John Pescherine and is entitled to recover damages on the causes of action set forth herein.

2861.   Plaintiff Nancy Gionco is a resident of the State of New Jersey, the Sibling of Decedent Michael John Pescherine, and brings this action on her own behalf as the Sibling of

Michael John Pescherine and is entitled to recover damages on the causes of action set forth herein.

2862.  Plaintiff Lynn Pescherine is a resident of the State of California, the Spouse of Decedent Michael John Pescherine, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael John Pescherine and on behalf of all survivors of Michael John Pescherine and is entitled to recover damages on the causes of action set forth herein. Michael John Pescherine was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2863.  Plaintiff William Kevin Pescherine is a resident of the State of New Jersey, the Sibling of Decedent Michael John Pescherine, and brings this action on his own behalf as the Sibling of Michael John Pescherine and is entitled to recover damages on the causes of action set forth herein.

2864.  Plaintiff Thomas F. Pescherine, Sr., now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Michael John Pescherine; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2865.  Plaintiff DOE 16 is a resident of the New York, the Parent of Decedent DOE 16, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2866.  Plaintiff DOE 16 is a resident of the New York, the Sibling of Decedent DOE 16, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2867.   Plaintiff Dawn Peterson is a resident of the State of Georgia, the Sibling of Decedent Davin N. Peterson, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Davin N. Peterson and on behalf of all survivors of Davin N. Peterson and is entitled to recover damages on the causes of action set forth herein. Davin N. Peterson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2868.   Plaintiff Norman Peterson, now deceased, was a resident of the State of California, and the Parent of Decedent Davin N. Peterson; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2869.   Plaintiff DOE 16 is a resident of the California, the Sibling of Decedent DOE 16, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2870.   Plaintiff Charles R. Peterson is a resident of the State of New Jersey, the Child of Decedent Donald A. Peterson, and brings this action on his own behalf as the Child of Donald A. Peterson and is entitled to recover damages on the causes of action set forth herein.

2871.   Plaintiff D. Hamilton Peterson is a resident of the State of Maryland, the Child of Decedent Donald A. Peterson, and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Donald A. Peterson and on behalf of all survivors of Donald A. Peterson and is entitled to recover damages on the causes of action set forth herein. Donald A. Peterson was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2872.   Plaintiff Virginia Ann Petrocelli is a resident of the State of New York, the Parent of Decedent Mark James Petrocelli, and brings this action on her own behalf as the Parent of Mark James Petrocelli and is entitled to recover damages on the causes of action set forth herein.

2873.   Plaintiff Nicole Petrocelli is a resident of the State of New York, the Spouse of Decedent Mark James Petrocelli, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark James Petrocelli and on behalf of all survivors of Mark James Petrocelli and is entitled to recover damages on the causes of action set forth herein. Mark James Petrocelli was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2874.   Plaintiff Albert Peter Petrocelli, Jr. is a resident of the State of New York, the Sibling of Decedent Mark James Petrocelli, and brings this action on his own behalf as the Sibling of Mark James Petrocelli and is entitled to recover damages on the causes of action set forth herein.

2875.   Plaintiff Albert Peter Petrocelli, Sr. is a resident of the State of New York, the Parent of Decedent Mark James Petrocelli, and brings this action on his own behalf as the Parent of Mark James Petrocelli and is entitled to recover damages on the causes of action set forth herein.

2876.   Plaintiff Catherine Petti is a resident of the State of New York, the Parent of Decedent Philip S. Petti, and brings this action on her own behalf as the Parent of Philip S. Petti and is entitled to recover damages on the causes of action set forth herein.

2877.   Plaintiff Jacqueline Lee Butt is a resident of the State of New Jersey, the Sibling of Decedent Philip S. Petti, and brings this action on her own behalf as the Sibling of Philip S. Petti and is entitled to recover damages on the causes of action set forth herein.

2878.   Plaintiff Adrian Lee Foran is a resident of the State of Massachusetts, the Sibling of Decedent Philip S. Petti, and brings this action on her own behalf as the Sibling of Philip S. Petti and is entitled to recover damages on the causes of action set forth herein.

2879.   Plaintiff Eileen R. Petti is a resident of the State of New York, the Spouse of Decedent Philip S. Petti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Philip S. Petti and on behalf of all survivors of Philip S. Petti and is entitled to recover damages on the causes of action set forth herein. Philip S. Petti was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2880.   Plaintiff Antimo Petti, now deceased, was a resident of the State of New York, and the Parent of Decedent Philip S. Petti; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2881.   Plaintiff Thomas Daniel Petti is a resident of the State of New York, the Sibling of Decedent Philip S. Petti, and brings this action on his own behalf as the Sibling of Philip S. Petti and is entitled to recover damages on the causes of action set forth herein.

2882.   Plaintiff Susan L. Picarro is a resident of the State of Florida, the Spouse of Decedent Ludwig John Picarro, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ludwig John Picarro and on behalf of all survivors of Ludwig John Picarro and is entitled to recover damages on the causes of action set forth herein. Ludwig John Picarro was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2883.   Plaintiff Petrina M. Picerno is a resident of the State of New Jersey, the Spouse of Decedent Matthew M. Picerno, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Matthew M. Picerno and on behalf of all survivors of Matthew M. Picerno and is entitled to recover damages on the causes of action set forth herein. Matthew M. Picerno was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2884.   Plaintiff Marie E. Puccio-Pick is a resident of the State of New Jersey, the Spouse of Decedent Joseph Pick, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Pick and on behalf of all survivors of Joseph Pick and is entitled to recover damages on the causes of action set forth herein. Joseph Pick was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2885.   Plaintiff Patricia Marie Pietronico is a resident of the State of New Jersey, the Parent of Decedent Bernard Pietronico, and brings this action on her own behalf as the Parent of Bernard Pietronico and is entitled to recover damages on the causes of action set forth herein.

2886.   Plaintiff Patricia Keelan is a resident of the State of New Jersey, the Sibling of Decedent Bernard Pietronico, and brings this action on her own behalf as the Sibling of Bernard Pietronico and is entitled to recover damages on the causes of action set forth herein.

2887.   Plaintiff Jacqueline Pietronico is a resident of the State of New Jersey, the Spouse of Decedent Bernard Pietronico, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Bernard Pietronico and on behalf of all survivors of Bernard Pietronico and is entitled to recover damages on the causes of action set forth herein. Bernard Pietronico was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2888.   Plaintiff Michael Pietronico is a resident of the State of New Jersey, the Sibling of Decedent Bernard Pietronico, and brings this action on his own behalf as the Sibling of Bernard Pietronico and is entitled to recover damages on the causes of action set forth herein.

2889.   Plaintiff Janet Ciaramello is a resident of the State of New Jersey, the Sibling of Decedent Nicholas P. Pietrunti, and brings this action on her own behalf as the Sibling of Nicholas P. Pietrunti and is entitled to recover damages on the causes of action set forth herein.

2890.   Plaintiff John J. Pietrunti is a resident of the State of New Jersey, the Sibling of Decedent Nicholas P. Pietrunti, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Nicholas P. Pietrunti and on behalf of all survivors of Nicholas P. Pietrunti and is entitled to recover damages on the causes of action set forth herein. Nicholas P. Pietrunti was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2891.   Plaintiff Dorothy Ancona is a resident of the State of Florida, the Parent of Decedent Susan Pinto, and brings this action on her own behalf as the Parent of Susan Pinto and is entitled to recover damages on the causes of action set forth herein.

2892.   Plaintiff Barbara Gray is a resident of the State of Florida, the Sibling of Decedent Susan Pinto, and brings this action on her own behalf as the Sibling of Susan Pinto and is entitled to recover damages on the causes of action set forth herein.

2893.   Plaintiff Douglas Pinto is a resident of the State of New Jersey, the Spouse of Decedent Susan Pinto, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Susan Pinto and on behalf of all survivors of Susan Pinto and is entitled to recover damages on the causes of action set forth herein. Susan Pinto was killed at

One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2894.  Plaintiff Virginia Martha Dominguez is a resident of  Australia, the Child of Decedent Alberto Dominguez Piriz, and brings this action on her own behalf as the Child of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2895.  Plaintiff Maria Reina Dominguez Piriz is a resident of  Uruguay, the Sibling of Decedent Alberto Dominguez Piriz, and brings this action on her own behalf as the Sibling of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2896.  Plaintiff Martha Isabel Dominguez is a resident of Australia, the Spouse of Decedent Alberto Dominguez Piriz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alberto Dominguez Piriz and on behalf of all survivors of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein. Alberto Dominguez Piriz was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2897.  Plaintiff Diego Dominguez is a resident of  Australia, the Child of Decedent Alberto Dominguez Piriz, and brings this action on his own behalf as the Child of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2898.  Plaintiff Alvaro Dominguez is a resident of  Australia, the Child of Decedent Alberto Dominguez Piriz, and brings this action on his own behalf as the Child of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2899.  Plaintiff Alberto Dominguez is a resident of  Australia, the Child of Decedent Alberto Dominguez Piriz, and brings this action on his own behalf as the Child of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2900.  Plaintiff Carlos Dominguez Perez is a resident of  Uruguay, the Sibling of Decedent Alberto Dominguez Piriz, and brings this action on his own behalf as the Sibling of Alberto Dominguez Piriz and is entitled to recover damages on the causes of action set forth herein.

2901.  Plaintiff Laura Marie Piskadlo is a resident of the State of New Jersey, the Child of Decedent Joseph Piskadlo, and brings this action on her own behalf as the Child of Joseph Piskadlo and is entitled to recover damages on the causes of action set forth herein.

2902.  Plaintiff Rosemary Piskadlo is a resident of the State of New Jersey, the Spouse of Decedent Joseph Piskadlo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Piskadlo and on behalf of all survivors of Joseph Piskadlo and is entitled to recover damages on the causes of action set forth herein. Joseph Piskadlo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2903.  Plaintiff Brian Joseph Piskadlo is a resident of the State of New Jersey, the Child of Decedent Joseph Piskadlo, and brings this action on his own behalf as the Child of Joseph Piskadlo and is entitled to recover damages on the causes of action set forth herein.

2904.  Plaintiff Steven John Piskadlo is a resident of the State of New Jersey, the Child of Decedent Joseph Piskadlo, and brings this action on his own behalf as the Child of Joseph Piskadlo and is entitled to recover damages on the causes of action set forth herein.

2905.  Plaintiff Eric J. Pitman is a resident of the State of New York, the Parent of Decedent Christopher Todd Pitman, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher Todd Pitman and on behalf of all survivors of Christopher Todd Pitman and is entitled to recover damages on the causes of action set forth herein. Christopher Todd Pitman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2906.  Plaintiff Susan Piver is a resident of the State of Connecticut, the Parent of Decedent Joshua Michael Piver, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Joshua Michael Piver and on behalf of all survivors of Joshua Michael Piver and is entitled to recover damages on the causes of action set forth herein. Joshua Michael Piver was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2907.  Plaintiff Doreen Plumitallo is a resident of the State of New Jersey, the Spouse of Decedent Joseph Plumitallo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Plumitallo and on behalf of all survivors of Joseph Plumitallo and is entitled to recover damages on the causes of action set forth herein. Joseph Plumitallo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2908.  Plaintiff Laura A. Grygotis is a resident of the State of New Jersey, the Spouse of Decedent John M. Pocher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John M. Pocher and on behalf of all survivors of John M. Pocher and is entitled to recover damages on the causes of action set forth herein. John M.

Pocher was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2909.   Plaintiff Bernard Polatsch is a resident of the State of New York, the Parent of Decedent Laurence Michael Polatsch, and brings this action on his own behalf as the Parent of Laurence Michael Polatsch and is entitled to recover damages on the causes of action set forth herein.

2910.   Plaintiff Olga L. Polhemus, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Thomas H. Polhemus; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2911.   Plaintiff Jane Lynn Skrzyniarz is a resident of the State of Pennsylvania, the Sibling of Decedent Thomas H. Polhemus, and brings this action on her own behalf as the Sibling of Thomas H. Polhemus and is entitled to recover damages on the causes of action set forth herein.

2912.   Plaintiff Dorothy Gail McGrath is a resident of the State of New Jersey, the Sibling of Decedent Thomas H. Polhemus, and brings this action on her own behalf as the Sibling of Thomas H. Polhemus and is entitled to recover damages on the causes of action set forth herein.

2913.   Plaintiff Barbara L. Polhemus is a resident of the State of Pennsylvania, the Spouse of Decedent Thomas H. Polhemus, and brings this action on her own behalf as Spouse and as the Administrator of the Estate of Thomas H. Polhemus and on behalf of all survivors of Thomas H. Polhemus and is entitled to recover damages on the causes of action set forth herein. Thomas H. Polhemus was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2914.   Plaintiff Harold Lowe Polhemus is a resident of the State of New Jersey, the Parent of Decedent Thomas H. Polhemus, and brings this action on his own behalf as the Parent of Thomas H. Polhemus and is entitled to recover damages on the causes of action set forth herein.

2915.   Plaintiff Phyllis Pollio, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Susan M. Pollio; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.  The Representative of the Estate of Susan M. Pollio brings this action on behalf of all survivors of Susan M. Pollio and is entitled to recover damages on the causes of action set forth herein. Susan M. Pollio was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001."

2916.   Plaintiff Sandra Gonzales is a resident of the State of Connecticut, the Sibling of Decedent Susan M. Pollio, and brings this action on her own behalf as the Sibling of Susan M. Pollio and is entitled to recover damages on the causes of action set forth herein.

2917.   Plaintiff Joyce Oxley is a resident of the State of New Jersey, the Sibling of Decedent Susan M. Pollio, and brings this action on her own behalf as the Sibling of Susan M. Pollio and is entitled to recover damages on the causes of action set forth herein.

2918.   Plaintiff Devora Wolk Pontell is a resident of the State of Maryland, the Spouse of Decedent Darin Howard Pontell, and brings this action on her own behalf as Spouse and as the Administrator of the Estate of Darin Howard Pontell and on behalf of all survivors of Darin Howard Pontell and is entitled to recover damages on the causes of action set forth herein. Darin Howard Pontell was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2919.   Plaintiff Vasile Poptean is a resident of the State of New York, the Sibling of Decedent Joshua I. Poptean, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Joshua I. Poptean and on behalf of all survivors of Joshua I. Poptean and is entitled to recover damages on the causes of action set forth herein. Joshua I. Poptean was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2920.   Plaintiff Nikki L. Stern is a resident of the State of New Jersey, the Spouse of Decedent James E. Portorti, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James E. Portorti and on behalf of all survivors of James E. Portorti and is entitled to recover damages on the causes of action set forth herein. James E. Portorti was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2921.   Plaintiff Lisa Sarni is a resident of the State of New York, the Child of Decedent Richard N. Poulos, and brings this action on her own behalf as the Child of Richard N. Poulos and is entitled to recover damages on the causes of action set forth herein.

2922.   Plaintiff Margaret Poulos is a resident of the State of New York, the Spouse of Decedent Richard N. Poulos, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard N. Poulos and on behalf of all survivors of Richard N. Poulos and is entitled to recover damages on the causes of action set forth herein. Richard N. Poulos was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2923.   Plaintiff Erin Poulos is a resident of the State of New York, the Child of Decedent Richard N. Poulos, and brings this action on his own behalf as the Child of Richard N. Poulos and is entitled to recover damages on the causes of action set forth herein.

2924.   Plaintiff Richard J. Poulos is a resident of the State of New York, the Child of Decedent Richard N. Poulos, and brings this action on his own behalf as the Child of Richard N. Poulos and is entitled to recover damages on the causes of action set forth herein.

2925.   Plaintiff Norma L. Powell is a resident of the State of New York, the Parent of Decedent Brandon J. Powell, and brings this action on her own behalf as the Parent of Brandon J. Powell and is entitled to recover damages on the causes of action set forth herein.

2926.   Plaintiff Harry J. Powell is a resident of the State of New York, the Parent of Decedent Brandon J. Powell, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Brandon J. Powell and on behalf of all survivors of Brandon J. Powell and is entitled to recover damages on the causes of action set forth herein. Brandon J. Powell was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2927.   Plaintiff Catherine Powell is a resident of the State of Georgia, the Parent of Decedent Scott Allen Powell, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Scott Allen Powell and on behalf of all survivors of Scott Allen Powell and is entitled to recover damages on the causes of action set forth herein. Scott Allen Powell was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2928.   Plaintiff Asmareli Sago, now deceased, was a resident of the State of New York, and the Domestic Partner of Decedent Antonio Pratt; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2929.   Plaintiff Dolores Alba Preziose is a resident of the State of New Jersey, the Parent of Decedent Gregory M. Preziose, and brings this action on her own behalf as the Parent of Gregory M. Preziose and is entitled to recover damages on the causes of action set forth herein.

2930.   Plaintiff Lori A. Preziose is a resident of the State of New Jersey, the Spouse of Decedent Gregory M. Preziose, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gregory M. Preziose and on behalf of all survivors of Gregory M. Preziose and is entitled to recover damages on the causes of action set forth herein. Gregory M. Preziose was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2931.   Plaintiff Alexander Preziose, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Gregory M. Preziose; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2932.   Plaintiff Christopher Paul Preziose is a resident of the State of New Jersey, the Sibling of Decedent Gregory M. Preziose, and brings this action on his own behalf as the Sibling of Gregory M. Preziose and is entitled to recover damages on the causes of action set forth herein.

2933.   Plaintiff John Michael Preziose is a resident of the State of New Jersey, the Sibling of Decedent Gregory M. Preziose, and brings this action on his own behalf as the Sibling of Gregory M. Preziose and is entitled to recover damages on the causes of action set forth herein.

2934.   Plaintiff James Alexander Preziose is a resident of the State of New Jersey, the Sibling of Decedent Gregory M. Preziose, and brings this action on his own behalf as the Sibling of Gregory M. Preziose and is entitled to recover damages on the causes of action set forth herein.

2935.   Plaintiff Edward Prince is a resident of the State of New York, the Spouse of Decedent Wanda Prince, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Wanda Prince and on behalf of all survivors of Wanda Prince and is entitled to recover damages on the causes of action set forth herein. Wanda Prince was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2936.   Plaintiff Marian A. Prior is a resident of the State of New York, the Parent of Decedent Kevin M. Prior, and brings this action on her own behalf as the Parent of Kevin M. Prior and is entitled to recover damages on the causes of action set forth herein.

2937.   Plaintiff Gerard J. Prior is a resident of the State of New York, the Parent of Decedent Kevin M. Prior, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Kevin M. Prior and on behalf of all survivors of Kevin M. Prior and is entitled to recover damages on the causes of action set forth herein. Kevin M. Prior was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2938.   Plaintiff Catherine B. Proctor, now deceased, was a resident of the State of Massachusetts, and the Parent of Decedent Everett M. Proctor, III; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2939.   Plaintiff Mary E. Griffin is a resident of the State of Massachusetts, the Sibling of Decedent Everett M. Proctor, III, and brings this action on her own behalf as the Sibling of Everett M. Proctor, III and is entitled to recover damages on the causes of action set forth herein.

2940.   Plaintiff Everett Proctor, Jr., now deceased, was a resident of the State of Massachusetts, and the Parent of Decedent Everett M. Proctor, III; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.  The Representative of the Estate of Everett M. Proctor, III brings this action on behalf of the Estate of Everett M. Proctor, III and on behalf of all survivors of Everett M. Proctor and is entitled to recover damages on the causes of action set forth herein. Everett M. Proctor, III was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2941.   Plaintiff Kathleen A. Progen is a resident of the State of Massachusetts, the Parent of Decedent Carrie Beth Progen, and brings this action on her own behalf as the Parent of Carrie Beth Progen and is entitled to recover damages on the causes of action set forth herein.

2942.   Plaintiff Donald H. Progen is a resident of the State of Massachusetts, the Parent of Decedent Carrie Beth Progen, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Carrie Beth Progen and on behalf of all survivors of Carrie Beth Progen and is entitled to recover damages on the causes of action set forth herein. Carrie Beth Progen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2943.   Plaintiff Matthew Eric Progen is a resident of the State of Vermont, the Sibling of Decedent Carrie Beth Progen, and brings this action on his own behalf as the Sibling of Carrie Beth Progen and is entitled to recover damages on the causes of action set forth herein.

2944.  Plaintiff Kathryn S. Pruim is a resident of the State of Florida, the Spouse of Decedent David L. Pruim, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David L. Pruim and on behalf of all survivors of David L. Pruim and is entitled to recover damages on the causes of action set forth herein. David L. Pruim was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2945.  Plaintiff DOE 42 is a resident of the New York, the Spouse of Decedent DOE 42, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

2946.  Plaintiff DOE 42 is a resident of the state of New York, the Child of Decedent DOE 42, and brings this action on his own behalf as Child and on behalf of all survivors of DOE 42 and as the Personal Representative of the Estate of DOE 42 and is entitled to recover damages on the causes of action set forth herein. DOE 42 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2947.  Plaintiff Melissa Pullis is a resident of the State of New Jersey, the Spouse of Decedent Edward Frank Pullis, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward Frank Pullis and on behalf of all survivors of Edward Frank Pullis and is entitled to recover damages on the causes of action set forth herein. Edward Frank Pullis was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2948.   Plaintiff Eleanor Wilson is a resident of the State of New Jersey, the Parent of Decedent Patricia Ann Puma, and brings this action on her own behalf as the Parent of Patricia Ann Puma and is entitled to recover damages on the causes of action set forth herein.

2949.   Plaintiff Antoinette Nicholasi is a resident of the State of New Jersey, the Sibling of Decedent Patricia Ann Puma, and brings this action on her own behalf as the Sibling of Patricia Ann Puma and is entitled to recover damages on the causes of action set forth herein.

2950.   Plaintiff William Wilson, now deceased, was a resident of the State of New York, and the Parent of Decedent Patricia Ann Puma; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2951.   Plaintiff Robert Wilson is a resident of the State of New York, the Sibling of Decedent Patricia Ann Puma, and brings this action on his own behalf as the Sibling of Patricia Ann Puma and is entitled to recover damages on the causes of action set forth herein.

2952.   Plaintiff Kevin Puma is a resident of the State of New Jersey, the Spouse of Decedent Patricia Ann Puma, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Patricia Ann Puma and on behalf of all survivors of Patricia Ann Puma and is entitled to recover damages on the causes of action set forth herein. Patricia Ann Puma was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2953.   Plaintiff Dominic J. Puopolo, Jr. is a resident of the State of Florida, the Child of Decedent Sonia Morales Puopolo, and brings this action on his own behalf as the Child of Sonia Morales Puopolo and is entitled to recover damages on the causes of action set forth herein.

2954.   Plaintiff DOE 45 is a resident of the state of New York, the Spouse of Decedent DOE 45, and brings this action on her own behalf as Spouse and on behalf of all survivors of

DOE 45 and as the Personal Representative of the Estate of DOE 45 and is entitled to recover damages on the causes of action set forth herein. DOE 45 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2955.   Plaintiff DOE 45, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 45; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2956.   Plaintiff DOE 45 is a resident of the New York, the Sibling of Decedent DOE 45, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

2957.   Plaintiff Gail Quackenbush is a resident of the State of New Jersey, the Sibling of Decedent Christopher Quackenbush, and brings this action on her own behalf as the Sibling of Christopher Quackenbush and is entitled to recover damages on the causes of action set forth herein.

2958.   Plaintiff Michael Allen Quackenbush is a resident of the State of North Carolina, the Sibling of Decedent Christopher Quackenbush, and brings this action on his own behalf as the Sibling of Christopher Quackenbush and is entitled to recover damages on the causes of action set forth herein.

2959.   Plaintiff James Dunne, III is a resident of the State of New York, the Not Related of Decedent Christopher Quackenbush, and brings this action on his own behalf as Not Related and as the Personal Representative of the Estate of Christopher Quackenbush and on behalf of all survivors of Christopher Quackenbush and is entitled to recover damages on the causes of action

set forth herein. Christopher Quackenbush was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2960.   Plaintiff Louella Jean Quigley is a resident of the State of New Jersey, the Parent of Decedent Beth Ann Quigley, and brings this action on her own behalf as the Parent of Beth Ann Quigley and is entitled to recover damages on the causes of action set forth herein.

2961.   Plaintiff John Eugene Quigley is a resident of the State of New Jersey, the Parent of Decedent Beth Ann Quigley, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Beth Ann Quigley and on behalf of all survivors of Beth Ann Quigley and is entitled to recover damages on the causes of action set forth herein. Beth Ann Quigley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2962.   Plaintiff Mija Quigley is a resident of the State of New Jersey, the Parent of Decedent Patrick J Quigley, IV, and brings this action on her own behalf as the Parent of Patrick J Quigley, IV and is entitled to recover damages on the causes of action set forth herein.

2963.   Plaintiff Ruth Quigley-Lawrence is a resident of the State of New Jersey, the Sibling of Decedent Patrick J Quigley, IV, and brings this action on her own behalf as the Sibling of Patrick J Quigley, IV and is entitled to recover damages on the causes of action set forth herein.

2964.   Plaintiff John V. Quigley is a resident of the State of Virginia, the Sibling of Decedent Patrick J Quigley, IV, and brings this action on his own behalf as the Sibling of Patrick J Quigley, IV and is entitled to recover damages on the causes of action set forth herein.

2965.   Plaintiff Patrick J. Quigley, Jr., now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Patrick J Quigley, IV; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2966.   Plaintiff Anna Maria Morales is a resident of the State of Florida, the Parent of Decedent Ricardo J. Quinn, and brings this action on her own behalf as the Parent of Ricardo J. Quinn and is entitled to recover damages on the causes of action set forth herein.

2967.   Plaintiff Virginia A. Quinn is a resident of the State of New York, the Spouse of Decedent Ricardo J. Quinn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ricardo J. Quinn and on behalf of all survivors of Ricardo J. Quinn and is entitled to recover damages on the causes of action set forth herein. Ricardo J. Quinn was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2968.   Plaintiff Nicholas Monaco, now deceased, was a resident of the State of New York, and the Child of Decedent Ricardo J. Quinn; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2969.   Plaintiff Adam Quinn is a resident of the State of New York, the Child of Decedent Ricardo J. Quinn, and brings this action on his own behalf as the Child of Ricardo J. Quinn and is entitled to recover damages on the causes of action set forth herein.

2970.   Plaintiff Gregory Vincent Quinn is a resident of the State of New York, the Sibling of Decedent Ricardo J. Quinn, and brings this action on his own behalf as the Sibling of Ricardo J. Quinn and is entitled to recover damages on the causes of action set forth herein.

2971.  Plaintiff Bernard J. Quinn is a resident of the State of Florida, the Sibling of Decedent Ricardo J. Quinn, and brings this action on his own behalf as the Sibling of Ricardo J. Quinn and is entitled to recover damages on the causes of action set forth herein.

2972.  Plaintiff Sandra L. Racaniello is a resident of the State of New York, the Parent of Decedent Christopher Anthony Peter Racaniello, and brings this action on her own behalf as the Parent of Christopher Anthony Peter Racaniello and is entitled to recover damages on the causes of action set forth herein.

2973.  Plaintiff Frank V. Racaniello is a resident of the State of New York, the Parent of Decedent Christopher Anthony Peter Racaniello, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher Anthony Peter Racaniello and on behalf of all survivors of Christopher Anthony Peter Racaniello and is entitled to recover damages on the causes of action set forth herein. Christopher Anthony Peter Racaniello was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2974.  Plaintiff Edward Radburn is a resident of the State of New York, the Spouse of Decedent Betty Browne Radburn, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Betty Browne Radburn and on behalf of all survivors of Betty Browne Radburn and is entitled to recover damages on the causes of action set forth herein. Betty Browne Radburn was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2975.  Plaintiff Maureen Frances Ragaglia is a resident of the State of New York, the Parent of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Parent of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

552

2976.   Plaintiff Colleen Ragaglia is a resident of the State of New Jersey, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2977.   Plaintiff Debra Ann Ragaglia is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2978.   Plaintiff Janice Pucciarelli is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2979.   Plaintiff Lauren Pietrina LaCapria is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2980.   Plaintiff Christine Teresa Durante is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2981.   Plaintiff Linda Marie Taccetta is a resident of the State of Pennsylvania, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2982.   Plaintiff Maureen Elizabeth Scparta is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2983.   Plaintiff Donna Ragaglia is a resident of the State of New York, the Spouse of Decedent Leonard J. Ragaglia, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Leonard J. Ragaglia and on behalf of all survivors of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein. Leonard J. Ragaglia was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2984.   Plaintiff Leonard Salvatore Ragaglia is a resident of the State of New York, the Parent of Decedent Leonard J. Ragaglia, and brings this action on his own behalf as the Parent of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2985.   Plaintiff Paul Joseph Ragaglia is a resident of the State of Florida, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on his own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2986.   Plaintiff Danny Ragaglia is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on his own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2987.   Plaintiff Stephen Anthony Ragaglia is a resident of the State of New York, the Sibling of Decedent Leonard J. Ragaglia, and brings this action on his own behalf as the Sibling of Leonard J. Ragaglia and is entitled to recover damages on the causes of action set forth herein.

2988.   Plaintiff Domenica Ragusa is a resident of the State of New York, the Parent of Decedent Michael Paul Ragusa, and brings this action on her own behalf as the Parent of Michael Paul Ragusa and is entitled to recover damages on the causes of action set forth herein.

2989.   Plaintiff Christine Saladeen is a resident of the State of New York, the Sibling of Decedent Michael Paul Ragusa, and brings this action on her own behalf as the Sibling of Michael Paul Ragusa and is entitled to recover damages on the causes of action set forth herein.

2990.   Plaintiff Vincent Joseph Ragusa is a resident of the State of New York, the Parent of Decedent Michael Paul Ragusa, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Paul Ragusa and on behalf of all survivors of Michael Paul Ragusa and is entitled to recover damages on the causes of action set forth herein. Michael Paul Ragusa was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2991.   Plaintiff Vincent Carl Ragusa is a resident of the State of New York, the Sibling of Decedent Michael Paul Ragusa, and brings this action on his own behalf as the Sibling of Michael Paul Ragusa and is entitled to recover damages on the causes of action set forth herein.

2992.   Plaintiff Kenneth Ragusa is a resident of the State of New York, the Sibling of Decedent Michael Paul Ragusa, and brings this action on his own behalf as the Sibling of Michael Paul Ragusa and is entitled to recover damages on the causes of action set forth herein.

2993.   Plaintiff Lenore Raimondi is a resident of the State of New York, the Spouse of Decedent Peter F. Raimondi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter F. Raimondi and on behalf of all survivors of Peter F. Raimondi and is entitled to recover damages on the causes of action set forth herein. Peter F. Raimondi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2994.  Plaintiff Lauren Christine Raines is a resident of the State of New York, the Spouse of Decedent Harry A. Raines, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Harry A. Raines and on behalf of all survivors of Harry A. Raines and is entitled to recover damages on the causes of action set forth herein. Harry

A. Raines was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

2995.   Plaintiff Marilyn Raines, now deceased, was a resident of the State of Florida, and the Parent of Decedent Lisa Joy Raines; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2996.   Plaintiff Sosamma George, now deceased, was a resident of the State of New York, and the Parent of Decedent Valsa Raju; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

2997.   Plaintiff Ammini G. Abraham is a resident of the State of Pennsylvania, the Sibling of Decedent Valsa Raju, and brings this action on her own behalf as the Sibling of Valsa Raju and is entitled to recover damages on the causes of action set forth herein.

2998.   Plaintiff Saramma John is a resident of the State of Pennsylvania, the Sibling of Decedent Valsa Raju, and brings this action on her own behalf as the Sibling of Valsa Raju and is entitled to recover damages on the causes of action set forth herein.

2999.   Plaintiff Annamma Thomas is a resident of the State of Texas, the Sibling of Decedent Valsa Raju, and brings this action on her own behalf as the Sibling of Valsa Raju and is entitled to recover damages on the causes of action set forth herein.

3000.   Plaintiff Sosamma Mukkadan is a resident of the State of Pennsylvania, the Sibling of Decedent Valsa Raju, and brings this action on her own behalf as the Sibling of Valsa Raju and is entitled to recover damages on the causes of action set forth herein.

3001.   Plaintiff Thankachan Raju is a resident of the State of Texas, the Spouse of Decedent Valsa Raju, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Valsa Raju and on behalf of all survivors of Valsa Raju and is

entitled to recover damages on the causes of action set forth herein. Valsa Raju was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3002.   Plaintiff Joan P. Rall is a resident of the State of Nevada, the Parent of Decedent Edward J. Rall, and brings this action on her own behalf as the Parent of Edward J. Rall and is entitled to recover damages on the causes of action set forth herein.

3003.   Plaintiff Darlene G. Rall is a resident of the State of New York, the Spouse of Decedent Edward J. Rall, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward J. Rall and on behalf of all survivors of Edward J. Rall and is entitled to recover damages on the causes of action set forth herein. Edward J. Rall was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3004.   Plaintiff Edward A. Rall is a resident of the State of Nevada, the Parent of Decedent Edward J. Rall, and brings this action on his own behalf as the Parent of Edward J. Rall and is entitled to recover damages on the causes of action set forth herein.

3005.   Plaintiff William F. Rall is a resident of the State of New York, the Sibling of Decedent Edward J. Rall, and brings this action on his own behalf as the Sibling of Edward J. Rall and is entitled to recover damages on the causes of action set forth herein.

3006.   Plaintiff Keith G. Rall is a resident of the State of Nevada, the Sibling of Decedent Edward J. Rall, and brings this action on his own behalf as the Sibling of Edward J. Rall and is entitled to recover damages on the causes of action set forth herein.

3007.   Plaintiff Migdalia Ramos is a resident of the State of New Jersey, the Spouse of Decedent Harry Ramos, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Harry Ramos and on behalf of all survivors of Harry Ramos and is entitled to recover damages on the causes of action set forth herein. Harry Ramos was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3008.   Plaintiff Jessica Bors is a resident of  Canada, the Sibling of Decedent Vishnoo Ramsaroop, and brings this action on her own behalf as the Sibling of Vishnoo Ramsaroop and is entitled to recover damages on the causes of action set forth herein.

3009.   Plaintiff Barbara B. Rancke, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Alfred Todd Rancke; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3010.   Plaintiff Cynthia Rancke Bienemann is a resident of the State of New Jersey, the Sibling of Decedent Alfred Todd Rancke, and brings this action on her own behalf as the Sibling of Alfred Todd Rancke and is entitled to recover damages on the causes of action set forth herein.

3011.   Plaintiff Barbara R. Speni is a resident of the State of Florida, the Sibling of Decedent Alfred Todd Rancke, and brings this action on her own behalf as the Sibling of Alfred Todd Rancke and is entitled to recover damages on the causes of action set forth herein.

3012.   Plaintiff Alfred E. Rancke, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Alfred Todd Rancke; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3013.   Plaintiff Virginia Bladen is a resident of the State of New York, the Spouse of Decedent Jonathan Randall, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jonathan Randall and on behalf of all survivors of

Jonathan Randall and is entitled to recover damages on the causes of action set forth herein. Jonathan Randall was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3014.   Plaintiff DOE 46 is a resident of the New Jersey, the Child of Decedent DOE 46, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3015.   Plaintiff DOE 46 is a resident of the state of New York, the Child of Decedent DOE 46, and brings this action on his own behalf as Child and on behalf of all survivors of DOE 46 and as the Personal Representative of the Estate of DOE 46 and is entitled to recover damages on the causes of action set forth herein. DOE 46 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3016.   Plaintiff DOE 46 is a resident of the New York, the Spouse of Decedent DOE 46, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3017.   Plaintiff Anna Rasmussen Stansbury is a resident of the State of Illinois, the Spouse of Decedent Robert A. Rasmussen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert A. Rasmussen and on behalf of all survivors of Robert A. Rasmussen and is entitled to recover damages on the causes of action set forth herein. Robert A. Rasmussen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3018.   Plaintiff Claudia Marie Stallworth is a resident of the State of Alabama, the Parent of Decedent Marsha Ratchford, and brings this action on her own behalf as the Parent of Marsha Ratchford and is entitled to recover damages on the causes of action set forth herein.

3019.   Plaintiff Cynthia Watts is a resident of the State of Alabama, the Sibling of Decedent Marsha Ratchford, and brings this action on her own behalf as the Sibling of Marsha Ratchford and is entitled to recover damages on the causes of action set forth herein.

3020.   Plaintiff Angelia Stallworth Blunt is a resident of the State of Alabama, the Sibling of Decedent Marsha Ratchford, and brings this action on her own behalf as the Sibling of Marsha Ratchford and is entitled to recover damages on the causes of action set forth herein.

3021.   Plaintiff Reginald Simpson is a resident of the State of New Jersey, the Sibling of Decedent Marsha Ratchford, and brings this action on his own behalf as the Sibling of Marsha Ratchford and is entitled to recover damages on the causes of action set forth herein.

3022.   Plaintiff Rodney Ratchford is a resident of the State of Georgia, the Spouse of Decedent Marsha Ratchford, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Marsha Ratchford and on behalf of all survivors of Marsha Ratchford and is entitled to recover damages on the causes of action set forth herein. Marsha Ratchford was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3023.   Plaintiff Roosevelt Stallworth, Sr., now deceased, was a resident of the State of Michigan, and the Parent of Decedent Marsha Ratchford; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3024.   Plaintiff DOE 104 is a resident of the state of Connecticut, the Spouse of Decedent DOE 104, and brings this action on her own behalf as Spouse and on behalf of all

survivors of DOE 104 and as the Personal Representative of the Estate of DOE 104 and is entitled to recover damages on the causes of action set forth herein. DOE 104 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3025.  Plaintiff Maureen A. Raub is a resident of the State of New Jersey, the Spouse of Decedent William Ralph Raub, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Ralph Raub and on behalf of all survivors of William Ralph Raub and is entitled to recover damages on the causes of action set forth herein. William Ralph Raub was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3026.  Plaintiff DOE 133 is a resident of the United Kingdom, the Parent of Decedent DOE 133, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3027.  Plaintiff Jane Marie Thompson is a resident of  United Kingdom, the Sibling of Decedent Sarah Anne Redheffer, and brings this action on her own behalf as the Sibling of Sarah Anne Redheffer and is entitled to recover damages on the causes of action set forth herein.

3028.  Plaintiff DOE 133 is a resident of the United Kingdom, the Parent of Decedent DOE 133, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3029.  Plaintiff Alice Regan is a resident of  New York, the Parent of Decedent Donald Regan, and brings this action on  own behalf as the Parent of Donald Regan and is entitled to recover damages on the causes of action set forth herein.

3030.  Plaintiff Joseph Regan is a resident of  New York, the Sibling of Decedent Donald Regan, and brings this action on  own behalf as the Sibling of Donald Regan and is entitled to recover damages on the causes of action set forth herein.

3031.  Plaintiff Margaret Regan is a resident of the State of New York, the Sibling of Decedent Donald Regan, and brings this action on her own behalf as the Sibling of Donald Regan and is entitled to recover damages on the causes of action set forth herein.

3032.  Plaintiff Eileen Regan is a resident of the State of New York, the Sibling of Decedent Donald Regan, and brings this action on her own behalf as the Sibling of Donald Regan and is entitled to recover damages on the causes of action set forth herein.

3033.  Plaintiff Katherine Regan Dey is a resident of the State of Florida, the Sibling of Decedent Donald Regan, and brings this action on her own behalf as the Sibling of Donald Regan and is entitled to recover damages on the causes of action set forth herein.

3034.  Plaintiff Mary L. Reidy is a resident of the State of New Jersey, the Parent of Decedent Gregory Reidy, and brings this action on her own behalf as the Parent of Gregory Reidy and is entitled to recover damages on the causes of action set forth herein.

3035.  Plaintiff Thomas Reidy is a resident of the State of New Jersey, the Parent of Decedent Gregory Reidy, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Gregory Reidy and on behalf of all survivors of Gregory Reidy and is entitled to recover damages on the causes of action set forth herein. Gregory Reidy was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3036.   Plaintiff Joan E. Reilly is a resident of the State of New York, the Parent of Decedent Kevin Owen Reilly, and brings this action on her own behalf as the Parent of Kevin Owen Reilly and is entitled to recover damages on the causes of action set forth herein.

3037.   Plaintiff Regina Reilly Madigan is a resident of the State of New York, the Sibling of Decedent Kevin Owen Reilly, and brings this action on her own behalf as the Sibling of Kevin Owen Reilly and is entitled to recover damages on the causes of action set forth herein.

3038.   Plaintiff George M. Reilly, now deceased, was a resident of the State of New York, and the Parent of Decedent Kevin Owen Reilly; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3039.   Plaintiff Brendan H. Reilly is a resident of the State of Massachusetts, the Sibling of Decedent Timothy E. Reilly, and brings this action on his own behalf as the Sibling of Timothy E. Reilly and is entitled to recover damages on the causes of action set forth herein.

3040.   Plaintiff Rosemarie Reina is a resident of the State of New Jersey, the Parent of Decedent Joseph Reina, Jr., and brings this action on her own behalf as the Parent of Joseph Reina, Jr. and is entitled to recover damages on the causes of action set forth herein.

3041.   Plaintiff Joann O' Keefe is a resident of the State of New Jersey, the Sibling of Decedent Joseph Reina, Jr., and brings this action on her own behalf as the Sibling of Joseph Reina, Jr. and is entitled to recover damages on the causes of action set forth herein.

3042.   Plaintiff Lisa Reina is a resident of the State of New York, the Spouse of Decedent Joseph Reina, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Reina, Jr. and on behalf of all survivors of Joseph Reina, Jr. and is entitled to recover damages on the causes of action set forth herein.

Joseph Reina, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3043.   Plaintiff Michael Reina is a resident of the State of New Jersey, the Sibling of Decedent Joseph Reina, Jr., and brings this action on his own behalf as the Sibling of Joseph Reina, Jr. and is entitled to recover damages on the causes of action set forth herein.

3044.   Plaintiff Joseph Reina, Sr. is a resident of the State of New Jersey, the Parent of Decedent Joseph Reina, Jr., and brings this action on his own behalf as the Parent of Joseph Reina, Jr. and is entitled to recover damages on the causes of action set forth herein.

3045.   Plaintiff DOE 24 is a resident of the state of Florida, the Spouse of Decedent DOE 24, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 24 and as the Personal Representative of the Estate of DOE 24 and is entitled to recover damages on the causes of action set forth herein. DOE 24 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3046.   Plaintiff DOE 24 is a resident of the California, the Child of Decedent DOE 24, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3047.   Plaintiff DOE 24 is a resident of the Massachusetts, the Child of Decedent DOE 24, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3048.   Plaintiff Gayle Reisman is a resident of the State of New Jersey, the Spouse of Decedent Frank Reisman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frank Reisman and on behalf of all survivors of Frank Reisman and is entitled to recover damages on the causes of action set forth herein. Frank Reisman was

killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3049.   Plaintiff Judith Jackson Reiss is a resident of the State of Pennsylvania, the Parent of Decedent Joshua Scott Reiss, and brings this action on her own behalf as the Parent of Joshua Scott Reiss and is entitled to recover damages on the causes of action set forth herein.

3050.   Plaintiff Daniel Renda is a resident of the State of New York, the Child of Decedent Karen Renda, and brings this action on his own behalf as the Child of Karen Renda and is entitled to recover damages on the causes of action set forth herein.

3051.   Plaintiff Charles Renda is a resident of the State of New York, the Spouse of Decedent Karen Renda, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Karen Renda and on behalf of all survivors of Karen Renda and is entitled to recover damages on the causes of action set forth herein. Karen Renda was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3052.   Plaintiff Christina Resta is a resident of the State of Florida, the Parent of Decedent John Thomas Resta, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of John Thomas Resta and on behalf of all survivors of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein. John Thomas Resta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3053.   Plaintiff Dawn Angrisani is a resident of the State of New Jersey, the Sibling of Decedent John Thomas Resta, and brings this action on her own behalf as the Sibling of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein.

3054.   Plaintiff Christine Mazzeo is a resident of the State of New Jersey, the Sibling of Decedent John Thomas Resta, and brings this action on her own behalf as the Sibling of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein.

3055.   Plaintiff Bernard Thomas Resta is a resident of the State of Florida, the Parent of Decedent John Thomas Resta, and brings this action on his own behalf as the Parent of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein.

3056.   Plaintiff Michael Resta is a resident of the State of New Jersey, the Sibling of Decedent John Thomas Resta, and brings this action on his own behalf as the Sibling of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein.

3057.   Plaintiff Thomas Resta is a resident of the State of New York, the Sibling of Decedent John Thomas Resta, and brings this action on his own behalf as the Sibling of John Thomas Resta and is entitled to recover damages on the causes of action set forth herein.

3058.   Plaintiff Jo Ann R. Riccio is a resident of the State of New York, the Spouse of Decedent Rudolph N. Riccio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Rudolph N. Riccio and on behalf of all survivors of Rudolph N. Riccio and is entitled to recover damages on the causes of action set forth herein. Rudolph N. Riccio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3059.   Plaintiff Maria Elena Santorelli is a resident of the State of New York, the Child of Decedent Ann Marie Riccoboni, and brings this action on her own behalf as the Child of Ann Marie Riccoboni and is entitled to recover damages on the causes of action set forth herein.

3060.   Plaintiff Janine Passelis is a resident of the State of New York, the Child of Decedent Ann Marie Riccoboni, and brings this action on her own behalf as the Child of Ann Marie Riccoboni and is entitled to recover damages on the causes of action set forth herein.

3061.   Plaintiff John Riccoboni is a resident of the State of New York, the Spouse of Decedent Ann Marie Riccoboni, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Ann Marie Riccoboni and on behalf of all survivors of Ann Marie Riccoboni and is entitled to recover damages on the causes of action set forth herein. Ann Marie Riccoboni was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3062.   Plaintiff Cynthia J. Rice is a resident of the State of Oklahoma, the Parent of Decedent David H. Rice, and brings this action on her own behalf as the Parent of David H. Rice and is entitled to recover damages on the causes of action set forth herein.

3063.   Plaintiff Hugh David Rice is a resident of the State of Oklahoma, the Parent of Decedent David H. Rice, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of David H. Rice and on behalf of all survivors of David H. Rice and is entitled to recover damages on the causes of action set forth herein. David H. Rice was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3064.   Plaintiff DOE 102 is a resident of the Tennessee, the Sibling of Decedent DOE 102, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3065.   Plaintiff DOE 102 is a resident of the New York, the Sibling of Decedent DOE 102, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3066.   Plaintiff DOE 102 is a resident of the New York, the Sibling of Decedent DOE 102, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3067.   Plaintiff DOE 102 is a resident of the Tennessee, the Sibling of Decedent DOE 102, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3068.   Plaintiff DOE 102 is a resident of the state of New York, the Sibling of Decedent DOE 102, and brings this action on his own behalf as Sibling and on behalf of all survivors of DOE 102 and as the Personal Representative of the Estate of DOE 102 and is entitled to recover damages on the causes of action set forth herein. DOE 102 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3069.   Plaintiff Paula A. Rigo is a resident of the State of Texas, the Sibling of Decedent John Matthews Rigo, and brings this action on her own behalf as the Sibling of John Matthews Rigo and is entitled to recover damages on the causes of action set forth herein.

3070.   Plaintiff Theodore P. Rigo is a resident of the State of Colorado, the Sibling of Decedent John Matthews Rigo, and brings this action on his own behalf as the Sibling of John Matthews Rigo and is entitled to recover damages on the causes of action set forth herein.

3071.   Plaintiff Julia Rivas is a resident of the State of New York, the Parent of Decedent Moises Rivas, and brings this action on her own behalf as the Parent of Moises Rivas and is entitled to recover damages on the causes of action set forth herein.

3072.   Plaintiff Nancy Elizabeth Rivas Molina is a resident of  Ecuador, the Sibling of Decedent Moises Rivas, and brings this action on her own behalf as the Sibling of Moises Rivas and is entitled to recover damages on the causes of action set forth herein.

3073.   Plaintiff Carmen Rivera is a resident of the State of Connecticut, the Sibling of Decedent Isaias Rivera, and brings this action on her own behalf as the Sibling of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein.

3074.   Plaintiff Gloria Gonzalez is a resident of the State of Massachusetts, the Sibling of Decedent Isaias Rivera, and brings this action on her own behalf as the Sibling of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein.

3075.   Plaintiff Nilsa Milagros Rivera is a resident of the State of Florida, the Spouse of Decedent Isaias Rivera, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Isaias Rivera and on behalf of all survivors of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein. Isaias Rivera was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3076.  Plaintiff Adrian Isaac Rivera is a resident of the State of Florida, the Child of Decedent Isaias Rivera, and brings this action on his own behalf as the Child of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein.

3077.   Plaintiff Josue Rivera Trujillo is a resident of the State of Puerto Rico, the Sibling of Decedent Isaias Rivera, and brings this action on his own behalf as the Sibling of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein.

3078.   Plaintiff Moises Rivera is a resident of the State of Puerto Rico, the Sibling of Decedent Isaias Rivera, and brings this action on his own behalf as the Sibling of Isaias Rivera and is entitled to recover damages on the causes of action set forth herein.

3079.   Plaintiff Teresa Riverso is a resident of the State of New York, the Parent of Decedent Joseph R. Riverso, and brings this action on her own behalf as the Parent of Joseph R. Riverso and is entitled to recover damages on the causes of action set forth herein.

3080.   Plaintiff Maria Riverso is a resident of the State of New York, the Sibling of Decedent Joseph R. Riverso, and brings this action on her own behalf as the Sibling of Joseph R. Riverso and is entitled to recover damages on the causes of action set forth herein.

3081.   Plaintiff Domenico Riverso is a resident of the State of New York, the Parent of Decedent Joseph R. Riverso, and brings this action on his own behalf as the Parent of Joseph R. Riverso and is entitled to recover damages on the causes of action set forth herein.

3082.   Plaintiff Ralph J. Riverso is a resident of the State of New York, the Sibling of Decedent Joseph R. Riverso, and brings this action on his own behalf as the Sibling of Joseph R. Riverso and is entitled to recover damages on the causes of action set forth herein.

3083.   Plaintiff William D. Riverso is a resident of the State of Rhode Island, the Sibling of Decedent Joseph R. Riverso, and brings this action on his own behalf as the Sibling of Joseph R. Riverso and is entitled to recover damages on the causes of action set forth herein.

3084.  Plaintiff Vivian Rizza is a resident of the State of New Jersey, the Parent of Decedent Paul V. Rizza, and brings this action on her own behalf as the Parent of Paul V. Rizza and is entitled to recover damages on the causes of action set forth herein.

3085.  Plaintiff Elaine M. Rizza is a resident of the State of New Jersey, the Spouse of Decedent Paul V. Rizza, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul V. Rizza and on behalf of all survivors of Paul V. Rizza and is entitled to recover damages on the causes of action set forth herein. Paul V. Rizza was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3086.  Plaintiff Paul Rizza is a resident of the State of New Jersey, the Parent of Decedent Paul V. Rizza, and brings this action on his own behalf as the Parent of Paul V. Rizza and is entitled to recover damages on the causes of action set forth herein.

3087.  Plaintiff Concetta Rizzo is a resident of the State of New York, the Spouse of Decedent John Rizzo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Rizzo and on behalf of all survivors of John Rizzo and is entitled to recover damages on the causes of action set forth herein. John Rizzo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3088.  Plaintiff Lucy Roberto is a resident of the State of New York, the Parent of Decedent Joseph Roberto, and brings this action on her own behalf as the Parent of Joseph Roberto and is entitled to recover damages on the causes of action set forth herein.

3089.   Plaintiff Lorraine Caiazzo is a resident of the State of New York, the Sibling of Decedent Joseph Roberto, and brings this action on her own behalf as the Sibling of Joseph Roberto and is entitled to recover damages on the causes of action set forth herein.

3090.   Plaintiff Robert Roberto, Jr. is a resident of the State of New York, the Sibling of Decedent Joseph Roberto, and brings this action on his own behalf as the Sibling of Joseph Roberto and is entitled to recover damages on the causes of action set forth herein.

3091.   Plaintiff Robert Roberto, Sr. is a resident of the State of New York, the Parent of Decedent Joseph Roberto, and brings this action on his own behalf as the Parent of Joseph Roberto and is entitled to recover damages on the causes of action set forth herein.

3092.   Plaintiff Debra Roberts is a resident of the State of New Jersey, the Spouse of Decedent Leo A. Roberts, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Leo A. Roberts and on behalf of all survivors of Leo A. Roberts and is entitled to recover damages on the causes of action set forth herein. Leo A. Roberts was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3093.   Plaintiff Paulette Roberts is a resident of the State of New York, the Parent of Decedent Michael E. Roberts, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Michael E. Roberts and on behalf of all survivors of Michael E. Roberts and is entitled to recover damages on the causes of action set forth herein. Michael E. Roberts was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3094.   Plaintiff Thomas Roberts is a resident of the State of New York, the Parent of Decedent Michael E. Roberts, and brings this action on his own behalf as Parent and as the Co-

Administrator of the Estate of Michael E. Roberts and on behalf of all survivors of Michael E. Roberts and is entitled to recover damages on the causes of action set forth herein. Michael E. Roberts was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3095.   Plaintiff Veronica M. Roberts is a resident of the State of New York, the Parent of Decedent Michael Edward Roberts, and brings this action on her own behalf as the Parent of Michael Edward Roberts and is entitled to recover damages on the causes of action set forth herein.

3096.   Plaintiff Karen E. Roberts is a resident of the State of New York, the Sibling of Decedent Michael Edward Roberts, and brings this action on her own behalf as the Sibling of Michael Edward Roberts and is entitled to recover damages on the causes of action set forth herein.

3097.   Plaintiff John J. Roberts is a resident of the State of New York, the Parent of Decedent Michael Edward Roberts, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael Edward Roberts and on behalf of all survivors of Michael Edward Roberts and is entitled to recover damages on the causes of action set forth herein. Michael Edward Roberts was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3098.   Plaintiff Marcee E. Robertson is a resident of the State of New Jersey, the Parent of Decedent Donald W. Robertson, Jr., and brings this action on her own behalf as the Parent of Donald W. Robertson, Jr. and is entitled to recover damages on the causes of action set forth herein.

3099.   Plaintiff Kathleen Robertson Cunningham is a resident of the State of New Jersey, the Sibling of Decedent Donald W. Robertson, Jr., and brings this action on her own behalf as the Sibling of Donald W. Robertson, Jr. and is entitled to recover damages on the causes of action set forth herein.

3100.   Plaintiff Elizabeth Robertson is a resident of the State of South Carolina, the Sibling of Decedent Donald W. Robertson, Jr., and brings this action on her own behalf as the Sibling of Donald W. Robertson, Jr. and is entitled to recover damages on the causes of action set forth herein.

3101.   Plaintiff Donald W. Robertson, Sr. is a resident of the State of New Jersey, the Parent of Decedent Donald W. Robertson, Jr., and brings this action on his own behalf as the Parent of Donald W. Robertson, Jr. and is entitled to recover damages on the causes of action set forth herein.

3102.   Plaintiff William H. Robotham, III is a resident of the State of Nevada, the Spouse of Decedent Michell L. Robotham, and brings this action on his own behalf as the Spouse of Michell L. Robotham and is entitled to recover damages on the causes of action set forth herein.

3103.   Plaintiff Marilyn Rocha is a resident of the State of Florida, the Spouse of Decedent Antonio Rocha, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Antonio Rocha and on behalf of all survivors of Antonio Rocha and is entitled to recover damages on the causes of action set forth herein. Antonio Rocha was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3104.   Plaintiff Regina E. Rodak is a resident of the State of Pennsylvania, the Parent of Decedent John Rodak, and brings this action on her own behalf as the Parent of John Rodak and is entitled to recover damages on the causes of action set forth herein.

3105.   Plaintiff Joanne Rodak Gori is a resident of the State of Pennsylvania, the Sibling of Decedent John Rodak, and brings this action on her own behalf as the Sibling of John Rodak and is entitled to recover damages on the causes of action set forth herein.

3106.   Plaintiff Joyce Ann Marie Rodak is a resident of the State of New Jersey, the Spouse of Decedent John Rodak, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Rodak and on behalf of all survivors of John Rodak and is entitled to recover damages on the causes of action set forth herein. John Rodak was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3107.   Plaintiff John J. Rodak is a resident of the State of Pennsylvania, the Parent of Decedent John Rodak, and brings this action on his own behalf as the Parent of John Rodak and is entitled to recover damages on the causes of action set forth herein.

3108.   Plaintiff Sara Rodrigues is a resident of the State of New York, the Child of Decedent Antonio J. Rodrigues, and brings this action on her own behalf as the Child of Antonio J. Rodrigues and is entitled to recover damages on the causes of action set forth herein.

3109.   Plaintiff Cristina Rodrigues is a resident of the State of New York, the Spouse of Decedent Antonio J. Rodrigues, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Antonio J. Rodrigues and on behalf of all survivors of Antonio J. Rodrigues and is entitled to recover damages on the causes of action set forth herein.

Antonio J. Rodrigues was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3110.   Plaintiff Deivi Rodriguez is a resident of the State of Massachusetts, the Child of Decedent David Bartolo Rodriguez, and brings this action on her own behalf as the Child of David Bartolo Rodriguez and is entitled to recover damages on the causes of action set forth herein.

3111.   Plaintiff Lenny Rodriguez is a resident of the State of New York, the Child of Decedent David Bartolo Rodriguez, and brings this action on her own behalf as the Child of David Bartolo Rodriguez and is entitled to recover damages on the causes of action set forth herein.

3112.   Plaintiff Melania Gil is a resident of the State of New York, the Other of Decedent David Bartolo Rodriguez, and brings this action on her own behalf as the Other of David Bartolo Rodriguez and is entitled to recover damages on the causes of action set forth herein.

3113.   Plaintiff DOE 98 is a resident of the New Hampshire, the Sibling of Decedent DOE 98, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3114.   Plaintiff Elizabeth A. Soudant is a resident of the State of New York, the Spouse of Decedent Gregory E. Rodriguez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Gregory E. Rodriguez and on behalf of all survivors of Gregory E. Rodriguez and is entitled to recover damages on the causes of action set forth herein. Gregory E. Rodriguez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3115.   Plaintiff Cindy Rodriguez is a resident of the State of New Jersey, the Spouse of Decedent Richard Rodriguez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard Rodriguez and on behalf of all survivors of Richard Rodriguez and is entitled to recover damages on the causes of action set forth herein. Richard Rodriguez was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3116.   Plaintiff Marian Rogan is a resident of the State of New York, the Parent of Decedent Matthew Sean Rogan, and brings this action on her own behalf as the Parent of Matthew Sean Rogan and is entitled to recover damages on the causes of action set forth herein.

3117.   Plaintiff John Rogan is a resident of the State of New York, the Parent of Decedent Matthew Sean Rogan, and brings this action on his own behalf as the Parent of Matthew Sean Rogan and is entitled to recover damages on the causes of action set forth herein.

3118.   Plaintiff DOE 133 is a resident of the New York, the Parent of Decedent DOE 133, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3119.   Plaintiff DOE 133 is a resident of the state of New York, the Parent of Decedent DOE 133, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 133 and as the Personal Representative of the Estate of DOE 133 and is entitled to recover damages on the causes of action set forth herein. DOE 133 was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3120.   Plaintiff DOE 133 is a resident of the New York, the Sibling of Decedent DOE 133, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3121.   Plaintiff DOE 140 is a resident of  Northern Ireland, the Parent of Decedent DOE 140, and brings this action on her own behalf as Parent and on behalf of all survivors of DOE 140 and as the Co-Administrator of the Estate of DOE 140 and is entitled to recover damages on the causes of action set forth herein. DOE 140 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3122.   Plaintiff DOE 140 is a resident of the United Kingdom, the Sibling of Decedent DOE 140, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3123.   Plaintiff DOE 140 is a resident of  United Kingdom, the Parent of Decedent DOE 140, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 140 and as the Co-Administrator of the Estate of DOE 140 and is entitled to recover damages on the causes of action set forth herein. DOE 140 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3124.   Plaintiff Kristen Nepola is a resident of the State of New Jersey, the Sibling of Decedent Scott W. Rohner, and brings this action on her own behalf as the Sibling of Scott W. Rohner and is entitled to recover damages on the causes of action set forth herein.

3125.   Plaintiff Katie A. Rohner is a resident of the State of New Jersey, the Sibling of Decedent Scott W. Rohner, and brings this action on her own behalf as the Sibling of Scott W. Rohner and is entitled to recover damages on the causes of action set forth herein.

3126.   Plaintiff Thomas G. Rohner is a resident of the State of New Jersey, the Sibling of Decedent Scott W. Rohner, and brings this action on his own behalf as the Sibling of Scott W. Rohner and is entitled to recover damages on the causes of action set forth herein.

3127.   Plaintiff Stephen J. Rohner is a resident of the State of Rhode Island, the Sibling of Decedent Scott W. Rohner, and brings this action on his own behalf as the Sibling of Scott W. Rohner and is entitled to recover damages on the causes of action set forth herein.

3128.   Plaintiff Michael R. Rohner is a resident of the State of New Jersey, the Sibling of Decedent Scott W. Rohner, and brings this action on his own behalf as the Sibling of Scott W. Rohner and is entitled to recover damages on the causes of action set forth herein.

3129.   Plaintiff Rosemary Roma is a resident of the State of Florida, the Parent of Decedent Keith Roma, and brings this action on her own behalf as the Parent of Keith Roma and is entitled to recover damages on the causes of action set forth herein.

3130.   Plaintiff Maureen Roma is a resident of the State of Virginia, the Sibling of Decedent Keith Roma, and brings this action on her own behalf as the Sibling of Keith Roma and is entitled to recover damages on the causes of action set forth herein.

3131.   Plaintiff Arnold Roma is a resident of the State of Florida, the Parent of Decedent Keith Roma, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Keith Roma and on behalf of all survivors of Keith Roma and is entitled to recover damages on the causes of action set forth herein. Keith Roma was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3132.   Plaintiff Kevin Roma is a resident of the State of New Jersey, the Sibling of Decedent Keith Roma, and brings this action on his own behalf as the Sibling of Keith Roma and is entitled to recover damages on the causes of action set forth herein.

3133.   Plaintiff Diane Romero is a resident of the State of New Jersey, the Spouse of Decedent Elvin Romero, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Elvin Romero and on behalf of all survivors of Elvin Romero and is entitled to recover damages on the causes of action set forth herein. Elvin Romero was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3134.   The Representative of the Estate of Sean Rooney brings this action on behalf of the Estate of Sean Rooney and on behalf of all survivors of Sean Rooney and is entitled to recover damages on the causes of action set forth herein.  Sean Rooney was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001. Plaintiff Beverly Eckert, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent Sean Rooney; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3135.   Plaintiff Patricia Rosen is a resident of the State of New York, the Spouse of Decedent Mark H. Rosen, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark H. Rosen and on behalf of all survivors of Mark H. Rosen and is entitled to recover damages on the causes of action set forth herein. Mark H. Rosen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3136.  Plaintiff Bobbi Rosner is a resident of the State of New Jersey, the Parent of Decedent Sheryl Rosenbaum, and brings this action on her own behalf as the Parent of Sheryl Rosenbaum and is entitled to recover damages on the causes of action set forth herein.

3137.  Plaintiff Barry Rosner is a resident of the State of New Jersey, the Parent of Decedent Sheryl Rosenbaum, and brings this action on his own behalf as the Parent of Sheryl Rosenbaum and is entitled to recover damages on the causes of action set forth herein.

3138.  Plaintiff Susan S. Rosenblum is a resident of the State of Florida, the Parent of Decedent Joshua Rosenblum, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Joshua Rosenblum and on behalf of all survivors of Joshua Rosenblum and is entitled to recover damages on the causes of action set forth herein. Joshua Rosenblum was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3139.  Plaintiff Richard M. Rosenblum, now deceased, was a resident of the State of Florida, and the Parent of Decedent Joshua Rosenblum; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3140.  Plaintiff Dean Rosenblum is a resident of the State of New Jersey, the Sibling of Decedent Joshua Rosenblum, and brings this action on his own behalf as the Sibling of Joshua Rosenblum and is entitled to recover damages on the causes of action set forth herein.

3141.  Plaintiff Marilynn M. Rosenthal, now deceased, was a resident of the State of Michigan, and the Parent of Decedent Joshua Alan Rosenthal; the Representative of her Estate, Helen Rosenthal, brings this action and is entitled to recover damages on the causes of action set forth herein.

3142.   Plaintiff Helen Rosenthal is a resident of the State of New York, the Sibling of Decedent Joshua Alan Rosenthal, and brings this action on  own behalf as the Sibling of Joshua Alan Rosenthal and is entitled to recover damages on the causes of action set forth herein.

3143.   Plaintiff Avram Rosenthal is a resident of the State of Michigan, the Parent of Decedent Joshua Alan Rosenthal, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Joshua Alan Rosenthal and on behalf of all survivors of Joshua Alan Rosenthal and is entitled to recover damages on the causes of action set forth herein. Joshua Alan Rosenthal was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3144.   Plaintiff Loren Rosenthal is a resident of the State of New Jersey, the Spouse of Decedent Richard Rosenthal, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard Rosenthal and on behalf of all survivors of Richard Rosenthal and is entitled to recover damages on the causes of action set forth herein. Richard Rosenthal was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3145.   Plaintiff Shirley Ann Rosetti is a resident of the State of New Jersey, the Parent of Decedent Daniel James Rosetti, and brings this action on her own behalf as the Parent of Daniel James Rosetti and is entitled to recover damages on the causes of action set forth herein.

3146.   Plaintiff Darlene Rosetti is a resident of the State of New Jersey, the Sibling of Decedent Daniel James Rosetti, and brings this action on her own behalf as the Sibling of Daniel James Rosetti and is entitled to recover damages on the causes of action set forth herein.

3147.   Plaintiff Cheryl Rosetti is a resident of the State of New Jersey, the Sibling of Decedent Daniel James Rosetti, and brings this action on her own behalf as the Sibling of Daniel James Rosetti and is entitled to recover damages on the causes of action set forth herein.

3148.   Plaintiff Rick Rosetti is a resident of the State of New Jersey, the Sibling of Decedent Daniel James Rosetti, and brings this action on his own behalf as the Sibling of Daniel James Rosetti and is entitled to recover damages on the causes of action set forth herein.

3149.   Plaintiff Robert J. Rosetti, Sr. is a resident of the State of New Jersey, the Sibling of Decedent Daniel James Rosetti, and brings this action on his own behalf as the Sibling of Daniel James Rosetti and is entitled to recover damages on the causes of action set forth herein.

3150.   Plaintiff Donna Mattera is a resident of the State of New York, the Sibling of Decedent Nicholas P. Rossomando, and brings this action on her own behalf as the Sibling of Nicholas P. Rossomando and is entitled to recover damages on the causes of action set forth herein.

3151.   Plaintiff Peter A. Rossomando, now deceased, was a resident of the State of New York, and the Parent of Decedent Nicholas P. Rossomando; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3152.   Plaintiff Christopher Rossomando is a resident of the State of New Jersey, the Sibling of Decedent Nicholas P. Rossomando, and brings this action on his own behalf as the Sibling of Nicholas P. Rossomando and is entitled to recover damages on the causes of action set forth herein.

3153.   Plaintiff Peter Charles Rossomando is a resident of the State of Connecticut, the Sibling of Decedent Nicholas P. Rossomando, and brings this action on his own behalf as the

Sibling of Nicholas P. Rossomando and is entitled to recover damages on the causes of action set forth herein.

3154.   Plaintiff Iris E. Rothberg is a resident of the State of Florida, the Parent of Decedent Michael C. Rothberg, and brings this action on her own behalf as the Parent of Michael C. Rothberg and is entitled to recover damages on the causes of action set forth herein.

3155.   Plaintiff Rhonda B. Rothberg is a resident of the State of Massachusetts, the Sibling of Decedent Michael C. Rothberg, and brings this action on her own behalf as the Sibling of Michael C. Rothberg and is entitled to recover damages on the causes of action set forth herein.

3156.   Plaintiff Jason Rothberg is a resident of the State of Florida, the Parent of Decedent Michael C. Rothberg, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael C. Rothberg and on behalf of all survivors of Michael C. Rothberg and is entitled to recover damages on the causes of action set forth herein. Michael C. Rothberg was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3157.   Plaintiff Meredith H. Rothenberg is a resident of the State of New Jersey, the Spouse of Decedent Mark D. Rothenberg, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark D. Rothenberg and on behalf of all survivors of Mark D. Rothenberg and is entitled to recover damages on the causes of action set forth herein. Mark D. Rothenberg was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3158.   Plaintiff Nancy Kelly is a resident of the State of Massachusetts, and brings this action on behalf of minor children P.R. and J.R. and is entitled to recover damages on the causes of action set forth herein.

3159.   Plaintiff Alexander William Rowe is a resident of  South Africa, the Parent of Decedent Nicholas Charles Alexander Rowe, and brings this action on his own behalf as the Parent of Nicholas Charles Alexander Rowe and is entitled to recover damages on the causes of action set forth herein.

3160.   Plaintiff Maureen Murphy is a resident of the State of New York, the Sibling of Decedent David Michael Ruddle, and brings this action on her own behalf as the Sibling of David Michael Ruddle and is entitled to recover damages on the causes of action set forth herein.

3161.   Plaintiff Fern Ruhalter is a resident of the State of New York, the Spouse of Decedent Adam K. Ruhalter, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Adam K. Ruhalter and on behalf of all survivors of Adam K. Ruhalter and is entitled to recover damages on the causes of action set forth herein. Adam K. Ruhalter was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3162.   Plaintiff Marie Russell is a resident of the State of New York, the Parent of Decedent Stephen P. Russell, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Stephen P. Russell and on behalf of all survivors of Stephen P. Russell and is entitled to recover damages on the causes of action set forth herein. Stephen P. Russell was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3163.   Plaintiff William Russell is a resident of the State of New Hampshire, the Sibling of Decedent Stephen P. Russell, and brings this action on his own behalf as the Sibling of Stephen P. Russell and is entitled to recover damages on the causes of action set forth herein.

3164.   Plaintiff Clifford S. Russell, Jr. is a resident of the State of New York, the Sibling of Decedent Stephen P. Russell, and brings this action on his own behalf as the Sibling of Stephen P. Russell and is entitled to recover damages on the causes of action set forth herein.

3165.   Plaintiff Clifford Russell, Sr. is a resident of the State of New York, the Parent of Decedent Stephen P. Russell, and brings this action on his own behalf as the Parent of Stephen P. Russell and is entitled to recover damages on the causes of action set forth herein.

3166.   Plaintiff Gloria Russin is a resident of the State of New Jersey, the Parent of Decedent Steven Harris Russin, and brings this action on her own behalf as the Parent of Steven Harris Russin and is entitled to recover damages on the causes of action set forth herein.

3167.   Plaintiff Edward Russin is a resident of the State of New Jersey, the Parent of Decedent Steven Harris Russin, and brings this action on his own behalf as the Parent of Steven Harris Russin and is entitled to recover damages on the causes of action set forth herein.

3168.   Plaintiff Barry Russin is a resident of the State of New Jersey, the Sibling of Decedent Steven Harris Russin, and brings this action on his own behalf as the Sibling of Steven Harris Russin and is entitled to recover damages on the causes of action set forth herein.

3169.   Plaintiff Arlene Russo is a resident of the State of New Jersey, the Parent of Decedent Wayne A. Russo, and brings this action on her own behalf as the Parent of Wayne A. Russo and is entitled to recover damages on the causes of action set forth herein.

3170.   Plaintiff Arthur Russo is a resident of the State of New Jersey, the Parent of Decedent Wayne A. Russo, and brings this action on his own behalf as Parent and as the

Personal Representative of the Estate of Wayne A. Russo and on behalf of all survivors of Wayne A. Russo and is entitled to recover damages on the causes of action set forth herein. Wayne A. Russo was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3171.   Plaintiff Colleen Ryan, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent John Joseph Ryan, Jr.; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3172.   Plaintiff Mary V. Ryan is a resident of the State of New Jersey, the Parent of Decedent John Joseph Ryan, Jr., and brings this action on her own behalf as the Parent of John Joseph Ryan, Jr. and is entitled to recover damages on the causes of action set forth herein.

3173.   Plaintiff Aileen Anne Ryan is a resident of the State of New Jersey, the Sibling of Decedent John Joseph Ryan, Jr., and brings this action on her own behalf as the Sibling of John Joseph Ryan, Jr. and is entitled to recover damages on the causes of action set forth herein.

3174.   Plaintiff Patrick Ryan is a resident of the State of New York, the Sibling of Decedent John Joseph Ryan, Jr., and brings this action on his own behalf as the Sibling of John Joseph Ryan, Jr. and is entitled to recover damages on the causes of action set forth herein.

3175.   Plaintiff Teague M. Ryan is a resident of the State of New York, the Sibling of Decedent John Joseph Ryan, Jr., and brings this action on his own behalf as the Sibling of John Joseph Ryan, Jr. and is entitled to recover damages on the causes of action set forth herein.

3176.   Plaintiff John Joseph Ryan, Sr. is a resident of the State of New Jersey, the Parent of Decedent John Joseph Ryan, Jr., and brings this action on his own behalf as the Parent of John Joseph Ryan, Jr. and is entitled to recover damages on the causes of action set forth herein.

3177.   Plaintiff Martine Saada is a resident of  France, the Parent of Decedent Thierry Saada, and brings this action on her own behalf as the Parent of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3178.   Plaintiff Cindy Saada is a resident of  France, the Sibling of Decedent Thierry Saada, and brings this action on her own behalf as the Sibling of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3179.   Plaintiff Jean Marc Saada is a resident of  France, the Parent of Decedent Thierry Saada, and brings this action on his own behalf as the Parent of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3180.   Plaintiff Rudy Saada is a resident of  France, the Sibling of Decedent Thierry Saada, and brings this action on his own behalf as the Sibling of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3181.   Plaintiff Rohy Saada is a resident of  France, the Sibling of Decedent Thierry Saada, and brings this action on his own behalf as the Sibling of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3182.   Plaintiff Anthony Saada is a resident of  France, the Sibling of Decedent Thierry Saada, and brings this action on his own behalf as the Sibling of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3183.   Plaintiff Gary Saada is a resident of  France, the Sibling of Decedent Thierry Saada, and brings this action on his own behalf as the Sibling of Thierry Saada and is entitled to recover damages on the causes of action set forth herein.

3184.   Plaintiff Brigitte Sabbag is a resident of the State of Florida, the Parent of Decedent Jason Elazar Sabbag, and brings this action on her own behalf as the Parent of Jason Elazar Sabbag and is entitled to recover damages on the causes of action set forth herein.

3185.   Plaintiff Laurence Hagan is a resident of the State of New York, the Sibling of Decedent Jason Elazar Sabbag, and brings this action on her own behalf as the Sibling of Jason Elazar Sabbag and is entitled to recover damages on the causes of action set forth herein.

3186.   Plaintiff Ralph Sabbag is a resident of the State of Florida, the Parent of Decedent Jason Elazar Sabbag, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Jason Elazar Sabbag and on behalf of all survivors of Jason Elazar Sabbag and is entitled to recover damages on the causes of action set forth herein. Jason Elazar Sabbag was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3187.   Plaintiff Clifton Sabbag is a resident of the State of New York, the Sibling of Decedent Jason Elazar Sabbag, and brings this action on his own behalf as the Sibling of Jason Elazar Sabbag and is entitled to recover damages on the causes of action set forth herein.

3188.   Plaintiff Angelina Sabella, now deceased, was a resident of the State of Florida, and the Parent of Decedent Thomas E. Sabella; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3189.   Plaintiff Loretta Sabella-Viglione is a resident of the State of New Jersey, the Sibling of Decedent Thomas E. Sabella, and brings this action on her own behalf as the Sibling of Thomas E. Sabella and is entitled to recover damages on the causes of action set forth herein.

3190.   Plaintiff Diana Sabella is a resident of the State of New York, the Spouse of Decedent Thomas E. Sabella, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Thomas E. Sabella and on behalf of all survivors of Thomas E. Sabella and is entitled to recover damages on the causes of action set forth herein. Thomas E. Sabella was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3191.   Plaintiff Edward Sabella, now deceased, was a resident of the State of New York, and the Parent of Decedent Thomas E. Sabella; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3192.   Plaintiff Charles Thomas Sabella is a resident of the State of New York, the Sibling of Decedent Thomas E. Sabella, and brings this action on his own behalf as the Sibling of Thomas E. Sabella and is entitled to recover damages on the causes of action set forth herein.

3193.   Plaintiff Elaine Saber is a resident of the State of New Jersey, the Parent of Decedent Scott Saber, and brings this action on her own behalf as the Parent of Scott Saber and is entitled to recover damages on the causes of action set forth herein.

3194.   Plaintiff Bruce D. Saber is a resident of the State of New York, the Sibling of Decedent Scott Saber, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Scott Saber and on behalf of all survivors of Scott Saber and is entitled to recover damages on the causes of action set forth herein. Scott Saber was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3195.   Plaintiff Brian Saber is a resident of the State of New Jersey, the Sibling of Decedent Scott Saber, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Scott Saber and on behalf of all survivors of Scott Saber and is entitled to recover damages on the causes of action set forth herein. Scott Saber was killed at One

World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3196. Plaintiff Paul Sabin is a resident of the State of Texas, the Child of Decedent Charles E. Sabin, and brings this action on his own behalf as the Child of Charles E. Sabin and is entitled to recover damages on the causes of action set forth herein.

3197. Plaintiff Charles E. Sabin, Jr. is a resident of the State of Louisiana, the Child of Decedent Charles E. Sabin, and brings this action on his own behalf as the Child of Charles E. Sabin and is entitled to recover damages on the causes of action set forth herein.

3198. Plaintiff Andrea Sacerdote is a resident of the State of New Jersey, the Child of Decedent Joseph Francis Sacerdote, and brings this action on her own behalf as the Child of Joseph Francis Sacerdote and is entitled to recover damages on the causes of action set forth herein.

3199. Plaintiff Arlene Sacerdote is a resident of the State of New Jersey, the Spouse of Decedent Joseph Francis Sacerdote, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Francis Sacerdote and on behalf of all survivors of Joseph Francis Sacerdote and is entitled to recover damages on the causes of action set forth herein. Joseph Francis Sacerdote was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3200. Plaintiff Karen A. Sachs is a resident of the State of Missouri, the Parent of Decedent Jessica Leigh Sachs, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Jessica Leigh Sachs and on behalf of all survivors of Jessica Leigh Sachs and is entitled to recover damages on the causes of action set forth herein. Jessica Leigh Sachs was killed on board American Airlines Flight 11 that crashed into the World Trade Center

North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3201.   Plaintiff Katherine Scoville is a resident of the State of Minnesota, the Sibling of Decedent Jessica Leigh Sachs, and brings this action on her own behalf as the Sibling of Jessica Leigh Sachs and is entitled to recover damages on the causes of action set forth herein.

3202.   Plaintiff Stephen R. Sachs is a resident of the State of Missouri, the Parent of Decedent Jessica Leigh Sachs, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Jessica Leigh Sachs and on behalf of all survivors of Jessica Leigh Sachs and is entitled to recover damages on the causes of action set forth herein. Jessica Leigh Sachs was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3203.   Plaintiff Eric M. Sachs is a resident of the State of Missouri, the Sibling of Decedent Jessica Leigh Sachs, and brings this action on his own behalf as the Sibling of Jessica Leigh Sachs and is entitled to recover damages on the causes of action set forth herein.

3204.   Plaintiff Norma T. Sadocha is a resident of the State of New York, the Parent of Decedent Francis John Sadocha, and brings this action on her own behalf as the Parent of Francis John Sadocha and is entitled to recover damages on the causes of action set forth herein.

3205.   Plaintiff Susan T. Sadocha is a resident of the State of New York, the Sibling of Decedent Francis John Sadocha, and brings this action on her own behalf as the Sibling of Francis John Sadocha and is entitled to recover damages on the causes of action set forth herein.

3206.   Plaintiff Frank Carl Sadocha is a resident of the State of New York, the Parent of Decedent Francis John Sadocha, and brings this action on his own behalf as the Parent of Francis John Sadocha and is entitled to recover damages on the causes of action set forth herein.

3207.   Plaintiff John S. Sadocha is a resident of the State of New York, the Sibling of Decedent Francis John Sadocha, and brings this action on his own behalf as the Sibling of Francis John Sadocha and is entitled to recover damages on the causes of action set forth herein.

3208.   Plaintiff Elias Safi is a resident of the State of New York, the Parent of Decedent Jude Elias Safi, and brings this action on her own behalf as the Parent of Jude Elias Safi and is entitled to recover damages on the causes of action set forth herein.

3209.   Plaintiff Ahlam Safi is a resident of the State of New York, the Parent of Decedent Jude Elias Safi, and brings this action on his own behalf as the Parent of Jude Elias Safi and is entitled to recover damages on the causes of action set forth herein.

3210.   Plaintiff John Safi is a resident of the State of New York, the Sibling of Decedent Jude Elias Safi, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Jude Elias Safi and on behalf of all survivors of Jude Elias Safi and is entitled to recover damages on the causes of action set forth herein. Jude Elias Safi was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3211.   Plaintiff Silveria Segura is a resident of the State of New York, the Domestic Partner of Decedent Juan G. Salas, and brings this action on her own behalf as the Domestic Partner of Juan G. Salas and is entitled to recover damages on the causes of action set forth herein.

3212.   Plaintiff Debra Saloman is a resident of the State of New York, the Spouse of Decedent Wayne J. Saloman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Wayne J. Saloman and on behalf of all survivors of Wayne J. Saloman and is entitled to recover damages on the causes of action set forth herein. Wayne J. Saloman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3213.   Plaintiff Rosemarie Giallombardo is a resident of the State of New York, the Parent of Decedent Paul Richard Salvio, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Paul Richard Salvio and on behalf of all survivors of Paul Richard Salvio and is entitled to recover damages on the causes of action set forth herein. Paul Richard Salvio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3214.   Plaintiff Dina Giallombardo is a resident of the State of New York, the Sibling of Decedent Paul Richard Salvio, and brings this action on her own behalf as the Sibling of Paul Richard Salvio and is entitled to recover damages on the causes of action set forth herein.

3215.   Plaintiff Vincent Giallombardo is a resident of the State of New York, the Sibling of Decedent Paul Richard Salvio, and brings this action on his own behalf as the Sibling of Paul Richard Salvio and is entitled to recover damages on the causes of action set forth herein.

3216.   Plaintiff Robert Giallombardo, Jr. is a resident of the State of New York, the Sibling of Decedent Paul Richard Salvio, and brings this action on his own behalf as the Sibling of Paul Richard Salvio and is entitled to recover damages on the causes of action set forth herein.

3217.   Plaintiff Gladys H. Salvo is a resident of the State of New York, the Spouse of Decedent Samuel Robert Salvo, Jr., and brings this action on her own behalf as Spouse and as

594

the Personal Representative of the Estate of Samuel Robert Salvo, Jr. and on behalf of all survivors of Samuel Robert Salvo, Jr. and is entitled to recover damages on the causes of action set forth herein. Samuel Robert Salvo, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3218.   Plaintiff Eugenia Bogado is a resident of the State of New York, the Parent of Decedent Carlos A. Samaniego, and brings this action on her own behalf as the Parent of Carlos A. Samaniego and is entitled to recover damages on the causes of action set forth herein.

3219.   Plaintiff Luis S. Samaniego is a resident of the State of New York, the Sibling of Decedent Carlos A. Samaniego, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Carlos A. Samaniego and on behalf of all survivors of Carlos A. Samaniego and is entitled to recover damages on the causes of action set forth herein. Carlos A. Samaniego was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3220.   Plaintiff Linda J. Samuel is a resident of the State of New Jersey, the Parent of Decedent James K. Samuel, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of James K. Samuel, Jr. and on behalf of all survivors of James K. Samuel, Jr. and is entitled to recover damages on the causes of action set forth herein. James K. Samuel, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3221.   Plaintiff Jennifer Agresto is a resident of the State of New Jersey, the Sibling of Decedent James K. Samuel, Jr., and brings this action on her own behalf as the Sibling of James K. Samuel, Jr. and is entitled to recover damages on the causes of action set forth herein.

3222.   Plaintiff James K. Samuel, Sr. is a resident of the State of New Jersey, the Parent of Decedent James K. Samuel, Jr., and brings this action on his own behalf as the Parent of James K. Samuel, Jr. and is entitled to recover damages on the causes of action set forth herein.

3223.   Plaintiff Jose Luis San Pio is a resident of  Spain, the Parent of Decedent Sylvia San Pio, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Sylvia San Pio and on behalf of all survivors of Sylvia San Pio and is entitled to recover damages on the causes of action set forth herein. Sylvia San Pio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3224.   Plaintiff Maria Carmen Penafiel is a resident of  Ecuador, the Parent of Decedent Hugo Manuel Sanay-Perefiel, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Hugo Manuel Sanay-Perefiel and on behalf of all survivors of Hugo Manuel Sanay-Perefiel and is entitled to recover damages on the causes of action set forth herein. Hugo Manuel Sanay-Perefiel was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3225.   Plaintiff Felicita Maria Sanchez is a resident of the State of Florida, the Child of Decedent Jesus Sanchez, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Jesus Sanchez and on behalf of all survivors of Jesus Sanchez and is entitled to recover damages on the causes of action set forth herein. Jesus Sanchez was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3226.   Plaintiff Jesus Sanchez Rosado, now deceased, was a resident of the State of Florida, and the Parent of Decedent Jesus Sanchez; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3227.   Plaintiff Carol Sue Sandler is a resident of the State of New York, the Spouse of Decedent Herman S. Sandler, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Herman S. Sandler and on behalf of all survivors of Herman S. Sandler and is entitled to recover damages on the causes of action set forth herein. Herman S. Sandler was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3228.   Plaintiff Jennifer Sands is a resident of the State of New Jersey, the Spouse of Decedent James Sands, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Sands, Jr. and on behalf of all survivors of James Sands, Jr. and is entitled to recover damages on the causes of action set forth herein. James Sands, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3229.   Plaintiff DOE 10 is a resident of the New Jersey, the Parent of Decedent DOE 10, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3230.   Plaintiff DOE 10 is a resident of the state of New Jersey, the Parent of Decedent DOE 10, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 10 and as the Personal Representative of the Estate of DOE 10 and is entitled to recover damages on the causes of action set forth herein. DOE 10 was killed at One World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3231.  Plaintiff Maureen Santora is a resident of the State of New York, the Parent of Decedent Christopher A. Santora, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Christopher A. Santora and on behalf of all survivors of Christopher A. Santora and is entitled to recover damages on the causes of action set forth herein. Christopher A. Santora was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3232.  Plaintiff Jennifer Santora is a resident of the State of New York, the Sibling of Decedent Christopher A. Santora, and brings this action on her own behalf as the Sibling of Christopher A. Santora and is entitled to recover damages on the causes of action set forth herein.

3233.  Plaintiff Kathleen Santora-Montali is a resident of the State of New York, the Sibling of Decedent Christopher A. Santora, and brings this action on her own behalf as the Sibling of Christopher A. Santora and is entitled to recover damages on the causes of action set forth herein.

3234.  Plaintiff Patricia Santora is a resident of the State of New York, the Sibling of Decedent Christopher A. Santora, and brings this action on her own behalf as the Sibling of Christopher A. Santora and is entitled to recover damages on the causes of action set forth herein.

3235.  Plaintiff Alexander Santora is a resident of the State of New York, the Parent of Decedent Christopher A. Santora, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christopher A. Santora and on behalf of all survivors of

Christopher A. Santora and is entitled to recover damages on the causes of action set forth herein. Christopher A. Santora was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3236.   Plaintiff Frances Santore is a resident of the State of New York, the Spouse of Decedent John A. Santore, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John A. Santore and on behalf of all survivors of John A. Santore and is entitled to recover damages on the causes of action set forth herein. John A. Santore was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3237.   Plaintiff Alberto Angel Santoro is a resident of the State of South Carolina, the Parent of Decedent Mario L. Santoro, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Mario L. Santoro and on behalf of all survivors of Mario L. Santoro and is entitled to recover damages on the causes of action set forth herein. Mario L. Santoro was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3238.   Plaintiff Anne C. Saracini, now deceased, was a resident of the State of Ohio, and the Parent of Decedent Victor J. Saracini; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3239.   Plaintiff Joanne Renzi is a resident of the State of Pennsylvania, the Sibling of Decedent Victor J. Saracini, and brings this action on her own behalf as the Sibling of Victor J. Saracini and is entitled to recover damages on the causes of action set forth herein.

3240.   Plaintiff Ellen Louise Saracini is a resident of the State of Pennsylvania, the Spouse of Decedent Victor J. Saracini, and brings this action on her own behalf as Spouse and as

the Personal Representative of the Estate of Victor J. Saracini and on behalf of all survivors of Victor J. Saracini and is entitled to recover damages on the causes of action set forth herein. Victor J. Saracini was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3241.   Plaintiff DOE 04 is a resident of the state of New Jersey, the Spouse of Decedent DOE 04, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 04 and as the Personal Representative of the Estate of DOE 04 and is entitled to recover damages on the causes of action set forth herein. DOE 04 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3242.   Plaintiff Kishan Sarkar is a resident of the State of New Jersey, the Child of Decedent Kalyan K. Sarkar, and brings this action on his own behalf as the Child of Kalyan K. Sarkar and is entitled to recover damages on the causes of action set forth herein.

3243.   Plaintiff Manish Rai is a resident of the State of New Jersey, the Sibling of Decedent Deepika Sattaluri, and brings this action on his own behalf as the Sibling of Deepika Sattaluri and is entitled to recover damages on the causes of action set forth herein.

3244.   Plaintiff Ryan Pemberton is a resident of the State of Virginia, the Nephew of Decedent Susan Marie Sauer, and brings this action on his own behalf as Nephew and as the Personal Representative of the Estate of Susan Marie Sauer and on behalf of all survivors of Susan Marie Sauer and is entitled to recover damages on the causes of action set forth herein. Susan Marie Sauer was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3245.   Plaintiff Valentina Savinkina is a resident of the State of New York, the Parent of Decedent Vladimir Savinkin, and brings this action on her own behalf as the Parent of Vladimir Savinkin and is entitled to recover damages on the causes of action set forth herein.

3246.   Plaintiff Galina Savinkina is a resident of the State of New York, the Sibling of Decedent Vladimir Savinkin, and brings this action on her own behalf as the Sibling of Vladimir Savinkin and is entitled to recover damages on the causes of action set forth herein.

3247.   Plaintiff Valeriy Savinkin is a resident of the State of New York, the Parent of Decedent Vladimir Savinkin, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Vladimir Savinkin and on behalf of all survivors of Vladimir Savinkin and is entitled to recover damages on the causes of action set forth herein. Vladimir Savinkin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3248.   Plaintiff Jude Monteserrato is a resident of the State of Rhode Island, the Fiancé of Decedent John Michael Sbarbaro, and brings this action on her own behalf as the Fiancé of John Michael Sbarbaro and is entitled to recover damages on the causes of action set forth herein.

3249.   Plaintiff Margaret Scandole is a resident of the State of New York, the Parent of Decedent Robert L. Scandole, and brings this action on her own behalf as the Parent of Robert L. Scandole and is entitled to recover damages on the causes of action set forth herein.

3250.   Plaintiff Sheila Marie Scandole is a resident of the State of New York, the Spouse of Decedent Robert L. Scandole, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert L. Scandole and on behalf of all survivors of Robert L. Scandole and is entitled to recover damages on the causes of action set forth herein.

Robert L. Scandole was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3251.   Plaintiff Robert Scandole is a resident of the State of New York, the Parent of Decedent Robert L. Scandole, and brings this action on his own behalf as the Parent of Robert L. Scandole and is entitled to recover damages on the causes of action set forth herein.

3252.   Plaintiff Christopher Scandole is a resident of the State of New York, the Sibling of Decedent Robert L. Scandole, and brings this action on his own behalf as the Sibling of Robert L. Scandole and is entitled to recover damages on the causes of action set forth herein.

3253.   Plaintiff Julie Scarpitta, now deceased, was a resident of the State of New York, and the Parent of Decedent Michelle Scarpitta; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3254.   Plaintiff Steven Scarpitta, a resident of the State of New York,  brings this action as the Representative of the Estate of Michelle Scarpitta and on behalf of all survivors of Michelle Scarpitta and is entitled to recover damages on the causes of action set forth herein. Michelle Scarpitta was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3255.   Plaintiff Steven Scarpitta is a resident of the State of New York, the Sibling of Decedent Michelle Scarpitta, and brings this action on his own behalf as the Sibling of Michelle Scarpitta and is entitled to recover damages on the causes of action set forth herein.

3256.   Plaintiff Margaret Ti Schardt is a resident of the State of New York, the Parent of Decedent John Schardt, and brings this action on her own behalf as the Parent of John Schardt and is entitled to recover damages on the causes of action set forth herein.

3257.   Plaintiff Debra Sacco is a resident of the State of North Carolina, the Sibling of Decedent John Schardt, and brings this action on her own behalf as the Sibling of John Schardt and is entitled to recover damages on the causes of action set forth herein.

3258.   Plaintiff Jeanette Schardt is a resident of the State of New York, the Spouse of Decedent John Schardt, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Schardt and on behalf of all survivors of John Schardt and is entitled to recover damages on the causes of action set forth herein. John Schardt was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3259.   Plaintiff Robert Albert Schardt is a resident of the State of New York, the Parent of Decedent John Schardt, and brings this action on his own behalf as the Parent of John Schardt and is entitled to recover damages on the causes of action set forth herein.

3260.   Plaintiff Kenneth Schardt is a resident of the State of New York, the Sibling of Decedent John Schardt, and brings this action on his own behalf as the Sibling of John Schardt and is entitled to recover damages on the causes of action set forth herein.

3261.   Plaintiff Elliot Scheinberg is a resident of the State of New York, the Spouse of Decedent Angela Susan Scheinberg, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Angela Susan Scheinberg and on behalf of all survivors of Angela Susan Scheinberg and is entitled to recover damages on the causes of action set forth herein. Angela Susan Scheinberg was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3262.   Plaintiff DOE 28 is a resident of the New Jersey, the Parent of Decedent DOE 28, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3263.   Plaintiff DOE 28 is a resident of the California, the Sibling of Decedent DOE 28, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3264.   Plaintiff DOE 28 is a resident of the state of New Jersey, the Parent of Decedent DOE 28, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 28 and as the Personal Representative of the Estate of DOE 28 and is entitled to recover damages on the causes of action set forth herein. DOE 28 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3265.   Plaintiff Lauren J. Osnato is a resident of the State of New York, the Sibling of Decedent Karen Helene Schmidt, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Karen Helene Schmidt and on behalf of all survivors of Karen Helene Schmidt and is entitled to recover damages on the causes of action set forth herein. Karen Helene Schmidt was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3266.   Plaintiff Karl H. Schmidt is a resident of the State of New York, the Sibling of Decedent Karen Helene Schmidt, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Karen Helene Schmidt and on behalf of all survivors of Karen Helene Schmidt and is entitled to recover damages on the causes of action set forth herein. Karen

Helene Schmidt was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3267.   Plaintiff Dina M. Schott is a resident of the State of New York, the Spouse of Decedent Frank G. Schott, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frank G. Schott, Jr. and on behalf of all survivors of Frank G. Schott, Jr. and is entitled to recover damages on the causes of action set forth herein. Frank G. Schott, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3268.   Plaintiff Lisa A. Schunk is a resident of the State of New York, the Spouse of Decedent Edward W. Schunk, and brings this action on her own behalf as the Spouse of Edward W. Schunk and is entitled to recover damages on the causes of action set forth herein.

3269.   Plaintiff Jennifer Abbe Levine is a resident of the State of New Jersey, the Child of Decedent Mark Schwartz, and brings this action on her own behalf as the Child of Mark Schwartz and is entitled to recover damages on the causes of action set forth herein.

3270.   Plaintiff Nancy Berliner is a resident of the State of New York, the Sibling of Decedent Mark Schwartz, and brings this action on her own behalf as the Sibling of Mark Schwartz and is entitled to recover damages on the causes of action set forth herein.

3271.   Plaintiff Patricia Schwartz is a resident of the State of Florida, the Spouse of Decedent Mark Schwartz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark Schwartz and on behalf of all survivors of Mark Schwartz and is entitled to recover damages on the causes of action set forth herein. Mark Schwartz was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3272.   Plaintiff Andrew David Schwartz is a resident of the State of Florida, the Child of Decedent Mark Schwartz, and brings this action on his own behalf as the Child of Mark Schwartz and is entitled to recover damages on the causes of action set forth herein.

3273.   Plaintiff Charles Scibetta is a resident of the State of New York, the Spouse of Decedent Adriana Scibetta, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Adriana Scibetta and on behalf of all survivors of Adriana Scibetta and is entitled to recover damages on the causes of action set forth herein. Adriana Scibetta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3274.   Plaintiff Crystal Marie Scott is a resident of the State of New Jersey, the Child of Decedent Janice Marie Scott, and brings this action on her own behalf as the Child of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3275.   Plaintiff Geraldine Holmes is a resident of the State of Wisconsin, the Parent of Decedent Janice Marie Scott, and brings this action on her own behalf as the Parent of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3276.   Plaintiff Darlene Bonita Caldwell is a resident of the State of South Carolina, the Sibling of Decedent Janice Marie Scott, and brings this action on her own behalf as the Sibling of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3277.   Plaintiff Delores Diane James is a resident of the State of Wisconsin, the Sibling of Decedent Janice Marie Scott, and brings this action on her own behalf as the Sibling of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3278.   Plaintiff Denise M. Holmes is a resident of the State of Wisconsin, the Sibling of Decedent Janice Marie Scott, and brings this action on her own behalf as the Sibling of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3279.   Plaintiff Claudette McKahn Staley is a resident of the State of South Carolina, the Sibling of Decedent Janice Marie Scott, and brings this action on her own behalf as the Sibling of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3280.   Plaintiff Willette Wages is a resident of the State of South Carolina, the Sibling of Decedent Janice Marie Scott, and brings this action on her own behalf as the Sibling of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein.

3281.   Plaintiff George A. Holmes, now deceased, was a resident of the State of Wisconsin, and the Sibling of Decedent Janice Marie Scott; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3282.   Plaintiff Abraham Scott is a resident of the State of Virginia, the Spouse of Decedent Janice Marie Scott, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Janice Marie Scott and on behalf of all survivors of Janice Marie Scott and is entitled to recover damages on the causes of action set forth herein. Janice Marie Scott was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3283.   Plaintiff DOE 34 is a resident of the Connecticut, the Child of Decedent DOE 34, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3284.   Plaintiff DOE 34 is a resident of the Connecticut, the Child of Decedent DOE 34, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3285.   Plaintiff DOE 34 is a resident of the state of Connecticut, the Spouse of Decedent DOE 34, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 34 and as the Personal Representative of the Estate of DOE 34 and is entitled to recover damages on the causes of action set forth herein. DOE 34 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3286.   Plaintiff Daniel Paul Seaman is a resident of the State of New York, the Sibling of Decedent Michael Herman Seaman, and brings this action on his own behalf as the Sibling of Michael Herman Seaman and is entitled to recover damages on the causes of action set forth herein.

3287.   Plaintiff Loreen Sellitto is a resident of the State of Florida, the Parent of Decedent Matthew Carmen Sellitto, and brings this action on her own behalf as the Parent of Matthew Carmen Sellitto and is entitled to recover damages on the causes of action set forth herein.

3288.   Plaintiff Matthew T. Sellitto is a resident of the State of Florida, the Parent of Decedent Matthew Carmen Sellitto, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Matthew Carmen Sellitto and on behalf of all survivors of Matthew Carmen Sellitto and is entitled to recover damages on the causes of action set forth herein. Matthew Carmen Sellitto was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3289.   Plaintiff Jonathan DiGiovanni Sellitto is a resident of the State of New Jersey, the Sibling of Decedent Matthew Carmen Sellitto, and brings this action on his own behalf as the Sibling of Matthew Carmen Sellitto and is entitled to recover damages on the causes of action set forth herein.

3290.   Plaintiff Frances Ruth Selwyn is a resident of the State of New York, the Spouse of Decedent Howard Selwyn, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Howard Selwyn and on behalf of all survivors of Howard Selwyn and is entitled to recover damages on the causes of action set forth herein. Howard Selwyn was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3291.   Plaintiff James Selwyn is a resident of the State of New York, the Child of Decedent Howard Selwyn, and brings this action on his own behalf as the Child of Howard Selwyn and is entitled to recover damages on the causes of action set forth herein.

3292.   Plaintiff Debbi Ellen Senko is a resident of the State of Pennsylvania, the Spouse of Decedent Larry John Senko, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Larry John Senko and on behalf of all survivors of Larry John Senko and is entitled to recover damages on the causes of action set forth herein. Larry John Senko was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3293.   Plaintiff Christina Serva is a resident of the State of Massachusetts, the Child of Decedent Marian Teresa Serva, and brings this action on her own behalf as the Child of Marian Teresa Serva and is entitled to recover damages on the causes of action set forth herein.

3294.   Plaintiff Bruce E. Serva is a resident of the State of North Carolina, the Spouse of Decedent Marian Teresa Serva, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Marian Teresa Serva and on behalf of all survivors of Marian Teresa Serva and is entitled to recover damages on the causes of action set forth herein. Marian Teresa Serva was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3295.   Plaintiff Irene Sessa is a resident of the State of Florida, the Parent of Decedent Adele Sessa, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Adele Sessa and on behalf of all survivors of Adele Sessa and is entitled to recover damages on the causes of action set forth herein. Adele Sessa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3296.   Plaintiff Elena Sandberg is a resident of the State of Florida, the Sibling of Decedent Adele Sessa, and brings this action on her own behalf as the Sibling of Adele Sessa and is entitled to recover damages on the causes of action set forth herein.

3297.   Plaintiff Christine Patterson is a resident of the State of Florida, the Sibling of Decedent Adele Sessa, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Adele Sessa and on behalf of all survivors of Adele Sessa and is entitled to recover damages on the causes of action set forth herein. Adele Sessa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3298.   Plaintiff Alberico Sessa is a resident of the State of Florida, the Sibling of Decedent Adele Sessa, and brings this action on his own behalf as the Sibling of Adele Sessa and is entitled to recover damages on the causes of action set forth herein.

3299.   Plaintiff Jenny Rahaman is a resident of the State of New York, the Sibling of Decedent Sita N. Sewnarine, and brings this action on her own behalf as the Sibling of Sita N. Sewnarine and is entitled to recover damages on the causes of action set forth herein.

3300.   Plaintiff Lilmatie Didora is a resident of  Canada, the Sibling of Decedent Sita N. Sewnarine, and brings this action on her own behalf as the Sibling of Sita N. Sewnarine and is entitled to recover damages on the causes of action set forth herein.

3301.   Plaintiff Bhoopaul Sewnarine is a resident of the State of New York, the Sibling of Decedent Sita N. Sewnarine, and brings this action on his own behalf as the Sibling of Sita N. Sewnarine and is entitled to recover damages on the causes of action set forth herein.

3302.   Plaintiff DOE 73 is a resident of the state of New Jersey, the Domestic Partner of Decedent DOE 73, and brings this action on his own behalf as Domestic Partner and on behalf of all survivors of DOE 73 and as the Personal Representative of the Estate of DOE 73 and is entitled to recover damages on the causes of action set forth herein. DOE 73 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3303.   Plaintiff Janine L. Van Riper is a resident of the State of Connecticut, the Child of Decedent Barbara A. Shaw, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Barbara A. Shaw and on behalf of all survivors of Barbara A. Shaw and is entitled to recover damages on the causes of action set forth herein. Barbara A.

Shaw was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3304. Plaintiff Debra Shaw is a resident of the State of New York, the Spouse of Decedent Jeffrey J. Shaw, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey J. Shaw and on behalf of all survivors of Jeffrey J. Shaw and is entitled to recover damages on the causes of action set forth herein. Jeffrey J. Shaw was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3305. Plaintiff Maureen Shay is a resident of the State of New York, the Parent of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Parent of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3306. Plaintiff Kathleen Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3307. Plaintiff Leanne Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3308. Plaintiff Eileen Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3309. Plaintiff Carolyn Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3310.  Plaintiff Maureen Surko is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3311.  Plaintiff Dawn M. Shay is a resident of the State of Florida, the Spouse of Decedent Robert J. Shay, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert J. Shay, Jr. and on behalf of all survivors of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein. Robert J. Shay, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3312.  Plaintiff James Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on his own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3313.  Plaintiff Michael A. Shay is a resident of the State of New York, the Sibling of Decedent Robert J. Shay, Jr., and brings this action on his own behalf as the Sibling of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3314.  Plaintiff Robert J. Shay, Sr. is a resident of the State of New York, the Parent of Decedent Robert J. Shay, Jr., and brings this action on his own behalf as the Parent of Robert J. Shay, Jr. and is entitled to recover damages on the causes of action set forth herein.

3315.  Plaintiff Daniel J. Sheehan, now deceased, was a resident of the State of Arizona, and the Parent of Decedent Linda June Sheehan; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3316.  The Representative of the Estate of Linda June Sheehan brings this action on behalf of the Estate of Linda June Sheehan and on behalf of all survivors of Linda June Sheehan

and is entitled to recover damages on the causes of action set forth herein. Linda June Sheehan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3317.  Plaintiff Robert D. Sheehan is a resident of the State of Arizona, the Sibling of Decedent Linda June Sheehan, and brings this action on his own behalf as the Sibling of Linda June Sheehan and is entitled to recover damages on the causes of action set forth herein.

3318.  Plaintiff Esther Shefi is a resident of  Israel, the Parent of Decedent Hagay Shefi, and brings this action on her own behalf as the Parent of Hagay Shefi and is entitled to recover damages on the causes of action set forth herein.

3319.  Plaintiff Pazit Shefi Baum is a resident of  Israel, the Sibling of Decedent Hagay Shefi, and brings this action on her own behalf as the Sibling of Hagay Shefi and is entitled to recover damages on the causes of action set forth herein.

3320.  Plaintiff Sigal Shefi Asher is a resident of the State of New Jersey, the Spouse of Decedent Hagay Shefi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Hagay Shefi and on behalf of all survivors of Hagay Shefi and is entitled to recover damages on the causes of action set forth herein. Hagay Shefi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3321.  Plaintiff Dov Shefi is a resident of  Israel, the Parent of Decedent Hagay Shefi, and brings this action on his own behalf as the Parent of Hagay Shefi and is entitled to recover damages on the causes of action set forth herein.

3322.   Plaintiff Yishai Shefi is a resident of  Israel, the Sibling of Decedent Hagay Shefi, and brings this action on his own behalf as the Sibling of Hagay Shefi and is entitled to recover damages on the causes of action set forth herein.

3323.   Plaintiff DOE 71 is a resident of the New York, the Parent of Decedent DOE 71, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3324.   Plaintiff DOE 71 is a resident of the New York, the Sibling of Decedent DOE 71, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3325.   Plaintiff DOE 71 is a resident of the New York, the Sibling of Decedent DOE 71, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3326.   Plaintiff DOE 71 is a resident of the Washington, the Sibling of Decedent DOE 71, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3327.   Plaintiff DOE 71 is a resident of the New York, the Sibling of Decedent DOE 71, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3328.   Plaintiff DOE 71 is a resident of the state of New York, the Spouse of Decedent DOE 71, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 71 and as the Personal Representative of the Estate of DOE 71 and is entitled to recover damages on the causes of action set forth herein. DOE 71 was killed at Two World Trade Center

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3329.   Plaintiff Frank Sherry is a resident of the State of New York, the Parent of Decedent John Anthony Sherry, and brings this action on his own behalf as the Parent of John Anthony Sherry and is entitled to recover damages on the causes of action set forth herein.

3330.   Plaintiff Sachiko Shiratori is a resident of Japan, the Parent of Decedent Atsushi Shiratori, and brings this action on her own behalf as the Parent of Atsushi Shiratori and is entitled to recover damages on the causes of action set forth herein.

3331.   Plaintiff Haruhiro Shiratori is a resident of Japan, the Parent of Decedent Atsushi Shiratori, and brings this action on his own behalf as the Parent of Atsushi Shiratori and is entitled to recover damages on the causes of action set forth herein.

3332.   Plaintiff Ahuva Shwartzstein is a resident of the State of New York, the Parent of Decedent Allan Abraham Shwartzstein, and brings this action on her own behalf as the Parent of Allan Abraham Shwartzstein and is entitled to recover damages on the causes of action set forth herein.

3333.   Plaintiff Orly Small is a resident of the State of Florida, the Sibling of Decedent Allan Abraham Shwartzstein, and brings this action on her own behalf as the Sibling of Allan Abraham Shwartzstein and is entitled to recover damages on the causes of action set forth herein.

3334.   Plaintiff Avigdor Shwartzstein, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Allan Abraham Shwartzstein; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3335.   Plaintiff Michael Shwartzstein is a resident of the State of New York, the Sibling of Decedent Allan Abraham Shwartzstein, and brings this action on his own behalf as the Sibling

of Allan Abraham Shwartzstein and is entitled to recover damages on the causes of action set forth herein.

3336.   Plaintiff DOE 99 is a resident of the state of New York, the Spouse of Decedent DOE 99, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 99 and as the Personal Representative of the Estate of DOE 99 and is entitled to recover damages on the causes of action set forth herein. DOE 99 was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3337.   Plaintiff Kathleen H. Simmons is a resident of the State of New Jersey, the Spouse of Decedent Bruce E. Simmons, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Bruce E. Simmons and on behalf of all survivors of Bruce E. Simmons and is entitled to recover damages on the causes of action set forth herein. Bruce E. Simmons was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3338.   Plaintiff DOE 57 is a resident of the Florida, the Child of Decedent DOE 57, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3339.   Plaintiff Christopher Simmons is a resident of the State of Florida, the Child of Decedent George W. Simmons, Sr., and brings this action on his own behalf as the Child of George W. Simmons, Sr. and is entitled to recover damages on the causes of action set forth herein.

3340.   Plaintiff George W. Simmons, Jr. is a resident of the State of Florida, the Child of Decedent George W. Simmons, Sr., and brings this action on his own behalf as the Child of

George W. Simmons, Sr. and is entitled to recover damages on the causes of action set forth herein.

3341.  Plaintiff Eileen Heather Simon is a resident of the State of New Jersey, the Spouse of Decedent Michael John Simon, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael John Simon and on behalf of all survivors of Michael John Simon and is entitled to recover damages on the causes of action set forth herein. Michael John Simon was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3342.  Plaintiff Scott S. Simon is a resident of the State of Connecticut, the Sibling of Decedent Michael John Simon, and brings this action on his own behalf as the Sibling of Michael John Simon and is entitled to recover damages on the causes of action set forth herein.

3343.  Plaintiff Shelley Simon is a resident of the State of New Jersey, the Spouse of Decedent Paul J. Simon, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul J. Simon and on behalf of all survivors of Paul J. Simon and is entitled to recover damages on the causes of action set forth herein. Paul J. Simon was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3344.  Plaintiff Lisa Cardinali is a resident of the State of New Jersey, the Child of Decedent Marianne Simone, and brings this action on her own behalf as the Child of Marianne Simone and is entitled to recover damages on the causes of action set forth herein.

3345.  Plaintiff Teresa Hargrave is a resident of the State of New Jersey, the Child of Decedent Marianne Simone, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Marianne Simone and on behalf of all survivors of

Marianne Simone and is entitled to recover damages on the causes of action set forth herein. Marianne Simone was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3346.   Plaintiff Virginia M. Liquori is a resident of the State of New Jersey, the Sibling of Decedent Marianne Simone, and brings this action on her own behalf as the Sibling of Marianne Simone and is entitled to recover damages on the causes of action set forth herein.

3347.   Plaintiff Lucille Bleimann is a resident of the State of New Jersey, the Sibling of Decedent Marianne Simone, and brings this action on her own behalf as the Sibling of Marianne Simone and is entitled to recover damages on the causes of action set forth herein.

3348.   Plaintiff Stephen Simone is a resident of the State of New York, the Child of Decedent Marianne Simone, and brings this action on his own behalf as the Child of Marianne Simone and is entitled to recover damages on the causes of action set forth herein.

3349.   Plaintiff Ann Simpkin is a resident of the State of Massachusetts, the Parent of Decedent Jane Louise Simpkin, and brings this action on her own behalf as the Parent of Jane Louise Simpkin and is entitled to recover damages on the causes of action set forth herein.

3350.   Plaintiff Helen C. Simpkin-Whalen is a resident of the State of New York, the Sibling of Decedent Jane Louise Simpkin, and brings this action on her own behalf as the Sibling of Jane Louise Simpkin and is entitled to recover damages on the causes of action set forth herein.

3351.   Plaintiff Diane Java is a resident of the State of Virginia, the Spouse of Decedent Jeff L. Simpson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeff L. Simpson and on behalf of all survivors of Jeff L. Simpson and is entitled to recover damages on the causes of action set forth herein. Jeff L. Simpson was

killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3352.   Plaintiff Craig W. Sincock is a resident of the State of Virginia, the Spouse of Decedent Cheryle D. Sincock, and brings this action on his own behalf as the Spouse of Cheryle D. Sincock and is entitled to recover damages on the causes of action set forth herein.

3353.   Plaintiff Alana Siracuse is a resident of the State of New York, the Spouse of Decedent Peter Siracuse, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter Siracuse and on behalf of all survivors of Peter Siracuse and is entitled to recover damages on the causes of action set forth herein. Peter Siracuse was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3354.   Plaintiff Irene Lesiw is a resident of the State of New Jersey, the Sibling of Decedent John P. Skala, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of John P. Skala and on behalf of all survivors of John P. Skala and is entitled to recover damages on the causes of action set forth herein. John P. Skala was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3355.   Plaintiff Michael Skala is a resident of the State of New Jersey, the Sibling of Decedent John P. Skala, and brings this action on his own behalf as the Sibling of John P. Skala and is entitled to recover damages on the causes of action set forth herein.

3356.   Plaintiff Jaroslawa Skala is a resident of the State of New Jersey, the Sibling of Decedent John P. Skala, and brings this action on his own behalf as the Sibling of John P. Skala and is entitled to recover damages on the causes of action set forth herein.

3357.   Plaintiff Loretta T. Slavin, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Vincent R. Slavin; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3358.   Plaintiff Anna L. Baez is a resident of the State of Florida, the Fiancé of Decedent Vincent R. Slavin, and brings this action on her own behalf as the Fiancé of Vincent R. Slavin and is entitled to recover damages on the causes of action set forth herein.

3359.   Plaintiff Patricia B. Sloan is a resident of the State of California, the Parent of Decedent Paul Kenneth Sloan, and brings this action on her own behalf as the Parent of Paul Kenneth Sloan and is entitled to recover damages on the causes of action set forth herein.

3360.   Plaintiff Ronald S. Sloan is a resident of the State of Nevada, the Parent of Decedent Paul Kenneth Sloan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Paul Kenneth Sloan and on behalf of all survivors of Paul Kenneth Sloan and is entitled to recover damages on the causes of action set forth herein. Paul Kenneth Sloan was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3361.   Plaintiff Lawanda Simmons is a resident of the State of South Carolina, the Sibling of Decedent Wendy L. Small, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Wendy L. Small and on behalf of all survivors of Wendy L. Small and is entitled to recover damages on the causes of action set forth herein. Wendy L. Small was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3362.   Plaintiff Elba Cedeno is a resident of the State of Florida, the Domestic Partner of Decedent Catherine T. Smith, and brings this action on her own behalf as Domestic Partner and

as the Personal Representative of the Estate of Catherine T. Smith and on behalf of all survivors of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein. Catherine T. Smith was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3363.  Plaintiff Annette Smith is a resident of the State of Florida, the Parent of Decedent Catherine T. Smith, and brings this action on her own behalf as the Parent of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein.

3364.  Plaintiff Lisa Ann Ethredge is a resident of the State of Pennsylvania, the Sibling of Decedent Catherine T. Smith, and brings this action on her own behalf as the Sibling of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein.

3365.  Plaintiff Barbara Schielzo is a resident of the State of Florida, the Sibling of Decedent Catherine T. Smith, and brings this action on her own behalf as the Sibling of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein.

3366.  Plaintiff Vincent J. Smith is a resident of the State of Florida, the Sibling of Decedent Catherine T. Smith, and brings this action on his own behalf as the Sibling of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein.

3367.  Plaintiff Walter Smith is a resident of the State of Pennsylvania, the Sibling of Decedent Catherine T. Smith, and brings this action on his own behalf as the Sibling of Catherine T. Smith and is entitled to recover damages on the causes of action set forth herein.

3368.  Plaintiff Madeline W. Smith is a resident of the State of Florida, the Parent of Decedent Jeffrey R. Smith, and brings this action on her own behalf as the Parent of Jeffrey R. Smith and is entitled to recover damages on the causes of action set forth herein.

3369.   Plaintiff Brenda Smith Clark is a resident of the State of Florida, the Sibling of Decedent Jeffrey R. Smith, and brings this action on her own behalf as the Sibling of Jeffrey R. Smith and is entitled to recover damages on the causes of action set forth herein.

3370.   Plaintiff DOE 61 is a resident of the state of New Jersey, the Spouse of Decedent DOE 61, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 61 and as the Personal Representative of the Estate of DOE 61 and is entitled to recover damages on the causes of action set forth herein. DOE 61 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3371.   Plaintiff Arthur Abraham Smith is a resident of the State of Florida, the Parent of Decedent Jeffrey R. Smith, and brings this action on his own behalf as the Parent of Jeffrey R. Smith and is entitled to recover damages on the causes of action set forth herein.

3372.   Plaintiff Millicent Miller is a resident of the State of New York, the Sibling of Decedent Joyce Patricia Smith, and brings this action on her own behalf as the Sibling of Joyce Patricia Smith and is entitled to recover damages on the causes of action set forth herein.

3373.   Plaintiff DOE 135 is a resident of the United Kingdom, the Sibling of Decedent DOE 135, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3374.   Plaintiff Georgia Ruth Smith is a resident of the State of Florida, the Parent of Decedent Karl T. Smith, Sr., and brings this action on her own behalf as the Parent of Karl T. Smith, Sr. and is entitled to recover damages on the causes of action set forth herein.

3375.   Plaintiff DOE 87 is a resident of the state of New Jersey, the Spouse of Decedent DOE 87, and brings this action on her own behalf as Spouse and on behalf of all survivors of

DOE 87 and as the Personal Representative of the Estate of DOE 87 and is entitled to recover damages on the causes of action set forth herein. DOE 87 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3376.   Plaintiff Peter Hibbard Smith is a resident of the State of Florida, the Sibling of Decedent Karl T. Smith, Sr., and brings this action on his own behalf as the Sibling of Karl T. Smith, Sr. and is entitled to recover damages on the causes of action set forth herein.

3377.   Plaintiff Matthew G. Smith is a resident of the State of New Jersey, the Sibling of Decedent Karl T. Smith, Sr., and brings this action on his own behalf as the Sibling of Karl T. Smith, Sr. and is entitled to recover damages on the causes of action set forth herein.

3378.   Plaintiff DOE 87 is a resident of the New Jersey, the Sibling of Decedent DOE 87, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3379.   Plaintiff Philip Trumbull Smith, Jr., now deceased, was a resident of the State of Florida, and the Parent of Decedent Karl T. Smith, Sr.; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3380.   Plaintiff DOE 87 is a resident of the New Jersey, the Child of Decedent DOE 87, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3381.   Plaintiff DOE 52, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 52; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3382.   Plaintiff DOE 52 is a resident of the New York, the Sibling of Decedent DOE 52, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3383.   Plaintiff DOE 52 is a resident of the New York, the Sibling of Decedent DOE 52, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3384.   Plaintiff Jennifer Ann Tucker is a resident of the State of New York, the Parent of Decedent Rochelle Monique Snell, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Rochelle Monique Snell and on behalf of all survivors of Rochelle Monique Snell and is entitled to recover damages on the causes of action set forth herein. Rochelle Monique Snell was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3385.   Plaintiff Charles O'Neal Snyder is a resident of the State of Hawaii, the Parent of Decedent Christine Ann Snyder, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Christine Ann Snyder and on behalf of all survivors of Christine Ann Snyder and is entitled to recover damages on the causes of action set forth herein. Christine Ann Snyder was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3386.   Plaintiff John B. Snyder is a resident of the State of Connecticut, the Spouse of Decedent Dianne Bullis Snyder, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Dianne Bullis Snyder and on behalf of all survivors of Dianne Bullis Snyder and is entitled to recover damages on the causes of action set forth herein.

Dianne Bullis Snyder was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3387.   Plaintiff Marion Elaine Kminek is a resident of the State of Florida, the Parent of Decedent Mari-Rae Sopper, and brings this action on her own behalf as the Parent of Mari-Rae Sopper and is entitled to recover damages on the causes of action set forth herein.

3388.   Plaintiff Tammy Lynn Sopper-Sergovia is a resident of the State of Illinois, the Sibling of Decedent Mari-Rae Sopper, and brings this action on her own behalf as the Sibling of Mari-Rae Sopper and is entitled to recover damages on the causes of action set forth herein.

3389.   Plaintiff Christina Kminek is a resident of the State of Virginia, the Sibling of Decedent Mari-Rae Sopper, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Mari-Rae Sopper and on behalf of all survivors of Mari-Rae Sopper and is entitled to recover damages on the causes of action set forth herein. Mari-Rae Sopper was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3390.   Plaintiff R. Bill Sopper, now deceased, was a resident of the State of Florida, and the Parent of Decedent Mari-Rae Sopper; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3391.   Plaintiff Elda Giron is a resident of the State of New Jersey, the Spouse of Decedent Fabian Soto, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Fabian Soto and on behalf of all survivors of Fabian Soto and is entitled to recover damages on the causes of action set forth herein. Fabian Soto was killed at

One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3392.   Plaintiff Paul A. Spagnoletti is a resident of the State of New Jersey, the Sibling of Decedent Gregory T. Spagnoletti, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Gregory T. Spagnoletti and on behalf of all survivors of Gregory T. Spagnoletti and is entitled to recover damages on the causes of action set forth herein. Gregory T. Spagnoletti was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3393.   Plaintiff Doreen Lanza, now deceased, was a resident of the State of New York, and the Sibling of Decedent Thomas Sparacio; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3394.   Plaintiff Edith A. Sparacio is a resident of the State of New York, the Parent of Decedent Thomas Sparacio, and brings this action on her own behalf as the Parent of Thomas Sparacio and is entitled to recover damages on the causes of action set forth herein.

3395.   Plaintiff Deborah Ann Klemowitz is a resident of the State of New York, the Sibling of Decedent Thomas Sparacio, and brings this action on her own behalf as the Sibling of Thomas Sparacio and is entitled to recover damages on the causes of action set forth herein.

3396.   Plaintiff Cheri Magnus Sparacio is a resident of the State of New York, the Spouse of Decedent Thomas Sparacio, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Thomas Sparacio and on behalf of all survivors of Thomas Sparacio and is entitled to recover damages on the causes of action set forth herein. Thomas Sparacio was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3397.  Plaintiff Jack Joseph Sparacio, Sr. is a resident of the State of New York, the Parent of Decedent Thomas Sparacio, and brings this action on his own behalf as the Parent of Thomas Sparacio and is entitled to recover damages on the causes of action set forth herein.

3398.  Plaintiff Patricia Ellen Wellington is a resident of the State of New Jersey, the Spouse of Decedent John Anthony Spataro, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Anthony Spataro and on behalf of all survivors of John Anthony Spataro and is entitled to recover damages on the causes of action set forth herein. John Anthony Spataro was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3399.  Plaintiff Irene Desantis is a resident of the State of New York, the Parent of Decedent Robert W. Spear, Jr., and brings this action on her own behalf as the Parent of Robert W. Spear, Jr. and is entitled to recover damages on the causes of action set forth herein.

3400.  Plaintiff Barbara P. Keane is a resident of the State of New York, the Sibling of Decedent Robert W. Spear, Jr., and brings this action on her own behalf as the Sibling of Robert W. Spear, Jr. and is entitled to recover damages on the causes of action set forth herein.

3401.  Plaintiff Christine Vollkommer is a resident of the State of New York, the Sibling of Decedent Robert W. Spear, Jr., and brings this action on her own behalf as the Sibling of Robert W. Spear, Jr. and is entitled to recover damages on the causes of action set forth herein.

3402.  Plaintiff Lorraine Spear is a resident of the State of Connecticut, the Spouse of Decedent Robert W. Spear, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert W. Spear, Jr. and on behalf of all survivors of Robert W. Spear, Jr. and is entitled to recover damages on the causes of action set forth herein.

Robert W. Spear, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3403.   Plaintiff DOE 136 is a resident of the New York, the Child of Decedent DOE 136, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3404.   Plaintiff DOE 136 is a resident of the New York, the Child of Decedent DOE 136, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3405.   Plaintiff DOE 136 is a resident of the state of New York, the Spouse of Decedent DOE 136, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 136 and as the Personal Representative of the Estate of DOE 136 and is entitled to recover damages on the causes of action set forth herein. DOE 136 was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3406.   Plaintiff Irene Spina is a resident of the State of New York, the Parent of Decedent Lisa L. Spina-Trerotola, and brings this action on her own behalf as the Parent of Lisa L. Spina-Trerotola and is entitled to recover damages on the causes of action set forth herein.

3407.   Plaintiff Mario Francis Spina is a resident of the State of New York, the Parent of Decedent Lisa L. Spina-Trerotola, and brings this action on his own behalf as the Parent of Lisa L. Spina-Trerotola and is entitled to recover damages on the causes of action set forth herein.

3408.   Plaintiff Paul M. Spina is a resident of the State of New Jersey, the Sibling of Decedent Lisa L. Spina-Trerotola, and brings this action on his own behalf as the Sibling of Lisa L. Spina-Trerotola and is entitled to recover damages on the causes of action set forth herein.

3409.  Plaintiff Michelle Spinelli is a resident of the State of New Jersey, the Spouse of Decedent Frank J. Spinelli, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frank J. Spinelli, Jr. and on behalf of all survivors of Frank J. Spinelli, Jr. and is entitled to recover damages on the causes of action set forth herein. Frank J. Spinelli, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3410.  Plaintiff Pamela Spitz is a resident of the State of New York, the Child of Decedent William Edward Spitz, Jr., and brings this action on her own behalf as the Child of William Edward Spitz, Jr. and is entitled to recover damages on the causes of action set forth herein.

3411.  Plaintiff Lauren Spitz is a resident of the State of New York, the Child of Decedent William Edward Spitz, Jr., and brings this action on her own behalf as the Child of William Edward Spitz, Jr. and is entitled to recover damages on the causes of action set forth herein.

3412.  Plaintiff Michael J. Spitz is a resident of the State of New Jersey, the Sibling of Decedent William Edward Spitz, Jr., and brings this action on his own behalf as the Sibling of William Edward Spitz, Jr. and is entitled to recover damages on the causes of action set forth herein.

3413.  Plaintiff Colleen Casey Spor is a resident of the State of New York, the Spouse of Decedent Joseph P. Spor, Jr., and brings this action on her own behalf as Spouse, and on behalf of minor child C.M.S., and as the Personal Representative of the Estate of Joseph P. Spor, Jr. and on behalf of all survivors of Joseph P. Spor, Jr. and is entitled to recover damages on the causes of action set forth herein. Joseph P. Spor, Jr. was killed in the World Trade Center area as a

result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3414.   Plaintiff Lauren Stabile is a resident of the State of New York, the Child of Decedent Michael F. Stabile, and brings this action on her own behalf as the Child of Michael F. Stabile and is entitled to recover damages on the causes of action set forth herein.

3415.   Plaintiff Michele Stabile is a resident of the State of New York, the Child of Decedent Michael F. Stabile, and brings this action on her own behalf as the Child of Michael F. Stabile and is entitled to recover damages on the causes of action set forth herein.

3416.   Plaintiff Roseanna Stabile is a resident of the State of New York, the Spouse of Decedent Michael F. Stabile, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael F. Stabile and on behalf of all survivors of Michael F. Stabile and is entitled to recover damages on the causes of action set forth herein. Michael F. Stabile was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3417.   Plaintiff Robert Stabile is a resident of the State of New York, the Child of Decedent Michael F. Stabile, and brings this action on his own behalf as the Child of Michael F. Stabile and is entitled to recover damages on the causes of action set forth herein.

3418.   Plaintiff Vee Stadelberger is a resident of the State of New Jersey, the Spouse of Decedent Richard Stadelberger, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard Stadelberger and on behalf of all survivors of Richard Stadelberger and is entitled to recover damages on the causes of action set forth herein. Richard Stadelberger was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3419.   Plaintiff Renee Stahlman is a resident of the State of New York, the Parent of Decedent Eric Stahlman, and brings this action on her own behalf as the Parent of Eric Stahlman and is entitled to recover damages on the causes of action set forth herein.

3420.   Plaintiff Blanca Stahlman is a resident of the State of Massachusetts, the Spouse of Decedent Eric Stahlman, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Eric Stahlman and on behalf of all survivors of Eric Stahlman and is entitled to recover damages on the causes of action set forth herein. Eric Stahlman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3421.   Plaintiff Samuel Stahlman is a resident of the State of New York, the Parent of Decedent Eric Stahlman, and brings this action on his own behalf as the Parent of Eric Stahlman and is entitled to recover damages on the causes of action set forth herein.

3422.   Plaintiff Ellen Stajk Shelnutt is a resident of the State of Florida, the Sibling of Decedent Gregory Stajk, and brings this action on her own behalf as the Sibling of Gregory Stajk and is entitled to recover damages on the causes of action set forth herein.

3423.   Plaintiff Jeanie Somerville is a resident of the State of Florida, the Sibling of Decedent Gregory Stajk, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Gregory Stajk and on behalf of all survivors of Gregory Stajk and is entitled to recover damages on the causes of action set forth herein. Gregory Stajk was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3424.   Plaintiff Lucia Balzan is a resident of Halifax Canada, the Sibling of Decedent Mary Domenica Stanley, and brings this action on her own behalf as the Sibling of Mary Domenica Stanley and is entitled to recover damages on the causes of action set forth herein.

3425.   Plaintiff Paul J. Stanley is a resident of the State of New York, the Spouse of Decedent Mary Domenica Stanley, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Mary Domenica Stanley and on behalf of all survivors of Mary Domenica Stanley and is entitled to recover damages on the causes of action set forth herein. Mary Domenica Stanley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3426.   Plaintiff Rosemary Ann Stark is a resident of the State of New York, the Parent of Decedent Jeffrey Stark, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jeffrey Stark and on behalf of all survivors of Jeffrey Stark and is entitled to recover damages on the causes of action set forth herein. Jeffrey Stark was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3427.   Plaintiff Kathleen Stark is a resident of the State of North Carolina, the Sibling of Decedent Jeffrey Stark, and brings this action on her own behalf as the Sibling of Jeffrey Stark and is entitled to recover damages on the causes of action set forth herein.

3428.  Plaintiff Therese Stark is a resident of the State of New York, the Sibling of Decedent Jeffrey Stark, and brings this action on her own behalf as the Sibling of Jeffrey Stark and is entitled to recover damages on the causes of action set forth herein.

3429.  Plaintiff John Stark is a resident of the State of New York, the Sibling of Decedent Jeffrey Stark, and brings this action on his own behalf as the Sibling of Jeffrey Stark and is entitled to recover damages on the causes of action set forth herein.

3430.  Plaintiff Joseph C. Stark is a resident of the State of Florida, the Sibling of Decedent Jeffrey Stark, and brings this action on his own behalf as the Sibling of Jeffrey Stark and is entitled to recover damages on the causes of action set forth herein.

3431.  Plaintiff Nancy Statkevicus is a resident of the State of Arizona, the Parent of Decedent Derek James Statkevicus, and brings this action on her own behalf as the Parent of Derek James Statkevicus and is entitled to recover damages on the causes of action set forth herein.

3432.  Plaintiff Joseph R. Statkevicus is a resident of the State of Arizona, the Parent of Decedent Derek James Statkevicus, and brings this action on his own behalf as the Parent of Derek James Statkevicus and is entitled to recover damages on the causes of action set forth herein.

3433.  Plaintiff Joel Statkevicus is a resident of the State of Connecticut, the Sibling of Decedent Derek James Statkevicus, and brings this action on his own behalf as the Sibling of Derek James Statkevicus and is entitled to recover damages on the causes of action set forth herein.

3434.  Plaintiff Florence Wittner Staub is a resident of the State of Connecticut, the Parent of Decedent Craig William Staub, and brings this action on her own behalf as the Parent of Craig William Staub and is entitled to recover damages on the causes of action set forth herein.

3435.   Plaintiff Carolyn Staub Bilelis is a resident of the State of Connecticut, the Sibling of Decedent Craig William Staub, and brings this action on her own behalf as the Sibling of Craig William Staub and is entitled to recover damages on the causes of action set forth herein.

3436.   Plaintiff Barbara Maneja is a resident of the State of Hawaii, the Sibling of Decedent Craig William Staub, and brings this action on her own behalf as the Sibling of Craig William Staub and is entitled to recover damages on the causes of action set forth herein.

3437.   Plaintiff Stacey A. Staub is a resident of the State of New Jersey, the Spouse of Decedent Craig William Staub, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Craig William Staub and on behalf of all survivors of Craig William Staub and is entitled to recover damages on the causes of action set forth herein. Craig William Staub was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3438.   Plaintiff Kenneth Donohue is a resident of the State of New Jersey, the Sibling of Decedent Craig William Staub, and brings this action on his own behalf as the Sibling of Craig William Staub and is entitled to recover damages on the causes of action set forth herein.

3439.   Plaintiff Blanche Steen is a resident of the State of New York, the Parent of Decedent Eric Thomas Steen, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Eric Thomas Steen and on behalf of all survivors of Eric Thomas Steen and is entitled to recover damages on the causes of action set forth herein. Eric Thomas Steen was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3440.   Plaintiff George D. Steen, II is a resident of the State of New York, the Sibling of Decedent Eric Thomas Steen, and brings this action on his own behalf as the Sibling of Eric Thomas Steen and is entitled to recover damages on the causes of action set forth herein.

3441.   Plaintiff Meredith Alayne Steiner is a resident of the State of Pennsylvania, the Child of Decedent William R. Steiner, and brings this action on her own behalf as the Child of William R. Steiner and is entitled to recover damages on the causes of action set forth herein.

3442.   Plaintiff Wilma E. Steiner, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent William R. Steiner; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3443.   Plaintiff Russa Steiner is a resident of the State of Pennsylvania, the Spouse of Decedent William R. Steiner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William R. Steiner and on behalf of all survivors of William R. Steiner and is entitled to recover damages on the causes of action set forth herein. William R. Steiner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3444.   Plaintiff Jordon Christofer-William Steiner is a resident of the State of Pennsylvania, the Child of Decedent William R. Steiner, and brings this action on his own behalf as the Child of William R. Steiner and is entitled to recover damages on the causes of action set forth herein.

3445.   Plaintiff Darren Alexander Steiner is a resident of the State of Pennsylvania, the Child of Decedent William R. Steiner, and brings this action on his own behalf as the Child of William R. Steiner and is entitled to recover damages on the causes of action set forth herein.

3446.  Plaintiff Robert Steiner is a resident of the State of Pennsylvania, the Sibling of Decedent William R. Steiner, and brings this action on his own behalf as the Sibling of William R. Steiner and is entitled to recover damages on the causes of action set forth herein.

3447.  Plaintiff George Steiner is a resident of the State of New Jersey, the Sibling of Decedent William R. Steiner, and brings this action on his own behalf as the Sibling of William R. Steiner and is entitled to recover damages on the causes of action set forth herein.

3448.  Plaintiff Angela Stergiopoulos is a resident of the State of Connecticut, the Parent of Decedent Andrew Stergiopoulos, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Andrew Stergiopoulos and on behalf of all survivors of Andrew Stergiopoulos and is entitled to recover damages on the causes of action set forth herein. Andrew Stergiopoulos was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3449.  Plaintiff Kathleen Stergiopoulos is a resident of the State of New York, the Sibling of Decedent Andrew Stergiopoulos, and brings this action on her own behalf as the Sibling of Andrew Stergiopoulos and is entitled to recover damages on the causes of action set forth herein.

3450.  Plaintiff George N. Stergiopoulos is a resident of the State of Connecticut, the Parent of Decedent Andrew Stergiopoulos, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Andrew Stergiopoulos and on behalf of all survivors of Andrew Stergiopoulos and is entitled to recover damages on the causes of action set forth herein. Andrew Stergiopoulos was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3451.   Plaintiff George Stergiopoulos, Jr. is a resident of the State of New York, the Sibling of Decedent Andrew Stergiopoulos, and brings this action on his own behalf as the Sibling of Andrew Stergiopoulos and is entitled to recover damages on the causes of action set forth herein.

3452.   Plaintiff Katherine Stern is a resident of the State of New York, the Spouse of Decedent Andrew Stern, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Andrew Stern and on behalf of all survivors of Andrew Stern and is entitled to recover damages on the causes of action set forth herein. Andrew Stern was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3453.   Plaintiff Nancy A. Cosban is a resident of the State of New York, the Parent of Decedent Daniel E. Stewart, and brings this action on her own behalf as the Parent of Daniel E. Stewart and is entitled to recover damages on the causes of action set forth herein.

3454.   Plaintiff Richard W. Stewart is a resident of the State of New York, the Parent of Decedent Daniel E. Stewart, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Daniel E. Stewart and on behalf of all survivors of Daniel E. Stewart and is entitled to recover damages on the causes of action set forth herein. Daniel E. Stewart was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3455.   Plaintiff Russel F. Stewart is a resident of the State of New York, the Sibling of Decedent Daniel E. Stewart, and brings this action on his own behalf as the Sibling of Daniel E. Stewart and is entitled to recover damages on the causes of action set forth herein.

3456.   Plaintiff James R. Stewart is a resident of the State of New York, the Sibling of Decedent Daniel E. Stewart, and brings this action on his own behalf as the Sibling of Daniel E. Stewart and is entitled to recover damages on the causes of action set forth herein.

3457.   Plaintiff DOE 25 is a resident of the New Jersey, and brings this action on behalf of minor children DOE 25 and DOE 25 and is entitled to recover damages on the causes of action set forth herein.

3458.   Plaintiff Elizabeth Stewart is a resident of Northern Ireland, the Parent of Decedent Michael James Stewart, and brings this action on her own behalf as the Parent of Michael James Stewart and is entitled to recover damages on the causes of action set forth herein.

3459.   Plaintiff Janet Stewart is a resident of Northern Ireland, the Sibling of Decedent Michael James Stewart, and brings this action on her own behalf as the Sibling of Michael James Stewart and is entitled to recover damages on the causes of action set forth herein.

3460.   Plaintiff Joan B. Stewart is a resident of the State of Texas, the Parent of Decedent Richard H. Stewart, Jr., and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Richard H. Stewart, Jr. and on behalf of all survivors of Richard H. Stewart, Jr. and is entitled to recover damages on the causes of action set forth herein. Richard H. Stewart, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3461.   Plaintiff Susan Stewart Tillier is a resident of the State of Connecticut, the Sibling of Decedent Richard H. Stewart, Jr., and brings this action on her own behalf as the Sibling of Richard H. Stewart, Jr. and is entitled to recover damages on the causes of action set forth herein.

3462.   Plaintiff Richard H. Stewart, Sr., now deceased, was a resident of the State of North Carolina, and the Parent of Decedent Richard H. Stewart, Jr.; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3463.   Plaintiff Charles Parker, III is a resident of the State of New Hampshire, the Not Related of Decedent Douglas Stone, and brings this action on his own behalf as Not Related and as the Personal Representative of the Estate of Douglas Stone and on behalf of all survivors of Douglas Stone and is entitled to recover damages on the causes of action set forth herein. Douglas Stone was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3464.   Plaintiff Evelyn Stone, now deceased, was a resident of the State of New York, and the Parent of Decedent Lonny Jay Stone; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3465.   Plaintiff Gayle Stone is a resident of the State of New York, the Sibling of Decedent Lonny Jay Stone, and brings this action on her own behalf as the Sibling of Lonny Jay Stone and is entitled to recover damages on the causes of action set forth herein.

3466.   Plaintiff Ben Stone is a resident of the State of New York, the Parent of Decedent Lonny Jay Stone, and brings this action on his own behalf as the Parent of Lonny Jay Stone and is entitled to recover damages on the causes of action set forth herein.

3467.   Plaintiff DOE 02 is a resident of the state of New Jersey, the Spouse of Decedent DOE 02, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 02 and as the Personal Representative of the Estate of DOE 02 and is entitled to recover

damages on the causes of action set forth herein. DOE 02 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3468.  Plaintiff Mary Emma Straine is a resident of the State of South Carolina, the Parent of Decedent James J. Straine, Jr., and brings this action on her own behalf as the Parent of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein.

3469.   Plaintiff Patricia A. Straine is a resident of the State of New Jersey, the Spouse of Decedent James J. Straine, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James J. Straine, Jr. and on behalf of all survivors of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein. James J. Straine, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3470.   Plaintiff James Joseph Straine is a resident of the State of South Carolina, the Parent of Decedent James J. Straine, Jr., and brings this action on his own behalf as the Parent of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein.

3471.   Plaintiff Kevin Joseph Straine is a resident of the State of New Jersey, the Sibling of Decedent James J. Straine, Jr., and brings this action on his own behalf as the Sibling of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein.

3472.   Plaintiff Daniel Matthew Straine is a resident of the State of Maine, the Sibling of Decedent James J. Straine, Jr., and brings this action on his own behalf as the Sibling of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein.

3473.   Plaintiff Michael Straine is a resident of the State of New Jersey, the Sibling of Decedent James J. Straine, Jr., and brings this action on his own behalf as the Sibling of James J. Straine, Jr. and is entitled to recover damages on the causes of action set forth herein.

3474.   Plaintiff Sandra N. Straub is a resident of the State of Utah, the Spouse of Decedent Edward W. Straub, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward W. Straub and on behalf of all survivors of Edward W. Straub and is entitled to recover damages on the causes of action set forth herein. Edward W. Straub was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3475.   Plaintiff Samuel E. Straub is a resident of the State of California, the Child of Decedent Edward W. Straub, and brings this action on his own behalf as the Child of Edward W. Straub and is entitled to recover damages on the causes of action set forth herein.

3476.   Plaintiff Virginia Strauch is a resident of the State of New Jersey, the Spouse of Decedent George Strauch, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of George Strauch and on behalf of all survivors of George Strauch and is entitled to recover damages on the causes of action set forth herein. George Strauch was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3477.  Plaintiff Olga C. Strickland, now deceased, was a resident of the State of Washington, and the Parent of Decedent Larry L. Strickland; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3478.   Plaintiff Julia Dill is a resident of the State of Virginia, the Child of Decedent Larry L. Strickland, and brings this action on her own behalf as the Child of Larry L. Strickland and is entitled to recover damages on the causes of action set forth herein.

3479.   Plaintiff Donna M. McBride is a resident of the State of California, the Sibling of Decedent Larry L. Strickland, and brings this action on her own behalf as the Sibling of Larry L. Strickland and is entitled to recover damages on the causes of action set forth herein.

3480.   Plaintiff Debra Louise Strickland is a resident of the State of Virginia, the Spouse of Decedent Larry L. Strickland, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Larry L. Strickland and on behalf of all survivors of Larry L. Strickland and is entitled to recover damages on the causes of action set forth herein. Larry L. Strickland was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3481.   Plaintiff Lee Strickland, now deceased, was a resident of the State of Washington, and the Parent of Decedent Larry L. Strickland; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3482.   Plaintiff Matthew Lee Strickland is a resident of the State of Washington, the Child of Decedent Larry L. Strickland, and brings this action on his own behalf as the Child of Larry L. Strickland and is entitled to recover damages on the causes of action set forth herein.

3483.  Plaintiff Christopher Robert Strickland is a resident of the State of North Carolina, the Child of Decedent Larry L. Strickland, and brings this action on his own behalf as the Child of Larry L. Strickland and is entitled to recover damages on the causes of action set forth herein.

3484.  Plaintiff Thelma Stuart is a resident of the State of New York, the Spouse of Decedent Walwyn W. Stuart, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Walwyn W. Stuart, Jr. and on behalf of all survivors of Walwyn W. Stuart, Jr. and is entitled to recover damages on the causes of action set forth herein. Walwyn W. Stuart, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3485.  Plaintiff Sally Ann Suarez is a resident of the State of Florida, the Spouse of Decedent Benjamin Suarez, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Benjamin Suarez and on behalf of all survivors of Benjamin Suarez and is entitled to recover damages on the causes of action set forth herein. Benjamin Suarez was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3486.  Plaintiff Elma A. Sugra is a resident of the State of Pennsylvania, the Parent of Decedent William Christopher Sugra, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of William Christopher Sugra and on behalf of all survivors of William Christopher Sugra and is entitled to recover damages on the causes of action set forth herein. William Christopher Sugra was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3487.  Plaintiff William J. Sugra is a resident of the State of Pennsylvania, the Parent of Decedent William Christopher Sugra, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of William Christopher Sugra and on behalf of all survivors of William Christopher Sugra and is entitled to recover damages on the causes of action set forth

herein. William Christopher Sugra was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3488.   Plaintiff Jean Suhr Ryan is a resident of the State of New York, the Sibling of Decedent Daniel Suhr, and brings this action on her own behalf as the Sibling of Daniel Suhr and is entitled to recover damages on the causes of action set forth herein.

3489.   Plaintiff Leeann M. Suhr Klein is a resident of the State of Virginia, the Sibling of Decedent Daniel Suhr, and brings this action on her own behalf as the Sibling of Daniel Suhr and is entitled to recover damages on the causes of action set forth herein.

3490.   Plaintiff Nancy Suhr is a resident of the State of New York, the Spouse of Decedent Daniel Suhr, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Daniel Suhr and on behalf of all survivors of Daniel Suhr and is entitled to recover damages on the causes of action set forth herein. Daniel Suhr was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3491.   Plaintiff Christopher Suhr is a resident of the State of New York, the Sibling of Decedent Daniel Suhr, and brings this action on his own behalf as the Sibling of Daniel Suhr and is entitled to recover damages on the causes of action set forth herein.

3492.   Plaintiff Evelyn Sullins is a resident of the State of Florida, the Spouse of Decedent David Marc Sullins, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Marc Sullins and on behalf of all survivors of David Marc Sullins and is entitled to recover damages on the causes of action set forth herein. David Marc Sullins was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3493.   Plaintiff Mary Sullivan is a resident of the State of New York, the Parent of Decedent Patrick Sullivan, and brings this action on her own behalf as the Parent of Patrick Sullivan and is entitled to recover damages on the causes of action set forth herein.

3494.   Plaintiff Patrick J. Sullivan is a resident of the State of New York, the Parent of Decedent Patrick Sullivan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Patrick Sullivan and on behalf of all survivors of Patrick Sullivan and is entitled to recover damages on the causes of action set forth herein. Patrick Sullivan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3495.   Plaintiff Gerald Sullivan is a resident of the State of New York, the Sibling of Decedent Patrick Sullivan, and brings this action on his own behalf as the Sibling of Patrick Sullivan and is entitled to recover damages on the causes of action set forth herein.

3496.   Plaintiff Gregory Sullivan is a resident of the State of New York, the Sibling of Decedent Patrick Sullivan, and brings this action on his own behalf as the Sibling of Patrick Sullivan and is entitled to recover damages on the causes of action set forth herein.

3497.   Plaintiff Arlene R Sullivan is a resident of the State of New Jersey, the Parent of Decedent Thomas G. Sullivan, and brings this action on her own behalf as the Parent of Thomas G. Sullivan and is entitled to recover damages on the causes of action set forth herein.

3498.   Plaintiff Norene Schneider is a resident of the State of New Jersey, the Sibling of Decedent Thomas G. Sullivan, and brings this action on her own behalf as the Sibling of Thomas G. Sullivan and is entitled to recover damages on the causes of action set forth herein.

3499.   Plaintiff Deirdre Dickinson Sullivan is a resident of the State of New Jersey, the Spouse of Decedent Thomas G. Sullivan, and brings this action on her own behalf as Spouse and

as the Personal Representative of the Estate of Thomas G. Sullivan and on behalf of all survivors of Thomas G. Sullivan and is entitled to recover damages on the causes of action set forth herein. Thomas G. Sullivan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3500.  Plaintiff Estrella Sumaya is a resident of the State of Florida, the Parent of Decedent Hilario Soriano Sumaya, Jr., and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Hilario Soriano Sumaya, Jr. and on behalf of all survivors of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein. Hilario Soriano Sumaya, Jr. was killed in One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3501.  Plaintiff Christine Trotta is a resident of the State of New York, the Sibling of Decedent Hilario Soriano Sumaya, Jr., and brings this action on her own behalf as the Sibling of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein.

3502.  Plaintiff Marivel Passacantando is a resident of the State of Pennsylvania, the Sibling of Decedent Hilario Soriano Sumaya, Jr., and brings this action on her own behalf as the Sibling of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein.

3503.  Plaintiff Charito Leblanc is a resident of the State of Georgia, the Sibling of Decedent Hilario Soriano Sumaya, Jr., and brings this action on her own behalf as the Sibling of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein.

3504.   Plaintiff Lisa Sumaya is a resident of the State of New York, the Sibling of Decedent Hilario Soriano Sumaya, Jr., and brings this action on her own behalf as the Sibling of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein.

3505.   Plaintiff Reynaldo Sumaya is a resident of the State of New Jersey, the Sibling of Decedent Hilario Soriano Sumaya, Jr., and brings this action on his own behalf as the Sibling of Hilario Soriano Sumaya, Jr. and is entitled to recover damages on the causes of action set forth herein.

3506.   Plaintiff Noreen Supinski is a resident of the State of Pennsylvania, the Parent of Decedent Colleen M. Supinski, and brings this action on her own behalf as the Parent of Colleen M. Supinski and is entitled to recover damages on the causes of action set forth herein.

3507.   Plaintiff Steven A. Supinski is a resident of the State of Pennsylvania, the Parent of Decedent Colleen M. Supinski, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Colleen M. Supinski and on behalf of all survivors of Colleen M. Supinski and is entitled to recover damages on the causes of action set forth herein. Colleen M. Supinski was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3508.   Plaintiff Nathan Supinski is a resident of the State of Pennsylvania, the Sibling of Decedent Colleen M. Supinski, and brings this action on his own behalf as the Sibling of Colleen M. Supinski and is entitled to recover damages on the causes of action set forth herein.

3509.   Plaintiff Benjamin Supinski is a resident of the State of New Jersey, the Sibling of Decedent Colleen M. Supinski, and brings this action on his own behalf as the Sibling of Colleen M. Supinski and is entitled to recover damages on the causes of action set forth herein.

3510.   Plaintiff Patricia Sutcliffe is a resident of the State of New Jersey, the Parent of Decedent Robert Sutcliffe, and brings this action on her own behalf as the Parent of Robert Sutcliffe and is entitled to recover damages on the causes of action set forth herein.

3511.   Plaintiff Margaret Sutcliffe is a resident of the State of New Jersey, the Spouse of Decedent Robert Sutcliffe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Sutcliffe and on behalf of all survivors of Robert Sutcliffe and is entitled to recover damages on the causes of action set forth herein. Robert Sutcliffe was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3512.   Plaintiff Robert Sutcliffe, Sr., now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Robert Sutcliffe; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3513.   Plaintiff Bernell Sutton is a resident of the State of New York, the Spouse of Decedent Claudia Sutton, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Claudia Sutton and on behalf of all survivors of Claudia Sutton and is entitled to recover damages on the causes of action set forth herein. Claudia Sutton was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3514.   Plaintiff Julie Sweeny Roth is a resident of the State of Massachusetts, the Spouse of Decedent Brian D. Sweeney, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Brian D. Sweeney and on behalf of all survivors of Brian D. Sweeney and is entitled to recover damages on the causes of action set forth herein. Brian D. Sweeney was killed on board United Airlines Flight 175 that crashed into World Trade

Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3515.  Plaintiff Michael Gerard Sweeney is a resident of the State of Massachusetts, the Spouse of Decedent Madeline Amy Sweeney, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Madeline Amy Sweeney and on behalf of all survivors of Madeline Amy Sweeney and is entitled to recover damages on the causes of action set forth herein. Madeline Amy Sweeney was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3516.  Plaintiff Maureen Sullivan is a resident of the State of New York, the Fiancé of Decedent Derek O. Sword, and brings this action on her own behalf as the Fiancé of Derek O. Sword and is entitled to recover damages on the causes of action set forth herein.

3517.  Plaintiff Michael Sztejnberg is a resident of the State of New Jersey, the Spouse of Decedent Gina Sztejnberg, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Gina Sztejnberg and on behalf of all survivors of Gina Sztejnberg and is entitled to recover damages on the causes of action set forth herein. Gina Sztejnberg was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3518.  Plaintiff Eleanor Neville is a resident of the State of New York, the Parent of Decedent Joann Tabeek, and brings this action on her own behalf as the Parent of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3519.   Plaintiff Maureen Pickering is a resident of the State of New York, the Sibling of Decedent Joann Tabeek, and brings this action on her own behalf as the Sibling of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3520.   Plaintiff Patricia A. Heyne is a resident of the State of New York, the Sibling of Decedent Joann Tabeek, and brings this action on her own behalf as the Sibling of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3521.   Plaintiff Alex Tabeek is a resident of the State of New York, and brings this action as the Personal Representative of the Estate of Joann Tabeek, on behalf of minor child K.T., and on behalf of all survivors of Joann Tabeek, and is entitled to recover damages on the causes of action set forth herein. Joann Tabeek was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3522.   Plaintiff Vincent A. Milotta is a resident of the State of Florida, the Fiancé of Decedent Joann Tabeek, and brings this action on his own behalf as the Fiancé of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3523.   Plaintiff James E. Smith is a resident of the State of New York, the Sibling of Decedent Joann Tabeek, and brings this action on his own behalf as the Sibling of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3524.   Plaintiff William Smith is a resident of the State of New York, the Sibling of Decedent Joann Tabeek, and brings this action on his own behalf as the Sibling of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3525.   Plaintiff Michael Smith is a resident of the State of New York, the Sibling of Decedent Joann Tabeek, and brings this action on his own behalf as the Sibling of Joann Tabeek and is entitled to recover damages on the causes of action set forth herein.

3526.   Plaintiff Danielle Taddonio is a resident of the State of New York, the Child of Decedent Michael Taddonio, and brings this action on her own behalf as the Child of Michael Taddonio and is entitled to recover damages on the causes of action set forth herein.

3527.   Plaintiff Nicole Taddonio is a resident of the State of New York, the Child of Decedent Michael Taddonio, and brings this action on her own behalf as the Child of Michael Taddonio and is entitled to recover damages on the causes of action set forth herein.

3528.   Plaintiff Denise Taddonio is a resident of the State of New York, the Spouse of Decedent Michael Taddonio, and brings this action on her own behalf as the Spouse of Michael Taddonio and is entitled to recover damages on the causes of action set forth herein.

3529.   Plaintiff Michael Taddonio is a resident of the State of New York, the Child of Decedent Michael Taddonio, and brings this action on his own behalf as the Child of Michael Taddonio and is entitled to recover damages on the causes of action set forth herein.

3530.   Plaintiff Joseph Keith Talbot is a resident of the State of Ohio, the Child of Decedent Phyllis Talbot, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Phyllis Talbot and on behalf of all survivors of Phyllis Talbot and is entitled to recover damages on the causes of action set forth herein. Phyllis Talbot was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3531.   Plaintiff Diana Talhami is a resident of the State of New Jersey, the Spouse of Decedent Robert R. Talhami, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Robert R. Talhami and on behalf of all survivors of Robert R. Talhami and is entitled to recover damages on the causes of action set forth herein. Robert R. Talhami was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3532. Plaintiff Eileen Bertorelli-Zangrillo is a resident of the State of New York, the Niece of Decedent John Marcy Talignani, and brings this action on her own behalf as Niece and as the Personal Representative of the Estate of John Marcy Talignani and on behalf of all survivors of John Marcy Talignani and is entitled to recover damages on the causes of action set forth herein. John Marcy Talignani was killed at United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3533. Plaintiff Alice Bertorelli is a resident of the State of New York, the Sibling of Decedent John Marcy Talignani, and brings this action on her own behalf as the Sibling of John Marcy Talignani and is entitled to recover damages on the causes of action set forth herein.

3534. Plaintiff Armand Talignani, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent John Marcy Talignani; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3535. Plaintiff Gloria Talty is a resident of the State of New York, the Parent of Decedent Paul Talty, and brings this action on her own behalf as the Parent of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3536. Plaintiff Kerry Mccall is a resident of the State of New York, the Sibling of Decedent Paul Talty, and brings this action on her own behalf as the Sibling of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3537.  Plaintiff Patricia Dougan is a resident of the State of New York, the Sibling of Decedent Paul Talty, and brings this action on her own behalf as the Sibling of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3538.  Plaintiff Barbara Talty is a resident of the State of New York, the Spouse of Decedent Paul Talty, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Paul Talty and on behalf of all survivors of Paul Talty and is entitled to recover damages on the causes of action set forth herein. Paul Talty was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3539.  Plaintiff John Paul Talty is a resident of the State of New York, the Parent of Decedent Paul Talty, and brings this action on his own behalf as the Parent of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3540.  Plaintiff Kevin Talty is a resident of the State of New York, the Sibling of Decedent Paul Talty, and brings this action on his own behalf as the Sibling of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3541.  Plaintiff Steven Talty is a resident of the State of New York, the Sibling of Decedent Paul Talty, and brings this action on his own behalf as the Sibling of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3542.  Plaintiff Mark Talty is a resident of the State of New York, the Sibling of Decedent Paul Talty, and brings this action on his own behalf as the Sibling of Paul Talty and is entitled to recover damages on the causes of action set forth herein.

3543.   Plaintiff Julie M.Y. Tam is a resident of the State of New York, the Parent of Decedent Maurita Tam, and brings this action on her own behalf as the Parent of Maurita Tam and is entitled to recover damages on the causes of action set forth herein.

3544.   Plaintiff Stephanie Tam is a resident of the State of New York, the Sibling of Decedent Maurita Tam, and brings this action on her own behalf as the Sibling of Maurita Tam and is entitled to recover damages on the causes of action set forth herein.

3545.   Plaintiff Jin Ark Tam is a resident of the State of New York, the Parent of Decedent Maurita Tam, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Maurita Tam and on behalf of all survivors of Maurita Tam and is entitled to recover damages on the causes of action set forth herein. Maurita Tam was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3546.   Plaintiff Donald Tam is a resident of the State of New York, the Sibling of Decedent Maurita Tam, and brings this action on his own behalf as the Sibling of Maurita Tam and is entitled to recover damages on the causes of action set forth herein.

3547.   Plaintiff Pamela M. Tamayo is a resident of the State of New York, the Child of Decedent Hector R. Tamayo, and brings this action on her own behalf as the Child of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3548.   Plaintiff Elna R. Tamayo-Prado is a resident of the State of New York, the Sibling of Decedent Hector R. Tamayo, and brings this action on her own behalf as the Sibling of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3549.   Plaintiff Sheila R. Tamayo-Punzalan is a resident of the State of New York, the Sibling of Decedent Hector R. Tamayo, and brings this action on her own behalf as the Sibling of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3550.   Plaintiff Evangeline R. Tamayo-Iguina is a resident of the State of Philippines, the Sibling of Decedent Hector R. Tamayo, and brings this action on her own behalf as the Sibling of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3551.   Plaintiff Evelyn Mercene Tamayo is a resident of the State of New York, the Spouse of Decedent Hector R. Tamayo, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Hector R. Tamayo and on behalf of all survivors of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein. Hector R. Tamayo was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3552.   Plaintiff Julian Ian Tamayo is a resident of the State of New York, the Child of Decedent Hector R. Tamayo, and brings this action on his own behalf as the Child of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3553.   Plaintiff Luther Rogan Tamayo is a resident of the State of New York, the Sibling of Decedent Hector R. Tamayo, and brings this action on his own behalf as the Sibling of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3554.   Plaintiff Severino Rogan Tamayo, Jr. is a resident of the State of New York, the Sibling of Decedent Hector R. Tamayo, and brings this action on his own behalf as the Sibling of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3555. Plaintiff Severino Y. Tamayo, Sr. is a resident of the State of Philippines, the Parent of Decedent Hector R. Tamayo, and brings this action on his own behalf as the Parent of Hector R. Tamayo and is entitled to recover damages on the causes of action set forth herein.

3556. Plaintiff Patricia E. Tamuccio is a resident of the State of Florida, the Parent of Decedent Michael Andre Tamuccio, and brings this action on her own behalf as the Parent of Michael Andre Tamuccio and is entitled to recover damages on the causes of action set forth herein.

3557. Plaintiff Dana M. Tamuccio is a resident of the State of Florida, the Sibling of Decedent Michael Andre Tamuccio, and brings this action on her own behalf as the Sibling of Michael Andre Tamuccio and is entitled to recover damages on the causes of action set forth herein.

3558. Plaintiff James W. Tamuccio, II is a resident of the State of Florida, the Sibling of Decedent Michael Andre Tamuccio, and brings this action on his own behalf as the Sibling of Michael Andre Tamuccio and is entitled to recover damages on the causes of action set forth herein.

3559. Plaintiff James W. Tamuccio, Sr. is a resident of the State of Florida, the Parent of Decedent Michael Andre Tamuccio, and brings this action on his own behalf as the Parent of Michael Andre Tamuccio and is entitled to recover damages on the causes of action set forth herein.

3560. Plaintiff Diane Taormina is a resident of the State of New Jersey, the Spouse of Decedent Dennis G. Taormina, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dennis G. Taormina, Jr. and on behalf of all survivors of Dennis G. Taormina, Jr. and is entitled to recover damages on the causes of action set forth

herein. Dennis G. Taormina, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3561.   Plaintiff Theresa Marie Tarantino is a resident of the State of New Jersey, the Parent of Decedent Kenneth J. Tarantino, and brings this action on her own behalf as the Parent of Kenneth J. Tarantino and is entitled to recover damages on the causes of action set forth herein.

3562.   Plaintiff Victoria Jane Melone is a resident of the State of New Jersey, the Sibling of Decedent Kenneth J. Tarantino, and brings this action on her own behalf as the Sibling of Kenneth J. Tarantino and is entitled to recover damages on the causes of action set forth herein.

3563.   Plaintiff DOE 62 is a resident of the state of New Jersey, the Spouse of Decedent DOE 62, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 62 and as the Personal Representative of the Estate of DOE 62 and is entitled to recover damages on the causes of action set forth herein. DOE 62 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3564.   Plaintiff Kenneth Thomas Tarantino is a resident of the State of New Jersey, the Parent of Decedent Kenneth J. Tarantino, and brings this action on his own behalf as the Parent of Kenneth J. Tarantino and is entitled to recover damages on the causes of action set forth herein.

3565.   Plaintiff Mehr A. Tariq is a resident of the State of California, the Spouse of Decedent Amanulah Tariq, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Amanulah Tariq and on behalf of all survivors of Amanulah Tariq and is entitled to recover damages on the causes of action set forth herein.

Amanulah Tariq was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3566.   Plaintiff Patricia Peterson Tarrou is a resident of the State of Florida, the Parent of Decedent Michael C. Tarrou, and brings this action on her own behalf as the Parent of Michael C. Tarrou and is entitled to recover damages on the causes of action set forth herein.

3567.   Plaintiff Demetra T. Lumia is a resident of the State of Florida, the Sibling of Decedent Michael C. Tarrou, and brings this action on her own behalf as the Sibling of Michael C. Tarrou and is entitled to recover damages on the causes of action set forth herein.

3568.   Plaintiff Gigi T. Hintz is a resident of the State of Florida, the Sibling of Decedent Michael C. Tarrou, and brings this action on her own behalf as the Sibling of Michael C. Tarrou and is entitled to recover damages on the causes of action set forth herein.

3569.   Plaintiff James Tarrou, now deceased, was a resident of the State of Florida, and the Parent of Decedent Michael C. Tarrou; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3570.   Plaintiff Charles J. Tarrou is a resident of the State of Florida, the Sibling of Decedent Michael C. Tarrou, and brings this action on his own behalf as the Sibling of Michael C. Tarrou and is entitled to recover damages on the causes of action set forth herein.

3571.   Plaintiff Teresa Tartaro is a resident of the State of Florida, the Parent of Decedent Ronald G. Tartaro, and brings this action on her own behalf as the Parent of Ronald G. Tartaro and is entitled to recover damages on the causes of action set forth herein.

3572.   Plaintiff Rosanna P. Tartaro is a resident of the State of Florida, the Sibling of Decedent Ronald G. Tartaro, and brings this action on her own behalf as the Sibling of Ronald G. Tartaro and is entitled to recover damages on the causes of action set forth herein.

3573.  Plaintiff Karen Reilly is a resident of the State of New Jersey, the Spouse of Decedent Ronald G. Tartaro, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ronald G. Tartaro and on behalf of all survivors of Ronald G. Tartaro and is entitled to recover damages on the causes of action set forth herein. Ronald G. Tartaro was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3574.  Plaintiff William Tartaro, now deceased, was a resident of the State of Florida, and the Parent of Decedent Ronald G. Tartaro; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3575.  Plaintiff Sarah Taylor is a resident of the State of New York, the Spouse of Decedent Donnie B. Taylor, Sr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donnie B. Taylor, Sr. and on behalf of all survivors of Donnie B. Taylor, Sr. and is entitled to recover damages on the causes of action set forth herein. Donnie B. Taylor, Sr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3576.  Plaintiff Clara S. Taylor is a resident of the State of Alabama, the Parent of Decedent Michael M. Taylor, and brings this action on her own behalf as the Parent of Michael M. Taylor and is entitled to recover damages on the causes of action set forth herein.

3577.  Plaintiff Kathryn Taylor Teare is a resident of the State of Alabama, the Sibling of Decedent Michael M. Taylor, and brings this action on her own behalf as the Sibling of Michael M. Taylor and is entitled to recover damages on the causes of action set forth herein.

3578.  Plaintiff Mary Kaye Crenshaw is a resident of the State of Arkansas, the Sibling of Decedent Michael M. Taylor, and brings this action on her own behalf as Sibling and as the

Personal Representative of the Estate of Michael M. Taylor and on behalf of all survivors of Michael M. Taylor and is entitled to recover damages on the causes of action set forth herein. Michael M. Taylor was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3579.   Plaintiff James H. Taylor, now deceased, was a resident of the State of Alabama, and the Parent of Decedent Michael M. Taylor; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3580.   Plaintiff James J. Taylor is a resident of the State of Tennessee, the Sibling of Decedent Michael M. Taylor, and brings this action on his own behalf as the Sibling of Michael M. Taylor and is entitled to recover damages on the causes of action set forth herein.

3581.   Plaintiff Elaine S. Teague is a resident of the State of North Carolina, the Parent of Decedent Sandra D. Teague, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Sandra D. Teague and on behalf of all survivors of Sandra D. Teague and is entitled to recover damages on the causes of action set forth herein. Sandra D. Teague was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3582.   Plaintiff Wendy Teepe Green is a resident of the State of Colorado, the Child of Decedent Karl W. Teepe, and brings this action on her own behalf as the Child of Karl W. Teepe and is entitled to recover damages on the causes of action set forth herein.

3583.   Plaintiff Donna D. Teepe is a resident of the State of Virginia, the Spouse of Decedent Karl W. Teepe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Karl W. Teepe and on behalf of all survivors of Karl W. Teepe

and is entitled to recover damages on the causes of action set forth herein. Karl W. Teepe was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3584.   Plaintiff Adam Karl Teepe is a resident of the State of Virginia, the Child of Decedent Karl W. Teepe, and brings this action on his own behalf as the Child of Karl W. Teepe and is entitled to recover damages on the causes of action set forth herein.

3585.   Plaintiff Dorothy Maria Tempesta is a resident of the State of Florida, the Parent of Decedent Anthony Tempesta, and brings this action on her own behalf as the Parent of Anthony Tempesta and is entitled to recover damages on the causes of action set forth herein.

3586.   Plaintiff Ana Tempesta is a resident of the State of New Jersey, the Spouse of Decedent Anthony Tempesta, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Anthony Tempesta and on behalf of all survivors of Anthony Tempesta and is entitled to recover damages on the causes of action set forth herein. Anthony Tempesta was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3587.   Plaintiff Clifford Daniel Tempesta is a resident of the State of Florida, the Parent of Decedent Anthony Tempesta, and brings this action on his own behalf as the Parent of Anthony Tempesta and is entitled to recover damages on the causes of action set forth herein.

3588.   Plaintiff Clifford M. Tempesta is a resident of the State of Florida, the Sibling of Decedent Anthony Tempesta, and brings this action on his own behalf as the Sibling of Anthony Tempesta and is entitled to recover damages on the causes of action set forth herein.

3589.   Plaintiff Michael Tempesta is a resident of the State of Florida, the Sibling of Decedent Anthony Tempesta, and brings this action on his own behalf as the Sibling of Anthony Tempesta and is entitled to recover damages on the causes of action set forth herein.

3590.   Plaintiff Rosalyn Temple, now deceased, was a resident of the State of New York, and the Sibling of Decedent Dorothy Temple; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3591.   The Representative of the Estate of Dorothy Temple brings this action on behalf of the Estate of Dorothy Temple and on behalf of all survivors of Dorothy Temple and is entitled to recover damages on the causes of action set forth herein. Dorothy Temple was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3592.   Plaintiff Jacqueline Temple is a resident of the State of New York, the Sibling of Decedent Dorothy Temple, and brings this action on her own behalf as the Sibling of Dorothy Temple and is entitled to recover damages on the causes of action set forth herein.

3593.   Plaintiff Louis Temple, now deceased, was a resident of the State of Ohio, and the Sibling of Decedent Dorothy Temple; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3594.   Plaintiff Willie Temple is a resident of the State of New York, the Nephew of Decedent Dorothy Temple, and brings this action on his own behalf as the Nephew of Dorothy Temple and is entitled to recover damages on the causes of action set forth herein.

3595.   Plaintiff Larry J. Temple is a resident of the State of New York, the Sibling of Decedent Dorothy Temple, and brings this action on his own behalf as the Sibling of Dorothy Temple and is entitled to recover damages on the causes of action set forth herein.

663

3596.   Plaintiff Britt Ehnar is a resident of  Sweden, the Parent of Decedent David Tengelin, and brings this action on her own behalf as the Parent of David Tengelin and is entitled to recover damages on the causes of action set forth herein.

3597.   Plaintiff Petra Ehnar is a resident of  United Kingdom, the Sibling of Decedent David Tengelin, and brings this action on her own behalf as the Sibling of David Tengelin and is entitled to recover damages on the causes of action set forth herein.

3598.   Plaintiff Patric Tengelin is a resident of  Germany, the Sibling of Decedent David Tengelin, and brings this action on his own behalf as the Sibling of David Tengelin and is entitled to recover damages on the causes of action set forth herein.

3599.   Plaintiff Lucy E. Thompson is a resident of the State of New Jersey, the Spouse of Decedent Clive Thompson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Clive Thompson and on behalf of all survivors of Clive Thompson and is entitled to recover damages on the causes of action set forth herein. Clive Thompson was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3600.   Plaintiff Keith B. Thompson is a resident of  United Kingdom, the Sibling of Decedent Clive Thompson, and brings this action on his own behalf as the Sibling of Clive Thompson and is entitled to recover damages on the causes of action set forth herein.

3601.   Plaintiff Violet Thompson is a resident of the State of New York, the Parent of Decedent Glenn Thompson, and brings this action on her own behalf as the Parent of Glenn Thompson and is entitled to recover damages on the causes of action set forth herein.

3602.   Plaintiff Christine E. Thompson is a resident of the State of New York, the Sibling of Decedent Glenn Thompson, and brings this action on her own behalf as the Sibling of Glenn Thompson and is entitled to recover damages on the causes of action set forth herein.

3603.   Plaintiff Kai Hernandez is a resident of the State of Florida, the Spouse of Decedent Glenn Thompson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Glenn Thompson and on behalf of all survivors of Glenn Thompson and is entitled to recover damages on the causes of action set forth herein. Glenn Thompson was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3604.   Plaintiff Edward Thompson is a resident of the State of New York, the Parent of Decedent Glenn Thompson, and brings this action on his own behalf as the Parent of Glenn Thompson and is entitled to recover damages on the causes of action set forth herein.

3605.   Plaintiff Scott M. Thompson is a resident of the State of New York, the Sibling of Decedent Glenn Thompson, and brings this action on his own behalf as the Sibling of Glenn Thompson and is entitled to recover damages on the causes of action set forth herein.

3606.   Plaintiff Charlette Thompson is a resident of the State of New Jersey, the Spouse of Decedent Perry Thompson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Perry Thompson and on behalf of all survivors of Perry Thompson and is entitled to recover damages on the causes of action set forth herein. Perry Thompson was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3607.   Plaintiff Marilyn Williams Thorpe is a resident of the State of Connecticut, the Parent of Decedent Eric R. Thorpe, and brings this action on her own behalf as the Parent of Eric R. Thorpe and is entitled to recover damages on the causes of action set forth herein.

3608.   Plaintiff Susan Thorpe Burghouwt is a resident of the State of Rhode Island, the Sibling of Decedent Eric R. Thorpe, and brings this action on her own behalf as the Sibling of Eric R. Thorpe and is entitled to recover damages on the causes of action set forth herein.

3609.   Plaintiff Linda Perry Thorpe is a resident of the State of New York, the Spouse of Decedent Eric R. Thorpe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Eric R. Thorpe and on behalf of all survivors of Eric R. Thorpe and is entitled to recover damages on the causes of action set forth herein. Eric R. Thorpe was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3610.   Plaintiff Raymond R. Thorpe is a resident of the State of Connecticut, the Parent of Decedent Eric R. Thorpe, and brings this action on his own behalf as the Parent of Eric R. Thorpe and is entitled to recover damages on the causes of action set forth herein.

3611.   Plaintiff Maureen Tieri is a resident of the State of New Jersey, the Spouse of Decedent Salvatore Tieri, and brings this action on her own behalf as the Spouse of Salvatore Tieri and is entitled to recover damages on the causes of action set forth herein.

3612.   Plaintiff Helen Mary Tierney is a resident of the State of New York, the Parent of Decedent John P. Tierney, and brings this action on her own behalf as the Parent of John P. Tierney and is entitled to recover damages on the causes of action set forth herein.

3613.   Plaintiff Mary E. Digiacomo is a resident of the State of New York, the Sibling of Decedent John P. Tierney, and brings this action on her own behalf as the Sibling of John P. Tierney and is entitled to recover damages on the causes of action set forth herein.

3614.   Plaintiff Jeanne Neumeyer is a resident of the State of Virginia, the Sibling of Decedent John P. Tierney, and brings this action on her own behalf as the Sibling of John P. Tierney and is entitled to recover damages on the causes of action set forth herein.

3615.   Plaintiff John Tierney, now deceased, was a resident of the State of New York, and the Parent of Decedent John P. Tierney; the Representative of his Estate, Helen Mary Tierney, brings this action and is entitled to recover damages on the causes of action set forth herein.

3616.   Representative of the Estate of John P. Tierney brings this action on behalf of the Estate of John P. Tierney nd on behalf of all survivors of John P. Tierney and is entitled to recover damages on the causes of action set forth herein. John P. Tierney was killed in the World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3617.   Plaintiff Thomas Tierney is a resident of the State of New York, the Sibling of Decedent John P. Tierney, and brings this action on his own behalf as the Sibling of John P. Tierney and is entitled to recover damages on the causes of action set forth herein.

3618.   Plaintiff Linda G Tieste is a resident of the State of New Jersey, the Sibling of Decedent William R. Tieste, and brings this action on her own behalf as the Sibling of William R. Tieste and is entitled to recover damages on the causes of action set forth herein.

3619.   Plaintiff Debra Anne Tieste is a resident of the State of Florida, the Spouse of Decedent William R. Tieste, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of William R. Tieste and on behalf of all survivors of William R. Tieste and is entitled to recover damages on the causes of action set forth herein. William R. Tieste was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3620.   Plaintiff Ronald Tieste, now deceased, was a resident of the State of Delaware, and the Sibling of Decedent William R. Tieste; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3621.   Plaintiff William Charles Tieste is a resident of the State of Massachusetts, the Child of Decedent William R. Tieste, and brings this action on his own behalf as the Child of William R. Tieste and is entitled to recover damages on the causes of action set forth herein.

3622.   Plaintiff Keith Tieste is a resident of the State of Florida, the Child of Decedent William R. Tieste, and brings this action on his own behalf as the Child of William R. Tieste and is entitled to recover damages on the causes of action set forth herein.

3623.   Plaintiff Karen Dallavalle is a resident of the State of New Jersey, the Fiancé of Decedent Kenneth F. Tietjen, and brings this action on her own behalf as the Fiancé of Kenneth F. Tietjen and is entitled to recover damages on the causes of action set forth herein.

3624.   Plaintiff Janice Tietjen is a resident of the State of New Jersey, the Parent of Decedent Kenneth F. Tietjen, and brings this action on her own behalf as the Parent of Kenneth F. Tietjen and is entitled to recover damages on the causes of action set forth herein.

3625.   Plaintiff Cindy Tietjen is a resident of the State of New Jersey, the Sibling of Decedent Kenneth F. Tietjen, and brings this action on her own behalf as the Sibling of Kenneth F. Tietjen and is entitled to recover damages on the causes of action set forth herein.

3626.   Plaintiff Laurie Tietjen is a resident of  Taiwan, the Sibling of Decedent Kenneth F. Tietjen, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Kenneth F. Tietjen and on behalf of all survivors of Kenneth F. Tietjen and is entitled to recover damages on the causes of action set forth herein. Kenneth F. Tietjen was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3627.   Plaintiff Kenneth A. Tietjen is a resident of the State of New Jersey, the Parent of Decedent Kenneth F. Tietjen, and brings this action on his own behalf as the Parent of Kenneth F. Tietjen and is entitled to recover damages on the causes of action set forth herein.

3628.   Plaintiff Jane M. O'Dea is a resident of the State of Florida, the Sibling of Decedent Stephen Edward Tighe, and brings this action on her own behalf as the Sibling of Stephen Edward Tighe and is entitled to recover damages on the causes of action set forth herein.

3629.   Plaintiff Roberta L. Shea is a resident of the State of Idaho, the Sibling of Decedent Stephen Edward Tighe, and brings this action on her own behalf as the Sibling of Stephen Edward Tighe and is entitled to recover damages on the causes of action set forth herein.

3630.   Plaintiff Kathleen Marie Tighe is a resident of the State of New York, the Spouse of Decedent Stephen Edward Tighe, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Stephen Edward Tighe and on behalf of all survivors of Stephen Edward Tighe and is entitled to recover damages on the causes of action set forth herein. Stephen Edward Tighe was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3631.   Plaintiff Timothy J. Tighe, now deceased, was a resident of the State of Florida, and the Sibling of Decedent Stephen Edward Tighe; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3632.   Plaintiff James H. Tighe is a resident of the State of Indiana, the Sibling of Decedent Stephen Edward Tighe, and brings this action on his own behalf as the Sibling of Stephen Edward Tighe and is entitled to recover damages on the causes of action set forth herein.

3633.   Plaintiff Kristine Timmes is a resident of the State of Florida, the Spouse of Decedent Scott Charles Timmes, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Scott Charles Timmes and on behalf of all survivors of Scott Charles Timmes and is entitled to recover damages on the causes of action set forth herein. Scott Charles Timmes was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3634.   Plaintiff Jenna Tinley Mather is a resident of the State of California, the Child of Decedent Michael Ernest Tinley, and brings this action on her own behalf as the Child of Michael Ernest Tinley and is entitled to recover damages on the causes of action set forth herein.

3635.   Plaintiff Lisa Kennedy is a resident of the State of Colorado, the Child of Decedent Michael Ernest Tinley, and brings this action on her own behalf as the Child of Michael Ernest Tinley and is entitled to recover damages on the causes of action set forth herein.

3636.   Plaintiff Joan E. Tino is a resident of the State of New Jersey, the Parent of Decedent Jennifer M. Tino, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Jennifer M. Tino and on behalf of all survivors of Jennifer M. Tino and is entitled to recover damages on the causes of action set forth herein.

Jennifer M. Tino was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3637.   Plaintiff Pamela Schiele is a resident of the State of New Jersey, the Sibling of Decedent Jennifer M. Tino, and brings this action on her own behalf as the Sibling of Jennifer M. Tino and is entitled to recover damages on the causes of action set forth herein.

3638.   Plaintiff Richard Tipaldi is a resident of the State of New York, the Parent of Decedent Robert Tipaldi, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Robert Tipaldi and on behalf of all survivors of Robert Tipaldi and is entitled to recover damages on the causes of action set forth herein. Robert Tipaldi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3639.   Plaintiff Arlene M. Tipping is a resident of the State of New York, the Parent of Decedent John J. Tipping, Ii, II, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of John J. Tipping, Ii, II and on behalf of all survivors of John J. Tipping, Ii, II and is entitled to recover damages on the causes of action set forth herein. John J. Tipping, Ii, II was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3640.   Plaintiff Stephanie L. Tipping is a resident of the State of New York, the Sibling of Decedent John J. Tipping, Ii, II, and brings this action on her own behalf as the Sibling of John J. Tipping, Ii, II and is entitled to recover damages on the causes of action set forth herein.

3641.   Plaintiff John J. Tipping is a resident of the State of New York, the Parent of Decedent John J. Tipping, Ii, II, and brings this action on his own behalf as the Parent of John J. Tipping, Ii, II and is entitled to recover damages on the causes of action set forth herein.

3642. Plaintiff Marina Irene Ugarte Tirado is a resident of the State of Ohio, the Child of Decedent Hector Luis Tirado, Jr., and brings this action on her own behalf as the Child of Hector Luis Tirado, Jr. and is entitled to recover damages on the causes of action set forth herein.

3643. Plaintiff Sheneque Tirado Jackson is a resident of the State of Ohio, the Spouse of Decedent Hector Luis Tirado, Jr., and brings this action on her own behalf as the Spouse of Hector Luis Tirado, Jr. and is entitled to recover damages on the causes of action set forth herein.

3644. Plaintiff Angel Luis Tirado is a resident of the State of New York, the Child of Decedent Hector Luis Tirado, Jr., and brings this action on his own behalf as Child and as the Co-Administrator of the Estate of Hector Luis Tirado, Jr. and on behalf of all survivors of Hector Luis Tirado, Jr. and is entitled to recover damages on the causes of action set forth herein. Hector Luis Tirado, Jr. was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3645. Plaintiff Beverly J. Titus is a resident of the State of Michigan, the Parent of Decedent Alicia Nicole Titus, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Alicia Nicole Titus and on behalf of all survivors of Alicia Nicole Titus and is entitled to recover damages on the causes of action set forth herein. Alicia Nicole Titus was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3646. Plaintiff John L. Titus is a resident of the State of Michigan, the Parent of Decedent Alicia Nicole Titus, and brings this action on his own behalf as the Parent of Alicia Nicole Titus and is entitled to recover damages on the causes of action set forth herein.

3647.   Plaintiff Maria Teresa Rueda De Torres is a resident of the State of New York, the Parent of Decedent Luis Eduardo Torres, and brings this action on her own behalf as the Parent of Luis Eduardo Torres and is entitled to recover damages on the causes of action set forth herein.

3648.   Plaintiff Monica Torres is a resident of the State of New York, the Sibling of Decedent Luis Eduardo Torres, and brings this action on her own behalf as the Sibling of Luis Eduardo Torres and is entitled to recover damages on the causes of action set forth herein.

3649.   Plaintiff Martin Toyen is a resident of the State of Connecticut, the Parent of Decedent Amy E. Toyen, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Amy E. Toyen and on behalf of all survivors of Amy E. Toyen and is entitled to recover damages on the causes of action set forth herein. Amy E. Toyen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3650.   Plaintiff Hadidjatou Traore is a resident of the State of New York, the Spouse of Decedent Abdoul Karim Traore, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Abdoul Karim Traore and on behalf of all survivors of Abdoul Karim Traore and is entitled to recover damages on the causes of action set forth herein. Abdoul Karim Traore was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3651.   Plaintiff Elyse Travers is a resident of the State of New Jersey, the Child of Decedent Walter P. Travers, and brings this action on her own behalf as the Child of Walter P. Travers and is entitled to recover damages on the causes of action set forth herein.

3652.   Plaintiff Rosemary Travers is a resident of the State of New Jersey, the Spouse of Decedent Walter P. Travers, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Walter P. Travers and on behalf of all survivors of Walter P. Travers and is entitled to recover damages on the causes of action set forth herein. Walter P. Travers was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3653.   Plaintiff Kevin Travers is a resident of the State of New Jersey, the Child of Decedent Walter P. Travers, and brings this action on his own behalf as the Child of Walter P. Travers and is entitled to recover damages on the causes of action set forth herein.

3654.   Plaintiff Brian Francis Travers is a resident of the State of New Jersey, the Child of Decedent Walter P. Travers, and brings this action on his own behalf as the Child of Walter P. Travers and is entitled to recover damages on the causes of action set forth herein.

3655.   Plaintiff Sharon B. Schultz is a resident of the State of New York, the Spouse of Decedent Karamo Trerra, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Karamo Trerra and on behalf of all survivors of Karamo Trerra and is entitled to recover damages on the causes of action set forth herein. Karamo Trerra was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3656.   Plaintiff Brenda Trinidad is a resident of the State of New York, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3657.   Plaintiff Carol Payne is a resident of the State of Maryland, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3658.   Plaintiff Betty Andrade is a resident of the State of Florida, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3659.   Plaintiff Jeanette Trinidad Rzek is a resident of the State of Massachusetts, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3660.   Plaintiff Jane Trinidad Hennes is a resident of the State of New York, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3661.   Plaintiff Millie Caseres Schifano is a resident of the State of New Jersey, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3662.   Plaintiff Denise Trinidad is a resident of the State of Florida, the Sibling of Decedent Michael A. Trinidad, and brings this action on her own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3663.   Plaintiff Monique Padilla-Ferrer is a resident of the State of Connecticut, the Spouse of Decedent Michael A. Trinidad, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael A. Trinidad and on behalf of all survivors

675

of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein. Michael A. Trinidad was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3664.   Plaintiff Robert Trinidad is a resident of the State of Florida, the Sibling of Decedent Michael A. Trinidad, and brings this action on his own behalf as the Sibling of Michael A. Trinidad and is entitled to recover damages on the causes of action set forth herein.

3665.   Plaintiff Marie Claire Trost is a resident of the State of Florida, the Parent of Decedent Gregory J. Trost, and brings this action on her own behalf as the Parent of Gregory J. Trost and is entitled to recover damages on the causes of action set forth herein.

3666.   Plaintiff Jeanne Trost is a resident of the State of New Jersey, the Sibling of Decedent Gregory J. Trost, and brings this action on her own behalf as the Sibling of Gregory J. Trost and is entitled to recover damages on the causes of action set forth herein.

3667.   Plaintiff George D. Trost is a resident of the State of Florida, the Parent of Decedent Gregory J. Trost, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Gregory J. Trost and on behalf of all survivors of Gregory J. Trost and is entitled to recover damages on the causes of action set forth herein. Gregory J. Trost was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3668.   Plaintiff Renee M. Troy is a resident of the State of North Carolina, the Child of Decedent Willie Quincy Troy, and brings this action on her own behalf as the Child of Willie Quincy Troy and is entitled to recover damages on the causes of action set forth herein.

3669.   Plaintiff Judy S. Troy is a resident of the State of North Carolina, the Spouse of Decedent Willie Quincy Troy, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Willie Quincy Troy and on behalf of all survivors of Willie Quincy Troy and is entitled to recover damages on the causes of action set forth herein. Willie Quincy Troy was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3670.   Plaintiff Elizabeth Rachel Turner is a resident of  United Kingdom, the Spouse of Decedent Simon James Turner, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Simon James Turner and on behalf of all survivors of Simon James Turner and is entitled to recover damages on the causes of action set forth herein. Simon James Turner was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3671.   Plaintiff John Richard Turner is a resident of  United Kingdom, the Parent of Decedent Simon James Turner, and brings this action on his own behalf as the Parent of Simon James Turner and is entitled to recover damages on the causes of action set forth herein.

3672.   Plaintiff Nancy Doris Tzemis is a resident of the State of New York, the Parent of Decedent Jennifer Lynn Tzemis, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Jennifer Lynn Tzemis and on behalf of all survivors of Jennifer Lynn Tzemis and is entitled to recover damages on the causes of action set forth herein. Jennifer Lynn Tzemis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3673.   Plaintiff Sophia Tzemis is a resident of the State of New York, the Sibling of Decedent Jennifer Lynn Tzemis, and brings this action on her own behalf as the Sibling of Jennifer Lynn Tzemis and is entitled to recover damages on the causes of action set forth herein.

3674.  Plaintiff Nicole Tzemis is a resident of the State of New York, the Sibling of Decedent Jennifer Lynn Tzemis, and brings this action on her own behalf as the Sibling of Jennifer Lynn Tzemis and is entitled to recover damages on the causes of action set forth herein.

3675.  Plaintiff Stamatios K. Tzemis is a resident of the State of New York, the Parent of Decedent Jennifer Lynn Tzemis, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Jennifer Lynn Tzemis and on behalf of all survivors of Jennifer Lynn Tzemis and is entitled to recover damages on the causes of action set forth herein. Jennifer Lynn Tzemis was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3676.  Plaintiff Linda Buffa is a resident of the State of New Jersey, the Spouse of Decedent Michael A. Uliano, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael A. Uliano and on behalf of all survivors of Michael A. Uliano and is entitled to recover damages on the causes of action set forth herein. Michael A. Uliano was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3677.  Plaintiff Susan Ruth Blomberg is a resident of the State of Connecticut, the Parent of Decedent Jonathan Uman, and brings this action on her own behalf as the Parent of Jonathan Uman and is entitled to recover damages on the causes of action set forth herein.

3678.  Plaintiff Anne Marie Vaccacio is a resident of the State of New York, the Parent of Decedent John Damien Vaccacio, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of John Damien Vaccacio and on behalf of all survivors of John Damien Vaccacio and is entitled to recover damages on the causes of action set forth

herein. John Damien Vaccacio was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3679.   Plaintiff James R. Vaccacio is a resident of the State of New York, the Parent of Decedent John Damien Vaccacio, and brings this action on his own behalf as the Parent of John Damien Vaccacio and is entitled to recover damages on the causes of action set forth herein.

3680.   Plaintiff Christopher J. Vaccacio is a resident of the State of New York, the Sibling of Decedent John Damien Vaccacio, and brings this action on his own behalf as the Sibling of John Damien Vaccacio and is entitled to recover damages on the causes of action set forth herein.

3681.   Plaintiff Donald Joseph Vadas is a resident of the State of Connecticut, the Parent of Decedent Bradley H. Vadas, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Bradley H. Vadas and on behalf of all survivors of Bradley H. Vadas and is entitled to recover damages on the causes of action set forth herein. Bradley H. Vadas was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3682.   Plaintiff Carmen Garcia is a resident of the State of New York, the Parent of Decedent Felix Antonio Vale, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Felix Antonio Vale and on behalf of all survivors of Felix Antonio Vale and is entitled to recover damages on the causes of action set forth herein. Felix Antonio Vale was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3683.   Plaintiff Carmen Garcia is a resident of the State of New York, the Parent of Decedent Ivan Vale, and brings this action on her own behalf as Parent and as the Personal

Representative of the Estate of Ivan Vale and on behalf of all survivors of Ivan Vale and is entitled to recover damages on the causes of action set forth herein. Ivan Vale was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3684.   Plaintiff Grissel Rodriguez Valentin is a resident of the State of New Jersey, the Spouse of Decedent Benito Valentin, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Benito Valentin and on behalf of all survivors of Benito Valentin and is entitled to recover damages on the causes of action set forth herein. Benito Valentin was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3685.   Plaintiff DOE 08, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 08; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3686.   Plaintiff Sarah B. Van Auken is a resident of the State of New York, the Child of Decedent Kenneth Warren Van Auken, and brings this action on her own behalf as the Child of Kenneth Warren Van Auken and is entitled to recover damages on the causes of action set forth herein.

3687.   Plaintiff DOE 08 is a resident of the North Carolina, the Sibling of Decedent DOE 08, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3688.   Plaintiff DOE 08 is a resident of the New Jersey, the Sibling of Decedent DOE 08, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3689.   Plaintiff Lorie Jill Van Auken is a resident of the State of New York, the Spouse of Decedent Kenneth Warren Van Auken, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Kenneth Warren Van Auken and on behalf of all survivors of Kenneth Warren Van Auken and is entitled to recover damages on the causes of action set forth herein. Kenneth Warren Van Auken was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3690.   Plaintiff DOE 08, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 08; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3691.   Plaintiff Matthew D. Van Auken is a resident of the State of Oregon, the Child of Decedent Kenneth Warren Van Auken, and brings this action on his own behalf as the Child of Kenneth Warren Van Auken and is entitled to recover damages on the causes of action set forth herein.

3692.   Plaintiff M. Rita Van Laere, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Daniel Maurice Van Laere; the Co-Administrators of her Estate Rita M. Wiley and Paul Van Laere bring this action and is entitled to recover damages on the causes of action set forth herein.

3693.   Plaintiff Cheryl Rinbrand is a resident of the State of New Jersey, the Fiancé of Decedent Daniel Maurice Van Laere, and brings this action on her own behalf as the Fiancé of Daniel Maurice Van Laere and is entitled to recover damages on the causes of action set forth herein.

3694.   Plaintiff Jacqueline Van Laere is a resident of the State of Georgia, the Sibling of Decedent Daniel Maurice Van Laere, and brings this action on her own behalf as the Sibling of Daniel Maurice Van Laere and is entitled to recover damages on the causes of action set forth herein.

3695.   Plaintiffs Rita M. Wiley and Paul Van Laere are residents of the State of New Jersey, and Siblings of Decedent Daniel Maurice Van Laere, and bring this action on behalf of the Estate of Daniel Maurice Van Laere and on behalf of all survivors of Daniel Maurice Van Laere and are entitled to recover damages on the causes of action set forth herein. Daniel Maurice Van Laere was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3696.   Plaintiff Rita M. Wiley is a resident of the State of New Jersey, the Sibling of Decedent Daniel Maurice Van Laere, and brings this action on her own behalf as the Sibling of Daniel Maurice Van Laere and is entitled to recover damages on the causes of action set forth herein.

3697.   Plaintiff Paul Van Laere is a resident of the State of New Jersey, the Sibling of Decedent Daniel Maurice Van Laere, and brings this action on his own behalf as the Sibling of Daniel Maurice Van Laere and is entitled to recover damages on the causes of action set forth herein.

3698.   Plaintiff Eileen Varacchi is a resident of the State of New York, the Spouse of Decedent Frederick Varacchi, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frederick Varacchi and on behalf of all survivors of Frederick Varacchi and is entitled to recover damages on the causes of action set forth herein.

Frederick Varacchi was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3699.   Plaintiff Vasundara Varadhan is a resident of the State of New York, the Parent of Decedent Gopalakrishnan Varadhan, and brings this action on her own behalf as the Parent of Gopalakrishnan Varadhan and is entitled to recover damages on the causes of action set forth herein.

3700.   Plaintiff Srinivasa Varadhan is a resident of the State of New York, the Parent of Decedent Gopalakrishnan Varadhan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Gopalakrishnan Varadhan and on behalf of all survivors of Gopalakrishnan Varadhan and is entitled to recover damages on the causes of action set forth herein. Gopalakrishnan Varadhan was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3701.   Plaintiff Rosa Caicedo is a resident of the State of New York, the Common Law Spouse of Decedent David Vargas, and brings this action on her own behalf as the Common Law Spouse of David Vargas and is entitled to recover damages on the causes of action set forth herein.

3702.   Plaintiff DOE 53 is a resident of the New York, the Parent of Decedent DOE 53, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3703.   Plaintiff DOE 53 is a resident of the state of New York, the Spouse of Decedent DOE 53, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 53 and as the Personal Representative of the Estate of DOE 53 and is entitled to recover damages on the causes of action set forth herein. DOE 53 was killed at World Trade Center area

as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3704.   Plaintiff DOE 53, now deceased, was a resident of the State of New York, and the Parent of Decedent DOE 53; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3705.   Plaintiff DOE 53, now deceased, was a resident of the State of New York, and the Sibling of Decedent DOE 53; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3706.   Plaintiff Eloisa Rodriguez is a resident of the State of New York, the Fiancé of Decedent Azael Vasquez, and brings this action on her own behalf as Fiancé and as the Personal Representative of the Estate of Azael Vasquez and on behalf of all survivors of Azael Vasquez and is entitled to recover damages on the causes of action set forth herein. Azael Vasquez was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3707.   Plaintiff Melissa Vazquez is a resident of the State of New York, the Child of Decedent Arcangel Vazquez, and brings this action on her own behalf as the Child of Arcangel Vazquez and is entitled to recover damages on the causes of action set forth herein.

3708.   Plaintiff Marcella T. Veling is a resident of the State of New York, the Parent of Decedent Lawrence J. Veling, and brings this action on her own behalf as the Parent of Lawrence J. Veling and is entitled to recover damages on the causes of action set forth herein.

3709.   Plaintiff Teresa Veling Czark is a resident of the State of South Carolina, the Sibling of Decedent Lawrence J. Veling, and brings this action on her own behalf as the Sibling of Lawrence J. Veling and is entitled to recover damages on the causes of action set forth herein.

3710.   Plaintiff Marcella J. Tuohy is a resident of the State of New York, the Sibling of Decedent Lawrence J. Veling, and brings this action on her own behalf as the Sibling of Lawrence J. Veling and is entitled to recover damages on the causes of action set forth herein.

3711.   Plaintiff Diane J. Veling is a resident of the State of New York, the Spouse of Decedent Lawrence J. Veling, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Lawrence J. Veling and on behalf of all survivors of Lawrence J. Veling and is entitled to recover damages on the causes of action set forth herein. Lawrence J. Veling was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3712.   Plaintiff Lisa A. Ventura is a resident of the State of New Jersey, the Spouse of Decedent Anthony M. Ventura, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Anthony M. Ventura and on behalf of all survivors of Anthony M. Ventura and is entitled to recover damages on the causes of action set forth herein. Anthony M. Ventura was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3713.   Plaintiff Marion Rita Paolo, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Loretta A. Vero; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3714.   Plaintiff Catherine Pedersen is a resident of the State of New Jersey, the Sibling of Decedent Loretta A. Vero, and brings this action on her own behalf as Sibling and as the Fiduciary of the Estate of Loretta A. Vero and on behalf of all survivors of Loretta A. Vero and is entitled to recover damages on the causes of action set forth herein. Loretta A. Vero was killed

at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3715.   Plaintiff Katherine Vialonga is a resident of the State of New Jersey, the Parent of Decedent Christopher Vialonga, and brings this action on her own behalf as the Parent of Christopher Vialonga and is entitled to recover damages on the causes of action set forth herein.

3716.   Plaintiff Gary Vialonga is a resident of the State of New Jersey, the Sibling of Decedent Christopher Vialonga, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Christopher Vialonga and on behalf of all survivors of Christopher Vialonga and is entitled to recover damages on the causes of action set forth herein. Christopher Vialonga was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3717.   Plaintiff Jill Robin Vicario is a resident of the State of New Jersey, the Spouse of Decedent Robert Vicario, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Robert Vicario and on behalf of all survivors of Robert Vicario and is entitled to recover damages on the causes of action set forth herein. Robert Vicario was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3718.   Plaintiff Jeanette Vigiano is a resident of the State of New York, the Parent of Decedent John Thomas Vigiano, II, and brings this action on her own behalf as the Parent of John Thomas Vigiano, II and is entitled to recover damages on the causes of action set forth herein.

3719.   Plaintiff John T. Vigiano is a resident of the State of New York, the Parent of Decedent John Thomas Vigiano, II, and brings this action on his own behalf as the Parent of

John Thomas Vigiano, II and is entitled to recover damages on the causes of action set forth herein.

3720.  Plaintiff Jeanette Vigiano is a resident of the State of New York, the Parent of Decedent Joseph Vincent Vigiano, and brings this action on her own behalf as the Parent of Joseph Vincent Vigiano and is entitled to recover damages on the causes of action set forth herein.

3721.  Plaintiff Kathleen Vigiano is a resident of the State of New York, the Spouse of Decedent Joseph Vincent Vigiano, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Joseph Vincent Vigiano and on behalf of all survivors of Joseph Vincent Vigiano and is entitled to recover damages on the causes of action set forth herein. Joseph Vincent Vigiano was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3722.  Plaintiff John T. Vigiano is a resident of the State of New York, the Parent of Decedent Joseph Vincent Vigiano, and brings this action on his own behalf as the Parent of Joseph Vincent Vigiano and is entitled to recover damages on the causes of action set forth herein.

3723.  Plaintiff Frances Vignola is a resident of the State of New York, the Parent of Decedent Frank J. Vignola, Jr., and brings this action on her own behalf as the Parent of Frank J. Vignola, Jr. and is entitled to recover damages on the causes of action set forth herein.

3724.  Plaintiff Diane Frances Antolos is a resident of the State of New York, the Sibling of Decedent Frank J. Vignola, Jr., and brings this action on her own behalf as the Sibling of Frank J. Vignola, Jr. and is entitled to recover damages on the causes of action set forth herein.

3725.   Plaintiff Ellen B. Vignola is a resident of the State of New York, the Spouse of Decedent Frank J. Vignola, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frank J. Vignola, Jr. and on behalf of all survivors of Frank J. Vignola, Jr. and is entitled to recover damages on the causes of action set forth herein. Frank J. Vignola, Jr. was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3726.   Plaintiff James Anthony Vignola is a resident of the State of New York, the Sibling of Decedent Frank J. Vignola, Jr., and brings this action on his own behalf as the Sibling of Frank J. Vignola, Jr. and is entitled to recover damages on the causes of action set forth herein.

3727.   Plaintiff Antionette Vilardo, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Joseph B. Vilardo; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3728.   Plaintiff Diane Braitsch is a resident of the State of New Jersey, the Sibling of Decedent Joseph B. Vilardo, and brings this action on her own behalf as the Sibling of Joseph B. Vilardo and is entitled to recover damages on the causes of action set forth herein.

3729.   Plaintiff Margaret Mahon is a resident of the State of New Jersey, the Sibling of Decedent Joseph B. Vilardo, and brings this action on her own behalf as the Sibling of Joseph B. Vilardo and is entitled to recover damages on the causes of action set forth herein.

3730.   Plaintiff Janet Vilardo is a resident of the State of New Jersey, the Sibling of Decedent Joseph B. Vilardo, and brings this action on her own behalf as the Sibling of Joseph B. Vilardo and is entitled to recover damages on the causes of action set forth herein.

3731.   Plaintiff Benedict Vilardo, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Joseph B. Vilardo; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3732.   Plaintiff Tanya Villanueva Tepper is a resident of the State of Florida, the Fiancé of Decedent Sergio Villanueva, and brings this action on her own behalf as the Fiancé of Sergio Villanueva and is entitled to recover damages on the causes of action set forth herein.

3733.   Plaintiff Delia Villanueva is a resident of the State of New York, the Parent of Decedent Sergio Villanueva, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Sergio Villanueva and on behalf of all survivors of Sergio Villanueva and is entitled to recover damages on the causes of action set forth herein. Sergio Villanueva was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3734.   Plaintiff Maria Suarez is a resident of the State of New York, the Sibling of Decedent Sergio Villanueva, and brings this action on her own behalf as the Sibling of Sergio Villanueva and is entitled to recover damages on the causes of action set forth herein.

3735.   Plaintiff Steve Villanueva is a resident of the State of New York, the Sibling of Decedent Sergio Villanueva, and brings this action on his own behalf as the Sibling of Sergio Villanueva and is entitled to recover damages on the causes of action set forth herein.

3736.   Plaintiff Lucille A. Vincent is a resident of the State of New York, the Parent of Decedent Melissa Vincent, and brings this action on her own behalf as the Parent of Melissa Vincent and is entitled to recover damages on the causes of action set forth herein.

3737.   Plaintiff Carrie B. Vincent is a resident of the State of New York, the Sibling of Decedent Melissa Vincent, and brings this action on her own behalf as the Sibling of Melissa Vincent and is entitled to recover damages on the causes of action set forth herein.

3738.   Plaintiff David Relf Vincent is a resident of the State of New York, the Parent of Decedent Melissa Vincent, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Melissa Vincent and on behalf of all survivors of Melissa Vincent and is entitled to recover damages on the causes of action set forth herein. Melissa Vincent was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3739.   Plaintiff Matthew D. Vincent is a resident of the State of Wisconsin, the Sibling of Decedent Melissa Vincent, and brings this action on his own behalf as the Sibling of Melissa Vincent and is entitled to recover damages on the causes of action set forth herein.

3740.   Plaintiff Nunzio G. Virgilio is a resident of the State of New York, the Sibling of Decedent Francine Virgilio, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Francine Virgilio and on behalf of all survivors of Francine Virgilio and is entitled to recover damages on the causes of action set forth herein. Francine Virgilio was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3741.  Plaintiff Marie Visciano is a resident of the State of New York, the Parent of Decedent Joseph Gerard Visciano, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Joseph Gerard Visciano and on behalf of all survivors of Joseph Gerard Visciano and is entitled to recover damages on the causes of action set forth

herein. Joseph Gerard Visciano was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3742.   Plaintiff Frank Visciano, now deceased, was a resident of the State of New York, and the Parent of Decedent Joseph Gerard Visciano; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3743.   Plaintiff Robert Visciano is a resident of the State of New York, the Sibling of Decedent Joseph Gerard Visciano, and brings this action on his own behalf as the Sibling of Joseph Gerard Visciano and is entitled to recover damages on the causes of action set forth herein.

3744.   Plaintiff Jason Visciano is a resident of the State of New York, the Sibling of Decedent Joseph Gerard Visciano, and brings this action on his own behalf as the Sibling of Joseph Gerard Visciano and is entitled to recover damages on the causes of action set forth herein.

3745.   Plaintiff Ina Leventhal is a resident of the State of New York, the Fiancé of Decedent Joshua S. Vitale, and brings this action on her own behalf as the Fiancé of Joshua S. Vitale and is entitled to recover damages on the causes of action set forth herein.

3746.   Plaintiff Susan R. Rosen is a resident of the State of New York, the Parent of Decedent Joshua S. Vitale, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Joshua S. Vitale and on behalf of all survivors of Joshua S. Vitale and is entitled to recover damages on the causes of action set forth herein. Joshua S. Vitale was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3747.   Plaintiff DOE 112 is a resident of the New York, the Sibling of Decedent DOE 112, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3748.   Plaintiff Irma Vukosa, now deceased, was a resident of the State of New York, and the Parent of Decedent Alfred Vukosa; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3749.   Plaintiff Sonja M. Vukosa is a resident of the State of New York, the Sibling of Decedent Alfred Vukosa, and brings this action on her own behalf as the Sibling of Alfred Vukosa and is entitled to recover damages on the causes of action set forth herein.

3750.   Plaintiff Shirimattie Lalman is a resident of the State of New York, the Spouse of Decedent Alfred Vukosa, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Alfred Vukosa and on behalf of all survivors of Alfred Vukosa and is entitled to recover damages on the causes of action set forth herein. Alfred Vukosa was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3751.   Plaintiff Sime Vukosa, now deceased, was a resident of the State of New York, and the Parent of Decedent Alfred Vukosa; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3752.   Plaintiff Austin Vukosa is a resident of the State of New York, the Child of Decedent Alfred Vukosa, and brings this action on his own behalf as the Child of Alfred Vukosa and is entitled to recover damages on the causes of action set forth herein.

3753.   Plaintiff Nassima M. Wachtler is a resident of the State of New Jersey, the Parent of Decedent Gregory Kamal Bruno Wachtler, and brings this action on her own behalf as the

Parent of Gregory Kamal Bruno Wachtler and is entitled to recover damages on the causes of action set forth herein.

3754.   Plaintiff Paul W. Wachtler is a resident of the State of New Jersey, the Parent of Decedent Gregory Kamal Bruno Wachtler, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Gregory Kamal Bruno Wachtler and on behalf of all survivors of Gregory Kamal Bruno Wachtler and is entitled to recover damages on the causes of action set forth herein. Gregory Kamal Bruno Wachtler was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3755.   Plaintiff Scott E. Wahlstrom is a resident of the State of Pennsylvania, the Child of Decedent Mary Alice Wahlstrom, and brings this action on his own behalf as the Child of Mary Alice Wahlstrom and is entitled to recover damages on the causes of action set forth herein.

3756.   Plaintiff Michael O. Wahlstrom is a resident of the State of Oregon, the Child of Decedent Mary Alice Wahlstrom, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Mary Alice Wahlstrom and on behalf of all survivors of Mary Alice Wahlstrom and is entitled to recover damages on the causes of action set forth herein. Mary Alice Wahlstrom was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3757.  Plaintiff Mary Louise White is a resident of the State of Florida, the Parent of Decedent Honor Elizabeth Wainio, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Honor Elizabeth Wainio and on behalf of all survivors of

Honor Elizabeth Wainio and is entitled to recover damages on the causes of action set forth herein. Honor Elizabeth Wainio was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3758.   Plaintiff Clara Rosario is a resident of the State of Florida, the Parent of Decedent Wendy A. Wakeford, and brings this action on her own behalf as the Parent of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein.

3759.   Plaintiff Ada Dolch is a resident of the State of New York, the Sibling of Decedent Wendy A. Wakeford, and brings this action on her own behalf as the Sibling of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein.

3760.   Plaintiff Raquel Negron is a resident of the State of New Jersey, the Sibling of Decedent Wendy A. Wakeford, and brings this action on her own behalf as the Sibling of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein.

3761.   Plaintiff Miriam Paine is a resident of the State of Texas, the Sibling of Decedent Wendy A. Wakeford, and brings this action on her own behalf as the Sibling of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein.

3762.   Plaintiff Clara L. Pachomski is a resident of the State of New Jersey, the Sibling of Decedent Wendy A. Wakeford, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Wendy A. Wakeford and on behalf of all survivors of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein. Wendy A. Wakeford was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3763.   Plaintiff Edwin Rosario is a resident of the State of Florida, the Sibling of Decedent Wendy A. Wakeford, and brings this action on his own behalf as the Sibling of Wendy A. Wakeford and is entitled to recover damages on the causes of action set forth herein.

3764.   Plaintiff Laura Walker is a resident of the State of New York, the Spouse of Decedent Benjamin James Walker, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Benjamin James Walker and on behalf of all survivors of Benjamin James Walker and is entitled to recover damages on the causes of action set forth herein. Benjamin James Walker was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3765.   Plaintiff Noreen V. McDonough is a resident of the State of New York, the Fiancé of Decedent Mitchel Scott Wallace, and brings this action on her own behalf as the Fiancé of Mitchel Scott Wallace and is entitled to recover damages on the causes of action set forth herein.

3766.   Plaintiff Rita Wallace is a resident of the State of New York, the Parent of Decedent Mitchel Scott Wallace, and brings this action on her own behalf as the Parent of Mitchel Scott Wallace and is entitled to recover damages on the causes of action set forth herein.

3767.   Plaintiff Michele Miller is a resident of the State of New York, the Sibling of Decedent Mitchel Scott Wallace, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Mitchel Scott Wallace and on behalf of all survivors of Mitchel Scott Wallace and is entitled to recover damages on the causes of action set forth herein. Mitchel Scott Wallace was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3768.   Plaintiff Ken Wallace is a resident of the State of New York, the Parent of Decedent Mitchel Scott Wallace, and brings this action on his own behalf as the Parent of Mitchel Scott Wallace and is entitled to recover damages on the causes of action set forth herein.

3769.   Plaintiff Susan Ann Wallace is a resident of the State of New Jersey, the Spouse of Decedent Roy Wallace, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Roy Wallace and on behalf of all survivors of Roy Wallace and is entitled to recover damages on the causes of action set forth herein. Roy Wallace was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3770.   Plaintiff Raina Wallens is a resident of the State of New York, the Spouse of Decedent Matthew Blake Wallens, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Matthew Blake Wallens and on behalf of all survivors of Matthew Blake Wallens and is entitled to recover damages on the causes of action set forth herein. Matthew Blake Wallens was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3771.   Plaintiff Ashley Jordan Wallens is a resident of the State of California, the Sibling of Decedent Matthew Blake Wallens, and brings this action on his own behalf as the Sibling of Matthew Blake Wallens and is entitled to recover damages on the causes of action set forth herein.

3772.   Plaintiff Chrislan Fuller Manuel is a resident of the State of Michigan, the Niece of Decedent Meta L. Waller, and brings this action on her own behalf as Niece and as the Personal Representative of the Estate of Meta L. Waller and on behalf of all survivors of Meta L. Waller and is entitled to recover damages on the causes of action set forth herein. Meta L. Waller

696

was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3773.   Plaintiff Allison A. Dimarzio is a resident of the State of New Jersey, the Child of Decedent Barbara P. Walsh, and brings this action on her own behalf as the Child of Barbara P. Walsh and is entitled to recover damages on the causes of action set forth herein.

3774.   Plaintiff Jennifer L. Landstrom is a resident of the State of New York, the Child of Decedent Barbara P. Walsh, and brings this action on her own behalf as the Child of Barbara P. Walsh and is entitled to recover damages on the causes of action set forth herein.

3775.   Plaintiff Jeffrey M. Walsh is a resident of the State of New Jersey, the Child of Decedent Barbara P. Walsh, and brings this action on his own behalf as the Child of Barbara P. Walsh and is entitled to recover damages on the causes of action set forth herein.

3776.   Plaintiff James J. Walsh is a resident of the State of New York, the Spouse of Decedent Barbara P. Walsh, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Barbara P. Walsh and on behalf of all survivors of Barbara P. Walsh and is entitled to recover damages on the causes of action set forth herein. Barbara P. Walsh was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3777.   Plaintiff James J. Walsh, Jr. is a resident of the State of New Jersey, the Child of Decedent Barbara P. Walsh, and brings this action on his own behalf as the Child of Barbara P. Walsh and is entitled to recover damages on the causes of action set forth herein.

3778.   Plaintiff Kate Walsh is a resident of the State of Florida, the Spouse of Decedent James Walsh, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Walsh and on behalf of all survivors of James Walsh and is

entitled to recover damages on the causes of action set forth herein. James Walsh was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3779.   Plaintiff Jennie Walz is a resident of the State of New York, the Parent of Decedent Jeffrey P. Walz, and brings this action on her own behalf as the Parent of Jeffrey P. Walz and is entitled to recover damages on the causes of action set forth herein.

3780.   Plaintiff Karen Ciaccio is a resident of the State of New York, the Sibling of Decedent Jeffrey P. Walz, and brings this action on her own behalf as the Sibling of Jeffrey P. Walz and is entitled to recover damages on the causes of action set forth herein.

3781.   Plaintiff Rani Deborah Walz is a resident of the State of New York, the Spouse of Decedent Jeffrey P. Walz, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jeffrey P. Walz and on behalf of all survivors of Jeffrey P. Walz and is entitled to recover damages on the causes of action set forth herein. Jeffrey P. Walz was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3782.   Plaintiff Raymond G. Walz is a resident of the State of New York, the Parent of Decedent Jeffrey P. Walz, and brings this action on his own behalf as the Parent of Jeffrey P. Walz and is entitled to recover damages on the causes of action set forth herein.

3783.   Plaintiff Raymond E. Walz is a resident of the State of New York, the Sibling of Decedent Jeffrey P. Walz, and brings this action on his own behalf as the Sibling of Jeffrey P. Walz and is entitled to recover damages on the causes of action set forth herein.

3784.   Plaintiff Wen Shi is a resident of the State of New York, the Spouse of Decedent Weibin Wang, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Weibin Wang and on behalf of all survivors of Weibin Wang and is entitled to recover damages on the causes of action set forth herein. Weibin Wang was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3785.   Plaintiff Zhenjie Wang is a resident of  China, the Parent of Decedent Weibin Wang, and brings this action on his own behalf as the Parent of Weibin Wang and is entitled to recover damages on the causes of action set forth herein.

3786.   Plaintiff Denis A. Warchola is a resident of the State of New York, the Sibling of Decedent Michael Warchola, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Michael Warchola and on behalf of all survivors of Michael Warchola and is entitled to recover damages on the causes of action set forth herein. Michael Warchola was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3787.   Plaintiff Michael Warchola, Sr., now deceased, was a resident of the State of New York, and the Parent of Decedent Michael Warchola; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3788.   Plaintiff Victoria Randall is a resident of the State of Maine, the Parent of Decedent Stephen Gordon Ward, and brings this action on her own behalf as the Parent of Stephen Gordon Ward and is entitled to recover damages on the causes of action set forth herein.

3789.   Plaintiff Susan Moore is a resident of the State of Maine, the Sibling of Decedent Stephen Gordon Ward, and brings this action on her own behalf as the Sibling of Stephen Gordon Ward and is entitled to recover damages on the causes of action set forth herein.

3790.  Plaintiff Kathryn Ward Hazel is a resident of the State of Maine, the Sibling of Decedent Stephen Gordon Ward, and brings this action on her own behalf as the Sibling of Stephen Gordon Ward and is entitled to recover damages on the causes of action set forth herein.

3791.  Plaintiff Gordon M. Ward is a resident of the State of Florida, the Parent of Decedent Stephen Gordon Ward, and brings this action on his own behalf as the Parent of Stephen Gordon Ward and is entitled to recover damages on the causes of action set forth herein.

3792.  Plaintiff Kenneth R. Ward is a resident of the State of Nevada, the Sibling of Decedent Stephen Gordon Ward, and brings this action on his own behalf as the Sibling of Stephen Gordon Ward and is entitled to recover damages on the causes of action set forth herein.

3793.  Plaintiff Susanne Ward Baker, now deceased, was a resident of the State of California, and the Parent of Decedent Timothy Ray Ward; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3794.  The Representative of the Estate of the Estate of Timothy Ray Ward brings this action on behalf of all survivors of Timothy Ray Ward and is entitled to recover damages on the causes of action set forth herein. Timothy Ray Ward was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3795.  Plaintiff Doyle Raymond Ward, now deceased, was a resident of the State of California, and the Parent of Decedent Timothy Ray Ward; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3796.  Plaintiff Maria A. Waring is a resident of the State of New York, the Spouse of Decedent James Arthur Waring, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of James Arthur Waring and on behalf of all survivors of

James Arthur Waring and is entitled to recover damages on the causes of action set forth herein. James Arthur Waring was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3797.   Plaintiff Lettie Washington is a resident of the State of New York, the Parent of Decedent Derrick Christopher Washington, and brings this action on her own behalf as the Parent of Derrick Christopher Washington and is entitled to recover damages on the causes of action set forth herein.

3798.   Plaintiff Keisha Washington is a resident of the State of New York, the Spouse of Decedent Derrick Christopher Washington, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Derrick Christopher Washington and on behalf of all survivors of Derrick Christopher Washington and is entitled to recover damages on the causes of action set forth herein. Derrick Christopher Washington was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3799.   Plaintiff Tracey Washington is a resident of the State of New York, the Sibling of Decedent Derrick Christopher Washington, and brings this action on his own behalf as the Sibling of Derrick Christopher Washington and is entitled to recover damages on the causes of action set forth herein.

3800.   Plaintiff Brandon Washington is a resident of the State of New York, the Sibling of Decedent Derrick Christopher Washington, and brings this action on his own behalf as the Sibling of Derrick Christopher Washington and is entitled to recover damages on the causes of action set forth herein.

701

3801.   Plaintiff Earnest Washington, Jr. is a resident of the State of New York, the Parent of Decedent Derrick Christopher Washington, and brings this action on his own behalf as the Parent of Derrick Christopher Washington and is entitled to recover damages on the causes of action set forth herein.

3802.   Plaintiff Barbara Waters is a resident of the State of New York, the Spouse of Decedent Charles Waters, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Charles Waters and on behalf of all survivors of Charles Waters and is entitled to recover damages on the causes of action set forth herein. Charles Waters was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3803.   Plaintiff Joanne Marie Waters is a resident of the State of Connecticut, the Parent of Decedent James Thomas Waters, Jr., and brings this action on her own behalf as the Parent of James Thomas Waters, Jr. and is entitled to recover damages on the causes of action set forth herein.

3804.   Plaintiff Karen Marie Smart is a resident of the State of Connecticut, the Sibling of Decedent James Thomas Waters, Jr., and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of James Thomas Waters, Jr. and on behalf of all survivors of James Thomas Waters, Jr. and is entitled to recover damages on the causes of action set forth herein. James Thomas Waters, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3805.   Plaintiff Kristopher T. Waters is a resident of the State of Connecticut, the Sibling of Decedent James Thomas Waters, Jr., and brings this action on his own behalf as the Sibling of

James Thomas Waters, Jr. and is entitled to recover damages on the causes of action set forth herein.

3806.   Plaintiff Janice Waters is a resident of the State of New York, the Spouse of Decedent Patrick J. Waters, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Patrick J. Waters and on behalf of all survivors of Patrick J. Waters and is entitled to recover damages on the causes of action set forth herein. Patrick J. Waters was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3807.   Plaintiff DOE 74 is a resident of the Florida, the Sibling of Decedent DOE 74, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3808.   Plaintiff Zoe Louise Ghirarduzzi is a resident of  United Kingdom, the Child of Decedent Dinah Webster, and brings this action on her own behalf as the Child of Dinah Webster and is entitled to recover damages on the causes of action set forth herein.

3809.   Plaintiff Sonia Hopwood is a resident of  United Kingdom, the Parent of Decedent Dinah Webster, and brings this action on her own behalf as the Parent of Dinah Webster and is entitled to recover damages on the causes of action set forth herein.

3810.   Plaintiff Peter Herbert Hopwood is a resident of  United Kingdom, the Parent of Decedent Dinah Webster, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Dinah Webster and on behalf of all survivors of Dinah Webster and is entitled to recover damages on the causes of action set forth herein. Dinah Webster was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3811.   Plaintiff Clive Hopwood is a resident of Belgium, the Sibling of Decedent Dinah Webster, and brings this action on his own behalf as the Sibling of Dinah Webster and is entitled to recover damages on the causes of action set forth herein.

3812.   Plaintiff Lisa Anne Weems is a resident of the State of Massachusetts, the Spouse of Decedent William Michael Weems, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Michael Weems and on behalf of all survivors of William Michael Weems and is entitled to recover damages on the causes of action set forth herein. William Michael Weems was killed on board United Airlines Flight 175 that crashed into World Trade Center South Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3813.   Plaintiff Mary P. Weinberg, now deceased, was a resident of the State of Florida, and the Parent of Decedent Michael T. Weinberg; the Representative of her Estate, Marilyn Weinberg, brings this action and is entitled to recover damages on the causes of action set forth herein.

3814.   Plaintiff Patricia Wangerman is a resident of the State of New York, the Sibling of Decedent Michael T. Weinberg, and brings this action on her own behalf as the Sibling of Michael T. Weinberg and is entitled to recover damages on the causes of action set forth herein.

3815.   Plaintiff Morton Weinberg is a resident of the State of New York, the Parent of Decedent Michael T. Weinberg, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Michael T. Weinberg and on behalf of all survivors of Michael T. Weinberg and is entitled to recover damages on the causes of action set forth herein. Michael T. Weinberg was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3816.   Plaintiff John Weinberg is a resident of the State of United States, the Sibling of Decedent Michael T. Weinberg, and brings this action on his own behalf as the Sibling of Michael T. Weinberg and is entitled to recover damages on the causes of action set forth herein.

3817.   Plaintiff Marilyn Weinberg is a resident of the State of New York, the Parent of Decedent Steven Weinberg, and brings this action on her own behalf as the Parent of Steven Weinberg and is entitled to recover damages on the causes of action set forth herein.

3818.   Plaintiff Laurie Sue Weinberg is a resident of the State of New York, the Spouse of Decedent Steven Weinberg, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven Weinberg and on behalf of all survivors of Steven Weinberg and is entitled to recover damages on the causes of action set forth herein. Steven Weinberg was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3819.   Plaintiff Leonard Weinberg, now deceased, was a resident of the State of New York, and the Parent of Decedent Steven Weinberg; the Representative of his Estate, Marilyn Weinberg, brings this action and is entitled to recover damages on the causes of action set forth herein.

3820.   Plaintiff Paul Weinberg is a resident of the State of New York, the Sibling of Decedent Steven Weinberg, and brings this action on his own behalf as the Sibling of Steven Weinberg and is entitled to recover damages on the causes of action set forth herein.

3821.   Plaintiff Kathlyn Mae Carriker is a resident of the State of Pennsylvania, the Spouse of Decedent Steven George Weinstein, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Steven George Weinstein and on behalf of all survivors of Steven George Weinstein and is entitled to recover damages on the

causes of action set forth herein. Steven George Weinstein was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3822. Plaintiff Alissa Loriann Weiss is a resident of the State of Pennsylvania, the Child of Decedent David Martin Weiss, and brings this action on her own behalf as the Child of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein.

3823. Plaintiff Joan Weiss Prowler is a resident of the State of North Carolina, the Parent of Decedent David Martin Weiss, and brings this action on her own behalf as the Parent of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein.

3824. Plaintiff Michele Weiss-Little is a resident of the State of California, the Sibling of Decedent David Martin Weiss, and brings this action on her own behalf as the Sibling of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein.

3825. Plaintiff Karla Weiss is a resident of the State of Pennsylvania, the Spouse of Decedent David Martin Weiss, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of David Martin Weiss and on behalf of all survivors of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein. David Martin Weiss was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3826. Plaintiff Michael Paul Weiss is a resident of the State of Pennsylvania, the Child of Decedent David Martin Weiss, and brings this action on his own behalf as the Child of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein.

3827.   Plaintiff Barry Weiss is a resident of the State of New York, the Sibling of Decedent David Martin Weiss, and brings this action on his own behalf as the Sibling of David Martin Weiss and is entitled to recover damages on the causes of action set forth herein.

3828.   Plaintiff Julia Ann Wells is a resident of  United Kingdom, the Parent of Decedent Vincent Michael Wells, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Vincent Michael Wells and on behalf of all survivors of Vincent Michael Wells and is entitled to recover damages on the causes of action set forth herein. Vincent Michael Wells was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3829.   Plaintiff DOE 137 is a resident of the United Kingdom, the Sibling of Decedent DOE 137, and brings this action on her own behalf and is entitled to recover damages on the causes of action set forth herein.

3830.   Plaintiff Charles Thomas Wells is a resident of  United Kingdom, the Parent of Decedent Vincent Michael Wells, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Vincent Michael Wells and on behalf of all survivors of Vincent Michael Wells and is entitled to recover damages on the causes of action set forth herein. Vincent Michael Wells was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3831.   Plaintiff DOE 137 is a resident of the United Kingdom, the Sibling of Decedent DOE 137, and brings this action on his own behalf and is entitled to recover damages on the causes of action set forth herein.

3832.   Plaintiff Adele Nina Welty is a resident of the State of New York, the Parent of Decedent Timothy Welty, and brings this action on her own behalf as the Parent of Timothy Welty and is entitled to recover damages on the causes of action set forth herein.

3833.   Plaintiff Shu-Nu Chen is a resident of the State of Texas, the Parent of Decedent Ssu-Hui Wen, and brings this action on her own behalf as the Parent of Ssu-Hui Wen and is entitled to recover damages on the causes of action set forth herein.

3834.   Plaintiff Yun-Ju Wen is a resident of the State of Texas, the Sibling of Decedent Ssu-Hui Wen, and brings this action on her own behalf as Sibling and as the Personal Representative of the Estate of Ssu-Hui Wen and on behalf of all survivors of Ssu-Hui Wen and is entitled to recover damages on the causes of action set forth herein. Ssu-Hui Wen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3835.   Plaintiff Shun-Fa Wen is a resident of the State of Texas, the Parent of Decedent Ssu-Hui Wen, and brings this action on his own behalf as the Parent of Ssu-Hui Wen and is entitled to recover damages on the causes of action set forth herein.

3836.   Plaintiff Meredith W. Nelson is a resident of the State of Massachusetts, the Child of Decedent Peter Matthew West, and brings this action on her own behalf as the Child of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3837.   Plaintiff Mary Louise Ball is a resident of the State of New York, the Sibling of Decedent Peter Matthew West, and brings this action on her own behalf as the Sibling of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3838.   Plaintiff Catherine Cecilia McLaughlin is a resident of the State of New Jersey, the Sibling of Decedent Peter Matthew West, and brings this action on her own behalf as the

708

Sibling of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3839.   Plaintiff Regina Marie Townsend is a resident of the State of Massachusetts, the Sibling of Decedent Peter Matthew West, and brings this action on her own behalf as the Sibling of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3840.   Plaintiff Eileen K. West is a resident of the State of Massachusetts, the Spouse of Decedent Peter Matthew West, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Peter Matthew West and on behalf of all survivors of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein. Peter Matthew West was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3841.   Plaintiff Matthew Peter West is a resident of the State of Massachusetts, the Child of Decedent Peter Matthew West, and brings this action on his own behalf as the Child of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3842.   Plaintiff Gregory J. West is a resident of the State of California, the Sibling of Decedent Peter Matthew West, and brings this action on his own behalf as the Sibling of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3843.   Plaintiff Vincent Matthew West is a resident of the State of Vermont, the Sibling of Decedent Peter Matthew West, and brings this action on his own behalf as the Sibling of Peter Matthew West and is entitled to recover damages on the causes of action set forth herein.

3844.   Plaintiff Arthur H. West, Jr., now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent Peter Matthew West; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3845.   Plaintiff Patricia J. Whalen is a resident of the State of Massachusetts, the Parent of Decedent Meredith Lynn Whalen, and brings this action on her own behalf as Parent and as the Administrator of the Estate of Meredith Lynn Whalen and on behalf of all survivors of Meredith Lynn Whalen and is entitled to recover damages on the causes of action set forth herein. Meredith Lynn Whalen was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3846.   Plaintiff Kristen E. Whalen is a resident of the State of Pennsylvania, the Sibling of Decedent Meredith Lynn Whalen, and brings this action on her own behalf as the Sibling of Meredith Lynn Whalen and is entitled to recover damages on the causes of action set forth herein.

3847.   Plaintiff Joan A. Whelan is a resident of the State of New York, the Parent of Decedent Eugene Michael Whelan, and brings this action on her own behalf as the Parent of Eugene Michael Whelan and is entitled to recover damages on the causes of action set forth herein.

3848.   Plaintiff Alfred L. Whelan, Sr. is a resident of the State of New York, the Parent of Decedent Eugene Michael Whelan, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Eugene Michael Whelan and on behalf of all survivors of Eugene Michael Whelan and is entitled to recover damages on the causes of action set forth herein. Eugene Michael Whelan was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3849.   Plaintiff Joan A. White is a resident of the State of New Jersey, the Parent of Decedent James Patrick White, and brings this action on her own behalf as the Parent of James Patrick White and is entitled to recover damages on the causes of action set forth herein.

3850.   Plaintiff Alphonse J. White, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent James Patrick White; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3851.   Plaintiff Michael John White is a resident of the State of New Jersey, the Sibling of Decedent James Patrick White, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of James Patrick White and on behalf of all survivors of James Patrick White and is entitled to recover damages on the causes of action set forth herein. James Patrick White was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3852.   Plaintiff Elaine Clancy, now deceased, was a resident of the State of New York, and the Sibling of Decedent Kenneth W. White; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3853.   Plaintiff Laura Jeanne Kenny is a resident of the State of New Jersey, the Sibling of Decedent Kenneth W. White, and brings this action on her own behalf as the Sibling of Kenneth W. White and is entitled to recover damages on the causes of action set forth herein.

3854.   Plaintiff Elizabeth Ann Alverson is a resident of the State of New York, the Sibling of Decedent Kenneth W. White, and brings this action on her own behalf as the Sibling of Kenneth W. White and is entitled to recover damages on the causes of action set forth herein.

3855.   Plaintiff Catherine C. White is a resident of the State of New York, the Spouse of Decedent Kenneth W. White, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Kenneth W. White and on behalf of all survivors of Kenneth W. White and is entitled to recover damages on the causes of action set forth herein. Kenneth W. White was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3856.   Plaintiff Thomas George White is a resident of the State of New Jersey, the Sibling of Decedent Kenneth W. White, and brings this action on his own behalf as the Sibling of Kenneth W. White and is entitled to recover damages on the causes of action set forth herein.

3857.   Plaintiff Allison Vadhan is a resident of the State of Virginia, the Child of Decedent Kristin White-Gould, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Kristin White-Gould and on behalf of all survivors of Kristin White-Gould and is entitled to recover damages on the causes of action set forth herein. Kristin White-Gould was killed on board United Airlines Flight 93 that crashed into Shanksville, Pennsylvania as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3858.   Plaintiff Carol Ann Whitford is a resident of the State of Delaware, the Parent of Decedent Mark P. Whitford, and brings this action on her own behalf as the Parent of Mark P. Whitford and is entitled to recover damages on the causes of action set forth herein.

3859.   Plaintiff Lisa A. Walker is a resident of the State of New Jersey, the Sibling of Decedent Mark P. Whitford, and brings this action on her own behalf as the Sibling of Mark P. Whitford and is entitled to recover damages on the causes of action set forth herein.

3860.   Plaintiff Renee Whitford is a resident of the State of New York, the Spouse of Decedent Mark P. Whitford, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark P. Whitford and on behalf of all survivors of Mark

P. Whitford and is entitled to recover damages on the causes of action set forth herein. Mark P. Whitford was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3861.   Plaintiff Roger Paul Whitford is a resident of the State of Delaware, the Parent of Decedent Mark P. Whitford, and brings this action on his own behalf as the Parent of Mark P. Whitford and is entitled to recover damages on the causes of action set forth herein.

3862.   Plaintiff Christopher Whitford is a resident of the State of Delaware, the Sibling of Decedent Mark P. Whitford, and brings this action on his own behalf as the Sibling of Mark P. Whitford and is entitled to recover damages on the causes of action set forth herein.

3863.   Plaintiff Dennis Whitford is a resident of the State of New Jersey, the Sibling of Decedent Mark P. Whitford, and brings this action on his own behalf as the Sibling of Mark P. Whitford and is entitled to recover damages on the causes of action set forth herein.

3864.   Plaintiff Ruth S. Koch, now deceased, was a resident of the State of Georgia, and the Parent of Decedent Leslie Ann Whittington; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3865.   Plaintiff Sara Guest is a resident of the State of Georgia, the Sibling of Decedent Leslie Ann Whittington, and brings this action on her own behalf as the Sibling of Leslie Ann Whittington and is entitled to recover damages on the causes of action set forth herein.

3866.   Plaintiff Horace G. Whittington is a resident of the State of Arizona, the Parent of Decedent Leslie Ann Whittington, and brings this action on his own behalf as the Parent of Leslie Ann Whittington and is entitled to recover damages on the causes of action set forth herein.

3867.   Plaintiff Michael T. Whittington is a resident of the State of Minnesota, the Sibling of Decedent Leslie Ann Whittington, and brings this action on his own behalf as the Sibling of Leslie Ann Whittington and is entitled to recover damages on the causes of action set forth herein.

3868.   Plaintiff Kirk Whittington is a resident of the State of Georgia, the Sibling of Decedent Leslie Ann Whittington, and brings this action on his own behalf as the Sibling of Leslie Ann Whittington and is entitled to recover damages on the causes of action set forth herein.

3869.   Plaintiff Margaret Winifred Wholey is a resident of the State of New York, the Parent of Decedent Michael T. Wholey, and brings this action on her own behalf as the Parent of Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein.

3870.   Plaintiff Maryann Wholey is a resident of the State of New York, the Sibling of Decedent Michael T. Wholey, and brings this action on her own behalf as the Sibling of Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein.

3871.   Plaintiff Diane Wholey Bugge is a resident of the State of North Carolina, the Sibling of Decedent Michael T. Wholey, and brings this action on her own behalf as the Sibling of Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein.

3872.   Plaintiff Bernadette Wholey is a resident of the State of New York, the Sibling of Decedent Michael T. Wholey, and brings this action on her own behalf as the Sibling of Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein.

3873.   Plaintiff Jennifer Wholey is a resident of the State of New Jersey, the Spouse of Decedent Michael T. Wholey, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Michael T. Wholey and on behalf of all survivors of

Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein. Michael T. Wholey was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3874.   Plaintiff Michael Joseph Wholey is a resident of the State of New York, the Parent of Decedent Michael T. Wholey, and brings this action on his own behalf as the Parent of Michael T. Wholey and is entitled to recover damages on the causes of action set forth herein.

3875.   Plaintiff Marc Wieman is a resident of the State of New York, the Spouse of Decedent Mary Wieman, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Mary Wieman and on behalf of all survivors of Mary Wieman and is entitled to recover damages on the causes of action set forth herein. Mary Wieman was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3876.   Plaintiff Wilma Wiener is a resident of the State of New Jersey, the Parent of Decedent Jeffrey David Wiener, and brings this action on her own behalf as the Parent of Jeffrey David Wiener and is entitled to recover damages on the causes of action set forth herein.

3877.   Plaintiff Robin Kim Wiener is a resident of the State of District of Columbia, the Sibling of Decedent Jeffrey David Wiener, and brings this action on her own behalf as the Sibling of Jeffrey David Wiener and is entitled to recover damages on the causes of action set forth herein.

3878.   Plaintiff Donald S. Wiener is a resident of the State of New Jersey, the Parent of Decedent Jeffrey David Wiener, and brings this action on his own behalf as the Parent of Jeffrey David Wiener and is entitled to recover damages on the causes of action set forth herein.

3879.   Plaintiff June M. Wildman, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Alison M. Wildman; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3880.   Plaintiff Jill Saladino is a resident of the State of New Jersey, the Sibling of Decedent Alison M. Wildman, and brings this action on her own behalf as the Sibling of Alison M. Wildman and is entitled to recover damages on the causes of action set forth herein.

3881.   Plaintiff Robert E. Wildman is a resident of the State of Pennsylvania, the Sibling of Decedent Alison M. Wildman, and brings this action on his own behalf as the Sibling of Alison M. Wildman and is entitled to recover damages on the causes of action set forth herein.

3882.   Plaintiff Richard M. Borquist is a resident of the State of California, the Sibling of Decedent Alison M. Wildman, and brings this action on his own behalf as the Sibling of Alison M. Wildman and is entitled to recover damages on the causes of action set forth herein.

3883.   Plaintiff Arthur S. Wildman, III, now deceased, was a resident of the State of New Jersey, and the Sibling of Decedent Alison M. Wildman; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3884.   Plaintiff Arthur S. Wildman, Jr. is a resident of the State of New Jersey, the Parent of Decedent Alison M. Wildman, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Alison M. Wildman and on behalf of all survivors of Alison M. Wildman and is entitled to recover damages on the causes of action set forth herein. Alison M. Wildman was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3885.   Plaintiff Margaret E. Wilkinson is a resident of the State of New York, the Spouse of Decedent Glenn E. Wilkinson, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Glenn E. Wilkinson and on behalf of all survivors of Glenn E. Wilkinson and is entitled to recover damages on the causes of action set forth herein. Glenn E. Wilkinson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3886.   Plaintiff Shirley N. Willcher is a resident of the State of Maryland, the Spouse of Decedent Ernest M. Willcher, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Ernest M. Willcher and on behalf of all survivors of Ernest M. Willcher and is entitled to recover damages on the causes of action set forth herein. Ernest M. Willcher was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3887.   Plaintiff Joel Willcher is a resident of the State of Maryland, the Child of Decedent Ernest M. Willcher, and brings this action on his own behalf as the Child of Ernest M. Willcher and is entitled to recover damages on the causes of action set forth herein.

3888.   Plaintiff Benjamin Willcher is a resident of the State of Maryland, the Child of Decedent Ernest M. Willcher, and brings this action on his own behalf as the Child of Ernest M. Willcher and is entitled to recover damages on the causes of action set forth herein.

3889.   Plaintiff Lucille C. Willett is a resident of the State of Missouri, the Parent of Decedent John Charles Willett, and brings this action on her own behalf as the Parent of John Charles Willett and is entitled to recover damages on the causes of action set forth herein.

3890.   Plaintiff Ronald J. Willett is a resident of the State of Missouri, the Parent of Decedent John Charles Willett, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of John Charles Willett and on behalf of all survivors of John Charles Willett and is entitled to recover damages on the causes of action set forth herein.

John Charles Willett was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3891.   Plaintiff Sherri A. Williams, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent Candace Lee Williams; the Representative of her Estate, Corey G. Gaudioso, brings this action and is entitled to recover damages on the causes of action set forth herein.

3892.   Plaintiff Corey G. Gaudioso is a resident of the State of Connecticut, the Sibling of Decedent Candace Lee Williams, and brings this action on his own behalf as Sibling and as the Personal Representative of the Estate of Candace Lee Williams and on behalf of all survivors of Candace Lee Williams and is entitled to recover damages on the causes of action set forth herein. Candace Lee Williams was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3893.   Plaintiff Valrie M. Williams is a resident of the State of New York, the Parent of Decedent Crossley R. Williams, Jr., and brings this action on her own behalf as the Parent of Crossley R. Williams, Jr. and is entitled to recover damages on the causes of action set forth herein.

3894.   Plaintiff Crossley R. Williams, Sr. is a resident of the State of New York, the Parent of Decedent Crossley R. Williams, Jr., and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Crossley R. Williams, Jr. and on behalf of all survivors of Crossley R. Williams, Jr. and is entitled to recover damages on the causes of action set forth herein. Crossley R. Williams, Jr. was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3895.   Plaintiff Debra Johnson is a resident of the State of New Jersey, the Domestic Partner of Decedent David J. Williams, and brings this action on her own behalf as Domestic Partner and as the Personal Representative of the Estate of David J. Williams and on behalf of all survivors of David J. Williams and is entitled to recover damages on the causes of action set forth herein. David J. Williams was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3896.   Plaintiff Tammy G. Williams is a resident of the State of Alabama, the Spouse of Decedent Dwayne Williams, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Dwayne Williams and on behalf of all survivors of Dwayne Williams and is entitled to recover damages on the causes of action set forth herein. Dwayne Williams was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3897.   Plaintiff Patricia Ann Williams is a resident of the State of New York, the Parent of Decedent Kevin Michael Williams, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of Kevin Michael Williams and on behalf of all survivors of Kevin Michael Williams and is entitled to recover damages on the causes of action set forth herein. Kevin Michael Williams was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3898.  Plaintiff Roger Michael Williams is a resident of the State of New York, the Parent of Decedent Kevin Michael Williams, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Kevin Michael Williams and on behalf of all survivors of Kevin Michael Williams and is entitled to recover damages on the causes of action

set forth herein. Kevin Michael Williams was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3899.   Plaintiff Murna T. Williams is a resident of the State of Delaware, the Parent of Decedent Louie Anthony Williams, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of Louie Anthony Williams and on behalf of all survivors of Louie Anthony Williams and is entitled to recover damages on the causes of action set forth herein. Louie Anthony Williams was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3900.   Plaintiff Lucy Williamson, now deceased, was a resident of the State of Connecticut, and the Parent of Decedent John P. Williamson; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3901.   Plaintiff Mary B. Williamson is a resident of the State of New York, the Spouse of Decedent John P. Williamson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John P. Williamson and on behalf of all survivors of John P. Williamson and is entitled to recover damages on the causes of action set forth herein. John P. Williamson was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3902.   Plaintiff George P. Williamson, now deceased, was a resident of the State of New York, and the Sibling of Decedent John P. Williamson; the Representative of his Estate, Sally A. Williamson, brings this action and is entitled to recover damages on the causes of action set forth herein.

3903.   Plaintiff Maureen Ruth Halvorson is a resident of the State of Florida, the Sibling of Decedent William Eben Wilson, and brings this action on her own behalf as the Sibling of William Eben Wilson and is entitled to recover damages on the causes of action set forth herein.

3904.   Plaintiff Jeanne McDermott is a resident of the State of New York, the Sibling of Decedent William Eben Wilson, and brings this action on her own behalf as the Sibling of William Eben Wilson and is entitled to recover damages on the causes of action set forth herein.

3905.   Plaintiff Elizabeth Ann Payne is a resident of the State of New York, the Spouse of Decedent William Eben Wilson, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of William Eben Wilson and on behalf of all survivors of William Eben Wilson and is entitled to recover damages on the causes of action set forth herein. William Eben Wilson was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3906.   Plaintiff Joan W. Winton is a resident of the State of Connecticut, the Parent of Decedent David H. Winton, and brings this action on her own behalf as Parent and as the Personal Representative of the Estate of David H. Winton and on behalf of all survivors of David H. Winton and is entitled to recover damages on the causes of action set forth herein. David H. Winton was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3907.   Plaintiff Sara Winton Coffey is a resident of the State of Connecticut, the Sibling of Decedent David H. Winton, and brings this action on her own behalf as the Sibling of David H. Winton and is entitled to recover damages on the causes of action set forth herein.

3908.   Plaintiff Elaine Winuk is a resident of the State of New York, the Parent of Decedent Glenn J. Winuk, and brings this action on her own behalf as the Parent of Glenn J. Winuk and is entitled to recover damages on the causes of action set forth herein.

3909.   Plaintiff Seymour Winuk, now deceased, was a resident of the State of New York, and the Parent of Decedent Glenn J. Winuk; the Representative of his Estate, Jay S. Seymour, brings this action and is entitled to recover damages on the causes of action set forth herein.

3910.   Plaintiff Jeff M. Winuk is a resident of the State of South Carolina, the Sibling of Decedent Glenn J. Winuk, and brings this action on his own behalf as the Sibling of Glenn J. Winuk and is entitled to recover damages on the causes of action set forth herein.

3911.   Plaintiff Jay S. Winuk is a resident of the State of New York, the Sibling of Decedent Glenn J. Winuk, and brings this action on his own behalf as Sibling and as the Co-Administrator of the Estate of Glenn J. Winuk and on behalf of all survivors of Glenn J. Winuk and is entitled to recover damages on the causes of action set forth herein. Glenn J. Winuk was killed at World Trade Center area as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3912.   Plaintiff Carol D. Wisniewski is a resident of the State of New Jersey, the Spouse of Decedent Frank Thomas Wisniewski, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Frank Thomas Wisniewski and on behalf of all survivors of Frank Thomas Wisniewski and is entitled to recover damages on the causes of action set forth herein. Frank Thomas Wisniewski was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3913.   Plaintiff Ute Mitchell is a resident of the State of Pennsylvania, the Parent of Decedent Sigrid Charlotte Wiswe, and brings this action on her own behalf as the Parent of Sigrid Charlotte Wiswe and is entitled to recover damages on the causes of action set forth herein.

3914.   Plaintiff Birgit Wiswe is a resident of the State of Pennsylvania, the Sibling of Decedent Sigrid Charlotte Wiswe, and brings this action on her own behalf as the Sibling of Sigrid Charlotte Wiswe and is entitled to recover damages on the causes of action set forth herein.

3915.   Plaintiff Victor M. Turcios is a resident of the State of Pennsylvania, and brings this action as the Personal Representative of the Estate of Sigrid Charlotte Wiswe and is entitled to recover damages on the causes of action set forth herein. Sigrid Charlotte Wiswe was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3916.   Plaintiff Barbara Wittenstein is a resident of the State of New York, the Parent of Decedent Michael Robert Wittenstein, and brings this action on her own behalf as the Parent of Michael Robert Wittenstein and is entitled to recover damages on the causes of action set forth herein.

3917.   Plaintiff Caryn Hinson is a resident of the State of New York, the Sibling of Decedent Michael Robert Wittenstein, and brings this action on her own behalf as Sibling and as the Co-Administrator of the Estate of Michael Robert Wittenstein and on behalf of all survivors of Michael Robert Wittenstein and is entitled to recover damages on the causes of action set forth herein. Michael Robert Wittenstein was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3918.   Plaintiff Arnold R. Wittenstein is a resident of the State of New York, the Parent of Decedent Michael Robert Wittenstein, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of Michael Robert Wittenstein and on behalf of all survivors of Michael Robert Wittenstein and is entitled to recover damages on the causes of action set forth herein. Michael Robert Wittenstein was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3919.   Plaintiff Jeffrey Wittenstein is a resident of the State of New York, the Sibling of Decedent Michael Robert Wittenstein, and brings this action on his own behalf as the Sibling of Michael Robert Wittenstein and is entitled to recover damages on the causes of action set forth herein.

3920.   Plaintiff Susan Wohlforth is a resident of the State of Connecticut, the Spouse of Decedent Martin Phillips Wohlforth, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Martin Phillips Wohlforth and on behalf of all survivors of Martin Phillips Wohlforth and is entitled to recover damages on the causes of action set forth herein. Martin Phillips Wohlforth was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3921.   Plaintiff DOE 26 is a resident of the state of New York, the Parent of Decedent DOE 26, and brings this action on his own behalf as Parent and on behalf of all survivors of DOE 26 and as the Personal Representative of the Estate of DOE 26 and is entitled to recover damages on the causes of action set forth herein. DOE 26 was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3922.   Plaintiff Mary Elizabeth Woodall is a resident of the State of Arizona, the Parent of Decedent Brent James Woodall, and brings this action on her own behalf as the Parent of Brent James Woodall and is entitled to recover damages on the causes of action set forth herein.

3923.   Plaintiff Erin Elizabeth Konstantinow is a resident of the State of Alabama, the Sibling of Decedent Brent James Woodall, and brings this action on her own behalf as the Sibling of Brent James Woodall and is entitled to recover damages on the causes of action set forth herein.

3924.   Plaintiff John W. Woodall, now deceased, was a resident of the State of California, and the Parent of Decedent Brent James Woodall; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3925.   Plaintiff Craig Walker Woodall is a resident of the State of Colorado, the Sibling of Decedent Brent James Woodall, and brings this action on his own behalf as the Sibling of Brent James Woodall and is entitled to recover damages on the causes of action set forth herein.

3926.   Plaintiff Joyce A. Woods is a resident of the State of New York, the Parent of Decedent James Woods, and brings this action on her own behalf as Parent and as the Co-Administrator of the Estate of James Woods and on behalf of all survivors of James Woods and is entitled to recover damages on the causes of action set forth herein. James Woods was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3927.   Plaintiff Eileen J. Woods is a resident of the State of New York, the Sibling of Decedent James Woods, and brings this action on her own behalf as the Sibling of James Woods and is entitled to recover damages on the causes of action set forth herein.

3928.   Plaintiff John F. Woods, Jr. is a resident of the State of New York, the Parent of Decedent James Woods, and brings this action on his own behalf as Parent and as the Co-Administrator of the Estate of James Woods and on behalf of all survivors of James Woods and is entitled to recover damages on the causes of action set forth herein. James Woods was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3929.   Plaintiff Eileen Woods is a resident of the State of New York, the Parent of Decedent Patrick Woods, and brings this action on her own behalf as the Parent of Patrick Woods and is entitled to recover damages on the causes of action set forth herein.

3930.   Plaintiff Chris Woods is a resident of the State of New York, the Sibling of Decedent Patrick Woods, and brings this action on his own behalf as the Sibling of Patrick Woods and is entitled to recover damages on the causes of action set forth herein.

3931.   Plaintiff Thomas Woods is a resident of the State of New York, the Sibling of Decedent Patrick Woods, and brings this action on his own behalf as the Sibling of Patrick Woods and is entitled to recover damages on the causes of action set forth herein.

3932.   Plaintiff Patrick Woods, Sr. is a resident of the State of New York, the Parent of Decedent Patrick Woods, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Patrick Woods and on behalf of all survivors of Patrick Woods and is entitled to recover damages on the causes of action set forth herein. Patrick Woods was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3933.   Plaintiff Pamela Woodwell Geerdes is a resident of the State of Minnesota, the Sibling of Decedent Richard H. Woodwell, and brings this action on her own behalf as the

Sibling of Richard H. Woodwell and is entitled to recover damages on the causes of action set forth herein.

3934. Plaintiff Linda Preston Woodwell is a resident of the State of New Jersey, the Spouse of Decedent Richard H. Woodwell, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Richard H. Woodwell and on behalf of all survivors of Richard H. Woodwell and is entitled to recover damages on the causes of action set forth herein. Richard H. Woodwell was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3935. Plaintiff John Knowles Woodwell, III is a resident of the State of Washington, the Sibling of Decedent Richard H. Woodwell, and brings this action on his own behalf as the Sibling of Richard H. Woodwell and is entitled to recover damages on the causes of action set forth herein.

3936. Plaintiff Mary A. Otto, now deceased, was a resident of the State of New York, and the Parent of Decedent David T. Wooley; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3937. Plaintiff Edgar B. Wooley, III is a resident of the State of New York, the Sibling of Decedent David T. Wooley, and brings this action on his own behalf as the Sibling of David T. Wooley and is entitled to recover damages on the causes of action set forth herein.

3938. Plaintiff Timothy Edwin Works is a resident of Victoria, Canada, the Sibling of Decedent John Bentley Works, and brings this action on his own behalf as the Sibling of John Bentley Works and is entitled to recover damages on the causes of action set forth herein.

3939. Plaintiff Karen L. Wortley is a resident of the State of New Jersey, the Spouse of Decedent Martin Wortley, and brings this action on her own behalf as Spouse and as the

Personal Representative of the Estate of Martin Wortley and on behalf of all survivors of Martin Wortley and is entitled to recover damages on the causes of action set forth herein. Martin Wortley was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3940.   Plaintiff DOE 01 is a resident of the state of New Jersey, the Spouse of Decedent DOE 01, and brings this action on her own behalf as Spouse and on behalf of all survivors of DOE 01 and as the Personal Representative of the Estate of DOE 01 and is entitled to recover damages on the causes of action set forth herein. DOE 01 was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3941.   Plaintiff Martha Oliverio Wright is a resident of the State of New York, the Spouse of Decedent John Wayne Wright, III, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of John Wayne Wright, III and on behalf of all survivors of John Wayne Wright, III and is entitled to recover damages on the causes of action set forth herein. John Wayne Wright, III was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3942.   Plaintiff Nancy Yambem is a resident of the State of New York, the Spouse of Decedent Jupiter Yambem, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Jupiter Yambem and on behalf of all survivors of Jupiter Yambem and is entitled to recover damages on the causes of action set forth herein. Jupiter Yambem was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3943.  Plaintiff Santi Yambem is a resident of the State of New York, the Child of Decedent Jupiter Yambem, and brings this action on his own behalf as the Child of Jupiter Yambem and is entitled to recover damages on the causes of action set forth herein.

3944.  Plaintiff Lorraine Yamnicky Dixon is a resident of the State of Maryland, the Child of Decedent John David Yamnicky, Sr., and brings this action on her own behalf as the Child of John David Yamnicky, Sr. and is entitled to recover damages on the causes of action set forth herein.

3945.  Plaintiff Jennifer Lynn Yamnicky is a resident of the State of Maryland, the Child of Decedent John David Yamnicky, Sr., and brings this action on her own behalf as the Child of John David Yamnicky, Sr. and is entitled to recover damages on the causes of action set forth herein.

3946.  Plaintiff Janet W. Yamnicky is a resident of the State of Maryland, the Spouse of Decedent John David Yamnicky, Sr., and brings this action on her own behalf as the Spouse of John David Yamnicky, Sr. and is entitled to recover damages on the causes of action set forth herein.

3947.  Plaintiff Mark Yamnicky is a resident of the State of California, the Child of Decedent John David Yamnicky, Sr., and brings this action on his own behalf as the Child of John David Yamnicky, Sr. and is entitled to recover damages on the causes of action set forth herein.

3948.  Plaintiff John David Yamnicky, Jr. is a resident of the State of Virginia, the Child of Decedent John David Yamnicky, Sr., and brings this action on his own behalf as Child and as the Personal Representative of the Estate of John David Yamnicky, Sr. and on behalf of all survivors of John David Yamnicky, Sr. and is entitled to recover damages on the causes of action

set forth herein. John David Yamnicky, Sr. was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3949.   Plaintiff Ajitha Vemulapalli is a resident of the State of New Jersey, the Spouse of Decedent Suresh Yanamadala, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Suresh Yanamadala and on behalf of all survivors of Suresh Yanamadala and is entitled to recover damages on the causes of action set forth herein. Suresh Yanamadala was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3950.   Plaintiff David M. Yancey is a resident of the State of Virginia, the Spouse of Decedent Vicki L. Yancey, and brings this action on his own behalf as Spouse and as the Personal Representative of the Estate of Vicki L. Yancey and on behalf of all survivors of Vicki L. Yancey and is entitled to recover damages on the causes of action set forth herein. Vicki L. Yancey was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3951.   Plaintiff Rui Zheng is a resident of the State of Colorado, the Child of Decedent Shuyin Yang, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Shuyin Yang and on behalf of all survivors of Shuyin Yang and is entitled to recover damages on the causes of action set forth herein. Shuyin Yang was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3952.   Plaintiff Shidong Zheng is a resident of  Japan, the Child of Decedent Shuyin Yang, and brings this action on his own behalf as the Child of Shuyin Yang and is entitled to recover damages on the causes of action set forth herein.

3953.   Plaintiff Michele Yarnell is a resident of the State of New Jersey, the Parent of Decedent Matthew David Yarnell, and brings this action on her own behalf as the Parent of Matthew David Yarnell and is entitled to recover damages on the causes of action set forth herein.

3954.   Plaintiff Ted Yarnell is a resident of the State of New Jersey, the Parent of Decedent Matthew David Yarnell, and brings this action on his own behalf as Parent and as the Personal Representative of the Estate of Matthew David Yarnell and on behalf of all survivors of Matthew David Yarnell and is entitled to recover damages on the causes of action set forth herein. Matthew David Yarnell was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3955.   Plaintiff Adele Pearl, now deceased, was a resident of the State of Florida, and the Parent of Decedent Myrna Yaskulka; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3956.   Plaintiff Bonnie Shimel is a resident of the State of Florida, the Sibling of Decedent Myrna Yaskulka, and brings this action on her own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3957.   Plaintiff Lorna Kaye is a resident of the State of Florida, the Sibling of Decedent Myrna Yaskulka, and brings this action on her own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3958.   Plaintiff Ina Stanley is a resident of the State of Florida, the Sibling of Decedent Myrna Yaskulka, and brings this action on her own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3959.   Plaintiff Hal Yaskulka is a resident of the State of California, the Child of Decedent Myrna Yaskulka, and brings this action on his own behalf as the Child of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3960.   Plaintiff Brian Yaskulka is a resident of the State of California, the Child of Decedent Myrna Yaskulka, and brings this action on his own behalf as the Child of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3961.   Plaintiff Jay Yaskulka is a resident of the State of New Jersey, the Child of Decedent Myrna Yaskulka, and brings this action on his own behalf as Child and as the Personal Representative of the Estate of Myrna Yaskulka and on behalf of all survivors of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein. Myrna Yaskulka was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3962.   Plaintiff Shawn Pearl is a resident of the State of New Jersey, the Sibling of Decedent Myrna Yaskulka, and brings this action on his own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3963.   Plaintiff Philip Pearl is a resident of the State of New Jersey, the Sibling of Decedent Myrna Yaskulka, and brings this action on his own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3964.   Plaintiff Ivan Pearl is a resident of the State of New York, the Sibling of Decedent Myrna Yaskulka, and brings this action on his own behalf as the Sibling of Myrna Yaskulka and is entitled to recover damages on the causes of action set forth herein.

3965.   Plaintiff Kimberly G. York is a resident of the State of Connecticut, the Spouse of Decedent Edward Philip York, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Edward Philip York and on behalf of all survivors of Edward Philip York and is entitled to recover damages on the causes of action set forth herein. Edward Philip York was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3966.   Plaintiff Mary E. Peled is a resident of the State of New Jersey, the Sibling of Decedent Kevin Patrick York, and brings this action on her own behalf as the Sibling of Kevin Patrick York and is entitled to recover damages on the causes of action set forth herein.

3967.   Plaintiff Susan York is a resident of the State of Florida, the Sibling of Decedent Kevin Patrick York, and brings this action on her own behalf as the Sibling of Kevin Patrick York and is entitled to recover damages on the causes of action set forth herein.

3968.   Plaintiff Felicia Young is a resident of the State of Virginia, the Spouse of Decedent Donald McArthur Young, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Donald McArthur Young and on behalf of all survivors of Donald McArthur Young and is entitled to recover damages on the causes of action set forth herein. Donald McArthur Young was killed at Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3969.   Plaintiff Mehasen A. Zakhary is a resident of  Egypt, the Sibling of Decedent Adel A. Zakhary, and brings this action on her own behalf as the Sibling of Adel A. Zakhary and is entitled to recover damages on the causes of action set forth herein.

3970.   Plaintiff Nadia A. Zakhary is a resident of  Egypt, the Sibling of Decedent Adel A. Zakhary, and brings this action on her own behalf as the Sibling of Adel A. Zakhary and is entitled to recover damages on the causes of action set forth herein.

3971.   Plaintiff Nagat H. Zakhary is a resident of the State of New Jersey, the Spouse of Decedent Adel A. Zakhary, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Adel A. Zakhary and on behalf of all survivors of Adel A. Zakhary and is entitled to recover damages on the causes of action set forth herein. Adel A. Zakhary was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3972.   Plaintiff George Adel Agaiby is a resident of the State of New Jersey, the Child of Decedent Adel A. Zakhary, and brings this action on his own behalf as the Child of Adel A. Zakhary and is entitled to recover damages on the causes of action set forth herein.

3973.   Plaintiff Talat A. Zakhary is a resident of  Egypt, the Sibling of Decedent Adel A. Zakhary, and brings this action on his own behalf as the Sibling of Adel A. Zakhary and is entitled to recover damages on the causes of action set forth herein.

3974.   Plaintiff Patricia Zampieri is a resident of the State of New Jersey, the Parent of Decedent Robert Alan Zampieri, and brings this action on her own behalf as the Parent of Robert Alan Zampieri and is entitled to recover damages on the causes of action set forth herein.

3975.   Plaintiff Robert Zampieri, now deceased, was a resident of the State of New Jersey, and the Parent of Decedent Robert Alan Zampieri; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3976.   Representative of the Estate of Robert Alan Zampieri brings this action on behalf of the Estate of Robert Alan Zampieri and on behalf of all survivors of Robert Alan Zampieri and is entitled to recover damages on the causes of action set forth herein. Robert Alan Zampieri was killed in One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3977.   Plaintiff Jill Zangrilli is a resident of the State of New Jersey, the Spouse of Decedent Mark Zangrilli, and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Mark Zangrilli and on behalf of all survivors of Mark Zangrilli and is entitled to recover damages on the causes of action set forth herein. Mark Zangrilli was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3978.   Plaintiff Sheila A. Kiernan is a resident of the State of Massachusetts, the Spouse of Decedent Christopher Rudolph Zarba, Jr., and brings this action on her own behalf as Spouse and as the Personal Representative of the Estate of Christopher Rudolph Zarba, Jr. and on behalf of all survivors of Christopher Rudolph Zarba, Jr. and is entitled to recover damages on the causes of action set forth herein. Christopher Rudolph Zarba, Jr. was killed on board American Airlines Flight 11 that crashed into the World Trade Center North Tower as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3979.   Plaintiff Felice Zaslow is a resident of the State of New York, the Spouse of Decedent Ira Zaslow, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Ira Zaslow and on behalf of all survivors of Ira Zaslow and is entitled to recover damages on the causes of action set forth herein. Ira Zaslow was killed at One World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3980.   Plaintiff Adam Zaslow is a resident of the State of New York, the Child of Decedent Ira Zaslow, and brings this action on his own behalf as the Child of Ira Zaslow and is entitled to recover damages on the causes of action set forth herein.

3981.   Plaintiff Bryan Zaslow is a resident of the State of New York, the Child of Decedent Ira Zaslow, and brings this action on his own behalf as the Child of Ira Zaslow and is entitled to recover damages on the causes of action set forth herein.

3982.   Plaintiff Ruth Zelman is a resident of the State of New Jersey, the Parent of Decedent Kenneth Albert Zelman, and brings this action on her own behalf as the Parent of Kenneth Albert Zelman and is entitled to recover damages on the causes of action set forth herein.

3983.   Plaintiff Carrie Burlock is a resident of the State of New York, the Sibling of Decedent Kenneth Albert Zelman, and brings this action on her own behalf as the Sibling of Kenneth Albert Zelman and is entitled to recover damages on the causes of action set forth herein.

3984.   Plaintiff Jack Zelman is a resident of the State of New Jersey, the Parent of Decedent Kenneth Albert Zelman, and brings this action on his own behalf as the Parent of Kenneth Albert Zelman and is entitled to recover damages on the causes of action set forth herein.

3985.   Plaintiff Barry Zelman is a resident of the State of New Jersey, the Sibling of Decedent Kenneth Albert Zelman, and brings this action on his own behalf as the Sibling of Kenneth Albert Zelman and is entitled to recover damages on the causes of action set forth herein.

3986.   Plaintiff Leona Zeplin is a resident of the State of New York, the Parent of Decedent Marc Scott Zeplin, and brings this action on her own behalf as the Parent of Marc Scott Zeplin and is entitled to recover damages on the causes of action set forth herein.

3987.   Plaintiff Joslin Zeplin is a resident of the State of New York, the Sibling of Decedent Marc Scott Zeplin, and brings this action on her own behalf as the Sibling of Marc Scott Zeplin and is entitled to recover damages on the causes of action set forth herein.

3988.   Plaintiff Leonard Zeplin is a resident of the State of New York, the Parent of Decedent Marc Scott Zeplin, and brings this action on his own behalf as the Parent of Marc Scott Zeplin and is entitled to recover damages on the causes of action set forth herein.

3989.   Plaintiff Rui Zheng is a resident of the State of Colorado, the Child of Decedent Yuguang Zheng, and brings this action on her own behalf as Child and as the Personal Representative of the Estate of Yuguang Zheng and on behalf of all survivors of Yuguang Zheng and is entitled to recover damages on the causes of action set forth herein. Yuguang Zheng was killed on board American Airlines Flight 77 that crashed into the Pentagon as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3990.   Plaintiff Shidong Zheng is a resident of  Japan, the Child of Decedent Yuguang Zheng, and brings this action on his own behalf as the Child of Yuguang Zheng and is entitled to recover damages on the causes of action set forth herein.

3991.   Plaintiff Rosemarie C. Martie is a resident of the State of New Jersey, the Sibling of Decedent Salvatore J. Zisa, and brings this action on her own behalf as the Sibling of Salvatore J. Zisa and is entitled to recover damages on the causes of action set forth herein.

3992.   Plaintiff Sue Zucker, now deceased, was a resident of the State of New York, and the Parent of Decedent Andrew Steven Zucker; the Representative of her Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3993.   Plaintiff Cheryl Dianne Shames is a resident of the State of New York, the Sibling of Decedent Andrew Steven Zucker, and brings this action on her own behalf as the Sibling of Andrew Steven Zucker and is entitled to recover damages on the causes of action set forth herein.

3994.   Plaintiff Gayle Mosenson is a resident of the State of New York, the Sibling of Decedent Andrew Steven Zucker, and brings this action on her own behalf as the Sibling of Andrew Steven Zucker and is entitled to recover damages on the causes of action set forth herein.

3995.   Plaintiff Saul Zucker, now deceased, was a resident of the State of New York, and the Parent of Decedent Andrew Steven Zucker; the Representative of his Estate brings this action and is entitled to recover damages on the causes of action set forth herein.

3996.   Plaintiff Stuart Craig Zucker is a resident of the State of Florida, the Sibling of Decedent Andrew Steven Zucker, and brings this action on his own behalf as the Sibling of Andrew Steven Zucker and is entitled to recover damages on the causes of action set forth herein.

3997.   Plaintiff Alla Plakht is a resident of the State of New York, the Spouse of Decedent Igor Zukelman, and brings this action on her own behalf as Spouse and as the Personal

Representative of the Estate of Igor Zukelman and on behalf of all survivors of Igor Zukelman and is entitled to recover damages on the causes of action set forth herein. Igor Zukelman was killed at Two World Trade Center as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001.

3998.   Yvonne V. Abdool, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Yvonne V. Abdool was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

3999.   Celso J Abreu, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Celso J Abreu was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4000.   John J. Acerno, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. Acerno was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4001.   Humberto R. Acosta, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Humberto R. Acosta was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4002.   Kevin John Adams, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Kevin John Adams was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4003.   Darryl J. Adone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Darryl J. Adone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4004.   Mark  Aiken, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mark Aiken was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4005.   James F. Albach, Jr., a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James F. Albach, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4006.   Thomas  Albert, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Albert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4007.   Karium  Ali, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Karium Ali was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4008.   Ronald  Allen, a resident of Maryland, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ronald Allen was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4009.   Ingrid  Alleyne-Robertson, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ingrid  Alleyne-Robertson was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4010.   Ivan  Almendarez, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ivan  Almendarez, Jr. was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4011.   Neil  Alper, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Neil Alper was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4012.   Leonor  Alvarez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Leonor  Alvarez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4013.   Robert E. Alverson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Robert E. Alverson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4014.   Jocelyne  Ambroise, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jocelyne  Ambroise was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4015.   Mitchell B. Amerbach, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mitchell B. Amerbach was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4016.   Douglas William Anderson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Douglas William Anderson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4017.   Thomas  Anderson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Anderson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4018.   Morien  Angaroo, a resident of the United States, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Morien  Angaroo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4019.   Ioannis  Antoniadis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ioannis  Antoniadis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4020.   Joseph P. Antony, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph P. Antony was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4021.   Daniel J. Archbold, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel J. Archbold was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4022.   Peter  Archer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter Archer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4023.   Tony  Archer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Tony Archer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4024.   Joseph  Ariola, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph

Ariola was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4025.   Michael  Arniero, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Arniero was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4026.   Cynthia  Arnold, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Cynthia  Arnold was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4027.   Suzanne  Arnold, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Suzanne   Arnold was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4028.   Benjamin  Arroyo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Benjamin   Arroyo was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4029.   Andrea L. Asbury, a resident of Virginia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Andrea L. Asbury was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4030.   Shawn  Ashe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Shawn Ashe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4031.   Philipson  Azenabor, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Philipson  Azenabor was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4032.   George  Bachmann, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George  Bachmann was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4033.   Paul J. Bader, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul J. Bader was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4034.   Diana  Baez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Diana Baez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4035.  Lynette  Bangaree, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Lynette  Bangaree was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4036.   Gentil  Baptiste, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gentil  Baptiste was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4037.   Mary Ellen Barbieri, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mary Ellen Barbieri was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4038.   Garrett Raymond Barbosa, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Garrett Raymond Barbosa was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4039.   Armando  Bardales, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Armando  Bardales was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4040.   DOE 72, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 72 was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4041.   Thomas J. Baroz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas J. Baroz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4042.   John T. Barry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John T. Barry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4043.   Patrick T. Barry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick T. Barry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4044.   Frank  Barton, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank Barton was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4045.   Burney  Bates, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Burney Bates was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4046.  Pedro Garrido Batista, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Pedro Garrido Batista was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4047.   James A. Bauer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James A. Bauer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4048.   Christopher A. Baumann, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher A. Baumann was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4049.   Faveur  Bazilme, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Faveur  Bazilme was present at One World Financial Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4050.   Frank J. Bazzicalupo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank J. Bazzicalupo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4051.   Larry  Bealer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Larry Bealer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4052.   Thomas A Beattie, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas A Beattie was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4053.   Janice  Beatty, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Janice Beatty was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4054.   Richard A. Beatty, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard A. Beatty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4055.   Jonathan M. Becker, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jonathan M. Becker was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4056.   Christian  Bediako, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christian  Bediako was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4057.   Michael  Beehler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Michael  Beehler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4058.   Thomas Joseph Beirne, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas Joseph Beirne was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4059.   Michael J. Bell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Bell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4060.   John  Bellew, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Bellew was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4061.   Anthony  Bellisari, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony  Bellisari was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4062.   Scott R. Beloten, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Scott R. Beloten was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4063.   Vanessa  Benjamin, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vanessa  Benjamin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4064.   Derek P. Bennett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Derek P. Bennett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4065.   Ian J. Bennett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ian J. Bennett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4066.   Frances  Berdan, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frances  Berdan was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4067.   James W. Berghorn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James W. Berghorn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4068.   Juliette  Bergman, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Juliette Bergman was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4069. Deborah E. Berk, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Deborah E. Berk was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4070. Eric Berntsen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eric Berntsen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4071. Joseph T. Berry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph T. Berry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4072. Dominic Bertucci, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dominic Bertucci was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4073. Francisco Betancourt, a resident of Georgia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francisco Betancourt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4074.   Prakash  Bhatt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Prakash Bhatt was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4075.   Donald S. Bigi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Donald S. Bigi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4076.   Stephen  Bileski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen  Bileski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4077.   Christopher  Bilotti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christopher  Bilotti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4078.   James A. Bittles, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James A. Bittles was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4079.   Daniel  Bivona, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Daniel

Bivona was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4080.  Patrick Charles Blaine, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patrick Charles Blaine was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4081.  James  Blake, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Blake was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4082.  Robert  Blake, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Blake was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4083.  Jody  Blanchard, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jody Blanchard was present at Seven World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4084.  Stan  Blaskey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Stan Blaskey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4085.   Richard J. Blatus, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard J. Blatus was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4086.   Aaron  Bogad, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Aaron Bogad was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4087.   Edward P. Bolger, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward P. Bolger was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4088.   Jan  Bonanza, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jan Bonanza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4089.   Luis  Bonilla, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis Bonilla was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4090.   Quinceyann  Booker-Jackson, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set

forth herein.   Quinceyann   Booker-Jackson was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4091.   Chester P. Botch, Jr., a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Chester P. Botch, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4092.   Ronald  Boyce, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ronald Boyce was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4093.   James J. Boyle, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James J. Boyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4094.   James R. Boyle, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James R. Boyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4095.   John W. Boyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John W. Boyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4096.   Joseph M. Boyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph M. Boyle was present at World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4097.   Kevin  Bradbury, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin  Bradbury was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4098.   Frank  Brancato, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank  Brancato was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4099.   George  Brennan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George  Brennan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4100.   DOE 142, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 142 was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4101.   Raymond  Bressingham, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Raymond  Bressingham was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4102.   Jeffrey A. Brezil, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jeffrey A. Brezil was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4103.   Carmen  Bridgeforth, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carmen  Bridgeforth was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4104.   David Allen Bridgeforth, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Allen Bridgeforth was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4105.   James M. Briordy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James M. Briordy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4106.  Michael P. Brodbeck, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael P. Brodbeck was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4107.   Eric J. Brodin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Eric J. Brodin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4108.   Boris  Bronshteyn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Boris  Bronshteyn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4109.   Robert  Broome, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Broome was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4110.   Edward M. Brown, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward M. Brown was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4111.   Ernest O. Brown, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ernest O. Brown was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4112.  Kevin Jerome Brown, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Kevin Jerome Brown was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4113.   Michael P. Brown, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael P. Brown was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4114.   Stephen Charles Brown, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Stephen Charles Brown was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4115.   Eduardo E. Bruno, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eduardo E. Bruno was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4116.   Thomas J. Bubelnik, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas J. Bubelnik was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4117.   Johnathan  Buchsbaum, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Johnathan  Buchsbaum was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4118.   Joseph L. Buda, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph L. Buda was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4119.   Brook A. Budd, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brook A. Budd was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4120.   Vincent  Bulzomi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent  Bulzomi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4121.   Javier  Burgos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Javier Burgos was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4122.   Thomas  Burke, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Burke was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4123.   Timothy J. Burke, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Timothy J. Burke was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4124.   Michael R. Burns, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael R. Burns was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4125.   Barry L. Buss, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Barry L. Buss was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4126.   Kevin  Butler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Butler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4127.   Lois  Buxbaum, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lois Buxbaum was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4128.  Pasquale  Buzzelli, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Pasquale  Buzzelli was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4129.   Richard  Bylicki, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Bylicki was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4130.   Louie D. Cacchioli, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louie D. Cacchioli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4131.   James Patrick Caddigan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Patrick Caddigan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4132.   Kevin  Cahill, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Cahill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4133.   Kevin J. Cahill, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin J. Cahill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4134.   Michael  Cain, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Michael  Cain was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4135.   John A. Cairney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John A. Cairney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4136.   Christopher  Calamia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  Calamia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4137.   Ronald  Calcagno, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ronald  Calcagno was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4138.   William  Callahan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William  Callahan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4139.   Jose  Callejas, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose Callejas was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4140.   Fernando  Camacho, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fernando  Camacho was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4141.   William  Cantres, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Cantres was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4142.   Robert  Carberry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Carberry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4143.   Luis  Carbonell, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis Carbonell was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4144.   Salvatore F. Carcaterra, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Salvatore F. Carcaterra was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4145.   Martha F. Carden, a resident of Tennessee, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Martha F. Carden was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4146.   Ralph  Cardino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ralph  Cardino was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4147.   Colette  Cardoza, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Colette  Cardoza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4148.   Michael J. Carlisi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Carlisi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4149.   Anita  Carmine, a resident of Nevada, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Anita Carmine was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4150.   Dominick J. Carolei, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dominick J. Carolei was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4151.  David W. Carpenter, Jr., a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David W. Carpenter, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4152.  Gary E. Carpentier, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gary E. Carpentier was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4153.  Venus Christine Carreras-Ortiz, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Venus Christine Carreras-Ortiz was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4154.  Charles F. Carroll, Jr., a resident of Illinois, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Charles F. Carroll, Jr. was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4155.  Robert J. Carroll, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert J. Carroll was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4156.  Eugene J. Carty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Eugene J. Carty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4157.   Desiret  Carvache, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Desiret  Carvache was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4158.   Frank  Casalino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank  Casalino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4159.   Vincent  Cascone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent  Cascone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4160.   Joseph  Castellano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  Castellano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4161.   Maria E. Castillo, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Maria E. Castillo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4162.   John J. Castles, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. Castles was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4163.   Frank  Castrogiovanni, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank  Castrogiovanni was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4164.   Juan  Cayetano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Juan Cayetano was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4165.   Maria  Ceballos, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Maria  Ceballos was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4166.   Domingo  Cepeda, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Domingo  Cepeda was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4167.   Robert  Ceresia, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Robert Ceresia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4168. Arlene Charles, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Arlene Charles was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4169. Salvatore Chillemi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Salvatore Chillemi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4170. Arthur Christensen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Arthur Christensen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4171. Gary Christensen, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gary Christensen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4172. Anthony Ciarnella, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony Ciarnella was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4173.   Nicholas   Cicero, Jr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nicholas  Cicero, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4174.   Thomas Alfred Cinotti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas Alfred Cinotti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4175.   Michael  Cioffi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Cioffi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4176.   John  Citarella, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Citarella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4177.   Patricia  Ciuzio, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patricia  Ciuzio was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4178.   Guillermo  Clark, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Guillermo  Clark was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4179.   Brian  Clarke, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Brian Clarke was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4180.   Thomas J. Clarke, a resident of Minnesota, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas J. Clarke was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4181.   Christine  Claudi-Petosa, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christine  Claudi-Petosa was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4182.   John J. Clavin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. Clavin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4183.   Sharron L. Clemons, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sharron L. Clemons was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4184.   Robert  Cobb, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Cobb was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4185.   Steve  Coffin, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steve  Coffin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4186.   Lisa  Cohn, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lisa Cohn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4187.   Anthony J. Coiro, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony J. Coiro was present at Seven World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4188.   David  Collins, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Collins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4189.  George A. Collins, III, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  George A. Collins, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4190.   Richard L. Collins, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard L. Collins was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4191.   Bruce R. Collister, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Bruce R. Collister was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4192.   Carmen  Colon, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carmen  Colon was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4193.   John A. Colon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John A. Colon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4194.   John  Combos, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Combos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4195.   Gary K. Connelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gary K. Connelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4196.   Thomas J. Connolly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas J. Connolly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4197.   William V. Connolly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William V. Connolly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4198.   Jose M. Contes, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose M. Contes was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4199.   Theodore  Cook, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Theodore  Cook was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4200.   Walter  Cooper, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Walter Cooper was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4201. Brian Corcoran, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian Corcoran was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4202. Gregory A. Corona, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory A. Corona was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4203. Patrick Corr, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick Corr was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4204. Stephen Corr, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen Corr was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4205. Matthew Corrigan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Matthew Corrigan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4206.   Lawrence  Costello, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lawrence  Costello was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4207.   Joel  Council, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joel Council was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4208.   Scott  Cowan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Scott Cowan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4209.   Andre  Cox, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Andre Cox was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4210.   Dudley  Cox, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dudley  Cox was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4211.   Stephen A. Cox, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

777

Stephen A. Cox was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4212.   Brian Coyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian Coyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4213.   John J. Coyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John J. Coyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4214.   Walter Henry Cramer, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Walter Henry Cramer was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4215.   Peter J. Creegan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter J. Creegan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4216.   John Cretella, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Cretella was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4217.   Craig  Crichlow, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Craig  Crichlow was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4218.   Robert H. Cristadoro, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert H. Cristadoro was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4219.   Brent G. Crobak, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brent G. Crobak was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4220.   Enrique  Cruz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Enrique Cruz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4221.   Luis  Cruz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis Cruz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4222.   DOE 101, a resident of Puerto Rico, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE

101 was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4223.   James J. Csorny, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James J. Csorny was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4224.   Fernando  Cuba, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fernando  Cuba was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4225.   Carmen  Cubero, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carmen  Cubero was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4226.   Sean  Cummins, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Sean Cummins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4227.   Thomas  Cunneen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Cunneen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4228.  Muriel  Cunningham, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Muriel  Cunningham was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4229.  Ronald  Curaba, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ronald  Curaba was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4230.  Edward James Cusack, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edward James Cusack was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4231.  Alan W. Dagistino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alan W. Dagistino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4232.  Philip  D'Agostino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Philip  D'Agostino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4233.  Joanne  Dalton, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Joanne  Dalton was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4234.   Christopher  D'Ambrosio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  D'Ambrosio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4235.   Mark  Damitz, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mark Damitz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4236.   Flory  Danish, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Flory Danish was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4237.   Roger  Danvers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Roger  Danvers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4238.   Richard  Davan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Davan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4239.   Felipe  David, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Felipe David was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4240.   Jeremy Brandon Davids, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jeremy Brandon Davids was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4241.   Jean. L. Davis, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jean. L. Davis was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4242.   Thomas P. Davis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas P. Davis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4243.   James E. D'Avolio, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James E. D'Avolio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4244.   Judith  Day, a resident of Pennsylvania, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Judith

Day was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4245.   Andres De La Rosa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Andres De La Rosa was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4246.   Maria De Olio-Beato, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Maria De Olio-Beato was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4247.   Anthony W. De Vita, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony W. De Vita, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4248.   Beverly Diane De Witt, a resident of North Carolina, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Beverly Diane De Witt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4249.   John Debenedittis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Debenedittis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4250.   Carlota Rodriguez DeCastillo, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Carlota Rodriguez DeCastillo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4251.   Henry  Decker, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Henry Decker was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4252.   Kevin  Deehan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Deehan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4253.   Edward J. DeGaetano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edward J. DeGaetano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4254.   Warren  Degen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Warren  Degen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4255.   John  Delaney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John

Delaney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4256.   Paul  DeLeo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul DeLeo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4257.   Edward  Delfino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Delfino was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4258.   Julio  Delgado, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Julio Delgado was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4259.   Bruce  DelGiorno, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Bruce  DelGiorno was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4260.   Richard  Dell Italia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Dell Italia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4261.   August C. DeLorenzo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  August C. DeLorenzo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4262.   Todd C. DeMayo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Todd C. DeMayo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4263.   Jan  Demczur, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jan Demczur was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4264.   Michael T. Dempsey, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael T. Dempsey was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4265.   Stephen  Dempsey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Stephen  Dempsey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4266.   Gary A. Demry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gary

A. Demry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4267.   John M. Deneau, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. Deneau was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4268.   Dwayne  Dent, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dwayne  Dent was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4269.   Peter  DePalma, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter  DePalma was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4270.   John M. DePrizio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. DePrizio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4271.   Anthony  DeSimone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony  DeSimone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4272.   George J. DeSimone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George J. DeSimone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4273.   Anex  Desinor, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Anex Desinor was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4274.   James F. DeStasio, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James F. DeStasio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4275.   John  DeStefano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John DeStefano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4276.   Richard Dion DeStefano, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Dion DeStefano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4277.   Kiernan B. Deto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Kiernan B. Deto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4278. Gregory J. DeVerna, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory J. DeVerna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4279. James Edward Devery, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James Edward Devery was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4280. Kevin D. Devine, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin D. Devine was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4281. David DeVito, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David DeVito was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4282. John Devoti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Devoti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4283.   Nelson Rafael Diaz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nelson Rafael Diaz was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4284.   Salvatore  DiBlasi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Salvatore  DiBlasi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4285.   Jerrold  Dietz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jerrold Dietz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4286.   Jessica  Diggs, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jessica Diggs was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4287.   John M. Dilillo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. Dilillo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4288.   Steven  DiMaggio, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Steven

DiMaggio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4289.   Omar A. Dixon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Omar A. Dixon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4290.   Vincent  Dodd, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Vincent Dodd was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4291.   Kevin John Doherty, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin John Doherty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4292.   Scott  Doherty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Scott Doherty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4293.   Hipolito  D'Oleo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Hipolito  D'Oleo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4294.   Stephen  Dominick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen  Dominick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4295.   Walter  Donahue, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Walter  Donahue was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4296.   John  Donnelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Donnelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4297.   James  F. Donovan, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James F. Donovan, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4298.   Kenneth  Donovan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth  Donovan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4299.   Michael  Donovan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Michael  Donovan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4300.   Vincent  D'Orio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent  D'Orio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4301.   Gregory  Dougherty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory  Dougherty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4302.   Michael J. Dowling, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Dowling was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4303.   Heather  Downey, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Heather  Downey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4304.   Daniel D. Doyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel D. Doyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4305.   Edward  Doyle, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Doyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4306.   Steven T. Doyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven T. Doyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4307.   Thomas M. Doyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas M. Doyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4308.   DOE 18, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 18 was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4309.   Duncan  Driscoll, a resident of Massachusetts, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Duncan  Driscoll was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4310.   Eugene  Drury, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Eugene Drury was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4311.   Roman  Ducalo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Roman  Ducalo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4312.   Elaine  Duch, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Elaine Duch was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4313.   Dennis G. Duffy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis G. Duffy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4314.   Timothy  Duffy, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Timothy  Duffy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4315.   William  Duffy, a resident of Massachusetts, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Duffy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4316.   Kevin  Duggan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Kevin Duggan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4317.   Patrick D. Duignan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick D. Duignan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4318.   Darrell Dunbar, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Darrell Dunbar was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4319.   Philip Duncan, a resident of Texas, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Philip Duncan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4320.   Thomas Dunn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas Dunn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4321.   Thomas M. Dunne, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas M. Dunne was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4322.   Michael Dunphy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael Dunphy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4323.   Curtis Durning, Sr., a resident of District of Columbia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Curtis Durning, Sr. was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4324.   Francis B. Durr, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francis B. Durr was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4325.   Brian Eagers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian Eagers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4326.   Douglas Edel, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Douglas Edel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4327.   Jeff Ehret, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jeff

Ehret was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4328.   Barbara  Einzig, a resident of Maryland, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Barbara  Einzig was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4329.   Joseph  Eivers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Eivers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4330.   Duke A. Ellis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Duke A. Ellis was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4331.   Justin  Enzmann, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Justin  Enzmann was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4332.   Gabe  Esposito, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gabe Esposito was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4333.   Joseph J. Falco, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph J. Falco was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4334.   James J. Falcone, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James J. Falcone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4335.   John C. Falconite, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John C. Falconite was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4336.   Paul  Fanara, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul Fanara was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4337.   Robert  Farley, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Farley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4338.   Peter V. Farr, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter

V. Farr was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4339.   Patricia Farrar, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patricia Farrar was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4340.   John S. Farrell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John S. Farrell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4341.   Anthony Farrington, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony Farrington was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4342.   Francis Fee, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francis Fee, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4343.   John T. Fee, Sr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John T. Fee, Sr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4344.   Mark  Feldman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mark  Feldman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4345.   Russell  Feliciano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Russell  Feliciano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4346.   Edgar  Felix, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edgar Felix was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4347.   Delio A. Feliz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Delio A. Feliz was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4348.   Fern L. Feller, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Fern L. Feller was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4349.  Barton  Fendelman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Barton  Fendelman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4350.   Stephen P. Fenley, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen P. Fenley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4351.   Christopher M. Fenya, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher M. Fenya was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4352.   Frank  Ferdinandi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank  Ferdinandi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4353.   Erasmo  Fernandes, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Erasmo  Fernandes was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4354.   Nuno  Fernandes, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nuno  Fernandes was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4355. Antonio Fernandez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Antonio Fernandez was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4356. Hernando Fernandez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Hernando Fernandez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4357. Jenny Fernandez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jenny Fernandez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4358. Larissa Fernandez, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Larissa Fernandez was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4359. Roger Fernandez, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Roger Fernandez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4360. Vincent Ferranti, a resident of Arizona, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent

Ferranti was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4361.   Michael A. Ferrara, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Ferrara was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4362.   Douglas  Ferretti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Douglas  Ferretti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4363.   Gerard  Ferrin, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard  Ferrin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4364.   Steven  Ferriolo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven  Ferriolo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4365.   John  Finamore, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Finamore was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4366.   Joseph P. Finley, a resident of Tennessee, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph P. Finley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4367.   Edward  Finnegan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Finnegan was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4368.   Michael  Finnegan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Finnegan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4369.   Terence P. Finneran, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Terence P. Finneran was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4370.   Victor J. Fiorella, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Victor J. Fiorella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4371.   Glenn  Fischer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Glenn

Fischer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4372.   Jay F. Fischler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jay F. Fischler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4373.   Stephen  Fish, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen  Fish was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4374.   Neil C. Fitzpatrick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Neil C. Fitzpatrick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4375.   Zachary H. Fletcher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Zachary H. Fletcher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4376.   Patrick  Flynn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patrick Flynn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4377.   Theresa E Folino-Montuori, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Theresa E Folino-Montuori was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4378.   Thomas J. Forbes, a resident of California, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas J. Forbes was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4379.   Frederick J. Ford, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frederick J. Ford was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4380.   Nicholas  Fornario, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nicholas  Fornario was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4381.   Gregory A. Forsyth, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gregory A. Forsyth was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4382.   Leileth  Foster, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Leileth

Foster was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4383.   Eugene W. Fox, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eugene W. Fox was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4384.   Michael Anthony Francese, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Michael Anthony Francese was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4385.   Stanley  Freedner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stanley  Freedner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4386.   Charles  Freeman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Charles  Freeman was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4387.   Dennis  Freyre, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dennis Freyre was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4388.   Robert T. Froner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert T. Froner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4389.   Xiang Qun Fu, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Xiang Qun Fu was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4390.   Daniel  Fucella, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel  Fucella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4391.   Steven  Fucile, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Steven Fucile was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4392.   Henry  Fuerte, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Henry Fuerte was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4393.   Sheila M. Fuller, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Sheila M. Fuller was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4394.   Paul P. Fusaro, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul P. Fusaro was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4395.   Thomas A. Gabay, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas A. Gabay was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4396.   Thomas R. Gaby, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas R. Gaby was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4397.   Philip  Gaetani, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Philip Gaetani was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4398.   Michael D. Gager, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael D. Gager was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4399.   Emma F. Gaitan, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Emma F. Gaitan was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4400.   Ana  Galang, a resident of Arizona, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ana Galang was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4401.   Brian J. Gallagher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian J. Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4402.   Hugh J. Gallagher, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Hugh J. Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4403.   John  Gallagher, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4404.   John F. Gallagher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John

F. Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4405.   Kevin P. Gallagher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin P. Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4406.   Terence  Gallagher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Terence  Gallagher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4407.   April D. Gallop, a resident of Virginia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  April D. Gallop was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4408.   Lawrence J. Garda, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lawrence J. Garda was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4409.   Robert C. Garrett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert C. Garrett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4410.   John T. Gatto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John T. Gatto was present at One Liberty Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4411.   Joseph M. Gavitt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph M. Gavitt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4412.   Brendan  Gebert, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brendan  Gebert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4413.   Getachew  Gedfe, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Getachew  Gedfe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4414.   John D. Gennosa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John D. Gennosa was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4415.  Greg  Gessner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Greg

Gessner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4416.  Daniel P. Geysen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel P. Geysen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4417.  Ronald  Ghiraldi, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ronald  Ghiraldi was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4418.  Louis  Giaconelli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louis  Giaconelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4419.  Joseph A. Giampa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph A. Giampa was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4420.  Garry George Giannandrea, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Garry George Giannandrea was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4421.   Michael J. Gibbons, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Gibbons was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4422.   Joseph  Gibney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  Gibney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4423.   Robert F. Gibson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert F. Gibson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4424.   Bonnie Jean Giebfried, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Bonnie Jean Giebfried was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4425.   John C. Giebler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John C. Giebler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4426.   Thomas  Gillam, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Thomas  Gillam was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4427.   Andrew Frank Gilmore, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Andrew Frank Gilmore was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4428.   John E. Ginty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John E. Ginty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4429.   Vincent  Giordano, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent  Giordano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4430.   Theodore  Goddard, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Theodore  Goddard was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4431.   Raymond  Going, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Raymond  Going was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4432.   Fausto A. Gomez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fausto A. Gomez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4433.   Lisa F. Gong, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lisa F. Gong was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4434.   Paul E. Gonzales, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul E. Gonzales was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4435.   Manuel  Gonzalez, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Manuel Gonzalez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4436.   Ruben  Gordillo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ruben  Gordillo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4437.   Edwin J. Gordon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Edwin J. Gordon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4438.   Frank  Gorglinoe, a resident of the United States, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank  Gorglinoe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4439.   Thomas Edward Gorham, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas Edward Gorham was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4440.   Gerard J. Gorman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard J. Gorman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4441.   Joseph R. Gorman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph R. Gorman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4442.   Albert  Gotay, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Albert Gotay was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4443.   Andrew Graf, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Andrew Graf was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4444.   Carmen Gray, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carmen Gray was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4445.   Joseph Graziano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph Graziano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4446.   Albert Greene, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Albert Greene was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4447.   Edmund James Greene, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edmund James Greene was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4448.   Michael Sean Greene, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein. Michael Sean Greene was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4449. James Gregoretti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James Gregoretti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4450. James T. Grillo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James T. Grillo was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4451. Michael Grillo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael Grillo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4452. John F. Grogan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John F. Grogan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4453. Thomas J. Grogan, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas J. Grogan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4454.   Daniel P. Grossi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel P. Grossi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4455.   Scott F. Grubert, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Scott F. Grubert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4456.   John  Guarneri, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Guarneri was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4457.   Arthur  Guastamacchia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Arthur  Guastamacchia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4458.   John  Gubelli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Gubelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4459.   Rafael  Gudmuch, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Rafael  Gudmuch was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4460.   Nichola  Gugliemo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nichola  Gugliemo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4461.   Vincent A. Gugliuzzo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Vincent A. Gugliuzzo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4462.   John  Gulotta, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Gulotta was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4463.   Kenneth M. Gunther, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth M. Gunther was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4464.   Peter Stephen Gunther, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter Stephen Gunther was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4465.   Wilbert Carnell Gurganious, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Wilbert Carnell Gurganious was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4466.   Steven  Gurnick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven  Gurnick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4467.   Edgar  Gutierrez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edgar  Gutierrez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4468.   Francine  Gutwilik, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francine  Gutwilik was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4469.   Angel  Guzman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Angel  Guzman was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4470.   Maritza  Guzman, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Maritza  Guzman was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4471.   Matthew  Hackett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Matthew  Hackett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4472.   Michael  Hadden, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Hadden was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4473.   Alexander  Hagan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alexander  Hagan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4474.   Steve  Hagis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Steve Hagis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4475.   Paul V. Haley, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul V. Haley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4476.   Robert  Hall, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Hall was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4477.   David  Handschuh, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David  Handschuh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4478.   William  Hankins, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Hankins was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4479.   David R. Hanley, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David R. Hanley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4480.   Philip A. Hanna, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Philip A. Hanna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4481.   Anthony K. Hanson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Anthony K. Hanson was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4482.   Rajkumar  Hardeo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rajkumar  Hardeo was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4483.   Catherine  Harding, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Catherine  Harding was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4484.   Dennis  Hargett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis  Hargett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4485.   Darren C. Harkins, a resident of Iowa, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Darren C. Harkins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4486.   Robert I. Harper, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert I. Harper was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4487.   Thomas  Harris, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Harris was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4488.   Carmela M. Harrison, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carmela M. Harrison was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4489.   James P. Harten, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James P. Harten was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4490.   Shirley  Harvey, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Shirley  Harvey was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4491.   Paul  Hashagen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul Hashagen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4492.   William R. Hasseck, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

William R. Hasseck was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4493.   Howard  Hawkins, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Howard  Hawkins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4494.   Scott William Hawkins, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Scott William Hawkins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4495.   Raymond  Hayden, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Raymond  Hayden was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4496.   Norma  Haynes, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Norma  Haynes was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4497.   Joseph  Healy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph Healy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4498.   Joseph John Healy, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph John Healy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4499.   Marilyn Denise Heckstall, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Marilyn Denise Heckstall was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4500.   Dennis J. Heedles, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis J. Heedles was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4501.   James A. Heerey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James A. Heerey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4502.   Glen  Heffel, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Glen Heffel was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4503.   Eugene R. Heghmann, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Eugene R. Heghmann was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4504.  John  Heigl, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Heigl was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4505.  Mark B. Heintz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mark B. Heintz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4506.  William T. Heintz, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William T. Heintz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4507.  Robert J. Hellmers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert J. Hellmers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4508.  Elaine  Helms, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Elaine  Helms was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4509.   Robert G. Heney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert G. Heney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4510.   Jeffrey A. Henkel, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jeffrey A. Henkel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4511.   Edward  Henry, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Henry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4512.   Lucille D. Henry, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lucille D. Henry was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4513.   Patricia Ann Herbert, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patricia Ann Herbert was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4514.   Thomas  Herrlich, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Thomas  Herrlich was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4515.   Thomas  Hickey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Hickey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4516.   John A. Hinchey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John A. Hinchey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4517.   William Gerard Hiney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William Gerard Hiney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4518.   Michael R. Hipsman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael R. Hipsman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4519.   Gregg Andrew Hirschfield, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gregg Andrew Hirschfield was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4520.   William  Hodgens, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Hodgens was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4521.   Daniel  Hogan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Daniel Hogan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4522.   Vincent D. Hogan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent D. Hogan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4523.   Todd A. Holgan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Todd A. Holgan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4524.   Clifford J. Hollywood, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Clifford J. Hollywood was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4525.   Janeth  Holmes-Alfred, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Janeth  Holmes-Alfred was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4526.   George  Holzmann, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George  Holzmann was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4527.   James Joseph Horch, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Joseph Horch was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4528.   Doug R. Horning, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Doug R. Horning was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4529.   Alicia T. Howard, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alicia T. Howard was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4530.   Mary  Hrabowska, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mary  Hrabowska was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4531.   Vincent F. Hubner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent F. Hubner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4532.   Gerald M. Hunt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerald M. Hunt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4533.   Jean Marlene Hunt, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jean Marlene Hunt was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4534.   John  Hunt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Hunt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4535.   Kenneth  Hutchinson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kenneth  Hutchinson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4536.   Amirha Victoria Hutto, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Amirha Victoria Hutto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4537.   Paul  Hyland, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul Hyland was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4538.   James Andrew Hynes, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James Andrew Hynes was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4539.   Frederick J. Ill, III, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frederick J. Ill, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4540.   Sharon  Imbert, a resident of Connecticut, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sharon  Imbert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4541.   Patrick  Imperato, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick  Imperato was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4542.   Joseph P. Intintoli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph P. Intintoli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4543.   Michael A. Iovino, a resident of Georgia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Iovino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4544.   Eric  Iversen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Eric Iversen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4545.   Walter Nicholas Iwachiw, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Walter Nicholas Iwachiw was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4546.   John  Jackson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Jackson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4547.   Neil  Jacobson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Neil

Jacobson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4548.   Brenda  James, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Brenda James was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4549.   Joseph  James, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph James was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4550.   Matthew R. James, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Matthew R. James was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4551.   Elian  Jaramillo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Elian  Jaramillo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4552.   Clifford  Jenkins, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Clifford  Jenkins was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4553.   Christopher C. Jensen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher C. Jensen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4554.   Marc C. Jensen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Marc C. Jensen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4555.   Rose  Jeunes, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Rose Jeunes was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4556.   Humberto  Jimenez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Humberto  Jimenez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4557.   Luis B. Jimenez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis B. Jimenez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4558.   Ysidro  Jimenez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to  recover damages on the causes of action set forth herein.

Ysidro Jimenez was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4559. Fitz-Harry Alexander Johnson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fitz-Harry Alexander Johnson was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4560. John Johnson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Johnson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4561. Kurt Dominick Johnson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kurt Dominick Johnson was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4562. Robert Johnson, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Johnson, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4563. Robert Johnson, Sr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Johnson, Sr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4564.   Sylvia J. Johnson, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sylvia J. Johnson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4565.   John T. Jones, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John T. Jones was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4566.   Terrence George Jordan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Terrence George Jordan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4567.   Mark D. Joseph, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mark D. Joseph was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4568.   Luke J. Jurain, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luke J. Jurain was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4569.   Joseph F. Kadillac, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Joseph F. Kadillac was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4570.   James A. Kadnar, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James A. Kadnar was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4571.   Jane  Kahoro, a resident of Delaware, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jane Kahoro was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4572.   Razi S. Kalish, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Razi S. Kalish was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4573.   George  Kaperonis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  George  Kaperonis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4574.   Christopher  Kazimer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  Kazimer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4575.   Dennis P. Keane, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dennis P. Keane was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4576.   Lawrence Gerald Keating, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lawrence Gerald Keating was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4577.   Thomas  Keeling, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas  Keeling was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4578.   John E. Keenan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John E. Keenan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4579.   Michael M. Kelleher, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael M. Kelleher was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4580.   Racquel K. Kelley, a resident of District of Columbia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set

forth herein.  Racquel K. Kelley was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4581.   Derek T. Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Derek T. Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4582.   James J. Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James J. Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4583.   John  Kelly, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4584.   John J. Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4585.   Kevin  Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4586.   Patrick  Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patrick Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4587.   Robert  Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4588.   William C. Kelly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William C. Kelly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4589.   Donald P. Kennedy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Donald P. Kennedy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4590.   Lisa Ann Kennedy, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lisa Ann Kennedy was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4591.   Richard  Kenney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Richard Kenney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4592.   Peter A. Kenny, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter A. Kenny was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4593.   John F. Kershis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John F. Kershis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4594.   Robert T. Keys, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert T. Keys was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4595.   Patrick M. Kiernan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick M. Kiernan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4596.   Susanne Bachmann Kikkenborg, a resident of Connecticut, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Susanne Bachmann Kikkenborg was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4597.   Michael  Killarney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Killarney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4598.   Michael J. Killcommons, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael J. Killcommons was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4599.   David J. King, Jr., a resident of Maryland, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David J. King, Jr. was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4600.   Emanuel G. King, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Emanuel G. King was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4601.   Stephen J. King, III, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen J. King, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4602.   John L. Kinta, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John L.

Kinta was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4603.  Blaik  Kirby, a resident of Canada, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Blaik Kirby was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4604.  Ronald J. Kirchner, a resident of Arizona, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ronald J. Kirchner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4605.  Robert  Klaum, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Klaum was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4606.  Steven J. Klein, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven J. Klein was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4607.  David  Kletsman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David  Kletsman was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4608.  Larry J. Klingener, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Larry J. Klingener was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4609.  Richard  Kobbe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Kobbe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4610.  Edward R. Kohler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward R. Kohler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4611.  Nicholas  Koloszuk, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nicholas  Koloszuk was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4612.  Robert  Korfman, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Korfman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4613.  Armen  Koroghlian, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Armen Koroghlian was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4614.   Daniel Kruesi, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel Kruesi was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4615.   Kevin Kubler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin Kubler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4616.   Louise A. Kurtz, a resident of Virginia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louise A. Kurtz was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4617.   Sidney Kyle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sidney Kyle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4618.   John R. La Sala, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John R. La Sala was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4619.   Rosetta  La Vena, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rosetta  La Vena was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4620.   David  Labatto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Labatto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4621.   Orfelina  Lachapel, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Orfelina  Lachapel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4622.   John J. LaFemina, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. LaFemina was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4623.   Romano Esteban Lake, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Romano Esteban Lake was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4624.   Thomas  LaMacchia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Thomas LaMacchia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4625.   George Lamoreaux, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George Lamoreaux was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4626.   Brian Landau, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian Landau was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4627.   James C. Lang, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James C. Lang was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4628.   Paul P. Lang, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Paul P. Lang was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4629.   George Lantay, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George Lantay was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4630.   James  Lanza, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Lanza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4631.   James F. Lanze, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James F. Lanze was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4632.   Richard James LaPiedra, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard James LaPiedra was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4633.   Jean Jacques Laraque, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jean Jacques Laraque was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4634.   Philip  Larimore, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Philip  Larimore was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4635.   Brain R. Larney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Brain R. Larney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4636.   John  Larocchia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Larocchia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4637.   Anthony R. Larosa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony R. Larosa was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4638.   Joseph M. Lashendock, III, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph M. Lashendock, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4639.   Peter  Laudati, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter Laudati was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4640.   Kevin  Lavelle, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Lavelle was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4641.   Michael J. Lavin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Lavin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4642.   Kevin P. Lawe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin P. Lawe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4643.   Barry Roger Lee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Barry Roger Lee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4644.   Larry  Lee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Larry Lee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4645.   Robert  Lee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Lee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4646.  Alicia  LeGuillow, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Alicia  LeGuillow was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4647.   Joyce  Leigh, a resident of Georgia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joyce Leigh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4648.   Robert J. Leonick, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert J. Leonick, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4649.   Hursley H. Lever, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Hursley H. Lever was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4650.   James W. Lewis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James W. Lewis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4651.   Otis  Lewis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Otis Lewis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4652.   Veronica O. Li, a resident of Texas, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Veronica O. Li was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4653.   Michael  Liantonio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Liantonio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4654.   Joseph  Libretti, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  Libretti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4655.   Frank A. Licausi, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank A. Licausi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4656.   Christopher  Lindberg, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  Lindberg was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4657.  Elena  Linis, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Elena

Linis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4658.   Rosemaria  Lipari, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rosemaria  Lipari was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4659.   Emanuel Alexander Lipscomb, Jr., a resident of District of Columbia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Emanuel Alexander Lipscomb, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4660.   Antonio R. Lloret, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Antonio R. Lloret was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4661.   Anthony P. LoMeli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony P. LoMeli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4662.   Christopher V. Long, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christopher V. Long was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4663.   Arnaldo  Lopez, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Arnaldo  Lopez was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4664.   Mario  Lopez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mario Lopez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4665.   Daniel  Lopuzzo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel  Lopuzzo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4666.   Joseph  Lowney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  Lowney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4667.   Brendan P. Lowrey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brendan P. Lowrey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4668.   Edmund Scott Lucia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Edmund Scott Lucia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4669.   Kenneth J. Lucianin, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kenneth J. Lucianin was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4670.   Evelyn A. Lugo, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Evelyn A. Lugo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4671.   Leoncio  Luis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Leoncio  Luis was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4672.   Dennis A. Lusardi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis A. Lusardi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4673.   Jane  Luther-Umstadter, a resident of Michigan, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jane  Luther-Umstadter was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4674. Jesse L. Lynch, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jesse L. Lynch was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

4675. Michael P. Lynch, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael P. Lynch was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4676. Thomas S. Lynch, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas S. Lynch was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4677. Charlie Lyons, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Charlie Lyons was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4678. John Lyons, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Lyons was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4679. Michael Lyons, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Michael Lyons was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4680.   Peter M. Mabanta, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter M. Mabanta was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4681.   Neil MacIntyre, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Neil MacIntyre was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4682.   Michael A. Macko, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Macko was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4683.   Janissa Evaline Macon, a resident of Nevada, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Janissa Evaline Macon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4684.   Rico Magalhaes, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rico Magalhaes was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4685.   Thomas James Magee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas James Magee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4686.   Robert  Maguire, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Maguire was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4687.   Eugene S. Mahlstadt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eugene S. Mahlstadt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4688.   Joseph Francis Mahoney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Francis Mahoney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4689.   Thomas  Mahoney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Mahoney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4690.   Llewellyn  Malcolm, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Llewellyn  Malcolm was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4691.   Jose  Maldonado, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose  Maldonado was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4692.   Frank  hisrba, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank hisrba was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4693.   Patrick M. Malloy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick M. Malloy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4694.   Frank  Malone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank Malone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4695.   John M Maloney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M Maloney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4696.   Adriana Belo Maluendas, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Adriana Belo Maluendas was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4697.   Judy Maria Manalastas, a resident of Tennessee, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Judy Maria Manalastas was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4698.   Michael  Mandala, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael  Mandala was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4699.   Ralph  Mandia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ralph Mandia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4700.   Thomas  Manley, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas  Manley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4701.  DOE 109, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE

109 was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4702.   Robert J. Mansberger, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert J. Mansberger was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4703.   Wayne N. Manzie, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Wayne N. Manzie was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4704.   Jodie  Marcusi, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jodie  Marcusi was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4705.   Claudia P. Marin, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Claudia P. Marin was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4706.   Patrick Michael Marinelli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patrick Michael Marinelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4707.   Anthony J. Marino, Jr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Anthony J. Marino, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4708.   Donald  Marino, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Donald  Marino was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4709.   Martin Anthony Marino, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Martin Anthony Marino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4710.   Michael Patrick Marino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael Patrick Marino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4711.   Jessie  Marius, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jessie Marius was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4712.   Timothy  Marmion, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Timothy Marmion was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4713.   Juan R. Marrero, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Juan R. Marrero was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4714.   Robert W. Marshall, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert W. Marshall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4715.   Dennis J. Martin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis J. Martin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4716.   Edward E. Martin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward E. Martin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4717.   Edward P. Martin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward P. Martin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4718.   Michael G. Martin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael G. Martin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4719.   Angela  Martinez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Angela  Martinez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4720.   Jose  Martinez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose Martinez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4721.   Rafaela  Martinez, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rafaela  Martinez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4722.   James  Mascarella, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Mascarella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4723.   Anthony  Mastrelli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Anthony Mastrelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4724.   Vincenzo Mastropasqua, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincenzo Mastropasqua was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4725.   Anthony John Mattone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony John Mattone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4726.   Richard Anthony Mattone, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard Anthony Mattone was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4727.   Shawn May, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Shawn May was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4728.   Michael A. Maye, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Maye was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4729.   Jaysen Jeffrey Mayo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jaysen Jeffrey Mayo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4730.   Thomas  Mazza, a resident of Colorado, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Mazza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4731.   Edward  McAleer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  McAleer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4732.   John P. McAleese, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John P. McAleese was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4733.   John R McAllister, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John R McAllister was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4734.   Thomas H. McAllister, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Thomas H. McAllister was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4735.   John  McAndrews, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John  McAndrews was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4736.   Maureen B McArdle-Schulman, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Maureen B McArdle-Schulman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4737.   Joseph  McAuley, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  McAuley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4738.   Carl R. McBratney, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carl R. McBratney, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4739.   Mary L. McCall, a resident of Alabama, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mary L. McCall was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4740.   Michael  McCall, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  McCall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4741.   Kevin  McCarren, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin  McCarren was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4742.   James Raymond McCarthy, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Raymond McCarthy was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4743.   Dan  McCarvill, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dan McCarvill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4744.   Timothy  McCarvill, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Timothy  McCarvill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4745.   Michael  McClelland, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Michael  McClelland was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4746.   Dennis  McConville, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis  McConville was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4747.   Charles   McCormack, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Charles  McCormack was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4748.   Marianne   McCormack, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Marianne  McCormack was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4749.   Richard G McCoy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard G McCoy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4750.   Arthur  McCrossen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Arthur  McCrossen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4751.   James P. McDermott, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James P. McDermott was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4752.   Scott Ashley McDonnell, a resident of Colorado, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Scott Ashley McDonnell was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4753.   David J. McDonough, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David J. McDonough was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4754.   Gregory L. McFarland, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gregory L. McFarland was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4755.   Kevin  McGeary, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin  McGeary was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4756.  Lawrence G. McGee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

876

herein.  Lawrence G. McGee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4757.   Stephen  Mcgee, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen  Mcgee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4758.   Jon J. McGillick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jon J. McGillick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4759.   Mark  McGinty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mark  McGinty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4760.   Joseph G. McGovern, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph G. McGovern was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4761.   Thomas F. McGrade, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas F. McGrade was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4762. Patrick J. McGreen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick J. McGreen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4763. Joseph F. McGrory, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph F. McGrory was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4764. Daniel M. McGuinn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel M. McGuinn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4765. James P. McGuire, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James P. McGuire was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4766. Robert Michael McGuire, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Michael McGuire was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4767. John F. McGurren, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

John F. McGurren was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4768.   James  McHugh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James  McHugh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4769.   Edward M. McKallen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edward M. McKallen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4770.   John J. McKenna, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. McKenna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4771.   Patrick  McKenna, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick  McKenna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4772.   Richard D. McKenna, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard D. McKenna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4773.   Martin  McKeon, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Martin  McKeon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4774.   James  McLoughlin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James  McLoughlin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4775.   Kevin M. McLoughlin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin M. McLoughlin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4776.   Gerard F. McMahon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard F. McMahon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4777.   Frederick J. Mcneely, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frederick J. Mcneely was present at Four World Trade Center - Commodities Exchange Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4778.   Kevin J. McPike, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Kevin J. McPike was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4779.   Kevin  McQuilly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin  McQuilly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4780.   Ernest  Medaglia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ernest  Medaglia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4781.   Donald  Meeg, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Donald Meeg was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4782.   Oscar H. Mejia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Oscar H. Mejia was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4783.   Nexhat  Mela, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nexhat Mela was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4784.   Josefina  Mendez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Josefina  Mendez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4785.   Benjamin  Mercado, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Benjamin  Mercado was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4786.   Carmelo  Mercado, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carmelo  Mercado was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4787.   Ronald F. Merrill, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ronald F. Merrill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4788.   Roberto  Mesa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Roberto  Mesa was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4789.   John J. Messina, Jr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

John J. Messina, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4790.   Edward F. Metz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward F. Metz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4791.   Rafaela J. Meurer, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rafaela J. Meurer was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4792.   Harold  Meyers, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Harold  Meyers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4793.   Thomas  Meyers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Meyers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4794.   Kenneth G. Miccio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth G. Miccio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4795.   Richard Frank Miccio, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard Frank Miccio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4796.   Judy  Michaels, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Judy Michaels was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4797.   Joseph  Mickiewicz, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph  Mickiewicz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4798.   Glen A. Midbo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Glen A. Midbo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4799.   Ciro  Milano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ciro Milano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4800.   Roland  Miletti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Roland  Miletti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4801.   Robert  Miller, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Miller was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4802.   Thomas A. Milton, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas A. Milton was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4803.   Joseph Michael Minogue, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Michael Minogue was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4804.   William J. Mirro, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William J. Mirro was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4805.   Donald H. Mischke, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Donald H. Mischke was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4806.  Steve S. Modica, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steve S. Modica was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4807.  Bill  Moffat, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Bill Moffat was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4808.  Ram Anthony Mohabir, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ram Anthony Mohabir was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4809.  Michael  Molloy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Molloy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4810.  Joseph William Montaperto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph William Montaperto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4811.  Frank J. Montaruli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Frank J. Montaruli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4812.   Josephine  Monte, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Josephine  Monte was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4813.   John P. Mooney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John P. Mooney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4814.   Joseph Patrick Mooney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Patrick Mooney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4815.   Kevin  Moore, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Moore was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4816.   Robert E. Moore, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert E. Moore, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4817.   Tarnisa Tetenya Moore, a resident of Pennsylvania, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Tarnisa Tetenya Moore was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4818.   Edwin  Morales, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edwin  Morales was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4819.   Noel A. Moran, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Noel A. Moran was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4820.   James L. Morandi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James L. Morandi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4821.   Marc J. Morello, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Marc J. Morello was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4822.   David M. Moriarty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

David M. Moriarty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4823.   Steven  Mormino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven  Mormino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4824.   John  Morris, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Morris was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4825.   Nancy Marie Morrison, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nancy Marie Morrison was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4826.   Peter  Morrissey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter  Morrissey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4827.   Michael  Moschitta, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Moschitta was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4828.   Steven Moss, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Steven Moss was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4829.   Omar Mota, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Omar Mota was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4830.   Dennis A. Muia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis A. Muia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4831.   Matthew S. Mulhan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Matthew S. Mulhan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4832.   Michael J. Mullarkey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael J. Mullarkey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4833.   George E. Mullen, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  George E. Mullen, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4834.   Brian D. Muller, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian D. Muller was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4835.   Steven J. Muller, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven J. Muller was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4836.   Michael P. Mulligan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael P. Mulligan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4837.   Michael  Mulqueen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Mulqueen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4838.   Thomas J. Mundy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas J. Mundy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4839.   Lois J. Mungay, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lois J. Mungay was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4840.   Valeriy  Muratov, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Valeriy  Muratov was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4841.   Jennifer  Murawski, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jennifer  Murawski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4842.   Allen P. Murphy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Allen P. Murphy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4843.   David S. Murphy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David S. Murphy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4844.   Joseph J. Murphy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Joseph J. Murphy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4845.   Richard  Murphy, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Murphy was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4846.   Vincent Joseph Murphy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Vincent Joseph Murphy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4847.   James A. Murray, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James A. Murray was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4848.   Richard S. Murray, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard S. Murray was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4849.   Robert J. Murray, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert J. Murray was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4850.   Kenneth J. Muxie, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth J. Muxie was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4851.   John E. Najmy, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John E. Najmy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4852.   Parasar  Nandan, a resident of Canada, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Parasar Nandan was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4853.   Louis  Napoli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Louis Napoli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4854.   Thomas  Napolitano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Napolitano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4855.   Robert V. Narducci, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Robert V. Narducci was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4856.   Daniel  Narlock, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Daniel Narlock was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4857.   Ralph  Negron, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ralph Negron was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4858.   Dean A. Neligan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dean A. Neligan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4859.   John  Nesbitt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Nesbitt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4860.   Allan P. Neuendorf, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Allan P. Neuendorf was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4861.   Brian A. Neville, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian A. Neville was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4862.   Sean S. Newman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Sean S. Newman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4863.   Fook Sam Ngooi, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fook Sam Ngooi was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4864.   James  Niebler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James Niebler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4865.   Elizabeth  Nielsen, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Elizabeth  Nielsen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4866.  John  Nimmo, III, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

John  Nimmo, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4867.   Jose L. Nivar, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose L. Nivar was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4868.   Richard E. Nogan, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard E. Nogan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4869.   Terry Lin Norton, a resident of Massachusetts, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Terry Lin Norton was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4870.   Santos  Nunez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Santos Nunez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4871.   DOE 23, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 23 was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4872.   DOE 23, a resident of New York, brings this action on her own behalf as the Spouse of DOE 23 an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

4873.   DOE 23, a resident of New York, brings this action on his own behalf as the Child of DOE 23 an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

4874.   DOE 23, a resident of New York, brings this action on his own behalf as the Child of DOE 23 an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

4875.   Kofi Osei Nyantakyi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kofi Osei Nyantakyi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4876.   Frank  O'Brien, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank O'Brien was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4877.   John  O'Brien, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John O'Brien was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4878.   John F. O'Brien, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

John F. O'Brien was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4879.   Michael  O'Brien, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  O'Brien was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4880.   Richard  O'Brien, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  O'Brien was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4881.   Luis S. O'Campo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis S. O'Campo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4882.   Radames  Ocasio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Radames  Ocasio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4883.   Christopher  O'Connell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  O'Connell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4884.   Sean M. O'Connor, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sean M. O'Connor was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4885.   Gerard  O'Donnell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard  O'Donnell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4886.   John J. O'Donnell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. O'Donnell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4887.   Brian  O'Flaherty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian  O'Flaherty was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4888.   Robert E. O'Flaherty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert E. O'Flaherty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4889.   Joseph T. O'Hagan, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Joseph T. O'Hagan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4890.   Edward  O'Hare, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  O'Hare was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4891.   Christopher  O'Keefe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Christopher  O'Keefe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4892.   Patrick J. O'Keefe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Patrick J. O'Keefe was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4893.   Kayode  Oladunjoye, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kayode  Oladunjoye was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4894.   Dalisay Saenz Olaes, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dalisay Saenz Olaes was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

4895.   Martin J. O'Leary, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Martin J. O'Leary was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4896.   Thomas  O'Meara, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  O'Meara was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4897.   Joseph  O'Neil, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph O'Neil was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4898.   Kevin  O'Neill, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin O'Neill was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4899.   Eugene F. O'Reilly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eugene F. O'Reilly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4900.   Francisco  Ortiz, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Francisco Ortiz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4901.   Petero R. Otigho, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Petero R. Otigho was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4902.   Vincent J. Panaro, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent J. Panaro was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4903.   Keith Pander, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Keith Pander was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4904.   Carol A. Pantalone, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carol A. Pantalone was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4905.   Jennifer Panzella, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jennifer Panzella was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4906.   Victor D. Panzella, Jr., a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Victor D. Panzella, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4907.   Thomas  Papaccio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas  Papaccio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4908.   Mark  Papadopulos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mark  Papadopulos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4909.   Dean G. Pappas, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dean G. Pappas was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4910.   Ralph  Paprocki, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ralph  Paprocki was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4911.   Valentin  Paredes, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Valentin Paredes was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4912.   Salvatore Parisi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Salvatore Parisi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4913.   Wilston Lambert Parris, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Wilston Lambert Parris was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4914.   Anant Patel, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anant Patel was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4915.   Gregory Patsos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory Patsos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4916.   Paul Patsos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Paul Patsos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4917.   Louis M. Pecora, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louis M. Pecora was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4918.   Richard  Peitler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Peitler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4919.   Maria I. Pellot, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Maria I. Pellot was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4920.   Michael  Pena, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Pena was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4921.   Milcia C. Pena, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Milcia C. Pena was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4922.   Francesca  Penora, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Francesca Penora was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4923.   Ralph Pepe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ralph Pepe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4924.   Steven M. Perez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven M. Perez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4925.   Steven C. Perry, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven C. Perry was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4926.   William J. Pesature, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William J. Pesature was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4927.   Joseph G. Pesce, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph G. Pesce was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4928.  Robert E. Peters, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert E. Peters was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4929.  Nathan  Peterson, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nathan  Peterson was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4930.  Joseph M. Petrassi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph M. Petrassi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4931.  Gregory M. Petrik, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory M. Petrik was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4932.  Lori A. Pfeil, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lori A. Pfeil was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4933.  Christopher P. Piazza, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Christopher P. Piazza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4934.   Manuela  Pichardo, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Manuela  Pichardo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4935.   Pedro  Pichardo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Pedro Pichardo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4936.   Ruben Dario Pimentel, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ruben Dario Pimentel was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4937.   Vincent A. Pinto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vincent A. Pinto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4938.   Gerard  Pirraglia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard  Pirraglia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4939.   Carl J. Pisani, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carl J. Pisani was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4940.   Leonard  Pittz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Leonard  Pittz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4941.   Larrie  Placide, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Larrie Placide was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4942.   Edmund L. Plunkett, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edmund L. Plunkett was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4943.   Daniel J. Pollicino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel J. Pollicino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4944.   Dan J. Potter, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dan J.

Potter was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4945.   DOE 19, a resident of Vermont, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 19 was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4946.   John  Prendergast, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Prendergast was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4947.   Kevin J. Prendergast, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin J. Prendergast was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4948.   John  Prenty, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Prenty was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4949.   Frank  Prescia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank Prescia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4950.   Salvatore T. Princiotta, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Salvatore T. Princiotta, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4951.   Michael J. Prior, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael J. Prior was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4952.   Brian  Pritchard, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Brian  Pritchard was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4953.   William  Privitar, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William  Privitar was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4954.   Vincent  Puleo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Vincent  Puleo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4955.   Robert  Pulizzotto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Robert Pulizzotto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4956.   Daniel P. Purcell, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel P. Purcell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4957.   Francis Paul Pursley, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francis Paul Pursley was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4958.   John M. Quevedo, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John M. Quevedo, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4959.   Michael J. Quevedo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Quevedo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4960.   Edwin Quinn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edwin Quinn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4961.   Peter Adam Quinn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter Adam Quinn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4962.   Antonio   Quinones, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Antonio   Quinones was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4963.   Godwin   Quinones, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Godwin   Quinones was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4964.   Paul G. Quirke, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul G. Quirke was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4965.   James P. Rae, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James P. Rae was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4966.  Robert   Rae, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert

Rae was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4967.   Raymond  Ragucci, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Raymond  Ragucci was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4968.   Kenneth M. Rallis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth M. Rallis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4969.   Richard  Ramaizel, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Ramaizel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4970.   Juan  Ramirez, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Juan Ramirez was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

4971.   Vigita  Ramnath, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Vigita  Ramnath was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4972.   Alfonso  Ramos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alfonso  Ramos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4973.   Mildred  Ramos, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mildred  Ramos was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4974.   Robert  Ramos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Ramos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4975.   Michael  Ramputi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Ramputi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4976.   Sebastian  Raspanti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Sebastian  Raspanti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4977.   James  Reddan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James

Reddan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4978.   Joshua M. Reder, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joshua M. Reder was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4979.   Daniel James Reeber, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel James Reeber was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4980.   Pamela Rose Reeves, a resident of New Mexico, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Pamela Rose Reeves was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4981.   Richard  Regis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Regis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4982.   Joseph  Reid, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Reid was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4983.   Timothy J. Reid, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Timothy J. Reid was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4984.   Charles  Reilly, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Charles Reilly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4985.   Thomas P. Reilly, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas P. Reilly was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4986.   John E. Reinhardt, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John E. Reinhardt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4987.   Lloyd  Rendall, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lloyd  Rendall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4988.   John  Renna, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John

Renna was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4989.   Francis W. Renois, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Francis W. Renois was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4990.   Richard  Resto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Resto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4991.   Alfred W. Retundie, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Alfred W. Retundie was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4992.   Christopher  Revere, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christopher  Revere was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4993.   Fernando  Reyes, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fernando  Reyes was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4994.   Juan L. Reyes, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Juan L. Reyes was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

4995.   Karem  Reynoso, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Karem  Reynoso was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4996.   Frank  Ricca, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank Ricca was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4997.   William J. Riccardulli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William J. Riccardulli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4998.   Daniel  Ricciardi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel  Ricciardi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

4999.   Arthur J. Riccio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Arthur J. Riccio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5000.   Steven J. Richards, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven J. Richards was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5001.   Maurice  Richardson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Maurice  Richardson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5002.   Franco  Riggio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Franco Riggio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5003.   William  Riordan, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Riordan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5004.   David M. Rivas, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David M. Rivas was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5005.   Carlos A. Rivera, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carlos A. Rivera was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5006.   Edwin  Rivera, a resident of Puerto Rico, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edwin  Rivera was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5007.   Edwin  Rivera, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edwin  Rivera was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5008.   Grace  Rivera, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Grace  Rivera was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5009.   Jose  Rivera, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose Rivera was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5010.   Omayra  Rivera, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Omayra  Rivera was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5011.   Vincent  Rivera, a resident of Texas, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Vincent Rivera was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5012.   Michael  Rizzo, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Rizzo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5013.   Douglas  Robinson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Douglas  Robinson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5014.   Kenneth James Robulak, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kenneth James Robulak was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5015.   Anthony  Rocco, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony  Rocco was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5016.   Nelson  Rocha, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Nelson Rocha was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5017.   John  Roche, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Roche was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5018.   Bryan A. Rodrigues, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Bryan A. Rodrigues was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5019.   Abimael  Rodriguez, a resident of Puerto Rico, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Abimael  Rodriguez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5020.   Carlota  Rodriguez brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carlota  Rodriguez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5021.   David  Rodriguez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

David Rodriguez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5022.   Miriam Rodriguez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Miriam Rodriguez was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5023.   Rosaulina Rodriguez, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rosaulina Rodriguez was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

5024.   John Robert Rogers, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. John Robert Rogers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5025.   Julio Roig, Jr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Julio Roig, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5026.   Susana Rojas, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Susana Rojas was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5027.   John T. Rokee, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John T. Rokee was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5028.   Arnold  Roma, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Arnold Roma was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5029.   William  Romaka, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Romaka was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5030.   Filomena   Roman, a resident of Pennsylvania, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Filomena  Roman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5031.   Frank J. Romano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank J. Romano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5032.   John B. Rooney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John

B. Rooney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5033.   Victor J. Rosa, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Victor J. Rosa was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5034.   Anthony A. Rosado, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony A. Rosado was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5035.   Gwennett  Rosario, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gwennett  Rosario was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5036.   Michael J. Rossello, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael J. Rossello was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5037.   Joseph Camillo Rotondi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Camillo Rotondi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5038.   Louis  Rotondo, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louis  Rotondo was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5039.   David  Rowan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Rowan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5040.   Mark J. Rowan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mark J. Rowan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5041.   James J. Rozas, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  James J. Rozas was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5042.   Steven  Ruggiero, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven  Ruggiero was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5043.   Louis  Ruggirello, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Louis  Ruggirello was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5044.   Donald J. Ruland, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Donald J. Ruland was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5045.   Mark  Ruppert, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Mark Ruppert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5046.   Damian  Rusin, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Damian  Rusin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5047.   Marshall  Ryan, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Marshall  Ryan was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5048.   Susan S. Ryan, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Susan S. Ryan was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5049.   Thomas D. Ryan, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas D. Ryan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5050.   Michael G. Rynn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael G. Rynn was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5051.   Matthew John Salmon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Matthew John Salmon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5052.   Robert  Salmon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Salmon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5053.   Reina  Salzedo, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Reina  Salzedo was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5054.   Audrey J. Sammis, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Audrey J. Sammis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5055.   Clide R. Sampson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Clide R. Sampson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5056.   Carlos H. Sanchez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Carlos H. Sanchez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5057.   Concepcion  Sanchez, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Concepcion  Sanchez was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5058.   Jose Antonio Sanchez, Jr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Jose Antonio Sanchez, Jr. was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5059.   Joe N. Sanders, a resident of Georgia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joe N. Sanders was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5060.   Oscar F. Sandoval, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Oscar F. Sandoval was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5061.   David P. Sandvik, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David P. Sandvik was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5062.   Robert  Santandrea, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert  Santandrea was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5063.   Luis  Santiago, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Luis Santiago was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5064.   David A. Santise, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David A. Santise was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5065.   Christopher  Santos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Christopher Santos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5066.  LaShea Saunders, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. LaShea Saunders was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5067.  Glenn Savery, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Glenn Savery was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5068.  Thelma Savery, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thelma Savery was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5069.  Thomas Scally, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas Scally was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5070.  Philip J. Scarfi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Philip J. Scarfi was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5071.   Benedict  Scarsella, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Benedict  Scarsella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5072.   Carl  Scheetz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carl Scheetz was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5073.   DOE 28, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 28 was present at One Liberty Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

5074.   Donald  Schipf, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Donald Schipf was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5075.   Brian M. Schmitt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian M. Schmitt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5076.   Robert  Schmitt, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover  damages on the causes of action set forth herein.

Robert Schmitt was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5077. Edward J. Schneider, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward J. Schneider was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5078. Peter A. Schoepe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Peter A. Schoepe was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5079. Daniel R. Schofield, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel R. Schofield was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5080. Daniel Schug, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel Schug was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5081. Robert Schumacker, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Schumacker was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

935

5082.   Richard Edward Scola, a resident of North Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Edward Scola was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5083.   Anthony F. Scolavino, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Anthony F. Scolavino was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5084.   Howard  Scott, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Howard  Scott was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5085.   Daniel Paul Seaman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Daniel Paul Seaman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5086.   David  Sears, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Sears was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5087.   David  Sedacca, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

David Sedacca was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5088.   Ralph P. Seiter, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ralph P. Seiter was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5089.   Robert Senn, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Senn was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5090.   Jeffrey Sentowski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Jeffrey Sentowski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5091.   Lawrence R. Senzel, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lawrence R. Senzel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5092.   Anthony E. Sercia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony E. Sercia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5093.   William J. Sergio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William J. Sergio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5094.   Barbara  Serna, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Barbara Serna was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5095.   Kevin  Shaeffer, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Shaeffer was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

5096.   Abida  Shaikh, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Abida  Shaikh was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5097.   Stephen J. Sharp, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen J. Sharp was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5098.   Kevin M. Shea, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin

M. Shea was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5099.  John B. Sheehan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John B. Sheehan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5100.  Marilyn Joy Shepard, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Marilyn Joy Shepard was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5101.  Rodney C. Sherard, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rodney C. Sherard was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5102.  Edward John Shields, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edward John Shields was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5103.  Scott  Shields, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Scott Shields was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5104.   Steve M. Shtab, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steve M. Shtab was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5105.   Frederic  Siboulet, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frederic  Siboulet was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5106.   John  Signorelli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Signorelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5107.   Fabian  Silva, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Fabian  Silva, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5108.   Wendy Christina Silva-Smith, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Wendy Christina Silva-Smith was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5109.   Brian  Singer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Brian

Singer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5110.   Donna  Singer, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Donna  Singer was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5111.   DOE 77, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 77 was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5112.   Clarence  Singleton, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Clarence  Singleton was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5113.   Neil Jeffrey Skow, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Neil Jeffrey Skow was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5114.   Terence P. Slane, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Terence P. Slane was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5115.   Eugene  Slater, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Eugene  Slater was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5116.   Brandon J. Smith, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brandon J. Smith was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5117.   Gareth A. Smith, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gareth A. Smith was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5118.   Lauren A. Smith, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lauren A. Smith was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5119.   Michael A. Smith, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Smith was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5120.   Neta  Smith, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Neta

Smith was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5121.   Peter  Smith, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter Smith was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5122.   Todd M. Smith, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Todd M. Smith was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5123.   Andrew W. Sochinski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Andrew W. Sochinski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5124.   Salvatore  Sodano, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Salvatore  Sodano was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5125.   Richard  Souto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Souto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5126.   David  Sozio, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  David Sozio was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5127.   Michael  Spiller, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Spiller was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5128.   Robert S. Spinelli, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert S. Spinelli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5129.   Donald J. Spurrell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Donald J. Spurrell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5130.   Anthony Joseph Squillante, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Anthony Joseph Squillante was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5131.  Clifford William Stabner, a resident of Delaware, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Clifford William Stabner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5132.   Joseph R. Stach, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph R. Stach, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5133.   Nelly  Stanicich, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nelly  Stanicich was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5134.   DOE 111, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 111 was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5135.   John  Starace, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Starace was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5136.   Peter  Stathis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Peter Stathis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5137.   Dennis  Stefanak, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis  Stefanak was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5138.   Harry F. Stefandel, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Harry F. Stefandel was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5139.   William A. Steinbuch, III, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William A. Steinbuch, III was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5140.   Maximino  Sterling, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Maximino  Sterling was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5141.   John M. Stiastny, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. Stiastny was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5142.  Eugene  Stolowski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Eugene Stolowski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5143.   Ethan Strauss, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Ethan Strauss was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5144.   Rasmond E. Streker, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Rasmond E. Streker was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5145.   Paul Stroessner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Paul Stroessner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5146.   Stephen E. Stroh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Stephen E. Stroh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5147.   Scott C. Stromer, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Scott C. Stromer was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5148.   Anthony E. Suchon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony E. Suchon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5149.   Gerard  Suden, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gerard Suden was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5150.   Devindra  Sukhram, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Devindra  Sukhram was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5151.   Linda  Sulfaro, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Linda Sulfaro was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5152.   Edward  Sullivan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Sullivan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5153.   John Joseph Sullivan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  John Joseph Sullivan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5154.   John M. Sullivan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. Sullivan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5155.   Lawrence J. Sullivan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lawrence J. Sullivan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5156.   Michael P. Sullivan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael P. Sullivan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5157.   Kenneth A. Summers, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kenneth A. Summers was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5158.   Randolph J. Supek, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Randolph J. Supek was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5159.   Robert  Sutton, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert Sutton was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5160.   Alfred  Suwara, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alfred  Suwara was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5161.   Otto W. Suwara, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Otto W. Suwara was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5162.   Ronald  Svec, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ronald Svec was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5163.   Thomas  Swannick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas  Swannick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5164.   Gerard F. Sweeney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Gerard F. Sweeney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5165.   Joseph  Swick, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Joseph Swick was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5166.   Steven M. Syrop, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven M. Syrop was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5167.   Joseph  Szymanski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Joseph  Szymanski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5168.   Soudabeh  Tabatabai, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Soudabeh  Tabatabai was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5169.   John Francis Taggart, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Francis Taggart was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5170.  Carol L. Tannenbaum, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Carol L. Tannenbaum was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5171.  Timothy J. Tarpey, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Timothy J. Tarpey was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5172.  Expedito  Tavarez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Expedito  Tavarez was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5173.  Havergail  Taylor, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Havergail  Taylor was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5174.  Roxanne  Taylor, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Roxanne  Taylor was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5175.  Geraldine  Teixeira, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Geraldine  Teixeira was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5176.   Michael A. Telesca, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael A. Telesca was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5177.   Bidiawattie  Tewari, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Bidiawattie  Tewari was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5178.   Recioe  Thomas, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Recioe  Thomas was present at One Liberty Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

5179.   Denise  Thompson, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Denise  Thompson was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5180.   Lloyd Anthony Thompson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Lloyd Anthony Thompson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5181.   Dennis J. Thomson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis J. Thomson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5182.   Frank R. Thurlow, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Frank R. Thurlow was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5183.   DOE 92, a resident of District of Columbia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. DOE 92 was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

5184.   Roderic S. Tierney, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Roderic S. Tierney was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5185.   Richard  Tishler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard  Tishler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5186.   John A. Tiska, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John A.

Tiska was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5187.   Anthony  Tito, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Anthony  Tito was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5188.   Michael K. Tobin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael K. Tobin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5189.   Edward H. Tomaszewski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Edward H. Tomaszewski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5190.   Salvatore S. Torcivia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Salvatore S. Torcivia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5191.   Gabriel  Torres, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gabriel  Torres was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5192.   Johnny  Torres, a resident of Arizona, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Johnny Torres was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5193.   Louis  Torres, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Louis Torres was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5194.   Miguel  Torres, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Miguel Torres was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5195.   Michael  Tracy, a resident of Connecticut, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Tracy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5196.   John  Treglia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Treglia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5197.   Joseph M. Trezza, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Joseph M. Trezza was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5198.   Alfred  Trinidad, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Alfred  Trinidad was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5199.   Douglas  Tripken, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Douglas  Tripken was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5200.   Michael  Tripptree, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Tripptree was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5201.   Louis M. Troisi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Louis M. Troisi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5202.   Stanley  Trojanowski, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Stanley  Trojanowski was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5203.   Larry Troy, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Larry Troy was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5204.   Dell Truax, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dell Truax was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5205.   Kevin M. Tully, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kevin M. Tully was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5206.   Steven Turilli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Steven Turilli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5207.   Thomas V. Turilli, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas V. Turilli was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5208.   Joseph A. Tursi, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Joseph A. Tursi was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5209.   Antonina  Tutkaj, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Antonina  Tutkaj was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5210.   John M. Tyson, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John M. Tyson was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5211.   Nosa E. Ugiagbe, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nosa E. Ugiagbe was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5212.   Gisela  Valencia, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gisela  Valencia was present at Five World Trade Center - Northeast Plaza and sustained injuries as a result of a terrorist attack on September 11, 2001.

5213.   Dennis J. Valentin, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis J. Valentin was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5214.   Hilda  Valentine, a resident of Virginia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Hilda Valentine was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5215.   Robert  Van Houten, a resident of Pennsylvania, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Robert  Van Houten was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5216.   William C. Van Name, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William C. Van Name was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5217.   Bruce J. Van Nosdall, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Bruce J. Van Nosdall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5218.   Jennifer Leigh Van Zanten, a resident of Delaware, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.   Jennifer Leigh Van Zanten was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5219.   Anthony  Vanacore, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Anthony Vanacore was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5220. Robert Varese, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Varese, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5221. Yuni Vasquez, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Yuni Vasquez was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5222. Al Vega, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Al Vega was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5223. Emmanuel Vega, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Emmanuel Vega was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5224. Charles Vella, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Charles Vella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5225.   James A. Vella, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James A. Vella was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5226.   Lawrence  Vento, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Lawrence  Vento was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5227.   Nellie  Verdejo, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Nellie  Verdejo was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5228.   John S. Verme, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John S. Verme was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5229.   John  Verrengia, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John Verrengia was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5230.   Timothy  Villari, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Timothy  Villari was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5231.   Dominick  Vincenti, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dominick  Vincenti was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5232.   Bryan  Violetto, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Bryan  Violetto was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5233.   Darlene Helen Vollenberg, a resident of New Jersey, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Darlene Helen Vollenberg was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5234.   Gerard  Von Essen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gerard  Von Essen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5235.   Brian  Voos, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Brian Voos was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5236.   Edward  Wagner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Edward  Wagner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5237.   Daniel S. Walis, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Daniel S. Walis was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5238.   Mickey  Walker, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Mickey  Walker was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5239.   Brian P. Wall, a resident of New Hampshire, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Brian P. Wall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5240.   Patrick  Wall, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Patrick Wall was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5241.   Kerry M. Walsh, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Kerry M. Walsh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5242.   DOE 113, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  DOE 113 was present at Six World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5243.   Neil Patrick Walsh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Neil Patrick Walsh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5244.   Cecil R. Ward, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Cecil R. Ward was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5245.   Frank J. Ward, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Frank J. Ward was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5246.   Richard H. Ward, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Richard H. Ward was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5247.   Sandra  Ward, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Sandra Ward was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5248.   Thomas P. Ward, a resident of South Carolina, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas P. Ward was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5249.   Thomas A. Warkenthien, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Thomas A. Warkenthien was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5250.   Cynthia  Warren, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Cynthia  Warren was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5251.   Wayne A. Warren, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Wayne A. Warren was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5252.   Romuald  Waszielewicz, a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth

herein.  Romuald  Waszielewicz was present at One World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5253.   Christian R. Waugh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christian R. Waugh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5254.   Michael A. Weaver, Sr., a resident of Maryland, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Michael A. Weaver, Sr. was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

5255.   David  Weber, Sr., a resident of New Jersey, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. David  Weber, Sr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5256.   William G. Weinert, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William G. Weinert was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5257.  Gregg  Weisenburger, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Gregg  Weisenburger was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5258.   Gary Dennis Welge, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gary Dennis Welge was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5259.   Michael  Welsh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Welsh was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5260.   James M. Werner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. James M. Werner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5261.   Kevin  Whalen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kevin Whalen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5262.   Paul A. Whalen, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Paul A. Whalen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5263.   Brendan J. Whelan, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Brendan J. Whelan was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5264.   Henry W. White, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Henry W. White was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5265.   Yaeno  White, a resident of California, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Yaeno White was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5266.   Steve  Wiesner, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Steve Wiesner was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5267.   Michael  Wilbur, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Michael  Wilbur was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5268.   Barbara Matilda Williams, a resident of Florida, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Barbara Matilda Williams was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5269.   George  Wilton, Jr., a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. George  Wilton, Jr. was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5270.   Ken  Wiltse, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Ken Wiltse was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5271.   Kenneth  Winkler, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Kenneth  Winkler was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5272.   Walter  Wissell, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Walter  Wissell was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5273.   John J. Wojcik, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John J. Wojcik was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5274.   Clifford  Wolken, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.

Clifford  Wolken was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5275.   Phidia  Wong, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Phidia Wong was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5276.   William E. Woodlon, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William E. Woodlon was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5277.   William  Woytkin, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. William  Woytkin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5278.   Robert Eric Wright, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Robert Eric Wright was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5279.   William K. Wright, a resident of District of Columbia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  William K. Wright was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

5280.   Gregory  Wyckoff, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Gregory  Wyckoff was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5281.   John D. Yates, a resident of Virginia, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John D. Yates was present at Pentagon and sustained injuries as a result of a terrorist attack on September 11, 2001.

5282.   Neal   Yellen, a resident of Florida, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Neal Yellen was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5283.   Kah L. Yeoh, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Kah L. Yeoh was present at Three World Trade Center - Marriott Hotel and sustained injuries as a result of a terrorist attack on September 11, 2001.

5284.   Christopher  Young, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Christopher  Young was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5285.  Dianne  Young, a resident of Virginia, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Dianne

Young was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5286.   John E. Young, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  John E. Young was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5287.   Thomas H. Young, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Thomas H. Young was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5288.   Angelo  Zecca, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Angelo Zecca was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5289.   Helen  Zerlin, a resident of New York, brings this action on her own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Helen Zerlin was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5290.   Dennis  Zimmerman, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein. Dennis  Zimmerman was present at World Trade Center area and sustained injuries as a result of a terrorist attack on September 11, 2001.

5291.  Richard Stephen Zletz, a resident of New York, brings this action on his own behalf as an Injured Party, and is entitled to recover damages on the causes of action set forth herein.  Richard Stephen Zletz was present at Two World Trade Center and sustained injuries as a result of a terrorist attack on September 11, 2001.

5292.  Plaintiff Teri D. Fields is a resident of GA, and brings this action as the Personal Representative of the Estate of Adolfo Martin Arzu and is entitled to recover damages on the causes of action set forth herein.  Adolfo Martin Arzu was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5293.  Plaintiff Hillary Katzman is a resident of Florida, and brings this action as the Personal Representative of the Estate of Howard Katzman and is entitled to recover damages on the causes of action set forth herein.  Howard Katzman was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5294.  Plaintiff Denise E. Kelly is a resident of New York, and brings this action as the Personal Representative of the Estate of Thomas J. Kelly and is entitled to recover damages on the causes of action set forth herein.  Thomas J. Kelly was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5295.  Plaintiff Michelle Luchetti is a resident of New York, and brings this action as the Personal Representative of the Estate of Alfred Luchetti and is entitled to recover damages on the causes of action set forth herein.  Alfred Luchetti was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5296.  Plaintiff Lynn McKnight is a resident of New York, and brings this action as the Personal Representative of the Estate of Roger J. McKnight and is entitled to recover damages

on the causes of action set forth herein.   Roger J. McKnight was present Two World Trade Center and killed as a result of a terrorist attack on September 11, 2001.

5297.   Plaintiff Lisa Ortiz is a resident of New York, and brings this action as the Personal Representative of the Estate of Angel R. Ortiz and is entitled to recover damages on the causes of action set forth herein.   Angel R. Ortiz was present Three World Trade Center - Marriott Hotel and killed as a result of a terrorist attack on September 11, 2001.

5298.   Plaintiff Irene Provenzano is a resident of New York, and brings this action as the Personal Representative of the Estate of Salvatore Provenzano and is entitled to recover damages on the causes of action set forth herein.   Salvatore Provenzano was present Two World Trade Center and killed as a result of a terrorist attack on September 11, 2001.

5299.   Plaintiff Kathleen Shagi is a resident of New York, and brings this action as the Executor of the Estate of Michael Shagi and is entitled to recover damages on the causes of action set forth herein.   Michael Shagi was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5300.   Plaintiff Thomas D. Duling is a resident of Virginia, and brings this action as the Personal Representative of the Estate of Marion Morvet Ward and is entitled to recover damages on the causes of action set forth herein.   Marion Morvet Ward was present the Pentagon and killed as a result of a terrorist attack on September 11, 2001.

5301.   Plaintiff Peggy J. Waters is a resident of New York, and brings this action as the Personal Representative of the Estate of Gregory A. Waters and is entitled to recover damages on the causes of action set forth herein.   Gregory A. Waters was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5302.   Plaintiff Danielle Cioffi is a resident of New York, and brings this action as the Personal Representative of the Estate of William Tracy and is entitled to recover damages on the causes of action set forth herein.  William Tracy was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5303.   Plaintiff Ina Barnes is a resident of New Jersey, and brings this action as the Personal Representative of the Estate of Roy J. Barnes and is entitled to recover damages on the causes of action set forth herein.  Roy J. Barnes was present in the World Trade Center area and killed as a result of a terrorist attack on September 11, 2001.

5304.   Fada Silva brings a claim as the Personal Representative of the Estate of Louis M. Garriz who was previously injured in the terrorist attacks on September 11, 2001, and is now deceased.  The Estate of Louis M. Garriz brings this action and is entitled to recover damages on the causes of action set forth herein.

5305.   Mary Jean Holly brings a claim as the Representative of the Estate of James Holly who was previoulsy injured in the terrorist attacks on September 11, 2001 and is now deceased. The Estate of James Holly brings this action and is entitled to recover damages on the causes of action set forth herein.

5306.   Plaintiff Melanie A. Hunt is a resident of the State of New Jersey and brings a claim as the child of Jean Marlene Hunt who was injured in the terrorist attacks on September 11, 2001 and is entitled to recover damages on the causes of action set forth herein.

5307.   Plaintiff Candee J. Maltese is a resident of the State of New Jersey and brings a claim as the child of Jean Marlene Hunt who was injured in the terrorist attacks on September 11, 2001 and is entitled to recover damages on the causes of action set forth herein.

5308.   America Peralta brings a claim as the Representative of the Estate of Guido Omar Peralta who was previously injured in the terrorist attacks on September 11, 2001, and is now deceased.  The Estate of Guido Omar Peraltal brings this action and is entitled to recover damages on the causes of action set forth herein.

5309.   Virtudes Prianto brings a claim as the Representative of the Estate of Bambang Prianto who was previously injured in the terrorist attacks on September 11, 2001, and is now deceased.  The Estate of Bambang Prianto brings this action and is entitled to recover damages on the causes of action set forth herein.

5310.   Plaintiff Teresa Roig is a resident of the State of New Jersey and is the ex-wife of Julio Roig, Jr. who was injured in the terrorist attacks on September 11, 2001.  Teresa Roig brings this action on her own behalf and on behalf of the minor children of Julio Roig, Jr. and is entitled to recover damages on the causes of action set forth herein.

5311.   Gail Sullivan brings a claim on behalf of the Estate of James Holly as his wife. James Holly was previoulsy injured in the terrorist attacks on September 11, 2001 and is now deceased.  The Estate of James Holly brings this action and is entitled to recover damages on the causes of action set forth herein.