# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 03-CV-9849 (GBD)(SN) (S.D.N.Y.)*

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED and DECREED that Plaintiffs' Motion for Leave to Amend Complaint Under Rule 15 is GRANTED.

IT IS FURTHER ORDERED that the *Burnett* Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi Arabia attached as Exhibit A to Plaintiffs' Memorandum of Law will be treated and accepted as a further amendment to each of the Plaintiffs' previously filed and operative Amended Complaints and pleadings, and that the operative Amended Complaints and pleadings so identified in the *Burnett* Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi Arabia shall remain in force.

SO ORDERED:

Dated:                                          _____