UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2017

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Burnett v. Al Baraka Investment and Development Corp.</u>, 03-CV-9849 (GBD)(SN)

The <u>Burnett</u> Plaintiffs move to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) by filing the proposed <u>Burnett</u> Plaintiffs' Amended Complaint adding the Kingdom of Saudi Arabia. Plaintiffs seek to assert claims under the Justice Against Sponsors of Terrorism Act ("JASTA"), Pub. L. No. 114-222, 130 Stat. 852 (Sept. 28, 2016), which created an additional exception to sovereign immunity for cases against foreign states arising from acts of international terrorism occurring in the United States (28 U.S.C. § 1605B), revised the Anti-Terrorism Act ("ATA") to recognize aiding and abetting and conspiracy liability (18 U.S.C. § 2333(d)), and otherwise modified the statutory framework applicable to their claims.

By letter dated March 16, 2017, the Kingdom of Saudi Arabia represented that they would not oppose plaintiffs' motion to amend their complaint. ECF No. 3461. Therefore, keeping with the Federal Rule 15(a)(2)'s exhortation that "[t]he court should freely give leave when justice so requires," the Plaintiffs' Motion for Leave to Amend Complaint Under Rule 15 is GRANTED.

IT IS FURTHER ORDERED that the <u>Burnett</u> Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi Arabia attached as Exhibit A to Plaintiffs' Memorandum of Law will be treated and accepted as a further amendment to each of the Plaintiffs' previously filed and operative Amended Complaints and pleadings, and that the operative Amended Complaints and

pleadings so identified in the Burnett Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi Arabia shall remain in force.

The Clerk of Court is respectfully requested to close ECF No. 3453 in In re: Terrorist Attacks On September 11, 2001, 03-MDL-1570 (GBD)(SN), and ECF No. 737 in Burnett v. Al Baraka Investment and Development Corp., 03-CV-9849 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 17, 2017
         New York, New York