```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON            03 MDL 1570 (GBD)(SN)
        SEPTEMBER 11, 2001
                                                 **ORDER**

------------------------------------------------------------X

VIRGINIA DECOLA BOWROSEN, et al.,

                 Plaintiffs,              16-CV-8070 (GBD)(SN)

       -against-

KINGDOM OF SAUDI ARABIA,

                 Defendant.

------------------------------------------------------------X
CARON ADDESSO, et al.,

                 Plaintiffs,              16-CV-9937 (GBD)(SN)

       -against-

KINGDOM OF SAUDI ARABIA, et al.,

                 Defendants.

------------------------------------------------------------X
ANTOINETTE MCCARTHY, et al.,

                 Plaintiffs,              16-CV-8884 (GBD)(SN)

       -against-

KINGDOM OF SAUDI ARABIA, et al.,

                 Defendants.

------------------------------------------------------------X

```
-----------------------------------------------------------------X
LUIS AGUILAR, et al.,

                                        Plaintiffs,          16-CV-9663 (GBD)(SN)

                -against-

KINGDOM OF SAUDI ARABIA, et al.,

                                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
MIRIAM HODGES, et al.,

                                        Plaintiffs,          17-CV-0117 (GBD)(SN)

                -against-

KINGDOM OF SAUDI ARABIA, et al.,

                                        Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
STEPHANIE ROSS DESIMONE,

                                        Plaintiff,           17-CV-0348 (GBD)(SN)

                -against-

KINGDOM OF SAUDI ARABIA,

                                        Defendant.
-----------------------------------------------------------------X
```

```
------------------------------------------------------------------X
```
**TIMOTHY AIKEN, et al.,**

                             **Plaintiffs,**              **17-CV-0450 (GBD)(SN)**

              -against-

**KINGDOM OF SAUDI ARABIA, et al.,**

                             **Defendants.**

```
------------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

       This Order concerns all new cases filed against the Kingdom of Saudi Arabia and related defendants after the Congressional approval of the Justice Against Sponsors of Terrorism Act of 2016 ("JASTA"), and whose cases have been accepted as related and consolidated into the <u>In re Terrorist Attacks of September 11, 2011</u>, 03-MDL-1570 (GBD)(SN), multidistrict litigation ("MDL").

       It is counsel's responsibility to check not only the ECF docket for their cases, but also the 03-MDL-1570 docket because orders docketed therein apply to all cases consolidated with the MDL. As relevant to these cases, counsel should be aware that my February 16, 2017 Order (ECF No. 3449), extended the deadline for the Kingdom of Saudi Arabia to file a motion to dismiss to June 1, 2017, as to all complaints filed against it. To the extent that the phrasing "newly filed complaints" in that Order is ambiguous, the Court clarifies that the Order applies to all cases against Saudi Arabia within the MDL. Counsel should also be aware that their presence is required at a status conference scheduled for 3:00 p.m. on Thursday, March 23, 2017, in Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007.

Furthermore, <u>any</u> filing in any related case must <u>also</u> be filed on the 03-MDL-1570 docket. This ensures that all parties in the MDL are apprised of any matter that may affect them, and permits the Court to engage in sound docket management. Any documents that have not been so filed, including the recent motions for service by publication filed in certain cases, are to be refiled on the 03-MDL-1570 docket.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            March 17, 2017