USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/17/2017

KELLOGG, HANSEN, TODD, FIGEL & FRE[DERICK]

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 16, 2017

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
              *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, 04 CIV 5970
                  (GBD) (SN)
              *Estate of Thomas Burnett, Jr., et al. v. Al Baraka Investment & Development
                  Corp., et al.*, 03 CV 9849 (GBD) (SN)
              *Euro Brokers, Inc., et al. v. Al Baraka Investment & Development Corp., et al.*,
                  04 CV 7279 (GBD) (SN)

              Status Conference Scheduled for March 23, 2017

Dear Judge Netburn:

       The Kingdom of Saudi Arabia writes, with the concurrence of the Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC") and the Plaintiffs' Executive Committees, in response to the Court's order to the parties to submit a letter by March 16 indicating whether it is necessary to hold a status conference on March 23. All parties are in agreement that no status conference is necessary.

       The Plaintiffs' Executive Committees served their proposed consolidated amended complaint for the remanded actions on the Kingdom and the SHC on March 1, 2017. After reviewing the proposed consolidated amended complaint, the Kingdom and the SHC have determined that they will not oppose the amendment, but will each move to dismiss the consolidated amended complaint by June 1, as contemplated in the scheduling order already entered by the Court.

       Also on March 1, counsel for the *Burnett* and *Euro Brokers* plaintiffs informed the Kingdom by letter of their intention to amend their complaints to "track almost identically the

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

The Honorable Sarah Netburn
March 16, 2017
Page 2

Consolidated Amended Complaint being provided today by the Plaintiffs' Executive Committee" and to name the Kingdom as a defendant.  On March 6, counsel for the *Continental Casualty* plaintiffs sent a similar letter, informing the Kingdom of their intention to amend their complaint to "closely track[] the Consolidated Amended Complaint which was transmitted to you on March 1, 2017 by the Plaintiffs' Executive Committee" and to add the Kingdom as a defendant.  The Kingdom will not oppose amendment of the *Burnett*, *Continental Casualty*, or *Euro Brokers* complaints, and will move to dismiss them.  The Kingdom and the SHC respectfully request that the Court enter an order requiring the Plaintiffs' Executive Committees to file their Consolidated Amended Complaint by March 23, 2017, and that the amended complaints in *Burnett*, *Continental Casualty*, and *Euro Brokers* also be filed by that date.  The Kingdom and the SHC respectfully request that the Court set their deadline to move to dismiss those complaints as June 1, consistent with the Court's scheduling order as Plaintiffs' counsel have indicated they do not object to a unified motion to dismiss schedule.  It appears likely that single, consolidated motions to dismiss by the Kingdom and by the SHC will be the most appropriate and efficient way to address all of the new complaints at once.

In declining to oppose the proposed amendments, the Kingdom and the SHC do not concede the sufficiency of any of the proposed amended complaints in any way, but reserve all defenses, objections, and any other available arguments or contentions for their forthcoming motions or to be raised by any other appropriate means.

Seeing no issues for the Court to address prior to the Kingdom and the SHC filing motions to dismiss, the Kingdom, the SHC, and the Plaintiffs' Executive Committees respectfully request that the upcoming status conference be cancelled.

---

All plaintiffs who shall be amending their complaint to include the Kingdom of Saudi Arabia shall file their amended complaints by Wednesday, March 23, 2017. The Kingdom of Saudi Arabia and the SHC shall move to dismiss these complaints no later than June 1, 2017.

A separate order shall be issued concerning the March 23, 2017 status conference.
**SO ORDERED.**

New York, New York
March 17, 2017

SARAH NETBURN
United States Magistrate Judge