```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
        SEPTEMBER 11, 2001

-----------------------------------------------------------------X       STATUS CONFERENCE
                                                                              ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2017

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received the parties' joint March 16, 2017 letter stating that their view that the conference scheduled before myself and the Honorable George B. Daniels at 3:00 P.M. on Thursday, March 23, 2017, in Courtroom 11A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007 is unnecessary. Accordingly, this conference is CANCELLED.

However, in light of the filing of numerous tag-along actions against the Kingdom of Saudi Arabia, the Court has case management concerns that it needs to address with the parties as part of its responsibility to manage the pretrial process. Therefore, the Court schedules a limited status conference for 3:00 P.M. on Thursday, March 23, 2017, in Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007.

The following parties are ordered to attend this conference.

(1) Counsel for plaintiffs in all newly-filed cases against Saudi Arabia, including:

Bowrosen v. Kingdom of Saudi Arabia, 16cv8070 (GBD)(SN)
McCarthy v. Kingdom of Saudi Arabia, 16cv8884 (GBD)(SN)
Addesso v. Kingdom of Saudi Arabia, 16cv9937 (GBD)(SN)
Aguilar v. Kingdom of Saudi Arabia, 16cv9963 (GBD)(SN)
Hodges v. Kingdom of Saudi Arabia, 17cv117 (GBD)(SN)
Desimone v. Kingdom of Saudi Arabia, 17cv348 (GBD)(SN)
Aiken v. Kingdom of Saudi Arabia, 17cv450 (GBD)(SN)

In the event that the Court has overlooked a newly-filed case against Saudi Arabia that is part of this multidistrict litigation, plaintiffs' counsel in such case shall attend the status conference and bring this to the Court's attention.

(2) At least one representative of the Plaintiffs' Executive Committee;

(3) At least one representative of the Defendants' Executive Committee;

(4) Counsel for the Kingdom of Saudi Arabia.

Other parties in the multidistrict litigation may attend the conference if they have any matters to bring to the Court's attention, but are not required to be present.

The agenda for the conference shall include the following:

(1) What role the Plaintiffs' Executive Committee will play with regards to the newly-filed cases against the Kingdom of Saudi Arabia ("KSA");

(2) Why certain plaintiffs in the multidistrict litigation—<u>Continental Causalty Co. v. Al Qaeda Islamic Army</u>, 04-CV-5970 (GBD)(SN); <u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-9849 (GBD)(SN); and <u>Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.</u>, 04-CV-7279—are filing separate amended complaints against the KSA instead of joining in the Plaintiffs' Executive Committee's consolidated amended complaint;

(3) Motion for service by publication against non-KSA defendants filed in <u>Addesso</u>, <u>Aguilar</u>, <u>Hodges</u>, and <u>Aiken</u>, and the Defendants' Executive Committee's views on such motion;

(4) Whether <u>Addesso</u>, <u>Aguilar</u>, <u>Hodges</u>, and <u>Aiken</u>, all filed by the same counsel, can or should be consolidated into a single case; and

(5) Any other matters that the parties would like to raise with the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         March 17, 2017