## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re: TERRORIST ATTACKS ON
     SEPTEMBER 11, 2001          03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------X

| | |
|---|---|
| AGUILAR, et. al., | ) |
|             Plaintiffs, | ) |
|    v. | ) CASE NO.: 16-CV-09663 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|             Defendants. | ) |
| | |
| ADDESSO, et. al., | ) |
|             Plaintiffs, | ) |
|    v. | ) CASE NO.: 16-CV-09937 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|             Defendants. | ) |
| | |
| HODGES, et. al., | ) |
|             Plaintiffs, | ) |
|    v. | ) CASE NO.: 17-CV 00117 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|             Defendants. | ) |
| | |
| AIKEN, et. al., | ) |
|             Plaintiffs, | ) |
|    v. | ) CASE NO.: 17-CV-00450 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|             Defendants. | ) |

## NOTICE OF MOTION FOR LEAVE TO SERVE DEFENDANTS BY PUBLICATION

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Napoli Shkolnik, PLLC, counsel for the Plaintiffs herein shall apply to the Honorable George B. Daniels, U.S.D.J., at the courthouse of the Southern District of New York located at 500 Pearl Street, New York, New York, Courtroom 11-A for an Order granting Plaintiff's Leave to Serve the Defendants herein with service of process be means of publication. and any other appropriate relief which this Court deems just and proper.

Dated: March 14, 2017

                                                __/s/ Christopher R. LoPalo____
                                                Christopher R. LoPalo (CL-6466)
                                                Napoli Shkolnik, PLLC
                                                400 Broadhollow Rd., Ste 305
                                                Melville, New York 11747
                                                (212) 397-1000