

# KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

March 22, 2017

ECF
Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)

Dear Magistrate Judge Netburn,

    As you know, I am Co-Chair of the Plaintiffs Executive Committee ("PEC") and represent the *Ashton* plaintiffs. I write in response to the March 21, 2017 letter of Mr. Kellogg.

    Actions against the Kingdom of Saudi Arabia were brought by the *Federal Insurance* and *O'Neill* plaintiffs many years ago. The *Ashton* plaintiffs (and also the *Burnett* plaintiffs) previously sued the defendant Saudi High Commission (SHC) -- but had not until this month named the Kingdom of Saudi Arabia as a defendant.

    It was our understanding that the Court's scheduling order to send an amended complaint to Mr. Kellogg for review by March 1, 2017 applied only to those plaintiffs that had previously sued the Kingdom of Saudi Arabia.

    We advised our fellow PEC members that our clients wanted to file our own separate complaint before the *Federal Insurance* and *O'Neill* plaintiffs, together with the *Burnett* plaintiffs, sent Mr. Kellogg their Consolidated Amended Complaint on March 1. That Complaint did not name or include the *Ashton* plaintiffs. Mr. Kellogg subsequently agreed to the filing of amended complaints, which were done on Friday, March 17. We then proceeded to file the *Ashton* complaint on behalf of our plaintiffs this past Monday, March 20.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

Magistrate Judge Sarah Netburn
United States District Court
Page 2

It is apparent that Mr. Kellogg believed that all plaintiffs had joined in one complaint, but that is not correct. In any event, there has been no unnecessary delay or prejudice to the Kingdom of Saudi Arabia. We have no objection to an appropriate revision of the motion schedule if requested by Mr. Kellogg.

> Respectfully submitted,
>
> By: /s/ James P. Kreindler
> James P. Kreindler (JK7084)

JPK/gm
cc: Michael K. Kellogg, Esq.
    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
    Sumner Square, 1615 M Street, N.W., Suite 400
    Washington, D.C. 20036