UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing applies to:

*The Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-1076 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (FM)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

March 23, 2017

                        By: /s/ Ethan W. Middlebrooks
                               Ethan W. Middlebrooks, Esq.

                               Anderson Kill P.C.
                               1251 Avenue of the Americas
                               New York, New York 10020-1182
                               Telephone: 212-278-1000
                               E-mail: emiddlebrooks@andersonkill.com

                               *Attorneys for Plaintiffs*
                               *Estate of John P. O'Neill, Sr., et al.*