## *APPENDIX*

## HOMER PLAINTIFFS

1.      **Melodie Homer** is the Personal Representative of the **Estate of LeRoy W. Homer, Jr.**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

2.      **Melodie Homer** is the surviving Spouse of LeRoy W. Homer, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

3.      **Melodie Homer** brings this action as parent and natural guardian of **Laurel Homer,** a minor surviving daughter of LeRoy W. Homer, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

4.      **Joyce Ann Rodak** is the surviving Spouse of **John M. Rodak**, a decedent who was killed as a result of the terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

5.      **Joyce Ann Rodak** is the parent and natural guardian of minor **Chelsea Nicole Rodak**, a surviving minor Child of **John M. Rodak**, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

6.     **Joyce Ann Rodak** is the parent and natural guardian of minor **Devon Marie Rodak**, a surviving minor child of **John M. Rodak**., and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

7.     **Alice Carpeneto** is a surviving Parent of **Joyce Ann Carpeneto**, a decedent who was killed as a result of the terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

8.     **Jin Liu** is the surviving Spouse of **Liming Gu**, a decedent who was killed as a result of the terrorist attack on the World Trade Center on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

9.     **Jin Liu** is the parent and natural guardian of **Alan Gu, a minor Child of Liming Gu**, a decedent who was killed as a result of the terrorist attack on the World Trade Center on September 11, 2001.

10.     **Raymond Anthony Smith** is the Administrator of the **Estate of George Eric Smith**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

11.     **Raymond Anthony Smith** is the Sibling of **George Eric Smith**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

12.     **Keith A. Bradkowski** is the Administrator of the Estate of **Jeffrey D. Collman**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein..

13.     **Dwayne W. Collman** is a surviving Parent of **Jeffrey D. Collman**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

14.     **Charles Collman** is a surviving Sibling of **Jeffrey D. Collman**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

15.     **Brian Collman** is a surviving Sibling of **Jeffrey D. Collman**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

16.     **Brenda Sorenson** is a surviving Sibling of **Jeffrey D. Collman**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

17.     **Kelly Arthurs** is a surviving Step-Sibling of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

18.     **Michelle Arthurs** is a surviving step-mother of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

19.     **Karen Bingham** is a surviving Step-Mother of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

20.     **Heather Strickland** is a surviving Step-Sibling of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

21.     **Michelle Clendenney** is a surviving Step-Sibling of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

22.     **Alice Hoagland, a/k/a Alice Hoglan**, is the Executrix for the Estate of **Herbert Hoglan, deceased.**  Herbert was a surviving Grandfather (now deceased) of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and in such capacity is entitled to recover damages on the causes of action set forth herein.

23.     **D. Linden Hoglan** is a surviving Uncle of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

24.     **Lee N. Hoglan** is a surviving Uncle of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

25.     **Julie Bertelsen Hoglan** is a surviving Aunt of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

26.     **Vaughn V. Hoglan** is a surviving Uncle of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

27.     **Kathleen Brady Knudsen Hoglan** is a surviving Aunt of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

28.     **Candyce Sue Hoglan** is a surviving Aunt of Mark Kendall Bingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

29.     **Arline Peabody** is a surviving Step-Mother of Michael Bane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

30.     **Brian Major** is a surviving Step-Sibling of Michael Bane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

31. **Brenda Jobe** is a surviving Step-Sibling of Michael Bane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

32. **Joseph Carpeneto** is a surviving Brother of Joyce Ann Carpeneto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

33. **Dian Dembinski** is the Personal Representative of the **Estate of Sandra Wright Cartledge, o**ne of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

34. **Dian Dembinski** is a surviving Sibling of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

35. **Loretta Haines** is a surviving Sister of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

36. **Stephen Bradish** is a surviving Brother of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

37. **Geraldine Deborah Spaeter** is a surviving Sister of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

38.    **Jack Bradish a/k/a/ John Bradish** is a surviving Brother of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

39.    **Patricia Mason** is a surviving Sibling of Sandra Wright, one of the Decedents murdered as a result of the terrorist attacks of September, 1, 2001, and is entitled to recover damages on the causes of action set forth herein.

40.    **Nicholas Chirchirillo** is a surviving Child of Peter Chirchirillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

41.    **Michael Chirchirillo** is a surviving Child of Peter Chirchirillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

42.    **Joan Ann Coale** is a surviving Parent of Jeffrey Coale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

43.    **Leslie Coale Brown** is a surviving Sibling of Jeffrey Coale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

44.    **Jeannette Coffey**, is a surviving parent of Daniel M. Coffey and surviving grandparent of Jason Coffey, both of whom are Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

45. **Jeannette Coffey** is the Personal Representative of the **Estate of Daniel F. Coffey, Jr.**, a parent of Daniel M. Coffey and surviving grandparent (now deceased) of Jason Coffey, both of whom are Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

46. **Colleen McDonald** is a surviving Fiancée of Jason Coffey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

47. **Keith Bradkowski** is a surviving Domestic Partner of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

48. **Kathryn Collman** is a surviving Step-Mother of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

49. **Keith Bradkowski** is the Personal Representative of the **Estate of Beverly Sutton**, a Parent (now deceased) of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

50. **Carolyn Sutton** is a surviving Half-Sibling of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

51.     **Vicki Lynn Michel** is a surviving Half-Sibling of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

52.     **Steve Gengler** is a surviving Step-Sibling of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

53.     **Charles Edward Gengler** is a surviving Step-Sibling of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

54.     **Susan Bohan** is a surviving Step-Sibling of Jeffrey Collman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

55.     **Jason Diehl** is a surviving Child of Michael Diehl, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

56.     **Jeannette Diehl** is a surviving Child of Michael Diehl, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

57.     **Anthony Dorf** is a surviving Nephew of Stephen Dorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

58.     **Corazon Fernandez** is the Personal Representative of the **Estate of Judy Fernandez**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

59.     **Corazon Fernandez** is a surviving Parent of Judy Fernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

60.     **Emma Fernandez Regan** is a surviving Sibling of Judy Fernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

61.     **Cirilo Fernandez** is a surviving Parent of Judy Fernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

62.     **Richard Fernandez** is a surviving Sibling of Judy Fernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

63.     **Reneé L. Gamboa** is a surviving Parent of Ronald Gamboa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

64.     **Reneé L. Gamboa** bring this action as Personal Representative of the **Estate of Ranulf Gamboa,** a Parent (now deceased) of Ronald Gamboa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

118

65.    **Maria Joule** is a surviving Sister of Ronald Gamboa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

66.    **Rachel G. Malubay** is a surviving Sister of Ronald Gamboa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

67.    **John Haller** brings this action as Executor for the **Estate of James Bond Godshalk**, a Parent (now deceased) of William Godshalk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

68.    **Jane G. Haller** is a surviving Sibling of William Godshalk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

69.    **Aleese M. Hartmann** is a surviving Fiancée of William Godshalk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

70.    **Kathryn Grazioso,** is a  surviving Child of John Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

71.    **Kristen Grazioso**, is a minor surviving Child of John Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

72.     **Tina Grazioso** brings this action as parent and natural guardian of **Michael Grazioso,** a minor surviving Child of John Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

73.     **Carolee Azzarello** is a surviving Sibling of John Grazioso and Timmy Grazioso, two of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

74.     **Sandra Grazioso** is a surviving Parent of John Grazioso and Timmy Grazioso, two of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

75.     **Carole Grazioso** is a surviving Step-Parent of John Grazioso and Timmy Grazioso, two of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

76.     **Karen Ventre** is a surviving Half-Sibling of John Grazioso and Timmy Grazioso, two of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

77.     **Krysty Grazioso** is a surviving Half-Sibling of John Grazioso and Timmy Grazioso, two of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

78.     **Deborah Grazioso,** is the Personal Representative of the **Estate of Timmy Grazioso,** one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

79.     **Deborah Grazioso** is the surviving Spouse of Timmy Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

80.     **Lauren Grazioso** is a surviving Child of Timmy Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

81.     **Briana Grazioso** is a surviving Child of Timmy Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

82.     **Douglas Halvorson** is a surviving Child of James Halvorson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

83.     **Kathryn "Kate" Halvorson** is the Executrix of the **Estate of Evelyn Halvorson,** who is a parent (now deceased) of James Halvorson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

84.     **Kathryn "Kate" Halvorson** is a surviving Sibling of James Halvorson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

85.      **Jeanne McDermott** is a surviving Sibling of William Wilson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

86. **Sean Bitterman** is a surviving Step-Child of Donald Havlish, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

87. **Michaela Havlish**, a surviving Child of Donald Havlish, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

88. **Lea Bitterman** is a surviving Step-Child of Donald Havlish, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

89. **Derrick Hobin** is a surviving Child of James Jeffery Hobin**,** one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

90. **Ju-Hsiu Jian, a/k/a Connie Jian,** is the Personal Representative of the **Estate of Hweidar Jian,** one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

91. **Ju-Hsiu Jian a/k/a Connie Jian,** is the surviving Spouse of Hweidar Jian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

92. **William Jian** is a surviving Child of Hweidar Jian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

93.     **Kevin Jian** is a surviving Child of Hweidar Jian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

94.     **Anita Korsonsky** is a surviving Sibling of Jeanette LaFond-Menechino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

95.     **Dina LaFond** is a surviving Parent of Jeanette LaFond-Menechino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

96.     **Patricia Caloia** is the Executor for the **Estate of Emily Lavelle,** a Parent (now deceased) of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

97.     **Patricia Caloia** is a surviving Sibling of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

98.     **Barbara Dziadek** is a surviving Sibling of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

99.     **Kathleen Palacio** is a surviving Sibling of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

100.     **Paul Lavelle** is a surviving Sibling of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

101.     **Joseph Lostrangio, Jr.** is a surviving Child of Joseph Lostrangio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

102.     **Theresann Lostrangio** brings this action as legal guardian of **Cathryn Lostrangio**, a surviving Child of Joseph Lostrangio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

103.     **Diane Lostrangio** is the Executrix of the **Estate of James Lostrangio,** who was the Father (now deceased) of Joseph Lostrangio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

104.     **Erich Maerz** is a surviving Sibling of Noell Maerz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

105.     **Ramon Melendez, Jr.** is a surviving Child of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

106.     **Tyler Melendez,** a surviving Child of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

107. **Ricky Melendez** is a surviving Child of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

108. **Jesse Melendez** is a surviving Child of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

109. **Florence Rosario** is a surviving Sibling of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

110. **Margaret Montanez** is a surviving Sibling of Mary Melendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

111. **Peter C. Milano** is a surviving Child of Peter T. Milano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

112. **Jessica Milano** is a surviving Child of Peter T. Milano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

113. **Rolando Ruben Moreno** is a surviving Sibling of Yvette Moreno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

114.     **Pedro Gerardino** was a surviving Grandfather of Yvette Moreno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

115.     **Karen Moreno** is a surviving Step-Mother of Yvette Moreno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

116.     **Leiana Moreno** is a surviving Step-Sister of Yvette Moreno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

117.     **Noelia Moreno** is a surviving Step-Sister of Yvette Moreno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

118.     **Eric Nunez** is a surviving Sibling of Brian Nunez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

119.     **Neal Green** is a surviving Sibling of Brian Nunez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

120.     **JoAnne Lovett** is the Personal Representative the **Estate of Paul Scalogna,** a Grandfather (now deceased) of Brian Nunez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

121.   **Donna Corbett Moran** is a surviving long time girlfriend of Brian Nunez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

122.   **Diane Ognibene** is a surviving Stepmother of Philip Ognibene, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

123.   **James Perry** is a surviving Parent of John Perry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

124.   **Joel R. Perry** is a surviving Sibling of John Perry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

125.   **Janice Perry Montoya** is a surviving Sibling of John Perry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

126.   **James Montoya** is a surviving Nephew of John Perry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

127.   **Vincent Papasso, Jr.** is a surviving Nephew of Salvatore T. Papasso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

128.    **Brittney Cofresi** is a surviving Niece of Salvatore T. Papasso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

129.    **Brendan Cofresi** is a surviving Nephew of Salvatore T. Papasso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

130.    **Rodney Ratchford** is the surviving Spouse of **Marsha Dianah Ratchford**, a decedent who was killed as a result of the terrorist attack on the Pentagon on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

131.    **Rodney Ratchford** is the parent and natural guardian of **Miranda C. Ratchford**, a Child of decedent **Marsha Dianah Ratchford**, a decedent who was killed as a result of the terrorist attack on the Pentagon on September 11, 2001, and, in such capacity,  is entitled to recover damages on the causes of action set forth herein.

132.    **Rodney M. Ratchford** is a Child of **Marsha Dianah Ratchford**, a decedent who was killed as a result of the terrorist attack on the Pentagon on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

133.    **Marshee R. Ratchford** is a Child of **Marsha Dianah Ratchford**, a decedent who was killed as a result of the terrorist attack on the Pentagon on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

134.    **Reginald Simpson** is a surviving Sibling of Marsha Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

135.   **Carl Stallworth** is a surviving Sibling of Marsha Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

136.   **Cynthia Watts** is a surviving Sibling of Marsh Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

137.   **Brian Christian** is a surviving Half-Sibling of Marsha Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

138.   **Amanda Rogers** is a surviving Half-Sibling of Marsha Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

139.   **Diana Diaz** is the Personal Representative of the **Estate of Carmen Romero,** a Parent (now deceased) of Elvin Romero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

140.   **Isaac Romero** is a surviving Parent of Elvin Romero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

141.   **Diana Diaz** is a surviving Sibling of Elvin Romero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

142.     **Loren Rosenthal** is the Personal Representative and on behalf of the **Estate of Evan Rosenthal**, a surviving Child (now deceased) of Richard Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

143.     **Seth Rosenthal** is a surviving Child of Richard Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

144.     **Audrey Model** is the Executrix for the **Estate of Leonard Rosenthal**, a Parent (now deceased) of Richard Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

145.     **Audrey Model** is the Executrix for the **Estate of Florence Rosenthal**, a Parent (now deceased) of Richard Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

146.     **Audrey Model** is a surviving Sibling of Richard Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

147.     **Madeleine Rosenthal** is a surviving Niece of Josh Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

148.    **Alexandra Rosenthal** is a surviving Niece of Josh Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

149.    **Gary Reiss** is a surviving Parent of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

150.    **Gary Reiss,** Executor of the **Estate of Ida Reiss, deceased,** a Grandmother of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

151.    **Judith Reiss** is the Personal Representative and on behalf of the **Estate of Lenore Jackson**, a surviving Grandmother (now deceased) of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

152.    **Judith Reiss** is the Personal Representative and on behalf of the **Estate of Ken Jackson**, a surviving Grandfather (now deceased) of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

153.    **Adam Reiss** is a surviving Sibling of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

154.    **Jordan Reiss** is a surviving Sibling of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

155.    **Jonathan Reiss** is a surviving Sibling of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

156.    **Jennifer Reiss** is a surviving Sibling of Joshua Reiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

157.    **Alexander Rowe** is the Personal Representative of the **Estate of Nicholas Rowe, deceased**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

158.    **Rachael Logan** is a surviving Sibling of Nicholas Rowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

159.    **Alexander Rowe** is the legal guardian of **Nadine Rowe**, a surviving Sibling of Nicholas Rowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

160.    **Paul Rowe** is a surviving Sibling of Nicholas Rowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

161.    **Michelle Baker** is a surviving long-term girlfriend of Nicholas Rowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

162.    **Alexander Rowe** is the Personal Representative and on behalf of the **Estate of Judith Rowe,** a surviving Parent (now deceased) of Nicholas Rowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

163.    **Victor Santillan** is a surviving Sibling of Maria Theresa Santillan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

164.    **Raymond Santillan** is a surviving Sibling of Maria Theresa Santillan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

165.    **Kirsten Saracini** is a surviving Child of Victor Saracini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

166.    **Brielle Saracini** is a surviving Child of Victor Saracini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

167.    **Lori Brody** is a surviving Sibling of Scott Schertzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

168.    **Ellen Schertzer** is a surviving Parent of Scott Schertzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

169. **Patricia Sloan** is a surviving Parent of Paul K. Sloan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

170. **Matt Sloan** is a surviving Sibling of Paul K. Sloan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

171. **Sarah Funk** is a surviving Sibling of Paul K. Sloan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

172. **Gail Smith** was a surviving Step-Mother of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

173. **Raymond Smith** is the Personal Representative of the **Estate of Marion Thomas**, a surviving Grandmother (now deceased) of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

174. **Raymond Smith** is the Personal Representative of the **Estate of Deborah Sallad**, a surviving sibling (now deceased) of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

175. **Martin Smith** is a surviving Nephew of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

176.     **Troia Johnson** is a surviving Niece of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

177.     **Tawanda Smith** is a surviving Niece of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

178.     **Danielle Smith** is a surviving Niece of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

179.     **Diane Smith** is a surviving Niece of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

180.     **Carl Smith** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

181.     **Kevin Smith** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

182.     **Korry Smith** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

183. **Tanya Warren** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

184. **Latricia Smith** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

185. **Elaine Smith** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

186. **Christine Jackson** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

187. **Barbara Hargrove** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

188. **Raymond Smith, Jr.** is a surviving Sibling of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

189. **Gail Smith** is a parent and natural guardian of **Samuel Collazo, a minor,** a surviving Step-brother of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

136

190.     **Gabriella Rinehart** is a surviving Step-Sister of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

191.     **Raymond Woods** is a surviving Cousin of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

192.     **Scott Woods** is a surviving Cousin of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

193.     **Lisa Smith** is a surviving Cousin of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

194.     **Gail Smith** is a parent and natural guardian of **Leonardo Collazo, a minor**, a surviving Step-Brother of George Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

195.     **Katherine Soulas** is the **Executrix of the Estate of Timothy P. Soulas**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

196.    **Katherine Soulas** is the surviving Spouse of **Timothy P. Soulas**, a decedent who was killed as a result of a terrorist attack on the World Trade Center Towers in New York City on September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

197.    **Timothy P. Soulas, Jr.** is a surviving Child of Timothy Soulas. Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

198.    **Andrew J. Soulas** is a surviving Child of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

199.    **Christopher Soulas** is a surviving Child of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

200.    **Matthew Soulas,** surviving child of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

201.    **Katherine Soulas** is a parent and natural guardian of **Nicole Soulas,** a minor surviving child of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

202. **Katherine Soulas** is a parent and natural guardian of **Daniel Soulas**, a minor surviving child of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

203. **Frederick Soulas** is a surviving Parent of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

204. **Stephen Soulas** is a surviving Sibling of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

205. **Frederick Soulas, III** is a surviving Sibling of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

206. **Dan Soulas** is a surviving Sibling of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

207. **Michelle Donlan** is a surviving Sibling of Timothy Soulas, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

208. **Daniel Huber** is a surviving Nephew of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

209. **Kaitlin Steiner Keller** is a surviving Niece of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

210. **Kristyn Steiner-Martin** is a surviving Niece of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

211. **Addison Friedman** is a surviving Nephew of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

212. **Anthony Friedman-Ceraso** is a surviving Nephew of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

213. **Kristen Druckenmiller** is a surviving Niece of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

214. **Stephanie Feher** is a surviving Niece of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

215. **George W. Steiner** is a surviving Sibling of William Steiner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

216.    **Anthony Borzumato** is the Executor of the **Estate of Louise Borzumato,** who was a Grandmother (now deceased) of Andrew Stergiopoulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

217.    **Nicholas Stergiopoulos,** is a surviving Sibling of Andrew Stergiopoulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

218.    **Aaron Straub** is a surviving Child of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

219.    **Jonathan Straub** is a surviving Child of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

220.    **Michael Struab** is a surviving Child of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

221.    **Samuel Straub** is a surviving Child of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

222.    **Edward Straub** is a surviving Parent of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

223. **Stanley Straub** is a surviving Brother of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

224. **Matthew Straub** is a surviving Brother of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

225. **Salvatore Tino** is a surviving Parent of Jennifer Tino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

226. **Jeffrey Tino** is a surviving Sibling of Jennifer Tino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

227. **Salvatore Tino, Jr.** is a surviving Sibling of Jennifer Tino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

228. **Nina Fuller** is a surviving Niece of Meta Waller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

229. **Joseph Nicklo** is a surviving Sibling of Jeanmarie Wallendorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

230. **Mellanie Chafe** is a surviving Sibling of Jeanmarie Wallendorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

231. **Christine Barton Pence** is the Administratrix of the **Estate of Jeanmarie Wallendorf**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

232. **Christine Barton Pence** is a surviving Parent of Jeanmarie Wallendorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

233. **Christopher Barton** is a surviving Sibling of Jeanmarie Wallendorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

234. **Christine Barton Pence** is a parent and natural guardian of **John Barton**, a minor surviving Sibling of Jeanmarie Wallendorf, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

235. **Michael Edward Paige** is the Personal Representative of the **Estate of Susanne Ward-Baker,** a Parent (now deceased) of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

236.    **Norma Ward** is a surviving Step-Mother of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

237.    **Jessica Kramer** is a surviving Step-Sibling of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

238.    **Christi Pendergraft** is a surviving Step-Sibling of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

239.    **Lance Ward** is a surviving Cousin of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

240.    **Mike Smith** is a surviving Cousin of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

241.    **Jason Smith** is a surviving Cousin of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

242.    **Marc Ward** is a surviving Cousin of Timothy Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

243.    **Deborah Zeplin** is the Personal Representative of the **Estate of Marc Scott Zeplin**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

244.    **Deborah Zeplin** is a surviving Spouse of Marc Scott Zeplin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

245.    **Ryan Zeplin** is a surviving Child of Marc Scott Zeplin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

246.    **Deborah Zeplin** is a parent and natural guardian of **Ethan Zeplin,** a minor surviving Child of Marc Scott Zeplin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

247.    **Roy-Yetkutiel**, is a surviving son of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

248.    **Naomi-Ruth Shefi**, is a surviving daughter of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

249.    **Barbara Lurman** is the Personal Representative of the **Estate of Leon Lebor**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

145

250. **Bessie Lebor** is a surviving Parent of Leon Lebor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

251. **Joy Kaufman, a/k/a/ Rina Kaufman,** is a surviving Sibling of Leon Lebor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

252. **Barbara Lurman** is a surviving Child of Leon Lebor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

253. **David Lebor** is a surviving Sibling of Leon Lebor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

254. **Kui Liong Lee** is the Personal Representative of the **Estate of Siew Nya Ang**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, as such capacity, is entitled to recover damages on the causes of action set forth herein.

255. **Kui Liong Lee** is a surviving Spouse of Siew Nya Ang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

256. **Kui Long Lee** is a parent and natural guardian of **Winnee Lee**, a minor surviving daughter of Siew Nya Ang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, as such capacity, is entitled to recover damages on the causes of action set forth herein.

257.     **Jeanee Lee** is a surviving Child of Siew Nya Ang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

258.     **John R. Jones** is a surviving Parent of Donald W. Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

259.     **Audrey R. Jones** is a surviving Parent of Donald W. Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

260.     **Robert A. Jones** is a surviving sibling of Donald W. Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

261.     **Candy Jones Moyer** is a surviving sibling of Donald W. Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

262.     **Amy Martinez** is the Personal Representative of the **Estate of Louis Nacke**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.**.**

263.     **Amy Martinez** is the surviving Spouse of Louis Nacke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

264.    **Tanya Davis** is Personal Representative of the **Estate of Wayne T. Davis**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

265.    **Tanya Davis** is the surviving spouse of Wayne T. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

266.    **Gabrielle Hunter Davis,** is a surviving Child of **Wayne T. Davis,** one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,and is entitled to recover damages on the causes of action set forth herein.

267.    **Tanya Davis** is the parent and natural guardian of **Malachai Roarke Davis, a** surviving minor child of **Wayne T. Davis**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

268.    **Noverta Davis-Dean** is the Parent of Wayne T. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

269.    **Philomena Mistrulli** is the Personal Representative of the **Estate of Joseph D. Mistrulli**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and, in such capacity, is entitled to recover damages on the causes of action set forth herein.

270.    **Philomena Mistrulli** is the surviving Spouse of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

271.   **Angela Mistrulli** is the surviving Child of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

272.   **Joseph Mistrulli** is the surviving Child of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

273.   **MaryAnn Mistrulli-Rosser** is the surviving Child of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

274.   **Ann Mistrulli** is the surviving Parent of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

275.   **Johnny Mistrulli** is the surviving Sibling of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

276.   **Maria Lambert** is the surviving Sibling of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

277.   **Maryann Pino** is the surviving Sister-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

278.    **Maryann Pino** also brings this action on behalf of **Mateo Pino, a minor**, a surviving nephew of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

279.    **Tony Pino** is the surviving Brother-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

280.    **Anthony Pino** is the surviving Nephew of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

281.    **James Mandelino, Sr.** is the surviving Father-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

282.    **James Mandelino** is the surviving Brother-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

283.    **Michael Mandelino** is the surviving Brother-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

284.    **Jennie Mandelino** is the surviving Sister-in-Law of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

285.   **Karen Lunder** is the Personal Representative of the **Estate of Christopher E. Lunder**, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

286.   **Karen Lunder** is the surviving Spouse of Christopher E. Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, and is entitled to recover damages on the causes of action set forth herein.

287.   **Barbara Haynes-Jenkins** is a surviving Sibling of Denease Conley, one of the Decedents murdered as a result of the terrorist attacks of September, 1, 2001, and is entitled to recover damages on the causes of action set forth herein.

288.   **Irma Fletcher** is a surviving Sibling of Denease Conley, one of the Decedents murdered as a result of the terrorist attacks of September, 1, 2001, and is entitled to recover damages on the causes of action set forth herein.

289.   **Eytan Yammer** was present at One World Trade Center in the aftermath of the attacks and sustained injuries and incurred illnesses as a result of the terrorist attack on September 11, 2001.  As such, he is an Injured Party, and is entitled to recover damages on the causes of action set forth herein.