```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

-----------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:  Addesso v. Kingdom of Saudi Arabia, 16cv9937 (GBD)(SN)
                                      Aguilar v. Kingdom of Saudi Arabia, 16cv9663 (GBD)(SN)
                                      Hodges v. Kingdom of Saudi Arabia, 17cv117 (GBD)(SN)
                                      Aiken v. Kingdom of Saudi Arabia, 17cv450 (GBD)(SN)

      For the reasons stated on the record at the March 23, 2017 status conference, plaintiffs' motions to serve the non-sovereign defendants by publication pursuant to Federal Rule of Civil Procedure 4(f)(3) are DENIED without prejudice. Plaintiffs are directed to confer with counsel for those non-sovereign defendants represented in the litigation regarding service or waiver of service and shall be required to otherwise show good cause for <u>each</u> defendant they seek to serve by publication in the event that they refile their motions.

      The Clerk of Court is respectfully requested to close Dkt. Nos. 5 in Aiken v. Kingdom of Saudi Arabia, 17cv450 (GBD)(SN), Hodges v. Kingdom of Saudi Arabia, 17cv117 (GBD)(SN), Aguilar v. Kingdom of Saudi Arabia, 16cv9663 (GBD)(SN), and Addesso v. Kingdom of Saudi Arabia, 16cv9937 (GBD)(SN), as well as Dkt. No. 3468 in In re Terrorist Attacks on September 11, 2011, 03md1570 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 24, 2017
             New York, New York