IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**In re:  TERRORIST ATTACKS ON**

   **SEPTEMBER 11, 2001**            03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------X

This document relates to:

Addesso v. Kingdom of Saudi Arabia, 16-cv-009937 (GBD)(SN)
Aguilar v. Kingdom of Saudi Arabia, 16-cv-09663 (GBD)(SN)
Aiken v. Kingdom of Saudi Arabia, 17-cv-00450 (GBD)(SN)
Hodges v. Kingdom of Saudi Arabia, 17-cv-00117 (GBD)(SN)


TO THE CLERK:

   Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: March 28, 2017

                                        Respectfully submitted,


                                          /s/ Paul J. Napoli
                                        Paul J. Napoli, Esq.
                                        Napoli Shkolnik PLLC
                                        400 Broadhollow Rd. Suite 305
                                        Melville, NY 11747
                                        Tel: (212) 397-1000
                                        Pnapoli@napolilaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 28, 2017

                                                                                 /s/ Paul J. Napoli  
                                                                    Paul J. Napoli, Esq.