UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                          )
IN RE:  TERRORIST ATTACKS ON              ) Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                        )
_____ )

This document relates to:

*Addesso v. Kingdom of Saudi Arabia*, 16-cv-09937 (GBD) (SN)
*Aguilar v. Kingdom of Saudi Arabia*, 16-cv-09663 (GBD) (SN)
*Aiken v. Kingdom of Saudi Arabia*, 17-cv-00450 (GBD) (SN)
*Bowrosen v. Kingdom of Saudi Arabia*, 16-cv-08070 (GBD) (SN)
*DeSimone v. Kingdom of Saudi Arabia*, 17-cv-00348 (GBD) (SN)
*Hodges v. Kingdom of Saudi Arabia*, 17-cv-00117 (GBD) (SN)
*McCarthy v. Kingdom of Saudi Arabia*, 16-cv-08884 (GBD) (SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2017

## ORDER EXTENDING *PRO HAC VICE* ADMISSION TO ALL CONSOLIDATED MDL CASES

It is this 28 day of March, 2017

ORDERED THAT

1. The *pro hac vice* admissions of Michael K. Kellogg and Gregory G. Rapawy, of the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., are extended to all cases consolidated into the above captioned multi-district litigation ("MDL") before this Court.

2. Michael K. Kellogg and Gregory G. Rapawy may appear on behalf of the Kingdom of Saudi Arabia in the above captioned cases, or any other consolidated MDL cases, now or in the future, by filing notices of appearance.  Additional applications for *pro hac vice* admission will not be required.

_____
SARAH NETBURN
United States Magistrate Judge
Date: March 28, 2017