UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
|---|---|

*This document relates to:*

*All Actions*

### NOTICE OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO OPINION AND ORDER OF FEBRUARY 15, 2017

PLEASE TAKE NOTICE that, pursuant to the Court's Opinion and Order of February 15, 2017 (ECF No. 3447), upon the memorandum of law attached hereto and the supporting declaration of Robert T. Haefele and Exhibits attached thereto, declaration of Jerry S. Goldman and Exhibits attached thereto, and declaration of J. Scott Tarbutton, Plaintiffs, by and through the undersigned counsel for the Plaintiffs' Executive Committees of 03 MDL 1570, will move the Court, before the Honorable Sarah Netburn, U.S.D.J., at the United States District Court, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 740, New York, New York, 10007-1312, on a date and time to be determined by the Court.

Dated: March 28, 2017                    Respectfully submitted,

                                         _____
                                         Robert T. Haefele, Esq.
                                         MOTLEY RICE, LLC
                                         28 Bridgeside Boulevard
                                         Mount Pleasant, SC 29464
                                         Tel: (843) 216-9000

                                         On behalf of the MDL 1570 Plaintiffs'
                                         Executive Committees

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Plaintiffs' Application for Attorney's Fees and Expenses Pursuant to Opinion and Order of February 15, 2017 was served via ECF filing, this 28th day of March 2017, upon:

Alan R. Kabat, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C.  20009-7124
(Counsel for Perouz Sedaghaty and Defendants' Executive Committee's appointed representative to receive discovery requests and responses in 03-MDL-1570)

_____
Robert T. Haefele, Esq.