# Exhibit C1

# PEROUZ SEDAGHATY - TOTAL FEES

| Law Firm | Time (hrs) | Total Billing on Modified Time at Standard Rate | Total Disbursements | GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 96.6 | $23,789.20 | $202.05 | |
| Cozen O'Connor | 52.4 | $24,588.00 | $1,232.00 | |
| Motley Rice, LLC | 136.50 | $82,786.59 | $2,260.72 | |
| TOTAL | 285.50 | $131,163.79 | $3,694.77 | $134,858.56 |

| Law Firm | Modified Time (hrs) | Total Billing on Modified Time at Modified Rate | Modified Total Disbursements | MODIFIED GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 29.5 | $17,355.10 | $20.21 | |
| Cozen O'Connor | 35.4 | $16,425.00 | $123.20 | |
| Motley Rice, LLC | 111.60 | $49,504.83 | $1,842.24 | |
| TOTAL | 176.48 | $83,284.93 | $1,985.65 | $85,270.58 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 01/21/2011 | Robert Haefele | Review information from B. Dengler regarding Pete Seda/Sedaghaty. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 01/21/2011 | Robert Haefele | Review Sedaghaty's Motion to Stay (D.E. 2403-2404). | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 01/24/2011 | Robert Haefele | Research regarding stay motions and Court's actions in previous instances (re Sedaghaty stay application). | 1.50 | $750.00 | 100% | 1.50 | $450.00 | $1,125.00 | $675.00 |
| 01/24/2011 | Robert Haefele | Review Sedaghaty's Motion to Stay (D.E. 2403-2404). | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 01/31/2011 | DISBURSEMENT | LexisNexis Legal Research - January 2011 | | | 100% | | | $25.54 | $25.54 |
| 02/02/2011 | Robert Haefele | Review and comment on draft opposition to Sedaghaty motion to stay. | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 02/03/2011 | Robert Haefele | Review, comment, edit draft opposition to Sedaghaty motion to stay; incorporate comments from S. Carter. | 4.00 | $750.00 | 100% | 4.00 | $450.00 | $3,000.00 | $1,800.00 |
| 02/04/2011 | Robert Haefele | Final draft edits of Plaintiffs' Opposition to Sedaghaty Motion to Stay; incorporate comment from S. Carter and Adam Bonin. | 4.50 | $750.00 | 100% | 4.50 | $450.00 | $3,375.00 | $2,025.00 |
| 02/15/2011 | Robert Haefele | Review of Defendant Perouz Sedaghaty's Reply/Motion to Stay. | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 02/28/2011 | DISBURSEMENT | LexisNexis Legal Research - February 2011 | | | 100% | | | $10.66 | $10.66 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 05/24/2011 | Robert Haefele | Draft motion for sanctions versus Sedaghaty. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 05/25/2011 | Robert Haefele | Draft motion for sanctions versus Sedaghaty. | 3.50 | $750.00 | 100% | 3.50 | $450.00 | $2,625.00 | $1,575.00 |
| 05/26/2011 | Robert Haefele | Review record regarding Sedaghaty; draft and edit motion for sanctions versus Sedaghaty. | 4.00 | $750.00 | 100% | 4.00 | $450.00 | $3,000.00 | $1,800.00 |
| 06/07/2011 | Robert Haefele | Review and incorporate response to research request from B. Dengler and M. Norton. | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 06/07/2011 | Robert Haefele | Review of docket and AHIF documents regarding Sedaghaty; draft and edit motion for sanctions versus Sedaghaty; research request to staff. | 3.00 | $750.00 | 100% | 3.00 | $450.00 | $2,250.00 | $1,350.00 |
| 06/08/2011 | Robert Haefele | Incorporate edits proposed by J. Goldman to Sedaghaty sanctions motion. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 06/09/2011 | Robert Haefele | Edits and additions to Sedaghaty sanctions motion. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 06/09/2011 | Robert Haefele | Review/incorporate S. Carter comments in Sedaghaty sanction motion. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 06/10/2011 | Robert Haefele | Legal research regarding Sedaghaty sanctions motion. | 1.75 | $750.00 | 100% | 1.75 | $450.00 | $1,312.50 | $787.50 |
| 06/13/2011 | Robert Haefele | Further drafting of Sedaghaty sanctions motion. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/2011 | Robert Haefele | Email Exchanges regarding Sedaghaty (M&C w/ A. Kabat)(report to PECs). | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 06/17/2011 | Robert Haefele | Final edits to PECs' motion to compel Sedaghaty to produce documetns and service of motion on A. Kabat. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 06/29/2011 | Robert Haefele | Review of Sedaghaty Response Letter Brief to PECs' Rule 37 MTC. (D.E. 2488); report to PECs. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 06/30/2011 | Robert Haefele | Review of Sedaghaty Response to PECs' MTC; legal research for reply brief regarding Sedaghaty MTC. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 06/30/2011 | DISBURSEMENT | LexisNexis Legal Research - June 2011 | | | 100% | | | $97.86 | $97.86 |
| 07/05/2011 | Robert Haefele | Legal research and drafting of Reply brief on Sedaghaty MTC; exchanges with B. Frutig regarding same; circulate for comment. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 07/05/2011 | Robert Haefele | Legal research; exchanges with B. Frutig regarding legal analysis; editing to Sedaghaty MTC. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 07/05/2011 | Brian Frutig | Email exchanges with B. Haefele regarding Sedaghaty MTC and related legal analysis. | 1.75 | $400.00 | 100% | 1.75 | $350.00 | $700.00 | $612.50 |
| 07/06/2011 | Robert Haefele | Correspondence to court regarding PECs' MTC re Sedaghaty | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 07/06/2011 | Robert Haefele | Final edits/drafting of PECs' Reply letter brief for MTC regarding Sedaghaty; cover letter to court; circulate to PECs. | 1.25 | $750.00 | 100% | 1.25 | $450.00 | $937.50 | $562.50 |
| 07/31/2011 | DISBURSEMENT | LexisNexis Legal Research - July 2011 | | | 100% | | | $57.48 | $57.48 |
| 08/11/2011 | Robert Haefele | Review Oregon docket info regarding Sedaghaty MTC; emails to PECs regarding same. | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 08/30/2011 | Robert Haefele | Draft letter to Judge Maas regarding Sedaghaty new circumstance. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 09/05/2011 | Robert Haefele | Exchanges with DEC/A. Kabat regarding agenda for conference; proposed argument regarding Sedaghaty agenda item. | 0.75 | $750.00 | 100% | 0.75 | $450.00 | $562.50 | $337.50 |
| 09/06/2011 | John Eubanks | Review Defendants' Response to Plaintiffs' Proposed agenda regarding P. Sedaghaty's argument that plaintiffs' motion to compel should await outcome of appeal; research and draft response to attempt to re-argue previously briefed issues; send draft to PEC for review and incorporate edits received. | 1.75 | $725.00 | 100% | 1.75 | $350.00 | $1,268.75 | $612.50 |
| 09/06/2011 | Robert Haefele | Review/comment regarding J. Eubanks' proposed response to Sedaghaty agenda item. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |

*These entries were divided equally between Perouz Sedaghaty and Al Haramain.

Perouz Sedaghaty

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/2011 | Robert Haefele | Travel to NY for MDL 1570 hearing (Sedaghaty, Jelaidan, MWL/IIRO, general) includes 1 hour preparation time for hearing). | 4.00 | $750.00 | 20.83% | 0.83 | $450.00 | $624.90 | $374.94 |
| 11/16/2011 | Robert Haefele | Attend hearing before Judge Maas regarding Sedaghaty MTC/stay motion; Jelaidan MTC; MWL/IIRO sanctions motion; discovery schedule; Defendants' request for transcripts from Mirza, et al. depositions. | 2.50 | $750.00 | 10% | 0.25 | $450.00 | $187.50 | $112.50 |
| 11/16/2011 | Robert Haefele | Travel from NY for MDL 1570 hearing. | 4.00 | $750.00 | 20.83% | 0.83 | $450.00 | $624.90 | $374.94 |
| 11/17/2011 | Robert Haefele | Draft research instructions to B. Dengler based on Court's questions regarding Sedaghaty. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 11/22/2011 | Robert Haefele | Review memorandum and Order Denying Motion to Stay and Granting PEC's MTD (D.E. 2491). | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 11/30/2011 | DISBURSEMENT | LexisNexis Legal Research - November 2011 | | | 100% | | | $0.00 | $96.02 |
| 12/06/2011 | Robert Haefele | Review Sedaghaty Rule 72 Objection regarding Order of 2011-11-22 (D.E. 2495). | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 12/14/2011 | Robert Haefele | Pre-hearing conference with PECs. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|------|------|------|------|------|------|------|------|------|------|
| 12/14/2011 | Robert Haefele | Attend hearing regarding Sedaghaty date for production per MTC and Defendants' consolidated discovery motion. | 2.00 | $750.00 | 10% | 0.20 | $450.00 | $150.00 | $90.00 |
| 12/14/2011 | Robert Haefele | Travel to NY for MDL 1570 hearing (preparation for hearing 1.5 hrs.). | 4.00 | $750.00 | 50% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 12/15/2011 | Robert Haefele | Review Order (D.E. 2501) setting deadling for Sedaghaty to produce documents. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 12/19/2011 | Robert Haefele | Travel from NY for MDL 1570 hearing. | 4.00 | $750.00 | 50% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 12/20/2011 | Robert Haefele | Edits to PEC's Opposition to Sedaghaty Rule 72 Objections. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 12/20/2011 | Robert Haefele | Draft and edit Opposition to Sedaghaty Rule 72 Objections. | 2.75 | $750.00 | 100% | 2.75 | $450.00 | $2,062.50 | $1,237.50 |
| 12/29/2011 | John Eubanks | Reivew P. Sedaghaty mandamus petition filed in Second Circuit; discuss same with PEC. | 1.25 | $725.00 | 100% | 1.25 | $350.00 | $906.25 | $437.50 |
| 12/29/2011 | Robert Haefele | Review Sedaghaty CA2 Mandamus Petition to vacate D.E. 2491 (denying stay) and D.E. 2501 (ordering Seda to produce); discuss with PECs. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 01/03/2012 | Robert Haefele | Call to CA2 clerk regarding scheduling of response to Sedaghaty stay motion. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 01/03/2012 | Robert Haefele | Review of Sedaghaty CA2 motion for emergency stay pending mandamus petition; discuss with PECs. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|------|------------------------|-------------|------|------|------|------|------|------|------|
| 01/05/2011 | John Eubanks | Review 2d Circuit Rules re: requirements and limitations on opposition to P. Sedaghaty's emergency motion to stay. | 0.25 | $725.00 | 100% | 0.25 | $350.00 | $181.25 | $87.50 |
| 01/06/2012 | Robert Haefele | Draft/edit opposition to Sedaghaty CA2 motion to stay; incorporate edits from J. Eubanks & B. Frutig. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 01/06/2012 | Brian Frutig | Review/provide edits to the opposition to Sedaghaty's motion to stay filed before CA2 and provide to R. Haefele. | 0.50 | $400.00 | 100% | 0.50 | $350.00 | $200.00 | $175.00 |
| 01/06/2012 | John Eubanks | Review draft of plaintiffs' opposition to P. Sedaghaty's emergency motion to stay; edit and send same to RTH. | 1.50 | $725.00 | 100% | 1.50 | $350.00 | $1,087.50 | $525.00 |
| 01/09/2012 | Robert Haefele | Draft/edit motion and declaration for opposition to Sedaghaty CA2 motion to stay; edits from J. Eubanks, B. Frutig, J. Goldman. | 3.00 | $750.00 | 100% | 3.00 | $450.00 | $2,250.00 | $1,350.00 |
| 01/10/2012 | Robert Haefele | Review CA2 order denying Sedaghaty motion to stay. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 01/11/2012 | Robert Haefele | Review memo decision denying Sedaghaty Rule 72 objections. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 01/20/2012 | Robert Haefele | Review Sedaghaty objections to document requests (declining to respond). | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 03/29/2012 | Robert Haefele | Review CA2 order denying Sedaghaty mandamus petition. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |

*These entries were divided equally between Perouz Sedaghaty and Al Haramain.

Perouz Sedaghaty

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/2012 | Robert Haefele | Serve Supplemental Requests for Production on Sedaghaty. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 09/04/2012 | Robert Haefele | Review Sedaghaty objections to PECs' supplemental document requests (declining to respond). | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 10/28/2013 | Robert Haefele | Review Report and Recommendation issued by Magistrate Judge Maas regarding sanctions motion for AHIF, Sedaghaty, Jelaidan, Rabita Trust. | 0.50 | $750.00 | 25% | 0.13 | $450.00 | $93.75 | $56.25 |
| 10/28/2013 | John Eubanks | Review Report and Recommendation issued by Magistrate Judge Maas re: sanctions motion for AHIF, Sedaghaty, Jelaidan, Rabita Trust. | 0.50 | $725.00 | 25% | 0.13 | $450.00 | $90.63 | $56.25 |
| 07/17/2015 | Robert Haefele | Outline Sedaghaty MTC. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 07/22/2015 | Robert Haefele | Review Sedaghaty discovery responses; legal research regarding MTC. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 07/27/2015 | Robert Haefele | Draft Sedaghaty MTC; review status of Sedaghaty Oregon proceedings. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 07/28/2015 | Robert Haefele | Letter to Court regarding briefing extension for al-Buthe, Sedaghaty and Jelaidan. | 0.25 | $750.00 | 33% | 0.08 | $450.00 | $62.49 | $37.50 |
| 07/28/2015 | Robert Haefele | Draft Sedaghaty MTC; emails to A. Kabat/PECs regarding extension. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 08/05/2015 | Robert Haefele | Draft Sedaghaty MTC procedural history, outline arguments. | 4.00 | $750.00 | 100% | 4.00 | $450.00 | $3,000.00 | $1,800.00 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|------|------------------------|-------------|---------------------|------|-----------------------------------|---------------------|------|-----------------|-----------------|
| 08/08/2015 | Robert Haefele | Draft Sedaghaty MTC. | 5.00 | $750.00 | 100% | 5.00 | $450.00 | $3,750.00 | $2,250.00 |
| 08/09/2015 | Robert Haefele | Revise Sedaghaty MTC. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 08/10/2015 | Robert Haefele | Finalize and incorporate edits of S. Carter for Sedaghaty MTC. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |
| 08/21/2015 | Robert Haefele | Email exchange with A. Kabat regarding extension for opposition to MTC Sedaghaty/Al-Buthe. | 0.25 | $750.00 | 50% | 0.13 | $450.00 | $93.75 | $56.25 |
| 09/30/2015 | Robert Haefele | Review Sedaghaty Opposition to PECs' MTC. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 09/30/2015 | Robert Haefele | Review Sedaghaty Rule 26 Disclosure. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 11/03/2015 | Robert Haefele | Outline/Draft reply to Sedaghaty opposition to sanctions. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 11/04/2015 | Robert Haefele | Edits to Sedaghaty sanctions motion. | 3.00 | $750.00 | 100% | 3.00 | $450.00 | $2,250.00 | $1,350.00 |
| 11/06/2015 | Robert Haefele | Finalize reply regarding Sedaghaty sanctions motion. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 11/12/2015 | DISBURSEMENT | LexisNexis Legal Research - October 2015 | | | 100% | | | $100.33 | $100.33 |
| 11/18/2015 | DISBURSEMENT | LexisNexis Legal Research - August 2015 | | | 100% | | | $310.22 | $310.22 |
| 12/01/2015 | DISBURSEMENT | Paetec - Conference Call - October 14, 2015 | | | 50% | | | $42.70 | $21.35 |
| 12/21/2015 | DISBURSEMENT | LexisNexis Legal Research - November 2015 | | | 100% | | | $193.88 | $193.88 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2016 | Robert Haefele | Prepare for MDL 1570 hearing regarding Al Haramain and Sedaghaty. | 4.50 | $750.00 | 50% | 2.25 | $450.00 | $1,687.50 | $1,012.50 |
| 07/08/2016 | Robert Haefele | Travel to New York for MDL 1570 hearing regarding Sedaghaty and Al Haramain sanctions (includes 2 hours preparation time). | 4.00 | $750.00 | 31% | 1.25 | $450.00 | $937.50 | $562.50 |
| 07/08/2016 | Robert Haefele | MDL 1570 post-hearing review of notes and summary regarding MDL 1570 hearing regarding Sedaghaty and Al Haramain sanctions. | 0.50 | $750.00 | 50% | 0.25 | $450.00 | $187.50 | $112.50 |
| 07/08/2016 | Robert Haefele | Travel from New York City to LaGuardia airport for return flight following MDL 1570 hearing regarding Sedaghaty and Al Haramain sanctions (flight cancelled). | 0.75 | $750.00 | 50% | 0.38 | $450.00 | $281.25 | $168.75 |
| 07/08/2016 | Robert Haefele | Pre-hearing meeting with J. Goldman for MDL 1570 hearing regarding Sedaghaty and Al Haramain sanctions. | 0.50 | $750.00 | 50% | 0.25 | $450.00 | $187.50 | $112.50 |
| 07/08/2016 | Robert Haefele | MDL 1570 hearing before Magistrate Judge Maas regarding Sedaghaty and Al Haramain sanctions. | 2.00 | $750.00 | 50% | 1.00 | $450.00 | $750.00 | $450.00 |
| 07/09/2016 | Robert Haefele | Return travel to Charleston from New York from MDL 1570 hearing regarding Sedaghaty and Al Haramain. | 3.00 | $750.00 | 33% | 1.00 | $450.00 | $749.93 | $449.96 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 07/18/2016 | Robert Haefele | Review letter to court regarding Sedaghaty further opposition to imposition of adverse inference sanction. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Airfare | | | 50% | | | $563.20 | $281.60 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Lodging | | | 50% | | | $188.25 | $94.13 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Taxi | | | 50% | | | $123.77 | $61.89 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Parking | | | 50% | | | $30.00 | $15.00 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Mileage | | | 50% | | | $16.20 | $8.10 |
| 07/29/2016 | DISBURSE MENT* | Travel Expenses for Robert Haefele - Meals | | | 50% | | | $64.88 | $32.44 |
| 08/15/2016 | Robert Haefele | Review ECF 3317, Sedaghaty opposition to adverse inference sanction. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 08/31/2016 | Robert Haefele | Draft PECs' response to Sedaghaty opposition to adverse inference. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 09/05/2016 | Robert Haefele | Draft PECs' response to Sedaghaty opposition to adverse inference. | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 09/06/2016 | Robert Haefele | Final edits to response to Sedaghaty opposition to adverse inference; review Sedaghaty history; incorporate edits from S. Carter. | 2.00 | $750.00 | 100% | 2.00 | $450.00 | $1,500.00 | $900.00 |

*These entries were divided equally between Perouz Sedaghaty and Al Haramain.

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 09/23/2016 | DISBURSEMENT | LexisNexis Legal Research - August 2016 | | | 100% | | | $104.02 | $104.02 |
| 10/21/2016 | DISBURSEMENT | LexisNexis Legal Research - September 2016 | | | 100% | | | $331.73 | $331.73 |
| 02/15/2017 | Robert Haefele | Review memorandum and order regarding sanctions versus Sedaghaty. | 0.50 | $750.00 | 100% | 0.50 | $450.00 | $375.00 | $225.00 |
| 03/09/2017 | John Eubanks | Discuss letter sent to Judge Netburn by Kreindler's office; T/C with Sean Carter re: memo to Trump Administration; discuss Sedaghaty billing issue. | 0.75 | $725.00 | 20% | 0.15 | $350.00 | $108.75 | $52.50 |
| | | | | | | | | | |
| | | TOTAL | 136.50 | | | 111.60 | | $85,047.31 | $51,347.07 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 1/31/2011 | J. Scott Tarbutton | Review Perez Sedaghaty's motion to stay; compare with Barzinji. | 0.5 | $600.00 | 100% | 0.5 | 400 | $300.00 | $200.00 |
| 2/1/2011 | J. Scott Tarbutton | Correspondence with Burnett counsel regarding Sedaghaty motion for stay; gather and send docs relative to defendant Barzinji's motion to stay. | 0.5 | $600.00 | 100% | 0.5 | 400 | $300.00 | $200.00 |
| 02/03/2011 | Sean Carter | Review and edit Sedaghaty Motion to Stay Opposition | 1.5 | $750.00 | 100% | 1.5 | $500.00 | $1,125.00 | $750.00 |
| 02/14/2011 | J. Scott Tarbutton | Review Sedaghaty reply brief. | 0.4 | $600.00 | 100% | 0.4 | $400.00 | $240.00 | $160.00 |
| 05/26/2011 | J. Scott Tarbutton | Research regarding defendant Sedaghaty; send info to R. Haefele. | 0.5 | $600.00 | 100% | 0.5 | $400.00 | $300.00 | $200.00 |
| 06/07/2011 | J. Scott Tarbutton | Review draft of motion to compel regarding defendant Sedaghaty; discussions with R. Haefele regarding letter motion and Jelaidan issues. | 1.0 | $600.00 | 50% | 0.5 | $400.00 | $300.00 | $200.00 |
| 06/09/2011 | Sean Carter | Review prior transcripts re: Sedaghaty arguments. | 1.2 | $750.00 | 100% | 1.2 | $500.00 | $900.00 | $600.00 |
| 06/09/2011 | Sean Carter | Review and edit Sedaghaty brief. | 2.3 | $750.00 | 100% | 2.3 | $500.00 | $1,725.00 | $1,150.00 |
| 06/13/2011 | J. Scott Tarbutton | Review draft of motion to compel for defendant Sedaghaty. | 0.4 | $600.00 | 100% | 0.4 | $400.00 | $240.00 | $160.00 |
| 06/16/2011 | Sean Carter | Review Sedaghty motion to compel. | 1.0 | $750.00 | 100% | 1.0 | $500.00 | $750.00 | $500.00 |
| 06/17/2011 | J. Scott Tarbutton | Review PEC letter motion to compel regarding defendant Sedaghaty. | 0.5 | $600.00 | 100% | 0.5 | $400.00 | $300.00 | $200.00 |
| 06/29/2011 | J. Scott Tarbutton | Review Sedaghaty's opposition to plaintiffs' letter motion. | 0.6 | $600.00 | 100% | 0.6 | $400.00 | $360.00 | $240.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 08/11/2011 | J. Scott Tarbutton | Review and analyze Pete Sedaghaty trial order (all motions denied). | 0.4 | $600.00 | 100% | 0.4 | $400.00 | $240.00 | $160.00 |
| 08/31/2011 | J. Scott Tarbutton | Review proposed letter to Judge Maas regarding defendant Sedaghaty. | 0.4 | $600.00 | 100% | 0.4 | $400.00 | $240.00 | $160.00 |
| 09/06/2011 | Sean Carter | Emails w/co-plaintiffs re: Sedaghaty 5th Amendment argument. | 0.6 | $750.00 | 100% | 0.6 | $500.00 | $450.00 | $300.00 |
| 11/16/2011 | Sean Carter | Travel to NYC for hearing. | 2.0 | $750.00 | 50% | 1.0 | $500.00 | $750.00 | $500.00 |
| 11/16/2011 | J. Scott Tarbutton | Travel to/from NYC for discovery hearing in front of Judge Maas. | 4.0 | $600.00 | 50% | 2.0 | $400.00 | $1,200.00 | $800.00 |
| 11/16/2011 | J. Scott Tarbutton | Participate in discovery hearing in SDNY. | 2.0 | $600.00 | 10% | 0.2 | $400.00 | $120.00 | $80.00 |
| 11/16/2011 | DISBURSEMENT | Travel (Amtrak) from Philadelphia to New York and back | | | 10% | | | $375.00 | $37.50 |
| 11/16/2011 | Sean Carter | Discovery hearing before J. Maas. | 2.5 | $750.00 | 10% | 0.3 | $500.00 | $187.50 | $125.00 |
| 11/16/2011 | Sean Carter | Return travel from NYC. | 2.0 | $750.00 | 50% | 1.0 | $500.00 | $750.00 | $500.00 |
| 11/16/2011 | DISBURSEMENT | Travel (Amtrak) from Philadelphia to New York and back | | | 10% | | | $290.00 | $29.00 |
| 11/22/2011 | J. Scott Tarbutton | Review court's decision relative to defendant Sedaghaty's motion for stay; discuss same with R. Haefele. | 0.5 | $600.00 | 100% | 0.5 | $400.00 | $300.00 | $200.00 |
| 12/06/2011 | Sean Carter | Review Sedaghaty objection under Rule 72. | 1.0 | $750.00 | 100% | 1.0 | $500.00 | $750.00 | $500.00 |
| 12/07/2011 | Sean Carter | Emails re: Sedaghaty Rule 72 objection. | 0.5 | $750.00 | 100% | 0.5 | $500.00 | $375.00 | $250.00 |
| 12/07/2011 | J. Scott Tarbutton | Review defendant Sedaghaty's objection to Court order re: motion to stay. | 0.6 | $600.00 | 100% | 0.6 | $400.00 | $360.00 | $240.00 |
| 12/14/2011 | J. Scott Tarbutton | Travel to/from NYC to attend discovery hearing before Judge Maas. | 2.0 | $600.00 | 50% | 1.0 | $400.00 | $600.00 | $400.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 12/14/2011 | J. Scott Tarbutton | Participate in discovery hearing before Judge Maas. | 2.0 | $600.00 | 10% | 0.2 | $400.00 | $120.00 | $80.00 |
| 12/14/2011 | DISBURSEMENT | Travel (Amtrak) from Philadelphia to New York and back | | | 10% | | | $250.00 | $25.00 |
| 12/14/2011 | DISBURSEMENT | Taxi from train station to Courthouse | | | 10% | | | $8.00 | $0.80 |
| 12/14/2011 | Sean Carter | Travel to NYC for argument. | 2.5 | $750.00 | 50% | 1.3 | $500.00 | $937.50 | $650.00 |
| 12/14/2011 | Sean Carter | Argument. | 3.0 | $750.00 | 10% | 0.3 | $500.00 | $225.00 | $150.00 |
| 12/14/2011 | DISBURSEMENT | Travel (Amtrak) from Philadelphia to New York | | | 10% | | | $153.00 | $15.30 |
| 12/14/2011 | DISBURSEMENT | Taxi from train station to Courthouse | | | 10% | | | $6.00 | $0.60 |
| 12/15/2011 | DISBURSEMENT | Taxi to train station | | | 10% | | | $12.00 | $1.20 |
| 12/15/2011 | DISBURSEMENT | Travel (Amtrak) from New York to Philadelphia | | | 10% | | | $138.00 | $13.80 |
| 12/16/2011 | J. Scott Tarbutton | Review Judge Maas's decision regarding defendant Sedaghaty. | 0.4 | $600.00 | 100% | 0.4 | $400.00 | $240.00 | $160.00 |
| 12/20/2011 | J. Scott Tarbutton | Review PEC response to defendant Sedaghaty Rule 72 objections. | 0.5 | $600.00 | 100% | 0.5 | $400.00 | $300.00 | $200.00 |
| 12/20/2011 | Sean Carter | Review draft response to Sedaghaty Rule 72 objection. | 1.2 | $750.00 | 100% | 1.2 | $500.00 | $900.00 | $600.00 |
| 12/29/2011 | Sean Carter | Emails re: Sedaghaty mandamus & motion to stay. | 2.0 | $750.00 | 100% | 2.0 | $500.00 | $1,500.00 | $1,000.00 |
| 12/29/2011 | Sean Carter | Review Sedaghaty mandamus petition. | 2.5 | $750.00 | 100% | 2.5 | $500.00 | $1,875.00 | $1,250.00 |
| 01/03/2012 | Sean Carter | Review Sedaghaty emergency motion for Stay. | 1.4 | $750.00 | 100% | 1.4 | $500.00 | $1,050.00 | $700.00 |

# COZEN O'CONNOR

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2012 | Sean Carter | Review and edit opposition to Sedaghaty emergency motion to stay. | 1.2 | $750.00 | 100% | 1.2 | $500.00 | $900.00 | $600.00 |
| 01/09/2012 | J. Scott Tarbutton | Review Plaintiffs' opposition to Sedaghaty's motion to stay. | 0.5 | $600.00 | 100% | 0.5 | $400.00 | $300.00 | $200.00 |
| 01/09/2012 | Sean Carter | Review opposition to Sedaghaty Motion to Stay. | 1.2 | $750.00 | 100% | 1.2 | $500.00 | $900.00 | $600.00 |
| 04/20/2012 | J. Scott Tarbutton | Review Second Circuit decision regarding defendant Sedaghaty. | 0.2 | $600.00 | 100% | 0.2 | $400.00 | $120.00 | $80.00 |
| 09/04/2012 | J. Scott Tarbutton | Review correspondence from defense counsel regarding discovery, including discovery responses from AHIF and Sedaghaty. | 0.5 | $600.00 | 50% | 0.3 | $400.00 | $150.00 | $120.00 |
| 07/24/2012 | J. Scott Tarbutton | Correspondence with plaintiffs' counsel regarding discovery and defendants al Buthe and Sedaghaty. | 0.6 | $600.00 | 50% | 0.3 | $400.00 | $180.00 | $120.00 |
| 08/10/2012 | J. Scott Tarbutton | Review and comment on drafts of Jelaidan (brief no. 2), Buthe and Sedaghaty briefs getting filed today. | 1.0 | $600.00 | 33% | 0.3 | $400.00 | $198.00 | $120.00 |
| 11/04/2015 | J. Scott Tarbutton | Review draft of Sedaghaty brief. | 0.8 | $600.00 | 100% | 0.8 | $400.00 | $480.00 | $320.00 |
| 11/05/2015 | J. Scott Tarbutton | Review drafts of Sedaghaty and Buthe briefs; discussions with plaintiffs' counsel regarding same. | 1.0 | $600.00 | 50% | 0.5 | $400.00 | $300.00 | $200.00 |
| 11/05/2015 | Sean Carter | Review and edit Buthe & Sedaghaty motions. | 2.0 | $750.00 | 50% | 1.0 | $500.00 | $750.00 | $500.00 |
| | | **TOTAL** | 52.4 | | | 35.4 | | $25,220.00 | $16,148.20 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 01/21/2011 | Jerry S. Goldman | Received review of defendant's motion to stay. | 5.0 | $825.00 | 23% | 1.2 | $600.00 | $948.75 | $690.00 |
| 01/23/2011 | Jerry S. Goldman | Send a letter via email to RH; Received email from RH; reply; memo to paralegal re: next issues in discovery. | 3.1 | $825.00 | 25% | 0.8 | $600.00 | $639.38 | $465.00 |
| 06/08/2011 | Jerry S. Goldman | Seda/Al Haramain issues - rec/rev materials from paralegal - send to RH - Receive email from RH - Receive email from Sean - Receive email from Scott - reply; dismissal issue - exchange emails among PEC re: response to Luque/B; review docs/travel back to PHL. | 3.5 | $825.00 | 48% | 1.7 | $600.00 | $1,386.00 | $1,008.00 |
| 06/09/2011 | Jerry S. Goldman | discovery work/discovery dispute. | 3.2 | $825.00 | 17% | 0.5 | $600.00 | $448.80 | $326.40 |
| 06/13/2011 | Jerry S. Goldman | doc review/correspondence re: Seda. | 3.0 | $825.00 | 12% | 0.4 | $600.00 | $297.00 | $216.00 |
| 06/17/2011 | Jerry S. Goldman | Receive email from various re: discovery issues; reply as waranted w/ comments. | 0.5 | $825.00 | 50% | 0.3 | $600.00 | $206.25 | $150.00 |
| 06/17/2011 | Jerry S. Goldman | misc discovery and Maas hearing work. | 1.2 | $825.00 | 25% | 0.3 | $600.00 | $247.50 | $180.00 |
| 06/20/2011 | Jerry S. Goldman | emails re: Maas hearing. | 0.9 | $825.00 | 40% | 0.4 | $600.00 | $297.00 | $216.00 |
| 06/21/2011 | Jerry S. Goldman | Send a letter via email to Kaplan and Leonardo re: Maas; Receive email from Kaplan; reply; Send a letter via email to Josh re: Maas. | 0.8 | $825.00 | 50% | 0.4 | $600.00 | $330.00 | $240.00 |
| 06/30/2011 | Jerry S. Goldman | review materials of RH. | 2.4 | $825.00 | 43% | 1.0 | $600.00 | $851.40 | $619.20 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 07/02/2011 | Jerry S. Goldman | correspondence re: upcoming conference - see draft; reply; Receive email from RH; reply. | 0.4 | $825.00 | 100% | 0.4 | $600.00 | $330.00 | $240.00 |
| 07/05/2011 | Jerry S. Goldman | Received and review defendants proposed letter to Maas; Receive email from JK; Receive email from JF; jsg response to Flowers email; Receive email from RH in response; jsg reply; Receive and review letter from RH to Kabat w/ plaintiffs proposal for Maas; Receive email from Kabat in response to RH's email. | 2.4 | $825.00 | 35% | 0.8 | $600.00 | $693.00 | $504.00 |
| 07/06/2011 | Jerry S. Goldman | Received email from RH. | 5.5 | $825.00 | 7% | 0.4 | $600.00 | $317.63 | $231.00 |
| 07/07/2011 | Jerry S. Goldman | Receive email from various re: discovery issues; reply. | 3.0 | $825.00 | 12% | 0.4 | $600.00 | $297.00 | $216.00 |
| 07/07/2011 | Jerry S. Goldman | Receive email from A Kabat; Send a letter via email to managing clerk - AKO. | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 09/05/2011 | Jerry S. Goldman | Receive and review emails re: discovery issues; reply. | 4.1 | $825.00 | 12% | 0.5 | $600.00 | $405.90 | $295.20 |
| 09/06/2011 | Jerry S. Goldman | Rec/rev docket items; continue review of emails re; discovery issues/appeal-reply. | 4.9 | $825.00 | 12% | 0.6 | $600.00 | $485.10 | $352.80 |
| 11/16/2011 | Jerry S. Goldman | prepare for hearing; travel to courthouse (SDNY); Conference with PEC pre-hearing; hearing; Conference with PEC post hearing; travel to office; arrange for transcript. | 8.5 | $825.00 | 15% | 1.3 | $600.00 | $1,051.88 | $765.00 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2011 | Jerry S. Goldman | Rev/Rec emails - Comment by RH; comment by Scarter; comments by Maloney; jsg comment. | 1.5 | $825.00 | 30% | 0.5 | $600.00 | $371.25 | $270.00 |
| 11/29/2011 | DISBURSEMENT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | 10% | | | $32.73 | $3.27 |
| 12/06/2011 | Jerry S. Goldman | various emails re; hearing before Maas/response to DEC motion. | 2.3 | $825.00 | 23% | 0.5 | $600.00 | $436.43 | $317.40 |
| 12/14/2011 | Jerry S. Goldman | Prepare for hearing 12/14; travel to hearing 12/14; PEC meeting; hearing USDC; meet PEC post hearing; travel uptown; arrange for transcript. | 5.5 | $825.00 | 23% | 1.3 | $600.00 | $1,043.63 | $759.00 |
| 12/16/2011 | Jerry S. Goldman | rev. Sed order. | 3.5 | $825.00 | 8% | 0.3 | $600.00 | $231.00 | $168.00 |
| 12/20/2011 | Jerry S. Goldman | Receive and review draft of M-R re: objections-reply okay; prepare for PEC telephone call-PEC telephone call (see memo). | 3.1 | $825.00 | 25% | 0.8 | $600.00 | $639.38 | $465.00 |
| 12/29/2011 | Jerry S. Goldman | discovery issues. | 1.5 | $825.00 | 45% | 0.7 | $600.00 | $556.88 | $405.00 |
| 01/03/2012 | Jerry S. Goldman | Receive and review email from Kabat with motion in Second Circuit. | 2.6 | $825.00 | 17% | 0.4 | $600.00 | $364.65 | $265.20 |
| 01/09/2012 | Jerry S. Goldman | Receive and review working draft of response to motion for stay in second Circuit- reply w/ comments; Receive and review decision of second circuit regarding lengths of briefs, email PEC re: Sed. | 1.2 | $825.00 | 33% | 0.4 | $600.00 | $326.70 | $237.60 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2012 | Jerry S. Goldman | Rec/rev court order. | 0.6 | $825.00 | 50% | 0.3 | $600.00 | $247.50 | $180.00 |
| 01/20/2012 | Jerry S. Goldman | Receive email from RH- reply re Sed. | 0.5 | $825.00 | 100% | 0.5 | $600.00 | $412.50 | $300.00 |
| 01/30/2012 | DISBURSEMENT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | 10% | | | $92.46 | $9.25 |
| 03/31/2012 | Jerry S. Goldman | Rec/rev Ct order SED. | 0.5 | $825.00 | 60% | 0.3 | $600.00 | $247.50 | $180.00 |
| 07/31/2012 | Jerry S. Goldman | Receive and review document requests. | 0.9 | $825.00 | 20% | 0.2 | $600.00 | $148.50 | $108.00 |
| 09/04/2012 | Rene Hertzog | Briefly reviewed recent correspondence regarding discovery. | 0.3 | $475.00 | 100% | 0.3 | $350.00 | $142.50 | $105.00 |
| 09/06/2012 | Jerry S. Goldman | Conference with Rene re: discovery; Receive and review discovery document- fwd to AKO IT; emails w/ Rene re: discovery; rev Sed. | 3.2 | $825.00 | 25% | 0.8 | $600.00 | $660.00 | $480.00 |
| 08/09/2015 | Jerry S. Goldman | Receive and review draft motion; internal comments re: same; Receive and review comments; replies from Motley. | 1.9 | $825.00 | 45% | 0.9 | $600.00 | $705.38 | $513.00 |
| 08/09/2015 | Bruce Strong | Proofread motion to compel and sent comments to PEC. | 2.0 | $425.00 | 50% | 1.0 | $350.00 | $425.00 | $350.00 |
| 08/10/2015 | Jerry S. Goldman | Receive and review final drafts from Cozen and Motley Rice re: motions; Receive and review PEC comments re: same; JSG comments re: same Finalized Exhibits. | 3.3 | $825.00 | 100% | 3.3 | $600.00 | $2,722.50 | $1,980.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 08/10/2015 | Jerry S. Goldman | Receive and review filed copy of discovery motion Sed from RH- PACER; internal communications. | 0.8 | $825.00 | 100% | 0.8 | $600.00 | $660.00 | $480.00 |
| 07/06/2016 | Jerry S. Goldman | Communications re: Maas- email from Kabat; Send a letter via email to RH; Receive email from JK. | 0.4 | $825.00 | 50% | 0.2 | $600.00 | $165.00 | $120.00 |
| 07/07/2016 | Jerry S. Goldman | Receive email from A Kabat; reply; Receive email from S T; Receive email from AK; Receive email from RH to Kabat; Receive email from RH to JSG/Scott/Sean; jsg reply; ST reply. | 0.7 | $825.00 | 55% | 0.4 | $600.00 | $317.63 | $231.00 |
| 07/07/2016 | Jerry S. Goldman | Call w/ Haefele. | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 07/07/2016 | Jerry S. Goldman | Communications w/ paralegal re: hearings 7/8- materials needed. | 0.3 | $825.00 | 30% | 0.1 | $600.00 | $74.25 | $54.00 |
| 07/08/2016 | Jerry S. Goldman | Email paralegal; Receive email from paralegal w/ materials. | 0.3 | $825.00 | 30% | 0.1 | $600.00 | $74.25 | $54.00 |
| 07/08/2016 | Jerry S. Goldman | Order transcript - Sed/AHIF. | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 07/08/2016 | Jerry S. Goldman | Review materials for court hearing- AHIF/Sed. | 1.4 | $825.00 | 50% | 0.7 | $600.00 | $577.50 | $420.00 |
| 07/08/2016 | Jerry S. Goldman | Travel to court; meet w/ RH; hearing on Sed. And AHIF; travel back. | 2.5 | $825.00 | 47% | 1.2 | $600.00 | $969.38 | $705.00 |
| 07/08/2016 | Jerry S. Goldman | Research re: hearing. | 0.6 | $825.00 | 50% | 0.3 | $600.00 | $247.50 | $180.00 |
| 07/08/2016 | Jerry S. Goldman | Receive and review docket item - minute entry. | 0.1 | $825.00 | 100% | 0.1 | $600.00 | $82.50 | $60.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard | | % of Time Applicable to Sedaghaty | Modified | | Standard | Modified |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | | Time (hrs) | Rate | Charge | Charge |
| 07/08/2016 | Jerry S. Goldman | Send a letter via email to Jim/Scott/Duke/Sean re: hearing on Sed/AHIF; Receive email from Jim. | 0.3 | $825.00 | 66% | 0.2 | $600.00 | $163.35 | $118.80 |
| 08/15/2016 | Bruce Strong | Reviewed court filings. | 0.1 | $425.00 | 100% | 0.1 | $425.00 | $42.50 | $42.50 |
| 08/16/2016 | Jerry S. Goldman | communications re: discovery and litigation support and paralegal; Sed. | 0.8 | $825.00 | 40% | 0.3 | $600.00 | $264.00 | $192.00 |
| 08/16/2016 | DISBURSEME NT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | 10% | | | $76.86 | $7.69 |
| 02/16/2017 | Jerry S. Goldman | Email to team re: SED order. | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 02/16/2017 | Jerry S. Goldman | Rec/rev SED discovery order. | 0.4 | $825.00 | 100% | 0.4 | $600.00 | $330.00 | $240.00 |
| 02/16/2017 | Jerry S. Goldman | Receive and review Netburn order- forward same internally. | 0.3 | $825.00 | 100% | 0.3 | $600.00 | $247.50 | $180.00 |
| | | | | | | | | | |
| | | TOTAL | 96.6 | | | 29.5 | | $23,991.25 | $17,375.31 |

Perouz Sedaghaty



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1101366468 | 31–JAN–11 | |

BILLING PERIOD  01–JAN–11 – 31–JAN–11

US FEDERAL TAX ID 52–1471642
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87–767–2683

*INVOICE TO:*
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464–4399
UNITED STATES

\*\*\*FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.\*\*\*
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800–543–6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| **ACCOUNT BALANCE 31–DEC–10** | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
|    TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
|    TOTAL ADJUSTMENTS APPLIED | |
| **ACCOUNT BALANCE 31–JAN–11** | |



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1101366468 | 31–JAN–11 | |

BILLING PERIOD  01–JAN–11 – 31–JAN–11

US FEDERAL TAX ID 52–1471642
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87–767–2683

REMIT TO: LEXISNEXIS
PO BOX 7247–7090
PHILADELPHIA, PA 19170–7090

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

*INVOICE TO:*

ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464–4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL, PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

0–1



**LexisNexis**

*SUB-ACCOUNT:*
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MOUNT PLEASANT, SC 29464-4399

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1101366466 | 31-JAN-11 |

BILLING PERIOD 01-JAN-11 – 31-JAN-11

| ACCOUNT NUMBER |
|---|
|  |

*INVOICE TO:*
MOTLEY RICE LLC
MOUNT PLEASANT, SC 29464-4399

**ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES**
SUB-ACCOUNT SUMMARY BY CLIENT
SUB-ACCOUNT NUMBER: 139D62

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| CLIENT | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | – | – | $ 23.76 | $ 1.78 | $ 25.54 |

0–15

375541000-RTH



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1102364626 | 28-FEB-11 | |

BILLING PERIOD  01-FEB-11 – 28-FEB-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

***INVOICE TO:***
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

***FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.***
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| **ACCOUNT BALANCE 31-JAN-11** | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
|   TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
|   TOTAL ADJUSTMENTS APPLIED | |
| **ACCOUNT BALANCE 28-FEB-11** | |



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1102364626 | 28-FEB-11 | |

BILLING PERIOD  01-FEB-11 – 28-FEB-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

| CUR PER CHG |
|---|
| AMT DUE USD |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

***INVOICE TO:***

ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

D-1

# LexisNexis®

SUB-ACCOUNT:
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464-4399

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 1102364626 | 28-FEB-11 |

BILLING PERIOD 01-FEB-11 - 28-FEB-11

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT, SC 29464-4399

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### SUB-ACCOUNT SUMMARY BY CLIENT
### SUB-ACCOUNT NUMBER: 139D62

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| CLIENT | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | -- | -- | $9.92 | $0.74 | $10.66 |
| | | | | | | $9.92 | $0.74 | $10.66 |

0-15

37554100I-RTH



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1106362578 | 30-JUN-11 | |

BILLING PERIOD 01-JUN-11 - 30-JUN-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

***INVOICE TO:***
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

***FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.***
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| **ACCOUNT BALANCE 31-MAY-11** | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
| TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
| TOTAL ADJUSTMENTS APPLIED | |
| **ACCOUNT BALANCE 30-JUN-11** | |



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1106362578 | 30-JUN-11 | |

BILLING PERIOD 01-JUN-11 - 30-JUN-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

***INVOICE TO:***

ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL, THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

0-1

## LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1103362578 | 30-JUN-11 |

BILLING PERIOD 01-JUN-11 - 30-JUN-11

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
MOTLEY RICE LLC
MOUNT PLEASANT SC 29464-4399

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | | $ 90.15 | $ 7.71 | $ 97.86 |

0-9

CI.IPMT

375541000-RTH