# Exhibit C2



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1107361463 | 31-JUL-11 | |

BILLING PERIOD 01-JUL-11 - 31-JUL-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

**INVOICE TO:**
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

***FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.***
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| ACCOUNT BALANCE 30-JUN-11 | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
|   TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
|   TOTAL ADJUSTMENTS APPLIED | |
| ACCOUNT BALANCE 31-JUL-11 | |

---



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1107361463 | 31-JUL-11 | |

BILLING PERIOD 01-JUL-11 - 31-JUL-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

**INVOICE TO:**

ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

# LexisNexis

| INVOICE NO: | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1107361463 | 31-JUL-11 | | |

BILLING PERIOD 01-JUL-11 - 31-JUL-11

INVOICE TO:
MOTLEY RICE LLC
MOUNT PLEASANT SC 29464-4399

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | NET ADJUSTMENT AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| | | | | | $52.96 | $4.52 | $57.48 |

375541000-RTH



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1111357749 | 30-NOV-11 | |

BILLING PERIOD 01-NOV-11 - 30-NOV-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

**INVOICE TO:**
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

\*\*\*FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.\*\*\*
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| **ACCOUNT BALANCE 31-OCT-11** | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
|   TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
|   TOTAL ADJUSTMENTS APPLIED | |
| **ACCOUNT BALANCE 30-NOV-11** | |

---



\*\*DETACH AND RETURN THIS PORTION WITH PAYMENT\*\*

| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1111357749 | 30-NOV-11 | |

BILLING PERIOD 01-NOV-11 - 30-NOV-11

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

**INVOICE TO:**
ATTENTION: HILLARIE STECKER
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

# LexisNexis

| INVOICE NO: | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1111357749 | 30-NOV-11 | | |

BILLING PERIOD 01-NOV-11 - 30-NOV-11

INVOICE TO:
MOTLEY RICE LLC
MOUNT PLEASANT SC 29464-4399

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 37854100-0-RTH | $2,647.25 | ($2,562.39) | $84.86 | - | | $84.86 | $7.20 | $92.06 |

0-9

| | | |
|---|---|---|
| Motley Rice LLC (843) 216-9000<br>P.O. Box 650001, Mt. Pleasant, SC 29465<br>****Void after 180 days*** | | Operating Account 0107 W<br>Wells Fargo Bank, N.A.<br>67-776/532 |

**109091**

Date: 11/18/15    Amount:

Pay Exactly **VOID**

Pay to the Order Of: LexisNexis
P.O. Box 7247-7090
Philadelphia PA 19170-7090

SECURITY FEATURES INCLUDED, DETAILS ON BACK

LexisNexis                        11/18/15        109091

| | | |
|---|---|---|
| 1508300208 | LexisNexis-Inv# 1508300208 / LexisNexis Aug | $310.22 |
| 510100 | Litigation Expenses | |
| 990200 | Mt Pleasant Office | |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem | |