# Exhibit C3



| invoice no. | invoice date |
|---|---|
| 1508300208 | 31-aug-15 |

billing period 01-aug-15 - 31-aug-15

account number

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

***for inquiries regarding this invoice
contact your account representative.***
for the name and number of your
representative call 800-543-6862.

## invoice summary

| description | total amount |
|---|---|
| account balance 31-jul-15 | |
| current charges and credits | |
| current tax | |
| total payments received | |
| prior period credits | |
| prior period credit tax | |
| total adjustments applied | |
| account balance 31-aug-15 | |

t**

| account number |
|---|
| 1 |

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

remit to: lexisnexis
po box 7247-7090
philadelphia, pa 19170-7090

| cur per chg |
|---|
| amt due usd |

payment terms: net 10 days from receipt

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

amounts which have not been paid within 30 days after
the invoice date will thereafter, until paid, be
subject to a late payment charge at a rate equal to
15.000% per annum (or, if less, the maximum rate
permitted under applicable law).

0-1

  LexisNexis

| invoice no: | invoice date |
|---|---|
| 1508300208 | 31-aug-15 |

billing period 01-aug-15 - 31-aug-15

| account number |
|---|
| |

*invoice to:*
motley rice llc
mount pleasant sc 29464-4399

## itemization of lexisnexis & related charges
### account summary by client

| client | contract use | | | transactional use | | total before tax | tax | total charges |
|---|---|---|---|---|---|---|---|---|
| | gross amount | adjustment | net amount | over the cap | outside contract | | | |
| 375541000-rth | | | | - | - | $ 285.92 | $ 24.30 | $ 310.22 |

Motley Rice LLC (843) 216-9000
P.O. Box 650001, Mt. Pleasant, SC 29465
****Void after 180 days***

Operating Account 0107 W
Wells Fargo Bank, N.A.
67-776/532

108947

Pay Exactly

| Date | Amount |
|---|---|
| 11/12/15 | |

Pay to the Order Of

LexisNexis
P.O. Box 7247-7090
Philadelphia  PA  19170-7090

VOID   VOID   VOID

SECURITY FEATURES INCLUDED. DETAILS ON BACK

| LexisNexis | 11/12/15 | 108947 |

108947

| | | |
|---|---|---|
| | LexisNexis-Inv# 1510299499 / October 2015 C | $100.33 |
| | Litigation Expenses | |
| | Mt Pleasant Office | |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem | |

LexisNexis® PowerInvoice™

 LexisNexis

| invoice no. | invoice date | account number |
|---|---|---|
| 1510299499 | 31-oct-15 | |

billing period 01-oct-15 - 31-oct-15

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

\*\*\*for inquiries regarding this invoice
contact your account representative.\*\*\*
for the name and number of your
representative call 800-543-6862.

### invoice summary

| description | total amount |
|---|---|
| account balance 30-sep-15 | |
| current charges and credits | |
| current tax | |
| total payments received | |
| prior period credits | |
| prior period credit tax | |
| total adjustments applied | |
| account balance 31-oct-15 | |

\*\*detach and return this portion with payment\*\*

LexisNexis

| invoice no. | invoice date | account number |
|---|---|---|
| 1510299499 | 31-oct-15 | |

billing period 01-oct-15 - 31-oct-15

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

remit to: lexisnexis
po box 7247-7090
philadelphia, pa 19170-7090

| cur per chg |
|---|
| amt due usd |

payment terms: net 10 days from receipt

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

amounts which have not been paid within 30 days after
the invoice date will thereafter, until paid, be
subject to a late payment charge at a rate equal to
15.000% per annum (or, if less, the maximum rate
permitted under applicable law).

 LexisNexis

| invoice no: | invoice date |
|---|---|
| 1510299499 | 31-oct-15 |

billing period 01-oct-15 - 31-oct-15

account number

*invoice to:*
motley rice llc
mount pleasant sc 29464-4399

## itemization of lexisnexis & related charges
### account summary by client

| client | contract use | | | transactional use | | total before tax | tax | total charges |
|---|---|---|---|---|---|---|---|---|
| | gross amount | adjustment | net amount | over the cap | outside contract | | | |
| 129037000-jra | $ 249.00 | ($ 232.00) | $ 17.00 | - | - | $ 17.00 | $ 1.50 | $ 18.51 |
| 375541000-mdl | $ 69.00 | ($ 64.00) | $ 5.00 | - | - | $ 5.00 | $ 0.43 | $ 5.43 |
| 375541000-rth | $ 1,206.00 | ($ 1,118.53) | $ 87.47 | - | - | $ 87.47 | $ 7.43 | $ 94.90 |

0-9

| | |
|---|---|
| Motley Rice LLC (843) 216-9000<br>P.O. Box 650001, Mt. Pleasant, SC 29465<br>****Void after 180 days*** | Operating Account 0107 W<br>Wells Fargo Bank, N.A.<br>67-776/532 |

**109408**

VOID VOID VOID VOID VOID

Date: 12/01/15    Amount:

Pay Exactly

Pay to the Order Of

Paetec
P.O. Box 9001013
Louisville  KY  40290-1013

SECURITY FEATURES INCLUDED. DETAILS ON BACK

| 58923277 | Paetec | 12/01/15 | 109408 |

|  |  |  |
|---|---|---|
|  | W.S.B. Of Alberta |  |
|  | Paetec-Inv# 58923277 / Conference call | $42.70 |
|  | Litigation Expenses |  |
|  | Mt Pleasant - G&A |  |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem |  |

windstream.

ITEMIZED CALL DETAIL

| | |
|---|---|
| DATE OF INVOICE | 11.15.15 |
| INVOICE PERIOD | 10.15.15 – 11.14.15 |

| | |
|---|---|
| INVOICE NUMBER | 58923277 |
| ACCOUNT NUMBER | |
| PAGE | 119 |

Account Code 375541000

Conference ID: 349652818    Chairperson: HAEFELE, BOB

| Reference | Date | From Number | From Location | Minutes | Amount |
|---|---|---|---|---|---|
| 21110534 | 10/14/2015 03:57 PM | | | 78.0 | $7.8000 |
| 21110535 | 10/14/2015 03:59 PM | | | 76.0 | $7.6000 |
| 21110536 | 10/14/2015 04:00 PM | | | 76.0 | $7.6000 |
| 21110537 | 10/14/2015 04:02 PM | | | 72.0 | $7.2000 |
| 21110538 | 10/14/2015 04:03 PM | | | 73.0 | $7.3000 |
| 21110539 | 10/14/2015 04:24 PM | | | 52.0 | $5.2000 |
| USAGE TOTAL FOR CONFERENCE 349652818 | | | | 427.0 | $42.7000 |
| TOTAL FOR ACCOUNT CODE 375541000 | | | | 427.0 | $42.7000 |