# Exhibit C4

| Motley Rice LLC (843) 216-9000 | Operating Account 0107 W | 109920 |
| P.O. Box 650001, Mt. Pleasant, SC 29465 | Wells Fargo Bank, N.A. | |
| ****Void after 180 days*** | 67-776/532 | |

Pay Exactly

Date: 12/21/15    Amount:

Pay to the Order Of

LexisNexis
P.O. Box 7247-7090
Philadelphia PA 19170-7090



SECURITY FEATURES INCLUDED. DETAILS ON BACK

LexisNexis         12/21/15        109920



|  | LexisNexis-Inv#1511299039 / November 2015 | $193.88 |
|---|---|---|
|  | Client Costs Advanced Type 1 | |
|  | Mt Pleasant Office | |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem | |



| invoice no. | invoice date | account number |
|---|---|---|
| 1511299039 | 30-nov-15 | |

billing period 01-nov-15 - 30-nov-15

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

***for inquiries regarding this invoice
contact your account representative.***
for the name and number of your
representative call 800-543-6862.

### invoice summary

| description | total amount |
|---|---|
| account balance 31-oct-15 | |
| current charges and credits | |
| current tax | |
| total payments received | |
| prior period credits | |
| prior period credit tax | |
| total adjustments applied | |
| **account balance 30-nov-15** | |

---

**detach and return this portion with payment**

| invoice no. | invoice date | account number |
|---|---|---|
| 1511299039 | 30-nov-15 | |

billing period 01-nov-15 - 30-nov-15

us federal tax id 52-1471842
canadian gst registration number 123397457rt
dun and bradstreet number 87-767-2683

remit to: lexisnexis
po box 7247-7090
philadelphia, pa 19170-7090

| cur per chg |
|---|
| amt due usd |

payment terms: net 10 days from receipt

*invoice to:*

attention: hillarie van dalen
motley rice llc
28 bridgeside blvd
mount pleasant sc 29464-4399
united states

amounts which have not been paid within 30 days after
the invoice date will thereafter, until paid, be
subject to a late payment charge at a rate equal to
15.000% per annum (or, if less, the maximum rate
permitted under applicable law).

 **LexisNexis**

| invoice no: | invoice date |
|---|---|
| 1511299039 | 30-nov-15 |

billing period 01-nov-15 - 30-nov-15

| account number |
|---|
|  |

*invoice to:*
motley rice llc
mount pleasant sc 29464-4399

## itemization of lexisnexis & related charges
### account summary by client

| client | contract use | | | transactional use | | total before tax | tax | total charges |
|---|---|---|---|---|---|---|---|---|
|  | gross amount | adjustment | net amount | over the cap | outside contract | | | |
| 375541000-jme |  |  |  | - | - | $ 2.08 | $ 0.17 | $ 2.25 |
| 375541000-mdl |  |  |  | - | - | $ 80.96 | $ 6.89 | $ 87.85 |
| 375541000-rth |  |  |  | - | - | $ 8.94 | $ 0.75 | $ 9.69 |

0-11

Motley Rice LLC (843) 216-9000  
P.O. Box 650001, Mt. Pleasant, SC 29465

Operating Account 0107 W  
Wells Fargo Bank, N.A.  
67-776/532

**115657**

Date: 07/29/16  
Amount: ***$986.30

Pay Exactly  Nine hundred eighty six and 30/100 Dollars

Pay to the Order Of    Robert Haefele

SECURITY FEATURES INCLUDED. DETAILS ON BACK

| | Robert Haefele | $986.30 | 07/29/16 | 115657 |
|---|---|---|---|---|
| | Robert Haefele-Travel to New York, NY to atte | $986.30 | | |
| | Litigation Expenses | | | |
| | Mt Pleasant - G&A | | | |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem | | | |

## MOTLEY RICE LLC
### Expense Report

☐ Supplemental Expense Report?

| Name | Employee ID | Destination City | Destination State/Country |
|---|---|---|---|
| Robert T. Haefele | | New York | NY |

PAID JUL 29 2016

RECEIVED JUL 19 2016 BY:

### Employee Paid Expenses

| Date | Friday 7/8/2016 | Saturday 7/9/2016 | Sunday 7/10/2016 | Monday 7/11/2016 | Tuesday 7/12/2016 | Wednesday 7/13/2016 | Thursday 7/14/2016 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Airfare/Rail | $563.20 | $ - | $ - | $ - | $ - | $ - | $ - | $563.20 |
| Car rental | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Taxi/Bus Limo | $123.77 | $ - | $ - | $ - | $ - | $ - | $ - | $123.77 |
| Parking/Tolls | $ - | $30.00 | $ - | $ - | $ - | $ - | $ - | $30.00 |
| Gas | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Mileage (below) | $8.10 | $8.10 | $ - | $ - | $ - | $ - | $ - | $16.20 |
| Lodging/Room | $188.25 | $ - | $ - | $ - | $ - | $ - | $ - | $188.25 |
| Breakfast | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Lunch | $9.56 | $ - | $ - | $ - | $ - | $ - | $ - | $9.56 |
| Dinner | $55.32 | $ - | $ - | $ - | $ - | $ - | $ - | $55.32 |
| Entertainment ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Phone/Fax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Postage/Shipping | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Tips | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| Miscellaneous ** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $0.00 |
| **Daily Totals** | **$948.20** | **$38.10** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$986.30** |

### Charge To:

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 375541.000 | MDL1570 | Attend Status Conference regarding Al Haramain & Sedaghaty | 7/8/2016 July 8-9 | $986.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $986.30 |

### Mileage Log Detail

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 7/8/2016 | Office to Airport | 15 | 0.54 | $8.10 |
| 7/9/2016 | Airport to Office | 15 | 0.54 | $8.10 |
| 7/10/2016 | | | 0.54 | $0.00 |
| 7/11/2016 | | | 0.54 | $0.00 |
| 7/12/2016 | | | 0.54 | $0.00 |
| 7/13/2016 | | | 0.54 | $0.00 |
| 7/14/2016 | | | 0.54 | $0.00 |
| | | | Total | $16.20 |

I certify that the information provided is an accurate record of expenses incurred by me.

**Employee Sign**     Date 7/14/2016

**Authorization Sign**     Date 7/14/2016

| | |
|---|---|
| Employee Paid Expenses | $986.30 |
| Personal Charges to AMEX | $0.00 |
| Net Due Employee[1] | $986.30 |
| Charge to Employee Ledger[2] | $0.00 |
| Credit to Amex Ledger | $0.00 |

Please attach original receipts taped to letter size paper.
** Business Entertainment / Misc - attach memo with names, business relationship & purpose.

Retain a Copy of this form & Receipts as your Record

[1] Employee Paid Expenses minus Personal Charges to AMEX
[2] Personal Charges exceeding Employee Paid Expenses

**Prepared By:** Colleen Hemelgarn
**Prepared On:** July 14, 2016

| Has Receipt | Date | Payee | Category | Amount | Itemized Receipts | Form of Payment | Business Entertainment / Miscellaneous Expense - purpose |
|---|---|---|---|---|---|---|---|
| Yes | 7/8/2016 | Jetblue | Airfare/Rail | $ 563.20 | Yes | Other | |
| Yes | 7/8/2016 | Pearl Street Café | Lunch | $ 9.56 | Yes | Other | |
| Yes | 7/8/2016 | Springhill Suites | Lodging/Room | $ 188.25 | Yes | Other | |
| Yes | 7/8/2016 | Springhill Suites | Dinner | $ 55.32 | Yes | Other | |
| Yes | 7/8/2016 | Taxi | Taxi/Bus Limo | $ 53.76 | Yes | Other | Hotel to Hearing |
| Yes | 7/8/2016 | Taxi | Taxi/Bus Limo | $ 70.01 | Yes | Other | JFK to Hotel |
| Yes | 7/9/2016 | Charleston Airport | Parking/Tolls | $ 30.00 | Yes | Other | |
| | | | Total | $ 970.10 | | | |

| Vendor | | Total |
|---|---|---|
| TOTALS FOR ITEMIZED RECEIPTS | | |
| Taxi | | $123.77 |
| Springhill Suites | | $243.57 |
| Pearl Street Café | | $9.56 |
| Jetblue | | $563.20 |
| Charleston Airport | | $30.00 |



Thank you for choosing Lawyers Travel.

We value your input and welcome you to provide your feedback here.

| Travel Summary | | Agency Record Locator: VHSWMH | | | |
|---|---|---|---|---|---|
| Traveler | | | | | |
| HAEFELE/ROBERT T | | | | | |
| Reference number by traveler: Not Applicable | | | | | |
| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
| 07/08/2016 | CHS-JFK | B6 1274 | 09:49 AM/11:39 AM | Economy | Confirmed |
| 07/08/2016 | LGA-CHS | DL 5339 | 08:50 PM/11:05 PM | Economy | Confirmed |

**Travel Assistance Contact Information**
For travel assistance 24 hours a day, please call your dedicated number at 843-216-9288.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 844-224-9300. Your access code is 4Y7B.

**Travel Documentation Requirements**
- A valid, government-issued photo ID is required for all domestic air travel.

**AIR - Friday, July 8 2016**

| Jetblue  Flight B61274  Economy Class | |
|---|---|
| Depart: | Charleston International Airport |
| | Charleston, South Carolina, United States |
| | 09:49 AM Friday, July 8 2016 |
| Arrive: | John F Kennedy Intl, TERMINAL 5 |
| | New York, New York, United States |
| | 11:39 AM Friday, July 8 2016 |
| Duration: | 1 hour(s) and 50 minute(s) Non-stop |
| Status: | Confirmed - Jetblue Booking Reference: XURMUN |
| Equipment: | Airbus Industrie A320 |
| Seat: | 03D Confirmed |
| FF Number: | |
| | For additional information and check in, 24 hours in advance, click on the airline link below. |
| | http://www.jetblue.com/ |
| Remarks: | AIRPORT CHECK IN FOR SEAT ASSIGNMENT |

## AIR - Friday, July 8 2016

| Delta Air Lines Flight DL5339 Economy Class | |
|---|---|
| Depart: | La Guardia, TERMINAL D |
| | New York, New York, United States |
| | 08:50 PM Friday, July 8 2016 |
| Arrive: | Charleston International Airport |
| | Charleston, South Carolina, United States |
| | 11:05 PM Friday, July 8 2016 |
| Duration: | 2 hour(s) and 15 minute(s) Non-stop |
| Status: | Confirmed - Delta Air Lines Booking Reference: HJ8G2N |
| Equipment: | Canadair Regional Jet 700 |
| Operated By: | EXPRESSJET DBA DELTA CONNECTION |
| | OPERATED BY EXPRESSJET DBA DELTA CONNECTION |
| Seat: | 13A Confirmed |
| FF Number: | |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** http://www.delta.com/ |

## Invoice / Ticket Receipt

**Total Invoiced Amount: $563.20 USD**

Transaction Date: June 30, 2016
### Ticket Information
Ticket Number: 0067841586029
Amount: $368.10 USD
Form of Payment: AX*************1003

This ticket information applies to the following travel segment(s):
Delta Air Lines Flight 5339 from New York to Charleston on July 08

Transaction Date: June 30, 2016
### Ticket Information
Ticket Number: 2797841586028
Amount: $173.10 USD
Form of Payment: AX*************1003

This ticket information applies to the following travel segment(s):
Jetblue Flight 1274 from Charleston to New York on July 08

Transaction Date: June 30, 2016
### Service Fee Information
Service Fee Number: 8900677794324
Service Fee Amount: $11.00 USD
Form of Payment: AX***********1003

Transaction Date: June 30, 2016
### Service Fee Information
Service Fee Number: 8900677794323
Service Fee Amount: $11.00 USD
Form of Payment: AX***********1003

## Other Information and Remarks

- Please reconfirm all flight times prior to your departure.
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use.
- Some hotels may impose a penalty for early checkout.
- Please sign up for trip alerts at www.lawyerstravel.com/alerts.

## Important Health Advisory

CDC has issued travel notices for people traveling to regions where Zika virus transmission is ongoing. For more information please visit http://www.cdc.gov/zika.

## TripCase

**Reservation management tool and mobile app**

If you prefer to view this reservation on TripCase.com and have a TripCase account, you may do so by forwarding this email to trips@tripcase.com or, if your TripCase email address matches the one we have for this reservation, this trip will automatically appear in the "My Trips" section of your TripCase account.

This invoice was generated Thursday, June 30, 2016 4:42 PM UTC. Agency Record Locator: VHSWMH

# SPRINGHILL SUITES®
## MARRIOTT

SPRINGHILL SUITES BY MARRIOTT®
112-15 Northern Blvd, Corona, NY 11368  P 718.651.5000
springhillsuites.com

R. Haefele

Room: 517
Room Type: DDST
Number of Guests: 1
Rate: $161.00     Clerk:

Arrive: 08Jul16    Time: 07:31PM    Depart: 09Jul16    Time:    Folio Number: 69361

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 08Jul16 | Room Charge | 161.00 | |
| 08Jul16 | State Occupancy Tax | 14.29 | |
| 08Jul16 | City Tax | 9.46 | |
| 08Jul16 | Occupancy Sales Tax | 3.50 | |
| 09Jul16 | American Express | | 188.25 |

Card #: AXXXXXXXXXXXXX1003/XXXX
Amount:  188.25  Auth: 503440  Signature on File
This card was electronically swiped on 08Jul16

**BALANCE:**     0.00

. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

sufksndfkjsfsd

As requested, a final copy of your bill will be emailed to you at: RHAEFELE@PRODIGY.NET. See "Internet Privacy Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com

## SPRINGHILL SUITES®
### MARRIOTT

SPRINGHILL SUITES BY MARRIOTT®
112-15 Northern Blvd, Corona, NY 11368  P 718.651.5000
springhillsuites.com

R. Haefele

Room: 517

Room Type: DDST

Number of Guests: 1

Rate: $161.00    Clerk:

Arrive: 08Jul16    Time: 07:31PM    Depart: 09Jul16    Time:    Folio Number: 69361

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 08Jul16 | Data Service | 4.95 | |
| 08Jul16 | Restaurant Room Charge | 7.00 | |
| 08Jul16 | Outside Restaurant | 43.37 | |
| 09Jul16 | American Express | | 55.32 |

**BALANCE:    0.00**

_____ xxxxx\*\*\*\*. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

sufksndfkjsfsd

As requested, a final copy of your bill will be emailed to you at: RHAEFELE@PRODIGY.NET. See "Internet Privacy Statement" on Marriott.com.

---

Pine's of Queens
37-10 114th St
Corona, NY 11368
Tel: 718-672-1200
Fax: 718-672-7429

314 Room SVC
Chk 3981    SH 517    Gst 0
Jul08'16 08:47PM

Room Svc
CHIX SCARP PS        17.95
Open Food
CARROT CAKE           9.00
Open Food
Delivery Chrg         2.00

food                 28.95
Tax                   2.57
18% srvchg            4.85
:48PM Total Due      36.37

Thank you for dining with us!
TIP            7.00
TOTAL         43.37

SIGNATURE _____

Room Number _____

---

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com

```
CREDIT RECEIPT

HACK #       :    05445407
MEDALLION    :        7P22
07/08/16 16:56-17:50
TRIP #       :       12411
RATE #       :           1
STAND. CITY RATE
Miles R1     :       12.22
FARE R1      :      $43.00
EXTRAS       :       $1.00
STATE SRCHG: :       $0.50
IMP.SRCHG.   :       $0.30
TIPS         :       $8.96
GRAND TOTAL: :      $53.76
CARDNUMBER   :        1003
AUTHOR.      :      885608
MID:            6316357805
ENTRY METHOD:
CONTACT CHIP
AID:         A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:                  0047
AC:
B3D5AC9E05B2AFB5
REC/INV#:            12411
TID:             329259569

DESCRIPTION:


Signature:
```

```
PEARL STREET CAFE
500 PEARL ST
NEW YORK, NY 10007
9173853856
Cashier: TOM KOLITSOPOULOS
08-Jul-2016 1:29:31P
```

Transaction 008486

| Qty | Item | Price |
|---|---|---|
| 1 | Custom Item | $1.25 |
| 1 | Custom Item | $1.75 |
| 1 | Ham and Cheese | $5.25 |
|   | 1 EACH @ $5.25/EACH | |
| 1 | Custom Item | $0.50 |

Subtotal  $8.75
Tax       $0.81

Total     $9.56

CREDIT CARD AUTH     $9.56
AMEX 1003

```
08-Jul-2016 1:29:47P
$9.56 | Method: SWIPED
AMEX XXXXXXXXXXXX1003
Ref #: 619000016927 | Auth #: 520161
MID: 345276697884
AthNtwkNm: AMEX
SIGNATURE VERIFIED

Order Z9WVYFTCER45C
```

Online: https://clover.com/p/
DXFASBX2MZAHR

```
CREDIT RECEIPT

HACK #       :    00418909
MEDALLION    :        2F82
07/08/16 12:21-13:01
TRIP #       :        1966
RATE #       :           2
JFK - MANHATTAN
Miles R2     :       16.73
FARE R2      :      $52.00
TOLLS        :
 Mid-Tu:             $5.54
STATE SRCHG:         $0.50
IMP.SRCHG.   :       $0.30
TIPS         :      $11.67
GRAND TOTAL: :      $70.01
CARDNUMBER   :        1003
AUTHOR.      :      565700
MID:            6315173252
ENTRY METHOD:
SWIPE
REC/INV#:             1966

Contact TLC DIAL 3-1-1
```



Charleston Intl. Airport parking receipt A17 — 07/08/16 entry 16:15, 07/09/16 exit 08:37, park duration 1:07:30 HRS:MIN, computed $30.00, ISF $0.00, paid $30.00.

Motley Rice LLC (843) 216-9000
P.O. Box 650001, Mt. Pleasant, SC 29465

Operating Account 0107 W
Wells Fargo Bank, N.A.
67-776/532

**117303**

Pay Exactly

Date: 09/23/16

Amount:

Pay to the Order Of

LexisNexis
a division of RELX Inc.
P.O. Box 9584
New York  NY  10087-4584

VOID VOID VOID

SECURITY FEATURES INCLUDED. DETAILS ON BACK

---

**LexisNexis**        09/23/16        117303

|  |  |  |
|---|---|---|
|  | LexisNexis-Inv# 1608295132 / August 2016 C | $104.02 |
|  | Client Costs Advanced Type 1 |  |
|  | Mt Pleasant Office |  |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem |  |