# Exhibit C5

# LexisNexis

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

**INVOICE TO:**
ATTENTION: HILLARIE VAN DALEN
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1608295132 | 31-AUG-16 | |

BILLING PERIOD 01-AUG-16 - 31-AUG-16

***FOR INQUIRIES REGARDING THIS INVOICE CONTACT YOUR ACCOUNT REPRESENTATIVE. FOR THE NAME AND NUMBER OF YOUR REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| ACCOUNT BALANCE 31-JUL-16 | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
| TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
| TOTAL ADJUSTMENTS APPLIED | |
| ACCOUNT BALANCE 31-AUG-16 | |

# LexisNexis

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 9584
NEW YORK, NY 10087-4584

**INVOICE TO:**
ATTENTION: HILLARIE VAN DALEN
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1608295132 | 31-AUG-16 | |

BILLING PERIOD 01-AUG-16 - 31-AUG-16

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO 15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE PERMITTED UNDER APPLICABLE LAW).

0-1

# LexisNexis

| INVOICE NO: | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1608295132 | 31-AUG-16 | | |

BILLING PERIOD 01-AUG-16 - 31-AUG-16

INVOICE TO:
MOTLEY RICE LLC
MOUNT PLEASANT SC 29464-4399

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 375541000-MDL | | | | | | $82.48 | $7.02 | $89.50 |
| 375541000-RTH | | | | | | $13.39 | $1.13 | $14.52 |

| | | |
|---|---|---|
| Motley Rice LLC (843) 216-9000<br>P.O. Box 650001, Mt. Pleasant, SC 29465 | Operating Account 0107 W<br>Wells Fargo Bank, N.A.<br>67-776/532 | **118009** |

Pay Exactly  **VOID**

Date: 10/21/16     Amount:

Pay to the Order Of:
LexisNexis
a division of RELX Inc.
P.O. Box 9584
New York NY 10087-4584

SECURITY FEATURES INCLUDED. DETAILS ON BACK

---

| LexisNexis | 10/21/16 | 118009 |

| | | |
|---|---|---|
| | LexisNexis-Inv# 1609294670 / September 201 | $331.73 |
| | Client Costs Advanced Type 1 | |
| | Mt Pleasant Office | |
| 375541-0 | MDL1570 In Re: Terrorist Attacks on Septem | |



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1609294670 | 30-SEP-16 | |

BILLING PERIOD 01-SEP-16 - 30-SEP-16

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

**INVOICE TO:**
ATTENTION: HILLARIE VAN DALEN
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

***FOR INQUIRIES REGARDING THIS INVOICE
CONTACT YOUR ACCOUNT REPRESENTATIVE.***
FOR THE NAME AND NUMBER OF YOUR
REPRESENTATIVE CALL 800-543-6862.

## INVOICE SUMMARY

| DESCRIPTION | TOTAL AMOUNT |
|---|---|
| ACCOUNT BALANCE 31-AUG-16 | |
| CURRENT CHARGES AND CREDITS | |
| CURRENT TAX | |
| TOTAL PAYMENTS RECEIVED | |
| PRIOR PERIOD CREDITS | |
| PRIOR PERIOD CREDIT TAX | |
| TOTAL ADJUSTMENTS APPLIED | |
| ACCOUNT BALANCE 30-SEP-16 | |



| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1609294670 | 30-SEP-16 | |

BILLING PERIOD 01-SEP-16 - 30-SEP-16

US FEDERAL TAX ID 52-1471842
CANADIAN GST REGISTRATION NUMBER 123397457RT
DUN AND BRADSTREET NUMBER 87-767-2683

REMIT TO: LEXISNEXIS
PO BOX 9584
NEW YORK, NY 10087-4584

| CUR PER CHG | |
|---|---|
| AMT DUE USD | |

PAYMENT TERMS: NET 10 DAYS FROM RECEIPT

**INVOICE TO:**

ATTENTION: HILLARIE VAN DALEN
MOTLEY RICE LLC
28 BRIDGESIDE BLVD
MOUNT PLEASANT SC 29464-4399
UNITED STATES

AMOUNTS WHICH HAVE NOT BEEN PAID WITHIN 30 DAYS AFTER
THE INVOICE DATE WILL THEREAFTER, UNTIL PAID, BE
SUBJECT TO A LATE PAYMENT CHARGE AT A RATE EQUAL TO
15.000% PER ANNUM (OR, IF LESS, THE MAXIMUM RATE
PERMITTED UNDER APPLICABLE LAW).

0-1

# LexisNexis

| INVOICE NO: | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1609294670 | 30-SEP-16 | | |

BILLING PERIOD 01-SEP-16 - 30-SEP-16

INVOICE TO:
MOTLEY RICE LLC
MOUNT PLEASANT SC 29464-4399

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 3755410000-MDL | | | | - | - | $18.40 | $1.56 | $19.96 |
| 3755410000-RTH | | | | - | - | $287.36 | $24.41 | $311.77 |

0-10

Carter, Sean                          11/16 discovery conf. 17430

| | |
|---|---|
| From: | COMPLEAT@gdsx.com |
| Sent: | Tuesday, November 15, 2011 4:15 PM |
| To: | Walters, Bobette; Carter, Sean |
| Subject: | TICKETED ITINERARY for SEAN PATRICK CARTER departing 11/16/2011 |

**World Travel, Inc.**
A Global Travel Solution

Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback

Generated: November 15, 2011 4:14 PM

Carter / Sean Patrick 117430
Cozen Oconnor
Attn: Sean P Carter
1900 Market St
Philadelphia, PA 19103

Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: SXQKR2

You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.

World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700
When calling from outside of the U.S., call 610-296-9300

### RAIL - Wednesday, November 16 2011
**Amtrak Train Number 02158**

| | |
|---|---|
| Depart: | Philadelphia 30th St Railway Station, United States |
| | 10:35 AM Wednesday, November 16 2011 |
| Arrive: | New York Penn Station, United States |
| | 11:46 AM Wednesday, November 16 2011 |
| Duration: | 1 hour(s) and 11 minute(s) |
| Class Of Service: | Acela Acela Business Class |
| Confirmation: | 1455E7 |

### RAIL - Wednesday, November 16 2011
**Amtrak Train Number 02167**

| | |
|---|---|
| Depart: | New York Penn Station, United States |
| | 05:00 PM Wednesday, November 16 2011 |
| Arrive: | Philadelphia 30th St Railway Station, United States |
| | 06:05 PM Wednesday, November 16 2011 |
| Duration: | 1 hour(s) and 5 minute(s) |
| Class Of Service: | Acela Acela Business Class |
| Confirmation: | 1455E7 |

### Remarks
RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME.

### Ticket Detail

| | | |
|---|---|---|
| Ticket Number: | 5547998049035 Issued: 11/15/2011 | |
| New Ticket Charges: | | USD 275.00 |
| Service Fee: | 8900554759-35 Issued: 11/15/2011 | USD 275.00 |
| Total Charges*: | | USD 15.00 |
| Invoice Number: | 191330010 | USD 290.00   corp. |
| Ticket and Service Fees charged to: | | mcr |

\* Some airlines have instituted new baggage fees. Use the link below for details.

1



Schwartz, Beverly R.

From: COMPLEAT@gdsx.com
Sent: Wednesday, November 16, 2011 9:13 AM
To: Schwartz, Beverly R.; Tarbutton, J. Scott
Subject: TICKETED ITINERARY for JOSEPH SCOTT TARBUTTON departing 11/16/2011

**World Travel, Inc.**
A Global Travel Solution

Generated: November 16, 2011 9:12 AM

Security & Destination Information | Update My Profile | Vacation Deals | Instant Feedback

Tarbutton / Joseph Scott 117430
Cozen Oconnor
Attn: Joseph S Tarbutton
1900 Market St
Philadelphia, PA 19103

Your reservation has been confirmed by: Lisa Williams
World Travel Record Locator: K6CN7S
You may access your current reservation before or during your travel dates at ViewTrip by clicking the link.
World Travel provides 24/7 emergency service. In the U.S. and Canada, call 800-874-6700
When calling from outside of the U.S., call 610-296-9300

### RAIL - Wednesday, November 16 2011
**Amtrak Train Number 02158**

| | | |
|---|---|---|
| Depart: | Philadelphia 30th St Railway Station, United States 10:35 AM Wednesday, November 16 2011 | Weather |
| Arrive: | Newark Penn Railway Station, United States 11:30 AM Wednesday, November 16 2011 | Weather |
| Duration: | 0 hour(s) and 55 minute(s) | |
| Class Of Service: | Acela Acela Business Class | |
| Confirmation: | 150BE5 | |

### RAIL - Wednesday, November 16 2011
**Amtrak Train Number 02167**

| | | |
|---|---|---|
| Depart: | New York Penn Station, United States 05:00 PM Wednesday, November 16 2011 | Weather |
| Arrive: | Philadelphia 30th St Railway Station, United States 06:05 PM Wednesday, November 16 2011 | Weather |
| Duration: | 1 hour(s) and 5 minute(s) | |
| Class Of Service: | Acela Acela First Class | |
| Confirmation: | 150BE5 | |

**Remarks**
RESERVATION MADE BY LISA WILLIAMS
WORLD TRAVEL MAY BE REACHED AT 800-523-2900 X4135
SHOULD YOU MISS YOUR OUTBOUND FLIGHT THE AIRLINE
WILL CANCEL YOUR ENTIRE ITINERARY. PLEASE CALL WORLD
TRAVEL TO MAKE NECESSARY CHANGES PRIOR TO FLIGHT TIME

**Ticket Detail**

| | | |
|---|---|---|
| Ticket Number: | 5547993040072 Issued: 11/16/2011 | USD 300.00 |
| New Ticket Charges: | | USD 360.00 |
| Service Fee: | 8800554765442 Issued: 11/16/2011 | USD 15.00 |
| Total Charges*: | | USD 375.00 |
| Invoice Number: | 191330017 | |
| Ticket and Service | | |

1

Fees charged to:

* Some airlines have instituted new baggage fees.
  Use the link below for details.

Check here for airline baggage and ancillary fees.

Please review your itinerary upon receipt. World Travel will not be responsible for any discrepancies on this itinerary if not notified within 24hours of when reservation was made.

World Travel Corporate Headquarters - 1724 W Schuylkill Road - Douglasville, PA 19518

2









# AKO

**Rush** ☐

## DISBURSEMENT REQUEST

DATE: 8/11/16

Carole Ludwig Transcription Services   $135.72

INVOICE #: 16-473
INV. DATE: 8/11/16

**CHECK ONE BOX**

MAIL CHECK ☑
MAILING ADDRESS: 141 E. 3rd St. #3E
NY, NY 10009

HOLD FOR PICK UP ☐
NAME:
EXT:

←----------REQUIRED----------→

EXPLANATION (PRODUCTS OR SERVICE PURCHASED)

7/8/16 transcript

| Client/Firm/Z # | Client/Firm Name | Matter Number | Matter Name | Amount |
|---|---|---|---|---|
| 101147 | O'NEILL | JP002 | 9/11 | 135.72 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

\* SEE ATTACHED E-MAIL
WITH JERRY'S APPROVAL

APPROVED BY

EMILY RYBICKI
PRINT NAME

(ACCOUNTING USE ONLY)

VENDOR NO.   OFFICE _____   TIME KEEPER # _____

RECEIVED 2016 AUG 16 P 11:28 ACCOUNTING DEPT.

145812

SALES & USE TAX
CHECK ONE BOX
Tax charged on invoice ☐
Not subject to tax ☐
Subject to tax ☐

SUBJECT TO 1099
Yes ☐
No ☐
If yes:
Federal ID# _____

PHIDOCS-62989.1

# Invoice

**Carole Ludwig, Transcription Services**
141 East 3rd Street, #3E
New York, New York 10009
(212) 420-0771
(212) 420-6007 (fax)
transcription420@aol.com

Date: 08/11/2016
Invoice No.: 16-473
Due Date: 09/10/2016

**Bill To:**
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
ATTENTION: RODNEY FELDER

1251 Avenue of the Americas
New York, New York 10020
ATTENTION: RODNEY FELDER

| Pages | Rate Code | Description | Page Rate | Total |
|---|---|---|---|---|
| 29 | 60-SDNY-14 days | TRANSCRIPT-7/8/16 | $4.68 | $135.72 |

Total $135.72
Balance Due $135.72

Docket #03md1570
TERRORIST ATTACKS ON SEPTEMBER 11, 2001
PROCEEDINGS BEFORE THE HONORABLE FRANK MAAS
TRANSCRIPT TURNAROUND: 14 DAYS

Thank you for your business.

# Rybicki, Emily

| | |
|---|---|
| **From:** | Goldman, Jerry S. |
| **Sent:** | Thursday, August 11, 2016 2:50 PM |
| **To:** | Managing Clerk Temp |
| **Cc:** | Rybicki, Emily |
| **Subject:** | RE: INVOICE FOR IN RE TERRORIST ATTACKS |

Yes.
Emily can prepare a payment voucher



**Jerry S. Goldman**
Shareholder

## ANDERSON KILL

1251 Avenue of the Americas - New York, NY 10020
T: 212-278-1569 - F: 212-278-1733

1600 Market Street, Suite 2500 - Philadelphia, PA 19103
T: 287-216-2795 - F: 215-568-4573
Jgoldman@andersonkill.com - www.andersonkill.com
Biography - vCard

**From:** Managing Clerk Temp
**Sent:** 08/11/2016 1:15 PM
**To:** Goldman, Jerry S.
**Cc:** Rybicki, Emily
**Subject:** FW: INVOICE FOR IN RE TERRORIST ATTACKS

Attached is the invoice for the transcript. Are we responsible for the complete bill?

**From:** Transcription420@aol.com [mailto:Transcription420@aol.com]
**Sent:** Thursday, August 11, 2016 1:09 PM
**To:** Managing Clerk Temp; Flynn, Donald
**Subject:** INVOICE FOR IN RE TERRORIST ATTACKS

Thank you.

-------------------------------------------------------------
**Carole Ludwig,** *Transcription Services*
**141 East Third Street #3E**
**New York, New York 10009**
**Phone: (212) 420-0771**
**Fax:  (212) 420-6007**

1