# Exhibit C6

21481

100923

Manual Checkbook For Checking Account No. ████████

Check No. _2016_      Check Date _11-28_      Check Amount _130 00/7_

Payee Name _SD Reporters_

Address (Please include city, state and zip code)

_____

_____

Contact Information:

Telephone _____

Fax _____

Email _____

Website Address _____

Federal Identification or Social Security No. _____ TD

Client Name _____

Matter Name _____

Client No. _101 147_          Matter No. _J10 02_

Description _Transcript_

_____

_____

Approved By _____

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0225077-IN |
| INVOICE DATE | 11/23/2011 |
| | |
| CUSTOMER NO. | 1000056 |
| WORK ORDER NO. | 114826 |
| SALESPERSON | Siwik, Christine |

Anderson. Kill & Olick. P.C.
1251 Avenue of the Americas
New York,  NY   10020-1182

Attention: Don Flynn

---

| Job Date | ASHTON, KATHLEEN, ET AL. V EGYPTIAN ISLA CASE NO.  03MD01570 | | | | | |
|---|---|---|---|---|---|---|
| 11/16/2011 | Original | 55 | PGES | At | 2.380 | 130.90 |

| | | |
|---|---|---|
| Net Invoice: | | 130.90 |
| Less Discount: | | 0.00 |
| Freight: | | 0.00 |
| Sales Tax: | | 0.00 |
| Invoice Total: | | 130.90 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

**ANDERSON KILL & OLICK, P.C.**
MANAGING CLERK ACCOUNT
1251 AVENUE OF THE AMERICAS, 42ND FLR.
NEW YORK, NY 10020

2016

1-1288-260

DATE _Nov 28 2011_

OF _Southern District Reporters_                                   $ _130_

_a Hundred Thirty no/100_ _____ DOLLARS

**WACHOVIA**
Wachovia Bank, a division of Wells Fargo Bank, N.A.

**NOT NEGOTIABLE**

Manual Checkbook For Checking Account No. ▮▮▮▮▮

20155

Check No. _____2054_____     Check Date _____1.20.12_____     Check Amount _____364 84_____

Payee Name _____Southern District Reporters_____

Address (Please include city, state and zip code)

_____

_____

Contact Information:

Telephone _____

Fax _____

Email _____

Website Address _____

Federal Identification or Social Security No. _____     TD

Client Name _____

Matter Name _____

Client No. _____101.147_____          Matter No. _____JP002_____

Description _____Transcripts_____

_____

_____

Approved By _____D Foy_____

102463

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0232223-IN |
| INVOICE DATE | 01/10/2012 |

Anderson. Kill & Olick. P.C.
1251 Avenue of the Americas
New York,   NY   10020-1182

Attention: Donald Flynn

| | |
|---|---|
| CUSTOMER NO. | 1000056 |
| WORK ORDER NO. | 115977 |
| SALESPERSON | Siwik, Christine |

| Job Date | ASHTON, KATHLEEN, ET AL. V EGYPTIAN ISLA | | | | | |
|---|---|---|---|---|---|---|
| | CASE NO.  03MD01570 | | | | | |
| 12/15/2011 | Original | 66 | PGES | At | 4.020 | 265.32 |
| 12/15/2011 | Original | 26 | PGES | At | 4.020 | 104.52 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 369.84 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 369.84 |

2057

**ANDERSON KILL & OLICK, P.C.**
MANAGING CLERK ACCOUNT
1251 AVENUE OF THE AMERICAS, 42ND FLR.
NEW YORK, NY 10020

1-1288-260

DATE _January 20, 201_

PAY TO THE ORDER OF _Southern District Reporters_   $ _369 84/100_

_Three Hundred - Sixty Nine 84/100_ _____ DOLLARS

**WACHOVIA**
Wachovia Bank, a division of Wells Fargo Bank, N.A.

NOT NEGOTIABLE

FOR _____