# Exhibit D

# PEROUZ SEDAGHATY - TOTAL FEES

| Law Firm | Time (hrs) | Total Billing on Modified Time at Standard Rate | Total Disbursements | GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 20.6 | $13,155.00 | | |
| Motley Rice, LLC | 37.75 | $28,212.50 | | |
| TOTAL | 58.35 | $41,367.50 | | $41,367.50 |

| Law Firm | Time (hrs) | Total Billing on Modified Time at Modified Rate | Modified Total Disbursements | MODIFIED GRAND TOTAL |
|---|---|---|---|---|
| Anderson Kill, P.C. | 20.6 | $10,680.00 | | |
| Motley Rice, LLC | 37.75 | $16,587.50 | | |
| TOTAL | 58.35 | $27,267.50 | | $27,267.50 |

## MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2017 | Robert Haefele | Draft fee petition re Sedaghaty. | 1.50 | $750.00 | 100% | 1.50 | $450.00 | $1,125.00 | $675.00 |
| 03/10/2017 | Robert Haefele | Draft fee petition re Sedaghaty; review time entries. | 2.50 | $750.00 | 100% | 2.50 | $450.00 | $1,875.00 | $1,125.00 |
| 03/13/2017 | Robert Haefele | Draft fee petition re Sedaghaty; legal research, review case law; emails to PECs members regarding Sedaghaty fee petition. | 8.00 | $750.00 | 100% | 8.00 | $450.00 | $6,000.00 | $3,600.00 |
| 03/14/2017 | Robert Haefele | Draft/edit fee petition re Sedaghaty; legal research, review case law; emails to PECs re data needed. | 7.00 | $750.00 | 100% | 7.00 | $450.00 | $5,250.00 | $3,150.00 |
| 03/14/2017 | Robert Haefele | Email exchanges with A. Kabat re Sedaghaty fee petition; email discussion re meet and confer options & extension. | 0.25 | $750.00 | 100% | 0.25 | $450.00 | $187.50 | $112.50 |
| 03/14/2017 | John Eubanks | Reviewing time entries for sanctions motion against P. Sedaghaty. | 1.00 | $725.00 | 100% | 1.00 | $350.00 | $725.00 | $350.00 |
| 03/15/2017 | Robert Haefele | Draft Sedaghaty fee petition; review and edit; conference and coordinate collection of data from PECs members. | 1.50 | $750.00 | 100% | 1.50 | $450.00 | $1,125.00 | $675.00 |
| 03/15/2017 | John Eubanks | Meet with RTH re: Sedaghaty application, edits, and billing rates (Maas versus actual billing rates). | 0.50 | $725.00 | 100% | 0.50 | $350.00 | $362.50 | $175.00 |

# MOTLEY RICE, LLC

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/2017 | John Eubanks | Review and edit draft Plaintiffs' application for fees and expenses as to Defendant Sedaghaty and Declaration of Robert T. Haefele in support; send edits to RTH for incorporation. | 1.75 | $725.00 | 100% | 1.75 | $350.00 | $1,268.75 | $612.50 |
| 03/17/2017 | Robert Haefele | Review data for Sedaghaty fee application; review materials sent from CO/AKO; edit brief and declaration. | 3.00 | $750.00 | 100% | 3.00 | $450.00 | $2,250.00 | $1,350.00 |
| 03/21/2017 | Robert Haefele | Review time entries for Sedaghaty fee petition; edit brief and declaration. | 3.00 | $750.00 | 100% | 3.00 | $450.00 | $2,250.00 | $1,350.00 |
| 03/22/2017 | Robert Haefele | Review data re Sedaghaty fee petition | 1.00 | $750.00 | 100% | 1.00 | $450.00 | $750.00 | $450.00 |
| 03/27/2017 | Robert Haefele | Revise, edit, finalize brief and declaration for Sedaghaty fee petition. | 1.50 | $750.00 | 100% | 1.50 | $450.00 | $1,125.00 | $675.00 |
| 03/27/2017 | John Eubanks | Reviewing time entries for exhibit to petition for fees as to P. Sedaghaty for accuracy. | 0.25 | $725.00 | 100% | 0.25 | $350.00 | $181.25 | $87.50 |
| 03/28/2017 | Robert Haefele | Revise, edit, finalize brief and declaration for Sedaghaty fee petition; meeting and confer with Kabat (18 min). | 4.50 | $750.00 | 100% | 4.50 | $450.00 | $3,375.00 | $2,025.00 |
| 03/28/2017 | John Eubanks | Review and edit final draft memorandum and declaration seeking fees as to P. Sedaghaty. | 0.50 | $725.00 | 100% | 0.50 | $350.00 | $362.50 | $175.00 |
| | | TOTAL | 37.75 | | | 37.75 | | $28,212.50 | $16,587.50 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2017 | Jerry S. Goldman | rec/e RH re: SED; reply; Receive email from RH re: SED; reply; Send a letter via email to ER/BS. | 0.4 | $825.00 | 100% | 0.4 | $600.00 | $330.00 | $240.00 |
| 03/09/2017 | Jerry S. Goldman | Meeting w/ BS re: Sed; rec/e BS to PEC | 0.3 | $825.00 | 100% | 0.3 | $600.00 | $247.50 | $180.00 |
| 03/09/2017 | Bruce Strong | Sedaghaty fee app. Coordination. | 0.5 | $425.00 | 100% | 0.5 | $425.00 | $212.50 | $212.50 |
| 03/10/2017 | Jerry S. Goldman | Meetings w/ associate and billing staff re: fee petition on Sed-briefly review material gathered- meeting w/ BS re: follow up/email BS re: follow up. | 0.6 | $825.00 | 100% | 0.6 | $600.00 | $495.00 | $360.00 |
| 03/10/2017 | Bruce Strong | Sedaghaty fee application - began gathering documents. | 0.6 | $425.00 | 100% | 0.6 | $425.00 | $255.00 | $255.00 |
| 03/11/2017 | Jerry S. Goldman | SED- review time entries- extract relevant entries/redact irrelevant materials. | 2.3 | $825.00 | 100% | 2.3 | $600.00 | $1,897.50 | $1,380.00 |
| 03/11/2017 | Jerry S. Goldman | SED- communications w/ billing and associate- Receive and review spreadsheets extracting relevant time periods. | 0.4 | $825.00 | 100% | 0.4 | $600.00 | $330.00 | $240.00 |
| 03/12/2017 | Jerry S. Goldman | SED- start work on affirmation re: fees. | 0.8 | $825.00 | 100% | 0.8 | $600.00 | $660.00 | $480.00 |
| 03/13/2017 | Jerry S. Goldman | SED- edit/revise declaration; follow up communications w/ associate re: next step; re-review court order. | 0.7 | $825.00 | 100% | 0.7 | $600.00 | $577.50 | $420.00 |
| 03/13/2017 | Jerry S. Goldman | Meet w/ associate re: SED. | 0.6 | $825.00 | 100% | 0.6 | $600.00 | $495.00 | $360.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2017 | Bruce Strong | Sedaghaty fee application - meet with Jerry G. re: gather records update declaration. | 1.7 | $425.00 | 100% | 1.7 | $425.00 | $722.50 | $722.50 |
| 03/14/2017 | Jerry S. Goldman | Receive and review court letter re: SED; internal communications. | 0.3 | $825.00 | 100% | 0.3 | $600.00 | $247.50 | $180.00 |
| 03/14/2017 | Jerry S. Goldman | Multiple communications w/ associate and w/ R H re; fee application (telephone/email) SED. | 1.4 | $825.00 | 100% | 1.4 | $600.00 | $1,155.00 | $840.00 |
| 03/14/2017 | Bruce Strong | Sedaghaty fee app. updated affirmation updated time charts gathered exhibits. double check time records, review transcripts - double check with Jerry G. and RH: re same. | 3.6 | $425.00 | 100% | 3.6 | $425.00 | $1,530.00 | $1,530.00 |
| 03/15/2017 | Jerry S. Goldman | Communications re: SED. | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 03/15/2017 | Jerry S. Goldman | Communications re: SED fee application; Receive e/ RH re: court; .call court re: SeD; Send a letter via email to RH re: calendaring of application per call; Receive and review court order. | 0.7 | $825.00 | 100% | 0.7 | $600.00 | $577.50 | $420.00 |
| 03/15/2017 | Bruce Strong | Email corresp. re: finalizing Sedaghaty app. | 0.3 | $425.00 | 100% | 0.3 | $425.00 | $127.50 | $127.50 |
| 03/17/2017 | Bruce Strong | Finalized fee app. | 2.9 | $425.00 | 100% | 2.9 | $425.00 | $1,232.50 | $1,232.50 |
| 03/17/2017 | Jerry S. Goldman | Review and process additional data re: SED; email to Bruce re: additional data needed and follow up with Bruce and review fee app. | 0.8 | $825.00 | 100% | 0.8 | $600.00 | $660.00 | $480.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Standard Charge | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2017 | Jerry S. Goldman | Speak to RH re: additional data re: allocation re: SED | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 03/23/2017 | Jerry S. Goldman | Communicate with paralegal re: data re: SED | 0.2 | $825.00 | 100% | 0.2 | $600.00 | $165.00 | $120.00 |
| 03/25/2017 | Jerry S. Goldman | Receive/Receive email RH/ST re: SED | 0.3 | $825.00 | 100% | 0.3 | $600.00 | $247.50 | $180.00 |
| 03/27/2017 | Jerry S. Goldman | Communicated with RH; communicates with paralegal; update exhibit with allocation data; communicated with RH re: SED | 0.8 | $825.00 | 100% | 0.8 | $600.00 | $660.00 | $480.00 |
| | | TOTAL | 20.6 | | | 20.6 | | $13,155.00 | $10,680.00 |