# Exhibit G





## Jerry S. Goldman
Shareholder
New York | Philadelphia
212-278-1569
jgoldman@andersonkill.com

Jerry S. Goldman is a shareholder in both Anderson Kill's New York and Philadelphia offices, and is co-chair of the firm's Regulated Products Practice group.  A former prosecutor in Brooklyn, New York, Mr. Goldman has built a highly successful and varied practice serving individuals and closely held businesses throughout the United States.

Mr. Goldman practices in the areas of complex litigation; general business law; white collar criminal defense; estate planning along with estate and trust administration; employment law; federal and international taxation and intellectual property.  He is also a member of Anderson Kill's Foreign Investment Recovery Practice group.

He focuses on solving difficult problems by devising creative solutions.

Prior to founding his practice in 1982, Mr. Goldman served as Senior Assistant District Attorney and Senior Supervising Assistant District Attorney in the Kings County District Attorney's Office in Brooklyn, New York. There he gained substantial experience litigating a variety of complex criminal matters and supervising a host of white-collar criminal prosecutions.

Many of Mr. Goldman's engagements have had international law components, ranging from complex litigations involving multi-national parties and claims to transnational business matters.

Mr. Goldman has been mentioned in Who's Who in America, Who's Who in American Lawyers, Who's Who in Entertainment, and the Bar Register of Preeminent Attorneys for both New York and Pennsylvania.

Mr. Goldman is rated "AV® Preeminent™ Peer Review Rated," the top rating, by his peers as listed in Martindale Hubbell.

**Speaking Engagements**

Mr. Goldman has lectured before a variety of professional, trade, business and non-professional audiences on a variety of topics.

### EXPERIENCE

One of the most challenging litigation matters he has handled is the assumption of co-lead counsel in a series of lawsuits pertaining to the tragedy of 9/11. He represents the individuals murdered by the attacks on September 11, 2001 involving issues relative to the scope of federal jurisdiction as to foreign defendants, the Foreign Sovereign Immunities Act, RICO, and the application of the ATA.

Other representations include:

- represented a member of a health care joint venture in the un-winding of the transaction, including litigation regarding use and ownership of trade-secrets, effectiveness of a non-competition agreement, and allocation of financial assets.
- represented a major handgun manufacturer in successfully defending against parallel investigations brought by the Federal Government and various state attorney generals.
- successfully represented a shipper in an anti-trust action against a major overnight parcel carrier.
- represented an ISP in its acquisition by a regional telecommunication carrier.
- represented an elderly mentally ill woman in a series of actions against one of her children leading to the recovery of her assets.
- represented the operator of a web-site which provided access to various video entertainment in various content agreements as well as those with the providers of various infra-structure and marketing services.represented a corporation in structuring and securing multi-tiered financing, including state economic development loans, to construct and equip a new domestic manufacturing facility.
- represented senior level executives in negotiating employment agreements.
- represented a start-up internet membership social networking site aimed at air-travelers, including representation pertaining to corporate structuring, various rounds of financings, agreements with software developers, drafting of privacy policy and terms of services, and ultimately the transfer of its assets as part of its next round of financing.
- represented a group of shareholders of a technology company who sought the removal of certain officers and high-level employees (including the President). The dissidents prevailed - the President and another departed, tendered their interests in the corporation (and returned certain assets which they had taken control of or which were in their name, including valuable

intellectual property) and entered into non-competes.
- represented shareholders of an international manufacturer in a stock sale, involving both US and foreign entities.
- represented manufacturer in securing various trademark and copyright licenses.
- represented key employee in structuring acquisition of equity interests in a construction firm and related real estate development company.
- represented a family member in a hotly contested guardianship proceeding involving substantial assets.
- represented the founder of a start-up company in executing a successful exit strategy including the sale of the business coupled with equity in the acquirer along with continued consulting work.

## PUBLICATIONS

"Getting the Facts Straight: FOIA or Subpoena?," *Commercial Litigation Advisor & Alert* (December 16, 2016)

"Captives could be a solution for cannabis insurance," *Marijuana Venture magazine* (September 12, 2016)

"The Appeal of Captive Insurance Arrangements to Cannabis Businesses," *Coverage Journal* (February 1, 2016)

"The 2015 Amendments to Rules Pertaining to Discovery in Federal Courts," *Commercial Litigation Advisor & Alert* (January 13, 2016)

"It Ain't Over Till It's Over: Reopening Final Judgments Under Federal Rule 60(b)(6)," *Commercial Litigation Advisor & Alert* (October 14, 2015)

"Here's How The CARERS Act Could Change Cannabis Policy," *Law360* (April 2, 2015)

"Estate Planning for Startups: From Silicon Alley to Death Valley ," *Estate Planning and Tax Advisor & Alert* (July 8, 2014)

"Guardianship Planning ," *Estate Planning and Tax Advisor & Alert* (September 14, 2011)

"A Look at the Implications of the New Power of Attorney Legislation," *Estate Planning and Tax Advisor & Alert* (July 1, 2009)

"Supreme Court Serves Notice on 'Notice' Pleading," *Commercial Litigation Advisor & Alert* (January 1, 2009)

## SPEAKING ENGAGEMENTS

"Federal Prohibitions and Medicinal Drug Use: Interstate Traveling with Medical Marijuana," *FBA Civil Rights CLE*, New Orleans, LA (April 7, 2017)

"Marijuana Discussion Series," *Reinsurance Association of America* , Stamford,  CT (March 3, 2016)

## PRESS

"How BigLaw Finally Learned to Try Pot," *Law360*  (December 19, 2016)

"Why major law firms see potential for medical marijuana in Florida," *Tampa Bay Business Journal*  (October 21, 2016)

"Eleven Anderson Kill Attorneys Selected as 2016 Super Lawyers, Nine Rising Stars,"  (October 4, 2016)

"Override by Congress Restores 9/11 Victim Bill,"  (September 28, 2016)

"The House, with the 15th anniversary of the 9/11 looming, approved legislation Friday permitting victims' families to sue Saudi Arabia," *Daily News*  (September 9, 2016)

"BBC Newshouse Interview - Reaction to House of Representatives Passing JASTA," *BBC WorldService Newshour broadcast Interview with Jerry Goldman* (September 9, 2016)

"How To Survive After You Make Partner," *Law360*  (August 22, 2016)

"Saudi Arabia Dismisses New Report Raising 9/11 Links," *Law360*  (August 1, 2016)

"3 Reasons Why Being A Good Lawyer Just Isn't Enough," *Law360*  (July 26, 2016)

"Secret parts of 9/11 report have a Philly connection," *Philly Inquirer*  (July 17, 2016)

"Congress releases secret '28 pages' on alleged Saudi 9/11 ties," *CNN Politics*  (July 15, 2016)

"Long-Classified Pages on Alleged Saudi Arabia Ties to 9/11 Could Be Released Friday: Sources," *CNN Wire*  (July 14, 2016)

"The Global Lawyer: Terror Plaintiffs Still Have Friends in Washington," *The American Lawyer*  (May 17, 2016)

"Senate approves bill allowing 9/11 suits against Saudis," *USA Today Network*  (May 17, 2016)

"Atty Group In 9/11 MDL Making Premature Fee Bid, Court Told," *Law360*  (May 5, 2016)

"Sept. 11 Families Seek to Restore Saudi Arabia as Defendant," *The Associated Press*  (March 10, 2016)

"3 Things Attorneys Do That Tick Off Clients,"  *Law360*  (March 4, 2016)

"9/11 Families Demand Sanctions For Alleged Al-Qaida Front,"  *Law360*  (December 23, 2015)

"Dubai Bank Says Fire Destroyed Records Sought In 9/11 Suit,"  *Law 360*  (December 21, 2015)

"Al Qaeda-Linked Group Can't Escape Fees In 9/11 Suit,"  *Law360*  (December 18, 2015)

"9/11 Families Continue Push For Dubai Islamic Bank Docs,"  *Law360*  (December 14, 2015)

"Saudi Arabia Is Dismissed as Defendant in 9/11 Lawsuits,"  *The Wall Street Journal*  (September 29, 2015)

"9/11 Families Demand Docs From Bin Laden Associates,"  *Law360*  (August 11, 2015)

"Lawsuit could reveal secret Saudi connection to 9/11,"  *New York Post*  (August 9, 2015)

"9/11 Families Win Default Judgment Against Iran,"  *Law360*  (July 30, 2015)

"Anderson Kill Names David Graff Co-chair of Corporate Litigation and Commercial Litigation Group,"  (June 3, 2015)

"Big Law Eyeing Marijuana Space ,"  *Bloomberg BNA*  (May 29, 2015)

"Can Saudi government once again evade suit by 9/11 families?,"  *Reuters*  (April 14, 2015)

"Jewish Lawyer Seeks Answers for 9/11 Victims,"  *The Jewish Daily FORWARD*  (February 27, 2015)

"U.S. court: Palestinian authorities must pay Americans millions for Israel attacks,"  *CNN*  (February 24, 2015)

"9/11 families' attorney still wants to haul Saudi Arabia into court,"  *PRI's The Takeaway*  (February 20, 2015)

"Anderson Kill Forms Regulated Products Group,"  (December 9, 2014)

"9/11 terrorist Zacarias Moussaoui claims Saudi involvement,"  *CNN World News*  (November 18, 2014)

"'20th hijacker' seeks role in civil terror cases,"  *The Washington Post*  (November 16, 2014)

"Plaintiffs Ask Court For Time To Assess Moussaoui Claims Of Saudi 9/11 Involvement,"  *Forbes*  (November 6, 2014)

"Zacarias Moussaoui wants to testify on al Qaeda terror financing,"  *Reuters*  (October 14, 2014)

"If A Bank Can Be Liable For Terrorism, Are The Saudis Next?,"  *Forbes*  (September 23, 2014)

"Supreme Court lets victims' 9/11 suit vs. Saudi Arabia proceed,"  *The Inquirer*  (July 2, 2014)

"Appeals-court panel reverses itself on Saudi 9/11 lawsuit,"  *The Inquirer*  (December 21, 2013)

"Saudi Arabia Must Face Sept. 11 Victims in Revived Suit,"  *Bloomberg*  (December 20, 2013)

"2nd Circ. Lets 9/11 Victims Proceed With Saudi Arabia Suit,"  *Law360*  (December 19, 2013)

"Anderson Kill Forms Foreign Investment Recovery Group ,"  (December 17, 2013)

"Lawyers React To Supreme Court's Alien Tort Ruling,"  *Law360*  (April 17, 2013)

"NYU Tries to Move Ahead With Expansion,"  *The Wall Street Journal*  (June 1, 2012)

"Jerry S. Goldman Re-elected Vice President of NYU Alumni Association ,"  (May 29, 2012)

"Local law firm seeks to reinstate Saudi Arabia as a 9/11 defendant,"  *Philadelphia Inquirer*  (March 11, 2012)

"Justices uphold rejection of 9/11 suit against Saudis,"  *Philadelphia Inquirer*  (June 30, 2009)

"High Court Declines 9/11 Case Against Saudi Arabia,"  *Law360*  (June 29, 2009)

"Supreme Court Rules 9/11 Families Cannot Sue Saudi Royals,"  *NY1 News*  (June 29, 2009)

"Statement by Counsel for the Family of John P. O'Neill in Response to U.S. Supreme Court's Refusal to Hear 9/11 Victims' Case Against Kingdom of Saudi Arabia and Others,"  *PRNewswire*  (June 29, 2009)

"2nd Circuit Immunizes Saudis from September 11 Suit,"  *Wall Street Journal Law Blog, Philadelphia Inquirer, Newsday, AHN, Law360* (August 1, 2008)

"As City Jails Overflow, Drug Problems Fester A Revolving-Door Criminal-Justice System. Long Waits For Rehab. Poverty And Joblessness. Causes Are Easy To Find. Solutions Are Elusive.,"  *Philly.com*  (April 10, 1992)

## MEMBERSHIPS

**Professional Memberships**

Member, American Bar Association; Member, Federal Bar Association

**Association Memberships**

Vice President, New York University Alumni Association (present); Vice President and Chair of Alumni Day (Reunion) (2011 and 2012); President (2004-2007); Vice President (2001-2004); Secretary (1998-2001); and, Director (1996-present); College of Arts and Science Alumni Association, New York University; Chair, Costume Cultural Society; Criminal Law Committee; Member of National Association of Criminal Defense Lawyers; Member, Philadelphia and New York Estate Planning Councils; Member, Center City Proprietor's Association; Former Chairman, Upper Southampton Township Planning Commission, Upper Southampton, Bucks County, PA

**Board Memberships**

Member Board of Directors, New York University Alumni Association, 1998 to date; Member, Board of Directors (and former counsel) for the Citizen's Crime Commission of the Delaware Valley

## BAR ADMISSIONS

New York

Massachusetts

Pennsylvania

## COURT ADMISSIONS

United States Supreme Court

United States Court of Appeals for the Second and Third Circuits

United States District Courts for the Eastern and Southern Districts of New York

United States District Court for the Eastern District of Pennsylvania

United States Tax Court

## EDUCATION

Temple University School of Law, LL.M., Taxation

Boston University School of Law, J.D.

New York University (University College), B.A., with Honors in Politics

---

Attorney Advertising. Prior results do not guarantee a similar outcome.

# EXHIBIT 2





# Bruce Strong
Attorney
New York
212-278-1034
bstrong@andersonkill.com

Bruce Strong is an attorney in Anderson Kill's New York office.  Mr. Strong's practice concentrates in Insurance Recovery, exclusively on behalf of policyholders, and in Corporate and Commercial Litigation.  He is also a member of the firm's Regulated Products group.

Prior to joining the firm, Mr. Strong was an Attorney Advisor appointed through the U.S. Attorney General's Honors Program.  He worked in the Drug Enforcement Administration's Office of Administrative Law Judges where he drafted orders, wrote decisions and researched precedents in connection with DEA administrative hearings.

In addition, he was a Law Clerk at the U.S. Environmental Protection Agency, Air Civil Enforcement Division where he drafted, reviewed, and edited notices of violation and consent decrees at various stages of litigation and authored memoranda for discussion purposes to develop comprehensive air policy for stationary sources.  He was also an Honors Law Clerk at the Environmental Protection Agency's Office of Administrative Law Judges where he worked on various EPA, PTO, EEOC and SBA cases and managed hundreds of federal mine safety cases assigned to the Chief EPA Administrative Law Judge.

Mr. Strong was also a Legal Intern with the Honorable Judge Glynnis Hill of the Pennsylvania Court of Common Pleas, Criminal Division and the Honorable Judge Michael Ryan of the D.C. Superior Court.

While attending Georgetown University Law Center, Mr. Strong received the CALI Awards for academic excellence in Environmental Law (Best Exam) and in a Jewish Law Seminar (Best Paper).  He also was the Executive Editor of the *Georgetown Journal of Legal Ethics.*

## PUBLICATIONS

"New Jersey Supreme Court Affirms Coverage for Construction Defects,"  *New Jersey Alert* (September 21, 2016)

"Supreme Court Affirms Coverage for Construction Defects,"  *New Jersey State Bar Association, Construction Law Section* (September 1, 2016)

"NY's Evolving Acceptance Of Policyholder Bad Faith Claims,"  *Law360* (June 14, 2016)

"Tips for Navigating the World of Insurance Insolvency,"  *The John Liner Letter* (April 1, 2016)

"Returning to the Majority Rule: Liability Insurance Rights Can Follow the Liability,"  *New York Law Journal* (December 14, 2015)

"Jewish Law and the Ethics of Law School Admissions Practices,"  *25 Geo. J. Legal Ethics 787* (January 1, 2012)

## PRESS

"Saudi Arabia Dismisses New Report Raising 9/11 Links,"  *Law360*  (August 1, 2016)

## BAR ADMISSIONS

Pennsylvania, New Jersey and New York

## COURT ADMISSIONS

United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the District of New Jersey; United States Court of Appeals for the Second Circuit; United States Supreme Court.

## EDUCATION

Georgetown University Law Center, J.D., *cum laude*

Brandeis University, B.A., *magna cum laude, phi beta kappa*

---

Attorney Advertising. Prior results do not guarantee a similar outcome.

# EXHIBIT 3



# Rene Hertzog

**Attorney**
rhertzog@andersonkill.com

**New York**
T. 212-278-1166
F. 212-278-1733

### Practice Areas
.............................................................

Insurance Recovery
Corporate and Commercial Litigation
Environmental Law



Rene Hertzog is an attorney in the Insurance Recovery group in Anderson Kill's New York office. Ms. Hertzog's practice concentrates on insurance recovery exclusively on behalf of policyholders, corporate and commercial litigation and environmental law. While attending Fordham Law School, Ms. Hertzog was the Cooper Editor for the Fordham Urban Law Journal. Ms. Hertzog also was an active participant in public interest organizations including the Student Hurricane Network, an organization formed by law students in the aftermath of Hurricane Katrina, and traveled to New Orleans to assist local legal services in their recovery efforts. Ms. Hertzog was a board member of Fordham's Student Sponsored Fellowship, Inc., a student run organization dedicated to help fund public interest internships.

Ms. Hertzog was awarded the Archibald R. Murray Public Service Award in 2007 for her commitment to public service while at Fordham Law School. She also participated in the Criminal Defense Clinic and International Justice Clinic.

### Publications

Book Chapter: "Site Pollution Liability Insurance," *Environmental Liability and Insurance Recovery* (American Bar Association: Tort Trial & Insurance Practice Section, May 2012) (with Robert M. Horkovich and Peter A. Halprin)

"State Laws May Preclude the Arbitration of Insurance Disputes," *AKO Policyholder Advisor*, Volume 21, Number 5 (September/October 2012) (with Alexander D. Hardiman)

"Current Trends in Site-Specific Environmental Coverage," *AKO Policyholder Advisor* (May/June 2012) (with Robert M. Horkovich and Peter A. Halprin)

### Speaking Engagements

"Assembling a Dream Team to Maximize Insurance Coverage," PERK RIMS Upstate New York Chapter, Canandaigua, NY (September 17, 2013) (with Dennis J. Artese)

"Ten Tips for Getting Claims Paid," PERK RIMS Upstate New York Chapter, Canandaigua, NY (September 17, 2013) (with Dennis J. Artese)

**Bar Admissions**

New York, United States District Court for the Southern District of New York, United States District
Court for the Eastern District of New York, Eleventh Circuit Court of Appeals, Second Circuit Court of
Appeals, Sixth Circuit Court of Appeals, Supreme Court of the United States.

**Education**

Fordham Law School, cum laude, J.D.
University of Vermont, B.A.

Copyright ©1996-2014 Anderson Kill P.C. | Attorney Advertising | Client's Rights | Legal Disclaimer
*Prior results do not guarantee a similar outcome.*

