# Exhibit I

```
                                                                          1
     C2fzterc                Conference
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   IN RE:  TERRORIST ATTACKS,
 3
 4
 4                                          03 MDL 1570 (GBD)(FM)
 5
 5   ------------------------------x
 6
 6                                          February 15, 2012
 7                                          2:15 p.m.
 7
 8   Before:
 8
 9                     HON. FRANK MAAS,
 9
10                                          Magistrate Judge
10
11                        APPEARANCES
11
12   KREINDLER & KREINDLER LLP
12        Attorneys for Ashton Plaintiffs
13   BY:  JAMES P. KREINDLER
13
14   COZEN O'CONNOR
14        Attorneys for Federal Insurance Co. Plaintiffs
15   BY:  J. SCOTT TARBUTTON
15
16   MOTLEY RICE LLC
16        Attorneys for Burnett & Eurobrokers
17   BY:  ROBERT T. HAEFELE
17
18   SPEISER, KRAUSE, NOLAN & GRANITO
18        Attorneys for Plaintiffs
19   BY:  CHRISTINA M. FRY
19
20   ANDERSON KILL & OLICK PC
20        Attorneys for Plaintiffs
21   BY:  JERRY S. GOLDMAN
22   BERNABEI & WACHTEL, PLLC
22        Attorneys for Al Haraman & Def. Exec. Comm.
23   BY:  ALAN R. KABAT
24   CLIFFORD CHANCE US LLP
24        Attorneys for Dubai Islamic Bank
25   BY:  RONI E. BERGOFFEN
                   SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                      2
     C2fzterc                    Conference
 1   APPEARANCES:(continued)
 2   GOETZ & ECKLAND P.A.
 2        Attorneys for WAMY
 3   BY:  FREDERICK J. GOETZ
 4   LAW FIRM OF OMAR T. MOHAMMEDI, LLC
 4        Attorneys for Defendants
 5   BY:  OMAR T. MOHAMMEDI
 5        SARAH HASAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                    4
     C2fzterc                      Conference
1    concerning all of the defendants.  So I'm a little concerned
2    about a six-month period for motion practice, although I
3    recognize that the need to translate documents obviously is an
4    issue.  So I wanted to talk a little about that.
5              MR. HAEFELE:  Good afternoon, your Honor.  I don't
6    know what question you have, but I'm happy to address whatever
7    your question is.
8              THE COURT:  Well, defendants want two months, you want
9    six months.  I was thinking about a period like three months,
10   because just like you'll need time to translate documents, I'll
11   need time to resolve these issues.
12             I find that a lot of the discovery issues in this case
13   are a little like pushing on one part of a pillow, only to
14   watch it rise somewhere else.  And I'm not necessarily being
15   critical of either side in terms of saying that.  I just think
16   it's probably the nature of the enterprise we're all engaged
17   in.
18             What I'm thinking about is a three-month period
19   because, in part, that gives us something to shoot for.  If it
20   ends up being unrealistic, we'll deal with that.  But six
21   months will grow a year if this case is any, or past practice
22   in this case is any indication, so.
23             MR. HAEFELE:  Your Honor, the only thing I would say
24   is, it's hard for us to tell exactly how much time we would
25   need for interpretation of the translation of the documents
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```