# Exhibit Q

```
                                                                        1
     14QMTERC
1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
2
3    IN RE:  TERRORIST ATTACKS ON
3    SEPTEMBER 11, 2001                    03 MDL 1570 (GBD)(FM)
4
4    ------------------------------x
5
5                                          April 26, 2011
6                                          11:25 a.m.
6
7    Before:
7
8                     HON. FRANK MAAS,
8
9                                          Magistrate Judge
9
10                          APPEARANCES
10
11   ANDERSON KILL & OLICK PC
11        Attorneys for O'Neill Plaintiffs and PEC
12   BY:  JERRY S. GOLDMAN
12
13   KRIENDLER & KREINDLER LLP
13        Attorneys for Plaintiff Ashton
14   BY:  JAMES P. KREINDLER
14
15   COZEN O'CONNOR
15        Attorneys for Federal Insurance Plaintiffs
16   BY:  SEAN P. CARTER
16        J. SCOTT TARBUTTON
17
17   MOTLEY RICE
18        Attorneys for Burnett Plaintiffs
18   BY:  BRIAN FRUTIG (by telephone)
19
19   FERBER CHAN ESSNER & COLLER
20        Attorneys for Continental Casualty Plaintiffs
20   BY:  ROBERT M. KAPLAN (by telephone)
21
21   BERNABEI & WACHTEL
22        Attorneys for Al Haramain USA and the Defendants'
22        Executive Committee
23   BY:  ALAN R. KABAT
23
24   CLIFFORD CHANCE
24        Attorneys for Defendant Dubai Islamic Bank
25   BY:  STEVEN T. COTTREAU
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                    2
     14QMTERC
 1                         APPEARANCES (cont'd)
 2   McMAHON & ASSOCIATES
 2        Attorneys for Defendants IIRO, MWL and Wael Jelaidan
 3   BY:  MARTIN McMAHON (by telephone)
 3
 4   LAW FIRM OF OMAR T. MOHAMMEDI LLC
 4        Attorneys for Defendants WAMY and WAMY International
 5   BY:  OMAR T. MOHAMMEDI
 5        -and-
 6   GOETZ & ECKLAND
 6        FREDERICK GOETZ (via telephone)
 7
 7   STEVEN BARENTZEN (by telephone)
 8        Attorney for Defendant Jamal Barzinji
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```


                                                                    20
         14QMTERC
   1     compel in large measure.
   2             And I know, Mr. McMahon, you said last time that you
   3     had postponed a trip to the kingdom essentially to learn what
   4     the rulings are.  I do think this is the type of stage of the
   5     case where you or somebody on your behalf needs to sit down
   6     with the folks who are responding to these requests and hold
   7     their hand to a certain extent and describe in greater detail
   8     what needs to be searched for.  It's somewhat inconsistent to
   9     say, we have developed this massive index and, yet, not produce
  10     documents that relate to the employment of some of these
  11     individuals, directives that they may have given or received
  12     and the like.
  13             And I recognize that, as Mr. Carter pointed out, there
  14     is a significant disconnect between that which was requested
  15     and that which has been received.  And I'm not so naive to
  16     think that perhaps it won't persist.  I hope it doesn't.  But
  17     if it does, I suppose that will lead to additional motion
  18     practice.  And if the IIRO or any other defendant has failed to
  19     produce documents that manifestly are within its possession,
  20     custody, or control, that may lead to consequences that that
  21     particular defendant doesn't care for.
  22             But I assume one stage, at least, between the receipt
  23     of whatever additional documents are produced and a further
  24     motion would be some depositions, including depositions of
  25     document custodians about the type of search that was or was
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300