# EXHIBIT 2





**Bruce Strong**
Attorney
New York
212-278-1034
bstrong@andersonkill.com

Bruce Strong is an attorney in Anderson Kill's New York office.  Mr. Strong's practice concentrates in Insurance Recovery, exclusively on behalf of policyholders, and in Corporate and Commercial Litigation.  He is also a member of the firm's Regulated Products group.

Prior to joining the firm, Mr. Strong was an Attorney Advisor appointed through the U.S. Attorney General's Honors Program.  He worked in the Drug Enforcement Administration's Office of Administrative Law Judges where he drafted orders, wrote decisions and researched precedents in connection with DEA administrative hearings.

In addition, he was a Law Clerk at the U.S. Environmental Protection Agency, Air Civil Enforcement Division where he drafted, reviewed, and edited notices of violation and consent decrees at various stages of litigation and authored memoranda for discussion purposes to develop comprehensive air policy for stationary sources.  He was also an Honors Law Clerk at the Environmental Protection Agency's Office of Administrative Law Judges where he worked on various EPA, PTO, EEOC and SBA cases and managed hundreds of federal mine safety cases assigned to the Chief EPA Administrative Law Judge.

Mr. Strong was also a Legal Intern with the Honorable Judge Glynnis Hill of the Pennsylvania Court of Common Pleas, Criminal Division and the Honorable Judge Michael Ryan of the D.C. Superior Court.

While attending Georgetown University Law Center, Mr. Strong received the CALI Awards for academic excellence in Environmental Law (Best Exam) and in a Jewish Law Seminar (Best Paper).  He also was the Executive Editor of the *Georgetown Journal of Legal Ethics*.

## PUBLICATIONS

"New Jersey Supreme Court Affirms Coverage for Construction Defects,"  *New Jersey Alert* (September 21, 2016)

"Supreme Court Affirms Coverage for Construction Defects,"  *New Jersey State Bar Association, Construction Law Section* (September 1, 2016)

"NY's Evolving Acceptance Of Policyholder Bad Faith Claims,"  *Law360* (June 14, 2016)

"Tips for Navigating the World of Insurance Insolvency,"  *The John Liner Letter* (April 1, 2016)

"Returning to the Majority Rule: Liability Insurance Rights Can Follow the Liability,"  *New York Law Journal* (December 14, 2015)

"Jewish Law and the Ethics of Law School Admissions Practices,"  *25 Geo. J. Legal Ethics 787* (January 1, 2012)

## PRESS

"Saudi Arabia Dismisses New Report Raising 9/11 Links,"  *Law360*  (August 1, 2016)

## BAR ADMISSIONS

Pennsylvania, New Jersey and New York

## COURT ADMISSIONS

United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the District of New Jersey; United States Court of Appeals for the Second Circuit; United States Supreme Court.

## EDUCATION

Georgetown University Law Center, J.D., *cum laude*

Brandeis University, B.A., *magna cum laude, phi beta kappa*

---

Attorney Advertising. Prior results do not guarantee a similar outcome.