# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard | | | % of Time Applicable to Sedaghaty | Modified | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Time (hrs) | Rate | Charge | | Time (hrs) | Rate | Charge |
| 01/21/2011 | Jerry S. Goldman | Received review of defendant's motion to stay. | 5.0 | $825.00 | $4,125.00 | 23% | 1.2 | $600.00 | $690.00 |
| 01/23/2011 | Jerry S. Goldman | Send a letter via email to RH; Received email from RH; reply; memo to paralegal re: next issues in discovery. | 3.1 | $825.00 | $2,557.50 | 25% | 0.8 | $600.00 | $465.00 |
| 06/08/2011 | Jerry S. Goldman | Seda/Al Haramain issues - rec/rev materials from paralegal - send to RH - Receive email from RH - Receive email from Sean - Receive email from Scott - reply; dismissal issue - exchange emails among PEC re: response to Luque/B; review docs/travel back to PHL. | 3.5 | $825.00 | $2,887.50 | 48% | 1.7 | $600.00 | $1,008.00 |
| 06/09/2011 | Jerry S. Goldman | discovery work/discovery dispute. | 3.2 | $825.00 | $2,640.00 | 17% | 0.5 | $600.00 | $326.40 |
| 06/13/2011 | Jerry S. Goldman | doc review/correspondence re: Seda. | 3.0 | $825.00 | $2,475.00 | 12% | 0.4 | $600.00 | $216.00 |
| 06/17/2011 | Jerry S. Goldman | Receive email from various re: discovery issues; reply as waranted w/ comments. | 0.5 | $825.00 | $412.50 | 50% | 0.3 | $600.00 | $150.00 |
| 06/17/2011 | Jerry S. Goldman | misc discovery and Maas hearing work. | 1.2 | $825.00 | $990.00 | 25% | 0.3 | $600.00 | $180.00 |
| 06/20/2011 | Jerry S. Goldman | emails re: Maas hearing. | 0.9 | $825.00 | $742.50 | 40% | 0.4 | $600.00 | $216.00 |
| 06/21/2011 | Jerry S. Goldman | Send a letter via email to Kaplan and Leonardo re: Maas; Receive email from Kaplan; reply; Send a letter via email to Josh re: Maas. | 0.8 | $825.00 | $660.00 | 50% | 0.4 | $600.00 | $240.00 |
| 06/30/2011 | Jerry S. Goldman | review materials of RH. | 2.4 | $825.00 | $1,980.00 | 43% | 1.0 | $600.00 | $619.20 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | Standard Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 07/02/2011 | Jerry S. Goldman | correspondence re: upcoming conference - see draft; reply; Receive email from RH; reply. | 0.4 | $825.00 | $330.00 | 100% | 0.4 | $600.00 | $240.00 |
| 07/05/2011 | Jerry S. Goldman | Received and review defendants proposed letter to Maas; Receive email from JK; Receive email from JF; jsg response to Flowers email; Receive email from RH in response; jsg reply; Receive and review letter from RH to Kabat w/ plaintiffs proposal for Maas; Receive email from Kabat in response to RH's email. | 2.4 | $825.00 | $1,980.00 | 35% | 0.8 | $600.00 | $504.00 |
| 07/06/2011 | Jerry S. Goldman | Received email from RH. | 5.5 | $825.00 | $4,537.50 | 7% | 0.4 | $600.00 | $231.00 |
| 07/07/2011 | Jerry S. Goldman | Receive email from various re: discovery issues; reply. | 3.0 | $825.00 | $2,475.00 | 12% | 0.4 | $600.00 | $216.00 |
| 07/07/2011 | Jerry S. Goldman | Receive email from A Kabat; Send a letter via email to managing clerk - AKO. | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 09/05/2011 | Jerry S. Goldman | Receive and review emails re: discovery issues; reply. | 4.1 | $825.00 | $3,382.50 | 12% | 0.5 | $600.00 | $295.20 |
| 09/06/2011 | Jerry S. Goldman | Rec/rev docket items; continue review of emails re; discovery issues/appeal-reply. | 4.9 | $825.00 | $4,042.50 | 12% | 0.6 | $600.00 | $352.80 |
| 11/16/2011 | Jerry S. Goldman | prepare for hearing; travel to courthouse (SDNY); Conference with PEC pre-hearing; hearing; Conference with PEC post hearing; travel to office; arrange for transcript. | 8.5 | $825.00 | $7,012.50 | 15% | 1.3 | $600.00 | $765.00 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2011 | Jerry S. Goldman | Rev/Rec emails - Comment by RH; comment by Scarter; comments by Maloney; jsg comment. | 1.5 | $825.00 | $1,237.50 | 30% | 0.5 | $600.00 | $270.00 |
| 11/29/2011 | DISBURSEMENT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | $32.73 | 10% | 0.0 | | $3.27 |
| 12/06/2011 | Jerry S. Goldman | various emails re; hearing before Maas/response to DEC motion. | 2.3 | $825.00 | $1,897.50 | 23% | 0.5 | $600.00 | $317.40 |
| 12/14/2011 | Jerry S. Goldman | Prepare for hearing 12/14; travel to hearing 12/14; PEC meeting; hearing USDC; meet PEC post hearing; travel uptown; arrange for transcript. | 5.5 | $825.00 | $4,537.50 | 23% | 1.3 | $600.00 | $759.00 |
| 12/16/2011 | Jerry S. Goldman | rev. Sed order. | 3.5 | $825.00 | $2,887.50 | 8% | 0.3 | $600.00 | $168.00 |
| 12/20/2011 | Jerry S. Goldman | Receive and review draft of M-R re: objections- reply okay; prepare for PEC telephone call- PEC telephone call (see memo). | 3.1 | $825.00 | $2,557.50 | 25% | 0.8 | $600.00 | $465.00 |
| 12/29/2011 | Jerry S. Goldman | discovery issues. | 1.5 | $825.00 | $1,237.50 | 45% | 0.7 | $600.00 | $405.00 |
| 01/03/2012 | Jerry S. Goldman | Receive and review email from Kabat with motion in Second Circuit. | 2.6 | $825.00 | $2,145.00 | 17% | 0.4 | $600.00 | $265.20 |
| 01/09/2012 | Jerry S. Goldman | Receive and review working draft of response to motion for stay in second Circuit- reply w/ comments; Receive and review decision of second circuit regarding lengths of briefs, email PEC re: Sed. | 1.2 | $825.00 | $990.00 | 33% | 0.4 | $600.00 | $237.60 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | Standard Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2012 | Jerry S. Goldman | Rec/rev court order. | 0.6 | $825.00 | $495.00 | 50% | 0.3 | $600.00 | $180.00 |
| 01/20/2012 | Jerry S. Goldman | Receive email from RH- reply re Sed. | 0.5 | $825.00 | $412.50 | 100% | 0.5 | $600.00 | $300.00 |
| 01/30/2012 | DISBURSEMENT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | $92.46 | 10% | | | $9.25 |
| 03/31/2012 | Jerry S. Goldman | Rec/rev Ct order SED. | 0.5 | $825.00 | $412.50 | 60% | 0.3 | $600.00 | $180.00 |
| 07/31/2012 | Jerry S. Goldman | Receive and review document requests. | 0.9 | $825.00 | $742.50 | 20% | 0.2 | $600.00 | $108.00 |
| 09/04/2012 | Rene Hertzog | Briefly reviewed recent correspondence regarding discovery. | 0.3 | $475.00 | $142.50 | 100% | 0.3 | $350.00 | $105.00 |
| 09/06/2012 | Jerry S. Goldman | Conference with Rene re: discovery; Receive and review discovery document- fwd to AKO IT; emails w/ Rene re: discovery; rev Sed. | 3.2 | $825.00 | $2,640.00 | 25% | 0.8 | $600.00 | $480.00 |
| 08/09/2015 | Jerry S. Goldman | Receive and review draft motion; internal comments re: same; Receive and review comments; replies from Motley. | 1.9 | $825.00 | $1,567.50 | 45% | 0.9 | $600.00 | $513.00 |
| 08/09/2015 | Bruce Strong | Proofread motion to compel and sent comments to PEC. | 2.0 | $425.00 | $850.00 | 50% | 1.0 | $350.00 | $350.00 |
| 08/10/2015 | Jerry S. Goldman | Receive and review final drafts from Cozen and Motley Rice re: motions; Receive and review PEC comments re: same; JSG comments re: same Finalized Exhibits. | 3.3 | $825.00 | $2,722.50 | 100% | 3.3 | $600.00 | $1,980.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 08/10/2015 | Jerry S. Goldman | Receive and review filed copy of discovery motion Sed from RH-PACER; internal communications. | 0.8 | $825.00 | $660.00 | 100% | 0.8 | $600.00 | $480.00 |
| 07/06/2016 | Jerry S. Goldman | Communications re: Maas- email from Kabat; Send a letter via email to RH; Receive email from JK. | 0.4 | $825.00 | $330.00 | 50% | 0.2 | $600.00 | $120.00 |
| 07/07/2016 | Jerry S. Goldman | Receive email from A Kabat; reply; Receive email from S T; Receive email from AK; Receive email from RH to Kabat; Receive email from RH to JSG/Scott/Sean; jsg reply; ST reply. | 0.7 | $825.00 | $577.50 | 55% | 0.4 | $600.00 | $231.00 |
| 07/07/2016 | Jerry S. Goldman | Call w/ Haefele. | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 07/07/2016 | Jerry S. Goldman | Communications w/ paralegal re: hearings 7/8- materials needed. | 0.3 | $825.00 | $247.50 | 30% | 0.1 | $600.00 | $54.00 |
| 07/08/2016 | Jerry S. Goldman | Email paralegal; Receive email from paralegal w/ materials. | 0.3 | $825.00 | $247.50 | 30% | 0.1 | $600.00 | $54.00 |
| 07/08/2016 | Jerry S. Goldman | Order transcript - Sed/AHIF. | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 07/08/2016 | Jerry S. Goldman | Review materials for court hearing- AHIF/Sed. | 1.4 | $825.00 | $1,155.00 | 50% | 0.7 | $600.00 | $420.00 |
| 07/08/2016 | Jerry S. Goldman | Travel to court; meet w/ RH; hearing on Sed. And AHIF; travel back. | 2.5 | $825.00 | $2,062.50 | 47% | 1.2 | $600.00 | $705.00 |
| 07/08/2016 | Jerry S. Goldman | Research re: hearing. | 0.6 | $825.00 | $495.00 | 50% | 0.3 | $600.00 | $180.00 |
| 07/08/2016 | Jerry S. Goldman | Receive and review docket item - minute entry. | 0.1 | $825.00 | $82.50 | 100% | 0.1 | $600.00 | $60.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | Standard Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/2016 | Jerry S. Goldman | Send a letter via email to Jim/Scott/Duke/Sean re: hearing on Sed/AHIF; Receive email from Jim. | 0.3 | $825.00 | $247.50 | 66% | 0.2 | $600.00 | $118.80 |
| 08/15/2016 | Bruce Strong | Reviewed court filings. | 0.1 | $425.00 | $42.50 | 100% | 0.1 | $425.00 | $42.50 |
| 08/16/2016 | Jerry S. Goldman | communications re: discovery and litigation support and paralegal; Sed. | 0.8 | $825.00 | $660.00 | 40% | 0.3 | $600.00 | $192.00 |
| 08/16/2016 | DISBURSEMENT | Transcripts and depositions - Vendor - S.D. Reporters transcript. | | | $76.86 | 10% | | | $7.69 |
| 02/16/2017 | Jerry S. Goldman | Email to team re: SED order. | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 02/16/2017 | Jerry S. Goldman | Rec/rev SED discovery order. | 0.4 | $825.00 | $330.00 | 100% | 0.4 | $600.00 | $240.00 |
| 02/16/2017 | Jerry S. Goldman | Receive and review Netburn order- forward same internally. | 0.3 | $825.00 | $247.50 | 100% | 0.3 | $600.00 | $180.00 |
| | | **TOTAL** | **96.6** | | **$78,952.05** | | **29.5** | | **$17,375.31** |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Rate | Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Rate | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2017 | Jerry S. Goldman | rec/e RH re: SED; reply; Receive email from RH re: SED; reply; Send a letter via email to ER/BS. | 0.4 | $825.00 | $330.00 | 100% | 0.4 | $600.00 | $240.00 |
| 03/09/2017 | Jerry S. Goldman | Meeting w/ BS re: Sed; rec/e BS to PEC | 0.3 | $825.00 | $247.50 | 100% | 0.3 | $600.00 | $180.00 |
| 03/09/2017 | Bruce Strong | Sedaghaty fee app. Coordination. | 0.5 | $425.00 | $212.50 | 100% | 0.5 | $425.00 | $212.50 |
| 03/10/2017 | Jerry S. Goldman | Meetings w/ associate and billing staff re: fee petition on Sed-briefly review material gathered- meeting w/ BS re: follow up/email BS re: follow up. | 0.6 | $825.00 | $495.00 | 100% | 0.6 | $600.00 | $360.00 |
| 03/10/2017 | Bruce Strong | Sedaghaty fee application - began gathering documents. | 0.6 | $425.00 | $255.00 | 100% | 0.6 | $425.00 | $255.00 |
| 03/11/2017 | Jerry S. Goldman | SED- review time entries- extract relevant entries/redact irrelevant materials. | 2.3 | $825.00 | $1,897.50 | 100% | 2.3 | $600.00 | $1,380.00 |
| 03/11/2017 | Jerry S. Goldman | SED- communications w/ billing and associate- Receive and review spreadsheets extracting relevant time periods. | 0.4 | $825.00 | $330.00 | 100% | 0.4 | $600.00 | $240.00 |
| 03/12/2017 | Jerry S. Goldman | SED- start work on affirmation re: fees. | 0.8 | $825.00 | $660.00 | 100% | 0.8 | $600.00 | $480.00 |
| 03/13/2017 | Jerry S. Goldman | SED- edit/revise declaration; follow up communications w/ associate re: next step; re-review court order. | 0.7 | $825.00 | $577.50 | 100% | 0.7 | $600.00 | $420.00 |
| 03/13/2017 | Jerry S. Goldman | Meet w/ associate re: SED. | 0.6 | $825.00 | $495.00 | 100% | 0.6 | $600.00 | $360.00 |

Perouz Sedaghaty

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | Standard Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/13/2017 | Bruce Strong | Sedaghaty fee application - meet with Jerry G. re: gather records update declaration. | 1.7 | $425.00 | $722.50 | 100% | 1.7 | $425.00 | $722.50 |
| 03/14/2017 | Jerry S. Goldman | Receive and review court letter re: SED; internal communications. | 0.3 | $825.00 | $247.50 | 100% | 0.3 | $600.00 | $180.00 |
| 03/14/2017 | Jerry S. Goldman | Multiple communications w/ associate and w/ R H re; fee application (telephone/email) SED. | 1.4 | $825.00 | $1,155.00 | 100% | 1.4 | $600.00 | $840.00 |
| 03/14/2017 | Bruce Strong | Sedaghaty fee app. updated affirmation updated time charts gathered exhibits. double check time records, review transcripts - double check with Jerry G. and RH: re same. | 3.6 | $425.00 | $1,530.00 | 100% | 3.6 | $425.00 | $1,530.00 |
| 03/15/2017 | Jerry S. Goldman | Communications re: SED. | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 03/15/2017 | Jerry S. Goldman | Communications re: SED fee application; Receive e/ RH re: court; .call court re: SeD; Send a letter via email to RH re: calendaring of application per call; Receive and review court order. | 0.7 | $825.00 | $577.50 | 100% | 0.7 | $600.00 | $420.00 |
| 03/15/2017 | Bruce Strong | Email corresp. re: finalizing Sedaghaty app. | 0.3 | $425.00 | $127.50 | 100% | 0.3 | $425.00 | $127.50 |
| 03/17/2017 | Bruce Strong | Finalized fee app. | 2.9 | $425.00 | $1,232.50 | 100% | 2.9 | $425.00 | $1,232.50 |
| 03/17/2017 | Jerry S. Goldman | Review and process additional data re: SED; email to Bruce re: additional data needed and follow up with Bruce and review fee app. | 0.8 | $825.00 | $660.00 | 100% | 0.8 | $600.00 | $480.00 |

# ANDERSON KILL, P.C.

| Date | Attorney / Disbursement | Description | Standard Time (hrs) | Standard Rate | Standard Charge | % of Time Applicable to Sedaghaty | Modified Time (hrs) | Modified Rate | Modified Charge |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2017 | Jerry S. Goldman | Speak to RH re: additional data re: allocation re: SED | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 03/23/2017 | Jerry S. Goldman | Communicate with paralegal re: data re: SED | 0.2 | $825.00 | $165.00 | 100% | 0.2 | $600.00 | $120.00 |
| 03/25/2017 | Jerry S. Goldman | Receive/Receive email RH/ST re: SED | 0.3 | $825.00 | $247.50 | 100% | 0.3 | $600.00 | $180.00 |
| 03/27/2017 | Jerry S. Goldman | Communicated with RH; communicates with paralegal; update exhibit with allocation data; communicated with RH re: SED | 0.8 | $825.00 | $660.00 | 100% | 0.8 | $600.00 | $480.00 |
| | | TOTAL | 20.6 | | $13,155.00 | | 20.6 | | $10,680.00 |