UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                      03-MDL-1570 (GBD)(SN)

    TERRORIST ATTACKS ON                                    ORDER
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On March 28, 2017, the Plaintiffs' Executive Committee filed their motion for attorney's fees and expenses against defendant Perouz Sedaghaty. Sedaghaty shall file an opposition to this motion by Friday, April 28, 2017. Plaintiffs may file a reply, if any, by Friday, May 12, 2017.

**SO ORDERED.**

                                                                                     _____
                                                                                    SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:       March 29, 2017
                 New York, New York