# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1775 T STREET, N.W.
WASHINGTON, D.C. 20009

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **CHRISTOPHER SOUSA** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **KRISTEN SINISI** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | **DEVIN WRIGLEY** |

<u>By ECF</u>
March 30, 2017

Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)(SN)

Dear Judge Netburn:

     The Defendants' Executive Committee, on behalf of the "non-sovereign defendants" who were named in the new or amended complaints, write regarding the status letter that this Court directed be filed by April 7, 2017 (Order, at 2) (ECF 3482).

     In light of this Court's endorsement of the joint request by plaintiffs and the sovereign defendants that the deadline for the March 31 letters be moved to April 5 (Order, at 2) (ECF 3495), the non-sovereign defendants respectfully request that the April 7 deadline for their status letter be moved to April 14, 2017. Plaintiffs have consented to this request.

     The rationale is that any proposal(s) made regarding briefing schedule and consolidation of complaints in the forthcoming April 5 letter as to the sovereign defendants may also be relevant for the non-sovereign defendants in responding to this Court's queries. Counsel for both the non-sovereign defendants and the plaintiffs will need some additional time to discuss these proposals, in order to facilitate a coordinated and consistent response.

     Therefore, the non-sovereign defendants respectfully request your Honor's endorsement of this consent motion.

Hon. Sarah Netburn
March 30, 2017
Page 2 of 2

        Sincerely,

        */s/ Alan R. Kabat*

        Alan R. Kabat
        Defendants' Executive Committee

cc:    Hon. George B. Daniels
        MDL-1570 Counsel of Record