UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03. MDL 1570 (GBD) |

**NOTICE OF NAME CHANGE OF COUNSEL FOR DEFENDANTS MUSLIM WORLD LEAGUE (MWL) and INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)**

TO:   THE CLERK OF COURT AND ALL COUNSEL OF RECORD

Please take notice that, effective April 1, 2017, Lewis Baach PLLC, counsel for MWL and IIRO, changed its name to Lewis Baach Kaufmann Middlemiss PLLC. The firm's address and phone numbers will remain the same. As of that date, email correspondence should be addressed as follows: firstname.lastname@lbkmlaw.com. We respectfully request that the Clerk of Court and counsel amend their records accordingly.

Dated:  April 7, 2017

Respectfully submitted,

_____/s/ Aisha E. Bembry_____
Eric L. Lewis
Aisha E. Bembry (*pro hac vice*)
Waleed Nassar (*pro hac vice*)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1899 Pennsylvania Ave., N.W.
Suite 600
Washington, D.C. 20006
Tel:  (202) 833-8900
Fax:  (202) 466-5738
eric.lewis@lbkmlaw.com
aisha.bembry@lbkmlaw.com
waleed.nassar@lbkmlaw.com

*Counsel for Defendants Muslim World League and International Islamic Relief Organization*