USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2017

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

April 7, 2017

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

      Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)
             All cases

Dear Judge Netburn:

      We write on behalf of the Plaintiffs' Executive Committee and separate from any letter that Mr. Kreindler may offer independently. We are in receipt of the letter from Mr. Kellogg to Your Honor addressing certain specific interviews of Mr. Kreindler, counsel for the *Ashton* plaintiffs. Although the letter addresses those specific interviews, the Plaintiffs' Executive Committees would like the opportunity to review the issue further, internally, to determine whether Mr. Kellogg's letter raises any issues that should be addressed by the PECs. Accordingly, we ask that the Court allow us until 4/14, in part to account for some of the PECs' members being on vacation, to confer further about whether the letter raises issues that extend beyond the referenced interviews that would need to be addressed.

---

The Plaintiffs' Executive Committee's request is GRANTED. Both counsel for Ashton plaintiffs and the PEC may respond to counsel for the Kingdom of Saudi Arabia's letter by Friday, April 14, 2017.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

April 7, 2017
New York, New York