**ATTACHMENT A**

*IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001* **(03-MDL-1570) (GBD) (SN)**

**Plaintiffs' Jurisdictional Discovery Progress Report (April 14, 2017)**

| Defendant | Plaintiffs | Plaintiffs' Jurisdictional Discovery | Documents Produced By Defendant |
|---|---|---|---|
| Abdullah Omar Naseef | *Federal Insurance<br>Burnett<br>Ashton<br>Euro Brokers* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Abdullah Omar Naseef (08/22/2013). | NASEEF0001-17 |
| Abdullah bin Saleh al Obaid | *Federal Insurance<br>Burnett<br>Euro Brokers* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Abdullah Al Obaid (08/22/2013). | AL-OBAID0001-30 |
| Abdullah Muhsen al Turki | *Federal Insurance<br>Burnett<br>Ashton<br>Euro Brokers<br>Continental Casualty* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Abdullah Al Turki (08/22/2013). | AL-TURKI0001-34 |
| Adnan Basha | *Federal Insurance<br>Ashton<br>Continental Casualty* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Adnan Basha (08/22/2013). | BASHA0001 |
| Dallah Avco | *Federal Insurance<br>Ashton<br>Continental Casualty<br>Cantor Fitzgerald* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Dallah Avco Trans Arabia (08/22/2013). | DA000001-10988 |
| Yassin Abdullah al Kadi | *Federal Insurance<br>Burnett<br>Ashton* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Yassin Abdullah Al Kadi (08/22/2013). | KADI000001-275383 |

| | | | |
|---|---|---|---|
| | *O'Neill*<br>*Euro Brokers*<br><br>*Continental Casualty* | Plaintiffs' Second Set of Jurisdictional Requests for Production of Documents Directed to Yassin Abdullah Al Kadi (05/06/2015). | |
| Soliman H.S. al Buthe | *Federal Insurance*<br>*Burnett*<br>*Ashton*<br>*O'Neill*<br>*Euro Brokers*<br>*Continental Casualty*<br>*Cantor Fitzgerald* | Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Soliman H.S. Al Buthe (08/22/2013). | 0 |

LEGAL\30045660\1 00000.0000.000/117430.000