## ATTACHMENT A

### *IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001* (03-MDL-1570) (GBD) (SN)

### Plaintiffs' Merits Discovery Progress Report (April 14, 2017)

| Defendant | Plaintiffs | Plaintiffs' Merits Discovery | Documents Produced By Defendant |
|---|---|---|---|
| Muslim World League ("MWL") | *Federal Insurance*<br>*Burnett*<br>*Ashton*<br>*O'Neill*<br>*Euro Brokers*<br>*Continental Casualty*<br>*Cantor Fitzgerald* | Plaintiffs' First Set of Requests for Production of Documents Directed to the Muslim World League (10/28/2005).<br><br>Plaintiffs' First Set of Supplemental Requests for Production of Documents Directed to the Muslim World League (04/21/2006).<br><br>Plaintiffs' Second Set of Supplemental Requests for Production of Documents Directed to the Muslim World League (08/22/2013). | MWL000001-64631<br><br>MWLIIRO00000001-114255 |
| International Islamic Relief Organization ("IIRO") | *Federal Insurance*<br>*Burnett*<br>*Ashton*<br>*O'Neill*<br>*Euro Brokers*<br>*Continental Casualty*<br>*Cantor Fitzgerald* | Plaintiffs' First Set of Requests for Production of Documents Directed to the International Islamic Relief Organization (12/13/2005).<br><br>Plaintiffs' First Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization (04/21/2006).<br><br>Plaintiffs' Second Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization (01/28/2008).<br><br>Plaintiffs' Third Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization (03/30/2012).<br><br>Plaintiffs' Fourth Set of Supplemental Requests for Production of Documents Directed to the International Islamic Relief Organization (08/22/2013). | IIRO000001-338421 |

| | | | |
|---|---|---|---|
| World Assembly of Muslim Youth-Saudi Arabia ("WAMY") | *Federal Insurance Burnett Ashton O'Neill Euro Brokers Continental Casualty Cantor Fitzgerald* | Plaintiffs' First Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-Saudi Arabia (12/10/2010).<br><br>Plaintiffs' Second Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-Saudi Arabia (10/28/2011).<br><br>Plaintiffs' Third Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-Saudi Arabia (07/31/2012).<br><br>Plaintiffs' Fourth Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-Saudi Arabia (08/22/2013). | WAMYSA000001-692360 |
| World Assembly of Muslim Youth-International ("WAMY-Int'l") | *Federal Insurance Burnett Ashton O'Neill Euro Brokers Continental Casualty Cantor Fitzgerald* | Plaintiffs' First Set of Requests for Production of Documents Directed to the World Assembly of Muslim Youth-International (12/10/2010). | WAMYINTLE000001-15202 |
| Dubai Islamic Bank | *Federal Insurance Burnett O'Neill Euro Brokers Continental Casualty Cantor Fitzgerald* | Plaintiffs' First Set of Requests for Production of Documents Directed to Dubai Islamic Bank (10/15/2010).<br><br>Plaintiffs' Supplemental Requests for Production of Documents Directed to Dubai Islamic Bank (07/31/2012). | DIB_000001-5576 |
| Wa'el Hamza Jelaidan | *Federal Insurance Burnett Ashton* | Plaintiffs' First Set of Requests for Production of Documents Directed to Wa'el Hamza Jelaidan (06/13/2006). | WJ001-22 |
| Perouz Sedaghaty | *Federal Insurance Burnett Ashton O'Neill* | Plaintiffs' First Set of Requests for Production of Documents Directed to Perouz Sedaghaty (12/10/2010).<br><br>Plaintiffs' Supplemental Requests for Production of Documents | 0 |

| | *Euro Brokers* *Continental Casualty* *Cantor Fitzgerald* | Directed to Perouz Sedaghaty (07/31/2012). | |

LEGAL\30045845\1 00000.0000.000/117430.000