UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) <br> ECF CASE |

This document relates to:
*Addesso v. Kingdom of Saudi Arabia, 16-cv-09937 (GBD) (SN)*
*Aguilar v. Kingdom of Saudi Arabia, 16-cv-09663 (GBD) (SN)*
*Aiken v. Kingdom of Saudi Arabia, 17-cv-00450 (GBD) (SN)*
*Beazley Furlonge, Ltd. v. Saudi Binladin Group, 16-cv-07456 (GBD) (SN)*
*Hodges v. Kingdom of Saudi Arabia, 17-cv-00117 (GBD) (SN)*
*Underwriting Members of Lloyd's Syndicate 2 et al v. Al Rajhi Bank et al, 17-cv-02129 (GBD) (SN)*

**PROPOSED ORDER THAT ACCEPTANCE OF OR WAIVER OF SERVICE BY A DEFENDANT DOES NOT WAIVE OBJECTIONS TO PERSONAL JURISDICTION**

It is this ___ day of _____, 2017

ORDERED THAT

Acceptance of service by a defendant or waiver of service by a defendant shall not waive any jurisdictional or merits defenses or objections to the claims in those actions, other than sufficiency of service. For avoidance of doubt, a defendant's acceptance of service or waiver of service will have no impact on the defendant's right to argue that the court lacks personal jurisdiction over it.

_____
Sarah Netburn
Magistrate Judge