# Exhibit A

 (/)

# Press Releases

## Saudi Government Cleared from 9/11 Lawsuits by U.S. Federal Court

**January 19, 2005**

*(Washington, DC)* - Saudi Ambassador to the United States, Prince Bandar bin Sultan, issued the following statement:

The Kingdom of Saudi Arabia is very gratified with the decision by the United States District Court of New York to dismiss lawsuits against the Saudi government, government officials, leading financial institutions and prominent businessmen, who were charged with financing the 9/11 attacks.

The decision of the court is consistent with the findings of the 9/11 Commission, which concluded after exhaustive investigation that there is no evidence of involvement in or financial support for terrorism by the Saudi government or the Royal family.

The court has dismissed claims against two government officials: Saudi Minister of Defense HRH Prince Sultan bin Abdulaziz and Saudi Ambassador to the United Kingdom, HRH Prince Turki Al-Faisal.

The cases were also dismissed against a number of other parties including HRH Prince Mohamed Al-Faisal, CEO of three financial institutions in Saudi Arabia; Bakr, Omar, Tariq Binladin, current managers of the large engineering and construction company Saudi Binladin Group; Mohammad Abdullah Aljomaih's Estate, Saleh Abdullah Kamel, Abdulrahman bin Mahfouz, all prominent Saudi businessmen.

The court also granted the motions to dismiss of three Saudi financial institutions: Al Rajhi Bank, Saudi American Bank and Al Baraka Investment Company.

In the aftermath of 9/11, the Kingdom of Saudi Arabia has been confronted with many false charges. As the real facts emerge, we hope we can all move forward in the spirit of cooperation and mutual support, which is so critical to winning the war on terrorism. The people of Saudi Arabia sympathize with all victims of terrorism, and Saudi Arabia will continue to lead efforts to eliminate terrorism worldwide.

(NOTE: The Ambassador and his wife, HRH Princess Haifa Al-Faisal, were voluntarily dismissed by the plaintiffs from these lawsuits in 2004.)


(/)

## CONTACT

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## CONNECT WITH US

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## CONTACT NUMBER

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# Press Releases

## Saudi Embassy Dismisses Moussaoui's Allegations

📅 February 03, 2015

(Washington, DC) -- The following statement was issued by the Royal Embassy of Saudi Arabia:

There is no evidence to support Zacarias Moussaoui's claim. The September 11 attack has been the most intensely investigated crime in history and the findings show no involvement by the Saudi government or Saudi officials. As confirmed by the 9/11 Commission, there is "no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization [Al-Qaeda]."

Moussaoui is a deranged criminal whose own lawyers presented evidence that he was mentally incompetent. His words have no credibility.

His goal in making these statements only serves to get attention for himself and try to do what he could not do through acts of terrorism - to undermine Saudi-U.S. relations.

 (/)

Contact

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# NEWS

## Saudi Arabia responds to 60 Minutes report

**April 10, 2016**

The Saudi embassy today called a CBS 60 Minutes report which aired this evening as a "compilation of myths and erroneous charges."

In a statement, the embassy said the CBS 60 Minutes program was a compilation of myths and erroneous charges that have been thoroughly addressed not just by the Saudi government but also by the National Commission on Terrorist Attacks Upon the United States, also known as the 9/11 Commission, and the U.S. courts.

The 9-11 Commission long ago put to rest these false accusations, which have caused fear of and cast doubt over Saudi Arabia. The 9-11 Commission confirmed that there is no evidence that the government of Saudi Arabia supported or funded Al-Qaeda. The report stands in contrast to the insinuations of the infamous report of the Joint Congressional Inquiry into 9/11, with its 28 redacted pages, which aimed at perpetuating these myths instead of investigating them seriously.

The 9-11 Commission stated in its report "…we have found no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization."

Further, on three occasions—2015, 2008 and 2006—lawsuits against Saudi Arabia were dismissed by two separate judges of the U.S. Court of Appeals. The court findings were based on the sheer absence of any substantive claims against Saudi Arabia, plain and simple.


(/)

## CONTACT

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## CONNECT WITH US

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## CONTACT NUMBER

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)



(/)

# Press Releases

## Saudi Arabia Responds to 60 Minutes Report

**April 10, 2016**

(Washington, DC) - The Royal Embassy of Saudi Arabia issued the following statement in response to the 60 Minutes report that aired on April 10.

The CBS 60 Minutes program was a compilation of myths and erroneous charges that have been thoroughly addressed not just by the Saudi government but also by the 9-11 Commission and the U.S. courts.

The 9-11 Commission long ago put to rest these false accusations, which have caused fear of and cast doubt over Saudi Arabia. The 9-11 Commission confirmed that there is no evidence that the government of Saudi Arabia supported or funded Al-Qaeda.

The report stands in contrast to the insinuations of the infamous report of the Joint Congressional Inquiry into 9/11, with its 28 redacted pages, which aimed at perpetuating these myths instead of investigating them seriously.

The 9-11 Commission stated in its report "…we have found no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization."

Further, on three occasions—2015, 2008 and 2006—lawsuits against the Kingdom were dismissed by two separate judges of the U.S. Court of Appeals. The court findings were based on the sheer absence of any substantive claims against Saudi Arabia, plain and simple.



(/)

## Contact

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# NEWS

## Foreign Minister Al-Jubeir welcomes release of the '28 pages'

📅 July 15, 2016

Foreign Minister Adel bin Ahmed Al-Jubeir said Saudi Arabia welcomed the release of the 28 pages redacted from the Congressional Joint Inquiry into 9/11, and reiterated the Kingdom's commitment to crushing terrorism at home and abroad.

"Since the tragic events of 9/11, the Kingdom of Saudi Arabia has embarked on a series of major steps in confronting terrorism," Minister Al-Jubeir said at a press conference at the Saudi Embassy in Washington following Friday's release of the 28 pages.

The Foreign Minister said that redacted pages exonerate the Saudi government from involvement in the events of 9/11, as the 28 pages were reviewed by U.S. intelligence agencies who said there is no involvement of the Saudi government or Saudi officials in the events of 9/11.

"We hope with the release of these pages, the aspersions that have been cast against the Kingdom of Saudi Arabia over the past 14 years will come to an end. And we hope that we can focus on moving forward in a cooperative way in order to go after the men, the money and the mindset that represents a threat to your people and ours."

Minister Al-Jubeir said Saudi Arabia is a victim of terrorism, and works with its allies in going after terrorists and their supporters.

"Terrorism has no religion, it has no nationality, it has no ethnicity, it has no humanity. It is incumbent upon all of us to do everything in our power to defeat it," said Minister Al-Jubeir.

Foreign Minister Al-Jubeir welcomes release of the '28 pages' | Royal Embassy of Saudi ... Page 2 of 2

Case 1:03-md-01570-GBD-SN Document 3520-1 Filed 04/14/17 Page 11 of 19

"The Kingdom of Saudi Arabia is determined to go after the terrorists, those who finance them, and those who justify their actions."



(/)

## CONTACT

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## CONNECT WITH US

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## CONTACT NUMBER

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# Press Releases

## Saudi Arabia Responds to Declassification of the "28 Pages"

**July 15, 2016**

(Washington, DC) – Saudi Ambassador to the United States Abdullah Al-Saud issued the following statement in response to the declassification of the redacted pages of the 2002 House and Senate Joint Inquiry into 9/11:

"The Kingdom of Saudi Arabia welcomes the release of the redacted pages from the 2002 Congressional Joint Inquiry. Since 2002, the 9/11 Commission and several government agencies, including the CIA and the FBI, have investigated the contents of the '28 Pages' and have confirmed that neither the Saudi government, nor senior Saudi officials, nor any person acting on behalf of the Saudi government provided any support or encouragement for these attacks.

"Saudi Arabia has long called for the release of the classified '28 Pages,' We hope the release of these pages will clear up, once and for all, any lingering questions or suspicions about Saudi Arabia's actions, intentions, or long-term friendship with the United States.

"Saudi Arabia is working closely with the United States and other allies to eradicate terrorism and destroy terrorist organizations."

 (/)

## Contact

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# Press Releases

## Saudi Foreign Minister Welcomes Release of the '28 Pages' (Press Release)

📅 **July 15, 2016**

(Washington, DC) – Saudi Foreign Minister Adel bin Ahmed Al-Jubeir said Saudi Arabia welcomed the release of the 28 pages redacted from the Congressional Joint Inquiry into 9/11, and reiterated the Kingdom's commitment to crushing terrorism at home and abroad.

"Since the tragic events of 9/11, the Kingdom of Saudi Arabia has embarked on a series of major steps in confronting terrorism," Minister Al-Jubeir said at a press conference at the Saudi Embassy in Washington following Friday's release of the 28 pages.

"We have put in place financial control mechanisms that are unprecedented for any other country. We have shut down institutions that use fundraising in order to support extremist causes and terrorism. We have put in place laws to criminalize terror financing. We have detained a large number of people. We have prosecuted a large number of people. We have jailed a large number of people. We have put in place better systems in terms of looking at cash couriers," said Minister Al-Jubeir. "Saudi Arabia is in the forefront of countries when it comes to fighting terrorism."

The Foreign Minister said that redacted pages exonerate the Saudi government from involvement in the events of 9/11, as the 28 pages were reviewed by U.S. intelligence agencies who said there is no involvement of the Saudi government or Saudi officials in the events of 9/11.

"We hope with the release of these pages, the aspersions that have been cast against the Kingdom of Saudi Arabia over the past 14 years will come to an end. And we hope that we can focus on moving forward in a cooperative way in order to go after the men, the money and the mindset that represents a threat to your people and ours."

Minister Al-Jubeir said Saudi Arabia is a victim of terrorism, and works with its allies in going after terrorists and their supporters.

"Terrorism has no religion, it has no nationality, it has no ethnicity, it has no humanity. It is incumbent upon all of us to do everything in our power to defeat it," said Minister Al-Jubeir.

"The Kingdom of Saudi Arabia is determined to go after the terrorists, those who finance them, and those who justify their actions."


(/)

## CONTACT

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## CONNECT WITH US

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## CONTACT NUMBER

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)



ROYAL EMBASSY OF SAUDI ARABIA (/)

WASHINGTON, DC

# PRESS RELEASES

## Saudi Foreign Minister: '28 Pages' Were Misleading

📅 July 16, 2016

(Washington, DC) – During an appearance on CNN, Saudi Foreign Minister Adel bin Ahmed Al-Jubeir addressed the recent release of the '28 pages' that had been redacted from the 2002 Congressional Joint Inquiry. "The only surprise in the '28 pages' is that there was no surprise," said Minister Al-Jubeir. The Foreign Minister highlighted the fact that while many who have pointed to the '28 pages' for more than a decade as proof of Saudi government involvement in 9-11, the report in fact states that no conclusions were reached nor was the Joint Inquiry in a position to make such claims.

The report states: "It should be clear that this Joint Inquiry has made no final determination as to the reliability or sufficiency of the information regarding these issues that we found contained in FBI and CIA documents. It was not the task of this Joint Inquiry to conduct the kind of extensive investigation that would be required to determine the true significance of any such alleged connections to the Saudi government."

According to Minister Al-Jubeir, "For 13 years, people like (former) Senator Bob Graham from Florida have said that the 28 pages have damning evidence regarding Saudi Arabia's complicity in 9/11. Meanwhile the report says we don't know if the links are valid. We cannot investigate these things. We can't come to conclusions." Minister Al-Jubeir further said, "And when the appropriate agencies, the 9/11 Commission and the FBI and CIA investigated those leads and came out with their conclusions they said that 'there's no there there.' Yet, these people continued to mislead the public for 13 years."

In 2004, the 9/11 Commission concluded, "We have found no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization [Al-Qaeda]." In 2005, the CIA investigation that looked into the content of the '28 pages,' clearly stated: "There is no evidence that the Saudi government or members of the Saudi royal family knowingly provided support for the attacks of 11 September 2001 or that they had foreknowledge of terrorist operations in the Kingdom or elsewhere."

Earlier, Minister Al-Jubeir said, "It is time to close this chapter and move on to strengthen efforts to defeat the terrorists who are threating your people and ours."


(/)

## Contact

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)

 (/)

# Press Releases

## Saudi Arabia Rejects Conspiracy Thinking on 9/11

**August 31, 2016**

(Washington, DC) – The Kingdom of Saudi Arabia expresses once again its strong disappointment at Senator Bob Graham's continued advocacy of the idea that the government of Saudi Arabia bore responsibility for the attacks of September 11, 2001.

Saudi Arabia has long called for the release of the classified 28 pages from the 2002 Congressional Joint Inquiry into 9/11 because we were convinced that they would reveal what they ultimately did reveal: that neither the Saudi government, nor senior Saudi officials, nor any person acting on behalf of the Saudi government provided any support or encouragement for these attacks.

That is also the overwhelming consensus of the American intelligence community and senior U.S. intelligence officials, both those who were active at that time and those who are active today.

In 2004, the 9/11 Commission concluded, "We have found no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization [Al-Qaeda]." In 2005, the CIA investigation that looked into the content of the '28 pages,' clearly stated: "There is no evidence that the Saudi government or members of the Saudi royal family knowingly provided support for the attacks of 11 September 2001 or that they had foreknowledge of terrorist operations in the Kingdom or elsewhere."

Saudi Foreign Minister Adel bin Ahmed Al-Jubeir said in July following the release of the 28 pages, "For 13 years…people like [former] Senator Bob Graham from Florida, who led this inquiry, have said that the 28 pages have damning evidence regarding Saudi Arabia's 'complicity' in 9/11…Meanwhile, the report itself says we don't

know if the links are valid. We cannot investigate these things. We can't come to conclusions. And when the appropriate agencies—the 9/11 commission and the FBI and CIA—investigated those leads and came out with conclusions that say there's no 'there' there, he [Sen. Graham] continued to mislead the public…"

Saudi Arabia has always pledged that it will track down any lead, follow any bit of credible information, and pursue any individual who may have been involved or complicit in the attacks. That pledge stands. Our cooperation with the United States in combatting terror is close, strong and well-established, as is our friendship, which has endured for more than 80 years.



(/)

## Contact

**The Royal Embassy of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://WWW.YOUTUBE.COM/USER/SAUDIEMBASSYUSA)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 342-7393**
Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**
Emergency Contact Numbers (/emergency-contacts)