# EXHIBIT B

Received by NSD/FARA Registration Unit  11/14/2016  5:59:29 PM

OMB No. 1124-0002; Expires April 30, 2017

**U.S. Department of Justice**

Washington, DC 20530

## Supplemental Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

For Six Month Period Ending  **9/30/2016**

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP

   (b) Registration No.

   5483

   (c) Business Address(es) of Registrant

   1201 Connecticut Avenue NW, Suite 500
   Washington, DC 200036

2. Has there been a change in the information previously furnished in connection with the following?

   (a) If an individual:

   | | Yes | No |
   |---|---|---|
   | (1) Residence address(es) | ☐ | ☐ |
   | (2) Citizenship | ☐ | ☐ |
   | (3) Occupation | ☐ | ☐ |

   (b) If an organization:

   | | Yes | No |
   |---|---|---|
   | (1) Name | ☐ | ☒ |
   | (2) Ownership or control | ☐ | ☒ |
   | (3) Branch offices | ☐ | ☒ |

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐      No ☒

   If yes, have you filed an amendment to the Exhibit C?      Yes ☐      No ☐

   If no, please attach the required amendment.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 03/14

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

     Yes ☐     No ☒

     If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|---|---|---|
| | | |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

     Yes ☐     No ☒

     If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|
| | | | | |

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

     Yes ☐     No ☐

     If yes, identify each such person and describe the service rendered.

(b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☐     No ☐

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|
| Adrian Gianforti | 121 12th St SE, Washington, DC | USA | Senior Acct Spvr | 5/31/2016 |
| Mackenzie Trumbull | 4923 Brandywine St, NW, Washington, DC | USA | Assistant Acct Exec | 6/1/2016 |

(c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?     Yes ☒     No ☐

     If yes, furnish the following information:

| Name | Position or Connection | Date Terminated |
|---|---|---|
| Ayal Frank | Vice President | 5/6/2016 |
| Mary Morgan | Account Executive | 8/24/2016 |
| Tom Squiteri | Vice President | 9/19/2016 |

(d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?     Yes ☐     No ☒

     If yes, furnish the following information:

| Name | Position or Connection | Foreign Principal | Date Terminated |
|---|---|---|---|
| | | | |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

     Yes ☒     No ☐

     If no, list names of persons who have not filed the required statement.

(PAGE 3)

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?   Yes ☒   No ☐
   If yes, furnish the following information:

   Foreign Principal                                      Date of Termination
   Kurdistan Regional Government                          5/17/2016

8. Have you acquired any new foreign principal(s)² during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)                    Date Acquired

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)² whom you continued to represent during the 6 month reporting period.

   Kingdom of Saudi Arabia
   Republic of Equatorial Guinea
   People's Republic of China
   Kingdom of Bahrain

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?
    Exhibit A³          Yes ☐          No ☐
    Exhibit B⁴          Yes ☐          No ☐
    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?                Yes ☒        No ☐
        If yes, have you filed an amendment to these exhibits?    Yes ☒        No ☐

        If no, please attach the required amendment.

---

2  The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3  The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.
4  The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?          Yes ☒          No ☐

   If yes, identify each foreign principal and describe in full detail your activities and services:

   See attachment

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?
   Yes ☒          No ☐

   If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

   See attachment

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?          Yes ☐          No ☒

   If yes, describe fully.

---

5 "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

(PAGE 5)

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?          Yes ☒          No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | | Purpose | Amount |
|------|-----------|---|---------|--------|
| 5/9/2016 | Peoples Republic of China | Fees | | 75,000.00 |
| 5/27/2016 | Peoples Republic of China | Fees | | 75,000.00 |
| 8/30/2016 | Peoples Republic of China | Fees | | 75,000.00 |
| | | | | 225,000.00 |
| | | | | Total |

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**
During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?          Yes ☐          No ☒

If yes, have you filed an Exhibit D[8] to your registration?          Yes ☐          No ☒

If yes, indicate the date the Exhibit D was filed.          Date _____

(c) **RECEIPTS-THINGS OF VALUE**
During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
          Yes ☐          No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|-------------------|---------------|----------------|---------|

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 6)

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity or behalf of any foreign principal named in Items 7, 8, or 9 of this statement?  Yes ☒          No ☐

(2) transmitted monies to any such foreign principal?          Yes ☐          No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.



If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|
| See attachment | | | |

|  |  |  | Total |
|--|--|--|-------|

(PAGE 7)

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|------|-----------|-------------------|----------------|---------|
|      |           |                   |                |         |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
|      |                          |                                     |                   |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit   11/14/2016   5:59:29 PM

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a)  During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]

    Yes ☒    No ☐

If Yes, go to Item 17.

  (b)  If you answered No to Item 16(a), do you disseminate any material in connection with your registration?

    Yes ☐    No ☐

If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.

    **See attached.**

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?    Yes ☐    No ☒

If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

☐ Radio or TV broadcasts    ☒ Magazine or newspaper    ☐ Motion picture films    ☒ Letters or telegrams
☐ Advertising campaigns    ☒ Press releases    ☐ Pamphlets or other publications    ☒ Lectures or speeches
☐ Other *(specify)*

**Electronic Communications**

☒ Email
☒ Website URL(s): krg.org, arabianow.org, egembassydc.com, equatorialguineainfo.blogspot.com
☒ Social media websites URL(s): facebook.com/ecuatoguine; twitter.com/egembassy; twitter.com/arabianow;
☒ Other *(specify)* flickr.com/photos/equatorial_guinea; youtube.com/user/EquatorialGuineaNews/

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

☒ Public officials    ☒ Newspapers    ☐ Libraries
☒ Legislators    ☒ Editors    ☐ Educational institutions
☐ Government agencies    ☐ Civic groups or associations    ☐ Nationality groups
☐ Other *(specify)*_____

21. What language was used in the informational materials:

☒ English    ☐ Other *(specify)*_____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?    Yes ☒    No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?

    Yes ☒    No ☐

12  The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise.  Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

Received by NSD/FARA Registration Unit   11/14/2016   5:59:29 PM

(PAGE 9)

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                                         (Print or type name under each signature or provide electronic signature [13])

10·14·2016                                                   *Jonathan P. Nicholas*

                                                            Jonathan P. Nicholas

---

[13] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
<u>Attachment to</u>
**Supplemental Statement for Period: April 1 – September 30, 2016**

I.   **Royal Embassy of Saudi Arabia**

    A.   **Activities Conducted by Registrant on Behalf of the Royal Embassy of Saudi Arabia**

- Monitored daily media coverage of issues of relevance to Saudi Arabia.
- Drafted and/or distributed news releases, fact sheets, op-eds and/or other informational materials to promote Saudi Arabia, its commitment towards counterterrorism, peace in the Middle East, and other issues pertinent to the Kingdom.
- Contacted US media and think tanks about issues pertaining to Saudi Arabia.
- Facilitated media inquiries; coordinated media activity for Saudi officials.
- Provided media support to the Syrian High Negotiations Committee (HNC)
- Prepared analysis and/or background information on relevant matters related to Congress and the administration.
- Coordinated meetings with congressional staff.
- Educated third parties on the JASTA issue.
- Developed content for the embassy social media accounts.
- Placed digital advertising.
- Conducted research to gauge public opinion on regional issues.
- Attended and reported on relevant events of interest.

    B.   **Contacts by Registrant with U.S. Media Representatives on Behalf of the Royal Embassy of Saudi Arabia:**

| Date | Foreign principal or party | Media outlet | Principal subject |
|---|---|---|---|
| April 1 | Saudi Embassy | Politico | Counterterrorism |
| April 4 | Saudi Embassy | CNN | Saudi Arabia |
| April 4 | Saudi Embassy | Reuters | Yemen, Bilateral Relations |
| April 6 | Saudi Embassy | ABC News | Visas |
| April 6 | Saudi Embassy | Politico | Counterterrorism |
| April 7 | Saudi Embassy | Bloomberg | Iran |
| April 8 | Saudi Embassy | NPR, Reuters, Wall Street Journal | Obama visit |
| April 12 | Saudi Embassy | Politico, Wall Street Journal, New York Times | Counterterrorism |
| April 12 | Saudi Embassy | CNN | 28 pages |
| April 12 | Saudi Embassy | Reuters | Counterterrorism |

## MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP
### Attachment to
### Supplemental Statement for Period: April 1 – September 30, 2016

| | | | |
|---|---|---|---|
| April 13 | Saudi Embassy | Wall Street Journal | Bilateral relations |
| April 14 | Saudi Embassy | New York Times, Daily Beast, Wash Post | Counterterrorism |
| April 14 | Saudi Embassy | Various | Counterterrorism |
| April 14 | Saudi Embassy | NYT | JASTA |
| April 15 | Saudi Embassy | NYT | Obama visit, counterterrorism |
| April 16 | Saudi Embassy | CNN | JASTA |
| April 17 | Saudi Embassy | FOX | 28 pages |
| April 17 | Foreign Minister Al Jubeir | CNN | Bilateral relations |
| April 17 | Saudi Embassy | NBC | Counterterrorism |
| April 18 | Saudi Embassy | ABC, McClatchy, Daily Beast, LA Times | Counterterrorism |
| April 18 | Saudi Embassy | NBC, CNN, CNBC, FOX, NewsHour | Counterterrorism |
| April 18 | Saudi Embassy | New York Times | JASTA |
| April 18 | Saudi Embassy | ABC | JASTA |
| April 18 | Saudi Embassy | Newsweek | JASTA |
| April 19 | Saudi Embassy | Washington Post, NYT, Foreign Policy, Huffington Post, Daily Beast, USA Today, Forbes | JASTA |
| April 19 | Saudi Embassy | New York Times | Bilateral relations |
| April 19 | Saudi Embassy | Bloomberg | JASTA |
| April 20 | Saudi Embassy | Newsweek | Counterterrorism |
| April 20 | Saudi Embassy | Various | Bilateral relations, counterterrorism |
| April 20 | Saudi Embassy | Foreign Policy | JASTA |
| April 20 | Saudi Embassy | CNN | JASTA |
| April 20 | Saudi Embassy | USA Today | JASTA |
| April 20 | Saudi Embassy | Daily Beast | 28 pages |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
<u>Attachment to</u>
**Supplemental Statement for Period: April 1 – September 30, 2016**

| April 20 | Saudi Embassy | Various | Counterterrorism |
|---|---|---|---|
| April 20 | Saudi Embassy | ABC News | JASTA |
| April 20 | Saudi Embassy | Foreign Policy | JASTA |
| April 21 | Saudi Embassy | Daily Beast | JASTA |
| April 21 | Saudi Embassy | USA Today | JASTA |
| April 21 | Saudi Embassy | CNBC | Counterterrorism |
| April 21 | Saudi Embassy | Reuters | Obama visit |
| April 21 | Saudi Embassy | Various | 28 pages |
| April 21 | Foreign Minister | CBS News | Bilateral relations |
| April 22 | Saudi Embassy | Various | Obama visit |
| April 25 | Saudi Embassy | NPR | 28 pages |
| April 25 | Saudi Embassy | Wash Post, NYT | Saudi women |
| April 29 | Saudi Embassy | Thomson Reuters | Counterterrorism |
| April 30 | Saudi Embassy | ABC | Counterterrorism |
| May 1 | Saudi Embassy | Associated Press | Counterterrorism |
| May 2 | Saudi Embassy | Various | Counterterrorism |
| May 2 | Saudi Embassy | Wash Post | Saudi woman |
| May 3 | Saudi Embassy | WSJ | 28 pages |
| May 3 | Saudi Embassy | Reuters | 28 pages |
| May 4 | Saudi Embassy | AP | 28 pages |
| May 4 | Saudi Embassy | The Atlantic | 28 pages |
| May 4 | Saudi Embassy | Wash Post, Reuters, NPR, NYT, WSJ | Saudi woman |
| May 5 | Saudi Embassy | NYT, Wash Post, McClatchy, USA Today | 28 pages |
| May 6 | Saudi Embassy | Huffington Post | Saudi woman |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
<u>Attachment to</u>
**Supplemental Statement for Period: April 1 – September 30, 2016**

| May 6 | Saudi Embassy | Wash Post | Counterterrorism |
|---|---|---|---|
| May 6 | Saudi Embassy | CNN | Yemen |
| May 7 | Saudi Embassy | CNN, Wash Post | Counterterrorism |
| May 9 | Saudi Embassy | McClatchy | 28 pages |
| May 9 | Saudi Embassy | Daily Beast | 28 pages |
| May 10 | Saudi Embassy | NPR, Reuters, USA Today, Huffing Post, NBC, BBC | 28 pages |
| May 11 | Saudi Embassy | CNN/CBS | 28 pages |
| May 12 | Saudi Embassy | CNN, ABC, NBC, FOX, CBS, AFP, Reuters, AP | 28 pages |
| May 12 | Saudi Embassy | FOX | 28 pages |
| May 12 | Saudi Embassy | Foreign Policy | Hajj |
| May 12 | Saudi Embassy | Bloomberg | Syria |
| May 13 | Saudi Embassy | The Guardian, LA Times, Bloomberg, Politico, ABC, CNN, Reuters, ABC | 28 pages |
| May 16 | Saudi Embassy | Wash Post, AFP, LA Times | 28 pages |
| May 16 | Saudi Embassy | NewsHour, The Hill, Al Monitor, The Cipher Brief, The Washington Examiner | 28 pages |
| May 17 | Saudi Embassy | CNN ABC, Wash Post, NYT, ABC, Foreign Policy, NBC, Bloomberg, AP, Reuters, BBC, NBC, WSJ | JASTA/28 pages |
| May 18 | Saudi Embassy | FOX, Huffington Post, CNN | JASTA/28 pages |
| May 19 | Saudi Embassy | CBS, NYT, WSJ, Wash Post, AP, Time, Reuters, ABC, NBC, CNN, Huffington Post, Politico | JASTA/28 pages |
| May 20 | Saudi Embassy | CNN | Counterterrorism, 28 pages, JASTA |
| May 22 | Saudi Embassy | NYT | Kosovo article |
| May 23 | Saudi Embassy | Various | 28 pages |
| May 24 | Saudi Embassy | Various | 28 pages |
| May 26 | Saudi Embassy | Various | Counterterrorism |
| June 5 | Saudi Embassy | WSJ | Counterterrorism |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| | | | |
|---|---|---|---|
| June 8 | Saudi Embassy | NYT, Bloomberg | 28 pages |
| June 9 | Saudi Embassy | NPR | Yemen |
| June 9 | Saudi Embassy | Various | Counterterrorism, regional stability |
| June 10 | Saudi Embassy | NYT, CBS | 28 pages |
| June 11 | Saudi Embassy | NYT, Various | 28 pages |
| June 12 | Saudi Embassy | CNN/Various | 28 pages |
| June 13 | Saudi Embassy | CNN/Various | Orlando Shooter |
| June 13 | Saudi Embassy | FOX | Bilateral relations |
| June 13 | Saudi Embassy | Yahoo News | 28 pages |
| June 13 | Saudi Embassy | Various | Official visit |
| June 14 | Saudi Embassy | Foreign Policy | Article correction |
| June 14 | Saudi Embassy | CNN | 28 pages |
| June 15 | Saudi Embassy | CBS, CNN | 28 pages |
| June 15 | Saudi Embassy | Bloomberg | Official visit |
| June 16 | Saudi Embassy | CNN | Guest pitch |
| June 16 | FM Al-Jubeir | Various | Official visit |
| June 17 | FM Al-Jubeir | ABC News, CNN, NBC | 28 pages |
| June 17 | FM Al-Jubeir | Washington Post | Regional issues |
| June 20 | Saudi Embassy | WSJ | Official visit |
| June 21 | Saudi Embassy | Politico | 28 pages |
| June 22 | Saudi Embassy | WSJ | Regional issues |
| June 23 | Saudi Embassy | Reuters, CNN, Wash Post | 28 pages, counterterrorism |
| June 23 | Saudi Embassy | CNN | Regional issues |
| June 24 | Saudi Embassy | NPR | 28 pages, counterterrorism |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| June 24 | Saudi Embassy | ABC | 28 pages |
|---|---|---|---|
| June 27 | Saudi Embassy | Wash Post, NYT, Newsweek | 28 pages, counterterrorism |
| June 28 | Saudi Embassy | CNN, Weekly Standard, Washington Free Beacon | 28 pages, counterterrorism |
| June 29 | Saudi Embassy | NPR, WSJ, Daily Beast, AP, The Hill, Bloomberg View | 28 pages, counterterrorism |
| June 30 | Saudi Embassy | NBC, ABC, FOX | 28 pages, counterterrorism |
| July 2 | Saudi Embassy | AP | Article correction |
| July 4 | Saudi Embassy | Various | Counterterrorism |
| July 6 | Saudi Embassy | NYT | Counterterrorism, 28 pages |
| July 6 | Saudi Embassy | Various | Counterterrorism |
| July 6 | Saudi Embassy | Various | Daesh |
| July 7 | Saudi Embassy | CNN | 28 pages |
| July 12 | Saudi Embassy | CNN | 28 pages, JASTA counterterrorism |
| July 13 | Saudi Embassy | ABC, NBC | 28 pages, JASTA |
| July 14 | Saudi Embassy | FOX, CBS, NPR | 28 pages, JASTA, counterterrorism |
| July 14 | Saudi Embassy | Various | JASTA |
| July 14 | Saudi Embassy | Reuters | Regional issues |
| July 15 | Saudi Embassy | Various | 28 pages |
| July 15 | Saudi Embassy | Various | 28 pages |
| July 15 | Saudi Embassy | Various | Statement, National Intelligence Director |
| July 15 | FM Al-Jubeir | CNN, FOX, NBC, ABC, CBS | 28 pages |
| July 15 | Saudi Embassy | NYT | 28 pages |
| July 15 | Saudi Embassy | Various | 28 pages |
| July 17 | Saudi Embassy | Various | 28 pages |
| July 18 | Saudi Embassy | NYT | 28 pages |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| | | | |
|---|---|---|---|
| July 19 | Saudi Embassy | NYT | 28 pages |
| July 19 | Saudi Embassy | Wash Post | 28 pages |
| July 20 | Saudi Embassy | Wash Post | 28 pages |
| July 20 | Saudi Embassy | Huffington Post, WSJ | 28 pages |
| July 20 | Saudi Embassy | CNN | 28 pages |
| July 22 | Saudi Embassy | USA Today | 28 pages |
| July 22 | Saudi Embassy | WSJ | 28 pages |
| July 22 | Saudi Embassy | LA Times | 28 pages |
| July 25 | Saudi Embassy | Various | Saudi aid |
| July 25 | Saudi Embassy | NY Post | Article correction |
| August 1 | Saudi Embassy | CNN | Saudi labor |
| August 3 | Saudi Embassy | NYT | Article correction |
| August 4 | Saudi Embassy | NBC | Yemen |
| August 5 | Saudi Embassy | CNN | Article correction |
| August 8 | Saudi Embassy | WSJ | JASTA |
| August 10 | Saudi Embassy | Reuters | Counterterrorism |
| August 10 | Saudi Embassy | NYT | Counterterrorism |
| August 11 | Saudi Embassy | Newsweek | JASTA, counterterrorism |
| August 11 | Saudi Embassy | NYT | Counterterrorism |
| August 12 | Saudi Embassy | WSJ | Editorial board mtg request |
| August 13 | Saudi Embassy | US News | Saudi Arabia |
| August 15 | Saudi Embassy | Various | Yemen |
| August 15 | Saudi Embassy | NYT | Counterterrorism |
| August 16 | Saudi Embassy | AP | Yemen |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| August 16 | Saudi Embassy | NBC | Bilateral relations |
|---|---|---|---|
| August 17 | Saudi Embassy | Various | Education |
| August 17 | Saudi Embassy | NYT | Counterterrorism |
| August 18 | Saudi Embassy | WSJ | JASTA |
| August 18 | Saudi Embassy | Various | Daesh |
| September 6 | Saudi Embassy | Politico | JASTA |
| September 7 | Saudi Embassy | WSJ | JASTA |
| September 7 | Saudi Embassy | Wash Post, NYT, Politico, Reuters, FOX, WSJ | JASTA |
| September 8 | Saudi Embassy | CNN | JASTA, counterterrorism |
| September 8 | Saudi Embassy | FOX, CNN, Bloomberg, NYT, USA Today, AP, The Hill | JASTA |
| September 9 | Saudi Embassy | WSJ | JASTA, counterterrorism |
| September 9 | Saudi Embassy | NYT, The Hill, Reuters, Bloomberg, USA Today, NPR, NBC, ABC, US News, FOX, LA Times | JASTA |
| September 9 | Saudi Embassy | AFP | JASTA |
| September 10 | Saudi Embassy | CBS | JASTA |
| September 10 | Saudi Embassy | AFP | JASTA |
| September 11 | Saudi Embassy | AFP | JASTA |
| September 12 | Saudi Embassy | NBC | Article request |
| September 12 | Saudi Embassy | CNN | JASTA |
| September 12 | Saudi Embassy | AFP | JASTA |
| September 13 | Saudi Embassy | FOX | JASTA |
| September 13 | Saudi Embassy | AFP | JASTA |
| September 14 | Saudi Embassy | FOX, CNN, NBC, CBS, ABC | JASTA |
| September 15 | Saudi Embassy | NYT | Education |
| September 15 | Saudi Embassy | CBS | JASTA |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| | | | |
|---|---|---|---|
| September 15 | Saudi Embassy | Various | JASTA |
| September 15 | Saudi Embassy | WSJ | JASTA |
| September 15 | Saudi Embassy | NYT, Wash Post | JASTA |
| September 15 | Saudi Embassy | AFP | JASTA |
| September 16 | Saudi Embassy | WSJ | Iran |
| September 18 | Saudi Embassy | WSJ | Iran |
| September 19 | Saudi Embassy | Hugh Hewitt Radio Show | JASTA |
| September 19 | Saudi Embassy | NYT | JASTA |
| September 19 | Saudi Embassy | AFP | JASTA |
| September 20 | Saudi Embassy | NBC, NYT, Stars and Stripes | JASTA |
| September 20 | Saudi Embassy | Mike Levin Radio Show, Rush Limbaugh | JASTA |
| September 20 | Saudi Embassy | Various | JASTA |
| September 20 | FM Al Jubeir | NBC | JASTA |
| September 20 | Saudi Embassy | Buzzfeed | JASTA |
| September 20 | Saudi Embassy | Various | JASTA |
| September 21 | Saudi Embassy | Various | JASTA |
| September 21 | Saudi Embassy | AFP | JASTA |
| September 21 | Saudi Embassy | Various | JASTA |
| September 21 | Saudi Embassy | Buzzfeed | JASTA |
| September 22 | Saudi Embassy | McClatchy, Daily Beast, Politico, NYT, Wash Post, Stars and Stripes | JASTA |
| September 22 | Saudi Embassy | CNN, FOX | JASTA |
| September 22 | Saudi Embassy | Various | JASTA |
| September 22 | Saudi Embassy | Various | JASTA |
| September 22 | Saudi Embassy | Various | JASTA |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
<u>Attachment to</u>
**Supplemental Statement for Period: April 1 – September 30, 2016**

| September 22 | Saudi Embassy | Various | JASTA |
|---|---|---|---|
| September 22 | Saudi Embassy | AFP | JASTA |
| September 23 | Saudi Embassy | NBC, CNN, The Hill, Roll Call, Politico, Stars and Stripes, NYT, Wash Post, USA Today, Reuters, AP, AFP | JASTA |
| September 23 | Saudi Embassy | Various | JASTA |
| September 23 | Saudi Embassy | Various | JASTA |
| September 23 | Saudi Embassy | Various | JASTA |
| September 25 | Saudi Embassy | Various | JASTA |
| September 26 | Saudi Embassy | AP, Politico, WSJ, Foreign Policy | JASTA |
| September 27 | Saudi Embassy | Various | JASTA |
| September 27 | Saudi Embassy | Minneapolis Star Tribune, Politico, WSJ, The Hill | JASTA |
| September 27 | Saudi Embassy | Various | JASTA |
| September 28 | Saudi Embassy | Various | JASTA |
| September 28 | Saudi Embassy | Foreign Policy, FOX | JASTA |
| September 28 | Saudi Embassy | Various | JASTA |
| September 28 | Saudi Embassy | Various | JASTA |
| September 28 | Saudi Embassy | WSJ, NYT | JASTA |
| September 29 | Saudi Embassy | Reuters, NBC, The Hill, Wash Post, NYT, ABC, CNN, FOX | JASTA |
| September 29 | Saudi Embassy | Various | JASTA |
| September 29 | Saudi Embassy | Chicago Tribune, Atlanta Journal Constitution, San Francisco Chronicle, Boston Globe, Virginia Pilot, Tampa Bay, Kansas City Star, Denver Post, San Diego Union Tribune, Dallas Morning News, Miami Herald, Charlotte Observer, Nashville Tennessean, Austin American Statesman, Houston Chronicle, Seattle Times | JASTA |
| September 29 | Saudi Embassy | FOX | JASTA |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
Attachment to
**Supplemental Statement for Period: April 1 – September 30, 2016**

| September 30 | Saudi Embassy | CBS, CNN, ABC, NBC, FOX | JASTA |
|---|---|---|---|
| September 30 | Saudi Embassy | WSJ | JASTA |
| September 30 | Saudi Embassy | Virginian Pilot, San Francisco Chronicle, Miami Herald, Nashville Tennessean, Seattle Times | JASTA |

**C.     Contacts by Registrant with Members of Congress on Behalf of the Royal Embassy of Saudi Arabia:**

| Date | Foreign principal or party | Congressional Office | Principal subject |
|---|---|---|---|
| June 9 | Saudi Embassy | Senator Richard Burr | Schedule meeting with Saudi officials |
| June 9 | Saudi Embassy | Senator Dianne Feinstein | Schedule meeting with Saudi officials |
| June 10 | Saudi Embassy | Senator Richard Burr | Schedule meeting with Saudi officials |
| June 10 | Saudi Embassy | Senator Dianne Feinstein | Schedule meeting with Saudi officials |
| June 10 | Saudi Embassy | Senator Mitch McConnell | Schedule meeting with Saudi officials |
| June 10 | Saudi Embassy | Speaker of the House Paul Ryan | Schedule meeting with Saudi officials |
| June 10 | Saudi Embassy | Representative Devin Nunes | Schedule meeting with Saudi officials |
| June 11 | Saudi Embassy | Representative Devin Nunes | Schedule meeting with Saudi officials |
| June 13 | Saudi Embassy | Representative Devin Nunes | Schedule meeting with Saudi officials |
| June 13 | Saudi Embassy | Senator Mitch McConnell | Schedule meeting with Saudi officials |
| June 13 | Saudi Embassy | Senator Richard Burr | Schedule meeting with Saudi officials |
| June 15 | Saudi Embassy | Representative Devin Nunes | Schedule meeting with Saudi officials |
| June 16 | Saudi Embassy | Senator Richard Burr | Schedule meeting with Saudi officials |
| June 17 | Saudi Embassy | Senator Dianne Feinstein | Schedule meeting with Saudi officials |
| June 20 | Saudi Embassy | Senator Richard Burr | Schedule meeting with Saudi officials |
| June 20 | Saudi Embassy | Senator Dianne Feinstein | Schedule meeting with Saudi officials |

**MSLGROUP Americas, Inc. d/b/a Qorvis MSLGROUP**
**Attachment to**
**Supplemental Statement for Period: April 1 – September 30, 2016**

| July 12 | Saudi Embassy | Senator John McCain | Schedule meeting with Saudi officials |
| July 12 | Saudi Embassy | Senator Bob Corker | Schedule meeting with Saudi officials |
| July 12 | Saudi Embassy | Speaker of the House Paul Ryan | Schedule meeting with Saudi officials |
| July 14 | Saudi Embassy | Senator Lindsey Graham | Schedule meeting with Saudi officials |
| September 27 | Saudi Embassy | Senator Marco Rubio | Schedule meeting with Saudi officials |
| September 27 | Saudi Embassy | Speaker of the House Paul Ryan | Schedule meeting with Saudi officials |

II.    **Embassy of the People's Republic of China**

   A.    **Activities conducted by registrant on behalf of the Embassy of the People's Republic of China ("PRC")**

- Provided media monitoring and analysis services.
- Provided social meida monitoring and analysis services.
- Consulted on public diplomacy efforts around the UN General Assembly.

   B.    **Contacts by Registrant with U.S. Media Representatives**

| DATE | FOREIGN PRINCIPAL OR PARTY | MEDIA OUTLET | PRINCIPAL SUBJECT |
|---|---|---|---|
| 7/7/2016 | People's Republic of China | The Atlantic | Bilateral Relations |
| 7/18/2016 | People's Republic of China | Bloomberg | Bilateral Relations |
| 4/26/2016 | People's Republic of China | The Wall Street Journal | Embassy event |
| 4/26/2016 | People's Republic of China | AFP | Embassy event |

   C.    **Contacts by Registrant with U.S. Congress on behalf of PRC:**

| DATE | FOREIGN PRINCIPAL OR PARTY | CONGRESSIONAL OFFICE | PRINCIPAL SUBJECT |
|---|---|---|---|
| None | | | |

III.    **Republic of Equatorial Guinea**

   A.    **Activities Conducted by Registrant on Behalf of the Republic of Equatorial Guinea "REG")**