# EXHIBIT D

OMB No. 1124-0002; Expires April 30, 2017

U.S. Department of Justice

Washington, DC 20530

**Supplemental Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

For Six Month Period Ending <u>12/31/2016</u>

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant                    (b) Registration No.

   Podesta Group, Inc.                         5926

   (c) Business Address(es) of Registrant
   1001 G Street NW
   Suite 1000 West
   Washington, DC 20001

2. Has there been a change in the information previously furnished in connection with the following?

   (a) If an individual:

   | | | | | |
   |---|---|---|---|---|
   | (1) Residence address(es) | Yes ☐ | No ☐ |
   | (2) Citizenship | Yes ☐ | No ☐ |
   | (3) Occupation | Yes ☐ | No ☐ |

   (b) If an organization:

   | | | | | |
   |---|---|---|---|---|
   | (1) Name | Yes ☐ | No ☒ |
   | (2) Ownership or control | Yes ☐ | No ☒ |
   | (3) Branch offices | Yes ☐ | No ☒ |

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

   N/A

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐          No ☒

   If yes, have you filed an amendment to the Exhibit C?          Yes ☐          No ☐

   If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 03/14

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

Yes ☐     No ☒

If yes, furnish the following information:

| Name | Position | Date Connection Ended |
|------|----------|----------------------|
|      |          |                      |

(b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

Yes ☐     No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
|      |                   |             |          |              |

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

Yes ☐     No ☒

If yes, identify each such person and describe the service rendered.

(b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?     Yes ☐     No ☒

| Name | Residence Address | Citizenship | Position | Date Assumed |
|------|-------------------|-------------|----------|--------------|
|      |                   |             |          |              |

(c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?     Yes ☒     No ☐

If yes, furnish the following information:

| Name | Position or Connection | Date Terminated |
|------|------------------------|-----------------|
| Steven Kirsch | employee/consultant | 7/29/16 |

(d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?     Yes ☐     No ☒

If yes, furnish the following information:

| Name | Position or Connection | Foreign Principal | Date Terminated |
|------|------------------------|-------------------|-----------------|
|      |                        |                   |                 |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

Yes ☐     No ☐

If no, list names of persons who have not filed the required statement.

N/A

Received by NSD/FARA Registration Unit   01/30/2017   5:06:51 PM

(PAGE 3)

## II – FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?   Yes ☒   No ☐
   If yes, furnish the following information:

| Foreign Principal | Date of Termination |
|---|---|
| Saudi Arabian Oil Company through White & Case LLP | 12/21/2016 |

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period?   Yes ☒   No ☐
   If yes, furnish th following information:

| Name and Address of Foreign Principal(s) | Date Acquired |
|---|---|
| Saudi Arabian Oil Company through White & Case LLP | 9/22/16 |
| Ocean Advisory & Consulting W.L.L. through Andreae & Associates | 11/1/2016 |

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month reporting period.

   Hong Kong Trade Development Council, Embassy of Japan, Embassy of the Republic of India, Embassy of the Republic of Azerbaijan, Republic of Iraq, Embassy of the Socialist Republic of Vietnam, Center for Studies and Media Affairs at the Saudi Royal Court, Embassy of the Republic of Kosovo, Democratic Party of Moldova

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?

|  |  |  |
|---|---|---|
| Exhibit A[3] | Yes ☒ | No ☐ |
| Exhibit B[4] | Yes ☒ | No ☐ |

   If no, please attach the required exhibit.

   (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
   represented during this six month period?   Yes ☒   No ☐
   If yes, have you filed an amendment to these exhibits?   Yes ☒   No ☐

   If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)).  A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act.  (See Rule 208.)
3 The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

Case 1:03-md-01570-GBD-SN Document 3520-4 Filed 04/14/17 Page 5 of 17

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒   No ☐

    If yes, identify each foreign principal and describe in full detail your activities and services:

    Please see attachment

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?
    Yes ☒   No ☐

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

    Please see attachment

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?   Yes ☐   No ☒

    If yes, describe fully.
    N/A

---

[5] "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Case 1:03-md-01570-GBD-SN Document 3520-4 Filed 04/14/17 Page 6 of 17

(PAGE 5)

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?     Yes ☒      No ☐

If no, explain why.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
| | Please see attachment | | |
| | | | Total |

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☐     No ☒

If yes, have you filed an Exhibit D[8] to your registration?     Yes ☐     No ☐

If yes, indicate the date the Exhibit D was filed.     Date _____

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?     Yes ☐     No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|-------------------|---------------|----------------|---------|
| | | | |

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 6)

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒        No ☐

(2) transmitted monies to any such foreign principal?        Yes ☐        No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|------|---------|---------|--------|
| | Please see attachment | | |

|  |  |  | Total |

Received by NSD/FARA Registration Unit 01/30/2017 5:06:51 PM

(PAGE 7)

**(b) DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|
| | | | | |

**(c) DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒          No ☐

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|
| | Please see attachment | | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a)  During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]
    Yes ☒    No ☐

    If Yes, go to Item 17.

    (b)  If you answered No to Item 16(a), do you disseminate any material in connection with your registration?
    Yes ☐    No ☐

    If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.
    Embassy of the Republic of India, Embassy of the Republic of Azerbaijan, Center for Studies and Media Affairs at the Saudi Royal Court

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?   Yes ☐   No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:
    ☐ Radio or TV broadcasts   ☐ Magazine or newspaper   ☐ Motion picture films   ☐ Letters or telegrams
    ☐ Advertising campaigns   ☒ Press releases   ☐ Pamphlets or other publications   ☐ Lectures or speeches
    ☐ Other *(specify)* _____

**Electronic Communications**
☒ Email
☐ Website URL(s): _____
☐ Social media websites URL(s): _____
☐ Other *(specify)* _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:
    ☒ Public officials          ☒ Newspapers          ☐ Libraries
    ☒ Legislators               ☒ Editors             ☒ Educational institutions
    ☒ Government agencies       ☒ Civic groups or associations   ☒ Nationality groups

    ☐ Other *(specify)* _____

21. What language was used in the informational materials:
    ☒ English          ☐ Other *(specify)* _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?   Yes ☒   No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☒    No ☐

12  The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise.  Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

(PAGE 9)

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)                    (Print or type name under each signature or provide electronic signature [13])

1-30-17                                 *Kimberley Fritts*

---

[13]  This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

## Question 12: Center for Studies and Media Affairs at the Saudi Royal Court

| Date | Person Contacted | Office | Means of Contact | Subjects Discussed |
|---|---|---|---|---|
| 7/1/2016 | Julia Frifield | U.S. Department of State | email | US-Saudi Arabia relations |
| 7/6/2016 | Jason Miks | CNN | email | Saudi public relations |
| 7/6/2016 | Michael Timmeny | Cisco | email | Saudi public relations |
| 7/6/2016 | Nancy Krejsa | Six Flags | email | Saudi public relations |
| 7/8/2016 | Avik Roy | Forbes | email | Saudi public relations |
| 7/11/2016 | Jason Miks | CNN | email | Saudi public relations |
| 7/12/2016 | David Ignatius | Washington Post | email | Saudi public relations |
| 7/13/2016 | Avik Roy | Forbes | email | Saudi public relations |
| 7/13/2016 | Charles Jordan | The Hill | email | Saudi public relations |
| 7/13/2016 | Ed Burton and Jessilyn Joyner | US-Saudi Business Council | email | Saudi public relations |
| 7/13/2016 | Jason Miks | CNN | email | Saudi public relations |
| 7/13/2016 | Megan Van Etten | US Chamber of Commerce | phone | Saudi public relations |
| 7/13/2016 | Michael Timmeny | Cisco | email | Saudi public relations |
| 7/13/2016 | various recipients (previously filed) | various recipients (previously filed) | email | Saudi public relations |
| 7/14/2016 | Anne Patterson | U.S. Department of State | meeting | US-Saudi Arabia relations |
| 7/14/2016 | Ed Burton and Jessilyn Joyner | US-Saudi Business Council | email | Saudi public relations |
| 7/15/2016 | Elizabeth MacBride | Forbes | email | Saudi public relations |
| 7/15/2016 | Various recipients (previously filed) | Various recipients (previously filed) | email | Saudi public relations |
| 7/18/2016 | Lance Gould | Huffington Post | email | Saudi public relations |
| 7/18/2016 | Megan Van Etten | US Chamber of Commerce | email | Saudi public relations |
| 7/18/2016 | Pat Garofalo | US News | email | Saudi public relations |
| 7/20/2016 | Mike Singh | The Washington Institute for Near East Policy | email | Saudi public relations |
| 7/21/2016 | Allison Silver | Reuters | email | Saudi public relations |
| 7/21/2016 | Jennifer Holmes, Kellie Love | ESPN | email | Saudi public relations |
| 7/22/2016 | Anne Patterson | U.S. Department of State | email | US-Saudi Arabia relations |
| 7/25/2016 | Allison Silver | Reuters | email | Saudi public relations |
| 7/25/2016 | Jennifer Holmes, Kellie Love; Jenisha Watts | ESPN | email | Saudi public relations |
| 7/26/2016 | Allison Silver | Reuters | email | Saudi public relations |
| 7/26/2016 | Jennifer Holmes, Kellie Love; Jenisha Watts | ESPN | email | Saudi public relations |
| 7/28/2016 | Jennifer Holmes, Kellie Love; Jenisha Watts | ESPN | email | Saudi public relations |
| 7/29/2016 | Jennifer Holmes, Kellie Love; Jenisha Watts | ESPN | email | Saudi public relations |
| 7/31/2016 | Jenisha Watts | ESPN | email | Saudi public relations |
| 8/1/2016 | Jenisha Watts | ESPN | email | Saudi public relations |
| 8/2/2016 | Avik Roy | Forbes | email | Saudi public relations |
| 8/3/2016 | Karen Young | Arab Gulf States Institute in Washington | meeting | Saudi public relations |
| 8/3/2016 | Raymond Karam | Arab Gulf States Institute in Washington | meeting | Saudi public relations |
| 8/4/2016 | Vranae Pavlich, Aida Araissi | US-Arab Bilateral Chamber of Commerce | email | Saudi public relations |
| 8/5/2016 | Various recipients (previously filed) | Various recipients (previously filed) | email | Saudi public relations |
| 8/6/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 8/8/2016 | Rick Gladstone; Rod Nordland | New York Times | email | Saudi public relations |
| 8/8/2016 | Vranae Pavlich, Aida Araissi | US-Arab Bilateral Chamber of Commerce | phone | Saudi public relations |
| 8/9/2016 | Asa Fitch | Wall Street Journal | email | Saudi public relations |
| 8/10/2016 | Asa Fitch | Wall Street Journal | email | Saudi public relations |
| 8/10/2016 | Rod Nordland | New York Times | email | Saudi public relations |
| 8/11/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 8/11/2016 | Rod Nordland | New York Times | email | Saudi public relations |
| 8/12/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 8/12/2016 | Rod Nordland | New York Times | email | Saudi public relations |
| 8/13/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 8/15/2016 | Ed Burton | US-Saudi Business Council | email | Saudi public relations |
| 8/15/2016 | Karen Yianpoulus | Al Hurra | email | Saudi public relations |
| 8/15/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 8/16/2016 | Rod Nordland | New York Times | email | Saudi public relations |
| 8/17/2016 | Ed Burton | US-Saudi Business Council | email | Saudi public relations |
| 8/17/2016 | Rudy deLeon | Center for American Progress | email | Saudi public relations |
| 8/19/2016 | Various recipients (previously filed) | Various recipients (previously filed) | email | Saudi public relations |
| 8/22/2016 | Jessica Elledge | Sen. Chris Murphy | email | US-Saudi Arabia relations |

Received by NSD/FARA Registration Unit 01/30/2017 5:06:31 PM

# Question 12: Center for Studies and Media Affairs at the Saudi Royal Court

| Date | Person Contacted | Office | Means of Contact | Subjects Discussed |
|------|------------------|--------|------------------|--------------------|
| 8/23/2016 | Jessica Elledge | Sen. Chris Murphy | meeting, email | US-Saudi Arabia relations |
| 8/24/2016 | Anthony Weir | U.S. Department of State | meeting | US-Saudi Arabia relations |
| 8/24/2016 | David Fite | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 8/24/2016 | Jessica Elledge | Sen. Chris Murphy | email | US-Saudi Arabia relations |
| 9/7/2016 | Daniel Silverberg | Rep. Steny Hoyer | phone | US-Saudi Arabia relations |
| 9/7/2016 | Mira Resnick | House Foreign Affairs Committee | email | US-Saudi Arabia relations |
| 9/8/2016 | Anthony Weir | U.S. Department of State | phone | US-Saudi Arabia relations |
| 9/8/2016 | Daniel Silverberg | Rep. Steny Hoyer | email | US-Saudi Arabia relations |
| 9/8/2016 | David Fite | Senate Foreign Relations Committee | email | US-Saudi Arabia relations |
| 9/8/2016 | Jessica Lewis | Sen. Harry Reid | email | US-Saudi Arabia relations |
| 9/9/2016 | Daniel Silverberg | Rep. Steny Hoyer | phone | US-Saudi Arabia relations |
| 9/9/2016 | Michael Schiffer | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 9/9/2016 | Rori Kramer | U.S. Department of State | phone | US-Saudi Arabia relations |
| 9/12/2016 | Jessica Lewis | Sen. Harry Reid | phone | US-Saudi Arabia relations |
| 9/12/2016 | Katherine Love | Forbes | email | Saudi public relations |
| 9/13/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/13/2016 | Daniel Silverberg | Rep. Steny Hoyer | phone | US-Saudi Arabia relations |
| 9/13/2016 | Joseph Braude | FPRI | email | Saudi public relations |
| 9/13/2016 | Mike Kuiken | Senate Armed Services Committee | phone | US-Saudi Arabia relations |
| 9/13/2016 | Stacie Oliver | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 9/14/2016 | Caroline Tess | National Security Council | email | US-Saudi Arabia relations |
| 9/14/2016 | Mike Casey | Senate Intelligence Committee | phone | US-Saudi Arabia relations |
| 9/14/2016 | Various recipients (previously filed) | Various recipients (previously filed) | email | Saudi public relations |
| 9/15/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/15/2016 | Dana Stroul | Senate Foreign Relations Committee | phone, email | US-Saudi Arabia relations |
| 9/15/2016 | David Kinzler, Dana Stroul | Senate Foreign Relations Committee | email | US-Saudi Arabia relations |
| 9/15/2016 | Sarah Ramig | Sen. Bob Corker | phone, email | US-Saudi Arabia relations |
| 9/16/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/16/2016 | Various recipients (previously filed) | Various recipients (previously filed) | email | Saudi public relations |
| 9/19/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/19/2016 | Dana Stroul | House Foreign Affairs Committee | email | US-Saudi Arabia relations |
| 9/19/2016 | Michael Schiffer | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 9/20/2016 | Brian Appel | Sen. Michael Bennet | phone | US-Saudi Arabia relations |
| 9/20/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/20/2016 | Dana Stroul | Senate Foreign Relations Committee | phon | US-Saudi Arabia relations |
| 9/20/2016 | Fred Turner | Sen. Bob Menendez | phone | US-Saudi Arabia relations |
| 9/20/2016 | Joseph Braude | FPRI | email | Saudi public relations |
| 9/20/2016 | Tom Mancinelli | Sen. Chris Coons | email | US-Saudi Arabia relations |
| 9/21/2016 | Becky Anderson, Shivon Watson | CNN | email | Saudi public relations |
| 9/21/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/21/2016 | Colin McGuiness | Senate Banking Committee | phone | US-Saudi Arabia relations |
| 9/21/2016 | Daniel Silverberg | Rep. Steny Hoyer | phone | US-Saudi Arabia relations |
| 9/21/2016 | Jon Alterman | CSIS | email | Saudi public relations |
| 9/21/2016 | Margaret Taylor | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 9/22/2016 | Anna Golkaldas | Sen. Sherrod Brown | phone | US-Saudi Arabia relations |
| 9/22/2016 | Becky Anderson, Shivon Watson | CNN | email | Saudi public relations |
| 9/22/2016 | Jon Alterman | CSIS | email | Saudi public relations |
| 9/22/2016 | Mike Kuiken | Senate Armed Services Committee | email | US-Saudi Arabia relations |
| 9/22/2016 | Steve Smith | Sen. Angus King | email | US-Saudi Arabia relations |
| 9/23/2016 | Charles Jordan | The Hill | email | Saudi public relations |
| 9/23/2016 | Danielle Pletka | AEI | email | Saudi public relations |
| 9/23/2016 | Steve Seche | Arab Gulf States Institute | email | Saudi public relations |
| 9/23/2016 | Tom Mancinelli | Sen. Chris Coons | email | US-Saudi Arabia relations |
| 9/23/2016 | Ty Mabry | Sen. Thad Cochran | phone | US-Saudi Arabia relations |
| 9/23/2016 | Will Todd | Senate Appropriations Committee | phone | US-Saudi Arabia relations |
| 9/26/2016 | Anna Golkaldas | Sen. Sherrod Brown | email | US-Saudi Arabia relations |
| 9/26/2016 | Matt Padilla | Sen. Tom Udall | email | US-Saudi Arabia relations |
| 9/26/2016 | Tom Mancinelli | Sen. Chris Coons | email | US-Saudi Arabia relations |
| 9/26/2016 | Ty Mabry | Sen. Thad Cochran | phone | US-Saudi Arabia relations |
| 9/27/2016 | Becky Anderson, Shivon Watson | CNN | email | Saudi public relations |
| 9/27/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 9/27/2016 | Kia Hammandanchy, Anna Golkaldas | Sen. Sherrod Brown | phone | US-Saudi Arabia relations |
| 9/27/2016 | Matt Padilla | Sen. Tom Udall | email | US-Saudi Arabia relations |
| 9/27/2016 | Matt Squeri | Sen. Heidi Heitkamp | email | US-Saudi Arabia relations |
| 9/27/2016 | Steve Smith | Sen. Angus King | email | US-Saudi Arabia relations |
| 9/27/2016 | Tom Mancinelli | Sen. Chris Coons | phone | US-Saudi Arabia relations |

## Question 12: Center for Studies and Media Affairs at the Saudi Royal Court

| Date | Person Contacted | Office | Means of Contact | Subjects Discussed |
|---|---|---|---|---|
| 9/27/2016 | Ty Mabry | Sen. Thad Cochran | email | US-Saudi Arabia relations |
| 9/28/2016 | Matt Padilla | Sen. Tom Udall | phone | US-Saudi Arabia relations |
| 9/28/2016 | Shivon Watson | CNN | email | Saudi public relations |
| 9/28/2016 | Steve Smith | Sen. Angus King | email | US-Saudi Arabia relations |
| 9/28/2016 | Tom Mancinelli | Sen. Chris Coons | email | US-Saudi Arabia relations |
| 9/30/2016 | Yara Bayoumi | Reuters | email | Saudi public relations |
| 10/3/2016 | Becky Anderson | CNN | email | Saudi public relations |
| 10/4/2016 | Shivon Watson | CNN | email | Saudi public relations |
| 10/4/2016 | Yara Bayoumi | Reuters | email | Saudi public relations |
| 10/5/2016 | Becky Anderson, Shivon Watson | CNN | phone | Saudi public relations |
| 10/6/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 10/7/2016 | Daniel Silverberg | Rep. Steny Hoyer | email | US-Saudi Arabia relations |
| 10/10/2016 | Yara Bayoumi | Reuters | email | Saudi public relations |
| 10/11/2016 | Anna Golkaldas | Sen. Sherrod Brown | phone | US-Saudi Arabia relations |
| 10/11/2016 | Jeremy Steslicki | Sen. Tammy Baldwin | email | US-Saudi Arabia relations |
| 10/11/2016 | Tom Mancinelli | Sen. Chris Coons | phone | US-Saudi Arabia relations |
| 10/11/2016 | Yara Bayoumi | Reuters | meeting | Saudi public relations |
| 10/13/2016 | Jeremy Steslicki | Sen. Tammy Baldwin | phone | US-Saudi Arabia relations |
| 10/17/2016 | Steve Smith | Sen. Angus King | phone | US-Saudi Arabia relations |
| 10/18/2016 | Matt Padilla | Sen. Tom Udall | meeting | US-Saudi Arabia relations |
| 10/18/2016 | Mira Resnick | House Foreign Affairs Committee | email | US-Saudi Arabia relations |
| 10/19/2016 | Chris Barkley | Sen. Ben Sasse | email | US-Saudi Arabia relations |
| 10/19/2016 | Daniel Silverberg | Rep. Steny Hoyer | email | US-Saudi Arabia relations |
| 10/19/2016 | Ian Staples | Rep. Susan Davis | email | US-Saudi Arabia relations |
| 10/19/2016 | Julie Tagen | Rep. Alan Grayson | email | US-Saudi Arabia relations |
| 10/19/2016 | Megan Zavertnik | Rep. Vicky Hartzler | email, phone | US-Saudi Arabia relations |
| 10/19/2016 | Wyndee Parker | Minority Leader Nancy Pelosi | email | US-Saudi Arabia relations |
| 10/20/2016 | Annika Parks | Rep. Susan Davis | email | US-Saudi Arabia relations |
| 10/20/2016 | Daniel Silverberg | Rep. Steny Hoyer | meeting | US-Saudi Arabia relations |
| 10/20/2016 | Steve Smith | Sen. Angus King | email | US-Saudi Arabia relations |
| 10/22/2016 | Sen, Angus King | Sen. Angus King | phone | US-Saudi Arabia relations |
| 10/24/2016 | Joseph Braude | FPRI | email | Saudi public relations |
| 10/25/2016 | Annika Parks | Rep. Susan Davis | email | US-Saudi Arabia relations |
| 10/25/2016 | Wyndee Parker | Minority Leaders Nancy Pelosi | email | US-Saudi Arabia relations |
| 10/26/2016 | Mark Iozzi, Mira Resnick | House Foreign Affairs Committee | meeting | US-Saudi Arabia relations |
| 10/26/2016 | Wyndee Parker | Minority Leaders Nancy Pelosi | meeting | US-Saudi Arabia relations |
| 10/27/2016 | Annika Parks | Rep. Susan Davis | meeting | US-Saudi Arabia relations |
| 10/27/2016 | Wyndee Parker | Minority Leaders Nancy Pelosi | email | US-Saudi Arabia relations |
| 10/28/2016 | Annika Parks | Rep. Susan Davis | email | US-Saudi Arabia relations |
| 10/31/2016 | Steve Smith | Sen. Angus King | meeting | US-Saudi Arabia relations |
| 11/7/2016 | Chad Kreikemeier | Executive Office of the President | phone | US-Saudi Arabia relations |
| 11/8/2016 | Ben Hubbard | New York Times | email | Saudi public relations |
| 11/9/2016 | Michael Schiffer | Senate Foreign Relations Committee | phone | US-Saudi Arabia relations |
| 11/14/2016 | Tom Mancinelli | Sen. Chris Coons | phone | US-Saudi Arabia relations |
| 11/15/2016 | Matt Squeri | Sen. Heidi Heitkamp | email | US-Saudi Arabia relations |
| 11/16/2016 | Anna Gokaldas | Sen. Sherrod Brown | email | US-Saudi Arabia relations |
| 11/16/2016 | Matt Padilla | Sen. Tom Udall | email | US-Saudi Arabia relations |
| 11/17/2016 | Anthony Weir | U.S. Department of State | meeting | US-Saudi Arabia relations |
| 11/17/2016 | Jeremy Steslicki | Sen. Tammy Baldwin | email | US-Saudi Arabia relations |
| 11/17/2016 | Nick Rawls | Sen. Claire McCaskill | email | US-Saudi Arabia relations |
| 11/18/2016 | Jeremy Steslicki | Sen. Tammy Baldwin | email | US-Saudi Arabia relations |
| 11/18/2016 | Sam Fellman, Ali Nouri | Sen. Al Franken | phone | US-Saudi Arabia relations |
| 11/21/2016 | Annika Parks | Rep. Susan Davis | email | US-Saudi Arabia relations |
| 11/21/2016 | Daniel Silverberg | Rep. Steny Hoyer | email | US-Saudi Arabia relations |
| 11/21/2016 | Julie Klein | Sen. Harry Reid | meeting | US-Saudi Arabia relations |
| 11/22/2016 | Joe Rocalto | Rep. Alan Grayson | email | US-Saudi Arabia relations |
| 11/22/2016 | Julia Frifield | U.S. Department of State | phone | US-Saudi Arabia relations |
| 11/22/2016 | Wyndee Parker | Minority Leaders Nancy Pelosi | email | US-Saudi Arabia relations |
| 11/28/2016 | Matt Padilla | Sen. Tom Udall | email | US-Saudi Arabia relations |
| 11/29/2016 | Matt Padilla | Sen. Tom Udall | phone | US-Saudi Arabia relations |
| 11/30/2016 | Tom Mancinelli | Sen. Chris Coons | phone | US-Saudi Arabia relations |
| 12/1/2016 | Julia Frifield | U.S. Department of State | email | US-Saudi Arabia relations |
| 12/1/2016 | Matt Padilla | Sen. Tom Udall | email | US-Saudi Arabia relations |
| 12/1/2016 | Matt Squeri | Sen. Heidi Heitkamp | phone | US-Saudi Arabia relations |
| 12/1/2016 | Nick Rawls | Sen. Claire McCaskill | email | US-Saudi Arabia relations |
| 12/1/2016 | Steve Smith | Sen. Angus King | phone | US-Saudi Arabia relations |
| 12/7/2016 | Linda Hirsch | PBS | email | Saudi public relations |
| 12/7/2016 | Linda Hirsh | PBS | email | Saudi public relations |
| 12/7/2016 | Martin Smith | PBS | email | Saudi public relations |

## Question 12:  Center for Studies and Media Affairs at the Saudi Royal Court

| Date | Person Contacted | Office | Means of Contact | Subjects Discussed |
|---|---|---|---|---|
| 12/7/2016 | Raymond Karam | Arab Gulf States Institute in Washington | meeting | Saudi public relations |
| 12/12/2016 | Daniel Silverberg | Rep. Steny Hoyer | email | US-Saudi Arabia relations |
| 12/12/2016 | Jessica Lewis | Senate Foreign Relations Committee | email | US-Saudi Arabia relations |
| 12/12/2016 | Karen Robb | House Budget Committee | email | US-Saudi Arabia relations |
| 12/12/2016 | Missy Ryan | Washington Post | email | Saudi public relations |
| 12/12/2016 | Nicole Porecca | Sen. Tim Kaine | email | US-Saudi Arabia relations |
| 12/13/2016 | Karen Robb | House Budget Committee | email | US-Saudi Arabia relations |
| 12/13/2016 | Linda Hirsch | PBS | meeting | Saudi public relations |
| 12/13/2016 | Martin Smith | PBS | meeting | Saudi public relations |
| 12/13/2016 | Mira Resnick | House Foreign Affairs Committee | email | US-Saudi Arabia relations |
| 12/16/2016 | Linda Hirsch | PBS | email | Saudi public relations |
| 12/16/2016 | Martin Smith | PBS | email | Saudi public relations |

**ATTACHMENT**

**14(a). RECEIPTS –MONIES.**

| Date | Foreign Principal | Purpose | Amount |
|---|---|---|---|
| 7/1/16 | Democratic Party of Moldova | Fee | $217,000.00 |
| 7/12/16 | Democratic Party of Moldova | Reimbursement | $3,232.70 |
| 8/15/16 | Democratic Party of Moldova | Reimbursement | $1,052.10 |
| 8/25/16 | Democratic Party of Moldova | Fee | $25,000.00 |
| 8/25/16 | Democratic Party of Moldova | Reimbursement | $18,810.52 |
| 9/12/16 | Democratic Party of Moldova | Fee | $62,500.00 |
| 10/31/16 | Democratic Party of Moldova | Reimbursement | $16,457.86 |
| 11/8/16 | Democratic Party of Moldova | Fee | $154,500.00 |
| 11/25/16 | Democratic Party of Moldova | Fee | $25,000.00 |
| 11/25/16 | Democratic Party of Moldova | Reimbursement | $7,630.40 |
| 8/8/16 | Embassy of Japan | Fee | $17,500.00 |
| 9/19/16 | Embassy of Japan | Fee | $17,500.00 |
| 11/14/16 | Embassy of Japan | Fee | $35,000.00 |
| 12/23/16 | Embassy of Japan | Fee | $25,000.00 |
| 7/18/16 | Embassy of the Republic of Azerbaijan | Fee | $50,000.00 |
| 7/18/16 | Embassy of the Republic of Azerbaijan | Reimbursement | $122.60 |
| 9/19/16 | Embassy of the Republic of Azerbaijan | Fee | $45,000.00 |
| 9/19/16 | Embassy of the Republic of Azerbaijan | Reimbursement | $20.72 |
| 10/21/16 | Embassy of the Republic of Azerbaijan | Fee | $57,000.00 |
| 10/21/16 | Embassy of the Republic of Azerbaijan | Reimbursement | $20.18 |
| 11/28/16 | Embassy of the Republic of Azerbaijan | Fee | $45,000.00 |
| 11/28/16 | Embassy of the Republic of Azerbaijan | Reimbursement | $20.34 |
| 12/22/16 | Embassy of the Republic of Azerbaijan | Fee | $45,000.00 |
| 12/22/16 | Embassy of the Republic of Azerbaijan | Reimbursement | $28.56 |
| 8/8/16 | Embassy of the Socialist Republic of Vietnam | Fee | $30,000.00 |
| 9/1/16 | Embassy of the Socialist Republic of Vietnam | Fee | $30,000.00 |
| 10/3/16 | Embassy of the Socialist Republic of Vietnam | Fee | $30,000.00 |
| 11/14/16 | Embassy of the Socialist Republic of Vietnam | Fee | $30,000.00 |
| 12/2/16 | Embassy of the Socialist Republic of Vietnam | Fee | $30,000.00 |
| 8/3/16 | Hong Kong Trade Development Council | Fee | $29,963.00 |
| 8/29/16 | Hong Kong Trade Development Council | Fee | $29,963.00 |
| 9/27/16 | Hong Kong Trade Development Council | Fee | $29,963.00 |
| 10/31/16 | Hong Kong Trade Development Council | Fee | $29,963.00 |
| 12/8/16 | Hong Kong Trade Development Council | Fee | $29,963.00 |
| 11/2/16 | Ocean Advisory & Consulting W.L.L. | Fee | $20,600.00 |
| 8/1/16 | Republic of India | Fee | $58,333.00 |
| 9/16/16 | Republic of India | Fee | $58,333.00 |
| 10/13/16 | Republic of India | Fee | $58,333.00 |
| 11/14/16 | Republic of India | Fee | $58,333.00 |
| 12/9/16 | Republic of India | Fee | $58,333.00 |
| 9/23/16 | Republic of Iraq | Fee | $720,000.00 |
| 9/23/16 | Republic of Iraq | Reimbursement | $8,017.16 |

| | | | |
|---|---|---|---|
| 9/22/16 | Saudi Arabian Oil Company | Fee | $30,900.00 |
| 12/29/16 | Saudi Arabian Oil Company | Fee | $30,900.00 |
| | | | |
| 7/14/16 | The Center for Studies and Media Affairs | Fee | $420,000.00 |
| 9/26/16 | The Center for Studies and Media Affairs | Fee | $420,000.00 |
| 9/26/16 | The Center for Studies and Media Affairs | Reimbursement | $29,250.00 |
| 11/21/16 | The Center for Studies and Media Affairs | Reimbursement | $355.65 |

*Expenditures listed under "Reimbursement" were for purposes associated with work by the Podesta Group, and no U.S. government officials or media representatives benefited therefrom.*

**TOTAL**                                                                              **$3,139,898.79**

Received by NSD/FARA Registration Unit   01/30/2017   5:06:51 PM

**ATTACHMENT**

## 15(a). DISBURSEMENTS-MONIES.

| Date | Foreign Principal | Purpose | Amount |
|------|------------------|---------|--------|
| 7/16-12/16 | Democratic Party of Moldova | Meals | $493.77 |
| 7/16-12/16 | Democratic Party of Moldova | Office Expenses* | $13,339.09 |
| 7/16-12/16 | Democratic Party of Moldova | Transportation/Travel | $47,569.97 |
| 7/16-12/16 | Embassy of Japan | Office Expenses* | $548.44 |
| 7/16-12/16 | Embassy of Japan | Transportation/Travel | $202.57 |
| 7/16-12/16 | Embassy of the Republic of Azerbaijan | Office Expenses* | $362.58 |
| 7/16-12/16 | Embassy of the Republic of Azerbaijan | Transportation/Travel | $183.90 |
| 7/16-12/16 | Embassy of the Socialist Republic of Vietnam | Office Expenses* | $305.00 |
| 7/16-12/16 | Embassy of the Socialist Republic of Vietnam | Transportation/Travel | $181.25 |
| 7/16-12/16 | Hong Kong Trade Development Council | Office Expenses* | $420.00 |
| 7/16-12/16 | Hong Kong Trade Development Council | Transportation/Travel | $69.45 |
| 7/16-12/16 | Ocean Advisory & Consulting W.L.L. | Office Expenses* | $305.00 |
| 7/16-12/16 | Republic of India | Meals | $47.05 |
| 7/16-12/16 | Republic of India | Office Expenses* | $378.68 |
| 7/16-12/16 | Republic of India | Transportation/Travel | $278.80 |
| 7/16-12/16 | Republic of Iraq | Office Expenses* | $999.88 |
| 7/16-12/16 | Republic of Iraq | Transportation/Travel | $234.84 |
| 7/16-12/16 | Republic of Kosovo | Office Expenses* | $305.00 |
| 7/16-12/16 | Saudi Arabian Oil Company | Office Expenses* | $33.16 |
| 7/16-12/16 | The Center of Studies and Media Affairs | Meals | $372.44 |
| 7/16-12/16 | The Center of Studies and Media Affairs | Office Expenses* | $6,344.15 |
| 7/16-12/16 | The Center of Studies and Media Affairs | Transportation/Travel | $617.70 |

*NOTE: Expenditures listed under "Transportation/Travel" and "Meals" were for purposes associated with work by the Podesta Group, and no U.S. government officials or media representatives benefited therefrom.*

*\*"Office Expenses" includes courier, shipping, data communication, FARA filing fees, office supplies, parking, printing, copying, publications, information services, telephone, and other miscellaneous expenses.*

**TOTAL**                                                          **$73,592.72**