# EXHIBIT C

- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) ) ) ) ) 03 MDL 1570 (GBD) ) ECF CASE ) ) ) |

This document relates to: All actions

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure the undersigned will take the oral deposition of **DR. HUSSEIN HAMID HASSAN** on Wednesday, May 3, 2017 and Thursday, May 4, 2017, beginning at 9:00 a.m. GMT each day and continuing until approximately 1:00 p.m. GMT each day at the law offices of Quinn Emmanuel, One Fleet Place, London EC4M 7RA, UK.  The deposition will be recorded by stenographic and videographic means.  The deposition will proceed in accordance with the Federal Rules of Civil Procedure.

Dated: April 19, 2017

                                                                            Respectfully submitted,

                                                                            By:   /s/ Steven T. Cottreau

                                                                                Steven T. Cottreau

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of April, 2017, I caused a copy of the foregoing Notice of Deposition to be served by email upon the following:

Stephen A. Cozen, Esq.
Sean P. Carter, Esq.
Elliott R. Feldman, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-2000
Fax: (215) 665-2013
SCozen@cozen.com
SCarter1@cozen.com
EFeldman@cozen.com
STarbutton@cozen.com

Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq.
Robert T. Haefele, Esq.
John Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
jeubanks@motleyrice.com

Jerry S. Goldman, Esq.
Bruce Strong, Esq.
Nicholas R. Maxwell, Esq.
ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
jgoldman@andersonkill.com
Bstrong@andersonkill.com
Nmaxwell@andersonkill.com

Paul Hanly, Esq.
Jayne Conroy, Esq.
Andrea Bierstein, Esq.
SIMMONS HANLY CONROY
112 Madison Avenue
7th Floor
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949
phanly@simmonsfirm.com
jconroy@simmonsfirm.com
abierstein@simmonsfirm.com

Allan Gerson, Esq.
AG INTERNATIONAL LAW, PLLC
2131 S Street NW
Washington, DC 20008
Tel: (202) 234-9717
Fax: (202) 234-9727
AG@AG-IL.com

- 3 -

Christopher T. Leonardo, Esq.
ADAMS HOLCOMB LLP
1001 Pennsylvania Ave., N.W.
Suite 740-South
Washington, D.C. 20004
Tel: (202) 580-8803
Fax: (202) 580-8821
leonardo@adamsholcomb.com

Robert M. Kaplan, Esq.
FERBER CHAN ESSNER & COLLER, LLP
One Grand Central Place
Suite 2050
New York, NY 10165
Tel: (212) 944-2200
Fax: (212) 944-7630
rkaplan@ferberchan.com

James P. Kreindler, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue
32nd Floor
New York, NY 10017
jkreindler@kreindler.com

Scott S. Katz, Esq.
Scott J. Frank, Esq.
Jessica M. Skarin, Esq.
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, #2300
Tampa, Florida 33602
skatz@butler.legal
sfrank@butler.legal
jskarin@butler.legal

Edward D. Robertson, Esq.
Mary Winter, Esq.
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Avenue, Suite 1000
Jefferson City, MO 65101
Tel: (573) 659-4454
Fax: (573) 659-4460
chiprob@earthlink.net
marywinter@earthlink.net

Jack D. Cordray, Esq.
CORDRAY LAW FIRM
40 Calhoun Street, Suite 420
Post Office Drawer 22857
Charleston, SC 29413-2857
Tel: (843) 577-9761
Fax: (843) 853-6330
jack@cordraylawfirm.com

Samuel L. Davis, Esq.
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, NJ 07666
Tel : (201) 907-5000
Fax: (201) 692-0444
sam@dsslaw.com

Clare M. Sproule, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177-1211
Tel: (212) 351-4500
Fax: (212) 661-0989
csproule@ebglaw.com

Robert Conason, Esq.
Howard Hershenhorn, Esq
GAIR, GAIR, CONASON, STEIGMAN & MACKAUF
80 Pine Street
New York, NY 10005
Tel: (212) 943-1090
Fax: (212) 425-7513
rconason@gairgair.com
hsh@gairgair.com

Gary O. Galiher, Esq.
GALIHER, DeROBERTIS, NAKAMURA, ONO & TAKITANI
610 Ward Avenue, Suite 200
Honolulu, HI 96814
Tel: (808) 597-1400
Fax: (808) 591-2608
gog@gogaliher.com

- 4 -

Andrew Bierstein, Esq.
Mary Palmer, Paralegal
HANLY CONROY BIERSTEIN &
SHERIDAN LLP
415 Madison Avenue
New York, NY 10017
Tel: (212) 401-7600
Fax: (212) 401-7618
abierstein@hanlyconroy.com
mpalmer@hanlyconroy.com

Robert D. Brain, Esq.
Don Howarth, Esq.
Suzelle M. Smith, Esq.
HOWARTH & SMITH
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017
Tel: (213) 955-9400
Fax: (213) 622-0791
MDL1570@howarth-smith.com

Harry Huge, Esq.
THE HUGE LAW FIRM PLLC
7th Floor
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (843) 722-1628
Fax: (202) 318-1261
harryhuge@comcast.net

Paul J. Orfanedes, Esq.
James F. Peterson, Esq.
JUDICIAL WATCH, INC.
501 School Street, SW, Suite 725
Washington, DC 20024
Tel: (202) 646-5175
Fax: (202) 646-5199
jpeterson@judicialwatch.org

Joshua M. Ambush, Esq.
Helen Louise Hunter, Esq.
LAW OFFICES OF JOSHUA M.
AMBUSH, LLC
600 Reistertown Road
Suite 200 A
Baltimore, MD 21208
Tel: (410) 484-2070
Fax: (410) 484-9330
Joshua@ambushlaw.com
hlsh@aol.com

J.D. Lee, Esq.
David Lee, Esq.
LEE LEE & LEE
422 S. Gay Street
Knoxville, TN 37902
Tel: (865) 544-0101
Fax: (865) 544-0536
jdlee@jdlee.com
davidl@lancairsouth.com

Thomas E. Mellon, Jr., Esq.
Stephen Corr, Esq.
Jack Corr, Esq.
MELLON WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
Tel: (215) 348-7700
Fax: (215) 348-0171
tmellon@mellonwebster.com
scoor@mellonwebster.com
jcorr@mellonwebster.com

Paul R. Dubinsky
PROF. PAUL R. DUBINSKY
New York Law School
7 Worth Street
New York, NY 10013
Tel: (212) 431-2157
Fax: (212) 431-1830
Pdubinsky@nyls.edu

Anthony M. Sellitto, Jr., Esq.
OLIVER & SELLITTO, ESQS.
205 Bond Street
Asbury Park, NJ 07712
Tel: (732) 988-1500
Fax: (732 775-7404
Asellitto.911suit@aslaw.com

Professor Roger Alford
PROF. ROGER ALFORD
Pepperdine University School of Law
24255 Pacific Coast Hwy
Malibu, CA 90263
Tel: (310) 506 7626
Fax: (310) 506 4063
Roger.alford@pepperdine.edu

Vincent F. Pitta, Esq.
PRYOR CASHMAN SHERMAN & FLYNN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
Tel: (212) 421-4100
Fax: (212) 326-0806
vpitta@pryorcashman.com

Richard D. Hailey, Esq.
RAMEY & HAILEY
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240
Tel: (317) 848-3249
Fax: (317) 848-3259
rhailey@sprynet.com

Amy Ficklin DeBrota, Esq.
William Rley, Esq.
RILEY DeBROTA LLP
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240
Tel: (317) 848-7939
Fax: (317) 848-7831
saudisuit@rileydebrota.com

Sanford A. Rubenstein, Esq.
RUBENSTEIN & RYNECKI
16 Court Street, Suite 1717
Brooklyn, NY 11241
Tel: (718) 522-1020
Fax: (718) 522-3804
rubrynlaw@aol.com

Guy Molinari, Esq.
John D'Amato, Esq.
RUSSO, SCAMARDELLA & D'AMATO, P.C.
1010 Forest Avenue
Staten Island, NY 10310
Tel: (718) 442-0900
Fax: (718) 816-8037
guy@statenlaw.com
jdamato@statenlaw.com

Kenneth N. Sacks, Esq.
SACKS & SACKS LLP
150 Broadway
New York, NY 10038
Tel: (212) 964-5570
Fax: (212) 349-2141
ken@sacks-sacks.com

Paul L. Hoffman, Esq.
SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731
Fax: (310) 399-7040
hoffpaul@aol.com

Silas H. Shultz, Esq.
Michael Rollins, Esq.
SHULTZ & ROLLINS
1980 East Fort Lowell Road
Suite 200
Tucson, Arizona 85719
Tel: (520) 577-7777
mail@shultz-rollins.com
mike@shultz-rollins.com

Michael N. Block, Esq.
Edward Marcowitz, Esq.
Andrew Carboy, Esq.
SULLIVAN, PAPAIN, BLOCK,
McGRATH & CANNAVO, P.C.
120 Broadway Avenue, 18th Floor
New York, NY 10271
Tel: (212) 732-9000
Fax: (212) 266-4141
mblock@triallaw1.com
emarcowitz@triallaw1.com
acarboy@triallaw1.com

Michael J. Bazyler
PROF. MICHAEL J. BAZYLER
Whittier Law School
3333 Harbor Blvd.
Costa Mesa, CA 92626
Tel: (310) 926-0149
Fax: (714) 444-1854
bazyler@aol.com

Christopher R. LoPalo, Esq.
Paul J. Napoli, Esq.
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Rd., Ste 305
Melville, New York 11747
Telephone (212) 397-1000
clopalo@napolilaw.com
pnapoli@napolilaw.com

Waleed Nassar
Eric Lewis
Aisha Henry
Lewis Baach PLLC
1899 Pennsylvania Ave., NW
Suite 600
Washington, DC 20006
waleed.nassar@lewisbaach.com
Eric.Lewis@lewisbaach.com
aisha.henry@lewisbaach.com

Alan Kabat
Lynne Bernabei
Bernabei & Katz, PLLC
1775 T Street, N.W.
Washington, D.C.  20009-7102
Tel. (202) 745-1942
Fax (202) 745-2627
Kabat@BernabeiPLLC.com
alankabat@aol.com
lbernabei@aol.com

Martin McMahon
Martin F. McMahon and Associates
1150 Connecticut Ave, N.W., Suite 900
Washington, DC 20036
mm@martinmcmahonlaw.com

Omar Mohammedi
Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 801
New York, NY 10279
Phone: 212.725.3846
Facsimile: 212.202.7621
OMohammedi@otmlaw.com

Frederick J. Goetz
Goetz & Eckland P.A.
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN  55413
612-874-1552
612-331-2473 (fax)
fgoetz@goetzeckland.com

Michael K. Kellogg
Mark C. Hansen
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
T: 202.326.7900
F: 202.326.7999
mkellogg@khhte.com
mhansen@khhte.com

Roy T. Englert
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
renglert@robbinsrussell.com

Peter C. Salerno
Amy Rothstein
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
518.771.3050
866.589.9010
peter.salerno.law@gmail.com
amyrothsteinlaw@gmail.com

Robert Kry
Molo Lamken
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2011
(202) 536-2011
rkry@mololamken.com

Christopher Mark Curran
Matthew Leddicotte
Nicole Erb
White & Case LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005-3807
202-626-3600
ccurran@whitecase.com
mleddicotte@whitecase.com
nerb@whitecase.com

Alan Todd Dickey
Mitchell Rand Berger
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037
+1 202 457 5601
+1 202 457 6315
alan.dickey@squirepb.com
mitchell.berger@squirepb.com

Christopher Manning
The Manning Group
The Manning Group LLC
1001 L Street NW
Suite 311
Washington, DC 20001
(202) 813-3262
cmanning@the-manning-group.com

Fahad Habib
James E. Gauch
Mary Ellen Powers
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
(T) +1.202.879.3939
(F) +1.202.626.1700
fahabib@jonesday.com
jegauch@jonesday.com
mepowers@jonesday.com

/s/ Steven T. Cottreau
Steven T. Cottreau