```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03 MDL 1570 (GBD)(SN)

**TELEPHONE
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    Counsel for the Plaintiffs' Executive Committees and Dubai Islamic Bank are instructed to call Chambers at (212) 805-0286 at 12:00 p.m. on Friday, April 21, 2017, with all relevant parties on the line for a telephone conference in order to discuss the relief requested in Dubai Islamic Bank's April 20, 2017 letter. The Plaintiffs' Executive Committees may respond to the letter by 9:00 a.m. on April 21, 2017.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              April 20, 2017