# EXHIBIT B

BEFORE:     VIKTOR V. POHORELSKY          DATE:   7/8/10

                 U.S. MAGISTRATE JUDGE     START TIME:   3:30 p.m.

                                               END TIME:   4:45 p.m.

DOCKET NO.  See annexed schedule     ASSIGNED JUDGE:  NG

CASE NAME:  See annexed schedule

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Discovery Conference

APPEARANCES:     Plaintiffs    See Annexed List

                        Defendant   Kevin Walsh, Steven Young

SCHEDULING AND RULINGS:

1.     The next conference will be held on **July 22, 2010 at 11:00 a.m.** as previously scheduled.

2.     For reasons stated on the record,

     a)     the defendant's motion for a protective order is granted in part and denied in part such that the plaintiffs' witnesses will be made available for discovery depositions in advance of their depositions to perpetuate testimony, and the parties will endeavor to take as many "pure" eyewitnesses as possible during the August 18-31 period previously scheduled for depositions;

     b)     the plaintiffs' cross-motion for a protective order with respect to the interviews that were scheduled next week is granted such that the interviews will not take place.

3.     The parties are to meet and confer in order to advise the court at the next conference above about any further disputes that will require the court's attention with respect to the conduct of the August 18-31 depositions.

**ARAB BANK CASES -- APPEARANCES**

| CASE | PLAINTIFFS' COUNSEL |
|------|---------------------|
| Linde v. Arab Bank, 04 CV 2799 | Steven Steingard, Joshua D. Glatter, Aaron Schlanger, Neil Glazer, Ari Ungar |
| Litle v. Arab Bank, 04 CV 5449 | Joel Israel |
| Almog v. Arab Bank, 04 CV 5564 | Vince Parrett, John Eubanks |
| Coulter v. Arab Bank, 05 CV 365 | Steven Steingard, Joshua D. Glatter, Aaron Schlanger, Neil Glazer, Ari Ungar |
| Afriat-Kurtzer v. Arab Bank, 05 CV 388 | Vince Parrett, John Eubanks |
| Bennett v. Arab Bank, 05 CV 3183 | Joel Israel |
| Roth v. Arab Bank, 05 CV 3738 | Joel Israel |
| Weiss v. Arab Bank, 06 CV 1623 | Joel Israel |
| Jesner v. Arab Bank, 06 CV 3869 | Joel Israel |
| Lev v. Arab Bank, 08 CV 3251 | Vince Parrett, John Eubanks |
| Agurenko v. Arab Bank, 10 CV 626 | |