UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
         SEPTEMBER 11, 2001

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2017
```

03 MDL 1570 (GBD)(SN)

**TELEPHONE
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The Court has examined the parties' submissions concerning the Plaintiffs' Executive Committees' proposed Notices to Conform and Short Form Complaints. ECF No. 3519, 3522, 3526.

The Court has several points of clarification that it believes could be expeditiously resolved in a telephone conference. Accordingly, counsel for the Plaintiffs' Executive Committees and the Kingdom of Saudi Arabia are instructed to call Chambers at (212) 805-0286 at 10:30 a.m. on Monday, April 24, 2017. If this date and time is unavailable for any party, they are instructed to contact Chambers immediately.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         April 21, 2017