**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   ) No. 03 MDL 1570 (GBD/SN)
                                                )       ECF Case
_____)

**Defendant's Suggestion of Bankruptcy**

Defendant Perouz Sedaghaty hereby provides notice that on April 26, 2017, he filed a petition for relief under Title 7 of the United States Bankruptcy Code, in the U.S. Bankruptcy Court for the District of Oregon. His petition was assigned case number 17-31541-tmb7.

As a result, Defendant Sedaghaty respectfully suggests that, pursuant to the provisions of 11 U.S.C. § 362, this action as to him alone is, and must be, subject to the provisions of the automatic stay as of April 26, 2017.

Respectfully submitted,

*/s/ Lynne Bernabei*
_____
Lynne Bernabei
Alan R. Kabat
Bernabei & Kabat, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
(202) 745-1942

*Attorneys for Perouz Sedaghaty*

DATED:  April 26, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2017, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

      */s/ Alan R. Kabat*
      _____
      Alan R. Kabat