# EXHIBIT 1

Document obtained by INTELWIRE: Please credit and link INTELWIRE.com when reporting



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-19-2006 BY 60309 AUC/TAM/MLT/LR2 Derivative

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please
Refer to
File No.

San Diego, California 92123
April 15, 2002

b6
b7C
b7D

OMAR AL BAYOUMI
EMPLOYED BY DALLAH AL BARAKA

telephone number          and          was
telephonically interviewed at

b7D

he maintains a residence

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

REQ 2-1b                                                                                   000000104

Document obtained by INTELWIRE: Please credit and link INTELWIRE.com when reporting

SEP-26-2002 12:57                                                     b6
                                                                      b7C
                                    ~~SECRET~~

(U) This number was called 10 times from [        ]
[        ] These calls were made during the period of
10/27/1998 to 12/01/1998. The average duration of calls was 2
minutes with the exception of a 24 minute call on 10/27/1998

202-342-3700
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W.
WASHINGTON, D.C.

(U) This number was called 30 times from [        ]
[        ] These calls were made during the
period of 01/19/2000 to 03/24/2000. The average duration of
calls was 3.5 minutes.

(U) In addition, this number was called 21 times from [        ]
[        ]
[        ] These calls were made
from 07/21/1998 to 07/08/1999.    The average duration
of these calls was 5 minutes with the longest call being 32 minutes.

This telephone number was listed in a telephone book seized [        ]
[        ] on 09/27/2001 with a notation [        ]
[        ] (source - 265A-NY-280350-SD. serial 3332)

202-342-3800
EMBASSY OF SAUDI ARABIA
601 NEW HAMPSHIRE AVE., N.W. SUITE
1000
WASHINGTON, DC

(U) This number was called once from [        ]
[        ] This call was made on 01/28/2000 and was for
a duration of 7 minutes.

(U) In addition, this number was called 3 times from [        ]
[        ] These calls were
made from 07/15/1998 to 12/03/1998. The average duration of
these calls were 2 minutes.

This telephone number was listed in a telephone book seized from
[        ] on 09/27/2001. (source - 265A-NY280350-SD
serial 3332)

                                    ~~SECRET~~
                                        6

REQ 2-1b                                                      000000115