# EXHIBIT 2



Enter keyword here    Search

Home » Bureaus/Offices Reporting Directly to the Secretary » Office of the Chief of Protocol » Foreign Embassy Information & Publications » Diplomatic List » 2001 » Fall » Saint Kitts and Nevis -- Senegal

# Saint Kitts and Nevis -- Senegal

Share    Mobile  Video  RSS  Subscribe  Contact

Short URL: http://go.usa.gov/PDeh

**SAINT KITTS AND NEVIS**
Embassy of St. Kitts and Nevis
CHANCERY: 3216 New Mexico Avenue, NW 20016.
202-686-2636, (FAX 202-686-5740)

Select a Country or Other Area

His Excellency Dr. Izben Cordinal WILLIAMS; Mrs. Shirmel Rosetta Williams
Ambassador Extraordinary & Plenipotentiary

------------------

Mr. Kutayba Yusuf ALGHANIM
Minister-Counselor (Economic)

Mr. Kevin Monroe ISAAC
Minister-Counselor


**SAINT LUCIA**
Embassy of Saint Lucia
CHANCERY: 3216 New Mexico Avenue, NW 20016.
202-364-6792, (FAX 202-364-6728)

Her Excellency Sonia Merlyn JOHNNY; Mr. Lloyd Jackson*
Ambassador Extraordinary & Plenipotentiary

------------------

Ms. Yasmin V. M. S. ODLUM
First Secretary

Ms. Thais MEROE
Attache (Administrative)


**SAINT VINCENT AND GRENADINES**
Embassy of Saint Vincent and the Grenadines
CHANCERY: 3216 New Mexico Avenue, NW 20016.
202-364-6730, (FAX 202-364-6736)

His Excellency Ellsworth I. A. JOHN
Ambassador Extraordinary & Plenipotentiary

------------------

Mr. Dwight Fitzgerald BRAMBLE
Minister-Counselor (Deputy Chief of Mission)

Ms. Cecily Angela NORRIS
Minister-Counselor

Mr. Frank M. CLARKE
Counselor


**SAMOA**
**Embassy of the Independent State of Samoa**
**CHANCERY: 800 2nd Avenue, 4th , 10017.**
**212-599-6196, (FAX 212-599-0797)**

His Excellency Tuiloma Neroni SLADE; Mrs. Jeanne Doris Schoenberger-Slade
Ambassador Extraordinary & Plenipotentiary


**SAUDI ARABIA**
**Embassy of Saudi Arabia**
**CHANCERY: 601 New Hampshire Avenue, NW 20037.**
**202-342-3800**

His Royal Highness Prince Bandar BIN SULTAN; Her Royal Highness Haifa Al-Faisal
Ambassador Extraordinary & Plenipotentiary and Consul General

------------------

His Royal Highness Mohammed Bin Faisal AL-SAUD; Mrs Wafa Fayyad Al-Saud
Minister

Mr. Zain M. K. AL-ZAHIRY; Mrs. Asia Hussein M. Murad
Minister

Mr. Ahmed A. KATTAN; Mrs. Omaya Kaki Kattan
Minister

Mr Abdul Rahman I. AL NOAH; Mrs. Hessah Saleh N. Al Hatlani
Counselor

Mr. Ali M. AL OMARI; Mrs. Asia S. Al Daajani
Counselor

Mr. Esam A. Abid AL THAGAFI; Mrs. Susu H. M. Husein
Counselor

Dr. Nasser I. AL-RASHID; Mrs. Safia A. El Malqui
Counselor

Mr. Talal A. BARRI; Mrs. Sabah M. Zaitoni
Counselor

Mr. Rehab M. MASSOUD

Mr. Mohammed I. AL ZAMIL; Mrs. Jamilah O. Al Zamil
Third Secretary

Colonel Abdullah M. ABU AL JAISH; Mrs. Monirah M. Al Ajmi
Attache (Administrative)

Mr. Abdullah M. N. AL ATHEL; Mrs. Feryal Ali Al-Mojhed
Attache (Commercial)

Captain Abdulah Abdulaziz AL DAHLAWY; Mrs. Hend S. Baasiem
Attache (Administrative)

Lieutenant Colonel Ali S. AL FRAIJI; Mrs. Soha Saleh A. Al Omair
Attache (Administrative)

Mr. Hamid A. M. AL HAWALI; Mrs. Sahlah J. A. Al Ghamdi
Attache

Dr. Mazyed I. AL MAZYED; Mrs. Wendy M. Al Mazyed
Attache (Cultural)

Mr. Mohammed A. A. AL MESFER; Mrs. Fatma S. A. Al Alawla
Attache (Administrative)

Mr. Salem M. AL MURRI
Attache

Mr. Saleh A. A. AL QAHTANI; Mrs. Khadra H. M. Al Ghamdi
Attache

Mr. Iehab A. AL RASSAN; Mrs. Abeer H. Al Hamoudi
Attache (Cultural)

His Royal Highness Prince Khalid Bin Faisal B. A. AL SAUD;
Her Royal Highness Princess Al Johara Bint A. B Bin Abdulaziz
Attache (Administrative)

Lieutenant Colonel Naef Ahmed A. AL SAUD
Attache (Administrative)

Mr. Khaled I. AL SOWAILEM; Mrs. Bushra I. Al Khamais
Attache

Mr. Nassir Kh. AL-AJMI; Mrs. Al Joharah M. Al Sudairi
Attache (Administrative)

Lieutenant Commander Ateyat Allah M. AL-BALADI; Mrs. Latifa M. Al-Baladi
Attache (Administrative)

Mr. Omar A. AL-BASSAM; Mrs. Fawziah Rashid Al-Ashban
Attache (Administrative)

Colonel Sulaiman S. S. AL-BASSAM; Mrs. Hend Al-Faris
Attache (Administrative)

Dr. Majed H. N. AL-GHESHEYAN; Mrs. Badria Fahad Al-Ghesheyan
Attache (Administrative)

Mr. Fahad S. AL-GHOFAILY; Mrs. Mariam Al Ashban
Attache (Administrative)