# EXHIBIT 3



http://www.iad.org:80/          Go          f

529 captures
28 Dec 1996 - 22 Feb 2017

About this capture



ISLAMIC AFFAIRS
**DEPARTMENT**   AT THE ROYAL EMBASSY OF SAUDI ARABIA



[ Prayer In Islam | Prayer Times | Hajj & Umrah | Introduction to Islam | Books & Brochures]

You are guest 687286 since 1/1/1996.
The local time in Washington D.C. is 7:08:11 AM on Wed, Apr 28, 1999

Information Request          Download          Comments

[ Information Request | Download | Comments ]

For more information contact (202)342-3700