IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) <br> ) No. 03 MDL 1570 (GBD/SN) <br> )      ECF Case <br> ) |

## **ORDER**

Upon consideration of the consent Motion to Withdraw as Attorney of Record (April 28, 2017) filed by Lynne Bernabei and Alan R. Kabat, and pursuant to Local Civil Rule 1.4, it is by this Court this _____ day of _____, 2017, hereby

ORDERED that the consent Motion to Withdraw as Attorney of Record shall be and hereby is GRANTED.

_____
Hon. Sarah Netburn
U.S. Magistrate Judge

Copies to:

All Counsel of Record (by ECF)

Mr. Perouz Sedaghaty
818 SW 3rd Avenue, #208
Portland, OR 97204