UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
         SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03 MDL 1570 (GBD)(SN)

**TELEPHONE CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2017

**SARAH NETBURN, United States Magistrate Judge**:

The Court has examined the parties' April 14, 2017 joint submission concerning the new cases filed against non-sovereign defendants. ECF No. 3517.

The Court has several points of clarification that it believes could be expeditiously resolved in a telephone conference. Accordingly, counsel for the Plaintiffs' Executive Committees, the Defendants' Executive Committee, and any interested plaintiffs' attorneys who have filed the new complaints in question are instructed to jointly call Chambers at (212) 805-0286 (or provide a call-in number for the Court to dial into) at 01:30 p.m. on Monday, May 1, 2017. To the extent there are any cases that have named non-sovereign defendants that have not yet been related to the MDL, the Plaintiffs' Executive Committees are ordered to serve a copy of this Order on plaintiffs' counsel in such cases and invite them to participate in the call.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 28, 2017
         New York, New York