# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

| | | |
|---|---|---|
| MARTIN F. MCMAHON<br>Managing Partner<br>Admitted in DC, NY, and<br>The U.S. District Court of Maryland | Established 1978<br>TELEPHONE (202) 862-4343<br>FACSIMILE (202) 828-4130 | NICHOLAS KIPA<br>Associate<br>Admitted in DC, MD, and MI |
| S. ALEXANDER MILLER<br>Of Counsel<br>Admitted in VA | May 5, 2017 | AFTAN BRYANT<br>Legal Clerk<br>J.D. May 2018 |

Office of Foreign Assets Control
Office of Chief Counsel
c/o U.S. Treasury Department
1500 Pennsylvania Ave NW
Washington, D.C. 20220

Dear Sirs,

    I represent an individual whose name is Wael Jelaidan. A judgment was entered against him in the Southern District Court of New York, and the Plaintiff's Attorneys have requested that I try to secure a license for them in terms of having the judgment satisfied. The funds to the best of my knowledge are located in Switzerland. I've left a message on 622 -2410, and simply asked if there's an attorney in the Office of Chief Counsel who has taken over Attorney Schisa's workload. Again, I am desirous of securing the license for Plaintiff's attorneys who secured the aforementioned judgment against my client. Simple question – how do we start the paperwork?

Very Truly Yours,

Martin F. McMahon, Esq.