**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

:

:   1:03 MDL 1570 (GBD) (FM)

:
------------------------------------------------------------------x

This Document Relates to
*Hoglan v. Iran*,
1:11 Civ. 7550 (GBD) (FM)

## SUPPLEMENTAL DECLARATION OF ANTHONY DORF

I, Anthony Dorf, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief:

1. I am providing this Supplemental Declaration to provide further detail on my relationship as a nephew to my Uncle Stephen, who died on September 11, 2001.

2. I resided with my mother and my Uncle Stephen from the time I was born in April 1986 until my Uncle Stephen died on September 11, 2001. At the time my uncle died, I was 15 years old. I never knew my father. I have a good relationship with my mother, but she was very young when I was born and would sometimes, for long periods of time, stay at her boyfriend's house. My Uncle Stephen and I did not always approve of this, and my uncle did tell my mother at times that he would formally adopt me and take me from her care. His death on September 11 prevented this from ever happening.

3. Though my family life was not traditional and I never knew my father, my Uncle Stephen acted 100% in the way that a father would act. I spent my entire childhood and early adolescence with him, and he was my sole male role model who taught me how to become a

man. I was both emotionally and financially dependent on him in a unique way. My Uncle Stephen even named me as a beneficiary of a small life insurance policy that he held.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the information in my Supplemental Declaration is true and correct to the best of my knowledge, information and belief.

EXECUTED this  5th  day of  May , 2017.

_____
ANTHONY DORF