**DECLARATION OF MARY ANN PINO, EX. A**

# The Church of Saint Barnabas the Apostle

Dear Mary Ann,

Please be advised that the Marriage Register shows that Mary Ann Mandelino was married on April 6, 1986 and lists her residence as 1513 Pea Pond Road Bellmore NY 11710.

Sincerely,

*Janet Picone*
Janet Picone
Parish Secretary

---

2320 Bedford Avenue, Bellmore, New York 11710
(516) 785-0054   Fax: (516) 221-7789