DECLARATION OF MARY ANN PINO. EX. B

# OUR BROTHER JOE
# FOREVER IN OUR HEARTS



# OUR BROTHER JOE
# FOREVER IN OUR HEARTS







DECLARATION OF MARY ANN PINO. EX. B

# OUR BROTHER JOE
# FOREVER IN OUR HEARTS



DECLARATION OF MARY ANN PINO. EX. B

# OUR BROTHER JOE
# FOREVER IN OUR HEARTS








DECLARATION OF MARY ANN PINO. EX. B

## OUR BROTHER JOE
## FOREVER IN OUR HEARTS



DECLARATION OF MARY ANN PINO, EX. B

# OUR BROTHER JOE
# FOREVER IN OUR HEARTS






# OUR BROTHER JOE
# FOREVER IN OUR HEARTS



DECLARATION OF MARY ANN PINO, EX. B

# OUR BROTHER JOE
# FOREVER IN OUR HEARTS



## OUR BROTHER JOE
## FOREVER IN OUR HEARTS







