



SECOND DECLARATION OF ANGELA MISTRULLI, EX. A







SECOND DECLARATION OF ANGELA MISTRULLI. EX. A



 

livingmemorial.voicesofse

4



CREATED & CURATED BY VOICES OF SEPTEMBER 11TH TO COMMEMORATE THE LIVES AND STORIES OF SEPTEMBER 11, 2001

9 Living Memorial

voices | Contact Us |
Login/Register
Translate



Image 4 of 7

⏸ ✕

| Center of Excellence | Contact Us | Programs & Events | Voices of September 11th |

**VOICES Store**

voices
OF SEPTEMBER 11TH

GUIDESTAR — Voices of September 11 Inc is a GuideStar Participant

## Voices of September 11th Connecticut Headquarters 161 Cherry Street New Canaan, CT 06840 Phone: (203) 966-3911 Toll Free: (866) 505-3911

## Voices of September 11th New Jersey Office 84 Albany Street New Brunswick, NJ 08901 Phone: (732) 543-2300

© Copyright 2014 VOICES of September 11th. All rights reserved.





Image 7 of 7

© Copyright 2014 VOICES of September 11". All rights reserved.