**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | : | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | : | **03 MDL 1570 (GBD) (FM)** |
| | : | |
| | : | |
| *This document applies to* | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

---

### DECLARATION OF KATHLEEN B. HOGLAN

I, Kathleen Brady Knudsen Hoglan, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief.

1.        I am a resident of the State of California, a citizen of the United States of America and over the age of eighteen.

2.        The information contained in this Declaration is true and is based upon my personal knowledge.

3.        I am preparing this Declaration as the aunt of Mark Kendall Bingham, in an effort to express the impact the death of Mark Bingham has had on my life following the terrorist attacks of September 11, 2001.

4.        I first met Mark when I was dating his Uncle Vaughn.  Vaughn and I were married in June of 1992.  I maintained a close bond with Mark all during that period, up to the day he died. It was very easy to love this carefree, loving kid who idolized us and welcomed me enthusiastically into the family circle.

5.      It was fun to learn that Vaughn and Mark were such good, close friends.  My husband had been helping Mark and his mom financially since Mark was a little boy, and that financial help continued as Mark grew up to become a student at the University of California.

6.      I could always depend upon Mark to lend a helping hand with any work or support I needed.  And Mark was always on hand for fun too.  Vaughn and I took a family motor-home trip to the Grand Canyon in Arizona, and just to keep the trip lively, we invited Mark and a couple of his high school buddies to come along.  What a riot! Mark kept us all laughing with his crazy college-kid antics.

7.      Mark was on hand for the births of all five of our children.   He frequently cared for Savannah, Jillian, Garrett, Bryce and Harrison, playing with them and teaching them sports just as their father Vaughn had taught Mark as a child.

8.      Mark had so many friends at Cal and at his Chi Psi fraternity, it seems so strange that he lost his life because of a hateful ideology.  The main reason he was on that airplane that day is that he was returning to San Francisco to participate in the wedding of one of his Chi Psi brothers, a Muslim.

8.      As it happened, I was the first family member to speak with Mark when he made his last desperate phone call home while aboard hijacked United Airlines Flight 93 on September 11, 2001.  Mark told me he loved me, and that he wanted me to know he loved me in case he never saw me again.  All I got to say to Mark that terrible morning was, "We love you too, Mark."

9.      We have precious memories of Mark, and we still speak and cry and laugh about him very often.  Our family will never be the same without Mark.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief.

EXECUTED this the 3rd day of May, 2017.

_____

Declarant