UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | : | Civil Action No. |
| **SEPTEMBER 11, 2001** | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| | : | |
| *This document applies to* | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

## DECLARATION OF CANDYCE HOGLAN

1. In my early years growing up in our family home in Biscayne Park, (Miami) Florida, we did reside in the same household and I played the role of an older sister to Mark Bingham. In a way, we grew up together. In those times, there was harmony in our family and we had a strong home base.

2. I was 10 years old when Alice brought Mark (as a baby) home. Being the youngest among my siblings, it seemed natural to dote on Mark (then called "Bruiser") as if he were my little brother. He was a cheerful and delightful little boy and our family loved him so much.

*Signature Pending; Will Supplement Upon Receipt