UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON   SEPTEMBER 11, 2001 | : : : : | Civil Action No.   03 MDL 1570 (GBD) (FM) |
| *This document applies to*   *Hoglan, et al. v. The Islamic Republic*   *of Iran, et al.*   *1:11-cv-07550-GBD* | : : : : | |

### SECOND DECLARATION OF GARY REISS,

### ON BEHALF OF THE ESTATE OF IDA REISS

1.    Joshua's [Joshua Reiss] Grandparents started our family business that Joshua and his siblings were involved in since he was 12 years old.  Joshua from age 12 always came to his grandmother, Ida Reiss, to speak about business and family life. He learned much of his "Street Smarts" from his grandmother.  He developed his drive and business acumen from this lady.  Whenever he had free time, he tried to visit his Grandmother.

2.    Joshua spent a lot of time speaking with his Grandmother about business.  He began helping on weekends at age 12, as he loved selling.  She taught him the ins and outs of dealing with difficult customers.  This followed him and helped him when he was trading international bonds.  He had learned how to make every customer feel valued.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief.

EXECUTED this the 5 day of May 2017.

_____
Declarant