UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON | : | Civil Action No. |
| SEPTEMBER 11, 2001 | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| | : | |
| *This document applies to* | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

## DECLARATION OF ESTATE OF KEN JACKSON, PREPARED ON HIS BEHALF BY JUDITH REISS, PERSONAL REPRESENTATIVE

1. Joshua's Grandfather, Kenneth Jackson, was more than just a devoted grandfather to him. Poppy with Nanny took Joshua and his brothers every summer from the time Joshua was still in "nighttime" diapers for at least one month every summer. Joshua went for 4-6 weeks every summer to "Camp Nanny and Poppy. Whether it was in Georgia in the earlier years or Florida, Joshua spent every day during the school year planning his summertime activities**.**
Poppy taught Joshy how to swim. Whether it was coaxing him to remove his arm "swimmies" to diving off a diving board, Poppy patiently took the effort to be sure Josh had excellent swimming skills as his grandparent's pool was outside the door. He taught Josh how to get rocks and pennies from the bottom, but he also taught him the responsibility to keeping the pool clean. From just picking up leaves to using the "big net" to skim the pool, Joshy was taught by his Poppy that with fun comes responsibility.

2. Poppy taught all of the boys how to play golf. Josh would practice and practice, but no matter how much practice, beating his brother Adam was not possible. Perhaps the best lesson in the game of golf, Poppy taught by explaining that "golf is a gentleman's game." Josh learned

1

that being a good winner and a good loser was just as important in the real game as the score. These lessons in how to play a gentleman's game were the same rules Josh used in his career at Cantor Fitzgerald.

3. Josh spent hours from the time he was 2 learning to fish with Poppy. Fishing requires learning about the water, fish habitats and "how to find a good spot." Fishing also requires learning patience, not an easy task for an active little boy. Josh loved to fish especially since he and his Poppy could have real " man to man" talks without the "women" around. Poppy made sure each of his "grands" had one day alone without siblings with him each week as did their Grandmother.

4. Josh also learned to hunt. Sounds like a sport that a suburban kid would never need, but hunting taught valuable lessons about our environment. Joshy learned t respect the outdoors and to respect the habitat of the wildlife. He learned how dangerous any firearm could be. He learned to only hunt what can be used. Joshua held a GA and a NJ juvenile hunting license until he graduated to adulthood. He learned to love the cool mornings, to watch the sunrise and the listen at night for owns and other critters. Truthfully, he hunted for the pleasure of the outdoors and his shooting were skeet.

5. Joshua spent 3-4 weeks every winter over the holidays with his grandparents. My husband is a small retailer and with the holiday shopping rush, I was also called on to work. Since we were open 7 days and several nights in the weeks leading up to the holidays, Josh and his siblings went to Florida. My Mother would fly up and bring the boys down and then return them around January 5th. To accomplish this, Joshua's elementary and middle school teachers prepared the lessons, readings and written assignments and with our Principal's approval they missed about 2 weeks of school.

6.    After all, how many children get to ride in the Goodyear Blimp? The boys were given a lesson on how the blimp actually works and how it is steered. They were then taken on a short ride on the blimp. They took pictures and then wrote a short story on how the blimp worked for the their science classes and added the pictures.

7.    Homework and written work were always finished and done well. (My father did not accept half hearted efforts) He also would have the bys do a project about some aspect of their trip to bring back to their teachers and class. Our Principal, Ralph Nuzzolo, who became our Superintendent of Schools, told us after Joshua's death that he wished more grandparents could be as involved in their grandchildren's lives in such a positive way.

8.    My parents retired when Josh's older brother was born. My father drove up or flew up every 5-6 weeks to visit and literally threw my husband and me out so he and my Mom could have the boys, and it was very nice for us as well. He went to soccer, baseball, football, and never missed a dance recital-yea, Josh was a fantastic dancer. We knew he and his brothers needed some nonviolent physical activity so all of them took tap and other dancing. As Josh so succinctly put it at age 8, "Where else can you grab girls and not be in trouble?" He thought teasing them gently was fun at age 8! My Dad put him I his place when he informed Josh that although it sounded funny, it wasn't.

9.    My father was actually a second father to Josh. Josh always went to him for advice even as an adult. Joshua's death broke my Father both emotionally and physically. Daddy spoke with Josh and his siblings every day. He never missed a school performance, a Synagogue play or service in which the boy's participated. He would change his plans to be sure to be there for Josh.

10.     Your Honor, I hope you were as lucky to have a grandfather like Josh did.  Josh became the man who was able to navigate the brutal, cut throat world of international bonds trading and smile, make friends with no only his coworkers but his rivals.  My dad helped mold him into the 23 year old success he became.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief.

EXECUTED this the 5 day of May, 2017.

_____
Declarant