UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON  SEPTEMBER 11, 2001 | : : : : | Civil Action No.  03 MDL 1570 (GBD) (FM) |
| *This document applies to*  *Hoglan, et al. v. The Islamic Republic*  *of Iran, et al.*  *1:11-cv-07550-GBD* | : : : : | |

### SUPPLEMENT TO THE DECLARATION OF NORMA WARD

1. Tim [Timothy Raymond Ward] lived with me for one year, in the same household as myself and his father. Then he moved to San Diego State for college and got an apartment with roommates.

2. I worked at Union Bank, and his account was with that bank in San Diego. I made sure he had funds in his account at all times, and put money from my own income into his account every week for his living expenses. I did this from roughly 1983 through 1987 while he was going to San Diego State University.

3. He came to live with me and his father during the summer months all throughout college, over a period of about four years. He was a role model for my daughters as they were growing up.

   *Signature Pending; Will Supplement Upon Receipt