Exhibit A

| Case Name | SDNY Docket | List of Defendants | Counsel of Record |
|---|---|---|---|
| *Addesso* | 16cv09937 | **Sovereign Defendant:**<br><br>Kingdom of Saudi Arabia<br><br>**Non Sovereign Defendants:**<br><br>Saudi Binlandin Group<br>Mohamed Binladin Company<br>Mohamed Binladin Organization<br>Prince Mohamed Bin Faisal Al Saud<br>National Commercial Bank<br>Yasin Kadi<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Al Rajhi Bank<br>Dubai Islamic Bank<br>Dallah Avco Trans Arabia | Christopher R. LoPalo, Esquire<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Phone: 212-397-1000<br>clopalo@napolilaw.com |
| *Aguilar* | 16cv09663 | **Sovereign Defendant:**<br><br>Kingdom of Saudi Arabia<br><br>**Non Sovereign Defendants:**<br><br>Saudi Binlandin Group<br>Mohamed Binladin Company<br>Mohamed Binladin Organization<br>Prince Mohamed Bin Faisal Al Saud<br>National Commercial Bank<br>Yasin Kadi<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Al Rajhi Bank<br>Dubai Islamic Bank<br>Dallah Avco Trans Arabia | Christopher R. LoPalo, Esquire<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Phone: 212-397-1000<br>clopalo@napolilaw.com |
| *Hodges* | 17cv00117 | **Sovereign Defendant:**<br><br>Kingdom of Saudi Arabia<br><br>**Non Sovereign Defendants:**<br><br>Saudi Binlandin Group<br>Mohamed Binladin Company | Christopher R. LoPalo, Esquire<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Phone: 212-397-1000<br>clopalo@napolilaw.com |

| Name of Case | SDNY Docket | Defendants Named in Original Complaint | Counsel of Record |
|---|---|---|---|
| | | Mohamed Binladin Organization<br>Prince Mohamed Bin Faisal Al Saud<br>National Commercial Bank<br>Yasin Kadi<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Al Rajhi Bank<br>Dubai Islamic Bank<br>Dallah Avco Trans Arabia | |
| Aiken | 17cv00450 | **Sovereign Defendant:**<br><br>Kingdom of Saudi Arabia<br><br>**Non Sovereign Defendants:**<br><br>Saudi Binlandin Group<br>Mohamed Binladin Company<br>Mohamed Binladin Organization<br>Prince Mohamed Bin Faisal Al Saud<br>National Commercial Bank<br>Yasin Kadi<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Al Rajhi Bank<br>Dubai Islamic Bank<br>Dallah Avco Trans Arabia | Christopher R. LoPalo, Esquire<br>Napoli Shkolnik PLLC<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Phone: 212-397-1000<br>clopalo@napolilaw.com |
| Beazley | 16cv07456 | **Non Sovereign Defendants:**<br><br>Saudi Binlandin Group<br>Mohamed Binladin Organization<br>Mohamed Binladin Company<br>Prince Mohamed Bin Faisal Al Saud<br>National Commercial Bank<br>Yasin Kadi<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Al Rajhi Bank<br>Dubai Islamic Bank<br>Dallah Avco Trans Arabia | James P. Kreindler, Esq.<br>Kreindler & Kreindler<br>750  Third Avenue<br>32nd Floor<br>New York, NY  10017<br>212-687-8181 |

| Name of Case | SDNY Docket | Defendants Named in Original Complaint | Counsel of Record |
|---|---|---|---|
| *Charter Oak* | 17cv02651 | **Non Sovereign Defendants:**<br><br>Al Rajhi Bank<br>National Commercial Bank<br>Saudi Binladin Group<br>Mohamed Binladin Company<br>Mohamed Binladin Organization<br>Muslim World League<br>International Islamic Relief Organization<br>World Assembly of Muslim Youth<br>Al Haramain Islamic Foundation<br>Dallah Avco Trans Arabia | Robert C. Sheps<br>Sheps Law Group, P.C.<br>25 High Street<br>Huntingdon, NY  11743<br>631-249-5600<br>631-249-5613 fax<br>rsheps@shepslaw.com |
| *The Underwriting Members of Lloyd's Syndicate 2, et al.* | 16cv00019 (WDPA)<br><br>(Transferred to the SDNY by the JPML) | **Non Sovereign Defendants:**<br><br>Al Rajhi Bank<br>National Commercial Bank<br>Saudi Binladin Group | Stephen A. Cozen<br>Sean P. Carter<br>J. Scott Tarbutton<br>Cozen O'Connor<br>One Liberty Place<br>1650 Market Street, 28th Floor<br>Philadelphia, PA 19103<br><br>215-665-2020<br>215-665-2013 fax<br>scozen@cozen.com<br>scarter1@cozen.com<br>starbutton@cozen.com |

3