# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

*This document relates to:*

## STIPULATION ADOPTING ALLEGATIONS AS TO NATIONAL COMMERCIAL BANK, AL RAJHI BANK, AND SAUDI BINLADIN GROUP

All plaintiffs in the case styled as _____ file this Stipulation, as permitted and approved by the Court's Order of May ___, 2017, ECF No.____, to adopt the factual, liability, and jurisdictional allegations as to defendants National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group presented in the Amended Complaint in the action captioned *Underwriting Members of Lloyd's Synidcate 2, et al. v. Al Rajhi Bank, et al..*, ECF No. _____.

Upon filing of this Stipulation, plaintiffs in the action styled _____ are deemed to have adopted as controlling the factual, liability, and jurisdictional allegations as to National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group set forth in Paragraphs _____ of the *Lloyd's I* Amended Complaint, ECF No. _____. This Stipulation relates solely to National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group Saudi Arabia, and does not apply to any other defendant, as to which plaintiffs' underlying Complaint and any amendments thereto are controlling.

Dated this ____ day of _____ 2017.

                                              Respectfully submitted,

                                              _____

                                              COUNSEL FOR PLAINTIFFS