Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Addesso v. Kingdom of Saudi Arabia*, 16-cv-09937 (GBD) (SN)
*Aguilar v. Kingdom of Saudi Arabia*, 16-cv-09663 (GBD) (SN)
*Aiken v. Kingdom of Saudi Arabia*, 17-cv-00450 (GBD) (SN)
*Hodges v. Kingdom of Saudi Arabia*, 17-cv-00117 (GBD) (SN)
*Underwriting Members of Lloyd's Syndicate 2 et al., v. Al Rajhi Bank et al.*, 16-cv-00019 (WDPA) (GBD) (SN)
*Charter Oak Fire Ins. Co., et al. v. Al Rajhi Bank et al.*, 17-cv-02651 (GBD) (SN)

**PROPOSED ORDER THAT ACCEPTANCE OF OR WAIVER OF SERVICE BY A DEFENDANT DOES NOT WAIVE OBJECTIONS TO PERSONAL JURISDICTION**

It is this ___ day of _____, 2017

ORDERED THAT

Acceptance of service by a defendant or waiver of service by a defendant shall not waive any jurisdictional or merits defenses or objections to the claims in those actions, other than sufficiency of service. For avoidance of doubt, a defendant's acceptance of service or waiver of service will have no impact on the defendant's right to argue that the court lacks personal jurisdiction over it.

SARAH NETBURN
United States Magistrate Judge