# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

MARTIN F. MCMAHON
Managing Partner
Admitted in DC, NY, and
The U.S. District Court of Maryland

Established 1978
TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

NICHOLAS KIPA
Associate
Admitted in DC, MD, and MI

S. ALEXANDER MILLER
Of Counsel
Admitted in VA

May 5, 2017

AFTAN BRYANT
Legal Clerk
J.D. May 2018

Office of Foreign Assets Control
Office of Chief Counsel
c/o U.S. Treasury Department
1500 Pennsylvania Ave NW
Washington, D.C. 20220

Dear Sirs,

I represent an individual whose name is Wael Jelaidan. A judgment was entered against him in the Southern District Court of New York, and the Plaintiff's Attorneys have requested that I try to secure a license for them in terms of having the judgment satisfied. The funds to the best of my knowledge are located in Switzerland. I've left a message on 622 -2410, and simply asked if there's an attorney in the Office of Chief Counsel who has taken over Attorney Schisa's workload. Again, I am desirous of securing the license for Plaintiff's attorneys who secured the aforementioned judgment against my client. Simple question – how do we start the paperwork?

Very Truly Yours,

Martin F. McMahon, Esq.