UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** : | Civil Action No. |
| **SEPTEMBER 11, 2001** : | 03 MDL 1570 (GBD) (FM) |
| : | |
| : | |
| *This document applies to* : | |
| *Hoglan, et al. v. The Islamic Republic* : | |
| *of Iran, et al.* : | |
| *1:11-cv-07550-GBD* : | |

## DECLARATION OF CANDYCE HOGLAN

1. In my early years growing up in our family home in Biscayne Park, (Miami) Florida, we did reside in the same household and I played the role of an older sister to Mark Bingham. In a way, we grew up together. In those times, there was harmony in our family and we had a strong home base.

2. I was 10 years old when Alice brought Mark (as a baby) home. Being the youngest among my siblings, it seemed natural to dote on Mark (then called "Bruiser") as if he were my little brother. He was a cheerful and delightful little boy and our family loved him so much.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct to the best of my knowledge, information and belief.

EXECUTED this the 5th day of May, 2017.

*Candyce Hooglan*
Declarant

1