# Exhibit C

## Office of Foreign Assets Control
### Correspondence Acknowledgment

Date: September 04, 2008

McMahon, Martin F  
Martin F. McMahon & Associates  
1150 Connecticut Avenue, N.W.  
Suite 900  
Washington, D.C., United States 20036

Tel: 2028624343  
Fax: 2028624302

LICENSING DIVISION  
OFFICE OF FOREIGN ASSETS CONTROL (OFAC)  
U.S. DEPARTMENT OF TREASURY  
1500 PENNSYLVANIA AVENUE, N.W.  
WASHINGTON, D.C. 20220

Re: Case # **SDG-1051**                                               FOIA:

This is to acknowledge receipt of your correspondence dated August 22, 2008. Please refer to the Case Number cited above and the date of your original correspondence if you need to contact us or send supplemental information. Please note that filing an application for a license or requesting information about the transaction prohibitions contained in Executive Order or regulations administered by OFAC does not suspend or excuse compliance with the prohibitions or requirements contained within. We look forward to serving you.

Note: Information on sanctions programs administered by OFAC can be retrieved at any time from our automated fax-on-demand system by dialing (202) 622-0077 or from our World Wide Web home page on the internet at www.treas.gov/ofac.

http://ofacasprod.do.treas.gov/fac/OFACRprts.LicenseReceipt?p_prglicno=SDG-1051          9/4/2008

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (GBD/FM), U.S. District Court for the Southern District of New York.

Sana-Bell 004901