# Exhibit E



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

**CASE No. SDGT-1051**

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036

Dear Mr. McMahon:

This responds to your August 22, 2008 letter to the Office of Foreign Assets Control ("OFAC"), on behalf of the International Islamic Relief Organization of Saudi Arabia ("IIRO-SA"), requesting OFAC's assistance in avoiding the blocking of a $785,000 wire funds transfer related to the February 21, 2008 sale of Virginia property to be sent by your client, Sanabel Al Kheer ("Sanabel"), to IIRO-SA.

As you know, on August 3, 2006, both the Indonesia and Philippines branches of the International Islamic Relief Organization were designated as Specially Designated Global Terrorists pursuant to section 594.201 of the Global Terrorism Sanctions Regulations, 31 C.F.R. Part 594, for facilitating fundraising for al Qaida and affiliated terrorist groups.

Although the International Islamic Relief Organization, as a whole, and its headquarters in Saudi Arabia were not designated at that time, funds transfers involving IIRO-SA might be questioned or blocked by financial institutions due to the similarity between IIRO-SA's name and the names of the designated entities. OFAC often receives calls from banks before blocking a transfer if the name of a designee or a name similar to a designee is indicated in the transfer instructions. Sanabel may wish to indicate, when it initiates the funds transfer, that IIRO-SA is neither the Indonesian nor the Philippines branch office of the International Islamic Relief Organization, and make IIRO-SA's address and verifying information available.

Although no license is needed at this time in order for IIRO-SA to send or receive wire funds transfers, please note that as of April 2, 2009, the webpage for IIRO-SA lists the designated Indonesia branch of IIRO as one of its international offices. See <http://www.iirosa.org/en/international_office.php>. Please be advised that neither you nor Sanabel may send or receive payments, directly or indirectly, to or from any entity or individual whose property or interests in property are blocked, including any entity or individual named or designated as an SDGT pursuant to Executive Order 13224 or the Global Terrorism Regulations, 31 C.F.R. Part 594.

Sincerely,

*Jodi Kouts*                    4/29/09

Jodi L. Kouts                    Date
Assistant Director for Licensing
Office of Foreign Assets Control

SANA-BELL 000660