**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

May 12, 2017

## DEFENDANT JELAIDAN'S FOURTH STATUS REPORT

The Honorable Judge Netburn,

    This is an additional status report filed in response to the Plaintiff's Executive Committees May 12, 2017 response, ECF No., 3582. As noted in the Status Report filed on October 28, 2016, (ECF No. 3378), I sent a second follow-up letter to OFAC asking for an update on the April 8, 2016 letter, but never received a response to either this letter or the prior April letter. (Attached here as Ex. 1, letter to OFAC dated November 1, 2016). As noted in the recently filed Status Report, ECF No. 3574, I have since tried calling OFAC directly multiple times because of their failure to respond to my written inquiries, and had done so before the Plaintiff's Executive Committee's May 3, 2017 filing on the matter.

    As described in the last status report, because of the recent change in administration, OFAC has several key positions that are currently unfilled. I believe this has been the cause of delays and failure to respond to my license inquiries. The exhibits attached by the Plaintiff's Executive Committee noting my ability to obtain OFAC licenses in the past are 10 years old in some cases and longer for others, and are not relevant here. As the Plaintiff's Executive Committees exhibits show, I sent OFAC similar letters in their examples as I have here, with the key difference being that OFAC responded to my written inquiries in those instances. As noted in today's filing by the Executive Committee, I finally received a call back from OFAC, and am now trying to

1

work with the Plaintiffs Executive Committee to secure the license. Counsel has no intention to frustrate the Court's order to obtain a license from OFAC.

Respectfully Submitted,

Martin F. McMahon, *esq.*
Martin McMahon & Associates
*Attorney for Defendant*

2