# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

Established 1978

MARTIN F. MCMAHON
Managing Partner
Admitted in DC, NY, and
The U.S. District Court of Maryland

S. ALEXANDER MILLER
Of Counsel
Admitted in VA

HASINA LEWIS
Of Counsel
Admitted in VA and MD

TELEPHONE (202) 862-434
FACSIMILE (202) 828-4130

NICHOLAS KIPA
Associate
Admitted in DC and MI

SANDRA FADEL
Legal Clerk
J.D. May 2017

SARAH KANNA
Legal Clerk
J.D. May 2017

November 1, 2016

Dear Sirs,

On behalf of our client Wael Jeliadan we sent you a letter (see enclosed) requesting that a license be issued in order to satisfy a monetary judgment. The reason I am writing you is to enquire as to the status of the issuance of such license. I look forward to hearing from you in a prompt manner.

Sincerely,

Martin F. McMahon

# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

S. ALEXANDER MILLER
Of Counsel
Admitted in Virginia

SONIA SHAIKH
Summer Associate
J.D. May 2016

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130
mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

W. JAMESON FOX
Associate
Admitted in Virginia
District of Columbia (Pending)

TINA DUKANDAR
Law Clerk
J.D. May 2018

VICTORIA DODEV
International Coordinator

April 8, 2016

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

### Re: SDGT – 0662 Wael Jelaidan

Dear Madam/Sir:

Our firm represents Wael Jelaidan, an individual your office designated as an SDGT. He has bank accounts in Switzerland, and we believe that your designation requires those banks not to disburse any of those funds without your authority or the issuance of a license. We hereby are making application for an OFAC license.

Our client would like to pay for an award of attorney fees which was ordered by Magistrate Judge Frank Maas in the U.S. District Court for the Southern District of New York. *See* Memorandum Opinion, at 38-39, 43, 44 (Oct. 28, 2015) (ECF No. 3087) (attached hereto as Exhibit A). The fees are payable to three law firms:

| Law firm | Fees | Fee Award | Expenses | total |
|---|---|---|---|---|
| Anderson Kill | 0 | 3,448.54 | 0 | 3,448.54 |
| Cozen O'Connor | 90,600.00 | 3,448.54 | 978.50 | 95,027.04 |
| Motley Rice | 29,964.38 | 3,448.54 | 2,731.97 | 36,144.89 |
| Total | 120,564.38 | 10,345.63 | 3,710.47 | **$134,620.48** |

The addresses of these three law firms are as follows:

Anderson Kill & Olick, P.C.
 Attn: Jerry Goldman, Esquire
1600 Market Street, Suite 2500
Philadelphia, PA 19103-7225

Cozen O'Connor, P.C.
 Attn: Sean Carter, Esquire
1650 Market Street, Suite 2800
Philadelphia, PA 19103-7325

Motley Rice, LLC
 Attn: Michael Elsner, Esquire
28 Bridgeside Boulevard
Mount Pleasant, SC 29464-4375

Please let us know if OFAC requires any further information for issuing this license.

Very Truly Yours,

Martin F. McMahon, Esq.
Managing Partner

Encl.