```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

-----------------------------------------------------------------X

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The Court has reviewed Lynne Bernabei and Alan Kabat's April 28, 2017 motion to withdraw as counsel for defendant Perouz Sedaghaty, submitted several days after Sedaghaty petitioned for relief under Title 7 of the United States Bankruptcy Code in Bankruptcy Court in Oregon, as well as the Plaintiffs' Executive Committee's objections to such withdrawal, and Sedaghaty's counsel's reply memorandum.

      Based on the submissions, the Court concludes that it needs additional information to evaluate the motion to withdraw as counsel. Accordingly, the Court ORDERS that Bernabei and Kabat provide it with a declaration and any necessary supporting documents explaining (1) the nature of the professional considerations that require their withdrawal; (2) why the withdrawal coincided exactly with Sedaghaty's bankruptcy filing; and (3) any other information that would be helpful to the Court in evaluating the application. These documents shall be filed UNDER SEAL and reviewed *in camera* by the Court. Counsel may submit these supplemental disclosures by email to Netburn_NYSDChambers@nysd.uscourts.gov or hand-delivered to Chambers.

**SO ORDERED.**

                                                      _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:     May 17, 2017
                New York, New York