## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re: TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001                03 MDL 1570 (GBD)(SN)

---------------------------------------------------------X

| | |
|---|---|
| AGUILAR, et. al., | ) |
|                  Plaintiffs, | ) |
|     v. | ) |
| | ) CASE NO.: 16-CV-09663 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|                  Defendants. | ) |
| | |
| ADDESSO, et. al., | ) |
|                  Plaintiffs, | ) |
|     v. | ) |
| | ) CASE NO.: 16-CV-09937 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|                  Defendants. | ) |
| | |
| HODGES, et. al., | ) |
|                  Plaintiffs, | ) |
|     v. | ) |
| | ) CASE NO.: 17-CV 00117 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|                  Defendants. | ) |
| | |
| AIKEN, et. al., | ) |
|                  Plaintiffs, | ) |
|     v. | ) |
| | ) CASE NO.: 17-CV-00450 |
| KINGDOM OF SAUDI ARABIA, et. al., | ) |
|                  Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41 (a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiffs here dismiss their claims against Defendants Mohamed Binladin Company, Mohamed Binladin Organization, Prince Mohamed Bin Faisal Al Saud, Yasin Kadi, Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundation, Dubai Islamic Bank and Dallah Avco Trans Arabia, only, without prejudice and costs.

Dated: May 19, 2017

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Napoli Shkolnik, PLLC
400 Broadhollow Rd., Ste 305
Melville, New York 11747
(212) 397-1000
clopalo@napolilaw.com