USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, Case No. 16-cv-07853

*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 17-cv-02129

## ORDER EXTENDING *PRO HAC VICE* ADMISSIONS

It is this 18th day of May 2017 ORDERED THAT:

1.  The existing *pro hac vice* admissions of Cozen O'Connor attorneys Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman, and J. Scott Tarbutton are extended to *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, Case No. 16-cv-07853, and *The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 17-cv-02129.

2.  Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman, and J. Scott Tarbutton may appear in the above captioned cases, or any other consolidated MDL cases if necessary, now or in the future, by filing notices of appearance. Additional applications for *pro hac vice* admission will not be required.

_____
SARAH NETBURN
United States Magistrate Judge

May 18, 2017
New York, New York