UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, Case No. 16-cv-07853
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 17-cv-02129

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to the May 18, 2017 Order Extending *Pro Hac Vice* Admissions (MDL ECF No. 3591) attached hereto, kindly enter the appearances of Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman, and J. Scott Tarbutton on behalf of the plaintiffs in the above captioned matters.

Dated:  May 19, 2017                    Respectfully submitted,

                                        COZEN O'CONNOR

                            BY:    /s/ Sean P. Carter, Esq.
                                   Sean P. Carter, Esq.
                                   Stephen A. Cozen, Esq.
                                   Elliott R. Feldman, Esq.
                                   J. Scott Tarbutton, Esq.
                                   One Liberty Place
                                   1650 Market Street, 28th Floor
                                   Philadelphia, PA 19103
                                   Tel:  (215) 665-2000
                                   Fax:  (215) 665-2013

                                   Counsel for the *Lloyd's Syndicate 2* and *Lloyd's Syndicate 53* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Appearance was electronically filed this 19th day of May 2017. Notice of this filing will be sent to all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system. Parties may access this filing through the Court's ECF system.

/s/ Sean P. Carter, Esq.
Sean P. Carter, Esq.

LEGAL\30494617\1

2