UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

## DEFENDANT JELAIDAN'S FIFTH STATUS REPORT

The Honorable Judge Netburn,

I wanted to update the Court once more on the efforts to obtain the OFAC license. My office received a call back today from an OFAC official who confirmed that OFAC was in receipt of my April, June, and November 2016 letters seeking a license. She informed that I would be receiving a follow-up call from OFAC soon regarding the application made through the letters. Shortly after receiving the call I received an email from OFAC (attached) requesting copies of the order, which I provided.

In addition, before receiving the call confirming my application through the letters, I also filed an online request for a blocked funds transfer license on the OFAC website with supporting documents and copies of the Court's orders also attached there, although OFAC's online form is not fully designed for this type of request—hence why I had been trying to contact them directly by letters and phone calls. Again, I have no intention of frustrating the Court's order and had been trying to obtain the OFAC long before the Plaintiffs' Executive Committee's recent filings on the matter, but it finally appears that OFAC is engaged in the process. It should therefore hopefully not be long before I can secure the OFAC license.

May 19, 2017

Respectfully Submitted,

Martin F. McMahon, *Esq.*
Martin McMahon & Associates
*Attorney for Defendant*

1