# O'HARE PARNAGIAN LLP

82 WALL STREET, SUITE 300
NEW YORK, NY 10005-3686
(212) 425-1401
FAX: (212) 425-1421
www.ohareparnagian.com

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583-5013
(914) 725-3632
FAX: (914) 725-3639

May 19, 2017

**Via ECF and Facsimile (212) 805-6737**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Via ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *In Re Terrorist Attacks on September 11, 2001*
              No. 03-md-1570 (GBD) (SN)

Dear Judges Daniels and Netburn:

        We represent the plaintiffs in the newly-filed action *General Reinsurance Corporation, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-3810 (the "Gen Re Action").

        Pursuant to the Court's May 3, 2017 Order, plaintiffs in the Gen Re Action formally request that the Gen Re Action be made part of the above-referenced Multi-District Litigation. A Short Form Complaint that is substantially in the form approved by the Court has been filed in the Gen Re Action, which adopts the factual and jurisdictional allegations of the Consolidated Amended Complaint that is operative in the above-referenced Multi-District Litigation.

        Respectfully,

        *s/Robert A. O'Hare Jr.*

        Robert A. O'Hare Jr.

cc: All Counsel (via ECF)