UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
        SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2017

03 MDL 1570 (GBD)(SN)

**TELEPHONE CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The Court has examined the Plaintiffs' Executive Committees' ("PEC's") May 3, 2017 motion for additional sanctions against defendant Wael Jelaidan, ECF No. 3542, Jelaidan's various responses to the motion, ECF Nos. 3574, 3583, 3594, and the PEC's reply, ECF No. 3582.

Counsel for Wael Jelaidan and the PEC are ordered to jointly call Chambers at (212) 805-0286 at 11:00 a.m. on Thursday, May 25, 2017 to discuss the adequacy of the effort of Jelaidan's counsel to secure the necessary Office of Foreign Assets Control ("OFAC") license to satisfy the sanctions award due to the PEC and the appropriateness of any additional sanctions.

The Clerk of Court is respectfully requested to close Dkt. No. 3542.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  May 22, 2017
        New York, New York