FERBER CHAN ESSNER & COLLER,

ONE GRAND CENTRAL PLACE
SUITE 2050
NEW YORK, NEW YORK 10165

TEL: (212) 944-2200
FAX: (212) 944-7630

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/22/2017

May 10, 2017

Magistrate Judge Sarah Netburn
United States District Court,
  Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

Re:  Continental Casualty Co. v. Al Qaeda Islamic Army, 04 Civ. 5970
     In Re Terrorist Attacks on September 11, 2001 03 MDL 1570

Dear Judge Netburn:

   This firm represents the plaintiffs in *Continental Casualty Co. v. Al Qaeda*, 04 Civ. 5970, which is part of the multi-district litigation *In Re Terrorist Attacks on September 11, 2001*, 03 MDL 1570. The Continental Plaintiffs' motion for a default judgment against defendant Islamic Republic of Iran as to liability was granted in an order dated January 5, 2017 and they will shortly be filing a motion for the assessment of damages against Iran. In connection with that motion, the Continental Plaintiffs intend to file, as exhibits, schedules identifying their insureds and the amounts paid to those insureds in compensation for property, business interruption and related losses resulting from the September 11th terrorist attacks.

   In order to protect the identity of their insureds from public disclosure, the Continental Plaintiffs respectfully request the Court's permission to file these schedules under seal. Similar relief has previously been granted to the plaintiffs in *Federal Insurance Insurance Co., et al. v. al Qaida, et al.*, 03 Civ. 6978 (one of those orders, dated May 5, 2005, is enclosed).

101788

FERBER CHAN ESSNER & COLLER, LLP

Magistrate Judge Sarah Netburn
May 10, 2017
Page 2

Plaintiffs' request to file schedules identifying their insureds and the amounts paid thereto under seal is GRANTED in part and DENIED in part. The Plaintiffs have not made a showing under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006), to overcome the presumption of public access to judicial documents. Indeed, it is quite likely that the information to be redacted will be critical to the Court's assessment of damages.

Not withstanding the inadequate showing, Plaintiffs may redact the names of their insureds on any schedules that they may file, but may not redact the amounts paid or the property the amounts were paid for.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

May 22, 2017
New York, New York



| PHILADELPHIA | | NEW YORK |
|---|---|---|
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | **COZEN** | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | ATTORNEYS | TRENTON |
| DENVER | | WASHINGTON, DC |
| HOUSTON | | WEST CONSHOHOCKEN |
| LAS VEGAS | | WICHITA |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

ECF

**J. Scott Tarbutton**
Direct Phone  215.665.7255
Direct Fax    215.701.2467
starbutton@cozen.com

May 4, 2005

**VIA FEDERAL EXPRESS**



The Honorable Richard C. Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-5-05

RECEIVED
MAY 05 2005
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

Re:   *In Re: Terrorist Attack on September 11, 2001*, MDL No. 1570;
      *Federal Insurance Company et al. v. al Qaida, et al.*, 03 CV 6978

Dear Judge Casey:

As Your Honor is aware, this firm represents the Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, 03 CV 6978, one of the consolidated cases comprising *In Re: Terrorist Attack of September 11, 2001*, 03 MDL 1570. In an effort to make this case more manageable for the Court and all parties involved, the *Federal* Plaintiffs will shortly be seeking entries of default against several hundred defendants who were served some time ago, but have not appeared to defend the claims asserted against them.

In connection with the default process the *Federal* Plaintiffs intend to file schedules detailing their insureds, and the amounts paid to those insureds in compensation for property, business interruption, and related losses resulting from the September 11, 2001 Attack, as Exhibits to the default papers.

This Court has previously authorized the *Federal* Plaintiffs to file schedules identifying their insureds under seal, in order to protect the identity of those insureds from public disclosure. Copies of the Court's prior Orders relating to the filing of such schedules under seal are attached hereto for the Court's convenience. Consistent with these prior Orders, the *Federal* Plaintiffs

Judge Richard C. Casey
May 4, 2005
Page 2

write to respectfully request the Court's permission to file the schedules to be attached as Exhibits to the default filings under seal.

I thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:   J. Scott Tarbutton

JST

cc:   Steven A Cozen, Esq.
      Elliott R. Feldman, Esq.
      Sean P. Carter, Esq.
      All MDL Counsel

*Application granted*
*5/5/05*

*Richard Casey*

PHILA1\2266318\2 117430.000