# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| <u>In re Terrorist Attacks on September 11, 2001</u> | As relates to: 03 MDL 1570 (GBD)(SN) |
| CARON J ADDESSO; JORGE ALBAN AND NICOLE AMEROVSKY; SANDY ALBERTO; RAUL ALCIVAR; CANDIDA ALMONTE; DORIA S ALVAREZ; JUAN ALVAREZ AND MARICEL ALVAREZ; MARIA E ALVAREZ; JOSE ALVARRACIN; ROSA BEATRIZ ANGAMARCA; ROSSINA ANGULO; JAMES APPIO AND LISA APPIO; MICHAEL ARENDT; BETSY ARRUDA-LOOR; KLEBER ARTEAGA; JOSEPH ASCIOLLA; DERLIM AVILA AND RAUL BARRETO; EDWARD V. BARLOTTA; RAUL BARRETO AND DERLIM BARRETO; SUSAN BENTLEY; ROBERT BORTELL; MARY BOUDREAU-PERDOMO AND RICHARD PERDOMO; JORGE BRAVO; VINCENT BRIGANTI; CHRISTOPHER BROWN; GERMAN ERNESTO BUNAY; CHARLES BURRESS AND STACEY BURRESS; ANA CAMARENO; RODRIGO CAMPOZANO; CONSUELO CAMPUZANO; ALFRED CANONICO; CATTERINE CARDONA; LINDA CARRILLO; SALVATORE CASSANITI; CHARLES CATANESE; THOMAS CAWLEY AND MARYANN ROSE CAWLEY; ADOLF CEBULA AND CEBULA; JUSTINA CLARET; MICHAEL COLANTUONO; BENJAMIN COLECCHIA; JACQUELINE COLON; ROSABEL COLON AND LOUIS RUSSO; LOUIS S CONZO; DANIEL CORCHADO; MARTIN COYNE AND MARGARET COYNE; DEBRA CREDENDINO; WILLIAM M CROWLEY; JULIO CRUZ; DEAN CURTI; MIECZYSLAW DABROWSKI; MAURICE DAVIS; WAYNE DAWKINS; MICHAEL DECKER; JAMES DEMATTEO AND JOANNE DEMATTEO; WIESLAW DEMKO; CLARK DENIS; RUTH DIAZ; CASTRENZE DICARLO AND LILLIAN DICARLO; THOMAS DICOSTANZA; PANCRI DIEZ; | Civil Docket Number: 16-CV-09937<br><br><u>SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY</u><br><br>ECF CASE |

ROSA DIEZ; FRANK DILEO; MICHAEL
DIVIRGILIO AND JACLYN DIVIRGILIO;
MICHAEL DOLAN; FRANCISCO
DOMINGUEZ; NICK DOUSMANIS AND
DENISE DOUSMANIS; THOMAS
DOWDLE; ROBERT DOYLE AND JOAN
M DOYLE; STANISLAW DROZDZ AND
MONIKA DROZDZ; ORAN EBERHART
AND JILL A EBERHART; JORGE
ENCALADA AND MARICEL ENCALADA;
NANCY ESPINOSA-CARDENAS;
ANIELLO ESPOSITO AND MARYANN
ESPOSITO; GERARD EVANS AND
AGUSTINA EVANS; LOUIS FAILLA;
CHRISTOPHER FAVALE AND
JENNIFER FAVALE; GLADYS
FELICIANO; ANTHONY FISCHETTI;
PERRY FORGIONE AND DENISE
FORGIONE; DZILE FRANGU; MANUEL
FREYTES AND NANCY FREYTES;
WILSON GALLEGOS; ANDRES O
GARCIA; ROBERT GARCIA; ROY
GARCIA; PAVLOS GATZONIS; WILLIAM
GAVIN AND MARGARIET GAVIN;
RICHARD GAZZOLA AND MARYANN C
GAZZOLA; EDIR GIRALDO; HITIER E
GIRALDO; ABEL GOMES AND MARIA
GOMES; MICHAEL J GONA AND LISA
GONA; ROBERT GUENDEL; SAMUEL
GUIRACOCHA; CARLOS GUZMAN AND
GLORIA GUZMAN; HENRY
HACHEMEISTER; MICHAEL
HARRIGAN; SEAN HART AND
MADELINE A HART; ENRIQUE
HERMIDA; JORGE HERNANDEZ; AND
JOSEPH HERON AND GERALDINE
HERON

PLAINTIFFS,

V.

KINGDOM OF SAUDI ARABIA; SAUDI
HIGH COMMISSION FOR RELIEF OF
BOSNIA & HERZEGOVINA

DEFENDANTS

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543.

*(Notice to Conform, Applicable For Previously Filed Complaints Only):* Plaintiff(s) in the previously filed case styled as CARON J ADDESSO, ET. AL. V. KINGDOM OF SAUDI ARABIA file(s) this *Short Form Complaint* to incorporate Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC"), and *Demand for Jury Trial* ("the CAC"), ECF No. 3463, as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543. Upon filing of this *Short Form Complaint*, plaintiffs' underlying Complaint, ECF No. 1, is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand of the CAC, as well as all causes of action specified below. The amendment affected through this *Short Form Complaint* supplements by incorporation into, but does not displace, plaintiffs' underlying Complaint. This *Notice to Conform* relates solely to Saudi Arabia and the SHC, and does not apply to any other defendant, as to which plaintiffs' underlying Complaint and any amendments thereto are controlling.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2.   Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

☑   28 U.S. C. § 1605(a)(5) (non-commercial tort exception)

☑   28 U.S. C. § 1605B (Justice against Sponsors of Terrorism Act)

☐   Other: (set forth below the basis of any additional ground for jurisdiction    and plead such in sufficient detail as per the FRCP):
_____
_____
_____
_____.

## CAUSES OF ACTION

3.   Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully herein.

4.   Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the CAC:

☑   Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of  18 U.S.C. § 2333(d) (JASTA)

☑   Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of  18 U.S.C. § 2333(a)

☑   Committing Acts of International Terrorism in Violation of  18 U.S.C. § 2333

☑   Wrongful Death, as applicable to a claim for such

☑   Survival

☑   Alien Tort Claims Act

☑   Assault and Battery

☑   Conspiracy

☑ Aiding and Abetting

☑ Intentional Infliction of Emotional Distress

☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents

☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents

☑ 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

☑ Trespass

☑ Punitive Damages

☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants:

_____
_____
_____

## IDENTIFICATION OF PLAINTIFFS

5.   The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

a.   The citizenship of said Plaintiff is indicated at Appendix 1 to this Short Form complaint.

b.   Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

c.   As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist

attacks of September 11, 2001 and who is now deceased.

d.   For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

e.   As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged herein: _____.

f.   The name, relationship to the injured 9/11 victim, residency, nationality, and the general nature of the claim for each plaintiff is listed on the attached Exhibit 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

## IDENTIFICATION OF THE DEFENDANTS

6.   The following entities are Defendants herein:

☑   Kingdom of Saudi Arabia

☑   Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC.  By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or

opt out of any certified class.  This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: May 16, 2017                    Respectfully Submitted,

                                        /s/ Christopher R. LoPalo
                                        Christopher R. LoPalo, Esq. (CL-6466)
                                        Paul J. Napoli, Esq. (PN-8845)
                                        Jaquay Felix (JF-6030)
                                        NAPOLI SHKOLNIK PLLC
                                        400 Broadhollow Road, Suite 305
                                        Melville, NY 1747
                                        Telephone (212) 397-1000
                                        clopalo@napolilaw.com
                                        pnapoli@napolilaw.com
                                        jfelix@napolilaw.com

                                        Counsel for Plaintiff(s)

                        See Appendix 1 Annexed

## APPENDIX 1 TO THE *SHORT FORM COMPLAINT*

### (*EXEMPLAR-ALL NAMES BELOW ARE FICTITIOUS*)

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

| | Plaintiffs Name (alphabetically ordered by last name of Injured 9/11 Victim) | Relationship to Injured 9/11 Victim | State of Residency at filing | Citizenship/ Nationality on 9/11/01 | General Nature of Claim Asserted (e.g., personal injury, wrongful death, solatium) |
|---|---|---|---|---|---|
| 1. | Caron J Addesso | Self | AZ | US | Personal Injury |
| 2. | Jorge Alban and Nicole Amerovsky | Self/Spouse | PA | US | Personal Injury, Loss of Consortium |
| 3. | Sandy Alberto | Self | NJ | US | Personal Injury |
| 4. | Raul Alcivar | Self | NJ | US | Personal Injury |
| 5. | Candida Almonte | Self | NY | US | Personal Injury |
| 6. | Doria S Alvarez | Self | NY | US | Personal Injury |
| 7. | Juan Alvarez and Maricel Alvarez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 8. | Maria E Alvarez | Self | NY | US | Personal Injury |
| 9. | Jose Alvarracin | Self | NY | US | Personal Injury |
| 10. | Rosa Beatriz Angamarca | Self | NY | US | Personal Injury |
| 11. | Rossina Angulo | Self | NY | US | Personal Injury |
| 12. | James Appio and Lisa Appio | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 13. | Michael Arendt | Self | NY | US | Personal Injury |
| 14. | Betsy Arruda-Loor | Self | NY | US | Personal Injury |
| 15. | Kleber Arteaga | Self | NY | US | Personal Injury |
| 16. | Joseph Asciolla | Self | NY | US | Personal Injury |
| 17. | Derlim Avila and Raul Barreto | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 18. | Edward V. Barlotta | Self | FL | US | Personal Injury |
| 19. | Raul Barreto and Derlim Barreto | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 20. | Susan Bentley | Self | NY | US | Personal Injury |
| 21. | Robert Bortell | Self | NY | US | Personal Injury |
| 22. | Mary Boudreau-Perdomo and Richard Perdomo | Self/Spouse | FL | US | Personal Injury, Loss of Consortium |
| 23. | Jorge Bravo | Self | NY | US | Personal Injury |
| 24. | Vincent Briganti | Self | NJ | US | Personal Injury |
| 25. | Christopher Brown | Self | NY | US | Personal Injury |
| 26. | German Ernesto Bunay | Self | NY | US | Personal Injury |
| 27. | Charles Burress and Stacey Burress | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 28. | Ana Camareno | Self | MA | US | Personal Injury |
| 29. | Rodrigo Campozano | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 30. | Consuelo Campuzano | Self | NY | US | Personal Injury |
| 31. | Alfred Canonico | Self | NY | US | Personal Injury |
| 32. | Catterine Cardona | Self | NY | US | Personal Injury |
| 33. | Linda Carrillo | Self | NY | US | Personal Injury |
| 34. | Salvatore Cassaniti | Self | NY | US | Personal Injury |
| 35. | Charles Catanese | Self | NY | US | Personal Injury |
| 36. | Thomas Cawley and Maryann Rose Cawley | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 37. | Adolf Cebula and Cebula | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 38. | Justina Claret | Self | NY | US | Personal Injury |
| 39. | Michael Colantuono | Self | NY | US | Personal Injury |
| 40. | Benjamin Colecchia | Self | NY | US | Personal Injury |
| 41. | Jacqueline Colon | Self | NY | US | Personal Injury |
| 42. | Rosabel Colon and Louis Russo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 43. | Louis S Conzo | Self | NY | US | Personal Injury |
| 44. | Daniel Corchado | Self | NY | US | Personal Injury |
| 45. | Martin Coyne and Margaret Coyne | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 46. | Debra Credendino | Self | NY | US | Personal Injury |
| 47. | William M Crowley | Self | NY | US | Personal Injury |
| 48. | Julio Cruz | Self | NY | US | Personal Injury |
| 49. | Dean Curti | Self | FL | US | Personal Injury |
| 50. | Mieczyslaw Dabrowski | Self | PA | US | Personal Injury |
| 51. | Maurice Davis | Self | PA | US | Personal Injury |
| 52. | Wayne Dawkins | Self | NY | US | Personal Injury |
| 53. | Michael Decker | Self | FL | US | Personal Injury |
| 54. | James DeMatteo and Joanne DeMatteo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 55. | Wieslaw Demko | Self | NY | US | Personal Injury |
| 56. | Clark Denis | Self | FL | US | Personal Injury |
| 57. | Ruth Diaz | Self | NY | US | Personal Injury |
| 58. | Castrenze DiCarlo and Lillian DiCarlo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 59. | Thomas Dicostanza | Self | NY | US | Personal Injury |
| 60. | Pancri Diez | Self | NY | US | Personal Injury |
| 61. | Rosa Diez | Self | NY | US | Personal Injury |
| 62. | Frank DiLeo | Self | NY | US | Personal Injury |
| 63. | Michael DiVirgilio and Jaclyn DiVirgilio | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 64. | Michael Dolan | Self | NY | US | Personal Injury |
| 65. | Francisco Dominguez | Self | NY | US | Personal Injury |
| 66. | Nick Dousmanis and Denise Dousmanis | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 67. | Thomas Dowdle | Self | NY | US | Personal Injury |

| | | | | |
|---|---|---|---|---|
| 68. | Robert Doyle and Joan M Doyle | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 69. | Stanislaw Drozdz and Monika Drozdz | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 70. | Oran Eberhart and Jill A Eberhart | Self/Spouse | PA | US | Personal Injury, Loss of Consortium |
| 71. | Jorge Encalada and Maricel Encalada | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 72. | Nancy Espinosa-Cardenas | Self | NY | US | Personal Injury |
| 73. | Aniello Esposito and MaryAnn Esposito | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 74. | Gerard Evans and Agustina Evans | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 75. | Louis Failla | Self | NY | US | Personal Injury |
| 76. | Christopher Favale and Jennifer Favale | Self/Spouse | SC | US | Personal Injury, Loss of Consortium |
| 77. | Gladys Feliciano | Self | NY | US | Personal Injury |
| 78. | Anthony Fischetti | Self | AR | US | Personal Injury |
| 79. | Perry Forgione and Denise Forgione | Self/Spouse | CT | US | Personal Injury, Loss of Consortium |
| 80. | Dzile Frangu | Self | NY | US | Personal Injury |
| 81. | Manuel Freytes and Nancy Freytes | Self/Spouse | PA | US | Personal Injury, Loss of Consortium |
| 82. | Wilson Gallegos | Self | NY | US | Personal Injury |
| 83. | Andres O Garcia | Self | FL | US | Personal Injury |
| 84. | Robert Garcia | Self | NY | US | Personal Injury |
| 85. | Roy Garcia | Self | PR | US | Personal Injury |
| 86. | Pavlos Gatzonis | Self | NY | US | Personal Injury |
| 87. | William Gavin and Margariet Gavin | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 88. | Richard Gazzola and Maryann C Gazzola | Self/Spouse | PA | US | Personal Injury, Loss of Consortium |
| 89. | Edir Giraldo | Self | NY | US | Personal Injury |
| 90. | Hitier E Giraldo | Self | RI | US | Personal Injury |
| 91. | Abel Gomes and Maria Gomes | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 92. | Michael J Gona and Lisa Gona | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 93. | Robert Guendel | Self | NY | US | Personal Injury |
| 94. | Samuel Guiracocha | Self | NY | US | Personal Injury |
| 95. | Carlos Guzman and Gloria Guzman | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 96. | Henry Hachemeister | Self | NY | US | Personal Injury |
| 97. | Michael Harrigan | Self | NY | US | Personal Injury |
| 98. | Sean Hart and Madeline A Hart | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 99. | Enrique Hermida | Self | NY | US | Personal Injury |
| 100. | Jorge Hernandez | Self | NY | US | Personal Injury |
| 101. | Joseph Heron and Geraldine Heron | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |