UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| <u>In re Terrorist Attacks on September 11, 2001</u> | As relates to: 03 MDL 1570 (GBD)(SN) |
| TIMOTHY AIKEN; JOSEPH ANNIBALE; IVAN ASCENCIO; JOSEPH BAKER; MICHAEL BANAHAN AND DEBBIE J BANAHAN; BARBARA A BARILE, AS ADMINISTRATRIX OF THE ESTATE OF VINCENT BARILE, AND BARBARA A BARILE INDIVIDUALLY; PATRICIA C BECKER, AS EXECUTRIX OF THE ESTATE OF RONALD G. BECKER, JR., AND PATRICIA C BECKER INDIVIDUALLY; LINDA BELINSKY, AS ADMINISTRATRIX OF THE ESTATE OF THOMAS BELINSKY, AND LINDA BELINSKY INDIVIDUALLY; EMILIO BERMONTY AND IRNETTE BERMONTY; MICHAEL C BITTNER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEFFREY D BITTNER, AND MICHAEL C BITTNER INDIVIDUALLY; ANTHONY BLOUNT; KATHLEEN BONDESON, AS ADMINISTRATOR OF THE ESTATE OF FRANK E BONDESON, AND KATHLEEN BONDESON INDIVIDUALLY; YULY BOTERO; SIMONE BOYLES, AS EXECUTRIX OF THE ESTATE OF MELBA BOYLES, AND SIMONE BOYLES INDIVIDUALLY; HAVA BRACIC AND BECIR BRACIC; ROBERT BRAGER; LAWRENCE BRINDISI AND FRANCINE BRINDISI; MICHAEL BRUETSCH AND CLAUDINE BRUETSCH; JIAO YING JIANG, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF YI BO CHAN, AND JIAO YING JIANG INDIVIDUALLY; CHANG CHEN; KIN L. CHEN; XIU JUAN CHEN; JOHN CUDDY, JR.; YONG JIA CUI; ANTONIO D'ALLEVA; MARTIN DAVIN AND CYNTHIA DAVIN; PETER DIBETTA AND JUNE DIBETTA; NICHOLAS DIBRINO AND ELENA DIBRINO; NICHOLAS DIBULLO AND DANA DIBULLO; YI DING; GERALD | Civil Docket Number: 17-CV-00450<br><br><u>SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY</u><br><br>ECF CASE |

D'ONOFRIO AND JOANNE D'ONOFRIO; SUMINTRA DOOKIE; ANA DURAN AND MANUEL JARAMILLO; CARL DYER; RICHARD T ECKERT; HESHAM ELSAYED; ALOYSIUS EMEGA AND MICHELLE EMEGA; PAULINE ENG; LUIS ENRIQUEZ; ENNY ESPINOSA AND IVONNE ESPINOSA; MICHAEL ESPOSITO AND CONSUELO PRETI; JOHN FABRY AND MARILYN FABRY; CHRISTOPHER FEDELE AND ZENAIDA FEDELE; STEPHANIE FEDORISHIN; BRENDAN FITZPATRICK AND ELLEN MARIE FITZPATRICK; DARRYL FORD; JOHN FOY; PETER FRONIMAKIS; DONNA GABRIELE; BRIAN GAFFNEY; FRANK GEFFRE; JOSEPH GENOVA; OSCAR GONZALEZ; NATASHA MCRAE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LEROY GRAY, AND NATASHA MCRAE INDIVIDUALLY; RICHARD GROCCIA; EDWARD GUILBAULT AND PAMELA GUILBAULT; CHARLES HERNANDEZ AND VIONETTE HERNANDEZ; FREDERICK HOLM; YINING HUANG; DANIEL HUNT; BRIAN HUNTLEY AND DEBRA N HUNTLEY; JULIO HURTADO; SALVATORE IMBURGIA AND ELISE IMBURGIA; JOHN JAMES; XIAO JIANG; ROBERT JONES AND JOYCE L JONES; KEVIN J KERRIGAN; ANGELA DIVINO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRITZ KERSAINT, AND ANGELA DIVINO INDIVIDUALLY; PAMELA KUHN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHARLES KUHN, AND PAMELA KUHN INDIVIDUALLY; MICHAEL LALLY; GEORGE LASALA; PUI YEE LAU AND KIN MAN FU; LINDA M. LAURIE; GARY LEE; TOMMY LEE; JOHN LEO AND VINNETTE LEO; VINNETTE LEO AND JOHN LEO; CARMEN LICARI; HILDA LLERENA; JOSEPH LOCCISANO, AS EXECUTOR OF THE ESTATE OF ROCCO LOCCISANO, AND JOSEPH LOCCISANO INDIVIDUALLY; FRANK LOMBARDO; JOSEPH LOPALO;

| | |
|---|---|
| ROBERT LOPEZ AND MIRIAM LOPEZ; THOMAS MAGUIRE AND GLORIA THOMAS; WAIKIN MAN; DEONARINE MANBODH AND SABITREE MANBODH; MARILYN MARSICANO AND THOMAS MARSICANO; JOYCE JOHNSON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK MARTINEZ, AND JOYCE JOHNSON INDIVIDUALLY; WAYNE E. MAZZELLA AND THEDA MAZZELLA; CORTWRIGHT MCINTOSH AND PAMELA MCINTOSH; JOHN MCNAMARA AND KATHLEEN MCNAMARA; SEAN MCNAMEE; FRANK MENDOLIA; HENRY MIANO AND REGINA MIANO; GILBERT MOLINA; CHAN MONGOL; CHRISTOPHER MONTEIRO; ANDRES MORA AND ROSA VALDEZ; FABIO MORALES; NICHOLAS MOUKAZIS AND STEPHANIE MOUKAZIS; JOSEPH F MURRAY AND MARYANN MURRAY; ADAM NOBLE; ATILLA NOVOGRADECZ; JAORIBE OLADEJI AND OLUBUKOLA OLADEJI; FELIX OPIA; CHRISTOPHER O'ROURKE; FELIX ORTIZ; CHARLES OTT; CLIFFORD PIERROT; ANGELO PINTO; MARIA PUMA; TIMOTHY QUINN AND CATHERINE QUINN; NATALIA QUINTANILLA; SEGUNDO QUIZHPI; RAYMOND J RAGUSA AND KATHRYN RAGUSA; ORLANDO RAMIREZ; RAFAEL RAMOS AND ANNA RAMOS; RICHARD RAMOS AND MIGDALIA MIRANDA; ANTOINETTE REIG AND CLIFFORD REIG; JAY REITER AND ALINE REITER; DAVID REYNOLDS; CARLOS RIOS; DAVID RIVAS; FRANCISCO RIVAS; CHARLES ROBERTS AND ANNEMARIE ROBERTS; ANTHONY ROBILOTTO; WILLIAM ROCK; ANGEL RODRIGUEZ; JOSE F. RODRIGUEZ AND ELIZABETH RODRIGUEZ; MIGUEL RODRIGUEZ AND CAROLYN RODRIGUEZ; MIRIAN RODRIGUEZ; ROSA RODRIGUEZ; SUSANA RODRIGUEZ; CHRISTOPHER ROGERS AND ANN M BRADY; ROBERT ROHAN; ALFREDO ROJAS; JAIME | |

ROJAS; MARIO ROJAS; CARMEN ROMERO; JOHN ROSS; LAWRENCE ROTH; SERGE RUGGIO AND EMMY PENA; IGBALIJA RUGOVAC AND SADIK RUGOVAC; DENISE RUSHMORE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RUSSELL RUSHMORE, AND DENISE RUSHMORE INDIVIDUALLY; SHAWN RYAN; HIPOLITO SALGADO; APOLINAR SANCHEZ; DANIEL SANCHEZ; DELTA E SANCHEZ AND MARCOS M ROJAS; GEORGE SANCHEZ; JOSE SANCHEZ; JOSE SANCHEZ; RICHARD L SANCHEZ; ROCIO SANCHEZ; LUIS SANGUNA AND RUTH SANTOS; ANSELMO SANTONI AND JOSEPHINE SANTONI; ANTHONY SANTORO AND DONNA SANTORO; FERNANDA SANTOS; BOBIE L SCARBOROUGH; PETER SCARLATOS AND JOANN SCARLATOS; JOSEPH SCARPINITO; JOSEPH SCARPINITO; PETER SCHEMBRI; WILLIAM SCHILLINGER; ROBERT SCHNEBLY; BENJAMIN SCHNEIER; GEORGE SCHULTZ; LUIS SEGARRA; JAMES SEIFERHELD AND FRAN SEIFERHELD; THERESA SERRANO; NANCY SIGUENCIA; RAUL SIGUENCIA; ENRIQUE SILVA; JOHN SIMADIS AND ELIZABETH SIMADIS; VINCENT SINNOTT AND YOLANDA SINNOTT; WINSTON SMALL; EDWARD SMITH AND DEBORAH SMITH; STEPHEN SOLDANO AND ROSE ANN SOLDANO; JAMES SPATAFORA; JOSEPH SPATARO AND KATHLEEN SPATARO; WALTER STEIN; ROBERT STEINER AND ROSEMARY E STEINER; MARK STENGER AND DEBRA A STENGER; RICHARD SUFFERN AND NORMA PEREZ-SUFFERN; DAVID SULLIVAN; PAUL SULLIVAN AND HELEN SULLIVAN; SAMUEL SUMBA; CHRISTOPHER SWIERKOWSKI AND JOANN SWIERKOWSKI; BERTHA TACHE AND ALBERT TACHE; BIYUN TANG; GREGORY TAYLOR; LEONARD TAYLOR AND FRANCINA TAYLOR; RONALD TAYLOR; JUAN TEJERA AND

| | |
|---|---|
| **ARELIS X TEJERA; FRANCIS X THOMAS; KAREN TOBIAS AND JEFFREY TOBIAS; GUANG WEI LIU, AS ADMINISTRATOR OF THE ESTATE OF TONY HSUEH YEN TONG, AND GUANG WEI LIU INDIVIDUALLY; CHRISTINE TORRES AND ANTHONY CHAMORRO; DIANA TORRES; MIGUEL TORRES; THOMAS TRIPOULAS; NELLIE TROIANO; STEVEN TROSTEN; THOMAS TRZASKA; GISELA VALENCIA; CHARLES WALSH AND LORRAINE WALSH; ANCIL WATSON; DELORES WILLIAMS; JEAN WINTER, AS EXECUTRIX OF THE ESTATE OF RICHARD WINTER, AND JEAN WINTER INDIVIDUALLY; ROBERT WOLF, AS EXECUTOR OF THE ESTATE OF KENNETH WOLF, AND ROBERT WOLF INDIVIDUALLY; YUE NENG WU; MATILDE YAMASQUI; JOSEPH E YOUNG; VINCENT ZAPPULLA; AND JAMES ZOCCOLI**<br><br>                                   **PLAINTIFFS,**<br><br>**V.**<br><br>**KINGDOM OF SAUDI ARABIA; SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA**<br><br>                                   **DEFENDANTS** | |

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of

New York (hereinafter "the CAC").  Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543.

*(Notice to Conform, Applicable For Previously Filed Complaints Only):* Plaintiff(s) in the previously filed case styled as <u>TIMOTHY AIKEN, ET. AL. V. KINGDOM OF SAUDI ARABIA</u> file(s) this *Short Form Complaint* to incorporate Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC"), and *Demand for Jury Trial* ("the CAC"), ECF No. 3463, as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543.  Upon filing of this *Short Form Complaint*, plaintiffs' underlying Complaint, ECF No. 1, is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand of the CAC, as well as all causes of action specified below.  The amendment affected through this *Short Form Complaint* supplements by incorporation into, but does not displace, plaintiffs' underlying Complaint.  This *Notice to Conform* relates solely to Saudi Arabia and the SHC, and does not apply to any other defendant, as to which plaintiffs' underlying Complaint and any amendments thereto are controlling.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district.  Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

> ☑ 28 U.S. C. § 1605(a)(5) (non-commercial tort exception)
>
> ☑ 28 U.S. C. § 1605B (Justice against Sponsors of Terrorism Act)
>
> ☐ Other: (set forth below the basis of any additional ground for jurisdiction    and plead such in sufficient detail as per the FRCP):
> _____

_____
_____
_____.

## CAUSES OF ACTION

3. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the CAC:

- ☑ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA)

- ☑ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(a)

- ☑ Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333

- ☑ Wrongful Death, as applicable to a claim for such

- ☑ Survival

- ☑ Alien Tort Claims Act

- ☑ Assault and Battery

- ☑ Conspiracy

- ☑ Aiding and Abetting

- ☑ Intentional Infliction of Emotional Distress

- ☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents

- ☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents

- ☑ 18 U.S.C. § 1962(a)-(d) – CIVIL RICO

☑ Trespass

☑ Punitive Damages

☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants:
_____
_____
_____

### **IDENTIFICATION OF PLAINTIFFS**

5. The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

  a. The citizenship of said Plaintiff is indicated at Appendix 1 to this Short Form complaint.

  b. Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

  c. As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased.

  d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

    e. As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged herein: _____.

    f. The name, relationship to the injured 9/11 victim, residency, nationality, and the general nature of the claim for each plaintiff is listed on the attached Exhibit 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

## IDENTIFICATION OF THE DEFENDANTS

6. The following entities are Defendants herein:

    ☑ Kingdom of Saudi Arabia

    ☑ Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: May 16, 2017              Respectfully Submitted,

/s/ Christopher R. LoPalo
Christopher R. LoPalo, Esq. (CL-6466)
Paul J. Napoli, Esq. (PN-8845)
Jaquay Felix (JF-6030)
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, NY 1747
Telephone (212) 397-1000
clopalo@napolilaw.com
pnapoli@napolilaw.com
jfelix@napolilaw.com

Counsel for Plaintiff(s)


See Appendix 1 Annexed

## APPENDIX 1 TO THE *SHORT FORM COMPLAINT*

(*EXEMPLAR-ALL NAMES BELOW ARE FICTITIOUS*)

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

|  | **Plaintiffs Name (alphabetically ordered by last name of Injured 9/11 Victim)** | **Relationship to Injured 9/11 Victim** | **State of Residency at filing** | **Citizenship/ Nationality on 9/11/01** | **General Nature of Claim Asserted (e.g., personal injury, wrongful death, solatium)** |
|---|---|---|---|---|---|
| 1. | Timothy Aiken | Self | NY | US | Personal Injury |
| 2. | Joseph Annibale | Self | NY | US | Personal Injury |
| 3. | Ivan Ascencio | Self | VA | US | Personal Injury |
| 4. | Joseph Baker | Self | NY | US | Personal Injury |
| 5. | Michael Banahan and Debbie J Banahan | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 6. | Barbara A Barile, as Administratrix of the estate of Vincent Barile, and Barbara A Barile Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 7. | Patricia C Becker, as Executrix of the estate of Ronald G. Becker, Jr., and Patricia C Becker Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 8. | Linda Belinsky, as Administratrix of the estate of Thomas Belinsky, and Linda Belinsky Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 9. | Emilio Bermonty and Irnette Bermonty | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 10. | Michael C Bittner, as Personal Representative of the estate of Jeffrey D Bittner, and Michael C Bittner Individually | PR/Sibling | CT | US | Wrongful Death, Solatium |
| 11. | Anthony Blount | Self | NY | US | Personal Injury |
| 12. | Kathleen Bondeson, as Administrator of the estate of Frank E Bondeson, and Kathleen Bondeson Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 13. | Yuly Botero | Self | NY | US | Personal Injury |
| 14. | Simone Boyles, as Executrix of the estate of Melba Boyles, and Simone Boyles Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |

| | | | | | |
|---|---|---|---|---|---|
| 15. | Hava Bracic and Becir Bracic | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 16. | Robert Brager | Self | NY | US | Personal Injury |
| 17. | Lawrence Brindisi and Francine Brindisi | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 18. | Michael Bruetsch and Claudine Bruetsch | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 19. | Jiao Ying Jiang, as Personal Representative of the estate of Yi Bo Chan, and Jiao Ying Jiang Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 20. | Chang Chen | Self | NY | US | Personal Injury |
| 21. | Kin L. Chen | Self | NY | US | Personal Injury |
| 22. | Xiu Juan Chen | Self | NY | US | Personal Injury |
| 23. | John Cuddy, Jr. | Self | NY | US | Personal Injury |
| 24. | Yong Jia Cui | Self | NY | US | Personal Injury |
| 25. | Antonio D'Alleva | Self | NY | US | Personal Injury |
| 26. | Martin Davin and Cynthia Davin | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 27. | Peter DiBetta and June Dibetta | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 28. | Nicholas DiBrino and Elena DiBrino | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 29. | Nicholas DiBullo and Dana DiBullo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 30. | Yi Ding | Self | NJ | US | Personal Injury |
| 31. | Gerald D'Onofrio and Joanne D'Onofrio | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 32. | Sumintra Dookie | Self | NY | US | Personal Injury |
| 33. | Ana Duran and Manuel Jaramillo | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 34. | Carl Dyer | Self | NY | US | Personal Injury |
| 35. | Richard T Eckert | Self | NY | US | Personal Injury |
| 36. | Hesham Elsayed | Self | NY | US | Personal Injury |
| 37. | Aloysius Emega and Michelle Emega | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 38. | Pauline Eng | Self | NY | US | Personal Injury |
| 39. | Luis Enriquez | Self | NY | US | Personal Injury |
| 40. | Enny Espinosa and Ivonne Espinosa | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 41. | Michael Esposito and Consuelo Preti | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 42. | John Fabry and Marilyn Fabry | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 43. | Christopher Fedele and Zenaida Fedele | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |

| | | | | | |
|---|---|---|---|---|---|
| 44. | Stephanie Fedorishin | Self | NJ | US | Personal Injury |
| 45. | Brendan Fitzpatrick and Ellen Marie Fitzpatrick | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 46. | Darryl Ford | Self | NY | US | Personal Injury |
| 47. | John Foy | Self | NV | US | Personal Injury |
| 48. | Peter Fronimakis | Self | FL | US | Personal Injury |
| 49. | Donna Gabriele | Self | NY | US | Personal Injury |
| 50. | Brian Gaffney | Self | NY | US | Personal Injury |
| 51. | Frank Geffre | Self | NJ | US | Personal Injury |
| 52. | Joseph Genova | Self | NY | US | Personal Injury |
| 53. | Oscar Gonzalez | Self | NY | US | Personal Injury |
| 54. | Natasha McRae, as Personal Representative of the estate of Leroy Gray, and Natasha McRae Individually | PR/Girlfriend | NY | US | Wrongful Death, Solatium |
| 55. | Richard Groccia | Self | NY | US | Personal Injury |
| 56. | Edward Guilbault and Pamela Guilbault | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 57. | Charles Hernandez and Vionette Hernandez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 58. | Frederick Holm | Self | NY | US | Personal Injury |
| 59. | Yining Huang | Self | NY | US | Personal Injury |
| 60. | Daniel Hunt | Self | FL | US | Personal Injury |
| 61. | Brian Huntley and Debra N Huntley | Self/Spouse | SC | US | Personal Injury, Loss of Consortium |
| 62. | Julio Hurtado | Self | NY | US | Personal Injury |
| 63. | Salvatore Imburgia and Elise Imburgia | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 64. | John James | Self | NY | US | Personal Injury |
| 65. | Xiao Jiang | Self | NY | US | Personal Injury |
| 66. | Robert Jones and Joyce L Jones | Self/Spouse | IL | US | Personal Injury, Loss of Consortium |
| 67. | Kevin J Kerrigan | Self | NY | US | Personal Injury |
| 68. | Angela Divino, as Personal Representative of the estate of Fritz Kersaint, and Angela Divino Individually | PR/Mother | NY | US | Wrongful Death, Solatium |
| 69. | Pamela Kuhn, as Personal Representative of the estate of Charles Kuhn, and Pamela Kuhn Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 70. | Michael Lally | Self | NY | US | Personal Injury |
| 71. | George LaSala | Self | NY | US | Personal Injury |
| 72. | Pui Yee Lau and Kin | Self/Spouse | NY | US | Personal Injury, Loss of |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Man Fu |  |  |  | Consortium |
| 73. | Linda M. Laurie | Self | NY | US | Personal Injury |
| 74. | Gary Lee | Self | VA | US | Personal Injury |
| 75. | Tommy Lee | Self | NY | US | Personal Injury |
| 76. | John Leo and Vinnette Leo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 77. | Vinnette Leo and John Leo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 78. | Carmen Licari | Self | NJ | US | Personal Injury |
| 79. | Hilda Llerena | Self | NY | US | Personal Injury |
| 80. | Joseph Loccisano, as Executor of the estate of Rocco Loccisano, and Joseph Loccisano Individually | PR/Father | NY | US | Wrongful Death, Solatium |
| 81. | Frank Lombardo | Self | NY | US | Personal Injury |
| 82. | Joseph LoPalo | Self | NY | US | Personal Injury |
| 83. | Robert Lopez and Miriam Lopez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 84. | Thomas Maguire and Gloria Thomas | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 85. | Waikin Man | Self | NY | US | Personal Injury |
| 86. | Deonarine Manbodh and Sabitree Manbodh | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 87. | Marilyn Marsicano and Thomas Marsicano | Self/Spouse | PA | US | Personal Injury, Loss of Consortium |
| 88. | Joyce Johnson, as Personal Representative of the estate of Mark Martinez, and Joyce Johnson Individually | PR/Mother | NY | US | Wrongful Death, Solatium |
| 89. | Wayne E. Mazzella and Theda Mazzella | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 90. | Cortwright McIntosh and Pamela McIntosh | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 91. | John McNamara and Kathleen McNamara | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 92. | Sean McNamee | Self | NY | US | Personal Injury |
| 93. | Frank Mendolia | Self | NY | US | Personal Injury |
| 94. | Henry Miano and Regina Miano | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 95. | Gilbert Molina | Self | NY | US | Personal Injury |
| 96. | Chan Mongol | Self |  | US | Personal Injury |
| 97. | Christopher Monteiro | Self | RI | US | Personal Injury |
| 98. | Andres Mora and Rosa Valdez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 99. | Fabio Morales | Self | NY | US | Personal Injury |
| 100. | Nicholas Moukazis and | Self/Spouse | NY | US | Personal Injury, Loss of |

|  | | | | | |
|---|---|---|---|---|---|
|  | Stephanie Moukazis |  |  |  | Consortium |
| 101. | Joseph F Murray and Maryann Murray | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 102. | Adam Noble | Self | FL | US | Personal Injury |
| 103. | Atilla Novogradecz | Self | NY | US | Personal Injury |
| 104. | Jaoribe Oladeji and Olubukola Oladeji | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 105. | Felix Opia | Self | NY | US | Personal Injury |
| 106. | Christopher O'Rourke | Self | NY | US | Personal Injury |
| 107. | Felix Ortiz | Self | NY | US | Personal Injury |
| 108. | Charles Ott | Self | NY | US | Personal Injury |
| 109. | Clifford Pierrot | Self | NY | US | Personal Injury |
| 110. | Angelo Pinto | Self | PA | US | Personal Injury |
| 111. | Maria Puma | Self | NY | US | Personal Injury |
| 112. | Timothy Quinn and Catherine Quinn | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 113. | Natalia Quintanilla | Self | NY | US | Personal Injury |
| 114. | Segundo Quizhpi | Self | NY | US | Personal Injury |
| 115. | Raymond J Ragusa and Kathryn Ragusa | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 116. | Orlando Ramirez | Self | NJ | US | Personal Injury |
| 117. | Rafael Ramos and Anna Ramos | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 118. | Richard Ramos and Migdalia Miranda | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 119. | Antoinette Reig and Clifford Reig | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 120. | Jay Reiter and Aline Reiter | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 121. | David Reynolds | Self | NY | US | Personal Injury |
| 122. | Carlos Rios | Self | NY | US | Personal Injury |
| 123. | David Rivas | Self | NY | US | Personal Injury |
| 124. | Francisco Rivas | Self | NY | US | Personal Injury |
| 125. | Charles Roberts and Annemarie Roberts | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 126. | Anthony Robilotto | Self | NY | US | Personal Injury |
| 127. | William Rock | Self | FL | US | Personal Injury |
| 128. | Angel Rodriguez | Self | NY | US | Personal Injury |
| 129. | Jose F. Rodriguez and Elizabeth Rodriguez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 130. | Miguel Rodriguez and Carolyn Rodriguez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 131. | Mirian Rodriguez | Self | NY | US | Personal Injury |
| 132. | Rosa Rodriguez | Self | NY | US | Personal Injury |
| 133. | Susana Rodriguez | Self | NJ | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 134. | Christopher Rogers and Ann M Brady | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 135. | Robert Rohan | Self | NY | US | Personal Injury |
| 136. | Alfredo Rojas | Self | NY | US | Personal Injury |
| 137. | Jaime Rojas | Self | NY | US | Personal Injury |
| 138. | Mario Rojas | Self | NY | US | Personal Injury |
| 139. | Carmen Romero | Self | NY | US | Personal Injury |
| 140. | John Ross | Self | NY | US | Personal Injury |
| 141. | Lawrence Roth | Self | NY | US | Personal Injury |
| 142. | Serge Ruggio and Emmy Pena | Self/Spouse | FL | US | Personal Injury, Loss of Consortium |
| 143. | Igbalija Rugovac and Sadik Rugovac | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 144. | Denise Rushmore, as Personal Representative of the estate of Russell Rushmore, and Denise Rushmore Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 145. | Shawn Ryan | Self | NY | US | Personal Injury |
| 146. | Hipolito Salgado | Self | NY | US | Personal Injury |
| 147. | Apolinar Sanchez | Self | NY | US | Personal Injury |
| 148. | Daniel Sanchez | Self | NY | US | Personal Injury |
| 149. | Delta E Sanchez and Marcos M Rojas | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 150. | George Sanchez | Self | NY | US | Personal Injury |
| 151. | Jose Sanchez | Self | NY | US | Personal Injury |
| 152. | Jose Sanchez | Self | NY | US | Personal Injury |
| 153. | Richard L Sanchez | Self | NY | US | Personal Injury |
| 154. | Rocio Sanchez | Self | NY | US | Personal Injury |
| 155. | Luis Sanguna and Ruth Santos | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 156. | Anselmo Santoni and Josephine Santoni | Self/Spouse | FL | US | Personal Injury, Loss of Consortium |
| 157. | Anthony Santoro and Donna Santoro | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 158. | Fernanda Santos | Self | NY | US | Personal Injury |
| 159. | Bobie L Scarborough | Self | SC | US | Personal Injury |
| 160. | Peter Scarlatos and Joann Scarlatos | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 161. | Joseph Scarpinito | Self | NY | US | Personal Injury |
| 162. | Joseph Scarpinito | Self | NY | US | Personal Injury |
| 163. | Peter Schembri | Self | NY | US | Personal Injury |
| 164. | William Schillinger | Self | NY | US | Personal Injury |
| 165. | Robert Schnebly | Self | NY | US | Personal Injury |
| 166. | Benjamin Schneier | Self | NY | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 167. | George Schultz | Self | NY | US | Personal Injury |
| 168. | Luis Segarra | Self | NY | US | Personal Injury |
| 169. | James Seiferheld and Fran Seiferheld | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 170. | Theresa Serrano | Self | NY | US | Personal Injury |
| 171. | Nancy Siguencia | Self | NY | US | Personal Injury |
| 172. | Raul Siguencia | Self | NY | US | Personal Injury |
| 173. | Enrique Silva | Self | NY | US | Personal Injury |
| 174. | John Simadis and Elizabeth Simadis | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 175. | Vincent Sinnott and Yolanda Sinnott | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 176. | Winston Small | Self | MD | US | Personal Injury |
| 177. | Edward Smith and Deborah Smith | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 178. | Stephen Soldano and Rose Ann Soldano | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 179. | James Spatafora | Self | NY | US | Personal Injury |
| 180. | Joseph Spataro and Kathleen Spataro | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 181. | Walter Stein | Self | NY | US | Personal Injury |
| 182. | Robert Steiner and Rosemary E Steiner | Self/Spouse | CT | US | Personal Injury, Loss of Consortium |
| 183. | Mark Stenger and Debra A Stenger | Self/Spouse | MO | US | Personal Injury, Loss of Consortium |
| 184. | Richard Suffern and Norma Perez-Suffern | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 185. | David Sullivan | Self | NY | US | Personal Injury |
| 186. | Paul Sullivan and Helen Sullivan | Self/Spouse | CT | US | Personal Injury, Loss of Consortium |
| 187. | Samuel Sumba | Self | NY | US | Personal Injury |
| 188. | Christopher Swierkowski and JoAnn Swierkowski | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 189. | Bertha Tache and Albert Tache | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 190. | Biyun Tang | Self | NY | US | Personal Injury |
| 191. | Gregory Taylor | Self | NY | US | Personal Injury |
| 192. | Leonard Taylor and Francina Taylor | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 193. | Ronald Taylor | Self | NY | US | Personal Injury |
| 194. | Juan Tejera and Arelis X Tejera | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 195. | Francis X Thomas | Self | NY | US | Personal Injury |
| 196. | Karen Tobias and Jeffrey Tobias | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 197. | Guang Wei Liu, as | PR/Spouse | NY | US | Wrongful Death, Solatium |

| | | | | | |
|---|---|---|---|---|---|
| | Administrator of the estate of Tony Hsueh Yen Tong, and Guang Wei Liu Individually | | | | |
| 198. | Christine Torres and Anthony Chamorro | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 199. | Diana Torres | Self | NY | US | Personal Injury |
| 200. | Miguel Torres | Self | NY | US | Personal Injury |
| 201. | Thomas Tripoulas | Self | NY | US | Personal Injury |
| 202. | Nellie Troiano | Self | PA | US | Personal Injury |
| 203. | Steven Trosten | Self | NY | US | Personal Injury |
| 204. | Thomas Trzaska | Self | NY | US | Personal Injury |
| 205. | Gisela Valencia | Self | NY | US | Personal Injury |
| 206. | Charles Walsh and Lorraine Walsh | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 207. | Ancil Watson | Self | NY | US | Personal Injury |
| 208. | Delores Williams | Self | NJ | US | Personal Injury |
| 209. | Jean Winter, as Executrix of the estate of Richard Winter, and Jean Winter Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 210. | Robert Wolf, as Executor of the estate of Kenneth Wolf, and Robert Wolf Individually | PR/Sibling | NY | US | Wrongful Death, Solatium |
| 211. | Yue Neng Wu | Self | NY | US | Personal Injury |
| 212. | Matilde Yamasqui | Self | NY | US | Personal Injury |
| 213. | Joseph E Young | Self | NJ | US | Personal Injury |
| 214. | Vincent Zappulla | Self | NJ | US | Personal Injury |
| 215. | James Zoccoli | Self | NY | US | Personal Injury |