UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| <u>In re Terrorist Attacks on September 11, 2001</u> | As relates to: 03 MDL 1570 (GBD)(SN) |
| MIRIAM HODGES; ROBERT E HOEHN, JR. AND PATRICIA HOEHN; BRIAN HOESL AND LINDA HOESL; THOMAS HOGAN; DOUGLAS HOLDER AND RENEE HOLDER; GREGORY HOLGERSON AND CHRISTINE HOLGERSON; ROBERT HUTCHINSON; AMATO IANNELLI AND LORETTA IANNELLI; PAUL INZIRILLO AND SHARON INZIRILLO; ALONZO JAMES; MARY S JAMES AND ALBERT L JAMES; AMRYL JAMES-REID; FREDDY JARAMILLO; RODRIGO JIMBO; JOSE JIMENEZ AND ISABEL JIMENEZ; CHRISTOPHER JOHNSON; JOHNNY L JOHNSON AND MAUREEN JOHNSON; JEROME KAZLAUSKAS AND ELIZABETH KAZLAUSKAS; KEVIN KERRIGAN AND CHRISTINE KERRIGAN; DANIEL KOCHANSKI AND DIANE KOCHANSKI; ANDRZEJ KORZEP AND MALGORZATA KORZEP; RUSSELL KROM; DENNIS LAFFIN AND ANGELA LAFFIN; EVA LAMBOY; KEVIN LARKIN AND NINA M LARKIN; PATRICK LASCALA AND JESSICA LASCALA; ANA LASCANO; GERARD LAWSON; GARY LEVY; JUANITA LEWIS AND DERRICK T LEWIS; SHARON LITROFF; MICHAEL LOLLO AND MAEGHAN H LOLLO; RICHARD LOPEZ; PEDRO MACIAS; OREATHER MACK; KEVIN MADDEN; THOMAS MADDEN; IFE MAIJEH AND CALANDRA MAIJEJ; DENISE MAKARIUS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ARTHUR MAKARIUS, AND DENISE MAKARIUS INDIVIDUALLY; ANTHONY MALONE; VINCENT J MANCO AND DANIELA MANCO; VINCENT MARALDO; THOMAS MAZZOLA AND CAROLANN MAZZOLA; JOHN MCCABE | Civil Docket Number: 17-CV-00117<br><br><u>SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY</u><br><br>ECF CASE |

| | |
|---|---|
| AND ELISA MCCABE; MICHAEL MCCORMACK; IRIS MCMILLAN; MARIA E MELENDEZ; EDGAR MENDEZ; EVELYN MENDEZ; MARY A MENDEZ AND JOSE M MENDEZ; FRANK MENDOLIA; JOHN MESKILL AND DIANNE MESKILL; VINCENT MIRANCE; EDWARD MOJICA; JOSE MORALES, JR.; CONSUELO MORENO; JORGE MORENO; THOMAS MORTON AND AMANDA MORTON; SANDRA MULLIGAN, AS EXECUTRIX OF THE ESTATE OF PATRICK MULLIGAN, AND SANDRA MULLIGAN INDIVIDUALLY; MARIO MUNOZ AND NADIA MUNOZ; CHARLES MURPHY; GERARD MURPHY; MARK MUSARELLA; ANTHONY MUSARRA AND CLAUDIA P MUSARRA; PHILL NADLER AND SHELIA NADLER; ANGEL F NARANJO; MIGUEL A NAULA; TERRANCE NEPTUNE; JOSE NICOLA; STEVENSON NURSE; GARY O GRADY; ORLANDO OCAMPO; GUSTAVO OCHOA; LORRAINE WALSH, AS EXECUTRIX OF THE ESTATE OF THOMAS O'DEA, AND LORRAINE WALSH INDIVIDUALLY; PATRICK O'FLAHERTY AND TRACEY O'FLAHERTY; DANNY OLSEN; ARKADIUSZ OLSZEWSKI; HAIDEE OROZCO; MANUEL ORTEGA; CHRISTOPHER ORTIZ; MANUEL ORTIZ; KRZYSZTOF PAJAK; NICHOLAS PAPAZISSIS; NADINE PATTERSON; ANDREW PECORAINO; JORGE PENA; MARIANA PENA; ROBERT S PEPE; CRAIG PEREIRA AND COLLEEN PEREIRA; DAVID PEREZ AND SANDRA PEREZ; JACQUELINE PEREZ; DAVID PEREZ-ZAPATA; PAUL PERUGINI AND JENNIFER PERUGINI; CHRISTOPHER PISCIOTTI; MICHELE PLACIDO AND NANCY PLACIDO; MICHAEL POTTS; RICHARD PRAGER; GLADYS PRETEL-VEGA; LOUIS F. PRINCE, JR.; AND JUAN PUIG | |
| PLAINTIFFS, | |
| V. | |

2

| | |
|---|---|
| **KINGDOM OF SAUDI ARABIA; SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA**<br><br>**DEFENDANTS** | |

## SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Trial by Jury* against Defendants named herein by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the specific allegations, as indicated below, of Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC") and *Demand for Jury Trial* in *In Re: Terrorist Attacks on September 11, 2001, 03* MDL 1570 in the United States District Court for the Southern District of New York (hereinafter "the CAC"). Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543.

*(Notice to Conform, Applicable For Previously Filed Complaints Only):* Plaintiff(s) in the previously filed case styled as <u>MIRIAM HODGES, ET. AL. V. KINGDOM OF SAUDI ARABIA</u> file(s) this *Short Form Complaint* to incorporate Plaintiffs' *Consolidated Amended Complaint* as to the Kingdom of Saudi Arabia ("Kingdom" or "Saudi Arabia") and the Saudi High Commission for Relief of Bosnia & Herzegovina ("the SHC"), and *Demand for Jury Trial* ("the CAC"), ECF No. 3463, as permitted and approved by the Court's Order of May 3, 2017, ECF No. 3543. Upon filing of this *Short Form Complaint*, plaintiffs' underlying Complaint, ECF No. 1, is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand of the CAC, as well as all causes of action specified below. The amendment affected through this *Short Form Complaint* supplements by incorporation into, but does not displace, plaintiffs' underlying Complaint. This *Notice to Conform* relates solely to Saudi Arabia and the SHC, and does not apply to any other defendant, as to which plaintiffs' underlying Complaint and any amendments thereto are controlling.

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction, is as asserted in the CAC, and further, jurisdiction of the within *Short Form Complaint* is premised upon and applicable to all defendants in this action:

- ☑ 28 U.S. C. § 1605(a)(5) (non-commercial tort exception)

- ☑ 28 U.S. C. § 1605B (Justice against Sponsors of Terrorism Act)

- ☐ Other: (set forth below the basis of any additional ground for jurisdiction and plead such in sufficient detail as per the FRCP):
  _____
  _____
  _____.

## CAUSES OF ACTION

3. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference, the CAC as if set forth fully herein.

4. Furthermore, the following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the CAC:

- ☑ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(d) (JASTA)

- ☑ Aiding and Abetting and Conspiring with al Qaeda to Commit the September 11th Attacks Upon the United States in Violation of 18 U.S.C. § 2333(a)

- ☑ Committing Acts of International Terrorism in Violation of 18 U.S.C. § 2333

- ☑ Wrongful Death, as applicable to a claim for such

- ☑ Survival

4

- ☑ Alien Tort Claims Act
- ☑ Assault and Battery
- ☑ Conspiracy
- ☑ Aiding and Abetting
- ☑ Intentional Infliction of Emotional Distress
- ☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Supervising Employees and Agents
- ☑ Liability Pursuant to Restatement (Second) of Torts § 317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents
- ☑ 18 U.S.C. § 1962(a)-(d) – CIVIL RICO
- ☑ Trespass
- ☑ Punitive Damages
- ☐ Plaintiff assert(s) the following additional theories and/or Causes of Action against the Defendants:
  _____
  _____
  _____

## IDENTIFICATION OF PLAINTIFFS

5. The following allegations and information contained herein, is alleged as to each individual who is bringing this claim, as indicated on Appendix 1 to this *Short Form Complaint*, and/or as to each decedent who was injured and who is now deceased, whose claim is brought by the Estate representative, and as to the survivors of the Estate, herein referred to as "Plaintiffs."

   a. The citizenship of said Plaintiff is indicated at Appendix 1 to this Short Form complaint.

   b. Said Plaintiff is entitled to recover damages on the causes of action set forth in this Complaint.

    c. As indicated at Appendix 1, said Plaintiff was injured as a result of the terrorist attacks of September 11, 2001; is the estate representative of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased, or is a survivor of someone who was injured as a result of the terrorist attacks of September 11, 2001 and who is now deceased.

    d. For those plaintiffs with injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged: _____.

    e. As a direct, proximate and foreseeable result of Defendants' actions or inactions, Plaintiff suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and as otherwise described in the CAC, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged herein: _____.

    f. The name, relationship to the injured 9/11 victim, residency, nationality, and the general nature of the claim for each plaintiff is listed on the attached Exhibit 1, and is incorporated herein as allegations, with all allegations of the within *Short Form Complaint* deemed alleged as to each plaintiff.

### IDENTIFICATION OF THE DEFENDANTS

6. The following entities are Defendants herein:

    ☑ Kingdom of Saudi Arabia

    ☑ Saudi High Commission for Relief of Bosnia & Herzegovina

Plaintiffs' constituent case, if applicable, and this *Short Form Complaint* shall be deemed subject to any motion to dismiss the CAC or Answer to the CAC filed by Saudi Arabia or the SHC. By way of filing this *Short Form Complaint*, plaintiffs shall not be deemed to have adopted any class-action allegations set forth in the CAC or waived any right to object to class certification or opt out of any certified class. This *Short Form Complaint* also does not serve as a request for exclusion from any class that the Court may certify.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants as set forth in the CAC as appropriate.

### JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to the claims in this action.

Dated: May 16, 2017                Respectfully Submitted,

/s/ Christopher R. LoPalo
Christopher R. LoPalo, Esq. (CL-6466)
Paul J. Napoli, Esq. (PN-8845)
Jaquay Felix (JF-6030)
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road, Suite 305
Melville, NY 1747
Telephone (212) 397-1000
clopalo@napolilaw.com
pnapoli@napolilaw.com
jfelix@napolilaw.com

Counsel for Plaintiff(s)

See Appendix 1 Annexed

# APPENDIX 1 TO THE *SHORT FORM COMPLAINT*

(*EXEMPLAR-ALL NAMES BELOW ARE FICTITIOUS*)

Each line below is deemed an allegation, incorporating the allegations, language and references within the *Short Form Complaint* to which this Appendix is appended, and shall be referenced as Allegation 1 of Appendix 1 to the *Short Form Complaint*, Allegation 2 of Appendix 1 to the *Short Form Complaint*, etc.)

|  | **Plaintiffs Name (alphabetically ordered by last name of Injured 9/11 Victim)** | **Relationship to Injured 9/11 Victim** | **State of Residency at filing** | **Citizenship/ Nationality on 9/11/01** | **General Nature of Claim Asserted (e.g., personal injury, wrongful death, solatium)** |
|---|---|---|---|---|---|
| 1. | Miriam Hodges | Self | NY | US | Personal Injury |
| 2. | Robert E Hoehn, Jr. and Patricia Hoehn | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 3. | Brian Hoesl and Linda Hoesl | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 4. | Thomas Hogan | Self | NY | US | Personal Injury |
| 5. | Douglas Holder and Renee Holder | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 6. | Gregory Holgerson and Christine Holgerson | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 7. | Robert Hutchinson | Self | NY | US | Personal Injury |
| 8. | Amato Iannelli and Loretta Iannelli | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 9. | Paul Inzirillo and Sharon Inzirillo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 10. | Alonzo James | PR/Spouse | NV | US | Wrongful Death, Solatium |
| 11. | Mary S James and Albert L James | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 12. | Amryl James-Reid | Self | NJ | US | Personal Injury |
| 13. | Freddy Jaramillo | Self | NY | US | Personal Injury |
| 14. | Rodrigo Jimbo | Self | NY | US | Personal Injury |
| 15. | Jose Jimenez and Isabel Jimenez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 16. | Christopher Johnson | Self | NJ | US | Personal Injury |
| 17. | Johnny L Johnson and Maureen Johnson | Self/Spouse | TX | US | Personal Injury, Loss of Consortium |
| 18. | Jerome Kazlauskas and Elizabeth Kazlauskas | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 19. | Kevin Kerrigan and Christine Kerrigan | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 20. | Daniel Kochanski and Diane Kochanski | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 21. | Andrzej Korzep and Malgorzata Korzep | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 22. | Russell Krom | Self | NY | US | Personal Injury |
| 23. | Dennis Laffin and Angela Laffin | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 24. | Eva Lamboy | Self | NY | US | Personal Injury |
| 25. | Kevin Larkin and Nina M Larkin | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 26. | Patrick LaScala and | Self/Spouse | NY | US | Personal Injury, Loss of |

|    | Name | | | | |
|----|------|---|---|---|---|
|    | Jessica LaScala | | | | Consortium |
| 27. | Ana Lascano | Self | NJ | US | Personal Injury |
| 28. | Gerard Lawson | Self | PA | US | Personal Injury |
| 29. | Gary Levy | Self | NY | US | Personal Injury |
| 30. | Juanita Lewis and Derrick T Lewis | Self/Spouse | MD | US | Personal Injury, Loss of Consortium |
| 31. | Sharon Litroff | Self | NY | US | Personal Injury |
| 32. | Michael Lollo and Maeghan H Lollo | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 33. | Richard Lopez | Self | PA | US | Personal Injury |
| 34. | Pedro Macias | Self | NY | US | Personal Injury |
| 35. | Oreather Mack | Self | NY | US | Personal Injury |
| 36. | Kevin Madden | Self | FL | US | Personal Injury |
| 37. | Thomas Madden | Self | NY | US | Personal Injury |
| 38. | Ife Maijeh and Calandra Maijej | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 39. | Denise Makarius, as Personal Representative of the estate of Arthur Makarius, and Denise Makarius Individually | PR/Spouse | FL | US | Wrongful Death, Solatium |
| 40. | Anthony Malone | Self | CT | US | Personal Injury |
| 41. | Vincent J Manco and Daniela Manco | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 42. | Vincent Maraldo | Self | NY | US | Personal Injury |
| 43. | Thomas Mazzola and Carolann Mazzola | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 44. | John McCabe and Elisa McCabe | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 45. | Michael McCormack | Self | PA | US | Personal Injury |
| 46. | Iris McMillan | Self | NY | US | Personal Injury |
| 47. | Maria E Melendez | Self | NY | US | Personal Injury |
| 48. | Edgar Mendez | Self | NJ | US | Personal Injury |
| 49. | Evelyn Mendez | Self | NY | US | Personal Injury |
| 50. | Mary A Mendez and Jose M Mendez | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 51. | Frank Mendolia | Self | NY | US | Personal Injury |
| 52. | John Meskill and Dianne Meskill | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 53. | Vincent Mirance | Self | NY | US | Personal Injury |
| 54. | Edward Mojica | Self | NY | US | Personal Injury |
| 55. | Jose Morales, Jr. | Self | FL | US | Personal Injury |
| 56. | Consuelo Moreno | Self | NY | US | Personal Injury |
| 57. | Jorge Moreno | Self | NY | US | Personal Injury |
| 58. | Thomas Morton and Amanda Morton | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 59. | Sandra Mulligan, as Executrix of the estate of Patrick Mulligan, and Sandra Mulligan | PR/Spouse | NY | US | Wrongful Death, Solatium |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Individually |  |  |  |  |
| 60. | Mario Munoz and Nadia Munoz | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 61. | Charles Murphy | Self | NY | US | Personal Injury |
| 62. | Gerard Murphy | Self | NY | US | Personal Injury |
| 63. | Mark Musarella | Self | NY | US | Personal Injury |
| 64. | Anthony Musarra and Claudia P Musarra | Self/Spouse | FL | US | Personal Injury, Loss of Consortium |
| 65. | Phill Nadler and Shelia Nadler | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 66. | Angel F Naranjo | Self | NY | US | Personal Injury |
| 67. | Miguel A Naula | Self | NY | US | Personal Injury |
| 68. | Terrance Neptune | Self | NY | US | Personal Injury |
| 69. | Jose Nicola | Self | NY | US | Personal Injury |
| 70. | Stevenson Nurse | Self | NY | US | Personal Injury |
| 71. | Gary O Grady | Self | NY | US | Personal Injury |
| 72. | Orlando Ocampo | Self | NY | US | Personal Injury |
| 73. | Gustavo Ochoa | Self | NY | US | Personal Injury |
| 74. | Lorraine Walsh, as Executrix of the estate of Thomas O'Dea, and Lorraine Walsh Individually | PR/Spouse | NY | US | Wrongful Death, Solatium |
| 75. | Patrick O'Flaherty and Tracey O'Flaherty | Self/Spouse | NJ | US | Personal Injury, Loss of Consortium |
| 76. | Danny Olsen | Self | NV | US | Personal Injury |
| 77. | Arkadiusz Olszewski | Self | NY | US | Personal Injury |
| 78. | Haidee Orozco | Self | NY | US | Personal Injury |
| 79. | Manuel Ortega | Self | NY | US | Personal Injury |
| 80. | Christopher Ortiz | Self | NY | US | Personal Injury |
| 81. | Manuel Ortiz | Self | NY | US | Personal Injury |
| 82. | Krzysztof Pajak | Self | NY | US | Personal Injury |
| 83. | Nicholas Papazissis | Self | NY | US | Personal Injury |
| 84. | Nadine Patterson | Self | NY | US | Personal Injury |
| 85. | Andrew Pecoraino | Self | NY | US | Personal Injury |
| 86. | Jorge Pena | Self | NY | US | Personal Injury |
| 87. | Mariana Pena | Self | NY | US | Personal Injury |
| 88. | Robert S Pepe | Self | FL | US | Personal Injury |
| 89. | Craig Pereira and Colleen Pereira | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 90. | David Perez and Sandra Perez | Self/Spouse | VA | US | Personal Injury, Loss of Consortium |
| 91. | Jacqueline Perez | Self | NY | US | Personal Injury |
| 92. | David Perez-Zapata | Self | NY | US | Personal Injury |
| 93. | Paul Perugini and Jennifer Perugini | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 94. | Christopher Pisciotti | Self | NJ | US | Personal Injury |

| | | | | | |
|---|---|---|---|---|---|
| 95. | Michele Placido and Nancy Placido | Self/Spouse | NY | US | Personal Injury, Loss of Consortium |
| 96. | Michael Potts | Self | FL | US | Personal Injury |
| 97. | Richard Prager | Self | NY | US | Personal Injury |
| 98. | Gladys Pretel-Vega | Self | NY | US | Personal Injury |
| 99. | Louis F. Prince, Jr. | Self | PA | US | Personal Injury |
| 100. | Juan Puig | Self | NY | US | Personal Injury |