UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | As relates to 03 MDL 1570 (GBD)(SN) |
|---|---|
| ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, and ARROWOOD SURPLUS LINES INSURANCE COMPANY, FORMERLY KNOWN AS ROYAL SURPLUS LINES INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>   v.<br><br>KINGDOM OF SAUDI ARABIA, SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA, AL RAJHI BANK, NATIONAL COMMERCIAL BANK, and SAUDI BINLADIN GROUP,<br><br>     Defendants. | Civil Action No. 17-CV-3908 (GBD)(SN)<br><br><br><br><br><br>**APPEARANCE OF COUNSEL**<br><br><br>**ECF CASE** |

To: The Clerk of the Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY, and ARROWOOD SURPLUS LINES INSURANCE COMPANY, FORMERLY KNOWN AS ROYAL SURPLUS LINES INSURANCE COMPANY.

Dated: New York, New York   /s/ James L. Bernard
    May 25, 2017       James L. Bernard (SDNY Bar No. JLB4273)
                 Stroock & Stroock & Lavan LLP
                 180 Maiden Lane
                 New York, New York 10038
                 (212) 806-5400
                 (212) 806-6006
                 jbernard@stroock.com