UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON | : | Civil Action No. |
| SEPTEMBER 11, 2001 | : | 03 MDL 1570 (GBD) (FM) |
| | : | |
| | : | |
| *This document applies to* | : | |
| *Hoglan, et al. v. The Islamic Republic* | : | |
| *of Iran, et al.* | : | |
| *1:11-cv-07550-GBD* | : | |

---

**MOTION TO WITHDRAW DECLARATION**
**DATED MAY 3, 2017 OF PLAINTIFF CAROLE GRAZIOSO**

Plaintiff Carole Grazioso, by and through undersigned counsel, hereby moves to withdraw her Declaration dated May 3, 2017, Document 3566.  This request does not affect any other prior filings in her case.


                                        Respectfully submitted,

Date:   May 25, 2017                    /s/ Timothy B. Fleming_____
                                        Timothy B. Fleming (DC Bar No. 351114)
                                        WIGGINS CHILDS PANTAZIS
                                        FISHER GOLDFARB PLLC
                                        1850 M Street, NW, Suite 720
                                        Washington, DC  20036
                                        (202) 467-4489

                                        Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
                                        WIGGINS CHILDS PANTAZIS
                                        FISHER GOLDFARB LLC
                                        The Kress Building
                                        301 19th Street North
                                        Birmingham, AL  35203
                                        (205) 314-0500

                                        Richard D. Hailey (IN Bar No. 7375-49)
                                        Mary Beth Ramey (IN Bar No. 5876-49)
                                        RAMEY & HAILEY
                                        9333 North Meridian Street, Suite 105

2

Indianapolis, IN  46260
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ
 & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

Attorneys for the *Hoglan* Plaintiffs