**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: **(PROPOSED) ORDER**
: **WITHDRAWING DOCUMENT**
: **NO. 3566**
:
: 1:03 MDL 1570 (GBD) (SN)

-------------------------------------------------------------------X

This Document Relates to
Hoglan v. Iran
1:11-cv-07550 (GBD) (SN)

The Court has received Plaintiff Carole Grazioso's motion requesting to withdraw a declaration, dated May 3, 2017, filed on her behalf in the above-captioned matter, Document No. 3566. The Plaintiff's request is GRANTED.

IT IS HEREBY ORDERED that said Document 3566 is withdrawn and shall not comprise part of the record in this case.

**SO ORDERED.**

DATE _____      _____
                                  SARAH NETBURN
                                  UNITED STATES MAGISTRATE JUDGE