UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON
        SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03 MDL 1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2017

**SARAH NETBURN, United States Magistrate Judge**:

On May 25, 2017, counsel for Wael Jelaidan and the Plaintiffs' Executive Committees ("PEC") appeared for a telephone conference before the Court to discuss the adequacy of the effort of Jelaidan's counsel to secure the necessary Office of Foreign Assets Control ("OFAC") license to satisfy the sanctions award due to the PEC and the appropriateness of any additional sanctions.

Federal Rule of Civil Procedure 16(f) allows the Court to issue "any just orders" if a party or its attorney "fails to obey a scheduling or other pretrial order." Jelaidan's counsel has failed to obey the October 31, 2016 pretrial order requiring him to file status reports on December 27, 2016, and every sixty days thereafter regarding his efforts to secure an OFAC license (ECF No. 3380), and that his efforts to secure such license before the PEC's motion for additional sanctions were lackluster.

Accordingly, the Court ORDERS Jelaidan's counsel to submit status reports every thirty days, starting Monday, June 26, 2017, and every 30 days thereafter, which describe in detail his continuing efforts to secure the requisite OFAC license. Such status reports should describe the date and nature of contacts with specific individuals at OFAC with sufficient detail for the Court to evaluate the adequacy of counsel's efforts.

If counsel fails to submit such reports or submits reports that do not document that he is making adequate efforts to secure the license, the Court will sanction counsel by imposing a fine of one hundred dollars ($100) a day payable to the Clerk of Court until counsel enters into compliance, pursuant to Rule 16 and 37 and the Court's inherent power.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 25, 2017
           New York, New York