# CLIFFORD CHANCE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2017
```

**Via ECF**

The Honorable Sarah Netburn
Judge, United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Direct Dial: +1 202 912 5109
E-mail: steve.cottreau@cliffordchance.com

June 9, 2017

**In re Terrorist Attacks of September 11, 2001, 03 MDL 1570**

Dear Judge Netburn,

We write to you on behalf of Dubai Islamic Bank in response to the Court's March 24, 2017 order (Dkt. 3482) setting June 16, 2017 as the deadline for completion of document discovery. The Plaintiffs' Executive Committees have reviewed this letter and concur with its contents.

Following Judge Maas's rulings at a March 22, 2016 hearing, the Plaintiffs' Executive Committees and counsel for Dubai Islamic Bank have been conferring in an attempt to resolve a number of disputes with respect to the use of search terms to conduct queries in accordance with Judge Mass's rulings.

Given the upcoming June 16, 2017 deadline for document production, the parties request an extension of the deadline to July 31, 2017 for the completion of document production by Dubai Islamic Bank in order to allow the parties opportunity to resolve or narrow their outstanding disagreements. We appreciate the Court's attention to this matter.

Sincerely,
/s/ Steven T. Cottreau
Steven T. Cottreau

---

Dubai Islamic Bank's request for an extension of time to complete document discovery is GRANTED. Document discovery as to Dubai Islamic Bank shall conclude on Monday, July 31, 2017.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

June 12, 2017
New York, New York