UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re Terrorist Attacks on September 11, 2001                  :   03 MD 1570 (GBD)
                                                               :   ECF Case
                                                               :
---------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## PLAINTIFFS' NOTICE OF MOTION TO ASSESS DAMAGES AGAINST DEFENDANT THE ISLAMIC REPUBLIC OF IRAN

PLEASE TAKE NOTICE that upon the accompanying declaration of Robert M. Kaplan, the accompanying affidavit of Lawrence Boysen and the accompanying memorandum of law, Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania will move this Court before the Honorable Sarah Natburn, United States Magistrate Judge, at the United States District Court for the Southern District of New York, United States Courthouse, 40 Centre Street, New York, New York, 10007, on June 26, 2017 at 10 a.m. for an order awarding plaintiffs damages in connection with the judgment on default entered against the Islamic Republic of Iran for claims arising under 28 U.S.C. § 1605A, entered on January 6, 2017.

Dated: New York, New York
       June 19, 2017

101784

FERBER CHAN ESSNER & COLLER, LLP

By: _____
      Robert M. Kaplan (RK1428)
Attorneys for Plaintiffs Continental Casualty
Company, Transcontinental Insurance Company,
Transportation Insurance Company, Valley Forge
Insurance Company, National Fire Insurance
Company of Hartford and American Casualty
Company of Reading, Pennsylvania
One Grand Central Place, Suite 2050
New York, New York 10165
(212) 944-2200