# EXHIBIT A

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| Continental Casualty Company | AI00222211 | Redacted | INJURIES FROM EXPOSURE FOLLOWING THE WTC ATTACKS. | - | 116,303.92 |
| | MT00546311 | | EXPOSURE TO TOXIC ELEMENTS WHILE PERFORMING CLEANUP POST 9/11. | - | 358,680.19 |
| | RM00569011 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | 1,521,286.80 |
| | RM00569012 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | 47,997.46 |
| | RM00569013 | | TERRORIST ATTACK/FIRE | 7,000,000.00 | 41,986.75 |
| | RM00577511 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00577512 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00577513 | | TERRORIST ATTACK/FIRE | 7,000,000.00 | - |
| | RM00577611 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00577612 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00577613 | | TERRORIST ATTACK/FIRE | 7,000,000.00 | - |
| | RM00577711 | | TERRORIST ATTACK/FIRE | 9,999,999.00 | - |
| | RM00577712 | | TERRORIST ATTACK/FIRE | 4,900,002.00 | - |
| | RM00577713 | | TERRORIST ATTACK/FIRE | 9,999,999.00 | - |
| | RM00665111 | | TERRORIST ATTACK/FIRE | 224,812.00 | - |
| | RM00665112 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00665113 | | TERRORIST ATTACK/FIRE | 1,000,000.00 | - |
| | RM00665211 | | TERRORIST ATTACK/FIRE | 2,341.00 | - |
| | RM00665212 | | TERRORIST ATTACK/FIRE | 9,000,000.00 | - |
| | RM00665213 | | TERRORIST ATTACK/FIRE | 6,027,894.00 | - |
| | 3180728911 | | INSD LOST 14 BEDS AND 10 REFRIGERATORS. | 1,757.31 | - |
| | 3152925211 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 300.00 | - |
| | 3152925212 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 43,016.89 | - |
| | MT00310111 | | CLMTS ALLEGES INJURY WHEN EXPOSED TO TOXIC SUBSTANCES AT WTC | - | 507.45 |
| | 3153125712 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 17,508.81 | - |
| | MT00300711 | | WTC CLMTS ALLEGES EXPOSURE TO TOXIC FUMES | - | 28,781.50 |
| | RM00578012 | | WTC ATTACK | 7,713.32 | - |
| | RM00579511 | | ACCESS INTO BLDG DENIED | 11,559.00 | 2,450.00 |
| | RM00579512 | | ACCESS INTO BLDG DENIED | 127,653.00 | - |
| | RM00631411 | | TERRORISM/WTC BINT | - | 74,628.42 |
| | RM00571911 | | TERRORIST ATTACK/FIRE | 550,001.60 | 21,697.37 |
| | RM00569111 | | WTC ATTACK | 9,999,999.00 | 57,342.20 |
| | RM00569112 | | WTC ATTACK | 5,000,001.00 | 20,152.06 |

| ID | Redacted | Description | Amount 1 | Amount 2 |
|---|---|---|---|---|
| RM00594711 | | TERRORIST ATTACKS | 1.00 | - |
| RM00594712 | | TERRORIST ATTACKS | 9,999,999.00 | 40,200.84 |
| RM00594812 | | TERRORIST ATTACKS | 2,625,000.00 | 29,240.01 |
| RM00581411 | | TERRORIST ATTACK | 2,498,000.00 | 96,199.42 |
| RM00570411 | | TERRORIST ATTACK | 2,616,038.56 | 46,222.28 |
| RM00592211 | | WORLD TRADE CENTER ATTACK/TERRORISM | - | 20,429.93 |
| AE22143411 | | WTC SITE WORKER CLAIMS | 3,000,000.00 | - |
| AI00223211 | | ALLEGED INJURIES PERTAINING TO CLEAN UP OF WORLD TRADE CENTER | - | 47,416.36 |
| RM00569511 | | TERRORIST ATTACK/ FIRE | 533,689.43 | 96,844.49 |
| RM00569512 | | TERRORIST ATTACK/ FIRE | 1,275,000.00 | 57,347.75 |
| RM00569611 | | TERRORIST ATTACK/ FIRE | - | 1,725.25 |
| FI50028211 | | 981 SAFE DEPOSIT BOXES DESTROYED, CONTAINED AT BRANCH AT WTC. | 325,097.05 | 130,925.60 |
| RM00577911 | | WTC ATTACK | 27,647.26 | - |
| EP00106411 | | 6 CLMTS WERE AT MEETING IN WTC WHEN PLANE HIT KILLING ALL | 1,550,108.31 | 25,604.63 |
| RM00599111 | | TERRORIST ATTACK | 54,973.71 | - |
| RM00625111 | | BURGLARY | 305,403.47 | - |
| RM00582911 | | TERRORIST ATTACK/FIRE | - | 2,272.25 |
| 3152898812 | | CONTENT DMG & BUS INTERRUPTION DUE TO WTC | 20,262.02 | 1,336.10 |
| AI00235411 | | Clean up after 9/11 | - | 96,493.35 |
| 7A11667711 | | DUE TO TERRORIST ATTACK INSDS BUSINESS HAD TO BE CLOSED DOWN | 551.49 | - |
| 3152868911 | | BUSINESS INTERRUPTION | 27,074.90 | - |
| 3152868912 | | BUSINESS INTERRUPTION | 40,337.83 | - |
| 3153092111 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 14,000.00 | - |
| 3153092112 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,899.84 | - |
| 3153396411 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 9,691.41 | - |
| EK81891211 | | CAUSATIVE AGENT: WTC 9/11 | - | 40,517.81 |
| 7A11597711 | | AIRPORT SHUT DOWN LOSS OF BUSINESS | 59,562.67 | - |
| 3152911611 | | BUSINESS INTERUPTION DUE TO WTC | 12,000.00 | - |
| MT00272611 | | POST 9/11 WTC CLEANUP | - | 26,477.89 |
| RM00571411 | | TERRORIST ATTACK ON PENTAGON | 1,390,237.16 | 3,595.00 |
| EP00104811 | | CLMT KILLED & 5 COWORKERS INJURED AT WTC 9/11/01 | 309,046.81 | 3,687.04 |
| AE20574611 | | NOTIFICATION OF POTENTIAL INVOLVEMENT WITH WTC | - | 831.01 |
| AE20023711 | | 2 SUBPOENAS FOR RECORD REGARDING WTC | 100,000.00 | 157,124.43 |
| RM00591911 | | TERRORIST ATTACK | 625,000.00 | 8,277.34 |

| | | | | |
|---|---|---|---|---|
| RM00570711 | Redacted | TERRORIST ATTACK/BLDG DMGE | 700,001.16 | 41,762.99 |
| RM00570712 | | TERRORIST ATTACK/BLDG DMGE | 1,176,998.84 | 7,827.20 |
| RM00578411 | | TERRORIST ATTACK | 576,848.48 | - |
| 3152868311 | | BLDG DAMAGE AS RESULT OF TERRORISM | 43,219.00 | |
| 3152868312 | | BLDG DAMAGE AS RESULT OF TERRORISM | 628,361.00 | 6,512.50 |
| 3152868314 | | BLDG DAMAGE AS RESULT OF TERRORISM | 199,870.00 | - |
| E377979711 | | WTC CLMTS ALLEGES EXPOSURE TO TOXIC FUMES | - | 3,167.00 |
| 3152948212 | | TOOLS & EQUIPMENT WERE LOCKED IN BASEMENT AND NOT ACCESSIBLE | 2,500.00 | - |
| RM00507711 | | WTC TERRORIST ATTACK | 504,529.80 | - |
| RM00569411 | | TERRORIST ATTACK | - | 5,857.65 |
| 3152899211 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,000.00 | - |
| RM00575711 | | BINT DUE TO TERRORIST ATTACK | - | 2,500.05 |
| MT00300511 | | WTC ALLEGED EXPOSURE TO FUMES | - | 8,625.90 |
| 3152949711 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,000.00 | - |
| RM00569311 | | TERRORIST ATTACK/BUSINESS INT | - | 4,985.98 |
| MT00549811 | | POST 911 CLEANUP | - | 25,825.54 |
| 3152868411 | | LOSS OF BUSINESS DUE TO WTC ATTACK | 10,000.00 | - |
| MT00280211 | | WTC CLEANUP - POST 9/11 | - | 166.17 |
| AI00189111 | | CLMT EXPOSED TO TOXIC FUMES, DEBRIS, CHEMICALS | - | 1,597.50 |
| MT00273011 | | WTC CLEANUP - POST 9/11 | - | 8,867.60 |
| AE21744111 | | ANOTHER LAWSUIT BY WORKERS INVOLVED WITH WTC CLEAN UP PROJECT | 1,750.00 | 26,500.28 |
| E216992711 | | CLAIMANTS ALLEGES INJURIES FROM CLEAN UP PROJECT | - | 33,907.05 |
| AI00249211 | | 9-11 WORLD TRADE CENTER LOSS | - | 875.00 |
| MT00545111 | | EXPOSURE TO TOXIC ELEMENTS AND CHEMICALS POST 9/11 CLEANUP | - | 61,793.59 |
| MT00271811 | | POST 9/11 WTC CLEANUP | - | 42,242.04 |
| AE20462221 | | ALLEGED EXPOSURE TO TOXIC SUBS. DURING WTC RECOVERY OPER. | - | - |
| MT00272511 | | POST 9/11 WTC CLEANUP | - | 33,660.06 |
| RM00611311 | | TERRORIST ATTACK | - | 12,490.03 |
| RM00508011 | | BUS INTERRUPTION | 705,109.00 | 16,825.29 |
| RM00508012 | | BUS INTERRUPTION | 256,683.00 | 11,677.13 |
| RM00578311 | | TERRORIST ATTACK/FIRE | - | 25,126.01 |
| RM00578312 | | TERRORIST ATTACK/FIRE | 1,328,200.53 | 17,259.95 |
| 3152864711 | | THE INS. TOOLS WERE IN A TRUCK THAT WAS PARKED UNDER THE NORTH | 7,000.00 | - |
| 3152896711 | | BUSINESS INTERRUPTION LOSS DUE TO WTC DISASTER | 6,000.00 | - |

| | | | | |
|---|---|---|---|---|
| AE18705311 | Redacted | WRONGFUL DEATH ACTIONS RELATED TO DESTRUCTION OF WTC | 62,500.00 | 451,622.62 |
| MB04133111 | | MB041331       1 | 10,788.35 | 1,490.00 |
| AE22124411 | | ISSUE WITH BMI BUILD OUT AT 7 WORLD TRADE CENTER | - | 370.50 |
| E241064211 | | ALLEGE VAR INJURIES TO VAR PARTIES DUE TO 09-11-01 CLEAN UP | - | 2,686.40 |
| RM00575811 | | TERRORIST ATTACK/FIRE | - | 2,192.63 |
| RM00593511 | | BINT DUE TO WTC ATTACK | - | 143.64 |
| IA00114611 | | ALLEGED NEGLIGENCE. | 13,557.64 | 282.13 |
| RM00589611 | | TERRORIST ATTACKS | 1,690,000.00 | 27,406.67 |
| 1K03204711 | | VISONE,STE HIT BY DEBRIS FROM THE WORLD TRADE CENTER | 19,000.00 | 133.75 |
| 1K03204811 | | GOLDBERG,R STRUCK BY DEBRIS FROM THE WORLD TRADE CENTER | 19,000.00 | 133.75 |
| RM00581511 | | TERRORIST ATTACKS | 690,000.00 | 37,856.02 |
| MT00301511 | | ALLEGED WTC CLAIM | - | 11,749.00 |
| MT00279611 | | WTC ALLEGED EXPOSURE TO FUMES | - | 29,654.08 |
| RM00571711 | | FIRE | 2,657,415.00 | 110,612.53 |
| 7A11599111 | | AIRPORT SHUT DOWN BY CIVIL AUTHORITY LOSS OF BUSINESS | 18,089.25 | - |
| 3152869011 | | BUSINESS INTERRUPTION | 415,000.00 | 687.50 |
| 3152869012 | | BUSINESS INTERRUPTION | 1,385,000.00 | 18,510.17 |
| 2970365111 | | BROWN,KAST BROWN,K-OV IN REV STRUCK IV - OV PANICKED FROM WTC A | 3,991.93 | - |
| DJ00135811 | | WTC CLMTS ALLEGE EXPOSURE TO TOXIC FUMES | - | 1,712.50 |
| MT00300811 | | WTC CLMTS ALLEGES EXPOSURE TO TOXIC FUMES | - | 57,177.92 |
| AE19235911 | | PERSONAL INJURIES RESULTING FROM THE COLLAPSE OF WORLD TRADE CE | 62,500.00 | 130,211.04 |
| RM00571611 | | TERRORIST ATTACK | 75,000.00 | 19,383.33 |
| RM00571613 | | TERRORIST ATTACK | 470,199.61 | 20,444.12 |
| 3152876611 | | BUSINESS INTERRUPTION | 25,000.00 | - |
| RM00618911 | | TERRORIST ATTACKS | 394,383.87 | 12,477.35 |
| 3152929611 | | PROPERTY LOSS AT MARRIOTT HOTEL. | 1,900.00 | - |
| FD00091711 | | CLASS ACTION OF LESSEES OF SAFE DEPOSIT BOXES AT 5 WTC | - | 2,243.84 |
| FD00104611 | | FAILURE TO SECURE WTC SAFETY BOXES. | - | 1,254.60 |
| RM00571811 | | WTC ATTACK/FIRE | - | 2,990.59 |
| 3152869211 | | BUSINESS INTERRUPTION | 10,000.00 | - |
| 3153290011 | | DURING WTC DISASTER, UNK STOLE PROPERTY FROM INSURED | 1,292.00 | 300.00 |
| 3180798711 | | DUE TO THE EVENTS OF THE WORLD TRADE CENTER THE INSURED HAS SUF | 24,974.00 | 1,099.00 |
| 3180798712 | | DUE TO THE EVENTS OF THE WORLD TRADE CENTER THE INSURED HAS SUF | 5,223.01 | - |
| E239544211 | | GUESTS ALLEGE THAT THEY CONTRACTED LEGIONARIES DISEASE | - | 29,729.29 |

| | | | | | |
|---|---|---|---|---|---|
| | 3152871111 | Redacted | INSD BUSINESS SHUT DOWN | 24,142.10 | 1,216.00 |
| | 3152871112 | | INSD BUSINESS SHUT DOWN | 13,389.22 | 2,570.00 |
| | RM00569811 | | TERRORIST ATTACK | 5,000,000.00 | 9,850.59 |
| | RM00569911 | | TERRORIST ATTACK | 500,000.00 | 213.17 |
| | RM00570811 | | TERRORIST ATTACK | 1,500,000.00 | 19,789.80 |
| | RM00570911 | | TERRORIST ATTACK | 571,400.00 | 313.36 |
| | AE20432421 | | EXPOSURE TO TOXIC SUBSTANCES DURING WTC RECOVERY OPERATIONS | - | - |
| | RM00571111 | | TERRORIST ATTACK/FIRE | 269,500.00 | 1,053.06 |
| | MT00304711 | | WTC 9/11 | - | 12,195.00 |
| | 3152949511 | | BOILER WAS DAMAGED FROM WTC DISASTER | 8,300.00 | 350.00 |
| | RM00508111 | | POTENTIAL BINT | 100,000.00 | 12,100.71 |
| | 3152898511 | | SMOKE/ASH DAMAGE DUE TO WTC DISASTER | 77,800.00 | 3,144.87 |
| | 3152898512 | | SMOKE/ASH DAMAGE DUE TO WTC DISASTER | 57,942.26 | 5,830.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| Sub Total | | | | 190,668,537.90 | 4,667,816.94 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| Transportation Insurance Company | 3153032111 | Redacted | DAMAGE TO CONTENTS | 36,622.20 | 4,105.46 |
| | 3152947411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,090.00 | 114.00 |
| | 3152869912 | | LOSS OF BUS.,POSSIBLE LOSS OF PROPERTY IN WORLD TRADE CTR AREA | 25,673.79 | - |
| | E218747511 | | CLMT ALLEGES INSD DID NOT PROVIDE ANY SERVICES | - | 9,048.97 |
| | MT00549911 | | POST 9/11 CLEANUP | - | 1,054.00 |
| | 3152925911 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 53,667.00 | 7,067.60 |
| | 3152925912 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 10,585.59 | - |
| | 3152871611 | | DUE TO WTC DISASTER INSD SUSTAINED LOSS OF BUSINESS INTERUPTION | 46,451.00 | - |
| | 3152871612 | | DUE TO WTC DISASTER INSD SUSTAINED LOSS OF BUSINESS INTERUPTION | 5,344.38 | 3,637.00 |
| | 3152871811 | | DMG EQUIPMENT, BINT, RELOCATION | 574,567.00 | 25,698.18 |
| | 3152871812 | | DMG EQUIPMENT, BINT, RELOCATION | 400,000.00 | 8,930.92 |
| | 3152871813 | | DMG EQUIPMENT, BINT, RELOCATION | 77,500.00 | - |
| | 3152863611 | | NOTICE OF CATASTROPHE | 92,500.00 | - |
| | 3152863612 | | NOTICE OF CATASTROPHE | 23,911.82 | 4,123.93 |
| | 3152863613 | | NOTICE OF CATASTROPHE | 100,000.00 | 1,210.00 |
| | 3152944211 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 275.00 | - |
| | 3152944212 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 39,372.00 | 7,014.31 |
| | 3152944312 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 56,481.27 | 3,074.50 |
| | 3152875611 | | LOSS OF INCOME DUE TO CIVIL AUTH PREVENTING ACCESS TO PREMISES | 4,324.72 | - |
| | 3152899411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 5,192.28 | - |
| | 3152894011 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 41,753.00 | 5,363.07 |
| | 3152927211 | | INSD SUSTAINED BUSINESS INTERRUPTION DUE TO WTC DISASTER | 22,329.00 | 4,157.50 |
| | 3152927212 | | INSD SUSTAINED BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,735.70 | - |
| | 4128838711 | | LOSS OF BUSINESS DUE TO WORLD TRADE CENTER ATTACK | - | 737.35 |
| | 3152927311 | | CLEAN UP | 3,875.52 | - |
| | 3152892912 | | BUSINESS INTERRUPTION & CONTENTS DUE TO WTC DISASTER | 9,416.00 | 4,403.72 |
| | 3152869311 | | PROPERTY DAMAGE DUE TO WORLD TRADE CENTER DISASTER | 7,589.06 | - |
| | 3152869312 | | PROPERTY DAMAGE DUE TO WORLD TRADE CENTER DISASTER | 10,977.25 | - |
| | 3153294511 | | CONTENTS DMGD DURING MOVE AFTER WTC ATTACK | (250.00) | - |
| | 3152941212 | | INSD HAD SYSTEM DOWN DUE TO WTC DISASTER | 3,629.34 | 4,174.40 |
| | 3152948711 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 26,000.00 | - |
| | 3152948712 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 463,257.53 | 7,718.50 |
| | 3152941711 | | WTC DISASTER | 1,944.00 | - |
| | 3152941712 | | WTC DISASTER | 13,841.21 | - |
| | 3152946911 | | TOOL & EQUIPMENT LOST IN WTC DISASTER | 2,657.00 | - |

| | | | | |
|---|---|---|---|---|
| 3152927611 | Redacted | BUSINESS INTERRUPTION | 18,624.00 | - |
| 3152927511 | | DMT TO COMPUTERS BINDERS DUE TO WTC DISASTER | - | 1,774.58 |
| 3152927512 | | DMT TO COMPUTERS BINDERS DUE TO WTC DISASTER | - | 180.00 |
| 3152891011 | | BUSINESS INTERRUPTION | 5,400.00 | - |
| 3152891012 | | BUSINESS INTERRUPTION | 5,628.72 | - |
| MT00301811 | | ALLEGED WTC CLAIM | - | 22,726.88 |
| 3152891211 | | LOCATION DAMAGED BY FALLING DEBRIS & FIRE/BUS. INTERRUPTION | 2,746,860.00 | 1,461.93 |
| 3152891212 | | LOCATION DAMAGED BY FALLING DEBRIS & FIRE/BUS. INTERRUPTION | 3,298,118.00 | 53,439.00 |
| 3152895711 | | DUST FROM EXPLSION HAS GONE THROUGH AC VENTS | 3,413.18 | - |
| 3152895712 | | DUST FROM EXPLSION HAS GONE THROUGH AC VENTS | 29,685.41 | - |
| 3152867911 | | BUILDING DAMAGE DUE TO ACT OF TERRORISM | 70,767.65 | - |
| 3152867912 | | BUILDING DAMAGE DUE TO ACT OF TERRORISM | 523,523.72 | 16,208.25 |
| 3152947112 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 22,851.44 | - |
| 3152897711 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 5,628.00 | - |
| 3152897811 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 37,548.02 | 3,882.00 |
| 3152897812 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 9,162.66 | - |
| 3152868511 | | BLOCKED ACCESS TO INS BLDG DUE TO WORLD TRADE CENTER ATTACK | - | 3,319.17 |
| 3152868512 | | BLOCKED ACCESS TO INS BLDG DUE TO WORLD TRADE CENTER ATTACK | 27,453.00 | - |
| MT00305811 | | ALLEGED EXPOSURE TO WTC 9/11 | - | 22,493.15 |
| 3180720911 | | PRODUCT DELIVERED TO 92ND FL WORLD TRADE CENTER, DAMAGED IN ATT | 15,000.00 | - |
| 3152876811 | | DUE TO WORLD TRADE CENTER DISASTER CAN'T OPEN/ NORMAL BUSINESS | 75,504.00 | 77,492.38 |
| 3152904411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 900.00 | - |
| 3153091411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 26,091.34 | - |
| 3152926911 | | BUSINESS INTERRUPTION DUE TO WTC | 34,979.00 | 6,305.00 |
| 3180725712 | | THIS LOSS RELATES  TO THE CAT ISO 48.  BUSINESS INTERRUPTION. | 8,090.00 | - |
| 3152876411 | | BUSINESS INTERRUPPTON DUE TO WTC DISASTER | 28,443.00 | - |
| E244728311 | | WTC ALLEGED EXPOSURE TO FUMES | - | 7,134.50 |
| 3152891711 | | BLDG,CONTENTS & BUSINESS INTER DUE TO WTC DISASTER | 26,719.34 | 2,164.70 |
| 3152891712 | | BLDG,CONTENTS & BUSINESS INTER DUE TO WTC DISASTER | 25,035.65 | - |
| 3152891713 | | BLDG,CONTENTS & BUSINESS INTER DUE TO WTC DISASTER | 87,500.00 | 2,989.50 |
| 3152940311 | | INSD LOSS ENTIRE BUSNIESS DUE TO WTC DISASTER | 20,000.00 | - |
| 3152944011 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 15,978.25 | - |
| 3152944012 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 35,036.00 | 7,273.15 |
| 3152927011 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 10,868.00 | - |
| 3152891412 | | BUSINESS INTERRUPTION & CONTENTS LOSS / WTC DISASTER | 6,145.76 | - |
| E261269511 | | ALLEGES EXPOSURE WTC | - | 17,296.09 |

| ID | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 3152870411 | INS HAS NO ELECTRIC,SOME GAS MAIN LEAKS DUE TO WTC ATTACK | 10,384.00 | - |
| 3152870412 | INS HAS NO ELECTRIC,SOME GAS MAIN LEAKS DUE TO WTC ATTACK | 97,421.00 | 3,264.00 |
| 3152890812 | PROP DMG & BUSINESS INTERRUPTION DUE TO WTC | 67,942.84 | - |
| 3152873411 | COMPUTERS DESTROYED IN WTC COLLAPSE | 32,777.00 | - |
| 3152949411 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,432.00 | - |
| 3152949412 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 28,620.00 | 1,652.50 |
| E215443811 | EXPOSURE TO TOXIC ELEMENTS WHILE PERFORMING CLEANUP POST 9/11 | - | 1,741.02 |
| E215444211 | LUCYNA FOREMSKA AND TADEUSZ FOREMSKA ALLEGES INJURIES. | - | 4,350.00 |
| 3152890011 | BUILDING EVACUATED | 35,120.00 | 2,264.05 |
| 3152890012 | BUILDING EVACUATED | 127,500.00 | 3,767.48 |
| 3152892511 | BUSINESS INTERRUPTION DUE TO WTC BOMBING | 28,782.71 | - |
| MT00300211 | ALLEGED EXPOSURE TO TOXIC FUMES | - | 7,856.32 |
| 7A12997611 | INSTALLATION CLAIM FOR WORLD TRADE CENTER | 19,800.00 | - |
| 3152876912 | DUE TO CATASTROPHE AT WORLD TRADE CENTER | 8,948.00 | - |
| 3152941612 | AS A RESULT OF WTC INSD SUSTAINED BUSINESS INTERRUPTION | 25,711.31 | - |
| 3152928311 | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 10,000.00 | - |
| 3152928312 | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 9,165.00 | 2,510.24 |
| 3152894911 | EQUIPMENT LOST AT JOBSITE DUE TO WTC DISASTER | 12,400.00 | - |
| 3152911512 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 58,140.74 | - |
| 3152940411 | DUE TO WTC DISASTER INSD SUSTAINED BUSINESS INTERRUPTION | 5,628.23 | - |
| 3152940412 | DUE TO WTC DISASTER INSD SUSTAINED BUSINESS INTERRUPTION | - | 461.80 |
| 3152890111 | UNK DAMAGE TO BUILDING | 93,614.04 | 2,957.00 |
| 3152890112 | UNK DAMAGE TO BUILDING | 2,534.59 | - |
| 3152945212 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 12,367.09 | - |
| 3152949911 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 17,345.84 | - |
| MT00321811 | WTC 9/11 ATTACKS | - | 184,205.32 |
| MT00321821 | WTC 9/11 ATTACKS | 2,705,918.19 | 69,591.88 |
| 3152868111 | PROPERTY DAMAGE DUE TO WORLD TRADE CENTER DISASTER | 23,945.28 | - |
| 3152868112 | PROPERTY DAMAGE DUE TO WORLD TRADE CENTER DISASTER | 106,974.89 | - |
| 3152942411 | OFFICE DESTROYED AS A RESULT OF WTC DISASTER | 64,625.70 | - |
| 3152929511 | EQUIPMENT DESTROYED & LOSS OF BUSINESS DUE TO WTC DISASTER | 15,000.00 | - |
| 3152929513 | EQUIPMENT DESTROYED & LOSS OF BUSINESS DUE TO WTC DISASTER | 25,000.00 | - |
| 3152876212 | WTC ATTACK/BUSINESS INTERRUPTION | 9,662.90 | - |
| MT00301711 | ALLEGED WTC CLAIM | - | 22,249.10 |
| 3152891911 | INSRD LOST PROPERTY @ WTC DUE TO DISASTER/BUSINESS INTER | 15,000.00 | - |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Sub Total | | | | 13,060,028.15 | 654,644.40 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| Columbia Casualty Company | IA00129211 | Redacted | FAILURE TO LIQUIDATE ACCOUNTS (9/11/01 ISSUES) | - | 37.50 |
| | EO00658711 | | CLMT WAS INJURED WHILE WORKING ON THE WORLD TRADE CENTER PROJ | - | 14,181.97 |
| | AE21645521 | | CLAIMS ARISING FROM WTC SITE CLEANUP | 727,500.00 | - |
| | AI00248711 | | 9-11 WTC | - | 14,839.04 |
| | E255069711 | | WTC 9/11 | - | 4,042.50 |
| | IA00117211 | | ALLEGED NEGLIGENCE | 36,314.18 | 664.84 |
| | LL10807511 | | NOTICE OF POTENTIAL CLAIM RELATING TO 9/11 SAFETY & HEALTH RISK | - | 507.20 |
| | MT00543411 | | VARIOUS TOXINS | 290,000.00 | 52,142.88 |
| | MT00277711 | | WTC 9/11 | 21,250.00 | 261,430.35 |
| | FD00077711 | | POTENTIAL E&O SITUATION RE WTC ATTACK. | 349,947.64 | 52,956.11 |
| | FD00363111 | | NOTICE OF CLAIM | 207,691.85 | 2,216.24 |
| | | | | | |
| | | | | | |
| | | | | | |
| Sub Total | | | | 1,632,703.67 | 403,018.63 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| National Fire Insurance Company of Hartford | 3152943611 | Redacted | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 8,250.90 | - |
| | 3152943612 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 36,749.10 | - |
| | E235607011 | | WTC | - | 25,155.84 |
| | E235607021 | | WTC | - | 6,604.70 |
| | 3152875511 | | INSURED INCURRED BUSINESS INTERRUPTION BY WTC ATTACK | - | 1,320.00 |
| | 3152927711 | | BUSINESS INTERRUPTION DUE TO WTC | 377,315.17 | 2,424.00 |
| | 3152927712 | | BUSINESS INTERRUPTION DUE TO WTC | 743.19 | - |
| | MT00278511 | | ALLEGED WTC CLAIM | - | 28,088.60 |
| | 3152869711 | | INS SUPPLIES,PLUMBING&HEATING EQUIP TO CUSTOMERS IN NYC | 8,151.56 | - |
| | 3152872411 | | BUSINESS INTERRUPTION DUE TO TRADE CENTER ATTACK | 60,438.00 | - |
| | 3152948112 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,513.28 | - |
| | MT00271911 | | POST 9/11 WTC CLEANUP | - | 33,167.60 |
| | 3152896211 | | DUE TO WTC DISASTER, INSRD UNABLE TO GET PROP FROM HOTEL | 1,690.00 | - |
| | 3152946811 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 1,340.00 | - |
| | 3152868011 | | INS LOCATION CLOSED DUE TO WORLD TRADE CENTER ATTACK | 12,945.56 | 841.25 |
| | E258747121 | | ALLEGES EXPOSURE TO WTC | - | 5,282.50 |
| | 3152929811 | | 3 WINDOW AC,CLEAN UP OF WALLS & CARPET FAX MACHINE WTC DISASTER | 6,619.02 | - |
| | 3180720411 | | DUE TO ATACKS AT TWIN TOWERS THE INSURED HAS LOST HIS BUSINES | 172,744.70 | - |
| | 3180720412 | | DUE TO ATACKS AT TWIN TOWERS THE INSURED HAS LOST HIS BUSINES | 25,000.00 | - |
| | 3180720413 | | DUE TO ATACKS AT TWIN TOWERS THE INSURED HAS LOST HIS BUSINES | 47,103.00 | - |
| | 3180720414 | | DUE TO ATACKS AT TWIN TOWERS THE INSURED HAS LOST HIS BUSINES | 90,925.00 | - |
| | 3180720421 | | DUE TO ATACKS AT TWIN TOWERS THE INSURED HAS LOST HIS BUSINES | 48,960.00 | - |
| | 3152940712 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 7,907.00 | - |
| | 7A11670011 | | ITEMS LOST AT THE NEW YORK MARRIOTT WORLD TRADE CENTER HOTEL | 3,937.00 | - |
| | 3152870911 | | BUSINESS INTERRUPTION-SALARIES | 115,678.00 | 3,978.82 |
| | 3152894112 | | PROP & BUSINESS LOSS DUE TO WTC DISASTER | - | 2,454.82 |
| | 3152940811 | | INSD SUFFERD BUSINESS INTERRUPTION DUE TO WTC ATTACK | 6,754.46 | 1,737.71 |
| | 3152940812 | | INSD SUFFERD BUSINESS INTERRUPTION DUE TO WTC ATTACK | 9,199.20 | 1,554.00 |
| | 3152863911 | | INS OFFICE COLLAPSED&EVERYTHING DESTROYED DUE TO WTC ATTACK | 37,468.23 | 1,583.50 |
| | 3152863912 | | INS OFFICE COLLAPSED&EVERYTHING DESTROYED DUE TO WTC ATTACK | 45,000.00 | - |
| | 3152863914 | | INS OFFICE COLLAPSED&EVERYTHING DESTROYED DUE TO WTC ATTACK | 103,221.23 | - |
| | 3152870511 | | WINDOWS BLOWN OUT-SERVICE DOWN DUE TO WTC ATTACK | 13,798.50 | - |
| | 3152870512 | | WINDOWS BLOWN OUT-SERVICE DOWN DUE TO WTC ATTACK | 30,256.23 | - |
| | E241065311 | | CLMT INJURED WHEN EXPOSED TO NOXIOUS FUMES, TOXIC SUBSTANCES. E | - | 4,028.60 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Sub Total | | | | 1,274,708.33 | 118,221.94 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| National Fire Insurance Company of Hartford (successor by merger to Transcontinental Insurance Company) | | Redacted | | | |
| | 3152858711 | | DAMAGE TO BUILDING DUE TO AIRPLANES HITTING BUILDING | 103,700.00 | - |
| | 3152858712 | | DAMAGE TO BUILDING DUE TO AIRPLANES HITTING BUILDING | 528,948.00 | 13,214.52 |
| | 3152858713 | | DAMAGE TO BUILDING DUE TO AIRPLANES HITTING BUILDING | 95,000.00 | - |
| | E238717311 | | CLMTS ALLEGES INJURED WHEN EXPOSED TO TOXIC SUBSTANCES AT WTC | - | 29,067.06 |
| | DD04051111 | | BUSINESS INTERRUPTION DUE TO CAT 48 | 1,947.12 | - |
| | 3153028711 | | WEB SITE AND SOURCE FILE LOST DUE TO WTC DISASTER | 15,000.00 | - |
| | 3152864111 | | DAMAGE TO CONTENTS DUE TO WORLD TRADE CENTER ATTACK | 52,500.00 | - |
| | 3152864112 | | DAMAGE TO CONTENTS DUE TO WORLD TRADE CENTER ATTACK | 53,566.48 | 4,454.50 |
| | 3152864113 | | DAMAGE TO CONTENTS DUE TO WORLD TRADE CENTER ATTACK | 200,000.00 | - |
| | 3152947812 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 6,450.29 | - |
| | 3152912513 | | DAMAGE & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 57,843.00 | 4,758.44 |
| | 7A11620212 | | THREE STORES AFFECTED BY NY TRAGEDY LOSS OF BUSINESS | 9,077.54 | - |
| | 3152890311 | | BUSINESS INTERRUPTION | 4,871,584.00 | 43,540.84 |
| | 3152890312 | | BUSINESS INTERRUPTION | 55,000.00 | 11,808.46 |
| | DD05528311 | | WORLD TRADE LOSS | - | 242.00 |
| | 3152870011 | | INS LOC. CLOSED DUE TO ORDER OF CIVIL AUTHORITY WTC SITUATION | 8,847.60 | - |
| | 3152870012 | | INS LOC. CLOSED DUE TO ORDER OF CIVIL AUTHORITY WTC SITUATION | 72,252.01 | - |
| | 3152942811 | | PROPERTY LOST AT WTC | 8,653.54 | - |
| | 3152944812 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 80,294.35 | - |
| | 3152894511 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,993.92 | - |
| | DD04530311 | | BUSINESS INTERRUPTION | 55,721.00 | 3,789.05 |
| | 3152893712 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 23,137.80 | 2,247.67 |
| | 3152871412 | | DMGS UNK WORLD TRADE BOMBING | 9,349.62 | 3,087.25 |
| | 3152871311 | | LOSS DUE TO AUTHORITIES RESTRICTING ACCESS TO DOWNTOWN NY | 10,025.00 | - |
| | 3152898711 | | SUPPLIES LOST IN WTC DUE TO DISASTER | 15,000.00 | - |
| | 3152898712 | | SUPPLIES LOST IN WTC DUE TO DISASTER | 5,000.00 | - |
| | 3180723911 | | DUE TO WTC EVENTS INSURED HAD BUSINESS INTERUPTED FROM 9-11-9-1 | 5,550.00 | - |
| | 3152890911 | | BUSINESS INTERRUPTION | 15,197.04 | - |
| | E222976111 | | POST 9/11 WTC CLEANUP | - | 2,901.68 |
| | 3180736512 | | BUSINESS INTERUPTION DUE TO WTC DISASTER | 91,848.20 | - |
| | 3152875211 | | TOTAL LOSS TO BUSINESS | 359,500.00 | - |
| | 3152875212 | | TOTAL LOSS TO BUSINESS | 557,757.00 | 25,741.94 |

| | | | | | |
|---|---|---|---|---|---|
| | 3152941911 | Redacted | PARKED   VEH IN VICINITY OF WTC WAS DAMAGED | 11,290.38 | - |
| | MT00278611 | | ALLEGED WTC CLAIM | - | 29,675.86 |
| | 3180724512 | | DUE TO TERORRIST ATTACK BUSINESS INTERUPTION | 65,000.00 | 6,159.57 |
| | DD04185711 | | WTC | 475,000.00 | 116,683.67 |
| | DD04185712 | | WTC | 10,151.00 | - |
| | DD04185821 | | IV PARKED IN WTC | 11,355.00 | - |
| | DD04024311 | | BUSINESS INTERRUPTION DUE TO TRAGEDY | 435.00 | - |
| | 3152899311 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 600.00 | - |
| | 3152867711 | | COMPUTER WAS LOST IN WORLD TRADE CENTER ATTACK | 1,249.22 | - |
| | DD04046111 | | BUSINESS INTERRUPTION DUE TO TRADGY | - | 925.50 |
| | 3152868211 | | LOSS OF BUSINESS DUE TO WORLD TRADE CENTER ATTACK | 30,000.00 | 2,943.35 |
| | DD04532311 | | BUSINESS INTERRUPTION | - | 6,932.55 |
| | EK80486211 | | PSOT 9/11 WTC CLEANUP | - | 37,571.71 |
| | 3152897411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,138.69 | 2,265.09 |
| | 3152897412 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 8,596.72 | - |
| | 3152891811 | | INSRD LOST PROP IN TOWERS OF WTC | 3,281.35 | - |
| | 3152876011 | | WTC INCIDENT/TOTAL LOSS OF FIRE AND COLLAPSE | 15,000.00 | - |
| | MT00310311 | | ALLEGES EXPOSURE AT WTC | - | 6,933.86 |
| | 3180752611 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 1,790.80 | - |
| | DD04038311 | | WTC LOSS OF BUSINESS INCOME | 53,449.70 | 3,369.40 |
| | MT00278311 | | ALLEGED WTC CLAIM | - | 16,544.11 |
| | 3152912712 | | CONTENT DAMAGE & BUSINESS INTERRUPTION DUE TO WTC | 32,033.00 | - |
| | | | | | |
| | | | | | |
| | | | | | |
| Sub Total | | | | 8,115,114.37 | 374,858.08 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| American Casualty Company of Reading, Pennsylvania | HW00048211 | Redacted | LOSS OF INCOME | - | 676.10 |
| | 3153246112 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 5,150.00 | - |
| | DD05623211 | | ALLEGATIONS OF MENTAL PAIN AND ANGUISH | 12,750.00 | 509.00 |
| | 3152947712 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 15,461.24 | 1,083.65 |
| | AI00222411 | | Clean up after 9/11. | - | 207,537.29 |
| | AI00222421 | | Clean up after 9/11. | 29,708.26 | - |
| | 3152925511 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 18,191.01 | - |
| | 3152925512 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 55,000.00 | - |
| | E231182111 | | WTC 9/11 | - | 6,877.50 |
| | 3153224111 | | BINT DUE TO WTC ATTACK | 23,025.00 | 3,949.35 |
| | 3152868611 | | DAMAGE TO CONTENTS DUE TO WORLD TRADE CENTER DISASTER | 260,418.58 | 403.00 |
| | | | | | |
| | | | | | |
| Sub Total | | | | 419,704.09 | 221,035.89 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| Valley Forge Insurance Company | 3153915111 | Redacted | LOSS OF PAYROLL,LOSS OF REVENUE & CLEAN-UP DUE TO WTC ATTACK | 728.00 | 746.25 |
| | 3153915112 | | LOSS OF PAYROLL,LOSS OF REVENUE & CLEAN-UP DUE TO WTC ATTACK | 21,623.04 | 3,872.50 |
| | 3152926512 | | INSD SUSTAINED DMG DUE TO WTC DISASTER | 15,979.00 | 905.00 |
| | 3152893812 | | BUSINESS INTERRUPTION DUE TO WTC LOSS | 3,299.64 | - |
| | 3152943112 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 91,492.35 | - |
| | 3180727111 | | UNKNOWN DAMAGES | 13,150.00 | - |
| | 3180727112 | | UNKNOWN DAMAGES | 51,935.00 | 1,587.40 |
| | 3152928812 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 7,068.06 | - |
| | 3152899011 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,099.04 | 2,633.62 |
| | 3152899012 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 40,000.00 | - |
| | 3152891611 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 13,912.00 | - |
| | 3152897012 | | CONTENTS LOSS & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,305.20 | - |
| | 3152928011 | | BUSINESS INTERRUPTION POSS CONT | 250.00 | - |
| | 3152928012 | | BUSINESS INTERRUPTION POSS CONT | 5,659.97 | - |
| | 3152896512 | | WTC DISASTER | 13,209.00 | - |
| | 3152947311 | | BUSINESS INTERRUPTION /DAMAGE TO EQUIPMENT (WTC) | 3,919.01 | - |
| | 3152895211 | | DUT TO WTC COLLAPSE INSD SUSTATINED BUSINESS INTERRUPTION | 5,999.70 | 1,234.50 |
| | 3152948912 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 35,967.11 | 3,442.50 |
| | 3152943811 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 5,932.50 | - |
| | 3153202711 | | LOSS OF UTILITIES DUE TO WTC DISASTER | 4,137.74 | 390.00 |
| | 3152873511 | | BUSINESS INTERRUPTION | 42,536.35 | 1,884.00 |
| | 3152873512 | | BUSINESS INTERRUPTION | 11,438.10 | - |
| | 3152926011 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 74,234.00 | 16,843.79 |
| | 3152869411 | | PREMISES DMGD IN EXPLOSION AT WORLD TRADE CENTER | 16,890.01 | - |
| | 3152897611 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 12,405.96 | - |
| | 3152897612 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 4,606.87 | - |
| | 3152946211 | | BUSINESS INTERRUPTION DUE TO WTC CATASTROPHE | 17,985.78 | - |
| | 3152946212 | | BUSINESS INTERRUPTION DUE TO WTC CATASTROPHE | 125,443.15 | - |
| | 3152948411 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,500.00 | - |
| | 3152948412 | | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 8,279.20 | - |
| | 3153277211 | | BUSINESS INTERUPTION DUE TO WTC ATTACK | 13,775.00 | 3,860.00 |
| | 3152926112 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC | 3,639.00 | 3,007.50 |
| | 3152872811 | | BUSINESS INTERRUPTION TO TO WTC ATTACK | 48,704.00 | - |
| | 3152872812 | | BUSINESS INTERRUPTION TO TO WTC ATTACK | 12,304.28 | - |
| | 3152872611 | | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 31,698.28 | - |

| ID | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 3152872612 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 5,313.19 | - |
| 3152859011 | EXPLOSION-OFFICE DESTROYED WHEN AIRPLANE FLEW INTO BLDG | 102,500.00 | - |
| MT00279211 | ALLEGED WTC CLAIM | - | 19,838.52 |
| 3152864212 | BUILDING COLLAPSED IN WORLD TRADE CENTER | 15,326.09 | - |
| 3152944411 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 27,797.68 | 2,217.08 |
| 3152944412 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 258,465.79 | 5,624.50 |
| 3152926211 | PARKED    VEH DAMAGED IN WTC DISASTER | 3,603.81 | - |
| 3152945312 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 13,616.30 | - |
| 3152945811 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,579.58 | - |
| 3152945812 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,962.30 | - |
| 3152929311 | DUE TO WTC COLLAPSE INSD SUSTAINED DAMAGES | 26,309.66 | 1,911.08 |
| 3152929312 | DUE TO WTC COLLAPSE INSD SUSTAINED DAMAGES | - | 1,542.50 |
| 3180781611 | WORLD TRADE CENTER DISASTER/BINT & CONTENTS | 2,250.00 | - |
| 3180781613 | WORLD TRADE CENTER DISASTER/BINT & CONTENTS | 9,000.00 | - |
| 3180781621 | WORLD TRADE CENTER DISASTER/BINT & CONTENTS | 3,300.00 | - |
| 3152948511 | INSD FILLED A PURCHASE ORDER FOR VISDTA MARRIOT HOTEL NOT NEEDE | 4,931.59 | - |
| 3152949611 | EQUIPMENT WAS LOST WHEN BUILDING WAS EVACUATED | 7,670.80 | - |
| 3153144811 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 1,970.15 | - |
| 3180740812 | THE INSURED SUFFERED BUSINESS INTERRUPTION DUE TO THE TRAGEDY O | 13,395.68 | 1,913.00 |
| 3180740813 | THE INSURED SUFFERED BUSINESS INTERRUPTION DUE TO THE TRAGEDY O | - | 1,063.75 |
| E244822411 | ALLEGED EXPOSURE TO TOXIC FUMES | - | 6,514.44 |
| 3152947012 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 20,088.87 | - |
| 3152892712 | BUSINESS INTERR/CONTENTS DUE TO WTC DISASTER | 24,107.56 | 195.00 |
| E214363111 | INSD COMPANY CLOSED FOR 6 WEEKS, DUE TO PROXIMITY TO 9-11 SITE | 17,425.61 | 1,005.00 |
| 3180856711 | DUE TO WORLD TRADE CENTER ATTACK, HAD TO LEAVE HER PROPERTY BEH | 964.06 | - |
| 3180856712 | DUE TO WORLD TRADE CENTER ATTACK, HAD TO LEAVE HER PROPERTY BEH | 1,785.00 | - |
| 3152912311 | CONTENT DAMAGE & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 531.80 | - |
| 3152912312 | CONTENT DAMAGE & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 12,460.00 | 2,606.25 |
| 3152899512 | CONT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 15,687.50 | 3,742.50 |
| 3152872711 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 230,822.78 | 15,985.50 |
| 3152927111 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 36,556.00 | 1,443.00 |
| 3153032612 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 13,732.00 | - |
| 3152893911 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | - | 2,799.74 |
| 3152893912 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 17,520.00 | 7,731.57 |
| 3152943711 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 680.16 | - |
| 3152943712 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 26,839.27 | |

| | Account | Description | Amount 1 | Amount 2 |
|---|---|---|---|---|
| | 3152940612 | LOSS OF BUSINESS INCOME DUE TO WTC DISASTER | 19,965.94 | 4,926.35 |
| | 3180732312 | WTC LOSS, LOSS OF INCOME AND EXTRA EXPENSE. | 6,214.00 | - |
| | 3152926311 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 10,874.00 | 2,403.00 |
| | 3153125812 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 9,356.88 | - |
| | 3152873012 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 31,382.34 | - |
| | 3152940011 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,740.39 | - |
| | 3152940012 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 22,010.00 | - |
| | 3152876511 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 12,890.00 | - |
| | E251235811 | 9/11 WTC | - | 22,430.08 |
| | 3152947612 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 57,318.21 | 6,724.94 |
| | 3152890711 | BUSINESS INTERRUPTION | 75,000.00 | - |
| | 3152890712 | BUSINESS INTERRUPTION | - | 4,692.60 |
| | E383448611 | INJURY TO AN EMPLOYEE OF A SUBCONTRACTOR WHILE WORKING. | - | 74,634.17 |
| | 3152928512 | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | - | 5,814.55 |
| | 3152927811 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 41,795.85 | - |
| | 3152942112 | 4 DAY INTERRUPTION OF SERVICE DUE TO WTC DISASTER | 7,499.36 | - |
| | E243080711 | ALLEGED EXPOSURE TO INDUSTRIAL HYGIENE AT WTC | - | 16,173.54 |
| | 3152945912 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,042.50 | 1,510.00 |
| | 3152927912 | CONTENT DAMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 23,676.94 | - |
| | 3152925812 | BUSINESS INTERRUPITON DUE TO WTC DISASTER | 3,721.00 | - |
| | 3152872511 | LOSS OF INCOME UNABLE TO ACCESS BUILDING | 6,357.74 | - |
| | 3152872512 | LOSS OF INCOME UNABLE TO ACCESS BUILDING | 744.80 | - |
| | 3152925711 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,710.00 | 1,247.00 |
| | 3152872912 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | 7,010.94 | - |
| | 3152899111 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 8,133.30 | - |
| | 3180743312 | RELATED TO WORLD TRADE CENTER, PHONE LINES, FAX NO ACCES TO BUI | 97,058.00 | 1,177.50 |
| | 3153032011 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 27,173.43 | - |
| | 3152945012 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,753.00 | - |
| | 3152941111 | BUSINESS INTERRUPTION FOR 1 WK DUE TO WTC | - | 2,510.22 |
| | 3152941112 | BUSINESS INTERRUPTION FOR 1 WK DUE TO WTC | 14,298.00 | - |
| | 3153032212 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,750.00 | 1,919.57 |
| | 3152871211 | INSURED SUSTAINED LOSS OF BUSINESS | 43,340.00 | 3,602.50 |
| | 3152875311 | BUSINESS INTERR/POSSIBLE RELOCATION COSTS | 155,958.00 | 4,051.25 |
| | 3152893511 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 17,688.15 | 4,689.00 |
| | 3152890611 | BUSINESS COLLAPSED IN WTC#1 | 20,000.00 | - |
| | 3152890612 | BUSINESS COLLAPSED IN WTC#1 | 256,841.00 | 13,293.21 |

| ID | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 3152864411 | BUSINESS INTERRUPTION | 27,769.81 | - |
| 3152943311 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 2,500.00 | - |
| 3152943312 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 19,644.53 | - |
| 3152928912 | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 40,605.00 | - |
| 3152863811 | WORLD TRADE CENTER CATASTROPHE DESTROYED INS BUSINESS&OFFICE | 39,949.95 | - |
| 3152863812 | WORLD TRADE CENTER CATASTROPHE DESTROYED INS BUSINESS&OFFICE | 213,114.00 | 5,859.16 |
| 3152892811 | BUSINESS LOSS DUE TO WTC DISASTER | 2,392.28 | - |
| 3152892812 | BUSINESS LOSS DUE TO WTC DISASTER | 12,840.00 | 1,903.75 |
| 3153057011 | PROPERTY DAMAGED AND BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,904.01 | - |
| 3152943212 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 9,336.87 | - |
| 3152898212 | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC | 11,298.66 | 922.50 |
| 3152895411 | DUE TO WTC DISASTER INSD SUSTAINED BUSINESS INTERRUPTION | 13,790.20 | 968.91 |
| 3153032412 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 10,807.03 | 1,867.88 |
| 3152926411 | POSS CONT DMG DUE TO WTC DISASTER | 16,500.00 | - |
| 3152926412 | POSS CONT DMG DUE TO WTC DISASTER | 16,740.52 | - |
| 3152926413 | POSS CONT DMG DUE TO WTC DISASTER | 1,156.73 | - |
| 3152873211 | BUSINESS INTERRUPTION DUE TO WORLD TRADE DISASTER | 19,733.99 | - |
| 3152873213 | BUSINESS INTERRUPTION DUE TO WORLD TRADE DISASTER | 4,756.35 | 320.00 |
| 3152949112 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 16,581.17 | - |
| 3180716811 | PLANES CRASHED INTO BLDG AND IT COLLAPSED. | 59,825.32 | - |
| 3180716812 | PLANES CRASHED INTO BLDG AND IT COLLAPSED. | 10,577.24 | - |
| 3152870211 | BUSINESS CLOSED DUE TO WORLD TRADE CENTER OCCURRENCE | 25,078.00 | 3,856.82 |
| 3152911412 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 28,351.00 | 1,459.50 |
| 3152873911 | PARKED   INSD VEH PRKD UNDER NORTH TOWER TRADE CENTER WHEN IT | 8,147.13 | - |
| 3180727811 | BUSINESS INTERUPTION. PHONE LINES DO NOT WORK AND INSURED IS NO | 12,000.00 | - |
| 3180727812 | BUSINESS INTERUPTION. PHONE LINES DO NOT WORK AND INSURED IS NO | - | 310.18 |
| 3152890411 | LOST POWER DUE TO DISASTER | 9,075.09 | - |
| 3152949311 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,472.16 | - |
| 3180721311 | BUSINESS INTERRUPTION DUE TO TERRORIST ATTACK | 2,900.00 | 2,289.27 |
| 3152945112 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 13,480.12 | - |
| 3152895011 | DMG TO INSRD DUE TO WTC DISASTER/COMPUTER,CONTENTS | 5,100.00 | 382.50 |
| 3152895012 | DMG TO INSRD DUE TO WTC DISASTER/COMPUTER,CONTENTS | 175,000.00 | 6,832.10 |
| 3152895013 | DMG TO INSRD DUE TO WTC DISASTER/COMPUTER,CONTENTS | 29,783.59 | 850.80 |
| 3152941311 | DUE TO TERRORIST ATTACK | 4,440.00 | - |
| 3152868711 | INS EVACUATED DUE TO WTC ATTACK | 44,481.57 | - |
| 3152897311 | BUSINESS INTERRUPTION/POSSIBLE CONTENTS DMG | 25,838.36 | - |

| ID | Description | | |
|---|---|---|---|
| 3152897312 | BUSINESS INTERRUPTION/POSSIBLE CONTENTS DMG | 94,773.12 | 2,555.70 |
| 3152943011 | LAPTOP COMPUTER WAS DESTROYED DUE TO WTC DISASTER | 1,500.00 | - |
| 3152945511 | COMPUTER EQUIPMENT DAMAGED DUE TO WTC DISASTER | - | 1,477.58 |
| 3152945512 | COMPUTER EQUIPMENT DAMAGED DUE TO WTC DISASTER | 25,263.00 | 5,662.71 |
| 3152897211 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 81,700.00 | 3,276.46 |
| 3152897212 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 9,724.82 | - |
| 3152871711 | BUSINESS CLOSED DUE WTC DISASTER | 22,192.83 | - |
| 3152871712 | BUSINESS CLOSED DUE WTC DISASTER | 4,650.00 | - |
| 3152944712 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 13,062.94 | - |
| 3152926611 | BUSINESS INTERRUPTION DUE TO WTC | 26,012.19 | 2,965.75 |
| 3152926612 | BUSINESS INTERRUPTION DUE TO WTC | 1,591.41 | - |
| AI00223311 | HEALTH PROBLEMS RELATED TO 9/11/01 CLEAN UP. | - | 10,605.29 |
| 3180723011 | NY WTC EXPLOSION CAUSED DAMAGE TO INSURED ADJACENT, WINDOWS, CO | 2,287.20 | - |
| E229945511 | 9/11 WTC | - | 6,598.82 |
| 3152945712 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 32,260.99 | - |
| 3152944612 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 26,498.00 | 1,085.00 |
| 3152928212 | CONTENT DAMAGE & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,493.16 | - |
| 3152891111 | BLDG DESTROYED DUE TO WTC ATTACK | 47,500.00 | - |
| 3152891112 | BLDG DESTROYED DUE TO WTC ATTACK | 100,000.00 | 242,405.49 |
| 3152891113 | BLDG DESTROYED DUE TO WTC ATTACK | 30,000.00 | - |
| 3152893611 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 75,000.00 | 4,869.50 |
| E258415411 | 9/11 - EXPOSURE | - | 5,296.50 |
| MT00301611 | ALLEGED WTC CLAIM | - | 25,500.09 |
| 3152912111 | CONTENT DAMAGE&BUSINESS INTERRUPTION DUE TO WTC DISASTER | 3,013.20 | - |
| 3152912112 | CONTENT DAMAGE&BUSINESS INTERRUPTION DUE TO WTC DISASTER | 35,000.00 | 4,800.50 |
| 3152942911 | CONTENT DAMAGE & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 7,857.49 | - |
| 3152890211 | LOSS OF INCOME AND PROPERTY DAMAGE | 112,866.63 | 3,355.46 |
| 3152890212 | LOSS OF INCOME AND PROPERTY DAMAGE | 50,000.00 | 3,124.00 |
| 3152925611 | INSURED SUSTAINED BUSINESS LOSS DUE TO WTC DISASTER | - | 1,152.00 |
| 3152895511 | INSD SUSTAINED BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,929.00 | 2,905.00 |
| 3180796312 | DUE TO WORLD TRADE CENTER BOMBING, PREMISES WERE SHUT DOWN ONE | 44,004.00 | - |
| 3152929211 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | - | 1,595.00 |
| 3153169411 | CONTENTS & BUSINESS INTERRUPTION DUE TO WTC ATTACK | 6,182.25 | - |
| 3153169412 | CONTENTS & BUSINESS INTERRUPTION DUE TO WTC ATTACK | 4,621.25 | - |
| 3152869811 | OFFICE CLOSED DUE TO TERRORISM AT WORLD TRADE CENTER | 870.48 | - |
| 3152869812 | OFFICE CLOSED DUE TO TERRORISM AT WORLD TRADE CENTER | 28,129.52 | 23,801.88 |

Redacted

| ID | Description | Amount 1 | Amount 2 |
|---|---|---|---|
| 3152946311 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 5,307.83 | - |
| 3152946312 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,503.07 | 3,067.00 |
| 3152873112 | BUSINESS INTER | 32,901.18 | - |
| 7A11644211 | CIVIL AUTHORITY SHUT DOWN AIRPORTS LOSS OF BUSINESS | 9,797.00 | 960.00 |
| 3153857811 | BINT DUE TO WTC DISASTER | 12,388.52 | 4,134.25 |
| 3153857812 | BINT DUE TO WTC DISASTER | - | 647.50 |
| 3152895311 | DUE TO WTC CATASTROPHE INSD SUFFERED BUSINESS INTERRUPTION | 9,632.27 | - |
| 3152895312 | DUE TO WTC CATASTROPHE INSD SUFFERED BUSINESS INTERRUPTION | 76,357.00 | 3,961.45 |
| 3152946712 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 24,214.57 | 1,833.75 |
| 3152946713 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 20,668.50 | 2,085.08 |
| DJ00113311 | DJ/WTC 9/11 ATTACKS | - | 229.94 |
| MT00275411 | WTC 9/11 ATTACKS | - | 1,337,262.83 |
| MT00275421 | WTC 9/11 ATTACKS | 1,000,000.00 | - |
| 3180897911 | BUSINESS INTERRUPTION DUE TO WTC ATTACK | - | 20,389.09 |
| 3153542111 | BUSINESS INTER DUE TO WTC DISASTER | 10,483.00 | - |
| 3152892211 | WTC EXPLOSION/INSD OUT OF BUSINESS | 39,023.30 | 865.00 |
| 3152892212 | WTC EXPLOSION/INSD OUT OF BUSINESS | 3,505.00 | 3,112.06 |
| 3152894811 | BUSINESS INTERRUPTION/CONTENTS DUE TO WTC DISASTER | 73,713.46 | - |
| 3152944111 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 8,787.28 | - |
| 3152944112 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 72,358.00 | 7,324.25 |
| 3152944113 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 10,000.00 | - |
| 3152925411 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 4,606.77 | - |
| 3152925412 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 11,232.54 | 1,482.00 |
| 3180733011 | DUE TO WORLD TRADE CENTER INCIDENT-INSD UNABLE TO CONDUCT BUSIN | 15,583.00 | - |
| 3152893411 | INSURED'S EMPLOYEE ON PLANE THAT HIT WTC  LAP TOP COMPUTER LOST | 3,069.99 | - |
| 3180775611 | INSD'S OFFICE CLOSED AS RESULT OF COLLAPSE OF WORLD TRADE CENTE | 9,917.50 | - |
| MT00301111 | TRAILER FILE-WTC CLMTS ALLEGES EXPOSURE TO TOXIC FUMES | - | 25,745.76 |
| 3180734912 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 71,300.00 | - |
| 3152875411 | BUS INTER/POSS RELOCATION COSTS | 96,797.99 | - |
| 7A11644011 | TOOLS DAMAGED IN TERRORIST ATTACK | 16,369.00 | - |
| 3153031811 | BUSINESS INTERRUPTION DUE TO WTC DISASTER | 11,856.44 | 882.25 |
| 3152895611 | WTC DISASTER INSD SUSTAINED BUSINESS INTERRUPTION | 13,630.00 | - |
| 3152929712 | B/I 1 WEEK WTC DISASTER | 22,040.58 | - |
| 3153200812 | CONTENTS DAMAGED & BINT DUE TO WTC DISASTER | 21,559.00 | 1,908.34 |
| 3180857311 | UNABLE TO WORK ON STOCK EXCHANGE, CAUSED LOSS OF FUNDS | 3,072.00 | 788.00 |
| MT00302611 | CAUSATIVE AGENT: WTC TOXIC CHEMICALS | - | 5,985.50 |

| | | Redacted | | | |
|---|---|---|---|---|---|
| | 3153887611 | | BINT DUE TO WTC DISASTER | 8,500.00 | 4,322.00 |
| | 3153887612 | | BINT DUE TO WTC DISASTER | - | 647.50 |
| | 3152876711 | | DAMAGE TO INSD DUE TO WORLD TRADE CENTER ATTACK | 604.99 | - |
| | 3152876712 | | DAMAGE TO INSD DUE TO WORLD TRADE CENTER ATTACK | 248,628.52 | 19,173.75 |
| | 3152876713 | | DAMAGE TO INSD DUE TO WORLD TRADE CENTER ATTACK | 36,638.00 | 4,560.93 |
| | 3180754512 | | INSURED SUFFERED LOSS OF BUSINESS DUE TO WTC DIASTER, | - | 682.00 |
| | 3152912211 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 11,591.38 | - |
| | 3152912212 | | CONTENT DMG & BUSINESS INTERRUPTION DUE TO WTC DISASTER | 67,252.00 | 4,721.75 |
| | | | | | |
| | | | | | |
| Sub Total | | | | 6,690,447.18 | 2,125,968.05 |

| Underwriting Company | Claim Number | Insured Name | Loss Description | Paid Loss Net Deductable | Paid Expenses |
|---|---|---|---|---|---|
| Continental Casualty Company (as successor by merger to CNA Casualty of California) | MT00303011 | Redacted | ALLEGED WTC LOSS | - | 6,963.50 |
| | | | | | |
| | | | | | |
| Sub Total | | | | | 6,963.50 |
| | | | | | |
| | | | | | |
| Grand Total | | | | 221,861,243.69 | 8,572,527.43 |