# EXHIBIT B

**REINSURANCE PAYMENTS**

| Claim Ref | Risk Ref | Redacted | Paid USD Equivalent |
|---|---|---|---|
| 010461200 | 227787 | | (98,405,897) |
| 010511700 | 006532 | | (10,000,000) |
| 010517700 | 005892 | | (7,500,000) |
| 010509000 | 005898 | | (6,950,500) |
| 010508100 | 005904 | | (6,819,650) |
| 010510200 | 010253 | | (6,000,000) |
| 020164700 | 010264 | | (5,609,565) |
| 010510800 | 009483 | | (5,570,366) |
| 010478200 | 009663 | | (5,146,533) |
| 010478100 | 006869 | | (5,000,000) |
| 010481300 | 010170 | | (5,000,000) |
| 010508200 | 005890 | | (5,000,000) |
| 010508300 | 010156 | | (5,000,000) |
| 010508900 | 005888 | | (5,000,000) |
| 010509800 | 006521 | | (5,000,000) |
| 010510100 | 009510 | | (5,000,000) |
| 010510300 | 007775 | | (5,000,000) |
| 010510500 | 010286 | | (5,000,000) |
| 010508000 | 010304 | | (5,000,000) |
| 010511000 | 007767 | | (4,950,348) |
| 010511200 | 007781 | | (4,946,858) |
| 010518400 | 007947 | | (4,000,000) |
| 010544500 | 010408 | | (4,000,000) |
| 010509500 | 006519 | | (3,817,500) |
| 010511100 | 009935 | | (2,913,367) |
| 010510900 | 009933 | | (2,886,736) |
| 010508400 | 030434 | | (2,627,500) |
| 010492700 | 009914 | | (2,500,000) |
| 020045300 | 010130 | | (2,500,000) |
| 020063900 | 010369 | | (2,500,000) |
| 010509400 | 010269 | | (2,490,195) |
| 010482600 | 010010 | | (2,468,571) |
| 010567200 | 212991 | | (2,239,972) |
| 010509900 | 009470 | | (2,000,000) |
| 020077500 | 010415 | | (2,000,000) |

| | | |
|---|---|---|
| 020124900 | 010410 | (2,000,000) |
| 080122400 | 009297 | (2,000,000) |
| 010508600 | 010095 | (1,617,188) |
| 010477800 | 004390 | (1,500,000) |
| 010524500 | 010416 | (1,500,000) |
| 010475200 | 009334 | (1,496,000) |
| 010463801 | 009254 | (1,312,500) |
| 010463802 | 010219 | (1,312,500) |
| 010542803 | 007956 | (1,250,000) |
| 010474203 | 004363 | (1,250,000) |
| 010483800 | 006896 | (1,250,000) |
| 010532200 | 009263 | (1,200,000) |
| 010532300 | 009263 | (1,200,000) |
| 010493700 | 228551 | (1,115,351) |
| 010472700 | 003238 | (1,000,000) |
| 020069400 | 010411 | (994,971) |
| 010463800 | 009253 | (875,000) |
| 010465001 | 006911 | (850,000) |
| 010466301 | 006911 | (850,000) |
| 010493800 | 009240 | (803,896) |
| 010472503 | 005749 | (800,000) |
| 010472603 | 005749 | (800,000) |
| 010542800 | 007954 | (750,000) |
| 010466300 | 005498 | (726,151) |
| 010542804 | 009134 | (723,424) |
| 010464900 | 005498 | (700,000) |
| 010465000 | 005498 | (700,000) |
| 010465100 | 005498 | (700,000) |
| 010466100 | 005498 | (700,000) |
| 010466200 | 005498 | (700,000) |
| 010466900 | 005498 | (700,000) |
| 010585300 | 005498 | (700,000) |
| 010465700 | 005498 | (700,000) |
| 010466101 | 006911 | (671,928) |
| 010465800 | 005498 | (631,334) |
| 010585301 | 006911 | (614,350) |
| 010586701 | 006077 | (603,440) |
| 010516501 | 006077 | (601,367) |
| 010472502 | 005499 | (600,000) |
| 010472602 | 005499 | (600,000) |





| | | Redacted | |
|---|---|---|---|
| 010467400 | 008646 | | (574,346) |
| 050278101 | 006077 | | (573,288) |
| 030001700 | 010290 | | (569,649) |
| 050278100 | 005422 | | (550,356) |
| 010464901 | 006911 | | (519,174) |
| 010506101 | 009660 | | (502,652) |
| 010542802 | 007955 | | (500,000) |
| 010542801 | 009126 | | (500,000) |
| 020189600 | 010004 | | (492,849) |
| 010465101 | 006911 | | (484,734) |
| 020020200 | 005422 | | (482,907) |
| 010522400 | 009240 | | (478,298) |
| 010582900 | 008646 | | (474,992) |
| 010466201 | 006911 | | (459,097) |
| 010472500 | 005215 | | (400,000) |
| 010472600 | 005215 | | (400,000) |
| 010472800 | 005496 | | (400,000) |
| 020068500 | 010370 | | (400,000) |
| 010466502 | 005513 | | (394,210) |
| 010477200 | 006747 | | (391,095) |
| 010474201 | 005532 | | (389,639) |
| 010472701 | 003238 | | (375,682) |
| 010466901 | 006911 | | (366,310) |
| 010465701 | 006911 | | (353,347) |
| 020020201 | 006077 | | (352,120) |
| 020086500 | 010368 | | (342,300) |
| 010493100 | 009860 | | (300,000) |
| 010467600 | 009240 | | (287,169) |
| 010472501 | 004656 | | (262,500) |
| 010472601 | 004656 | | (262,500) |
| 080000200 | 008576 | | (241,294) |
| 020110900 | 203020 | | (228,293) |
| 010474200 | 010174 | | (200,000) |
| 020042800 | 228235 | | (180,041) |
| 010540000 | 009686 | | (177,255) |
| 020024500 | 008632 | | (160,438) |
| 010586700 | 005422 | | (150,853) |
| 010461702 | 008580 | | (135,364) |
| 010487800 | 218737 | | (135,311) |
| 010461701 | 008579 | | (125,000) |

| | | |
|---|---|---|
| 020024501 | 008633 | (122,177) |
| 010475201 | 009336 | (114,615) |
| 020048700 | 005422 | (111,414) |
| 010536900 | 005840 | (110,435) |
| 010548400 | 008630 | (105,608) |
| 010464500 | 005498 | (84,641) |
| 010461700 | 008577 | (75,000) |
| 010545400 | 005498 | (74,608) |
| 010461800 | 008577 | (66,419) |
| 020023600 | 005422 | (65,555) |
| 080000201 | 008576 | (55,448) |
| 020026800 | 009373 | (47,500) |
| 020076200 | 226299 | (47,338) |
| 050166900 | 008806 | (32,297) |
| 130008400 | 009374 | (20,322) |
| 010559000 | 005498 | (19,935) |
| 050050100 | 009529 | (19,283) |
| 010462300 | 005840 | (17,603) |
| 010461600 | 008577 | (15,607) |
| 020062700 | 009234 | (8,942) |
| 010539000 | 213429 | (4,484) |
| 050167400 | 008806 | (2,076) |
| 030000100 | 006631 | (319) |
| Grand Total | | (305,737,641) |

