# EXHIBIT C

| Insured | Paid Loss | Paid Expense | Paid Claim |
|---|---|---|---|
| Redacted | 0.00 | 1,184.38 | 1,184.38 |
| | 22,532,508.66 | 2,603,778.68 | 25,136,287.35 |
| | 0.00 | 3,954.88 | 3,954.88 |
| | 0.00 | 1,315,391.43 | 1,315,391.43 |
| | -435.96 | 48,689.68 | 48,253.72 |
| | 174.52 | 73,149.51 | 73,324.04 |
| | 0.00 | 36,749.62 | 36,749.62 |
| | 0.00 | 1,015.45 | 1,015.45 |
| | 0.00 | 6,331.33 | 6,331.33 |
| | 7,295,767.15 | 362,805.91 | 7,658,573.06 |
| | 0.00 | 255,653.07 | 255,653.07 |
| | -23,075,025.44 | 0.00 | -23,075,025.44 |
| **Grand Total** | **6,752,988.94** | **4,708,703.94** | **11,461,692.87** |

3,510,494.00  Paid prior to March 2011
       27.50%
     965,385.85

  693,510.00  Paid between April 2011 and April 2013
       28.95%
     200,771.15

  504,700.00  Paid between May 2013 and February 2017
       32.35%
     163,270.45

| | | |
|---|---|---|
| | 27.50% | |
| Paid by CNA | 1,857,071.96 | 1,329,427.45 | 3,186,499.40 |

**Company participation in AAU program:**

up to March 2011                27.50%
April 2011-April 2013           28.95%
May 2013-present                32.35%

**Net to Company:**          $3,186,500.00

Associated Aviation Underwriters  Pool Payments

| Insured | Paid Loss | Paid Expense | Paid Claim |
|---|---|---|---|
| Redacted | 0.00 | 1,184.38 | 1,184.38 |
| | 22,532,508.66 | 2,603,778.68 | 25,136,287.35 |
| | 0.00 | 3,954.88 | 3,954.88 |
| | 0.00 | 1,315,391.43 | 1,315,391.43 |
| | -435.96 | 48,689.68 | 48,253.72 |
| | 174.52 | 73,149.51 | 73,324.04 |
| | 0.00 | 36,749.62 | 36,749.62 |
| | 0.00 | 1,015.45 | 1,015.45 |
| | 0.00 | 6,331.33 | 6,331.33 |
| | 7,295,767.15 | 362,805.91 | 7,658,573.06 |
| | 0.00 | 255,653.07 | 255,653.07 |
| | -23,075,025.44 | 0.00 | -23,075,025.44 |
| **Grand Total** | **6,752,988.94** | **4,708,703.94** | **11,461,692.87** |

| | | | |
|---|---|---|---|
| Paid Loss - Paid by Continental | 27.50% | 6,752,988.94 | 1,857,071.96 |
| **Paid Expense - Paid by Continental** | | | **1,329,427.45** |
| Paid prior to March 2011 | 27.50% | 3,510,494.00 | 965,385.85 |
| Paid between April 2011 and April 2013 | 28.95% | 693,510.00 | 200,771.15 |
| Paid between May 2013 and February 2017 | 32.35% | 504,700.00 | 163,270.45 |
| Total Paid Claim - Paid by Continental | | | **3,186,499.40** |

Company participation in AAU program:
up to March 2011                27.50%
April 2011-April 2013           28.95%
May 2013-present                32.35%

Net to Company:                 $3,186,499.40