# EXHIBIT D

June 19, 2017

<u>World Trade Center</u>

Professional Services Rendered:

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/29/2003 | RMK | 3.40<br>325.00/hr | 1,105.00 |
| 9/30/2003 | RMK | 2.50<br>325.00/hr | 812.50 |
| 10/1/2003 | RMK | 1.60<br>325.00/hr | 520.00 |
| 10/3/2003 | RMK | 0.50<br>325.00/hr | 162.50 |
| 10/7/2003 | RMK | 2.10<br>325.00/hr | 682.50 |
| 10/8/2003 | RMK | 2.00<br>325.00/hr | 650.00 |
| 10/9/2003 | RMK | 0.50<br>325.00/hr | 162.50 |
| 10/14/2003 | RMK | 2.00<br>325.00/hr | 650.00 |
| 10/15/2003 | RMK | 2.50<br>325.00/hr | 812.50 |
| 10/17/2003 | RMK | 2.80<br>325.00/hr | 910.00 |
| 10/20/2003 | RMK | 0.90<br>325.00/hr | 292.50 |
| 10/21/2003 | RMK | 0.10<br>325.00/hr | 32.50 |
| 10/30/2003 | RMK | 2.30<br>325.00/hr | 747.50 |
| 11/4/2003 | RMK | 3.00<br>325.00/hr | 975.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/2003 | RMK | 1.00 325.00/hr | 325.00 |
| 11/7/2003 | RMK | 0.30 325.00/hr | 97.50 |
| 11/10/2003 | RMK | 1.00 325.00/hr | 325.00 |
| | FH | 6.00 150.00/hr | 900.00 |
| 11/11/2003 | RMK | 4.00 325.00/hr | 1,300.00 |
| | FH | 2.00 150.00/hr | 300.00 |
| 11/12/2003 | FH | 3.00 150.00/hr | 450.00 |
| 11/19/2003 | FH | 3.00 150.00/hr | 450.00 |
| 11/20/2003 | FH | 5.00 150.00/hr | 750.00 |
| 12/5/2003 | RMK | 0.70 325.00/hr | 227.50 |
| 12/11/2003 | RMK | 0.70 325.00/hr | 227.50 |
| 12/12/2003 | RMK | 1.00 325.00/hr | 325.00 |
| 12/15/2003 | RMK | 3.00 325.00/hr | 975.00 |
| 12/16/2003 | RMK | 1.70 325.00/hr | 552.50 |
| 12/17/2003 | RMK | 4.50 325.00/hr | 1,462.50 |
| 12/18/2003 | RMK | 4.50 325.00/hr | 1,462.50 |
| 12/19/2003 | RMK | 1.50 325.00/hr | 487.50 |
| 12/29/2003 | RMK | 1.50 325.00/hr | 487.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/30/2003 | RMK | 2.00 325.00/hr | 650.00 |
| 12/31/2003 | RMK | 2.50 325.00/hr | 812.50 |
| 1/15/2004 | RMK | 1.50 325.00/hr | 487.50 |
| 1/16/2004 | RMK | 2.00 325.00/hr | 650.00 |
| 1/19/2004 | RMK | 2.00 325.00/hr | 650.00 |
| 1/21/2004 | RMK | 0.10 325.00/hr | 32.50 |
| 1/27/2004 | RMK | 1.00 325.00/hr | 325.00 |
| 2/9/2004 | RMK | 0.30 325.00/hr | 97.50 |
| 2/10/2004 | RMK | 0.70 325.00/hr | 227.50 |
| 2/11/2004 | RMK | 0.30 325.00/hr | 97.50 |
| 2/13/2004 | RMK | 0.80 325.00/hr | 260.00 |
| 2/17/2004 | RMK | 0.50 325.00/hr | 162.50 |
| 2/24/2004 | RMK | 0.50 325.00/hr | 162.50 |
| 2/25/2004 | RMK | 0.70 325.00/hr | 227.50 |
| 2/27/2004 | RMK | 0.20 325.00/hr | 65.00 |
| 3/1/2004 | RMK | 3.00 325.00/hr | 975.00 |
| 3/2/2004 | RMK | 0.20 325.00/hr | 65.00 |
| 3/4/2004 | RMK | 0.50 325.00/hr | 162.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/8/2004 | RMK | 0.10 325.00/hr | 32.50 |
| 3/15/2004 | RMK | 0.50 325.00/hr | 162.50 |
| 3/16/2004 | RMK | 5.00 325.00/hr | 1,625.00 |
| 3/17/2004 | RMK | 4.30 325.00/hr | 1,397.50 |
| 3/18/2004 | RMK | 1.50 325.00/hr | 487.50 |
| 3/19/2004 | RMK | 3.50 325.00/hr | 1,137.50 |
| 3/21/2004 | RMK | 2.00 325.00/hr | 650.00 |
| 3/23/2004 | RMK | 1.30 325.00/hr | 422.50 |
| 4/7/2004 | RMK | 1.00 325.00/hr | 325.00 |
| 4/8/2004 | RMK | 2.00 325.00/hr | 650.00 |
| 4/9/2004 | RMK | 2.50 325.00/hr | 812.50 |
| 4/16/2004 | RMK | 0.10 325.00/hr | 32.50 |
| 4/27/2004 | RMK | 1.00 325.00/hr | 325.00 |
| 4/28/2004 | RMK | 0.60 325.00/hr | 195.00 |
| 5/7/2004 | RMK | 0.40 325.00/hr | 130.00 |
| 5/10/2004 | RMK | 0.60 325.00/hr | 195.00 |
| 5/11/2004 | RMK | 0.10 325.00/hr | 32.50 |
| 6/10/2004 | RMK | 0.80 325.00/hr | 260.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/16/2004 | RMK | 0.70<br>325.00/hr | 227.50 |
| 6/21/2004 | RMK | 0.70<br>325.00/hr | 227.50 |
| 6/22/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 6/23/2004 | RMK | 1.00<br>325.00/hr | 325.00 |
| 6/24/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 6/29/2004 | RMK | 0.20<br>325.00/hr | 65.00 |
| 7/2/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 7/20/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 7/22/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 7/23/2004 | RMK | 1.50<br>325.00/hr | 487.50 |
| 7/27/2004 | RMK | 0.80<br>325.00/hr | 260.00 |
| 7/28/2004 | RMK | 0.10<br>250.00/hr | 25.00 |
| 8/2/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/4/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 8/9/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 8/10/2004 | RMK | 0.80<br>325.00/hr | 260.00 |
| 8/18/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/19/2004 | RMK | 0.80<br>325.00/hr | 260.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/27/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/29/2004 | AJG | 4.40<br>120.00/hr | 528.00 |
| 8/31/2004 | RMK | 0.70<br>325.00/hr | 227.50 |
| 9/1/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/7/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/9/2004 | RMK | 0.10<br>325.00/hr | 32.50 |
| 9/10/2004 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/13/2004 | RMK | 2.60<br>325.00/hr | 845.00 |
| 9/14/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/15/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/20/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/21/2004 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/23/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/27/2004 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/29/2004 | RMK | 0.90<br>325.00/hr | 292.50 |
| 9/30/2004 | RMK | 0.40<br>325.00/hr | 130.00 |
| 10/1/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/5/2004 | RMK | 0.20<br>325.00/hr | 65.00 |

| Date | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/6/2004 | RMK | 0.30 325.00/hr | 97.50 |
| 10/7/2004 | RMK | 0.20 325.00/hr | 65.00 |
| 10/8/2004 | RMK | 0.20 325.00/hr | 65.00 |
| 10/15/2004 | RMK | 0.40 325.00/hr | 130.00 |
| 10/18/2004 | RMK | 0.30 325.00/hr | 97.50 |
| 10/19/2004 | RMK | 1.30 325.00/hr | 422.50 |
| 10/20/2004 | RMK | 0.70 325.00/hr | 227.50 |
| | AJG | 2.50 120.00/hr | 300.00 |
| 10/24/2004 | AJG | 2.00 120.00/hr | 240.00 |
| 10/25/2004 | AJG | 3.00 120.00/hr | 360.00 |
| | RMK | 0.30 325.00/hr | 97.50 |
| 10/26/2004 | AJG | 4.50 120.00/hr | 540.00 |
| 10/27/2004 | AJG | 6.00 120.00/hr | 720.00 |
| 10/28/2004 | AJG | 4.50 120.00/hr | 540.00 |
| | RMK | 0.80 325.00/hr | 260.00 |
| 10/29/2004 | AJG | 4.50 120.00/hr | 540.00 |
| | RMK | 0.20 325.00/hr | 65.00 |
| 10/31/2004 | AJG | 5.00 120.00/hr | 600.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/1/2004 RMK | 0.30<br>325.00/hr | 97.50 |
| 11/2/2004 RMK | 0.40<br>325.00/hr | 130.00 |
| 11/8/2004 RMK | 0.20<br>325.00/hr | 65.00 |
| 11/11/2004 RMK | 0.20<br>325.00/hr | 65.00 |
| 11/16/2004 RMK | 1.50<br>325.00/hr | 487.50 |
| 11/17/2004 RMK | 4.00<br>325.00/hr | 1,300.00 |
| 11/18/2004 RMK | 1.50<br>325.00/hr | 487.50 |
| 11/19/2004 RMK | 1.00<br>325.00/hr | 325.00 |
| 11/23/2004 RMK | 0.30<br>325.00/hr | 97.50 |
| 11/29/2004 RMK | 0.50<br>325.00/hr | 162.50 |
| 11/30/2004 RMK | 0.20<br>325.00/hr | 65.00 |
| 12/1/2004 RMK | 0.40<br>325.00/hr | 130.00 |
| 12/2/2004 RMK | 0.40<br>325.00/hr | 130.00 |
| 12/3/2004 RMK | 0.90<br>325.00/hr | 292.50 |
| 12/6/2004 RMK | 0.20<br>325.00/hr | 65.00 |
| 12/8/2004 RMK | 0.50<br>325.00/hr | 162.50 |
| 12/9/2004 RMK | 0.60<br>325.00/hr | 195.00 |
| 12/10/2004 RMK | 0.20<br>325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/13/2004 | RMK | 0.30<br>325.00/hr | 97.50 |
| 12/14/2004 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/16/2004 | RMK | 1.70<br>325.00/hr | 552.50 |
| 12/17/2004 | RMK | 0.80<br>325.00/hr | 260.00 |
| 12/20/2004 | RMK | 1.00<br>325.00/hr | 325.00 |
| 12/21/2004 | RMK | 1.00<br>325.00/hr | 325.00 |
| 12/22/2004 | RMK | 0.80<br>325.00/hr | 260.00 |
| 12/23/2004 | RMK | 1.00<br>325.00/hr | 325.00 |
| 12/24/2004 | RMK | 0.90<br>325.00/hr | 292.50 |
| 1/3/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/6/2005 | RMK | 0.30<br>325.00/hr | 97.50 |
| 1/12/2005 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/14/2005 | RMK | 0.40<br>325.00/hr | 130.00 |
| 1/20/2005 | RMK | 1.90<br>325.00/hr | 617.50 |
| 1/25/2005 | RMK | 0.80<br>325.00/hr | 260.00 |
| 1/31/2005 | RMK | 0.60<br>325.00/hr | 195.00 |
| 2/3/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/7/2005 | RMK | 0.50<br>325.00/hr | 162.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/8/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 2/9/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 2/10/2005 | RMK | 0.40 325.00/hr | 130.00 |
| 2/11/2005 | RMK | 0.30 325.00/hr | 97.50 |
| 2/13/2005 | RMK | 3.50 325.00/hr | 1,137.50 |
| 2/14/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 2/15/2005 | RMK | 0.90 375.00/hr | 337.50 |
| 2/16/2005 | RMK | 2.60 325.00/hr | 845.00 |
| 2/17/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 2/18/2005 | RMK | 1.40 325.00/hr | 455.00 |
| 2/22/2005 | RMK | 0.50 325.00/hr | 162.50 |
| 2/25/2005 | RMK | 0.50 325.00/hr | 162.50 |
| 2/27/2005 | RMK | 2.50 325.00/hr | 812.50 |
| 2/28/2005 | RMK | 1.50 325.00/hr | 487.50 |
| 3/1/2005 | RMK | 0.50 325.00/hr | 162.50 |
| 3/2/2005 | RMK | 1.90 325.00/hr | 617.50 |
| 3/3/2005 | RMK | 0.70 325.00/hr | 227.50 |
| 3/4/2005 | RMK | 1.20 325.00/hr | 390.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/6/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 3/7/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 3/8/2005 | RMK | 1.00 325.00/hr | 325.00 |
| 3/9/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 3/10/2005 | RMK | 0.50 325.00/hr | 162.50 |
| 3/11/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 3/14/2005 | RMK | 1.90 325.00/hr | 617.50 |
| 3/15/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 3/16/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 3/17/2005 | RMK | 2.20 325.00/hr | 715.00 |
| 3/18/2005 | RMK | 3.40 375.00/hr | 1,275.00 |
| 3/21/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 3/22/2005 | RMK | 2.00 325.00/hr | 650.00 |
| | RMK | 0.80 275.00/hr | 220.00 |
| 3/23/2005 | RMK | 1.30 325.00/hr | 422.50 |
| 3/24/2005 | RMK | 2.20 325.00/hr | 715.00 |
| 3/25/2005 | RMK | 0.90 325.00/hr | 292.50 |
| 3/28/2005 | RMK | 1.60 325.00/hr | 520.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 3/30/2005 RMK | 0.70<br>325.00/hr | 227.50 |
| 3/31/2005 RMK | 0.80<br>325.00/hr | 260.00 |
| 4/1/2005 RMK | 0.40<br>325.00/hr | 130.00 |
| 4/4/2005 RMK | 1.10<br>325.00/hr | 357.50 |
| 4/5/2005 RMK | 1.10<br>325.00/hr | 357.50 |
| 4/6/2005 RMK | 1.00<br>325.00/hr | 325.00 |
| 4/7/2005 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/8/2005 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/11/2005 RMK | 2.00<br>325.00/hr | 650.00 |
| 4/12/2005 RMK | 1.50<br>325.00/hr | 487.50 |
| 4/13/2005 RMK | 2.20<br>325.00/hr | 715.00 |
| 4/14/2005 RMK | 5.40<br>325.00/hr | 1,755.00 |
| 4/19/2005 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/20/2005 RMK | 0.20<br>325.00/hr | 65.00 |
| 4/21/2005 RMK | 0.30<br>325.00/hr | 97.50 |
| 4/22/2005 RMK | 0.20<br>325.00/hr | 65.00 |
| 4/25/2005 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/26/2005 RMK | 0.30<br>325.00/hr | 97.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/27/2005 | RMK | 0.50<br>325.00/hr | 162.50 |
| 4/28/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/29/2005 | RMK | 0.80<br>325.00/hr | 260.00 |
| 5/2/2005 | RMK | 0.60<br>325.00/hr | 195.00 |
| 5/4/2005 | RMK | 1.10<br>325.00/hr | 357.50 |
| 5/5/2005 | RMK | 0.70<br>325.00/hr | 227.50 |
| 5/9/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/11/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/13/2005 | RMK | 0.50<br>325.00/hr | 162.50 |
| 5/16/2005 | RMK | 0.60<br>325.00/hr | 195.00 |
| 5/17/2005 | RMK | 0.80<br>325.00/hr | 260.00 |
| 5/23/2005 | RMK | 1.20<br>325.00/hr | 390.00 |
| 5/24/2005 | RMK | 1.30<br>325.00/hr | 422.50 |
| 5/25/2005 | RMK | 0.40<br>325.00/hr | 130.00 |
| 5/26/2005 | RMK | 0.40<br>325.00/hr | 130.00 |
| 5/27/2005 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/31/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 6/2/2005 | RMK | 0.30<br>325.00/hr | 97.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 6/3/2005 RMK | 0.10 325.00/hr | 32.50 |
| 6/6/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/7/2005 RMK | 0.70 325.00/hr | 227.50 |
| 6/8/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/9/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/13/2005 RMK | 0.30 325.00/hr | 97.50 |
| 6/14/2005 RMK | 4.30 325.00/hr | 1,397.50 |
| 6/15/2005 RMK | 2.60 325.00/hr | 845.00 |
| 6/16/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/21/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/24/2005 RMK | 0.50 325.00/hr | 162.50 |
| 6/27/2005 RMK | 1.40 325.00/hr | 455.00 |
| 6/28/2005 RMK | 0.90 325.00/hr | 292.50 |
| 6/29/2005 RMK | 0.20 325.00/hr | 65.00 |
| 6/30/2005 RMK | 0.20 325.00/hr | 65.00 |
| 7/6/2005 RMK | 0.20 325.00/hr | 65.00 |
| 7/7/2005 RMK | 0.50 325.00/hr | 162.50 |
| 7/11/2005 RMK | 0.20 325.00/hr | 65.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2005 | RMK | 1.40<br>325.00/hr | 455.00 |
| 7/14/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 7/19/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 7/20/2005 | RMK | 0.30<br>325.00/hr | 97.50 |
| 7/21/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 7/25/2005 | RMK | 0.50<br>325.00/hr | 162.50 |
| 7/27/2005 | RMK | 0.30<br>325.00/hr | 97.50 |
| 7/28/2005 | RMK | 0.20<br>250.00/hr | 50.00 |
| 7/29/2005 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/1/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/2/2005 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/3/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/4/2005 | RMK | 0.20<br>375.00/hr | 75.00 |
| 8/5/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/9/2005 | RMK | 1.10<br>325.00/hr | 357.50 |
| 8/10/2005 | RMK | 0.30<br>325.00/hr | 97.50 |
| 8/22/2005 | RMK | 1.20<br>325.00/hr | 390.00 |
| 8/23/2005 | RMK | 1.60<br>325.00/hr | 520.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/25/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 8/26/2005 | RMK | 0.70 325.00/hr | 227.50 |
| 8/29/2005 | RMK | 1.00 325.00/hr | 325.00 |
| 8/30/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 8/31/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 9/1/2005 | RMK | 1.20 325.00/hr | 390.00 |
| 9/2/2005 | RMK | 2.50 325.00/hr | 812.50 |
| 9/6/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 9/7/2005 | RMK | 0.30 325.00/hr | 97.50 |
| 9/8/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 9/9/2005 | RMK | 0.40 325.00/hr | 130.00 |
| 9/12/2005 | RMK | 2.50 325.00/hr | 812.50 |
| 9/13/2005 | RMK | 1.90 325.00/hr | 617.50 |
| 9/14/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 9/15/2005 | RMK | 1.00 325.00/hr | 325.00 |
| 9/16/2005 | RMK | 1.00 325.00/hr | 325.00 |
| 9/19/2005 | LH | 7.00 200.00/hr | 1,400.00 |
|  | RMK | 4.60 325.00/hr | 1,495.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/20/2005 | LH | 7.00<br>200.00/hr | 1,400.00 |
|  | RMK | 4.80<br>325.00/hr | 1,560.00 |
| 9/21/2005 | LH | 7.00<br>200.00/hr | 1,400.00 |
|  | RMK | 1.70<br>325.00/hr | 552.50 |
| 9/22/2005 | RMK | 0.20<br>325.00/hr | 65.00 |
|  | LH | 8.00<br>200.00/hr | 1,600.00 |
| 9/23/2005 | RMK | 0.90<br>325.00/hr | 292.50 |
|  | LH | 8.00<br>200.00/hr | 1,600.00 |
| 9/26/2005 | LH | 7.00<br>200.00/hr | 1,400.00 |
|  | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/27/2005 | LH | 8.50<br>200.00/hr | 1,700.00 |
|  | RMK | 5.40<br>325.00/hr | 1,755.00 |
| 9/28/2005 | LH | 7.40<br>200.00/hr | 1,480.00 |
|  | RMK | 4.00<br>325.00/hr | 1,300.00 |
| 9/29/2005 | RMK | 5.40<br>325.00/hr | 1,755.00 |
|  | LH | 7.00<br>200.00/hr | 1,400.00 |
| 9/30/2005 | RMK | 4.20<br>325.00/hr | 1,365.00 |
|  | LH | 7.60<br>200.00/hr | 1,520.00 |

|                   | Hrs/Rate          | Amount  |
|-------------------|-------------------|---------|
| 10/3/2005 RMK     | 0.60 325.00/hr    | 195.00  |
| 10/6/2005 RMK     | 1.00 325.00/hr    | 325.00  |
| 10/9/2005 RMK     | 0.80 325.00/hr    | 260.00  |
| 10/10/2005 RMK    | 0.40 325.00/hr    | 130.00  |
| 10/11/2005 RMK    | 0.70 325.00/hr    | 227.50  |
| 10/12/2005 RMK    | 0.60 325.00/hr    | 195.00  |
| 10/14/2005 RMK    | 0.80 325.00/hr    | 260.00  |
| 10/17/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 10/18/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 10/19/2005 RMK    | 0.40 325.00/hr    | 130.00  |
| 10/20/2005 RMK    | 0.30 325.00/hr    | 97.50   |
| 10/21/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 10/24/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 10/25/2005 RMK    | 0.30 325.00/hr    | 97.50   |
| 10/27/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 10/31/2005 RMK    | 0.20 325.00/hr    | 65.00   |
| 11/2/2005 RMK     | 0.20 325.00/hr    | 65.00   |
| 11/7/2005 RMK     | 0.20 325.00/hr    | 65.00   |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/8/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 11/11/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 11/16/2005 | RMK | 0.30 325.00/hr | 97.50 |
| 11/28/2005 | RMK | 0.50 325.00/hr | 162.50 |
| 12/6/2005 | RMK | 0.10 300.00/hr | 30.00 |
| 12/7/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 12/12/2005 | RMK | 0.40 325.00/hr | 130.00 |
| 12/15/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 12/16/2005 | RMK | 3.20 325.00/hr | 1,040.00 |
| 12/19/2005 | RMK | 2.70 325.00/hr | 877.50 |
| 12/20/2005 | RMK | 2.00 325.00/hr | 650.00 |
| 12/21/2005 | RMK | 1.00 325.00/hr | 325.00 |
| 12/22/2005 | RMK | 2.30 325.00/hr | 747.50 |
| 12/23/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 12/27/2005 | EDL | 1.50 125.00/hr | 187.50 |
| 12/28/2005 | RMK | 0.80 325.00/hr | 260.00 |
| 12/30/2005 | RMK | 0.20 325.00/hr | 65.00 |
| 1/5/2006 | RMK | 0.50 325.00/hr | 162.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/16/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/19/2006 | RMK | 1.20<br>325.00/hr | 390.00 |
| 1/20/2006 | RMK | 1.30<br>325.00/hr | 422.50 |
| 1/23/2006 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/24/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| | RMK | 0.50<br>175.00/hr | 87.50 |
| 1/30/2006 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/31/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/2/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/3/2006 | RMK | 0.30<br>325.00/hr | 97.50 |
| 2/6/2006 | RMK | 0.60<br>325.00/hr | 195.00 |
| 2/7/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/8/2006 | RMK | 0.10<br>325.00/hr | 32.50 |
| 2/9/2006 | RMK | 0.40<br>375.00/hr | 150.00 |
| 2/14/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/16/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/20/2006 | RMK | 2.20<br>325.00/hr | 715.00 |
| 2/21/2006 | RMK | 0.70<br>325.00/hr | 227.50 |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/22/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/23/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/28/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 3/20/2006 | RMK | 0.40<br>325.00/hr | 130.00 |
| 3/22/2006 | RMK | 0.10<br>325.00/hr | 32.50 |
| 3/28/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/10/2006 | RMK | 0.90<br>325.00/hr | 292.50 |
| 4/11/2006 | RMK | 0.80<br>325.00/hr | 260.00 |
| 4/17/2006 | RMK | 0.40<br>325.00/hr | 130.00 |
| 4/18/2006 | RMK | 0.40<br>325.00/hr | 130.00 |
| 4/20/2006 | RMK | 1.70<br>325.00/hr | 552.50 |
| 4/21/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/26/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/2/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/3/2006 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/4/2006 | RMK | 2.00<br>325.00/hr | 650.00 |
| 5/16/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/17/2006 | RMK | 0.20<br>325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/1/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 6/2/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 6/13/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 6/14/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 6/22/2006 | RMK | 0.40 325.00/hr | 130.00 |
| 6/23/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 6/26/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 6/27/2006 | RMK | 2.10 325.00/hr | 682.50 |
| 7/5/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 7/7/2006 | RMK | 1.50 325.00/hr | 487.50 |
| 7/12/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 7/17/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 7/18/2006 | RMK | 0.10 325.00/hr | 32.50 |
| 7/20/2006 | RMK | 0.10 325.00/hr | 32.50 |
| 7/24/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 7/25/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 8/2/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 8/15/2006 | RMK | 0.30 325.00/hr | 97.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/16/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/17/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/21/2006 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/5/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/6/2006 | RMK | 0.10<br>325.00/hr | 32.50 |
| 9/7/2006 | RMK | 0.10<br>325.00/hr | 32.50 |
| | EDL | 0.50<br>175.00/hr | 87.50 |
| 9/8/2006 | RMK | 1.20<br>325.00/hr | 390.00 |
| 9/11/2006 | RMK | 3.50<br>325.00/hr | 1,137.50 |
| 9/12/2006 | RMK | 3.30<br>325.00/hr | 1,072.50 |
| 9/13/2006 | RMK | 3.50<br>325.00/hr | 1,137.50 |
| 9/14/2006 | RMK | 4.10<br>325.00/hr | 1,332.50 |
| 9/15/2006 | RMK | 3.20<br>325.00/hr | 1,040.00 |
| 9/18/2006 | RMK | 0.80<br>325.00/hr | 260.00 |
| 9/19/2006 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/9/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 10/17/2006 | RMK | 0.20<br>325.00/hr | 65.00 |
| 10/31/2006 | RMK | 0.20<br>325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/3/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 11/8/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 11/9/2006 | RMK | 0.10 325.00/hr | 32.50 |
| 11/15/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 11/16/2006 | RMK | 2.70 325.00/hr | 877.50 |
| 11/20/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 11/21/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 11/29/2006 | RMK | 0.40 325.00/hr | 130.00 |
| 11/30/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 12/1/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 12/4/2006 | RMK | 1.00 325.00/hr | 325.00 |
| 12/5/2006 | RMK | 1.60 325.00/hr | 520.00 |
| 12/6/2006 | RMK | 1.10 325.00/hr | 357.50 |
| 12/11/2006 | RMK | 0.30 325.00/hr | 97.50 |
| 12/13/2006 | RMK | 0.20 325.00/hr | 65.00 |
| | RMK | 1.20 325.00/hr | 390.00 |
| 12/15/2006 | RMK | 0.20 325.00/hr | 65.00 |
| 12/26/2006 | RMK | 0.20 325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/4/2007 | RMK | 1.10<br>325.00/hr | 357.50 |
| 1/5/2007 | RMK | 0.60<br>325.00/hr | 195.00 |
| 1/8/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 2/1/2007 | RMK | 0.20<br>325.00/hr | 65.00 |
| 3/1/2007 | RMK | 1.30<br>325.00/hr | 422.50 |
| 3/5/2007 | RMK | 1.30<br>325.00/hr | 422.50 |
| 3/6/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 3/22/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 3/23/2007 | RMK | 2.40<br>325.00/hr | 780.00 |
| 3/26/2007 | RMK | 0.50<br>325.00/hr | 162.50 |
| 3/27/2007 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/25/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/3/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/10/2007 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/11/2007 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/14/2007 | RMK | 0.10<br>325.00/hr | 32.50 |
| 5/17/2007 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/23/2007 | RMK | 0.20<br>325.00/hr | 65.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/31/2007 RMK | 0.20 325.00/hr | 65.00 |
| 6/5/2007 RMK | 0.20 325.00/hr | 65.00 |
| 6/25/2007 RMK | 0.50 325.00/hr | 162.50 |
| 6/26/2007 RMK | 2.40 325.00/hr | 780.00 |
| 7/6/2007 RMK | 0.20 325.00/hr | 65.00 |
| 7/25/2007 RMK | 0.20 325.00/hr | 65.00 |
| 7/31/2007 RMK | 0.10 325.00/hr | 32.50 |
| 8/6/2007 RMK | 0.80 325.00/hr | 260.00 |
| 10/25/2007 RMK | 0.20 325.00/hr | 65.00 |
| 12/4/2007 RMK | 0.20 325.00/hr | 65.00 |
| 12/6/2007 RMK | 0.20 325.00/hr | 65.00 |
| 12/7/2007 RMK | 0.30 325.00/hr | 97.50 |
| 12/13/2007 RMK | 0.20 325.00/hr | 65.00 |
| 12/19/2007 RMK | 0.30 325.00/hr | 97.50 |
| 1/7/2008 RMK | 0.20 325.00/hr | 65.00 |
| 1/9/2008 RMK | 0.30 325.00/hr | 97.50 |
| 1/11/2008 RMK | 0.20 325.00/hr | 65.00 |
| 1/16/2008 RMK | 1.00 325.00/hr | 325.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/17/2008 | RMK | 6.00<br>325.00/hr | 1,950.00 |
| 1/18/2008 | RMK | 4.50<br>325.00/hr | 1,462.50 |
| 1/21/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/22/2008 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/24/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 1/30/2008 | RMK | 0.10<br>325.00/hr | 32.50 |
| 2/4/2008 | RMK | 0.70<br>325.00/hr | 227.50 |
| 2/5/2008 | RMK | 0.10<br>325.00/hr | 32.50 |
| 3/13/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 3/14/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 3/18/2008 | RMK | 1.50<br>325.00/hr | 487.50 |
| 4/9/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 4/18/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/21/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/22/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 5/16/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 7/24/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/4/2008 | RMK | 0.20<br>325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2008 | RMK | 0.40<br>325.00/hr | 130.00 |
| 8/7/2008 | RMK | 0.20<br>300.00/hr | 60.00 |
| 8/14/2008 | RMK | 0.30<br>325.00/hr | 97.50 |
| 8/18/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/19/2008 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/22/2008 | RMK | 0.40<br>325.00/hr | 130.00 |
| 9/3/2008 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/4/2008 | RMK | 3.40<br>325.00/hr | 1,105.00 |
| 9/5/2008 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/17/2008 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/18/2008 | RMK | 0.60<br>325.00/hr | 195.00 |
| 11/7/2008 | RMK | 0.80<br>325.00/hr | 260.00 |
| 11/10/2008 | RMK | 0.40<br>325.00/hr | 130.00 |
| 11/11/2008 | RMK | 0.10<br>325.00/hr | 32.50 |
| 11/12/2008 | RMK | 0.20<br>325.00/hr | 65.00 |
| 11/20/2008 | RMK | 1.00<br>325.00/hr | 325.00 |
| 11/24/2008 | RMK | 0.10<br>325.00/hr | 32.50 |
| 12/12/2008 | RMK | 0.70<br>325.00/hr | 227.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/30/2008 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/5/2009 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/6/2009 | RMK | 0.70<br>325.00/hr | 227.50 |
| 1/7/2009 | RMK | 0.10<br>325.00/hr | 32.50 |
| 1/8/2009 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/12/2009 | RMK | 0.10<br>325.00/hr | 32.50 |
| 1/15/2009 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/26/2009 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/4/2009 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/23/2009 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/24/2009 | RMK | 1.00<br>325.00/hr | 325.00 |
| 4/15/2009 | RMK | 0.30<br>325.00/hr | 97.50 |
| | RMK | 0.30<br>325.00/hr | 97.50 |
| 4/16/2009 | RMK | 0.30<br>325.00/hr | 97.50 |
| | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/1/2009 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/26/2009 | RMK | 0.10<br>325.00/hr | 32.50 |
| 6/1/2009 | RMK | 1.00<br>325.00/hr | 325.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/3/2009 RMK | 0.60<br>325.00/hr | 195.00 |
| 6/4/2009 RMK | 0.30<br>325.00/hr | 97.50 |
| 6/8/2009 RMK | 0.30<br>325.00/hr | 97.50 |
| 6/10/2009 RMK | 0.10<br>325.00/hr | 32.50 |
| 6/30/2009 RMK | 0.20<br>325.00/hr | 65.00 |
| 7/1/2009 RMK | 0.20<br>325.00/hr | 65.00 |
| 7/14/2009 RMK | 0.40<br>325.00/hr | 130.00 |
| 7/15/2009 RMK | 2.20<br>325.00/hr | 715.00 |
| 7/22/2009 RMK | 0.20<br>325.00/hr | 65.00 |
| 10/2/2009 RMK | 0.20<br>325.00/hr | 65.00 |
| 10/5/2009 RMK | 0.40<br>300.00/hr | 120.00 |
| 10/19/2009 RMK | 0.10<br>325.00/hr | 32.50 |
| 10/20/2009 RMK | 0.10<br>325.00/hr | 32.50 |
| 3/29/2010 RMK | 0.10<br>325.00/hr | 32.50 |
| 5/12/2010 RMK | 0.20<br>325.00/hr | 65.00 |
| 6/3/2010 RMK | 0.20<br>325.00/hr | 65.00 |
| 6/11/2010 RMK | 0.10<br>325.00/hr | 32.50 |
| 7/16/2010 RMK | 0.20<br>325.00/hr | 65.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/20/2010 | RMK | 0.10 300.00/hr | 30.00 |
| 8/25/2010 | RMK | 0.30 325.00/hr | 97.50 |
| 10/27/2010 | RMK | 0.40 325.00/hr | 130.00 |
| 10/28/2010 | RMK | 2.30 325.00/hr | 747.50 |
| 11/24/2010 | RMK | 0.20 325.00/hr | 65.00 |
| 12/20/2010 | RMK | 0.10 300.00/hr | 30.00 |
| 12/21/2010 | RMK | 0.10 300.00/hr | 30.00 |
| 12/27/2010 | RMK | 0.20 325.00/hr | 65.00 |
| 1/19/2011 | RMK | 1.30 325.00/hr | 422.50 |
| 1/20/2011 | RMK | 0.50 325.00/hr | 162.50 |
| 1/21/2011 | RMK | 0.50 325.00/hr | 162.50 |
| 3/14/2011 | RMK | 0.10 325.00/hr | 32.50 |
| 4/8/2011 | RMK | 0.20 325.00/hr | 65.00 |
| 4/11/2011 | RMK | 0.10 325.00/hr | 32.50 |
| 4/26/2011 | RMK | 1.00 325.00/hr | 325.00 |
| 5/5/2011 | RMK | 0.10 325.00/hr | 32.50 |
| 6/22/2011 | RMK | 0.20 325.00/hr | 65.00 |
| 7/28/2011 | RMK | 0.20 325.00/hr | 65.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/3/2011 | RMK | 0.40<br>325.00/hr | 130.00 |
| 8/8/2011 | RMK | 0.40<br>325.00/hr | 130.00 |
| 8/9/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/10/2011 | RMK | 0.40<br>325.00/hr | 130.00 |
| 8/11/2011 | RMK | 0.10<br>325.00/hr | 32.50 |
| 8/18/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/24/2011 | RMK | 3.50<br>325.00/hr | 1,137.50 |
| 8/25/2011 | RMK | 2.00<br>325.00/hr | 650.00 |
| 8/30/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/31/2011 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/9/2011 | RMK | 0.10<br>300.00/hr | 30.00 |
| 9/19/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/23/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 10/6/2011 | RMK | 0.10<br>325.00/hr | 32.50 |
| 10/27/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 11/3/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 11/7/2011 | RMK | 0.50<br>325.00/hr | 162.50 |
| 11/21/2011 | RMK | 1.30<br>325.00/hr | 422.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/22/2011 | RMK | 0.80<br>325.00/hr | 260.00 |
| 11/28/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/5/2011 | RMK | 0.60<br>325.00/hr | 195.00 |
| 12/6/2011 | RMK | 0.30<br>325.00/hr | 97.50 |
| 12/8/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/9/2011 | RMK | 0.50<br>325.00/hr | 162.50 |
| 12/13/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/21/2011 | RMK | 0.30<br>325.00/hr | 97.50 |
| 12/22/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/23/2011 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/3/2012 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/9/2012 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/17/2012 | RMK | 0.30<br>325.00/hr | 97.50 |
| 1/18/2012 | RMK | 0.80<br>325.00/hr | 260.00 |
| 1/19/2012 | RMK | 1.00<br>325.00/hr | 325.00 |
| 1/20/2012 | RMK | 0.30<br>325.00/hr | 97.50 |
| 2/3/2012 | RMK | 1.10<br>325.00/hr | 357.50 |
| 2/10/2012 | RMK | 0.20<br>325.00/hr | 65.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 2/23/2012 RMK | 0.20<br>325.00/hr | 65.00 |
| 2/24/2012 RMK | 0.20<br>325.00/hr | 65.00 |
| 3/14/2012 RMK | 0.30<br>325.00/hr | 97.50 |
| 4/3/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/6/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/11/2012 RMK | 0.30<br>325.00/hr | 97.50 |
| 4/12/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/13/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/16/2012 RMK | 0.20<br>325.00/hr | 65.00 |
| 4/25/2012 RMK | 0.30<br>325.00/hr | 97.50 |
| 4/27/2012 RMK | 1.00<br>325.00/hr | 325.00 |
| 4/30/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 5/1/2012 RMK | 0.50<br>325.00/hr | 162.50 |
| 5/2/2012 RMK | 1.50<br>325.00/hr | 487.50 |
| 5/3/2012 RMK | 2.00<br>325.00/hr | 650.00 |
| 7/10/2012 RMK | 0.20<br>325.00/hr | 65.00 |
| 10/4/2012 RMK | 0.30<br>325.00/hr | 97.50 |
| 10/25/2012 RMK | 0.20<br>325.00/hr | 65.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/14/2012 RMK | 0.20<br>325.00/hr | 65.00 |
| 11/15/2012 RMK | 0.10<br>325.00/hr | 32.50 |
| 11/21/2012 RMK | 0.20<br>300.00/hr | 60.00 |
| 11/27/2012 RMK | 0.30<br>325.00/hr | 97.50 |
| 12/4/2012 RMK | 4.00<br>325.00/hr | 1,300.00 |
| 12/13/2012 RMK | 2.00<br>325.00/hr | 650.00 |
| 12/14/2012 RMK | 1.00<br>325.00/hr | 325.00 |
| 1/16/2013 RMK | 0.20<br>325.00/hr | 65.00 |
| 3/4/2013 RMK | 0.20<br>325.00/hr | 65.00 |
| 3/19/2013 RMK | 1.50<br>325.00/hr | 487.50 |
| 3/20/2013 RMK | 3.70<br>325.00/hr | 1,202.50 |
| 3/21/2013 RMK | 0.80<br>325.00/hr | 260.00 |
| 3/22/2013 RMK | 1.00<br>325.00/hr | 325.00 |
| 3/25/2013 RMK | 0.50<br>325.00/hr | 162.50 |
| 4/16/2013 RMK | 2.30<br>325.00/hr | 747.50 |
| 4/17/2013 RMK | 0.10<br>325.00/hr | 32.50 |
| 5/10/2013 RMK | 0.30<br>325.00/hr | 97.50 |
| 6/10/2013 RMK | 0.10<br>325.00/hr | 32.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2013 | RMK | 0.30<br>325.00/hr | 97.50 |
| 8/12/2013 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/21/2013 | RMK | 0.10<br>325.00/hr | 32.50 |
| 9/3/2013 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/4/2013 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/10/2013 | RMK | 0.70<br>325.00/hr | 227.50 |
| 10/1/2013 | RMK | 0.20<br>325.00/hr | 65.00 |
| 12/19/2013 | RMK | 0.20<br>325.00/hr | 65.00 |
| 2/7/2014 | RMK | 0.30<br>325.00/hr | 97.50 |
| 2/12/2014 | RMK | 0.40<br>325.00/hr | 130.00 |
| 4/11/2014 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/19/2014 | RMK | 0.30<br>325.00/hr | 97.50 |
| 5/27/2014 | RMK | 0.70<br>325.00/hr | 227.50 |
| 7/1/2014 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/26/2014 | RMK | 0.40<br>325.00/hr | 130.00 |
| 9/9/2014 | RMK | 3.00<br>325.00/hr | 975.00 |
| 9/10/2014 | RMK | 2.50<br>325.00/hr | 812.50 |
| 9/11/2014 | RMK | 0.50<br>325.00/hr | 162.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/12/2014 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/14/2014 | RMK | 0.30<br>325.00/hr | 97.50 |
| 9/16/2014 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/22/2014 | RMK | 0.50<br>325.00/hr | 162.50 |
| 10/3/2014 | RMK | 1.00<br>325.00/hr | 325.00 |
| 12/30/2014 | RMK | 0.30<br>325.00/hr | 97.50 |
| 1/6/2015 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/20/2015 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/22/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 2/2/2015 | RMK | 0.50<br>300.00/hr | 150.00 |
| 2/3/2015 | RMK | 1.30<br>325.00/hr | 422.50 |
| 2/4/2015 | RMK | 0.70<br>325.00/hr | 227.50 |
| 2/5/2015 | RMK | 1.40<br>325.00/hr | 455.00 |
| 2/6/2015 | RMK | 1.00<br>325.00/hr | 325.00 |
| 2/11/2015 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/10/2015 | RMK | 0.50<br>325.00/hr | 162.50 |
| 6/18/2015 | RMK | 0.50<br>325.00/hr | 162.50 |
| 6/19/2015 | RMK | 0.60<br>325.00/hr | 195.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/29/2015 | RMK | 0.10<br>325.00/hr | 32.50 |
| 10/1/2015 | RMK | 1.10<br>325.00/hr | 357.50 |
| 10/16/2015 | RMK | 0.40<br>325.00/hr | 130.00 |
| 10/19/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/20/2015 | RMK | 2.00<br>300.00/hr | 600.00 |
| 10/21/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/22/2015 | RMK | 0.50<br>325.00/hr | 162.50 |
| 10/27/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/28/2015 | RMK | 0.20<br>325.00/hr | 65.00 |
| 10/29/2015 | RMK | 1.10<br>325.00/hr | 357.50 |
| 10/30/2015 | RMK | 0.20<br>325.00/hr | 65.00 |
| 11/3/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 11/5/2015 | RMK | 0.10<br>325.00/hr | 32.50 |
| 11/6/2015 | RMK | 0.30<br>325.00/hr | 97.50 |
| 11/10/2015 | RMK | 0.40<br>325.00/hr | 130.00 |
| 11/11/2015 | RMK | 3.00<br>325.00/hr | 975.00 |
| 11/12/2015 | RMK | 2.00<br>325.00/hr | 650.00 |
| 11/13/2015 | RMK | 0.10<br>325.00/hr | 32.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/16/2015 | RMK | 0.10<br>325.00/hr | 32.50 |
| 11/25/2015 | RMK | 0.50<br>325.00/hr | 162.50 |
| 12/1/2015 | RMK | 0.10<br>325.00/hr | 32.50 |
| 12/8/2015 | RMK | 0.10<br>325.00/hr | 32.50 |
| 1/5/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/7/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 1/21/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 3/3/2016 | RMK | 0.30<br>325.00/hr | 97.50 |
| 3/8/2016 | RMK | 2.00<br>325.00/hr | 650.00 |
| 3/22/2016 | RMK | 1.30<br>325.00/hr | 422.50 |
| 3/23/2016 | RMK | 1.00<br>325.00/hr | 325.00 |
| 4/18/2016 | RMK | 0.30<br>325.00/hr | 97.50 |
| 4/20/2016 | RMK | 1.20<br>325.00/hr | 390.00 |
| | RMK | 1.20<br>325.00/hr | 390.00 |
| 4/21/2016 | RMK | 1.20<br>325.00/hr | 390.00 |
| 4/22/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/25/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 4/29/2016 | RMK | 0.50<br>325.00/hr | 162.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2016 | RMK | 1.00<br>325.00/hr | 325.00 |
| 5/2/2016 | RMK | 1.50<br>325.00/hr | 487.50 |
| 5/4/2016 | RMK | 0.50<br>325.00/hr | 162.50 |
| 5/6/2016 | RMK | 0.50<br>325.00/hr | 162.50 |
| 5/18/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 6/7/2016 | RMK | 0.50<br>325.00/hr | 162.50 |
| 6/8/2016 | RMK | 8.70<br>325.00/hr | 2,827.50 |
| 7/5/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 7/6/2016 | RMK | 0.10<br>325.00/hr | 32.50 |
| 7/19/2016 | RMK | 0.50<br>500.00/hr | 250.00 |
| 7/25/2016 | RMK | 0.50<br>325.00/hr | 162.50 |
| 8/2/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 8/23/2016 | RMK | 2.10<br>325.00/hr | 682.50 |
| 8/24/2016 | RMK | 1.50<br>325.00/hr | 487.50 |
| 8/25/2016 | RMK | 5.00<br>325.00/hr | 1,625.00 |
| 8/26/2016 | RMK | 3.20<br>325.00/hr | 1,040.00 |
| 9/7/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/9/2016 | RMK | 0.20<br>325.00/hr | 65.00 |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/13/2016 | RMK | 0.10<br>325.00/hr | 32.50 |
| 9/16/2016 | RMK | 2.80<br>325.00/hr | 910.00 |
| 9/19/2016 | RMK | 3.30<br>325.00/hr | 1,072.50 |
| 9/21/2016 | RMK | 0.20<br>325.00/hr | 65.00 |
| 9/22/2016 | RMK | 1.00<br>325.00/hr | 325.00 |
| 9/23/2016 | RMK | 1.20<br>325.00/hr | 390.00 |
| 9/26/2016 | RMK | 1.50<br>325.00/hr | 487.50 |
| 9/28/2016 | RMK | 0.50<br>325.00/hr | 162.50 |
| 9/29/2016 | RMK | 3.40<br>325.00/hr | 1,105.00 |
| 9/30/2016 | RMK | 2.70<br>325.00/hr | 877.50 |
| 10/7/2016 | RMK | 1.00<br>325.00/hr | 325.00 |
| 10/10/2016 | RMK | 2.70<br>325.00/hr | 877.50 |
| 10/11/2016 | RMK | 1.20<br>325.00/hr | 390.00 |
| 10/13/2016 | RMK | 0.30<br>325.00/hr | 97.50 |
| 10/17/2016 | RMK | 1.10<br>325.00/hr | 357.50 |
| 10/18/2016 | RMK | 0.80<br>325.00/hr | 260.00 |
| 10/20/2016 | RMK | 0.90<br>325.00/hr | 292.50 |
| 11/3/2016 | RMK | 1.00<br>325.00/hr | 325.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/4/2016 | RMK | 0.30<br>325.00/hr | 97.50 |
| 11/14/2016 | RMK | 4.80<br>325.00/hr | 1,560.00 |
| 11/15/2016 | RMK | 2.50<br>325.00/hr | 812.50 |
| 11/16/2016 | RMK | 1.70<br>325.00/hr | 552.50 |
| 11/17/2016 | RMK | 2.50<br>325.00/hr | 812.50 |
| 11/21/2016 | RMK | 1.00<br>325.00/hr | 325.00 |
| 11/28/2016 | RMK | 3.50<br>325.00/hr | 1,137.50 |
| 11/29/2016 | RMK | 1.50<br>325.00/hr | 487.50 |
| 12/9/2016 | RMK | 0.70<br>325.00/hr | 227.50 |
| 12/12/2016 | RMK | 2.50<br>325.00/hr | 812.50 |
| 12/13/2016 | RMK | 3.00<br>325.00/hr | 975.00 |
| 12/14/2016 | RMK | 0.60<br>550.00/hr | 330.00 |
| 12/20/2016 | RMK | 0.40<br>325.00/hr | 130.00 |
| 12/21/2016 | RMK | 1.30<br>325.00/hr | 422.50 |
| 12/22/2016 | RMK | 2.20<br>550.00/hr | 1,210.00 |
| 12/23/2016 | RMK | 2.00<br>325.00/hr | 650.00 |
| 1/3/2017 | RMK | 3.50<br>325.00/hr | 1,137.50 |
| 1/6/2017 | RMK | 0.50<br>325.00/hr | 162.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/2017 | RMK | 0.50<br>325.00/hr | 162.50 |
| 1/10/2017 | RMK | 1.30<br>325.00/hr | 422.50 |
| 1/12/2017 | RMK | 0.10<br>325.00/hr | 32.50 |
| 2/1/2017 | RMK | 2.50<br>325.00/hr | 812.50 |
| 2/2/2017 | RMK | 0.50<br>325.00/hr | 162.50 |
| 2/3/2017 | RMK | 0.50<br>325.00/hr | 162.50 |
| For professional services rendered |  | 758.60 | $226,800.50 |