UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x
                                                :    03 MD 1570 (GBD)
                                                :    ECF Case
                                                :
In re Terrorist Attacks on September 11, 2001   :
_____ :
_____ :
                                                x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (GPD)

## DECLARATION IN SUPPORT OF MOTION TO ASSESS DAMAGES AGAINST DEFENDANT ISLAMIC REPUBLIC OF IRAN

ROBERT M. KAPLAN, under penalty of perjury under the laws of the United States of America, declares as follows:

1.      I am an attorney at law, admitted to practice before this Court and a member of Ferber Chan Essner & Coller, LLP, attorneys for the plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania, the plaintiffs in *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (the "Continental Plaintiffs"). I have personal knowledge of the facts set forth below.

2.      I submit this declaration in support of the Continental Plaintiffs' motion for an award of damages against defendant Islamic Republic of Iran ("Iran") for claims arising under 28 U.S.C. §1605A.

3.      Annexed as Exhibit A is a copy of the order, entered on January 6, 2017, which granted the Continental Plaintiffs' motion for a default judgment as to liability against Iran.

4.      Accompanying this declaration is the affidavit of Lawrence Boysen setting forth the proof of the Continental Plaintiffs' damages.

5.      For all of the reasons set forth in the accompanying memorandum of law, the the Continental Plaintiffs respectfully request that the Court award them compensatory damages relative to their judgment against Iran under 28 U.S.C. §1605A(d) in the aggregate amount of $539,357,911.52, together with prejudgment interest and attorney's fees.

Dated:  New York, New York
        June 19, 2017

_____
ROBERT M. KAPLAN

101787

2