UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JELAIDAN'S JUNE 26, 2017 STATUS REPORT

The Honorable Judge Netburn,

As noted in the last status report, the OFAC licensing division finally responded to my letters and online inquiry by email (agmed@treasury.gov) on May 18, 2017, asking for more information (copies of the Court orders and additional bank account info). I promptly provided this to them by email on the same day. On June 19, 2017, OFAC contacted me again (see the attached email, Exhibit 1), requesting more information on the bank accounts in question. I had previously provided copies of the Swiss bank account information to OFAC, and although much of it is in English, part of the account information was in French. I then provided a translated copy of the French letter on June 19, 2017 by email per the request. In this email I also asked if there was anything else they needed in order to process the license request.

As of June 19, 2017, I have not received any further updates or requests for other information from OFAC, and assume that the application process is proceeding. But, out of an abundance of caution, I again called OFAC today, June 26, 2017, at (202) 622-2480 to check on the status using the OFAC case number provided to me (2016-330016). The call linked me to an automated system that stated "this case is pending, please check back at a later date."

Respectfully Submitted,

Martin F. McMahon, *esq.*
Martin McMahon & Associates
*Attorney for Defendant*

1