USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2017

# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

July 6, 2017

The Honorable Sarah Netburn, U.S. Magistrate Judge
United States District Court for the S.D.N.Y.
Thurgood Marshall U.S. Courthouse, Room 430
40 Foley Square
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

We write to you on behalf of Plaintiffs' Executive Committees and Defendants' Executive Committee regarding the Court's July 7, 2017 deadline for the submission of a joint proposed deposition protocol.

On June 13, 2017, we reported that the parties had met and conferred at Clifford Chance's Washington D.C. office and made substantial progress toward a joint proposal. At that meeting, we agreed to circulate a revised proposal reflecting the progress that had been made and to continue to confer. Although a revised proposal was circulated late on Friday, June 30, due to the intervening holiday, coupled with corresponding vacation schedules this week, the parties have been unable to afford the revised proposal the consideration necessary to determine what disputes the parties can resolve themselves versus what we will ask for the Court to resolve.

To permit sufficient time to continue our dialogue and further narrow the issues, the parties jointly request that the Court's deadline to submit a joint proposal be extended to July 18, 2017. We appreciate the Court's indulgence while the parties continue to make productive progress.

We are grateful for the Court's attention to this matter.

The Honorable Sarah Netburn
July 6, 2017
Page 2

_____

                                Respectfully,

                                /s/ Robert T. Haefele
                                ROBERT T. HAEFELE
                                *PLAINTIFFS' EXECUTIVE COMMITTEES*

---

The parties' request for an extension of time to submit a proposed deposition protocol and bring any disputes to the Court's attention is GRANTED. The parties may submit such a proposal by Tuesday, July 18, 2017. No further extensions shall be granted.
**SO ORDERED.**

                                _____
                                SARAH NETBURN

July 7, 2017                   United States Magistrate Judge
New York, New York