UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re: Terrorist Attacks on
September 11, 2001           Plaintiff,

Case No. 1:03-md-01570-GBD

-against-

Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**STEVEN T. COTTREAU**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SC1848          My State Bar Number is 475857 (Va)

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: CLIFFORD CHANCE US LLP
            FIRM ADDRESS: 2001 K STREET NW, WASHINGTON, DC 20006
            FIRM TELEPHONE NUMBER: 202-912-5000
            FIRM FAX NUMBER: 202-912-6000

NEW FIRM:   FIRM NAME: JONES DAY
            FIRM ADDRESS: 51 LOUISIANA AVE. NW, WASHINGTON, DC 20001
            FIRM TELEPHONE NUMBER: 202-879-3939
            FIRM FAX NUMBER: 202-627-1700

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/10/2017

ATTORNEY'S SIGNATURE