**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:  **TERRORIST ATTACKS ON**
         **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

This document relates to:
<u>Havlish v. Bin Laden</u>, 03-CV-9848 (GBD)(SN)

**03-MDL-1570 (GBD)(SN)**

**<u>ORDER</u>**

     The Court has received the correspondence attached to this Order. In the event that any

party deems it necessary to respond to this communication, they may do so at their convenience.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 13, 2017
            New York, New York