RA Goldbach   Ludwigkirchstr. 9a   10719 Berlin

United States District Court
Southern District of New York
**-Hon. George B. Daniels-**
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Chambers Fax: +1 (212) 805-6737**

Ludwigkirchstr. 9a
10719 Berlin

Tel.:  +49 (0)30 280 174 40
Fax:  +49 (0)30 280 174 49

Email: info@kanzlei-goldbach.de

Berlin, den 06.03.2017
Mein Zeichen: 77/2016/MG/ka

**RE: Havlish et al. v. Usama Bin Laden et al, Civil Action No. 03 MDL 1570/ Civil Action No. 03-CV-9848-GBD**

To the Honorable Judge Daniels
Dear Judge Daniels,

I am writing on behalf of my client, Mr. Z, your witness in the aforementioned court case, who wishes to contact you directly on a salient point of this case. He would like to present the court with new evidence which might conflict with facts stated in the related judgement of December 2011.

I am uncertain who all the lawyers are in this case, but I am copying those I do know. It is not my intention or desire to ex parte communicate with the court. I trust this letter can be forwarded to appropriate counsel, and l will certainly copy them on any future correspondence.

Mr. Z would be able to travel to the U.S. to meet you and the lawyers at your earliest convenience to discuss this matter further with you.

Yours sincerely,

Markus Goldbach
Rechtsanwalt