UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
      SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**STATUS CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received the parties' July 18, 2017 letter submitting their draft deposition protocol order and requesting a conference to discuss the outstanding issues of disagreement. Accordingly, all parties who wish to be heard on the proposed protocol shall appear at a conference at 3:00 P.M. on Thursday, September 7, 2017, in Courtroom 110, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The parties may submit letters describing any points of authority in support of their positions relative to the areas of disagreement by Monday, August 28, 2017.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 25, 2017
               New York, New York