# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

July 26, 2017

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    The Plaintiffs' Executive Committees, on behalf of plaintiffs, write to request the Court's clarification of the June 19, 2017 Order extending the document production deadline to August 15, 2017 (ECF No. 3627), and an adjustment of the related deadline for plaintiffs to submit their status letter concerning their preliminary reviews of the defendants' productions.

    Your Honor will recall that by letter dated June 16, 2017 (ECF No. 3626), counsel for the Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO") requested a short extension of the document production deadline.  Consistent with the agreement reached between plaintiffs and all defendants pursuant to which plaintiffs consented to that extension, the request provided that the extension would apply "to all parties for whom the July 16 deadline is applicable."  The Court granted that request; however, the text of the endorsement is arguably ambiguous as it includes language that the "Muslim World League and International Islamic Relief Organization shall produce all documents no later than Tuesday, August 15, 2017."  To avoid any confusion, the parties respectfully ask the Court to clarify that the extension of the document production deadline applies to both plaintiffs and all defendants currently engaged in merits or jurisdictional discovery, with the exception of the World Assembly of Muslim Youth-Saudi Arabia ("WAMY-SA") and World Assembly of Muslim Youth-International ("WAMY-Int'l"), as to which the September 29, 2017 document production deadline remains in place.

The Honorable Sarah Netburn
July 26, 2017
Page 2

      Second, when Your Honor first set the June 16, 2017 document production deadline at the conference on March 23, 2017, the applicable Order at ECF No. 3482 also set a related deadline of July 31, 2017 for the Plaintiffs' Executive Committees to submit a status letter informing the Court of the results of its preliminary review of the document productions, and whether plaintiffs anticipate filing any motions to compel as to those defendants.  There have been several subsequent requests to extend that document production deadline, including the most recent request by MWL and IIRO, but the parties have inadvertently failed in connection with those requests to also request a corresponding extension of the deadline for plaintiffs' status letter.  As document productions will now be ongoing through August 15, 2017, plaintiffs respectfully request that the deadline for their letter concerning their preliminary review of the productions by the defendants who are subject to the August 15, 2017 production deadline be extended to September 29, 2017, to afford plaintiffs' the same review period contemplated by the Court's original order.

      The Defendants' Executive Committee has advised that the defendants currently engaged in discovery consent to these requests.

      The Plaintiffs' Executive Committees thank Your Honor for the Court's attention to this matter.

      Respectfully submitted,

      COZEN O'CONNOR

      By:    Sean P. Carter

SPC/:bdw

cc:    The Honorable George B. Daniels (via ECF)
       All MDL Counsel of Record (via ECF)

LEGAL\31943110\1