UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JELAIDAN'S JULY 26, 2017 STATUS REPORT

The Honorable Judge Netburn,

On July 14, 2017 I called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated that "this case is pending. Please check back at a later date." I again called the same number on July 20, 2017, and received the same automated reply.

Due to the automated response, I had my associate call the OFAC official who first contacted us about the application (Heather Epstein) at 202-622-2410 on July 20, 2017. Ms. Epstein did not answer the phone, but my associate left her a voice message asking her to call us back about the status of the application, and whether there was anything else they needed for it. To date I have not yet received a reply.

Because of the non-response, I authored a letter asking OFAC for an update on the license status, which was mailed to OFAC yesterday, July 25, 2017 (attached hereto as exhibit 1).

Respectfully Submitted,

Martin F. McMahon, *Esq.*
Martin McMahon & Associates
*Attorney for Defendant*

1