# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

mm@martinmcmahonlaw.com
www.martinmcmahonlaw.com

| | | |
|---|---|---|
| MARTIN F. MCMAHON<br>Managing Partner<br>Admitted in DC, NY, and<br>The U.S. District Court of Maryland | Established 1978<br>TELEPHONE (202) 862-4343<br>FACSIMILE (202) 828-4130 | NICHOLAS KIPA<br>Associate<br>Admitted in DC, MD, and MI |
| S. ALEXANDER MILLER<br>Of Counsel<br>Admitted in VA | July 25, 2017 | AFTAN BRYANT<br>Legal Clerk<br>J.D. May 2018 |

Office of Foreign Assets Control
Office of Chief Counsel
c/o U.S. Treasury Department
1500 Pennsylvania Ave NW
Washington, D.C. 20220

Dear Sirs,

I represent an individual whose name is Wael Jelaidan, OFAC licensing division case number 2016-330016. As noted in previous communications, I am seeking the license in order to pay a Court ordered judgment. I have called OFAC at 202-622-2480 several times with an automated reply stating the application is still pending. I have also left a message at 202-622-2410 to see if any more information was required, or if there was anything I could do to speed up the application process, but have not yet received a response back.

I am therefore sending this letter as an additional follow-up to see if OFAC requires anything else for the license. (I am under Court order to report the status of the OFAC license request and my efforts to obtain the license every 30 days to the Court. Any updates that I can provide the Court on the license would therefore be very helpful). Thank you for your time and efforts in this matter.

Very Truly Yours,

Martin F. McMahon, Esq.