| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EXHIBIT A** | | | | | | | | | | |
| **DECEDENT FIRST NAME** | **DECEDENT MIDDLE NAME** | **DECEDENT LAST NAME** | **SUFFIX** | **PLAINTIFF FIRST NAME** | **PLAINTIFF MIDDLE NAME** | **PLAINTIFF LAST NAME** | **SUFFIX** | **RELATIONSHIP TO DECEDENT** | **SOLATIUM** | **DECEDENT PAIN AND SUFFERING** |
| Andrew | Anthony | Abate | | Elaine | | Abate | | Parent | $ 8,500,000.00 | |
| Paul | Andrew | Acquaviva | | Alfred | | Acquaviva | | Parent | $ 8,500,000.00 | |
| Paul | Andrew | Acquaviva | | Josephine | | Acquaviva | | Parent | $ 8,500,000.00 | |
| Paul | Andrew | Acquaviva | | Kara | | Hadfield | | Sibling | $ 4,250,000.00 | |
| Joseph | | Agnello | | Rita | | Agnello | | Parent | $ 8,500,000.00 | |
| Joseph | | Agnello | | Salvatore | | Agnello | | Parent | $ 8,500,000.00 | |
| Joseph | | Agnello | | Rosaria | | Martingano | | Sibling | $ 4,250,000.00 | |
| Margaret | | Alario | | Catherine | Frances | Jezycki | | Parent | $ 8,500,000.00 | |
| Margaret | | Alario | | Michael | John | Jezycki | | Sibling | $ 4,250,000.00 | |
| Margaret | | Alario | | Stephen | Frank | Jezycki | Jr. | Sibling | $ 4,250,000.00 | |
| Christopher | Edward | Allingham | | James | Joseph | Allingham | | Sibling | $ 4,250,000.00 | |
| Christopher | Edward | Allingham | | Patricia | Cleary | Allingham | | Parent | $ 8,500,000.00 | |
| Christopher | Edward | Allingham | | William | John | Allingham | Jr. | Sibling | $ 4,250,000.00 | |
| Christopher | Edward | Allingham | | William | J. | Allingham | Sr. | Parent | $ 8,500,000.00 | |
| Christopher | Edward | Allingham | | Peggy | Allingham | Ciccarelli | | Sibling | $ 4,250,000.00 | |
| Christopher | Edward | Allingham | | Katharine | Allingham | Clark | | Sibling | $ 4,250,000.00 | |
| Kermit | C. | Anderson | | Selma | Ann | Verse | | Sibling | $ 4,250,000.00 | |
| Adam | P. | Arias | | Andrew | | Arias | | Sibling | $ 4,250,000.00 | |
| Adam | P. | Arias | | Donald | Charles | Arias | | Sibling | $ 4,250,000.00 | |
| Adam | P. | Arias | | Thomas | Vincent | Arias | | Sibling | $ 4,250,000.00 | |
| Adam | P. | Arias | | Lorraine | Marie | Arias-Beliveau | | Sibling | $ 4,250,000.00 | |
| Adam | P. | Arias | | Lauren | Arias | Lucchini | | Sibling | $ 4,250,000.00 | |
| Joshua | Todd | Aron | | Ruth | Green | Aron | | Parent | $ 8,500,000.00 | |
| John | J. | Badagliacca | | Grace | Marie | Badagliacca | | Parent | $ 8,500,000.00 | |
| John | J. | Badagliacca | | John | Edward | Badagliacca | | Parent | $ 8,500,000.00 | |
| Walter | | Baran | | Anna | Marie | Paolino | | Sibling | $ 4,250,000.00 | |
| Paul | | Barbaro | | Nicholas | | Barbaro | Jr. | Sibling | $ 4,250,000.00 | |
| Paul | | Barbaro | | Thomas | | Barbaro | | Sibling | $ 4,250,000.00 | |
| Colleen | Ann | Barkow | | Daryl | Joseph | Meehan | | Sibling | $ 4,250,000.00 | |
| Colleen | Ann | Barkow | | Jo | Ann | Meehan | | Parent | $ 8,500,000.00 | |
| Colleen | Ann | Barkow | | Thomas | Joseph | Meehan | III | Parent | $ 8,500,000.00 | |
| Diane | | Barry | | Kevin | William | Barry | | Child | $ 8,500,000.00 | |
| Jasper | | Baxter | | Jedelle | | Baxter | Jr. | Sibling | $ 4,250,000.00 | |
| Carl | | Bedigian | | Robert | | Bedigian | | Sibling | $ 4,250,000.00 | |
| Helen | | Belilovsky | | Emma | Ovsey | Tisnovskiy | | Parent | $ 8,500,000.00 | |
| Debbie | | Bellows | | Suzanne | Saada | Abenmoha | | Parent | $ 8,500,000.00 | |
| Steven | Howard | Berger | | Gary | Mark | Berger | | Sibling | $ 4,250,000.00 | |
| John | P. | Bergin | | Mary Ellen | | O'Rourke | | Sibling | $ 4,250,000.00 | |
| Alvin | | Bergsohn | | Kenneth | Morris | Bergsohn | | Parent | $ 8,500,000.00 | |
| Timothy | D. | Betterly | | Donald | Austin | Betterly | Jr. | Sibling | $ 4,250,000.00 | |
| Timothy | D. | Betterly | | Joan | Carol | Betterly | | Parent | $ 8,500,000.00 | |
| Timothy | D. | Betterly | | Mark | Christian | Betterly | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Carl | | Bini | | Lillian | | Bini | | Parent | $ 8,500,000.00 | |
| Carl | | Bini | | Rosemarie | | Corvino | | Sibling | $ 4,250,000.00 | |
| Sean | | Booker | | Rose | Ann | Booker | | Parent | $ 8,500,000.00 | |
| Richard | E. | Bosco | | William | James | Bosco | Jr. | Parent | $ 8,500,000.00 | |
| Carol | Marie | Bouchard | | Kenneth | E | DelleFemine | | Sibling | $ 4,250,000.00 | |
| Gennady | | Boyarsky | | Bella | | Boyarsky | | Parent | $ 8,500,000.00 | |
| Gennady | | Boyarsky | | Vladimir | | Boyarsky | | Parent | $ 8,500,000.00 | |
| Dennis | | Buckley | | Jane | Marie | Smithwick | | Sibling | $ 4,250,000.00 | |
| Charles | F. | Burlingame | III | Debra | Ann | Burlingame | | Sibling | $ 4,250,000.00 | |
| Thomas | E. | Burnett | Jr. | Beverly | Ardella | Burnett | | Parent | $ 8,500,000.00 | |
| Thomas | E. | Burnett | Jr. | Thomas | Edward | Burnett | Sr. | Parent | $ 8,500,000.00 | |
| Thomas | E. | Burnett | Jr. | Mary Margaret | | Jurgens | | Sibling | $ 4,250,000.00 | |
| Keith | James | Burns | | Agnes | Delores | Burns | | Parent | $ 8,500,000.00 | |
| Keith | James | Burns | | Michael | John | Burns | | Sibling | $ 4,250,000.00 | |
| Keith | James | Burns | | Maureen | | Burns-Dewland | | Sibling | $ 4,250,000.00 | |
| Keith | James | Burns | | Colleen | | Cooper | | Sibling | $ 4,250,000.00 | |
| Keith | James | Burns | | Linda | | Ellicott | | Sibling | $ 4,250,000.00 | |
| Keith | James | Burns | | Diane | Marie | Shepherd | | Sibling | $ 4,250,000.00 | |
| Michael | | Cahill | | Evelyn | | Cahill | | Parent | $ 8,500,000.00 | |
| Michael | | Cahill | | James | | Cahill | | Parent | $ 8,500,000.00 | |
| Stephen | J. | Cangialosi | | Thomas | Jerome | Cangialosi | Jr. | Sibling | $ 4,250,000.00 | |
| Stephen | J. | Cangialosi | | Elizabeth | Anne | Dickey | | Sibling | $ 4,250,000.00 | |
| Lisa | | Cannava | | Antonio | | DiFato | | Parent | $ 8,500,000.00 | |
| Lisa | | Cannava | | Teresa | | DiFato | | Parent | $ 8,500,000.00 | |
| Brian | | Cannizzaro | | Craig | Michael | Cannizzaro | | Sibling | $ 4,250,000.00 | |
| Brian | | Cannizzaro | | Simone | | Cannizzaro | | Parent | $ 8,500,000.00 | |
| Louis | A. | Caporicci | | Frank | Louis | Caporicci | | Sibling | $ 4,250,000.00 | |
| Louis | A. | Caporicci | | Joseph | Anthony | Caporicci | | Sibling | $ 4,250,000.00 | |
| Louis | A. | Caporicci | | Nicholas | | Caporicci | | Parent | $ 8,500,000.00 | |
| Louis | A. | Caporicci | | Nicholas | F. | Caporicci | Jr. | Sibling | $ 4,250,000.00 | |
| Louis | A. | Caporicci | | Patricia | | Caporicci | | Parent | $ 8,500,000.00 | |
| Kathleen | Ann Hunt | Casey | | Maureen | Ann | Hunt | | Sibling | $ 4,250,000.00 | |
| Kathleen | Ann Hunt | Casey | | Eileen | Ann | Mosca | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Cherry | | Shawn | R. | Cherry | | Sibling | $ 4,250,000.00 | |
| Dorothy | J. | Chiarchiaro | | Irene | | Arguelles | | Sibling | $ 4,250,000.00 | |
| Dorothy | J. | Chiarchiaro | | Nicholas | James | Chiarchiaro | | Child | $ 8,500,000.00 | |
| Dorothy | J. | Chiarchiaro | | Evelyn | | Diaz | | Sibling | $ 4,250,000.00 | |
| Dorothy | J. | Chiarchiaro | | Lisa | Maria | Dreher | | Child | $ 8,500,000.00 | |
| James | Durward | Cleere | | Judy | Cleere | Otell | | Sibling | $ 4,250,000.00 | |
| Mark | J. | Colaio | | Victor | J. | Colaio | | Parent | $ 8,500,000.00 | |
| Mark | J. | Colaio | | Jean | Colaio | Steinbach | | Sibling | $ 4,250,000.00 | |
| Keith | Eugene | Coleman | | Jean | | Coleman | | Parent | $ 8,500,000.00 | |
| Keith | Eugene | Coleman | | Neil | Keith | Coleman | | Parent | $ 8,500,000.00 | |
| Keith | Eugene | Coleman | | Todd | Douglas | Coleman | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael | L. | Collins | | James | R. | Collins | Jr. | Parent | $ 8,500,000.00 | |
| Michael | L. | Collins | | Mary | Anne | Collins | | Parent | $ 8,500,000.00 | |
| Susan | Clancy | Conlon | | Cornelius | Patrick | Clancy | III | Sibling | $ 4,250,000.00 | |
| Susan | Clancy | Conlon | | Kevin | Steven | Clancy | | Sibling | $ 4,250,000.00 | |
| Susan | Clancy | Conlon | | Vera | | Clancy | | Parent | $ 8,500,000.00 | |
| Margaret | Mary | Conner | | Kevin | Francis | Burns | | Sibling | $ 4,250,000.00 | |
| Margaret | Mary | Conner | | Robert | Emmitt | Burns | | Sibling | $ 4,250,000.00 | |
| Margaret | Mary | Conner | | Michael | A. | Conner | | Spouse | $ 12,500,000.00 | |
| Margaret | Mary | Conner | | Margaret | Mary | Conner | | Estate | | $ 2,000,000.00 |
| Margaret | Mary | Conner | | Patricia | Kathleen | Cuozzo | | Sibling | $ 4,250,000.00 | |
| John | E. | Connolly | Jr. | Kevin | | Connolly | | Sibling | $ 4,250,000.00 | |
| Kevin | P. | Connors | | Douglas | | Connors | | Sibling | $ 4,250,000.00 | |
| Kevin | P. | Connors | | William | Kirk | Connors | | Sibling | $ 4,250,000.00 | |
| Gerard | J. | Coppola | | Cynthia | Louisa | Coppola | | Sibling | $ 4,250,000.00 | |
| Gerard | J. | Coppola | | George | Joseph | Coppola | Jr. | Sibling | $ 4,250,000.00 | |
| Christopher | Seton | Cramer | | Keith | Douglas | Cramer | | Sibling | $ 4,250,000.00 | |
| Christopher | Seton | Cramer | | Marc | Seton | Cramer | | Sibling | $ 4,250,000.00 | |
| Christopher | Seton | Cramer | | Walter | Henry | Cramer | | Sibling | $ 4,250,000.00 | |
| Christopher | Seton | Cramer | | Susan | Lynne | Kinney | | Sibling | $ 4,250,000.00 | |
| Thomas | G. | Crotty | | Patricia | Marie | Crotty | | Parent | $ 8,500,000.00 | |
| John | R. | Crowe | | Maryann | | Crowe | | Sibling | $ 4,250,000.00 | |
| John | R. | Crowe | | Margaret | Rita | Zoch | | Sibling | $ 4,250,000.00 | |
| Kenneth | J. | Cubas | | Dorothy | Priscilla | Cubas | | Parent | $ 8,500,000.00 | |
| Richard | J. | Cudina | | Christopher | Charles | Cudina | | Sibling | $ 4,250,000.00 | |
| Richard | J. | Cudina | | Marcus | Nicholas | Cudina | | Sibling | $ 4,250,000.00 | |
| Richard | J. | Cudina | | William | | Cudina | | Sibling | $ 4,250,000.00 | |
| Robert | | Curatolo | | Anthony | | Curatolo | Sr. | Parent | $ 8,500,000.00 | |
| Robert | | Curatolo | | Kathleen | | Curatolo | | Sibling | $ 4,250,000.00 | |
| Robert | | Curatolo | | William | | Curatolo | | Sibling | $ 4,250,000.00 | |
| Robert | | Curatolo | | Christine | | Friscia | | Sibling | $ 4,250,000.00 | |
| Robert | | Curatolo | | Dena | Ann | Nelson | | Sibling | $ 4,250,000.00 | |
| Robert | | Curatolo | | Carolyn | | Piccirillo | | Sibling | $ 4,250,000.00 | |
| Paul | Dario | Curioli | | Lawrence | | Curioli | | Sibling | $ 4,250,000.00 | |
| Paul | Dario | Curioli | | Geraldine | M. | Sweeney | | Sibling | $ 4,250,000.00 | |
| Beverly | L. | Curry | | Genee | Marie | Chase | | Sibling | $ 4,250,000.00 | |
| Beverly | L. | Curry | | Deborah | Marshell | Crew-Johnson | | Sibling | $ 4,250,000.00 | |
| Beverly | L. | Curry | | Dorothy | Laverne | Green | | Parent | $ 8,500,000.00 | |
| Beverly | L. | Curry | | Sheila | Annette | Lollis | | Sibling | $ 4,250,000.00 | |
| John | | D'Allara | | Daniel | | D'Allara | | Sibling | $ 4,250,000.00 | |
| Jeannine | | Damiani-Jones | | Brian | Robert | Damiani | | Sibling | $ 4,250,000.00 | |
| Jeannine | | Damiani-Jones | | Catherine | Elizabeth | Damiani | | Parent | $ 8,500,000.00 | |
| Jeannine | | Damiani-Jones | | Robert | | Damiani | | Parent | $ 8,500,000.00 | |
| Ada | M. | Davis | | Georgia | Darlene | Davis-Leggett | | Sibling | $ 4,250,000.00 | |
| Ada | M. | Davis | | Clementene | Sue | Davis-Westmoreland | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Ada | M. | Davis | | Christine | Florence | Patterson | | Sibling | $ 4,250,000.00 | |
| Ana | Gloria | deBarrera | | Pedro | E. | Pocasangre | | Sibling | $ 4,250,000.00 | |
| Jason | | DeFazio | | James | Christopher | DeFazio | | Parent | $ 8,500,000.00 | |
| Jason | | DeFazio | | Rose | Ann | DeFazio | | Parent | $ 8,500,000.00 | |
| Vito | Joseph | Deleo | Sr. | Lillian | Rita | DeLeo | | Parent | $ 8,500,000.00 | |
| Edward | | DeSimone | III | Angelina | Mary | Trimboli | | Parent | $ 8,500,000.00 | |
| Edward | | DeSimone | III | Michele | | Young | | Sibling | $ 4,250,000.00 | |
| Michael | Jude | D'Esposito | | Ralph | Thomas | D'Esposito | | Parent | $ 8,500,000.00 | |
| Debra | Ann | Di Martino | | Marie | | Cirmia | | Sibling | $ 4,250,000.00 | |
| Lawrence | Patrick | Dickinson | | Helene | Janice | Dickinson | | Parent | $ 8,500,000.00 | |
| Lawrence | Patrick | Dickinson | | Joseph | Lawrence | Dickinson | | Sibling | $ 4,250,000.00 | |
| Lawrence | Patrick | Dickinson | | Deirdre | Dickinson | Sullivan | | Sibling | $ 4,250,000.00 | |
| John | | DiFato | | Antonio | | DiFato | | Parent | $ 8,500,000.00 | |
| John | | DiFato | | Teresa | | DiFato | | Parent | $ 8,500,000.00 | |
| Johnnie | | Doctor | Jr. | Evon | | Arnold | | Sibling | $ 4,250,000.00 | |
| Johnnie | | Doctor | Jr. | Evelena | | Doctor | | Parent | $ 8,500,000.00 | |
| Johnnie | | Doctor | Jr. | JoAnn | | Doctor | | Sibling | $ 4,250,000.00 | |
| Johnnie | | Doctor | Jr. | Sheldon | Dewayne | Doctor | | Sibling | $ 4,250,000.00 | |
| Johnnie | | Doctor | Jr. | William | Lawrence | Doctor | | Sibling | $ 4,250,000.00 | |
| Johnnie | | Doctor | Jr. | Elaine | Doctor | McGraw | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Driscoll | | Jean | Patricia | Driscoll | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Driscoll | | Michael | Cornelius | Driscoll | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Driscoll | | Sheila | Mary | Driscoll | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Driscoll | | Gail | Marie | Silke | | Sibling | $ 4,250,000.00 | |
| Stephen | Patrick | Driscoll | | Michelle | Eileen | Tierney | | Sibling | $ 4,250,000.00 | |
| Francis | | Esposito | | Dominick | Anthony | Esposito | | Sibling | $ 4,250,000.00 | |
| Francis | | Esposito | | Dorothy | Helen | Esposito | | Parent | $ 8,500,000.00 | |
| Francis | | Esposito | | Michael | Anthony | Esposito | | Parent | $ 8,500,000.00 | |
| Joseph | | Farrelly | | Patrick | M. | Farrelly | | Sibling | $ 4,250,000.00 | |
| Wendy | Ruth | Faulkner | | Lorna | Clelland | Morris | | Parent | $ 8,500,000.00 | |
| Shannon | Marie | Fava | | Dennis | Joseph | Nielsen | Sr. | Parent | $ 8,500,000.00 | |
| Shannon | Marie | Fava | | Rose | Jean | Nielsen | | Parent | $ 8,500,000.00 | |
| Michael | Curtis | Fiore | | Linda | Sarah | Fiore | | Sibling | $ 4,250,000.00 | |
| Lucy | | Fishman | | Edward | Patrick | Bracken | | Sibling | $ 4,250,000.00 | |
| Lucy | | Fishman | | Mary | Frances | Bracken | | Parent | $ 8,500,000.00 | |
| Salvatore | A. | Fiumefreddo | | Loretta | Ann | Palisay | | Parent | $ 8,500,000.00 | |
| Jeffrey | L. | Fox | | Michael | Jay | Fox | | Sibling | $ 4,250,000.00 | |
| Peter | Louis | Freund | | Carol | Marguerite | Freund | | Sibling | $ 4,250,000.00 | |
| Clement | | Fumando | | Carlo | Joseph | Fumando | | Sibling | $ 4,250,000.00 | |
| Clement | | Fumando | | Stephen | | Fumando | | Child | $ 8,500,000.00 | |
| Paul | | Furmato | | Carol | Margaret | Debenedictis | | Sibling | $ 4,250,000.00 | |
| Paul | | Furmato | | Joseph | | Furmato | Jr. | Sibling | $ 4,250,000.00 | |
| Paul | | Furmato | | Joseph | | Furmato | Sr. | Parent | $ 8,500,000.00 | |
| Paul | | Furmato | | Margaret | | Furmato | | Parent | $ 8,500,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul | | Furmato | | Mark | | Furmato | | Sibling | $ 4,250,000.00 | |
| Paul | | Furmato | | Jill | Mary | Keough | | Sibling | $ 4,250,000.00 | |
| Deanna | Micciulli | Galante | | Joseph | Anthony | Micciulli | | Parent | $ 8,500,000.00 | |
| Deanna | Micciulli | Galante | | Joseph | Christopher | Micciulli | | Sibling | $ 4,250,000.00 | |
| Deanna | Micciulli | Galante | | Margaret | Ann | Micciulli | | Parent | $ 8,500,000.00 | |
| Deanna | Micciulli | Galante | | Tina | Louise | Micciulli | | Sibling | $ 4,250,000.00 | |
| Grace | Catherine | Galante | | Cathy | Marie | Cava | | Sibling | $ 4,250,000.00 | |
| Grace | Catherine | Galante | | Francesco | | Susca | | Parent | $ 8,500,000.00 | |
| Grace | Catherine | Galante | | Lucrezia | Ida | Susca | | Parent | $ 8,500,000.00 | |
| Charles | | Garbarini | | Joan | | Cuneo | | Sibling | $ 4,250,000.00 | |
| Charles | | Garbarini | | Donna | Marie | Garbarini | | Sibling | $ 4,250,000.00 | |
| Charles | | Garbarini | | Janet | | Garbarini | | Sibling | $ 4,250,000.00 | |
| Charles | | Garbarini | | Peggy | Mary | Garbarini | | Sibling | $ 4,250,000.00 | |
| Charles | | Garbarini | | Cathy | Jean | Kostiw | | Sibling | $ 4,250,000.00 | |
| Charles | | Garbarini | | Beryl | Ann | Zawatsky | | Sibling | $ 4,250,000.00 | |
| Donald | R. | Gavagan | Jr. | Donald | Richard | Gavagan | | Parent | $ 8,500,000.00 | |
| Donald | R. | Gavagan | Jr. | Joseph | Bernard | Gavagan | | Sibling | $ 4,250,000.00 | |
| Donald | R. | Gavagan | Jr. | Suzanne | | Mascitis | | Sibling | $ 4,250,000.00 | |
| Gary | Paul | Geidel | | Michael | George | Geidel | | Sibling | $ 4,250,000.00 | |
| Gary | Paul | Geidel | | Paul | Ernest | Geidel | | Parent | $ 8,500,000.00 | |
| Gary | Paul | Geidel | | Christine | Ann | Norris | | Sibling | $ 4,250,000.00 | |
| Robert | J. | Gerlich | | Lorraine | Adele | Gerlich | | Sibling | $ 4,250,000.00 | |
| James | G. | Geyer | | John | Edward | Geyer | | Sibling | $ 4,250,000.00 | |
| James | G. | Geyer | | Philip | Joseph | Geyer | | Sibling | $ 4,250,000.00 | |
| James | G. | Geyer | | Geralyn | | Marasco | | Sibling | $ 4,250,000.00 | |
| Jeffrey | | Giordano | | Mario | Joseph | Giordano | Jr. | Parent | $ 8,500,000.00 | |
| Martin | | Giovinazzo | | Concetta | | Bonner | | Sibling | $ 4,250,000.00 | |
| Martin | | Giovinazzo | | Angela | Carmela | Quinn | | Sibling | $ 4,250,000.00 | |
| Dianne | | Gladstone | | Jayne | Marie | Marx | | Sibling | $ 4,250,000.00 | |
| Brian | F. | Goldberg | | Gerald | | Goldberg | | Parent | $ 8,500,000.00 | |
| Brian | F. | Goldberg | | Marilyn | | Goldberg | | Parent | $ 8,500,000.00 | |
| Christopher | Michael | Grady | | Brendan | Micheal | Grady | | Sibling | $ 4,250,000.00 | |
| Christopher | Michael | Grady | | Deirdre | Marie | Grady | | Sibling | $ 4,250,000.00 | |
| Christopher | Michael | Grady | | Patrick | Michael | Grady | | Sibling | $ 4,250,000.00 | |
| David | Martin | Graifman | | Brian | Dale | Graifman | | Sibling | $ 4,250,000.00 | |
| David | Martin | Graifman | | Julius | | Graifman | | Parent | $ 8,500,000.00 | |
| David | Martin | Graifman | | Ruth | | Graifman | | Parent | $ 8,500,000.00 | |
| James | Michael | Gray | | Patrick | | Gray | | Parent | $ 8,500,000.00 | |
| James | Michael | Gray | | Mary | | Madden | | Parent | $ 8,500,000.00 | |
| James | Michael | Gray | | Suzanne | Marie | Pitzal | | Sibling | $ 4,250,000.00 | |
| Wade | Brian | Green | | Barry | Vincent | Green | | Sibling | $ 4,250,000.00 | |
| Wade | Brian | Green | | Wilhelmina | Mary | Green | | Parent | $ 8,500,000.00 | |
| David | Joseph | Grimner | | Charles | Gregory | Grimner | | Sibling | $ 4,250,000.00 | |
| David | Joseph | Grimner | | Virginia | Margaret | Kwiatkoski | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| David | Joseph | Grimner | | Mary Ann | Elizabeth | Peters | | Sibling | $  4,250,000.00 | |
| Robert | John | Halligan | | David | Mitchell | Halligan | | Sibling | $  4,250,000.00 | |
| Robert | John | Halligan | | Mary | Kathleen | Lynn | | Sibling | $  4,250,000.00 | |
| Daniel | Edward | Harlin | | Caroline | Anna | Harlin | | Parent | $  8,500,000.00 | |
| Daniel | Edward | Harlin | | Joan | Patricia | Harlin | | Sibling | $  4,250,000.00 | |
| John | P. | Hart | | Mary | Elizabeth | Meixelsperger | | Sibling | $  4,250,000.00 | |
| John | P. | Hart | | Christine | Louise | Reichert-Hart | | Sibling | $  4,250,000.00 | |
| John | P. | Hart | | Jeanine | Hart | Seaman | | Sibling | $  4,250,000.00 | |
| John | P. | Hart | | Sandra | Ellen | Shelley | | Sibling | $  4,250,000.00 | |
| Terence | Sean | Hatton | | Grace | Susan | Hatton | | Parent | $  8,500,000.00 | |
| Terence | Sean | Hatton | | Grace | Susan | Hatton | | Sibling | $  4,250,000.00 | |
| Terence | Sean | Hatton | | Kenneth | Roberts | Hatton | | Parent | $  8,500,000.00 | |
| Claribel | | Hernandez | | Carmen | Eneida | Irizarry | | Parent | $  8,500,000.00 | |
| Claribel | | Hernandez | | Maribel | | Topaltzas | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Merquiades | | Diaz | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Alejandrina | | Feliciano | | Parent | $  8,500,000.00 | |
| Norberto | | Hernandez | | Eslyn | | Hernandez | Sr. | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Hector | Luis | Hernandez | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Marisol | | Hernandez | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Pablo | Luis | Hernandez | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Venancio | | Hernandez | Jr. | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Venancio | | Hernandez | Sr. | Parent | $  8,500,000.00 | |
| Norberto | | Hernandez | | Willy | Alberto | Hernandez | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Miriam | Luz | Khatri | | Sibling | $  4,250,000.00 | |
| Norberto | | Hernandez | | Luz | Milagros | Luna | | Sibling | $  4,250,000.00 | |
| Robert | Dale Warren | Higley | II | John | Douglas | Higley | | Parent | $  8,500,000.00 | |
| Robert | Wayne | Hobson | III | Laura | Jean | Decoster | | Sibling | $  4,250,000.00 | |
| Patrick | Aloysius | Hoey | | Eileen | Mary | Byrne | | Sibling | $  4,250,000.00 | |
| Patrick | Aloysius | Hoey | | Kathleen | | Higgins | | Sibling | $  4,250,000.00 | |
| Patrick | Aloysius | Hoey | | Lucille | Agnes | Hoey | | Parent | $  8,500,000.00 | |
| Patrick | Aloysius | Hoey | | Timothy | Joseph | Hoey | | Sibling | $  4,250,000.00 | |
| Patrick | Aloysius | Hoey | | Theresa | Ann | Komlo | | Sibling | $  4,250,000.00 | |
| John | | Hofer | | Billie | Ann | Hofer | | Parent | $  8,500,000.00 | |
| Stephen | G. | Hoffman | | Kathryne | Lois | Hayde | | Sibling | $  4,250,000.00 | |
| Stephen | G. | Hoffman | | Helen | Suzanne | Hoffman | | Sibling | $  4,250,000.00 | |
| Stephen | G. | Hoffman | | James | Aloysius | Hoffman | | Sibling | $  4,250,000.00 | |
| Stephen | G. | Hoffman | | John | W. | Hoffman | | Sibling | $  4,250,000.00 | |
| Joseph | | Holland | Jr. | Joseph | Francis | Holland | | Parent | $  8,500,000.00 | |
| Joseph | | Holland | Jr. | Tara | Ann | Holland-Hickey | | Sibling | $  4,250,000.00 | |
| Joseph | | Holland | Jr. | Carol | Ann | O'Toole | | Parent | $  8,500,000.00 | |
| Michael | Patrick | Iken | | Gerard | Helmut | Iken | | Sibling | $  4,250,000.00 | |
| Virginia | | Jablonski | | Anthony | | DeTullio | | Sibling | $  4,250,000.00 | |
| Robert | A. | Jalbert | | Paul | Henry | Jalbert | | Sibling | $  4,250,000.00 | |
| Joon | Koo | Kang | | Janet | Eun Young | Kang | | Sibling | $  4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Richard | M. | Keane | | Charlotte | Florence | Keane | | Sibling | $ 4,250,000.00 | |
| Richard | M. | Keane | | Constance | Anne | Keane | | Sibling | $ 4,250,000.00 | |
| Richard | M. | Keane | | Garrett | Paul | Keane | | Sibling | $ 4,250,000.00 | |
| Richard | M. | Keane | | Matthew | Eamon | Keane | | Child | $ 8,500,000.00 | |
| Richard | M. | Keane | | Patrick | James | Keane | | Child | $ 8,500,000.00 | |
| Richard | M. | Keane | | Paul | Anthony | Keane | | Sibling | $ 4,250,000.00 | |
| Richard | M. | Keane | | Timothy | Brendan | Keane | | Child | $ 8,500,000.00 | |
| Richard | M. | Keane | | Theresa | Irene | Wilson | | Sibling | $ 4,250,000.00 | |
| Leo | Russell | Keene | III | Jennifer | | Clyde | | Sibling | $ 4,250,000.00 | |
| Leo | Russell | Keene | III | Martha | Susan | Grimm | | Parent | $ 8,500,000.00 | |
| Leo | Russell | Keene | III | Krista | Sue | Keene | | Sibling | $ 4,250,000.00 | |
| Joseph | Anthony | Kelly | | Alice | Buchholz | Kelly | | Parent | $ 8,500,000.00 | |
| Glenn | Davis | Kirwin | | Barbara | Davis | Kirwin | | Parent | $ 8,500,000.00 | |
| Glenn | Davis | Kirwin | | Paul | Harris | Kirwin | | Parent | $ 8,500,000.00 | |
| Thomas | Patrick | Knox | | James | J. | Knox | | Sibling | $ 4,250,000.00 | |
| James | Patrick | Ladley | | Daniel | Edward | Ladley | | Sibling | $ 4,250,000.00 | |
| James | Patrick | Ladley | | Dolores | | Ladley | | Parent | $ 8,500,000.00 | |
| James | Patrick | Ladley | | Eileen | | Ladley | | Sibling | $ 4,250,000.00 | |
| James | Patrick | Ladley | | Patrick | John | Ladley | | Sibling | $ 4,250,000.00 | |
| James | Patrick | Ladley | | Mary | Ann | Raymond | | Sibling | $ 4,250,000.00 | |
| Vanessa | Lang | Langer | | Donna | Marsh | O'Connor | | Parent | $ 8,500,000.00 | |
| Michele | | Lanza | | Susan | Gail | Chamberlain | | Sibling | $ 4,250,000.00 | |
| Michele | | Lanza | | Cynthia | D. | Oricchio | | Sibling | $ 4,250,000.00 | |
| Gary | E. | Lasko | | Barbara | Jean | Lasko | | Parent | $ 8,500,000.00 | |
| Robert | A. | Lawrence | Jr. | Elizabeth | Eldredge Lawrence | Andersen | | Sibling | $ 4,250,000.00 | |
| Juanita | | Lee | | Anthony | Scott | Johnson | | Sibling | $ 4,250,000.00 | |
| Juanita | | Lee | | Geneva | | Johnson | | Parent | $ 8,500,000.00 | |
| Juanita | | Lee | | Janet | Lee | Johnson | | Sibling | $ 4,250,000.00 | |
| Juanita | | Lee | | Shirley | Ann | Walker | | Sibling | $ 4,250,000.00 | |
| Juanita | | Lee | | Cheryl | Renee | Witherspoon | | Sibling | $ 4,250,000.00 | |
| Lorraine | | Lee | | Terence | Joseph | Greene | | Sibling | $ 4,250,000.00 | |
| Lorraine | | Lee | | Thomas | Michael | Greene | | Sibling | $ 4,250,000.00 | |
| Lorraine | | Lee | | Patricia | Marie | Reilly | | Sibling | $ 4,250,000.00 | |
| Daniel | | Lewin | | Charles | Jay | Lewin | | Parent | $ 8,500,000.00 | |
| Daniel | | Lewin | | Peggy | Sue | Lewin | | Parent | $ 8,500,000.00 | |
| Ralph | Michael | Licciardi | | Carmel-Ann | | Sullivan | | Sibling | $ 4,250,000.00 | |
| Martin | | Lizzul | | Susan | Julia | Lauria | | Sibling | $ 4,250,000.00 | |
| Martin | | Lizzul | | Julia | Ann | Lizzul | | Parent | $ 8,500,000.00 | |
| Laura | M. | Longing | | Anne | Maria | Pettus | | Parent | $ 8,500,000.00 | |
| Laura | M. | Longing | | Keith | Brian | Pettus | | Sibling | $ 4,250,000.00 | |
| Laura | M. | Longing | | Kevin | Russel | Pettus | | Parent | $ 8,500,000.00 | |
| Lee | Charles | Ludwig | | Lawrence | Andrews | Ludwig | | Sibling | $ 4,250,000.00 | |
| Lee | Charles | Ludwig | | Louis | Henry | Ludwig | Jr. | Sibling | $ 4,250,000.00 | |
| Lee | Charles | Ludwig | | Luann | | Martin | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Christopher | Edmund | Lunder | | David | Owen | Lunder | | Sibling | $ 4,250,000.00 | |
| Christopher | Edmund | Lunder | | Edmund | | Lunder | | Parent | $ 8,500,000.00 | |
| Christopher | Edmund | Lunder | | Maureen | Sarah | Lunder | | Parent | $ 8,500,000.00 | |
| Christopher | Edmund | Lunder | | Rosemary | | Sercia | | Sibling | $ 4,250,000.00 | |
| Michael | F. | Lynch | | Catherine | Theresa | Lynch | | Parent | $ 8,500,000.00 | |
| Michael | F. | Lynch | | Daniel | Francis | Lynch | | Parent | $ 8,500,000.00 | |
| Michael | F. | Lynch | | Daniel | John | Lynch | | Sibling | $ 4,250,000.00 | |
| Michael | F. | Lynch | | Bernadette | Terase | Rafferty | | Sibling | $ 4,250,000.00 | |
| Robert | H. | Lynch | | Patricia | Ann | Curry | | Sibling | $ 4,250,000.00 | |
| Robert | H. | Lynch | | Linda | Lynch | Helck | | Sibling | $ 4,250,000.00 | |
| Patrick | John | Lyons | | Brian | Charles | Lyons | | Sibling | $ 4,250,000.00 | |
| Patrick | John | Lyons | | Kelly | Jean | Lyons | | Sibling | $ 4,250,000.00 | |
| Patrick | John | Lyons | | Kristen | Elizabeth | Lyons | | Sibling | $ 4,250,000.00 | |
| Jan | | Maciejewski | | Kazimierz | | Maciejewski | | Parent | $ 8,500,000.00 | |
| Jan | | Maciejewski | | Pawel | | Maciejewski | | Sibling | $ 4,250,000.00 | |
| Richard | B. | Madden | | Melissa | Madden | Crowley | | Sibling | $ 4,250,000.00 | |
| Richard | B. | Madden | | Joshua | Powers | Madden | | Sibling | $ 4,250,000.00 | |
| Richard | B. | Madden | | Michelle | Marie | Madden | | Parent | $ 8,500,000.00 | |
| Richard | B. | Madden | | Robert | Twining | Madden | Jr. | Sibling | $ 4,250,000.00 | |
| Joseph | | Maffeo | | Donna | | Maffeo | | Sibling | $ 4,250,000.00 | |
| Alfred | Russell | Maler | | Edward | Dwain | Maler | | Sibling | $ 4,250,000.00 | |
| Peter | Edward | Mardikian | | Alexander | Paul | Mardikian | | Parent | $ 8,500,000.00 | |
| Peter | Edward | Mardikian | | Shakeh | | Mardikian | | Parent | $ 8,500,000.00 | |
| Peter | Edward | Mardikian | | Monica | Natalie | Stahl | | Sibling | $ 4,250,000.00 | |
| Charles | Joseph | Margiotta | | Amelia | Janine | Margiotta | | Parent | $ 8,500,000.00 | |
| Charles | Joseph | Margiotta | | Michael | | Margiotta | | Sibling | $ 4,250,000.00 | |
| Kenneth | | Marino | | Lynda | Ann | Marino | | Sibling | $ 4,250,000.00 | |
| Kenneth | | Marino | | Mary Ann | | Marino | | Parent | $ 8,500,000.00 | |
| Kenneth | | Marino | | Patrick | Anthony | Marino | | Parent | $ 8,500,000.00 | |
| Vita | | Marino | | Antonina | Joan | Marino | | Parent | $ 8,500,000.00 | |
| Vita | | Marino | | James | Martin | Marino | | Sibling | $ 4,250,000.00 | |
| Vita | | Marino | | Martin | Anthony | Marino | | Sibling | $ 4,250,000.00 | |
| Vita | | Marino | | Michael | Patrick | Marino | | Sibling | $ 4,250,000.00 | |
| Anne | Marie | Martino-Cramer | | Anthony | Demitrio | Martino | | Sibling | $ 4,250,000.00 | |
| Anne | Marie | Martino-Cramer | | Patricia | | Nilsen | | Sibling | $ 4,250,000.00 | |
| Patricia | Ann | Massari | | Anna | Ella | Cimaroli | | Parent | $ 8,500,000.00 | |
| Patricia | Ann | Massari | | Richard | Patrick | Cimaroli | | Parent | $ 8,500,000.00 | |
| Philip | William | Mastrandrea | Jr. | Philip | William | Mastrandrea | Sr. | Parent | $ 8,500,000.00 | |
| Philip | William | Mastrandrea | Jr. | Robert | Micheal | Mastrandrea | | Sibling | $ 4,250,000.00 | |
| Philip | William | Mastrandrea | Jr. | Rosalie | Annette | Mastrandrea | | Parent | $ 8,500,000.00 | |
| Thomas | J. | McCann | | George | Gerard | McCann | | Sibling | $ 4,250,000.00 | |
| Thomas | J. | McCann | | Natalie | Mary | McCann | | Parent | $ 8,500,000.00 | |
| Thomas | J. | McCann | | Natalie | Mary | Moriarty | | Sibling | $ 4,250,000.00 | |
| Kevin | Micheal | McCarthy | | Kathleen | Marie | Sullivan | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthew | Thomas | McDermott | | Jacqueline | Agnes | McDermott | | Parent | $ 8,500,000.00 | |
| Brian | G. | McDonnell | | Kevin | Walter | McDonnell | | Sibling | $ 4,250,000.00 | |
| John | T. | McErlean | Jr. | Agnes | Marie | Duhamel | | Sibling | $ 4,250,000.00 | |
| John | T. | McErlean | Jr. | Catherine | | Francese | | Sibling | $ 4,250,000.00 | |
| John | T. | McErlean | Jr. | Marie | | McErlean | | Sibling | $ 4,250,000.00 | |
| John | T. | McErlean | Jr. | Agnes | Marie | McErlean | | Parent | $ 8,500,000.00 | |
| John | T. | McErlean | Jr. | John | T. | McErlean | Sr. | Parent | $ 8,500,000.00 | |
| William | J. | McGovern | | Marilyn | McGovern | Zurica | | Sibling | $ 4,250,000.00 | |
| George | | Merino | | Maria | Lourdes | Lehr | | Sibling | $ 4,250,000.00 | |
| Raymond | Joseph | Metz | III | Raymond | Joseph | Metz | Jr. | Parent | $ 8,500,000.00 | |
| Raymond | Joseph | Metz | III | Wendy | Anne | Metz | | Sibling | $ 4,250,000.00 | |
| Joel | | Miller | | Sondra | Beverly | Foner | | Sibling | $ 4,250,000.00 | |
| Robert | C. | Miller | Jr. | James | Ronald | Miller | | Sibling | $ 4,250,000.00 | |
| Robert | C. | Miller | Jr. | Terry | Richard | Miller | | Sibling | $ 4,250,000.00 | |
| Carl | Eugene | Molinaro | | Deborah | Ann | Atchley | | Sibling | $ 4,250,000.00 | |
| Carl | Eugene | Molinaro | | Lisa | Jean | Hojnacki | | Sibling | $ 4,250,000.00 | |
| Carl | Eugene | Molinaro | | Eugene | | Molinaro | | Parent | $ 8,500,000.00 | |
| Carl | Eugene | Molinaro | | Joan | Olivia | Molinaro | | Parent | $ 8,500,000.00 | |
| Carl | Eugene | Molinaro | | Lawrence | Charles | Molinaro | | Sibling | $ 4,250,000.00 | |
| Carl | Eugene | Molinaro | | Trudy | Jean | Venditti | | Sibling | $ 4,250,000.00 | |
| Cesar | A. | Murillo | | Nilvia | | Mitchell | | Parent | $ 8,500,000.00 | |
| Patrick | Sean | Murphy | | Dolores | Barbara | Murphy | | Parent | $ 8,500,000.00 | |
| Patrick | Sean | Murphy | | Thomas | Joseph | Murphy | | Parent | $ 8,500,000.00 | |
| John | J. | Murray | | Catherine | Marie | Datz | | Sibling | $ 4,250,000.00 | |
| John | J. | Murray | | Michael | Christopher | Murray | | Sibling | $ 4,250,000.00 | |
| Joseph | Michael | Navas | | Lisa | Ann | Lopiccolo | | Sibling | $ 4,250,000.00 | |
| Joseph | Michael | Navas | | Rosemarie | | Navas | | Parent | $ 8,500,000.00 | |
| Michael | P. | O'Brien | | Mary | Kathleen | Dishaw | | Sibling | $ 4,250,000.00 | |
| Michael | P. | O'Brien | | Andrew | Thomas | O'Brien | | Sibling | $ 4,250,000.00 | |
| Michael | P. | O'Brien | | Bridget | Ann | Paluzzi | | Sibling | $ 4,250,000.00 | |
| Timothy | M. | O'Brien | | Bernard | Joseph | O'Brien | | Parent | $ 8,500,000.00 | |
| Timothy | M. | O'Brien | | Marilyn | Jeanne | O'Brien | | Parent | $ 8,500,000.00 | |
| Timothy | M. | O'Brien | | Kathleen | Marie | Tighe | | Sibling | $ 4,250,000.00 | |
| Thomas | Gerard | O'Hagan | | Kathleen | Brigid | Gaetano | | Sibling | $ 4,250,000.00 | |
| Thomas | Gerard | O'Hagan | | Jeanne | Theresa | McCabe | | Sibling | $ 4,250,000.00 | |
| Thomas | Gerard | O'Hagan | | Raymond | T. | O'Hagan | | Sibling | $ 4,250,000.00 | |
| Michael | C. | Opperman | | Carol | Ann | Smee | | Sibling | $ 4,250,000.00 | |
| Christopher | T. | Orgielewicz | | Joyce | | Christopher | | Parent | $ 8,500,000.00 | |
| Christopher | T. | Orgielewicz | | Laurie | Ann | Christopher | | Sibling | $ 4,250,000.00 | |
| Kevin | M. | O'Rourke | | Dennis | P. | O'Rourke | | Sibling | $ 4,250,000.00 | |
| Peter | Keith | Ortale | | Gilbert | Gabriel | Ortale | | Sibling | $ 4,250,000.00 | |
| James | Robert | Ostrowski | | Stephen | W. | Ostrowski | | Sibling | $ 4,250,000.00 | |
| Orio | Joseph | Palmer | | Agnes | Marie | McCaffrey | | Sibling | $ 4,250,000.00 | |
| Orio | Joseph | Palmer | | Mary | Francis | Palmer-Murphy | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Orio | Joseph | Palmer | | Agnes | Louise | Palmer | | Parent | $ 8,500,000.00 | |
| Orio | Joseph | Palmer | | Stephen | Orio | Palmer | | Sibling | $ 4,250,000.00 | |
| Orio | Joseph | Palmer | | Vincent | Alanson | Palmer | | Sibling | $ 4,250,000.00 | |
| Frank | | Palombo | | Fortunata | | Palombo | | Parent | $ 8,500,000.00 | |
| Paul | J. | Pansini | | Robert | Joseph | Pansini | Sr. | Sibling | $ 4,250,000.00 | |
| Steven | Bennett | Paterson | | Joseph | James | Paterson | | Sibling | $ 4,250,000.00 | |
| Mark | James | Petrocelli | | Albert | Peter | Petrocelli | Jr. | Sibling | $ 4,250,000.00 | |
| Mark | James | Petrocelli | | Albert | Peter | Petrocelli | Sr. | Parent | $ 8,500,000.00 | |
| Mark | James | Petrocelli | | Virginia | Ann | Petrocelli | | Parent | $ 8,500,000.00 | |
| Philip | S. | Petti | | Jacqueline | Lee | Butt | | Sibling | $ 4,250,000.00 | |
| Philip | S. | Petti | | Catherine | | Petti | | Parent | $ 8,500,000.00 | |
| Philip | S. | Petti | | Thomas | Daniel | Petti | | Sibling | $ 4,250,000.00 | |
| Bernard | | Pietronico | | Michael | | Pietronico | | Sibling | $ 4,250,000.00 | |
| Bernard | | Pietronico | | Patricia | Marie | Pietronico | | Parent | $ 8,500,000.00 | |
| Thomas | H. | Polhemus | | Dorothy | Gail | McGrath | | Sibling | $ 4,250,000.00 | |
| Thomas | H. | Polhemus | | Harold | Lowe | Polhemus | | Parent | $ 8,500,000.00 | |
| Thomas | H. | Polhemus | | Jane | Lynn | Skrzyniarz | | Sibling | $ 4,250,000.00 | |
| Gregory | M. | Preziose | | Christopher | Paul | Preziose | | Sibling | $ 4,250,000.00 | |
| Gregory | M. | Preziose | | Dolores | Alba | Preziose | | Parent | $ 8,500,000.00 | |
| Gregory | M. | Preziose | | James | Alexander | Preziose | | Sibling | $ 4,250,000.00 | |
| Gregory | M. | Preziose | | John | Michael | Preziose | | Sibling | $ 4,250,000.00 | |
| Patricia | Ann | Puma | | Eleanor | | Wilson | | Parent | $ 8,500,000.00 | |
| Edward | R. | Pykon | | David | Alan | Pykon | | Sibling | $ 4,250,000.00 | |
| Christopher | | Quackenbush | | Gail | Elizabeth | Quackenbush | | Sibling | $ 4,250,000.00 | |
| Christopher | | Quackenbush | | Michael | Allen | Quackenbush | | Sibling | $ 4,250,000.00 | |
| Ricardo | J. | Quinn | | Annamaria | | Morales | | Parent | $ 8,500,000.00 | |
| Leonard | J. | Ragaglia | | Christine | Teresa | Durante | | Sibling | $ 4,250,000.00 | |
| Leonard | J. | Ragaglia | | Stephen | Anthony | Ragaglia | | Sibling | $ 4,250,000.00 | |
| Leonard | J. | Ragaglia | | Debra | Ann | Ragaglia | | Sibling | $ 4,250,000.00 | |
| Leonard | J. | Ragaglia | | Leonard | Salvatore | Ragaglia | | Parent | $ 8,500,000.00 | |
| Leonard | J. | Ragaglia | | Maureen | Frances | Ragaglia | | Parent | $ 8,500,000.00 | |
| Leonard | J. | Ragaglia | | Paul | Joseph | Ragaglia | | Sibling | $ 4,250,000.00 | |
| Leonard | J. | Ragaglia | | Maureen | Elizabeth | Scparta | | Sibling | $ 4,250,000.00 | |
| Leonard | J. | Ragaglia | | Linda | Marie | Taccetta | | Sibling | $ 4,250,000.00 | |
| Valsa | | Raju | | Ammini | George | Abraham | | Sibling | $ 4,250,000.00 | |
| Valsa | | Raju | | Saramma | | John | | Sibling | $ 4,250,000.00 | |
| Valsa | | Raju | | Sosamma | | Mukkadan | | Sibling | $ 4,250,000.00 | |
| Valsa | | Raju | | Annamma | | Thomas | | Sibling | $ 4,250,000.00 | |
| Edward | J. | Rall | | Edward | A. | Rall | | Parent | $ 8,500,000.00 | |
| Edward | J. | Rall | | Joan | P. | Rall | | Parent | $ 8,500,000.00 | |
| Edward | J. | Rall | | Keith | G. | Rall | | Sibling | $ 4,250,000.00 | |
| Edward | J. | Rall | | William | Francis | Rall | | Sibling | $ 4,250,000.00 | |
| Alfred | Todd | Rancke | | Barbara | | Rancke | Speni | | Sibling | $ 4,250,000.00 | |
| Kevin | Owen | Reilly | | Regina | T. | Madigan | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin | Owen | Reilly | | Joan | E. | Reilly | | Parent | $ 8,500,000.00 | |
| Joseph | | Reina | Jr. | Joann | | O' Keefe | | Sibling | $ 4,250,000.00 | |
| Joseph | | Reina | Jr. | Joseph | | Reina | Sr. | Parent | $ 8,500,000.00 | |
| Joseph | | Reina | Jr. | Rosemarie | | Reina | | Parent | $ 8,500,000.00 | |
| John | Thomas | Resta | | Dawn | Marie | Angrisani | | Sibling | $ 4,250,000.00 | |
| John | Thomas | Resta | | Christine | Ann | Mazzeo | | Sibling | $ 4,250,000.00 | |
| John | Thomas | Resta | | Bernard | Thomas | Resta | | Parent | $ 8,500,000.00 | |
| John | Thomas | Resta | | Michael | | Resta | | Sibling | $ 4,250,000.00 | |
| John | Thomas | Resta | | Thomas | Bernard | Resta | | Sibling | $ 4,250,000.00 | |
| John | Matthews | Rigo | | Theodore | Paul | Rigo | | Sibling | $ 4,250,000.00 | |
| Isaias | | Rivera | | Moises | | Rivera | | Sibling | $ 4,250,000.00 | |
| Joseph | | Roberto | | Lorraine | | Caiazzo | | Sibling | $ 4,250,000.00 | |
| Joseph | | Roberto | | Lucy | | Roberto | | Parent | $ 8,500,000.00 | |
| Joseph | | Roberto | | Robert | | Roberto | Sr. | Parent | $ 8,500,000.00 | |
| Donald | W. | Robertson | Jr. | Donald | W. | Robertson | Sr. | Parent | $ 8,500,000.00 | |
| Donald | W. | Robertson | Jr. | Elizabeth | Ann | Robertson | | Sibling | $ 4,250,000.00 | |
| Donald | W. | Robertson | Jr. | Marcee | E. | Robertson | | Parent | $ 8,500,000.00 | |
| Gregory | E. | Rodriguez | | Julia | Emilia | Rodriguez | | Sibling | $ 4,250,000.00 | |
| Sheryl | | Rosenbaum | | Barry | | Rosner | | Parent | $ 8,500,000.00 | |
| Sheryl | | Rosenbaum | | Bobbi | Sara | Rosner | | Parent | $ 8,500,000.00 | |
| Thomas | E. | Sabella | | Charles | Thomas | Sabella | | Sibling | $ 4,250,000.00 | |
| Thomas | E. | Sabella | | Loretta | S. | Sabella-Viglione | | Sibling | $ 4,250,000.00 | |
| Francis | John | Sadocha | | John | Stephen | Sadocha | | Sibling | $ 4,250,000.00 | |
| Francis | John | Sadocha | | Norma | Teresa | Sadocha | | Parent | $ 8,500,000.00 | |
| Mario | L. | Santoro | | Alberto | Angel | Santoro | | Parent | $ 8,500,000.00 | |
| John | | Schardt | | Debra | Marie | Sacco | | Sibling | $ 4,250,000.00 | |
| Janice | Marie | Scott | | Darlene | Bonita | Caldwell | | Sibling | $ 4,250,000.00 | |
| Janice | Marie | Scott | | Denise | M. | Holmes | | Sibling | $ 4,250,000.00 | |
| Janice | Marie | Scott | | Geraldine | | Holmes | | Parent | $ 8,500,000.00 | |
| Janice | Marie | Scott | | Delores | Diane | James | | Sibling | $ 4,250,000.00 | |
| Janice | Marie | Scott | | Claudette | McKahn | Staley | | Sibling | $ 4,250,000.00 | |
| Janice | Marie | Scott | | Willette | | Wages | | Sibling | $ 4,250,000.00 | |
| Michael | Herman | Seaman | | Daniel | Paul | Seaman | | Sibling | $ 4,250,000.00 | |
| Robert | J. | Shay | Jr. | James | Edward | Shay | | Sibling | $ 4,250,000.00 | |
| Robert | J. | Shay | Jr. | Leanne | Mary | Shay | | Sibling | $ 4,250,000.00 | |
| Robert | J. | Shay | Jr. | Maureen | | Shay | | Parent | $ 8,500,000.00 | |
| Robert | J. | Shay | Jr. | Michael | Andrew | Shay | | Sibling | $ 4,250,000.00 | |
| Robert | J. | Shay | Jr. | Robert | John | Shay | Sr. | Parent | $ 8,500,000.00 | |
| John | Anthony | Sherry | | Debra | | Sherry | | Sibling | $ 4,250,000.00 | |
| Allan | Abraham | Shwartzstein | | Ahuva | | Shwartzstein | | Parent | $ 8,500,000.00 | |
| Allan | Abraham | Shwartzstein | | Orly | | Small | | Sibling | $ 4,250,000.00 | |
| Michael | John | Simon | | Scott | S. | Simon | | Sibling | $ 4,250,000.00 | |
| Jeffrey | R. | Smith | | Brenda | Smith | Clark | | Sibling | $ 4,250,000.00 | |
| Jeffrey | R. | Smith | | Arthur | Abraham | Smith | | Parent | $ 8,500,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey | R. | Smith | | Madeline | Whyman | Smith | | Parent | $ 8,500,000.00 | |
| Karl | T. | Smith | | Georgia | Ruth | Smith | | Parent | $ 8,500,000.00 | |
| Karl | T. | Smith | | Peter | Hibbard | Smith | | Sibling | $ 4,250,000.00 | |
| Thomas | | Sparacio | | Deborah | Ann | Klemowitz | | Sibling | $ 4,250,000.00 | |
| Thomas | | Sparacio | | Edith | A. | Sparacio | | Parent | $ 8,500,000.00 | |
| Thomas | | Sparacio | | Jack | Joseph | Sparacio | Sr. | Parent | $ 8,500,000.00 | |
| Lisa | L. | Spina-Trerotola | | Irene | | Spina | | Parent | $ 8,500,000.00 | |
| Lisa | L. | Spina-Trerotola | | Mario | Francis | Spina | | Parent | $ 8,500,000.00 | |
| Lisa | L. | Spina-Trerotola | | Paul | Mario | Spina | | Sibling | $ 4,250,000.00 | |
| Eric | | Stahlman | | Renee | | Stahlman | | Parent | $ 8,500,000.00 | |
| Eric | | Stahlman | | Samuel | | Stahlman | | Parent | $ 8,500,000.00 | |
| Mary | Domenica | Stanley | | Lucia | Agness | Balzan | | Sibling | $ 4,250,000.00 | |
| Derek | James | Statkevicus | | Joel | | Statkevicus | | Sibling | $ 4,250,000.00 | |
| Derek | James | Statkevicus | | Joseph | R. | Statkevicus | | Parent | $ 8,500,000.00 | |
| Derek | James | Statkevicus | | Nancy | | Statkevicus | | Parent | $ 8,500,000.00 | |
| James | J. | Straine | Jr. | Daniel | Matthew | Straine | | Sibling | $ 4,250,000.00 | |
| James | J. | Straine | Jr. | James | Joseph | Straine | | Parent | $ 8,500,000.00 | |
| James | J. | Straine | Jr. | Kevin | Joseph | Straine | | Sibling | $ 4,250,000.00 | |
| James | J. | Straine | Jr. | Mary | Emma | Straine | | Parent | $ 8,500,000.00 | |
| James | J. | Straine | Jr. | Michael | | Straine | | Sibling | $ 4,250,000.00 | |
| Daniel | | Suhr | | Christopher | Gerald | Suhr | | Sibling | $ 4,250,000.00 | |
| Thomas | G. | Sullivan | | Arlene | R | Sullivan | | Parent | $ 8,500,000.00 | |
| Robert | | Sutcliffe | | Patricia | | Sutcliffe | | Parent | $ 8,500,000.00 | |
| Hector | R. | Tamayo | | Luther | Rogan | Tamayo | | Sibling | $ 4,250,000.00 | |
| Ronald | G. | Tartaro | | Rosanna | P. | Tartaro | | Sibling | $ 4,250,000.00 | |
| Ronald | G. | Tartaro | | Teresa | | Tartaro | | Parent | $ 8,500,000.00 | |
| Anthony | | Tempesta | | Clifford | Daniel | Tempesta | | Parent | $ 8,500,000.00 | |
| Anthony | | Tempesta | | Dorothy | Maria | Tempesta | | Parent | $ 8,500,000.00 | |
| Anthony | | Tempesta | | Michael | | Tempesta | | Sibling | $ 4,250,000.00 | |
| Glenn | | Thompson | | Scott | Morton | Thompson | | Sibling | $ 4,250,000.00 | |
| Eric | R. | Thorpe | | Susan | | Thorpe Burghouwt | | Sibling | $ 4,250,000.00 | |
| Eric | R. | Thorpe | | Marilyn | Williams | Thorpe | | Parent | $ 8,500,000.00 | |
| Eric | R. | Thorpe | | Raymond | R. | Thorpe | | Parent | $ 8,500,000.00 | |
| William | R. | Tieste | | Linda | G | Tieste | | Sibling | $ 4,250,000.00 | |
| Stephen | Edward | Tighe | | Roberta | L. | Shea | | Sibling | $ 4,250,000.00 | |
| Jonathan | | Uman | | Susan | Ruth | Blomberg | | Parent | $ 8,500,000.00 | |
| Kenneth | Warren | Van Auken | | Janice | Lynne | Booth | | Sibling | $ 4,250,000.00 | |
| Kenneth | Warren | Van Auken | | Karen | Ellen | Renzo | | Sibling | $ 4,250,000.00 | |
| Lawrence | J. | Veling | | Marcella | Jean | Tuohy | | Sibling | $ 4,250,000.00 | |
| John | Thomas | Vigiano | II | Jeanette | | Vigiano | | Parent | $ 8,500,000.00 | |
| John | Thomas | Vigiano | II | John | T. | Vigiano | | Parent | $ 8,500,000.00 | |
| Joseph | Vincent | Vigiano | | Jeanette | | Vigiano | | Parent | $ 8,500,000.00 | |
| Joseph | Vincent | Vigiano | | John | T. | Vigiano | | Parent | $ 8,500,000.00 | |
| Frank | J. | Vignola | Jr. | Diane | Frances | Antolos | | Sibling | $ 4,250,000.00 | |

| DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING |
|---|---|---|---|---|---|---|---|---|---|---|
| Frank | J. | Vignola | Jr. | Frances | | Vignola | | Parent | $ 8,500,000.00 | |
| Frank | J. | Vignola | Jr. | James | Anthony | Vignola | | Sibling | $ 4,250,000.00 | |
| Joseph | B. | Vilardo | | Diane | | Braitsch | | Sibling | $ 4,250,000.00 | |
| Joseph | B. | Vilardo | | Margaret | | McLean | | Sibling | $ 4,250,000.00 | |
| Joseph | B. | Vilardo | | Janet | | Vilardo | | Sibling | $ 4,250,000.00 | |
| Jeffrey | P. | Walz | | Jennie | Vicenza | Walz | | Parent | $ 8,500,000.00 | |
| Jeffrey | P. | Walz | | Raymond | George | Walz | | Parent | $ 8,500,000.00 | |
| Steven | | Weinberg | | Marilyn | Hope | Weinberg | | Parent | $ 8,500,000.00 | |
| Steven | | Weinberg | | Paul | Howard | Weinberg | | Sibling | $ 4,250,000.00 | |
| Timothy | | Welty | | Adele | Nina | Welty | | Parent | $ 8,500,000.00 | |
| Peter | Matthew | West | | Mary | Louise | Ball | | Sibling | $ 4,250,000.00 | |
| Peter | Matthew | West | | Catherine | Cecilia | McLaughlin | | Sibling | $ 4,250,000.00 | |
| Peter | Matthew | West | | Regina | Marie | Townsend | | Sibling | $ 4,250,000.00 | |
| Peter | Matthew | West | | Gregory | J. | West | | Sibling | $ 4,250,000.00 | |
| Peter | Matthew | West | | Vincent | Matthew | West | | Sibling | $ 4,250,000.00 | |
| Kenneth | W. | White | | Laura | Jeanne | Kenny | | Sibling | $ 4,250,000.00 | |
| Kenneth | W. | White | | Thomas | George | White | | Sibling | $ 4,250,000.00 | |
| Mark | P. | Whitford | | Carol | Ann | Whitford | | Parent | $ 8,500,000.00 | |
| Mark | P. | Whitford | | Christopher | | Whitford | | Sibling | $ 4,250,000.00 | |
| Mark | P. | Whitford | | Roger | Paul | Whitford | | Parent | $ 8,500,000.00 | |
| Leslie | Ann | Whittington | | Sara | | Guest | | Sibling | $ 4,250,000.00 | |
| Leslie | Ann | Whittington | | Kirk | | Whittington | | Sibling | $ 4,250,000.00 | |
| Leslie | Ann | Whittington | | Michael | Thomas | Whittington | | Sibling | $ 4,250,000.00 | |
| Michael | T. | Wholey | | Bernadette | | Wholey | | Sibling | $ 4,250,000.00 | |
| Michael | T. | Wholey | | Margaret | Winifred | Wholey | | Parent | $ 8,500,000.00 | |
| Michael | T. | Wholey | | Maryann | | Wholey | | Sibling | $ 4,250,000.00 | |
| Michael | T. | Wholey | | Michael | Joseph | Wholey | | Parent | $ 8,500,000.00 | |
| Jeffrey | David | Wiener | | Robin | Kim | Wiener | | Sibling | $ 4,250,000.00 | |
| Brent | James | Woodall | | Erin | Elizabeth | Konstantinow | | Sibling | $ 4,250,000.00 | |
| Brent | James | Woodall | | Craig | Walker | Woodall | | Sibling | $ 4,250,000.00 | |
| Brent | James | Woodall | | Mary | Elizabeth | Woodall | | Parent | $ 8,500,000.00 | |
| David | T. | Wooley | | Edgar | Bertram | Wooley | III | Sibling | $ 4,250,000.00 | |
| John | Bentley | Works | | Timothy | Edwin | Works | | Sibling | $ 4,250,000.00 | |
| Andrew | Steven | Zucker | | Gayle | | Mosenson | | Sibling | $ 4,250,000.00 | |
| Andrew | Steven | Zucker | | Cheryl | Dianne | Shames | | Sibling | $ 4,250,000.00 | |
| Andrew | Steven | Zucker | | Stuart | Craig | Zucker | | Sibling | $ 4,250,000.00 | |
| Asia | SiVon | Cottom | | Asia | SiVon | Cottom | | Estate | $ - | $ 2,000,000.00 |
| Asia | SiVon | Cottom | | Michelle | | Cottom | | Parent | $ 8,500,000.00 | |
| Asia | SiVon | Cottom | | Clifton | | Cottom | | Parent | $ 8,500,000.00 | |
| Rodney | Alonzo | Dickens | | LaShawn | | Dickens | | Parent | $ 8,500,000.00 | |
| Rodney | Alonzo | Dickens | | Rodney | Alonzo | Dickens | | Estate | $ - | $ 2,000,000.00 |
| | | | | | | | | TOTAL: | $ 3,276,500,000.00 | $ 6,000,000.00 |