UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUL 27 2017**

In re Terrorist Attacks on September 11, 2001

Case No. 03 MDL 1570 (GBD) (SN)

GENERAL REINSURANCE CORPORATION;
GENERAL REINSURANCE AG; FARADAY
UNDERWRITING LIMITED ON BEHALF OF
THE UNDERWRITING MEMBERS OF
LLOYD'S SYNDICATE 435; THE
UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 1861; NATIONAL INDEMNITY
COMPANY; and COLUMBIA INSURANCE
COMPANY,

Case No. 1-17-cv-03810

**ORDER FOR ADMISSION
PRO HAC VICE**

Plaintiffs,

v.

THE KINGDOM OF SAUDI ARABIA,

Defendant.

The Motion of Scott S. Katz, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar in the State of Florida and his contact information is as follows:

Scott S. Katz, Esq.
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
813-281-1900
Fax: 813-281-0900
Email: *skatz@butler.legal*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for General Reinsurance Corporation; General Reinsurance AG; Faraday Underwriting Limited on behalf of the Underwriting Members of Lloyd's Syndicate 435; The Underwriting Members of Lloyd's Syndicate 1861; National Indemnity Company; and Columbia Insurance Company;

IT IS HEREBY ORDERED that Scott S. Katz, Esq. is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court of the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Dated JUL 27 2017 17

Respectfully submitted,

_George B. Daniels_
United States District/Magistrate Judge