UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 27 2017

In re Terrorist Attacks on September 11, 2001      Case No. 03 MDL 1570 (GBD) (SN)

GENERAL REINSURANCE CORPORATION;
GENERAL REINSURANCE AG; FARADAY
UNDERWRITING LIMITED ON BEHALF OF       Case No. 1-17-cv-03810
THE UNDERWRITING MEMBERS OF
LLOYD'S SYNDICATE 435; THE
UNDERWRITING MEMBERS OF LLOYD'S        **ORDER FOR ADMISSION**
SYNDICATE 1861; NATIONAL INDEMNITY     **PRO HAC VICE**
COMPANY; and COLUMBIA INSURANCE
COMPANY,

            Plaintiffs,
v.

THE KINGDOM OF SAUDI ARABIA,

            Defendant.

The Motion of Jessica M. Skarin, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar in the State of Florida and her contact information is as follows:

Jessica M. Skarin, Esq.
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
813-281-1900
Fax: 813-281-0900
Email: *jskarin@butler.legal*

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for General Reinsurance Corporation; General Reinsurance AG; Faraday Underwriting Limited on behalf of the Underwriting Members of Lloyd's Syndicate 435; The Underwriting Members of Lloyd's Syndicate 1861; National Indemnity Company; and Columbia Insurance Company;

IT IS HEREBY ORDERED that Jessica M. Skarin, Esq. is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys.

Dated: _____, 2017

**JUL 27 2017**

Respectfully submitted,

*George B. Daniels*
United States District/Magistrate Judge