UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2017

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

**DEFENDANT JELAIDAN'S JULY 26, 2017 STATUS REPORT**

The Honorable Judge Netburn,

On July 14, 2017 I called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated that "this case is pending. Please check back at a later date." I again called the same number on July 20, 2017, and received the same automated reply.

Due to the automated response, I had my associate call the OFAC official who first contacted us about the application (Heather Epstein) at 202-622-2410 on July 20, 2017. Ms. Epstein did not answer the phone, but my associate left her a voice message asking her to call us back about the status of the application, and whether there was anything else they needed for it. To date I have not yet received a reply.

Because of the non-response, I authored a letter asking OFAC for an update on the license status, which was mailed to OFAC yesterday, July 25, 2017 (attached hereto as exhibit 1).

---

The Court deems this status report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC to pursue the approval of the necessary license. To the extent counsel has not already, he shall provide OFAC with the Court's May 25, 2017 Order (ECF No. 3610). Counsel must remind OFAC of the burden on the Court that further delay imposes. The next status report shall be due on Monday, August 28, 2017.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

July 27, 2017
New York, New York