UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————  )
IN RE:  TERRORIST ATTACKS ON       )    Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                 )
———————————————————————  )

This document relates to:

Ashton, et al. v. al Qaeda, et al., No. 02-cv-6977
Federal Insurance Co., et al. v. al Qaida, et al., No. 03-cv-6978
Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03-cv-9849
Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04-cv-5970
Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al. No. 04-cv-7065
Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-7279
McCarthy, et al. v. Kingdom of Saudi Arabia, No. 16-cv-8884
Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9663
Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9937
Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-117
DeSimone v. Kingdom of Saudi Arabia, No. 17-cv-348
Aiken, et al v. Kingdom of Saudi Arabia, et al., No. 17-cv-450
The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.,
   No. 17-cv-2129
The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-2651
Abarca, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3887
Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3908
Abrams, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-4201
Abtello, et al. v. Kingdom of Saudi Arabia et al., No. 17-cv-5174
Aasheim, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-5471

**MOTION TO EXTEND PRO HAC VICE ADMISSION TO ALL CONSOLIDATED MDL CASES, AND NOTICES OF APPEARANCE**

I.  Motion To Extend Pro Hac Vice Admission of Roy T. Englert, Jr.

PLEASE TAKE NOTICE that the Saudi High Commission for Relief of Bosnia &Herzegovina ("Saudi High Commission") hereby moves this Court for an Order extending the pro hac vice admission of Roy T. Englert, Jr., to all cases consolidated into 03 MDL 1570 (GBD) (SN), a multi-district litigation ("MDL") before this Court.

Roy T. Englert, Jr. was admitted as counsel pro hac vice on June 28, 2004, for purposes of this MDL.  See Dkt. 270.

As this Court is aware, numerous additional cases have been consolidated into this MDL in recent months. Moving for pro hac vice admission in each related case would be cumbersome and would require repeated applications to the Court. Saudi High Commission moves the Court to extend counsel's pro hac vice admission to all cases consolidated into 03 MDL 1570, now or in the future, and to permit counsel to appear in the above-captioned cases by filing notices of appearance, and to do the same in other consolidated MDL cases as appropriate.

II.  Notices of Appearance by Roy T. Englert, Jr., and Lawrence S. Robbins

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Saudi High Commission has applied to extend the pro hac vice admission of Roy T. Englert, Jr. to all cases consolidated into this MDL. If that request is granted, Saudi High Commission respectfully requests that the Court enter Mr. Englert's appearance as its counsel in all of the above-captioned MDL cases, which Saudi High Commission understands includes every case in which Saudi High Commission has been named as a defendant and in which plaintiffs have adopted the Consolidated Amended Complaint. See Dkt. 3463.

Lawrence S. Robbins was admitted to the United States District Court for the Southern District of New York on December 9, 1980, and is currently a member in good standing of the bar of the United States District Court for the Southern District of New York. Saudi High Commission respectfully requests that the Court enter his appearance as its counsel in the above-captioned cases.

The caption above lists two recently field cases –Aasheim and Abtello – in which plaintiffs have filed a Short Form Complaint but have not yet requested a waiver of service from

Saudi High Commission or made any filing on the consolidated MDL docket.  As of this filing, it appears that Aasheim has been formally incorporated into the consolidated MDL, but Abtello has not.  Saudi High Commission wishes to file appearances in these cases to ensure that it may file copies of its forthcoming motion to dismiss on their individual dockets on August 1.

In filing these appearances, Saudi High Commission respectfully reserves all defenses and objections to these lawsuits, including without limitation objections to this Court's subject matter or personal jurisdiction.

Respectfully submitted,

/s/ Lawrence S. Robbins
Lawrence S. Robbins (LR8917)
Roy T. Englert, Jr.
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411
Washington, D.C. 20009
(202) 775-4500
(202) 775-4510 (fax)

July 28, 2017

*Attorneys for the Saudi High Commission for Relief of Bosnia & Herzegovina*

Respectfully submitted,

/s/ Roy T. Englert, Jr.
Roy T. Englert, Jr.
Lawrence S. Robbins (LR8917)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411
Washington, D.C. 20009
(202) 775-4500
(202) 775-4510 (fax)

July 28, 2017

*Attorneys for the Saudi High Commission for Relief of Bosnia & Herzegovina*

# CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2017, I caused an electronic copy of the foregoing Notices of Appearance to be served electronically pursuant to the Court's Electronic Case Filing (ECF) system. I caused the foregoing to be filed on the MDL docket and the dockets for the following consolidated cases:

    Ashton, et al. v. al Qaeda, et al., No. 02-cv-6977
    Federal Insurance Co., et al. v. al Qaida, et al., No. 03-cv-6978
    Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03-cv-9849
    Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04-cv-5970
    Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al. No. 04-cv-7065
    Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-7279
    McCarthy, et al. v. Kingdom of Saudi Arabia, No. 16-cv-8884
    Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9663
    Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9937
    Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-117
    DeSimone v. Kingdom of Saudi Arabia, No. 17-cv-348
    Aiken, et al v. Kingdom of Saudi Arabia, et al., No. 17-cv-450
    The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-2129
    The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-2651
    Abarca, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3887
    Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3908
    Abrams, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-4201
    Abtello, et al. v. Kingdom of Saudi Arabia et al., No. 17-cv-5174
    Aasheim, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-5471

                                                    /s/ Lawrence S. Robbins
                                                    Lawrence S. Robbins

July 28, 2017