# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
IN RE: TERRORIST ATTACKS ON         )   Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  )
_____ )

This document relates to:

Ashton, et al. v. al Qaeda, et al., No. 02-cv-6977
Federal Insurance Co., et al. v. al Qaida, et al., No. 03-cv-6978
Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03-cv-9849
Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04-cv-5970
Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co., et al. No. 04-cv-7065
Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 04-cv-7279
McCarthy, et al. v. Kingdom of Saudi Arabia, No. 16-cv-8884
Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9663
Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16-cv-9937
Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-117
DeSimone v. Kingdom of Saudi Arabia, No. 17-cv-348
Aiken, et al v. Kingdom of Saudi Arabia, et al., No. 17-cv-450
The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-2129
The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al., No. 17-cv-2651
Abarca, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3887
Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al., No. 17-cv-3908
Abrams, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-4201
Abtello, et al. v. Kingdom of Saudi Arabia et al., No. 17-cv-5174
Aasheim, et al. v. Kingdom of Saudi Arabia, et al., No. 17-cv-5471

## [PROPOSED] ORDER EXTENDING *PRO HAC VICE* ADMISSION TO ALL CONSOLIDATED MDL CASES

It is this ___ day of _____, 2017

ORDERED THAT

1. The *pro hac vice* admissions of Roy T. Englert, Jr., of the law firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, are extended to all cases consolidated into the above captioned multi-district litigation ("MDL") before this Court.

2. Roy T. Englert, Jr. may appear on behalf of Saudi High Commission in the above captioned cases, or any other consolidated MDL cases, now or in the future, by filing notices of appearance. Additional applications for *pro hac vice* admission will not be required.

_____
Sarah Netburn
United States Magistrate Judge