## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al. | 15-cv-9903 (GBD)(SN) <br> ECF Case |

### ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDENTIFED AT EXHIBIT A
### (BURNETT / IRAN I)

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv-9903*, who are each a spouse, parent, child, or sibling of a victim killed in the terrorist attacks on September 11, 2001, or an estate of a decedent killed in the attacks, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903 ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv-9903*, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling of individuals killed in the terrorist attacks on September 11, 2001, or an estate of a decedent killed in the attacks, as indicated in Exhibit A, , and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as indicated in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded: compensatory damages for conscious pain and suffering in an amount of $2,000,000 per estate, as indicated in Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that that the Plaintiffs identified in Exhibit A may submit an application for punitive damages at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the these plaintiffs and the remaining *Burnett* Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for conscious pain and suffering of decedents from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
JUL 31 2017 _____, 2017

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge