UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
IN RE:  TERRORIST ATTACKS ON  )    **Civil Action No. 03 MDL 1570 (GBD)**
SEPTEMBER 11, 2001                  )    **ECF Case**
_____)

This document relates to:

*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977
*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
*Continental Casualty Co., et al. v. Al Qaeda, et al*., No. 04-cv-5970
*Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co.*, et al. No. 04-cv-7065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
*McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al*., No. 16-cv-9663
*Addesso, et al. v. Kingdom of Saudi Arabia*, et al., No. 16-cv-9937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-117
*DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
*Aiken, et al v. Kingdom of Saudi Arabia*, et al., No. 17-cv-450
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia*, et al.,
    No. 17-cv-2129
*The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al*. No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-3887
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-3908
*Abrams, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-4201
*Abtello et al. v. Kingdom of Saudi Arabia et al*., No. 17-cv-05174
*Aasheim, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-5471

## NOTICE OF DEFENDANT SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA'S RENEWED MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rules 7(b) and 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Saudi High Commission for Relief of Bosnia & Herzegovina ("Saudi High Commission"), through undersigned counsel, will move this Court on a date and at such time as may be designated by the Court, in the United States Courthouse at 500 Pearl Street, New York, New York 10007, for an Order dismissing the claims against it in the Consolidated Amended Complaint, and the Complaint in *Ashton v. Al Qaeda Islamic*, 1:02-cv-06977-GBD-SN, ECF No. 1 (S.D.N.Y. filed Sept. 4, 2002) *as amended*

*by* the Sixth Amended Consolidated Master Complaint, No. 1:02-cv-6977-GBD-SN, ECF No. 465 (S.D.N.Y. filed Sept. 30, 2005) in the above-captioned multi-district litigation.  In support of this Motion, Defendant Saudi High Commission submits the Memorandum of Law, and Declaration of Roy T. Englert, Jr.

PLEASE TAKE FURTHER NOTICE that, pursuant to a scheduling order issued by the Honorable Sarah Netburn (ECF No. 3514), any opposing papers shall be filed electronically no later than October 2, 2017.

August 1, 2017.                           Respectfully submitted,

/s/Lawrence S. Robbins
Lawrence S. Robbins (LR8917)
Roy T. Englert, Jr.
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W.
Suite 411
Washington, D.C. 20009
(202) 775-4500
(202) 775-4510 (fax)

*Attorneys for the Saudi High Commission for Relief of Bosnia & Herzegovina*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of August 2017, I caused a copy of the foregoing document to be served electronically pursuant to the Court's ECF system on the consolidated MDL docket and the individual dockets for the following cases, which I understand to include all but two[*] of the consolidated MDL cases in which the Saudi High Commission for Relief of Bosnia & Herzegovina is named as defendant.

*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977
*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04-cv-5970
*Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co.*, et al. No. 04-cv-7065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-9937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-117
*Aiken, et al v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-450
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.* No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3887
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-3908
*Abrams, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-4201
*Abtello et al. v. Kingdom of Saudi Arabia et al.*, No. 17-cv-05174
*Aasheim, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-5471

/s/ Lawrence S. Robbins
Lawrence S. Robbins

---

[*] The remaining two individual cases in which the Saudi High Commission for Relief of Bosnia & Herzegovina is named as a Defendant are *McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884 and *DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348. The Saudi High Commission for Relief of Bosnia & Herzegovina is presently unable to file in those dockets and is serving counsel in those cases via the MDL docket and electronic mail. A separate letter will also be sent notifying the Court.