# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____
                                   )
IN RE: TERRORIST ATTACKS ON        )    Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                 )    ECF Case
_____)
```

This document relates to:

*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977
*Federal Insurance Co., et al. v. al Qaida, et al.*, No. 03-cv-6978
*Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-9849
*Continental Casualty Co., et al. v. Al Qaeda, et al*., No. 04-cv-5970
*Cantor Fitzgerald Assocs., et al. v. Akida Inv. Co.*, et al. No. 04-cv-7065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 04-cv-7279
*McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884
*Aguilar, et al. v. Kingdom of Saudi Arabia, et al*., No. 16-cv-9663
*Addesso, et al. v. Kingdom of Saudi Arabia, et al*., No. 16-cv-9937
*Hodges, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-117
*DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348
*Aiken, et al v. Kingdom of Saudi Arabia, et al*., No. 17-cv-450
*The Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-2129
*The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al*. No. 17-cv-02651
*Abarca, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-3887
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-3908
*Abrams, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-4201
*Abtello et al. v. Kingdom of Saudi Arabia et al*., No. 17-cv-05174
*Aasheim, et al. v. Kingdom of Saudi Arabia, et al*., No. 17-cv-5471

## DECLARATION OF ROY T. ENGLERT, JR. IN SUPPORT OF DEFENDANT SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA'S RENEWED MOTION TO DISMISS

I, Roy T. Englert, Jr., hereby swear to the following:

1. I am an attorney licensed to practice in the District of Columbia and a partner with the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, counsel to Defendant Saudi High Commission for Relief of Bosnia & Herzegovina ("Saudi High Commission") in this case. I make this Declaration in support of Defendant Saudi High Commission's Motion to Dismiss the Consolidated Amended Complaint, and the Complaint in *Ashton, et al. v. al Qaeda, et al*., No. 02-cv-6977 (S.D.N.Y. filed Sept. 4, 2002), *as amended by* the Sixth Amended Consolidated Master Complaint, No. 02-cv-6977 (S.D.N.Y. filed Sept. 30, 2005) in the above-captioned multi-district litigation. I have personal knowledge of and am competent to testify to the facts set forth below.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the Declaration of Saud bin Mohammad Al-Roshood ("Al-Roshood Declaration") and Exhibits 1 through 13 to the Declaration. Mr. Al-Roshood is the Director of the Executive Office of the Saudi High Commission. The Al-Roshood Declaration was produced in 2004 at the request of my firm in support of the Saudi High Commission's first Motion to Dismiss Plaintiffs' consolidated complaints, and was translated into the English language for submission to this Court.

3. Attached as Exhibit B to this Declaration is a true and correct copy of the 2004 Declaration of Abdulaziz H. Al Fahad, a Saudi Arabian lawyer and a licensed Arabic to English translator, attesting to the accuracy of the translation of the Al-Roshood Declaration.

4. Attached as Exhibit C to this Declaration is the June 24, 2003, Hearing Transcript in *Burnett v. Al Baraka Inv. & Dev. Corp.*, 1:02 Civ-1616 (D.D.C. filed July. 15, 2003).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2017, in Washington, D.C.

/s/Roy T. Englert, Jr.
Roy T. Englert, Jr.