# EXHIBIT 1

# OSCE

**Organisation for Security and Cooperation in Europe**
**Mission to Bosnia and Herzegovina**
**Regional Centre Tuzla**

Studentski centar, ul. Velika Vlahovica ??, 75 000 Tuzla
Telephone: +387 75 250 079     local: 075 251 413-8
Fax: +387 75 250 564
Sat. tel: 00871 682-322-259

---

TO:       Nassir Al-Saeed , General Director Saudi High Commission
          cc: Nasredin Ablibahaker, Director Tuzla Office     _071. 444. 075_

FROM:     Alec Wargo, II Senior Democratization Officer Tuzla

SUBJECT:  Voter Movement in the Celic-Koraj area

DATE:     04.09.97

PAGES:    - 2 - (including this cover)

---

I am attaching a request from the Celic municipality re: transport needs for the 13-14
September elections. The movements and numbers of persons involved are outlined in
the attached program and budget. As lead agency for elections in BiH, we are
particularly concerned with the issue of safe and orderly transport of cross-IEBL voters
on polling day.

On 02 September OSCE convened a meeting between the local election commissions of
Celic (Federation) and Lopare (RS- responsible for Koraj). It was agreed at the meeting
that the RS would ensure the security of the voters. However it was also concluded that
it would best serve the interest of all parties if the 1,000-odd voters were to move in an
orderly fashion by bus. The Celic municipality have thus re-doubled their efforts to find
available funding for busses. OSCE and the local parties will be attending a final
meeting to cement a cross-IEBL security plan with SFOR, IPTF, UNHCR and the RS and
Fed. Interior Ministries on 05 September in Celic.

If you should have any question regarding this project do not hesitate to call me at the
above number. Thank you for your attention.

Regards,

Alec Wargo. Ii

Bosnia and Herzegovina
Federation of BiH
Canton of Tuzla-Podrinje
Municipality of Celic
Local Election Commission

No: 01-1-80/97
Celic, 21.08.1997

                                              OSCE Field Office
                                                ORASJE

Subject: Request for covering the
expenses regarding the upcoming
elections on the area of
Municipality of Celic

       Based on the consultations with the OSCE staff from FO Orasje, regarding the upcoming
elections, we concluded that there is a need for covering the transportation of the voters from the
residence place to the polling station, concerning our road communication, distance and the
spreading of the residence places of the voters on our areas as you already know.

       That is why we suggest you to approve us the financial aid for covering the expenses for
voters' transportation follows:

       1. Based on the voters' registration from Koraj, that decided to vote in person in Koraj,
according to the evidenced information there are 947 of those who are currently living in
municipality of Celic as refugees plus 401 voter wanting to vote in person from other places in CTP
Tuzla. And next those voters that will vote in person in Koraj, according to the evidence of the
registered voters for in person we have the voters from area of Brcko, where is also necessary to
ensure the transportation for 40 of them.

       According to this information, it is necessary to ensure the transportation of the voters with
the buses for Koraj-voting in person 27 routes by 50 voters, and one route for Brcko by 40 voters.
For the needs of transportation of the voters from the area of municipality of Celic to the polling
station in Celic it is necessary to ensure 6 routes departures from the area of Humac 2 to Celic,
from the area of Velino Selo, Vrazic, Brnjik and Ratkovic 4 routes of four departures.

       The expenses of fuel and bus repairements according to the estimation of LEC for the
polling days will be.....                                                   4 950 -DEM

       Media announcing of the elections according to the estimation by LEC will be somewhere
around    ............                                                      1 500 -DEM

       Total need for supplying the elections estimated by the LEC will be 6 450 -DEM

       We kindly ask you to take that under consideration all the facts mentioned above, and to
approve all the requirements so the elections would go successfully.

Best regards

                                              LEC President

# EXHIBIT 2

From :



# ATLANT

ATLANT/JOVE AVIATION SERVICES

107 RO Highwwood Lane Studio City CA 10291 USA
Phone (1818) 762 7208        Fax (1818) 762 0052



UNPROFOR

Att. : Air Operations Manager.
      Mr. Neil McMillan

VIA TELEFAX   041 729 620

Subj   : REQUEST FOR SLOT ALLOCATION   FLIGHT ATG 614.

                          Zagreb, 28th of May 1994

Dear Sir,

Our company has been contracted for the return flights of
pilgrims from Zagreb to Sarajevo on behalf of the Saudi High
Commission for Assistance to Bosnia and Hercegovina, under
UNPROFOR auspices, on 31st of May 1994.

Please find our request on behalf of the Saudi High Commisssion
for allocation of the two required slots in the Sarajevo Airlift
on 31st of May.

These timings are in accordance with planned arrival of
passengers from Mekka on Saudi Air B-747 on 31st of May at
estimated 0630 local time.

Find below flight details and requested schedule (slots) :

Flight Number : ATG 614
Aircraft type : Iluyshin IL-76MD, special pax configuration
Registration  : UR 76614
Operator      : ATLANT-SV, Simferopol, Ukraine.

Requested schedule (local times)  :

|        | ZAGREB | SARAJEVO | ZAGREB | SLOT |
|--------|--------|----------|--------|------|
| ATG 614 |       |          |        |      |
|        | 0915 945 | 1030/1100 | 1215 | J (JULIET) |
|        | 1430 /5 | 1545/1615 | 1730 | T1 (TANGO-ONE) |

Your urgent attention to this matter would be appreciated.

Yours sincerely,

# EXHIBIT 3

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
Federal Ministry of Finance
Financial Police
S A R A J E V O

الوثائق لولا المطبقة برامجه

دفا تروهــــــايات الزينية

Sarajevo, 13 November 2002
Number: FP-414-415-06-11/02

## M I N U T E S

About the audit performed at the Foreign Humanitarian Organization "Saudi High
Commission Relief FOR – High Saudi Committee" for Assistance to BiH, based in Sarajevo,
Samira Fraste bb Street

The audit has been performed by the following inspectors:

Halilovic Fahir – official identification number 415, and
Hasic Hasan - official identification number 414

The audit has been performed in accordance with the articles number 9 to 18 of the Law on
Financial Police ("Official Gazette of Federation of BiH", number 2/95).

The audit started at 10 a.m. on 18 February 2002, in the case of the financial inspection of
the available documents on acquisition and expenditures of funds, at the Foreign
Humanitarian Organization "Saudi High Commission Relief FOR – High Saudi Committee"
for Assistance to Bosnia and Herzegovina, based in Sarajevo, Samira Fraste bb Street, and
refers to the period from 1 January to 31 December 2001 inclusive.

The Minutes about this audit performed were drafted in the premises of the Financial Police
of the Federation of BiH in Sarajevo.

The persons responsible for regularity of business performance, which was the subject of
this audit, were:
-   Sejh Naser A.O. Al-Saeed, Director General, and
-   Abdul-Rahman I. M. Al-Rashed. Deputy Director General

The final findings of the audit are as follows:

## I GENERAL DATA

Following a request submitted by the International Association Saudi High Commission
Relief FOR – High Saudi Committee from Saudi Arabia, the High Sarajevo Court made its
Decision number R-IV-29/93 on 29 October 1993, and it was by this Decision that the
Association was registered with the Court concerned under the name "Saudi High
Commission Relief FOR-High Saudi Committee (in Bosnian: "Visoki saudijski komitet").
According to the same Decision, the Headquarters of the International Association is in
Sarajevo, Marsala Tita 35 Street.
Within its regular procedure, the Court found that all legislative necessities for registration of
the association concerned had been met, and, in accordance with the articles 12 and 13 of
the Law on Citizens' Associations it made the Decision on Registration of the Association in
the Court Register.

According to the Court's Decision concerned, the objectives and tasks of the International Association Saudi High Commission Relief FOR – High Saudi Committee based in Sarajevo are:

- to provide food, clothing, shoes, medicine and other humanitarian aid articles to the war victims, children without parents, the old and to other citizens of the Republic of Bosnia and Herzegovina who need help,
- to procure writings, printing, publishing and free-of charge distribution of reports, magazines, books, leaflets, brochures and other documents with religious content,
- to provide humanitarian aid and services to the Islamic Community of the Republic of Bosnia and Herzegovina,
- to provide financial aid
- to build and support the construction and operation of school centers, schools, hospitals, clinics, companies and similar institutions, dry up or water the land, as well as to undertake other activities in order to meet, directly or indirectly, the needs of the poor, refugees, residents, as well as those of natural disasters' victims,
- to organise, facilitate or participate in the organization of meetings, speakers' platforms, lectures and exhibitions, as well as to perform other public events in accordance with the law,
- to improve, initiate or organise research or experimental works and publish results of these researches, and
- to employ necessary experts and support staff required by the Office's operational needs

With reference to the Court's Decision concerned, the persons authorized to represent the International Association Saudi High Commission Relief FOR – High Saudi Committee, based in Sarajevo are Farhan Bin Siban Aloosori and Saleh Bin Kohd Alhutian.

The enlisted objectives and tasks of the International Association Saudi High Commission Relief FOR, based in Sarajevo, were broadened by the High Sarajevo Court by its Decision number: R-IV-29/93 of 30 March 1995, in the sense that it entitled the Association a possibility to organize and manage courses aimed at education and gaining special knowledge in the fields of foreign languages and IT (i.e. Information technology).

The High Court in Sarajevo passed its Decision number: R-IV-29/93 on 11 November 1995 that changed its earlier Decision number: R-IV-29/93 of 29 October 1993, so that the latter Decision now reads:

The Humanitarian Organization Saudi High Commission Relief FOR – High Saudi Committee for Assistance to Bosnia and Herzegovina, with its Main Office in Sarajevo, is registered with this Court to have:

a) Main Office based in Sarajevo, Branilaca grada 20 Street,
b) Branch Office based in Tuzla, Mije Kerosevica 20 Street,
c) Branch Office based in Zenica, Zmaja od Bosne 56 Street,
d) Branch Office based in Mostar, Marsala Tita bb Street.

The High Court in Sarajevo made the Decision number: R-IV-29/93 on 1 October 1996 that changes its previous Decision number: R-IV-29/93 from 29 October 1993, so that it now reads:

Humanitarian Organization Saudi High Commission Relief FOR-High Saudi Committee for Assistance to BiH is registered in the Humanitarian Organizations' Register maintained with this Court, to have the following offices:

a) Regional office for Europe, based in Sarajevo, Marsala Tita 10 Street,
b) Branch Office in Zenica (for the area of Zenica-Doboj Canton), based in Zenica, Zmaja od Bosne 56 Street,
c) Branch Office in Mostar (for Hercegovina-Neretva Canton), based in Mostar, Marsala Tita bb Street and

d) Branch Office in Bihac (for the region of Cazinska and Bosanska Krajina) based in Bihac, Marsala Tita 27 Street.

With reference to the Court's Decision concerned, the persons authorized to represent the Saudi High Commission Relief FOR – High Saudi Committee for Assistance to B&H are:
   a) Regional Office for Europe, based in Sarajevo:
   - Sejh Nasser A.O. Al-Saeed, Director General;
   - Abdul-Rahman I. M. Al-Rashed, Deputy Director General
   b) for Tuzla office – Khalid Ahmed Al-Ghamdi, Director
   c) for Zenica office – Hussamedin Glalib Hamzi, Director,
   d) for Mostar office - Jusug B. Rahman, Director, and
   e) for Bihac office – Abdul Aziz Ben Salih Al-Saeed, Director.

According to the article 18 of the Law on Humanitarian Work and Humanitarian Organizations ("The Official Gazette of the Federation of BiH", number: 35/98), resolving, upon request of the Humanitarian Organization Saudi High Commission Relief FOR BiH, Federal Ministry of Social Affairs, Displaced Persons and Refugees, made the Decision number: 06-35-555-1/99 on 22 March 1999 that registers the Humanitarian Organization Saudi High Commission Relief FOR BiH in the Register of this Ministry. The registration was done under the number R2-I-116/99, Book 1st of the Register.
This Decision contains the program tasks and objectives of the Humanitarian Organization Saudi High Commission FOR BiH.
With reference to the Decision concerned, the person authorized to represent the humanitarian organization Saudi High Commission Relief FOR BiH is Nasser A.O. Al-Saed.
Following the Decision of the Federal Ministry of Social Affairs, Displaced Persons and Refugees, number: 05-4-35-401/01 of 22 January 2001, passed upon a request for registration of changes in the Registry of Humanitarian Organisations, submitted by the Humanitarian Organization Saudi High Commission Relief FOR BiH, Clause 1 of the Decision number: 06-35-555-1/99 of 22 March 1999, have been changed, so that it now reads:
The Humanitarian Organization Saudi High Commission Relief FOR BiH – High Saudi Committee for Assistance to Bosnia and Herzegovina from the Kingdom of Saudi Arabia, Riyadh is registered in the Register of Foreign Humanitarian Organizations, with the Office in Sarajevo, Samira Fraste bb Street (Cultural Center "King Fahd").

On 21 April 1995 in Sarajevo the Contract number: D-134/95 was reached on opening a foreign currency bank account between:
   1. BH Bank d.d. Sarajevo and
   2. Saudi High Commission Relief for Assistance to Bosnia and Herzegovina.

And following this Contract the Bank opens, under the name of the User, the foreign currency bank account number: 71401-1547500, for reasons of usage of the foreign currency paid on the basis of grant.
According to the Contract concerned, the person authorized to manage resources at the foreign currency account is Khaled A. Alukeili from Saudi Arabia, who holds the passport number 556911.

Following a request of the International Association Saudi High Commission Relief FOR BiH to be allowed to open an account, a contract was made in Sarajevo on 2 August 1996 on opening and using a foreign currency account by a non-resident client between:
   1. BH Bank d.d. Sarajevo and
   2. High Saudi Committee – Regional Office for Europe,
by which the Bank, in its Main Office in Sarajevo, opens and puts into operation a foreign currency account number: 71500-6100019741 under the name of the Owner of the account.

36/96 to BH Bank d.d. Sarajevo that seeks from the Bank opening, to meet the needs of the Association, of an account for the Saudi High Commission, Sarajevo number 2.

Following this request, a contract on opening and using the foreign currency account by a non-resident client – a foreign person was made in Sarajevo on 18 September 1996 between:

1. BH Bank d.d. Sarajevo and
2. High Saudi Committee - Regional Office for Europe,

by which the Bank, in its Main Office in Sarajevo, opens and puts into operation a foreign currency account number: 71500-6100020037 under the name of the Owner of the account.

On 17 February 1999 in Sarajevo, a contract number 05-0-1474/99 was made on usage of a foreign currency account of a non-resident client – a foreign person between:

1. Bussines Bank Sarajevo d.d. Sarajevo and
2. High Saudi Committee – Regional Office for Europe,

by which the Bank, in its Main Office in Sarajevo, opens and puts into operation a foreign currency account number: 5030251-0000009 under the name of the Owner of the account.

According to this Contract, the authorized persons for the account number: 5030251-0000009 are:

1. Nasser A.O. Saeed, Director General of the Saudi High Committee for Europe Regional Office, and
2. AbdulWahab A.N. Al Shaibi, Deputy Director General, ibid.

According to the Law on Modifications and Amendments of the Law on Domestic Payment Transactions ("The Official Gazette of the Federation of BiH", number: 40/99),

1. Commerce Bank ("Privredna banka") Sarajevo d.d. Sarajevo and
2. High Saudi Committee – Regional Office for Europe,

Made, on 16 January 2001, a contract number: 297/001 on performance of all actions related to the Domestic Payment Transactions, by which the Bank, on the basis of the documentation submitted to it by the Client, opened a Client account number: 1011010000295498, for the purposes of the domestic payment transactions.

The Contract concerned regulates mutual rights and obligations between the Client and the Bank in performing the domestic payment transactions in Bosnia and Herzegovina.

In addition to the enlisted contracts, the Humanitarian Organization Saudi High Commission for BiH made on 1 June 2001 the following contracts with the Reiffeisen Bank d.d. Bosnia and Herzegovina:

a) Contract number: 607/dev/01 on opening of a non-resident account between: Reiffeisen bank d.d. Sarajevo (Bank) and Saudi High Commission 1 (Client) by which the Bank opens for the Client an account number: 502025000-03000607 for transactions in DM, an account number: 502021000-03000607 for transactions in KM, and an account number: 502026000-03000607 which would register all related transactions in the country and abroad,

b) Contract number: 608/dev/01 on opening of a non-resident account between: Raiffeisen Bank d.d. Sarajevo (Bank) and Saudi High Commission 2 (Client), by which the Bank opens for the Client an account number: 502025000-03000608 for transactions in DM, an account number : 502021000-03000608 for transactions in KM, and an account number: 502026000-03000608 which would register all relatiedl transactions in the country and abroad and

c) Contract number: 609/dev/01 on opening of a non-resident account between: Raiffeisen Bank d.d. Sarajevo (Bank) and Saudi High Commission 3 (Client), by which the Bank opens for the Client an account number: 502025000-03000609 for transactions in DM, an account number: 502021000-03000609 for transactions in KM, and an account number: 502026000-03000609 which would register all relational transactions in the country and abroad.

These contracts also regulate other mutual rights and obligations between the Bank and the Client.

On 30 August 2001 the Humanitarian Organization Saudi High Commission for BiH submitted a request to Volksbank BH d.d. Sarajevo to open its non-resident account with the Bank.

On the same day a contract number: 0808/01 was reached in Sarajevo between:
1. Volksbank BH d.d. Sarajevo, Fra Anđela Zvizdovića 1 Street and
2. Saudi High Commission Relief for BiH,

by which the Bank, in its Main Office in Sarajevo, opens and puts into operation a foreign currency account number: 503022/5/6015116 under the name of the Owner of the account. This Contract also regulates other mutual rights and obligations between the Bank and the Client.

II INSPECTION OF THE AVAILABLE DOCUMENTATION ON FUNDS, TRANSFERRED TO THE ACCOUNTS OF THE HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION RELIEF FOR BIH, OPENED WITH COMMERCE BANK (PRIVREDNA BANKA) DD SARAJEVO, B-H BANK SARAJEVO AND OF THE AVAILABLE DOCUMENTATION ON EXPENDITURE IN THE PERIOD FROM 1998 TO 2001 INCLUSIVE

In the procedure of the inspection of the available documentation on financial operation, as well as of fund raising and expenditure of the Humanitarian Organization Saudi High Commission Relief for BiH from the Kingdom of Saudi Arabia, based in Sarajevo, Samira Fraste bb Street, for the period from 1998 to 2001 inclusive, it has been established that this organization is not in a possession of structured bussines books demanded under the Law on Accountancy ("The Official Gazette of FBiH", number: 5/95 and 12/98), and in connection with the Code of Accountancy Principles and Standards ("Official Gazette of FBIH", number: 5/95, 50/98 and 52/98), the required business books being as follows:
- the main book, diary and
- analytical records, treasury and other support books,

as well as that it had not been making the annual, or semi-annual accounting records, or financial reports (Balance of accounts and Balance of Achievements) for the period concerned.

In addition to this, in the procedure of inspection and investigation it was found that the Humanitarian Organization Saudi High Commission Relief for BiH from the Kingdom of Saudi Arabia, based in Sarajevo, had not been performing harmonization of accounting of funds and obligations to sources of funds with the actual status is being determined by drawing up an inventory, following the regulations of article 23 of the Law on Accountancy ("The Official Gazzette of FBiH", number: 2/95 and 12/98).

Having in mind the above said, and in accordance with article 7, Clause 1, paragraph 15, article 9, clause 1, paragraph 5 and article 25, clause 2 of the Law on Financial Police ("The Official Gazette of FBIH", number: 2/95) and articles 218 to 220 of the Law on Administrative Procedure ("The Official Gazette of FBiH" number: 2798 and 48/99), on 23 May 2002, a Decision number: FP – 415-414-Z-06/02 was issued to the Humanitarian Organization, which orders the Humanitarian Organization to, within 15 days from the Decision is presented to it, provides the following:
1. To make, on the basis of its accounting documents, chronological and systematic records of business events and changes for the period from 1 January 1998 to be concluded with 31 December 2001, in accordance with the account plan determined by the Accounting Standards ("The Official Gazette of FBiH", number: 5/95, 50/98 and 52/98), and in connection with the regulations of article 7 of the Law on Accountancy ("The Official Gazette of FBiH", number: 2/95 and 12/98),
2. To provide inventory – descriptive lists of funds and obligations related to the sources of funds on 31 December 1998, 31 December 1999, 31 December 2000 and 31 December 2001, in accordance with the regulations of article 23 of the Law on Accountancy ("The Official Gazette of FBiH", number: 2/95 and 12/98),
3. To make, on the basis of chronological and systematic evidence of the initiated business events and changes for the period from 1 January 1999, to be concluded

with 31 December 2001 from Clause One of this Decision, as well as on the basis of the inventory-descriptive lists from Clause 2 of this Decision, the accounting records, or financial reports in the form of synthetic and financial-value related reports about the situation and achievements in the business operation of the Humanitarian Organization (Balance of Accounts and Balance of Achievements), for the fiscal years: 1998, 1999, 2000 and 2001 inclusive, according to article 15 of the Law on Accountancy, and

4. To, upon the completion of the tasks requested by this Decision, submit the requested documentation and evidence to the Financial Police of the Federation of Bosnia and Herzegovina at Marsala Tita 62/III Street, Sarajevo.

The Humanitarian Organization "Saudi High Commission Relief for BiH" from the Kingdom of Saudi Arabia, based in Sarajevo, submitted through its official representative, an Request to the Financial Police on 25 May, asking for a four-month extension of the deadline in order to perform the requested tasks. This extension was needed by the Saudi High Commission Relief FOR BiH to procure the relevant financial documentation from the Kingdom of Saudi Arabia.

In connection to this Request  of the Humanitarian Organization "Saudi High Commission Relief for BiH" from the Kingdom of Saudi Arabia, based in Sarajevo, made with reference to the Decision number: FP-415-414-Z-06/02 of the Financial Police, the Chief Inspector of the Financial Police of FBiH made, on 28 May 2002, an Act number: 011-556/02-1, by which the deadline given in the Decision to the Humanitarian Organization is extended for 15 additional days, i.e. he set a new deadline to be respected for completion of the requested tasks to be 1 July 2002.

The Humanitarian Organization "Saudi High Commission Relief for BiH", from the Kingdom of Saudi Arabia, based in Sarajevo, submitted a request to the Financial Police of the Federation of BiH, on 30 June 2002, asking again for the extension of the deadline requested by the Decision concerned, to be set to 31 July 2002.

Taking the wide scope of the tasks requested into account, i.e. the remarks from the request stating that the documentation needed for fulfillment of the these tasks is located in Saudi Arabia, and in accordance with the article 5 of the Law on Financial Police ("The Official Gazette of FBiH", number: 2/95) and articles 218 to 220 of the Law on Administrative Procedure ("The Official Gazette of FBiH", number: 2798 and 48/99), the Chief Inspector of the Financial Police of FBiH made a Decision number: 011-556/02-3, on 1 July 2002, by which the deadline from the previous Decision is extended until 31 July 2002.

Following the completion of the requests of the Decision, the inspection and investigation started on fund raising and expenditures at this humanitarian organization for the period from 1998 to 2001 inclusive. In connection with the inspection and investigation, the following findings have been made:

## 1998

Upon examination of the available documentation and evidence as well as of the Gross Balance for 1998 and the analytical cards of the account:

- 10300009 – Foreign currency account – GBP (opened with BH Bank, dd, Sarajevo),
- 10300000 – Transitional account dd Sarajevo,
- 10328000 – Foreign currency account – DM (opened with BH Bank, dd, Sarajevo),
- 1038400 – Foreign currency account – USA (opened with BH Bank, dd, Sarajevo) and
- 10200000 – Treasury,

it was found that through these accounts the overall transactions amounted to 25,747.884,77 DM (the overall amount paid to these accounts – (Debit side), or 25,266.503.02 DM (overall amount taken from the said accounts – Credit side) and that, through the treasury of the humanitarian organization, the overall transactions amounted to 9, 247.752, 13 DM (the overall amount paid to the treasury of the organization – Debit side) or 9, 213.598,13 DM (the overall amount taken from the treasury of the humanitarian organization – Credit side).

. The funds had been paid to the accounts opened with the enlisted banks from the Main Office of the Saudi High Commission Relief from Saudi Arabia, and these funds, according to the available documentation and evidence, had been spent for following purposes:

- construction of Bihac Academy, Cultural Centre in Mostar and construction and improvement of mosques in the territory of BiH,
- purchasing of medical equipment and medicines for medical institutions and ambulances,
- salary payment for employees of the humanitarian organization,
- financial support to the children without parents in Tuzla, Zenica and Cazin,
- purchasing of products for humanitarian aid,
- organizing and financing of iftars (i.e. evening meals during the Ramadan fast),
- support to residents and donations of surgery materials,
- printing of children's magazines,
- purchasing of equipment – computers,
- donations to medical institutions,
- scholarships for the students in Jordan,
- purchasing of carpets for mosques,
- reimbursement of rents, material costs and other minor costs within the regular activities of the humanitarian organization.

Upon examination of the available documentation and evidence it was established that the funds were taken in cash to the safe of the humanitarian organization and that these funds had been spent for the following purposes:

- payment in cash to companies employed for drawing up plans, constructing and supervising the construction of mosques, the Academy in Bihac and the Cultural Centre in Mostar as well as for refurbishment of houses and mosques,
- salaries, material costs, rents, PTT services, utilities,
- storage fees,
- travel costs,
- donations to the Islamic Community of B&H, health institutions and hospitals and to the residents of B&H,
- support to orphan children,
- costs of Kurban, Iftar, Bayram and Hajj,
- support to refugees, and other small expenditure.

The Review of the non-cash and cash expenditures with description of each item is given separately in the following tables:

- REVIEW OF TRANSACTIONS (INFLOW AND OUTFLOW) OF FUNDS AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION; SAUDI ARABIA; BASED IN SARAJEVO THROUGH THE ACCOUNT (BY BANKS AND PORTIONS OF ACCOUNTS) FOR 1998 AND
- REVIEW OF TREASURY TRANSACTIONS (CASH PAYMENTS IN AND OUT) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO FOR 1998.

1999

Upon examination of the available documentation and evidence as well as of the Gross Balance for 1999 and analytical cards of the account:

- 10310000 – transitional account,
- 10328009 – Foreign currency account – DM (opened with PBS Bank, dd, Sarajevo),
- 10328900 – Foreign currency account – DM (opened with BH Bank, dd, Sarajevo),
- 10328901 – Foreign currency account – DM (opened with BH Bank, dd, Sarajevo),
- 10338009 – Foreign currency account – ITL, (opened with PBS Bank, dd, Sarajevo),
- 10384009 – Foreign currency account – USD (opened with PBS Bank, dd, Sarajevo),
- 10384900 – Foreign currency account – USD (opened with BH Bank, dd, Sarajevo)

- 10397809 – foreign currency account – EUR (opened with PBS Bank, dd, Sarajevo) and
- 10200000- Treasury,

it was found that through these accounts the overall transactions amounted to 19,716.476,45 DM (the overall amount transferred to these accounts – Debit side) or 19,317.532,15 DM (the overall amount taken from these accounts – Credit side) and the Treasury of the humanitarian organization transactions amounted to 5,159.243,00 DM (the overall amount transferred to the Treasury of the humanitarian organization – Debit side) or 4,769.923,99 DM (the overall amount taken from the Treasury of the humanitarian organization – Credit side).

The funds had been paid to the accounts at the enlisted banks from the Main Office of the Saudi High Commission from Saudi Arabia, and these funds had been used, according to the available documentation, for the following purposes:

- payment in cash to companies employed for drawing up plans, constructing and overseeing of constructing of mosques as well as improvement of mosques and houses,
- reimbursement for rent and storage,
- donations to residents and medical treatments,
- printing of educational books for children and literature for family library,
- donations to health institutions,
- purchasing medical equipment and medicines,
- purchasing equipment for drivers' park,
- preparations of iftars,
- donations for medical treatment of residents and
- payment of petty cash invoices.

Upon examination of the available documentation and evidence it was found that the funds taken in cash from the accounts in the Treasury of the humanitarian organization had been spent for the following:

- payments in cash to companies for services of drawing up plans, constructing and supervising the constructing of mosques, cultural centres in Mostar, Bihac and Sarajevo, as well as for refurbishment of mosques and houses,
- salaries, material costs, rents, PTT services, utilities,
- storage costs,
- travel costs,
- donations to health institutions, hospitals and residents,
- scholarships for the students in Jordan,
- donations and support to children without parents,
- reimbursement of costs for Kurban, Iftars, Bayram and Hajj,
- reimbursement of costs of printing and children's education,
- support to refugees, and other minor expenditure and grants.

The Review of the non-cash and cash expenditures with description of each item is given separately in the following tables:

- REVIEW OF FINANCIAL TRANSACTIONS (INFLOW AND OUTFLOW) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION; SAUDI ARABIA, BASED IN SARAJEVO THROUGH ACCOUNT (BY BANKS AND PORTIONS OF ACCOUNTS) FOR 1999 AND
- REVIEW OF TREASURY TRANSACTIONS (CASH PAYMENTS IN AND OUT) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO FOR 1999

Upon examination of the available documentation and evidence as well as of the Gross Balance for 2000 and analytical cards of the account:
- 10310000 – Transitional account,
- 10328900 – Foreign currency account – DM (opened with PBS Bank, dd, Sarajevo,
- 10328902 – Foreign currency account for children without parents – DM (opened with BH Bank, dd, Sarajevo),
- 10384900 – Foreign currency account – USD, (opened with PBS Bank, dd, Sarajevo,
- 10384902 – Foreign currency account for children without parents – USD, (opened with BH Bank, dd, Sarajevo),
- 10397890 – Foreign currency account – EUR, (opened with PBS Bank, dd, Sarajevo,
- 10200000 – Foreign currency treasury and
- 10210000 – treasury for children without parents,

it was found that through these accounts the overall transactions amounted to 46,666.441,04 DM (the overall amount transferred to these accounts – Debit side) or 45,702.399,82 DM (the overall amount taken from these accounts – Credit side) and at the Treasury of the humanitarian organization (Foreign currency and the one for children without parents) – the overall transactions amounted to 7,457.359,32 DM (the overall amount transferred to the treasuries of the humanitarian organization – Debit side, out of which 5,837.350,37 DM was paid to the Foreign Currency Treasury and 1,620.008,95 DM to the Treasury for Children Without Parents) or 7,202.066,22 DM (the overall amount taken from the treasuries of the humanitarian organization – Credit side, out of which 5,584.456,86 DM was disbursed through the Foreign Currency Treasury and 1,620.008,95 through the Treasury for Children without Parents).

The funds had been paid to the accounts at the enlisted banks by the Main Office of the Saudi High Commission from Saudi Arabia, and these funds had been used, according to the available documentation and evidence, for the following purposes:
- construction of the Cultural Centre in Sarajevo, the Academy in Bihac, and the construction and refurbishment of mosques and houses in the territory of BiH,
- reimbursement of hotel costs on the occasion of opening of the Cultural Centre "King Fahd" in Sarajevo,
- purchase of medicines for outpatient medical facilities,
- grants to residents for their medical treatment,
- printing of books for family library
- reconstruction of apartments and offices,
- purchase of equipment and furniture for the Cultural Centre "King Fahd",
- organizational costs of the opening ceremony of the "King Fahd" Cultural Centre,
- grants to schools,
- support to children without parents paid through special installments - account for children without parents in the Bank
- reimbursement for rent, material costs and other small expenditure within the regular activities of the humanitarian organization,

Upon examination of the available documentation and evidence it was found that the funds taken in cash from the accounts in the Treasury of the humanitarian organization had been spent for the following purpose:
- cash payments to companies employed to supervise the construction of mosques, refurbishment of mosques and houses in the territory of BiH,
- salaries, material costs, rents, PTT services, utilities,
- storage fees,
- travel costs, advertising and representation,
- grants to the Islamic Community, health institutions, hospitals and residents,
- reimbursement related to kurbans, iftars, and Ramadan,

- costs of education and printing of books,
- payment for voluntary warehouse work, and other minor expenditure.

Cash payments for children without parents had been done through the Treasury for Children without Parents.

The Review of the non-cash and cash expenditures with description of each item is given separately in the following tables:

- REVIEW OF FINANCIAL TRANSACTIONS (INFLOW AND OUTFLOW) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO THROUGH ACCOUNT (BY BANKS AND PORTIONS OF ACCOUNTS) FOR 2000 AND
- REVIEW OF TREASURY TRANSACTIONS (CASH PAYMENTS IN AND OUT) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO FOR 2000.

## 2001

Upon examination of the available documentation and evidence as well as of the Gross Balance for 2001 and analytical cards of the account:

- 10310000 – Transitional account,
- 10328001 – Foreign currency account – DM (opened with Raifaisen Bank, Sarajevo),
- 10328002 – Foreign currency account – DM (opened with Volksbank, Sarajevo),
- 10328003 – Foreign currency account – DM (opened with Volksbank, Sarajevo),
- 10328004 – Foreign currency account – DM (opened with Volksbank, dd, Sarajevo),
- 10328900 – Foreign currency account – DM
- 10328901 – Foreign currency account for children without parents – DM (opened with BH Bank, dd, Sarajevo),
- 10328902 – Foreign currency account – Children without parents, (opened with PBS Bank, dd, Sarajevo),
- 10384001 – Foreign currency account – USD, (opened with Raifaissen bank, dd, Sarajevo),
- 10384002 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),
- 10384003 – Foreign currency account – USD, (opened with Volksbank, dd, Sarajevo),
- 10384004 – Foreign currency account – USD, (opened with Volksbank, dd, Sarajevo),
- 10384900 – Foreign currency account – USD, (opened with Volksbank, dd, Sarajevo),
- 10384901 – Foreign currency account – USD, (opened with Volksbank, dd, Sarajevo),
- 10384902 – Foreign currency account – USD, Children without parents (opened with Volksbank, dd, Sarajevo),
- 10397801 – Foreign currency account – EUR, (opened with Raifaissen bank, dd, Sarajevo),
- 10397802 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),
- 10397803 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),
- 10397804 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),
- 10397890 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),
- 10397901 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarajevo),

- 10397902 – Foreign currency account – EUR, (opened with Volksbank, dd, Sarjevo),

it was found that through these accounts the overall transactions amounted to 17,683.258,88 DM (the overall amount transferred to these accounts – Debit side) or 17,039.293,86 DM (the overall amount taken from these accounts – Credit side) and through the Treasury of the humanitarian organization (Foreign currency and the one for children without parents) the overall transactions amounted to 3,725.169,61 DM (the overall amount paid to the treasuries of the humanitarian organization – Debit side, out of which 1,988.620,98 DM had been paid to SHC treasury,198.549,65 DM to Centre treasury and 1,537.998,98 DM to Treasury for children without parents) or 3,096.816,86 DM (the overall amount taken from the treasuries of the humanitarian organization – Credit side, out of which 1,382.538,37 DM had been disbursed through the SHC treasury, 196.306,02 DM through the Centre treasury and 1,517.972,41 DM through the treasury for children without parents).

The funds had been paid to the accounts at the enlisted banks by the Main Office of the Saudi High Commission from Saudi Arabia, and these funds had been used, according to the available documentation and evidence, for the in following purposes:

- constructing and equipping of the Cultural Centre in Bugojno, refurbishment of the mosques in Visoko, Gracanica, Bihac, Kiseljak, Bugojno, Ilidza, Gorazde and Mostar,
- central heating system installation in schools in Travnik and Bugojno,
- car renting for the opening of the Centre in Bugojno,
- purchase of medical equipment and materials,
- printing of family library,
- cash payments to children without parents in Bihac,
- storage fees,
- purchase of computer equipment,
- purchase of vehicles and a cleaning machines for the Cultural Centre "King Fahd" in Sarajevo,
- purchase of heating oil, and other material costs.

Upon examination of the available documentation and evidence it was found that the funds taken in cash from the accounts at the Treasury of the humanitarian organization had been spent for the following:

- salaries, material costs, rentals, PTT services, utilities,
- storage,
- equipping the Centre for chemo dialysis,
- equipping the Cultural centre with electrical materials,
- payment of kurbans,
- one-off aid to residents according to the available lists,
- printing of books,
- equipping of the Academy in Bihac according to the petty cash invoices,
- renting the house for quests,
- presents and money transfers for children without parents in Bugojno,

Cash payments for children without parents had been paid through treasury for children without parents.

The Review of the non-cash and cash expenditures with description of each item is given separately in the following tables:

- REVIEW OF FINANCIAL TRANSACTIONS (INFLOW AND OUTFLOW) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO THROUGH ACCOUNT (BY BANKS AND PORTIONS OF ACCOUNTS) FOR 2001 AND
- REVIEW OF TREASURY TRANSACTIONS (CASH PAYMENTS IN AND OUT) AT THE FOREIGN HUMANITARIAN ORGANIZATION SAUDI HIGH COMMISSION, SAUDI ARABIA, BASED IN SARAJEVO FOR 2001 .

During the inspection of the allocations of cash expenditure it was found that the foreign humanitarian organization, for the purposes of project investment, project design services, construction and supervision (construction and refurbishment of mosques, cultural centres, houses, academies and other buildings), was paying in cash the suppliers of these services through its treasury and in the overall amounts annually, as it is listed in the following table of suppliers:

Number        COMPANY TITLE      DISBURSED
(see the original list at pages 15 and 16 of the original Minutes in Bosnian)


Legal advice: These minutes can be objected with the Chief Inspector of the Financial Police of FBiH, within maximum 7 days from the day the minutes are received by the addressee, through the Financial Police of FBiH, Marsala Tita 62/II Street.
In accordance with article 7, clause 1, paragraph 3 of the Law on Federal Administrative Taxes and Rates of the Federal Administrative Taxes ("The Official Gazette of FBiH", number: 6/98 and 8/2000), you are free from paying the Federal Administrative taxes.

The Control was completed on 13 November 2002 at 15:30 p.m..


                              Inspectors:

                              Halilovic Fahir (signed)
                              Hasic Hasan (signed)

# EXHIBIT 4

عناية الاخ
صلاح عبد القادر



UNHCR
United Nations High Commissioner for Refugees

OPERATIONAL ASSESSMENT STAFF

ID Card No. OAS 44638

Name: Hussain Q. JIRRY

Title: Civil Engineer

Signed: S H C

Limited Validity
09 OCT 92

Until
31 DEC 92

# EXHIBIT 5

# UNITED NATIONS          NATIONS UNIES

United Nations Mission in Bosnia and Herzegovina
Mission des Nations Unies en Bosnie-Herzegovine
Sarajevo

## MILITARY LIAISON CELL

## FACSIMILE

| TO: | SAUDI HIGH COMM RELIEF | DATE: 6 AUG 96 |
|---|---|---|
| FAX No: | 444 075 | No of pages incl this: |
| FROM: | SMLO/UNMIBH HQ/Sarajevo | |
| SUBJECT: | RESERVATION FOR MR. HUSSAIN ON UNFLIGHT | |
| REFERENCE(S): | YOR MESSAGE 6 AUG 96 | |

## TEXT

1. UNFORTUNATELY THERE IS ONLY ONE UNFLIGHT BETWEEN SARAJEVO AND ZAGREB ON THURSDAYS.

2. THE THURSDAYS FLIGHT DEPARTS SARAJEVO FOR ZAGREB 1700 HRS.

3. PLS CONFIRM IF MR. HUSSAIN YIFFIY IS INTERESTING TO TRAVEL BY THE UNFLIGHT MENTIONED IN PARAGRAPH 2 ABOVE.

4. POINT OF CONTACT:
   MAJ GAARDER (UNMIBH HQ) EXT 6085.

5. REGARDS

# EXHIBIT 6



**CROATIA OSIGURANJE d.d. ZAGREB**
Zagreb, Savska c. 41
Filijala ZAGREB
41000 ZAGREB
Trg bana J. Jelačića 13, tel. 460-111

MPJ
Zastupstvo 0101
Pribavljač 2709970363706
Ranija pol.

## POLICA OSIGURANJA OD AUTOMOBILSKE ODGOVORNOSTI

Dat.uplate          br. 014606549262          01 46 0654926 2
10.03.1995.

UGOVARATELJ/OSIGURANIK                    Matični broj
SAUDI HIGH COMMISION MISIJA U R.HRVATSKOJ
Adresa
SESVETSKI KRALJEVAC, KOBILJAČKA 102

**OSIGURANO VOZILO:**                    Vrst i namjena
                                         INOZEMNA REGISTRACIJA

# UNHCR 1548                             Grupa prem.   0815

Marka         TOYOTA
Broj šasije   HZT800020102               Teh. kar.
Osigurana svota po štetnom događaju      za stvari  4.800.000, za osobe  8.000.000 kn
**Početak osiguranja** 10.03.1995. u 11 sati    istek 09.03.1996. u 11 sati
Premija dospijeva na naplatu svake godine

**OBRAČUNATA PREMIJA:**
I. Premija AO premijski stupanj         bonus malus
   PREMIJA ZA OSIGURANJE OD AO (A) DO (365 DANA)                    2.984,09 KN
   1. Doplaci

   2. Popusti
II. Osiguranje djelomičnog auto-kaska prema Pravilima za
    osiguranje automobilskog kaska AK-91 st.1.čl.17.
    kombinacija
III. Osiguranje vozača i  6  putnika od posljedica nesretnog slučaja
     uz osiguranu svotu po osobi za slučaj smrti      200.000,00 kn
     trajni invaliditet     400.000,00 kn                774,00 kn
                                    UKUPNA PREMIJA     3.758,09 kn
                                    POREZ
                                    UKUPNO ZA NAPLATU   3.758,09 kn

Premija obračunata do        09.03.1996.
Datum i mjesto izdavanja police  10.03.1995., ZAGREB
Uvjeti osiguranja su sastavni dio ugovora i uručeni su ugovaratelju!
               OSIGURATELJ,                    UGOVARATELJ,

TIP -A.G.M.- d.d. Samobor

# EXHIBIT 7

# TERMS OF AGREEMENT

AGENCY: _SAUDI HIGH COMMISION_                    UNHCR _1548_

The undersigned, as authorized representative of the aforesaid agency, certifies the following in regards to utilization of said vehicle, registered by UNHCR:

- that the aforesaid agency is operating within the Republics of the Former Yugoslavia in the sole pursuit of humanitarian assistance goals/ objectives. Said vehicle will be utilized only within the territory of the Former Yugoslavia and only for such goals/objectives. Under no circumstances will said vehicle be driven with UNHCR license plates beyond the Former Yugoslavia;

- that said vehicle will not be utilized for commercial purposes or personal gain, nor will it be utilized/loaned to third parties;

- that the aforesaid agency will safeguard UNHCR license plates issued for said vehicle, that the license plates will not be transferred or loaned for use on another vehicle(s), and that said vehicle will not be registered/licensed by any other agency, government, or legal body;

- that occupants of said vehicle will only be those contracted/authorized staff or representatives of the aforesaid agency; under no circumstances will uniformed members of the warring factions, either armed or unarmed, be transported in said vehicle;

- that occupants of said vehicle will at all times conduct themselves in a manner commensurate with the personnel staff policies of the aforesaid agency and so as not to prejudice the name of UNHCR nor the larger humanitarian assistance community;

- that occupants of said vehicle will at all times comply with local laws and regulations of the road, customs, immigration, etc, and not consider and/or claim themselves exempt from such;

- that said vehicle has valid third party liability insurance for operating within Former Yugoslavia for the period indicated on the reverse side of this registration card, and that UNHCR will not be liable to indemnify any third party in respect of any claim, debt, damage, or demand resulting from the operations of said vehicle;

- that said vehicle will not be represented as UNHCR property, nor will it have stickers, decals, or any other markings depicting UNHCR or its logo; aforesaid agency staff/representatives will similiarly not represent themselves as UNHCR staff or representatives thereof;

- that said vehicle will at all times have a valid UNHCR Vehicle Registration Card (VRC) and that occupants of said vehicle will be able to present the VRC for inspection to any UNHCR/UNPF staff or other legitimate authorities (e.g. police, border officials, etc) upon request; if the VRC is not renewed then both license plates must be returned to UNHCR; license plates will otherwise be subject to confiscation;

Signature: _____        Name: _FAHAD Sh AL HARBi_

Title: _INSPEKTOR TRANSPORT_        Agency: _SAUDI HIGH COMMISION_

Date: _23. 12. 1996_

# EXHIBIT 8

| Home | Site map | Contact us | About this website |

# Donors/Partners

You are in: **Donors/Partners**

Today's date: Monday, 15 March 2004

### Donor Information

# Government of Saudi Arabia

### 2002 Donor Profile

US$ 750,550, of which US$ 100,000 unrestricted (13%), US$ 650,550 earmarked at the sectoral level (87%).

### Annual Programme Budget

**Earmarked at the Sectoral Level:** Saudi Arabia: 150,550 (Admin. Costs of UNHCR Riyadh Office)

### Supplementary Programme Budget

**Earmarked at the Sectoral Level:** Afghanistan: 500,000 (Purchasing/Transporting Building Materials for 500 Houses for Afghan Returnees)

*Source:* 2002 UNHCR Global Report

### Donor History (in US$)

| | |
|---|---|
| 1990 | 3,570,000 |
| 1991 | 1,631,333 |
| 1992 | 310,000 |
| 1993 | 20,000 |
| 1994 | 0 |
| 1995 | 555,333 |
| 1996 | 10,000 |
| 1997 | 610,000 |
| 1998 | 122,227 |
| 1999 | 160,051 |
| 2000 | 206,402 |
| 2001 | 200,306 |
| 2002 | 750,550 |

Basic facts
News
Protecting refugees
Donors/Partners
Publications
Statistics
Research/Evaluation
Executive Committee
Administration
Special events
How you can help


Click here to donate

Search UNHCR Online

☐ Restrict to Donors/Partners

▸ Advanced Search Opti
▸ Search Tips
▸ Search *reliefworld*™

🖶 Print this document
✉ Email this document

Copyright 2001-2004 UNHCR. All Rights Reserved. Site design by Pentagram. Read our Privacy Policy.

# EXHIBIT 9


United Nations Educational, Scientific and Cultural Organization
Organisation des Nations Unies pour l'Éducation, la Science et la Culture

7, place de Fontenoy
75352 Paris 07 SP

telephone : (33) 01.45.68.16.52
telefax : (33) 01.45.08.55.63

Ref: DRG/OPS/98.33

9 March 1998

Dear Dr Bin Salamah,

As agreed, please find, hereafter, the information requested for the transfer of the funds contributed by Saudi Arabia on the basis of the agreement signed with the Saudi High Commission Relief for Bosnia and Herzegovina:

US dollars UNESCO Account
Purpose: Special account 505BIH01
N° 949-1-191558
Chase Manhattan Bank N.A.
Swift: CHASUS33 - ABA n° 0210 0002-1
International Money Transfer Division
4, Metrotech Center, Brooklyn,
New York, NY11245
USA

I remain at your disposal for further information.

Yours sincerely,

Rok Vogric,
Chief, Operational Unit
Directorate

Dr. Abdulaziz. S. Bin Salamah
Permanent Delegate
of Saudi Arabia to UNESCO
UNESCO House

No.589777

0000589777
55503100990409

البنك الأهلي التجاري
THE NATIONAL COMMERCIAL BANK
Head Office Address: P.O.Box 3555, Jeddah 21481, Saudi Arabia

Date          22/03/1998
Branch   ALBATAHA

Pay to the          ***UNESCO***
order of

The sum of          U.S. DOLLARS ONE MILLION ONLY.**
US Dollars

U.S. $ ***********1,000,000.

Payable at :

CHEMICAL BANK
55 Water Street
New York. N.Y. 10041, U.S.A.

SHEIKH  SALEH  BATAFA   1320/B

For THE NATIONAL COMMERCIAL

⑈"589777⑈"  ⑆:021000128⑈:  400⑈026953⑈"

١٤١٩/١/١٩

# EXHIBIT 10

UNESCO Office: address
Akademija nauka i umjetnosti
Str.Bistrik 7
71,000 SARAJEVO
BOSNIA AND
HERZEGOVINA



Téléphones:
Tel: (387.71) 670 728
      (387.71) 210.69-
      (387 71) 209.85

Fax: (387.71) 444.967

united nations educational, scientific and cultural organization
organisation des nations unies pour l'education, la science et la culture

Sarajevo, 24.02.1999.

Mr.Fahd Alzakari

Saudi High Commission
Relief for B&H

Dear Mr. Alzakari

Please find enclosed the Interim Report on utilisation of founds donated to UNESCO by the
Kingdom of Saudi Arabia.

Sincerely yours,

Dr.Colin Kaiser
UNESCO Representative in B&H

UTILISATION OF FUNDS DONATED TO UNESCO
BY THE KINGDOM OF SAUDI ARABIA

1. RECONSTRUCTION OF THE PRIMARY SCHOOL "MEHMEDALIJA MAK DIZDAR" IN SARAJEVO

US $    101200.00

## I phase

Reconstruction of the Gymnastic hall

| Tendering process | Contract signed | Works started | Works finished | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 20.July 1998 | 23.July 1998 | 30.July 1998 | 05 Oct. 1998 | 32,803.93 |

This reconstruction include following types of works with

1. Preparatory works
2. Bricklaying works
3. Concrete and reenforced concrete works
4. Hydro insolation works
5. Glazing
6. Tinsmith's works
7. Floor covering works
8. Painting works
9. Electric installations

T O T A L :    32,803.93

## II phase

Reconstruction of the heating system

| Tendering process | Contract signed | Works started | Works finished | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 15.October 1998 | 03.Nov. 1998 | 20 Dec. 1998 | 01.Feb.1999 | 47,260.78 |

| | | |
|---|---|---|
| 1. Preparation of the project for heating system | 1,500.00 DM | 882.35 |
| 2. Demontage of the old gass heaters, classing the hools and out side conection on the main pipes for heating | 2,978.00 DM | 1,750.00 |
| | T O T A L | 49,893.13 |

## III Phase

Equipping the School

| Tendering process | Contract signed | Delivery | Finalisation of the contract | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 16.Feb 1999 | 23.Feb. 1999 | 15 days | 15.March 1999 | 13,500.00 |

**IV Phase**
Installment of the radiator protections                2,640.00 DM        1,600.00 US $

Total amount which is alredy spent:
I Phase            32803.93
II Phase           49893.13
III Phase          14000.00
IV Phase           1600.00
    T O T A L      98287.06

Amount which is planned to be spent      101200.00 US $
Remaining to be spent                    2902.94 US $

2.CONSTRUCTION AND EQUIPING OF THE BRANCH SCHOOL "OKREC" IN SANSKI MOST

                                                    US $     183670.00

I Phase - Construction of the new school building      US $       169700.00

| Tendering process | Contract signed | Works start on : | Works finished | TOTAL spent |
|---|---|---|---|---|
| Finished on 10.August 1998. | 28.October | 03.November | 22 .Feb.1999 | 150,814.97 |
| | | | Remaininig | 8886.03 |

II Phase - Equipping

| Tendering process | Contract signed | Delivery | Finalisation of the contract | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 16.Jan 1999 | 18.Jan. 1999 | 30 days | 24.Feb 1999 | 11,274.00 |

III Phase - Improvement of the school grounds                7596.00

IV Other additional works              US $       5000.00

Work under the phases III and IV going to be finished at latest in two months.
(Because of the bad weather conditions in the Sanski Most)

Total amount which is alredy spent:
I Phase            150814.00
II Phase           11274.00
    T O T A L      162088.00

Amount which is planned to be spent      183570.00 US $
Remaininig to be spent                   21482.00 US $

US $      183570.00

| Tendering process | Contract going to be signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Finished on 22.feb.1999. | 01.March1999 | 07.March 19989 | 15.May 1999 | 183570.00 |

This project includes construction of the new branch school, with necessary
infrastructure, equipping of the building and improvement of the school grounds.

## 4.RECONSTRUCTION AND EQUIPING OF THE WORKSHOP OF THE SECONDARY SCHOOL CENTER IN BREZA

US $     77,864.00

| Tendering process | Contract signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Finisched on 28.July 1998 | 26.Jan.1999 | 04.Jan.1998. | 01.Feb.1999. | 77,864.00 |

This project includes reconstruction and equipping of the workshops and improvemnet
of the school grounds of the Secondary school center in Breza.

## 5.RECONSTRUCTION AND EQUIPING OF THE SECONDARY SCHOOL CENTER IN ZAVIDOVICI'

US $     64,837.00

| Tendering process | Contract going to be signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Will be finished on 03.March.1998 | 10.March.1999. | 15.March. 1999 | 15.May 1999 | 64,837.00 |

This project includes reconstruction of the Secondary school center, equipping of the
building and improvement of the school grounds.

## 6.CONSTRUCTION OF THE MINARET OF CEVAN CEHAJA MOSQUE IN MOSTAR

44,200.00 US$

| Tendering process | Contract signed | Works started on : | Works are finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
|  | 21.August 1997 | 17.Sep.1997 | 01.Feb.1998 | **38921.30 |
|  |  |  | Remaining | 5278.70 |

**Amount of the 44000.00 US $ also include the Contracts with "Stari Grad" Company
and with Institut for protection cultural and natural heritage of Mostar

7. RESTAURATION OF THE TABACICA MOSQUE IN MOSTAR

US $     192,000.00

| Tendering process | Contract signed | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| After finishing of the project** | | | | 192,000.00 |

The project documentation, being prepared in Paris, going to be finished by 01 March 1999 and we could start with tendering process.

| | | TOTAL PLANNED AMOUNT | REMAINING AFTER COMPLETION |
|---|---|---|---|
| 1 | "MEHMEDALIJA MAK DIZDAR" SARAJEVO | 101200.00 | |
| 2 | "OKREC" - SANSKI MOST | 183570.00 | |
| 3 | "HRUSTOVO" - SANSKI MOST | 183570.00 | |
| 4 | SECONDARY SCHOOL - BREZA | 77854.00 | |
| 5 | SECONDARY SCHOOL - ZAVIDOVICI | 64837.00 | |
| 6 | CEVAN CEHAJA MOSQUE MINARET - MOSTAR | 44200.00 | 5278.70 |
| 7 | TABACICA MOSQUE - MOSTAR | 192000.00 | |
| | | 847231.00 | 5278.70 |

| I | DONATION OF THE KINGDOM OF SAUDI ARABIA | 1000000.00 |
|---|---|---|
| II | AMOUNT WHICH IS PLANED TO BE SPENT | 847231.00 |
| III | REMAINING FOUND FROM THE FINISHED PROJECTS | 5278.70 |

ACCORDING TO THIS FIGURES WE COULD REACH CONCLUSION
THAT WE HAVE SAVED THE FOLLOWING AMOUNT,
WHICH WE USE ON OTHER PROJECTS THIS YEAR,
TO BE DETERMINED.

US$     158047.70

# REPORT ON IMPLEMENTATION STATUS OF THE PROJECT 505 BIH 01

Within the framework of the Saudi Arabia donation, global project 505 BiH 01, UNESCO Office Sarajevo has implemented the following projects:

1. Restoration of Cejvan Cehaja Mosque Minaret in Mostar
2. Rehabilitation of the Primary School "Mehmedalija Mak Dizdar" building in Sarajevo
3. Construction of the Branch School "Okrec" building in Sanski Most
4. Construction of the Branch School "Hrustovo" building in Sanski Most
5. Rehabilitation of the Secondary School Center "Mehmedalija Mak Dizdar" workshops premisses in Breza
6. Rehabilitation of the Secondary School Center building in Zavidovici

## 1.    Restoration of Cejvan Cehaja Mosque Minaret in Mostar

The project included restoration works on the minaret of Cejvan Cehaja Mosque which had been destroyed during the 1992-95 war in Bosnia and Herzegovina.
In the course of the project implementation, whichstarted in November 1997 the 21 meters high minaret has been completely restored.
Special type of stone, the so called "Tenelija", characteristic for the architecture of these areas and unique in the world due to its physical/mechanical traits was used for the course of construction works. Restoration of the minaret has been carried in accordance with all current work standards and employed the same old construction methods and materials (lead, iron joints and clamps) as the ones used in the time of original construction of the mosque.
With this project, UNESCO wanted to produce a model showing how exactly the other cultural-historical objects in Mostar should be restored.
Restoration works on the Cejvan Cehaja Mosque minaret were completed in February 1999.
Overall implementation cost of the project amounted to **38.921,29 US$**.

## 2.    Rehabilitation of Primary School "Mehmedalija Mak Dizadr" object in Sarajevo

The project of rehabilitation of the building of Primary School "Mehmedalija Mak Dizdar" in Sarajevo included"
- Complete reconstruction of the gymnastic hall and that included
  a) production of a new thermo-insulation of the school's flat roof
  b) replacement of the old tin parts (gutters, hems, cornices)for the new ones
  c) glazing of the entire gymnastic hall
  d) painting of walls
  e) Installment of a new PVC floor covering
  f) repair of damages caused by artillery hits
  g) production of new doors of the gymnastic hall
  h) equipping the hall with sport gear and accessories needed for physical training education
- Reconstruction of the whole heating system in the school. The project included:
  a) production of the project documentation
  b) installment of new heating items in all rooms
  c) installment of a brand new central heating pipe system as the old one was totally destroyed during the war

d) connection of the school building to the town heating system network

The project implementation started in September 1998 and finished in March 1999. Opening ceremony took place on 20th May 1999 which is the offical school day.
Overall implementation cost of the project ammounted to 98.477,11 US$.

### 3. Construction of the Branch School "Okrec" building in Sanski Most

The project included construction and equipping of the completely new school building because the old one had been destroyed in the war, and the design rearrangement of the school building environment and the playground. On the basis of number of school children gravitating towards this school and, also on the basis of a proposal made by the Sanski Most municipality, a decision was made on the construction of two-classrooms school building meeting necessary conditions.
The project implementation started in December 1998. There was a certain delay caused by extremely difficult weather conditions during the winter time and the works were finished in April 1999.
Following the completion of construction works, the object was equipped with furniture and basic teaching aids.
Due to the aforementioned weather conditions and late snowing (until the end of May), it was decided to carry out rearrangement of the school's immediate surrounding and playground in August 1999.
So far, the amount of **US$152.500** has been spent for the implementation of this project and for its completion an additional amount of **US$ 31.070** will need to be spent.

### 4. Construction of the Branch School "Hrustovo" building in Sanski Most

The project includes construction and equipping of a completely new two-classrooms school building as well as the rearrangement of the immediate school building environment and a playground. The old building was completely destroyed during the recent war. On the basis of the analyses of number of school children from the surrounding villages which gravitate towards this school and a proposal made by the Sanski Most Municipality, a decision was made on the construction of a new two-classrooms building at the same location on which the old four-classrooms one used to exist. The new school building will meet all necessary conditions and capacities for normal and efficient teaching.

The project implementation started in May 1999 and it is still underway. The building will be completed and equipped by the end of August 1999, that is, before the beginning of the new school term. Works on arrangement and improvement of the playground as well as putting on a new fence around it, will be finished in August 1999.
So far, the amount of **US$ 81.975** has been spent for the implementation of this project whereas the complete implementation will require the additional sum of **US$ 101.594**.

## 5. Rehabilitation of the Secondary School Center "Mehmedalija Mak Dizdar" workshops premises in Breza

The project included the reconstruction and equipping of the workshops of the Secondary School Center "Mehmedalija Mak Dizdar" in Breza. The workshop space consists of two classrooms and six workshop premises for electrical and mechanical vocational education.

For the purpose of bringing back into function the damaged building and for creating normal teaching conditions, the following works have been carried out:

a) complete replacement of the roof covering and partial reconstruction of the roof construction

b) all tin parts were replaced (horizontal and vertical gutters, hems, etc)

c) repair of all windows and doors on the object

d) production and installment of a new ceiling construction

e) construction of new toilet room

f) painting of the walls

g) installment of the new floor covering in the two classrooms

h) repair of a new lightning rod installation

i) installment of new lighting items

j) repair and painting of the façade

The project also includes equipping of the school center workshops and consequently, UNESCO carried out purchase of the necessary equipment according to a request made by the school authorities. Equipping the school with the necessary tools is a very important element for carrying out a normal and efficient teaching process.

In terms of construction, it was completed on 5 July 1999, the equipment delivered by 20 July 1999 at the latest and the opening ceremony took place on 21 July 1999.

The total cost of the project was **US$ 55.152**.

## 6. Rehabilitation of the Secondary School Center in Zavidovici

The project includes the reconstruction of the Secondary School Center building in Zavidovici which was damaged during the recent war in BiH. In 1993, the annex building was severely damaged by artillery hits and its roof construction was destroyed as well as the three classrooms on the annex building's first floor. The main school building also suffered a substantial damage during the period 1992-1995.

Project implementation started in May 1999. For the purpose of bringing the building back to its original function and primary conditions, it was necessary to carry out the following works:

a) replacement of the entire roof construction and roof covering on the annex building

b) installment of a new ceiling construction

c) replacement of all horizontal and vertical gutters

d) new façade on the main building and the annex building

e) new floor covering in all three classrooms of the annex building

f) repair of the main building roof construction and replacement of the entire roof covering

g) construction of a new drainage system

In terms of construction, the building was completed on 3 July 1999, the equipment delivered by 19th July at the latest and the opening ceremony may be held by the 21 July 1999.

## 7. Restoration of Tabacica Mosque in Mostar

, The project includes the complete restoration of the mosque object including the restoration of minaret, interior and exterior gallery, interior of the mosque building together with mimbar, mihrab and wall paintings. The project will also include restoration of a little shop in front of the mosque as well as the little building located behind it.

This mosque restoration is an extremely important project and it has an enormous historical value (the mosque dates back to 16th century and it is situated in the immediate vicinity of the Old Bridge).

Project implementation started on 10th June 1999 and the planed deadline is 4 months, that is, the end of October 1999.

So far, for production of the project documentation and physical restoration works on the object, the amount of **US$ 59.000** has been spent out of the total earmarked amount of **US$ 192.000.**

## PLANS FOR THE NEXT SIX MONTHS

In the course of the next six months period and together with the finalization of the ongoing projects, UNESCO plans to work on implementation of the following projects:

**1. Restoration of Magribija Mosque minaret in Sarajevo**
**2. Rehabilitation of one primary school building**

## 1. Restoration of Magribija Mosque minaret in Sarajevo

The Magribija Mosque in Sarajevo is one of the most valuable cultural-historical monuments in Sarajevo. It was built in 16th century and during the 1992-1995 war in Bosnia and Herzegovina, its minaret was destroyed.

For the complete restoration of the minaret it would be necessary to ensure the amount of 43.000 US$. Out of that sum, 14.500 have already been ensured by ISESCO and the financial resources under the project 505 BiH 01 would cover the rest.

The implementation would be started in September 1999 and should be completed by the end of January 2000.

The additional resources necessary for the project implementation are 28.500 US$.

## 2. Rehabilitation of the Gazi Hesrefbeg library in Sarajevo

The Gazi Husrefbeg library in Sarajevo presenting one of the most important libraries in B&H and this part of the Europe. The collection of the 10.000 manuscripts, with the oldest one from 12th century, is not properly stored and preserved.

Because of that UNESCO and High Saudi Committee like to revert one part of the space in the treasure in order to have proper storage and protection of this collection.

After preparation of the surface should document preservation manuscripts which are damaged because of humidity and bad conditions of the space.
The total cost for reconstruction of the surface will be app. 60.000 US $.

O

**Status of the ongoing projects**

15.07.1999.

| Name of the project | Total cost | Total paid |
|---|---|---|
| Restoration of the C.Cehaja Mosque Minaret | 38921.29 | 38921.29 |
| Rehabilitation of the primary school "Mehmedalija Mak Dizdar" in Sarajevo | 98477.11 | 98477.11 |
| Construction of the branch school "Okrec " in Sanski Most | 183570.00 | 152500.00 |
| Construction of the branch school "Hrustovo " in Sanski Most | 183570.00 | 81975.63 |
| Rehabilitation of the workshops of the secondary school center "M.M.Dizdar" in Breza | 57152.00 | 57152.00 |
| Rehabilitation of the secondary school center in Zavidovici | 58200.00 | 58200.00 |
| Restoration of the Tabacica Mosque in Mostar | 192000.00 | 59000.00 |
| T O T A L  1. | 811890.40 | 546226.03 |

Remaining amount for other projects

**Projects planned for next six months**

| Name of the project | Amount needed for completion |
|---|---|
| Restoration of the Magribija Mosque Minaret | 23000.00 |
| Reconstruction of the GAZIHUSREF BEG Library | 60000.00 |
| T O T A L 2. | 83000.00 US$ |

| | | |
|---|---|---|
| TOTAL 1 | 811890.40 | US$ |
| TOTAL 2 | 83000.00 | US$ |
| FUNDS FOR PRINTING OF ONE PUBLICATION | 3000.00 | US$ |
| GRAND TOTAL | 894890.40 | US$ |

# EXHIBIT 11



SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO

الهيئة السعودية العليا
لمساعدة البوسنة والهرسك
المكتب الإقليمي / سراييفو

Ref. No. **845-55** _____      الرقم _____

Date **26-06-1997** _____      التاريخ _____

# Proces-verbal of agreement

In the framework  of the memorandum of co-operation signed in Riyadh on the   10th  of  July 1996 by his Royal Highness Prince Salman  Bin  Abdulaziz Al Saud, Governor of Riyadh region and President of the Saudi High Commission of Relief for Bosnia & Herzeg and by  his  excellency Federico Mayor, Director General of the   Uneited   Nations   Educational,   Scientific   and   Cultural Organization  ( UNESCO  ) an official meeting was held in the office of the Saudi High Commission of Relief for Bosnia  & Herzeg in Sarajevo on the 19th at 17.00, and 20th of June 1997. at 15.00 .

The following personalities took part in the meeting :

- HE  Nasser A. AL-SAEED,  representing the Saudi  High Commission of Relief for Bosnia & Herzeg
- HE  Dr. Abdulaziz S. Bin SALAMAH,  the  permanent Delegate of the Kingdom of Saudi Arabia to UNESCO,
- HE Collin  KAISER, Head  of  the  office of  UNESCO  in Bosnia & Herzegovina,
- HE  Rock VOGRIC. Chief of Operational Unit, Directorate of UNESCO,



SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO

الهيئة السعودية العليا
لمساعدة البوسنة و الهرسك
المكتب الإقليمي  سراييفو

Ref. No._____    الرقم _____

Date _____    التاريخ _____

All partes to the meeting agreed upon the execution of the following projects for the benefit of the government of Bosnia & Herzegovina :

1- (( Okrić )) school in Sanski Most,

2- (( HRUSTOVO )) School in Sanski Most,

3- Rebuilding the minaret of the mosque (( Šejvan Šejava )) in Mostar .

Further meetings will be held between the representatives of the Saudi High Commission of Relief for Bosnia & Herzeg and Head of the office of UNESCO in Sarajevo in coordination with the Permanent Delegate of the Kingdom of Saudi Arabia to UNESCO in view of selecting projects related to the rest of the fund allocated in the memoranduom of coperation.

Signatories to the agreement :

Director General of Saudi High Commission in Europe

Mr. Nasser AL SAEED

Head of Office of UNESCO in Bosnia and Herzegovina

Dr. Collin KAIZER

The permanent Delegate of The Kingdom of Saudi Arabia to UNESCO,

Dr.Abdulaziz S. Bin SALAMH

Chief Operational Unit Directorate of UNESCO.

Mr. Rok VOGRIC

# EXHIBIT 12



united nations educational, scientific and cultural organization
organisation des nations unies pour l'éducation, la science et la culture

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i UmjetnostBistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphone :   (387.71) 670.728/210.694
fax              (387.71) 444.969

## *FACSIMILE*

| DATE:22.09.1997. | NUMBER OF PAGES:1+1 |
|---|---|
| MSG. NRO. | FILE: |
| TO:NASSER .A. AL-SAEED,General Director,Saudi High Commission Relief for B&H | FAX:200-186        214-253 |
| FROM: Dr.Colin Kaiser,UNESCO Representative in Bosnia and Herzegovina | |
| CC: Ing.HUSSAIN.O.AL-JIFFRY | PHONES:210-694.670-728 FAX:444-969 |
| SUBJECT:WORK PLAN | |

Dear Mr.Al-Saeed,

Please find,as requested by you,the attached work plan which shows what UNESCO Office has prepared so far in cooperation with your collaborator,that is to say which projects can be started.The implementation of this and other projects can be started as soon as UNESCO receives the funds allocated by the Memorandum of Understanding signed by H.R.H. Prince Salman Bin Abdul-Aziz Al Saud,President of the Saudi High Commission for Relief for Bosnia and Herzegovina,and Mr.Federico Mayor,Director General of UNESCO,on 10 July 1996.
The local authorities and contractors we have contacted,are exerting considerable pressure  upon us to start with the aforementioned projects.

Sincerely yours,

Dr.Colin Kaiser
UNESCO Representative in Bih



# BUDGET FOR THE SAUDI ARABIAN DONATION

## BUDGET CODE  505/BiH/01

| NAME OF THE PROJECT | NECESSARY RESOURCES (US $) | DATE OF BEGINNING OF WORKS | DURATION | STATUS OF PROJECT |
|---|---|---|---|---|
| Reconstruction of  Minaret of Cevan Cehaja Mosque in  Mostar. | 38.250,00 | 15.09.1997. | 60 Days | ONGOING |
| Construction and equiping of Primary School in Okrec – Municipality Sanski Most. | 140.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Construction and equipning of Primary School in Hrustovo – Municipality Sanski Most. | 205.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Primary School "Mehmedalija Mak Dizdar" in Sarajevo. | 80.000,00 | 22.09.1997. | 60 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction and equiping Secondary School Center "Mehmedalija Mak Dizdar" in Breza. | 50.000,00 | 22.09.1997. | 30 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Secondary School Center in Zavidovici. | 45.000,00 | 10.10.1997. | 30 Days | The whole documentation is ready. Tenderig will start after reciving the funds. |
| Reconstruction of Primary School in Brezik- Municipality Zavidovici. | 45.000,00 | 01.10.1997. | 45 Days | The whole documentation is ready. Tenderig will start after reciving the funds. |

## T O T A L :     603.250,00

\*The Work Plan for Tabacica Mosque will be presented by CLT/CH an because of that it not included in this Work Plan.

\*\*As the cost of the Tabacica Mosque project will be about  $ 170.000,00 , that makes  $ 226.750,00 for other school projects.

# EXHIBIT 13



united nations educational, scientific and cultural organization
organisation des nations unies pour l'éducation, la science et la culture

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i Umjetnosti, Bistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphones :   (387.71) 670.728,210.694,209.857
fax             (387.71) 444.969

## *FACSIMILE*

| DATE:August 3, 1999 | NUMBER OF PAGES:4 |
|---|---|
| MSG. NRO. | FILE:1700/LUB/NULBIH |
| TO:**Mr.Axel Plathe**, CII/PGI | FAX:33.1.45.68.55.83 |

FROM:Mr.Hector-Rondon Fuentes, UNESCO Representative in B&H

| CC: Mr.**Azedine Beschaoush**, CLT/CH   Mr.**Rok Vogric**, OPS | FAX: 33.1.45.68.55.98          33.1.45.68.57.86 |
|---|---|

SUBJECT: The GAEJ H.BEY LIBRARY, SARAJEVO

As we discussed by telephone today, attached is the letter from the Director of the Library Mr.Mustafa Jahic requesting UNESCO assistance for the protection and preservation of the valuable book collections of this Library.

    This letter was written following the visit that SHEIK NASIR BIN ABDULRAHMAN AL SAEED, Director of the Saudi Arabia High Commission, UNESCO staff Sinisa Sesum and myself paid to the Library last 23 July.

    The Saudi Arabia High Commission is willing to finance this project, therefore we have made an initial allocation of $60.000 from the remaining balance of the one million dollar Saudi Arabia donation for both the rehabilitation of the building and fire proof safe boxes for the protection and storage of the manuscripts. An additional amount will be requested from the Saudi High Commission for the restoration and recording on computerized media of the manuscripts. We are requesting therefore your technical expertise in this project. Please advise.

Thank you.

ISLAMIC COMMUNITY IN BOSNIA AND HERZEGOVINA
THE GAZI HUSREV-BEY LIBRARY

28 July 1999

Hector Rondon - Fuentes

UNESCO Representative in Bosnia and Herzegovina

Dear Mr. Fuentes,

In relation to your visit to "Gazi Husrev-beg" library and your expressed wish that
UNESCO would assist the Library in protection and preservation of its collection, I
would like to brief you on the Library and the kind of assistance necessary to protect
and preserve its collection.

"Gazi Husrev-beg" library in Sarajevo was established in 1537, when Gazi Husrev- beg,
its founder, decided in his "Waqafname" (foundation establishment document) on the
building of a Madrasa that ..." the amount which exceeds the costs of building should
be used for purchasing good books to be used in the mentioned Madrasa, to benefit
those who read them and that those who are engaged in scientific research can refer to
them." Therefore, this Library is one of the oldest cultural institutions in Bosnia and
Herzegovina.

The core collection of the Library, which contains about 10,000 codex, consists of
manuscripts in Arabic, Turkish, Persian and Bosnian languages. This makes the Library
one of the biggest in Europe and also well known all over the world. The great number
of these manuscripts, apart from religious- scientific disciplines, relates to other
sciences such as philology, philosophy, history, geography, medicine, veterinary,
mathematics and natural sciences as well as other scientific disciplines researched at the
time these manuscripts were created. The manuscripts draw their origins from all parts
of the Islamic World, particularly from great and prominent cultural-scientific centres
such as Istanbul, Mecca, Medina, Cairo and Baghdad. A significant number of these
manuscripts also originates from Bosnian cities and villages where many Bosniac
Muslims wrote original works or copied books written by other authors from all, at that
time known, scientific disciplines.

The value of the manuscript collection can be considered from different aspects. A large
number of these manuscripts was created in the period from the XII- XV centuries,
while the oldest ones originate from the XII century. Besides, a great number of
manuscripts are characterised by excellent fine art decorations. A great number of
manuscripts, apart from calligraphy, are decorated by other fine art elements. Some
manuscripts, on the other hand, are especially distinguished by their leather covers and

Islamic Community in Bosnia and Herzegovina, THE GAZI HUSREV-BEY LIBRARY
Address: Hamdije Kreševljako ra 58, 71000 Sarajevo, Bosnia and Herzegovina, Tel: ++(387 71) 65-81-44;
Fax  ++(38, 71) 20, 1  25, E-mail:ghbibl@bih.net.ba

rosettes engraved in the covers. With regard to the fine art decoration of the manuscripts, the collection of Mushafs (The Qur'an manuscripts) is of great importance.

Today, the overall book collection of the Library contains about 80,000 units what comprises, beside the manuscript collection, collections of printed books, periodicals and historic documents. The collection of printed books in Oriental languages contains about 20,000 units, and the first printed books from the printing office of Ibrahim Mutefrika from 1727 in Istanbul can be found here as well. The collection of printed books in Bosnian language as well as other languages of the neighbouring and other European countries consists of about 30,000 units. This collection contains the first printed books in Bosnia and Herzegovina as well as books from the period of the Austro-Hungarian rule in Bosnia and Herzegovina.

In the collection of periodicals, which contains about 4,000 titles, the oldest magazines and newspapers printed in Bosnia and Herzegovina from 1866 onwards can be found. Among more recent periodicals, the Library contains a significant number of foreign periodicals in Oriental languages and some European languages as well.

The archive collection, which contains about 4,000 documents, includes some documents related to the history of Bosnia and Herzegovina under the Ottoman rule, the significant collection of 1,400 "waqifnama" (documents on establishment of some foundations) and 86 "sijjil" (protocols) the Shari'ah Court in Sarajevo.

The Library also contains a valuable collection of photographs of distinguished persons, buildings and postcards from all over Bosnia and Herzegovina.

The book collection of the Library has permanently been increased because many individuals have donated books to the Library. Sometimes, whole collections were donated. The Library collection has been increased by adding rests of the books from other libraries in Bosnia and Herzegovina. A large number of manuscripts and other valuable books, including some private collections, have been bought up on behalf of this Library.

It should be mentioned that the whole collection of the Library was preserved during the war and, taking into account well known war destruction and devastation of cultural heritage, among other things, it represents a significant source of information for research of history and cultural heritage of Bosnia and Herzegovina and Bosniac Muslims.

The Library is a public institution and its collection, as a whole, is at disposal to researchers who are engaged in research of the mentioned scientific disciplines. In that sense, the Library has developed an operation that most institutions of that type in Bosnia Herzegovina and the world.

Aiming at protecting and preserving the above mentioned collections of the Library, it would be necessary to provide:

1.   An adequate space for storage of the books

In the interest that it is necessary to provide a suitable space to store the collections

in fireproof closets. That would, however, require more space. A better and more economical alternative would be to make a space, in which the books would be kept, look like a safety-box room, so that in that case the books would be placed at mobile shelves, what would require less space.

2. **Equipment and raw material for restoration of the paper and a bookbindery including training for personnel performing these works**

Since the considerable numl er of bools have been significantly damaged due to their age and an inadequate space in which they were kept, it would be necessary to provide for the total restoration and protection of the books, using the most recent technological achievements. The equipment and raw material should be provided with the prior consultation of the experts from this field, who would also train the personnel performing these works in the Library.

In order to perform the above-mentioned tasks, some construction works are required on the space in which the manuscripts and the book restoration equipment would be stored.

We would like to convey our regards and appreciation for your readiness to assist our Library in protection of its collection.

Sincerely yours,

Mustafa Jahic

The Director