# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) ) No. 03-MDL-1570<br>Judge Richard C. Casey |

### DECLARATION OF ABDULAZIZ H. AL FAHAD

I, Abdulaziz H. Al Fahad, hereby swear to the following:

1. This declaration is made at the request of United States counsel for the Saudi High Commission, with the purpose of attesting to the accuracy of translations of other declarations filed in this case. I have been retained to represent the interests of the Saudi High Commission, as well as other defendants in this litigation, and I am being compensated for my work.

2. I am a lawyer admitted to practice in the Kingdom of Saudi Arabia. I was born and raised, and I currently reside, in Saudi Arabia. I received my university degrees in the United States. I earned a B.A. in economics from Michigan State University in 1979; an M.A. in International Relations from John Hopkins University in 1980; and a J.D. from Yale Law School in 1984. I served as a post-doctoral fellow at Harvard University for the year 1984-1985. Currently I am the principal of the Law Office of Abdulaziz H. Fahad in Riyadh, affiliated with the U.S. firm of Akin, Gump, Strauss, Hauer & Feld. I am a member of the Academic Committee, Legal Experts Commission, Council of Ministers, which is charged with translating official government documents. I am a licensed Arabic to English translator, having been issued license number 138 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3. I have reviewed the original and the English translation of the declaration to be filed in this case on behalf of Mr. Saud bin Mohammad Al-Roshood. Based on my qualifications detailed in Paragraph 2, I attest that the English translation is a true and accurate representation of the original Arabic document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date) April 30, 04, in (location) Washington, D.C.

Abdulaziz H. Al Fahad