KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 1, 2017

*Via ECF*

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

   Re: *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)
     Motion To Dismiss Filings

Dear Judge Netburn:

  I write on behalf of Defendants Kingdom of Saudi Arabia ("Saudi Arabia") and the Saudi High Commission (the "SHC") concerning our filings earlier today. When Saudi Arabia began its filings, we believed we would be unable to file in all individual case dockets because of ECF difficulties and therefore included a footnote in our certificates of service indicating we would be contacting the Court. In the course of the day, the Clerk's Office was able to resolve the problem and we were able to file in all individual case dockets. I can therefore confirm that Saudi Arabia has filed its motion not only on the MDL docket but also on all relevant individual case dockets listed in the caption of the motion.

  I have conferred with counsel for the SHC, who are experiencing a similar issue and who have indicated that they are not yet able to file on the electronic dockets in *McCarthy, et al. v. Kingdom of Saudi Arabia*, No. 16-cv-8884, and *DeSimone v. Kingdom of Saudi Arabia*, No. 17-cv-348. The SHC is serving its motion and supporting papers by e-mail on all counsel in those cases and will endeavor to file on the remaining dockets as soon as it is able to do so.

         Respectfully submitted,

         */s/ Michael K. Kellogg*

         Michael K. Kellogg
         *Counsel for the Kingdom of Saudi Arabia*

cc: Chambers of the Honorable George B. Daniels (via facsimile)
   All MDL Counsel of Record (via ECF)