LAURO LAW FIRM

FLORIDA • NEW YORK

FLORIDA
Bank of America Plaza
101 East Kennedy Boulevard
Suite 3100
Tampa, Florida 33602
P: 813.222.8990
F: 813.222.8991

NEW YORK
747 Third Avenue
32nd Floor
New York, New York 10017
P: 646.746.8659
F: 212.938.0858

www.laurolawfirm.com

VIA ECF

August 4, 2017

The Honorable Sarah Netburn
United States Magistrate Judge –
    Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

      RE:    *IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001*, CASE NO.: 1:03-MD-01570-GBD-SN (AND CONSOLIDATED CASES).

Dear Judge Netburn:

My law firm previously represented Faisal Islamic Bank-Sudan in connection with this matter. Our client has been dismissed and is no longer a party to this case. On April 19, 2016, we filed a letter in the lead case seeking removal from the electronic service list, *see* Doc. 3256, which the Court granted, *see* Doc. 3258. Nevertheless, we did not file our letter request in the underlying cases, and therefore, we remain on the electronic service list for those matters.

Therefore, I respectfully request that I, John Lauro (lauro@laurolawfirm.com), along with our Senior Counsel Michael Califano (mcalifano@laurolawfirm.com), our former associate Hugh Higgins (hhiggins@laurolawfirm.com), and our firm administrator (admin@laurolawfirm.com) be removed from the electronic service list in the underlying cases.

Respectfully submitted.

*/s/ John Lauro*

John F. Lauro
JFL/mgc


cc:    MDL Counsel of Record (via ECF)