UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re Terrorist Attacks on Sept. 11      Plaintiff,     Case No. 03-MD-1570 (GBD)(SN)

-against-

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Lynne Bernabei**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LB2489        My State Bar Number is 938936 (DC)

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bernabei & Kabat PLLC
             FIRM ADDRESS: 1775 T Street N.W. / Washington DC 20009-7102
             FIRM TELEPHONE NUMBER: 202-745-1942
             FIRM FAX NUMBER: 202-745-2627

NEW FIRM:    FIRM NAME: Bernabei & Kabat PLLC
             FIRM ADDRESS: 1400-16th St NW #500 /Washington DC 20036-2223
             FIRM TELEPHONE NUMBER: 202-745-1942
             FIRM FAX NUMBER: 202-745-2627

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 10, 2017

_____
ATTORNEY'S SIGNATURE