UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re Terrorist Attacks on Sept. 11    Plaintiff,

Case No.  03-MD-1570 (GBD)(SN)

-against-

Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Alan R. Kabat**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AK7194          My State Bar Number is 464258 (D.C.)

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Bernabei & Kabat PLLC
             FIRM ADDRESS: 1775 T Street N.W. / Washington DC 20009-7102
             FIRM TELEPHONE NUMBER: 202-745-1942
             FIRM FAX NUMBER: 202-745-2627

NEW FIRM:    FIRM NAME: Bernabei & Kabat PLLC
             FIRM ADDRESS: 1400-16th St NW #500 /Washington DC 20036-2223
             FIRM TELEPHONE NUMBER: 202-745-1942
             FIRM FAX NUMBER: 202-745-2627

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 10, 2017

*Alan R. Kabat*
ATTORNEY'S SIGNATURE