# EXHIBIT A

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617       TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 25, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FAHAD ANWAR HABIB, #220378 was admitted to the practice of law in this state by the Supreme Court of California on July 15, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## FAHAD A. HABIB

was on     **APRIL 7, 2003**     duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 27, 2017**

JULIO A. CASTILLO
Clerk of the Court

By: _____
                Deputy Clerk