UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )   Civil Action No. 03 MDL 1570 (GBD)
                                                        )
IN RE: TERRORIST ATTACKS ON                             )   **[PROPOSED] ORDER FOR**
SEPTEMBER 11, 2011                                      )   **ADMISSION PRO HAC VICE**
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)
*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)

      The motion of Fahad A. Habib, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia (where he has voluntarily taken inactive status); and that his contact information is as follows:

      Applicant's Name:    Fahad A. Habib
      Firm Name:           Jones Day
      Address:              555 California Street, 26th Floor
      City / State / Zip:    San Francisco, CA 94104
      Telephone:           (415) 875-5761

      Applicant having requested admission to appear for all purposes as counsel for Defendant Saudi Binladin Group in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August __, 2017

United States District / Magistrate Judge