UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
)   Civil Action No. 03 MDL 1570 (GBD)
IN RE: TERRORIST ATTACKS ON )
SEPTEMBER 11, 2011 )   **MOTION FOR ADMISSION**
)
)   **PRO HAC VICE**
)
------------------------------------------------------- x

This document relates to:
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)
*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Fahad A. Habib hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Saudi Binladin Group in the above-captioned matters.

      I am in good standing of the bars of the California Supreme Court and the District of Columbia Court of Appeals (where I have voluntarily taken inactive status) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 15, 2017                                Respectfully submitted,

                                                By: */s/ Fahad A. Habib*
                                                    Fahad A. Habib
                                                    JONES DAY
                                                    555 California Street, 26th Floor
                                                    San Francisco, CA  94104
                                                    Tel: (415) 626-3939
                                                    Fax: (415) 875-5700
                                                    Email: fahabib@jonesday.com

                                                    *Counsel for Defendant Saudi Binladin Group*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2017, I caused an electronic copy of the foregoing Motion for Admission Pro Hac Vice to be served electronically by the Court's Electronic Case Filing (ECF) System on the consolidated MDL 1570 docket.

>　　　　　　　　　　　*/s/ Fahad A. Habib*
>　　　　　　　　　　　　Fahad A. Habib