UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                )    Civil Action No. 03 MDL 1570 (GBD)

IN RE: TERRORIST ATTACKS ON    )
SEPTEMBER 11, 2011                     )    **AFFIDAVIT IN SUPPORT OF**
                                                )    **MOTION FOR ADMISSION**
                                                )    **PRO HAC VICE**
------------------------------------------------------- x

This document relates to:
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)
*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)

      I, Fahad A. Habib, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matters as counsel Pro Hac Vice for Defendant Saudi Binladin Group.

      I, Fahad A. Habib, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificates of good standing from the California Supreme Court and the District of Columbia Court of Appeals (where I have voluntarily taken inactive status) are attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 15, 2017

Respectfully submitted,

By: */s/ Fahad A. Habib*
Fahad A. Habib
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
Email: fahabib@jonesday.com

*Counsel for Defendant Saudi Binladin Group*