# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### FAHAD ANWAR HABIB

*I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that FAHAD ANWAR HABIB #220378, was on the 15TH day of JULY, 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of August, 2017*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By: _____
Robert R. Toy, Deputy Clerk



### District of Columbia Court of Appeals
#### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## FAHAD A. HABIB

was on **APRIL 7, 2003** duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 27, 2017**.
JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk