# Exhibit A

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Aranyos, Patrick | Aranyos, Jr., Alexander Paul | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Frank | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Frank J. | Parent | $ 8,500,000.00 |
| Barbella, James W. | Barbella, Louis | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Michael | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Ruth | Parent | $ 8,500,000.00 |
| Barbella, James W. | Barbella, Ruth A. | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Thomas | Sibling | $ 4,250,000.00 |
| Basin, Inna | Kogan, Yefim | Sibling | $ 4,250,000.00 |
| Battaglia, Paul | Leinung, Eric J. | Sibling | $ 4,250,000.00 |
| Battaglia, Paul | Leinung, Kristen M. | Sibling | $ 4,250,000.00 |
| Beaven, Alan | Budde, Margaret | Sibling | $ 4,250,000.00 |
| Bell, Nina P. | Bell, Lowell F. | Sibling | $ 4,250,000.00 |
| Bell, Nina P. | Harrison, Deborah | Sibling | $ 4,250,000.00 |
| Berger, Steven H. | Berger, Phyllis | Parent | $ 8,500,000.00 |
| Biegeleisen, Shimmy D. | Berger, Rochelle | Sibling | $ 4,250,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Alan | Sibling | $ 4,250,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Jacob S. | Parent | $ 8,500,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Regina | Parent | $ 8,500,000.00 |
| Bosco, Richard E. | Bosco, III., William J. | Sibling | $ 4,250,000.00 |
| Bosco, Richard E. | Bosco, Michael | Sibling | $ 4,250,000.00 |
| Boyarsky, Gennady | Boyarsky, Beata | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Alice | Parent | $ 8,500,000.00 |
| Brady, David B. | Brady, Jr., Richard W. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Michael J. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Richard | Parent | $ 8,500,000.00 |
| Brady, David B. | Brady, Scott T. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Zaremba, Mary Christine | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Bravo, Albert | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Bravo, Norma | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Muszel, Leticia | Sibling | $ 4,250,000.00 |
| Bruce, Mark | Bruce, David | Sibling | $ 4,250,000.00 |
| Bruce, Mark | Bruce, Diane | Parent | $ 8,500,000.00 |
| Bruce, Mark | Bruce, Stephen | Sibling | $ 4,250,000.00 |
| Bruehert, Richard | Bruehert, John | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, Michael | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, Thomas | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, William | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Kazanecki, Suanne | Sibling | $ 4,250,000.00 |
| Burns, Donald J. | Burns Reed, Kathleen | Sibling | $ 4,250,000.00 |
| Burns, Donald J. | Burns, Michael F. | Sibling | $ 4,250,000.00 |
| Butler, Thomas M. | Cristiano, Eileen | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Cahill, Christopher | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Cahill, Jr, James | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Kerin, Kerry | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Psirogianes, Kathleen | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Calderon, Edward | Bruno, Ida | Parent | $ 8,500,000.00 |
| Calderon, Edward | Calderon, Anthony | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Cathy | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Jr., Vincent | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Mariza | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Vicente | Parent | $ 8,500,000.00 |
| Calderon, Edward | Otero, Caroline | Sibling | $ 4,250,000.00 |
| Calia, Dominick E. | Calia-Costa, Christine | Sibling | $ 4,250,000.00 |
| Calia, Dominick E. | Calia-Kuhn, Jeanann | Sibling | $ 4,250,000.00 |
| Carroll, Michael T. | Amigron, Nancy | Sibling | $ 4,250,000.00 |
| Carroll, Michael T. | Carroll, Eleanor | Parent | $ 8,500,000.00 |
| Carroll, Michael T. | Nix, Eileen | Sibling | $ 4,250,000.00 |
| Chin, Robert | Chin, Suk Tan | Sibling | $ 4,250,000.00 |
| Ciafardini, Christopher | Ciafardini, Dominic | Sibling | $ 4,250,000.00 |
| Clyne, Susan M. | Creamer, Linda G. | Sibling | $ 4,250,000.00 |
| Clyne, Susan M. | Dietrich, Grace | Parent | $ 8,500,000.00 |
| Clyne, Susan M. | Dietrich, Kurt H. | Sibling | $ 4,250,000.00 |
| Crawford, Jr., James L. | Crawford, Elizabeth | Parent | $ 8,500,000.00 |
| Crawford, Jr., James L. | Crawford, Jim | Parent | $ 8,500,000.00 |
| Crawford, Jr., James L. | Dunlevy, Leslie Crawford | Sibling | $ 4,250,000.00 |
| Crawford, Jr., James L. | Van Duyne, Elizabeth | Sibling | $ 4,250,000.00 |
| Dean, William | Cryne, Beverly | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Donna | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Jr., Malcolm | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Mark | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Sr., Malcolm | Parent | $ 8,500,000.00 |
| Deangelis, Thomas P. | Smollen, Donna | Sibling | $ 4,250,000.00 |
| Della Bella, Andrea | Lun, David | Sibling | $ 4,250,000.00 |
| Deloughery, Colleen Ann | Marrese, Patricia | Sibling | $ 4,250,000.00 |
| Deloughery, Colleen Ann | McNulty, Joseph | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Charles | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Michael | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Susan | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Woody | Sibling | $ 4,250,000.00 |
| Dinnoo, Rena | Sam, Gina | Sibling | $ 4,250,000.00 |
| Dinnoo, Rena | Sam, Lisa | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne, Charles | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne-Keenan, Courtney | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne-Welch, Cynthia | Sibling | $ 4,250,000.00 |
| Eagleson, John B. | Eagleson, William | Sibling | $ 4,250,000.00 |
| Eckna, Paul | Eckna, Richard | Sibling | $ 4,250,000.00 |
| Eckna, Paul | Eckna, Steven | Sibling | $ 4,250,000.00 |
| Espinoza, Fanny | Antonio Garcia, Rafael | Parent | $ 8,500,000.00 |
| Espinoza, Fanny | Garcia Lantigua, Monica | Parent | $ 8,500,000.00 |
| Espinoza, Fanny | Garcia, Pedro | Sibling | $ 4,250,000.00 |
| Espinoza, Fanny | Garcia, Wanda | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Flannery, Christina | Donovan, Catherine | Parent | $ 8,500,000.00 |
| Flannery, Christina | Donovan, William | Parent | $ 8,500,000.00 |
| Flyzik, Carol | Flyzik, Claudia | Sibling | $ 4,250,000.00 |
| Flyzik, Carol | Pritchard, Linda | Sibling | $ 4,250,000.00 |
| Friedman, Andrew | Gabrieli, Wendi | Sibling | $ 4,250,000.00 |
| Fry, Peter | Fry, Charles Gordon | Parent | $ 8,500,000.00 |
| Fry, Peter | Fry, Lance | Sibling | $ 4,250,000.00 |
| Fry, Peter | Fry, Michael | Sibling | $ 4,250,000.00 |
| Gabriel, Richard P. | Gabriel, George | Sibling | $ 4,250,000.00 |
| Gabriel, Richard P. | Gabriel, Patricia | Child | $ 8,500,000.00 |
| Gabriel, Richard P. | Gabriel, Richard | Child | $ 8,500,000.00 |
| Gallagher, John P. | Campbell, Therese | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Gallagher, Celine | Parent | $ 8,500,000.00 |
| Gallagher, John P. | Jordan, Peter | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Jordan, Vincent | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Jordan-Hart, Kathleen | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Sorge, Anne Marie | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Diaz, John J. | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Henriquez, Karine | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Joglar, Eric J. | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Emilio | Parent | $ 8,500,000.00 |
| Gallo, Cono | Gallo, John | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Lisa | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Raffaela | Parent | $ 8,500,000.00 |
| Garcia, Jr., Andrew | McAllister, Carolyn | Sibling | $ 4,250,000.00 |
| Garcia, Marlyn C. | Garcia, Ingrid | Sibling | $ 4,250,000.00 |
| Garcia, Marlyn C. | Garcia, Tania M. | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Feldon, Elisabeth | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Giaccone, James | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Giaccone, Michael | Sibling | $ 4,250,000.00 |
| Giglio, Laura A. | Marchese-Collins, Cathy | Sibling | $ 4,250,000.00 |
| Giglio, Laura A. | Thomas, Marie | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Birdie Mae | Parent | $ 8,500,000.00 |
| Glenn, Harry | Glenn, Donald O. | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, James | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Jr., Roosevelt | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Sr., Roosevelt | Parent | $ 8,500,000.00 |
| Glenn, Harry | Murray, Franklin | Sibling | $ 4,250,000.00 |
| Greenleaf, James | Greenleaf, Peter | Sibling | $ 4,250,000.00 |
| Gregory, Florence M. | Gregory, John F. | Sibling | $ 4,250,000.00 |
| Gregory, Florence M. | Petronis, Maureen | Sibling | $ 4,250,000.00 |
| Grillo, Joseph | Grillo, Joseph | Parent | $ 8,500,000.00 |
| Grillo, Joseph | Grillo, Steven | Sibling | $ 4,250,000.00 |
| Haag, Gary | Haag Herrmann, Lori | Sibling | $ 4,250,000.00 |
| Haag, Gary | Haag, Robert | Parent | $ 8,500,000.00 |
| Hagerty, Karen E. | Hagerty, James | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Hagerty, Karen E. | Loeffler, Deborah | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Harvey, Michael | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Harvey, Virgina | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Ryan, Marie Harvey | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Steo, Antoinette | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Greene, Karen | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Hinds, Coleen | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Hinds, Collin | Parent | $ 8,500,000.00 |
| Hinds, Neil | Hinds, Ethlyn | Parent | $ 8,500,000.00 |
| Hinds, Neil | Hinds, Wade-Roy | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Cuffee, Sonya | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Ginsberg, Tammy | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Lightfoot, Sherian | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs, Reginald | Sibling | $ 4,250,000.00 |
| Hohlweck, Jr., Thomas W. | Judge, Mary | Sibling | $ 4,250,000.00 |
| Holland, III, Joseph | Holland McLin, Michele | Sibling | $ 4,250,000.00 |
| Holland, III, Joseph | Holland, Brian | Sibling | $ 4,250,000.00 |
| Hoorn, Bradley | Hoorn, Kara | Sibling | $ 4,250,000.00 |
| Howard, Joseph L. | Galizia, Anne | Sibling | $ 4,250,000.00 |
| Howard, Joseph L. | Reidlinger, Susan | Sibling | $ 4,250,000.00 |
| Hunter, Joseph G. | Hunter, Sean | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Irby, Addison J. | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Irby, Kenneth | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Melton, Pamela | Sibling | $ 4,250,000.00 |
| Iskyan, John | Iskyan, Laura | Sibling | $ 4,250,000.00 |
| Iskyan, John | Iskyan, Paul | Sibling | $ 4,250,000.00 |
| Iskyan, John | O'Brien, Joan | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Jones, Peter | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Jones, Scott | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Stufano, Marilyn | Parent | $ 8,500,000.00 |
| Katsimatides, John | Katsimatides, Anthoula | Sibling | $ 4,250,000.00 |
| Kellerman, Peter R. | Kellerman Fox, Pamela | Sibling | $ 4,250,000.00 |
| Kellerman, Peter R. | Kellerman, Elyssa | Sibling | $ 4,250,000.00 |
| Kellett, Joseph P. | Sullivan, Ann | Parent | $ 8,500,000.00 |
| Kelly, Thomas R. | Farrell, Jean | Sibling | $ 4,250,000.00 |
| Lafuente, Juan | Kazi, Rose Maria | Sibling | $ 4,250,000.00 |
| Lamonsoff, Amy | Lamonsoff, Steven | Sibling | $ 4,250,000.00 |
| Lamonsoff, Amy | McEneany, Wendy | Sibling | $ 4,250,000.00 |
| Lasko, Gary E. | Jurczyk, Doreen | Sibling | $ 4,250,000.00 |
| Lasko, Gary E. | Lasko, Deborah | Sibling | $ 4,250,000.00 |
| Lassman, Nicholas | Lassman, Ellen | Sibling | $ 4,250,000.00 |
| LeBlanc, Robert | LeBlanc, Carolyn | Child | $ 8,500,000.00 |
| LeBlanc, Robert | LeBlanc, John | Child | $ 8,500,000.00 |
| LeBlanc, Robert | LeBlanc, Paul | Child | $ 8,500,000.00 |
| Lederman, Alan J. | Leaflight, Nathan | Sibling | $ 4,250,000.00 |
| Lederman, Alan J. | Lembo, Jean | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Lederman, Alan J. | Salkin, Roni | Sibling | $ 4,250,000.00 |
| LeVeen, Jeffrey E. | LeVeen, Andrew William | Child | $ 8,500,000.00 |
| LeVeen, Jeffrey E. | LeVeen, Margaret L. | Child | $ 8,500,000.00 |
| MacFarlane, Marianne | MacFarlane, George | Sibling | $ 4,250,000.00 |
| MacFarlane, Marianne | Macfarlane, Joseph | Sibling | $ 4,250,000.00 |
| Maffeo, Jennieann | Maffeo, Joseph | Sibling | $ 4,250,000.00 |
| Martineau, Brian E. | Martineau, Cathleen | Sibling | $ 4,250,000.00 |
| Martineau, Brian E. | Martineau, Edward | Parent | $ 8,500,000.00 |
| Martineau, Brian E. | Martineau, Ronnah | Parent | $ 8,500,000.00 |
| McAlary, James | Higdon, Karen | Sibling | $ 4,250,000.00 |
| McAlary, James | McAlary, Bryan | Sibling | $ 4,250,000.00 |
| McAlary, James | McAlary, John | Sibling | $ 4,250,000.00 |
| McAlary, James | Sullivan, Joanne | Sibling | $ 4,250,000.00 |
| McCarthy, Justin | McCarthy, Chris | Sibling | $ 4,250,000.00 |
| McCarthy, Justin | McCarthy, Lauren | Sibling | $ 4,250,000.00 |
| McCarthy, Michael | McCarthy, William James | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Constance | Parent | $ 8,500,000.00 |
| McGinley, Daniel F. | McGinley, Dennis P. | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Martin | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Michael A. | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Thomas M. | Sibling | $ 4,250,000.00 |
| Mcginnis, Thomas H. | McGinnis, James | Sibling | $ 4,250,000.00 |
| Mcginnis, Thomas H. | McGinnis-Daly, Patricia | Parent | $ 8,500,000.00 |
| McGovern, Scott M. | Bayer, Tara | Sibling | $ 4,250,000.00 |
| McGovern, Scott M. | Scott, Elisabeth | Sibling | $ 4,250,000.00 |
| Mckinney, Darryl L. | Blanding Carroll, Katina | Sibling | $ 4,250,000.00 |
| Mckinney, Darryl L. | McKinney, Dallas | Sibling | $ 4,250,000.00 |
| Mercado, Steve | Mercado, Mary | Parent | $ 8,500,000.00 |
| Mercado, Steve | Mercado, Sr., Louis | Parent | $ 8,500,000.00 |
| Milewski, Lukasz | Milewska-Podejma, Kamila P. | Sibling | $ 4,250,000.00 |
| Miller, Robert Alan | Miller, Edward | Sibling | $ 4,250,000.00 |
| Morell, George W. | Haggerty, Mary Jane | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Itzkowitz, Cindy | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Morgenstern, Howard | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Morgenstern, Jeffrey | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Shapiro, Lori | Sibling | $ 4,250,000.00 |
| Murphy, Patrick S. | Murphy, Lori-Jean | Sibling | $ 4,250,000.00 |
| Murphy, Patrick S. | Murphy, Thomas J. | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, John | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, Joseph | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, Richard | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, James | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, Larry | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, Phyllis | Parent | $ 8,500,000.00 |
| Nicosia, Kathleen A. | Meyer, Kimberly | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Nicosia, George | Spouse | $ 12,500,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Noonan, Robert W. | Noonan Robertson, Anne | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Anne C. | Parent | $ 8,500,000.00 |
| Noonan, Robert W. | Noonan, Ashley | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Kelly | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Walter P. | Parent | $ 8,500,000.00 |
| Novotny, Brian C. | Novotny, Mary C. | Parent | $ 8,500,000.00 |
| Nussbaum, Jeffrey | Brunschwig, Melisa | Sibling | $ 4,250,000.00 |
| Nussbaum, Jeffrey | Nussbaum, Craig | Sibling | $ 4,250,000.00 |
| O'Connor, Richard J. | O'Connor, William | Sibling | $ 4,250,000.00 |
| O'Doherty, Amy | O'Doherty Lee, Maura | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Oliver, Barbara | Parent | $ 8,500,000.00 |
| Oliver, Edward K. | Oliver, Donald | Parent | $ 8,500,000.00 |
| Oliver, Edward K. | Oliver, Donald | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Oliver, James | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Smith, Barbara | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Dale J. | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Daniel | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Theodore W. | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Pulver, Joanna S. | Sibling | $ 4,250,000.00 |
| Pezzuti, Kaleen E. | Pezzuti-Pelino, Megan | Sibling | $ 4,250,000.00 |
| Princiotta, Vincent | Princiotta, Bernadette Teresa | Sibling | $ 4,250,000.00 |
| Princiotta, Vincent | Yaniz, Michele A. | Sibling | $ 4,250,000.00 |
| Reda, Gregory | Reda, Christopher | Sibling | $ 4,250,000.00 |
| Reda, Gregory | Reda, Frank M. | Parent | $ 8,500,000.00 |
| Reda, Gregory | Reda, John M. | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Cruz, Maria | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Holder, Ida | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes Concepcion, Aidaline | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes Rodriguez, Nydia | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Armando | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Enoel | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Isabel | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Luz | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Nemesio | Sibling | $ 4,250,000.00 |
| Richards, Gregory D. | Richards Keston, Lisa | Sibling | $ 4,250,000.00 |
| Richards, Gregory D. | Richards, Carol J. | Parent | $ 8,500,000.00 |
| Richards, Gregory D. | Richards, Paul | Sibling | $ 4,250,000.00 |
| Rimmele, III, Frederick | Connors, Karen | Sibling | $ 4,250,000.00 |
| Robotham, Michell L. | Callum, Rodney | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Okseniuk, Desiree | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Rodriguez, Brunilda | Parent | $ 8,500,000.00 |
| Rodriguez, Anthony | Rodriguez, Pedro | Parent | $ 8,500,000.00 |
| Rodriguez, Anthony | Rodriguez, Peter | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Suarez, Angelic | Sibling | $ 4,250,000.00 |
| Rosenblum, Andrew I. | Ornstein, Sheila | Sibling | $ 4,250,000.00 |
| Rosenblum, Andrew I. | Rosenblum, Adam | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Rosenblum, Andrew I. | Rosenblum, Barbara | Parent | $ 8,500,000.00 |
| Rosenblum, Andrew I. | Rosenblum, Richard | Sibling | $ 4,250,000.00 |
| Rosenzweig, Phillip | Rosenzweig, Allan | Sibling | $ 4,250,000.00 |
| Ross, Richard | Gordon, Rochelle | Sibling | $ 4,250,000.00 |
| Ross, Richard | Ross, Irene | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Antonelle, Patricia | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, Patricia | Parent | $ 8,500,000.00 |
| Ryan, Edward | Ryan, Paul | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, Robert | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, William | Sibling | $ 4,250,000.00 |
| Ryan, Matthew L. | Ryan, Francis | Sibling | $ 4,250,000.00 |
| Santo, Susan | Santo, Michael | Sibling | $ 4,250,000.00 |
| Schreier, Jeffrey | Hart, Janice | Sibling | $ 4,250,000.00 |
| Schreier, Jeffrey | Schreier, Mark | Parent | $ 8,500,000.00 |
| Schreier, Jeffrey | Schreier, Stephanie | Parent | $ 8,500,000.00 |
| Scibetta, Adrianne | Venuto, Caterina | Parent | $ 8,500,000.00 |
| Scibetta, Adrianne | Venuto, Salvatore | Sibling | $ 4,250,000.00 |
| Scullin, Arthur | Scullin, James G. | Sibling | $ 4,250,000.00 |
| Scullin, Arthur | Scullin, James W. | Child | $ 8,500,000.00 |
| Scullin, Arthur | Scullin, Jr., Arthur W. | Child | $ 8,500,000.00 |
| Scullin, Arthur | Scullin, Nora M. | Child | $ 8,500,000.00 |
| Shulman, Mark | Shulman, Lawrence | Sibling | $ 4,250,000.00 |
| Siskopoulos, Muriel | Krinsky, Donna Neary | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Morrison, Laura | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Neary, III, Thomas J. | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Rosenblatt, Phillip | Sibling | $ 4,250,000.00 |
| Siskopoulos, Muriel | Sondak, Terri | Child | $ 8,500,000.00 |
| Smith, Kevin J. | Brown, Margaret | Sibling | $ 4,250,000.00 |
| Smith, Kevin J. | Cross, Catherine | Sibling | $ 4,250,000.00 |
| Smith, Kevin J. | Panicola, Marianne | Sibling | $ 4,250,000.00 |
| Steinman, Alexander | Steinman, Laura | Sibling | $ 4,250,000.00 |
| Tallon, Sean Patrick | Tallon-Daros, Rosaleen | Sibling | $ 4,250,000.00 |
| Tamares, Rachel | Lopez, Jenny M. | Sibling | $ 4,250,000.00 |
| Tamares, Rachel | Paulino, Maria | Parent | $ 8,500,000.00 |
| Terry, Lisa | Terry, Leland Dale | Sibling | $ 4,250,000.00 |
| Thackurdeen, Goumatie | Thackurdeen, Raj | Sibling | $ 4,250,000.00 |
| Thackurdeen, Goumatie | Thackurdeen, Sat | Sibling | $ 4,250,000.00 |
| Tirado, David | Tirado, Richard | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Marrow, Felice | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Rodgers, Alphonso A. | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Dean | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Denise | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Richard | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres-Brown, Dawn | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Inserra, Sheila M. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Madamas, Patricia A. | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Trant, Daniel | Trant, Kevin J. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Matthew J. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Maureen A. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Sally A. | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Barletta, Bernice | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Malatesta, Patricia | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Spadafora, Della-Ann | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty, James | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty, Shawn | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty-Seaby, Diane | Parent | $ 8,500,000.00 |
| Twomey, Robert T. | Twomey, John | Sibling | $ 4,250,000.00 |
| Twomey, Robert T. | Twomey, Richard | Sibling | $ 4,250,000.00 |
| Twomey, Robert T. | Twomey, William | Sibling | $ 4,250,000.00 |
| Valvo, II, Carlton F. | Valvo, Brandon C. | Sibling | $ 4,250,000.00 |
| Valvo, II, Carlton F. | Valvo, Carlton F. | Parent | $ 8,500,000.00 |
| Valvo, II, Carlton F. | Valvo, Trenton | Sibling | $ 4,250,000.00 |
| Virgilio, Lawrence J. | Micko, Antonia | Sibling | $ 4,250,000.00 |
| Virgilio, Lawrence J. | Virgilio, Thomas | Sibling | $ 4,250,000.00 |
| Wainio, Honor Elizabeth | Wainio, Sarah R. | Sibling | $ 4,250,000.00 |
| Wainio, Honor Elizabeth | Wainio, Thomas F. | Sibling | $ 4,250,000.00 |
| Welty, Timothy M. | Welty, Darren M. | Sibling | $ 4,250,000.00 |
| Williams, III, Louis C. | Perez, Karen | Sibling | $ 4,250,000.00 |
| Wiswall, David | O'Gorman, Barbara | Sibling | $ 4,250,000.00 |
| Wiswall, David | Rothschild, Christine | Sibling | $ 4,250,000.00 |
| Wiswall, David | Wiswall, Robert | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | DeLellis, Mariellen | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodensheck, Raymond | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodenshek Garrett, Florence | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodenshek, Patricia | Sibling | $ 4,250,000.00 |
| Wolf, Katherine | James, Alan | Sibling | $ 4,250,000.00 |
| Wolf, Katherine | James, Howard Rhys | Parent | $ 8,500,000.00 |
| Wolf, Katherine | James, Valerie | Parent | $ 8,500,000.00 |
| Zaltsman, Arkady | Zaltsman, Alexander | Parent | $ 8,500,000.00 |
| Zaltsman, Arkady | Zaltsman, Faina | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Celina | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Ivan | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Janet | Sibling | $ 4,250,000.00 |
| Zinzi, Michael | Placek Zinzi, Madeline | Parent | $ 8,500,000.00 |
| Zion, Charles A. | Zion Green, Barbara | Sibling | $ 4,250,000.00 |
| Zion, Charles A. | Zion, Jane | Parent | $ 8,500,000.00 |
| Zuccala, Joseph J. | Cammarata, Tina | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Paterson, Theresa | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Zuccala, Jolaine J. | Child | $ 8,500,000.00 |
| Zuccala, Joseph J. | Zuccala, Sandra | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Zuccala-Sams, Kaylene E. | Child | $ 8,500,000.00 |