UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        )
IN RE: TERRORIST ATTACKS ON                             )
SEPTEMBER 11, 2011                                      )   Civil Action No. 03 MDL 1570 (GBD) (SN)
                                                        )
                                                        )
------------------------------------------------------- x

This document relates to:

*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)
*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)
*Abedhajajreh v. Kingdom of Saudi Arabia*, 17-cv-06123 (GBD) (SN)

### [PROPOSED] ORDER EXTENDING *PRO HAC VICE* ADMISSIONS TO ALL CONSOLIDATED MDL CASES, AND NOTICES OF APPEARANCE

IT IS ORDERED THAT

1. The *pro hac vice* admissions of James E. Gauch and Mary Ellen Powers, of the law firm Jones Day, are extended to all cases consolidated into the above captioned multi-district litigation ("MDL") before this Court, now or in the future.

2. The Clerk of Court is directed to enter Notices of Appearance for James E. Gauch and Mary Ellen Powers on behalf of Saudi Binladin Group ("SBG") in all of the cases listed in the caption for this motion.

3. Once Fahad A. Habib's pending *Motion for Admission Pro Hac Vice* (Dkt. 3685) is granted, his *pro hac vice* admission is extended to all cases consolidated into the above captioned MDL before this Court, now or in the future, and the Clerk of Court is directed

    to enter Notices of Appearance for Fahad A. Habib of Jones Day on behalf of SBG in all of the cases listed in the caption for this motion.

4. James E. Gauch, Mary Ellen Powers, and Fahad A. Habib, when his pending *pro hac vice* motion is granted, may appear on behalf of SBG in any other consolidated MDL cases, now or in the future, by filing notices of appearance. Additional applications for *pro hac vice* admission will not be required.

Date: August __, 2017

                                                  United States District / Magistrate Judge