**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:  **(PROPOSED) ORDER**
:  **GRANTING EXTENSION OF**
:  **TIME TO FILE OBJECTIONS**
:
:  1:03 MDL 1570 (GBD)(SN)
-----------------------------------------------------------------X

This Document Relates to
Hoglan, et al. v. Iran, et al.
1:11-cv-07550 (GBD) (SN)

     The Court has received Plaintiffs' motion requesting an extension of time until September 29, 2017 to file objections to Magistrate Judge Sarah Netburn's Report and Recommendation dated August 8, 2017 ("Hoglan IV").  The Plaintiffs having stated adequate grounds for this request,

     IT IS HEREBY ORDERED that said Plaintiffs shall file their Objections to the Hoglan IV Report and Recommendation by September 29, 2017.

                                          **SO ORDERED.**

DATE_____     _____
                                                        GEORGE B. DANIELS
                                                        UNITED STATES DISTRICT JUDGE