USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

*This document relates to*:

> *Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, Civil Action No. 1:16-cv-07853 (S.D.N.Y.);
> *Aguilar et al. v. Kingdom of Saudi Arabia et al.*, Civil Action No. 1:16-cv-09663 (S.D.N.Y.);
> *Addesso et al. v. Kingdom of Saudi Arabia et al.*, Civil Action No. 1:16-cv-09937 (S.D.N.Y.);
> *Aiken et al. v. Kingdom of Saudi Arabia et al.*, Civil Action No. 1:17-cv-00450 (S.D.N.Y.);
> *Hodges et al. v. Kingdom of Saudi Arabia et al.*, Civil Action No. 1:17-cv-00117 (S.D.N.Y.);
> *The Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, Civil Action No. 1:17-cv-02651 (S.D.N.Y.);
> *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, Civil Action No. 17-cv-03908 (S.D.N.Y.);
> *Abarca, et al. v. Kingdom of Saudi Arabia, et al.*, Civil Action No. 17-cv-03887 (S.D.N.Y.);
> *Abedhajajreh, et al. v. Kingdom of Saudi Arabia, et al.*, Civil Action 17-cv-06123 (S.D.N.Y.).

## ORDER EXTENDING *PRO HAC VICE* ADMISSION

It is, this 21st day of August 2017, ORDERED that:

1. The *pro hac vice* admission of Alan T. Dickey, of the law firm Squire Patton Boggs (US) LLP, is extended to the above-captioned cases consolidated into the multi-district litigation ("MDL") before this Court.

2. Alan T. Dickey may appear on behalf of The National Commercial Bank in the above-captioned cases, or any other consolidated MDL cases, now or in the future, by filing notices of appearance. Additional applications for *pro hac vice* admission will not be required.

3. The Clerk of Court is directed to enter Notices of Appearance for Alan T. Dickey on behalf of The National Commercial Bank in the above-captioned cases.

August 21, 2017
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge