USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                                       )    Civil Action No. 03 MDL 1570 (GBD)

IN RE: TERRORIST ATTACKS ON    )    **ORDER FOR**
SEPTEMBER 11, 2011                     )    **ADMISSION PRO HAC VICE**

------------------------------------------------------- x

This document relates to:
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)
*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)

       The motion of Fahad A. Habib, for admission to practice Pro Hac Vice in the above captioned matters is granted.

       Applicant has declared that he is a member in good standing of the bars of the California Supreme Court and the District of Columbia Court of Appeals (where he has voluntarily taken inactive status); and that his contact information is as follows:

    Applicant's Name:    Fahad A. Habib
    Firm Name:             Jones Day
    Address:                 555 California Street, 26th Floor
    City / State / Zip:    San Francisco, CA  94104
    Telephone:            (415) 626-3939

       Applicant having requested admission to appear for all purposes as counsel for Defendant Saudi Binladin Group in the above entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SARAH NETBURN
United States Magistrate Judge

August 21, 2017
New York, New York