IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh v. Kingdom of Saudi Arabia*, No. 17-cv-06123. | |

## NOTICE OF APPEARANCE

Al Rajhi Bank hereby requests that the Court enter appearances for Nicole Erb as its counsel in the above-captioned cases for this consolidated multi-district litigation. Ms. Erb is admitted to practice in this Court. In filing Ms. Erb's appearances, Al Rajhi Bank respectfully reserves all defenses and objections to these lawsuits, including without limitation objections to this Court's personal jurisdiction.

| | |
|---|---|
| Dated: August 21, 2017<br>Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Nicole Erb*<br>Nicole Erb<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>Telephone:     + 1 202 626 3600<br>Facsimile:      + 1 202 639 9355<br>nerb@whitecase.com<br><br>*Counsel for Al Rajhi Bank* |