IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

*This document relates to:*

*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123.

## MOTION FOR ADMISSION OF MATTHEW S. LEDDICOTTE *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Matthew S. Leddicotte hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Al Rajhi Bank in the above-captioned actions.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission

by any court.  I have attached the affidavit and certificate of good standing pursuant to Local

Rule 1.3.

Dated: August 21, 2017                                    Respectfully submitted,

**WHITE & CASE**

 /s/ *Matthew S. Leddicotte*
Matthew S. Leddicotte
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     +1 202 626 3600
Facsimile:      +1 202 639 9355
mleddicotte@whitecase.com

*Counsel for Al Rajhi Bank*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2017, I caused an electronic copy of the foregoing Motion For Admission Of Matthew S. Leddicotte *Pro Hac Vice* to be served electronically by the Court's Electronic Case Filing (ECF) System.  I caused the foregoing to be filed on the MDL docket and the dockets for the following consolidated cases:

> *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853;
> *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663;
> *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937;
> *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117;
> *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450;
> *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651;
> *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887;
> *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and
> *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123.

Dated: August 21, 2017

/s/ *Matthew S. Leddicotte*
Matthew S. Leddicotte