IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123. | Case No. 1:03-md-01570-GBD-SN |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
OF MATTHEW S. LEDDICOTTE *PRO HAC VICE***

I, Matthew S. Leddicotte, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matters as counsel *Pro Hac Vice* for Defendant Al Rajhi Bank.

I, Matthew S. Leddicotte, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. My current certificate of good standing from the District of Columbia is attached.

I certify and attest, under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 21, 2017  
Washington, DC

Matthew S. Leddicotte  
WHITE & CASE LLP  
701 Thirteenth Street, NW  
Washington, DC  20005  
Telephone:   +1 202 626 3600  
Facsimile:   +1 202 639 9355  
mleddicotte@whitecase.com

Sworn to and subscribed before me this 21st day of August 2017.

JOAN CARR  
NOTARY PUBLIC  
District of Columbia

JOAN A. CARR  
NOTARY PUBLIC DISTRICT OF COLUMBIA  
My Commission Expires November 14, 2019

My commission expires _____.

