IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

*This document relates to:*

*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123

## <u>MOTION FOR ADMISSION OF REUBEN J. SEQUEIRA *PRO HAC VICE*</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Reuben J. Sequeira hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Al Rajhi Bank in the above-captioned actions.

I am in good standing of the bar of the State of New York and the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended,

disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 21, 2017                    Respectfully submitted,

**WHITE & CASE**

 /s/ *Reuben J. Sequeira*
Reuben J. Sequeira
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     +1 202 626 3600
Facsimile:     +1 202 639 9355
rsequeira@whitecase.com

*Counsel for Al Rajhi Bank*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2017, I caused an electronic copy of the foregoing

Motion For Admission Of Reuben J. Sequeira *Pro Hac Vice* to be served electronically by the

Court's Electronic Case Filing (ECF) System. I caused the foregoing to be filed on the MDL

docket and the dockets for the following consolidated cases:

> *The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853
> *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663
> *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937
> *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117
> *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450
> *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651
> *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887
> *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908
> *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123

Dated: August 21, 2017

/s/ *Reuben J. Sequeira*
Reuben J. Sequeira