UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                                                )

IN RE: TERRORIST ATTACKS ON    )
SEPTEMBER 11, 2011                     )    Civil Action No. 03 MDL 1570 (GBD) (SN)
                                                                                )
------------------------------------------------------ x

This document relates to:

*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Abedhajajreh v. Kingdom of Saudi Arabia*, 17-cv-06123 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)

## NOTICE OF MOTION TO DISMISS

      PLEASE TAKE NOTICE that, pursuant to Rules 7(b) and 12(b)(2) and (6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Saudi Binladin Group ("SBG") hereby appears for the purpose of moving the Court, before the Honorable George B. Daniels, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against SBG for want of personal jurisdiction and, in the alternative, for failure to state a claim. A memorandum of law in support of this Motion is filed herewith.

      PLEASE TAKE FURTHER NOTICE that, pursuant to a scheduling order issued by the Honorable Sarah Netburn (MDL Dkt. No. 3584), any opposing papers shall be filed electronically no later than October 20, 2017.

Dated: August 21, 2017

Respectfully submitted,

By: /s/ *James E. Gauch*
    Mary Ellen Powers
    James E. Gauch
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    Tel: (202) 879-3939
    Fax: (202) 626-1700
    Email: mepowers@jonesday.com
    Email: jegauch@jonesday.com

    Fahad A. Habib
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: (415) 626-3939
    Facsimile: (415) 875-5700
    Email: fahabib@jonesday.com

    *Counsel for Defendant Saudi Binladin Group*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing upon all counsel of record via ECF on August 21, 2017, including counsel for all of the parties to the following cases:

*Underwriting Members of Lloyd's Syndicates 2 v. Al Rajhi Bank*, No. 16-cv-07853 (GBD)
*Abarca v. Kingdom of Saudi Arabia*, No. 17-cv-03887 (GBD)
*Abedhajajreh v. Kingdom of Saudi Arabia*, No. 17-cv-06123 (GBD)
*Addesso v. Kingdom of Saudi Arabia*, No. 16-cv-09937 (GBD)
*Aguilar v. Kingdom of Saudi Arabia*, No. 16-cv-09663 (GBD)
*Aiken v. Kingdom of Saudi Arabia*, No. 17-cv-00450 (GBD)
*Arrowood Indemnity Co. v. Kingdom of Saudi Arabia*, No. 17-cv-03908 (GBD)
*Charter Oak Fire Ins. Co. v. Al Rajhi Bank*, No. 17-cv-02651 (GBD)
*Hodges v. Kingdom of Saudi Arabia*, No. 17-cv-00117 (GBD)

Dated: August 21, 2017

                                                Respectfully submitted,

                                                /s/ James E. Gauch
                                                James E. Gauch
                                                JONES DAY
                                                51 Louisiana Avenue, NW
                                                Washington, DC  20001
                                                Telephone:  202-879-3939
                                                Facsimile:  202-626-1700
                                                Email:  jegauch@jonesday.com