USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>*This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-0117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; and *Abedhajajreh, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123. | Case No. 1:03-md-01570-GBD-SN |

## ORDER GRANTING *PRO HAC VICE* ADMISSION

The Motion of Matthew S. Leddicotte for admission to practice *Pro Hac Vice* before this Court in the above-captioned cases is GRANTED. Matthew S. Leddicotte has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Matthew S. Leddicotte
> White & Case LLP
> 701 Thirteenth Street, NW
> Washington, DC  20005
> Telephone:    +1 202 626 3600
> Facsimile:     +1 202 639 9355
> mleddicotte@whitecase.com

Matthew S. Leddicotte having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Al Rajhi Bank in the above-captioned actions;

IT IS HEREBY ORDERED that Matthew S. Leddicotte is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

_____
SARAH NETBURN
United States Magistrate Judge

August 22, 2017
New York, New York