AUG 17 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)(FM)

### [PROPOSED] FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Ashton* wrongful

death Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic

Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those Plaintiffs in *Ashton et al. v.*

*Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) identified in the attached Exhibit A

against the Islamic Republic of Iran (the "*Ashton III* Plaintiffs"); and it is

**ORDERED** that the *Ashton III* Plaintiffs identified in the attached Exhibit A are awarded

solatium damages as set forth in Exhibit A;

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per

annum; all interest compounded annually over the same period; and

**ORDERED** that the *Ashton* Plaintiffs not appearing on Exhibit A and who were not

previously awarded damages may submit in later stages applications for solatium and/or

economic damages awards that will be approved on the same basis as currently approved for

those Plaintiffs appearing on Exhibit A.

Dated:    New York, New York
          AUG 17 2017, 2017

                                    SO ORDERED:

1

AUG 17 2017

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

### The *Ashton* Wrongful Death Plaintiffs' Motion for Final Judgments

For the reasons set forth below, and the statements contained in the declaration of James P. Kreindler, Esq. ("Kreindler Declaration"), the *Ashton* plaintiffs, by and through their counsel, Kreindler & Kreindler LLP, respectfully move this Court to award in the cases set forth in Exhibit A to the Kreindler Decl. solatium damages for the losses suffered by the relatives of the decedents in the same amounts previously awarded by this Court to other *Ashton* plaintiffs as well as to the *Havlish* plaintiffs against the Islamic Republic of Iran ("Iran"); and award prejudgment interest on those damages as set forth below. This motion is made on behalf of the *Ashton* claimants listed in Exhibit A attached to the Kreindler Declaration ("*Ashton III*"), in light of this Court's previous order granting permission to allow remaining *Ashton* plaintiffs to move for this relief. *See* 03-md-1570 (S.D.N.Y.) (GBD) (FM), Doc. No. 3300, Filed 06/16/2016.

As the awards set forth in the attached proposed order represent the only direct recovery against Iran on behalf of the *Ashton III* claimants listed in Exhibit A, any award issued to those individuals will constitute final awards and judgments against the Islamic Republic of Iran in for those solatium claimants listed in Exhibit A to the Kreindler Declaration.

### I.    Procedural Background

Based on evidence and arguments submitted by various plaintiffs in this consolidated multi-district litigation arising out of the September 11, 2001 terror attacks, this Court previously

issued a default judgment on liability against Iran to all *Ashton* plaintiffs for claims arising out of
the deaths of the plaintiffs' decedents (the "*Ashton* wrongful death plaintiffs.") *See* 03-md-1570
(02-cv-6977) (S.D.N.Y.) (GBD) (FM), Doc. No. 3008, Entered 08/26/2015. Thereafter, all
*Ashton* wrongful death plaintiffs moved for partial summary judgment for the conscious pain and
suffering that their decedents suffered before death, which this Court granted, and certain *Ashton*
wrongful death plaintiffs moved for default judgments on economic damages, as well. This
Court granted those motions. *See, e.g.,* 03-md-1570 (02-cv-6977) (S.D.N.Y.) (GBD) (FM), Doc.
Nos. 3229, Entered 03/09/2016 (adopting December 28, 2015 Report and Recommendation
awarding damages for conscious pain and suffering) and 3356, Entered 10/11/2016 (awarding
damages for economic loss).

In addition, certain *Ashton* plaintiffs previously moved for solatium damages suffered by
those family members eligible to recover such damages under 28 U.S.C. § 1605A. *See* 03-md-
1570 (02-cv-6977), Doc. Nos. 3295, Entered 06/08/2016 (Motion for Final Judgment for *Ashton
I* claimants including claims for solatium damages) and 3356, Entered 10/11/2016 (Motion for
Final Judgment for *Ashton II* claimants including claims for solatium damages.) This Court
granted both of those motions, finding that an award to the immediate family members of each
decedent was proper and that prejudgment interest on the solatium loss amounts was warranted.
*See* 03-md-1570 (02-cv-6977) (S.D.N.Y.) (GBD) (FM), Doc. Nos. 3300, Entered 06/16/16 and
3387, Entered 10/31/2016.

On the issue of prejudgment interest, a December 28, 2015 Report and Recommendation,
adopted by this Court, concluded that to the extent the *Ashton* wrongful death plaintiffs' claims
arose out of injuries in New York State the rate of prejudgment interest was 9 percent per annum
from September 11, 2001 until the date judgment was entered and to the extent the injuries arose

2

elsewhere 4.96 percent interest per annum compounded annually was appropriate. *See* 03-md-
1570 (02-cv-6977) (S.D.N.Y.) (GBD) (FM), Doc. No. 3175, Entered 12/28/2015, pp. 1 – 2.  A
subsequent Report and Recommendation issued in October 2016, also adopted by this Court,
however, concluded that the rate of prejudgment interest of 4.96 percent for all pain and
suffering and solatium claims was more appropriate. *See* 03-md-1570 (11-cv-7550).
Accordingly, both the *Ashton I* and *Ashton II* plaintiffs were awarded prejudgment interest at the
rate of 4.96 percent per annum.

      For the reasons below as well as those set forth in the prior motions for summary
judgment on liability and prior motions for judgment for solatium damages made on behalf of
other *Ashton* wrongful death plaintiffs, the *Ashton* plaintiffs listed in Exhibit A to the Kreindler
Decl. ("*Ashton III* Plaintiffs") now move this Court to grant the attached proposed Order
awarding them the same amount of compensatory damages for their solatium losses as awarded
to other plaintiffs, including the *Ashton I* and *Ashton II* plaintiffs, and directing that pre-judgment
interest be assessed at 4.96 percent per annum, which is the rate that this Court previously
approved in connection with the *Ashton I* and *Ashton II* plaintiffs' prior motion for partial
judgment on solatium damages.  All *Ashton* plaintiffs also ask for permission to continue to
submit applications in subsequent stages on behalf of those claimants not included in the
attached exhibit, should any other applications be warranted.

**II.    Damages**

      Under 28 U.S.C. § 1605A ("Section 1605A"), which applies to the claims against Iran,
damages are available under the federal law and include money damages "for personal injury or
death." *See* 28 U.S.C. § 1605A(a)(1) and (c)(4).  The damages available to plaintiffs in a Section
1605A action include "economic damages, solatium, pain and suffering, and punitive damages."

3

28 U.S.C. § 1605A(c)(4). That is, the "estates of those who [died] can recover economic losses stemming from wrongful death of the decedent; family members can recover solatium for their emotional injury; and all plaintiffs can recover punitive damages." *Valore v. Islamic Republic of Iran*, 700 F.Supp.2d 52, 83 (D.D.C. 2010). As this Court has previously held,

All *Ashton* plaintiffs are therefore entitled to compensation under Section 1605A for the solatium and economic losses suffered as a result of the wrongful death of each of their decedents.

### A. Solatium Damages

Section 1605A specifically provides for solatium damages. Under that provision, family members of the decedents may recover for "the mental anguish, bereavement, and grief that those with a close relationship to the decedent experience as a result of the decedent's death, as well as the harm caused by the loss of decedent's society and comfort." *Dammarell v. Islamic Republic of Iran*, 281 F. Supp. 2d 105, 196 (D.D.C. 2003), *vacated on other grounds*, 404 F. Supp. 2d 261 (D.D.C. 2005). Other courts have previously noted that "[a]cts of terrorism are by their very definition extreme and outrageous and intended to cause the highest degree of emotional distress." *Belkin v. Islamic Republic of Iran*, 667 F. Supp. 2d 8, 22 (D.D.C. 2009). Given that, in FSIA cases solatium claims have been treated as comparable to claims for intentional infliction of emotional distress, in which the immediate family members of the decedent are treated as direct victims. *See, e.g* Salazar v. Islamic Republic of Iran, 370 F. Supp. 2d 105, 115 n.12 (D.D.C. 2005)("[c]ourts have uniformly held that a terrorist attack—by its nature—is directed not only at the victims but also at the victims' families."); .*Surette v. Islamic Republic of Iran*, 231 F. Supp. 2d 260, 267 n.5 (D.D.C. 2002) (treating solatium claim as "'indistinguishable' from the claim of intentional infliction of emotional distress.") (quoting

4

*Wagner v. Islamic Republic of Iran*, 172 F. Supp. 2d 128, 135 n.11 (D.D.C. 2001)).  Thus, this

Court has previously awarded solatium damages to "immediate family members" who, though

not physically present at the site of the terrorist attacks, were nevertheless intended victims of the

terrorist activities. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-MDL-1570 (GBD)(FM)

(S.D.N.Y. Oct. 12, 2016) (ECF No. 3358) ("*Hoglan* Report"); *In re Terrorist Attacks on Sept.

11, 2001*, No. 03-MDL-1570 (GBD)(FM), 2015 WL 9468813 (S.D.N.Y. Dec. 28, 2015)

("*Ashton* Report"); *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-MDL-1570 (GBD)(FM),

2012 WL 4711407 (S.D.N.Y. Oct. 3, 2012) ("*Havlish* Report").

      In defining those family members eligible to make a claim for solatium damages, this

Court previously determined that spouses, parents, children and siblings who survived the 9/11

decedent were entitled to recover for their losses, and set forth a framework for other family

relationships that fell outside of those four categories, such as intimate partners, aunts and uncles

and step-relationships. *See* 03-md01570 (S.D.N.Y.) (GBD)(SN), Doc. No. 3363, Entered

10/14/2016.  The four established categories of family relationships – spouses, parents, children

and siblings – do not require any additional showing of the nature of the underlying relationship.

      To fashion a solatium award adequately compensating the surviving family members in

the litigation against Iran, this Court previously looked to the analysis undertaken by District

Court Judge Royce Lambert in the case of *Estate of Heiser v. Islamic Republic of Iran*, 466 F.

Supp. 2d 229 (D.D.C. 2006).  There, Judge Lamberth concluded that solatium damages should

be awarded to each spouse of a deceased victim in the amount of $8 million, to each parent in the

amount of $5 million, and to each sibling in the amount of $2.5 million.  *Id.*[1]

---

[1] This formula may be adjusted upward or downward when circumstances warrant. *See, e.g.,
Estate of Bland v. Islamic Republic of Iran*, 831 F. Supp. 2d 150, 156 (D.D.C. 2011); *Valore*, 700
F. Supp. 2d at 85.

Magistrate Judge Frank Maas previously recognized that the immediate family members of those killed in the September 11 terrorist attacks suffered and continue to suffer "profound agony and grief and, "[w]orse yet, … are faced with frequent reminders of the events of that day. *See* 03-md-1570 (02-cv-6977) (S.D.N.Y.) (GBD) (FM), Doc. No. 2618, Entered 07/30/12, pp. 10 – 12. Given the "extraordinarily tragic circumstances surrounding the September 11th attacks, and their indelible impact on the lives of the victims' families," the *Havlish* Report and Recommendation concluded that an upward departure was appropriate and recommended solatium damages in the following amounts:

| Relationship to Decedent | Solatium Award |
| --- | --- |
| Spouse | $12,500,000 |
| Parent | $8,500,000 |
| Child | $8,500,000 |
| Sibling | $4,250,000 |

Subsequently, Magistrate Judge Maas and then Magistrate Judge Sarah Netburn issued orders awarding solatium damages in the amounts set forth above to various groups of plaintiffs.

The losses claimed in this motion are legally and factually comparable to those suffered by the *Ashton I* and *Ashton II* claimants, and the other claimants involved in this litigation. Each of the deaths in this case were sudden and unexpected and were the result of the terrorism defendants' extreme acts of malice. The decedents were civilians whose deaths were intended to create an environment of fear and terror. The claimants here were not attenuated victims but the immediate family members of the decedents and were directly and irrevocably harmed by the terrorist acts and consequences. Many family members can visit no private cemetery plot or

6

gravestone to visit their loved ones but are instead resigned to never have the closure that might otherwise be expected after the death of an immediate family member. The amount of solatium damages previously adopted by the District Court in the other *Ashton* cases as well as the other claimants involved in this litigation should apply equally to the *Ashton III* Plaintiffs.

The relationships between the decedent and the *Ashton III* Plaintiffs are set forth in the accompanying Kreindler Declaration. As described in the Kreindler Declaration, all of the *Ashton III* Plaintiffs have direct relationships previously recognized as being presumptively qualified for solatium damages; the relationships between the *Ashton III* Plaintiffs and the September 11th decedents have been verified; all of the *Ashton III* Plaintiffs survived the deaths of their loved ones on September 11th; and none of the *Ashton III* Plaintiffs has another claim pending before this Court for compensation against Iran. The *Ashton* plaintiffs therefore respectfully request that this Court issue a final judgment ordering payment of solatium damages to the *Ashton III* Plaintiffs, listed in Exhibit A, in the same amounts set forth above, based on their relationship with their decedents and as described in the Kreindler Declaration.

### B. Prejudgment Interest

Additionally, the *Ashton III* Plaintiffs ask that this Court direct that prejudgment interest of 4.96% on the solatium awards running from September 11, 2001 until the date of judgment to the extent that their injuries arose in New York be assessed, as was done previously in the *Ashton I* and *Ashton II* cases, as well as for other plaintiffs in this consolidated litigation.

### III.   Conclusion

For all of the reasons herein, as well as those set forth in the previous submissions of the *Ashton* plaintiffs and other plaintiffs, the *Ashton III* Plaintiffs respectfully request that this Court grant the proposed order attached to the Kreindler Delcaration as Exhibit B and (1) award them

7

solatium damages as set forth in the attached Exhibit A, (2) direct that prejudgment interest of

4.96% on the solatium awards running from September 11, 2001 until the date of judgment be

assessed; and (3) permit remaining *Ashton* claimants to submit motions for final judgment in

future stages.

Dated: New York, New York
       August 16, 2017

Respectfully submitted,

KREINDLER & KREINDLER LLP


BY:    /s/ James P. Kreindler     
James P. Kreindler, Esq.
Andrew J. Maloney III, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 687-8181
*Attorneys for Ashton Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(FM)

JAMES P. KREINDLER, Esq., hereby states under penalty of perjury that:

1.      I am an attorney representing the *Ashton* plaintiffs in the above-captioned

litigation and I submit this declaration in support of the motion for final judgment on behalf of

the individual plaintiffs attached hereto as Exhibit A, and for permission to allow any remaining

*Ashton* plaintiffs to move for the same relief in separate stages.

2.      The source of my information and the basis for my belief in my statements

contained herein are my personal involvement in this matter for the past 15 years; my firm's

representation of the *Ashton* plaintiffs listed in Exhibit A in connection with the September 11th

litigation against airline defendants; communications directly from family members of the

individuals killed in the attacks on September 11th and the plaintiffs listed in Exhibit A; and other

court records relating to the multi-district litigation to which the *Ashton* plaintiffs are parties.

Any matters about which I lack personal knowledge are asserted herein upon information and

belief.

3.      All of the decedents listed in Exhibit A died in the September 11th terrorist attacks

and are survived by the family members whose relationships to the decedents are described in

Exhibit A. These relationships have been verified by the personal representatives and/or family

members of the September 11th decedents.

1

4.      The family members listed in Exhibit A were not eligible to receive or opted not to seek compensation through the September 11th Victim Compensation Fund ("VCF"). Based on the VCF files in our possession and our communications with the September 11th decedents' personal representatives and family members, no VCF award was issued to any of the plaintiffs listed in Exhibit A.

5.      We have been retained individually by the plaintiffs listed in Exhibit A to pursue recovery for their solatium losses arising out of the deaths of their loved ones on September 11, 2001. We have verified that all of the plaintiffs listed in Exhibit A survived the deceased September 11th victims and have not recovered for their solatium damages previously, nor do they have any pending motion before this Court for compensation arising out of the September 11th attacks.

6.      Accordingly, I respectfully request that this Court grant the proposed order attached hereto as Exhibit B.

Dated: August 16, 2017
       New York, NY

                                          /s/ James P. Kreindler
                                          James P. Kreindler

2

# Exhibit A

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Aranyos, Patrick | Aranyos, Jr., Alexander Paul | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Frank | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Frank J. | Parent | $ 8,500,000.00 |
| Barbella, James W. | Barbella, Louis | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Michael | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Ruth | Parent | $ 8,500,000.00 |
| Barbella, James W. | Barbella, Ruth A. | Sibling | $ 4,250,000.00 |
| Barbella, James W. | Barbella, Thomas | Sibling | $ 4,250,000.00 |
| Basin, Inna | Kogan, Yefim | Sibling | $ 4,250,000.00 |
| Battaglia, Paul | Leinung, Eric J. | Sibling | $ 4,250,000.00 |
| Battaglia, Paul | Leinung, Kristen M. | Sibling | $ 4,250,000.00 |
| Beaven, Alan | Budde, Margaret | Sibling | $ 4,250,000.00 |
| Bell, Nina P. | Bell, Lowell F. | Sibling | $ 4,250,000.00 |
| Bell, Nina P. | Harrison, Deborah | Sibling | $ 4,250,000.00 |
| Berger, Steven H. | Berger, Phyllis | Parent | $ 8,500,000.00 |
| Biegeleisen, Shimmy D. | Berger, Rochelle | Sibling | $ 4,250,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Alan | Sibling | $ 4,250,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Jacob S. | Parent | $ 8,500,000.00 |
| Biegeleisen, Shimmy D. | Biegeleisen, Regina | Parent | $ 8,500,000.00 |
| Bosco, Richard E. | Bosco, III., William J. | Sibling | $ 4,250,000.00 |
| Bosco, Richard E. | Bosco, Michael | Sibling | $ 4,250,000.00 |
| Boyarsky, Gennady | Boyarsky, Beata | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Alice | Parent | $ 8,500,000.00 |
| Brady, David B. | Brady, Jr., Richard W. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Michael J. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Brady, Richard | Parent | $ 8,500,000.00 |
| Brady, David B. | Brady, Scott T. | Sibling | $ 4,250,000.00 |
| Brady, David B. | Zaremba, Mary Christine | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Bravo, Albert | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Bravo, Norma | Sibling | $ 4,250,000.00 |
| Bravo, Lydia E. | Muszel, Leticia | Sibling | $ 4,250,000.00 |
| Bruce, Mark | Bruce, David | Sibling | $ 4,250,000.00 |
| Bruce, Mark | Bruce, Diane | Parent | $ 8,500,000.00 |
| Bruce, Mark | Bruce, Stephen | Sibling | $ 4,250,000.00 |
| Bruehert, Richard | Bruehert, John | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, Michael | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, Thomas | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Buhse, William | Sibling | $ 4,250,000.00 |
| Buhse, Patrick | Kazanecki, Suanne | Sibling | $ 4,250,000.00 |
| Burns, Donald J. | Burns Reed, Kathleen | Sibling | $ 4,250,000.00 |
| Burns, Donald J. | Burns, Michael F. | Sibling | $ 4,250,000.00 |
| Butler, Thomas M. | Cristiano, Eileen | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Cahill, Christopher | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Cahill, Jr, James | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Kerin, Kerry | Sibling | $ 4,250,000.00 |
| Cahill, Thomas J. | Psirogianes, Kathleen | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Calderon, Edward | Bruno, Ida | Parent | $ 8,500,000.00 |
| Calderon, Edward | Calderon, Anthony | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Cathy | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Jr., Vincent | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Mariza | Sibling | $ 4,250,000.00 |
| Calderon, Edward | Calderon, Vicente | Parent | $ 8,500,000.00 |
| Calderon, Edward | Otero, Caroline | Sibling | $ 4,250,000.00 |
| Calia, Dominick E. | Calia-Costa, Christine | Sibling | $ 4,250,000.00 |
| Calia, Dominick E. | Calia-Kuhn, Jeanann | Sibling | $ 4,250,000.00 |
| Carroll, Michael T. | Amigron, Nancy | Sibling | $ 4,250,000.00 |
| Carroll, Michael T. | Carroll, Eleanor | Parent | $ 8,500,000.00 |
| Carroll, Michael T. | Nix, Eileen | Sibling | $ 4,250,000.00 |
| Chin, Robert | Chin, Suk Tan | Sibling | $ 4,250,000.00 |
| Ciafardini, Christopher | Ciafardini, Dominic | Sibling | $ 4,250,000.00 |
| Clyne, Susan M. | Creamer, Linda G. | Sibling | $ 4,250,000.00 |
| Clyne, Susan M. | Dietrich, Grace | Parent | $ 8,500,000.00 |
| Clyne, Susan M. | Dietrich, Kurt H. | Sibling | $ 4,250,000.00 |
| Crawford, Jr., James L. | Crawford, Elizabeth | Parent | $ 8,500,000.00 |
| Crawford, Jr., James L. | Crawford, Jim | Parent | $ 8,500,000.00 |
| Crawford, Jr., James L. | Dunlevy, Leslie Crawford | Sibling | $ 4,250,000.00 |
| Crawford, Jr., James L. | Van Duyne, Elizabeth | Sibling | $ 4,250,000.00 |
| Dean, William | Cryne, Beverly | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Donna | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Jr., Malcolm | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Mark | Sibling | $ 4,250,000.00 |
| Dean, William | Dean, Sr., Malcolm | Parent | $ 8,500,000.00 |
| Deangelis, Thomas P. | Smollen, Donna | Sibling | $ 4,250,000.00 |
| Della Bella, Andrea | Lun, David | Sibling | $ 4,250,000.00 |
| Deloughery, Colleen Ann | Marrese, Patricia | Sibling | $ 4,250,000.00 |
| Deloughery, Colleen Ann | McNulty, Joseph | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Charles | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Michael | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Susan | Sibling | $ 4,250,000.00 |
| Demitz, Carol K. | Demitz, Woody | Sibling | $ 4,250,000.00 |
| Dinnoo, Rena | Sam, Gina | Sibling | $ 4,250,000.00 |
| Dinnoo, Rena | Sam, Lisa | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne, Charles | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne-Keenan, Courtney | Sibling | $ 4,250,000.00 |
| Dunne, Christopher J. | Dunne-Welch, Cynthia | Sibling | $ 4,250,000.00 |
| Eagleson, John B. | Eagleson, William | Sibling | $ 4,250,000.00 |
| Eckna, Paul | Eckna, Richard | Sibling | $ 4,250,000.00 |
| Eckna, Paul | Eckna, Steven | Sibling | $ 4,250,000.00 |
| Espinoza, Fanny | Antonio Garcia, Rafael | Parent | $ 8,500,000.00 |
| Espinoza, Fanny | Garcia Lantigua, Monica | Parent | $ 8,500,000.00 |
| Espinoza, Fanny | Garcia, Pedro | Sibling | $ 4,250,000.00 |
| Espinoza, Fanny | Garcia, Wanda | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Flannery, Christina | Donovan, Catherine | Parent | $ 8,500,000.00 |
| Flannery, Christina | Donovan, William | Parent | $ 8,500,000.00 |
| Flyzik, Carol | Flyzik, Claudia | Sibling | $ 4,250,000.00 |
| Flyzik, Carol | Pritchard, Linda | Sibling | $ 4,250,000.00 |
| Friedman, Andrew | Gabrieli, Wendi | Sibling | $ 4,250,000.00 |
| Fry, Peter | Fry, Charles Gordon | Parent | $ 8,500,000.00 |
| Fry, Peter | Fry, Lance | Sibling | $ 4,250,000.00 |
| Fry, Peter | Fry, Michael | Sibling | $ 4,250,000.00 |
| Gabriel, Richard P. | Gabriel, George | Sibling | $ 4,250,000.00 |
| Gabriel, Richard P. | Gabriel, Patricia | Child | $ 8,500,000.00 |
| Gabriel, Richard P. | Gabriel, Richard | Child | $ 8,500,000.00 |
| Gallagher, John P. | Campbell, Therese | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Gallagher, Celine | Parent | $ 8,500,000.00 |
| Gallagher, John P. | Jordan, Peter | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Jordan, Vincent | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Jordan-Hart, Kathleen | Sibling | $ 4,250,000.00 |
| Gallagher, John P. | Sorge, Anne Marie | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Diaz, John J. | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Henriquez, Karine | Sibling | $ 4,250,000.00 |
| Galletti, Lourdes Janet | Joglar, Eric J. | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Emilio | Parent | $ 8,500,000.00 |
| Gallo, Cono | Gallo, John | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Lisa | Sibling | $ 4,250,000.00 |
| Gallo, Cono | Gallo, Raffaela | Parent | $ 8,500,000.00 |
| Garcia, Jr., Andrew | McAllister, Carolyn | Sibling | $ 4,250,000.00 |
| Garcia, Marlyn C. | Garcia, Ingrid | Sibling | $ 4,250,000.00 |
| Garcia, Marlyn C. | Garcia, Tania M. | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Feldon, Elisabeth | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Giaccone, James | Sibling | $ 4,250,000.00 |
| Giaccone, Joseph | Giaccone, Michael | Sibling | $ 4,250,000.00 |
| Giglio, Laura A. | Marchese-Collins, Cathy | Sibling | $ 4,250,000.00 |
| Giglio, Laura A. | Thomas, Marie | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Birdie Mae | Parent | $ 8,500,000.00 |
| Glenn, Harry | Glenn, Donald O. | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, James | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Jr., Roosevelt | Sibling | $ 4,250,000.00 |
| Glenn, Harry | Glenn, Sr., Roosevelt | Parent | $ 8,500,000.00 |
| Glenn, Harry | Murray, Franklin | Sibling | $ 4,250,000.00 |
| Greenleaf, James | Greenleaf, Peter | Sibling | $ 4,250,000.00 |
| Gregory, Florence M. | Gregory, John F. | Sibling | $ 4,250,000.00 |
| Gregory, Florence M. | Petronis, Maureen | Sibling | $ 4,250,000.00 |
| Grillo, Joseph | Grillo, Joseph | Parent | $ 8,500,000.00 |
| Grillo, Joseph | Grillo, Steven | Sibling | $ 4,250,000.00 |
| Haag, Gary | Haag Herrmann, Lori | Sibling | $ 4,250,000.00 |
| Haag, Gary | Haag, Robert | Parent | $ 8,500,000.00 |
| Hagerty, Karen E. | Hagerty, James | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Hagerty, Karen E. | Loeffler, Deborah | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Harvey, Michael | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Harvey, Virgina | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Ryan, Marie Harvey | Sibling | $ 4,250,000.00 |
| Harvey, Emeric J. | Steo, Antoinette | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Greene, Karen | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Hinds, Coleen | Sibling | $ 4,250,000.00 |
| Hinds, Neil | Hinds, Collin | Parent | $ 8,500,000.00 |
| Hinds, Neil | Hinds, Ethlyn | Parent | $ 8,500,000.00 |
| Hinds, Neil | Hinds, Wade-Roy | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Cuffee, Sonya | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Ginsberg, Tammy | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs Lightfoot, Sherian | Sibling | $ 4,250,000.00 |
| Hobbs, Tara Y. | Hobbs, Reginald | Sibling | $ 4,250,000.00 |
| Hohlweck, Jr., Thomas W. | Judge, Mary | Sibling | $ 4,250,000.00 |
| Holland, III, Joseph | Holland McLin, Michele | Sibling | $ 4,250,000.00 |
| Holland, III, Joseph | Holland, Brian | Sibling | $ 4,250,000.00 |
| Hoorn, Bradley | Hoorn, Kara | Sibling | $ 4,250,000.00 |
| Howard, Joseph L. | Galizia, Anne | Sibling | $ 4,250,000.00 |
| Howard, Joseph L. | Reidlinger, Susan | Sibling | $ 4,250,000.00 |
| Hunter, Joseph G. | Hunter, Sean | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Irby, Addison J. | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Irby, Kenneth | Sibling | $ 4,250,000.00 |
| Irby, Stephanie | Melton, Pamela | Sibling | $ 4,250,000.00 |
| Iskyan, John | Iskyan, Laura | Sibling | $ 4,250,000.00 |
| Iskyan, John | Iskyan, Paul | Sibling | $ 4,250,000.00 |
| Iskyan, John | O'Brien, Joan | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Jones, Peter | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Jones, Scott | Sibling | $ 4,250,000.00 |
| Jones III, Arthur J. | Stufano, Marilyn | Parent | $ 8,500,000.00 |
| Katsimatides, John | Katsimatides, Anthoula | Sibling | $ 4,250,000.00 |
| Kellerman, Peter R. | Kellerman Fox, Pamela | Sibling | $ 4,250,000.00 |
| Kellerman, Peter R. | Kellerman, Elyssa | Sibling | $ 4,250,000.00 |
| Kellett, Joseph P. | Sullivan, Ann | Parent | $ 8,500,000.00 |
| Kelly, Thomas R. | Farrell, Jean | Sibling | $ 4,250,000.00 |
| Lafuente, Juan | Kazi, Rose Maria | Sibling | $ 4,250,000.00 |
| Lamonsoff, Amy | Lamonsoff, Steven | Sibling | $ 4,250,000.00 |
| Lamonsoff, Amy | McEneany, Wendy | Sibling | $ 4,250,000.00 |
| Lasko, Gary E. | Jurczyk, Doreen | Sibling | $ 4,250,000.00 |
| Lasko, Gary E. | Lasko, Deborah | Sibling | $ 4,250,000.00 |
| Lassman, Nicholas | Lassman, Ellen | Sibling | $ 4,250,000.00 |
| LeBlanc, Robert | LeBlanc, Carolyn | Child | $ 8,500,000.00 |
| LeBlanc, Robert | LeBlanc, John | Child | $ 8,500,000.00 |
| LeBlanc, Robert | LeBlanc, Paul | Child | $ 8,500,000.00 |
| Lederman, Alan J. | Leaflight, Nathan | Sibling | $ 4,250,000.00 |
| Lederman, Alan J. | Lembo, Jean | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Lederman, Alan J. | Salkin, Roni | Sibling | $ 4,250,000.00 |
| LeVeen, Jeffrey E. | LeVeen, Andrew William | Child | $ 8,500,000.00 |
| LeVeen, Jeffrey E. | LeVeen, Margaret L. | Child | $ 8,500,000.00 |
| MacFarlane, Marianne | MacFarlane, George | Sibling | $ 4,250,000.00 |
| MacFarlane, Marianne | Macfarlane, Joseph | Sibling | $ 4,250,000.00 |
| Maffeo, Jennieann | Maffeo, Joseph | Sibling | $ 4,250,000.00 |
| Martineau, Brian E. | Martineau, Cathleen | Sibling | $ 4,250,000.00 |
| Martineau, Brian E. | Martineau, Edward | Parent | $ 8,500,000.00 |
| Martineau, Brian E. | Martineau, Ronnah | Parent | $ 8,500,000.00 |
| McAlary, James | Higdon, Karen | Sibling | $ 4,250,000.00 |
| McAlary, James | McAlary, Bryan | Sibling | $ 4,250,000.00 |
| McAlary, James | McAlary, John | Sibling | $ 4,250,000.00 |
| McAlary, James | Sullivan, Joanne | Sibling | $ 4,250,000.00 |
| McCarthy, Justin | McCarthy, Chris | Sibling | $ 4,250,000.00 |
| McCarthy, Justin | McCarthy, Lauren | Sibling | $ 4,250,000.00 |
| McCarthy, Michael | McCarthy, William James | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Constance | Parent | $ 8,500,000.00 |
| McGinley, Daniel F. | McGinley, Dennis P. | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Martin | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Michael A. | Sibling | $ 4,250,000.00 |
| McGinley, Daniel F. | McGinley, Thomas M. | Sibling | $ 4,250,000.00 |
| Mcginnis, Thomas H. | McGinnis, James | Sibling | $ 4,250,000.00 |
| Mcginnis, Thomas H. | McGinnis-Daly, Patricia | Parent | $ 8,500,000.00 |
| McGovern, Scott M. | Bayer, Tara | Sibling | $ 4,250,000.00 |
| McGovern, Scott M. | Scott, Elisabeth | Sibling | $ 4,250,000.00 |
| Mckinney, Darryl L. | Blanding Carroll, Katina | Sibling | $ 4,250,000.00 |
| Mckinney, Darryl L. | McKinney, Dallas | Sibling | $ 4,250,000.00 |
| Mercado, Steve | Mercado, Mary | Parent | $ 8,500,000.00 |
| Mercado, Steve | Mercado, Sr., Louis | Parent | $ 8,500,000.00 |
| Milewski, Lukasz | Milewska-Podejma, Kamila P. | Sibling | $ 4,250,000.00 |
| Miller, Robert Alan | Miller, Edward | Sibling | $ 4,250,000.00 |
| Morell, George W. | Haggerty, Mary Jane | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Itzkowitz, Cindy | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Morgenstern, Howard | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Morgenstern, Jeffrey | Sibling | $ 4,250,000.00 |
| Morgenstern, Nancy | Shapiro, Lori | Sibling | $ 4,250,000.00 |
| Murphy, Patrick S. | Murphy, Lori-Jean | Sibling | $ 4,250,000.00 |
| Murphy, Patrick S. | Murphy, Thomas J. | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, John | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, Joseph | Sibling | $ 4,250,000.00 |
| Nelson-Risco, Theresa | Caggiano, Richard | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, James | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, Larry | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Hawk, Phyllis | Parent | $ 8,500,000.00 |
| Nicosia, Kathleen A. | Meyer, Kimberly | Sibling | $ 4,250,000.00 |
| Nicosia, Kathleen A. | Nicosia, George | Spouse | $ 12,500,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Noonan, Robert W. | Noonan Robertson, Anne | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Anne C. | Parent | $ 8,500,000.00 |
| Noonan, Robert W. | Noonan, Ashley | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Kelly | Sibling | $ 4,250,000.00 |
| Noonan, Robert W. | Noonan, Walter P. | Parent | $ 8,500,000.00 |
| Novotny, Brian C. | Novotny, Mary C. | Parent | $ 8,500,000.00 |
| Nussbaum, Jeffrey | Brunschwig, Melisa | Sibling | $ 4,250,000.00 |
| Nussbaum, Jeffrey | Nussbaum, Craig | Sibling | $ 4,250,000.00 |
| O'Connor, Richard J. | O'Connor, William | Sibling | $ 4,250,000.00 |
| O'Doherty, Amy | O'Doherty Lee, Maura | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Oliver, Barbara | Parent | $ 8,500,000.00 |
| Oliver, Edward K. | Oliver, Donald | Parent | $ 8,500,000.00 |
| Oliver, Edward K. | Oliver, Donald | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Oliver, James | Sibling | $ 4,250,000.00 |
| Oliver, Edward K. | Smith, Barbara | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Dale J. | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Daniel | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Oliver, Theodore W. | Sibling | $ 4,250,000.00 |
| Oliver, Leah E. | Pulver, Joanna S. | Sibling | $ 4,250,000.00 |
| Pezzuti, Kaleen E. | Pezzuti-Pelino, Megan | Sibling | $ 4,250,000.00 |
| Princiotta, Vincent | Princiotta, Bernadette Teresa | Sibling | $ 4,250,000.00 |
| Princiotta, Vincent | Yaniz, Michele A. | Sibling | $ 4,250,000.00 |
| Reda, Gregory | Reda, Christopher | Sibling | $ 4,250,000.00 |
| Reda, Gregory | Reda, Frank M. | Parent | $ 8,500,000.00 |
| Reda, Gregory | Reda, John M. | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Cruz, Maria | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Holder, Ida | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes Concepcion, Aidaline | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes Rodriguez, Nydia | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Armando | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Enoel | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Isabel | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Luz | Sibling | $ 4,250,000.00 |
| Reyes, Jr., Eduvigis | Reyes, Nemesio | Sibling | $ 4,250,000.00 |
| Richards, Gregory D. | Richards Keston, Lisa | Sibling | $ 4,250,000.00 |
| Richards, Gregory D. | Richards, Carol J. | Parent | $ 8,500,000.00 |
| Richards, Gregory D. | Richards, Paul | Sibling | $ 4,250,000.00 |
| Rimmele, III, Frederick | Connors, Karen | Sibling | $ 4,250,000.00 |
| Robotham, Michell L. | Callum, Rodney | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Okseniuk, Desiree | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Rodriguez, Brunilda | Parent | $ 8,500,000.00 |
| Rodriguez, Anthony | Rodriguez, Pedro | Parent | $ 8,500,000.00 |
| Rodriguez, Anthony | Rodriguez, Peter | Sibling | $ 4,250,000.00 |
| Rodriguez, Anthony | Suarez, Angelic | Sibling | $ 4,250,000.00 |
| Rosenblum, Andrew I. | Ornstein, Sheila | Sibling | $ 4,250,000.00 |
| Rosenblum, Andrew I. | Rosenblum, Adam | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Rosenblum, Andrew I. | Rosenblum, Barbara | Parent | $ 8,500,000.00 |
| Rosenblum, Andrew I. | Rosenblum, Richard | Sibling | $ 4,250,000.00 |
| Rosenzweig, Phillip | Rosenzweig, Allan | Sibling | $ 4,250,000.00 |
| Ross, Richard | Gordon, Rochelle | Sibling | $ 4,250,000.00 |
| Ross, Richard | Ross, Irene | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Antonelle, Patricia | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, Patricia | Parent | $ 8,500,000.00 |
| Ryan, Edward | Ryan, Paul | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, Robert | Sibling | $ 4,250,000.00 |
| Ryan, Edward | Ryan, William | Sibling | $ 4,250,000.00 |
| Ryan, Matthew L. | Ryan, Francis | Sibling | $ 4,250,000.00 |
| Santo, Susan | Santo, Michael | Sibling | $ 4,250,000.00 |
| Schreier, Jeffrey | Hart, Janice | Sibling | $ 4,250,000.00 |
| Schreier, Jeffrey | Schreier, Mark | Parent | $ 8,500,000.00 |
| Schreier, Jeffrey | Schreier, Stephanie | Parent | $ 8,500,000.00 |
| Scibetta, Adrianne | Venuto, Caterina | Parent | $ 8,500,000.00 |
| Scibetta, Adrianne | Venuto, Salvatore | Sibling | $ 4,250,000.00 |
| Scullin, Arthur | Scullin, James G. | Sibling | $ 4,250,000.00 |
| Scullin, Arthur | Scullin, James W. | Child | $ 8,500,000.00 |
| Scullin, Arthur | Scullin, Jr., Arthur W. | Child | $ 8,500,000.00 |
| Scullin, Arthur | Scullin, Nora M. | Child | $ 8,500,000.00 |
| Shulman, Mark | Shulman, Lawrence | Sibling | $ 4,250,000.00 |
| Siskopoulos, Muriel | Krinsky, Donna Neary | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Morrison, Laura | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Neary, III, Thomas J. | Child | $ 8,500,000.00 |
| Siskopoulos, Muriel | Rosenblatt, Phillip | Sibling | $ 4,250,000.00 |
| Siskopoulos, Muriel | Sondak, Terri | Child | $ 8,500,000.00 |
| Smith, Kevin J. | Brown, Margaret | Sibling | $ 4,250,000.00 |
| Smith, Kevin J. | Cross, Catherine | Sibling | $ 4,250,000.00 |
| Smith, Kevin J. | Panicola, Marianne | Sibling | $ 4,250,000.00 |
| Steinman, Alexander | Steinman, Laura | Sibling | $ 4,250,000.00 |
| Tallon, Sean Patrick | Tallon-Daros, Rosaleen | Sibling | $ 4,250,000.00 |
| Tamares, Rachel | Lopez, Jenny M. | Sibling | $ 4,250,000.00 |
| Tamares, Rachel | Paulino, Maria | Parent | $ 8,500,000.00 |
| Terry, Lisa | Terry, Leland Dale | Sibling | $ 4,250,000.00 |
| Thackurdeen, Goumatie | Thackurdeen, Raj | Sibling | $ 4,250,000.00 |
| Thackurdeen, Goumatie | Thackurdeen, Sat | Sibling | $ 4,250,000.00 |
| Tirado, David | Tirado, Richard | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Marrow, Felice | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Rodgers, Alphonso A. | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Dean | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Denise | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres, Richard | Sibling | $ 4,250,000.00 |
| Torres-Victoria, Celeste | Torres-Brown, Dawn | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Inserra, Sheila M. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Madamas, Patricia A. | Sibling | $ 4,250,000.00 |

| 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|
| Trant, Daniel | Trant, Kevin J. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Matthew J. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Maureen A. | Sibling | $ 4,250,000.00 |
| Trant, Daniel | Trant, Sally A. | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Barletta, Bernice | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Malatesta, Patricia | Sibling | $ 4,250,000.00 |
| Trentini, James A. | Spadafora, Della-Ann | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty, James | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty, Shawn | Sibling | $ 4,250,000.00 |
| Tumulty, Lance | Tumulty-Seaby, Diane | Parent | $ 8,500,000.00 |
| Twomey, Robert T. | Twomey, John | Sibling | $ 4,250,000.00 |
| Twomey, Robert T. | Twomey, Richard | Sibling | $ 4,250,000.00 |
| Twomey, Robert T. | Twomey, William | Sibling | $ 4,250,000.00 |
| Valvo, II, Carlton F. | Valvo, Brandon C. | Sibling | $ 4,250,000.00 |
| Valvo, II, Carlton F. | Valvo, Carlton F. | Parent | $ 8,500,000.00 |
| Valvo, II, Carlton F. | Valvo, Trenton | Sibling | $ 4,250,000.00 |
| Virgilio, Lawrence J. | Micko, Antonia | Sibling | $ 4,250,000.00 |
| Virgilio, Lawrence J. | Virgilio, Thomas | Sibling | $ 4,250,000.00 |
| Wainio, Honor Elizabeth | Wainio, Sarah R. | Sibling | $ 4,250,000.00 |
| Wainio, Honor Elizabeth | Wainio, Thomas F. | Sibling | $ 4,250,000.00 |
| Welty, Timothy M. | Welty, Darren M. | Sibling | $ 4,250,000.00 |
| Williams, III, Louis C. | Perez, Karen | Sibling | $ 4,250,000.00 |
| Wiswall, David | O'Gorman, Barbara | Sibling | $ 4,250,000.00 |
| Wiswall, David | Rothschild, Christine | Sibling | $ 4,250,000.00 |
| Wiswall, David | Wiswall, Robert | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | DeLellis, Mariellen | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodensheck, Raymond | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodenshek Garrett, Florence | Sibling | $ 4,250,000.00 |
| Wodenshek, Christopher | Wodenshek, Patricia | Sibling | $ 4,250,000.00 |
| Wolf, Katherine | James, Alan | Sibling | $ 4,250,000.00 |
| Wolf, Katherine | James, Howard Rhys | Parent | $ 8,500,000.00 |
| Wolf, Katherine | James, Valerie | Parent | $ 8,500,000.00 |
| Zaltsman, Arkady | Zaltsman, Alexander | Parent | $ 8,500,000.00 |
| Zaltsman, Arkady | Zaltsman, Faina | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Celina | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Ivan | Parent | $ 8,500,000.00 |
| Ziminski, Ivelin | Rodriguez, Janet | Sibling | $ 4,250,000.00 |
| Zinzi, Michael | Placek Zinzi, Madeline | Parent | $ 8,500,000.00 |
| Zion, Charles A. | Zion Green, Barbara | Sibling | $ 4,250,000.00 |
| Zion, Charles A. | Zion, Jane | Parent | $ 8,500,000.00 |
| Zuccala, Joseph J. | Cammarata, Tina | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Paterson, Theresa | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Zuccala, Jolaine J . | Child | $ 8,500,000.00 |
| Zuccala, Joseph J. | Zuccala, Sandra | Sibling | $ 4,250,000.00 |
| Zuccala, Joseph J. | Zuccala-Sams, Kaylene E. | Child | $ 8,500,000.00 |

# Exhibit B