# SPEISER KRAUSE
COUNSELLORS AT LAW
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
PHONE: (914) 223-5333  FAX: (914) 220-5334

August 26, 2017

**VIA ECF AND FACSIMILE (212) 805-6737**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**VIA ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                                        Re:    *In Re Terrorist Attacks on September 11, 2001*
                                                  No. 03-md-1570 (GBD) (SN)

Dear Judges Daniels and Netburn:

This firm represents the plaintiffs in the newly-filed action *Allianz Versicherungs–Aktiengesellschaft, et al. v. Kingdom of Saudi Arabia,* civil action number 1:17-CV-6519 (hereinafter the "Allianz Action"). Pursuant to the Court's May 3, 2017, Order, plaintiffs in the Allianz Action formally request that the Allianz Action be made part of the above-referenced Multi-District Litigation. A Short Form Complaint that is substantially in the form approved by the Court has been filed in the Allianz Action.

Plaintiffs utilized the Short Form Complaint procedure in accordance with the Court's Order of May 3, 2017  (ECF 3543 in 03-md-1570), which adopts the factual and jurisdictional allegations of the Consolidated Amended Complaint that is operative in the above-referenced Multi-District Litigation. Pursuant to that Order, Plaintiffs respectfully request that the Allianz Action be made part of *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN). Plaintiffs agree that their complaint shall be deemed subject to any motion to dismiss the Consolidated Amended Complaint (ECF 3463, 03-md-1570) or Answer to the Consolidated Amended Complaint filed by the Kingdom of Saudi Arabia.

We thank the Court for its consideration of this matter.

                                                       Respectfully submitted,

                                                       */s/ Douglas A. Latto*

                                                       Frank H. Granito, III, Esq. (FG 9760)
                                                       Douglas A. Latto, Esq. (DL 3649)
                                                       Jeanne M. O'Grady, Esq. (JO 3362)

cc: All Counsel (via ECF)