UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JELAIDAN'S AUGUST 26, 2017 STATUS REPORT

The Honorable Judge Netburn,

On August 11, 2017 I called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated that "this case is pending. Please check back at a later date." I called the same number again on August 23, 2017 and received the same automated reply through their automated system. Because of this I tried going through the automated OFAC menu again, and reached a live person by hitting the "*" key. The information specialist I reached at OFAC informed me that the case was indeed still pending, and had been assigned to a case officer named Jae. The specialist transferred me to Jae's phone. I left a voice mail on his phone asking for an update on the case, explaining again in the message my need to report to the Court every 30 days as to the status of the license application and my efforts to expedite the issuance thereof. At this time, I am still awaiting a reply to my message. As soon as I do so, I will report it to the Court.

I have also not yet received a reply to the letter I sent OFAC on July 25, 2017. Because of this, I sent the attached email (Ex. 1) to OFAC with the letter attached.

Respectfully Submitted,

Martin F. McMahon, *Esq.*
Martin McMahon & Associates
*Attorney for Defendant*

1