

Martin McMahon <mm@martinmcmahonlaw.com>

## re: Case No. 2016-330016
1 message

**Martin McMahon** <mm@martinmcmahonlaw.com>　　　　　　　　　　　Wed, Aug 23, 2017 at 3:53 PM
To: OFACLicensing@treasury.gov, Agmed@treasury.gov

Dear Licensing Division,

I am writing in regard to Case No. 2016-330016 for my client, Wael Jelaidan. Last month I left a voicemail and sent a letter (attached) requesting an update on the status of the license, as I am under court order to report to the court every 30 days the status of the application and my efforts to obtain the license from OFAC.

The automated response system on 202-622-2480 notes that the case is still pending as of today when I call, but any more information I could use to satisfy the Court about the status of the application would be very helpful. I was also able to reach an information specialist today on this number who informed me the case had been assigned to a case officer named Jae. She transferred me to his phone where I left a message explaining the above as well.

Please let me know if there is anything else you need for the application, and what the status is so that I may inform the Court.

Sincerely,

Martin F. McMahon, Esq.

--
**Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036
Tel: (202) 862-4343
Fax: (202) 828-4130**

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.** ************************************************************** **IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

📄 **OFAC Letter July 25 2017.pdf**
　　49K