IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                  03 MDL 1570 (GBD)(SN)

-----------------------------------------------------------X

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 29 2017

| | |
|---|---|
| AGUILAR, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | CASE NO.: 16-CV-09663 |
| KINGDOM OF SAUDI ARABIA, et. al., ) | |
| ) | |
| Defendants. ) | |

ADDESSO, et. al.,
          Plaintiffs,
v.                                   CASE NO.: 16-CV-09937
KINGDOM OF SAUDI ARABIA, et. al.,
          Defendants.

HODGES, et. al.,
          Plaintiffs,
v.                                   CASE NO.: 17-CV 00117
KINGDOM OF SAUDI ARABIA, et. al.,
          Defendants.

AIKEN, et. al.,
          Plaintiffs,
v.                                   CASE NO.: 17-CV-00450
KINGDOM OF SAUDI ARABIA, et. al.,
          Defendants.

1

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41 (a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiffs here dismiss their claims against Defendants Mohamed Binladin Company, Mohamed Binladin Organization, Prince Mohamed Bin Faisal Al Saud, Yasin Kadi, Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundation, Dubai Islamic Bank and Dallah Avco Trans Arabia, only, without prejudice and costs.

Dated: May 19, 2017

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Napoli Shkolnik, PLLC
400 Broadhollow Rd., Ste 305
Melville, New York 11747
(212) 397-1000
clopalo@napolilaw.com