UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re: TERRORIST ATTACKS ON
       SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The status conference currently scheduled for Thursday, September 7, 2017, at 3:00 P.M. in Courtroom 110, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York is RESCHEDULED to 3:30 P.M. on the same date and in the same courtroom.

The Court has received and reviewed the Plaintiffs' Executive Committees' and defendant Yassin Kadi's status letters concerning anticipated motions to compel documents as to defendants who were subject to the June 16, 2017 production deadline. In addition to discussing the proposed deposition protocol, the parties should be prepared to discuss a briefing schedule for the anticipated motions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 1, 2017
         New York, New York