```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:  TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
        SEPTEMBER 11, 2001
                                                        ORDER
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2017

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at the status conference held on Thursday, September 7, 2017, the Plaintiffs' Executive Committees ("PECs") shall file any requests for sanctions against Defendants Abdullah Omar Naseef, Abdullah bin Saleh Al-Obaid, Abdullah Mohsen Al-Turki, Adnan Basha, and Soliman H.S. Al-Buthe no later than Friday, October 6, 2017, by motion not to exceed 20 double-spaced pages. Defendants shall file their oppositions to such sanctions motion(s) no later than Friday, October 20, 2017, by memorandum of law not to exceed 20 double-spaced pages. The PECs shall file any reply brief no later than Friday, October 27, 2017, by memorandum of law not to exceed 10 double-spaced pages.

In addition, any discovery motion by the PECs against Defendant Yassin Abdullah Al Kadi and any discovery motion by Defendant Al Kadi against the PECs shall be filed no later than Friday, October 13, 2017, by motion not to exceed 20 double-spaced pages. Oppositions to any discovery motions with respect to Defendant Al Kadi shall be filed no later than Friday, October 27, 2017, by memoranda of law not to exceed 20 double-spaced pages. Reply briefs shall be filed no later than Friday, November 3, 2017, by memoranda of law not to exceed 10 double-spaced pages.

Finally, the PECs and Defendants' Executive Committee ("DEC") are ORDERED to meet and confer and file a revised draft of the proposed deposition protocol order no later than Wednesday, November 15, 2017. The proposed deposition protocol order shall incorporate the

Court's rulings made on the record at the September 7 conference and shall include proposals for the number of depositions that will be taken, the date depositions will commence, and the date depositions will conclude. To the extent the parties disagree on any outstanding issues in the proposed deposition protocol, each party shall also file by letter brief not to exceed five pages a summary of its respective positions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 8, 2017
         New York, New York