# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 14, 2017

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

      RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      On August 21, 2017, defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group filed separate motions to dismiss, applicable to nine of the cases in the September 11th MDL. On behalf of all plaintiffs in those actions, I write to request an extension of the common deadline for plaintiffs to file their consolidated oppositions to those motions, from October 20, 2017 to December 5, 2017. All three defendants consent to the proposed extension of the deadline for plaintiffs' consolidated oppositions, and the parties jointly propose that the deadline for the defendants' reply briefs be set for January 22, 2018.

      Plaintiffs respectfully request this modification of the briefing schedule for the three non-sovereigns' motions to dismiss for the following reasons:

      First, plaintiffs are responding simultaneously to the non-sovereign defendants' three separate and lengthy motions to dismiss, and coordinating the three separate opposition briefs among lawyers from several separate firms.

      Second, the current deadline for the oppositions to the three non-sovereigns' motions to dismiss coincides closely with the due date for plaintiffs' consolidated oppositions to the renewed motions to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission. Plaintiffs' consolidated opposition briefs to those motions, are, likewise, being coordinated among numerous plaintiffs' firms.

Hon. Sarah Netburn
September 14, 2017
Page 2

_____

     Third, the Court has set deadlines for a number of discovery related reports and motions during the next several weeks.  In connection with those deadlines, plaintiffs are in the process of reviewing over 57,000 pages of discovery documents, produced in Arabic during just the last three months, for purposes of the report due to the Court on September 29, 2017.

     Finally, the proposed revised deadline for the opposition briefs would provide plaintiffs with roughly the same amount of time for their oppositions as was afforded the three defendants to file their motions to dismiss, following service of plaintiffs' amended complaint.

     For all of the foregoing reasons, plaintiffs respectfully request that the deadline for their consolidated oppositions to the motions to dismiss of Al Rajhi Bank, National Commercial Bank and Saudi Binladin Group be extended to December 5, 2017, and that the deadline for those defendants' reply briefs be extended to January 22, 2018.

                                           Respectfully submitted,

                                           COZEN O'CONNOR

                                           By:    Sean P. Carter, on behalf of the PECs

SPC/bdw

cc:    The Honorable George B. Daniels (via ECF and Federal Express)
        All MDL Counsel of Record (via ECF)

LEGAL\32509418\1