DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 19 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
                                    :   ORDER
                                    :
In re Terrorist Attacks on September 11, 2001  :   03 MDL 1570 (GBD) (SN)
                                    :
                                    :
                                    :
------------------------------------x

GEORGE B. DANIELS, District Judge:

    Plaintiffs shall submit their consolidated opposition to the motions to dismiss of National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group by December 5, 2017.

    Defendants National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group shall submit their reply briefs by January 11, 2018.

    Oral argument on the motions to dismiss of National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group is scheduled for January 18, 2018 at 2:00 PM.

    Oral argument on the motions to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina is scheduled for January 18, 2018 at 10:00 AM.

Dated: September 19, 2017
       New York, New York

                                                      SO ORDERED.

                                                      *George B. Daniels*
                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE