**CLIFFORD CHANCE US LLP**

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000
www.cliffordchance.com

**Via ECF**

Direct Dial: +1 202-912-5195
E-mail: Katie.Barlow@cliffordchance.com

September 19, 2017

The Honorable Sarah Netburn
United States Magistrate Judge –
    Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

RE:   IN RE: *TERRORIST ATTACKS ON SEPTEMBER 11, 2001*, CASE NO. 1:03-MDL-1570-GBD-SN (AND CONSOLIDATED CASES).

Dear Judge Netburn;

The undersigned respectfully requests leave of this Court to withdraw as counsel of Dubai Islamic Bank this matter.  By way of background, on January 22, 2016, this court entered an order granting the undersigned's motion to appear *pro hac vice* on behalf of Dubai Islamic Bank (docket no. 3204).  On July 10, 2017, Steven T. Cottreau entered a Notice of Change of Address (docket no. 3643); as of September 19, 2017, I will no longer be associated with Dubai Islamic Bank.  Because Dubai Islamic Bank will continue to be represented by other attorneys of record, my withdrawal will have no material effect on the schedule in this matter, nor will it prejudice any party.

Accordingly, the undersigned (Katie.Barlow@cliffordchance.com) respectfully requests permission to withdraw as counsel for the Dubai Islamic Bank in this action and that the official court docket and CM/ECF distribution be amended to reflect this change.

Thank you for your attention to this request.

Respectfully Submitted,

/s/Katie L. Barlow
Katie L. Barlow