UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03-MDL-1570(GBD)(SN)

NOTICE OF APPEARANCE
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Robert A. Grochow, an attorney associated with the law firm of The Fuchsberg Cannata Law Firms, Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm, admitted to practice in this court, hereby appears as counsel of record for the Plaintiff(s) in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
September 25, 2017

_____s/_____
Robert A. Grochow, Esq. (RG1890)
The Fuchsberg Cannata Law Firms, Gregory J. Cannata & Associates, LLP and The Jacob Fuchsberg Law Firm
*Attorney For Plaintiffs*
60 EAST 42ND STREET
NEW YORK, NY 10165
Tel: 212-233-5400
Fax: 212-227-4141
rgrochow@aol.com
