**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____     03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

### DEFENDANT JELAIDAN'S SEPTEMBER 27, 2017 STATUS REPORT

The Honorable Judge Netburn,

Since the last Status Report, I have not received any response from OFAC regarding my voice messages, recent letter, or email. On September 19, 2017 I called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated that "this case is pending. Please check back at a later date." I then called back and dialed "*" to reach the OFAC operator, who just transferred me to a voicemail box for the case officer again without letting me ask for more information. I again left a lengthy voice message asking about the status of the case and our requirement to provide a 30 day status report update to the Court each month and asked for a return call or email.

I again called the OFAC licensing on September 26, and September 27, 2017 and received the same automated response. After today's automated response, I once more dialed "*" and spoke to another operator, to whom I explained the need for giving a status update every 30 days to the Court before giving her the case number in the hope I wouldn't just be directly transferred to an answering machine again. After then giving her the case number, she informed me that the case is in fact pending for final review and approval, but said the supervisor handling the case was out of the office at that time. She transferred me to his voicemail, where I left

1

another detailed message explaining the need to update the Court on the license status and asking if he could call back with an update, as well as let me know if there was anything else OFAC needed to complete the process.

As of the filing of this status report, I have still not yet received a call back from OFAC after leaving this additional voicemail. If I do receive a fruitful call soon, or am able to reach OFAC for a more detailed update on the license and its current timeline before the next status report is due, however, I will promptly update the Plaintiffs' Executive Committee with the information OFAC provides me before the next status report is due.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, *Esq.*
Martin McMahon & Associates
*Attorney for Defendant*