LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 801
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
DIRECT DIAL: (212) 725-3846 x102
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHTH CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

September 28, 2017

**VIA ECF**
The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (SN)**

Dear Judge Netburn:

On behalf of the World Assembly of Muslim Youth ("WAMY") we write to respectfully request an additional sixty (60) days to complete WAMY's document production. We also request a brief telephone conference with your Honor and Plaintiffs to discuss this matter.

On March 23, 2017, Your Honor set September 29, 2017, as the deadline for WAMY's document production. Following this March 23rd Order, WAMY has produced 363,002 pages to Plaintiffs on a rolling basis.[1] To date WAMY has produced 1,055,362 pages in total. WAMY has completed its search for discovery documents. The vast majority of them have been produced to Plaintiff. However, due to the volume of the documents and the fact that they are almost all in Arabic, we are unable to complete our production by September 29, 2017.

We also lost one Arabic interpreter who was very sick and had to stop working. We are working diligently to get this production completed. We wrote a letter to Plaintiffs and asked them if they had any position on this. We also informed them that we would be seeking a conference with your Honor to discuss this matter. (*See* Letter to Sean Carter dated September 25, 2017, annexed herein as Exhibit 1). Plaintiffs have not yet responded to WAMY's request.

---

[1] On May 2, 2017 WAMY produced 27,785 pages;
On June 19, 2017 WAMY produced 73,183 pages;
On July 20, 2017 WAMY produced 124,612 pages;
On August 23, 2017 WAMY produced 79,953 pages;
On September 25, 2017 WAMY produced 57,469 pages.

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

We therefore respectfully ask that the Court schedule a telephone conference to discuss this request with counsel at its earliest convenience. Thank you, Your Honor for your time and consideration of this request.

    Respectfully Submitted,

    */s/ Omar Mohammedi*

    Omar Mohammedi, Esq.

    */s/Fredrick Goetz*

    Frederick Goetz, Esq.

cc:    All MDL Counsel of Record (via ECF)