**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al, No. 04-CV-1923
*Euro Brokers Inc., et al., v. AI Baraka, et al.*, Case No. 04 Civ. 7279

**DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL RULE 26(a)(1) THIRD SUPPLEMENTAL INITIAL DISCLOSURES**

Defendants World Assembly of Muslim Youth Saudi Arabia ("WAMY") and World Assembly of Muslim Youth International ("WAMY International"), by and through their undersigned counsel, make the following supplemental initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These supplemental initial disclosures are based on information reasonably available to Defendants as of the date hereof. The disclosures herein are provided without prejudice to the rights of Defendants to identify additional witnesses or evidence. Further, Defendants reserve the right to supplement these initial disclosures.

**Individuals Who May Have Relevant Discoverable Information**

Defendants identify the following individuals who may have relevant discoverable information:

1

1. Saleh Al-Wohaibi.  Secretary General of WAMY, 2002 to present.

    Address: Can be reached through undersigned counsel

    Subjects of information: WAMY history, policies and procedures.

2. Dr. Tawfeeq ibn Ahmed al Qusayyer.  Former Secretary General of WAMY, 1981-1986.

    Address: Unknown

    Subjects of information: WAMY history, policies and procedures.

3. Dr. Ahmad Abdul Qadir Bahafidhallah.  Former Secretary General of WAMY, 1978-1981.

    Address: Unknown.

    Subjects of information: WAMY history, policies and procedures.

4. Dr. Abdul Hameed Abu Soliman.  Former Secretary General of WAMY, 1973-1978.

    Address: Unknown

    Subjects of information: WAMY history, policies and procedures.

5. Ibrahim Abdullah.  Former Volunteer/Director, WAMY International, 1999-2004.

    Address: Jeddah, Saudi Arabia

    Subjects of information: WAMY International operations and WAMY Canada.

6. Majid Entebbe.  Formerly involved with Lajnat El Birr Islamia (LBI).

    Address: Can be reached through undersigned counsel

    Subject of information: LBI

7. Ibrahim Anwar.  Director WAMY Pakistan.

    Address: Can be reached through undersigned counsel

Subject of information: WAMY Pakistan.

8. Anwar Ibrahim. Student of WAMY.  Former Minister of Malaysia.

    Address: Malaysia

    Subjects of information: former student of WAMY.

9. Dr. Abulwahab Noorwali.  Former LBI Board member and former WAMY Assistant General Secretary.

    Address: Can be reached through undersigned counsel

    Subjects of information: WAMY Jeddah and international operations, LBI.

10. Shahir Batterjee.  Original board member of LBI.

    Address: Jeddah, Saudi Arabia

    Subjects of information: LBI.

11. Rustam Shah Mahmand.  Former Minister of Pakistan.

    Address: Pakistan

    Subjects of information: WAMY activities in Pakistan.

12. Talha Al Jarad. Former Volunteer/Director, WAMY Canada.

    Address: Riyadh, Saudi Arabia

    Subjects of information: WAMY Canada.

13. Mohamed Mustafa Mohamed.  Former Director WAMY Pakistan.

    Address: Sudan

    Subjects of information: WAMY operations in Pakistan.

14. Ahmed Tutonji.  Co-founder of WAMY

    Address: Riyadh, Saudi Arabia

    Subjects of information: WAMY history.

15. Mustafa Osman Ismail.  Chairman of Board of Trustees, Khartoum University, former Secretary of State of Sudan.

    Address Khartoum, Sudan

    Subjects of information: WAMY youth operations in Europe, former student of WAMY.

16. Adam Leach.  Chief Executive Youth Care International, London.

    Address: United Kingdom

    Subjects of information: WAMY operations in Europe.

17. Adel Hamad.  Former employee of WAMY Pakistan.

    Address: Unknown

    Subjects of information: low level employee of WAMY with knowledge on plaintiffs' allegation about his activities and actions in Pakistan.

18. Mohamed Khatib.  Former Volunteer/Director, WAMY Canada.

    Address: Canada

    Subjects of information: WAMY Canada.

19. Noureddine Miladi.  Former Volunteer/Director, WAMY United Kingdom

    Address: Qatar

    Subjects of information: WAMY United Kingdom.

20. Ziaul Haq Amarkhil.  Chairman, National Stability Society.  Former student at WAMY School in Peshawar, Pakistan 1999-2001.

    Address: Kabul, Afghanistan

    Subjects of information: WAMY programs in Pakistan and Afghanistan.

21. Ibrahim El Zayat.  Former director of WAMY, Europe operations,

    Address: Germany

    Subjects of information: WAMY Western Europe operations.

22. Enaam Arnaout.  Former Director of Benevolent International Foundation and Benevolent International Committee.

    Address: Unknown

    Subjects of information: Benevolent International Foundation and Benevolent International Committee.

23. Colonel Lawrence Wilkerson.  United States Army

    Address: Virginia, USA

    Subjects of information: Wrongful detention of Adel Hamad.

24. Abdullah Gul.  Former President of Turkey.

    Address: Istanbul, Turkey

    Subjects of information: WAMY operations, youth activities and programs.

25. Babiker Mahdi Khojali.  WAMY's Internal Auditor.

    Address: Riyadh, Saudi Arabia

    Subjects of information: WAMY financial records and book keeping practice.

26. Muhammed Abdul-Hamid.  WAMY's External Auditor

    Address: Jeddah, Saudi Arabia

    Subjects of information: WAMY financial records and book keeping practice.

27. Shahzada Shaed.  Member of Parliament Afghanistan.

    Address: Afghanistan

    Subjects of information: WAMY programs and projects in Afghanistan.

28. Rooh Ullah Madani.  Former minister of Awqaf and Islamic Affairs, Sarhad Pakhtunkwa, Pakistan, and Board of Trustee member at WAMY's school in Peshawar, Pakistan.

    Address: Peshawar, Pakistan

    Subjects of information: WAMY programs and projects in Pakistan.

29. Assadullah Sahil.  Senior Program Officer at United States Institute of Peace, and graduate of WAMY's school in Peshawar, Pakistan.

    Address: Afghanistan

    Subjects of information: WAMY programs in Pakistan and Afghanistan.

30. Fida Mohammad Awab.  Senior employee at WAMY Pakistan office.

    Address: Pakistan

    Subjects of information: WAMY programs in Pakistan and Afghanistan.

31. Anwar Hajjaj.  Volunteer WAMY International

    Address: USA

    Subject of information: WAMY International operations

32. Mohammad Al-Juhani.  Former Executive at Saudi Arabia Monetary Agency

    Address: Riyadh, Saudi Arabia

    Subject of information: WAMY's compliance with Saudi Arabian Monetary Agency rules and regulations.

33. Dr. Najibullah Zalmai.  Former Doctor at a WAMY hospital in Pakistan

    Address: Afghanistan

    Subject of information: WAMY's programs and projects in Afghanistan.

34. Dr. Mohamad Sharif Sailani.  Former Doctor at a WAMY hospital in Pakistan

    Address: Afghanistan

    Subject of information: WAMY's programs and projects in Afghanistan

September 29, 2017

>/s/ *Omar Mohammedi*
> Omar T. Mohammedi, Esq.
> Law Firm of Omar T. Mohammedi, LLC
> Woolworth Building
> 233 Broadway, Suite 801
> New York, NY 10279
>
> /s/ *Frederick Goetz*
> Goetz & Eckland P.A.
> Banks Building
> 615 First Ave. NE, Suite 425
> Minneapolis, MN 55413
>
> *Attorneys for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International*