## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2017, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to 9(a) of Case Management Order No. 2 of June 16, 2004.

These Supplemental Initial Disclosures apply to Defendants World Assembly Youth ("WAMY") and World Assembly of Muslim Youth International ("WAMY International").

Due to a technical issue on ECF I can only select WAMY International as the current filer. Once ECF rectifies the technical issue counsel will resubmit this Supplemental Initial Disclosures for WAMY.

/s/ *Elizabeth Kimundi*
Elizabeth K. Kimundi
Omar T. Mohammedi
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 801
New York, NY 10279
*Attorneys for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International*