## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF**

September 30, 2017

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

    Prior to the filing of the Plaintiffs' Executive Committees' September 29, 2017 status letter concerning merits discovery with defendants Muslim World League ("MWL"), International Islamic Relief Organization ("IIRO"), and Dubai Islamic Bank ("DIB") (ECF No. 3733), plaintiffs and counsel for DIB agreed to include a joint statement to the Court and finalized language to include in the plaintiffs' submission. Unfortunately, an earlier draft of the status letter was mistakenly filed with the Court per my direction and did not include the final version of the joint statement agreed to by the parties. I kindly ask the Court to disregard the letter filed at ECF No. 3733, and respectfully direct Your Honor's attention to the revised status letter that was filed this morning at ECF No. 3737. My sincerest apologies to the Court and counsel for DIB for the confusion.

    Respectfully,

    COZEN O'CONNOR

By:    J. Scott Tarbutton, on behalf of the PECs

Hon. Sarah Netburn
September 30, 2017
Page 2

_____

cc:   The Honorable George B. Daniels (via ECF)
      All MDL Counsel of Record (via ECF)

LEGAL\32751979\1