UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2017

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

<u>Susanne Fraser, et al. v. Al Qaeda Islamic Army, et al.</u>, 17-CV-7317 (GBD)(SN).

    On October 2, 2017, the Honorable George B. Daniels referred this case to my docket for general pretrial supervision. Plaintiff Susanne Fraser is directed to review the Court's May 3, 2017 Order in the Multi-District Litigation, ECF No. 3543, which describes the procedures by which plaintiffs may conform their pleadings to the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, ECF No. 3463. Plaintiff is also directed to meet and confer with the Plaintiffs' Executive Committees to determine whether she should file a Notice to Conform. Plaintiff shall file a letter by October 13, 2017, advising the Court how it intends to proceed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 3, 2017
                New York, New York