```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court previously scheduled a telephone conference for 4:00 p.m. on October 5, 2017, to address certain deadlines. During the conference, the Court will also address the Plaintiffs' Executive Committees' request to extend the deadlines to submit motions to compel or motions for sanctions against Defendants Muslim World League and the International Islamic Relief Organization. ECF No. 3737. The Plaintiffs' Executive Committees are directed to circulate a call-in number to all interested parties and to provide that number to the Court in advance of the telephone conference.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:   October 3, 2017
               New York, New York