# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03-MDL-1570 (GBD)(SN)

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

### DEFENDANT JELAIDAN'S JUNE 26, 2017 STATUS REPORT

The Honorable Judge Netburn,

As noted in the last status report, the OFAC licensing division finally responded to my letters and online inquiry by email (agmed@treasury.gov) on May 18, 2017, asking for more information (copies of the Court orders and additional bank account info). I promptly provided this to them by email on the same day. On June 19, 2017, OFAC contacted me again (see the attached email, Exhibit 1), requesting more information on the bank accounts in question. I had previously provided copies of the Swiss bank account information to OFAC, and although much of it is in English, part of the account information was in French. I then provided a translated copy of the French letter on June 19, 2017 by email per the request. In this email I also asked if there was anything else they needed in order to process the license request.

As of June 19, 2017, I have not received any further updates or requests for other information from OFAC, and assume that the application process is proceeding. But, out of an abundance of caution, I again called OFAC today, June 26, 2017, at (202) 622-2480 to check on the status using the OFAC case number provided to me (2016-330016). The call linked me to an automated system that stated "this case is pending, please check back at a later date."

Respectfully Submitted,

Martin F. McMahon, *esq.*
Martin McMahon & Associates
*Attorney for Defendant*

1



**Martin McMahon <mm@martinmcmahonlaw.com>**

## Re-Send: SDGT-2016-330016-1 Wael Jelaidan

**Martin McMahon** <mm@martinmcmahonlaw.com>  Mon, Jun 19, 2017 at 3:11 PM
To: Agmed@treasury.gov

To Whom it May Concern,

I've attached below documents from Faisal Finance in Switzerland (noting my client's bank account numbers with the institution and last known amount with the bank) and a translated copy (with the original) of a letter from the Attorney General of Switzerland that lists his Citi Bank account number and information. Please let me know if you need any other information or documents to help process the request.

Thank you for your assistance,

Martin McMahon

On Mon, Jun 19, 2017 at 8:52 AM, <Agmed@treasury.gov> wrote:

> Mr. McMahon,
>
> OFAC is in need of additional information. Please provide the bank accounts information from which the payments will be made. Please provide this information in English and in the form of legible documentations to OFAC by responding to this e-mail.
>
> Thank you,
>
> Licensing Division
>
> **From:** Martin McMahon [mailto:mm@martinmcmahonlaw.com]
> **Sent:** Thursday, May 18, 2017 5:01 PM
> **To:** AGMED
> **Subject:** Re: FW: RE: SDGT-2016-330016-1 Wael Jelaidan
>
> Licensing Division,
>
> I've attached below copies of the original Court order from Judge Maas, as well as two additional follow-up orders requiring that my client obtain an OFAC license to secure the funds necessary for the judgment. I've also attached some paperwork noting his bank account information in Switzerland where there are frozen assets.

Please let me know what other information you need for the license, and I will promptly supply it.

Thank you for your assistance,

Martin McMahon

On Thu, May 18, 2017 at 4:39 PM, <Agmed@treasury.gov> wrote:

**From:** Ahn, Jae **On Behalf Of** AGMED
**Sent:** Thursday, May 18, 2017 2:55 PM
**To:** 'mm@martinmciTiahonlaw.com'
**Subject:** RE: SDGT-2016-330016-1 Wael Jelaidan

Dear Mr. McMahon,

I'm in the process of reviewing your application for the Release of Funds from the Blocked Accounts. OFAC is in need of additional information. Specifically, we require additional information regarding the actual court order for an award of attorney fees ordered by Magistrate Judge Frank Maas in the U.S. District Court for the Southern District of New York, and the bank accounts information from which the payments will be made. Please provide this information in in the form of legible pdf. documentations to OFAC by responding to this e-mail.

Sincerely,

Licensing Division

Office of Foreign Assets Control

U.S. Department of the Treasury

Washington, DC 20220

(202) 622-2480

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify

us by calling 202-622-2480 immediately. Thank you.

--

**Martin F. McMahon, Esq.**
**Martin McMahon & Associates**
**1150 Connecticut Ave., N.W., Suite 900**
**Washington, D.C. 20036**
**Tel: (202) 862-4343**
**Fax: (202) 828-4130**

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. *********************************************************** ******** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

--

**Martin F. McMahon, Esq.**
**Martin McMahon & Associates**
**1150 Connecticut Ave., N.W., Suite 900**
**Washington, D.C. 20036**
**Tel: (202) 862-4343**
**Fax: (202) 828-4130**

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. ************************************************************** **IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

**2 attachments**

- Faisal Finance Account Numbers.pdf
  1240K

- Translated Switzerland Attorney General Letter, Citi Bank Account Number.pdf
  224K