# EXHIBIT G

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA E-MAIL**

September 14, 2017

Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036

    Re:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (FM)

Dear Martin:

    On June 26, 2017, you submitted a report to the Court concerning the status of your efforts to secure a license from the Office of Foreign Assets Control, to allow for the payment of the sanction award previously issued against Wa'el Jelaidan. You included as an attachment to the status report a June 19, 2017 email correspondence from you to the Department of Treasury, a copy of which is attached. Your June 19, 2017 email to OFAC included documents from Faisal Finance in Switzerland and English and French versions of a letter from the Attorney General of Switzerland concerning a Citibank account held by Mr. Jelaidan. Those documents were not included in your June 26, 2017 submission to the Court.

    I wrote to you on June 26, 2017 following the filing of your status report, to request that you provide copies of those documents. A copy of my email is attached. I did not receive any response to that email.

    Pursuant to the Court's Order of June 28, 2017, plaintiffs thereafter submitted a letter report concerning the status of discovery as to defendants who were subject to the Court's June 16, 2017 document production deadline. In the section of that letter addressing defendant Jelaidan, we renewed our request that you provide the documents submitted to OFAC under cover of your June 19, 2017 email.

    Having still not received any response from you concerning our request, we raised the issue with Judge Netburn at the discovery conference held on September 7, 2017, which you did not

Martin F. McMahon, Esq.
September 14, 2017
Page 2

_____

attend.  Given your absence, Judge Netburn directed us to continue to meet and confer regarding this issue, and set an October 6 deadline for plaintiffs to "file any motion before [the Court] with respect to those bank records."

      Consistent with the Court's directive, we write to again request that you provide copies of the records that were submitted to OFAC under cover of your June 19, 2017 email.  Of course, if you wish to discuss this matter, I would be happy to do so.

      Sincerely,

      Sean P. Carter, Esq.
      THE MDL 1570 PLAINTIFFS' EXECUTIVE
      COMMITTEES

SPC/bdw

cc:    Members of Plaintiffs' Executive Committees (via e-mail)

LEGAL\32509885\1 00000.0000.000/117430.000



**Martin McMahon <mm@martinmcmahonlaw.com>**

## Re-Send: SDGT-2016-330016-1 Wael Jelaidan

**Martin McMahon** <mm@martinmcmahonlaw.com>    Mon, Jun 19, 2017 at 3:11 PM
To: Agmed@treasury.gov

To Whom it May Concern,

I've attached below documents from Faisal Finance in Switzerland (noting my client's bank account numbers with the institution and last known amount with the bank) and a translated copy (with the original) of a letter from the Attorney General of Switzerland that lists his Citi Bank account number and information. Please let me know if you need any other information or documents to help process the request.

Thank you for your assistance,

Martin McMahon

On Mon, Jun 19, 2017 at 8:52 AM, <Agmed@treasury.gov> wrote:

> Mr. McMahon,
>
> OFAC is in need of additional information.    Please provide the bank accounts information from which the payments will be made.   Please provide this information in English and in the form of legible documentations to OFAC by responding to this e-mail.
>
> Thank you,
>
> Licensing Division
>
> **From:** Martin McMahon [mailto:mm@martinmcmahonlaw.com]
> **Sent:** Thursday, May 18, 2017 5:01 PM
> **To:** AGMED
> **Subject:** Re: FW: RE: SDGT-2016-330016-1 Wael Jelaidan
>
> Licensing Division,
>
> I've attached below copies of the original Court order from Judge Maas, as well as two additional follow-up orders requiring that my client obtain an OFAC license to secure the funds necessary for the judgment. I've also attached some paperwork noting his bank account information in Switzerland where there are frozen assets.

Please let me know what other information you need for the license, and I will promptly supply it.

Thank you for your assistance,

Martin McMahon

On Thu, May 18, 2017 at 4:39 PM, <Agmed@treasury.gov> wrote:

**From:** Ahn, Jae **On Behalf Of** AGMED
**Sent:** Thursday, May 18, 2017 2:55 PM
**To:** 'mm@martinmciTiahonlaw.com'
**Subject:** RE: SDGT-2016-330016-1 Wael Jelaidan

Dear Mr. McMahon,

I'm in the process of reviewing your application for the Release of Funds from the Blocked Accounts. OFAC is in need of additional information. Specifically, we require additional information regarding the actual court order for an award of attorney fees ordered by Magistrate Judge Frank Maas in the U.S. District Court for the Southern District of New York, and the bank accounts information from which the payments will be made. Please provide this information in in the form of legible pdf. documentations to OFAC by responding to this e-mail.

Sincerely,

Licensing Division

Office of Foreign Assets Control

U.S. Department of the Treasury

Washington, DC 20220

(202) 622-2480

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify

us by calling 202-622-2480 immediately. Thank you.

--

**Martin F. McMahon, Esq.**
**Martin McMahon & Associates**
**1150 Connecticut Ave., N.W., Suite 900**
**Washington, D.C. 20036**
**Tel: (202) 862-4343**
**Fax: (202) 828-4130**

**This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. *******************************************************
******** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.**

--

**Martin F. McMahon, Esq.**
**Martin McMahon & Associates**
**1150 Connecticut Ave., N.W., Suite 900**
**Washington, D.C. 20036**
**Tel: (202) 862-4343**
**Fax: (202) 828-4130**

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. **************************************************************** **IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

2 attachments


Faisal Finance Account Numbers.pdf
1240K

Translated Switzerland Attorney General Letter, Citi Bank Account Number.pdf
224K

## Carter, Sean

**From:** Carter, Sean
**Sent:** Monday, June 26, 2017 3:39 PM
**To:** Martin McMahon (mm@martinmcmahonlaw.com)
**Subject:** Attachments to OFAC correspondence
**Attachments:** pdf.pdf

Martin – I hope all is well. Your status report and underlying email exchanges with OFAC referenced several attachments that were submitted to OFAC pertaining to relevant bank accounts, which were not themselves included in the submission to the Court. Can you please send me copied of those? Thanks, Sean



Sean P. Carter
Member | Cozen O'Connor
One Liberty Place | 1650 Market Street, Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com