# EXHIBIT K

FAISAL FINANCE (Switzerland) S.A.



مؤسسة فيصل المالية (سويسرا) ش.م.

Mr Wael Hamzah Jelaidan
P.O. Box 1436
Jeddah 21431  -  Saudi Arabia

Geneva – September 25, 2002
MB/Dm – FFS/LBA/ Letter Jelaidan.doc

Dear Sir,

Re:    **Your IFA # ▮0 409**

This is to inform you that the Swiss Federal Banking Commission (SFBC) transmitted to all banks and securities dealers in Switzerland, the lists Bush 17 and Bush 18. Your good name appeared on the list Bush 18 as you will see in the attached Communication.

Pursuant to Articles 9 and 10 of the *Federal Law On Combating Money Laundering In The Financial Sector* (please see unofficial translation enclosed) to which our company is subject, financial intermediaries have an obligation to notify and block all valuables if there is a justified suspicion that these valuables are related to a punishable act as defined in Article 305 bis of the Penal Code.

In the above-mentioned letter, the SFBC stated that financial intermediaries were required to enquire about any business relationship involving a person appearing on the lists and to notify and freeze all accounts involving a person appearing on the same lists.

In view of the above, we had to block your account with us and notify our business relationship with you to the authorities.

The Swiss Federal Prosecutor has ordered the freezing of your account and has requested us to provide him with all the documents relative to your account. Please find attached copy of the said order for your information and any further action you may see appropriate.

Should you need any clarification or assistance please do not hesitate to contact us.

Yours sincerely,

Mohammed Boughaba
Legal Counsel

Encl.:  as stated above

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1, SWITZERLAND - PHONE (022) 908 53 00 - TELEX 416 354 FFS-CH - FAX (022) 908 53 99

٣ كي دي مون – بلان – ١٢١١ – ص. ب ١٤٩٤ – جنيف ١ – سويسرا – هاتف: ٠٠ ٥٣ ٩٠٨ (٠٢٢) – تلكس: ٣٥٤ ٤١٦ FFS-CH – تليفاكس: ٩٩ ٥٣ ٩٠٨ (٠٢٢).

A MEMBER OF THE DAR AL-MAAL AL-ISLAMI GROUP                    عضو مجموعة دار المال الإسلامي

## WAEL HAMZAH JELAIDAN
### ACCOUNT # 10409

| | DATE | D / W | AMOUNT | CCY | DETAILS |
|---|---|---|---|---|---|
| 1 | 22-Oct-97 | D | 200,000.00 | USD | From Mr. Kais I. A. Julaidan Account with FFS |
| 2 | 26-Nov-97 | W | -150,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 950905 with Faisal Finance Institution INC. Turkey. |
| 3 | 24-Feb-98 | D | 350,000.00 | USD | From Caravan Development Group Ltd |
| 4 | 3-Mar-98 | W | -150,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 with Faisal Finance Institution INC. Turkey. |
| 5 | 23-Mar-98 | D | 370,000.00 | DEM | Amount received from Citibank (Switzerland) |
| 6 | 3-Apr-98 | W | -176,000.00 | DEM | Transfer to Wael Hamzah Jelaidan - Account No. 877191 with Faisal Finance Institution INC. Turkey. |
| 7 | 3-Apr-98 | W | -200,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 with Faisal Finance Institution INC. Turkey. |
| 8 | 14-Apr-98 | D | 300,000.00 | USD | From Caravan Development Group Ltd Account with FFS |
| 9 | 22-Apr-98 | W | -250,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 with Faisal Finance Institution INC. Turkey. |
| 10 | 22-May-98 | W | -150,000.00 | DEM | Transfer to Wael Hamzah Jelaidan - Account No. 877191 with Faisal Finance Institution INC. Turkey. |
| 11 | 26-May-98 | W | -50,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 877191 with Faisal Finance Institution INC. Turkey. |
| 12 | 26-May-98 | W | -200,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 with Faisal Finance Institution INC. Turkey. |
| 13 | 26-May-98 | D | 250,000.00 | USD | From Caravan Development Group Ltd Account with FFS |
| 14 | 15-Jun-98 | D | 249,986.50 | USD | Cheque |
| 15 | 29-Jun-98 | W | -300,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 160377 with Faisal Finance Institution INC. Turkey. |
| 16 | 3-Jul-98 | D | 150,000.00 | USD | From Caravan Development Group Ltd Account with FFS |
| 17 | 3-Aug-98 | D | 200,000.00 | USD | From Caravan Development Group Ltd Account with FFS |
| 18 | 4-Aug-98 | W | -300,000.00 | USD | Transfer to Wael Hamzah Jelaidan - Account No. 950905 with Faisal Finance Institution INC. Turkey. |
| 19 | 5-Dec-00 | W | -24,090.00 | USD | Transfer to Wael Hamzah Jelaidan AC 314608010016294 with Al-Rajhi Banking & Investment Corp.- Haye Al-Salamah - Jeddah Saudi Arabia |
| 20 | 6-Feb-01 | W | -27,000.00 | DEM | Transfer to Sparkasse Bonn Bank, Bonn - Badgobesberg, Germany - BLZ 3805000 - For A/C 24018905 of Dr. MED. K. Schoebe- for the treatment A/C of the patient Al-Amin Abdallah Mohammed Al-Shangity |
| 21 | 6-Feb-01 | W | -13,000.00 | DEM | Transfer to Sparkasse Bonn Bank, Bonn - Badgobesberg, Germany - BLZ 3805000 - For A/C 126097245 Mr. Ramadan- To handover to Dr. Abdallah Mohammed Al-Shangity to cover the expenditure of his son's treatment. |
| 22 | 25-Oct-01 | D | 4,160.61 | EUR | Internal transfer from DEM account to EUR account |
| 23 | 25-Oct-01 | W | -8,137.32 | DEM | Internal transfer from DEM account to EUR account |
| 24 | 3-Jul-03 | D | 150,000.00 | USD | From Caravan Development Group Ltd Account with FFS |

FAISAL FINANCE (Switzerland) S.A.

مؤسسة فيصل المالية (سويسرا) ش.م.

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE +41 022 908 53 00 - TELEX 415 354 FFS-CH
FAX +41 022 908 53 99

٣ كي دي مون – بلان – ص. ب ١٤٩٤ – ١٢١١ جنيف ١
سويسرا – هاتف: ٠٠ ٥٣ ٩٠٨ ٠٢٢ ٤١+ – تلكس: ٣٥٤ ٤١٥ FFS-CH
تليفاكس: ٩٩ ٥٣ ٩٠٨ ٠٢٢ ٤١+

WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

Page  22

| USD ASSETS AS OF  12/09/2002 | | PORTFOLIO IN USD | 010409.01 |

| CATEGORY | AMT / QTY | DESCRIPTION / MATURITY | ACQ PRICE | ASSET VALUE |
|---|---|---|---|---|
| CASH | | | | |
| USD | 112.75 | CASH WITH CITIBANK | | 112.75 |
| | | | | 112.75 |
| PPSC/C | | | | |
| USD | 103,000.00 | INVESTMENT   52063 17/09/02 | | 103,000.00 |
| | | | | 103,000.00 |

This document is considered approved unless
we are notified in writing of any objection
within one month.

| TOTAL ASSETS | 103,112.75 |

**FAISAL FINANCE (Switzerland) S.A.**

مؤسسة فيصل المالية (سويسرا) ش.م.م

3, Quai du Mont-Blanc - P.O. Box 1494 - 1211 GENEVA 1,
SWITZERLAND - PHONE +41 022 908 53 00 - TELEX 415 354 FFS-CH
FAX +41 022 908 53 99

٣ كي دي مون – بلان – ص. ب ١٤٩٤ – ١٢١١ جنيف ١
سويسرا – هاتف: ٥٣٠٠ ٩٠٨ ٠٢٢ ٤١+ – تلكس: ٣٥٤ ٤١٥ FFS-CH
تليفاكس: ٩٩ ٥٣ ٩٠٨ ٠٢٢ ٤١+

WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

Page   1

| STATEMENT OF ACCOUNT | | USD    IFA | | 010409.01.00.840 |

FROM   01/01/1997 TO 12/09/2002        *** CASH BALANCE WITH CITIBANK ***

| DATE | DESCRIPTION | DEBIT | CREDIT | VALUE | USD BALANCE |
|------|-------------|-------|--------|-------|-------------|
| 01/01 | CARRIED FORWARD | | | | 0.00 |
| 20/10 | CASH IN FM A/C 10381 | | 200,000.00 | 22/10/97 | 200,000.00 |
| 23/10 | PPSC/C INVESTMENT | 200,000.00 | | 23/10/97 | 0.00 |
| 31/10 | MANAGEMENT FEES | 12.50 | | 31/10/97 | 12.50- |
| 03/11 | PPSC/C REIMBURSEMENT | | 200,000.00 | 05/11/97 | 199,987.50 |
| 03/11 | GROSS INCOME | | 397.22 | 05/11/97 | 200,384.72 |
| 03/11 | PROFIT PARTICIPATION | 39.72 | | 05/11/97 | 200,345.00 |
| 05/11 | PPSC/C INVESTMENT | 200,000.00 | | 05/11/97 | 345.00 |
| 10/11 | PPSC/C REIMBURSEMENT | | 200,000.00 | 12/11/97 | 200,345.00 |
| 10/11 | GROSS INCOME | | 215.06 | 12/11/97 | 200,560.06 |
| 10/11 | PROFIT PARTICIPATION | 21.50 | | 12/11/97 | 200,538.56 |
| 12/11 | PPSC/C INVESTMENT | 200,000.00 | | 12/11/97 | 538.56 |
| 24/11 | PPSC/C REIMBURSEMENT | | 200,000.00 | 26/11/97 | 200,538.56 |
| 24/11 | GROSS INCOME | | 432.64 | 26/11/97 | 200,971.20 |
| 24/11 | PROFIT PARTICIPATION | 43.26 | | 26/11/97 | 200,927.94 |
| 24/11 | TRF TO F.F.I. - TURKEY | 150,000.00 | | 26/11/97 | 50,927.94 |
| 26/11 | PPSC/C INVESTMENT | 50,000.00 | | 26/11/97 | 927.94 |
| 30/11 | MANAGEMENT FEES | 36.45 | | 30/11/97 | 891.49 |
| 01/12 | PPSC/C REIMBURSEMENT | | 50,000.00 | 03/12/97 | 50,891.49 |
| 01/12 | GROSS INCOME | | 53.76 | 03/12/97 | 50,945.25 |
| 01/12 | PROFIT PARTICIPATION | 5.37 | | 03/12/97 | 50,939.88 |
| 03/12 | PPSC/C INVESTMENT | 50,000.00 | | 03/12/97 | 939.88 |
| 08/12 | PPSC/C REIMBURSEMENT | | 50,000.00 | 10/12/97 | 50,994.23 |
| 08/12 | GROSS INCOME | | 54.35 | 10/12/97 | 50,994.23 |
| 08/12 | PROFIT PARTICIPATION | 5.43 | | 10/12/97 | 50,988.80 |
| 10/12 | PPSC/C INVESTMENT | 50,000.00 | | 10/12/97 | 988.80 |
| 15/12 | PPSC/C REIMBURSEMENT | | 50,000.00 | 17/12/97 | 50,988.80 |
| 15/12 | GROSS INCOME | | 53.47 | 17/12/97 | 51,042.27 |

FAISAL FINANCE (SWITZERLAND) SA                    مؤسسة فيصل المالية (سويسرا) ش . م

# FAISAL FINANCE (SWITZERLAND) S.A.

## AUTHORITY TO EXECUTE ORDERS BY TELEPHONE, TELEGRAPH, TELEX AND TELEFAX

I/We, the undersigned, hereby authorize **Faisal Finance (Switzerland) S.A.** to accept and execute for the account _____ 15699 _____, orders received by telephone, telegraph, telex and telefax or other means of telecommunication without written confirmation thereof.

I/We hereby release **Faisal Finance (Switzerland) S.A.** from any obligation to further examine the legitimacy of such orders. I/We hereby assume all loss and damage resulting from transmission mistakes or identification defects of any kind and I/We hereby discharge **Faisal Finance (Switzerland) S.A.** from any and all responsibility therefore. Correspondingly, I/We hereby undertake to fully idemnify and hold harmless **Faisal Finance (Switzerland) S.A.** for and from any such loss or damage.

I/We hereby acknowledge and sustain towards **Faisal Finance (Switzerland) S.A.** any and all debit or debit balance arising from such orders and hereby undertake upon **Faisal Finance (Switzerland) S.A.** first written demand to either repay such debt or to furnish such security therefore as **Faisal Finance (Switzerland) S.A.** in its discretion may deem sufficient.

In case of my/our deth or incapacity, this authority shall remain valid and full force.

20 - 9 - 97
_____
Place and Date

_____
Signature

RF/gb-M043/1-19/9/94

B4, Av. LOUIS-CASAÏ · P.O.BOX 161 · 1216 COINTRIN/GENEVA, SWITZERLAND · PHONE (022) 798 40 40 · TELEX 415 354 FFS-CH · FAX (022) 788 21 89

٨٤ طريق لوي كازائي – ص.ب. ١٦١ – كوانترن ١٢١٦ ، جنيف – سويسرا – هاتف : ٤٠ ٤٠ ٧٩٨ (٢٢) . تلكس : ٣٥٤ ٤١٥ FFS-CH – تليناكس : ٨٩ ٢١ ٧٨٨ (٢٢)

عضو مجموعة دار المال الإسلامي

**...AISAL FINANCE (SWITZERLAND) SA**
**...TAILED OVERALL PORTFOLIO POSITION AS AT 11/09/02**

WAEL HAMZAH JELAIDAN
010409.01

| CATEGORY / CURRENCY | DESCRIPTION | HOLDINGS | BOOK VALUE | MKT PRICE | MARKET VALUE CCY | YIELD % | MARKET VALUE USD | USD UNREALIZED GAIN/LOSS Market Transl. Total |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNTS** | | | | | | | | |
| N | CASH WITH CITIBANK | | 0.00 | | 0.00 | | 0.00 | |
| D | CASH WITH CITIBANK | | 112.75 | | 112.75 | | 112.75 | |
| R | CASH WITH CITIBANK | | 4,160.61 | | 4,160.61 | | 4,058.25 | |
| | | | | | | | 4,171.00 | |
| **GLBL PURCHASE & SALE OF CURRENCIES (*)** | | | | | | | | |
| D | INVESTMENT 52063 17/09/02 | | 103,000.00 | | 103,004.81 | 1.68 | 103,004.81 | |
| | | | | | | | 103,004.81 | |
| | GRAND TOTALS | | | | | | 107,175.81 | |

PAGE 1

/MBA/EFS 11/09/02

FAISAL FINANCE (SWITZERLAND) SA
DETAILED OVERALL PORTFOLIO POSITION AS AT 11/09/02

WAIL HANZAB JELAIDAN
01/409.01

SUMMARY

PORTFOLIO SUMMARY IN THOUSANDS OF USD
*(Refer to previous pages for details)*

| Currency | Cash Account | Premature Withdraw. | Reverse PPSC/C | Payable Account | PPSC/C | Trade Finance | Real Estate | Leasing | Equity | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| DEM | | | | | | | | | | |
| USD | .1 | | | | 103.0 | | | | | 103.1 |
| EUR | 4.1 | | | | | | | | | 4.1 |
| TOTAL | 4.2 | | | | 103.0 | | | | | 107.2 |

(*) Usd With Banque Int. Luxembourg, Societe generale, Chase Manhattan bk N.A, Citibank Bahrain, Arab Invt.Company
Chf With Banque Int. Luxembourg, Societe generale
Gbp With Banque Int. Luxembourg
Eur With Banque Int. Luxembourg, Societe generale
Sar With Citibank Bahrain

WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

| DEBIT ADVICE | | USD    IFA | 010409.01.00.840 |
|---|---|---|---|

REF: 000006682                                    DATE : 24/11/1997

ACCORDING TO YOUR INSTRUCTIONS WE MADE THE FOLLOWING TRANSFER         USD           150,000.00

TO          FAISAL FINANCE INSTITUTION INC.,
            ISTANBUL - TURKEY


            A/C NO. 950905 1

            MR. WAEL HAMZAH JELAIDAN


REFERENCE :  TRF TO F.F.I. - TURKEY

Form without signature

VALUE  26/11/1997      USD       150,000.00

ACNT550/SHA/FFS 24/11/97

WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

| DEBIT ADVICE | | USD | IFA | 010409.01.00.840 |
|---|---|---|---|---|

REF: 000007225                                          DATE : 27/02/1998

ACCORDING TO YOUR INSTRUCTIONS WE MADE THE FOLLOWING TRANSFER          USD          150,000.00

TO          FAYSAL FINANCE INSTITUTION, INC
            ISTANBUL - TURKEY


            A/C NO. 160 377

            WAEL HAMZAH JELAIDAN




REFERENCE :  TRF FFI TURKEY, ISTANBUL




Form without signature                              VALUE  03/03/1998    USD          150,000.00

                                                          ACNT550/SHA/FFS 27/02/98

WAEL HAMZAH JELAIDAN

POBOX : 1436
JEDDAH 21431
SAUDI ARABIA

| DEBIT ADVICE | | DEM    IFA | 010409.01.00.280 |
|---|---|---|---|

REF: 000007406                                               DATE : 02/04/1998

ACCORDING TO YOUR INSTRUCTIONS WE MADE THE FOLLOWING TRANSFER    DEM        176,000.00

TO          FAISAL FINANCE INSTITUTION INC,
            TURKEY

            A/C NO. 877191

            MR. WAEL HAMZAH JELAIDAN

REFERENCE :  TRF TO FFI TURKEY

Form without signature                    VALUE  03/04/1998    DEM      176,000.00

ACNT550/SHA/FFS 02/04/98

وائـــل حـمـــزة جـليـــدان

*Wael Hamzah Jelaidan*

للخدمات التجارية
**Trading Services**

Date 30-3-98 التاريخ

*Next maturity* 24/01/98

Mr. Rasheed Tymoor

Faisal Finance (Switzerland)

Please, transfare the amount
of one handred seventy six thausand
D. Mark (D.M. 176,000/-) from account
No. (10409) to the account No.
(877191) in Faisal Finance (Istanbul
Turky).

Faisal Finance (Switzerland) S.A.

SIGNATURE CONFIRME

Dear, Mr. Julaidan ____ Thank you ____
We would like to inform you
that your next maturity on    Wa'el H. Jelaidan
the above DEM 370, 000. Investment
will be on 24/0ct/98, Please advise!

جـدة – شـارع الانـدلـس – مـقـر شـركـة الـمـديـنـة – ص.ب ١٤٣٦ جـدة ٢١٤٣١ – هاتـف ٨٦٠٨٨٧١ / ٦٦٥٤٤٣٧ تـوصـيـلـة ١٥٣ – فـاكـس (٢-٩٦٦)٦٦٧١٠٦٤
Jeddah - Alandalos St. - M. C. C. Bldg - P.O.Box 1436 Jeddah 21431 - Tel. 8608871 / 6654437 Ext. 153  Fax (966-2)6671064

Mr. Montizer.    Thank you and best regard
On maturity
As = in Investment in D.M.    30/03

# EDIT ACCOUNTING MOVEMENTS

```
                                                    DATE  : 24/09/02
                                                    TIME  : 09:19:27
                                                    PAGE  :    1
```

```
                                      DESCRIPTION           VALUE DATE      26/05/98
                                                        OPERATION DATE      22/05/98
                                                            CURRENCY     840 USD
TRANSACTION ID.    46862
STATUS       CTR
CREATED/UPDATED BY : MBA  ON 22/05/98
CONTROLLED BY :           ON 22/05/98
```

| ACCOUNT ID | C L I E N T | | L E D G E R | | DESCRIPTION |
|---|---|---|---|---|---|
| 10257.01.00.840 | 250,000.00- | DB | 250,000.00 | DB | TO A/C 10409 |
| 7402.00.11.840 | | | | | TRSF FR A/C  10257 TO  10409 |
| 10409.01.00.840 | 250,000.00 | CR | 250,000.00- | CR | FM 10409 |
| 7102.00.11.840 | | | | | TRSF FR A/C  10257 TO  10409 |
| | 0.00 | | 0.00 | | |

V/SHA/FFS 24/09/02

Faisal Fainance (Switzerland)

Mr. Rasheed Tymoor

Please, transfare The amount

of ($250,000/-) two handreds

fifty thousands U.S. dollars,

from my account to the

account #(10409) at The Same

bank.                    Thanks —

19/5/98
Yassin Kadi

Faisal Finance (Switzerland) S.A.
SIGNATURE CONFORME

Date: 23.09.02   Time: 11:25

Customer Transfer

Citibank Reference          052541CK336
Status Code                 001
                            Processed by the Bank.

Customer Reference          C121000000006563

PreFormat Ref.

Customer Information

Priority Wire               NO

Ordering Customer           Faisal Finance
                            84,  Av. Louis-Casai
                            1216 Cointrin - Geneva
                            Switzerland

Debit Account Number        36966325

Agent                       NO
                            Cash FI Mgt. Citibank NY

Account Description         FAISAL FINANCE SWITZERLAND-USD

Value Date/Ccy/Amount       05/12/00
                            USD
                            24'090.00

Beneficiary's Name          WAEL HAMZAH ABDUL FATTAH JELAIDAN

Beneficiary's Account       314608010016294

Intracompany               NO

Beneficiary's Bank Name     AL RAJHI BANKING AND INVESTMENT
                            CORP HAYE AL SALAMAH JEDDAH SAUDI
                            ARABIA

Beneficiary's Bank Code

SWIFT Code

Intermediary Bank Name      CHASE MANHATTAN BANK NEW YORK

Intermediary Bank Code

SWIFT Code                  CHASUS33

Bank to Bank Information

Payment Details             TRF

Charges                     Customer's

*Wael Hamzah Jelaidan*

P.O.Box 1436,
Jeddah 21431,
Kingdom of Saudi Arabia.
05 February 2001

The Manager,
**Faisal Finance (Switzerland) S.A.**
3. Quai du Mont-Blanc,
P.O.Box 1494 – 1211 Genera1,
Switzerland.
Fax: (022) 908 53 99

Please transfer DEM 27,000 (Twenty Seven Thousand Marks Only) to Dr. Med.K.Schoebe, Account Number 24018905 Sparkasse Bonn Bank, BLZ 3805000, Bonn, Badgobesberg, Germany.

The above amount is for the treatment account of the patient Al-Amin Abdallah Mohammed Al-Shangity.

I will appreciate your urgent response in this regard.

Thank you.

**Wael Hamzah Jelaidan**
**Account: DEM-IFA-010409.01.00.280**

Faisal Finance (Switzerland) S.A.

SIGNATURE CONFORME

Case 1:03-md-01570-GBD-SN   Document 3746-15   Filed 10/06/17   Page 17 of 22

Customer Transfer

| | |
|---|---|
| Citibank Reference | C121000000007158 |
| Status Code | 002 |
| | Under Process by the Bank |
| Customer Reference | C121000000007158 |
| PreFormat Ref. | |
| Customer Information | |
| Priority Wire | NO |
| Ordering Customer | Faisal Finance |
| | 84, Av. Louis-Casai |
| | 1216 Cointrin - Geneva |
| | Switzerland |
| Debit Account Number | 4114942001 |
| Urgent | NO |
| | Frankfurt Citibank AG |
| Account Description | FAISAL FINANCE (SWITZERLAND) |
| Value Date/Ccy/Amount | 06/02/01 |
| | DEM |
| | 27'000.00 |
| Beneficiary's Name | DR MED K SCHOEBE |
| Beneficiary's Account | 24018905 |
| Intracompany | NO |
| Beneficiary's Bank Name | SPARKASSE BONN , BONN BADGOBESBERG |
| | GERMANY BLZ 3805000 |
| Beneficiary's Bank Code | |
| SWIFT Code | |
| Intermediary Bank Name | |
| Intermediary Bank Code | |
| SWIFT Code | |
| Bank to Bank Information | |
| Payment Details | THIS AMOUNT IS FOR THE TREATMENT |
| | ACCOUNT OF THE PATIENT AL AMIN |
| | ABDALLAH MOHAMED ALSHAGITY |
| Charges | Customer's |

[Logo] The Office of the Attorney General of Switzerland

EAII/1/01/007/Nic                                    Berne, October 16, 2002

### DOCUMENT SEIZURE AND PRODUCTION ORDER

Given the procedure opened September 15, 2001 for violation of articles 90ss of the Federal Law on Aviation (LA; RS 748.0), in connection with articles 5 and 6[bis] CPS, to associate with articles 111, 112, 181, 183, 184, 185, and 340 CPS,

Given the documents provided in annex to announcement number Arl 1596 55 of the Money Laundering Reporting Office of the OFP,

Given the fact that a person having the name of **Wa'el Hamza JULAIDAN** appears on the list "Bush 18" and is thus designated by the American authorities as connected to international terrorism,

Given the extension of the aforementioned procedure to **Wa'el Hamza JULAIDAN**,


considering:

1.  That on October 11, 2002, the Money Laundering Reporting Office (MROS) transmitted to the Office of the Attorney General a communication within the meaning of article 9 LBA,

2.  That the communication alleges that a Saudi citizen named Wael Hamzah A. JELAIDAN opened an individual numbered account registered under the number 340406 at Citibank of Geneva;

3.  That it appears very probable that Wael Hamzah A. JELAIDAN at Wa'el Hamza JULAIDAN are the same person, given that the date of birth and the citizenship also coincide;

4.  That the examination of the documents provided and the fact that Mr. Wa'el Hamza JULAIDAN appears on Bush list number 18 allows for the opening of a criminal investigation;

5.  That investigations will be conducted in order to shed light on the holder of this bank account;

6.  That as is, on the basis of information held by the Office of the Attorney General, there exists the suspicious of money laundering[1], or the fact that

---

[1] Article 305bis CPS

Mr. **Wa'el Hamza JULAIDAN** born January 22, 1958, holder of Saudi passport number A-992535,

Or **Wael Hamzah A. JELAIDAN**, born January 22, 1958, holder of the Saudi passport which is the holder of account number 240406,

Belongs to a criminal organization[2] susceptible of participating in the financing of terrorist activities.

Appling articles 65, 69-71 PPF;

**It is ordered:**

1. The **seizure** of account number 340406 with Citibank of Geneva.

2. The **sequestration** of all the documents, relative to the aforementioned individual, that were not provided as an annex to the communication made October 10, 2002, in particular the opening documents, supporting documents since the opening (account statement, notices of debits and credits,...), documents highlighting the provenance and the destination of transfers, correspondence, internal notices related to contacts with the client and the verification of the contracting parties' identity, the production of all documents held by the bank tied to Mr. **Wael Hamzah A. JELAIDAN**;

3. The present blocking order is **notified**:

   - To the Money Laundering Reporting Office, Bundesrain 20, 3003 Berne (by internal courier);
   - To Citibank (Switzerland), Bahnhofstrasse 63, PO Box 3760, 8021 Zurich (by fax number 01/205 72 22 and signed letter);
   - To the Federal Judicial Police, 3003 Berne (rif.: Alr 1596 55).

Legal Remedy

The present order may be the subject of an appeal to the President of the Grand Jury Chambers of the federal court within five days after receipt by the parties and by any person having suffered an illegitimate prejudice (article 105[bis] al. 2 in connection with articles 214-210 PPF).

FEDERAL PROSECUTOR
[seal of the Office of the Attorney General of Switzerland]
[Signature] Sergio Mastroianni

---

[2] Article 260ter CPS

I certify that I am proficient in English and French, and that the above is an accurate translation of the
October 16, 2002 Document Seizure and Production Order from French into English.

_____10/29/15_____
Date


W. Jameson Fox
Associate
Martin F. McMahon & Associates



SCHWEIZERISCHE BUNDESANWALTSCHAFT
MINISTERE PUBLIC DE LA CONFEDERATION
MINISTERO PUBBLICO DELLA CONFEDERAZIONE
PROCURA FEDERALA

EAII/1/01/007/Nic                                   Berne, le 16 octobre 2002

# ORDONNANCE DE PERQUISITION
# ET D'EDITION DE DOCUMENTS

Vu la procédure ouverte le 15 septembre 2001 pour violation des art. 90ss de la loi fédérale sur l'aviation (LA; RS 748.0), en liaison avec les art. 5 et 6bis CPS, à associer aux art. 111, 112, 181, 183, 184, 185 et 340 CPS,

vu les documents fournis en annexe à l'annonce n° Arl 1596 55 du Bureau de communication en matière de blanchiment de l'OFP,

vu le fait qu'une personne ayant le nom de **Wa'el Hamza JULAIDAN** figure sur la liste "Bush 18" et est ainsi désignée par les autorités américaines comme liée au terrorisme international,

vu l'extension de la procédure précitée à **Wa'el Hamza JULAIDAN**,

## considérant:

1. que le 11 octobre 2002, le bureau de communication en matière de blanchiment d'argent (MROS) a transmis au Ministère public de la Confédération une communication au sens de l'article 9 LBA,

2. que la communication allègue qu'un citoyen saoudien nommé Wael Hamzah A. JELAIDAN aurait ouvert un compte individuel numéroté enregistré sous le nr. 340406 auprès de la Citibank de Genève;

3. qu'il paraît fort probable que Wael Hamzah A. JELAIDAN et Wa'el Hamza JULAIDAN soient la même personne, étant donné que la date de naissance et la citoyenneté coïncident aussi;

4. que l'examen des documents fournis et le fait que M. Wa'el Hamza JULAIDAN figure sur la liste Bush n° 18 permettent l'ouverture d'une procédure d'enquête pénale;

5. que des investigations seront conduites afin de faire la lumière sur le titulaire de ce compte bancaire;

6. qu'en l'état, sur la base des informations dont le Ministère public de la Confédération dispose, il existe le soupçon de blanchiment d'argent[1], ou le fait que

---

[1] art. 305bis CPS

M. **Wa'el Hamza JULAIDAN** né le 22.01.1958, titulaire du passeport saoudien n° A-992535,

ou **Wael Hamzah A. JELAIDAN,** né le 22.01.1958, titulaire du passeport saoudien titulaire du compte n° 240406,

appartien à une organisation criminelle[2] susceptible de participer au financement d'activités terroristes.

En application des articles 65, 69 à 71 PPF;

## Il est ordonné :

1.     La **perquisition** du compte n° 340406 auprès de la Citibank à Genève.

2.     Le **séquestre** de tous les documents, relatifs à la relation susmentionnée, qui n'auraient pas été fournis en annexe à la communication faite le 10 octobre 2002, en particulier les documents d'ouverture, les justificatifs depuis l'ouverture (extrait de compte, avis de débits et de crédit,...), les documents faisant ressortir la provenance et la destinations des virements, la correspondance, les notices internes relatives aux contacts avec la clientèle et la vérification de l'identité des contractants, la production de tous les documents détenus par la banque liés à M. **Wael Hamzah A. JELAIDAN;**

3.     La présente ordonnance de blocage est **notifiée** :

- au bureau de communication en matière de blanchiment, Bundesrain 20, 3003 Berne (par courrier interne);
- à Citibank (Switzerland), Bahnhofstrasse 63, PO Box 3760, 8021 Zürich (par fax n. 01/205 72 22 et lettre signature);
- à la police judiciaire fédérale, 3003 Berne (rif.:Alr 1596 55).

### Voie de droit

La présente ordonnance peut faire l'objet d'un recours auprès du Président de la Chambre d'accusation du tribunal fédéral dans les cinq jours dès la reception par les parties et par toute personne ayants subi un préjudice illégitime (art. 105[bis] al. 2 en ralation avec les art. 214-219 PPF).



**LE PROCUREUR FÉDÉRAL**

Sergio Mastroianni

---

[2] art. 260ter CPS