# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas Burnett, Sr., at al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.*, Case No. 02-cv-06977
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers, Inc., et al. v. Al Baraka, et al.*, Case No. 04-cv-07279

## CONSOLIDATED CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiffs' Notice of Motion for Sanctions Against Defendant Wa'el Hamza Jelaidan, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Sanctions Against Defendant Wa'el Hamza Jelaidan, and the Declaration of J. Scott Tarbutton in Support of Plaintiffs' Motion for Sanctions Against Defendant Wa'el Hamza Jelaidan with exhibits, was filed electronically this 6th day of October 2017.  Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

 /s/
J. Scott Tarbutton, Esq.