UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br><br>ECF Case |

This document relates to:

*Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03 Civ. 9849
*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03 Civ. 6978
*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 Civ. 6977
*Estate of O'Neill v. Al Baraka Investment & Development Corp.*, 04-CV-1923
*Euro Brokers Inc., et al., v. Al Baraka, et al.*, No. 04 Civ. 7279
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04 Civ. 5970
*Cantor Fitzgerald Associates, LP v. Akida Investment Co., Ltd.*, 04-CV-7065


**PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AS TO CHARITY OFFICIAL DEFENDANTS ABDULLAH OMAR NASEEF, ABDULLAH BIN SALEH AL OBAID, ABDULLAH MAHSEN AL TURKI, ADNAN BASHA, AND SOLIMAN AL-BUTHE**

PLEASE TAKE NOTICE that upon the Declaration of Robert T. Haefele, Esq, and the exhibits attached thereto, and the Memorandum of Law in Support of Plaintiffs' Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mahsen al Turki, Adnan Basha, and Soliman al-Buthe, the plaintiffs by and through their undersigned counsel will move the Court before the Honorable Sarah Netburn, U.S. Magistrate Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, Room 430, Courtroom 219, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 37, sanctioning the Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mahsen al Turki, Adnan Basha, and Soliman al-Buthe for their defiance of this Court's prior orders compelling them to produce their passports, to produce sworn or affirmed certifications that they had each produced all documents responsive to the plaintiffs' discovery requests, and to produce privilege logs identifying any responsive document that was not produced. Plaintiffs seek this relief for the reasons set forth in the Memorandum of Law in

Support of Plaintiffs' Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mahsen al Turki, Adnan Basha, and Soliman al-Buthe.

Dated:  October 6, 2017

Respectfully Submitted,

/s/ Robert T. Haefele
Jodi W. Flowers, Esq.
Robert T. Haefele, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9000

Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel:  (215) 665-2000

James P. Kreindler, Esq.
Andrew J. Maloney, III, Esq.
KREINDLER & KREINDLER, LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel:  (212) 687-8181

Jerry S. Goldman, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 278-1000

Robert M. Kaplan, Esq.
FERBER CHAN ESSNER & COLLER, LLP
60 East 42nd Street, Suite 2050
New York, New York 10165
Tel:  (212) 944-2200

Christopher T. Leonardo, Esq.
ADAMS HOLCOMB LLP
1001 Pennsylvania Ave., N.W.
Suite 740-South
Washington, D.C. 20004
Tel: (202) 580-8820

*Attorneys for Plaintiffs*