## **CONSOLIDATED CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Plaintiffs' Notice of Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh Al-Obaid, Abdullah Mahsen Al-Turki, Adnan Basha, and Soliman Al-Buthe, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh Al-Obaid, Abdullah Mahsen Al-Turki, Adnan Basha, and Soliman Al-Buthe, and the Declaration of Robert T. Haefele in Support of Plaintiffs' Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh Al-Obaid, Abdullah Mahsen Al-Turki, Adnan Basha, and Soliman Al-Buthe with exhibits, was filed electronically this 6th day of October 2017.  Notice of this filing will be served upon all parties in 03 MDL 1570 by operation of the Southern District of New York's Electronic Case Filing ("ECF") system, which all parties may access.

                                                     /s/
                                             Robert T. Haefele, Esq.