# EXHIBIT K

# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **KRISTEN SINISI** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **MICHAEL ELLEMENT*** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | **DEVIN WRIGLEY** |

\* ADMITTED IN MD ONLY

<u>By Email and First Class Mail</u>
September 26, 2017

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
Cozen O'Connor, P.C.
1650 Market Place
Philadelphia, PA 19103-7301

    Re:    <u>In re Terrorist Attacks</u>, No. 03-MDL-1570

Sean and Scott,

    Enclosed please find the certification from Mr. Soliman H. Al-Buthe.

                  Sincerely,

                  */s/ Alan*

                  Alan R. Kabat

Enc.

cc:  MDL 1570 counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Terrorist Attacks on Sept. 11, 2001*   )   No. 03-MDL-1570 (GBD)(SN)

### CERTIFICATION OF SOLIMAN H. AL-BUTHE

I, Soliman H. Al-Buthe, hereby certify that I have searched for and produced (through my attorneys) all non-privileged documents that are relevant for jurisdictional discovery and responsive to the plaintiffs' jurisdictional discovery document requests. These include documents that were previously produced by the Al Haramain Islamic Foundation, Inc. (USA).

SIGNED: _____
Soliman H. Al-Buthe

DATED: 9-26-2017