# EXHIBIT L

# BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **KRISTEN SINISI** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **MICHAEL ELLEMENT*** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | **DEVIN WRIGLEY** |

\* ADMITTED IN MD ONLY

<u>By Email and First Class Mail</u>
October 5, 2017

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
Cozen O'Connor, P.C.
1650 Market Place
Philadelphia, PA 19103-7301

  Re: <u>In re Terrorist Attacks</u>, No. 03-MDL-1570

Sean and Scott,

  Enclosed please find the Certification of Dr. Abdullah Bin Saleh Al-Obaid (October 4, 2017), which confirms that having retired from the Muslim World League (MWL) in 2000, he no longer has access to its documents and has produced the responsive documents that he has that are relevant to jurisdictional discovery (including referencing the MWL's documents).

  We have been unable to reach Dr. Abdullah Omar Naseef, who has been in ill health for some time and is currently unable to communicate with us. As you know, Dr. Naseef served the MWL from 1983 to 1993, and has not had access to the MWL's files since that time.

  Finally, we have attempted to contact Dr. Al-Turki but have not yet received a response. He is also retired from the MWL.

  As you know, we already provided information on their travels to the United States. *See* Al-Turki Motion to Dismiss (*Burnett*), ECF No. 85, Ex. 1, ¶ 11 (Apr. 8, 2004); Al-Turki Consolidated Motion to Dismiss, ECF No. 1185, Ex. 1, ¶ 11 (Sept. 6, 2005); Al-Obaid Motion to Dismiss (*Burnett*), ECF No. 98, Ex. 1, ¶ 8 (Apr. 8, 2004); Al-Obaid Consolidated Motion to Dismiss, ECF No. 1182, Ex. 1, ¶ 8 (Sept. 6, 2005); Naseef Motion to Dismiss (*Burnett*), ECF No. 87, Ex. 1, ¶ 7 (Apr. 8, 2004); Naseef Consolidated Motion to Dismiss, ECF No. 1206, Ex. 1, ¶ 7 (Sept. 6, 2005). Additional information on their travels for the MWL is included in the MWL's own production, including the MWL's Annual Reports. We will let you know if we are able to obtain any further information.

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
October 5, 2017
Page 2 of 2

Sincerely,

*/s/ Alan*

Alan R. Kabat

Enc.
cc:  MDL 1570 counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Terrorist Attacks on Sept. 11, 2001*   )   No. 03-MDL-1570 (GBD)(SN)

## CERTIFICATION OF DR. ABDULLAH BIN SALEH AL-OBAID

I, Dr. Abdullah bin Saleh Al-Obaid, hereby certify that, as a long-retired Secretary-General of the Muslim World League (MWL) (having served from 1995 to 2000), I no longer have access to the MWL's files and archives.

I further certify that, through my attorneys, I have produced all documents responsive to the document requests, including both the documents that are available to me, and the documents that were part of the productions of the MWL and the International Islamic Relief Organization.

SIGNED: _____
Dr. Abdullah bin Saleh Al-Obaid

DATED: 4/10/2017