# EXHIBIT M

## BERNABEI & KABAT, PLLC

ATTORNEYS AT LAW
1400 16th STREET, N.W., SUITE 500
WASHINGTON, D.C. 20036-2223

| | | |
|---|---|---|
| **LYNNE BERNABEI** | 202.745.1942 | **KRISTEN SINISI** |
| **ALAN R. KABAT** | FAX: 202.745.2627 | **MICHAEL ELLEMENT*** |
| **PETER M. WHELAN** | WWW.BERNABEIPLLC.COM | **DEVIN WRIGLEY** |

\* ADMITTED IN MD ONLY

By Email and First Class Mail
September 26, 2017

Sean P. Carter, Esquire
Scott Tarbutton, Esquire
Cozen O'Connor, P.C.
1650 Market Place
Philadelphia, PA 19103-7301

Re:   *In re Terrorist Attacks*, No. 03-MDL-1570

Sean and Scott,

Enclosed please find the supplemental document index for Dr. Basha, which reflects the production made by the IIRO subsequent to his June 2, 2017 index. For Dr. Basha, who is retired from the IIRO, the responsive documents are in the possession of the IIRO, and were produced by the IIRO as part of its merits document production. Subject to and without waiving Dr. Basha's prior objections, a subset of the IIRO's document production is or may be responsive to the jurisdictional discovery document requests directed to him, as set forth on the attached index of over 770 entries. Also enclosed is Dr. Basha's Certification.

We have tried to be overinclusive in indexing the documents, as many documents (or ranges of documents) can be responsive to multiple jurisdictional discovery document requests, given the broad and overlapping nature of those requests. However, not all of the IIRO documents were responsive to the jurisdictional discovery document requests, so these indexes only include those that we determined were responsive to those requests.

Sincerely,

*/s/ Alan*

Alan R. Kabat

Enc.

cc:  MDL 1570 counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *In re Terrorist Attacks on Sept. 11, 2001* | ) ) ) | No. 03-MDL-1570 (GBD)(SN) |

### CERTIFICATION OF DR. ADNAN BASHA

I, Dr. Adnan Basha, hereby certify that, prior to my recent retirement as the Secretary-General of the International Islamic Relief Organization (IIRO), I directed my assistants to guide the IIRO's attorneys through the IIRO's files and archives, and I ensured that the attorneys had full access to the IIRO's files and archives.

I further certify that, through my attorneys, I have produced all documents responsive to the document requests, including both the documents that are available to me, and the documents that were part of the productions of the Muslim World League and the IIRO.

SIGNED: _____
Dr. Adnan Basha

DATED: 09/19/2017