# SALERNO & ROTHSTEIN
## ATTORNEYS AT LAW

AMY ROTHSTEIN
PETER C. SALERNO

WRITER'S EMAIL ADDRESS:
peter.salerno.law@gmail.com

221 SCHULTZ HILL ROAD
PINE PLAINS, NY 12567
—
T: 518.771.3050
F: 866.589.9010

October 10, 2017

By ECF

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

   Re: *In re Terrorist Attacks on September 11, 2001*
    03 MDL 1570 (GBD) (FM)

   *This document relates to:*

   *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02 Civ. 6977*
   *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03 Civ. 9849*
   *Federal Insurance Co., et al. v. Al Qaida, et al., No. 03 Civ. 6978*
   *Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04 Civ. 5970*
   *Euro Brokers Inc., et al., v. Al Baraka, et al., No. 04 Civ. 7279*
   *Estate of John P. O'Neill et. al., v. Al Baraka et. al., No. 04 Civ. 1923*
   *World Trade Center Properties, L.L.C. et al. v. Al Baraka Investment and Development Corp., et al., No. 04 Civ. 7280*

Dear Judge Netburn:

   We represent defendant Yassin Abdullah Kadi in this matter. We write to advise the Court that after further consideration, we have determined to defer filing a motion to compel until later in discovery, if it should still be necessary.

            Respectfully,

             s/
             Peter C. Salerno

Hon. Sarah Netburn -2- October 10, 2017

cc: The Honorable George B. Daniels (via ECF)
All MDL Counsel of Record (via ECF)