| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

VIA ECF AND OVERNIGHT MAIL

October 11, 2017

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: OCT 12 2017

RE:   *In re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels,

The *Ashton* Plaintiffs write to respectfully request a brief one week extension of the deadlines for plaintiffs' opposition to the motions to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission (SHC), from November 2, 2017 to November 9, 2017. The short extension is requested to accommodate a personal matter of the undersigned.

The Kingdom of Saudi Arabia and the Saudi High Commission have advised that they consent to the *Ashton* plaintiffs' request for the proposed one week extension of the opposition deadline. In Addition, to allow for the necessary coordination and ensure that the relevant deadlines remain synchronized, the Kingdom and the SHC have consented to a corresponding extension of the deadline for the Consolidated Amended Complaint Plaintiffs to file their opposition briefs. Since oral argument is set for January 18, 2018, we do not foresee any effect on that date.

Defense counsel has advised that they will request a preferred date for filing their reply briefs when they have received the plaintiffs' opposition briefs.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

James P. Kreindler