UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF Case |

This document relates to:

*Ashton, et al. v. Kingdom of Saudi Arabia,* 17-cv-02003 (GBD)(SN)

*Ashton, et al., v. al Qaeda Islamic Army, et al.,* 02-cv-6977 (GBD)(SN)

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record: I am admitted or otherwise authorized to practice

in this Court, and I appear in this case as counsel for the *Burlingame* subset of plaintiffs in the

above consolidated action:

> *SHERI G. BURLINGAME, Individually as Spouse and as Personal Representative of the Estate of CHARLES FRANK BURLINGAME, III, Deceased;*
>
> *RUDY ABAD, Individually as Spouse and as Personal Representative of the Estate of MARIE ROSE ABAD, Deceased;*
>
> *CYNTHIA LYNN BARKWAY, Individually as Spouse, and as Personal Representative of the Estate of DAVID MICHAEL BARKWAY, Deceased;*
>
> *MAUREEN BASNICKI, Individually as Spouse and as Personal Representative of the Estate of KENNETH BASNICKI, Deceased;*
>
> *BHOLA AND BASMATTIE BISHUNDAT, Individually as Parents, and as Personal Representatives of the Estate of KRIS ROMEO BISHUNDAT;*
>
> *DEBRA LAVENDER, Individually as Sibling, and as Personal Representative of the Estate of MICHAEL BOCCHINO, Deceased;*
>
> *DEBRA LAVENDER as Proposed Personal Representative of the Estates of MICHAEL BOCCHINO, Surviving Father of MICHAEL BOCCHINO;*
>
> *LUCY BOCCHINO, Surviving Mother of MICHAEL BOCCHINO; and THOMAS BOCCHINO, Surviving Sibling of MICHAEL BOCCHINO;*
>
> *IRENE BOEHM, Individually as Spouse and as Personal Representative of the Estate of BRUCE BOEHM, Deceased;*

1

*NANCY H. KIMBELL, Individually as Sibling and as Personal Representative of the Estate of MARY JANE BOOTH, Deceased;*

*FRANCISCO BOURDIER and MAGDALENA BOURDIER Individually as Surviving Parents of FRANCISCO BOURDIER;*

*MANUEL BOURDIER as Surviving Sibling of FRANCISCO BOURDIER;*

*KRISTEN BREITWEISER, Individually as Spouse, and as Personal Representative of the Estate of RONALD BREITWEISER, Deceased;*

*CAROLINE BREITWEISER as Surviving Child of RONALD BREITWEISER;*

*ERICA BRENNAN, Individually as Spouse, and as Personal Representative of the Estate of PETER BRENNAN, Deceased;*

*KATHLEEN BRUNTON, Individually as Spouse, and as Personal Representative of the Estate of VINCENT BRUNTON, Deceased;*

*MICHAEL BRUNTON, as Surviving Sibling of VINCENT BRUNTON;*

*ERNST H. BUCK and JOSEPHINE BUCK, Individually as Parents of GREGORY J. BUCK, Deceased;*

*ELAINE M. CHEVALIER, Individually as Mother and as Personal Representative of the Estate of SWEDE CHEVALIER, Deceased;*

*KENNETH CHU, Individually as Parent and as Personal Representative of the Estate of PAMELA CHU, Deceased;*

*DEBORAH RAZZANO, Individually as Spouse and as Personal Representative of the Estate of ANTHONY COLADONATO, Deceased;*

*MELINDA COOPER, Individually as Spouse and as Personal Representative of the Estate of JULIAN COOPER, Deceased;*

*MELINDA COOPER as Parent and Natural Guardian of J.C., a Minor, Surviving Child of JULIAN COOPER;*

*THERESA COVE, Individually as Spouse and as Personal Representative of the Estate of JAMES E. COVE, Deceased;*

*JAMES CUDMORE, Individually as Parent and as Personal Representative of the Estate of NEIL CUDMORE, Deceased;*

*AMY WATERS, Individually, and as Personal Representative of the Estate of SCOTT DAVIDSON, Deceased;*

*STEPHEN DAVIDSON, as Surviving Parent of SCOTT DAVIDSON;*

*LORRAINE DELAPENHA FICHERA, Individually as Spouse, and as Personal Representative of the Estate of DONALD A. DELAPENHA, Deceased;*

*SAMANTHA DELAPENHA as Surviving Child of DONALD A. DELAPENHA;*

ROBERT DELAPENHA as Surviving Child of DONALD A. DELAPENHA;

LORRAINE DELAPENHA FICHERA as Parent and Natural Guardian of M.D., a Minor, Surviving Child of DONALD A. DELAPENHA;

KATHRYN R. DENNIS, Individually as Spouse and as Personal Representative of the Estate of THOMAS F. DENNIS, Deceased;

IRENE DICKEY, Individually as Spouse and as Personal Representative of the Estate of JOSEPH DICKEY, Deceased;

ROSEMARY DILLARD, Individually as Spouse and as Personal Representative of the Estate of EDDIE DILLARD, Deceased;

LESLIE DIMMLING, Individually as Spouse and as Personal Representative of the Estate of WILLIAM DIMMLING, Deceased;

GREGORY DIMMLING as Surviving Child of WILLIAM DIMMLING;

NICHOLAS DIMMLING as Surviving Child of WILLIAM DIMMLING;

RUDY DIMMLING as Surviving Sibling of WILLIAM DIMMLING;

MARGUERITA DOMANICO, Individually as Spouse and as Personal Representative of the Estate of JAMES DOMANICO, Deceased;

CHRISTINA KURINZI as Surviving Child of JAMES DOMANICO;

MAUREEN S. DOMINGUEZ, Individually as Spouse and as Personal Representative of the Estate of CARLOS DOMINGUEZ, Deceased;

CHRISTOPHER DOWLING, Individually as Parent and as Personal Representative of the Estate of MARY YOLANDA DOWLING, Deceased;

CYNTHIA M. DROZ, Individually as Spouse and as Personal Representative of the Estate of CHARLES DROZ, Deceased;

JACQUELINE EATON, Individually as Spouse and as Personal Representative of the Estate of ROBERT EATON, Deceased;

CORRINE J. EVANS and CHARLES R. EVANS, as Co-Administrators of the Estate of ERIC B. EVANS, Deceased;

CATHERINE ANN FAUGHNAN, Individually as Spouse as Personal Representative of the Estate of CHRISTOPHER FAUGHNAN, Deceased;

SIENA FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;

JULIET FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;

LIAM FAUGHNAN as Surviving Child of CHRISTOPHER FAUGHNAN;

THOMAS FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;

JOAN FAUGHNAN as Surviving Parent of CHRISTOPHER FAUGHNAN;

*DIANE BARNES as Surviving Sibling of CHRISTOPHER FAUGHNAN;*

*LYNNE FAUGHNAN LEE as Surviving Sibling of CHRISTOPHER FAUGHNAN;*

*MAUREEN STINES as Surviving Sibling of CHRISTOPHER FAUGHNAN;*

*MARCO CALLE, Individually, and as Personal Representative of the Estate of HENRY HOMERO FERNANDEZ, Deceased;*

*MARY AND FRANK FETCHET, Individually as Parents and as Personal Representatives of the Estate of BRADLEY FETCHET, Deceased;*

*ERIN FINNEGAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL FINNEGAN, Deceased;*

*BRIDGET FINNEGAN, Individually as Surviving Child of MICHAEL FINNEGAN;*

*MICHAEL FINNEGAN, Individually as Surviving Child of MICHAEL FINNEGAN;*

*ERIN FINNEGAN as Mother and Natural Guardian of F.F, a Minor, Surviving Child of MICHAEL FINNEGAN;*

*PATRICIA FITZSIMONS, Individually as Spouse and as Personal Representative of the Estate of RICHARD FITZSIMONS, Deceased;*

*CARLOS GAMBOA, Individually as Father and as Personal Representative of the Estate of GIANN F. GAMBOA, Deceased;*

*CATHY GEYER, Individually as Spouse and as Personal Representative of the Estate of JAMES G. GEYER, Deceased;*

*MICHELE GEYER as Surviving Child of JAMES G. GEYER;*

*PHYLLIS GILLY and JOSEPH GILLY, Individually as Parents and as Personal Representatives of the Estate of Laura Gilly, Deceased;*

*GERALD GOLKIN and JANET GOLKIN, Individually as Parents and as Personal Representatives of the Estate of ANDREW H. GOLKIN, Deceased;*

*SUSAN GOLKIN as Surviving Sibling of ANDREW H. GOLKIN;*

*TERESA GOMEZ, Individually and as Personal Representative of the Estate of ENRIQUE A. GOMEZ, Deceased;*

*BLANCA GOMEZ, Individually and as Administrator of the Estate of JOSE B. GOMEZ, Deceased;*

*SANDRA MUNRO, Individually as Sibling and as Personal Representative of the Estate of ELVIRA GRANITTO, Deceased;*

*ANNE EARTHMAN as Surviving Child of ELVIRA GRANITTO;*

*DAMIEN EARTHMAN as Surviving Child of ELVIRA GRANITTO;*

*ANNA GRANITTO as Surviving Parent of ELVIRA GRANITTO;*

*COSIMO GRANITTO as Surviving Parent of ELVIRA GRANITTO;*

*MARIO GRANITTO, as Surviving Sibling of ELVIRA GRANITTO;*

*FILIPPA GRANITTO as Surviving Sibling of ELVIRA GRANITTO;*

*RAYMOND HABIB, Individually as Spouse and as Personal Representative of the Estate of BARBARA HABIB, Deceased;*

*THOMAS P. HEIDENBERGER, Individually as Spouse and as Personal Representative of the Estate of MICHELE HEIDENBERGER, Deceased;*

*MARY JEAN HELLER, Individually as Spouse and as Personal Representative of the Estate of H. JOSEPH HELLER, Deceased;*

*EDWARD HENRY and ALICE HENRY, Individually, and as Surviving Parents and as Personal Representatives Estate of JOSEPH PATRICK HENRY, Deceased;*

*TENNYSON HUIE, Individually as Father and as Personal Representative of the Estate of SUSAN HUIE, Deceased;*

*SHERI ANN ISKENDERIAN, Individually as Spouse and as Personal Representative of the Estate of ARAM ISKENDERIAN, Deceased;*

*JENNIFER L. JARDIM, Individually as Spouse and as Personal Representative of the Estate of MARK S. JARDIM, Deceased;*

*CHRISTINE JEAN-PIERRE, Individually as Spouse and as Personal Representative of the Estate of FRANCOIS JEAN-PIERRE, Deceased;*

*ELIZABETH JORDAN, Individually as Spouse and as Personal Representative of the Estate of ROBERT JORDAN, Deceased;*

*GEOFFREY JUDGE, Individually a Spouse and as Personal Representative of the Estate of ANN JUDGE, Deceased;*

*DOHEE KANG, Individually as Spouse and as Personal Representative of the Estate of JOON KOO KANG, Deceased;*

*JANET KELLEY, Individually as Spouse and as Personal Representative of the Estate of FREDERICK KELLEY, Deceased;*

*FREDERICK KELLEY as Surviving Child of FREDERICK KELLEY;*

*JOANNE KELLY, Individually as Spouse and as Personal Representative of the Estate of JAMES KELLY, Deceased;*

*ALISON M. KINNEY, Individually as Spouse and as Personal Representative of the Estate of BRIAN KINNEY, Deceased;*

*PAUL AND VIVIAN KOLPAK, Individually as Parents and as Personal Representatives of the Estate of VANESSA KOLPAK, Deceased;*

*THADDEUS KOLPAK as Surviving Sibling of VANESSA KOLPAK;*

*ALEXIS KOLPAK LERNER as Surviving Sibling of VANESSA KOLPAK;*

*ELIZABETH KOVALCIN, Individually as Spouse and as Personal Representative of the Estate of DAVID P. KOVALCIN, Deceased;*

*ANNA M. KREN, Individually as Spouse and as Personal Representative of the Estate of JOHN J. KREN, Deceased;*

*ANDREA SASSONE as Surviving Child of JOHN J. KREN;*

*JANINE WENTWORTH as Surviving Child of JOHN J. KREN*

*SANDRA LANG PANGBORN, Individually as Spouse and as Personal Representative of the Estate of BRENDAN LANG, Deceased;*

*DONNA CABALLERO and WILLIAM M. LANG,*

*Individually as Siblings and as Personal Representatives of the Estate of ROSEANN LANG, Deceased;*

*CAROLANN LARSEN, Individually as Spouse, and as Personal Representative of the Estate of SCOTT LARSEN, Deceased;*

*CAROLE LEAVEY, Individually as Spouse and as Personal Representative of the Estate of JOSEPH GERARD LEAVEY, Deceased;*

*DENNIS LEVI and JENNIFER LEVI-LONGYEAR, Individually as Children and as Personal Representatives of the Estate of JOHN LEVI, Deceased;*

*JOSEPH J. REITANO as Personal Representative of the Estate of VINCENT LITTO, Deceased;*

*LINDA LITTO as Surviving Spouse of VINCENT LITTO;*

*CATHERINE LITTO-PETRAS as Surviving Child of VINCENT LITTO;*

*KRISTEN SERRA as Surviving Child of VINCENT LITTO;*

*KIMBERLY REX as Surviving Child of VINCENT LITTO;*

*JOSEPH REITANO as Proposed Personal Representative of the Estates of MICHAEL LITTO and MARIE LITTO, Surviving Parents of VINCENT LITTO;*

*ELIZABETH DAVILA-LOPEZ, Individually and as Personal Representative of the Estate of DANIEL LOPEZ, Deceased;*

*EILEEN LYNCH, Individually as Spouse and as Personal Representative of the Estate of FARRELL LYNCH, Deceased;*

*CHRISTINA LYNCH, Individually as Spouse and as Personal Representative of the Estate of RICHARD D. LYNCH, Deceased;*

*LORRAINE LYNCH, Individually as Spouse and as Personal Representative of the Estate of SEAN LYNCH, Deceased;*

*GRACE LYNCH as Surviving Child of SEAN LYNCH;*

*MARY ROSE LYNCH as Surviving Child of SEAN LYNCH;*

*SEAN LYNCH, Jr., as Surviving Child of SEAN LYNCH;*

*VALERIE MAGEE, Individually as Surviving Spouse and as Personal Representative of the Estate of BRIAN MAGEE, Deceased;*

*BRINLEY MALONEY, Individually as Spouse and as Personal Representative of the Estate of EDWARD F. MALONEY, III, Deceased;*

*BRINLEY MALONEY as Mother and Natural Guardian of M.M. and T.M., Surviving Children of EDWARD F. MALONEY, III;*

*MEGAN MANNING, Individually as Spouse and as Personal Representative of the Estate of TERENCE JOHN MANNING, Deceased;*

*MAIREAD MANNING as Surviving Child of TERENCE JOHN MANNING;*

*MEGAN MANNING as Mother and Natural Guardian of T.M., Surviving Child of TERENCE JOHN MANNING;*

*NICHOLAS MAOUNIS, Individually as Parent and as Personal Representative of the Estate of JAMES MAOUNIS, Deceased;*

*SHEILA MARTELLO, Individually as Spouse and as Personal Representative of the Estate of JAMES MARTELLO, Deceased;*

*MARGARET MATHERS, Individually and as Personal Representative of the Estate of CHARLES MATHERS, Deceased;*

*LYNN McGUINN, Individually as Spouse and as Personal Representative of the Estate of FRANCIS McGUINN, Deceased;*

*TARYN McHALE, Individually as Spouse and as Personal Representative of the Estate of THOMAS McHALE, Deceased;*

*ELIZABETH McLAUGHLIN O'BRIEN, Individually as Spouse and as Personal Representative of the Estate of ROBERT McLAUGHLIN, Deceased;*

*ELIZABETH McNALLY, Individually as Spouse and as Personal Representative of the Estate of EDMUND MCNALLY, Deceased;*

*JOSEPH RICHARD MICKLEY, Individually as Spouse and as Personal Representative of the Estate of PATRICIA E. MICKLEY, Deceased;*

*MARIE MICKLEY as Surviving Child of PATRICIA E. MICKLEY;*

*ARJAN MIRPURI, Individually as Parent and as Personal Representative of the Estate of RAJESH MIRPURI, Deceased;*

*SUSANNE MLADENIK, Individually and as Personal Representative of the Estate of JEFFREY P. MLADENIK, Deceased;*

*MARK MORABITO, Individually as Spouse and as Personal Representative of the Estate of LAURA LEE MORABITO, Deceased;*

*CATHERINE MORAN, Individually as Parent and as Personal Representative of the Estate of KATHLEEN MORAN, Deceased;*

*KIMBERLY A. MARTONE, Individually as Spouse and as Personal Representative of the Estate of CHRISTOPHER M. MORRISON, Deceased;*

*MADELINE LEW MOY, Individually as Spouse and as Personal Representative of the Estate of TEDDINGTON H. MOY, Deceased;*

*PATRICK MULLAN, Individually as Parent and as Personal Representative of the Estate of MICHAEL D. MULLAN, Deceased;*

*AMY NACKE MARTINEZ, Individually as Spouse and as Personal Representative of the Estate of LOUIS J. NACKE, Deceased;*

*HEIDI NAPLES, Individually as Spouse and as Personal Representative of the Estate of FRANK J. NAPLES, Deceased;*

*AMY NEWTON, Individually as Spouse and as Personal Representative of the Estate of CHRISTOPHER NEWTON, Deceased;*

*SUSAN NEWTON-CARTER, Individually as Spouse, and as Personal Representative of the Estate of CHRISTOPHER NEWTON-CARTER, Deceased;*

*CHRISTINE O'BERG CONNOLLY, Individually and as Personal Representative of the Estate of DENNIS O'BERG, Deceased;*

*DENNIS O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;*

*DOROTHY O'BERG, Individually and as Surviving Parent of DENNIS O'BERG;*

*LISA O'BRIEN, Individually as Spouse, and as Personal Representative of the Estate of TIMOTHY O'BRIEN, Deceased;*

*ANTOINETTE D. OGNIBENE, Individually and as Personal Representative of the Estate of PHILLIP PAUL OGNIBENE, Deceased;*

*MARY DUFF-ORTALE, Individually as Spouse and as Personal Representative of the Estate of PETER KEITH ORTALE, Deceased;*

*CATHERINE GRIMES, Individually as Surviving Sibling of PETER KEITH ORTALE, and as Personal Representative of the Estate of MARY ORTALE, Surviving Mother of PETER KEITH ORTALE;*

*MARY MALITAS as Surviving Sibling of PETER KEITH ORTALE;*

*JULIE ORTALE as Surviving Sibling of PETER KEITH ORTALE;*

*GILBERT ORTALE as Surviving Sibling of PETER KEITH ORTALE;*

*DANIEL ORTH, MICHELLE ORTH and ELIZABETH ORTH, Individually as Children and as Personal Representatives of the Estate of JANE MARIE ORTH, Deceased;*

*WANDA GARCIA-ORTIZ, Individually as Spouse and as Personal Representative of the Estate of EMILIO ORTIZ, Deceased;*

*ALEXANDRA M. ORTIZ RESZKA, Individually and as Personal Representative of the Estate of SONIA M. ORTIZ, Deceased;*

*JEAN M. PALOMBO, Individually and as Personal Representative of the Estate of FRANK A. PALOMBO, Deceased;*

*CAROLYN PANATIER, Individually as Spouse, and as Personal Representative of the Estate of CHRISTOPHER M. PANATIER, Deceased;*

*NAVILA PATTERSON, Individually as Spouse, and as Personal Representative of the Estate of BERNARD E. PATTERSON, Deceased;*

*MEGAN P. PELINO, Individually as Spouse and as Personal Representative of the Estate of TODD DOUGLAS PELINO, Deceased;*

*STEVEN POLLICINO and CELESTE POLLICINO, Individually as Surviving Children and as Personal Representatives of the Estate of STEVEN POLLICINO, Deceased;*

*VICKI TURESKI as Personal Representative of the Estate of JANE POLLICINO, Surviving Spouse of STEVEN POLLICINO;*

*ELAINE P. MILLER and CORRINE KRACHTUS, Individually and as Personal Representatives of the Estate of DAPHNE POULETSOS, Deceased;*

*JANICE K. PUNCHES, Individually as Spouse and as Personal Representative of the Estate of JACK D. PUNCHES, Deceased;*

*MICHAEL QUINN, Individually as Parent and as Personal Representative of the Estate of JAMES QUINN, Deceased;*

*NOREEN QUINN as Surviving Parent of JAMES QUINN;*

*MICHAEL QUINN as Surviving Sibling of JAMES QUINN;*

*JOSEPH QUINN as Surviving Sibling of JAMES QUINN;*

*NANCY HOLZHAUER, Individually as Sibling and as Personal Representative of the Estate of GERARD P. RAUZI, Deceased;*

*MARILYN REICH, Individually, and as Personal Representative of the Estate of HOWARD REICH, Deceased;*

JAMES J. RICHES, Individually as Parent and as Personal Representative of the Estate of JAMES C. RICHES, Deceased;

RITA RICHES as Surviving Parent of JAMES C. RICHES;

TIMOTHY RICHES as Surviving Sibling of JAMES C. RICHES;

DANIEL RICHES as Surviving Sibling of JAMES C. RICHES;

THOMAS RICHES as Surviving Sibling of JAMES C. RICHES;

BARBARA ROPITEAU-GALLOWAY, Individually as Parent and as Personal Representative of the Estate of ERIC THOMAS ROPITEAU, Deceased;

JEAN-MARC ROPITEAU as Surviving Sibling of ERIC THOMAS ROPITEAU;

BRENDAN RYAN, Individually as Spouse and as Personal Representative of the Estate of KRISTIN IRVINE RYAN, Deceased;

BERNARD P. SALAMONE, Individually, and as Personal Representative of the Estate of MARJORIE C. SALAMONE, Deceased;

DANIELLE BEHAN, Individually as Spouse and as Personal Representative of the Estate of JOHN SALERNO, Deceased;

SALLY CALVIN, Individually as Spouse and as Personal Representative of the Estate of FRANK SALVATERRA, Deceased;

CHRISTIAN SALVATERRA, as Surviving Child of FRANK SALVATERRA;

EUGENIA BOGADO, Individually as Parent and as Personal Representative of the Estate of CARLOS A. SAMANIEGO, Deceased;

LUIS SAMANIEGO as Surviving Sibling of CARLOS A. SAMANIEGO;

LYNNE SAN PHILLIP, Individually as Spouse, and as Personal Representative of the Estate of MICHAEL V. SAN PHILLIP, Deceased;

CARRIE SAN PHILLIP as Surviving Child of MICHAEL V. SAN PHILLIP;

ABRAHAM SCOTT, Individually as Spouse and as Personal Representative of the Estate of JANICE M. SCOTT, Deceased;

DARA SEAMAN, Individually as Spouse and as Personal Representative of the Estate of MICHAEL SEAMAN, Deceased;

MARIA SILVERSTEIN, Individually as Spouse and as Personal Representative of the Estate of CRAIG SILVERSTEIN, Deceased;

LAURIE SIMOWITZ, Individually as Spouse and as Personal Representative of the Estate of BARRY SIMOWITZ, Deceased;

JAMES P. SLATTERY, Individually as Parent and as Personal Representative of the Estate of CHRISTOPHER PAUL SLATTERY, Deceased;

*SUSAN M. SLIWAK, Individually as Spouse and as Personal Representative of the Estate of ROBERT F. SLIWAK, Deceased;*

*MICHAEL T. JAMMEN, Individually, and as Personal Representative of the Estate of HEATHER L. SMITH, Deceased;*

*YONGJIN L. SONG and HYUNGSHIN K. SONG, Individually as Parents and as Personal Representatives of the Estate of DANIEL W. SONG a/k/a WON-HYEONG SONG, Deceased;*

*FRANK SONG, Individually as Surviving Sibling of DANIEL W. SONG;*

*JULIE SONG, Individually as Surviving Sibling of DANIEL W. SONG;*

*CHRISTINA L. KMINEK, Individually and as Personal Representative of the Estate of MARI-RAE SOPPER, Deceased;*

*CHRISTINE SPENCER, Individually as Spouse and as Personal Representative of the Estate of ROBERT A. SPENCER, Deceased;*

*JACQUELINE GALLERON, Individually and as Personal Representative of the Estate of SELINA SUTTER, Deceased;*

*LORRAINE SZOCIK, Individually as Spouse and as Personal Representative of the Estate of KEVIN T. SZOCIK, Deceased;*

*MARC TADDONIO, Individually as Sibling and as Personal Representative of the Estate of MICHAEL TADDONIO, Deceased;*

*JANE TERRENZI, Individually as Spouse and as Personal Representative of the Estate of BRIAN TERRENZI, Deceased;*

*NORMAN THOMPSON and PATRICIA THOMPSON, Individually as Surviving Parents of NIGEL THOMPSON;*

*MARK THOMPSON as Surviving Sibling of NIGEL THOMPSON;*

*NEAL THOMPSON as Surviving Sibling of NIGEL THOMPSON;*

*BASIL G. THORPE and VALDA M. BINNS, Individually, and as Co-Administrators of the Estate of NICHOLA ANGELA THORPE, Deceased;*

*ANNE TODISCO, Individually as Spouse and as Personal Representative of the Estate of RICHARD TODISCO, Deceased;*

*GREGORY TODISCO as Surviving Child of RICHARD TODISCO;*

*LISA DEBARBRIE as Surviving Child of RICHARD TODISCO;*

*TANJA TOMASEVIC, Individually as Spouse, and as Personal Representative of the Estate of VLADIMIR TOMASEVIC, Deceased;*

*DORRY GROH-TOMPSETT, Individually as Spouse and as Personal Representative of the Estate of STEPHEN TOMPSETT, Deceased;*

*MARY ELIZABETH TUCKER, Individually as Spouse and as Personal Representative of the Estate of MICHAEL P. TUCKER, Deceased;*

*JENNIFER VAUK, Individually as Spouse and as Personal Representative of the Estate of RONALD VAUK, Deceased;*

*DENNIS VIANNA and MARILYNDA VIANNA, Individually as Parents and as Personal Representatives of the Estate of MATHEW G. VIANNA, Deceased;*

*NAYDA VOSKERIJIAN, Individually as Spouse and as Personal Representative of the Estate of GARO VOSKERIJIAN, Deceased;*

*CAROL WALDIE, Individually as Spouse and as Personal Representative of the Estate of KENNETH WALDIE, Deceased;*

*ANDREW PETISCE as Surviving Stepchild of KENNETH WALDIE;*

*ALLISON WALLICE, Individually as Spouse and as Personal Representative of the Estate of JOHN WALLICE, JR., Deceased;*

*MICHELLE GARTNER, as Personal Representative of the Estate of DINAH WEBSTER, Deceased;*

*MARCIA WEISS, Individually as Spouse and as Personal Representative of the Estate of DAVID T. WEISS, Deceased;*

*PATRICK WELSH, Individually as Spouse and as Personal Representative of the Estate of DEBORAH ANNE WELSH, Deceased;*

*ELIZABETH ANN PAYNE, Individually and as Personal Representative of the Estate of WILLIAM WILSON, Deceased;*

*BENJAMIN WONG, Individually as Father, and as Personal Representative of the Estate of JENNIFER Y. WONG, Deceased;*

*PAMELA WORKS, Individually as Spouse and as Personal Representative of the Estate of JOHN BENTLEY WORKS, Deceased;*

*PATRICIA GREENE-WOTTON, Individually and as Personal Representative of the Estate of Rodney Wotton, Deceased;*

*WILLIAM WREN and CHRISTOPHER WREN, Individually as Children and as Personal Representatives of the Estate of WILLIAM WREN, Deceased and as Personal Representatives of the Estate of PATRICIA WREN, Surviving Spouse of WILLIAM WREN;*

*KATHY A. CORDERO, Individually;*

*PATRICIA CUBAS-BIELFELD, Individually;*

*VIRGINIA DICHIARA, Individually;*

*ROBERT EICHELE and CARMELA EICHELE, Individually;*

12

*KEVIN FARRELL, Individually; CHONG P. FARRELL, Individually;*

*MICHAEL HENRY and REBECCA HENRY, Individually;*

*JAMES B. LEACH and CARRIE LEACH, Individually;*

*ERIC LEVINE, Individually;*

*JAMES McCAFFREY and AGNES McCAFFREY, Individually;*

*EDWARD NICHOLLS, and STACIE NICHOLLS, Individually;*

*VALENCIAL. PARKER, Individually;*

*KEVIN WARD, Individually;*

*LING N. YOUNG and DONALD M. YOUNG, Individually;*

Dated: Westchester, New York
         October 16, 2017

> /s/ *Frank H. Granito, III*
> Frank H. Granito, III (FG9760)
> Speiser Krause, PC
> 800 Westchester Avenue, Suite S-608
> Rye Brook, New York 10573
> Tel: (914) 220-5333
> Fax: (914) 220-5334
> f3g@speiserkrause.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of October 2017, I caused copies of the foregoing document to be served electronically pursuant to the Court's ECF system and by United States first-class mail on any parties not participating with the Court's ECF system as thereafter advised by the Court.

/s/ *Frank H. Granito, III*

Frank H. Granito, III (FG9760)
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: (914) 220-5333
Fax: (914) 220-5334
f3g@speiserkrause.com