UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

This document relates to:

    <u>Susanne Fraser, et al. v. Al Qaeda Islamic Army, et al.</u>, 17-CV-7317 (GBD)(SN).

By Order dated October 3, 2017, the Court directed Plaintiff Susanne Fraser to file a letter no later than October 13, 2017, advising the Court of whether she intends to conform her pleadings to the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina. Plaintiff did not file a letter as directed. Accordingly, Plaintiff is ORDERED to file a letter by October 25, 2017. To the extent the Plaintiffs Executive Committees have been in contact with counsel for Plaintiff, the PEC may also file a letter if it has information regarding the Plaintiff's intentions.

SO ORDERED.

                                          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:      October 23, 2017
                New York, New York