# MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA ECF and FEDEX**

October 25, 2017

The Honorable Sarah Netburn
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Judge Netburn:

      I write on behalf of the Plaintiffs Executive Committees ("PEC") in response to your Order of October 24, 2017 (ECF No. 3765) in relation to the newly filed matter *Susanne Fraser, et al. v. Al Qaeda Islamic Army, et al.*, 17-CV-7317 (GBD)(SN) ("Fraser").

      In response to the Court's Order of October 3, 2017 (ECF No 3740), and after conferring with other members of the PEC, I attempted to contact counsel of record for the *Fraser* Plaintiffs, leaving telephone messages. Mr. Robert Haefele, from Motley Rice, was also separately in touch with his office.

      In response to the Court's most recent order both Mr. Haefele and I again immediately attempted to contact counsel for the *Fraser* Plaintiffs by both telephone and by email.

      On October 25, 2017 I had a lengthy telephone conversation with counsel for Fraser Plaintiff. Following that conversation, he advised that his intent is to withdraw his clients' complaint, without prejudice, and that certain member firms of the PEC will prosecute the *Fraser* Plaintiffs' case. I anticipate that the withdrawal papers will be quickly filed.

Respectfully submitted,

/s/ Jerry S. Goldman
Jerry S. Goldman, Esq.
ON BEHALF OF THE MDL 1570 PLAINTIFFS'
EXECUTIVE COMMITTEES

cc:   All counsel of record via ECF