# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This filing relates to:

*The Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.,* No. 04-cv-1076 (GBD) (SN)

*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al.,* No. 04-cv-01923 (GBD) (SN)

*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.,* No. 04-cv-01922 (GBD) (SN)

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above-captioned matters.

October 27, 2017

By: /s/ Kanishka Agarwala
Kanishka Agarwala

Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York  10020-1182
Telephone:  212-278-1000

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., *et al.*

nydocs1-1098407.1