**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

03-MDL-1570 (GBD)(SN)

**In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

**DEFENDANT JALAIDAN'S OCTOBER 27, 2017 STATUS REPORT**

The Honorable Judge Netburn,

Since the last Status Report, I have not received any response from OFAC regarding my voice messages, letter, or emails. On October 11, 2017 I again called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated, "This case is pending. Please check back at a later date." I then called back and dialed "*" to reach the OFAC operator, who just transferred me to a voicemail box for the case officer again without letting me ask for more information. I again left a voice message asking about the status of the case and our requirement to provide a 30 day status report update to the Court each month and asked for a return call or email.

I again called the OFAC licensing during the week of October 22, 2017, and received the same automated response. After that automated response, I once more dialed "*" and spoke to another operator, and was transferred to another voicemail. I left another detailed message explaining the need to update the Court on the license status and I asked for a return call with an update.

I called again today, October 27, 2017, with the same result as all previous attempts. I was transferred to a voicemail after being told the case is still pending.

As of the filing of this status report, I have still not yet received a call back from OFAC. As I have stated previously, if I do receive a fruitful call soon, or am able to reach OFAC for a more detailed update on the license and its current timeline, I will promptly

1

2

update the Plaintiffs' Executive Committee with the information OFAC provides me before the next status report is due.

                                                            Respectfully Submitted,

                                                            _____/s/_____
                                                            Martin F. McMahon, *Esq*.
                                                            Martin McMahon & Associates
                                                            *Attorney for Defendant*