UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br><br>ECF Case |

This document relates to:

*Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03 Civ. 9849*
*Federal Insurance Co., et al. v. Al Qaida, et al., No. 03 Civ. 6978*
*Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02 Civ. 6977*
*Estate of O'Neill v. Al Baraka Investment & Development Corp., 04-CV-1923*
*Euro Brokers Inc., et al., v. Al Baraka, et al., No. 04 Civ. 7279*
*Continental Casualty Co., et al. v. Al Qaeda, et al., No. 04 Civ. 5970*
*Cantor Fitzgerald Associates, LP v. Akida Investment Co., Ltd., 04-CV-7065*

**SUPPLEMENTAL DECLARATION OF ROBERT T. HAEFELE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AS TO CHARITY OFFICIAL DEFENDANTS ABDULLAH OMAR NASEEF, ABDULLAH BIN SALEH AL OBAID, ABDULLAH MAHSEN AL TURKI, ADNAN BASHA, AND SOLIMAN AL-BUTHE**

I, Robert T. Haefele, Esq., affirm, under penalty of perjury, as follows:

1. I am an attorney admitted to practice before this Court, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for Plaintiffs in this MDL. I submit this Supplemental Declaration to transmit to the Court the following documents submitted in support of Plaintiffs' Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Mahsen al Turki, Adnan Basha, and Soliman al-Buthe.

2. Attached hereto are true and correct copies of Exhibits O, which is comprised of pages 81, 82, 83, and 114 from the transcript of proceedings in this MDL on March 22, 2016.

Affirmed in Mount Pleasant, South Carolina, on October 27, 2017.

                 */s/ Robert T. Haefele*
                 Robert T. Haefele, Esquire