UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2017

### DEFENDANT JALAIDAN'S OCTOBER 27, 2017 STATUS REPORT

The Honorable Judge Netburn,

Since the last Status Report, I have not received any response from OFAC regarding my voice messages, letter, or emails. On October 11, 2017 I again called the OFAC licensing division at 202-622-2480. I was given an automated response asking to type in the case number (2016-330016), after which an automated reply stated, "This case is pending. Please check back at a later date." I then called back and dialed "*" to reach the OFAC operator, who just transferred me to a voicemail box for the case officer again without letting me ask for more information. I again left a voice message asking about the status of the case and our requirement to provide a 30 day status report update to the Court each month and asked for a return call or email.

I again called the OFAC licensing during the week of October 22, 2017, and received the same automated response. After that automated response, I once more dialed "*" and spoke to another operator, and was transferred to another voicemail. I left another detailed message explaining the need to update the Court on the license status and I asked for a return call with an update.

I called again today, October 27, 2017, with the same result as all previous attempts. I was transferred to a voicemail after being told the case is still pending.

As of the filing of this status report, I have still not yet received a call back from OFAC. As I have stated previously, if I do receive a fruitful call soon, or am able to reach OFAC for a more detailed update on the license and its current timeline, I will promptly

1

update the Plaintiffs' Executive Committee with the information OFAC provides me before the next status report is due.

Respectfully Submitted,

_____/s/_____
Martin F. McMahon, *Esq.*
Martin McMahon & Associates
*Attorney for Defendant*

---

The Court deems this status report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC to pursue the approval of the necessary license. To the extent counsel has not already, he shall provide OFAC with the Court's May 25, 2017 Order. ECF No. 3610. Counsel must remind OFAC of the burden on the Court that further delay imposes. The next status report shall be due on November 27, 2017.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

October 30, 2017
New York, New York

2