G3M5terA

1     I can talk to your Honor now.  It doesn't concern
2  any --
3     MR. McMAHON:  Your Honor I can't hear what that party
4  said.
5     MR. KREINDLER:  Jim Kreindler.
6     That does not concern any of the defendants here so I
7  don't want to put them out.
8     THE COURT:  Well, we can do it in this forum or we can
9  do it in the robing room.  It really deals with the default.
10     MR. KREINDLER:  If it is all right, your Honor, why
11  don't we go to the robing room when we are done?
12     THE COURT:  Does anyone object to me dealing with
13  Mr. Kreindler ex parte about that?  Everyone looks eager to
14  leave.
15     Thank you, all.  I take it counsel are ordering the
16  transcript?
17     MR. CARTER:  Yes.
18     THE COURT:  And I am sure you will need to work with
19  the reporter on some of those names.
20                              o0o