# EXHIBIT H

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES

In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, *Co-Chair* (1944-2013)<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Paul J. Hanly, Jr., *Co-Liaison Counsel*<br>SIMMONS HANLY CONROY LLP | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA EMAIL**

October 10, 2016

Steven T. Cottreau, Esq.
Clifford Chance US LLP
2001 K Street, N.W.
Washington, DC 20006

> Re:     *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Steve:

On behalf of the Plaintiffs' Executive Committees, I write to provide you with plaintiffs' complete list of 500 individuals and entities to be searched in Dubai Islamic Bank's ("DIB") electronic legacy account database per Magistrate Judge Frank Maas' order issued at the March 22, 2016 discovery conference.

Sincerely,

J. Scott Tarbutton, Esq.
THE MDL 1570 PLAINTIFFS' EXECUTIVE
COMMITTEES

JST

cc:     Members of Plaintiffs' Executive Committees (via E-Mail)
         Katie Barlow, Esq. (via E-Mail)
         Juan Morillo, Esq. (via E-Mail)

LEGAL\28301062\1 00000.0000.000/117430.000

**PLAINTIFFS' LIST OF INDIVIDUALS AND ENTITIES TO BE SEARCHED IN
DEFENDANT DUBAI ISLAMIC BANK'S ELECTRONIC ACCOUNT DATABASE**

<u>TRANCHE No. 1</u>

1.  Special Chechen Refugees Assistance Fund, including without limitation, Account No.
    01-520-483656101.

2.  International Islamic Relief Organization (a/k/a IIRO; a/k/a Igatha; a/k/a Hay'at al-Igatha
    al-Islamiya al-'Alamiyaa), including without limitation, Account No. 01-5400287-520-
    07.

3.  Al Barakat Bank of Somalia, including without limitation, Account Nos. 015-520-
    0201501-01, 01-520-7250339-01, and 01-520-02-013-01.

4.  Al Baraka Exchange LLC, including without limitation, Account Nos. 1-520626744001
    and 6267483.

5.  International Islamic Charity Organization, including without limitation, Account No.
    4032845.

6.  Nablus Zakat Committee, including without limitation, Account No. 5295/939.

7.  Al Fujairah Charity International, including without limitation, Account No. 01-5090458-
    520-06.

8.  Emirates Red Crescent, including without limitation, Account No. 003520534675401.

9.  Al Ihsan Charitable Society, including without limitation, Account Nos. 1-520-4581737-
    01 and 1-520-4581636-01.

10. Dar al Bir Society, including without limitation, Account Nos. 02-520-5291798-02, 02-
    520-4053087-02, 03-520-4053087-03, 04-520-4053087-04, 06-520-405-3087-06, 01-
    520-4557271-01, 01-520-7260466-01, 01-520-4557298-01, 01-520-5003342-01, 02-520-
    5003342-02, 03-520-5003342-03, 07-520-5003342-07, and 01-520-5291798-01.

11. Jamiat Dubai al Heiriyah, including without limitation, Account No. 6828566.

12. Al Shamal Islamic Bank, including without limitation, Account No. 1-5200407-702.

13. Dan International Trading & Investment Ltd., including without limitation, Account No.
    1-5200535-202.

14. Darbar Charity, including without limitation, Account No. 1-5204494-741-01.

15. Abdullah Azzam, including without limitation, Account No. 1335.

16. Saidi Madani al Tayyib (a/k/a Sidi al Madani al Ghazi Mustafa al Tayyib; a/k/a Sidi Tayyib; a/k/a Sayed Tayib al Madani; a/k/a Sa'idi al Madani al Ghazi Mustfa al Tayyib; a/k/a Abu Fadl; a/k/a Abu Fadil; a/k/a Abu Fadil al Makki; a/k/a Abu Fadhl al Makkee; a/k/a Abu Amjed; a/k/a Abu Mahdi; a/k/a Abu Khalifah al Omani; a/k/a Abu Fadhl al Makkee; a/k/a Abu Anter al Masri; a/k/a Abu Omar al Makki), including without limitation, Account Nos. 01-516-7230-520-01 and 01-520-050-4302.

17. Khalid Amir Salim Ballayth (a/k/a Khalid Ballaith; a/k/a Khalid Amer Saed Ballaith; a/k/a Khalid Amir Salim Ballath), including without limitation, Account No. 01-520-4851366-01.

18. Fayez Banihammad (a/k/a Fayez Rashid Ahmed Hassan al Qadi Banihammad; a/k/a Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad; a/k/a Fayez Ahmad; a/k/a Banihammad Fayez Abu Dhabi Banihammad; a/k/a Fayez Rashid Ahmed; a/k/a Rasid Ahmed Hassen Alqadi; a/k/a Abu Dhabi Banihammad Ahmed Fayez), including without limitation, Account No. 01-5882958-520-06.

19. Ali Saleh Kahleh al Marri (a/k/a Ali Salah Muhammad Kahlah al Marri), including without limitation, Account No. 01-7580819-580-07.

20. Yasin Ahmed Mohamed Ali (a/k/a Ahmed Mohamed Ali Yasin), including without limitation, Account No. 1-5206137-156-01.

21. Ali Abdul Aziz Ali (a/k/a Ammar al Baluchi; a/k/a Aliosh; a/k/a Ali; a/k/a Ali A; a/k/a Isam Mansur; a/k/a Isam Mansar; a/k/a Isam Mansour; a/k/a Hani; a/k/a Hani (Fawaz TRDNG)), including without limitation, Account No. 1-520-7128363-01.

22. Mamdouh Mahmoud Salim (a/k/a Abu Hajer al Iraqi), including without limitation, Account Nos. 4568 3307 0008 2362, 4568 3562 2538 1013, 8004008, and 07580622538101.

23. Ahmed Nur Ali Jumale (a/k/a Ahmed Nur Ali Jim'ale; a/k/a Ahmad Nur Ali Jim'ale; a/k/a Ahmad Ali Jimale; a/k/a Ahmed Ali Jumali), including without limitation, Account Nos. 01-520-6061192-01 and 4658-3401-50063960.

24. A. Kabir[1]

25. A. Wahed Shafiq

26. Abdul Baqi (Note: There are two different individuals with this same name on the Taliban 152 list.).

27. Abdul Bari

28. Abdul Ghafar Qurishi (a/k/a Abd al Ghaffar Qurayshi)

---

[1] The names identified in Nos. 24-173 are those "Individuals/entities belonging to/or associated with the Taliban," per the July 6, 2003 report of the Central Bank of the U.A.E. (DIB003558-3582).

29.     Abdul Ghafar Shenwary

30.     Abdul Ghafoor

31.     Abdul Haiy Aazem

32.     Abdul Hakim Monib

33.     Abdul Hakim Mujahid

34.     Abdul Jabbar

35.     Abdul Jalil

36.     Abdul Kabir

37.     Abdul Latif Mansur

38.     Abdul Manan

39.     Abdul Qadeer

40.     Abdul Rahman Agha

41.     Abdul Rahman Ahmad Hottak

42.     Abdul Rahman Zahed

43.     Abdul Raqib Takhari

44.     Abdul Rauf

45.     Abdul Razaq (Note: There are two different individuals with this same name on the Taliban 152 list.).

46.     Abdul Salam Zaeef (Note: There are two different individuals with this same name on the Taliban 152 list.).

47.     Abdul Salam Zaief

48.     Abdul Samad Khaksar

49.     Abdul Satar Paktis

50.     Abdul Wahab

51.     Abdul Wakil Mutawakil

52.     Abdul Wasay Aghajan Motasem

53.     Abdulhai Motmaen

54.     Abdulhai Salek

55.     Abdul-Haq Wasseq

56.     Abdullah Murad

57.     Ahmad Jan

58.     Ahmed Jan Akhund

59.     Akhtar Mohammad (<u>Note</u>: There are two different individuals with this same name on the Taliban 152 list.).

60.     Alladad Tayeb

61.     Aminullah Amin

62.     Amir Khan Motaqi

63.     Amir Khan Muttaqi

64.     Arefullah Aref

65.     Arsalan Rahmani

66.     Atiqullah

67.     Attiqullah Akhund

68.     Azizirahman

69.     Dadullah Akhund

70.     Djallalouddine Haqani (a/k/a Jalal ud Din Haqqani)

71.     Dost Mohammad

72.     Ehsanullah

73.     Esmatullah Asem

74.     Ezatullah

75.     Faiz

76.     Faiz Mohammad Faizan

77.     Fazel M. Mazloom

78.     Gul Ahmad Hakimi

79.     Habibullah Fauzi

80.     Habibullah Reshad

81.     Hamdullah

82.     Hamidullah

83.     Hamidullah Nomani

84.     Hamsudin

85.     Hidayatullah Abu Turab

86.     Jalaluddine Shinwari

87.     Jan Mohmmad Madani

88.     Janan

89.     Khair Mohammad Khairkhwah

90.     M. Ahmadi

91.     M. Eshaq

92.     M. Hasan Rahmani

93.     M. Musa Hottak

94.     M. Rasul

95.     M. Shafiq

96.     Manan Nyazi

97.     Matiullah

98.     Mohamed Daud

99.     Mohammad Abbas Akhund

100.    Mohammad Aleem Noorani

101.    Mohammad Azam Elmi

102.    Mohammad Essa Akhund

103. Mohammad Homayoon

104. Mohammad Naim

105. Mohammad Nasim Hanafi

106. Mohammad Rabbani

107. Mohammad Saddiq

108. Mohammad Salim Haqqani

109. Mohammad Sarwar Siddiqmal

110. Mohammad Sediq Akhundzada

111. Mohammad Sharif

112. Mohammad Sohail Shaheen

113. Mohammad Tahre Anwari (a/k/a Muhammad Taher Anwari)

114. Mohammad Wali

115. Mohammad Yaqoub

116. Mohammad Zahid

117. Mohammadullah Mati

118. Mohammed Omar

119. Moslim Haqqani

120. Muhammad Islam

121. Mustasaed

122. Najibullah

123. Nazar Mohammad

124. Nik Mohammad

125. Noor Jalal

126. Noor Mohammad Saqib

127. Nooruddin Turabi

128. Nurullah Nuri

129. Qalamuddin

130. Qalamudin Momand

131. Qari Abdul Wali

132. Qari Ahmadulla

133. Qari Din Mohammad

134. Qari Din Mohammad Hanif

135. Qudratullah Jamal

136. Rahamatullah Kakazada

137. Rahimullah Zurmati

138. Rahmatullah Safi

139. Ramatullah Wahidyar

140. Rostam Nuristani

141. S. Ahmed Shahidkhel

142. Sadruddin

143. Sadudin Sayed

144. Saed M. Azim Agha

145. Saiduddine Sayyed

146. Samiullah Muazen

147. Sanani

148. Sayed Esmatullah Asem

149. Sayeedur Rahman Haqani

150. Sayyed Ghiassouddine Agha

151. Sayyed Haqqan

152. Shafiqullah Mohammadi

153.   Shahabuddin Delawar

154.   Shams Ur-Rahman

155.   Shams·Us-Safa Aminzai

156.   Shamsalah Kmalzada

157.   Sher Abbas Stanekzai

158.   Syed Allamuddin (a/k/a Sayed Allamuddin Atheer)

159.   Tahis

160.   Tawana

161.   Ubaidullah Akhund

162.   Walijan

163.   Yar Mohammad Rahimi

164.   Zabihullah Hamidi

165.   Zia-Ur Rahman Madani

166.   Akhtar Mohammad Mansour (a/k/a Shah Mohammed)

167.   Baradar (a/k/a Abdul Ghani Baradar; a/k/a Mullah Baradar Akhund)

168.   M. Ibrahim Omari (a/k/a Mohammad Ibrahim Omari)

169.   M. Jawaz Waziri (a/k/a Mohamed Jawad Waziri)

170.   Mohammad Hassan (a/k/a Mohammad Hassan Rahmani)

171.   Najibullah Haqqani (a/k/a Hydayetullah)

172.   Nazirullah Anafi (a/k/a Nazirullah Hanafi Waliullah)

173.   De Afghanistan Momtaz Bank

## PLAINTIFFS' LIST OF INDIVIDUALS AND ENTITIES TO BE SEARCHED IN DEFENDANT DUBAI ISLAMIC BANK'S ELECTRONIC ACCOUNT DATABASE

### TRANCHE No. 2

174.   Abbas Abdi Ali

175.   Abd al Hamid Sulaiman Muhammed al-Mujil (a/k/a Abd al-Hamid Sulaiman al-Mu'jil; a/k/a Dr. Abd Al-Hamid al-Mu'ajjal; a/k/a Abd al-hamid Mu'jil; a/k/a A.S.Mujel; a/k/a Abdulhamid Sulaiman M.A Mojil; a/k/a Dr. Abd al-Hamid al-Mujal; a/k/a Dr. Abd Abdul-Hamid bin Sulaiman al-Mu'jil)

176.   Abd al-Rahman Muhammad Jaffar Ali

177.   Abd-al-Majid Aziz al-Zindani

178.   Abdel Hakim Ali Hashim Murad (a/k/a Abdul Murad)

179.   Abdel Latif Saleh (a/k/a Abdel Latif A.A. Saleh Abu Hussein)

180.   Abdul Rahim al Talhi

181.   Abu Bakr al Jaziri (a/k/a Abu Yassir Sarrir; a/k/a Abu Yassir al Jazairi; a/k/a Abu Yassir al Gizari)

182.   Abu Sufian al-Salamabi Muhammed Ahmed Abd al-Razziq

183.   Abu Zubaydah (a/k/a Abu Zubaida; a/k/a Zeinulabideen Muhammed Husein Abu Zubeidah; a/k/a Abd al Hadi al Wahab; a/k/a Zain al Abidin Muhammad Husain; a/k/a Zayn al Abidin Muhammad Husayn; a/k/a Zayn al Abidin Muhammad Hussein; a/k/a Zayn al Abdin Mohamed Hussein; a/k/a Tariq; a/k/a Hani)

184.   Adel Abdul Jalil Ibrahim al Batterjee (a/k/a Adel Batterjee; a/k/a Adel Abdul Jalil Batterjee)

185.   Adil Muhammad Mahmud Abd al-Khaliq

186.   Aiman Muhammed Rabi al-Zawahiri (a/k/a Abu Muhammad; a/k/a Abu Fatima; a/k/a Muhammad Ibrahim; a/k/a Abu Abdallah; a/k/a Anu a Mu'iz; a/k/a Ustaz; a/k/a Abu Mohammed Nur al Deen; a/k/a Abdel Muaz; a/k/a Abdel Muez; a/k/a Abdel Moez)

187.   Aqeel Abdulaziz Al-Aqeel (a/k/a Ageel Abdulaziz A. Alageel; a/k/a Aqeel Abdulaziz Al-Aqil)

188.   Dawood Ibrahim Kaskar

189.   Fahd Mohammed Ahmed al-Quso

190.    Hafez Muhammad Saeed

191.    Haji Muhammad Ashraf

192.    Hasan Abdullah Hersi al-Turki

193.    Hassan Dahir Aweys

194.    Ibrahim Abdul Salam Mohamed Boyasser

195.    Khalid Abd al-Rahman Hamd al-Fawaz

196.    Khalifa Muhammad Turki al-Subaiy

197.    Mahfouz Ould al-Walid (a/k/a Khalid al Shanqiti)

198.    Mahmoud Mohammad Ahmed Bahaziq

199.    Mamoun Darkazanli (a/k/a Abu Ilyas al Suri)

200.    Mufti Rashid Ahmad Ladehyanoy

201.    Muhammad Abdallah Salih Sughayr

202.    Mustafa Ahmed Muhammad Uthman Abu al Yazid (a/k/a Sheikh Said al Masri; Saeed al Masri)

203.    Nasir Abd-al-Karim Abdullah al-Wahishi

204.    Nazih Abdul Hammed Nabih al-Ruqai'I (a/k/a Anas al Libi; a/k/a Nazih Abdul Hammed al Raghie)

205.    Ramzi Bin Al Shibh (a/k/a Ramzi Mohamed Abdullah Binalsheidah; a/k/a Ramzi Mohammed Abdullah Binalshibh; a/k/a Ramzi Mohammed Abdellah Omar; a/k/a Abu Ubaydah; a/k/a Umar Muhammad Abdallah Ba Amar)

206.    Sa'd Abdullah Hussein al Sharif

207.    Said Ali al-Shihri

208.    Said Bahaji

209.    Salim Ahmad Salim Hamdan

210.    Sayf al-Adil

211.    Shafiq Ben Mohamed al Ayadi

212.    Sheikh Ahmed Salim Swedan

213. Suliman Hamd al Buthe (a/k/a Soliman Al-Buthe)

214. Usama Bin Laden (a/k/a Usama bin Mohammed bin Awad bin Laden; a/k/a Abu Abdullah; a/k/a Mujahid Shaykh; a/k/a Hajj; a/k/a Abdul Hay; a/k/a al Qaqa)

215. Wa'el Hamza Julaidan (a/k/a Abu Hassan al Madani; a/k/a Abu al Hasan; a/k/a Wa'el Hamza Abd al Fatah Julaidan; a/k/a Jelaidan)

216. Yasin Abdullah Ezzedine Kadi (a/k/a Yassin Abdullah Kadi; a/k/a Yasin A. Kahdi; a/k/a Yasin al Qadi)

217. Zaki-ur-Rehman Lakhvi

218. Al Akhtar Trust International

219. Al Barakaat

220. Al Barakaat Global Telecommunications (a/k/a Barakaat Globetelcompany)

221. Al Barakaat Group Of Companies Somalia Limited (a/k/a al Barakat Financial Company)

222. Al Barakaat International (a/k/a Baraco Co.)

223. Al Barakaat Investments

224. Al Hamati

225. Al Haramain & Al Masjed Al Aqsa Charity Foundation

226. Al Haramain Islamic Foundation

227. Al Rashid Trust

228. Baraka Trading Company

229. Barakaat Construction Company

230. Barakaat Group Of Companies

231. Barakaat Telecommunications Co.

232. Barakat Banks and Remittances

233. Benevolence International Foundation (a/k/a al Bir al Dawalia)

234. Jamiat Ihya ul Turath al Islamia (a/k/a Afghan Support Committee; a/k/a Revival of Islamic Heritage)

235. Lajnat al Dawa al Islamiya (a/k/a Islamic World Committee)[1]

236. Abdul Jalil Haqqani

237. Abdul Kabir Mohammad Jan

238. Abdullah Hamad

239. Agha Jan Alizai

240. Amir Abdullah

241. Badruddin Haqqani

242. Ehsanullah Sarfida

243. Gul Agha Ishakzai

244. Khalil Ahmed Haqqani

245. Najibullah Muhammad Juma

246. Nasiruddin Haqqani

247. Qalamuddin Sar Andaz

248. Saleh Mohammad Kakar

249. Sayid Mohammed Haqqani

250. Sirajuddin Jallaloudine Haqqani[2]

251. Aaran Money Wire Services

252. Adyat Trading & Investment

253. Air Cess

254. Airbas Transportation FZE (a/k/a Aviabas)

255. Akida Bank

256. Akida Investment

257. Al Ansari Exchange Establishment

258. Al Astool al Bary General Transport

---

[1] Nos. 174-235 are individuals and entities from the U.N. Security Council Resolution 1267 Al Qaeda list.
[2] Nos. 236-250 are individuals from the U.N. Security Council Resolution 1267 Taliban list.

259. Al Dawa al Islamiya (a/k/a Islamic Call)

260. Al Heelam Clearing & Forwarding

261. Al Hijrah Construction and Development

262. Al Hoda International Trading

263. Al Ikhlas International Company

264. Al Ittihad

265. Al Kdrow

266. Al Mahmal General Trading

267. Al Muhairy Group

268. Al Omran Chemical & Plastics Industries

269. Al Omran Group

270. Al Qudarat Transport Company

271. Al Rawasi

272. Al Samal al Mubaraka Company

273. Al Shamal Islamic bank

274. Al Timar al Mubarikah

275. Ali Bin Mussallam General Transporting

276. Ali Bin Mussallam International Trading

277. Animal Resources Bank (a/k/a Bank al Tharwat al Huwania)

278. Ansar al Islam

279. Ariana Airlines

280. ARY Gold

281. ARY International Exchange

282. ARY Jewelers

283. ARY Traders

284.  Ba Taqwa for Commerce

285.  Bank al Taqwa

286.  Barako Trading Company

287.  Binjad Establishment

288.  Bin Ladin International

289.  Binladen Overseas (Pvt Ltd)

290.  Blessed Fruits Company

291.  Bosanka Idealna Futura (a/k/a BIF-Bosnia; a/k/a Bosnia Ideal Future)

292.  Dafo Trading Co.

293.  Dahabshill (a/k/a Dahab Shil)

294.  Dan Fodio

295.  Dan Shipping Co.

296.  Dan Trading & Investment Co. Ltd.

297.  East Africa Grains

298.  Ellana Company Ltd.

299.  Elsheikh Mustafa Elamin Grain Silos Ltd.

300.  Farmers Commercial Bank

301.  Fawaz Trading

302.  Global Relief Foundation (a/k/a Foundation Secours Mondial)

303.  Gulf Center S.R.L.

304.  Gulf Circle

305.  Gulf Construction Company

306.  Gum Arabic Company

307.  Hazar Licensing

308.  Healing Miracle Center

309.   Human Appeal International

310.   Human Relief Organization

311.   International Global Company Ltd.

312.   Interplast Co. Ltd.

313.   Islamic Investment Company of the Gulf

314.   JSM General Trading

315.   Juma al Majid Est.

316.   Kaya International

317.   Lajnat al Bir al Islami

318.   Lashkar e Taiba

319.   Leemount

320.   Liwa Diamond

321.   Maaza International Co. (a/k/a MIC)

322.   Mamoun Darkazanli Import and Export Co. (a/k/a Darkazanli Co.; a/k/a Darkazanli Export-Import Sonderposton)

323.   Mashreq Bank

324.   MIGA-Malaysian Swiss Gulf and African Chamber)

325.   Modern Electronics Corporation (a/k/a MEC Ltd.)

326.   Modern Global Corporation

327.   Modern Production Corporation

328.   Mohamed Omran Trading Agency

329.   Muslim World League (a/k/a MWL; a/k/a Rabita al Islam al Islami.

330.   Nada International

331.   NASCO

332.   Nasreddin Holding

333.   Parka Trading Company

334. Red Sea Barakat Company Limited

335. Rowad Development

336. Rumat International (a/k/a Romat)

337. Sana Trading

338. Sanabel al Kheer

339. Sara Inc.

340. Sedar Emirates

341. Silver Moon General Trading (a/k/a Silver Moon Trading)

342. SMB Computers

343. Sudanese African Investment Company

344. Taba Investment Company, Ltd.

345. Tejis Trading Co.

346. Third World Relief Agency

347. Trans Aviation Network Group (a/k/a Transavia)

348. Twaik Est.

349. Union Beverages Company (a/k/a Union Beverage Factory)

350. Wadi al Aqiq Company, Ltd.

351. Wafa Humanitarian Organization (a/k/a al Wafa Al Igatha Al Islamia)

352. World Assembly of Muslim Youth (a/k/a WAMY)

353. World Link Exchange

354. Aafia Siddiqui (a/k/a Fahrem Shahin)

355. Abdel Aziz Mohamed Issawi (a/k/a Abu Horan; a/k/a Ali Haroun; a/k/a Abu Hassan al Sudani; a/k/a Haroum)

356. Abdel Fattah Abu Ghadda

357. Abdel Razzak Yaqub

358. Abdel Wahab Osman

359.   Abdelahi Halawe al Shurie

360.   Abdelatif al Omran

361.   Abdelghani Mzoudi

362.   Abdelmalik al Khamis

363.   Abdelrahman Salem Ahmed

364.   Abdelsamad Mohamed

365.   Abu Akram (a/k/a Akram Turki Hishan al Mazidih; a/k/a Akram Turki al Hishan; a/k/a Akram Turki Hishan al Mazidih; a/k/a Abu Jarrah)

366.   Abu Rida al Suri (a/k/a Mohamed Loay Bayazid; a/k/a/ Mohammed Loay Baizid; a/k/a Abu Ridha al Suri; a/k/a Abu Rida the Syrian; a/k/a Nidal)

367.   Abdulaziz al Rahman Mohamed al Omari (a/k/a Abd al Aziz al Umari)

368.   Abdullah I. Lootah

369.   Abdullah Muwaijee

370.   Abdulrahman Sulaiman Fahad

371.   Abu Anas (a/k/a Abu Anas al Saudi)

372.   Abu Bakr Mohamed Boulghiti (a/k/a Abu Yasir al Jizairi)

373.   Abu Hajir (a/k/a Mandour Salim)

374.   Abu Hammam (a/k/a Abu Hamam al Saudi)

375.   Abu Walid al Masri

376.   Adel Essam al Ghazzawi

377.   Aftab al Ansari (a/k/a Aftab Ahmed; a/k/a Farhan Malik)

378.   Ahmad al Haznawi (a/k/a Ahmed Ibrahim al Haznawi; a/k/a Ahmad Ibrahim al Haznawi)

379.   Ahmed al Ghamdi (a/k/a Ahmed Salah Said al Ghamdi; a/k/a Ahmad Salat Sa'id al Ghamdi)

380.   Ahmed al Nami (a/k/a Ahmed bin Abdullah al Nami; a/k/a Ahmad bin Abdullah al Nami)

381.   Ahmed Ali Lootah

9

382.   Ahmed Amer al Kadri

383.   Ahmed Atiq al Jumairi

384.   Ahmed Bin Sultan al Qasimi

385.   Ahmed Mohamed Haza al Darbi (a/k/a al Janoubi)

386.   Ahmed Sheik Ali Samantar

387.   Ali Amin al Rashidi (a/k/a Abu Ubaidah al Banshiri)

388.   Ali Bin Mussalam

389.   Amin al Koudsi

390.   Ammar Mehri

391.   Ammar Tesqui

392.   Aris Munandar

393.   Asraf Mayer

394.   Bashar Selo

395.   Bashir Safari

396.   Bukhary Said Abu Tahir

397.   Dakhel al Firas

398.   Dr. El Fathi Hassanein Ali

399.   Farid Ahmed

400.   Faruk Osman Abdel Mukaram

401.   Farzat Anwar Selo

402.   Fawaz Zakri

403.   Fawzi Mohamed Abdelqawi Wajih

404.   Fawzi Yahya Qasim al Hababi

405.   Gemal al Baqqal

406.   Ghulam Farooq Haidar

407.   Hamdan Hammed Mohamed

408.   Hamza al Ghamdi (a/k/a Hamza Alghamdi)

409.   Hamza al Qatari

410.   Hani Hanjour (a/k/a Hani Saleh Hasan Hanjour; a/k/a Hani Salih Hasan Hanjur)

411.   Hasan al Jabiri

412.   Hussain al Refae (a/k/a Refaie)

413.   Hussain Zaabi

414.   Hussein Mohamed Abdu (a/k/a Abd al Rahim Hussein Muhammad Abdu; a/k/a Mullah Bilal; a/k/a Bilal; a/k/a Abu Bilal al Makki; a/k/a Khalid al Safani; a/k/a Amm Ahmad; a/k/a Mohammed Omar al Harazi; a/k/a Abdul Rahman Hussein al Nashari; a/k/a Abd Rahim al Nashiri; a/k/a Bilal Bin Marwan; a/k/a Mullah Bilal)

415.   Ibrahim Ahmed Mahmoud Qosi

416.   Ibrahim Ali Mohamed (a/k/a Abdelmuhsen al Libi)

417.   Ibrahim Badaoud

418.   Ibrahim Sayid Ahmed

419.   Islam Odeh

420.   Jamal Ahmad Mohamed al Fadl (a/k/a Jamal Ahmed Mohamed al Fadl; a/k/a Gamal Ahmed Mohamed al Fedel)

421.   Khaled Salem Bin Mahfouz

422.   Khalid al Mihdhar (a/k/a Khalid Muhammad Abdallah al Mihdhar; a/k/a Sannan al Makki; a/k/a Khalid bin Muhammad; a/k/a Addallah al Mihdhar; a/k/a Khalid Mohammad al Saqaf)

423.   Khalid Ali Walid

424.   Khalid Mohamed al Juhani (a/k/a Muawiya al Madani)

425.   Khalid Sheikh Mohammed (a/k/a Khalid Shaikh Mohammed; a/k/a Salem Ali; a/k/a Fahd Bin Adballah bin Khalid; a/k/a Ashraf Refaat Nabith Henin; a/k/a Khalid Adbul Wadood; a/k/a Mukhtar; a/k/a Mukhtar al Baluchi; a/k/a al Mukh; a/k/a Abdulrahman Abdullah al Ghamdi; a/k/a Salem Ali; a/k/a Abdul Majid; a/k/a Abdullah al Fak'asi al Ghamdior; a/k/a Hafiz; a/k/a Meer Akram)

426.   Khalid Zayid Saqr al Nahyan

427.   Khalifa al Omani

428.   Khalifa Rashid Sali

429.   Latif Nasher Numan Agbari

430.   Mahmoud Hamra-Krouha

431.   Majed Moqed (a/k/a Majed Mashaan Ghanem Moqed; a/k/a Majid Moqid Mushan bin Ghanim; a/k/a Majad Masha an Muqad)

432.   Marwan al Shehhi (a/k/a Marwan Yousef Mohamed Rashid Lekrab al Shehhi; a/k/a Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi)

433.   Mattar Abdullah al Muhairy

434.   Mohamed Abdullah Hamrani

435.   Mohamed Ahmed Obaid Bin Mahfouz

436.   Mohamed al Ayoub

437.   Mohamed al Omran

438.   Mohamed Atef (a/k/a Abu Hafs al Masri; a/k/a Sheikh Taysir Abdullah; a/k/a Abu Hafs; a/k/a Abu Sitta; a/k/a Abu Hafs al Kabir; a/k/a Abu Khadijah; a/k/a Abu Fatima)

439.   Mohamed Atta (a/k/a Mohamed Mohamed el Amir Awad el Sayed Atta; a/k/a Muhammad Muhammad al Amir Awad as Sayyid Atta; a/k/a Mohamed el Amir Awad el Sayed Atta; a/k/a Mehan Atta; a/k/a Mohammad el Amir; a/k/a Muhammad Atta; a/k/a Mohamed el Sayed; a/k/a Mohamed Elsayed; a/k/a Muhammad al Amir; a/k/a Awag al Sayyid Atta; a/k/a Muhammad al Amir; a/k/a Awad al Sayad; a/k/a Mohamed el Amir)

440.   Mohamed Bahaiah

441.   Mohamed el Gergawi

442.   Mohamed Galeb Kalaje Zouaydi

443.   Mohamed Haydar Zammar

444.   Mohamed Ismail Ismail

445.   Mohamed Manea Ahmed al Shalan al Qahtani

446.   Mohamed Moustafa

447.   Mohamed Omran

448. Mohamed Sami Muheidine

449. Mohamed Sulaiman Barre

450. Mohamed Tufail (a/k/a Sheikh Mohamed Tufail)

451. Mohamed Wael Selo

452. Mohammed Yassir al Masri

453. Mohand al Shehri (a/k/a Mohand Muhammed Fayiz al Shehri; a/k/a Muhand ash Shehr; a/k/a Mohammed al Shehhi; a/k/a Mohald al Shehri)

454. Mounir Motassadeq

455. Muhammad Sulayman Barre (a/k/a Mohammed Soliman Barre; a/k/a Abu Yusuf al Somali; a/k/a Abu Ahmad; a/k/a Maxed Saleban Barre; a/k/a Khalil; a/k/a Mohd Soliman Barre; a/k/a Maxed Suleyman; a/k/a Abdullah al Somali; a/k/a Muhammad al-Somali)

456. Mustafa Ahmed al Hawsawi (a/k/a Mustafa Ahmed al Hisawi; a/k/a Shaykh Said; a/k/a Mustafa Muhammed Ahmed; a/k/a Mustafa Ahmed; a/k/a Hashim Abd al Rahman; a/k/a Hashem Abdulrahman; a/k/a Hashem Abderahman; a/k/a Hashim Abdourahman; a/k/a Hashem Abdollahi; a/k/a Muhammad Adnan; a/k/a Zahir; a/k/a Zaher; a/k/a Ayyub; a/k/a Khal; a/k/a Muhammad Ahanad; a/k/a Abderahman Mustafa)

457. Mustafa al Uzayti (a/k/a Abu Faraj al Libi; a/k/a Mahfuz; a/k/a Abd al Hafiz; a/k/a Abu Hamada; a/k/a Tawfiq)

458. Nawaf al Hazmi (a/k/a Nawaf Muhammed Salim al Hazmi; a/k/a Nawaf al Hamzi)

459. Obaid Mohamed Jumah al Matroushie

460. Omar Bin Laden

461. Omar Hassan Sayid al Jaralla

462. Omran Mohamed Abdullah Omran

463. Owais Omran

464. Pacha Wazir

465. Prince Mohamed al Faisal al Saud

466. Reda Seyam

467. Sadik Walid Awad (a/k/a Sadiq Borrmann)

468. Saeed al Ghamdi  (a/k/a Saeed Abdallah Ali Sulayman al Ghamdi; a/k/a Sa'id al Ghamdi)

469.    Saeed Ahmad Lootah

470.    Saifullah Abdullah Paracha

471.    Saleh Abdelaziz Fahad

472.    Saleh Mubrak

473.    Saleh Salim al Shamsi

474.    Salem al Hazmi (a/k/a Salem al Hamzi; a/k/a Salam al Hazmi)

475.    Sameer Mohamed Mahmoud

476.    Sami Muheidine Mohamed

477.    Saqar Abdullah al Marri

478.    Satam Mohamed al Suqami (a/k/a Satam Muhammed Abdel Rahman al Suqami; a/k/a
        Satam al Suqami)

479.    Sayed Tesqui

480.    Sayid al Hashimi

481.    Sharif al Din Ali Mukhtar

482.    Sheikh Mohamed bin Saqar al Qasimi

483.    Sher Khan Saraf

484.    Sukarno Ali Hassanein

485.    Sulaiman al Ali

486.    Syed Ibrahim Bukhari

487.    Tareq M. al Swaidan

488.    Tareq Mohamed Awadh Bin Laden

489.    Wadih el Hage (a/k/a Wadih al Haja; a/k/a Abd'al Sabur; a/k/a Abdel Saboor; a/k/a
        Abdus Sabur)

490.    Wail al Shehri (a/k/a Wail Mohammed al Shehri; a/k/a Wail ash Shehri)

491.    Waleed al Shehri (a/k/a Waleed Mohammed al Shehri; a/k/a Walid ash Shehri)

492.   Wali Khan Amin Shah (a/k/a Osama Turkestani; a/k/a Osama Azmurai; a/k/a Grabi Ibrahim Hahsen)

493.   Wali Mohamed Saraf (a/k/a Yarkin Mohamed)

494.   Walid Mohamed Salih Bin Attash (a/k/a Walid Muhammad Salih bin Roshayed bin Attash; a/k/a Khallad bin Attash; a/k/a Saleh Saeed Mohammed bin Yousaf; a/k/a Tawfiq Muhammad Salih bin Rashid; a/k/a Silveraka Khallad Bin Attash; a/k/a Saleh Saeed Mohammed bin Yousaf; a/k/a Tawfiq Muhammad Salih bin Rashid)

495.   Yasser al Otaibi

496.   Yousef Jameel (a/k/a Yousif Jameel; a/k/a Youssef Jameel)

497.   Yusuf Jasim al Hijji

498.   Zahid Sheikh Mohamed

499.   Zakariya Essabar

500.   Ziad Jarrah (a/k/a Ziad Samir Jarrah; a/k/a Ziyad Samir Garrah; a/k/a Ziad Jarrah Jarrat; a/k/a Ziad Jarrahi; a/k/a Ziad Samir al Jarrah; a/k/a Ziyad Samir Jarrah)[3]

LEGAL\28293344\1

---

[3] Nos. 251-500 are individuals and entities identified through the PECs' independent investigations.