# EXHIBIT I

**CLIFFORD**

**CHANCE**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001

TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By E-mail**

Direct Dial: +1 202 912 5109
E-mail: steve.cottreau@cliffordchance.com

Sean Carter, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
United States

January 4, 2017

Dear Sean:

I am writing in response to plaintiffs' search term proposal to Dubai Islamic Bank ("DIB") on October 10, 2016. Plaintiffs' proposal relates to Judge Maas' orders during the hearing on March 22, 2016 regarding plaintiffs' two motions to compel (Dkts. 2973 & 2974). *See* Tr. of Record, 03 MDL 1570 (Mar. 22, 2016) (hereinafter, "Tr.").

At the hearing on March 22, 2016, Judge Maas ordered that plaintiffs may provide DIB with a list of "not more than 500 names" to be searched falling into four categories:

1) "[t]he 261 … search terms that were agreed upon by the plaintiffs and by the defendants" (see Dkt. 3057, Ex. 4 at 309);

2) "the 152 alleged Taliban accounts" listed in the document that the Court ordered DIB to produce in unredacted form (DIB_003558 to DIB_003582);

3) "[t]he eight … actual accounts found and produced to the plaintiff[s]" by DIB in its prior productions; and

4) "accounts … that will relate to the embassy bombings."

Tr. at 58, 51, 55.

Unfortunately, plaintiffs' list of 804 search terms sent on October 10, 2016 (attached as Appendix A) improperly disregards Judge Maas' order because it (1) exceeds the 500 name limitation and (2) includes terms outside Judge Maas' four discrete categories of additional search terms, including terms to which DIB previously objected.

## I.   PLAINTIFFS' PROPOSED TERMS EXCEED THE "NOT MORE THAN 500" LIMITATION IMPOSED BY JUDGE MAAS' ORDER

As noted above, Judge Maas ordered that plaintiffs may provide DIB with a list of "not more than 500 names" to be searched by DIB. Tr. at 58. Following Judge Maas' order, DIB sent to plaintiffs a list compiling the search terms for categories 1, 2, and 3 listed above, which Judge Maas referred to as "421 or so accounts or names." Tr. at 55; *see* Letter from S. Cottreau

**CLIFFORD**
**CHANCE**

CLIFFORD CHANCE US LLP

to S. Carter (Apr. 13, 2016).  Judge Maas' order allowed plaintiffs to supplement this list up to "not more than 500 names" in total, including with names that fall into category 4.  Tr. at 58. DIB explained that it would then

> use this final list of "not more than 500 names" as search terms to be run against DIB's legacy bank account database that tracked accounts during the period of 1992 through 2004.  As we summarized to the Court at the hearing:
>
>> So, plaintiffs will provide us a list with 500 names, we will search it using the same methodology that we searched the 261 names, and if there are any accounts for any of those individuals, we will produce the first three items that I talked about out of four items that we have[:] account opening documentation, complete account statements, and any electronic transaction data that exists in our primary legacy account record keeping system.
>
> Tr. at 59.  In short, DIB [agreed to] "search for exact matches on the search term in the full name accountholder field in DIB's electronic account record keeping system," Dkt. 3057, Ex. 3 at 3-4, and produce the three types of documents set forth in the block quote above from January 1, 1992 "through 12/31/2004."  Tr. at 60.

Letter from S. Cottreau to S. Carter at 2-3 (Apr. 13, 2016).

Despite Judge Maas' order to provide DIB with a list of "***not more than 500 names***" (emphasis added) that fall within the four categories listed above, plaintiffs' lists ("Tranche No. 1" and "Tranche No. 2") sent on October 10, 2016 contains ***804 names***.  Four of those search terms relate to Khalid Ballayth, which DIB previously and separately agreed to search.  *See* DIB's Resps. & Objections to Pl's' Second Set of Suppl. Reqs. for Produc. at 3-4 (April 25, 2016).  Even subtracting these 4 terms from the 804 proposed, plaintiffs' proposal still exceeds Judge Maas' order by ***300 names***.

## II.    PLAINTIFFS' TERMS FALL OUTSIDE OF JUDGE MAAS' FOUR CATEGORIES AND ARE OTHERWISE OBJECTIONABLE

In addition, 372 of plaintiffs' 804 proposed terms do not appear to fit into any of the four categories permitted by Judge Maas' order.

Indeed, plaintiffs had previously sought discovery of 17 of these terms in its prior document requests, and DIB objected to producing any information about these names because, among other reasons, discovery about these names was not timely sought, overly broad, unduly burdensome, and was not relevant to a claim or defense of any party.  *See* DIB's Resps. & Objections to Pl's' Reqs. for Produc. at RFPs 91, 92, 93, 94, 97, 98, 99, 100, 101, 102, 106, (Jan. 21, 2011); DIB's Resps. & Objections to Pl's' Suppl. Reqs. for Produc. at RFPs 39, 40, 42 (Sept. 4, 2012).  Plaintiffs, however, did not obtain any order from Judge Maas overruling DIB's objections.  Instead, plaintiffs have attempted an end-run around the motion to compel process and simply included the following objectionable names on its list of 804 search terms: Pl's' Proposal Nos. 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 15, 273, 387.

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

Further, by ignoring the substantive restrictions of Judge Maas' four categories, plaintiffs have included other new terms and associated aliases to which DIB likewise objects as unduly burdensome, untimely, and not relevant to a claim or defense of any party.  See Pl's' Proposal Nos. 13, 14, 20, 174, 175, 176, 177, 178, 179, 180, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 196, 197, 198, 199, 200, 201, 202, 203, 204, 206, 207, 211, 213, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 262, 263, 264, 265, 266, 267, 268, 269, 271, 272, 275, 276, 277, 278, 280, 281, 282, 283, 284, 285, 286, 287, 289, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 345, 346, 347, 348, 349, 351, 352, 353, 356, 357, 358, 359, 360, 361, 362, 363, 364, 365, 368, 369, 370, 372, 376, 377, 381, 382, 383, 384, 385, 386, 388, 389, 390, 391, 392, 393, 394, 395, 396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 409, 411, 412, 413, 415, 417, 418, 419, 421, 423, 424, 426, 428, 429, 430, 433, 434, 435, 436, 437, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 455, 457, 459, 460, 461, 462, 463, 464, 465, 466, 467, 470, 471, 472, 473, 475, 476, 477, 479, 480, 482, 484, 485, 486, 487, 488, 492, 495, 496, 497, 498.

Moreover, Judge Maas limited plaintiffs' additional discovery to "not more than 500 **names**" (emphasis added).  During the March 22, 2016 hearing before Judge Maas, plaintiffs did not pursue and Judge Maas did not issue an order requiring DIB to search any account numbers.  Nonetheless, plaintiffs' proposal includes 44 alleged account numbers in addition to 804 names, even though such discovery was not permitted by Judge Maas.

\* \* \*

In response to your proposal and in light of our objections, DIB has attempted to compile a list of your proposed search terms that are compliant with Judge Maas' order.  Accordingly, DIB has removed 351 terms that do not fit within the four categories outlined by Judge Maas and that are subject to DIB's objections.  The result is a list of 432 search terms, attached as Appendix B.  As ordered by Judge Maas, plaintiffs may supplement the attached list up to "not more than 500 names" that fall within the Judge Maas' four categories.  Tr. at 58.

We are happy to meet and confer on this issue quickly so that we can comply fully with the Court's order to complete production by March 31, 2017.

Sincerely,

Steve Cottreau

## Appendix A

1  Special Chechen Refugees Assistance Fund
2  International Islamic Relief Organization
3  IIRO
4  Igatha
5  Hay'at al-Igatha al-Islamiya al-'Alamiyaa
6  Al Barakat Bank of Somalia
7  Al Baraka Exchange LLC
8  International Islamic Charity Organization
9  Nablus Zakat Committee
10  Al Fujairah Charity International
11  Emirates Red Crescent
12  Al Ihsan Charitable Society
13  Dar al Bir Society
14  Jamiat Dubai al Heiriyah
15  Al Shamal Islamic Bank
16  Dan International Trading & Investment Ltd.
17  Darbar Charity
18  Abdullah Azzam
19  Saidi Madani al Tayyib
20  Sidi al Madani al Ghazi Mustafa al Tayyib
21  Sidi Tayyib
22  Sayed Tayib al Madani
23  Sa'idi al Madani al Ghazi Mustfa al Tayyib
24  Abu Fadl
25  Abu Fadil
26  Abu Fadil al Makki
27  Abu Fadhl al Makkee
28  Abu Amjed
29  Abu Mahdi
30  Abu Khalifah al Omani
31  Abu Fadhl al Makkee
32  Abu Anter al Masri
33  Abu Omar al Makki
34  Khalid Amir Salim Ballayth
35  Khalid Ballaith
36  Khalid Amer Saed Ballaith
37  Khalid Amir Salim Ballath
38  Fayez Banihammad
39  Fayez Rashid Ahmed Hassan al Qadi Banihammad
40  Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad
41  Fayez Ahmad
42  Banihammad Fayez Abu Dhabi Banihammad
43  Fayez Rashid Ahmed

44 Rasid Ahmed Hassen Alqadi
45 Abu Dhabi Banihammad Ahmed Fayez
46 Ali Saleh Kahleh al Marri
47 Ali Salah Muhammad Kahlah al Marri
48 Yasin Ahmed Mohamed Ali
49 Ahmed Mohamed Ali Yasin
50 Ali Abdul Aziz Ali
51 Ammar al Baluchi
52 Aliosh
53 Ali
54 Ali A
55 Isam Mansur
56 Isam Mansar
57 Isam Mansour
58 Hani
59 Hani (Fawaz TRDNG)
60 Mamdouh Mahmoud Salim
61 Abu Hajer al Iraqi
62 Ahmed Nur Ali Jumale
63 Ahmed Nur Ali Jim'ale
64 Ahmad Nur Ali Jim'ale
65 Ahmad Ali Jimale
66 Ahmed Ali Jumali
67 A. Kabir
68 A. Wahed Shafiq
69 Abdul Baqi
70 Abdul Bari
71 Abdul Ghafar Qurishi
72 Abd al Ghaffar Qurayshi
73 Abdul Ghafar Shenwary
74 Abdul Ghafoor
75 Abdul Haiy Aazem
76 Abdul Hakim Monib
77 Abdul Hakim Mujahid
78 Abdul Jabbar
79 Abdul Jalil
80 Abdul Kabir
81 Abdul Latif Mansur
82 Abdul Manan
83 Abdul Qadeer
84 Abdul Rahman Agha
85 Abdul Rahman Ahmad Hottak
86 Abdul Rahman Zahed
87 Abdul Raqib Takhari
88 Abdul Rauf

**89** Abdul Razaq

**90** Abdul Salam Zaeef

**91** Abdul Salam Zaief

**92** Abdul Samad Khaksar

**93** Abdul Satar Paktis

**94** Abdul Wahab

**95** Abdul Wakil Mutawakil

**96** Abdul Wasay Aghajan Motasem

**97** Abdulhai Motmaen

**98** Abdulhai Salek

**99** Abdul-Haq Wasseq

**100** Abdullah Murad

**101** Ahmad Jan

**102** Ahmed Jan Akhund

**103** Akhtar Mohammad

**104** Alladad Tayeb

**105** Aminullah Amin

**106** Amir Khan Motaqi

**107** Amir Khan Muttaqi

**108** Arefullah Aref

**109** Arsalan Rahmani

**110** Atiqullah

**111** Attiqullah Akhund

**112** Azizirahman

**113** Dadullah Akhund

**114** Djallalouddine Haqani

**115** Jalal ud Din Haqqani

**116** Dost Mohammad

**117** Ehsanullah

**118** Esmatullah Asem

**119** Ezatullah

**120** Faiz

**121** Faiz Mohammad Faizan

**122** Fazel M. Mazloom

**123** Gul Ahmad Hakimi

**124** Habibullah Fauzi

**125** Habibullah Reshad

**126** Hamdullah

**127** Hamidullah

**128** Hamidullah Nomani

**129** Hamsudin

**130** Hidayatullah Abu Turab

**131** Jalaluddine Shinwari

**132** Jan Mohmmad Madani

**133** Janan

**134** Khair Mohammad Khairkhwah

**135** M. Ahmadi

**136** M. Eshaq

**137** M. Hasan Rahmani

**138** M. Musa Hottak

**139** M. Rasul

**140** M. Shafiq

**141** Manan Nyazi

**142** Matiullah

**143** Mohamed Daud

**144** Mohammad Abbas Akhund

**145** Mohammad Aleem Noorani

**146** Mohammad Azam Elmi

**147** Mohammad Essa Akhund

**148** Mohammad Homayoon

**149** Mohammad Naim

**150** Mohammad Nasim Hanafi

**151** Mohammad Rabbani

**152** Mohammad Saddiq

**153** Mohammad Salim Haqqani

**154** Mohammad Sarwar Siddiqmal

**155** Mohammad Sediq Akhundzada

**156** Mohammad Sharif

**157** Mohammad Sohail Shaheen

**158** Mohammad Tahre Anwari

**159** Muhammad Taher Anwari

**160** Mohammad Wali

**161** Mohammad Yaqoub

**162** Mohammad Zahid

**163** Mohammadullah Mati

**164** Mohammed Omar

**165** Moslim Haqqani

**166** Muhammad Islam

**167** Mustasaed

**168** Najibullah

**169** Nazar Mohammad

**170** Nik Mohammad

**171** Noor Jalal

**172** Noor Mohammad Saqib

**173** Nooruddin Turabi

**174** Nurullah Nuri

**175** Qalamuddin

**176** Qalamudin Momand

**177** Qari Abdul Wali

**178** Qari Ahmadulla

179 Qari Din Mohammad
180 Qari Din Mohammad Hanif
181 Qudratullah Jamal
182 Rahamatullah Kakazada
183 Rahimullah Zurmati
184 Rahmatullah Safi
185 Ramatullah Wahidyar
186 Rostam Nuristani
187 S. Ahmed Shahidkhel
188 Sadruddin
189 Sadudin Sayed
190 Saed M. Azim Agha
191 Saiduddine Sayyed
192 Samiullah Muazen
193 Sanani
194 Sayed Esmatullah Asem
195 Sayeedur Rahman Haqani
196 Sayyed Ghiassouddine Agha
197 Sayyed Haqqan
198 Shafiqullah Mohammadi
199 Shahabuddin Delawar
200 Shams Ur-Rahman
201 Shams·Us-Safa Aminzai
202 Shamsalah Kmalzada
203 Sher Abbas Stanekzai
204 Syed Allamuddin
205 Sayed Allamuddin Atheer
206 Tahis
207 Tawana
208 Ubaidullah Akhund
209 Walijan
210 Yar Mohammad Rahimi
211 Zabihullah Hamidi
212 Zia-Ur Rahman Madani
213 Akhtar Mohammad Mansour
214 Shah Mohammed
215 Baradar
216 Abdul Ghani Baradar
217 Mullah Baradar Akhund
218 M. Ibrahim Omari
219 Mohammad Ibrahim Omari
220 M. Jawaz Waziri
221 Mohamed Jawad Waziri
222 Mohammad Hassan
223 Mohammad Hassan Rahmani

224 Najibullah Haqqani

225 Hydayetullah

226 Nazirullah Anafi

227 Nazirullah Hanafi Waliullah

228 De Afghanistan Momtaz Bank

229 Abbas Abdi Ali

230 Abd al Hamid Sulaiman Muhammed al-Mujil

231 Abd al-Hamid Sulaiman al-Mu'jil

232 Dr. Abd Al-Hamid al-Mu'ajjal

233 Abd al-Hamid Mu'jil

234 A.S.Mujel

235 Abdulhamid Sulaiman M.A Mojil

236 Dr. Abd al-Hamid al-Mujal

237 Dr. Abd Abdul-Hamid bin Sulaiman al-Mu'jil

238 Abd al-Rahman Muhammad Jaffar Ali

239 Abd-al-Majid Aziz al-Zindani

240 Abdel Hakim Ali Hashim Murad

241 Abdul Murad

242 Abdel Latif Saleh

243 Abdel Latif A.A. Saleh Abu Hussein

244 Abdul Rahim al Talhi

245 Abu Bakr al Jaziri

246 Abu Yassir Sarrir

247 Abu Yassir al Jazairi

248 Abu Yassir al Gizari

249 Abu Sufian al-Salamabi Muhammed Ahmed Abd al-Razziq

250 Abu Zubaydah

251 Abu Zubaida

252 Zeinulabideen Muhammed Husein Abu Zubeidah

253 Abd al Hadi al Wahab

254 Zain al Abidin Muhammad Husain

255 Zayn al Abidin Muhammad Husayn

256 Zayn al Abidin Muhammad Hussein

257 Zayn al Abdin Mohamed Hussein

258 Tariq

259 Hani

260 Adel Abdul Jalil Ibrahim al Batterjee

261 Adel Batterjee

262 Adel Abdul Jalil Batterjee

263 Adil Muhammad Mahmud Abd al-Khaliq

264 Aiman Muhammed Rabi al-Zawahiri

265 Abu Muhammad

266 Abu Fatima

267 Muhammad Ibrahim

268 Abu Abdallah

**269** Anu a Mu'iz

**270** Ustaz

**271** Abu Mohammed Nur al Deen

**272** Abdel Muaz

**273** Abdel Muez

**274** Abdel Moez

**275** Aqeel Abdulaziz Al-Aqeel

**276** Ageel Abdulaziz A. Alageel

**277** Aqeel Abdulaziz Al- Aqil

**278** Dawood Ibrahim Kaskar

**279** Fahd Mohammed Ahmed al-Quso

**280** Hafez Muhammad Saeed

**281** Haji Muhammad Ashraf

**282** Hasan Abdullah Hersi al-Turki

**283** Hassan Dahir Aweys

**284** Ibrahim Abdul Salam Mohamed Boyasser

**285** Khalid Abd al-Rahman Hamd al-Fawaz

**286** Khalifa Muhammad Turki al-Subaiy

**287** Mahfouz Ould al-Walid

**288** Khalid al Shanqiti

**289** Mahmoud Mohammad Ahmed Bahaziq

**290** Mamoun Darkazanli

**291** Abu Ilyas al Suri

**292** Mufti Rashid Ahmad Ladehyanoy

**293** Muhammad Abdallah Salih Sughayr

**294** Mustafa Ahmed Muhammad Uthman Abu al Yazid

**295** Sheikh Said al Masri

**296** Saeed al Masri

**297** Nasir Abd-al-Karim Abdullah al-Wahishi

**298** Nazih Abdul Hammed Nabih al-Ruqai'I

**299** Anas al Libi

**300** Nazih Abdul Hammed al Raghie

**301** Ramzi Bin Al Shibh

**302** Ramzi Mohamed Abdullah Binalsheidah

**303** Ramzi Mohammed Abdullah Binalshibh

**304** Ramzi Mohammed Abdellah Omar

**305** Abu Ubaydah

**306** Umar Muhammad Abdallah Ba Amar

**307** Sa'd Abdullah Hussein al Sharif

**308** Said Ali al-Shihri

**309** Said Bahaji

**310** Salim Ahmad Salim Hamdan

**311** Sayf al-Adil

**312** Shafiq Ben Mohamed al Ayadi

**313** Sheikh Ahmed Salim Swedan

**314** Suliman Hamd al Buthe
**315** Soliman Al-Buthe
**316** Usama Bin Laden
**317** Usama bin Mohammed bin Awad bin Laden
**318** Abu Abdullah
**319** Mujahid Shaykh
**320** Hajj
**321** Abdul Hay
**322** al Qaqa
**323** Wa'el Hamza Julaidan
**324** Abu Hassan al Madani
**325** Abu al Hasan
**326** Wa'el Hamza Abd al Fatah Julaidan
**327** Jelaidan
**328** Yasin Abdullah Ezzedine Kadi
**329** Yassin Abdullah Kadi
**330** Yasin A. Kahdi
**331** Yasin al Qadi
**332** Zaki-ur-Rehman Lakhvi
**333** Al Akhtar Trust International
**334** Al Barakaat
**335** Al Barakaat Global Telecommunications
**336** Barakaat Globetelcompany
**337** Al Barakaat Group Of Companies Somalia Limited
**338** al Barakat Financial Company
**339** Al Barakaat International
**340** Baraco Co.
**341** Al Barakaat Investments
**342** Al Hamati
**343** Al Haramain & Al Masjed Al Aqsa Charity Foundation
**344** Al Haramain Islamic Foundation
**345** Al Rashid Trust
**346** Baraka Trading Company
**347** Barakaat Construction Company
**348** Barakaat Group Of Companies
**349** Barakaat Telecommunications Co.
**350** Barakat Banks and Remittances
**351** Benevolence International Foundation
**352** al Bir al Dawalia
**353** Jamiat Ihya ul Turath al Islamia
**354** Afghan Support Committee
**355** Revival of Islamic Heritage
**356** Lajnat al Dawa al Islamiya
**357** Islamic World Committee
**358** Abdul Jalil Haqqani

**359** Abdul Kabir Mohammad Jan

**360** Abdullah Hamad

**361** Agha Jan Alizai

**362** Amir Abdullah

**363** Badruddin Haqqani

**364** Ehsanullah Sarfida

**365** Gul Agha Ishakzai

**366** Khalil Ahmed Haqqani

**367** Najibullah Muhammad Juma

**368** Nasiruddin Haqqani

**369** Qalamuddin Sar Andaz

**370** Saleh Mohammad Kakar

**371** Sayid Mohammed Haqqani

**372** Sirajuddin Jallaloudine Haqqani

**373** Aaran Money Wire Services

**374** Adyat Trading & Investment

**375** Air Cess

**376** Airbas Transportation FZE

**377** Aviabas

**378** Akida Bank

**379** Akida Investment

**380** Al Ansari Exchange Establishment

**381** Al Astool al Bary General Transport

**382** Al Dawa al Islamiya

**383** Islamic Call

**384** Al Heelam Clearing & Forwarding

**385** Al Hijrah Construction and Development

**386** Al Hoda International Trading

**387** Al Ikhlas International Company

**388** Al Ittihad

**389** Al Kdrow

**390** Al Mahmal General Trading

**391** Al Muhairy Group

**392** Al Omran Chemical & Plastics Industries

**393** Al Omran Group

**394** Al Qudarat Transport Company

**395** Al Rawasi

**396** Al Samal al Mubaraka Company

**397** Al Shamal Islamic bank

**398** Al Timar al Mubarikah

**399** Ali Bin Mussallam General Transporting

**400** Ali Bin Mussallam International Trading

**401** Animal Resources Bank

**402** Bank al Tharwat al Huwania

**403** Ansar al Islam

**404** Ariana Airlines
**405** ARY Gold
**406** ARY International Exchange
**407** ARY Jewelers
**408** ARY Traders
**409** Ba Taqwa for Commerce
**410** Bank al Taqwa
**411** Barako Trading Company
**412** Binjad Establishment
**413** Bin Ladin International
**414** Binladen Overseas (Pvt Ltd)
**415** Blessed Fruits Company
**416** Bosanka Idealna Futura
**417** BIF-Bosnia
**418** Bosnia Ideal Future
**419** Dafo Trading Co.
**420** Dahabshill
**421** Dahab Shil
**422** Dan Fodio
**423** Dan Shipping Co.
**424** Dan Trading & Investment Co. Ltd.
**425** East Africa Grains
**426** Ellana Company Ltd.
**427** Elsheikh Mustafa Elamin Grain Silos Ltd.
**428** Farmers Commercial Bank
**429** Fawaz Trading
**430** Global Relief Foundation
**431** Foundation Secours Mondial
**432** Gulf Center S.R.L.
**433** Gulf Circle
**434** Gulf Construction Company
**435** Gum Arabic Company
**436** Hazar Licensing
**437** Healing Miracle Center
**438** Human Appeal International
**439** Human Relief Organization
**440** International Global Company Ltd.
**441** Interplast Co. Ltd.
**442** Islamic Investment Company of the Gulf
**443** JSM General Trading
**444** Juma al Majid Est.
**445** Kaya International
**446** Lajnat al Bir al Islami
**447** Lashkar e Taiba
**448** Leemount

449 Liwa Diamond
450 Maaza International Co.
451 MIC
452 Mamoun Darkazanli Import and Export Co.
453 Darkazanli Co.
454 Darkazanli Export-Import Sonderposton
455 Mashreq Bank
456 MIGA-Malaysian Swiss Gulf and African Chamber)
457 Modern Electronics Corporation
458 MEC Ltd.
459 Modern Global Corporation
460 Modern Production Corporation
461 Mohamed Omran Trading Agency
462 Muslim World League
463 MWL
464 Rabita al Islam al Islami.
465 Nada International
466 NASCO
467 Nasreddin Holding
468 Parka Trading Company
469 Red Sea Barakat Company Limited
470 Rowad Development
471 Rumat International
472 Romat
473 Sana Trading
474 Sanabel al Kheer
475 Sara Inc.
476 Sedar Emirates
477 Silver Moon General Trading
478 Silver Moon Trading
479 SMB Computers
480 Sudanese African Investment Company
481 Taba Investment Company, Ltd.
482 Tejis Trading Co.
483 Third World Relief Agency
484 Trans Aviation Network Group
485 Transavia
486 Twaik Est.
487 Union Beverages Company
488 Union Beverage Factory
489 Wadi al Aqiq Company, Ltd.
490 Wafa Humanitarian Organization
491 al Wafa Al Igatha Al Islamia
492 World Assembly of Muslim Youth
493 WAMY

494 World Link Exchange
495 Aafia Siddiqui
496 Fahrem Shahin
497 Abdel Aziz Mohamed Issawi
498 Abu Horan
499 Ali Haroun
500 Abu Hassan al Sudani
501 Haroum
502 Abdel Fattah Abu Ghadda
503 Abdel Razzak Yaqub
504 Abdel Wahab Osman
505 Abdelahi Halawe al Shurie
506 Abdelatif al Omran
507 Abdelghani Mzoudi
508 Abdelmalik al Khamis
509 Abdelrahman Salem Ahmed
510 Abdelsamad Mohamed
511 Abu Akram
512 Akram Turki Hishan al Mazidih
513 Akram Turki al Hishan
514 Akram Turki Hishan al Mazidih
515 Abu Jarrah
516 Abu Rida al Suri
517 Mohamed Loay Bayazid
518 Mohammed Loay Baizid
519 Abu Ridha al Suri
520 Abu Rida the Syrian
521 Nidal
522 Abdulaziz al Rahman Mohamed al Omari
523 Abd al Aziz al Umari
524 Abdullah I. Lootah
525 Abdullah Muwaijee
526 Abdulrahman Sulaiman Fahad
527 Abu Anas
528 Abu Anas al Saudi
529 Abu Bakr Mohamed Boulghiti
530 Abu Yasir al Jizairi
531 Abu Hajir
532 Mandour Salim
533 Abu Hammam
534 Abu Hamam al Saudi
535 Abu Walid al Masri
536 Adel Essam al Ghazzawi
537 Aftab al Ansari
538 Aftab Ahmed

**539** Farhan Malik

**540** Ahmad al Haznawi

**541** Ahmed Ibrahim al Haznawi

**542** Ahmad Ibrahim al Haznawi

**543** Ahmed al Ghamdi

**544** Ahmed Salah Said al Ghamdi

**545** Ahmad Salat Sa'id al Ghamdi

**546** Ahmed al Nami

**547** Ahmed bin Abdullah al Nami

**548** Ahmad bin Abdullah al Nami

**549** Ahmed Ali Lootah

**550** Ahmed Amer al Kadri

**551** Ahmed Atiq al Jumairi

**552** Ahmed Bin Sultan al Qasimi

**553** Ahmed Mohamed Haza al Darbi

**554** al Janoubi

**555** Ahmed Sheik Ali Samantar

**556** Ali Amin al Rashidi

**557** Abu Ubaidah al Banshiri

**558** Ali Bin Mussalam

**559** Amin al Koudsi

**560** Ammar Mehri

**561** Ammar Tesqui

**562** Aris Munandar

**563** Asraf Mayer

**564** Bashar Selo

**565** Bashir Safari

**566** Bukhary Said Abu Tahir

**567** Dakhel al Firas

**568** Dr. El Fathi Hassanein Ali

**569** Farid Ahmed

**570** Faruk Osman Abdel Mukaram

**571** Farzat Anwar Selo

**572** Fawaz Zakri

**573** Fawzi Mohamed Abdelqawi Wajih

**574** Fawzi Yahya Qasim al Hababi

**575** Gemal al Baqqal

**576** Ghulam Farooq Haidar

**577** Hamdan Hammed Mohamed

**578** Hamza al Ghamdi

**579** Hamza Alghamdi

**580** Hamza al Qatari

**581** Hani Hanjour

**582** Hani Saleh Hasan Hanjour

**583** Hani Salih Hasan Hanjur

**584** Hasan al Jabiri

**585** Hussain al Refae

**586** Refaie

**587** Hussain Zaabi

**588** Hussein Mohamed Abdu

**589** Abd al Rahim Hussein Muhammad Abdu

**590** Mullah Bilal

**591** Bilal

**592** Abu Bilal al Makki

**593** Khalid al Safani

**594** Amm Ahmad

**595** Mohammed Omar al Harazi

**596** Abdul Rahman Hussein al Nashari

**597** Abd Rahim al Nashiri

**598** Bilal Bin Marwan

**599** Mullah Bilal

**600** Ibrahim Ahmed Mahmoud Qosi

**601** Ibrahim Ali Mohamed

**602** Abdelmuhsen al Libi

**603** Ibrahim Badaoud

**604** Ibrahim Sayid Ahmed

**605** Islam Odeh

**606** Jamal Ahmad Mohamed al Fadl

**607** Jamal Ahmed Mohamed al Fadl

**608** Gamal Ahmed Mohamed al Fedel

**609** Khaled Salem Bin Mahfouz

**610** Khalid al Mihdhar

**611** Khalid Muhammad Abdallah al Mihdhar

**612** Sannan al Makki

**613** Khalid bin Muhammad

**614** Addallah al Mihdhar

**615** Khalid Mohammad al Saqaf

**616** Khalid Ali Walid

**617** Khalid Mohamed al Juhani

**618** Muawiya al Madani

**619** Khalid Sheikh Mohammed

**620** Khalid Shaikh Mohammed

**621** Salem Ali

**622** Fahd Bin Adballah bin Khalid

**623** Ashraf Refaat Nabith Henin

**624** Khalid Adbul Wadood

**625** Mukhtar

**626** Mukhtar al Baluchi

**627** al Mukh

**628** Abdulrahman Abdullah al Ghamdi

629 Salem Ali
630 Abdul Majid
631 Abdullah al Fak'asi al Ghamdior
632 Hafiz
633 Meer Akram
634 Khalid Zayid Saqr al Nahyan
635 Khalifa al Omani
636 Khalifa Rashid Sali
637 Latif Nasher Numan Agbari
638 Mahmoud Hamra-Krouha
639 Majed Moqed
640 Majed Mashaan Ghanem Moqed
641 Majid Moqid Mushan bin Ghanim
642 Majad Masha an Muqad
643 Marwan al Shehhi
644 Marwan Yousef Mohamed Rashid Lekrab al Shehhi
645 Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi
646 Mattar Abdullah al Muhairy
647 Mohamed Abdullah Hamrani
648 Mohamed Ahmed Obaid Bin Mahfouz
649 Mohamed al Ayoub
650 Mohamed al Omran
651 Mohamed Atef
652 Abu Hafs al Masri
653 Sheikh Taysir Abdullah
654 Abu Hafs
655 Abu Sitta
656 Abu Hafs al Kabir
657 Abu Khadijah
658 Abu Fatima
659 Mohamed Atta
660 Mohamed Mohamed el Amir Awad el Sayed Atta
661 Muhammad Muhammad al Amir Awad as Sayyid Atta
662 Mohamed el Amir Awad el Sayed Atta
663 Mehan Atta
664 Mohammad el Amir
665 Muhammad Atta
666 Mohamed el Sayed
667 Mohamed Elsayed
668 Muhammad al Amir
669 Awag al Sayyid Atta
670 Muhammad al Amir
671 Awad al Sayad
672 Mohamed el Amir
673 Mohamed Bahaiah

**674** Mohamed el Gergawi

**675** Mohamed Galeb Kalaje Zouaydi

**676** Mohamed Haydar Zammar

**677** Mohamed Ismail Ismail

**678** Mohamed Manea Ahmed al Shalan al Qahtani

**679** Mohamed Moustafa

**680** Mohamed Omran

**681** Mohamed Sami Muheidine

**682** Mohamed Sulaiman Barre

**683** Mohamed Tufail

**684** Sheikh Mohamed Tufail

**685** Mohamed Wael Selo

**686** Mohammed Yassir al Masri

**687** Mohand al Shehri

**688** Mohand Muhammed Fayiz al Shehri

**689** Muhand ash Shehr

**690** Mohammed al Shehhi

**691** Mohald al Shehri

**692** Mounir Motassadeq

**693** Muhammad Sulayman Barre

**694** Mohammed Soliman Barre

**695** Abu Yusuf al Somali

**696** Abu Ahmad

**697** Maxed Saleban Barre

**698** Khalil

**699** Mohd Soliman Barre

**700** Maxed Suleyman

**701** Abdullah al Somali

**702** Muhammad al-Somali

**703** Mustafa Ahmed al Hawsawi

**704** Mustafa Ahmed al Hisawi

**705** Shaykh Said

**706** Mustafa Muhammed Ahmed

**707** Mustafa Ahmed

**708** Hashim Abd al Rahman

**709** Hashem Abdulrahman

**710** Hashem Abderahman

**711** Hashim Abdourahman

**712** Hashem Abdollahi

**713** Muhammad Adnan

**714** Zahir

**715** Zaher

**716** Ayyub

**717** Khal

**718** Muhammad Ahanad

**719** Abderahman Mustafa

**720** Mustafa al Uzayti

**721** Abu Faraj al Libi

**722** Mahfuz

**723** Abd al Hafiz

**724** Abu Hamada

**725** Tawfiq

**726** Nawaf al Hazmi

**727** Nawaf Muhammed Salim al Hazmi

**728** Nawaf al Hamzi

**729** Obaid Mohamed Jumah al Matroushie

**730** Omar Bin Laden

**731** Omar Hassan Sayid al Jaralla

**732** Omran Mohamed Abdullah Omran

**733** Owais Omran

**734** Pacha Wazir

**735** Prince Mohamed al Faisal al Saud

**736** Reda Seyam

**737** Sadik Walid Awad

**738** Sadiq Borrmann

**739** Saeed al Ghamdi

**740** Saeed Abdallah Ali Sulayman al Ghamdi

**741** Sa'id al Ghamdi

**742** Saeed Ahmad Lootah

**743** Saifullah Abdullah Paracha

**744** Saleh Abdelaziz Fahad

**745** Saleh Mubrak

**746** Saleh Salim al Shamsi

**747** Salem al Hazmi

**748** Salem al Hamzi

**749** Salam al Hazmi

**750** Sameer Mohamed Mahmoud

**751** Sami Muheidine Mohamed

**752** Saqar Abdullah al Marri

**753** Satam Mohamed al Suqami

**754** Satam Muhammed Abdel Rahman al Suqami

**755** Satam al Suqami

**756** Sayed Tesqui

**757** Sayid al Hashimi

**758** Sharif al Din Ali Mukhtar

**759** Sheikh Mohamed bin Saqar al Qasimi

**760** Sher Khan Saraf

**761** Sukarno Ali Hassanein

**762** Sulaiman al Ali

**763** Syed Ibrahim Bukhari

764 Tareq M. al Swaidan
765 Tareq Mohamed Awadh Bin Laden
766 Wadih el Hage
767 Wadih al Haja
768 Abd'al Sabur
769 Abdel Saboor
770 Abdus Sabur
771 Wail al Shehri
772 Wail Mohammed al Shehri
773 Wail ash Shehri
774 Waleed al Shehri
775 Waleed Mohammed al Shehri
776 Walid ash Shehri
777 Wali Khan Amin Shah
778 Osama Turkestani
779 Osama Azmurai
780 Grabi Ibrahim Hahsen
781 Wali Mohamed Saraf
782 Yarkin Mohamed
783 Walid Mohamed Salih Bin Attash
784 Walid Muhammad Salih bin Roshayed bin Attash
785 Khallad bin Attash
786 Saleh Saeed Mohammed bin Yousaf
787 Tawfiq Muhammad Salih bin Rashid
788 Silveraka Khallad Bin Attash
789 Saleh Saeed Mohammed bin Yousaf
790 Tawfiq Muhammad Salih bin Rashid
791 Yasser al Otaibi
792 Yousef Jameel
793 Yousif Jameel
794 Youssef Jameel
795 Yusuf Jasim al Hijji
796 Zahid Sheikh Mohamed
797 Zakariya Essabar
798 Ziad Jarrah
799 Ziad Samir Jarrah
800 Ziyad Samir Garrah
801 Ziad Jarrah Jarrat
802 Ziad Jarrahi
803 Ziad Samir al Jarrah
804 Ziyad Samir Jarrah

# **Appendix B**

1 A. Kabir
2 A. Wahed Shafiq
3 Aafia Siddiqui
4 Abd al Aziz al Umari
5 Abd al Ghaffar Qurayshi
6 Abd al Rahim Hussein Muhammad Abdu
7 Abd Rahim al Nashiri
8 Abd'al Sabur
9 Abdel Aziz Mohamed Issawi
10 Abdel Saboor
11 Abdelmuhsen al Libi
12 Abderahman Mustafa
13 Abdul Baqi
14 Abdul Bari
15 Abdul Ghafar Qurishi
16 Abdul Ghafar Shenwary
17 Abdul Ghafoor
18 Abdul Ghani Baradar
19 Abdul Haiy Aazem
20 Abdul Hakim Monib
21 Abdul Hakim Mujahid
22 Abdul Hay
23 Abdul Jabbar
24 Abdul Jalil
25 Abdul Jalil Haqqani
26 Abdul Kabir
27 Abdul Kabir Mohammad Jan
28 Abdul Latif Mansur
29 Abdul Majid
30 Abdul Manan
31 Abdul Qadeer
32 Abdul Rahman Agha
33 Abdul Rahman Ahmad Hottak
34 Abdul Rahman Hussein al Nashari
35 Abdul Rahman Zahed
36 Abdul Raqib Takhari
37 Abdul Rauf
38 Abdul Razaq
39 Abdul Salam Zaeef
40 Abdul Salam Zaief
41 Abdul Samad Khaksar
42 Abdul Satar Paktis
43 Abdul Wahab

44  Abdul Wakil Mutawakil
45  Abdul Wasay Aghajan Motasem
46  Abdulaziz al Rahman Mohamed al Omari
47  Abdulhai Motmaen
48  Abdulhai Salek
49  Abdul-Haq Wasseq
50  Abdullah al Fak'asi al Ghamdior
51  Abdullah Hamad
52  Abdullah Murad
53  Abdulrahman Abdullah al Ghamdi
54  Abdus Sabur
55  Abu Abdullah
56  Abu al Hasan
57  Abu Amjed
58  Abu Anas
59  Abu Anas al Saudi
60  Abu Anter al Masri
61  Abu Bakr al Jaziri
62  Abu Bilal al Makki
63  Abu Dhabi Banihammad Ahmed Fayez
64  Abu Fadhl al Makkee
65  Abu Fadhl al Makkee
66  Abu Fadil
67  Abu Fadil al Makki
68  Abu Fadl
69  Abu Fatima
70  Abu Hafs
71  Abu Hafs al Kabir
72  Abu Hafs al Masri
73  Abu Hajer al Iraqi
74  Abu Hajir
75  Abu Hamam al Saudi
76  Abu Hammam
77  Abu Hassan al Madani
78  Abu Hassan al Sudani
79  Abu Horan
80  Abu Khadijah
81  Abu Khalifah al Omani
82  Abu Mahdi
83  Abu Omar al Makki
84  Abu Rida al Suri
85  Abu Rida the Syrian
86  Abu Ridha al Suri
87  Abu Sitta

**88** Abu Ubaydah

**89** Abu Walid al Masri

**90** Abu Yassir al Gizari

**91** Abu Yassir al Jazairi

**92** Abu Yassir Sarrir

**93** Addallah al Mihdhar

**94** Agha Jan Alizai

**95** Ahmad al Haznawi

**96** Ahmad Ali Jimale

**97** Ahmad bin Abdullah al Nami

**98** Ahmad Ibrahim al Haznawi

**99** Ahmad Jan

**100** Ahmad Nur Ali Jim'ale

**101** Ahmad Salat Sa'id al Ghamdi

**102** Ahmed al Ghamdi

**103** Ahmed al Nami

**104** Ahmed Ali Jumali

**105** Ahmed bin Abdullah al Nami

**106** Ahmed Ibrahim al Haznawi

**107** Ahmed Jan Akhund

**108** Ahmed Nur Ali Jim'ale

**109** Ahmed Nur Ali Jumale

**110** Ahmed Salah Said al Ghamdi

**111** Akhtar Mohammad

**112** Akhtar Mohammad Mansour

**113** Al Baraka Exchange LLC

**114** Al Barakat Bank of Somalia

**115** Al Hijrah Construction and Development

**116** al Mukh

**117** al Qaqa

**118** Al Qudarat Transport Company

**119** Al Timar al Mubarikah

**120** Ali

**121** Ali A

**122** Ali Abdul Aziz Ali

**123** Ali Haroun

**124** Ali Salah Muhammad Kahlah al Marri

**125** Ali Saleh Kahleh al Marri

**126** Aliosh

**127** Alladad Tayeb

**128** Aminullah Amin

**129** Amir Abdullah

**130** Amir Khan Motaqi

**131** Amir Khan Muttaqi

**132** Amm Ahmad

**133** Ammar al Baluchi

**134** Arefullah Aref

**135** Ariana Airlines

**136** Arsalan Rahmani

**137** Ashraf Refaat Nabith Henin

**138** Atiqullah

**139** Attiqullah Akhund

**140** Awad al Sayad

**141** Awag al Sayyid Atta

**142** Ayyub

**143** Azizirahman

**144** Badruddin Haqqani

**145** Banihammad Fayez Abu Dhabi Banihammad

**146** Baradar

**147** Bilal

**148** Bilal Bin Marwan

**149** Bin Ladin International

**150** Blessed Fruits Company

**151** Dadullah Akhund

**152** De Afghanistan Momtaz Bank

**153** Djallalouddine Haqani

**154** Dost Mohammad

**155** Ehsanullah

**156** Ehsanullah Sarfida

**157** Esmatullah Asem

**158** Ezatullah

**159** Fahd Bin Adballah bin Khalid

**160** Fahrem Shahin

**161** Faiz

**162** Faiz Mohammad Faizan

**163** Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad

**164** Fayez Ahmad

**165** Fayez Banihammad

**166** Fayez Rashid Ahmed

**167** Fayez Rashid Ahmed Hassan al Qadi Banihammad

**168** Fazel M. Mazloom

**169** Gamal Ahmed Mohamed al Fedel

**170** Gul Agha Ishakzai

**171** Gul Ahmad Hakimi

**172** Gum Arabic Company

**173** Habibullah Fauzi

**174** Habibullah Reshad

**175** Hafiz

**176** Hajj

**177** Hamdullah

**178** Hamidullah

**179** Hamidullah Nomani

**180** Hamsudin

**181** Hamza al Ghamdi

**182** Hamza Alghamdi

**183** Hani

**184** Hani (Fawaz TRDNG)

**185** Hani Hanjour

**186** Hani Saleh Hasan Hanjour

**187** Hani Salih Hasan Hanjur

**188** Haroum

**189** Hashem Abderahman

**190** Hashem Abdollahi

**191** Hashem Abdulrahman

**192** Hashim Abd al Rahman

**193** Hashim Abdourahman

**194** Hidayatullah Abu Turab

**195** Hussein Mohamed Abdu

**196** Hydayetullah

**197** Ibrahim Ali Mohamed

**198** Isam Mansar

**199** Isam Mansour

**200** Isam Mansur

**201** Jalal ud Din Haqqani

**202** Jalaluddine Shinwari

**203** Jamal Ahmad Mohamed al Fadl

**204** Jamal Ahmed Mohamed al Fadl

**205** Jan Mohmmad Madani

**206** Janan

**207** Jelaidan

**208** Khair Mohammad Khairkhwah

**209** Khal

**210** Khalid Abd al-Rahman Hamd al-Fawaz

**211** Khalid Adbul Wadood

**212** Khalid al Mihdhar

**213** Khalid al Safani

**214** Khalid bin Muhammad

**215** Khalid Mohammad al Saqaf

**216** Khalid Muhammad Abdallah al Mihdhar

**217** Khalid Shaikh Mohammed

**218** Khalid Sheikh Mohammed

**219** Khalifa al Omani

220 Khalil Ahmed Haqqani
221 Khallad bin Attash
222 M. Ahmadi
223 M. Eshaq
224 M. Hasan Rahmani
225 M. Ibrahim Omari
226 M. Jawaz Waziri
227 M. Musa Hottak
228 M. Rasul
229 M. Shafiq
230 Majad Masha an Muqad
231 Majed Mashaan Ghanem Moqed
232 Majed Moqed
233 Majid Moqid Mushan bin Ghanim
234 Mamdouh Mahmoud Salim
235 Manan Nyazi
236 Mandour Salim
237 Marwan al Shehhi
238 Marwan Yousef Mohamed Rashid Lekrab al Shehhi
239 Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi
240 Matiullah
241 Meer Akram
242 Mehan Atta
243 Mohald al Shehri
244 Mohamed Atef
245 Mohamed Atta
246 Mohamed Daud
247 Mohamed el Amir
248 Mohamed el Amir Awad el Sayed Atta
249 Mohamed el Sayed
250 Mohamed Elsayed
251 Mohamed Jawad Waziri
252 Mohamed Loay Bayazid
253 Mohamed Mohamed el Amir Awad el Sayed Atta
254 Mohammad Abbas Akhund
255 Mohammad Aleem Noorani
256 Mohammad Azam Elmi
257 Mohammad el Amir
258 Mohammad Essa Akhund
259 Mohammad Hassan
260 Mohammad Hassan Rahmani
261 Mohammad Homayoon
262 Mohammad Ibrahim Omari
263 Mohammad Naim

264 Mohammad Nasim Hanafi
265 Mohammad Rabbani
266 Mohammad Saddiq
267 Mohammad Salim Haqqani
268 Mohammad Sarwar Siddiqmal
269 Mohammad Sediq Akhundzada
270 Mohammad Sharif
271 Mohammad Sohail Shaheen
272 Mohammad Tahre Anwari
273 Mohammad Wali
274 Mohammad Yaqoub
275 Mohammad Zahid
276 Mohammadullah Mati
277 Mohammed al Shehhi
278 Mohammed Loay Baizid
279 Mohammed Omar
280 Mohammed Omar al Harazi
281 Mohammed Yassir al Masri
282 Mohand al Shehri
283 Mohand Muhammed Fayiz al Shehri
284 Moslim Haqqani
285 Mounir Motassadeq
286 Muhammad Adnan
287 Muhammad Ahanad
288 Muhammad al Amir
289 Muhammad al Amir
290 Muhammad Atta
291 Muhammad Islam
292 Muhammad Muhammad al Amir Awad as Sayyid Atta
293 Muhammad Taher Anwari
294 Muhand ash Shehr
295 Mujahid Shaykh
296 Mukhtar
297 Mukhtar al Baluchi
298 Mullah Baradar Akhund
299 Mullah Bilal
300 Mullah Bilal
301 Mustafa Ahmed
302 Mustafa Ahmed al Hawsawi
303 Mustafa Ahmed al Hisawi
304 Mustafa Ahmed Muhammad Uthman Abu al Yazid
305 Mustafa Muhammed Ahmed
306 Mustasaed
307 Najibullah

**308** Najibullah Haqqani

**309** Najibullah Muhammad Juma

**310** Nasiruddin Haqqani

**311** Nawaf al Hamzi

**312** Nawaf al Hazmi

**313** Nawaf Muhammed Salim al Hazmi

**314** Nazar Mohammad

**315** Nazirullah Anafi

**316** Nazirullah Hanafi Waliullah

**317** Nidal

**318** Nik Mohammad

**319** Noor Jalal

**320** Noor Mohammad Saqib

**321** Nooruddin Turabi

**322** Nurullah Nuri

**323** Qalamuddin

**324** Qalamuddin Sar Andaz

**325** Qalamudin Momand

**326** Qari Abdul Wali

**327** Qari Ahmadulla

**328** Qari Din Mohammad

**329** Qari Din Mohammad Hanif

**330** Qudratullah Jamal

**331** Rahamatullah Kakazada

**332** Rahimullah Zurmati

**333** Rahmatullah Safi

**334** Ramatullah Wahidyar

**335** Ramzi Bin Al Shibh

**336** Ramzi Mohamed Abdullah Binalsheidah

**337** Ramzi Mohammed Abdellah Omar

**338** Ramzi Mohammed Abdullah Binalshibh

**339** Rasid Ahmed Hassen Alqadi

**340** Rostam Nuristani

**341** S. Ahmed Shahidkhel

**342** Sa'id al Ghamdi

**343** Sa'idi al Madani al Ghazi Mustfa al Tayyib

**344** Sadruddin

**345** Sadudin Sayed

**346** Saed M. Azim Agha

**347** Saeed Abdallah Ali Sulayman al Ghamdi

**348** Saeed Ahmad Lootah

**349** Saeed al Ghamdi

**350** Saeed al Masri

**351** Said Bahaji

352  Saidi Madani al Tayyib
353  Saiduddine Sayyed
354  Salam al Hazmi
355  Saleh Mohammad Kakar
356  Saleh Saeed Mohammed bin Yousaf
357  Saleh Saeed Mohammed bin Yousaf
358  Salem al Hamzi
359  Salem al Hazmi
360  Salem Ali
361  Salem Ali
362  Salim Ahmad Salim Hamdan
363  Samiullah Muazen
364  Sanani
365  Sannan al Makki
366  Satam al Suqami
367  Satam Mohamed al Suqami
368  Satam Muhammed Abdel Rahman al Suqami
369  Sayed Allamuddin Atheer
370  Sayed Esmatullah Asem
371  Sayed Tayib al Madani
372  Sayeedur Rahman Haqani
373  Sayf al-Adil
374  Sayid Mohammed Haqqani
375  Sayyed Ghiassouddine Agha
376  Sayyed Haqqan
377  Shafiqullah Mohammadi
378  Shah Mohammed
379  Shahabuddin Delawar
380  Shams Ur-Rahman
381  Shams·Us-Safa Aminzai
382  Shamsalah Kmalzada
383  Sharif al Din Ali Mukhtar
384  Shaykh Said
385  Sheikh Ahmed Salim Swedan
386  Sheikh Said al Masri
387  Sheikh Taysir Abdullah
388  Sher Abbas Stanekzai
389  Sher Khan Saraf
390  Sidi al Madani al Ghazi Mustafa al Tayyib
391  Sidi Tayyib
392  Silveraka Khallad Bin Attash
393  Sirajuddin Jallaloudine Haqqani
394  Syed Allamuddin
395  Taba Investment Company, Ltd.

**396** Tahis

**397** Tawana

**398** Tawfiq Muhammad Salih bin Rashid

**399** Tawfiq Muhammad Salih bin Rashid

**400** Ubaidullah Akhund

**401** Umar Muhammad Abdallah Ba Amar

**402** Usama Bin Laden

**403** Usama bin Mohammed bin Awad bin Laden

**404** Wa'el Hamza Abd al Fatah Julaidan

**405** Wa'el Hamza Julaidan

**406** Wadi al Aqiq Company, Ltd.

**407** Wadih al Haja

**408** Wadih el Hage

**409** Wail al Shehri

**410** Wail ash Shehri

**411** Wail Mohammed al Shehri

**412** Waleed al Shehri

**413** Waleed Mohammed al Shehri

**414** Wali Mohamed Saraf

**415** Walid ash Shehri

**416** Walid Mohamed Salih Bin Attash

**417** Walid Muhammad Salih bin Roshayed bin Attash

**418** Walijan

**419** Yar Mohammad Rahimi

**420** Yarkin Mohamed

**421** Zabihullah Hamidi

**422** Zaher

**423** Zahir

**424** Zakariya Essabar

**425** Ziad Jarrah

**426** Ziad Jarrah Jarrat

**427** Ziad Jarrahi

**428** Ziad Samir al Jarrah

**429** Ziad Samir Jarrah

**430** Zia-Ur Rahman Madani

**431** Ziyad Samir Garrah

**432** Ziyad Samir Jarrah