# EXHIBIT L

## Tarbutton, J. Scott

| | |
|---|---|
| **From:** | Tarbutton, J. Scott |
| **Sent:** | Wednesday, March 8, 2017 8:10 PM |
| **To:** | WTC[Steve.Cottreau@CliffordChance.com]; Katie.Barlow@CliffordChance.com; juanmorillo@quinnemanuel.com |
| **Cc:** | Carter, Sean; 'Haefele, Robert' (rhaefele@motleyrice.com) |
| **Subject:** | 03 MDL 1570 - DIB |
| **Attachments:** | Tranche No. 2 (Amended).pdf |

Steve,

Plaintiffs have had an opportunity to review DIB's proposal following the recent meet-and-confer.  It took us some time to analyze and compare the 330 individuals and entities listed in your Attachments A and B with our notes and other relevant data, and confer with one another regarding same, so I apologize for the delay in getting back to you.

After examining your proposal, it appears the primary disagreement between us lies with a number of entries in plaintiffs' Tranche No. 2, found between #251-500, and identified as "individuals and entities identified through the PECs' independent investigation."  Having undertaken a close review of each of those individuals and entities, and in the interests of good faith and compromise, plaintiffs are willing to remove 100 individuals and entities (and any associated aliases) from that particular section of Tranche No. 2, a majority of which are listed in your Attachment B.  An amended Tranche No. 2 reflecting those changes is attached.

Plaintiffs remain committed to resolving our differences relating to Judge Maas' March 22, 2016 discovery order and are available to confer further on the issues.

Regards,

Scott



**J. Scott Tarbutton**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street, Suite 2800 | Philadelphia, PA 19103
P: 215-665-7255 F: 215-701-2467
Email | Bio | LinkedIn | Map | cozen.com

**PLAINTIFFS' LIST OF INDIVIDUALS AND ENTITIES TO BE SEARCHED IN
DEFENDANT DUBAI ISLAMIC BANK'S ELECTRONIC ACCOUNT DATABASE**

TRANCHE No. 2[1]

174.   Abbas Abdi Ali

175.   Abd al Hamid Sulaiman Muhammed al-Mujil (a/k/a Abd al-Hamid Sulaiman al-Mu'jil;
a/k/a Dr. Abd Al-Hamid al-Mu'ajjal; a/k/a Abd al-hamid Mu'jil; a/k/a A.S.Mujel; a/k/a
Abdulhamid Sulaiman M.A Mojil; a/k/a Dr. Abd al-Hamid al-Mujal; a/k/a Dr. Abd
Abdul-Hamid bin Sulaiman al-Mu'jil)

176.   Abd al-Rahman Muhammad Jaffar Ali

177.   Abd-al-Majid Aziz al-Zindani

178.   Abdel Hakim Ali Hashim Murad (a/k/a Abdul Murad)

179.   Abdel Latif Saleh (a/k/a Abdel Latif A.A. Saleh Abu Hussein)

180.   Abdul Rahim al Talhi

181.   Abu Bakr al Jaziri (a/k/a Abu Yassir Sarrir; a/k/a Abu Yassir al Jazairi; a/k/a Abu Yassir
al Gizari)

182.   Abu Sufian al-Salamabi Muhammed Ahmed Abd al-Razziq

183.   Abu Zubaydah (a/k/a Abu Zubaida; a/k/a Zeinulabideen Muhammed Husein Abu
Zubeidah; a/k/a Abd al Hadi al Wahab; a/k/a Zain al Abidin Muhammad Husain; a/k/a
Zayn al Abidin Muhammad Husayn; a/k/a Zayn al Abidin Muhammad Hussein; a/k/a
Zayn al Abdin Mohamed Hussein; a/k/a Tariq; a/k/a Hani)

184.   Adel Abdul Jalil Ibrahim al Batterjee (a/k/a Adel Batterjee; a/k/a Adel Abdul Jalil
Batterjee)

185.   Adil Muhammad Mahmud Abd al-Khaliq

186.   Aiman Muhammed Rabi al-Zawahiri (a/k/a Abu Muhammad; a/k/a Abu Fatima; a/k/a
Muhammad Ibrahim; a/k/a Abu Abdallah; a/k/a Anu a Mu'iz; a/k/a Ustaz; a/k/a Abu
Mohammed Nur al Deen; a/k/a Abdel Muaz; a/k/a Abdel Muez; a/k/a Abdel Moez)

187.   Aqeel Abdulaziz Al-Aqeel (a/k/a Ageel Abdulaziz A. Alageel; a/k/a Aqeel Abdulaziz Al-
Aqil)

188.   Dawood Ibrahim Kaskar

---

[1] Plaintiffs' Tranche No. 2 amended on 03/08/2017.

189.  Fahd Mohammed Ahmed al-Quso

190.  Hafez Muhammad Saeed

191.  Haji Muhammad Ashraf

192.  Hasan Abdullah Hersi al-Turki

193.  Hassan Dahir Aweys

194.  Ibrahim Abdul Salam Mohamed Boyasser

195.  Khalid Abd al-Rahman Hamd al-Fawaz

196.  Khalifa Muhammad Turki al-Subaiy

197.  Mahfouz Ould al-Walid (a/k/a Khalid al Shanqiti)

198.  Mahmoud Mohammad Ahmed Bahaziq

199.  Mamoun Darkazanli (a/k/a Abu Ilyas al Suri)

200.  Mufti Rashid Ahmad Ladehyanoy

201.  Muhammad Abdallah Salih Sughayr

202.  Mustafa Ahmed Muhammad Uthman Abu al Yazid (a/k/a Sheikh Said al Masri; Saeed al Masri)

203.  Nasir Abd-al-Karim Abdullah al-Wahishi

204.  Nazih Abdul Hammed Nabih al-Ruqai'I (a/k/a Anas al Libi; a/k/a Nazih Abdul Hammed al Raghie)

205.  Ramzi Bin Al Shibh (a/k/a Ramzi Mohamed Abdullah Binalsheidah; a/k/a Ramzi Mohammed Abdullah Binalshibh; a/k/a Ramzi Mohammed Abdellah Omar; a/k/a Abu Ubaydah; a/k/a Umar Muhammad Abdallah Ba Amar)

206.  Sa'd Abdullah Hussein al Sharif

207.  Said Ali al-Shihri

208.  Said Bahaji

209.  Salim Ahmad Salim Hamdan

210.  Sayf al-Adil

211.  Shafiq Ben Mohamed al Ayadi

212.   Sheikh Ahmed Salim Swedan

213.   Suliman Hamd al Buthe (a/k/a Soliman Al-Buthe)

214.   Usama Bin Laden (a/k/a Usama bin Mohammed bin Awad bin Laden; a/k/a Abu
       Abdullah; a/k/a Mujahid Shaykh; a/k/a Hajj; a/k/a Abdul Hay; a/k/a al Qaqa)

215.   Wa'el Hamza Julaidan (a/k/a Abu Hassan al Madani; a/k/a Abu al Hasan; a/k/a Wa'el
       Hamza Abd al Fatah Julaidan; a/k/a Jelaidan)

216.   Yasin Abdullah Ezzedine Kadi (a/k/a Yassin Abdullah Kadi; a/k/a Yasin A. Kahdi; a/k/a
       Yasin al Qadi)

217.   Zaki-ur-Rehman Lakhvi

218.   Al Akhtar Trust International

219.   Al Barakaat

220.   Al Barakaat Global Telecommunications (a/k/a Barakaat Globetelcompany)

221.   Al Barakaat Group Of Companies Somalia Limited (a/k/a al Barakat Financial Company)

222.   Al Barakaat International (a/k/a Baraco Co.)

223.   Al Barakaat Investments

224.   Al Hamati

225.   Al Haramain & Al Masjed Al Aqsa Charity Foundation

226.   Al Haramain Islamic Foundation

227.   Al Rashid Trust

228.   Baraka Trading Company

229.   Barakaat Construction Company

230.   Barakaat Group Of Companies

231.   Barakaat Telecommunications Co.

232.   Barakat Banks and Remittances

233.   Benevolence International Foundation (a/k/a al Bir al Dawalia)

234.   Jamiat Ihya ul Turath al Islamia (a/k/a Afghan Support Committee; a/k/a Revival of
       Islamic Heritage)

235.    Lajnat al Dawa al Islamiya (a/k/a Islamic World Committee)[2]

236.    Abdul Jalil Haqqani

237.    Abdul Kabir Mohammad Jan

238.    Abdullah Hamad

239.    Agha Jan Alizai

240.    Amir Abdullah

241.    Badruddin Haqqani

242.    Ehsanullah Sarfida

243.    Gul Agha Ishakzai

244.    Khalil Ahmed Haqqani

245.    Najibullah Muhammad Juma

246.    Nasiruddin Haqqani

247.    Qalamuddin Sar Andaz

248.    Saleh Mohammad Kakar

249.    Sayid Mohammed Haqqani

250.    Sirajuddin Jallaloudine Haqqani[3]

251.    Adyat Trading & Investment

252.    Akida Bank

253.    Akida Investment

254.    Al Ansari Exchange Establishment

255.    Al Astool al Bary General Transport

256.    Al Hijrah Construction and Development

257.    Al Ikhlas International Company

258.    Al Kdrow

[2] Nos. 174-235 are individuals and entities from the U.N. Security Council Resolution 1267 Al Qaeda list.
[3] Nos. 236-250 are individuals from the U.N. Security Council Resolution 1267 Taliban list.

259.   Al Qudarat Transport Company

260.   Al Samal al Mubaraka Company

261.   Al Timar al Mubarikah

262.   Ariana Airlines

263.   Ba Taqwa for Commerce

264.   Bank al Taqwa

265.   Barako Trading Company

266.   Binjad Establishment

267.   Bin Ladin International

268.   Binladen Overseas (Pvt Ltd)

269.   Blessed Fruits Company

270.   Dafo Trading Co.

271.   Dahabshill (a/k/a Dahab Shil)

272.   Dan Fodio

273.   Dan Shipping Co.

274.   Dan Trading & Investment Co. Ltd.

275.   East Africa Grains

276.   Ellana Company Ltd.

277.   Farmers Commercial Bank

278.   Fawaz Trading

279.   Global Relief Foundation (a/k/a Foundation Secours Mondial)

280.   Gum Arabic Company

281.   Healing Miracle Center

282.   Human Appeal International

283.   Lajnat al Bir al Islami

284. Lashkar e Taiba

285. Leemount

286. Mamoun Darkazanli Import and Export Co. (a/k/a Darkazanli Co.; a/k/a Darkazanli Export-Import Sonderposton)

287. MIGA-Malaysian Swiss Gulf and African Chamber)

288. Modern Global Corporation

289. Modern Production Corporation

290. Muslim World League (a/k/a MWL; a/k/a Rabita al Islam al Islami)

291. Nada International

292. NASCO

293. Nasreddin Holding

294. Parka Trading Company

295. Red Sea Barakat Company Limited

296. Rowad Development

297. Rumat International (a/k/a Romat)

298. Sana Trading

299. Sanabel al Kheer

300. Silver Moon General Trading (a/k/a Silver Moon Trading)

301. Taba Investment Company, Ltd.

302. Tejis Trading Co.

303. Third World Relief Agency

304. Twaik Est.

305. Union Beverages Company (a/k/a Union Beverage Factory)

306. Wadi al Aqiq Company, Ltd.

307. Wafa Humanitarian Organization (a/k/a al Wafa Al Igatha Al Islamia)

308. World Assembly of Muslim Youth (a/k/a WAMY)

309.    World Link Exchange

310.    Aafia Siddiqui (a/k/a Fahrem Shahin)

311.    Abdel Aziz Mohamed Issawi (a/k/a Abu Horan; a/k/a Ali Haroun; a/k/a Abu Hassan al Sudani; a/k/a Haroum)

312.    Abdel Fattah Abu Ghadda

313.    Abdel Wahab Osman

314.    Abdelghani Mzoudi

315.    Abdelsamad Mohamed

316.    Abu Akram (a/k/a Akram Turki Hishan al Mazidih; a/k/a Akram Turki al Hishan; a/k/a Akram Turki Hishan al Mazidih; a/k/a Abu Jarrah)

317.    Abu Rida al Suri (a/k/a Mohamed Loay Bayazid; a/k/a/ Mohammed Loay Baizid; a/k/a Abu Ridha al Suri; a/k/a Abu Rida the Syrian; a/k/a Nidal)

318.    Abdulaziz al Rahman Mohamed al Omari (a/k/a Abd al Aziz al Umari)

319.    Abdullah I. Lootah

320.    Abu Anas (a/k/a Abu Anas al Saudi)

321.    Abu Bakr Mohamed Boulghiti (a/k/a Abu Yasir al Jizairi)

322.    Abu Hajir (a/k/a Mandour Salim)

323.    Abu Hammam (a/k/a Abu Hamam al Saudi)

324.    Abu Walid al Masri

325.    Ahmad al Haznawi (a/k/a Ahmed Ibrahim al Haznawi; a/k/a Ahmad Ibrahim al Haznawi)

326.    Ahmed al Ghamdi (a/k/a Ahmed Salah Said al Ghamdi; a/k/a Ahmad Salat Sa'id al Ghamdi)

327.    Ahmed al Nami (a/k/a Ahmed bin Abdullah al Nami; a/k/a Ahmad bin Abdullah al Nami)

328.    Ahmed Ali Lootah

329.    Ali Amin al Rashidi (a/k/a Abu Ubaidah al Banshiri)

330.    Aris Munandar

331.    Bukhary Said Abu Tahir

332.   Dakhel al Firas

333.   Dr. El Fathi Hassanein Ali

334.   Farid Ahmed

335.   Faruk Osman Abdel Mukaram

336.   Ghulam Farooq Haidar

337.   Hamza al Ghamdi (a/k/a Hamza Alghamdi)

338.   Hamza al Qatari

339.   Hani Hanjour (a/k/a Hani Saleh Hasan Hanjour; a/k/a Hani Salih Hasan Hanjur)

340.   Hasan al Jabiri

341.   Hussein Mohamed Abdu (a/k/a Abd al Rahim Hussein Muhammad Abdu; a/k/a Mullah
       Bilal; a/k/a Bilal; a/k/a Abu Bilal al Makki; a/k/a Khalid al Safani; a/k/a Amm Ahmad;
       a/k/a Mohammed Omar al Harazi; a/k/a Abdul Rahman Hussein al Nashari; a/k/a Abd
       Rahim al Nashiri; a/k/a Bilal Bin Marwan; a/k/a Mullah Bilal)

342.   Ibrahim Ahmed Mahmoud Qosi

343.   Ibrahim Ali Mohamed (a/k/a Abdelmuhsen al Libi)

344.   Ibrahim Badaoud

345.   Ibrahim Sayid Ahmed

346.   Jamal Ahmad Mohamed al Fadl (a/k/a Jamal Ahmed Mohamed al Fadl; a/k/a Gamal
       Ahmed Mohamed al Fedel)

347.   Khalid al Mihdhar (a/k/a Khalid Muhammad Abdallah al Mihdhar; a/k/a Sannan al
       Makki; a/k/a Khalid bin Muhammad; a/k/a Addallah al Mihdhar; a/k/a Khalid
       Mohammad al Saqaf)

348.   Khalid Ali Walid

349.   Khalid Mohamed al Juhani (a/k/a Muawiya al Madani)

350.   Khalid Sheikh Mohammed (a/k/a Khalid Shaikh Mohammed; a/k/a Salem Ali; a/k/a Fahd
       Bin Adballah bin Khalid; a/k/a Ashraf Refaat Nabith Henin; a/k/a Khalid Adbul Wadood;
       a/k/a Mukhtar; a/k/a Mukhtar al Baluchi; a/k/a al Mukh; a/k/a Abdulrahman Abdullah al
       Ghamdi; a/k/a Salem Ali; a/k/a Abdul Majid; a/k/a Abdullah al Fak'asi al Ghamdior;
       a/k/a Hafiz; a/k/a Meer Akram)

351.   Khalifa al Omani

352.   Mahmoud Hamra-Krouha

353.   Majed Moqed (a/k/a Majed Mashaan Ghanem Moqed; a/k/a Majid Moqid Mushan bin Ghanim; a/k/a Majad Masha an Muqad)

354.   Marwan al Shehhi (a/k/a Marwan Yousef Mohamed Rashid Lekrab al Shehhi; a/k/a Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi)

355.   Mohamed Ahmed Obaid Bin Mahfouz

356.   Mohamed Atef (a/k/a Abu Hafs al Masri; a/k/a Sheikh Taysir Abdullah; a/k/a Abu Hafs; a/k/a Abu Sitta; a/k/a Abu Hafs al Kabir; a/k/a Abu Khadijah; a/k/a Abu Fatima)

357.   Mohamed Atta (a/k/a Mohamed Mohamed el Amir Awad el Sayed Atta; a/k/a Muhammad Muhammad al Amir Awad as Sayyid Atta; a/k/a Mohamed el Amir Awad el Sayed Atta; a/k/a Mehan Atta; a/k/a Mohammad el Amir; a/k/a Muhammad Atta; a/k/a Mohamed el Sayed; a/k/a Mohamed Elsayed; a/k/a Muhammad al Amir; a/k/a Awag al Sayyid Atta; a/k/a Muhammad al Amir; a/k/a Awad al Sayad; a/k/a Mohamed el Amir)

358.   Mohamed Bahaiah

359.   Mohamed Galeb Kalaje Zouaydi

360.   Mohamed Haydar Zammar

361.   Mohamed Manea Ahmed al Shalan al Qahtani

362.   Mohamed Moustafa

363.   Mohamed Sami Muheidine

364.   Mohamed Sulaiman Barre

365.   Mohamed Tufail (a/k/a Sheikh Mohamed Tufail)

366.   Mohammed Yassir al Masri

367.   Mohand al Shehri (a/k/a Mohand Muhammed Fayiz al Shehri; a/k/a Muhand ash Shehr; a/k/a Mohammed al Shehhi; a/k/a Mohald al Shehri)

368.   Mounir Motassadeq

369.   Muhammad Sulayman Barre (a/k/a Mohammed Soliman Barre; a/k/a Abu Yusuf al Somali; a/k/a Abu Ahmad; a/k/a Maxed Saleban Barre; a/k/a Khalil; a/k/a Mohd Soliman Barre; a/k/a Maxed Suleyman; a/k/a Abdullah al Somali; a/k/a Muhammad al-Somali)

370.   Mustafa Ahmed al Hawsawi (a/k/a Mustafa Ahmed al Hisawi; a/k/a Shaykh Said; a/k/a Mustafa Muhammed Ahmed; a/k/a Mustafa Ahmed; a/k/a Hashim Abd al Rahman; a/k/a Hashem Abdulrahman; a/k/a Hashem Abderahman; a/k/a Hashim Abdourahman; a/k/a

Hashem Abdollahi; a/k/a Muhammad Adnan; a/k/a Zahir; a/k/a Zaher; a/k/a Ayyub; a/k/a Khal; a/k/a Muhammad Ahanad; a/k/a Abderahman Mustafa)

371.   Mustafa al Uzayti (a/k/a Abu Faraj al Libi; a/k/a Mahfuz; a/k/a Abd al Hafiz; a/k/a Abu Hamada; a/k/a Tawfiq)

372.   Nawaf al Hazmi (a/k/a Nawaf Muhammed Salim al Hazmi; a/k/a Nawaf al Hamzi)

373.   Omar Hassan Sayid al Jaralla

374.   Pacha Wazir

375.   Reda Seyam

376.   Sadik Walid Awad (a/k/a Sadiq Borrmann)

377.   Saeed al Ghamdi  (a/k/a Saeed Abdallah Ali Sulayman al Ghamdi; a/k/a Sa'id al Ghamdi)

378.   Saeed Ahmad Lootah

379.   Saifullah Abdullah Paracha

380.   Saleh Abdelaziz Fahad

381.   Saleh Salim al Shamsi

382.   Salem al Hazmi (a/k/a Salem al Hamzi; a/k/a Salam al Hazmi)

383.   Sameer Mohamed Mahmoud

384.   Sami Muheidine Mohamed

385.   Satam Mohamed al Suqami (a/k/a Satam Muhammed Abdel Rahman al Suqami; a/k/a Satam al Suqami)

386.   Sharif al Din Ali Mukhtar

387.   Sher Khan Saraf

388.   Sukarno Ali Hassanein

389.   Sulaiman al Ali

390.   Tareq M. al Swaidan

391.   Wadih el Hage (a/k/a Wadih al Haja; a/k/a Abd'al Sabur; a/k/a Abdel Saboor; a/k/a Abdus Sabur)

392.   Wail al Shehri (a/k/a Wail Mohammed al Shehri; a/k/a Wail ash Shehri)

10

393.   Waleed al Shehri (a/k/a Waleed Mohammed al Shehri; a/k/a Walid ash Shehri)

394.   Wali Khan Amin Shah (a/k/a Osama Turkestani; a/k/a Osama Azmurai; a/k/a Grabi Ibrahim Hahsen)

395.   Wali Mohamed Saraf (a/k/a Yarkin Mohamed)

396.   Walid Mohamed Salih Bin Attash (a/k/a Walid Muhammad Salih bin Roshayed bin Attash; a/k/a Khallad bin Attash; a/k/a Saleh Saeed Mohammed bin Yousaf; a/k/a Tawfiq Muhammad Salih bin Rashid; a/k/a Silveraka Khallad Bin Attash; a/k/a Saleh Saeed Mohammed bin Yousaf; a/k/a Tawfiq Muhammad Salih bin Rashid)

397.   Yasser al Otaibi

398.   Zahid Sheikh Mohamed

399.   Zakariya Essabar

400.   Ziad Jarrah (a/k/a Ziad Samir Jarrah; a/k/a Ziyad Samir Garrah; a/k/a Ziad Jarrah Jarrat; a/k/a Ziad Jarrahi; a/k/a Ziad Samir al Jarrah; a/k/a Ziyad Samir Jarrah)[4]

LEGAL\29649534\1

---

[4] Nos. 251-400 are individuals and entities identified through the PECs' independent investigations.