# EXHIBIT M

## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y.)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley, (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel* | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

**VIA EMAIL**

April 21, 2017

Katie Barlow, Esq.
Clifford Chance US LLP
2001 K Street, N.W.
Washington, D.C. 20006-1001

  RE: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (SN)

Dear Katie:

  Plaintiffs submit this letter in response to defendant Dubai Islamic Bank's ("DIB") March 22, 2017 proposal concerning plaintiffs' search term list.

  As an initial matter, plaintiffs will not agree to any search of DIB's electronic account database that does not include the following individuals and entities, including their aliases and *account numbers*, as identified in Plaintiffs' Tranche No. 1: Special Chechen Refugees Assistance Fund; International Islamic Relief Organization; International Islamic Charity Organization; Nablus Zakat Committee; Al Fujairah Charity International; Emirates Red Crescent; Al Ihsan Charitable Society; Dar al Bir Society; Jamiat Dubai al Heiriyah; Al Shamal Islamic Bank; Dan International Trading & Investment Ltd.; Darbar Charity; Abdullah Azzam; and Yasin Ahmed Mohamed Ali.

  DIB's objection that those names and account numbers exceed the scope of Magistrate Judge Maas' March 22, 2016 order simply ignores the Court's clear directive permitting the identification of specific accounts for searching purposes. *See* March 22, 2016 Transcript of Record ("Tr.") at p. 55 ("For that universe of ... accounts or names which I gather is larger than 421 but probably no larger than 500, I am going to direct that to the extent it hasn't already been done, the account opening and if there is any account closing paperwork, the periodic statements and the other electronic information that exists such as the wire transfer information that Mr.

Katie Barlow, Esq.
April 21, 2017
Page 2

---

Cottreau alluded to, be produced."); p. 57 ("So, for those 500 accounts/names I have indicated what is to be produced in the first instance....").

Second, after further review, plaintiffs are willing to remove an additional 15 individuals and entities from Plaintiffs' Tranche No. 2, as reflected in the attached March 22, 2017 Appendix A which I have marked up to identify those deletions.

Further, plaintiffs are compelled to submit very modest and reasonable changes to their list of 500 in light of new information that has arisen in these proceedings. On March 22, 2017, DIB produced a July 20, 2004 Central Bank of the U.A.E. circular directing each of the financial institutions in the U.A.E. to "search for and freeze any accounts, deposits, [and] investments" associated with 73 individuals and 7 entities. *See* DIB05558-5574. Based on our review of that document, plaintiffs propose including the following 4 individuals and entities which have been designated by the U.S. Treasury Department and/or United Nations for their association with Osama bin Laden and al Qaeda: Mokhtar Belmokhtar, Agus Dwikarna, Al Furqan, and Taibah International. Additionally, the Central Bank circular identifies different spelling variations of the Al Haramain Islamic Foundation, which is itself identified in plaintiffs' Amended Tranche No. 2 at #226. In the interest of clarity, plaintiffs propose adding those two names: Al Harmain Foundation and Al Haramayn Foundation.

Finally, you will recall that Judge Maas ordered DIB to "*expand the search*" for documentation relating to "*investigations or other responses that the bank internally may have had in terms of checking whether it had troublesome accounts or relationships.*" Tr. at pp. 63-64. Indeed, DIB acknowledges the clear language of the Court's instruction in its April 13, 2016 letter to plaintiffs at p. 3 ("As required by the Court, DIB will search for documents regarding 'investigations or other responses that the bank internally may have had in terms of checking whether it had troublesome accounts or relationships' as a result of the 1998 U.S. Embassy bombings in Kenya and Tanzania."). To date, DIB has yet to provide the plaintiffs with information concerning the status and/or findings of that court ordered search. As plaintiffs previously advised in our May 6, 2016 letter, responsive records relating to the U.S. Embassy bombings will inform the composition of plaintiffs' list of 500 individuals and entities to be queried in DIB's electronic account database. Please let us know where that search for responsive documentation stands.

Sincerely,

COZEN O'CONNOR

By: J. Scott Tarbutton

cc:   Members of Plaintiffs' Executive Committees
LEGAL\30124568\1

## Appendix A

1. Dan International Trading & Investment Ltd.
2. Darbar Charity
3. Yasin Ahmed Mohamed Ali
4. Ahmed Mohamed Ali Yasin
5. ~~Adyat Trading & Investment~~
6. ~~Al Astool al Bary General Transport~~
7. Al Kdrow
8. Binjad Establishment
9. Binladen Overseas (Pvt Ltd)
10. Dafo Trading Co.
11. Dan Fodio
12. Dan Shipping Co.
13. Dan Trading & Investment Co. Ltd.
14. ~~East Africa Grains~~
15. Ellana Company Ltd.
16. Fawaz Trading
17. Healing Miracle Center
18. Human Appeal International
19. Leemount
20. ~~Modern Global Corporation~~
21. ~~Modern Production Corporation~~
22. ~~Rowad Development~~
23. Rumat International
24. Romat

25. Sana Trading

26. ~~Silver Moon General Trading~~

27. ~~Silver Moon Trading~~

28. ~~Tejis Trading Co~~.

29. Third World Relief Agency

30. Twaik Est.

31. Union Beverages Company

32. Union Beverage Factory

33. World Link Exchange

34. ~~Abdel Fattah Abu Ghadda~~

35. Abdelsamad Mohamed

36. Abdullah I. Lootah

37. Ahmed Ali Lootah

38. ~~Dakhel al Firas~~

39. ~~Ghulam Farooq Haidar~~

40. ~~Hasan al Jabiri~~

41. ~~Ibrahim Badaoud~~

42. Khalid Ali Walid

43. Mahmoud Hamra-Krouha

44. Mohamed Ahmed Obaid Bin Mahfouz

45. ~~Mohamed Moustafa~~

46. Abu Hamada

47. ~~Sadik Walid Awad~~

48. ~~Sadiq Borrmann~~

49. Saleh Abdelaziz Fahad

50. Saleh Salim al Shamsi

51. Sameer Mohamed Mahmoud

52. Yasser al Otaibi