# EXHIBIT S

1          DR. HUSSEIN HAMID HASSAN

2          UNITED STATES DISTRICT COURT

3          DISTRICT OF NEW YORK

4                    03-MDL-1570 (GBD) ECF CASE

5     ---------------------------------------------------

6     In re Terrorist Attacks on September 11, 2001

7     ---------------------------------------------------

8

9

10

11

12     Videotaped Deposition of DR. HUSSEIN HAMID HASSAN, Volume 3,

13     taken by AILSA WILLIAMS, Certified Court Reporter, held at

14     the offices of Jones Day LLP, London, UK, on 3 August, 2017

15                         at 8:30 am

16

17

18

19

20

21

22

23

24

25     Job No. 127594

1          DR. HUSSEIN HAMID HASSAN

2              A P P E A R A N C E S:

3  For the Plaintiff:

4          COZEN O'CONNOR

5          One Liberty Place

6          1650 Market Street

7          Philadelphia, PA 19103

8          BY: SEAN CARTER

9

10

11

12         MOTLEY RICE

13         28 Bridgeside Boulevard

14         Mount Pleasant, SC 29464

15         BY: ROBERT HAEFELE

16

17

18

19

20

21

22

23

24

25

1            DR. HUSSEIN HAMID HASSAN

2    Attorneys for the Defendants:

3            JONES DAY

4            51 Louisiana Avenue, N.W.

5            Washington, DC 20001

6            BY: STEVEN COTTREAU

7            RAYMOND JACKSON

8

9

10

11

12   ALSO PRESENT:

13   JUAN MORILLO:  QUINN EMANUEL

14   COURT REPORTER:  AILSA WILLIAMS

15   VIDEOGRAPHER:  SIMON ADDINSELL

16

17

18

19

20

21

22

23

24

25

1                  DR. HUSSEIN HAMID HASSAN

2    Arabic names is not very good.

3                  A.  No, I am sorry, because my hearing.

4    If I am asking you to repeat, forgive me.

5                  Q.  Are you familiar with a scholar of

6    Islam named Sayyid Qutb?

7                  A.  Yes, from media.

8                  Q.  Is he Egyptian?

9                  A.  He is Egyptian.

10                 Q.  Was he a prominent scholar during

11   your lifetime?

12                 A.  No, he was not.

13                 Q.  Was he before your lifetime?

14                 A.  No, he was not.

15                 Q.  You don't recall having read any of

16   his writings?

17                 A.  No, I didn't.

18                 Q.  You mentioned that you were aware of

19   the Alqaeda organization.  Are you also aware of

20   an organization called Hamas?

21                 A.  Yes, from media.

22                 Q.  Do you believe from what you know

23   about Hamas from the media that it is a terrorist

24   organization?

25                 A.  I believe it.

1          DR. HUSSEIN HAMID HASSAN

2          Q.  And from what you know in the media,

3   does Hamas engage in acts of violence?

4          A.  Yes, from media also.

5          Q.  Does Hamas, from what you know in

6   the media, seek to justify its actions in the name

7   of Islam?

8          A.  No.  They never justify.  All these

9   terrorist organizations they just go and do and

10  say "we are for responsible for that".  They never

11  give base or declaration why they have done it.

12  They are doing it like that.

13          Q.  So in your view Hamasa has not

14  sought to justify its actions based in some

15  interpretation of Islam?

16          A.  No, I haven't seen.  I haven't read

17  that they are justifying.

18          Q.  Are you familiar with an

19  organization called Hezbollah?

20          A.  Yes.

21          Q.  Do you believe, based on and what

22  you know about Hezbollah that Hezbollah is

23  a terrorist organization?

24          A.  I believe it.

25          Q.  Does Hezbollah, to your knowledge,