UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On Monday, October 30, 2017, the Plaintiffs' Executive Committees ("PECs") filed a motion to compel Defendant Dubai Islamic Bank to comply with the Court's March 22, 2016 Order. Defendant shall file its opposition to the motion to compel no later than Monday, November 13, 2017, by memorandum of law not to exceed 20 double-spaced pages. The PECs may file a reply no later than Monday, November 20, 2017, by memorandum of law not to exceed 10 double-spaced pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 31, 2017
               New York, New York