UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2017

03-MDL-1570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge.**

This document relates to: Continental Casualty Co. v. Al Qaeda Islamic Army, 04-CV-5970 (GBD)(SN).

    On January 6, 2017, the Honorable George B. Daniels entered a default on behalf of Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania (collectively, "Plaintiffs") against the Islamic Republic of Iran on claims arising under 28 U.S.C. § 1605A, and referred the calculation of damages to my docket. ECF No. 3415. On June 19, 2017, Plaintiffs moved for an award of damages. ECF No. 3628. The Court requires additional information from the Plaintiffs with respect to two issues.

    First, it is not readily apparent how Claims RM00625111 (burglary), IA00114611 (alleged negligence), and IA00117211 (alleged negligence) listed in Exhibit A to the Affidavit of Lawrence Boysen relate to the terrorist attacks on September 11, 2001. ECF No. 3629-1. Plaintiffs shall file a sworn affidavit by November 16, 2017, explaining how these three claims are connected to the terrorist attacks.

    Second, Plaintiffs are directed to file a letter brief not to exceed five pages by November 16, 2017, addressing the appropriate date from which prejudgment interest should be computed

2

pursuant to Section 5001(b) of the New York Civil Practice Law and Rules and any other applicable law. Specifically, the Court seeks authority for awarding interest from the date the cause of action existed (presumably September 11, 2001) as compared to the date the damages to the *Plaintiffs* were incurred (which might be a later date based on when the insurance carrier paid out claims).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        November 6, 2017
              New York, New York

2