# NAPOLI SHKOLNIK PLLC
## ATTORNEYS AT LAW

Christopher LoPalo
Partner – New York Office
Clopalo@napolilaw.com

November 7, 2017

**Via: ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   In Re Terrorist Attacks on September 11, 2001, No. 03-md-1570 (GBD)(SN)
      Abbate v. Kingdom of Saudi Arabia, 17-cv-8617 (GBD)(SN)

Dear Judge Daniels and Judge Netburn:

  We represent the Plaintiffs in the above referenced matter. The Abbate v. Kingdom of Saudi Arabia, 17-cv-8617 (GBD)(SN) matter is a new action that was filed on November 7, 2017. The Abbate matter has claims against Defendants the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina (the "Sovereign Defendants") along with claims against Defendants National Commercial Bank, Al Rajhi Bank and Saudi Binladin Group (the "Non-Sovereign Defendants"). A Short Form Complaint for claims against the Sovereign Defendants pursuant to this Court's May 3, 2017 Order ECF No. 3543 along with a stipulation adopting the allegations as to the Non-Sovereign Defendants pursuant to this Court's May 16, 2017 Order ECF No. 3584 were filed in the Abbate matter. Plaintiffs respectfully request that the Abbate matter be made part of *In Re Terrorist Attacks on September 11, 2001*, No. 03-md-1570 (GBD)(SN). All filings have also been filed on the 03-MDL-1570 Master Docket.

Respectfully submitted,

Christopher LoPalo

cc: All Counsel of Record via ECF

NAPOLILAW.COM
400 Broadhollow Road, Suite 305, Melville, New York 11747 | (212) 397-1000