# APPENDIX 2

# TIMELINE OF KSA SUPPORT FOR AL QAEDA AND THE 9/11 ATTACKS



1. **1987–1992**
Osama Bin Laden encourages donations to "Afghan jihad committee" formed by Prince Salman ¶114-16

2. **LATE 1988**
Osama Bin Laden, the MWL/IIRO's Naseef and the SRC's Jelaidan agree on plan for the MWL/IIRO to provide support to al Qaeda in Pakistan and Afghanistan ¶118

3. **1993**
Prince Salman's SHC provides weapons to al Qaeda trained fighters in Somalia which are used to kill U.S. soldiers ¶195-96

4. **1992–1999**
Led by Prince Salman, the SHC provides millions to al Qaeda via its front charity and company ¶¶197-205

5. **1992–2001**
Prince Salman sponsors the AHIF - "functionally an extension of al Qaeda" - to move from Pakistan to Saudi Arabia, KSA Minister Shaikh heads the AHIF, and by 1998 AHIF is "one of the biggest terror-financing operations in the world" ¶¶66-70

6. **1995-1999**
KSA front company Twaik funds the recruitment of al Qaeda's Hamburg cell, including three 9/11 hijackers ¶¶55-56

7. **EARLY 1990'S – 2001**
The MWL/IIRO's Naseef and Obaid – who holds a KSA Minister level position - run an orphan charity money laundering scheme which receives funds from the KSA and sends hundreds of thousands of dollars annually to al Qaeda and funds the camps where the 9/11 hijackers train ¶¶99-119

8. **1997 – AUGUST 1998**
AHIF under KSA Minister Shaikh is the "funding organ" for al Qaeda's August 1998 US Embassy bombings ¶¶67, 70, 86

9. **SEPTEMBER 1998 - 2001**
Following U.S. Embassy bombings, KSA has a contrived rift with the Taliban and closes its Kabul Embassy, but continues to maintain diplomatic relations, provides supplies and funding to the Taliban and allows the AHIF to take over the Kabul Embassy ¶¶87-93

10. **1998**
The FBI discovers that elements of the Saudi government are using the KSA funded King Fahad Mosque in Los Angeles to launder money to al Qaeda through San Diego based Somali charities and a Somali money transfer company ¶29

11. **1998-2001**
KSA employee Abdi Mohamed uses San Diego based Western Somali Relief Agency to launder $375,000 from al Qaeda affiliates GRF and AHIF to al Qaeda via a Somali money transfer company ¶¶30-37

12. **1999**
Two KSA sponsored students, one of whom is an al Qaeda operative, conduct a "dry run" of U.S. airline security on a KSA trip ¶¶48-54

13. **2000**
After being "tasked" by a more senior KSA official Thumairy and Bayoumi provide support network for hijackers Hazmi and Midhdar in California ¶¶7-22

14. **2000**
KSA officials Buthe and Shoumar launder $152,000 in AHIF money to al Qaeda ¶¶75-86

15. **2000–2001**
Prince Turki arranges for hijackers to get "cleansed" passports to hide travel to Afghanistan that would alert U.S. visa authorities ¶¶39-47