ATTACHMENT

INDEX OF EXHIBITS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                )        Civil Action No. 03 MDL 1570 (GBD) (SN)
IN RE:  TERRORIST ATTACKS ON        )        ECF Case
SEPTEMBER 11, 2001                         )
                                                )
_____)

This document relates to:

*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
*Ashton, et al. v. al Qaeda, et al.,* No. 02-cv-6977

**INDEX OF EXHIBITS TO PLAINTIFFS' ATTORNEY AFFIDAVIT IN OPPOSITION
TO THE MOTIONS TO DISMISS OF THE KINGDOM OF SAUDI ARABIA
AND THE SAUDI HIGH COMMISSION**

Exhibit 1        Declaration of Stephen K Moore

Exhibit 2        FBI Report Oct 5, 2012

Exhibit 3        911 Commission Interviews of Thumairy Feb 23-24, 2004

Exhibit 4        911 Commission Interview of Khalil al Khalil Feb 24, 2004l

Exhibit 5        FBI Report Sep 4, 2002

Exhibit 6        911 Commission Interview of Bayoumi Oct 16-17, 2003

Exhibit 7        FTO of al Qaeda Federal Register Volume 64 Issue 195 Friday, October 8, 1999

Exhibit 8        911 Commission Team 1A Omar Al Bayoumi Rental Agreement

Exhibit 9        FBI Report Sep 17, 2003

Exhibit 10      911 Commission Interview FBI Special Agent #1 Nov 17, 2003

Exhibit 11      FBI Report April 2002

Exhibit 12      911 Commission Interview FBI Special Agent #2 Nov 17, 2003

Exhibit 13      Congressional Joint Inquiry Report Excerpt- The 28 Pages

Exhibit 14      Bayoumi's Work History and Status

Exhibit 15        FBI Inspector General Review excerpt

Exhibit 16        911 Commission Tele Link Bayoumi and Aulaqi

Exhibit 17        Treasury Designates Anwar Al-Aulaqi

Exhibit 18        Remarks by the President September 30, 2011

Exhibit 19        FBI Report Oct 25, 2002

Exhibit 20        WAMY Letter from KSA Embassy Nov 15 2001

Exhibit 21        Letter to WAMY from Al Sowailem May 6 2001

Exhibit 22        911 Commission Interview of Shalawi Oct 22, 2003

Exhibit 23        Letter to WAMY from Al Sowailem Oct 19 1995

Exhibit 24        State Department Diplomatic List Summer 2003

Exhibit 25        FBI Vault Investigation September 2002 excerpts

Exhibit 26        State Department Diplomatic List Winter 2004

Exhibit 27        Washington Post U.S. Revokes Visas of 16 at Islamic Institute Jan 29, 2004

Exhibit 28        State Department Press Briefing Saudi Arabia Diplomatic Visas (taken questions)
                  Jan 28, 2004

Exhibit 29        US v Mohamed Docket #88 Defendant's Motions in Limine

Exhibit 30        Treasury Department Releases List of 39 Additional SDGTs Oct 12, 2001

Exhibit 31        Kadi Production Excerpts re Transfer to KSA Embassy

Exhibit 32        Statement Under Oath of Zacarias Moussaoui Oct 20 2004

Exhibit 33        Curacao Commercial Register ASPCOL NV

Exhibit 34        Declaration of James Crum

Exhibit 35        King Fahad Mosque Home Page

Exhibit 36        Treasury Department and United Nations Press Releases

Exhibit 37        US v Bin Laden Indictment Transcript and Exhibit Excerpts

2

Exhibit 38        United Nations Security Council Letter Dated September14 2004

Exhibit 39        Madrid Central Trial Court Indictment excerpts

Exhibit 40        911 Commission Interview FBI SA Rivers

Exhibit 41        US v Mohamed Docket #39 Superseding indictment

Exhibit 42        California Secretary of State Business Entity WSRA

Exhibit 43        Western Somali Relief Agency IRS Form 990 1999 partial

Exhibit 44        US v Mohamed Docket #35 Government's Response and Statement of Facts

Exhibit 45        US v Mohamed 161 Memo of Points and Authorities with Exhibits

Exhibit 46        Treasury Department Designations GRF and AHIF

Exhibit 47        The Kingdom of Saudi Arabia and Counter Terrorism May 2016 Excerpts

Exhibit 48        Department of Defense JTF-GTMO Detainee Assessment SO 567

Exhibit 49        US v Mohamed Docket #137 Govt Trial Memorandum and #129

Exhibit 50        US v Mohamed Docket #153 Verdict Excerpts

Exhibit 51        US v Mohamed Docket #25 Travel Excerpts

Exhibit 52        US v Mohamed Docket #188 Judgment

Exhibit 53        911 and Terrorist Travel Excerpts

Exhibit 54        Statement Under Oath of Zacarias Moussaoui October 21, 2014

Exhibit 55        AP Saudis US disclose operations on terrorism October 17, 2003

Exhibit 56        CNN Ex-Saudi ambassador Kingdom could have helped U.S. prevent 911
                  November 2, 2017

Exhibit 57        Saudi Embassy News Archives IIASA Announces Plan June 23, 1999

Exhibit 58        IIASA - One Hundred Years of the Kingdom of Saudi Arabia

Exhibit 59        Al-Qudhaieen v America West Airlines Inc

Exhibit 60        911 Commission Interview FBI SA January 7 2004

Exhibit 61  US v Arnaout Second Superseding Indictment

Exhibit 62  911 Commission Updated Work Plan June 6, 2003

Exhibit 63  911 Commission Interview Qudhaieen October 25-26, 2003

Exhibit 64  911 Commission Interview FBI SA Kuhn

Exhibit 65  Constitution and Bylaws of the Saudi Student Club

Exhibit 66  Combating Terrorism Center, U.S. Military Academy Militant Ideology Atlas Excerpt

Exhibit 67  CIA 11 September The Plot and the Plotters

Exhibit 68  Saudi Information Agency Profiles of 911 Saudi Hijackers Revealed

Exhibit 69  911 Commission Interview FBI SA Jan 5, 2004

Exhibit 70  U.S. v Ghailani Declaration of Nicholas Lewin excerpts

Exhibit 71  Report of the Congressional Joint Inquiry excerpts

Exhibit 72  Chicago Tribune- 2 Firms linked to al Qaeda Saudi intelligence March 31, 2004

Exhibit 73  Royal Embassy of Saudi Arabia Basic Law of Governance

Exhibit 74  Royal Embassy of Saudi Arabia King Fahd's Speech on the issuance of the Basic Law of Governance

Exhibit 75  03-MDL-1570 -  Sean Carter Affirmation Exhibit 14 - A Blessed Occasion Lecture of Deputy Minister

Exhibit 76  Oxford Dictionary of Islam excerpt

Exhibit 77  03-MDL-1570 - Memorandum Decision and Report and Recommendation October 28, 2013 excerpts

Exhibit 78  03-MDL-1570 - Judgment April 25, 2014

Exhibit 79  03-MDL-1570 - Memorandum Opinion and Order August 2, 2016

Exhibit 80  Affidavit of Farooq

Exhibit 81  Wael Jelaidan Resume

Exhibit 82       Observatoire Action Humanitaire Aid Watch

Exhibit 83       Combating Terrorism Center, U.S. Military Academy Abdullah Muhammad
                 Fazul

Exhibit 84       Wikipedia Arabic Saleh bin Abdulaziz Al Alsheikh

Exhibit 85       Al Haramain About Us 2001 2-3

Exhibit 86       al Haramain About Us 2003

Exhibit 87       03-MDL-1570 - Affidavit of Khalid Bin Obaid Azzhari

Exhibit 88       AH00596-599 AHIF Bangladesh Annual Report 2001

Exhibit 89       Royal Embassy of Saudi Arabia - Saudi Arabia and the United States Take Joint
                 Action

Exhibit 90       CRS Report for Congress Saudi Arabia Terrorist Financing Issues

Exhibit 91       Treasury Department Additional al Haramain Branches and Former Leader
                 Designation

Exhibit 92       Treasury Designates U.S Branch and Director

Exhibit 93       Petition for Delisting Soliman H. al-Buthi

Exhibit 94       Prince Dr. Abdulaziz bin Mohammed bin Ayyaf

Exhibit 95       Riyadh Princes

Exhibit 96       Soliman Hamed Al-Buthi Business Cards

Exhibit 97       Delisting Request

Exhibit 98       US v Al Haramain Statement of Facts

Exhibit 99       Letter Bernabei to Newcomb May 14, 2004

Exhibit 100      U.S. v Sedaghaty Declaration of Christopher L Cardani February 1, 2010

Exhibit 101      U.S. v Sedaghaty Declaration of Christopher L Cardani Exh. B al Rajhi Subpoena

Exhibit 102      U.S. v Sedaghaty Declaration of al-Kholaifi February 8, 2010

Exhibit 103      Saudi Embassy News Archives September 20, 1999 and Ain al Yaqueen May 26, 2000

Exhibit 104      Shoumar email

Exhibit 105      State Department Cable 06Riyadh8314

Exhibit 106      AHIF and WSRA Email Communications 2000

Exhibit 107      AHIF Monthly Summary Report and checks

Exhibit 108      State Department Cable Islamabad September 28, 1998

Exhibit 109      State Department Cable Islamabad December 21, 1998

Exhibit 110      Islamic Emirate of Afghanistan Communications

Exhibit 111      CNN- Saudis break diplomatic ties with Taliban - September 25, 2001

Exhibit 112      Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 027

Exhibit 113      Bundeskriminalamat Meckenheim - al Haramain

Exhibit 114      Intelligence Online #418 2001 11-29 Saudi Regime Again Betrayed by its Own

Exhibit 115      Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 551dp

Exhibit 116      Department of Defense Memorandum JTF-GTMO Detainee Assessment KU 552

Exhibit 117      Dept of Defense JFT-GTMO Detainee Assessment US9YM-000242DP(S)

Exhibit 118      Department of Defense Memorandum JTF-GTMO Detainee Assessment YM 441

Exhibit 119      AHIF Belgium and Europe Committee

Exhibit 120      Ain Aa Yaqueen April 20, 2001

Exhibit 121      State Department - Patterns of Global Terrorism 2004 Country Reports - excerpts

Exhibit 122      United Nations Security Council Committee - Reasons for Listing - Tarek Al Maaroufi

Exhibit 123      CIA 1996 Report on Balkans Charities

Exhibit 124      Arab News - US urged to give sound proof in Julaidan's case -August 9, 2002

Exhibit 125    Donations by Saudi Princes to Al Qaeda charities

Exhibit 126    Prince Sultan Motion to Dismiss Excerpts

Exhibit 127    The Muslim World Interview of al Obaid July 1997

Exhibit 128    IIRO Pakistan Verification of Receipts and Payments

Exhibit 129    IIRO Letter of August 3, 1994

Exhibit 130    Saudi Press Agency - News agency reports details of Saudi relief aid to Afghanistan - May 19, 2001

Exhibit 131    01-1535 Cr Supplemental Appendix 1035-1037 Jamal al Fadl Videoconference Excerpts

Exhibit 132    Saudi Gazette October 3, 1995

Exhibit 133    FBI Letterhead Memorandum April 26,2005 Excerpts

Exhibit 134    United Nations Security Council Letter Dated December 1, 2003 Excerpts

Exhibit 135    State Department Cable Washington DC April 20, 2004

Exhibit 136    Testimony of Mathew Epstein with Evan Kohlmann March 11,2003

Exhibit 137    Department of Defense Memorandum JTF-GTMO Detainee Assessment SA 516

Exhibit 138    Department of Defense JTF-GTMO Detainee Assessment YM 033

Exhibit 139    State Department Cable 07Khartoum214

Exhibit 140    Arab News - More Aid For Afghans Sought - May 4, 1987

Exhibit 141    Yale University Library - Guide to the Islamic Fundamentalist Audio Recordings Collection excerpt

Exhibit 142    Guardian - Militant Islam's Saudi Paymasters - Feb 29, 1992

Exhibit 143    Naseef 015-017

Exhibit 144    MWL IIRO Memorandum from Tareeq Osama

Exhibit 145    US v. Arnaout - Governments Evidentiary Proffer Supporting Admissibility of Coconspirator Evidence

Exhibit 146    Royal Embassy of Saudi Arabia London - Saudi Arabia Under Attack

Exhibit 147    Letter of October 22, 1995 re Grand Mufti nomination

Exhibit 148    Letter of November 2, 2000 re Turki appointment

Exhibit 149    IIRO Constitution

Exhibit 150    Saudi Embassy News Archives MWL Reports Billion Dollar Saudi Support

Exhibit 151    King's letter re directions to charities

Exhibit 152    Royal Decree re Bangaldesh

Exhibit 153    03-MDL-1570 - Declaration of Abdullah Bin Saleh Al-Obaid

Exhibit 154    MWL Letter to King re Poland

Exhibit 155    Declaration Abdulaziz H. al Fahad

Exhibit 156    KSA Letter to MWL Embassy DC Criteria

Exhibit 157    KSA letter from Beijing religious attache to IIRO, 5-14-99

Exhibit 158    KSA letter to MWL re Philippines Institute 9-6-99

Exhibit 159    MWL form re funding for Mosque in Philippines, 1993

Exhibit 160    Form letter re applications for financial assistance

Exhibit 161    MWL letter to Ministry of Islamic Affairs re Bulgaria

Exhibit 162    IIRO letter to Minister of Foreign Affairs re forming committee, 11-28-99

Exhibit 163    IIRO spreadsheet showing KSA relief to Sierra Leone

Exhibit 164    03-MDL-1570 - Affirmation of Sean P. Carter Exhibit 13 Lecture of Sheikh Saleh

Exhibit 165    02-cv-01616 DCDC - Declaration Ali Ahmed Al-Kamal

Exhibit 166    MWL statement of revenues and expenditures

Exhibit 167    02-cv-01616 DCDC - Declaration of Saleh Abdullah al Saykhan

Exhibit 168    Government Profile Majlis al Shura

Exhibit 169     Saudi Economic Survey October 13, 1999

Exhibit 170     Kingdom of Saudi Arabia Portal His Eminence Shaykh Bin Baz

Exhibit 171     IIRO letter re KSA as IIRO in Thailand, 5-7-99

Exhibit 172     MWL seeks loan of government employee

Exhibit 173     Letter re KSA as IIRO in Ethiopia, 9-18-01

Exhibit 174     Memo regarding MWL in London

Exhibit 175     Pakistani hotel receipts

Exhibit 176     MWL letter re diplomatic passports, 4-24-01

Exhibit 177     Letter Kabat to Carter June 2, 2107

Exhibit 178     1993-2002 correspondence re Philippine full diplomatic immunity same as Malaysia and Indonesia

Exhibit 179     Summary of Development Activities by Khalifa

Exhibit 180     Deed of sale sent to MWL care of KSA in Philippines, 1989

Exhibit 181     London Sunday Business-Saudi charity comes under fresh scrutiny, 12-22-96

Exhibit 182     Canada v Jaballah excerpts

Exhibit 183     Directions to transfer MWL funds to KSA Moscow Embassy

Exhibit 184     MWL transfer of Funds to KSA Embassy in Indonesia, 4-00

Exhibit 185     MWL check to KSA Embassy Zambia, 12-97

Exhibit 186     US v Noshan Superseding Indictment and MWLIIRO 00065788 KSA payroll Noshan

Exhibit 187     MWL-IIRO letter seeking KSA Germany to receive check for IIRO

Exhibit 188     MWL-IIRO letter to KSA Russia showing IIRO deposit into Embassy Acct, 5-00

Exhibit 189     Fax showing transfer of funds to KSA Niger paying salaries,9-21-99

Exhibit 190     MWL letter to KSA Embassy India

Exhibit 191     Letter from KSA Asmara Embassy to IIRO re aid to Eritrea

Exhibit 192     Letter from KSA Manila Embassy to IIRO re Rice Purchases

Exhibit 193     IIRO letter to KSA seeking approval of delivery, 9-19-98

Exhibit 194     Letter from KSA Dhaka to IIRO Bangladesh re IIRO aid to military, 2-28-99

Exhibit 195     Letter from KSA to IIRO re KSA distribution dates to religious entities, 3-2-99

Exhibit 196     MWL-IIRO packing list for KSA Embassy

Exhibit 197     KSA Embassy Fax to IIRO re Morocco Association for Children Forms,10-9-00

Exhibit 198     Riyadh Daily - IIRO delivers aid to Lebanon - April 27, 1996

Exhibit 199     Ain al Yaqueen - May 18, 2001 re Bulgaria

Exhibit 200     IIRO Financial Regulations excerpts

Exhibit 201     MWL-IIRO letter to KSA requesting diplomatic plates in India, 7-18-00

Exhibit 202     Letter to IIRO from KSA Embassy Jakarta re Indonesia projects,5-28-01

Exhibit 203     KSA to MWL re Royal Order on Muslim Minority, 7-27-99

Exhibit 204     MWL-IIRO letter to IIRO Eastern Province re Royal Approval for Kosovo donations, 4-21-99

Exhibit 205     MWL-IIRO fax to Moscow Embassy re Russian seizure of IIRO properties, 7-11-00

Exhibit 206     MWL-IIRO letter to Ministry of Islamic Affairs re coordinating, 8-31-01

Exhibit 207     IIRO HQ letter to all IIRO offices to coordinate Ramadan with local KSA embassy, 2-10

Exhibit 208     MWL letter to KSA re MWL care for KSA Switzerland property,6-24-01

Exhibit 209     MWL letter to KSA USA embassy to fund Ethiopian Muslim Assn in Washington, 6-8-99

Exhibit 210     KSA Manila letter to IIRO requesting money for support of Muslims affected by conflict, 5-31-00

Exhibit 211     KSA Islamabad letter to IIRO re KSA embassy steering work of IIRO in
                Afghanistan, 5-23-01

Exhibit 212     MWL-IIRO Islamabad letter to Sec-Gen that KSA embassy ordered IIRO not to
                speak to media, 10-31-01

Exhibit 213     WAMY Bulletin, letter, notes, Treasury Designation of Batterjee

Exhibit 214     State Department Cable Washington DC November 9, 2002

Exhibit 215     WAMY USA profit and loss statement and Canada part of WAMY Int'l

Exhibit 216     Bank of Montreal Bank Statement WAMY operating as BIF,4-5-01

Exhibit 217     Canada Revenue Agency Notice of Revocation Jan 2012

Exhibit 218     US v. Arnaout Plea Agreement

Exhibit 219     Canada Revenue Agency - WAMY Revocation

Exhibit 220     WAMY INTL Production re Rageah

Exhibit 221     FBI Timeline excerpt

Exhibit 222     03-MDL-1570 Affidavit of Abdullah Awad Binladin

Exhibit 223     Transcom Int'l and Deutsche Telekom Bill for Bahaji

Exhibit 224     WAMY agreement with Transcom for printing

Exhibit 225     Aulaqi employment contract

Exhibit 226     02-cv-01616 DCDC - Declaration Mutaz Saleh Abu Unuq

Exhibit 227     OFAC Middle East Trip Summary of visit to KSA re terror financing

Exhibit 228     Impact International - Obituary of Dr Maneh al Johani

Exhibit 229     WAMY Trustees Dr. al Ayed

Exhibit 230     The Bin Ladens by Steve Coll excerpts

Exhibit 231     WAMY INTL 7713 Bin Faris payroll

Exhibit 232     Letter to Sec-Gen re WAMY request for KSA to buy DC building for WAMY,
                7-22-92

11

Exhibit 233    KSA's IIASA letter to WAMY re funding GW student daughter of IIASA teacher, 6-15-01

Exhibit 234    WAMY payment voucher for IIASA phone bill, 1-6-94

Exhibit 235    IASA staff fairwell party WAMY sponsorship, 6-17-01

Exhibit 236    KSA Embassy, New Delhi to WAMY re financing building 31 mosques in India, 2-29-00

Exhibit 237    03-MDL-1570 Saudi High Commission -Motion to Dismiss -June 25,2004 Excerpts

Exhibit 238    Defense Intelligence Agency FOIA Response excerpts

Exhibit 239    German Federal Office of Criminal Investigation report on TWRA excerpt

Exhibit 240    FBI Interviews of Jamal al Fadl excerpts

Exhibit 241    03-MDL-1570 Declaration of Ali Ahmad Ali Hamad, March 4, 2008

Exhibit 242    Department of Defense JTTF-GTMO Detainee Assessment SA 005

Exhibit 243    State Department Cable September 9, 2002 Bosnias Dirty Dozen

Exhibit 244    Statement of Yasin Kadi to OFAC Excerpts and Treasury Designations

Exhibit 245    al Sharq al Awsat account of Prince Salman's trip to Bosnia

Exhibit 246    Kadi Discovery SHC - KA Stan

Exhibit 247    03-MDL-1570 SHC Declarations

Exhibit 248    03-MDL-1570 Declaration Abdulrahman al-Suwailem SJRC

Exhibit 249    Declaration of Abdul Rahman Swailem of April 2, 2004

Exhibit 250    Saudi Embassy News Archives - King Fahd orders relief aid for Afghanis - March 17, 2001

Exhibit 251    Saudi Embassy News Archives Jan, April, May, July 2001

Exhibit 252    Without Precedent by Thomas H Kean and Lee H Hamilton excerpt

Exhibit 253    The Commission by Philip Shenon excerpt

Exhibit 254      Declaration of Richard Ben Veniste October 12, 2017

Exhibit 255      ODNI Abbottabad Documents excerpts

Exhibit 256      03-MDL-1570 Affidavit of Bakr Binladin January 27, 2006 Excerpt

Exhibit 257      State Department Cable Islamabad November 10, 1998

Exhibit 258      Saudi Embassy News Archives - Prince Nayef Gives Press Conference - October 20, 2001

Exhibit 259      Ghost Wars by Steve Coll excerpt

Exhibit 260      911 Commission Staff Statement No.5 Diplomacy

Exhibit 261      Frontline Interview Prince Bandar Bin Sultan - Late September,2001

Exhibit 262      Taliban by Ahmed Rashid Excerpt

Exhibit 263      CIA report on Ariana Airlines of July 29, 1999 excerpts

Exhibit 264      Ariana Airlines Schedule Advisory



**GLOBAL LINK LANGUAGE SERVICES, INC**
**YOUR LINK TO THE WORLD**
71 Commercial Street, #218
Boston, MA 02109
(617) 451-6655 Telephone
(617) 451-6644 Facsimile
www.languagetranslate.com
info@languagetranslate.com

## CERTIFICATION

**Date: November 6, 2017**

We hereby certify and confirm that the below mentioned documents are a true and accurate **English translation** of the **Arabic, Spanish, and Bosnian documents** presented to us, and has been translated to the best of our professional ability.

**Bosnian to English**

Kadi 0125792
Kadi 0126079
Kadi 0122337

**Spanish to English**

Madrid Central Trial Court Indictment pages 1, 52-56, 92-96

**Arabic to English**

DA 000089-000090
DA 000092-000093

IIRO 001433-001434
IIRO 095784, 096111-096113
IIRO 149637
IIRO 179846-179849
IIRO 278601-278602
IIRO 278669
IIRO 279261-279262
IIRO 279893
IIRO 27989

IIRO 280056-280057
IIRO 280167-280168
IIRO 280175
IIRO 280178
IIRO 280222
IIRO 283210
IIRO 284663
IIRO 284702
IIRO 284748
IIRO 284778
IIRO 284675
IIRO 284905
IIRO 284963
IIRO 285002
IIRO 285013
IIRO 285019
IIRO 341227
IIRO 341264

MWL 05027
MWL 006894-006896
MWL 008608-008611
MWL 052648
MWL 052935
MWL 056784
MWL 056830
MWL 056839
MWL 058614
MWL 058847-058848
MWL 059172
MWL 075724
MWL 081699
MWL 085551

MWLIIRO 00010995
MWLIIRO 00011004
MWLIIRO 00083315

WAMY INTL E015016-E015017
WAMY SA1490
WAMY SA2683
WAMY SA2954
WAMY SA3822
WAMY SA 058905

Al Sharq al Awsat Report of September 18, 2000

Sincerely,

Anthony Federico
Global Link Language Services, Inc.

Notary Public:
My commission expires on:
January 29, 2021