# EXHIBIT 3

## Declaration of Richard Ben-Veniste

I served as a member of the bipartisan National Commission on Terrorist Attacks upon the United States.

The 9/11 Commission's purpose was to provide an accounting to the President, Congress and the public of the 9/11 attacks, and provide recommendations to prevent future attacks. Since our resources and time were limited, at the time we filed our final Report I believed that further fact-finding was appropriate, and that investigation of various aspects of the 9/11 attacks should and would continue.

Among the areas warranting further investigation was the relationship between the hijackers of Saudi Arabian national origin and certain other Saudi individuals and entities – particularly, whether knowing assistance, aid or comfort was provided to the hijackers while they were in the United States, and, if so, whether any official representative or entity related to the government of Saudi Arabia either authorized or knew of the provision of any such assistance, aid or comfort.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct 12, 2017

_____
Richard Ben-Veniste

District of Columbia: SS

Subscribed and sworn to before me, in my presence, this 12th day of October, 2017
by _____
Mary McDuffus, Notary Public
My Commission Expires 2-14-2019

