# EXHIBIT 13

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589683 Date: 05/29/2013

SECRET        PTQ1918

PAGE 01         SARAJE  00365  01 OF 02   011737Z
ACTION SS-00

INFO  LOG-00   SAS-00    /000W
                    ------------------60C980  011738Z /38
O 011459Z FEB 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 9311
INFO SECDEF WASHDC IMMEDIATE
DOD WASHDC IMMEDIATE
CIA WASHDC IMMEDIATE
IFOR COLLECTIVE
AMEMBASSY CAIRO
AMEMBASSY ALGIERS
AMEMBASSY RIYADH

RELEASED IN PART 1.4(B),B1,1.4(D)

S E C R E T SECTION 01 OF 02 SARAJEVO 000365

EXDIS

DECAPTIONED

NOFORN

STATE FOR EUR (BOGUE), D (KAIDANOW), P (TEPPER),
EUR/SCE (GREGORIAN)  INR

NSC FOR PITTMAN

REVIEW AUTHORITY: Archie Bolster, Senior Reviewer

E.O. 12958: DECL: 02/01/12
TAGS: PTER, PREL, PGOV, BK, EG, AG
SUBJECT: BOSNIA: ALGERIAN CASE CONTINUES TO DRAW
              SECRET

PAGE 02         SARAJE  00365  01 OF 02   011737Z
ATTENTION; UPDATE ON OUTSTANDING CASES

REF:   A)  SARAJEVO 332      B)  SECSTATE 9283
   -   C)  01 SARAJEVO 5320  D)  01 SARAJEVO 4790
   -   E)  01 SARAJEVO 4250  F)  SARAJEVO 235
   -   G)  SARAJEVO 230

CLASSIFIED BY AMBASSADOR CLIFFORD G. BOND FOR REASON
1.5 (B) (C).

SUMMARY
-------

1. (S)  THE ALGERIAN CASE REMAINS AT THE CENTER OF A

Classified by DAS, A/GIS, DoS on : 10/10/2012 ~ Class: SECRET ~ Reason: 1.4(B), 1.4(D), B1 ~ Declassify on: 02/01/2022

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589683 Date: 05/29/2013

HEATED DEBATE ON HUMAN RIGHTS, RULE OF LAW, AND BOSNIAN SOVEREIGNTY, WHILE RADICAL ISLAMIC GROUPS SEEK TO ATTRACT SUPPORT. THE GOVERNMENT'S TENTATIVE DEFENSE OF ITS ACTIONS HAS GIVEN OPPONENTS THE UPPER HAND IN THE DEBATE. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WHILE BOSNIAN AUTHORITIES HAVE REAFFIRMED THEIR COMMITMENT TO COUNTER-TERRORISM, THEIR PROGRESS ON INVESTIGATING AND CLOSING NGO'S IS POOR DUE IN PART TO INADEQUATE LAWS AND PROCEDURES. NONETHELESS, THE GOBIH NEEDS SOME TIME TO COMPLETE THESE INVESTIGATIONS AND TAKE APPROPRIATE ACTION. ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1.4(B)
1.4(D)
B1

ALGERIANS AT CENTER OF DEBATE
-------------------------------

SECRET

PAGE 03      SARAJE   00365  01 OF 02  011737Z
2.  (C)  THE TRANSFER TO U.S. CUSTODY OF SIX ALGERIAN SUSPECTED TERRORISTS REMAINS AT THE CENTER OF A DEBATE RANGING FROM SERIOUS QUESTIONS REGARDING INTERNATIONAL HUMAN RIGHTS PROTECTIONS TO POLITICALLY MOTIVATED ALLEGATIONS OF U.S. AND/OR BOSNIAN GOVERNMENT WRONG-DOING. ALL OF IT IS EXTENSIVELY COVERED IN THE PRESS WITH MOST MEDIA CLEARLY ON ONE SIDE OR THE OTHER (REF A). PREDICTABLY, RADICAL ISLAMIC YOUTH ORGANIZATIONS AND CLERGY ARE USING THE DEPORTATIONS TO SEEK SUPPORT FOR THEIR EXTREME VERSIONS OF ISLAM, ALLEGING AN ANTI-ISLAM BIAS IN THE U.S. ACTIONS. SOME HAVE OPENLY CALLED FOR DEMONSTRATIONS AND/OR VIOLENCE AGAINST U.S. INTERESTS, SFOR, OR THE GOVERNMENT. WHILE CAREFUL TO DISTANCE THEMSELVES FROM THE MORE RADICAL POSITIONS, THE OPPOSITION PARTY FOR DEMOCRATIC ACTION (SDA), AND OTHER SMALLER BOSNIAK PARTIES, ARE USING THE CONTROVERSY OVER THE ALGERIAN CASE TO BURNISH THEIR ISLAMIC CREDENTIALS IN PREPARATION FOR THE OCTOBER ELECTIONS. THE SDA AND BOSS (BOSNIAK PARTY) HAVE CALLED FOR THE DISMISSAL OF BOSNIAN OFFICIALS INVOLVED IN THE TRANSFER. FEDERATION PRIME MINISTER BEHMEN HAS SAID THE GOVERNMENT WILL ANSWER QUESTIONS BEFORE THE FEDERATION PARLIAMENT FEBRUARY 8.

3.  (C)  THE STATE AND FEDERATION GOVERNMENTS' WEAK DEFENSE OF THEIR ACTIONS HAS CEDED THE LEAD ON THE DEBATE TO OPPONENTS OF THE DEPORTATION OR THE GOVERNMENT. ALTHOUGH BIH AND FEDERATION OFFICIALS AGREED AT THE JOINT BIH-IC WORKING GROUP ON TERRORISM (WG) JANUARY 22 TO TAKE A MORE FORWARD-LEANING APPROACH

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589683 Date: 05/29/2013

IN DEFENDING AND EXPLAINING THEIR ACTIONS, THEIR PUBLIC

SECRET

PAGE 04      SARAJE  00365  01 OF 02  011737Z
RESPONSE APPEARS HESITANT AND UNCONVINCING.

1.4(B)
1.4(D)
B1

GOVERNMENT PROMISES TO PRESS ON
-----------------------------------

4. (C) THE GOVERNMENT HAS VOWED, HOWEVER, TO CONTINUE ITS COUNTER-TERRORISM EFFORTS. AT THE JANUARY 22 WG MEETING, BIH OFFICIALS SAID THEY REMAINED COMMITTED TO THE WAR ON TERRORISM, AS A NATIONAL SECURITY ISSUE FOR BOSNIA. THEY VOWED TO CONTINUE INVESTIGATIONS INTO CITIZENSHIP GRANTS MADE IN THE PAST. SEPARATELY, BEHMEN THREATENED TO EXPOSE SDA POLITICIANS FROM PAST

SECRET

SECRET                PTQ1920

PAGE 01      SARAJE  00365  02 OF 02  011738Z
ACTION SS-00

INFO  LOG-00   SAS-00     /000W
                  ----------------60C99B  011738Z /38
O 011459Z FEB 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 9312
INFO SECDEF WASHDC IMMEDIATE
DOD WASHDC IMMEDIATE
CIA WASHDC IMMEDIATE
IFOR COLLECTIVE
AMEMBASSY CAIRO
AMEMBASSY ALGIERS
AMEMBASSY RIYADH

S E C R E T SECTION 02 OF 02 SARAJEVO 000365

EXDIS

NOFORN

STATE FOR EUR (BOGUE), D (KAIDANOW), P (TEPPER),

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589683 Date: 05/29/2013

EUR/SCE (GREGORIAN) INR

NSC FOR PITTMAN

E.O. 12958: DECL: 02/01/12
TAGS: PTER, PREL, PGOV, BK, EG, AG
SUBJECT: BOSNIA: ALGERIAN CASE CONTINUES TO DRAW

SECRET

PAGE 02        SARAJE 00365   02 OF 02   011738Z
ATTENTION; UPDATE ON OUTSTANDING CASES

ADMINISTRATIONS FOR IMPROPERLY EXTENDING BOSNIAN CITIZENSHIP TO MUJEHEDIN, WHO WOULD FACE REVOCATION OF ILLEGALLY ACQUIRED NATIONALITY.

MIXED PROGRESS ON NGO'S
-----------------------

5. (S) THE BOSNIANS HAVE ALSO SAID THEY WILL CONTINUE INVESTIGATIONS INTO NGO ACTIVITIES IN BOSNIA. THEIR PROGRESS IN THIS AREA HAS BEEN MIXED, HOWEVER, DUE IN PART TO INADEQUATE LEGAL BASIS TO GO AFTER NGO'S AND CONCERNS ABOUT LOSING HUMANITARIAN ASSISTANCE. OVER THE PAST FEW MONTHS, BOSNIAN AUTHORITIES HAVE ASSURED EMBOFFS THAT THEY WERE INVESTIGATING NGO'S IN BOSNIA, INCLUDING THOSE OF GREATEST USG CONCERN -- AL-HARAMAYN, AL FURQAN, THE ACTIVE ISLAMIC YOUTH ORGANIZATION AND THE SAUDI HIGH COMMISSION FOR RELIEF, [REDACTED] BOSNIAN AUTHORITIES HAVE BEEN UNABLE, HOWEVER, TO DEFINE THE BASIS OR PROCEDURES (LEGAL OR ADMINISTRATIVE) THAT WOULD BE USED TO SHUT DOWN THE ORGANIZATIONS, AND PROGRESS HAS BEEN EXTREMELY SLOW. ON THE OTHER HAND, IN EARLY DECEMBER LOCAL AUTHORITIES CONDUCTED A SUCCESFUL OPERATION AGAINST THE OFFICES THE GLOBAL RELIEF FOUNDATION AND TAIBAH INTERNATIONAL, [REDACTED]

1.4(B)
1.4(D)
B1

SECRET

PAGE 03        SARAJE 00365   02 OF 02   011738Z
6. (S) IN EARLY JANUARY, GOVERNMENT OFFICIALS SAID THAT THE FEDERATION FINANCIAL POLICE HAD BEGUN INVESTIGATING FOUR NGOS SUSPECTED OF MISUSING FINANCIAL ASSETS TO FURTHER TERRORIST CAUSES -- AL-HARAMAYN, BENEVOLENCE INTERNATIONAL FOUNDATION, GLOBAL RELIEF FOUNDATION, AND THE SAUDI HIGH COMMISSION FOR RELIEF.

```
THE INVESTIGATIONS WERE TO BE CONCLUDED BY JANUARY 31,
2002.  BOSNIAN OFFICIALS SAID THE GOBIH INTENDS TO
REVOKE THE REGISTRATION OF NGOS FOUND TO BE ACTING IN
VIOLATION OF THEIR CHARTERS, AND PNG FOREIGN OFFICIALS
AND WORKERS OF THE NGOS.  THEY DID NOT ADDRESS,
HOWEVER, WHAT THE LEGAL BASIS FOR THEIR ACTIONS WOULD
BE.  SEPARATELY, BEHMEN RECENTLY ANNOUNCED THAT HE
WOULD PROMULGATE LEGISLATION TO ALLOW GOVERNMENT
CLOSURE OF NGO'S FOUND TO BE IN VIOLATION OF THEIR
CHARTERS, AND DEPORTATION OF FOREIGN NGO OFFICIALS.
```

1.4(B)
1.4(D)
B1

COMMENT
-------

SECRET

PAGE 04          SARAJE   00365  02 OF 02   011738Z

BOND

SECRET

<< END OF DOCUMENT >>