# EXHIBIT 14

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

CONFIDENTIAL     PTQ6805

PAGE 01        SARAJE   01517   01 OF 02   171308Z
ACTION EUR-00

INFO  LOG-00   NP-00    AF-00    AID-00   AMAD-00  ACQ-00   CIAE-00
      COME-00  INL-00   DODE-00  WHA-00   PERC-00  SRPP-00  DS-00
      EAP-00   EB-00    FBIE-00  VC-00    TEDE-00  INR-00   IO-00
      LAB-01   VCE-00   NEA-00   DCP-01   NSAE-00  NSCE-00  P-00
      SCT-00   SS-00    USIE-00  ASDS-01  ECA-00   IIP-00   DSCC-00
      DRL-02   NFAT-00  SAS-00   /005W
                        ------------------AFF938  171309Z /38
O 171316Z MAY 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 0370
INFO IFOR COLLECTIVE PRIORITY
DEPT OF TREASURY WASHDC PRIORITY
ISLAMIC CONFERENCE COLLECTIVE
AMEMBASSY NAIROBI
AMEMBASSY ADDIS ABABA
AMEMBASSY TOKYO
AMEMBASSY OTTAWA
AMEMBASSY WELLINGTON
AMEMBASSY CANBERRA
AMEMBASSY SINGAPORE

RELEASED IN FULL

REVIEW AUTHORITY: Archie Bolster, Senior Reviewer

C O N F I D E N T I A L SECTION 01 OF 02 SARAJEVO 001517

STATE FOR EUR (BOGUE), D (KAIDANOW), P (CURREN),
EUR/SCE (GREGORIAN), EB/ESC/ESP, S/CT

TREASURY FOR TERRORISM TASK FORCE AND OFAC
               CONFIDENTIAL

PAGE 02        SARAJE   01517   01 OF 02   171308Z

NSC FOR PITTMAN/SCHULTE

STATE ALSO PASS USAID
AID FOR AA/EE AND EE/ECA

E.O. 12958: DECL: 05/17/2012
TAGS: EFIN, ETTC, PTER, PREL, BK
SUBJECT: TERRORISM FINANCE: REGULATION OF CHARITIES

REF: A) SECSTATE 90100, B) SARAJEVO 1249 AND PREVIOUS

CLASSIFIED BY AMBASSADOR CLIFFORD G. BOND FOR REASONS
1.5 (B) AND (D).

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

SUMMARY
-------

1. GOVERNMENT AUTHORITIES CURRENTLY LACK THE
INTELLIGENCE, FINANCIAL, AND HUMAN RESOURCES TO BE
ABLE TO MONITOR AND EFFECTIVELY REGULATE THE HUNDREDS
OF NGOS THAT ARE CURRENTLY ACTIVE IN BOSNIA AND
HERZEGOVINA (BIH). THE GOVERNMENT EVEN LACKS ACCURATE
DATA TO SAY WITH SPECIFICITY WHO THESE CHARITIES ARE,
WHAT THEY ARE DOING, OR WHERE THEY ARE OPERATING. A
NEW LAW MAY EVENTUALLY ALLOW FOR CLOSER REGULATION OF
NGOS, BUT IMPLEMENTING REGULATIONS HAVE NOT YET BEEN
FINISHED SINCE THE LAW WAS PASSED LAST DECEMBER. THE
AREA WHERE AUTHORITIES HAVE BEEN MOST PRO-ACTIVE IS IN
ASSISTING THE EMBASSY TO TRACK THE FINANCIAL
TRANSACTIONS OF INDIVIDUALS AND ORGANIZATIONS WATCH-
                    CONFIDENTIAL

PAGE 03       SARAJE   01517   01 OF 02   171308Z
LISTED BY OFAC. UNLESS AND UNTIL LOCAL LAW
ENFORCEMENT AUTHORITIES GET THE RESOURCES NECESSARY,
IT IS UNREALISTIC TO EXPECT THEM TO DO MORE TO
REGULATE CHARITABLE ORGANIZATIONS. END SUMMARY.

CHARITIES RETAIN POSITIVE IMAGE
-------------------------------

2. (C) POST WELCOMES THE OPPORTUNITY TO COMMENT ON THE
QUESTION OF REGULATING DOMESTIC CHARITIES,
PARTICULARLY SINCE BIH IS A COUNTRY OF CONCERN IN U.S.
EFFORTS TO STEM TERRORIST FINANCING. BEFORE SEPTEMBER
11, THE QUESTION OF CHARITIES BEING INVOLVED IN
POTENTIAL FINANCING OF TERRORIST ACTIVITIES WAS OFF
THE GOVERNMENT'S COLLECTIVE RADARSCOPE. INDEED, EVEN
AFTER THE EVENTS OF SEPTEMBER 11, AND SUBSEQUENT
HIGHLY PUBLICIZED RAIDS OF SEVERAL NGOS WITH SUSPECTED
TERRORIST LINKS, THE GENERAL PUBLIC HAS MAINTAINED A
STRONGLY POSITIVE VIEW OF CHARITABLE ORGANIZATIONS
HERE. THIS IS IN PART AN ACKNOWLEDGMENT OF THE
CRUCIAL ROLE THESE ORGANIZATIONS PLAYED BOTH DURING
AND IMMEDIATELY AFTER THE BOSNIAN WAR ENDED IN 1995.

HANDS-OFF ATTITUDE
------------------

3. (C) THE FAVORABLE IMAGE OF CHARITIES ALSO REFLECTS
RECOGNITION OF THE CONTINUING ROLE CHARITIES PLAY
TODAY AS BIH STRIVES TO MAKE THE DIFFICULT TRANSITION
TO A MARKET ECONOMY. OFFICIAL UNEMPLOYMENT IN THE

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

COUNTRY STILL HOVERS AROUND 40 PERCENT (PERHAPS HALF

CONFIDENTIAL

PAGE 04        SARAJE   01517   01 OF 02   171308Z
THAT FIGURE IF THE GRAY ECONOMY IS FACTORED IN). AT
THE SAME TIME INTERNATIONAL AID LEVELS ARE ON A STEADY
DECLINE. BOTH THE GOVERNMENT AND THE PUBLIC CLEARLY
PERCEIVE THAT CHARITABLE ORGANIZATIONS ARE NECESSARY
TO HELP BRIDGE THE ECONOMIC GAP AS BIH MOVES TOWARD A
SELF-SUSTAINING ECONOMY. THE POSITIVE PUBLIC
PERCEPTION MAY EXPLAIN IN PART WHY THE GOVERNMENT HAS
TRADITIONALLY TAKEN A "HANDS-OFF" APPROACH TO THE
CHARITIES.

LEGAL BASIS FOR REGULATING CHARITIES
----------------------------------------

4. (U) GOVERNMENT AUTHORITIES HAVE NO CLEAR IDEA OF
HOW MANY CHARITIES ARE CURRENTLY ACTIVE IN THE
COUNTRY. AN UNOFFICIAL DIRECTORY OF NGOS LISTS
HUNDREDS OF ORGANIZATIONS. HOWEVER, IN RECENT CHECKS
TO FOLLOW UP ON SEVERAL PROSCRIBED ISLAMIC CHARITIES,
WE FOUND MULTIPLE ORGANIZATIONS LOCATED AT THE SAME
ADDRESS. THE STATE HAS ATTEMPTED TO CORRECT THE
SITUATION BY PASSING A LAW ON ASSOCIATIONS AND
FOUNDATIONS IN DECEMBER, 2001 AIMED AT MORE CLOSELY
REGULATING NGOS. THE LAW SPECIFIES REGISTRATION

CONFIDENTIAL


CONFIDENTIAL      PTQ6807

PAGE 01        SARAJE   01517   02 OF 02   171309Z
ACTION EUR-00

INFO  LOG-00   NP-00    AF-00    AID-00   AMAD-00  ACQ-00   CIAE-00
      COME-00  INL-00   DODE-00  WHA-00   SRPP-00  DS-00    EAP-00
      EB-00    FBIE-00  VC-00    TEDE-00  INR-00   IO-00    LAB-01
      VCE-00   NEA-00   DCP-01   NSAE-00  NSCE-00  P-00     SCT-00
      SS-00    USIE-00  ASDS-01  ECA-00   IIP-00   DSCC-00  DRL-02
      NFAT-00  SAS-00   /005W
                      ------------------AFF947  171309Z /38
O 171316Z MAY 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 0371
INFO IFOR COLLECTIVE PRIORITY
DEPT OF TREASURY WASHDC PRIORITY
ISLAMIC CONFERENCE COLLECTIVE
AMEMBASSY NAIROBI
AMEMBASSY ADDIS ABABA

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

```
AMEMBASSY TOKYO
AMEMBASSY OTTAWA
AMEMBASSY WELLINGTON
AMEMBASSY CANBERRA
AMEMBASSY SINGAPORE


C O N F I D E N T I A L SECTION 02 OF 02 SARAJEVO 001517


STATE FOR EUR (BOGUE), D (KAIDANOW), P (CURREN),
EUR/SCE (GREGORIAN), EB/ESC/ESP, S/CT

TREASURY FOR TERRORISM TASK FORCE AND OFAC
                    CONFIDENTIAL

PAGE 02        SARAJE   01517   02 OF 02   171309Z

NSC FOR PITTMAN/SCHULTE

STATE ALSO PASS USAID
AID FOR AA/EE AND EE/ECA

E.O. 12958: DECL: 05/17/2012
TAGS: EFIN, ETTC, PTER, PREL, BK
SUBJECT: TERRORISM FINANCE: REGULATION OF CHARITIES
```

PROCEDURES FOR NGOS, INCLUDING GROUNDS FOR INVOLUNTARY
TERMINATION FOR "IRREGULARITIES IN OPERATION" OR FOR
ACTIVITIES DEEMED INCONSISTENT WITH THE "PUBLIC
BENEFIT." THE LATTER IS DEFINED IN TERMS OF A WIDE
RANGE OF CIVIC "GOODS" INCLUDING SUCH ITEMS AS
EDUCATION, SCIENCE, SOCIAL CARE, CIVIL SOCIETY, HUMAN
AND MINORITY RIGHTS, ASSISTANCE TO CHILDREN, THE
ELDERLY, THE POOR, ETC. THE LAW, HOWEVER, HAS NOT YET
BEEN IMPLEMENTED PENDING PREPARATION OF MINISTERIAL
REGULATIONS.

CHARITIES LINKED TO TERRORISTS
-------------------------------

5. (C) ON THE POSITIVE SIDE, LOCAL LAW ENFORCEMENT
AUTHORITIES HAVE COOPERATED WITH INTERNATIONAL
COUNTERPARTS IN MOUNTING SUCCESSFUL RAIDS (REPORTED
SEPTELS) ON SEVERAL LOCAL CHARITIES SUSPECTED OF
HAVING FINANCIAL AND OTHER LINKS TO TERRORIST
ORGANIZATIONS. THE BOSNIAN-BASED CHARITIES, INCLUDING
THE GLOBAL RELIEF FOUNDATION, TAI BAH INTERNATIONAL,
                    CONFIDENTIAL

PAGE 03        SARAJE   01517   02 OF 02   171309Z
BENEVOLENCE INTERNATIONAL FOUNDATION AND THE AL

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

HARAMAIN ISLAMIC FOUNDATION, HAVE YIELDED VALUABLE EVIDENCE DIRECTLY LINKING THESE ORGANIZATIONS TO THE AL QAEDA TERRORIST NETWORK. ON-GOING INVESTIGATIONS BY INTERNATIONAL LAW ENFORCEMENT AUTHORITIES HAVE RESULTED IN THE IDENTIFICATION OF SEVERAL ADDITIONAL CHARITIES -- SAUDI HIGH COMMISSION FOR RELIEF (SHCR), ACTIVE ISLAMIC YOUTH (AIO), IRKA (ARABIC FOR "TO READ") AND THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO) -- BELIEVED ALSO TO HAVE SIMILAR TERRORIST LINKS.

BANKING REGULATORY AGENCY PRO-ACTIVE
----------------------------------------

6. (C) WHILE LOCAL AUTHORITIES HAVE COOPERATED SO FAR IN STAGING RAIDS AGAINST SUCH SUSPECTED TERRORIST TARGETS, THESE AUTHORITIES ARE SOLELY DEPENDENT ON INFORMATION PROVIDED BY INTERNATIONAL SOURCES. GIVEN THE LACK OF LOCAL INTELLIGENCE RESOURCES, THAT SITUATION IS LIKELY TO CONTINUE INTO THE FORESEEABLE FUTURE. THE ONE AREA WHERE LOCAL AUTHORITIES HAVE BEEN ABLE TO CONTRIBUTE ACTIVELY TO THE FIGHT AGAINST TERRORISM FINANCING IS IN MONITORING THE FINANCIAL TRANSACTIONS OF INDIVIDUALS AND ORGANIZATIONS ON THE OFAC WATCH LISTS (REF B). THE BANKING REGULATORY AGENCY IN THE FEDERATION IN PARTICULAR HAS TAKEN THE INITIATIVE TO ASSIST THE EMBASSY IN THIS EFFORT.

COMMENT
-------

CONFIDENTIAL

PAGE 04        SARAJE   01517   02 OF 02   171309Z

7. (C) WHILE WE BELIEVE GOVERNMENT AUTHORITIES RECOGNIZE THE BENEFITS OF CUTTING OFF TERRORIST FINANCING, WE DO NOT SEE THOSE AUTHORITIES TAKING ON SIGNIFICANT NEW RESPONSIBILITIES SOON TO MAKE THIS HAPPEN. MONITORING AND REGULATING THE HUNDREDS OF CHARITIES OPERATING WITHIN THE COUNTRY TODAY WOULD REQUIRE RESOURCES (INTELLIGENCE, FINANCIAL, HUMAN) THAT THE COUNTRY DOES NOT HAVE AT THIS TIME. IN THE INTERIM, HOWEVER, BIH, WITH ITS LAW ON ASSOCIATIONS AND FOUNDATIONS, IS AT LEAST MOVING (ALBEIT SLOWLY) TO PUT INTO PLACE A LEGAL STRUCTURE THAT WILL ALLOW THE STATE, IF AND WHEN RESOURCES BECOME AVAILABLE, TO TAKE ACTION AGAINST NGOS THAT VIOLATE THE "PUBLIC BENEFIT."

BOND

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589714 Date: 10/11/2012

CONFIDENTIAL

<< END OF DOCUMENT >>