# EXHIBIT 15

CONFIDENTIAL       PTQ3638

PAGE 01          SARAJE  02194  01 OF 02  111601Z
ACTION EUR-00

| INFO | LOG-00 | NP-00 | AF-00 | AID-00 | AMAD-00 | ACQ-00 | CIAE-00 |
|------|--------|-------|-------|--------|---------|--------|---------|
|      | INL-00 | DODE-00 | PERC-00 | SRPP-00 | DS-00 | FBIE-00 | VC-00 |
|      | TEDE-00 | INR-00 | IO-00 | LAB-01 | L-00 | VCE-00 | DCP-01 |
|      | NSAE-00 | NSCE-00 | P-00 | SCT-00 | SS-00 | USIE-00 | ECA-00 |
|      | IIP-00 | DSCC-00 | DRL-02 | NFAT-00 | SAS-00 | /004W | |

------------------C9DA91  111603Z /38
P 111528Z JUL 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC PRIORITY 0959
INFO IFOR COLLECTIVE

REVIEW AUTHORITY: Archie Bolster, Senior Reviewer

C O N F I D E N T I A L SECTION 01 OF 02 SARAJEVO 002194

STATE FOR EUR (BOGUE), D (KAIDANOW), P (CURRAN),
EUR/SCE (GREGORIAN), S/CT

NSC FOR TEPPER
STATE ALSO PASS USAID
AID FOR AA/EE AND EE/ECA

RELEASED IN PART B6

E.O. 12958: DECL: 7/8/12
TAGS: PTER, PGOV, PREL, BK, HR
SUBJECT: BOSNIA COUNTER-TERRORISM UPDATE

CONFIDENTIAL

PAGE 02          SARAJE  02194  01 OF 02  111601Z
REF:  A) SARAJEVO 1952    B)  SARAJEVO 1769
      C) SARAJEVO 1773  D)  SARAJEVO  934
      E) SARAJEVO 190  AND PREVIOUS

CLASSIFIED BY AMBASSADOR CLIFFORD J. BOND FOR REASONS
1.5 (B,D).

OVERVIEW AND COMMENT ON BOSNIAN COOPERATION IN COUNTER-
TERRORISM
-------------------------------------------------------

1.  (C)  BOSNIAN AUTHORITIES CONTINUE TO AFFIRM THEIR
COMMITMENT TO THE WAR ON TERRORISM AND PARTNERSHIP WITH
THE UNITED STATES IN THIS AREA.  COUNTER-TERRORISM
ACTIVITIES AND COOPERATION REMAIN, HOWEVER, DEPENDENT
ON DIRECT ENGAGEMENT AND PRESSURE BY THE MISSION AND
SFOR.  AS PREVIOUSLY REPORTED, WHILE SENIOR LEVELS OF

THE STATE AND FEDERATION GOVERNMENTS ARE GENERALLY
POLITICALLY COMMITTED TO OUR JOINT EFFORTS, ETHNIC
POLITICS AND, AS THE ELECTIONS NEAR, PARTISAN POLITICS
CAN ACT AS A BRAKE SLOWING PROGRESS ON COUNTER-
TERRORISM EFFORTS.  NONETHELESS, THERE HAVE BEEN
POSITIVE DEVELOPMENTS AND OUR ACTIONS HAVE DISRUPTED
THE POTENTIAL OF LOCAL GROUPS TO CARRY OUT TERRORIST
ACTIVITIES.


ASSETS FREEZE PROCEEDING
------------------------

2.  (C)   THE FEDERATION BANKING REGULATORY AGENCY (FBA),
                        CONFIDENTIAL

PAGE 03          SARAJE  02194  01 OF 02  111601Z
WHICH STILL LACKS THE DESIRED UNAMBIGUOUS LEGAL
FOUNDATION FOR BLOCKING ASSETS, HAS FULLY COOPERATED
WITH THE U.S. EFFORTS TO BLOCK THE ASSETS OF
INDIVIDUALS OR ORGANIZATIONS SUSPECTED OF TERRORISM.
SINCE OCTOBER 2001, THE FBA HAS FROZEN 38 SEPARATE
ACCOUNTS REGISTERED TO 21 INDIVIDUALS AND
ORGANIZATIONS.  THEY INCLUDE:                                    B6
_____| AL-HARAMAIN ISLAMIC FOUNDATION,
_____|
                    | CAVALLO LTD., RISALA SARAJEVO, RISALA
PRIMARY SCHOOL, EURO INVEST, MAHMAL CONFECTIONS,
                                              MAHMAL
INVESTMENT,


STATUS OF NGO'S
---------------

3.  (SBU)  THE MISSION CONTINUES TO SEEK A MORE PRO-
ACTIVE APPROACH BY BIH AUTHORITIES IN INVESTIGATING
BOTH LOCAL AND FOREIGN NGO'S SUSPECTED OF HAVING LINKS
TO TERRORIST GROUPS.  WHILE THE FEDERATION FINANCIAL
POLICE CONTINUE TO INVESTIGATE SOME OF THESE GROUPS,
CRIMINAL INVESTIGATIONS INTO THEIR ACTIVITIES HAVE ONLY
BEEN CONDUCTED IN THE CASE OF THE AL HARAMAIN ISLAMIC
FOUNDATION AND BENEVOLENCE INTERNATIONAL FOUNDATION
(BIF) IN CONNECTION WITH SEARCHES REQUESTED BY FBI.
BIF OFFICES AND RESIDENCES WERE RAIDED MARCH 19,
PROVIDING EVIDENCE FOR THE U.S. ARREST OF BIF HEAD
ENAAM ARNAOUT, WHO HAD BEEN IN DIRECT COMMUNICATION
WITH BIN LADEN (REF D). (NOTE: BIF'S SUCCESSOR IN BIH
                        CONFIDENTIAL

PAGE 04          SARAJE  02194  01 OF 02  111601Z

IS BOSNA IDEALNA FUTURA (BOSNIAN IDEAL FUTURE). END
NOTE.) ON JUNE 3, THE PREMISES OF AL HARAMAIN WERE
SEARCHED, AND EVIDENCE SEIZED (REF C). THE SAUDI HIGH
COMMISSION FOR RELIEF WAS CLOSED BY THE SAUDI
GOVERNMENT EARLIER THIS YEAR. ALTHOUGH BOSNIAN
AUTHORITIES DENY THAT IT HAS REOPENED, IT APPEARS TO
SEEK TO RE-ESTABLISH ITSELF UNDER ANOTHER NAME.


4. (C) ALTHOUGH THE FEDERATION INTELLIGENCE SERVICE
IS MONITORING THE ACTIVITIES OF ACTIVE ISLAMIC YOUTH
(AIO) AND THE FINANCIAL POLICE HAVE REQUESTED
DOCUMENTATION RELATED TO ITS FINANCES, LITTLE HAS BEEN
DONE TO CURB THE ACTIVITIES OF THIS HOMEGROWN NGO. AIO
HAS BEEN ENGAGED IN APPARENT SURVEILLANCE OPERATIONS
AGAINST THE AMBASSADOR'S RESIDENCE AND THE EMBASSY.
WHILE THIS INFORMATION HAS BEEN PROVIDED TO THE
FEDERATION MINISTRY OF INTERIOR AND SHARED WITH THE
JOINT WORKING GROUP ON TERRORISM, BOSNIAN AUTHORITIES
REMAIN RELUCTANT TO ACT AGAINST THE GROUP. THE BOSNIAN
AUTHORITIES ALSO HAVE NOT TAKEN MEASURES TO CLOSE AL
FURQUAN, A NOMINALLY BOSNIAN NGO. AL FURQUAN HAS KNOWN
TIES TO THE SAUDI HIGH COMMISSION FOR RELIEF AND AIO
AND A HISTORY OF ACTIVE SURVEILLANCE AGAINST OUR
FACILITIES.


                    CONFIDENTIAL


                 CONFIDENTIAL     PTQ3641

PAGE 01      SARAJE  02194  02 OF 02  111602Z
ACTION EUR-00

INFO  LOG-00   NP-00    AF-00    AID-00   AMAD-00  ACQ-00   CIAE-00
      INL-00   DODE-00  PERC-00  SRPP-00  DS-00    FBIE-00  VC-00
      TEDE-00  INR-00   IO-00    LAB-01   L-00     VCE-00   DCP-01
      NSAE-00  NSCE-00  P-00     SCT-00   SS-00    USIE-00  ECA-00
      IIP-00   DSCC-00  DRL-02   NFAT-00  SAS-00    /004W
             ------------------C9DAA8  111603Z /38
P 111528Z JUL 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC PRIORITY 0960
INFO IFOR COLLECTIVE

C O N F I D E N T I A L SECTION 02 OF 02 SARAJEVO 002194

STATE FOR EUR (BOGUE), D (KAIDANOW), P (CURRAN),
EUR/SCE (GREGORIAN), S/CT

NSC FOR TEPPER
STATE ALSO PASS USAID

AID FOR AA/EE AND EE/ECA

E.O. 12958: DECL: 7/8/12
TAGS: PTER, PGOV, PREL, BK, HR
SUBJECT: BOSNIA COUNTER-TERRORISM UPDATE

                     CONFIDENTIAL

PAGE 02        SARAJE  02194  02 OF 02  111602Z
DETENTIONS AND DEPORTATIONS
---------------------------

5.  (C)  THE CRITICISM FROM HUMAN RIGHTS GROUPS AND
ISLAMIC LEADERS FOLLOWING THE JANUARY 2002 SURRENDER TO
THE U.S. OF THE "ALGERIAN SIX" (REF E), HAS MADE
AUTHORITIES AT THE STATE AND FEDERATION LEVELS
RELUCTANT TO DETAIN INDIVIDUALS SUSPECTED OF TERRORISM
WITHOUT DOCUMENTARY EVIDENCE (ACCEPTABLE IN A BOSNIAN
COURT) OF WRONGDOING.  THE MOST RECENT EXAMPLE IS THAT
OF [          ]  A NATURALIZED BOSNIAN CITIZEN FROM                          B6
YEMEN UNTIL HIS CITIZENSHIP WAS REVOKED IN NOVEMBER
2001, WHOSE EXTRADITION WAS REQUESTED BY ITALY IN 2001
(REF B).  ALTHOUGH A VALID INTERPOL WARRANT EXISTED,
BIH AUTHORITIES DEMANDED ISSUANCE OF A NEW WARRANT AND
A NEW EXTRADITION REQUEST.  HE WAS DECLARED PERSONA NON
GRATA ON MARCH 13, BUT WAS NOT DETAINED PENDING
PRESENTATION OF THE NEW DOCUMENTS.  BY THE TIME BIH'S
LEGAL DEMANDS HAD BEEN MET IN MAY, [        ] WHO HAD BEEN
UNDER SURVEILLANCE, DISAPPEARED.

BUILDING THE LEGAL AND POLICY FRAMEWORK
---------------------------------------

6.  (U)  WE CONTINUE TO FOCUS ON DEVELOPING THE
NECESSARY LEGAL FRAMEWORK TO ALLOW BIH LAW ENFORCEMENT
AUTHORITIES TO TAKE ACTION AGAINST TERRORISM SUSPECTS,
ALONG WITH RELEVANT IC AUTHORITIES.

--  STATE CRIMINAL PROCEDURE CODE: COMPETING DRAFTS AND
BUREAUCRATIC HAGGLING IN OHR AND THE BOSNIAN GOVERNMENT
                     CONFIDENTIAL

PAGE 03        SARAJE  02194  02 OF 02  111602Z
HAVE DELAYED ITS DRAFTING AND ENACTMENT.  AT PRESENT,
OHR HAS TASKED ITS NEWLY ESTABLISHED LEGAL DRAFTING
TEAM, COMPRISED PRIMARILY OF BOSNIAN ATTORNEYS, WITH
DEVELOPING A NEW DRAFT.

--  CRIMINAL CODE: SUBMITTED FOR COUNCIL OF MINISTERS'
(COM) APPROVAL JULY 9.  HIGHREP ASHDOWN HAS REQUESTED

Case 1:03-md-01570-GBD-SN Document 3783-16 Filed 11/09/17 Page 6 of 6

THAT THE CODE BE INTRODUCED INTO THE BIH PARLIAMENT
UNDER AN URGENT PROCEDURE THAT LIMITS LEGISLATIVE
DEBATE AND EXPEDITES ADOPTION OF LAWS, TO ASSURE
PASSAGE BEFORE PARLIAMENTARY WORK COMES TO A STANDSTILL
FOR AUGUST AND THE PRE-ELECTION CAMPAIGN.

-- LAW ON IMMIGRATION AND ASYLUM: THE COM JULY 9
APPROVED AMENDMENTS TO CLOSE LOOPHOLES. THE AMENDMENTS
REQUIRE THAT LONG-TERM VISITORS TO BIH REGISTER WITH
THE AUTHORITIES, PROVIDE FOR THE ESTABLISHMENT OF A NEW
IMMIGRATION SERVICE, AND REGULATE PROCEDURES FOR
REVOKING CITIZENSHIP AND FOR DEPORTATIONS. IT WILL BE
SUBMITTED TO PARLIAMENT UNDER URGENT PROCEDURE.

-- LEGAL ASSISTANCE LAW: PASSED BY THE PARLIAMENT JULY
3, 2002, REGULATES CONTACTS AND EVIDENCE AND
INFORMATION SHARING BETWEEN THE FEDERATION, RS, AND
BRCKO.

-- LAW ON STATE INFORMATION AND PROTECTION AGENCY
(SIPA): PASSED JUNE 20. WHILE IT WOULD ESTABLISH A
NEW STATE LEVEL LAW ENFORCEMENT AGENCY TO FOCUS ON
TRANS-BORDER CRIMES, ORGANIZED CRIME, TERRORISM AND
SMUGGLING OF WMD MATERIALS, IT HAS LITTLE IN THE WAY OF
                    CONFIDENTIAL

PAGE 04        SARAJE  02194  02 OF 02  111602Z
INVESTIGATIVE AND LAW ENFORCEMENT POWERS, NOR IS THERE
ANY FUNDING, STAFF OR FACILITIES. IT IS UNLIKELY TO
MAKE MUCH DIFFERENCE UNTIL 2004 (REF A).

-- UNIFICATION OF THE BOSNIAK AND BOSNIAN CROAT
INTELLIGENCE SERVICES IN THE FEDERATION: LEGISLATION
WAS APPROVED BY FEDERATION PARLIAMENT MAY 28 AND THE
DIRECTOR (BOSNIAK) AND DEPUTY DIRECTOR (CROAT) ARE
WORKING ON RESTRUCTURING THE STAFF INTO AN INTEGRATED
AGENCY. THIS ALREADY DIFFICULT PROCESS HAS BEEN
COMPLICATED BY ELECTORAL POLITICS AND LINGERING
SUSPICIONS AS TO THE PROFESSIONALISM OF THE DIRECTOR
AND DEPUTY (REF B).
BOND

                    CONFIDENTIAL

<< END OF DOCUMENT >>