# EXHIBIT 16

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589780 Date: 10/11/2012
Case 1:03-md-01570-GBD-SN Document 3783-17 Filed 11/09/17 Page 2 of 6

E61

```
                        SECRET         PTQ7579

PAGE 01        SARAJE  03636  01 OF 02  072140Z
ACTION EUR-00

INFO  LOG-00    AID-00    CEA-01    CIAE-00   CTME-00   INL-00    DODE-00
      SRPP-00   EB-00     E-00      VC-00     FRB-00    H-01      TEDE-00
      INR-00    IO-00     ITC-01    L-00      CAC-00    VCE-00    AC-01
      NSAE-00   NSCE-00   OIC-02    OMB-01    OPIC-01   PA-00     PM-00
      PRS-00    ACE-00    P-00      SCT-00    SP-00     SS-00     STR-00
      TRSE-00   T-00      USIE-00   VO-03     DTC-00    PMB-00    DRL-02
      G-00      SAS-00    /013W
                       ------------------051EB4   072140Z  /30
O 071206Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2188
INFO DEPT OF TREASURY WASHDC
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC
DOJ WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD
```

REVIEW AUTHORITY: Archie Bolster, Senior Reviewer

RELEASED IN FULL

S E C R E T SECTION 01 OF 02 SARAJEVO 003636

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE (GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT, IO/PHO (PEREZ), INL/PC (AIMS), INL/AAE (HARTSHORN)

NSC FOR TEPPER

```
                        SECRET

PAGE 02        SARAJE  03636  01 OF 02  072140Z
```
TREASURY FOR OFAC DIRECTOR (NEWCOMB), GENCOUNS (AUFHAUSER), DAS FOR TERRORISM (ZARATE), E.MEYER AND A.CORFIELD

E.O. 12958: DECL 11/06/12
TAGS: EFIN, ETTC, KVPR, PTER, CVIS, PREL, PGOV, BK
SUBJECT: TERRORIST FINANCE: BOSNIA'S DIRTY DOZEN

(U) CLASSIFIED BY AMBASSADOR CLIFFORD G. BOND FOR REASONS: 1.5 (B) AND (D).

REF: SARAJEVO 3618

SUMMARY AND ACTION REQUEST

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589780 Date: 10/11/2012

1. (S/NF) POST URGENTLY REQUESTS THE ASSISTANCE OF
TWO OFAC COUNTER-TERRORISM SPECIALISTS FOR A PERIOD OF
SIX WEEKS TO DEVELOP FORENSIC FINANCIAL EVIDENCE IN
CONNECTION WITH THE OPERATION OF ISLAMIC CHARITIES IN
BOSNIA. POST BELIEVES THAT AT LEAST A DOZEN ISLAMIC
NGOS ARE CURRENTLY INVOLVED IN PROVIDING FINANCIAL
SUPPORT TO KNOWN TERRORIST ORGANIZATIONS. IF
SUFFICIENT EVIDENCE CAN BE ACCUMULATED LINKING THESE
NGOS TO TERRORIST GROUPS, WE HAVE ONLY A LIMITED
WINDOW OF OPPORTUNITY TO SHUT THE NGOS DOWN BEFORE NEW
-- AND POSSIBLY LESS COOPERATIVE -- GOVERNMENTS ARE
PUT IN PLACE IN BIH. THE EMBASSY'S COOPERATING
PARTNER, THE FINANCIAL POLICE, HAS ALREADY CLOSED TWO
ISLAMIC NGOS, AL-HARAMAYN ISLAMIC FOUNDATION AND
GLOBAL RELIEF FOUNDATION AND HAS ASSURED US THEY
INTEND TO PROSECUTE THESE TWO CASES. OFAC PERSONNEL
                         SECRET

PAGE 03          SARAJE   03636  01 OF 02   072140Z
WOULD PROVIDE THE FINANCIAL INVESTIGATIVE CAPACITY TO
BUILD STRONG PROSECUTORIAL CASES, GIVING NEEDED
LEVERAGE FOR THE FINANCIAL POLICE TO MOVE AGAINST THE
OTHER NGOS AS WELL. OUR REQUEST IS SUPPORTED BY THE
OFFICE OF THE HIGH REPRESENTATIVE (OHR) AND SFOR, BOTH
OF WHOM HAVE BEEN ESSENTIAL PARTNERS IN POST COUNTER-
TERRORISM EFFORTS. END SUMMARY.

DIRTY DOZEN
-----------

2. (S/NF) THE FEDERATION FINANCIAL POLICE (FP) HAVE
PROVIDED US WITH A LIST OF TWELVE DIFFERENT ISLAMIC
CHARITIES (REFTEL) THAT THEY HAVE TARGETED FOR
INVESTIGATION AND POTENTIAL PROSECUTION. THEY
INCLUDE: BENEVOLENCE INTERNATIONAL FOUNDATION (BIF),
GLOBAL RELIEF FOUNDATION (GRF), AL-HARAMAYN ISLAMIC
FOUNDATION, ACTIVE ISLAMIC YOUTH ORGANIZATION, AL-
FURQAN, SAUDI HIGH COMMISSION FOR RELIEF, AL-HARAMAYN
AL AQSA, HUMAN APPEAL INTERNATIONAL, HUMAN RELIEF
INTERNATIONAL, INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION, NEDWAH AND TAIBAH INTERNATIONAL AID
ASSOCIATION. THE FIRST SIX NGOS ARE ON THE EMBASSY'S
LIST OF HIGHEST PRIORITIES IN TERMS OF OUR OWN EFFORTS
TO SHUT DOWN NGOS WITH LINKS TO KNOWN TERRORIST
ORGANIZATIONS.

LACK OF TRAINED PERSONNEL
-------------------------

3. (S/NF) WHILE LOCAL AUTHORITIES (PRIMARILY THE

SECRET

PAGE 04     SARAJE  03636  01 OF 02  072140Z
FINANCIAL POLICE AND BANKING REGULATORS) HAVE EXTENDED
THEIR COOPERATION TO BLOCK THE ASSETS OF SUSPECT NGOS
LISTED UNDER E.O. 13224, CLOSING THEM DOWN HAS BEEN
ANOTHER MATTER. UNDER BOSNIA'S COMPLEX LEGAL SYSTEM,
PERMANENT CLOSURE OF THESE ORGANIZATIONS WILL LIKELY
REQUIRE DETAILED FORENSIC FINANCIAL EVIDENCE TO BUILD
SOLID CASES AGAINST THEM. AS NOTED REFTEL, GOVERNMENT
AUTHORITIES DO NOT HAVE THE CAPABILITIES TO DEVELOP
SUCH EVIDENCE. THE USG INTENDS TO PROVIDE THE
FINANCIAL POLICE, TAX AUTHORITIES, BANKING REGULATORS,
PROSECUTORS AND JUDGES WITH TRAINING TO IMPROVE THEIR
FINANCIAL INVESTIGATIVE CAPACITY. IN THE MEANTIME,
HOWEVER, WE NEED EXPERTISE ON THE GROUND NOW TO
DEVELOP THIS EVIDENCE. WE BELIEVE OFAC PERSONNEL
COULD BEST MEET THOSE NEEDS.

MAINTAINING MOMENTUM
--------------------

4. (S/NF) BRINGING OFAC EXPERTISE TO BEAR ON THE
PROBLEM IS URGENT, AS THERE IS NO GUARANTEE THAT WE
WILL HAVE THE SAME LEVEL OF COOPERATION ON COUNTER-
TERRORISM WHEN BOSNIA'S NEW GOVERNMENTS COME INTO

SECRET

SECRET     PTQ7580

PAGE 01     SARAJE  03636  02 OF 02  072141Z
ACTION EUR-00

INFO  LOG-00   AID-00   CEA-01   CIAE-00  CTME-00  INL-00   DODE-00
      SRPP-00  EB-00    E-00     VC-00    FRB-00   H-01     TEDE-00
      INR-00   IO-00    ITC-01   L-00     CAC-00   VCE-00   AC-01
      NSAE-00  NSCE-00  OIC-02   OMB-01   OPIC-01  PA-00    PM-00
      PRS-00   ACE-00   P-00     SCT-00   SP-00    SS-00    STR-00
      TRSE-00  T-00     USIE-00  VO-03    DTC-00   PMB-00   DRL-02
      G-00     SAS-00   /013W
                  ------------------051EC8  072141Z /30
O 071206Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2189
INFO DEPT OF TREASURY WASHDC
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC

```
DOJ WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD

S E C R E T SECTION 02 OF 02 SARAJEVO 003636

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT,
IO/PHO (PEREZ), INL/PC (AIMS), INL/AAE (HARTSHORN)

NSC FOR TEPPER

                         SECRET

PAGE 02       SARAJE  03636  02 OF 02  072141Z
TREASURY FOR OFAC DIRECTOR (NEWCOMB), GENCOUNS
(AUFHAUSER), DAS FOR TERRORISM (ZARATE), E.MEYER AND
A.CORFIELD

E.O. 12958: DECL 11/06/12
TAGS: EFIN, ETTC, KVPR, PTER, CIVS, PREL, PGOV, BK
SUBJECT: TERRORIST FINANCE: BOSNIA'S DIRTY DOZEN

PLACE.  WHILE THE WINDOW OF OPPORTUNITY IS STILL OPEN,
POST BELIEVES STRONGLY WE SHOULD WORK WITH LOCAL
AUTHORITIES TO SHUT DOWN AS MANY OF THESE NGOS AS
POSSIBLE.  (NOTE: ONLY 10 NGOS REMAIN OPEN, AS THE
FEDERATION FINANCIAL POLICE JUST CLOSED AL-HARAMAYN
ISLAMIC FOUNDATION AND GLOBAL RELIEF FOUNDATION --
SEE REFTEL.  END NOTE.)  THE FINANCIAL POLICE HAVE
ASSURED US THEY WILL MOVE TO PROSECUTE CASES AGAINST
THESE AND OTHER SUSPECT ISLAMIC NGOS.  WE ARE
CONCERNED, HOWEVER, THAT AS JUDICIAL AUTHORITIES MOUNT
THEIR CASES, THEY WILL NEED MORE DETAILED AND
COMPREHENSIVE EVIDENCE TO ENSURE THESE ORGANIZATIONS
ARE SHUT DOWN PERMANENTLY.  THAT KIND OF EVIDENCE CAN
COME ONLY FROM TRAINED FINANCIAL INVESTIGATORS.

ACTION REQUEST
--------------

5.  (S/NF) POST REQUESTS THE ASSISTANCE OF TWO FULL-
TIME OFAC COUNTER-TERRORISM FINANCE SPECIALISTS OVER A
SIX WEEK PERIOD TO DEVELOP FORENSIC FINANCIAL EVIDENCE
AIMED AT PERMANENTLY CLOSING ISLAMIC NGOS INVOLVED IN
SUPPORTING TERRORIST GROUPS.  OUR REQUEST IS SUPPORTED
                         SECRET

PAGE 03       SARAJE  03636  02 OF 02  072141Z
BY HIGH REPRESENTATIVE PADDY ASHDOWN, WHO RAISED THE
```

SUBJECT WITH DEPARTMENT PRINCIPALS ON HIS RECENT TRIP
TO WASHINGTON.  IN ADDITION, SFOR, WHICH HAS BEEN AN
ESSENTIAL PARTNER IN THE MISSION'S COUNTER-TERRORISM
EFFORTS, FULLY SUPPORTS THIS REQUEST.  POST WOULD
APPRECIATE DEPARTMENT'S RESPONSE AT THE EARLIEST
OPPORTUNITY AS WE WISH TO CAPITALIZE FULLY ON THE
COOPERATIVE LOCAL SPIRIT THAT EXISTS TODAY, BUT MAY
DISAPPEAR TOMORROW.

BOND

SECRET

<< END OF DOCUMENT >>