# EXHIBIT 17

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

```
                        SECRET      PTQ8812

PAGE 01       SARAJE  03618  01 OF 04   051926Z
ACTION EUR-00

INFO  LOG-00   AID-00   CEA-01   CIAE-00  CTME-00  INL-00   DODE-00
      WHA-00   SRPP-00  DS-00    EAP-00   EB-00    E-00     VC-00
      FRB-00   H-01     TEDE-00  INR-00   IO-00    ITC-01   L-00
      VCE-00   AC-01    NEA-00   NSAE-00  NSCE-00  OMB-01   OPIC-01
      PA-00    PM-00    PRS-00   ACE-00   P-00     SCT-00   SP-00
      SSO-00   SS-00    STR-00   TRSE-00  T-00     USIE-00  SA-00
      DTC-00   PMB-00   DSCC-00  DRL-02   G-00     SAS-00   /008W
                     ------------------03DD7C  051926Z /75
O 051414Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2170
INFO AMEMBASSY BAKU
AMEMBASSY BEIJING
AMEMBASSY DUSHANBE
AMEMBASSY ISLAMABAD
AMEMBASSY MOSCOW
AMEMBASSY OTTAWA
AMEMBASSY RIYADH
AMEMBASSY ZAGREB
AMEMBASSY SANAA
AMCONSUL JERUSALEM
AMEMBASSY KABUL
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC
DOJ WASHDC
USMISSION USUN NEW YORK
                       SECRET

PAGE 02       SARAJE  03618  01 OF 04   051926Z
DEPT OF TREASURY WASHDC
USDOC WASHDC 0850
USCUSTOMS WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD

S E C R E T SECTION 01 OF 04 SARAJEVO 003618

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT,
IO/PHO (PEREZ), INL/PC (AIMS) AND INL/AAE (HARTSHORN)

NSC FOR TEPPER
```

RELEASED IN PART 1.4(B),B1,1.4(D),B6

REVIEW AUTHORITY: Archie Bolster, Senior Reviewer

Classification Extended on : 09/10/2012 ~ Class: SECRET ~ Authority: DSCG 11-1 ~ Declassify on: 10/31/2022

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

TREAS FOR GENCOUNS (AUFHAUSER) AND DAS FOR TERRORISM
(ZARATE)

STATE ALSO PASS USAID AND OFAC
TREASURY FOR E. MEYER, A. CORFIELD, R. NEWCOMB (OFAC)

E.O. 12958: DECL:10/31/12
TAGS: ETTC, EFIN, PTER, KVPR, PREL, KCRM, BK
SUBJECT: TERRORIST FINANCE: AL-HARAMAYN AND GLOBAL RELIEF FACE
CRIMINAL CHARGES

REF: A) SARAJEVO 3599 B) SECSTATE 192372 C) SECSTATE 217499

(U) CLASSIFIED BY AMBASSADOR CLIFFORD G. BOND FOR
REASONS: 1.5 (B) AND (D).

SUMMARY

                        SECRET

PAGE 03         SARAJE  03618  01 OF 04   051926Z
-------

1. (S/NF) POST CONFIRMED THAT THE FINANCIAL POLICE (FP) HAS
CLOSED AND "PROHIBITED THE FUTURE WORK" OF AL-HARAMAYN ISLAMIC
FOUNDATION AND GLOBAL RELIEF FOUNDATION, PENDING AN UPCOMING
TRIAL (REF A). [redacted]                                              1.4(B)
[redacted]                                                             1.4(D)
[redacted]                      NOT TO STOP THERE, THE FP              B1
IS EXAMINING MINISTRY OF SOCIAL POLICY AND REFUGEES (MSPR)
RECORDS TO ENSURE THAT IT HAS CLOSED ALL GRF AND AL-HARAMAYN
OFFICES IN BIH. FURTHERMORE, THE FP PLANS TO PRESS CHARGES
AGAINST BENEVOLENCE INTERNATIONAL FOUNDATION, AN ORGANIZATION
LINKED TO GRF (REF C). THE FP IS ALSO CONSIDERING CHARGES
AGAINST OFFICIALS IN THE MSPR FOR OBSTRUCTION OF FP
INVESTIGATIONS. ON A SEPARATE TRACK, THE INTERIOR MINISTRY WILL
REVIEW POSSIBLE CRIMINAL CHARGES AGAINST AL-HARAMAYN BASED
LARGELY ON COMPUTER DATA SEIZED FROM THE ORGANIZATION. END
SUMMARY.

BUSY WEEK
---------

2. (S/NF) AS REPORTED IN REFTEL B, [redacted]         THE FINANCIAL    1.4(B)
POLICE (FP), [redacted]      CONFIRMED THE FP CLOSURES OF             1.4(D)
THE GLOBAL RELIEF FOUNDATION OFFICE (NOV. 1) AND CLOSURE OF            B1
SEVERAL OTHER FACILITIES FOR AL-HARAMAYN ISLAMIC FOUNDATION,
INCLUDING THE MAIN OFFICE, WAREHOUSE AND ISLAMIC SCHOOL (OCT 31-
NOV. 1). THE FP SEALED THE OFFICES AND PROHIBITED THE FURTHER
WORK OF THESE TWO ISLAMIC NGOS. PRESS REPORTS CONFIRMED THESE
ACTIONS. THE FP IS PREPARING CRIMINAL CHARGES TO BE FILED WITH

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

SARAJEVO'S PUBLIC PROSECUTOR AND HAS ALREADY BEGUN FORWARDING

SECRET

PAGE 04       SARAJE   03618   01 OF 04   051926Z
DOCUMENTATION TO THE PROSECUTOR'S OFFICE.

LEGAL JUSTIFICATION
-------------------

                                                              1.4(B)
                                                              1.4(D)
                                                              B1

INTERIOR MINISTER PONDERING CRIMINAL CHARGES

SECRET

              SECRET          PTQ8814

PAGE 01       SARAJE   03618   02 OF 04   051926Z
ACTION EUR-00

INFO  LOG-00    AID-00    CEA-01    CIAE-00   CTME-00   INL-00    DODE-00
      WHA-00    SRPP-00   DS-00     EAP-00    EB-00     E-00      VC-00
      FRB-00    H-01      TEDE-00   INR-00    IO-00     ITC-01    L-00
      VCE-00    AC-01     NEA-00    NSAE-00   NSCE-00   OMB-01    OPIC-01
      PA-00     PM-00     PRS-00    ACE-00    P-00      SCT-00    SP-00
      SSO-00    SS-00     STR-00    TRSE-00   T-00      USIE-00   SA-00
      DTC-00    PMB-00    DSCC-00   DRL-02    G-00      SAS-00    /008W
                          ------------------03DD96   051926Z /75
O 051414Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2171
INFO AMEMBASSY BAKU
AMEMBASSY BEIJING
AMEMBASSY DUSHANBE
AMEMBASSY ISLAMABAD

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

AMEMBASSY MOSCOW
AMEMBASSY OTTAWA
AMEMBASSY RIYADH
AMEMBASSY ZAGREB
AMEMBASSY SANAA
AMCONSUL JERUSALEM
AMEMBASSY KABUL
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC
DOJ WASHDC
USMISSION USUN NEW YORK

SECRET

PAGE 02         SARAJE   03618   02 OF 04   051926Z
DEPT OF TREASURY WASHDC
USDOC WASHDC 0851
USCUSTOMS WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD


S E C R E T SECTION 02 OF 04 SARAJEVO 003618

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT,
IO/PHO (PEREZ), INL/PC (AIMS) AND INL/AAE (HARTSHORN)

NSC FOR TEPPER

TREAS FOR GENCOUNS (AUFHAUSER) AND DAS FOR TERRORISM
(ZARATE)

STATE ALSO PASS USAID AND OFAC
TREASURY FOR E. MEYER, A. CORFIELD, R. NEWCOMB (OFAC)

E.O. 12958: DECL:10/31/12
TAGS: ETTC, EFIN, PTER, KVPR, PREL, KCRM, BK
SUBJECT: TERRORIST FINANCE: AL-HARAMAYN AND GLOBAL RELIEF FACE
CRIMINAL CHARGES

----------------------------------------

4. (C) THE QUICK ACTION BY FP CONTRASTS SHARPLY WITH THE
CAUTIOUS, DELIBERATE PACE OF THE FEDERATION INTERIOR MINISTRY
(FMUP). IN A MEETING WITH SENIOR SFOR AND EMBASSY OFFICERS,
FEDERATION INTERIOR MINISTER RAMO MASLESA ASSERTED THAT THE FMUP
                    SECRET

PAGE 03         SARAJE   03618   02 OF 04   051926Z
CANNOT ACT UNTIL SFOR RETURNS EVIDENCE SEIZED IN JUNE RAIDS ON

Case 1:03-md-01570-GBD-SN   Document 3783-18   Filed 11/09/17   Page 6 of 11

AL-HARAMAYN PREMISES.

4(B)
1.4(D)
B1

## NEXT MOVES FOR FP
------------------

5. (S/NF) THE FINANCIAL POLICE PLAN TO CONTINUE THEIR ACTION AGAINST AL-HARAMAYN AND GRF THIS WEEK.

1.4(B)
1.4(D)
B1

6. (S/NF) NOT LOSING ANY MOMENTUM, THE FP ALSO PLANS TO BRING CRIMINAL CHARGES AGAINST THE BENEVOLENCE INTERNATIONAL FOUNDATION (REF. C), AN NGO, WHICH           HAS CLOSE TIES TO GRF. IN ADDITION,            PROVIDED US WITH A LIST OF NGOS THAT THE FINANCIAL POLICE HAVE INVESTIGATED, INCLUDING:

1.4(B)
1.4(D)
B1

-- GLOBAL RELIEF FOUNDATION
-- TAIBAH INTERNATIONAL AID ASSOCIATION
-- AL HARAMAYN AL AQSA
-- AL HARAMAYN ISLAMIC FOUNDATION
-- BENEVOLENCE INTERNATIONAL FOUNDATION
-- HUMAN APPEAL INTERNATIONAL

-- HUMAN RELIEF INTERNATIONAL
-- INTERNATIONAL ISLAMIC RELIEF ORGANZATION
-- NEDWA - ISLAMIC YOUTH ORGANIZATION (DAUGHTER ORGANIZATION OF

DZEMIJET EL FURKAN)
-- ACTIVE ISLAMIC YOUTH

SECRET

SECRET                        PTQ8819

PAGE 01        SARAJE    03618  03 OF 04   051928Z
ACTION EUR-00

INFO   LOG-00    AID-00    CEA-01    CIAE-00   CTME-00   INL-00    DODE-00
       WHA-00    SRPP-00   DS-00     EAP-00    EB-00     E-00      VC-00
       FRB-00    H-01      TEDE-00   INR-00    IO-00     ITC-01    L-00
       VCE-00    AC-01     NEA-00    NSAE-00   NSCE-00   OMB-01    OPIC-01
       PA-00     PM-00     PRS-00    ACE-00    P-00      SCT-00    SP-00
       SSO-00    SS-00     STR-00    TRSE-00   T-00      USIE-00   SA-00
       DTC-00    PMB-00    DSCC-00   DRL-02    G-00      SAS-00    /008W
                          ------------------03DDC2  051928Z /75
O 051414Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2172
INFO AMEMBASSY BAKU
AMEMBASSY BEIJING
AMEMBASSY DUSHANBE
AMEMBASSY ISLAMABAD
AMEMBASSY MOSCOW
AMEMBASSY OTTAWA
AMEMBASSY RIYADH
AMEMBASSY ZAGREB
AMEMBASSY SANAA
AMCONSUL JERUSALEM
AMEMBASSY KABUL
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC
DOJ WASHDC
USMISSION USUN NEW YORK
                    SECRET

PAGE 02        SARAJE    03618  03 OF 04   051928Z
DEPT OF TREASURY WASHDC
USDOC WASHDC 0852
USCUSTOMS WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD

S E C R E T SECTION 03 OF 04 SARAJEVO 003618

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT,
IO/PHO (PEREZ), INL/PC (AIMS) AND INL/AAE (HARTSHORN)

NSC FOR TEPPER

TREAS FOR GENCOUNS (AUFHAUSER) AND DAS FOR TERRORISM
(ZARATE)

STATE ALSO PASS USAID AND OFAC
TREASURY FOR E. MEYER, A. CORFIELD, R. NEWCOMB (OFAC)

E.O. 12958: DECL:10/31/12
TAGS: ETTC, EFIN, PTER, KVPR, PREL, KCRM, BK
SUBJECT: TERRORIST FINANCE: AL-HARAMAYN AND GLOBAL RELIEF FACE
CRIMINAL CHARGES

-- SAUDI HIGH COMMISSION FOR RELIEF IN BIH

POLITICAL FALL-OUT
------------------

[Redacted]                                                   1.4(B)
                                                             1.4(D)
                                                             B1

8. (S/NF) TV HYATT, IN ITS NOVEMBER 4 EVENING NEWS, RAN A PIECE
CLAIMING THAT BIH AUTHORITIES AT THE BEHEST OF THE EMBASSY WILL
CLOSE DOWN ALL ISLAMIC NGOS IN BIH, AND SUGGESTED THAT EVEN
LEGITIMATE NGOS WERE BEING TARGETED.

TECHNICAL ASSISTANCE
--------------------

9. (U) EMBOFFS PRESENTED AN OVERVIEW OF A PLANNED USG TRAINING

ASSISTANCE PROGRAM TO [        ] THE TRAINING PROGRAM, FUNDED BY INL/AAE AND USING RETIRED USG FINANCIAL INVESTIGATION EXPERTS AS INSTRUCTORS, WOULD FOCUS ON KEY PROVISIONS IN SOON-TO-BE-ADOPTED CRIMINAL CODE AND CRIMINAL PROCEDURE CODE LEGISLATION, THEORETICAL FINANCIAL AND INVESTIGATIVE CONCEPTS, AND PRACTICAL TECHNIQUES FOR INTER-AGENCY TASK FORCES. (NOTE: THE INTENDED PARTICIPANTS INCLUDE MEMBERS OF THE FINANCIAL POLICE, AS WELL AS OTHER LAW ENFORCEMENT AGENCIES, TAX AUTHORITIES, BANKING REGULATORS, PROSECUTORS, AND JUDGES.) THE TRAINING, AIMED AT

B6

SECRET

PAGE 04      SARAJE   03618   03 OF 04   051928Z
IMPROVING COMPLEX FINANCIAL INVESTIGATIVE CAPACITY, WILL HELP ADDRESS THE NEED TO COMBAT ILLICIT MONEY FLOWS, WHICH OFTEN PROVIDE TERRORISTS AND ORGANIZED CRIMINALS THE MEANS TO OPERATE IN BIH WITH NEAR IMPUNITY. [        ] WELCOMED THIS ASSISTANCE AND OFFERED HIS FULL COOPERATION TO MAKE THE TRAINING, CURRENTLY SCHEDULED TO BEGIN IN EARLY 2003, A SUCCESS.

COMMENT
-------

10. (S/NF) THE FP ACTIONS REPRESENT A BIG BREAKTHROUGH, [        ]

1.4(B)
1.4(D)
B1

SECRET

SECRET          PTQ8821

PAGE 01      SARAJE   03618   04 OF 04   051928Z
ACTION EUR-00

INFO  LOG-00    AID-00    CEA-01    CIAE-00   CTME-00   INL-00    DODE-00
      WHA-00    SRPP-00   DS-00     EAP-00    EB-00     E-00      VC-00
      FRB-00    H-01      TEDE-00   INR-00    IO-00     ITC-01    L-00
      VCE-00    AC-01     NEA-00    NSAE-00   NSCE-00   OMB-01    OPIC-01
      PA-00     PM-00     PRS-00    ACE-00    P-00      SCT-00    SP-00
      SSO-00    SS-00     STR-00    TRSE-00   T-00      USIE-00   SA-00
      DTC-00    PMB-00    DSCC-00   DRL-02    G-00      SAS-00      /008W

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

```
-------------------03DDCB  051928Z /75
O 051414Z NOV 02
FM AMEMBASSY SARAJEVO
TO SECSTATE WASHDC IMMEDIATE 2173
INFO AMEMBASSY BAKU
AMEMBASSY BEIJING
AMEMBASSY DUSHANBE
AMEMBASSY ISLAMABAD
AMEMBASSY MOSCOW
AMEMBASSY OTTAWA
AMEMBASSY RIYADH
AMEMBASSY ZAGREB
AMEMBASSY SANAA
AMCONSUL JERUSALEM
AMEMBASSY KABUL
CIA WASHDC
DIRFBI WASHDC
NSC WASHDC
DOJ WASHDC
USMISSION USUN NEW YORK
                    SECRET

PAGE 02     SARAJE  03618  04 OF 04  051928Z
DEPT OF TREASURY WASHDC
USDOC WASHDC 0853
USCUSTOMS WASHDC
SECDEF WASHDC
DIRNSA FT GEORGE G MEADE MD

S E C R E T SECTION 04 OF 04 SARAJEVO 003618

STATE FOR EUR (BOGUE), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN), E (SHUB), EB/ESC/ESP (GLASS), S/CT,
IO/PHO (PEREZ), INL/PC (AIMS) AND INL/AAE (HARTSHORN)

NSC FOR TEPPER

TREAS FOR GENCOUNS (AUFHAUSER) AND DAS FOR TERRORISM
(ZARATE)

STATE ALSO PASS USAID AND OFAC
TREASURY FOR E. MEYER, A. CORFIELD, R. NEWCOMB (OFAC)

E.O. 12958: DECL:10/31/12
TAGS: ETTC, EFIN, PTER, KVPR, PREL, KCRM, BK
SUBJECT: TERRORIST FINANCE: AL-HARAMAYN AND GLOBAL RELIEF FACE
CRIMINAL CHARGES
```

1.4(B)
1.4(D)
B1

UNCLASSIFIED U.S. Department of State Case No. F-2009-08426 Doc No. C17589756 Date: 10/11/2012

1.4(B)
1.4(D)
B1

SECRET

PAGE 03        SARAJE   03618   04 OF 04   051928Z
11. KABUL MINIMIZE CONSIDERED.

BOND

SECRET

<< END OF DOCUMENT >>