# EXHIBIT 18

RELEASED IN PART B1,1.4(D)

ACTION EUR-00

INFO  LOG-00  NP-00    AF-00    AID-00   CEA-01   CIP-00   COME-00
      CTME-00 INL-00   DODE-00  DOEE-00  DOTE-00  PERC-00  SRPP-00
      DS-00   EB-00    EXIM-01  E-00     FAAE-00  FBIE-00  VC-00
      FRB-00  H-01     TEDE-00  INR-00   IO-00    ITC-01   LAB-01
      L-00    CAC-00   VCE-00   AC-01    NEA-00   DCP-01   NSAE-00
      NSCE-00 OIC-02   OMB-01   DHS-00   OPIC-01  TFBI-00  PM-00
      ACE-00  P-00     SCT-00   STR-00   T-00     USIE-00  VO-01
      SA-00   ASDS-00  ECA-00   PMB-00   DSCC-00  PRM-00   DRL-00
      G-00    FDIC-01  NFAT-00  SAS-00   SWCI-00  /013W
              ------------------912C13  110734Z /38
O 110702Z AUG 03 ZDK
FM AMEMBASSY SARAJEVO
TO IFOR COLLECTIVE IMMEDIATE
AMEMBASSY ABU DHABI IMMEDIATE
AMEMBASSY ABUJA IMMEDIATE
AMEMBASSY ADDIS ABABA IMMEDIATE
AMEMBASSY DAKAR IMMEDIATE
AMEMBASSY DAR ES SALAAM IMMEDIATE
AMEMBASSY DOHA IMMEDIATE
AMEMBASSY ISLAMABAD IMMEDIATE
AMCONSUL DUBAI IMMEDIATE
SECSTATE WASHDC IMMEDIATE 4782
INFO CIA WASHDC IMMEDIATE
TREASURY WASHDC IMMEDIATE
XMT AMEMBASSY BELGRADE
AMCONSUL STRASBOURG

S E C R E T  SARAJEVO 002275

REVIEW AUTHORITY: Theodore Sellin, Senior Reviewer

NOFORN

STATE FOR EUR (ROSSIN), D (PITTMAN), P (BRINK), EUR/SCE
(GREGORIAN AND KOUMANS), E (SHUB), EB/ESC/ESP (GGLASS),
S/CT (FOX), IO/PHO (APEREZ)
TREASURY FOR GENERAL COUNSEL (DAUFHAUSER), OFAC DIRECTOR
(RNEWCOMB), DAS FOR TERRORISM AND VIOLENT CRIMES (JZARATE),
TASK FORCE ON TERRORIST FINANCING

E.O. 12958: DECL: 04/03/2013
TAGS: ECON, CVIS, ETTC, EFIN, PTER, KVPR, BK
SUBJECT: TERRORIST FINANCE: DIRTY DOZEN'S WEB OF DECEIT

REF: SARAJEVO 1450

Classified By: CDA TINA KAIDANOW FOR REASONS 1.5 B AND D.

SUMMARY
-------

1. (S/NF) The Islamic NGOs operating in BiH since the war
(92-95) are highly interconnected and interdependent. Many
individuals designated under Executive Order 13224, including
Wa'el Julaidan, Global Relief Foundation and Al Haramayn

Classification Extended on : 10/23/2012 ~ Class: SECRET ~ Authority: DSCG
11-1 ~ ☐ Declassify on: 08-11-2023

Islamic Foundation are linked to the remaining members of the dirty dozen of Bosnian NGOs. Therefore, Post strongly recommends the designation of the Bosnian branches of Al Haramayn al Masjid Al Aqsa, Al Furqan (aka Sirat), Taibah, [redacted] the Saudi High Commission for Relief, and WAMY (aka Nedwa) for immediate designation under E.O. 13224. In addition, we believe Active Islamic Youth merits great scrutiny on their activities and relationships with already designated individuals and organizations. Documentation was provided to EUR/SCE demonstrating control over Al Haramayn al Masjid Al Aqsa by top Al Qa'ida financier Wa'el Julaidan (designated on E.O. 13224 in 2002). Additionally, payment vouchers were provided to the desk that shows that the Bosnian branch of Al-Haramayn Islamic Foundation (designated on E.O. 13224 in 2002) was the principal financier of Al Furqan/Sirat. Post would like to add the Kuwaiti Joint Relief Commission and [redacted] to the dirty dozen and will report on their activities septel.

1.4(D)
B1

[redacted] End summary

---

CASH DISAPPEARS

---

[redacted]

---

THE OTHER AL HARAMAYN

---

4. (S/NF) Post delivered documentation to EUR/SCE demonstrating indisputable links between Al-Haramayn Al Masjid Al Aqsa (AH Al Aqsa) and top Al Qa'ida financier, Wa'el Julaiden (designated on E.O. 13224 on September 6, 2002). [redacted]

1.4(D)
B1

5. (S/NF) We know that Julaidan was active in BiH until at least July 2001 when he signed a letter opening the Al Wailidein-Gazzaz school. Since then, we have no evidence that Julaidan has been in BiH. Julaidan is still registered as an AH Aqsa board member and is authorized to use the AH Al Aqsa accounts.

---------
Al Furqan
---------

7. (S/NF) Post provided payment records to EUR/SCE desk that showed that the Bosnian branch of Al Haramayn Islamic Foundation (designated on E.O. 13224 on March 11, 2002) was the primary source of funds for Al Furqan.

1.4(D)
B1

Since the 9/11 attacks, Al Furqan has lowered its profile and its rhetoric. To dive below the IC radar screen, Al Furqan attempted to re-register under the name Sirat. Al Furqan is no longer active in BiH and has requested the Federation Ministry of Refugees and Social Policy to delete it from the registry of NGOs. Al Furqan has re-registered itself as Sirat.

9. (S/NF) Al Furqan/Sirat has an office co-located with Global Relief Foundation (GRF - designated on E.O. 13324) at Put Mladih Muslimana 30/A. GRF's Bosnian registration documents list this address and it is also included on the Statement of Case against GRF in the US. Sirat also lists 30 Put Mladih Muslimana in its registration with the Federation Ministry of Refugees and Social Policy (note: the registration document has been provided to EUR/SCE. End note.)

STATE FOR EUR (ROSSIN), D (PITTMAN), P (BRINK), EUR/SCE (GREGORIAN AND KOUMANS), E (SHUB), EB/ESC/ESP (GGLASS), S/CT (FOX), IO/PHO (APEREZ)
TREASURY FOR GENERAL COUNSEL (DAUFHAUSER), OFAC DIRECTOR (RNEWCOMB), DAS FOR TERRORISM AND V

was actually the main headquarters for Al Furqan and its title has since been transferred to Sirat.

------
Taibah
------

10. (S/NF) Since the FP closed the Global Relief Foundation (GRF) in November 2002, we have not heard much about Taihah in BiH. Post is examining the relationship between GRF and Taibah and the effect of GRF's closure on Taibah (reported septel).

----
IIRO
----

11. (S/NF) The RS Police arrested 9 Bosnian Serbs in July 2003 for allegedly smuggling weapons to the International Islamic Relief Organization (IIRO), known locally as Igassa. The investigation has been hindered by a lack of cooperation

between the Federation MUP and the RS MUP. IIRO is located and registered in the Federation, while the smugglers were arrested in the RS. [redacted] As more details become available, Post will report septel.

1.4(D)
B1

---------------------------------
Saudi High Commission for Relief
---------------------------------

12. (S/NF) SHRC is the most active of the NGOs currently operating in BiH [redacted] (more reported septel).

---------------
WAMY (aka Nedwa)
---------------

13. (S/NF) [redacted] World Assembly of Muslim Youth (WAMY; known locally as Nedwa) maintains a close relationship with Al Furqan/Sirat. [redacted] Nedwa's Sarajevo office is located at Put Mlahih Muslimana 33 (across the street from Sirat Sarajevo office at Put Mladih Muslimana 30).

--------------------
Active Islamic Youth
--------------------

14. (S/NF) Post turned over photocopies of payment records to EUR/SCE demonstrating payments from the Bosnian branch of Al Haramayn Islamic Foundation (designated on E.O. 13224) to the Active Islamic Youth (AIO). [redacted] As reported earlier, AIO has extensive ties with Al Furqan/Sirat and these NGOs sponsor a Muslim youth summer camp together. [redacted]

1.4(D)
B1

-------
COMMENT
-------

16. (S/NF) The designation and subsequent closure of the Bosnian branches of BIF, GRF and Al Haramayn has played an important role in disrupting terrorist finance and hindering the operations of other members of the dirty dozen in BiH. The dirty dozen NGOs are highly interconnected and money moves easily between these Islamic charities. All of the members of the dirty dozen mentioned in this cable have links to previously designated entities

Post firmly believes that the designation and closure of the Bosnian branches of the dirty dozen that operate this complex NGO matrix will begin to send a signal that Bosnia is no longer a hospitable environment for would-be terrorists or their financiers.
KAIDANOW


NNNN