# EXHIBIT 19

P.O. Box 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE: 6710000
TELEX: 601482 AVCO SJ
COMMERCIAL Reg. NO. 20442
PAID IN CAPITAL 10,000,000 SR



Ref. No. RMA / 337 / 99 / 15 / 11 – A
Date: 18/12/1419 A.H.
Corresponding to: 4/4/1999 A.D.

**H.E. Eng. Mohamed Ahmed Ai-Salmi**
**General Manager of Airway Engineering**
**Presidency of Civil Aviation**
**Jeddah – Kingdom of Saudi Arabia**

**Subject: Secondment of Employee / Omar Ahmed Moustafa Bayoumi**

Greetings,
With reference to our letter No. EMD / 325 / 18 / 15 dated 28/3/1999 A.D in which DALLAH AVECO asked for the approval of Presidency of Civil Aviation on extending the secondment period of employee Omar Ahmed Moustafa Bayoumi for one year as of 8/1/1419 A.H.
Accordingly, we would like to report that the Company considers the period ended on 7/1/1420 as the termination of the secondment period of the said employee from the Presidency of Civil Aviation and it does not want to renew the secondment. In addition, we hope you to inform whom it may concern with the above-mentioned information.

Thank you for your cooperation.
Best regards,


Alawi Mohammed Saeed Kamel
        Chairman
            (*Signed*)

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

DA001101

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

P.O. Box 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE: 6710000
TELEX: 601482 AVCO SJ
COMMERCIAL Reg. NO. 20442
PAID IN CAPITAL 10,000,000 SR



Ref. No. RMA / 337 / 99 / 15 / 11 – A
Date: 18/12/1419 A.H.
Corresponding to: 4/4/1999 A.D.

H.E. Eng. Mohamed Ahmed Ai-Salmi
**General Manager of Airway Engineering**
**Presidency of Civil Aviation**
Jeddah – Kingdom of Saudi Arabia

Subject: Secondment of Employee / Omar Ahmed Moustafa Bayoumi

Greetings,
With reference to our letter No. EMD / 325 / 18 / 15 dated 28/3/1999 A.D in which DALLAH AVECO asked for the approval of Presidency of Civil Aviation on extending the secondment period of employee Omar Ahmed Moustafa Bayoumi for one year as of 8/1/1419 A.H.
Accordingly, we would like to report that the Company considers the period ended on 7/1/1420 as the termination of the secondment period of the said employee from the Presidency of Civil Aviation and it does not want to renew the secondment. In addition, we hope you to inform whom it may concern with the above-mentioned information.

Thank you for your cooperation.
Best regards,

&lt;illegible handwriting&gt;
**To take necessary actions to extend the secondment period of the said employee for one year as of 8/1/1420.**
**Signed / 19/12/1419**

Alawi Mohammed Saeed Kamel
      Chairman
   (*Signed*)

&lt;illegible&gt;
707
06 Apr 1999
AED

DA001102

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ
COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



ص.ب ٤٣٠ ، جــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ افكو اس جي
س.ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠،٠٠٠،٠٠٠ ريال سعودي

الرقــم : رم/؟/٢٢٧/٩٩/١٥/١١-٩
التاريـخ : ١٤١٩/١٢/١٨هـ
الموافــق : ١٩٩٩/٠٤/٠٤م

سعادة / المهندس محمد أحمد السالمي
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
جدة – المملكة العربية السعودية

الموضوع : إعارة الموظف / عمر أحمد مصطفى بيومي .

السلام عليكم ورحمة الله وبركاته ،

إشارة لخطابنا رقم : ع م د/١٥/١٨/٣٢٥ المؤرخ في ١٩٩٩/٣/٢٨م والذي تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدني لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومي لمدة عام إعتباراً من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهية في ١٤٢٠/١/٧هـ هي نهاية مدة إعارة المذكور من رئاسة الطيران المدني وليس للشركة الرغبة في تجديدها لفترة أخرى ، كما نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .
وتفضلوا بقبول وافر التحية ،،،،

علـــوي محمد سعيد كامـل
رئيس مجلس الإدارة

ssempl/adm8

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001101

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in MDL 1570 (RCC), United States District Court for the Southern District of New York.

Dated: from employee file / omar Bayoumi file

P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.



dallah AVCO
TRANS ARABIA
LIMITED LIABILITY COMPANY

ص . ب . ٤٣٠ ، جــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تلكس : ٦٠١٤٨٢ آفكو اس جي
س . ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠،٠٠٠،٠٠٠ ريال سعودي

الرقم : ر ث/؟/٩٩/٢٢٧/١٥/١١-؟
التاريخ : ١٤١٩/١٢/١٨هـ
الموافق : ١٩٩٩/٠٤/٠٤م

سعادة / المهندس محمد أحمد السالمي
مدير عام هندسة الممرات الجوية
رئاسة الطيران المدني
جدة - المملكة العربية السعودية

الموضوع : إعارة الموظف / عمر أحمد مصطفى بيومي .

السلام عليكم ورحمة الله وبركاته،

إشارة لخطابنا رقم : ع م د/١٥/١٨/٣٢٥ المؤرخ في ١٩٩٩/٣/٢٨م والذي تطلب فيه شركة دله أفكو موافقة رئاسة الطيران المدني لتمديد فترة إعارة الموظف / عمر أحمد مصطفى بيومي لمدة عام إعتباراً من ١٤١٩/١/٨هـ .

عليه نود الإفادة بأن الشركة تعتبر الفترة المنتهية في ١٤٢٠/١/٧هـ هي نهاية مدة إعارة المذكور من رئاسة الطيران المدني وليس للشركة الرغبة في تجديدها لفترة أخرى ، كما نرجو تبليغ من يلزم بما ورد عاليه .

شاكرين حسن تعاونكم معنا .

وتفضلوا بقبول وافر التحية ،،،،

علوي محمد سعيد كامل
رئيس مجلس الإدارة

R.E.G
6 APR 1999
AEO

DA001102



# TRANSLATION CERTIFICATION STATEMENT

**Document title:**
2015-01-28 DA001101_1102
2015-01-28 DA001110
2015-04-21 DA001357
DA001104

**Language:** Arabic > English (US)

## TRANSLATOR STATEMENT

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Shiamaa Rabiee

**Qualifications:** More than 15 years of experience in the field of Translation and localization

Signed                                                                       **Date:** November 8, 2017

*Shaimaa Rabiee*