# EXHIBIT 20

**In the name of Allah, Most Gracious, Most Merciful**

**Kingdom of Saudi Arabia**

| | |
|---|---|
| Ministry of Defense and Aviation | Ref.: 107/AWE |
| Headquarter of Civil Defense | Date: 20/12/1419G |
| Airways Engineering | Enclosures: |

<u>**Very urgent**</u>

His Excellency/ the Chairman of the Board of Directors of the Dalla Group

**<u>Subject: Renewal of the secondment of employee Omar Ahmad Baiyomy</u>**

With reference to your letter Ref.: CHBD/337/99/15/11-A, dated 18/12/1419ah., corresponding to 04/04/1999G, under which you stated that you do not have the desire to renew the secondment of the above person for another year.

We hereby inform you that the HQ desires to second him for one year only to complete the task for which the HQ agreed upon his secondment.

Accordingly, we hope you renew the secondment of the said person for another year as of 08/01/1420ah. The company shall draft a letter and serve it on the HQ in this regard and with all due speed in order for the secondment arrangements to be completed in accordance with the law because of the limited time and the beginning of the new Hijri year.

Thank you for your cooperation.

Best regards,

General Manager of Airways Engineering

Engineer/ Muhammad Ahmad Al Salemi

[Signature]

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001104

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني
هندسة الممرات الجوية

الرقم: ٧٠٠٧
التاريخ: ٢٩/١٠/ هـ

عاجل جداً

سعادة / رئيس مجلس إدارة مجموعة دله     المحترم

الموضوع : تجديد إعارة الموظف عمر أحمد بيومي

السلام عليكم ورحمة الله وبركاته ،

بالإشارة إلى خطابكم رقم ر م أ/ ١١/١٥/٩٩/٣٣٧-أ بتاريخ ١٤١٩/١٢/١٨ هـ الموافق ١٩٩٩/٤/٤ م ، والذي أشرتم فيه إلى عدم رغبة الشركة في تجديد إعارة المذكور لفترة عام آخر .

نفيدكم بأن الرئاسة ترغب في منحه إعارة لمدة عام واحد فقط ، لإكمال المهمة التي وافقت بموجبها الرئاسة على إعارته .

لذا نأمل تجديد إعارة المذكور لفترة عام آخر اعتباراً من ١٤٢٠/١/٨ هـ ، على أن يتم تحرير خطاب من الشركة موجه للرئاسة بهذا الشأن وبالسرعة المطلوبة لكي تكتمل ترتيبات إجراءات الإعارة حسب النظام نظراً لضيق الوقت وحلول العام الهجري الجديد .

ونشكر لكم تعاونكم . . . وتقبلوا تحياتنا ،،،

مدير عام هندسة الممرات الجوية

م/ محمد أحمد السالمي

Q.F.C

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# TRANSLATION CERTIFICATION STATEMENT

**Document title:**
2015-01-28 DA001101_1102
2015-01-28 DA001110
2015-04-21 DA001357
DA001104

**Language:** Arabic > English (US)

## TRANSLATOR STATEMENT

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Shiamaa Rabiee

**Qualifications:** More than 15 years of experience in the field of Translation and localization

Signed                                          **Date:** November 8, 2017

*Shaimaa Rabiee*