# EXHIBIT 21

P.O. Box 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE: 6710000
TELEX: 601482 AVCO SJ
COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR



Ref. No. RMA / 364 / 99 / 15 / 11
Date: 21/12/1419 A.H.
Corresponding to: 7/4/1999 A.D.

**H.H./ President of Civil Aviation**

Greetings,

With reference to our previous letter No. EMD / 325 / 98 / 15 dated 30/11/1418 A.H regarding the secondment Mr. Omar Ahmed Moustafa Bayoumi to work as accounts supervisor based on the existing cooperation between the public and private sectors.
Accordingly, we hope that you kindly approve the extension of the secondment period of the said employee for one more year as of 8/1/1420 A.H.

Thank you for your cooperation.
Best regards,

Alawi Mohammed Saeed Kamel
        Chairman
        (*Signed*)

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

DA001110

```
P. O. BOX 430 JEDDAH 21411
KINGDOM OF SAUDI ARABIA
TELEPHONE : 6710000
TELEX : 601482 AVCO SJ

COMMERCIAL REG. NO. 20442
PAID IN CAPITAL 10,000,000 SR.
```



ص.ب ٤٣٠ ، جــــدة ٢١٤١١
المملكة العربية السعودية
تلفون : ٦٧١٠٠٠٠
تـلـكـس : ٦٠١٤٨٢ افـكو اس جي

س . ت رقم : ٢٠٤٤٢
رأس المال المدفوع ١٠,٠٠٠,٠٠٠ ريال سعودي

الرقــم : رم أ/٣٦٤/٩٩/١٥/١١
التاريـخ : ١٤١٩/١٢/٢١ هـ
الموافــق : ١٩٩٩/٠٤/٠٧ م

معالي / رئيس الطيران المدني                     الموقر،

السلام عليكم ورحمة الله وبركاته،

بالإشارة إلى خطابنا السابق رقم : ع م د/٩٨/٣٢٥/١٥ بتاريخ ١٤١٨/١١/٣٠ هـ بخصوص إعارة السيد / عمر أحمد مصطفى البيومي – بوظيفة مشرف حسابات وذلك بناءاً على التعاون القائم بين القطاع الحكومي والخاص .

نأمل موافقة معاليكم على تمديد فترة إعارة المذكور للعمل لمدة عام آخر إعتباراً من ١٤٢٠/١/٨ هـ .

شاكرين لمعاليكم حسن تعاونكم .

وتفضلوا بقبول وافر التحية،،،



علوي محمد سعيد كامل
رئيس مجلس الإدارة

bayomi/s-fin

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

DA001110



# TRANSLATION CERTIFICATION STATEMENT

**Document title:**
2015-01-28 DA001101_1102
2015-01-28 DA001110
2015-04-21 DA001357
DA001104

**Language:** Arabic > English (US)

## TRANSLATOR STATEMENT

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Shiamaa Rabiee

**Qualifications:** More than 15 years of experience in the field of Translation and localization

Signed                                          **Date:** November 8, 2017

*Shaimaa Rabiee*