# EXHIBIT 22

Confidential: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for Southern District of New York.

In the Name of Allah, the Most Gracious, the Most Merciful

**Kingdom of Saudi Arabia**
Ministry of Defence and Aviation
**Presidency of Civil Aviation**



Ref No. 5/1/4/7
Date: 1/1/1420 A.H
Attachments: //

Omar Ahmed Moustafa Bayoumi – Accountant – Eighth Grade – Airway Engineering

**<u>H.H Assistant Minister of Defence and Aviation and Inspector General for Civil Aviation Affairs</u>**

Greetings,
I submit to your excellency the Dallah Avco's letter No. RMA / 337 / 99 / 15 / 11 dated 21/12/1419 A.H, in which the Company asked for extending the secondment period of the employee, whose identity is shown above to work in their company, and Dallah Avco asked for the approval of Presidency of Civil Aviation on extending the secondment period of the employee for the fifth year. Taking in consideration that the administrative decision No. 7/4/1/575 dated 15/1/1419 A.H was issued on extension of his secondment period for the fourth year as of 8//1419 A.H and this secondment will not affect the workflow and in accordance with the Article (29/4) of the Civil Service Regulations which allows the extension of the employee's secondment for period(s), provided that each period does not exceed one year. Whereas this falls among your authority.

Therefore, I hope that you kindly approve the extension of the secondment period of the said employee in the above-mentioned company for one more year as of 8/1/1420 A.H.

Thank you for your cooperation.

Best regards,

President of the Civil Aviation
Dr. Ali Bin Abdul-Rahman Al-Khalaf
(***Signed***)

**Dallah**
Jeddah
**Incoming No. 400**
**Date: 4/1/1420 A.H**
**Corresponding 20/4/1999 A.D**

2/ Bayoumi
CC/ H.E. Managing Director of Dallah Avco Company
CC/ H.E. General Manager of Airway Engineering/ CC/ Mr. Director of Financial Management
CC/ H.E. Director of Personnel Affairs /Employment Department / CC/ for his file with a copy of the letter

Manager of Air Navigation
Project (Singed)
20/4/1420 A.H

DA001357

CONFIDENTIAL: This document is subject to a Protective Order regarding confidentiality in In re Terrorist Attacks on September 11, 2001, United States District Court for the Southern District of New York.

Case 1:03-md-01570-GBD-SN   Document 3783-23   Filed 11/09/17   Page 3 of 4



بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة الدفاع والطيران
رئاسة الطيران المدني

الرقم: ٧/١٤١١/٥
التاريخ: ١/١١/١٤٢٠
المرفقات:

عمر احمد مصطفى بيومي   محاسب   الثامنة   هندسة الممرات الجوية

صاحب السمو مساعد وزير الدفاع والطيران والمفتش العام   حفظه الله
لشئون الطيران المدني

السلام عليكم ورحمة الله وبركاته :

ارفع لسموكم الكريم خطاب شركة دله افكو رقم رم أ/٣٦٤/٩٩/١٥/١١ وتاريخ ١٤١٩/١٢/٢١هـ الذي تطلب فيه تمديد اعارة خدمات الموظف الموضحة هويته بعاليه للعمل لديهم لسنة خامسة والذي سبق وأن صدر القرار الاداري رقم ٥٧٥/١/٤/٧ وتاريخ ١٤١٩/١/١٥هـ بتمديد اعارة المذكور للشركه المشار اليها لمدة سنه رابعه اعتبارا من ١٤١٩/١/٨هـ وحيث أن هذه الاعاره لاتؤثر على سير العمل واشارة للمادة (٢٩/٤) من لوائح الخدمة المدنية والتى اجازت تمديد اعارة الموظف مده أو مدد لاتزيد كل منهما على سنه وبما أن هذه من صلاحية سموكم .

لذا ارجو من سموكم الكريم الموافقة على تمديد اعارة خدمات المذكور للشركة المشار اليها ولمدة سنه أخرى اعتبارا من ١٤٢٠/١/٨هـ .

وتقبلوا سموكم الكريم خالص تحياتى وتقديري ،،،

رئيس الطيران المدنى
د/ علي بن عبدالرحمن الخلف

٢/بيومي
ص/ لسعادة العضو المنتدب لشركة دله افكو
ص/ لسعادة مدير عام هندسة الممرات الجويه / ص/ للمكرم مدير الادارة الماليه
ص/ لسعادة مدير شئون الموظفين / التوظيف / ص/ للملف مع صورة الخطاب

DA001357



# TRANSLATION CERTIFICATION STATEMENT

**Document title:**
2015-01-28 DA001101_1102
2015-01-28 DA001110
2015-04-21 DA001357
DA001104

**Language:** Arabic > English (US)

## TRANSLATOR STATEMENT

I hereby declare that, to the best of my knowledge and belief, the translation of the above referenced documents is a true, accurate and complete translation of the original.

**Name of Certifying Translator:** Shiamaa Rabiee

**Qualifications:** More than 15 years of experience in the field of Translation and localization

Signed                                              **Date:** November 8, 2017

*Shaimaa Rabiee*