UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:  *All Actions*

**AFFIRMATION OF ROBERT T. HAEFELE TRANSMITTING EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE RENEWED MOTIONS TO DISMISS OF THE KINGDOM OF SAUDI ARABIA AND SAUDI HIGH COMMISSION FOR RELIEF OF BOSNIA & HERZEGOVINA**

Robert T. Haefele affirms, under penalty of perjury, as follows:

1.      I am an attorney admitted to practice in the above-captioned matter, a member of the Plaintiffs' Executive Committees in this MDL, and associated with the law firm Motley Rice LLC, counsel for plaintiffs in this MDL.  I submit this Declaration to transmit to the Court the following documents and translations of original Arabic language documents produced in discovery and that are cited in the Affirmation of Evan Francois Kohlmann,[1] dated November 9, 2017, which is being submitted in support of Plaintiffs' Memorandum of Law in Opposition to the Renewed Motions to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC").

2.      Pursuant to the Honorable George B. Daniels' October 30, 2017 Order at ECF No. 3773, authorizing the Plaintiffs' Executive Committees ("PECs") to file voluminous documentary materials and evidence offered in support of their Memorandum of Law in Opposition to the Renewed Motions to Dismiss of the Kingdom of Saudi Arabia and SHC with

---

[1] Mr. Kohlmann's declaration is Exhibit 9 to the Affirmation of J. Scott Tarbutton Transmitting Evidence in Support of Plaintiffs' Memorandum of Law in Opposition to the Renewed Motions to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina.

the Clerk of the Court if needed, plaintiffs' are filing the Exhibits referenced herein with the

Clerk's office via a thumb drive which can be accessed by any party.

3.      Copies of the thumb drive are also being provided to counsel for the Kingdom of

Saudi Arabia and counsel for the Saudi High Commission.

4.      Attached hereto as Exhibit 1 is a true and correct copy of *Chapter Three The*

*Budget* from the Financial Regulations of the MWL founding charter as published by the

League's Founding council in its 37th meeting in Mecca (Articles 7-13) (JT-MWL 00127).

5.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from Dr. Hassan

Muhammad Bajouda to Deputy Secretary General of MWL, 5/9/1414 H (JT-MWL 00482).

6.      Attached hereto as Exhibit 2T is a true and correct copy of a translation of a letter

from Dr. Hassan Muhammad Bajouda to Deputy Secretary General of MWL, 5/9/1414 H (JT-

MWL 00482_EN).

7.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from Fawzi

Rushdi Al-Adhmeh (MWL Director of Financial Administration Department) to the MWL

Assistant Secretary General for Administrative and Financial Affairs, 17/10/1415 H (JT-MWL

00530).

8.      Attached hereto as Exhibit 3T is a true and correct copy of a translation of a letter

from Fawzi Rushdi Al-Adhmeh (MWL Director of Financial Administration Department) to the

MWL Assistant Secretary General for Administrative and Financial Affairs, 17/10/1415 H (JT-

MWL 00530_EN).

9.      Attached hereto as Exhibit 4 is a true and correct copy of a Meeting Record of the

MWL General Secretariat Permanent Coordination Committee of Mosques, 20/2/1421 H (JT-

MWL 00645).

10.     Attached hereto as <u>Exhibit 4T</u> is a true and correct copy of a translation of a Meeting Record of the MWL General Secretariat Permanent Coordination Committee of Mosques, 20/2/1421 H (JT-MWL 00645_EN).

11.     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a memo from the KSA General Auditing Bureau, 5/3/1425 H (JT-MWL 04514).

12.     Attached hereto as <u>Exhibit 5T</u> is a true and correct copy of a translation of a memo from the KSA General Auditing Bureau, 5/3/1425 H (JT-MWL 04514_EN).

13.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a letter from Abdul Qader bin Abdullah Basfar (KSA General Manager of the General Auditing Bureau – Mecca Area) to the MWL General Manager of the Financial and Administrative Affairs (JT-MWL-04515).

14.     Attached hereto as <u>Exhibit 6T</u> is a true and correct copy of a translation of a letter from Abdul Qader bin Abdullah Basfar (KSA General Manager of the General Auditing Bureau – Mecca Area) to the MWL General Manager of the Financial and Administrative Affairs (JT-MWL-04515_EN).

15.     Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a facsimile from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to the IIRO Secretary General in Jeddah, 14/7/1419 H (JT-MWL 04556 – 04557).

16.     Attached hereto as <u>Exhibit 7T</u> is a true and correct copy of a translation of a facsimile from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to the IIRO Secretary General in Jeddah, 14/7/1419 H (JT-MWL 04556 – 04557_EN).

17.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a July 31, 2001 article appearing in Al Jazeera, Issue no. 10533, *Order for financial assistance to Islamic associations*

*and centers as per the directive of the Custodian of the Two Holy Mosques, 10 million riyal headquarters for the Institute of Islamic Sciences in Jakarta*, authored by Khalid Bin Hamad Al-Malek, Editor in Chief.

18.     Attached hereto as <u>Exhibit 8T</u> is a true and correct copy of a translation of a July 31, 2001 article appearing in Al Jazeera, Issue no. 10533, *Order for financial assistance to Islamic associations and centers as per the directive of the Custodian of the Two Holy Mosques, 10 million riyal headquarters for the Institute of Islamic Sciences in Jakarta*, authored by Khalid Bin Hamad Al-Malek, Editor in Chief.

19.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of *The Third Chapter The Budget* from the Financial Regulations of the MWL founding charter as published by the MWL Constituent Council's 37th session (Articles 6-15) (MWL 05138).

20.     Attached hereto as <u>Exhibit 9T</u> is a true and correct copy of a translation from *The Third Chapter The Budget* from the Financial Regulations of the MWL founding charter as published by the MWL Constituent Council's 37th session (Articles 6-15) (MWL 05138_EN).

21.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a December 31, 1994 MWL accounting statement, *Income and expenditure accounts for the year ended in Capricorn 9, 1373 SH on 28 Rajab, 1415 A.H* (MWL 05346-5347).

22.     Attached hereto as <u>Exhibit 10T</u> is a true and correct copy of a translation of a December 31, 1994 MWL accounting statement, *Income and expenditure accounts for the year ended in Capricorn 9, 1373 SH on 28 Rajab, 1415 A.H* (MWL 05346-5347_EN).

23.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of a December 31, 1997 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1376 SH on 1st Ramadan, 1418 A.H* (MWL 05350-51).

24.     Attached hereto as <u>Exhibit 11T</u> is a true and correct copy of translation of a December 31, 1997 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1376 SH on 1st Ramadan, 1418 A.H* (MWL 05350-51_EN).

25.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a December 31, 1996 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1375 SH on 20 Shaaban, 1417 A.H* (MWL 05354-55).

26.     Attached hereto as <u>Exhibit 12T</u> is a true and correct copy of a translation of a December 31, 1996 MWL accounting statement, *A statement of revenue and expenses for the year ended in Capricorn 9, 1375 SH on 20 Shaaban, 1417 A.H* (MWL 05354-5355_EN).

27.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a December 31, 1993 MWL accounting statement, *The financial Position, Capricorn 9, 1372 SH on 17 Rajab, 1414 A.H* (MWL 05364-66).

28.     Attached hereto as <u>Exhibit 13T</u> is a true and correct copy of a translation of a December 31, 1993 MWL accounting statement, *The financial Position, Capricorn 9, 1372 SH on 17 Rajab, 1414 A.H* (MWL 05364-66_EN).

29.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the IIRO Report, *A report on the first relief campaign for distribution of the gift by the Custodian of the Two Holy Mosques, may Allah bless him, to the needy Afghani people* (IIRO 14955-57).

30.     Attached hereto as <u>Exhibit 14T</u> is a true and correct copy of a translation of the IIRO Report, *A report on the first relief campaign for distribution of the gift by the Custodian of the Two Holy Mosques, may Allah bless him, to the needy Afghani people* (IIRO 14955-57_EN).

31.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al

Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 04/09/1416 AH (WAMYSA 02444).

32.      Attached hereto as <u>Exhibit 15T</u> is a true and correct copy of a translation of a letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 04/09/1416 AH (WAMYSA 02444).

33.      Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 08/07/1417 AH (WAMYSA 02973).

34.      Attached hereto as <u>Exhibit 16T</u> is a true and correct copy of a translation of a letter from Prof. Mana bin Hammad al-Juhani (WAMY Secretary General) to Prof. Abdullah Abdul Mohsen Al Turki (President of WAMY and Minister of Islamic Affairs, Endowments and Guidance), 08/07/1417 AH (WAMYSA 02973_EN).

35.      Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the *Minutes of the Eighth Meeting of the IIROSA Board of Directors, Sunday 4/3/1422 A.H. corresponding to 27/5/2001 A.D.* (MWLIIRO 16233-16237).

36.      Attached hereto as <u>Exhibit 17T</u> is a true and correct copy of a translation of the *Minutes of the Eighth Meeting of the IIROSA Board of Directors, Sunday 4/3/1422 A.H. corresponding to 27/5/2001 A.D.* (MWLIIRO 16233-16237_EN).

37.      Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the *Minutes of the Sixth Meeting of the IIROSA Board of Directors, Wednesday, 22/6/1421 A.H. corresponding to 20/9/2000 A.D.* (MWLIIRO 16243-16246).

38.     Attached hereto as <u>Exhibit 18T</u> is a true and correct copy of a translation of the *Minutes of the Sixth Meeting of the IIROSA Board of Directors, Wednesday, 22/6/1421 A.H. corresponding to 20/9/2000 A.D.* (MWLIIRO 16243-16246_EN).

39.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a Trust Deed, dated August 6, 1984 for the lease of the MWL office in London (MWL007033-7043).

40.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a letter from Abdel Hadi Taher Dajeet (Chargé d'affaires of the MWL Philippines Office) to the Islamic and Cultural Affairs officer at the Saudi Embassy in Manila, The Philippines, 4 Dhul Hijja 1417 H (MWL 008574).

41.     Attached hereto as <u>Exhibit 20T</u> is a true and correct copy of a translation of a letter from Abdel Hadi Taher Dajeet (Chargé d'affaires of the MWL Philippines Office) to the Islamic and Cultural Affairs officer at the Saudi Embassy in Manila, The Philippines, 4 Dhul Hijja 1417 H (MWL 008574_EN).

42.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In the city of Johannesburg – South Africa* (list of members of the General Relief Committee) (IIRO 227909-910).

43.     Attached hereto as <u>Exhibit 21T</u> is a true and correct copy of a translation of a meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In*

*the city of Johannesburg – South Africa* (list of members of the General Relief Committee) (IIRO 227909-910_EN).

44.     Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In the city of Johannesburg – South Africa* (recommendations 8-10) (IIRO 277919).

45.     Attached hereto as <u>Exhibit 22T</u> is a true and correct copy of a translation of a meeting protocol from an IIRO meeting held at The International Islamic Council for Da'awa and Relief held in Johannesburg in November 1998, *Recommendations of the twentieth meeting of General Relief Committee held from 14 to 17 Rajab 1419 Hijri, 13-16 November 1998 GC In the city of Johannesburg – South Africa* (recommendations 8-10) (IIRO 277919_EN).

46.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of letters regarding assistance for Burma refugees in Bangladesh and the recommendations of the Supreme Council for Islamic Affairs (IIRO 280172-178).

47.     Attached hereto as <u>Exhibit 23T</u> is a true and correct copy of a translation of letters regarding assistance for Burma refugees in Bangladesh and the recommendations of the Supreme Council for Islamic Affairs (IIRO 280172-178_EN).

48.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of a letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Deputy Minister of Foreign Affairs, 16/4/1421 H (corresponding to July 18, 2000) (IIRO 285013).

49.     Attached hereto as <u>Exhibit 24T</u> is a true and correct copy of a translation of a letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Deputy Minister of Foreign Affairs, 16/4/1421 H (corresponding to July 18, 2000) (IIRO 285013_EN).

50.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of a facsimile from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ibrahim Bin Mohamed Al-Hibr (Religious Attaché to the Saudi Embassy in Addis Ababa and Chairman of the Committee Supervising the IIRO Office in Ethiopia), 7/1/1422 AH (corresponding to September 18, 2001) (IIRO 284663).

51.     Attached hereto as <u>Exhibit 25T</u> is a true and correct copy of a translation of a facsimile from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ibrahim Bin Mohamed Al-Hibr (Religious Attaché to the Saudi Embassy in Addis Ababa and Chairman of the Committee Supervising the IIRO Office in Ethiopia), 7/1/1422 AH (corresponding to September 18, 2001) (IIRO 284663_EN).

52.      Attached hereto as <u>Exhibit 26</u> is a true and correct copy of a circular from the Ministry of Islamic Affairs' branch office in the Eastern Province, 9/10/1424 A.H. (corresponding to November 4, 2003) (IIRO 283369).

53.     Attached hereto as <u>Exhibit 26T</u> is a true and correct copy of a translation of a circular from the Ministry of Islamic Affairs' branch office in the Eastern Province, 9/10/1424 A.H. (corresponding to November 4, 2003) (IIRO 283369_EN).

54.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of a MWL meeting protocol regarding recommendations for assistance to the Olog Mosque Society in Brussels, Belgium to renovate and convert a building into a mosque, 6/2/1419 H (JT-MWL 00616).

55.     Attached hereto as <u>Exhibit 27T</u> is a true and correct copy of a translation of a MWL meeting protocol regarding recommendations for assistance to the Olog Mosque Society

in Brussels, Belgium to renovate and convert a building into a mosque, 6/2/1419 H (JT-MWL 00616_EN).

56.     Attached hereto as Exhibit 28 is a true and correct copy of a letter from Wael Hamzah Jelaidan (Director General-cum-Secretary General of the Rabita Trust) to Dr. Masooma Hasan (Secretary Cabinet Division, Islamabad), October 14, 2000 (MWL 030818).

57.     Attached hereto as Exhibit 29 is a true and correct copy of a letter from Amin Aqeel Attas (Secretary Assistant General for Administrative and Financial Affairs) to the Deputy Minister of the Ministry of Finance and National Economy for Economic Affairs, 6 Muharram 1418 (MWL 051264).

58.     Attached hereto as Exhibit 29T is a true and correct copy of a translation of a letter from Amin Aqeel Attas (Secretary Assistant General for Administrative and Financial Affairs) to the Deputy Minister of the Ministry of Finance and National Economy for Economic Affairs, 6 Muharram 1418 (MWL 051264_EN).

59.     Attached hereto as Exhibit 30 is a true and correct copy of a letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Sultan bin Abdel Aziz (Second Deputy Prime Minister and President of the Supreme Council for Islamic Affairs) (MWL 051436).

60.     Attached hereto as Exhibit 30T is a true and correct copy of a translation of a letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Sultan bin Abdel Aziz (Second Deputy Prime Minister and President of the Supreme Council for Islamic Affairs) (MWL 051436_EN).

61.     Attached hereto as <u>Exhibit 31</u> is a true and correct copy of a letter from Dr. Abdullah Abdul Muhsen Al Turki (MWL Secretary General) to King Fahed bin Abdelaziz Al Saud (Custodian of the Two Holy Mosques), 13 Muharram 1422 H (MWL 051698).

62.     Attached hereto as <u>Exhibit 31T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah Abdul Muhsen Al Turki (MWL Secretary General) to King Fahed bin Abdelaziz Al Saud (Custodian of the Two Holy Mosques), 13 Muharram 1422 H (MWL 051698_EN).

63.     Attached hereto as <u>Exhibit 32</u> is a true and correct copy of a letter from Dr. Abdullah bin Abdul Muhsen Al Turki (MWL Secretary General) to King Fahd bin Abdul Aziz Al Saud (Custodian of the Two Holy Mosques), 4 Rabi' Al-Awal 1422 H (MWL 058614).

64.     Attached hereto as <u>Exhibit 32T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah bin Abdul Muhsen Al Turki (MWL Secretary General) to King Fahd bin Abdul Aziz Al Saud (Custodian of the Two Holy Mosques), 4 Rabi' Al-Awal 1422 H (MWL 058614_EN).

65.     Attached hereto as <u>Exhibit 33</u> is a true and correct copy of a letter from Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Abdul Aziz Bin Fahed bin Abdul Aziz Al Saud (Minister of State and Member of the Council of Ministers and Head of the Cabinet of the Council of Ministers), 12 Safar 1422 (MWL 051331).

66.     Attached hereto as <u>Exhibit 33T</u> is a true and correct copy of a translation of a letter from Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to Prince Abdul Aziz Bin Fahed bin Abdul Aziz Al Saud (Minister of State and Member of the Council of Ministers and Head of the Cabinet of the Council of Ministers), 12 Safar 1422 (MWL 051331_EN).

67.     Attached hereto as <u>Exhibit 34</u> is a true and correct copy of a letter from Dr. Abdullah bin Saleh Al Obeid (MWL Secretary General) to the Ambassador of the Custodian of the Two Holy Mosques, Copenhagen, Denmark, 21 Rabee al-Thani 1418 (MWL 052523).

68.     Attached hereto as <u>Exhibit 34T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah bin Saleh Al Obeid (MWL Secretary General) to the Ambassador of the Custodian of the Two Holy Mosques, Copenhagen, Denmark, 21 Rabee al-Thani 1418 (MWL 052523_EN).

69.     Attached hereto as <u>Exhibit 35</u> is a true and correct copy of a letter from Mohammad Bin Nasser Al Aboudi (MWL Deputy Secretary General) to Mohammad Nouri Ibrahim (Saudi Ambassador to Madrid), 7 Safar 1414 (MWL 052287).

70.     Attached hereto as <u>Exhibit 35T</u> is a true and correct copy of a translation of a letter from Mohammad Bin Nasser Al Aboudi (MWL Deputy Secretary General) to Mohammad Nouri Ibrahim (Saudi Ambassador to Madrid), 7 Safar 1414 (MWL 052287_EN).

71.     Attached hereto as <u>Exhibit 36</u> is a true and correct copy of an excerpt from a speech by MWL Secretary General from the *Charity activities in the time of King Abdullah* Conference (MWL 058868).

72.     Attached hereto as <u>Exhibit 36T</u> is a true and correct copy of a translation of an excerpt from a speech by MWL Secretary General from the *Charity activities in the time of King Abdullah* Conference (MWL 058868_EN).

73.     Attached hereto as <u>Exhibit 37</u> is a true and correct copy of a letter from Abdulaziz bin Abdullah bin Baz (Grand Mufti of Saudi Arabia) to the Sheikh Muhammad Bin Nasser Al Aboudi (MWL Acting Secretary General), 28/5/1416 (MWL 059172).

74.     Attached hereto as <u>Exhibit 37T</u> is a true and correct copy of a translation of a letter from Abdulaziz bin Abdullah bin Baz (Grand Mufti of Saudi Arabia) to the Sheikh Muhammad Bin Nasser Al Aboudi (MWL Acting Secretary General), 28/5/1416 (MWL 059172_EN).

75.     Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a letter from Dr. Abdullah bin Abdul Muhsin Al Turki (MWL Secretary-General) to King Fahd bin Abdulaziz Al Saud (Custodian of the Two Holy Mosques), 1 Safar 1422 AH (MWL 056784).

76.     Attached hereto as <u>Exhibit 38T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah bin Abdul Muhsin Al Turki (MWL Secretary-General) to King Fahd bin Abdulaziz Al Saud (Custodian of the Two Holy Mosques), 1 Safar 1422 AH (MWL 056784_EN).

77.     Attached hereto as <u>Exhibit 39</u> is a true and correct copy of a series of letters regarding appreciation expressed to King Fahd bin Abdel Aziz Al Saud by high ranking Taliban officials for assistance and requesting cooperation and assistance from the King through the IIRO. (IIRO 096108 & IIRO 096075-6 & 096114).

78.     Attached hereto as <u>Exhibit 39T</u> is a true and correct copy of a translation of a series of letters regarding appreciation expressed to King Fahd bin Abdel Aziz Al Saud by high ranking Taliban officials for assistance and requesting cooperation and assistance from the King through the IIRO. (IIRO 096108 & IIRO 096075-6 & 096114_EN).

79.     Attached hereto as <u>Exhibit 40</u> is a true and correct copy of a letter from Dr. Abdullah Abdel-Mohsen Al-Torkey (MWL Secretary General) to Sheikh Saleh bin Abdel-Aziz bin Mohammad Al Elsheikh (Minister of Islamic Affairs, Endowments, Da'wah and Guidance), 22 Jomada Alawal 1422 (MWL 051339).

80.     Attached hereto as <u>Exhibit 40T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah Abdel-Mohsen Al-Torkey (MWL Secretary General) to Sheikh Saleh bin Abdel-Aziz bin Mohammad Al Elsheikh (Minister of Islamic Affairs, Endowments, Da'wah and Guidance), 22 Jomada Alawal 1422 (MWL 051339_EN).

81.     Attached hereto as <u>Exhibit 41</u> is a true and correct copy of minutes of a meeting held by the committee established at the request of the Minister of Islamic Affairs to distribute funds donated by the Saudi King, April 2, 2002 (IIRO 35077 – IIRO 35081).

82.     Attached hereto as <u>Exhibit 41T</u> is a true and correct copy of a translation of minutes of a meeting held by the committee established at the request of the Minister of Islamic Affairs to distribute funds donated by the Saudi King, April 2, 2002 (IIRO 35077 – IIRO 35081_EN).

83.     Attached hereto as <u>Exhibit 42</u> is a true and correct copy of a February 3, 1992 article from Al Alam Al Islami (Muslim World), Issue 1250, *Board Members Express their Gratitude and Appreciation to Custodian of the Two Holy Mosques for His Continued Support of the League*.

84.     Attached hereto as <u>Exhibit 42T</u> is a true and correct copy of a translation of a February 3, 1992 article from Al Alam Al Islami (Muslim World), Issue 1250, *Board Members Express their Gratitude and Appreciation to Custodian of the Two Holy Mosques for His Continued Support of the League*.

85.     Attached hereto as <u>Exhibit 43</u> is a true and correct copy of a May 3, 1993 article from Al Alam Al Islami (Muslim World), Issue 1290, *The Custodian of the Two Holy Mosques Thanks the Secretary General of the Muslim World League*.

86.     Attached hereto as <u>Exhibit 43T</u> is a true and correct copy of a translation of a May 3, 1993 article from Al Alam Al Islami (Muslim World), Issue 1290, *The Custodian of the Two Holy Mosques Thanks the Secretary General of the Muslim World League*.

87.     Attached hereto as <u>Exhibit 44</u> is a true and correct copy of a July 27, 1992 article from Al Alam Al Islami (Muslim World), *League Exercises Its Activities in Large Area of the World and Support from Custodian of the Two Holy Mosques Doubles Efforts it Exerts*.

88.     Attached hereto as <u>Exhibit 44T</u> is a true and correct copy of a translation of a July 27, 1992 article from Al Alam Al Islami (Muslim World), *League Exercises Its Activities in Large Area of the World and Support from Custodian of the Two Holy Mosques Doubles Efforts it Exerts*.

89.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy of Administrative Decision No. 93 of the IIRO Secretary-General on the establishment of a committee to manage the IIRO office in Mauritania (IIRO 129743 - IIRO 129744).

90.     Attached hereto as <u>Exhibit 45T</u> is a true and correct copy of a translation of Administrative Decision No. 93 of the IIRO Secretary-General on the establishment of a committee to manage the IIRO office in Mauritania (IIRO 129743 - IIRO 129744_EN).

91.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of the minutes of the 15th meeting of the IIRO's Overseas Offices Committee, *Fifteenth Committee Meeting Minutes of the Offices Abroad, Saturday, 6/8/1418 Hijri, corresponding to 12/06/1997 Gregorian calendar* (IIRO 287527 - IIRO 287536).

92.     Attached hereto as <u>Exhibit 46T</u> is a true and correct copy of a translation of the minutes of the 15th meeting of the IIRO's Overseas Offices Committee, *Fifteenth Committee*

*Meeting Minutes of the Offices Abroad, Saturday, 6/8/1418 Hijri, corresponding to 12/06/1997 Gregorian calendar* (IIRO 287527 - IIRO 287536_EN).

93.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of a letter from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to Dr. Adnan bin Mohammad Al Wazzan (Secretary General for Islamic Affairs, Head of the Preparatory Committee – Riyadh) (MWL 052935).

94.     Attached hereto as <u>Exhibit 47T</u> is a true and correct copy of a translation of a letter from Mohammad bin Nasser Al Abboudi (MWL Assistant Secretary General) to Dr. Adnan bin Mohammad Al Wazzan (Secretary General for Islamic Affairs, Head of the Preparatory Committee – Riyadh) (MWL 052935_EN).

95.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of a letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to the Minister of Islamic Affairs, Endowments, Da`wah and Guidance, 7 Dhul-Qi'dah 1422H (MWL 051310).

96.      Attached hereto as <u>Exhibit 48T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah Bin Abdul Muhsen Al Turki (MWL Secretary General) to the Minister of Islamic Affairs, Endowments, Da`wah and Guidance, 7 Dhul-Qi'dah 1422H (MWL 051310_EN).

97.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a letter from Abdallah bin Abdel Mohsen Al Turki (Minister of Islamic Affairs, Endowments, Da`wah and Guidance) to the MWL Secretary General, 2/5/1419 H (IIRO 280442).

98.     Attached hereto as <u>Exhibit 49T</u> is a true and correct copy of a translation of a letter from Abdallah bin Abdel Mohsen Al Turki (Minister of Islamic Affairs, Endowments, Da`wah and Guidance) to the MWL Secretary General, 2/5/1419 H (IIRO 280442_EN).

99.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of a letter from the IIRO Office in Chad to Dr. Adnan bin Khalil Basha (IIRO Secretary General), 10/10/1419 AH (IIRO 280436).

100.    Attached hereto as <u>Exhibit 50T</u> is a true and correct copy of a translation of a letter from the IIRO Office in Chad to Dr. Adnan bin Khalil Basha (IIRO Secretary General), 10/10/1419 AH (IIRO 280436_EN).

101.    Attached hereto as <u>Exhibit 51</u> is a true and correct copy of correspondence from Abdullah bin Mohammad bin Suleiman Al Lheidan (Director assigned to the Branch of the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance in the Eastern Region) to various charities, 2/7/1424 (IIRO 283387).

102.    Attached hereto as <u>Exhibit 51T</u> is a true and correct copy of a translation of correspondence from Abdullah bin Mohammad bin Suleiman Al Lheidan (Director assigned to the Branch of the Ministry of Islamic Affairs, Endowments, Da'wah, and Guidance in the Eastern Region) to various charities, 2/7/1424 (IIRO 283387_EN).

103.    Attached hereto as <u>Exhibit 52</u> is a true and correct copy of excerpts from the Minutes of the 7th meeting of the IIRO Overseas Offices Committee (IIRO 287458 - IIRO 287463).

104.    Attached hereto as <u>Exhibit 52T</u> is a true and correct copy of a translation of excerpts from the Minutes of the 7th meeting of the IIRO Overseas Offices Committee (IIRO 287458 - IIRO 287463_EN).

105.    Attached hereto as <u>Exhibit 53</u> is a true and correct copy of IIRO *Administrative decision No, 245 dated 27/09/1419 AH* (IIRO 287341).

106.    Attached hereto as <u>Exhibit 53T</u> is a true and correct copy of a translation of IIRO *Administrative decision No, 245 dated 27/09/1419 AH* (IIRO 287341_EN).

107.    Attached hereto as <u>Exhibit 54</u> is a true and correct copy of IIRO *Administrative Decision No. (185) dated 11/3/1422 [A.H. – 01/16/2002 A.D.]* (IIRO 287198).

108.    Attached hereto as <u>Exhibit 54T</u> is a true and correct copy of a translation of IIRO *Administrative Decision No. (185) dated 11/3/1422 [A.H. – 01/16/2002 A.D.]* (IIRO 287198_EN).

109.    Attached hereto as <u>Exhibit 55</u> is a true and correct copy of MWL Administrative *Decision No. (769/Q) dated 6/29/1412 A.H. [01/04/1992 A.D.]* (MWL 059354).

110.    Attached hereto as <u>Exhibit 55T</u> is a true and correct copy of a translation of MWL Administrative *Decision No. (769/Q) dated 6/29/1412 A.H. [01/04/1992 A.D.]* (MWL 059354_EN).

111.    Attached hereto as <u>Exhibit 56</u> is a true and correct copy of MWL Administrative *Decision No. (973/Q) dated 7/9/1414 A.H. [12/22/1993 A.D.]* (MWL 059236).

112.    Attached hereto as <u>Exhibit 56T</u> is a true and correct copy of a translation of MWL Administrative *Decision No. (973/Q) dated 7/9/1414 A.H. [12/22/1993 A.D.]* (MWL 059236_EN).

113.    Attached hereto as <u>Exhibit 57</u> is a true and correct copy of MWL Administrative *Decision No. (302/140/Q) dated 2/5/1424 A.H. [04/07/2003 A.D.]* (MWL 059241).

114.    Attached hereto as <u>Exhibit 57T</u> is a true and correct copy of a translation of MWL Administrative *Decision No. (302/140/Q) dated 2/5/1424 A.H. [04/07/2003 A.D.]* (MWL 059241_EN).

115.    Attached hereto as <u>Exhibit 58</u> is a true and correct copy of MWL Administrative *Decision No. (302/1997/Q) dated 11/2/1423 A.H. [01/04/2003 A.D.]* (MWL 059276).

116.    Attached hereto as <u>Exhibit 58T</u> is a true and correct copy of a translation of MWL Administrative *Decision No. (302/1997/Q) dated 11/2/1423 A.H. [01/04/2003 A.D.]* (MWL 059276_EN).

117.    Attached hereto as <u>Exhibit 59</u> is a true and correct copy of a letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ismail Bin Ibrahim Al-Shouri (Deputy Foreign Minister of Political Affairs), 3/12/1421 AH (corresponding to June 14, 2000) (IIRO 096423).

118.    Attached hereto as <u>Exhibit 59T</u> is a true and correct copy of a translation of a letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Ismail Bin Ibrahim Al-Shouri (Deputy Foreign Minister of Political Affairs), 3/12/1421 AH (corresponding to June 14, 2000) (IIRO 096423_EN).

119.    Attached hereto as <u>Exhibit 60</u> is a true and correct copy of letters from Dr. Abdullah bin Abdel Muhsen Al Turki (MWL Secretary General) to the Under Secretary of the Ministry of Foreign Affairs for Political Affairs (IIRO 280607 - IIRO 280611).

120.    Attached hereto as <u>Exhibit 60T</u> is a true and correct copy of a translation of letters from Dr. Abdullah bin Abdel Muhsen Al Turki (MWL Secretary General) to the Under Secretary of the Ministry of Foreign Affairs for Political Affairs (IIRO 280607 - IIRO 280611_EN).

121.    Attached hereto as <u>Exhibit 61</u> is a true and correct copy of a letter from Saud Al Faisal (Minister of Foreign Affairs) to the MWL Secretary General, 24/8/1424 H (JT-MWL 00753).

122.     Attached hereto as <u>Exhibit 61T</u> is a true and correct copy of a translation of a letter from Saud Al Faisal (Minister of Foreign Affairs) to the MWL Secretary General, 24/8/1424 H (JT-MWL 00753_EN).

123.     Attached hereto as <u>Exhibit 62</u> is a true and correct copy of a letter from Dr. Manaa bin Hammad Al Juhini (WAMY Secretary General) to Abdullah bin Laden (Supervisor of the WAMY office in North America), 7/6/1417 H (WAMYSA 002894).

124.     Attached hereto as <u>Exhibit 62T</u> is a true and correct copy of a translation of a letter from Dr. Manaa bin Hammad Al Juhini (WAMY Secretary General) to Abdullah bin Laden (Supervisor of the WAMY office in North America), 7/6/1417 H (WAMYSA 002894_EN).

125.     Attached hereto as <u>Exhibit 63</u> is a true and correct copy of a letter from Mohammed Bin Faisal Bin Torki (Head of Islamic Affairs at the Saudi Embassy in the USA) to Dr. Mane' Bin Hamad Al-Jahni (WAMY Secretary General), 1/22/1413 A.H. (corresponding to July 22, 1992) (WAMYSA 002683).

126.     Attached hereto as <u>Exhibit 63T</u> is a true and correct copy of a translation of a letter from Mohammed Bin Faisal Bin Torki (Head of Islamic Affairs at the Saudi Embassy in the USA) to Dr. Mane' Bin Hamad Al-Jahni (WAMY Secretary General), 1/22/1413 A.H. (corresponding to July 22, 1992) (WAMYSA 002683_EN).

127.     Attached hereto as <u>Exhibit 64</u> is a true and correct copy of Al-Haramain Bangladesh Office 2001 annual report (AH 00596-00639).

128.     Attached hereto as <u>Exhibit 65</u> is a true and correct copy of a telegram from Sultan Bin Abdulaziz (Chairman of the Supreme Council for Islamic Affairs) to the Minister of Higher Education (IIRO 280522).

129.     Attached hereto as <u>Exhibit 65T</u> is a true and correct copy of a translation of a telegram from Sultan Bin Abdulaziz (Chairman of the Supreme Council for Islamic Affairs) to the Minister of Higher Education (IIRO 280522_EN).

130.     Attached hereto as <u>Exhibit 66</u> is a true and correct copy of letters from Fawzi Bin Hassan Bin Mohammed Jamal (Manager of the IIRO Office in Jakarta) to the Religious Attaché at the Saudi Embassy in Jakarta (IIRO 277332 - 277333 & 277336).

131.     Attached hereto as <u>Exhibit 66T</u> is a true and correct copy of a translation of letters from Fawzi Bin Hassan Bin Mohammed Jamal (Manager of the IIRO Office in Jakarta) to the Religious Attaché at the Saudi Embassy in Jakarta (IIRO 277332 - 277333 & 277336_EN).

132.     Attached hereto as <u>Exhibit 67</u> is a true and correct copy of a letter from Muhammad Bin Mirdas Alqahtani (Ambassador of the Custodian of the Two Holy Mosques) to Adnan Khalil Basha (IIRO Secretary General) (IIRO 280045).

133.     Attached hereto as <u>Exhibit 67T</u> is a true and correct copy of a translation of a letter from Muhammad Bin Mirdas Alqahtani (Ambassador of the Custodian of the Two Holy Mosques) to Adnan Khalil Basha (IIRO Secretary General) (IIRO 280045_EN).

134.     Attached hereto as <u>Exhibit 68</u> is a true and correct copy of correspondence between Officers of the MWL Financial Affairs office and the Saudi Foreign Ministry, embassy and consulate (IIRO 284220-IIRO 284223).

135.     Attached hereto as <u>Exhibit 68T</u> is a true and correct copy of a translation of correspondence between Officers of the MWL Financial Affairs office and the Saudi Foreign Ministry, embassy and consulate (IIRO 284220-IIRO 284223_EN).

136.     Attached hereto as <u>Exhibit 69</u> is a true and correct copy of a letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Sheikh Saleh Bin Abdul-aziz Ash-seikh (Minister

of Islamic Affairs, Endowments, Call and Guidance), 24/10/1422 H (corresponding to January 8,

2001) (IIRO 285033).

137.     Attached hereto as <u>Exhibit 69T</u> is a true and correct copy of a translation of a

letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Sheikh Saleh Bin Abdul-

aziz Ash-seikh (Minister of Islamic Affairs, Endowments, Call and Guidance), 24/10/1422 H

(corresponding to January 8, 2001) (IIRO 285033_EN).

138.     Attached hereto as <u>Exhibit 70</u> is a true and correct copy of a letter from

Mou'ayyad Bin Abdel Wahed Albatteeri (Office Manager for IIRO in Pakistan) to Dr. Adnan

Khalil Basha (IIRO Secretary General), 27/8/1419 H (IIRO 111814-15).

139.     Attached hereto as <u>Exhibit 70T</u> is a true and correct copy of a translation of a

letter from Mou'ayyad Bin Abdel Wahed Albatteeri (Office Manager for IIRO in Pakistan) to

Dr. Adnan Khalil Basha (IIRO Secretary General), 27/8/1419 H (IIRO 111814-15_EN).

140.     Attached hereto as <u>Exhibit 71</u> is a true and correct copy of a letter from Dr. Adnan

Bin Khalil Basha (IIRO Secretary General) to Samir Radi (Deputy Director of the Sanabel Al-

Khair Company), 4/12/1422 AH (corresponding to July 3, 2001) (IIRO 112079).

141.     Attached hereto as <u>Exhibit 71T</u> is a true and correct copy of a translation of a

letter from Dr. Adnan Bin Khalil Basha (IIRO Secretary General) to Samir Radi (Deputy

Director of the Sanabel Al-Khair Company), 4/12/1422 AH (corresponding to July 3, 2001)

(IIRO 112079_EN).

142.     Attached hereto as <u>Exhibit 72</u> is a true and correct copy of a cable from Saud Al-

Faisal (Minister of Foreign Affairs) to the President of the Royal Court.

143.     Attached hereto as <u>Exhibit 72T</u> is a true and correct copy of a translation of a

cable from Saud Al-Faisal (Minister of Foreign Affairs) to the President of the Royal Court.

144.    Attached hereto as <u>Exhibit 73</u> is a true and correct copy of a letter from Abdullah Bin Abdul Mohsen Al-Torki (MWL Secretary General) to the Minister of Foreign Affairs, Muharram 28, 1434 AH (corresponding to December 11, 2012).

145.    Attached hereto as <u>Exhibit 73T</u> is a true and correct copy of a translation of a letter from Abdullah Bin Abdul Mohsen Al-Torki (MWL Secretary General) to the Minister of Foreign Affairs, Muharram 28, 1434 AH (corresponding to December 11, 2012).

146.    Attached hereto as <u>Exhibit 74</u> is a true and correct copy of a cable from Saud Al-Faisal (Minister of Foreign Affairs) to the MWL Secretary General.

147.    Attached hereto as <u>Exhibit 74T</u> is a true and correct copy of a translation of a cable from Saud Al-Faisal (Minister of Foreign Affairs) to the MWL Secretary General.

148.    Attached hereto as <u>Exhibit 75</u> is a true and correct copy of a letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Saudi Ambassador in Jordan, 7/7/1422 H (IIRO 284660).

149.    Attached hereto as <u>Exhibit 75T</u> is a true and correct copy of a translation of a letter from Dr. Adnan bin Khalil Basha (IIRO Secretary General) to the Saudi Ambassador in Jordan, 7/7/1422 H (IIRO 284660_EN).

150.    Attached hereto as <u>Exhibit 76</u> is a true and correct copy of a letter from Roberto R. Romulo (Philippine Secretary of Foreign Affairs) to the Saudi Ministry of Islamic Affairs, August 6, 1993 (MWL 015876).

151.    Attached hereto as <u>Exhibit 77</u> is a true and correct copy of a letter from the Philippines Secretary of Foreign Affairs to Dr. Abdullah Omar Naseef (MWL Secretary General), May 27, 1988 (MWL 15878).

152.    Attached hereto as <u>Exhibit 78</u> is a true and correct copy of a letter from Dr. Fareed Yaseen Qorashee (IIRO General Supervisor) to Dr. Ibrahim (Office Manager of MWL in Nouakchott, Mauritania), 22/04/1415AH (IIRO 001185).

153.    Attached hereto as <u>Exhibit 78T</u> is a true and correct copy of a translation of a letter from Dr. Fareed Yaseen Qorashee (IIRO General Supervisor) to Dr. Ibrahim (Office Manager of MWL in Nouakchott, Mauritania), 22/04/1415AH (IIRO 001185_EN).

154.    Attached hereto as <u>Exhibit 79</u> is a true and correct copy of a letter from Dr. Abdullah Bin Omar Naseef (MWL Secretary General) to the President of the Republic of Romania, 23 Dhul-Hijjah 1413AH (MWL 023251-23252).

155.    Attached hereto as <u>Exhibit 79T</u> is a true and correct copy of a translation of a letter from Dr. Abdullah Bin Omar Naseef (MWL Secretary General) to the President of the Republic of Romania, 23 Dhul-Hijjah 1413AH (MWL 023251-23252_EN).

156.    Attached hereto as <u>Exhibit 80</u> is a true and correct copy of documents produced by counsel for IIRO and bearing bates numbers IIRO 0338581, -0338582,   -0338583, -0338585, -0338586, -0338587, -0338588, and include

- "Confidential" communication from IIRO Secretary General  Dr. Ahmad Muhammad Ali to IIRO General Supervisor Fareed Yaseen Qorashee, dated 21/11/1414AH;

- A telegram from Saudi Arabia Prime Minister Fahd Bin Adul Aziz to the Saudi Arabia Minister of Higher Education (copies to General Office of Civil Service and MWL), dated 15/11/1414AH;

- A message from MWL Secretary General and Heard of Board of the IIRO, Ahmad Muhammad Ali to King Fahd Bin Abdul Aziz Al Saud, dated 11/05/1415AH;

- A message from the Second Deputy Prime Minister Sultan Abdul Aziz to the Minister of Higher Education, dated 09/07/1412AH;

- A "Confidential" message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to General Supervisor of the International Islamic Relief Organization, dated Date: 22/07/1412AH;

- A message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to King Fahd Bin Abdul Aziz Al Saud, dated 14/03/1413AH;

- A circular by telegram from M. Al Shawi, the Saudi Arabia Ministry of Foreign Affairs, Riyadh, dated 24/09/1412AH, to "all Kingdom representatives abroad," regarding "Compliments to Secretary-General of Muslim World League."

(IIRO 0338581, 0338582, 0338583, 0338585, 0338586, 0338587, 0338588).

157.    Attached hereto as <u>Exhibit 80T</u> is a true and correct copy of a translation of

documents produced by counsel for IIRO and bearing bates numbers IIRO 0338581, -0338582,

-0338583, -0338585, -0338586, -0338587, -0338588, and include

- "Confidential" communication from IIRO Secretary General  Dr. Ahmad Muhammad Ali to IIRO General Supervisor Fareed Yaseen Qorashee, dated 21/11/1414AH;

- A telegram from Saudi Arabia Prime Minister Fahd Bin Adul Aziz to the Saudi Arabia Minister of Higher Education (copies to General Office of Civil Service and MWL), dated 15/11/1414AH;

- A message from MWL Secretary General and Heard of Board of the IIRO, Ahmad Muhammad Ali to King Fahd Bin Abdul Aziz Al Saud, dated 11/05/1415AH;

- A message from the Second Deputy Prime Minister Sultan Abdul Aziz to the Minister of Higher Education, dated 09/07/1412AH;

- A "Confidential" message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to General Supervisor of the International Islamic Relief Organization, dated Date: 22/07/1412AH;

- A message from MWL Secretary General Dr. Abdullah Bin Omar Naseef to King Fahd Bin Abdul Aziz Al Saud, dated 14/03/1413AH;

- A circular by telegram from M. Al Shawi, the Saudi Arabia Ministry of Foreign Affairs, Riyadh, dated 24/09/1412AH, to "all Kingdom representatives abroad," regarding "Compliments to Secretary-General of Muslim World League."

(IIRO 0338581, 0338582, 0338583, 0338585, 0338586, 0338587, 0338588_EN).

158.    Attached hereto as <u>Exhibit 81</u> is a true and correct copy of MWL Resolution No.

(302/1067/Q) dated 05/08/1421AH (MWL 059176).

159.     Attached hereto as <u>Exhibit 81T</u> is a true and correct copy of a translation of MWL Resolution No. (302/1067/Q) dated 05/08/1421AH (MWL 059176_EN).

160.     Attached hereto as <u>Exhibit 82</u> is a true and correct copy of correspondence from IIRO Secretary General Adnan Bin Khalil Basha to Dr. Saleh Bin Muhammad Al Ghamedi, Saudi Arabia Ambassador in Philippines, dated 21/10/1423AH (IIRO 120169).

161.     Attached hereto as <u>Exhibit 82T</u> is a true and correct copy of a translation of correspondence from IIRO Secretary General Adnan Bin Khalil Basha to Dr. Saleh Bin Muhammad Al Ghamedi, Saudi Arabia Ambassador in Philippines, dated 21/10/1423AH (IIRO 120169_EN).

162.     Attached hereto as <u>Exhibit 83</u> is a true and correct copy of an "Urgent" telegram from Saudi Arabia Prime Minister Fahd Bin Abdul Aziz to Saudi Arabia Minister of Interior, and others, dated 03/02/1420AH (IIRO 277786-87).

163.     Attached hereto as <u>Exhibit 83T</u> is a true and correct copy of a translation of an "Urgent" telegram from Saudi Arabia Prime Minister Fahd Bin Abdul Aziz to Saudi Arabia Minister of Interior, and others, dated 03/02/1420AH (IIRO 277786-87_EN).

164.     Attached hereto as <u>Exhibit 84</u> is a true and correct copy of correspondence from MWL Secretary General Abdullah Bin Abdulmoshen Al Turkey to King Fahd Bin Abdul Aziz Al Saud, dated 04/09/1424AH (IIRO 278760).

165.     Attached hereto as <u>Exhibit 84T</u> is a true and correct copy of a translation of correspondence from MWL Secretary General Abdullah Bin Abdulmoshen Al Turkey to King Fahd Bin Abdul Aziz Al Saud, dated 04/09/1424AH (IIRO 278760_EN).

166.     Attached hereto as <u>Exhibit 85</u> is a true and correct copy of a circular from IIRO Manager of External Offices Department, Sayed Mahmoud Noor Gestneih to "all managers of the External Offices of the [IIRO] and its representative," dated 07/09/1416AH (IIRO 288031).

167.     Attached hereto as <u>Exhibit 85T</u> is a true and correct copy of a translation of a circular from IIRO Manager of External Offices Department, Sayed Mahmoud Noor Gestneih to "all managers of the External Offices of the [IIRO] and its representative," dated 07/09/1416AH (IIRO 288031_EN).

168.     Attached hereto as <u>Exhibit 86</u> is a true and correct copy of a letter from Muhammad Ali Al Harkan (MWL Secretary General) to Emir Fahd Bin Abdul Aziz (Crown Prince and Vice Prime Minister) (MWL 039323).

169.     Attached hereto as <u>Exhibit 86T</u> is a true and correct copy of a translation of a letter from Muhammad Ali Al Harkan (MWL Secretary General) to Emir Fahd Bin Abdul Aziz (Crown Prince and Vice Prime Minister) (MWL 039323_EN).

170.     Attached hereto as <u>Exhibit 87</u> is a true and correct copy of a letter from the Vice Prime Minister of the Council of Ministers to the MWL Secretary General (MWL 039324).

171.     Attached hereto as <u>Exhibit 87T</u> is a true and correct copy of a translation of a letter from the Vice Prime Minister of the Council of Ministers to the MWL Secretary General (MWL 039324_EN).

172.     Attached hereto as <u>Exhibit 88</u> is a true and correct copy of a telegram from Dr. Abdullah Bin Abdulmohsen Al Turkey (MWL Secretary General) to King Abdul Aziz Bin Fahd Bin Abdul Aziz, 02/11/1422AH (MWL 069959-69960).

173.     Attached hereto as <u>Exhibit 88T</u> is a true and correct copy of a translation of a telegram from Dr. Abdullah Bin Abdulmohsen Al Turkey (MWL Secretary General) to King Abdul Aziz Bin Fahd Bin Abdul Aziz, 02/11/1422AH (MWL 069959-69960).

174.     Attached hereto as <u>Exhibit 89</u> is a true and correct copy of a telegram from King Fahd Bin Abdul Aziz to the MWL Secretary General, 13, 14/10/1422AH (MWL 069961).

175.     Attached hereto as <u>Exhibit 89T</u> is a true and correct copy of a translation of a telegram from King Fahd Bin Abdul Aziz to the MWL Secretary General, 13-14/10/1422AH (MWL 069961_EN).

176.     Attached hereto as <u>Exhibit 90</u> is a true and correct copy of a telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 13/09/1425AH (MWL 069962).

177.     Attached hereto as <u>Exhibit 90T</u> is a true and correct copy of a translation of a telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 13/09/1425AH (MWL 069962_EN).

178.     Attached hereto as <u>Exhibit 91</u> is a true and correct copy of a telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 18/06/1425AH (MWL 069963).

179.     Attached hereto as <u>Exhibit 91T</u> is a true and correct copy of a translation of a telephone message from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 18/06/1425AH (MWL 069963_EN).

180.    Attached hereto as <u>Exhibit 92</u> is a true and correct copy of a "Very Urgent Telegram" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 09/07/1423AH (MWL 069970).

181.    Attached hereto as <u>Exhibit 92T</u> is a true and correct copy of a translation of a "Very Urgent Telegram" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to Sheikh Muhammad Bin Abdullah Al Nowesar, dated 09/07/1423AH (MWL 069970_EN).

182.    Attached hereto as <u>Exhibit 93</u> is a true and correct copy of a "Very urgent telephone message" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to "His Royal Highness Emir Sultan Bin Abdul Aziz Al Saud," dated 02/04/1423AH (MWL 069984).

183.    Attached hereto as <u>Exhibit 93T</u> is a true and correct copy of a translation of a "Very urgent telephone message" from Secretary-General of Muslim World League Dr. Abdullah Bin Abdulmohsen Al Turkey to "His Royal Highness Emir Sultan Bin Abdul Aziz Al Saud," dated 02/04/1423AH (MWL 069984_EN).

184.    Attached hereto as <u>Exhibit 94</u> is a true and correct copy of a telegram from Fahd Bin Abdul Aziz to "His Royal Highness the Second Vice Prime Minister," et al., dated 28/03/1423 (MWL 069986).

185.    Attached hereto as <u>Exhibit 94T</u> is a true and correct copy of a translation of a telegram from Fahd Bin Abdul Aziz to "His Royal Highness the Second Vice Prime Minister," et al., dated 28/03/1423 (MWL 069986_EN).

186.     Attached hereto as <u>Exhibit 95</u> is a true and correct copy of a Power of Attorney on letterhead of "Al-Haramain Islamic Fdn., Hed Office – Riyadh," dated October 22, 1997 (AHIF 000914).

187.     Attached hereto as <u>Exhibit 96</u> is a true and correct copy of an Affidavit of Colleen Anderson (Special Agent of the Internal Revenue Service) in Support of an Application for Search Warrant, In re: 3800 S. Highway 99, Ashland OR 97520, United States District Court, District of Oregon (AHIF 001537).

188.     Attached hereto as <u>Exhibit 97</u> is a true and correct copy of The Muslim World League Journal, Vol. 11, Nos. 5 & 6, page 65 ("More Dynamic Role for MWL," by Dr. Abdullah Omar Naseef).

189.     Attached hereto as <u>Exhibit 98</u> is a true and correct copy of an HSBC Account Statement for Muslim World League, Jun/Jul 2001 (JT-MWL-04822).

190.     Attached hereto as <u>Exhibit 99</u> is a true and correct copy of a Midland Bank plc Account Statement for Muslim World League, Mar/Apr1996 (JT-MWL-04833).

191.     Attached hereto as <u>Exhibit 100</u> is a true and correct copy of an IIRO document labelled "Missions & External Programmes" (IIRO 000199).

192.     Attached hereto as <u>Exhibit 101</u> is a true and correct copy of an Al Haramain document labelled "Organizational Background" (AH00599).

193.     Attached hereto as <u>Exhibit 102</u> is a true and correct copy of the certificate of translation from Targem Translations, dated November 2, 2017.

194.     Attached hereto as <u>Exhibit 103</u> is a true and correct copy of the translation certification statement from Globo, dated October 24, 2017.

195.    Attached hereto as <u>Exhibit 104</u> is a true and correct copy of certification regarding translations from Transperfect, dated November 8, 2017.

Executed in Mount Pleasant, South Carolina, on November 9, 2017.

/s/
Robert T. Haefele, Esq.