## MDL 1570 PLAINTIFFS' EXECUTIVE COMMITTEES
In re: Terrorist Attacks on September 11, 2001 (S.D.N.Y)

| Plaintiffs' Executive Committee for Personal Injury and Death Claims | Plaintiffs' Executive Committee for Commercial Claims |
|---|---|
| Ronald L. Motley (1944-2013)<br>Jodi Westbrook Flowers / Donald A. Migliori, *Co-Chairs*<br>MOTLEY RICE LLC<br>James P. Kreindler, *Co-Chair*<br>KREINDLER & KREINDLER LLP | Elliot R. Feldman, *Co-Chair*<br>Sean Carter, *Co-Chair*<br>COZEN O'CONNOR |
| Andrew J. Maloney III, *Co-Liaison Counsel*<br>KREINDLER & KREINDLER LLP<br>Robert T. Haefele, *Co-Liaison Counsel*<br>MOTLEY RICE LLC | J. Scott Tarbutton, *Liaison Counsel*<br>COZEN O'CONNOR |

### VIA ECF AND OVERNIGHT MAIL

November 10, 2017

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

RE:    *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD) (SN)

Dear Judge Daniels:

The Plaintiffs' Executive Committees write to provide the Court with a courtesy copy of the consolidated Amended Complaint (CAC) Plaintiffs' Memorandum of Law in Opposition to the Motions to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina, along with courtesy copies of the Affirmation of J. Scott Tarbutton transmitting evidence in support of the opposition.  As referenced in the Tarbutton Affirmation, Exhibits 23 through 83 to that Affirmation have been filed with the Clerk on a thumb drive.  Mr. Goldman has delivered identical thumb drives to Your Honor and Judge Netburn.  If the Court would like us to provide those materials in another format, we would of course be happy to do so.

Finally, on October 14, 2015, Your Honor entered an Order directing that the parties to this MDL shall "file all documents under this MDL docket only.  The parties shall not file any documents under the electronic dockets for the individual civil matters."  ECF No. 3070.  Consistent with that Order, we have not filed the opposition brief and related submissions in the individual dockets, but we have identified on the cover page the various cases to which the opposition applies.

The Honorable George B. Daniels
November 10, 2017
Page 2

_____

Respectfully,

COZEN O'CONNOR

By:    Sean P. Carter

SPC/:bdw

cc:    The Honorable Sarah Netburn (Via ECF & Federal Express)
       All Counsel of Record (Via ECF)

LEGAL\33304887\1