EXHIBIT 6

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

Steven T. Cottreau
Partner

DIRECT TEL +1 202 912 5109
DIRECT FAX +1 202 912 6000
Steve.Cottreau@Cliffordchance.com

Via E-mail

September 22, 2011

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Re: In re Terrorist Attacks of September 11, 2001, 03-md-1570 (S.D.N.Y.)*

Dear Sean:

I am writing to follow up on my letter to you of September 8, 2011, which detailed Dubai Islamic Bank's ("DIB") plan to search its electronic account record keeping system for the 194 search terms listed on Attachment A to that letter and the terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests. In preparing to search for those terms, we have made the following revisions to the list of search terms that DIB is in the process of searching ("DIB List").

First, we have removed the duplicate instances of two search terms: "Salem Ali" and "Muhammad al Amir." Both were listed twice on the lists provided to us by Plaintiffs. As we have only removed the duplicates, this alteration will have no effect on the results of the search.

Second, the search term "Hani (Fawaz TRDNG))" was erroneously transcribed on Attachment A to my prior letter with an extra parenthesis. We have corrected that term to "Hani (Fawaz TRDNG)."

Third, we believe that the United Nations list provided to us by Plaintiffs erroneously lists the search term "Usama Bin Muhammed Bin Awad, Osama Bin Laden" as a single name. We have therefore split this term into two separate search terms: "Usama Bin Muhammed Bin Awad" and "Osama Bin Laden."

Fourth, we believe that DIB's electronic account record keeping system, at various points in time, may not have reflected special characters present in certain search terms (such as hyphens, periods, parentheses, commas, and accent marks). Accordingly, for each term

**C L I F F O R D**

**C H A N C E**

containing such special characters, we have added additional search terms that attempt to take into account alternative ways in which these names could have been stored.

As a result of these modifications and the inclusion of the search terms set forth in DIB's Responses to Plaintiffs' First Set of Document Requests, the total number of search terms on the revised DIB List is 261.  We are in the process of searching this revised list of 261 search terms using the methodology that we set forth previously.

Sincerely,

Steven T. Cottreau

Enclosure

## DIB List

| | |
|---|---|
| 1 | أسامة محمد عوض بن لادن |
| 2 | Usama Muhammed Awad Bin Laden |
| 3 | Usama Bin Laden |
| 4 | Usama Bin Muhammed Bin Awad |
| 5 | Osama Bin Laden |
| 6 | Ben Laden Osama |
| 7 | Ben Laden Ossama |
| 8 | Ben Laden Usama |
| 9 | Bin Laden Osama Mohamed Awdh |
| 10 | Bin Laden Usamah Bin Muhammad |
| 11 | Shaykh Usama Bin Ladin |
| 12 | Usamah Bin Muhammad Bin Ladin |
| 13 | Usama bin Ladin |
| 14 | Osama bin Ladin |
| 15 | Osama bin Muhammad bin Awad bin Ladin |
| 16 | Usama bin Muhammad bin Awad bin Ladin |
| 17 | Abu Abdallah Abd Al-Hakim |
| 18 | Abu Abdallah Abd Al Hakim |
| 19 | Abu Abdallah Abd AlHakim |
| 20 | Al Qaqa |
| 21 | خالد شيخ محمد |
| 22 | Khalid Sheikh Mohammed |
| 23 | Khalid Shaikh Mohammed |
| 24 | Salem Ali |
| 25 | Fahd Bin Adballah bin Khalid |
| 26 | Ashraf Refaat Nabith Henin |
| 27 | Khalid Adbul Wadood |
| 28 | Mukhtar al Baluchi |
| 29 | al Mukh |
| 30 | Abdulrahman Abdullah al Ghamdi |
| 31 | Abdul Majid |
| 32 | Abdullah al Fak'asi al Ghamdior |
| 33 | Abdullah al Fakasi al Ghamdior |
| 34 | Abdullah al Fak asi al Ghamdior |
| 35 | Abdullah al Fakasi al Ghamdior |
| 36 | Meer Akram |
| 37 | ابو حفص المصري |
| 38 | Abu Hafs al Masri |
| 39 | Sheikh Taysir Abdullah |
| 40 | Abu Hafs |
| 41 | Abu Sitta |

| | |
|---|---|
| 42 | Abu Hafs al Kabir |
| 43 | Abu Khadijah |
| 44 | Abu Fatima |
| 45 | Mohammed Atef |
| 46 | محمد محمد الأمير عوض السيد عطا |
| 47 | Mohamed Atta |
| 48 | Mohamed Mohamed el Amir Awad el Sayed Atta |
| 49 | Muhammad Muhammad al Amir Awad as Sayyid Atta |
| 50 | Mohamed el Amir Awad el Sayed Atta |
| 51 | Mehan Atta |
| 52 | Mohammad el Amir |
| 53 | Muhammad Atta |
| 54 | Mohamed el Sayed |
| 55 | Mohamed Elsayed |
| 56 | Muhammad al Amir |
| 57 | Awag al Sayyid Atta |
| 58 | Awad al Sayad |
| 59 | Mohamed el Amir |
| 60 | مصطفى الهوساوي |
| 61 | Mustafa Ahmed al Hawsawi |
| 62 | Mustafa Ahmed al Hisawi |
| 63 | Shaykh Said |
| 64 | Mustafa Muhammed Ahmed |
| 65 | Mustafa Ahmed |
| 66 | Hashim Abd al Rahman |
| 67 | Hashem Abdulrahman |
| 68 | Hashem Abderahman |
| 69 | Hashim Abdourahman |
| 70 | Hashem Abdollahi |
| 71 | Muhammad Adnan |
| 72 | Muhammad Ahanad |
| 73 | Abderahman Mustafa |
| 74 | عمار البلوشية |
| 75 | Ali Abdul Aziz Ali |
| 76 | Ammar al Baluchi |
| 77 | Isam Mansur |
| 78 | Isam Mansar |
| 79 | Isam Mansour |
| 80 | Hani (Fawaz TRDNG) |
| 81 | Hani Fawaz TRDNG |
| 82 | Hani  Fawaz TRDNG |
| 83 | رمزي بن الشيبة |

| | |
|---|---|
| 84 | Ramzi Bin Al Shibh |
| 85 | Ramzi Mohamed Abdullah Binalsheidah |
| 86 | Ramzi Mohammed Abdullah Binalshibh |
| 87 | Ramzi Mohammed Abdellah Omar |
| 88 | Abu Ubaydah |
| 89 | Umar Muhammad Abdallah Ba Amar |
| 90 | مروان يوسف محمد رشيد لكراب الشحي |
| 91 | Marwan al Shehhi |
| 92 | Marwan Yousef Mohamed Rashid Lekrab al Shehhi |
| 93 | Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi |
| 94 | نواف الحازمي |
| 95 | Nawaf al Hamzi |
| 96 | Nawaf Muhammed Salim al Hazmi |
| 97 | Nawaf al Hazmi |
| 98 | سعيد باهاج |
| 99 | Said Bahaji |
| 100 | Zouheir Al Maghribi |
| 101 | Mohamed Abbattay |
| 102 | Abderrahmane Al Maghribi |
| 103 | زياد سمير جراح |
| 104 | Ziad Jarrah |
| 105 | Ziad Samir Jarrah |
| 106 | Ziyad Samir Garrah |
| 107 | Ziad Jarrah Jarrat |
| 108 | Ziad Jarrahi |
| 109 | Ziad Samir al Jarrah |
| 110 | Ziyad Samir Jarrah |
| 111 | هاني صالح حسن حنجور |
| 112 | Hani Hanjour |
| 113 | Hani Saleh Hasan Hanjour |
| 114 | Hani Salih Hasan Hanjur |
| 115 | خالد المحضار |
| 116 | Khalid al Mihdhar |
| 117 | Khalid Muhammad Abdallah al Mihdhar |
| 118 | Sannan al Makki |
| 119 | Khalid bin Muhammad |
| 120 | Addallah al Mihdhar |
| 121 | Khalid Mohammad al Saqaf |
| 122 | زكريا الصبار |
| 123 | Zakarya Essabar |
| 124 | Zakariya Essabar |

| 125 | | أنور ناصر عبدالله العولقي |
|---|---|---|
| 126 | Anwar Nasser Abdulla Al-Aulaqi | |
| 127 | Anwar Nasser Abdulla Al Aulaqi | |
| 128 | Anwar Nasser Abdulla AlAulaqi | |
| 129 | Anwar al-Aulaqi | |
| 130 | Anwar al Aulaqi | |
| 131 | Anwar alAulaqi | |
| 132 | Anwar al-Awlaki | |
| 133 | Anwar al Awlaki | |
| 134 | Anwar alAwlaki | |
| 135 | Anwar al-Awlaqi | |
| 136 | Anwar al Awlaqi | |
| 137 | Anwar alAwlaqi | |
| 138 | Anwar Nasser Aulaqi | |
| 139 | Anwar Nasser Abdullah Aulaqi | |
| 140 | Anwar Nasser Abdulla Aulaqi | |
| 141 | | سعيد الغامدي |
| 142 | Saeed al Ghamdi | |
| 143 | Saeed Abdallah Ali Sulayman al Ghamdi | |
| 144 | Sa'id al Ghamdi | |
| 145 | Said al Ghamdi | |
| 146 | Sa id al Ghamdi | |
| 147 | Sáid al Ghamdi | |
| 148 | | احمد صلاة سعيد الغامدي |
| 149 | Ahmed al Ghamdi | |
| 150 | Ahmed Salah Said al Ghamdi | |
| 151 | Ahmad Salat Sa'id al Ghamdi | |
| 152 | Ahmad Salat Said al Ghamdi | |
| 153 | Ahmad Salat Sa id al Ghamdi | |
| 154 | Ahmad Salat Sáid al Ghamdi | |
| 155 | | حمزة الغامدي |
| 156 | Hamza al Ghamdi | |
| 157 | Hamza Alghamdi | |
| 158 | | مهند الشهري |
| 159 | Mohand al Shehri | |
| 160 | Mohand Muhammed Fayiz al Shehri | |
| 161 | Muhand ash Shehr | |
| 162 | Mohammed al Shehhi | |
| 163 | Mohald al Shehri | |
| 164 | | ماجد مشعان موقد |
| 165 | Majed Moqed | |

166    Majed Mashaan Ghanem Moqed
167    Majid Moqid Mushan bin Ghanim
168    Majad Masha an Muqad
169                                        سطام السقامي
170    Satam al Suqami
171    Satam Muhammed Abdel Rahman al Suqami
172    Satam as Suqami
173                                  أحمد بن عبد الله النامي
174    Ahmed al Nami
175    Ahmed bin Abdullah al Nami
176    Ahmad bin Abdullah al Nami
177                                    عبد العزيز العمري
178    Abdulaziz al Omari
179    Abd al Aziz al Umari
180                                      سالم الحازمي
181    Salem al Hamzi
182    Salem al Hazmi
183    Salam al Hazmi
184                                      وائل الشهري
185    Wail al Shehri
186    Wail Mohammed al Shehri
187    Wail ash Shehri
188                                      وليد الشهري
189    Waleed al Shehri
190    Waleed Mohammed al Shehri
191    Walid ash Shehri
192                      فايز راشد احمد حسن القاضي بني حمد
193    Fayez Banihammad
194    Fayez Rashid Ahmed Hassan al Qadi Banihammad
195    Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad
196    Fayez Ahmad
197    Banihammad Fayez Abu Dhabi Banihammad
198    Fayez Rashid Ahmed
199    Rasid Ahmed Hassen Alqadi
200    Abu Dhabi Banihammad Ahmed Fayez
201                                احمد ابراهيم الحزناوي
202    Ahmad al Haznawi
203    Ahmed Ibrahim al Haznawi
204    Ahmad Ibrahim al Haznawi
205                        وليد محمد صالح بن رشيد بن عطاش

206   Walid Bin Attash
207   Walid Muhammad Salih bin Attash
208   Walid Muhammad Salih bin Roshayed bin Attash
209   Khallad bin Attash
210   Saleh Saeed Mohammed bin Yousaf
211   Tawfiq Muhammad Salih bin Rashid
212                                                     منير المتصدق
213   Mounir el Motassadeq
214   Mounir el Moutassadeq
215   Sharif al Din Ali Mukhtar
216   Abu Rida al Sufi
217   Mohamed Loay Bayazid
218   Mohammed Loay Baizid
219   Abu Ridha al Suri
220   Abu Rida the Syrian
221   Wa'el Hamza Jelaidan
222   Wael Hamza Jelaidan
223   Wa el Hamza Jelaidan
224   Wáel Hamza Jelaidan
225   Abu al Hasan
226   Abu Hassan al Madani
227   Abu Anas
228   Abu Anas al Saudi
229   Abu Hammam
230   Abu Horan
231   Ali Haroun
232   Abu Hassan al Sudani
233   Sheikh Said al Masri
234   Saeed al Masri
235   Mustafa Ahmed Muhammad Uthman Abu al Yazid
236   Abu Yassir Sarrir
237   Abu Yassir al Jaza'iri
238   Abu Yassir al Jazairi
239   Abu Yassir al Jaza iri
240   Abu Yassir al Jazáiri
241   Mohammed Yassir al Masri
242   Aafia Siddiqui
243   Fahrem Shahin
244   Shaykh Sa'id
245   Shaykh Sa id
246   Shaykh Sáid
247   Wadi al Aqiq Company, Ltd.
248   Wadi al Aqiq Company Ltd

249     Wadi al Aqiq Company  Ltd
250     Al Hijrah Construction and Development, Ltd.
251     Al Hijrah Construction and Development Ltd
252     Al Hijrah Construction and Development  Ltd
253     Taba Investment Company, Ltd.
254     Taba Investment Company Ltd
255     Taba Investment Company  Ltd
256     Al Timar al Mubarikah
257     Gum Arabic Company
258     Bin Ladin International
259     Al Qudarat Transport Company
260     Blessed Fruits Company
261     Saeed Ahmad Lootah