# EXHIBIT 7

C L I F F O R D
C H A N C E

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

**By Electronic Delivery**

Direct Dial: +1 202 912 5109
E-mail: steve.cottreau@cliffordchance.com

Sean Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

August 30, 2012

**Re: In re Terrorist Attacks on September 11, 2001, Case No. 03-MD-1570(GBD)(FM)**

Dear Mr. Carter:

Please find attached documents in .PDF format bates stamped DIB_00003035 to DIB_003521. We are producing these documents in response to Plaintiffs' First Set of Requests for Production of Documents to Defendant Dubai Islamic Bank. We are also sending a courtesy copy on disc via FedEx.

Please note that this production is subject to Defendant Dubai Islamic Bank's Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents served on January 21, 2011, as well as the conditions set forth in my letters of July 7, 2011, September 8, 2011 and September 22, 2011.

Sincerely,

*[signature]*

Steven T. Cottreau

Enclosure


cc:     Alan Kabat
        Counsel of record (by email)