# EXHIBIT 11

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

2001 K STREET NW
WASHINGTON, DC 20006 - 1001
TEL +1 202 912 5000
FAX +1 202 912 6000

www.cliffordchance.com

Steven T. Cottreau
Partner
Direct Dial: +1 202.912.5109
E-mail: steve.cottreau@cliffordchance.com

By E-mail

Sean Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

April 13, 2016

RE:   In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM)

Dear Sean,

I am writing to set forth a comprehensive list of Dubai Islamic Bank's ("DIB") discovery obligations as a consequence of Judge Maas' orders during the hearing on March 22, 2016 regarding your two motions to compel (Dkts. 2973 & 2974). *See* Tr. of Record, 03 MDL 1570 (Mar. 22, 2016) (hereinafter, "Tr.").

1. **152 Taliban Related Names**

As ordered by Judge Maas (Tr. at 59), please find enclosed an unredacted version of DIB_003467-003491, which contains 152 names of alleged "Individuals/entities belonging to/or associated with the Taliban." DIB_003467. We are producing the unredacted document in .pdf format with the bates stamp range DIB_003558 to DIB_003582. We are producing it in response to Plaintiffs' First Set of Requests for Production of Documents to Defendant DIB.

2. **Additional Search Terms**

Pursuant to Judge Maas' order, you may provide us with a list of "not more than 500 names" that consists of the following four categories of names:

**CLIFFORD CHANCE**

(1) "[t]he 261 ... search terms that were agreed upon by the plaintiffs and the defendants" that were included at Dkt. 3057, Ex. 4 at 3-9;

(2) "the 152 alleged Taliban accounts" listed in the document that the Court ordered DIB to produce in unredacted form (attached hereto as DIB_003558 to DIB_003582);

(3) "[t]he eight ... actual accounts found and produced to the plaintiff[s]" by DIB in its prior productions; and

(4) "accounts ... that will relate to the embassy bombings."

Tr. at 58, 51, 55.

The list attached to this letter as Appendix A is our attempt to compile the search terms for categories 1, 2, and 3 listed above, which Judge Maas referred to as the "421 or so accounts or names." Tr. at 55. For category 3, we have tried to add the names for the eight accounts that DIB has already produced as they are spelled in your motion to compel and any aliases that you provided for those names in your motion. Dkt. 2973 at 5-11. In addition, we attempted to remove any duplicate names that existed on this list as a result of assembling search terms covering categories 1, 2, and 3. As a result, the total number of search terms in Appendix A is 422.

Judge Maas has allowed you to supplement this list up to "not more than 500 names" in total, including with names that fall into category 4. Tr. at 58. Please let us know if you have any additions, modifications, or alternative search terms to be added to this list of "not more than 500 names" to be searched.

We will then use this final list of "not more than 500 names" as search terms to be run against DIB's legacy bank account database that tracked accounts during the period of 1992 through 2004. As we summarized to the Court at the hearing:

> So, plaintiffs will provide us a list with 500 names, we will search it using the same methodology that we searched the 261 names, and if there are any accounts for any of those individuals, we will produce the first three items that I talked about out of four items that we have[:] account opening documentation, complete account statements, and any electronic transaction data that exists in our primary legacy account record keeping system.

Tr. at 59. In short, DIB will "search for exact matches on the search term in the full name accountholder field in DIB's electronic account record keeping system," Dkt. 3057, Ex. 3 at 3-4, and produce the three types of documents set forth in the block quote above from January 1, 2002 "through 12/31/2004." Tr. at 60.

DIB would like to move forward in complying with the Court's March 22, 2016 orders regarding additional search terms. Accordingly, please provide us with a revised list of "not more than 500 names" to be searched by *April 29, 2016*.

3. **Electronic Transaction Records**

Consistent with Judge Maas' orders, DIB will produce "any electronic transaction data that exists in our primary legacy account record keeping system" listed on account statements DIB has already produced to plaintiffs. Tr. at 59. In addition, DIB will produce the corresponding electronic transaction data for any additional account statements produced as a result of the additional search terms as set forth in the prior section.

4. **Paper Transaction Records**

Following DIB's completion of the production of account statements and electronic transaction data, we are willing to meet and confer about the production of additional paper transaction records in a manner consistent with Judge Maas' rulings on March 22, 2016 and our prior exchanges and correspondence on this topic. *See, e.g.,* Tr. at 57.

5. **Documents Related to the 1998 U.S. Embassy Bombings**

As required by the Court, DIB will search for documents regarding "investigations or other responses that the bank internally may have had in terms of checking whether it had troublesome accounts or relationships" as a result of the 1998 U.S. Embassy bombings in Kenya and Tanzania. Tr. at 63.

6. **Fatwa and Sharia Supervisory Board Related Documents**

Lastly, as ordered by Judge Maas, DIB will produce to plaintiffs "all Sharia Board members' names and tenures" during the relevant time period. Dkt. 3057 at 18. Following plaintiffs' review of that list, plaintiffs "may identify specific individuals who they have reason to believe, perhaps in their individual capacity have either individually or together with others, issued Fatwahs which are of interest." Tr. at 61. After plaintiffs identify such individuals, DIB

**CLIFFORD CHANCE**

will then search records within its possession, custody, or control for Fatwas that contain or are "related to violent pronouncements." *Id.*

\* \* \*

In a manner consistent with the Court's orders on March 22, 2016, plaintiffs' requests for production, and DIB's objections and responses to those requests (unless specifically overruled by the Court), DIB will make to plaintiffs a rolling production of the documents set forth in this letter.

Sincerely,

Steven T. Cottreau

Enclosure

cc:   Alan Kabat

# Appendix A

April 13, 2016

1. A. Kabir
2. A. Wahed Shafiq
3. Aafia Siddiqui
4. Abd al Aziz al Umari
5. عبد العزيز العمري
6. Abderahman Mustafa
7. Abderrahmane Al Maghribi
8. Abdul Baqi
9. Abdul Baqi
10. Abdul Bari
11. Abdul Ghafar Qurishi
12. Abdul Ghafar Shenwary
13. Abdul Ghafoor
14. Abdul Haiy Aazem
15. Abdul Hakim Monib
16. Abdul Hakim Mujahid
17. Abdul Jabbar
18. Abdul Jalil
19. Abdul Kabir
20. Abdul Latif Mansur
21. Abdul Majid
22. Abdul Manan
23. Abdul Qadeer
24. Abdul Rahman Agha
25. Abdul Rahman Ahmad Hottak
26. Abdul Rahman Zahed
27. Abdul Raqib Takhari
28. Abdul Rauf
29. Abdul Razaq
30. Abdul Razaq
31. Abdul Salam Zaeef
32. Abdul Salam Zaeef
33. Abdul Salam Zaief
34. Abdul Samad Khaksar
35. Abdul Satar Paktis
36. Abdul Wahab
37. Abdul Wakil Mutawakil
38. Abdul Wasay Aghajan Motasem
39. Abdulaziz al Omari
40. Abdulhai Motmaen
41. Abdulhai Salek
42. Abdul-Haq Wasseq
43. Abdullah al Fak asi al Ghamdior
44. Abdullah al Fak'asi al Ghamdior

| | |
|---|---|
| 45 | Abdullah al Fakasi al Ghamdior |
| 46 | Abdullah al Faḱasi al Ghamdior |
| 47 | Abdullah Murad |
| 48 | Abdulrahman Abdullah al Ghamdi |
| 49 | Abu Abdallah Abd Al Hakim |
| 50 | Abu Abdallah Abd AlHakim |
| 51 | أسامة محمد عوض بن لادن |
| 52 | Abu Abdallah Abd Al-Hakim |
| 53 | Abu al Hasan |
| 54 | Abu Amjed |
| 55 | Abu Anas |
| 56 | Abu Anas al Saudi |
| 57 | Abu Dhabi Banihammad Ahmed Fayez |
| 58 | فايز راشد احمد حسن القاضي بني حمد |
| 59 | Abu Fatima |
| 60 | Abu Hafs |
| 61 | Abu Hafs al Kabir |
| 62 | Abu Hafs al Masri |
| 63 | Abu Hammam |
| 64 | Abu Hassan al Madani |
| 65 | Abu Hassan al Sudani |
| 66 | Abu Horan |
| 67 | Abu Khadijah |
| 68 | Abu Khallifah al Omani |
| 69 | Abu Mahdi |
| 70 | Abu Rida al Sufi |
| 71 | Abu Rida the Syrian |
| 72 | Abu Ridha al Suri |
| 73 | Abu Sitta |
| 74 | Abu Ubaydah |
| 75 | Abu Yassir al Jaza iri |
| 76 | Abu Yassir al Jaza'iri |
| 77 | Abu Yassir al Jazairi |
| 78 | Abu Yassir al Jazáiri |
| 79 | Abu Yassir Sarrir |
| 80 | Addallah al Mihdhar |
| 81 | Ahmad al Haznawi |
| 82 | Ahmad bin Abdullah al Nami |
| 83 | أحمد بن عبد الله النامي |
| 84 | Ahmad Ibrahim al Haznawi |
| 85 | احمد ابراهيم الحزناوي |
| 86 | Ahmad Jan |
| 87 | Ahmad Salat Sa id al Ghamdi |
| 88 | Ahmad Salat Sa'id al Ghamdi |

| | |
|---|---|
| 89 | Ahmad Salat Said al Ghamdi |
| 90 | Ahmad Salat Sáid al Ghamdi |
| 91 | احمد صلاة سعيد الغامدي |
| 92 | Ahmed al Ghamdi |
| 93 | Ahmed al Nami |
| 94 | Ahmed bin Abdullah al Nami |
| 95 | Ahmed Ibrahim al Haznawi |
| 96 | Ahmed Jan Akhund |
| 97 | Ahmed Nur Ali Jumale |
| 98 | Ahmed Salah Said al Ghamdi |
| 99 | Akhtar Mohammad |
| 100 | Akhtar Mohammad Mansour |
| 101 | Al Barakaat Bank of Somalia |
| 102 | Al Barakah Exchange |
| 103 | Al Hijrah Construction and Development  Ltd |
| 104 | Al Hijrah Construction and Development Ltd |
| 105 | Al Hijrah Construction and Development, Ltd. |
| 106 | al Mukh |
| 107 | خالد شيخ محمد |
| 108 | Al Qaqa |
| 109 | Al Qudarat Transport Company |
| 110 | Al Timar al Mubarikah |
| 111 | Ali Abdul Aziz Ali |
| 112 | Ali Haroun |
| 113 | Ali Salah Muhammad Kahlah al Marri |
| 114 | Alla Dad Tayeb |
| 115 | Aminullah Amin |
| 116 | Amir Khan Motaqi |
| 117 | Amir Khan Muttaqi |
| 118 | Ammar al Baluchi |
| 119 | Anwar al Aulaqi |
| 120 | Anwar al Awlaki |
| 121 | Anwar al Awlaqi |
| 122 | Anwar alAulaqi |
| 123 | Anwar al-Aulaqi |
| 124 | Anwar alAwlaki |
| 125 | Anwar al-Awlaki |
| 126 | Anwar alAwlaqi |
| 127 | Anwar al-Awlaqi |
| 128 | Anwar Nasser Abdulla Al Aulaqi |
| 129 | Anwar Nasser Abdulla AlAulaqi |
| 130 | Anwar Nasser Abdulla Al-Aulaqi |
| 131 | Anwar Nasser Abdulla Aulaqi |
| 132 | أنور ناصر عبدالله العولقي |

133 Anwar Nasser Abdullah Aulaqi
134 Anwar Nasser Aulaqi
135 Arefullah Aref
136 Arsalan Rahmani
137 Ashraf Refaat Nabith Henin
138 Atiqullah
139 Attiqullah Akhund
140 Awad al Sayad
141 Awag al Sayyid Atta
142 Azizirahman
143 Banihammad Fayez Abu Dhabi Banihammad
144 Baradar
145 Ben Laden Osama
146 Ben Laden Ossama
147 Ben Laden Usama
148 Bin Laden Osama Mohamed Awdh
149 Bin Laden Usamah Bin Muhammad
150 Bin Ladin International
151 Blessed Fruits Company
152 Dadullah Akhund
153 Djallalouddine Haqani
154 Dost Mohammad
155 Ehsanullah
156 Esmatullah Asem
157 Ezatullah
158 Fahd Bin Adballah bin Khalid
159 Fahrem Shahin
160 Faiz
161 Faiz Mohammad Faizan
162 Faiz Rashid Ahmad Hassan al Qadi
163 Fayaz Rashid Ahmad Hassan al Qadi Bani Hammad
164 Fayez Ahmad
165 Fayez Banihammad
166 Fayez Rashid Ahmed
167 Fayez Rashid Ahmed Hassan al Qadi Banihammad
168 Fazel M. Mazloom
169 Gul Ahmad Hakimi
170 Gum Arabic Company
171 Habibullah Fauzi
172 Habibullah Reshad
173 Hamdullah
174 Hamidullah
175 Hamidullah Nomani
176 Hamsudin

4

| | | |
|---|---|---|
| 177 | Hamza al Ghamdi | |
| 178 | Hamza Alghamdi | |
| 179 | | حمزة الغامدي |
| 180 | Hani  Fawaz TRDNG | |
| 181 | | عمار البلوشية |
| 182 | Hani (Fawaz TRDNG) | |
| 183 | Hani Fawaz TRDNG | |
| 184 | Hani Hanjour | |
| 185 | Hani Saleh Hasan Hanjour | |
| 186 | Hani Salih Hasan Hanjur | |
| 187 | | هاني صالح حسن حنجور |
| 188 | Hashem Abderahman | |
| 189 | Hashem Abdollahi | |
| 190 | Hashem Abdulrahman | |
| 191 | Hashim Abd al Rahman | |
| 192 | Hashim Abdourahman | |
| 193 | Hidayatullah Abu Turab | |
| 194 | Isam Mansar | |
| 195 | Isam Mansour | |
| 196 | Isam Mansur | |
| 197 | Jalaluddine Shinwari | |
| 198 | Jan Mohmmad Madani | |
| 199 | Janan | |
| 200 | Khair Mohammad Khairkhwah | |
| 201 | Khalid Adbul Wadood | |
| 202 | Khalid al Mihdhar | |
| 203 | Khalid bin Muhammad | |
| 204 | Khalid Mohammad al Saqaf | |
| 205 | Khalid Muhammad Abdallah al Mihdhar | |
| 206 | | خالد المحضار |
| 207 | Khalid Shaikh Mohammed | |
| 208 | Khalid Sheikh Mohammed | |
| 209 | Khallad bin Attash | |
| 210 | M. Ahmadi | |
| 211 | M. Eshaq | |
| 212 | M. Hasan Rahmani | |
| 213 | M. Ibrahim Omari | |
| 214 | M. Jawaz Waziri | |
| 215 | M. Musa Hottak | |
| 216 | M. Rasul | |
| 217 | M. Shafiq | |
| 218 | Majad Masha an Muqad | |
| 219 | | ماجد مشعان موقد |
| 220 | Majed Mashaan Ghanem Moqed | |

5

221 Majed Moqed
222 Majid Moqid Mushan bin Ghanim
223 Manan Nyazi
224 Marwan al Shehhi
225 Marwan Yousef Mohamed Rashid Lekrab al Shehhi
226 Marwan Yusuf Muhammad Rashid Lekrab ash Shehhi
227 مروان يوسف محمد رشيد لكراب الشحي
228 Matiullah
229 Meer Akram
230 Mehan Atta
231 Mohald al Shehri
232 مهند الشهري
233 Mohamed Abbattay
234 Mohamed Atta
235 Mohamed el Amir
236 محمد محمد الأمير عوض السيد عطا
237 Mohamed el Amir Awad el Sayed Atta
238 Mohamed el Sayed
239 Mohamed Elsayed
240 Mohamed Loay Bayazid
241 Mohamed Mohamed el Amir Awad el Sayed Atta
242 Mohammad Abbas Akhund
243 Mohammad Aleem Noorani
244 Mohammad Azam Elmi
245 Mohammad Daud
246 Mohammad el Amir
247 Mohammad Essa Akhund
248 Mohammad Hassan
249 Mohammad Homayoon
250 Mohammad Naim
251 Mohammad Nasim Hanafi
252 Mohammad Rabbani
253 Mohammad Saddiq
254 Mohammad Salim Haqqani
255 Mohammad Sarwar Siddiqmal
256 Mohammad Sediq Akhundzada
257 Mohammad Sharif
258 Mohammad Sohail Shaheen
259 Mohammad Tahre Anwari
260 Mohammad Wali
261 Mohammad Yaqoub
262 Mohammad Zahid
263 Mohammadullah Mati

264 Mohammed al Shehhi
265 Mohammed Atef
266 ابو حفص المصري
267 Mohammed Loay Baizid
268 Mohammed Omar
269 Mohammed Yassir al Masri
270 Mohand al Shehri
271 Mohand Muhammed Fayiz al Shehri
272 Moslim Haqqani
273 Mounir el Motassadeq
274 Mounir el Moutassadeq
275 منير المتصدق
276 Muhammad Adnan
277 Muhammad Ahanad
278 Muhammad al Amir
279 Muhammad Atta
280 Muhammad Islam
281 Muhammad Muhammad al Amir Awad as Sayyid Atta

282 Muhand ash Shehr
283 Mukhtar al Baluchi
284 Mustafa Ahmed
285 مصطفى الهوساوي
286 Mustafa Ahmed al Hawsawi
287 Mustafa Ahmed al Hisawi
288 Mustafa Ahmed Muhammad Uthman Abu al Yazid
289 Mustafa Muhammed Ahmed
290 Mustasaed
291 Najibullah
292 Najibullah Haqqani
293 Nawaf al Hamzi
294 Nawaf al Hazmi
295 نواف الحازمي
296 Nawaf Muhammed Salim al Hazmi
297 Nazar Mohammad
298 Nazirullah Anafi
299 Nik Mohammad
300 Noor Jalal
301 Noor Mohammad Saqib
302 Nooruddin Turabi
303 Nurullah Nuri
304 Osama Bin Laden
305 Osama bin Ladin
306 Osama bin Muhammad bin Awad bin Ladin

| | |
|---|---|
| 307 | Qalamuddin |
| 308 | Qalamudin Momand |
| 309 | Qari Abdul Wali |
| 310 | Qari Ahmadulla |
| 311 | Qari Din Mohammad |
| 312 | Qari Din Mohammad Hanif |
| 313 | Qudratullah Jamal |
| 314 | Rahamatullah Kakazada |
| 315 | Rahimullah Zurmati |
| 316 | Rahmatullah Safi |
| 317 | Ramatullah Wahidyar |
| 318 | Ramzi Bin Al Shibh |
| 319 | Ramzi Mohamed Abdullah Binalsheidah |
| 320 | Ramzi Mohammed Abdellah Omar |
| 321 | رمزي بن الشيبة |
| 322 | Ramzi Mohammed Abdullah Binalshibh |
| 323 | Rasid Ahmed Hassen Alqadi |
| 324 | Rostam Nuristani |
| 325 | S. Ahmed Shahidkhel |
| 326 | Sa id al Ghamdi |
| 327 | Sa'id al Ghamdi |
| 328 | Sadruddin |
| 329 | Sadudin Sayed |
| 330 | Saed M. Azim Agha |
| 331 | Saeed Abdallah Ali Sulayman al Ghamdi |
| 332 | Saeed Ahmad Lootah |
| 333 | Saeed al Ghamdi |
| 334 | Saeed al Masri |
| 335 | Said al Ghamdi |
| 336 | Sáid al Ghamdi |
| 337 | سعيد الغامدي |
| 338 | Said Bahaji |
| 339 | سعيد باهاج |
| 340 | Said Madani Al Tayyib |
| 341 | Saiduddine Sayyed |
| 342 | Salam al Hazmi |
| 343 | سالم الحازمي |
| 344 | Saleh Saeed Mohammed bin Yousaf |
| 345 | Salem al Hamzi |
| 346 | Salem al Hazmi |
| 347 | Salem Ali |
| 348 | Samiullah Muazen |
| 349 | Sanani |

8

350 Sannan al Makki
351 Satam al Suqami
352 Satam as Suqami
353                                                                           سطام السقامي
354 Satam Muhammed Abdel Rahman al Suqami
355 Sayed Esmatullah Asem
356 Sayeedur Rahman Haqani
357 Sayyed Ghiassouddine Agha
358 Sayyed Haqqan
359 Shafiqullah Mohammadi
360 Shahabuddin Delawar
361 Shams Ur-Rahman
362 Shamsalah Kmalzada
363 Shams-Us-Safa Aminzai
364 Sharif al Din Ali Mukhtar
365 Shaykh Sa id
366 Shaykh Sa'id
367 Shaykh Said
368 Shaykh Sáid
369 Shaykh Usama Bin Ladin
370 Sheikh Said al Masri
371 Sheikh Taysir Abdullah
372 Sher Abbas Stanekzai
373 Syed Allamuddin
374 Taba Investment Company  Ltd
375 Taba Investment Company Ltd
376 Taba Investment Company, Ltd.
377 Tahis
378 Tawana
379 Tawfiq Muhammad Salih bin Rashid
380 Ubaidullah Akhund
381 Umar Muhammad Abdallah Ba Amar
382 Usama Bin Laden
383 Usama bin Ladin
384 Usama bin Muhammad bin Awad bin Ladin
385 Usama Bin Muhammed Bin Awad
386 Usama Muhammed Awad Bin Laden
387 Usamah Bin Muhammad Bin Ladin
388 Wa el Hamza Jelaidan
389 Wa'el Hamza Jelaidan
390 Wadi al Aqiq Company  Ltd
391 Wadi al Aqiq Company Ltd
392 Wadi al Aqiq Company, Ltd.
393 Wael Hamza Jelaidan

9

394 Wáel Hamza Jelaidan
395 Wail al Shehri
396 Wail ash Shehri
397                                                                                                         وائل الشهري
398 Wail Mohammed al Shehri
399 Waleed al Shehri
400 Waleed Mohammed al Shehri
401 Walid ash Shehri
402                                                                                                         وليد الشهري
403 Walid Bin Attash
404 Walid Muhammad Salih bin Attash
405 Walid Muhammad Salih bin Roshayed bin Attash
406                                                         وليد محمد صالح بن رشيد بن عطاش
407 Walijan
408 Yar Mohammad Rahimi
409 Zabihullah Hamidi
410 Zakariya Essabar
411                                                                                 زكريا الصبار

412 Zakarya Essabar
413 Ziad Jarrah
414 Ziad Jarrah Jarrat
415 Ziad Jarrahi
416 Ziad Samir al Jarrah
417 Ziad Samir Jarrah
418 Zia-Ur-Rahman Madani
419 Ziyad Samir Garrah
420 Ziyad Samir Jarrah
421                                                                                 زياد سمير جراح
422 Zouheir Al Maghribi