# EXHIBIT 13

```
                                                                        1
        D6STTERC              Conference
  1     UNITED STATES DISTRICT COURT
  1     SOUTHERN DISTRICT OF NEW YORK
  2     ------------------------------x
  2
  3     IN RE:  TERRORIST ATTACKS ON
  3     SEPTEMBER 11, 2001
  4                                         03 MDL 1570 (GBD)(FM)
  4     ------------------------------x
  5
  5
  6                                         New York, N.Y.
  6                                         June 28, 2013
  7                                         11:00 a.m.
  7
  8     Before:
  8
  9                    HON. FRANK MAAS,
  9
 10                                    Magistrate Judge
 10
 11                        APPEARANCES
 11
 12     KREINDLER & KREINDLER
 12          Attorneys for Ashton Plaintiffs
 13     BY:  JAMES KREINDLER
 13
 14     MOTLEY RICE
 14          Attorneys for Burnett Plaintiffs
 15     BY:  ROBERT T. HAEFELE
 15
 16     ANDERSON KILL & OLICK
 16          Attorneys for O'Neil Plaintiffs
 17           and Plaintiff's Executive Committee
 17     BY:  JERRY S. GOLDMAN
 18
 18     WIGGINS, CHILDS, QUINN & PANTAZIS
 19          Attorneys for Havlish and Hoglan Plaintiffs
 19     BY:  TIMOTHY B. FLEMING
 20
 20     MELLON & WEBSTER
 21          Attorneys for Havlish and Hoglan Plaintiffs
 21     BY:  THOMAS E. MELLON, III
 22          JAMES P. McCOY
 22
 23     COZEN O'CONNOR
 23          Attorneys for Federal Insurance Plaintiff
 24     BY:  SEAN P. CARTER
 24          SCOTT TARBUTTON
 25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                   13
     D6STTERC                      Conference
 1   participate in the case.
 2            THE COURT:  OK.  I just wanted, as Mr. Carter put it,
 3   a guesstimate, to see whether or not whether anything had
 4   changed materially.
 5            There's the issue of follow-up discovery and it seems
 6   to me that follow-up discovery should be limited to reasonable
 7   requests suggested by that discovery which is produced.
 8   Frankly, I don't want to get mired in a request by request
 9   review, but beyond stating it that way, I'm not sure what else
10   I can do to set guidelines for either side at this point.
11            MR. CARTER:  Your Honor, I think that there are two
12   sort of practical dimensions to this that we're concerned
13   about.  And the first, as identified in the letter, is this
14   concern about these individualized disputes over whether a
15   request is a legitimate follow up or new.  And that's of
16   particular concern to us because of some of the FOIA inquiries
17   that remain outstanding.  And what we perceive --
18            THE COURT:  When you say the FOIA inquiries, you're
19   speaking about FOIA requests that are currently being processed
20   by the government?
21            MR. CARTER:  Correct.
22            THE COURT:  I thought I convinced you not to make any
23   more FOIA requests.
24            MR. CARTER:  Your Honor, we don't mind turning the
25   stuff over consistent with your ruling.  Some of the FOIA
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```