# EXHIBIT 1

```
                                              ┌─────────────────────────────┐
                                              │ USDC SDNY                   │
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                  │ DOC #: _____       │
SOUTHERN DISTRICT OF NEW YORK                 │ DATE FILED: 10/29/10        │
------------------------------------------x   └─────────────────────────────┘
```

In Re:

                                                              :        **ORDER**

     TERRORIST ATTACKS ON
     SEPTEMBER 11, 2001                  :        03 MDL 1570 (GBD)(FM)

------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. Fact discovery regarding liability issues will precede fact discovery regarding damages, and will be governed by Case Management Order Nos. 2 and 4, except to the extent the Court otherwise directs.

2. By November 24, 2010, the plaintiffs shall serve their Rule 26 disclosures.

3. By December 10, 2010, the parties shall serve their document requests.

4. By January 7, 2011, the parties shall respond to the document requests.

5. Depositions may not be taken prior to February 18, 2011 without Court approval. If a party seeks to take an earlier deposition, the request shall be presented in the form of a joint letter to me setting forth each side's position.

6. By April 29, 2011, the parties shall complete their "rolling" production of documents.

7. By October 31, 2011, the parties shall complete all fact discovery concerning liability issues.

8. In general, the Court believes any summary judgment motions should be filed after the conclusion of fact discovery concerning liability issues. If a party believes that an earlier motion is warranted, the request shall be made in the form of a joint letter to me, setting forth each side's position.

9. Telephone conferences shall be held periodically. The first three such conferences will be held as follows:

    a. December 2, 2010, at 5:00 p.m.
    b. January 14, 2011, at 10:00 a.m.
    c. February 8, 2011, at 10:00 a.m.

The parties generally should submit an agenda for each conference one week before the conference, with the exception of the December 2, 2010 conference, for which the parties may submit an agenda three days in advance.

SO ORDERED.

Dated:     New York, New York
            October 28, 2010

                                                     FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

2